MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
SARAH P. ALEXANDER – 291080
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        mbien@rbgg.com
                  ggrunfeld@rbgg.com
                  vswearingen@rbgg.com
                  mfreedman@rbgg.com
                  spalexander@rbgg.com

ALAN SCHLOSSER – 049957
MICAELA DAVIS – 282195
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437
Email:        aschlosser@aclunc.org
                  mdavis@aclunc.org

JAMES EGAR – 065702
Public Defender
DONALD E. LANDIS, JR. – 149006
Assistant Public Defender
OFFICE OF THE PUBLIC DEFENDER
COUNTY OF MONTEREY
111 West Alisal Street
Salinas, California  93901-2644
Telephone:  (831) 755-5806
Facsimile:   (831) 755-5873
Email:        EgarJS@co.monterey.ca.us
                  LandisDE@co.monterey.ca.us

ERIC BALABAN*
CARL TAKEI*
ACLU NATIONAL PRISON PROJECT
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:  (202) 393-4930
Facsimile:   (202) 393-4931
Email:        ebalaban@npp-aclu.org
                  ctakei@npp-aclu.org

*Admitted *Pro Hac Vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 PSG<br><br>**DECLARATION OF JASON HOBBS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**EXHIBITS FILED SEPARATELY UNDER SEAL**<br><br>Judge: Hon. Paul S. Grewal<br>Date:  June 3, 2014<br>Time:  10:00 A.M.<br>Crtrm.: 5, 4th Floor<br><br>Trial Date:    None Set |

[1122191-2]

I, Jason Hobbs, declare:

1. I am a party in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support of Plaintiffs' Motion For Class Certification.

2. I have served terms in the Monterey County Jail (the "Jail") numerous times over the past fifteen years. Over the past year I have been booked into the Jail on two occasions. I was arrested and placed in the Jail from July 12, 2013, until July 29, 2013, when I was released. I was again arrested and have remained in the Jail since November 12, 2013. I am currently serving a term in the Jail after having been convicted.

3. I suffer from a number of medical and psychiatric conditions. I have asthma and Hepatitis C. I also have degenerative disc disease. Around 2006, I had major back surgery to fuse part of my spine at L4-S1. My back problems cause me a lot of pain all of the time. I also suffer from depression and anxiety, and have been diagnosed as having bipolar disorder.

4. On November 17, 2013, I was attacked by another prisoner. I defended myself from the unprovoked attack, and ended up wrestling on the ground with the other prisoner. The attack severely aggravated my back problems and resulted in very serious pain for me. I also suffered an asthma attack during the fight.

5. I was in so much pain after the November 17, 2013 attack that the Jail provided me with medical attention and scheduled me for an MRI.

6. The increased back pain after the attack made it very difficult and painful for me to walk. It also impeded my balance and made me considerably less stable. I orally asked medical staff to provide me with a cane at that time, but I did not receive a cane until December 2, 2013. According to a page from my Jailcustody records, a true and correct copy of which is attached as **Exhibit A**, medical staff did not order that I be provided with a cane until November 29, 2013; it took three days for them to provide me with the cane after it had been ordered.

7.  On December 22, 2013, I was taking a shower in my housing unit, the Rotunda. I know that the shower in the Rotunda used to have a functional portable shower chair because I had seen and used it during prior terms in the Jail. On the date I was showering, the portable shower chair was no longer in the Rotunda because I am informed it had broken. There is also a metal, permanent shower chair in the Rotunda. However, the water from the showers accessible to the metal chair never gets hot. The showers that have hot water are away from the metal shower chair. Because I wanted a hot shower, I brought my cane into the shower to try to provide me some stability. While I was using two hands to wash my hair, I lost my balance and fell. I hit my head and I think that I blacked out for a few seconds. When I woke up, I had severe pain in my back, neck, and head. I was transported to the infirmary, where I spent the next two days for observation. I had continued headaches from my fall for 3-4 weeks.

8.  I was returned to the Rotunda on December 24, 2013. I was housed in the Rotunda until around the first week in March 2014. As of that date, the Rotunda still lacked a functional shower chair where a person could access hot water.

9.  Especially after I aggravated my back in the fight on November 17, 2013, I had difficulty walking. It is and was particularly difficult and painful for me to walk up or down stairs.

10.  The exercise yard for the Rotunda is located up a very long flight of stairs. As far as I am aware, there is no way to access the Rotunda's exercise yard other than walking up the long flight of stairs. I rarely went to the exercise yard when it was offered because it was so painful and difficult for me to walk up and down the stairs. If the exercise yard had been located in an area where I did not have to walk up or down stairs, I would have gone to the yard for exercise almost every time that it was offered to me.

11.  Because of my back problems, it is difficult and dangerous for me to sleep on an upper bunk; I have great difficulty safely climbing up and down from the bed. When I was booked into the Jail on July 12, 2013, I was placed in a detox cell in the booking area. On July 14, 2013, at a medical appointment with a nurse, I told the nurse that I had

back, leg, and neck pain, and requested that when I was moved to a housing unit, I be provided with a lower bunk assignment because I wouldn't be able to get up to an upper bunk. Attached as **Exhibit B** is a true and correct copy of a page from my Jail medical file with the progress note from the appointment. The nurse didn't address my request, but placed me on sick call to see a doctor the next day. On July 15, 2013, I was seen by a doctor. According to the progress note from that appointment, a true and correct copy of which is attached hereto as **Exhibit C**, the doctor also did not address my request for a lower bunk.

12. When I was discharged from the detox cell, I was assigned to the C Wing in the Rehabilitation Facility. All of the bunks in the C Wing were triple bunks. From my experience, in C Wing, staff do not assign bunks to prisoners. When a new prisoner is placed in the C Wing, the prisoner either takes an open bunk or other prisoners tell him what bunk to take. When I arrived in the C Wing, there were no lower bunks available. As a result, I had to choose a middle or upper bunk. Three days later, on July 18, 2013, as I was trying to get down from my bunk, I fell about 4 feet. I fell on the corner of a table or chair, which hit me right on my lower-middle back. The pain felt like someone had stabbed me with a knife and pulled it out. After I fell, I crawled to the front of the C Wing where other prisoners helped me get the attention of the guards. I received medical attention in the infirmary as a result. I was also moved to the Rotunda for the rest of my term in the Jail.

13. I have asked for lower bunk chronos at other times in the Jail, and, even though the Jail knows that I have fallen trying to get down from an upper bunk before, I still have not been provided with a lower bunk chrono.

14. From the date of the November 17, 2013 attack until today, my back pain has been at very high levels. The Jail has prescribed me some medications to help me try to manage my back pain. The only medication that has worked to control my pain has been Norco. Unfortunately and for reasons I do not understand, the Jail has on numerous occasions failed to provide me with Norco. For example, despite requesting medications

through the sick call process, I did not receive any pain medications on November 26, 2013. I also did not receive any pain medications from December 18 to 21, 2013.

15. When I did not receive Norco in November 2013, my pain became overwhelming. The pain became so bad that, according to a page from my Jail medical file, a true and correct copy of which is attached as **Exhibit D**, a deputy in my housing unit reported to medical staff that I was in "severe back pain." The Jail had to admit me overnight into the Jail infirmary to control the pain.

16. Sometimes, and especially when I do not receive Norco, the back pain is so bad that I am unable to move around or get up from my bed. Without the pain medication, I stay in bed all day.

17. The Jail has never offered me any physical therapy to help me strengthen my back and control my pain without medication. As a result, the only thing that helps control my pain is medication.

18. I typically use an Albuterol inhaler to treat my asthma attacks. For some of the time that I have been in the Jail on this recent term, the Jail provided me with an Albuterol inhaler to keep on my person. In late February, my inhaler ran out. I filed 3 sick call slips requesting it be refilled. I also asked medical staff orally to refill it. It still has not been refilled. As a result, I am suffering wheezing asthma attacks almost nightly. I am especially worried about not having my inhaler because of how frequently I have seen respiratory sicknesses spread through the Jail.

19. I have experienced other problems with the medical care at the Jail. According to a page from my Jail medical records, a true and correct copy of which is attached as **Exhibit E**, on December 4, 2013, medical staff at the Jail ordered that I have an appointment with a neurosurgeon "ASAP for eval[uation] & pain mgmt/MRI review." At around that same time, I was informed by medical staff at the Jail that I would see a specialist. On December 19, 2013, I filed a grievance requesting that I be seen by a specialist. A true and correct copy of the grievance is attached as **Exhibit F**. Since

December 4, 2013, I have not been seen by any specialists to evaluate my back; I am also not aware of any upcoming appointments scheduled with a neurosurgeon.

20. According to a page from my Jail medical records, a true and correct copy of which is attached hereto as **Exhibit G**, the medical staff at the Jail wanted to have an appointment with me on December 19, 2013. However, medical staff were unable to see me because there were no custody staff available to escort me to see the medical staff. *See id.* (progress note explaining that medical staff "[a]sked to see pt. [patient] but no deputy available this AM or PM"). I was not seen by medical staff until December 21, 2013.

21. Because of my efforts to defend myself from the unprovoked attack I experienced on November 17, 2013, I was charged with a Disciplinary Action Report ("DAR") for fighting. A true and correct copy of the DAR is attached as **Exhibit H**. I pleaded guilty to the charge, because I felt had no choice. As punishment, I was assessed two weeks loss of access to the exercise yard and two weeks loss of access to the commissary. As far as I am aware, at no point during the DAR process, did staff review whether my anxiety, depression, and bipolar disorder had played a role in my violation of Jail rules.

22. I have suffered other violent attacks while at the Jail. On or around April 13, 2014, four other prisoners attacked me while I was asleep. It was like waking up in a nightmare. I suffered a number of injuries from this attack, including an ulnar fracture in my left arm, a black eye, facial fractures, a cut under my eye that required stitches, and other cuts and bruises all over my face and body. No guards were around when the attack happened. I had to walk over to the guard station myself for the guards to notice that anything was wrong. The guards then walked me over to the infirmary. At the infirmary, the medical staff recognized I needed emergency attention, and sent me to the emergency room at NMC.

23. I have had problems in past Jail terms. For example, in July 2009, I was arrested and placed in the Jail. Before I was arrested, I was prescribed and was taking Oxycodone, Oxycontin, Xanax, Adderall, and Klonopin. According to a page from my

1  Jail medical file, a true and correct copy of which is attached as **Exhibit I**, after I was
2  arrested, medical staff at the Jail confirmed that I had been prescribed these medications.
3  Despite the fact that I was taking the medications pursuant to a prescription and that I was
4  not using or abusing drugs or alcohol at that time, the Jail placed me on what it calls a
5  "detox protocol." The detox protocol involved taking me off of all of my medications. As
6  a result of being taken off of all of my medications, I went into withdrawal and started
7  having serious pain. I had sweats, chills, body aches, and back pain. The Jail never
8  provided me with my prescribed medications during that time in the Jail. A similar thing
9  happened on other occasions where the Jail would fail to provide me with prescribed pain
10 and psychiatric medications when I was arrested.

11     24.    I agreed to be a named plaintiff in this case because I would like to represent
12 other prisoners who have had problems similar to what I have experienced while in
13 Monterey County Jail. I want to help improvethe medical care, mental health care, the
14 safety for prisoners, and the assistance available to prisoners with disabilities. I have been
15 cooperating fully with my counsel and am responding to all requests for information to the
16 best of my ability and recollection, and will continue to do so in the future. My lawyers
17 keep me updated on the progress of this case, and I will review all materials provided to
18 me and provide my input to the best of my ability. When I have questions about the case, I
19 will ask the attorneys for help to understand everything to the best of my ability.

20     I declare under penalty of perjury under the laws of the United States and the State
21 of California that the foregoing is true and correct, and that this declaration is executed at
22 Salinas, California this 17 day of April, 2014.

_____
Jason Hobbs

# Exhibits A - I

# Filed Under Seal