MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
SARAH P. ALEXANDER – 291080
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:     mbien@rbgg.com
           ggrunfeld@rbgg.com
           vswearingen@rbgg.com
           mfreedman@rbgg.com
           spalexander@rbgg.com

JAMES EGAR – 065702
Public Defender
DONALD E. LANDIS, JR. – 149006
Assistant Public Defender
OFFICE OF THE PUBLIC DEFENDER
COUNTY OF MONTEREY
111 West Alisal Street
Salinas, California  93901-2644
Telephone:     (831) 755-5806
Facsimile:     (831) 755-5873
Email:     EgarJS@co.monterey.ca.us
           LandisDE@co.monterey.ca.us

ALAN SCHLOSSER – 049957
MICAELA DAVIS – 282195
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:     (415) 621-2493
Facsimile:     (415) 255-8437
Email:     aschlosser@aclunc.org
           mdavis@aclunc.org

ERIC BALABAN*
CARL TAKEI*
ACLU NATIONAL PRISON PROJECT
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:     (202) 393-4930
Facsimile:     (202) 393-4931
Email:     ebalaban@npp-aclu.org
           ctakei@npp-aclu.org

*Admitted *Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 PSG<br><br>**DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**EXHIBITS FILED SEPARATELY UNDER SEAL**<br><br>Judge:  Hon. Paul S. Grewal<br>Date:   June 3, 2014<br>Time:   10:00 A.M.<br>Crtrm.: 5, 4th Floor<br><br>Trial Date:     None Set |

[1122198-3]

BM

I, Brandon Mefford, declare:

1.     I am a party in the above-entitled action.  I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.  I make this declaration in support of Plaintiffs' Motion For Class Certification.

2.     I was booked into the Monterey County Jail ("the Jail") on December 3, 2013.  I arrived directly from the Salinas Valley State Prison ("SVSP").  I am being held on new charges.

3.     I have very serious and chronic psychiatric conditions, including borderline personality disorder, severe depression and anxiety, and attention deficit hyperactivity disorder ("ADHD").  I have a history of suicide attempts and of self-mutilation.  While in state prison, I received the highest levels of care available, including treatment in the licensed inpatient care facilities run by the Department of State Hospitals ("DSH").  I was in DSH facilities for a significant part of my time in state prison.  While I was treated in a DSH unit, I received multiple hours a week of treatment and constant supervision by nurses and psychiatric technicians.  Even when I was not in a DSH facility, I received treatment at the "Enhanced Outpatient Program" level, meaning I received, at minimum, 10 hours a week of treatment.

4.     In addition to my psychiatric conditions, I also suffer from chronic asthma and hypertension.  In state prison, I received an inhaler for my asthma.

5.     The Jail is aware of my psychiatric and medical conditions.  Attached hereto as **Exhibit A** is a true and correct copy of pages from my Medication Reconciliation Form, which was sent from SVSP to the Jail.  Attached hereto as **Exhibit B** and **Exhibit C** are true and correct copies of my Intake Health Screening Form, found in my custody file, and my Intake Triage Assessment Form, found in my Jail medical file, both dated December 3, 2013.  These forms indicate that I made Jail custody and medical staff aware of my psychiatric and medical conditions immediately upon my booking into the Jail.

6.     After being processed, I was placed in G-Pod, a segregation or solitary confinement unit.  In G-Pod, everyone is in "lockdown," and most of the prisonershoused

1

CV 13 2354 PSG

[1122198-3]

1  there are violent offenders. ▮ I do not know why I was placed in a lockdown pod with

2  violent offenders. Attached hereto as **Exhibit D** is a true and correct copy of a page from

3  my custodial file discussing my classification. In G-Pod, I and, as far as I know, everyone

4  else are only allowed out of our cells one hour a day. We are inside our cells 23 hours or

5  more per day. During the hour out of our cells, we are expected to shower, use the

6  telephone, exercise, or watch television. Because the guards rotate the hours during which

7  prisoners are allowed out of their cell, sometimes my out-of-cell hour falls in the middle of

8  the night. When this happens, I cannot use the television or telephone. Attached hereto as

9  **Exhibit E** is a true and correct copy of a grievance I filed about this policy in February

10 2014. There is also no yard attached to G-Pod. We only get outdoor yard access when the

11 guards bring us, which happens irregularly but no more than once a week. Sometimes,

12 there will be many weeks when outdoor yard will not be offered. I have gone many days

13 at the Jail without being able to participate in any recreation activities or outdoor exercise

14 at all.

15      7.      Being in G-Pod means being without light or interaction with people. My

16 cell has the windows covered by a metal plate, so I cannot see outside at all and have no

17 idea if it is day or night. I find this very disorienting and difficult to deal with. My

18 mental health issues and in particular my anxiety are worse when I am so disoriented. I

19 feel depressed without being able to see the rain come down or the sun come up. Even

20 those small contacts with the outdoors do a lot to calm me. Without them, I sometimes

21 feel so depressed I have suicidal ideations.

22      8.      Soon after I arrived at the Jail on December 3, 2013, I saw a psychiatric

23 nurse, Charlotte Gage ("Nurse Gage"). Nurse Gage agreed to continue me on the same

24 medication I had been taking in state prison: Zyprexa (olanzapine)(5 mg) and Depakote

25 (divalproex sodium ER) (two tabs of 500 mg)in the evening and Zoloft (sertraline) (three

26 tabs of 50mg) in the morning. Attached hereto as **Exhibit F** is a true and correct copy of

27 Nurse Gage's notes from this examination, found in my medical file. The next day, Doctor

28 Taylor Fithian ("Dr. Fithian") came to speak with me. Attached hereto as **Exhibit G** is a

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

[1122198-3]

1   true and correct copy of a page from my Jail medical records with Dr. Fithian's notes from

2   our conversation.  After a very brief conversation, Dr. Fithian changed my medication.

3   Instead of Depakote, Dr. Fithian switched me to the generic version, valproic acid (VPA)

4   at the same dosage.  Dr. Fithian also started me on Klonopin (clonazepam) (1 mg twice a

5   day).  Attached hereto as **Exhibit H** is a true and correct copy of a page from my medical

6   file ordering these medication changes.  I can see from reviewing this document that Dr.

7   Fithian did not provide any reason for these changes. I also asked Dr. Fithian for

8   medication to help with my ADHD.  Dr. Fithian refused.  I can see that he wrote in his

9   notes from this conversation that he told me that: "we did not have any central nervous

10   stimulants here." *See* **Exhibit G.**

11        9.     I did not feel that this medication combination worked as well for me as the

12   combination of medication I took in state prison.  VPA upsets my stomach.  Klonopin

13   made me very sleepy, and did not help with my ADHD symptoms.  ADHD makes it hard

14   for me to function.  When it is not controlled, I feel like I live in a hyper-manic state as my

15   ADHD, anxiety, and mania all combine in a toxic combination.  I can't sit still.  In state

16   prison, I received medication for ADHD, and it helped me slow down so that I could

17   function better.

18        10.    Dr. Fithian has subsequently changed my medications, sometimes without

19   my knowledge or permission.  For example, after the December 15, 2013 incident

20   discussed below, Dr. Fithian added Haldol to my medications.  Attached hereto as

21   **Exhibit I** is a true and correct copy of a page from my Jail medical record with Dr.

22   Fithian's notes, dated December 16, 2013, that I should be started on Haldol.  I always

23   refused Haldol in state prison because it makes me feel twitchy and like I'm hallucinating.

24   Then, a couple of days later, I started receiving a higher dosage of Klonopin.  Attached

25   hereto as **Exhibit J** is a true and correct copy of a page from my medical records with an

26   order to raise my Klonopin dosage from 1 mg to 2 mg.  There is no indication in my

27   medical record that I can see as to why my dosage was altered.

28

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

11.    I also have not seen Dr. Fithian or any psychiatrist or therapist regularly while I've been in the Jail.  For example, I did not see Dr. Fithian from December 16, 2013, until January 10, 2014.  I can see from reviewing my records that Dr. Fithian was supposed to see me on both January 8, 2014, and January 9, 2014, but did not.  Attached hereto as **Exhibit K** and **Exhibit L** are true and correct copies of Dr. Fithian's notes from those dates that were found in my Jail records.  I do not know why Dr. Fithian did not see me on those days.  I can also see from reviewing my file that on January 9, 2014, Dr. Fithian wrote: "In review of his chart, it looks like some of his progress notes are missing because I have seen him on several occasions and there is no reflection of that."  *See***Exhibit L**.

12.    Even when I was able to see Dr. Fithian, it was often not in a therapeutic setting.  For example, Dr. Fithian came to see me at my cell on February 26, 2014.  He conducted our entire conversation about my mental health care treatment through the tray slot of my cell.  In order for me to hear him and for him to hear me, we both had to speak loudly in a manner that made it likely that the deputies who were standing right there and the prisoners in the day room could hear our conversation.  I do not know why Dr. Fithian came to see me at my cell, but it made me very uncomfortable to have to talk to him about my private medical concerns in front of everyone in my housing unit.  Attached hereto as **Exhibit M** is a true and correct copy of Dr. Fithian's notes from this conversation, which were found in my Jail medical file.

13.    I believe that at the Jail I have not received the treatment or medication I need to help me manage my mental illness.  My mental illness is overwhelming at times and I cannot control it.  I feel like the Jail staff members don't understand that, and they punish me for actions I do involuntarily.

14.    For example, on December 15, 2013, there was an incident in G-Pod.  A bunch of prisoners began "popping" their tray slots.  This means that prisoners began opening their tray slots from inside their cell. They could do this because the locks on the tray slots do not function properly.  Attached hereto as **Exhibit N** is a true and correct copy

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

BM

1   of the Disciplinary Action Report ("DAR") filed against me by the custody staff in

2   response to the incident. As I wrote on the DAR: I did not break the lock on the tray slot,

3   "[m]y lock was broken and did not lock." After this incident, I became agitated and yelled

4   some things at the guard. Attached hereto as **Exhibit O** is a true and correct copy of the

5   DAR filed by the custody staff in response to this additional incident. I lost commissary,

6   yard, and visit privileges for four weeks until January 14, 2014. The Jail staff did not

7   consider my mental illness at all in adjudicating this DAR. The Jail custody staff told me

8   during the DAR that it was not their job to consider my mental health. They told me to file

9   a sick call slip and to see Dr. Fithian if I was concerned about my mental health.

10         15.    As mentioned, the lack of daylight in my cell caused me serious anxiety, and

11   I needed access to the outdoor yard, however infrequent, to calm me down. I thus decided

12   to appeal the DAR that caused me to lose my yard, commissary, and visit rights. Attached

13   hereto as **Exhibit P** is a true and correct copy of the appeal I filed on December 20, 2013.

14   Therein I wrote that my serious mental illness caused me to act out, and that I apologized

15   for my actions. I agreed that I should be punished in some form, but told the Jail staff that

16   I thought four weeks of lost privileges was too harsh, given the involuntary nature of my

17   psychiatric condition.

18         16.    On or around January 2, 2014, I received a response from Commander

19   Mendoza to my appeal, which he denied. Attached hereto as **Exhibit Q** is a true and

20   correct copy of Commander Mendoza's letter to me. Commander Mendoza showed no

21   understanding of my mental illness, writing instead: "The fact of the matter is that you

22   made threats against an officer which in this facility we take serious [sic] regardless of an

23   inmate's medical condition. If you feel the Board's disciplinary recommendations are

24   excessive and possibly impact your mental state I suggest you make sure you take your

25   prescribed medications. I assume you're taking some sort of medication(s) for your bi-

26   polar and depression."

27         17.    Sometimes when I act up because of my mental illness, I am placed in a

28   "Safety Cell," which I call a "rubber room." The rubber rooms are single cells with

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

*BM*

1 nothing but a grate in the floor for a toilet—no sink, bed, desk, or anything else. When I

2 have been in the rubber room, they have always been extremely dirty, with feces, urine,

3 and trash on the floor. Sometimes, there have also been feces smeared on the walls and on

4 the cell door window.

5       18.   I have been left naked in the rubber room at least one time, while I was also

6 strapped to a restraint chair. At least once, I was given a thin smock to wear but nothing

7 else. At other times, I was left without any clothes except my shorts and undershirt. I am

8 scared to be in the rubber room with so little clothing because it's so dirty and I often have

9 open wounds from cutting myself. I don't want to sit down on the nasty floor because of

10 I'm scared of getting an infection. Sometimes, I receive a blanket while I'm in the rubber

11 room, but not always.

12       19.   I have also been left in the rubber room for many hours without any food or

13 water. For example, for a period of about 15 hours on January 26, 2014, and January 27,

14 2014, I was given no food and only one cup of water. Even when I am offered food, I

15 have sometimes refused it because I don't want to eat on the dirty floor, staring at the dried

16 feces on the grate. When I have received food in the rubber room, it has come on a

17 Styrofoam plate, without any utensils to eat it with. I don't want to eat food with my hands

18 in the rubber room, especially if I've had to use the toilet-grate. There is no way to clean

19 my hands in the rubber room—no toilet paper, water, or soap. When the guards do bring

20 me a cup of water, I have to choose between washing my hands and drinking it.

21       20.   In a rubber room, I feel like I am left all by myself. There have been long

22 periods where I would not see anyone at all and would be totally alone. No one talked to

23 me. This made me anxious and depressed. I felt abandoned, like I was so unimportant that

24 I had been left alone and forgotten. I can see from reviewing the Safety Cell Logs

25 completed by Jail custody staff that the Jail staff would often fail to check on me for

26 periods of time as long as an hour or more. Attached hereto as **Exhibit R** is a true and

27 correct copy of the Safety Cell Log found in my Jail custody records from my December

28 15, 2013, stay in the rubber room; attached hereto as **Exhibit S** are true and correct copies

CV 13 2354 PSG

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

[1122198 3]

*BM*

1    of the Safety Cell Logs, found in my Jail custody records, from the January 24, 2014 to

2    January 27, 2014 period of time in which I was in and out of rubber rooms; attached hereto

3    as **Exhibit T** is a true and correct copy of the Safety Cell Log, found in my custody file,

4    from when I was in a rubber room on March 18, 2014; attached hereto as **Exhibit U** are

5    true and correct copies of the Safety Cell Logs, found in my Jail custody records, from the

6    March 30, 2014 to April 3, 2014 period of time in which I was in and out of rubber rooms.

7        21.    I also have not received regular medical care while I am in a rubber room.

8    For example, attached hereto as **Exhibit V** is a true and correct copy of a Sobering/Safety

9    Cell/Restraints Log, dated January 24, 2014, and found in my Jail medical record, whereon

10   some Jail staff member wrote that my vital signs were not checked at 12 pm "per custody"

11   and were not checked at 2 pm with no reason given. Even when I would see medical staff,

12   they never asked how I was feeling or checked on my mental state.

13       22.    I have been placed in rubber rooms for many different reasons, all of which

14   relate to my mental illness. For example, I was placed in a rubber room on December 15,

15   2013, after the DAR hearing and "tray popping" incident discussed above. At the time I

16   was placed in the rubber room, I had not expressed any suicidal thoughts or ideation to any

17   staff at the Jail. It appears from reviewing my records that staff placed me in the rubber

18   room because of "my disruptive behavior in G-Pod," not because of anything related to

19   hurting myself or others. Attached as **Exhibit W** is a true and correct copy of a

20   Lockdown/Inmate Movement Form for my transfer from G-Pod to a rubber room.

21       23.    When I get anxious I have a tendency to hurt myself to quell the anxiety. In

22   the rubber room, I began punching myself in the face as a way to quiet my anxious mind. I

23   punched myself 20-30 times, giving myself a bloody nose. I told the custody staff that "I

24   just couldn't handle it anymore." Attached hereto as **Exhibit X** is a true and correct copy

25   of the Inmate Injury Report discussing this incident and found in my custody file. The

26   incident is also discussed in **Exhibit W**. The Jail custody staff then placed me in a

27   restraint chair. The restraint chair has straps that prevent movement across the chest, legs,

28   and arms. I was also put in a padded helmet. I was able to get myself out of the restraint

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

BM

1   chair within an hour or two—I don't know if it was because the guards didn't tie the straps

2   well or if the restraint chair itself was that easy to escape. Attached hereto as **Exhibit Y** is

3   a true and correct copy of a Sobering/Safety Cell/Suicide Watch/Restraints Log found in

4   my Jail medical file and dated December 15, 2013 BM and December 16, 2013 BM. I was out of

5   the restraint chair for five or ten minutes before anyone noticed me standing by the

6   window in the cell door. The guards then placed me back in the restraint chair and added

7   belly chains for a couple of hours. Eventually, the guards removed me from the chair and

8   chains, but left me in the rubber room.

9        24.    All evening, I informed the Jail medical staff that I wanted to hurt myself to

10   "distract" from my feelings of anxiety. *See* **Exhibit Y**. I also told the staff that being in the

11   rubber room was only making my anxiety worse. I was placed back in a restraint chair at

12   about 10 pm on the night of December 15, 2013. Attached hereto as **Exhibit Z** is a true

13   and correct copy of the Restraint Chair Report Form found in my custody file and dated

14   December 15, 2013. At 2 am, or after I had been in the safety cell for about 15 hours, I

15   was given a bunch of medication through two or three different shots. I can see from

16   reviewing my files that the staff referred to this as the "Fithian Cocktail." Attached hereto

17   as **Exhibit AA** is a true and correct copy of a page from my Jail medical records showing

18   that Dr. Fithian was contacted about me earlier but did not respond until almost 2 am. I

19   was finally allowed to go back to my cell at around noon on December 16, 2013.

20        25.    In January 2014, I was again placed in a rubber room, this time for

21   expressing thoughts of self-harm. The morning of Friday, January 24, 2014, I was seen by

22   a member of the Jail's medical staff. I told the staff member that I was having thoughts of

23   self-mutilation. A true and correct copy of a page from my Jail medical record discussing

24   this conversation is attached as **Exhibit BB**. I became nervous while talking to the

25   medical staff member, because I realized that if I admitted to my true thoughts, I would be

26   put back in a rubber room. In response to a question regarding whether I would actually

27   hurt myself if I had a tool to do so, the medical staff member wrote that I said "[I]'m

28

8                 CV 13 2354 PSG

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

*BM*

1  thinking what to say because I know your [sic] going to put me in a rubber room." As

2  feared, I was placed in a rubber room that afternoon.

3       26.    In state prison, I could be honest with medical staff members, because if I

4  told them that I was thinking about hurting myself, I wouldn't automatically be placed in a

5  rubber room.  Instead, the state prison staff would check on me regularly and provide

6  treatment as necessary.  Here in the Jail, even if you say you are just having vague

7  thoughts about hurting yourself, you get thrown in the rubber room.

8       27.    After reviewing my medical file, I can see that I was actually discontinued

9  from suicide watch by 3 pm on January 24, 2014, or approximately three hours after I was

10  placed in the rubber room.  Attached hereto as **Exhibit CC** is a true and correct copy of a

11  page from my Jail medical records, where a Jail staff member wrote that Dr. Fithian

12  removed me from suicide watch.  But I was not returned to G-Pod.  Instead, I was taken to

13  a booking cell where I was kept by myself.  After reviewing my file, it appears that Dr.

14  Fithian ordered that I remain in the booking area until he could see me on Monday.  The

15  order discontinuing the suicide watch also ordered that I was to remain single celled "until

16  further notice."  *See* **Exhibit CC**.  In addition, in an incident report related to the psychotic

17  episode described below, a true and correct copy of which is attached as **Exhibit DD**,

18  custody staff wrote that "[i]t should be noted that Dr. Fithian had ordered Mefford to stay

19  in booking Cell 11 until he could be seen by a jail psychologist on Monday."

20       28.    *BM* ████████ each booking cell only has a bench, toilet, and sink, with

21  no bed, blanket, or mattress.  The bench and floors were very dirty and the room was

22  freezing cold.  I did not want to sleep in the booking cell in such freezing and unsanitary

23  conditions.  I thus decided to not take my Klonopin, because it makes me so sleepy I knew

24  I would be forced to lie on the floor to sleep or risk collapsing.  At about 2 am on January

25  25, 2014, custody staff came to get me from the booking area.  The staff members told me

26  that Dr. Fithian did not have the authority to keep me in a booking cell and that they were

27  bringing me back to G-Pod.  While walking me back, the guards saw that I had the

28  Klonopin in my hand, and took me to the Infirmary to verify what medication it was.

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

[1122198-3]

BM

1   While in the Infirmary, the guards got extremely angry and I became agitated. Because I

2   argued back, the guards threw me to the ground and stepped on me. I received a black eye

3   from this encounter. The guards also filed a Disciplinary Action Report, a true and correct

4   copy of which was found in my custody file and is attached hereto as **Exhibit EE**. There

5   is no indication on the DAR that staff considered whether my mental illness had caused

6   my violation of Jail rules.

7        29.    The guards then brought me back to a rubber room. As I discussed above, I

8   have a tendency to hurt myself in stressful situations. I started banging my head against

9   the door. The custodial staff then placed me in a restraint chair with belly chains and a

10   padded helmet. Attached hereto as **Exhibit FF** is a true and correct copy of the Restraint

11   Chair Report Form found in my Jail custody record. After approximately three hours, or

12   around 5:30 am on January 25, 2014, I was once again brought from the rubber room to a

13   booking cell.

14        30.    While detained in the booking cell at this time, I was still very agitated and

15   was talking excitedly to anyone who would listen. My thoughts were racing, I believe I

16   was probably having a hyper-manic episode, but received no medical or psychiatric

17   treatment for it even though nurses checked on me and noted that I was "talking nonstop."

18   Attached hereto as **Exhibit GG** is a true and correct copy of a page from my medical

19   records with notes from the Jail medical staff who checked on me on January 25, 2014,

20   and into the morning of January 26, 2014. I was also experiencing some tightness in my

21   chest, which felt like the start of an asthma attack. I asked a nurse to go get my inhaler,

22   which the guards had not brought with me to the rubber room. No one brought me my

23   inhaler.

24        31.    On the evening of January 26, 2014, I once again became agitated after

25   spending over 48 hours in a combination of the rubber rooms and the booking cells. I was

26   feeling so frustrated and anxious that I was stuck there. I started banging my head against

27   the booking cell door, causing my forehead to become red. Attached hereto as

28   **Exhibit HH** is a true and correct copy of the Inmate Injury Report in which a Jail staff

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

*BM*

1   member details this incident.  Custody staff moved me from the booking cell back, once

2   again, to a rubber room—now for the third time in two days.  This moving between these

3   horribly dirty cells just made my anxiety worse.  This time, it was even more stressful,

4   because the Jail staff left me handcuffed in the rubber room, which hurt my arms a lot.  I

5   start to freak out when I am in serious pain.

6        32.    I started banging my head against the door in my safety cell, giving myself a

7   bloody nose.  The guards then put me in a restraint chair for the second time in 24 hours.

8   Attached hereto as **Exhibit II** is a true and correct copy of the Restraint Chair Report Form

9   dated January 26, 2014, and found in my Jail medical record.  I can see from reviewing my

10  Jail files that the Jail custodial staff filed a Crime/Incident Report about me at this time.

11  *See* **Exhibit DD**.

12       33.    I finally was seen by Dr. Fithian on the morning of January 27, 2014, almost

13  72 hours after I was initially placed in the safety cell.  Attached hereto as **Exhibit JJ** is a

14  true and correct copy of Dr. Fithian's notes from that conversation.

15       34.    I was again placed in a rubber room on March 18, 2014, for approximately

16  nine hours.  *See* **Exhibit T**.  From about March 30, 2014 until approximately April 3,

17  2014, I then had a very serious psychotic episode.  *See* **Exhibit U**.  For approximately four

18  days, I was in and out of rubber rooms, booking cells, and isolation cells, as I struggled

19  with my self-harming compulsions.  I cut myself on the buttocks with a screw that I had

20  removed from a smoke detector, and I hit my head against the wall.  Instead of providing

21  any therapeutic care, the Jail just moved me back and forth between the different cells.  *BM*

22  Attached hereto as **Exhibit KK** are true and correct copies of pages from my Jail custody *file*

23  discussing my injuries and my movement back and forth between cells.

24       35.    I do not believe that I should be spending so much time in the rubber rooms,

25  booking cells, and isolation.  I also do not believe I should be assigned to a lockdown unit.

26  I have repeatedly tried to tell Jail staff members that being alone and deprived of human

27  contact and natural light is bad for my psyche.  These dark lonely rooms are not helping

28  me get better in any way.

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

36.   I tried to tell Dr. Fithian, Nurse Gage, and other members of the Jail's psychiatric staff about why it was bad for my mental health for me to be assigned to a lockdown unit. Attached hereto as **Exhibit LL** is a true and correct copy of a sick call slip I filed about this issue on January 4, 2014. Attached hereto as **Exhibit MM** are true and correct copies of pages from my medical file with medical progress notes discussing my concerns. None of the staff members provided any treatment in response to my concerns.

37.   I then tried to find help for this issue through the Jail's grievance procedures. I filed a grievance about my problems with sensory deprivation in G-Pod on January 20, 2014, a true and correct copy of which is attached hereto as **Exhibit NN**. In this grievance, I wrote that without sunlight or some sense of day or night "I am constantly left in a state of sever[e] depression and anxiety and dealing with feelings of cl[a]ustrophobic panic attacks and even suicidal thoughts." I told the Jail staff that "my mental stability is decompensating more and more every day." This grievance was returned to me with a note, dated February 4, 2014, and written by Dr. Fithian, that "We will continue to provide you with as much care and treatment as we can, you need and deserve."I see that there was also a note, signed by Commander Bass, that the Jail would "look into the window situation." This grievance was marked as "Resolved" on February 6, 2014. I do not know why it was marked as resolved as nothing changed. I was left in the same housing unit and was not provided with any solution to this problem.

38.   In addition to my psychiatric conditions, I also suffer from asthma. When I entered the Jail, I informed the custody staff at the health screening and medical staff at the intake triage that I had asthma. *See* **Exhibits B** and **C**. I also brought a Xopenex inhaler with me from SVSP, which was taken at my intake. When I saw a nurse on December 3, 2013, I requested my inhaler, which was in the receiving area with my other property. The nurse gave me a new inhaler. *See* **Exhibit H**. On December 5, 2013, I saw Physician's Assistant Terri Whiting ("PA Whiting") who confirmed my asthma and told me to continue using my inhaler as necessary. Attached hereto as **Exhibit OO** is a true and correct copy of PA Whiting's notes from her examination of me.

CV 13 2354 PSG

[1122198-3]

*BM*

39.     During a custody raid in January 2014, my inhaler was taken away from me. Jail staff had not marked it to indicate that it was mine.  As a result, I was unable to prove that it was mine and that I had the right to have it.  I saw a member of the medical staff about my asthma on January 17, 2014, and requested a new inhaler.  The medical staff member told me that I could not have one as there was no record that I had asthma or had ever had an inhaler.  Attached hereto as **Exhibit PP** is a true and correct copy of a page from my Jail medical records, dated January 17, 2014, and showing the nurse's notes from this conversation.  Therein, the nurse wrote: "[T]here has never been an order for INH [inhaler]."  From reviewing my medical record, I can see that this is not true.  *See* **Exhibits H** and **OO**.  Moreover, I received inhalers in prison, so the orders for inhalers and my history of asthma were recorded in my prison medication file, which I can see is in my Jail medical records.  *See* **Exhibit A**.

40.     Without my inhaler, I struggle to breath and can feel my chest tightening up. I believe that this asthmatic feeling also contributes to my anxiety, which then triggers a whole host of my psychiatric symptoms.

41.     I went back to see the medical staff on January 21, 2014.  Then, the medical staff had no problem determining that I was wheezing and had a history of asthma.  After this second examination, I received an inhaler.  Attached hereto as **Exhibit QQ** is a true and correct copy of a page from my Jail medical records with an order for an albuterol inhaler, dated January 21, 2014.

42.     I also do not believe that the Jail is a safe place to be.  On January 22, 2014, another prisoner in my housing unit attacked me while we were lined up to go to sick call. I hit him back, and we were both punished.  I lost my yard privileges, which I had just gained back, until February 2, 2014.  Attached hereto as **Exhibit RR** is a true and correct copy of the Disciplinary Action Report prepared by a member of the Jail custody staff discussing this incident.  I have also personally witnessed a number of fights between prisoners.  Sometimes, the custody staff does not know about these fights.  Sometimes, the

[1122198-3]

1  custody staff will not report the fights or intervene, and will leave it to the prisoners to
2  break it up themselves.

3      43.    I am also scared of the other prisoners housed in G-Pod.  As mentioned, most
4  of the people in G-Pod are there on violent offenses.  I was directly threatened by at least
5  one other prisoner in G-Pod.  I believe that he could make good on his threat.  I am very
6  scared about this situation, and I do not trust guards to be close by to help me if something
7  happened.

8      44.    I agreed to be a named plaintiff in this case because I would like to represent
9  other prisoners who have had problems similar to what I have experienced while in
10  Monterey County Jail.  I want to help improvethe medical care, the mental health care, the
11  safety for prisoners, and the assistance available to prisoners with disabilities.  I have been
12  cooperating fully with my counsel and am responding to all requests for information to the
13  best of my ability and recollection, and will continue to do so in the future.  My lawyers
14  keep me updated on the progress of this case, and I will review all materials provided to
15  me and provide my input to the best of my ability.  When I have questions about the case, I
16  will ask the attorneys for help to understand everything to the best of my ability.

17      I declare under penalty of perjury under the laws of the United States and the State
18  of California that the foregoing is true and correct, and that this declaration is executed at
19  Salinas, California this 17 day of April, 2014.

Brandon Mefford
_____
Brandon Mefford

[1122198-3]

14                                                        CV 13 2354 PSG

DECLARATION OF BRANDON MEFFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

# Exhibits A - Z, AA - RR

# Filed Under Seal