MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
SARAH P. ALEXANDER – 291080
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
spalexander@rbgg.com

JAMES EGAR – 065702
Public Defender
DONALD E. LANDIS, JR. – 149006
Assistant Public Defender
OFFICE OF THE PUBLIC DEFENDER
COUNTY OF MONTEREY
111 West Alisal Street
Salinas, California 93901-2644
Telephone: (831) 755-5806
Facsimile: (831) 755-5873
Email: EgarJS@co.monterey.ca.us
LandisDE@co.monterey.ca.us

ALAN SCHLOSSER – 049957
MICAELA DAVIS – 282195
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: aschlosser@aclunc.org
mdavis@aclunc.org

ERIC BALABAN (*admitted pro hac vice*)
CARL TAKEI – 256229
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ebalaban@npp-aclu.org
ctakei@npp-aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 PSG<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL FREEDMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS ESQUIVEL, HOBBS, HUNTER, KEY, MILLER, MURPHY, NICHOLS, SARABI, AND YANCEY**<br><br>Judge: Hon. Paul S. Grewal<br><br>Trial Date: None Set |

[1261093-1]

I, Michael Freedman, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this supplemental declaration in support of Plaintiffs' Motion for Leave to File Sur-reply and Declarations in Support thereof, and Sur-reply in Opposition to Defendants' Motion to Dismiss Plaintiffs Esquivel, Guyot, Hunter, Key, Miller, Murphy, Nichols, Sarabi, and Yancey.

2. The Monterey County Sheriff's Office ("the Sheriff's Office") provides an automated telephone system, called the Monterey County Sheriff's Office Inmate Information System, that allows the public to determine whether a person is detained in the Monterey County Jail ("the Jail"). The phone number for this system is 831-755-3728.

3. Based on my use of the system, there are two different ways for a user to determine whether a person is detained in the Jail. First, a user can speak the name of a person they believe is in the Jail. The system then appears to use voice recognition technology to determine if there is a person in the Jail with a similar name. From my experience using the system, if the system identifies a possible matching prisoner using the voice recognition software, the system then states "the closest inmate match is [Name], who is [number] years old." From my experience, if the system does not identify a possible matching prisoner using the voice recognition software, the system states "sorry, I didn't find a match."

4. If the system is unable to identify a potential match using the voice recognition software within two attempts, it then provides the user with the option to identify a prisoner by entering the prisoner's date of birth (MM-DD-YYYY). In my experience, if the date of birth matches the date of birth for a prisoner in the Jail, the system states "we found [#] inmate(s) with that date of birth: [Name(s)]." In my experience, if the date of birth does not match the date of birth of any prisoners in the Jail,

[1261093-1]

1

SUPPLEMENTAL DECLARATION OF MICHAEL FREEDMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS ESQUIVEL, HOBBS, HUNTER, KEY, MILLER, MURPHY, NICHOLS, SARABI, AND YANCEY

the system states "the Inmate Information System does not currently have an inmate with that date of birth.  The system is updated every 15 minutes."

5. I have instructed a paralegal at my firm to use the Inmate Information System to verify, on a near daily basis during the work week, which of the twenty-one named Plaintiffs in this action are in the Jail.  After using the system, the paralegal sends an email detailing any changes in the status of the named Plaintiffs, i.e., whether the Inmate Information System indicates that a Plaintiff who previously was in the Jail is no longer in the Jail or a Plaintiff who previously was not in the Jail had been returned to custody in the Jail.

6. Throughout April, May, June, and up until at least Friday, July 18, 2014, the Inmate Information System indicated that Plaintiff Albert Key was not detained in the Jail. When we checked Plaintiff Key's status on July 21, 2014, the Inmate Information System indicated that he was detained in the Jail.  Each of the approximately ten times that we have checked Plaintiff Key's status since July 21, 2014, including today, the Inmate Information System has indicated that Plaintiff Key is detained in the Jail.

7. Attached hereto as **Exhibit A** is a true and correct copy of a spreadsheet produced by Defendant County of Monterey on July 22, 2014 in response to document requests included in Plaintiffs' May 20, 2014 Notice of Federal Rule of Civil Procedure 30(b)(6) Deposition of the County of Monterey and Request for Production of Documents. According to testimony from Commander James Bass of the Monterey County Sheriff's Office at a deposition on July 23, 2014, the spreadsheet indicates, among other things, (1) the monthly average of the daily Inmate Population for January-June 2014 and (2) the number of new prisoners booked into the Jail for January, February, March, May, and June 2014. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Commander Bass' deposition transcript in which he describes the spreadsheet.

8. It is my understanding that the Average Length of Stay (ALOS) for a correctional facility can be calculated using the following formula: ALOS = [Total

[1261093-1]

2
SUPPLEMENTAL DECLARATION OF MICHAEL FREEDMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS ESQUIVEL, HOBBS, HUNTER, KEY, MILLER, MURPHY, NICHOLS, SARABI, AND YANCEY

Number of Prisoner Days in Jail for a period] / [Total Number of Bookings in the Jail for the Same Period].

9. I calculated the approximate Total Number of Prisoner Days in the Jail for January-March and May-June 2014 by: (1) taking the average of the monthly averages of the daily Inmate Population from **Exhibit A** ((952+912+937+981+986)/5=953.6) then (2) multiplying 953.6 by the number of days in those 5 months (151) (953.6*151=143993.6).

10. I calculated the Total Number of Bookings in the Jail for January-March and May-June 2014 by adding the number of new prisoners booked into the Jail in each of those months, as indicated in **Exhibit A** (964+813+1063+1069+966=4875).

11. Using the calculations described in Paragraphs 9 and 10, the ALOS at the Monterey County Jail for January-March and May-June 2014 is approximately 29.5 days (143993.6/4875=29.5).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 5th day of August, 2014.

*/s/ Michael Freedman*
Michael Freedman

[1261093-1]

3
SUPPLEMENTAL DECLARATION OF MICHAEL FREEDMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS ESQUIVEL, HOBBS, HUNTER, KEY, MILLER, MURPHY, NICHOLS, SARABI, AND YANCEY

# Exhibit A

## MONTEREY COUNTY JAIL STATS 2014

| | Jan-14 | % of Total Pop | Feb-14 | % of Total Pop | Mar-14 | % of Total Pop | Apr-14 | % of Total Pop | May-14 | % of Total Pop | Jun-14 | % of Total Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Population Analysis of Total Jail Population** | | | | | | | | | | | | |
| TOTAL Inmate Population in the Month | 952 | | 912 | | 937 | | 948 | | 981 | | 986 | |
| # of Males | 824 | 87% | 793 | 87% | 806 | 86% | 803 | 85% | 841 | 86% | 830 | 84% |
| # of Females | 128 | 13% | 119 | 13% | 131 | 14% | 145 | 15% | 140 | 14% | 156 | 16% |
| # of Un-Sentenced Inmates | 721 | 76% | 667 | 73% | 677 | 72% | 707 | 75% | 732 | 75% | 728 | 74% |
| # of Sentenced Inmates | 231 | 24% | 245 | 27% | 260 | 28% | 241 | 25% | 249 | 25% | 258 | 26% |
| **New Intakes Booked** | | | | | | | | | | | | |
| # of NEW Inmates booked in Month | 964 | | 813 | | 1063 | | | | 1069 | | 966 | |
| # of Open Fresh Arrest booked | 567 | | 510 | | 679 | | | | 722 | | 638 | |
| # of Open Fresh booked | 282 | | 260 | | 388 | | | | 403 | | 381 | |
| # of MISD Open Fresh Booked | 285 | | 250 | | 291 | | | | 319 | | 257 | |
| **Post-Release Community Supervision (PRCS)** | | | | | | | | | | | | |
| # booked per PC 3454(c) Flash Incarceration only | U | | U | | U | | U | | U | | U | |
| # PRCS booked during the month | U | | U | | U | | U | | U | | U | |
| # PRCS booked w/New Charges | U | | U | | U | | U | | U | | U | |
| # serving Jail time as result of Revocation Hearing | U | | U | | U | | U | | U | | U | |
| **Parole Statistics** | | | | | | | | | | | | |
| # of TOTAL Parole Violators booked in Month | 68 | | 55 | | 46 | | | | 56 | | 42 | |
| # Offendors booked ONLY on 3056 | 56 | | 42 | | 28 | | | | | | | |
| # of Offenders booked w/ New Charges | 32 | | 23 | | 20 | | | | | | | |
| # of Offenders serving Jail Time due to DA Warrant | 11 | | 13 | | 10 | | | | | | | |
| # of Offenders serving time on NEW Local Sent | 18 | | 11 | | 15 | | | | | | | |
| # of Offenders sent to Jail time under 1170(h)/(5)(A) | U | | U | | U | | U | | U | | U | |
| # of Offenders sent to Jail time under 1170(h)/(5)(B) | U | | U | | U | | U | | U | | U | |
| **Alternative Custody** | | | | | | | | | | | | |
| Work Alternative | 200 | | 199 | | 193 | | | | 206 | | 212 | |
| DA Bookings | 55 | | 42 | | 56 | | | | 30 | | 34 | |
| Supervised Home Confinement (Voluntary) | U | | U | | U | | U | | U | | U | |
| Home Detention Program (Involuntary) | U | | U | | U | | U | | U | | U | |
| Return to Jail Custody from SHC or HDP | U | | U | | U | | U | | U | | U | |
| **Releases** | | | | | | | | | | | | |
| # OR's Released: Resulting from Revised Policy | 24 | | 24 | | 22 | | | | | | | |
| # of TOTAL subjects released OR | 159 | | 185 | | 228 | | | | 249 | | 194 | |
| # Released per PC 4018.6 & 4024.1 | 108 | | 129 | | 166 | | | | 141 | | 147 | |
| **Immigration** | | | | | | | | | | | | |
| # Inmates with Immigration Hold | 49 | | 43 | | 37 | | | | | | | |
| # Released to Immigration | 44 | | 20 | | 14 | | | | 26 | | 42 | |
| # Released per General Order 13-08 | 1 | | 14 | | 19 | | | | | | | |
| # Sentenced Inmates with Immigration Hold | 23 | | 16 | | 14 | | | | | | | |
| # Un-Sentenced Inmates with Immigration Hold | 55 | | 49 | | 53 | | | | | | | |
| **Other** | | | | | | | | | | | | |
| TOTAL Monthly Population | 29,228 | | 25859 | | 28816 | | 27852 | | 30055 | | 29590 | |

James Bass
July 23, 2014
Exhibit No. 35
Megan F. Alvarez
RPR, CSR No. 12470

## MONTEREY COUNTY JAIL STATS 2014

| | Jul-14 | % of Total | Aug-14 | % of Total | Sep-14 | % of Total | Oct-14 | % of Total | Nov-14 | % of Total | Dec-14 | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Population Analysis of Total Jail Population** | | | | | | | | | | | | |
| TOTAL Inmate Population in the Month | | Pop | | Pop | | Pop | | Pop | | Pop | | Pop |
| # of Males | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| # of Females | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| # of Un-Sentenced Inmates | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| # of Sentenced Inmates | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| **New Intakes Booked** | | | | | | | | | | | | |
| # of NEW Inmates booked in Month | | | | | | | | | | | | |
| # of Open Fresh Arrest booked | | | | | | | | | | | | |
| # of FEL Open Fresh booked | | | | | | | | | | | | |
| # of MISD Open Fresh Booked | | | | | | | | | | | | |
| **Post-Release Community Supervision (PRCS)** | | | | | | | | | | | | |
| # booked per PC 3454(c) Flash Incarceration only | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| # PRCS booked during the month | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| # PRCS booked w/New Charges | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| # serving Jail time as result of Revocation Hearing | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| **Parole Statistics** | | | | | | | | | | | | |
| # of TOTAL Parole Violators booked in Month | | | | | | | | | | | | |
| # Offenders booked ONLY on 3056 | | | | | | | | | | | | |
| # of Offenders booked w/ New Charges | | | | | | | | | | | | |
| # of Offenders serving Jail Time due to DA Warrant | | | | | | | | | | | | |
| # of Offenders serving time on NEW Local Sent | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| # of Offenders sent to Jail time under 1170(h)(5)(A) | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| # of Offenders sent to Jail time under 1170(h)(5)(B) | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| **Alternative Custody** | | | | | | | | | | | | |
| Work Alternative | | | | | | | | | | | | |
| DA Bookings | | | | | | | | | | | | |
| Supervised Home Confinement (Voluntary) | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| Home Detention Program (Involuntary) | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| Return to Jail Custody from SHC or HDP | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| **Releases** | | | | | | | | | | | | |
| # OR's Released: Resulting from Revised Policy | | | | | | | | | | | | |
| # of TOTAL subjects released OR | | | | | | | | | | | | |
| # Released per PC 4018.6 & 4024.1 | | | | | | | | | | | | |
| **Immigration** | | | | | | | | | | | | |
| # Inmates with Immigration Hold | | | | | | | | | | | | |
| # Released to Immigration | | | | | | | | | | | | |
| # Released per General Order 13-08 | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | |
| # Sentenced Inmates with Immigration Hold | | | | | | | | | | | | |
| # Un-Sentenced Inmates with Immigration Hold | | | | | | | | | | | | |
| TOTAL Monthly Population | | | | | | | | | | | | |

COUNTY 000476

# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| JESSE HERNANDEZ, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiffs,<br><br>  vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, A CALIFORNIA CORPORATION; AND DOES 1 TO 20, INCLUSIVE,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. CV 13 2354 PSG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION OF JAMES BASS

DATE:        July 23, 2014

TIME:        10:00 a.m.

LOCATION:    ROSEN, BIEN & GALVAN, LLP
             315 MONTGOMERY STREET, 10TH FLOOR
             SAN FRANCISCO, CALIFORNIA

REPORTED BY: MEGAN F. ALVAREZ, RPR
             Certified Shorthand Reporter
             License No. 12470

```
 1              WEDNESDAY, JULY 23, 2014, 10:00 A.M.
 2
 3                         JAMES BASS,
 4      having been first duly sworn, was examined and
 5                     testified as follows:
 6
 7                           --o0o--
 8                         EXAMINATION
 9  BY MR. FREEDMAN:
10      Q.   Good morning, Commander Bass.
11      A.   Good morning.
12      Q.   My name is Michael Freedman.  I'm an attorney
13  for the plaintiffs in the Hernandez vs. County of
14  Monterey matter.  I'll be taking your deposition today.
15           I'd like to go over some ground rules before
16  we get started, and then we'll jump into the substance.
17           Could you please state and spell your full
18  name?
19      A.   James Bass.  Need last names spelled or both
20  names?  J-A-M-E-S, B-A-S-S.
21      Q.   And what is your business address?
22      A.   1410 Natividad, N-A-T-I-V-I-D-A-D, Road,
23  Salinas, California 93906.
24      Q.   Have you ever had your deposition taken
25  before?
```

1        A.    -- for the jail.  The daily inmate counts.
2              (Whereupon Exhibit 35 was marked for
3                identification.)
4    BY MR. FREEDMAN:
5        Q.    I'm going to hand to you what's been marked
6    Exhibit No. 35, a two-page document Bates-stamped
7    COUNTY 000475 to 000476.
8              Could you please tell me what this document
9    is?
10       A.    It appears to be statistics, jail statistics,
11   for the period of January 2014 through June 2014.
12       Q.    It's my understanding that those are all of
13   the -- you now have before you all of the documents that
14   were produced by the county in response to the document
15   requests that I just listed previously.
16             Among these documents, do you see any general
17   orders governing the operation of the Monterey County
18   Jail?
19       A.    No.
20       Q.    Do you see any memorandum governing the
21   operation of the Monterey County Jail?
22       A.    No.
23       Q.    And just to be clear, as you've described
24   before, there are some memorandum that are issued by the
25   Monterey County Sheriff's Office that do govern the

```
 1   count of inmates at the 11:00 p.m. count?
 2        A.   That's the closest count to that time.  So
 3   most likely yes, I guess that's probably most accurate.
 4        Q.   Are there ever errors in the inmate daily
 5   count sheet?
 6        A.   Yes.
 7        Q.   What type of errors?
 8        A.   Numbers are transposed, housing units
 9   forgotten.
10        Q.   Is it common that there are errors in the
11   inmate daily count sheet?
12        A.   I don't believe so.
13        Q.   As someone who's worked at the jail for
14   20 years do you find that both the numbers for the
15   individual housing units and the grand total number are
16   a pretty reliable number of how many people are in the
17   jail and in each of the housing units?
18        A.   Yes.
19        Q.   Let's take a look at what was marked as
20   Exhibit 35 earlier today.
21   BY MR. FREEDMAN:
22        Q.   We looked at this chart earlier, but I'd like
23   to get into it in a little bit more detail.
24             When was this document produced?
25        A.   What do you mean by -- produced to you?
```

```
 1        Q.   Is this a document that's maintained in the
 2   ordinary course of business for the Monterey County
 3   Sheriff's Office or was this product produced for
 4   purposes of this litigation?
 5        A.   I believe it's part of the ordinary course of
 6   activity -- course of business.
 7        Q.   And I'd like to just go through and try to
 8   figure out what each of these items in the left-hand
 9   column mean.
10             MS. SAUNDERS:  Excuse me.  Could you please
11   give me the Bates numbers of the document you're looking
12   at?
13             MR. FREEDMAN:  My apologies.  I meant to do
14   that.  000475 and 000476.
15             MS. SAUNDERS:  Thank you.
16   BY MR. FREEDMAN:
17        Q.   So the first item in the left-hand column is
18   total inmate population in the month.
19             Is that an average population for the month?
20        A.   It appears to be.
21        Q.   Do you know who produces this chart?
22        A.   I believe it is our -- our IT division of the
23   department.
24        Q.   Does this chart get circulated throughout the
25   department at all?
```

```
 1        A.    Not that I'm aware of.
 2        Q.    Have you ever seen this chart before?
 3        A.    Prior to today?
 4        Q.    Yes.
 5        A.    Yes.
 6        Q.    Had you seen it prior to the search for
 7   documents to produce in response to our document
 8   request?
 9        A.    No.
10        Q.    So you believe but are not 100 percent certain
11   that the total inmate population in the month means the
12   average population for the month; is that correct?
13        A.    Yes.
14        Q.    And would that be generated by taking the --
15   adding up all of the inmate counts for each day of the
16   month and then by dividing by the number of days for
17   that month?
18        A.    No.  We would go back and utilize the monthly
19   stats on those months that weren't marked, would use
20   those cumulative totals there and divide by the number
21   of days in the month.
22        Q.    Got it.
23              So you would take that grand total number and
24   divide that by the total number of days in month; is
25   that correct?
```

```
 1         A.   Yes.
 2         Q.   And do the remainder of those items in the
 3    population analysis of total jail population number of
 4    males, number of females, number of unsentenced inmates,
 5    number of sentenced inmates, would those be generated in
 6    a similar way by taking the total number of those types
 7    of prisoners from the monthly summary sheets and
 8    dividing by the days in the month?
 9         A.   I believe so, yes.
10         Q.   The next section on the left-hand side is "New
11    intakes booked."  And the first item is "Number of new
12    inmates booked in month."
13              What does that mean?
14         A.   That means the number of inmates that have
15    come into the facility and were booked in our facility.
16         Q.   Is that -- would there be a new booking number
17    associated with each of these new inmates booked in a
18    given month?
19         A.   Yes.
20         Q.   So if someone was in the jail and had a
21    temporary release for some reason and then came back
22    into the jail, would that be one of the new inmates
23    booked in the month?
24         A.   No.
25         Q.   Okay.  And then next line says:  "Number of
```