MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
SARAH P. ALEXANDER – 291080
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
spalexander@rbgg.com

ALAN SCHLOSSER – 049957
MICAELA DAVIS – 282195
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: aschlosser@aclunc.org
mdavis@aclunc.org

JAMES EGAR – 065702
Public Defender
DONALD E. LANDIS, JR. – 149006
Assistant Public Defender
OFFICE OF THE PUBLIC DEFENDER
COUNTY OF MONTEREY
111 West Alisal Street
Salinas, California 93901-2644
Telephone: (831) 755-5806
Facsimile: (831) 755-5873
Email: EgarJS@co.monterey.ca.us
LandisDE@co.monterey.ca.us

ERIC BALABAN (*admitted pro hac vice*)
CARL TAKEI – 256229
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ebalaban@npp-aclu.org
ctakei@npp-aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,

Defendants.

Case No. CV 13 2354 PSG

**DECLARATION OF GLENDA HUNTER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS ESQUIVEL, HOBBS, HUNTER, KEY, MILLER, MURPHY, NICHOLS, SARABI, AND YANCEY**

Judge: Hon. Paul S. Grewal

Trial Date: None Set

[1262412-1]

I, GLENDA HUNTER, declare:

1. I am a party in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration in support of Plaintiffs' Sur-reply in Opposition to Defendants' Motion to Dismiss Plaintiffs Esquivel, Hobbs, Hunter, Key, Miller, Murphy, Nichols, Sarabi, and Yancey.

2. Defendants in this action took my deposition on May 20, 2014. On that date, I was living in Sacramento, California, and testified to that fact. *See* Decl. of Susan K. Blitch in Supp. of Defs.' County of Monterey and Monterey County Sheriff's Office Reply to Pls.' Opp'n to Mot. to Dismiss Robert Yancey, Richard Murphy, Glenda Hunter, Martha Gomez, Wesley Miller, Jeffrey Nichols, Sarab Sarabi, Albert Key, Sean Esquivel, and Jason Hobbs Pursuant to FRCP Rule 12(b)(6) ("Blitch Reply Decl."), Ex. B at 8:4-5. I also testified that I was planning to move back to Monterey County. *See id.* at 8:12-15.

3. On July 10, 2014, I moved from Sacramento, California to Seaside, California in Monterey County. Since that date, I have resided in Seaside, California.

4. I am on Mandatory Supervision. *See* Decl. of Michael Freedman in Opp'n to Defs.' Mot. to Dismiss Pls. Esquivel, Gomez, Hobbs, hunter, Key, Miller, Murphy, Nichols, Sarabi, and Yancey, Dkt. No. 82-4, Exs. I-J. It is my understanding that if I am arrested for violating the terms and conditions of my Mandatory Supervision while I am physically located in Monterey County, I will be taken to and detained in the Monterey County Jail.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 5th day of August, 2014.

Glenda Hunter

GLENDA HUNTER