Peter G. Bertling  # 131602
Jemma Parker Saunders, #227962
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California  93101
Telephone:  (805) 892-2100
Facsimile:  (805) 963-6044

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ, CAIN AGUILAR, HA COBB, SUSAN DILLEY, CONNIE DOBBS, SEAN ESQUIVEL, RAMONA GIST, MARTHA GOMEZ, GEORGE GREIM, DENNIS GUYOT, JASON HOBBS, GLENDA HUNTER, ALBERT KEY, BRANDON MEFFORD, WESLEY MILLER, RICHARD MURPHY, JEFF NICHOLS, ANGEL PEREZ, SARAB SARABI, CLYDE WHITFIELD, and ROBERT YANCEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20,<br><br>Defendants. | Case No. CV 5:13 2354 PSG<br><br>**NOTICE OF MOTION TO STRIKE THE REPORT OF MICHAEL PUISIS, D.O. FILED BY PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: October 28, 2014<br>Hearing Time: 10:00 a.m.<br>Hearing Dept: 28<br><br><br>Action Filed:  May 23, 2013<br>Pre-Trial Conference: August 25, 2015<br>Trial Date:  September 8, 2015<br>Judge:  Hon. Paul Singh Grewal<br>Ctrm:  5 - Fourth Floor |

**TO PLAINTIFFS AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 28, 2014 at 10:00 a.m., in Courtroom 5 of the above-entitled court, defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG") will and hereby does move the Court for an Order striking the report of

**NOTICE OF MOTION TO STRIKE THE REPORT OF MICHAEL PUISIS, D.O. FILED BY PLAINTIFFS  IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

Case 5:13-cv-02354-BLF   Document 181   Filed 09/30/14   Page 2 of 3

1  Michael Puisis, D.O. ("Dr. Puisis") filed in support of plaintiffs' Motion for Class
2  Certification pursuant to Rule 12(b)(6).
3     Defendant moves to strike Dr. Puisis' report firstly because at the request of
4  plaintiffs' counsel, Dr. Puisis breached the provisions of HIPAA and 29 third party
5  inmates' privacy and confidentiality rights in connection with his expert review of the
6  healthcare provided at Monterey County Jail. This breach was in violation of the 29
7  inmates' privacy rights guaranteed by the U.S. Constitution under the Fourteenth
8  Amendment and by 42 U.S.C. §1320 and 45 C.F.R. 164.512. The unlawful disclosure of
9  identifying information of the 29 third party inmate patients whom Dr. Puisis has reviewed
10 and which form the substantial basis for his opinions and analysis of the facts and issues
11 in this case has far-reaching ramifications. First, the patient-identifying information has
12 reached unlawful recipients, which in itself is a violation of the above-described privacy
13 rights. Second, defendant CFMG cannot fully respond to Dr. Puisis' report (which
14 defendant contains is rife with factual errors and omissions) without further perpetuating,
15 impacting and adding to the privacy breach. Fully responding to Dr. Puisis' inaccurate
16 information contained in his report would therefore subject CFMG to future liability by the
17 29 inmates on the basis of state and federal privacy laws. CFMG is therefore left with the
18 unsavory and unjust option of being forced to choose whether to fully and adequately
19 respond to plaintiffs' motion for class certification and commit the same egregious privacy
20 violations, or avoid further injury and potential liability to these 29 inmates but fail to
21 adequately or fully address the issues set forth by plaintiffs' motion. Given this patent
22 injustice, CFMG moves to strike Dr. Puisis' report herein.
23    Secondly, CFMG further moves to strike Dr. Puisis' report based on the
24 nomenclature designating Dr. Puisis as a "neutral expert." CFMG's agreement to accept
25 Dr. Puisis as a neutral expert was predicated on: 1) his agreement to review and analyze
26 Monterey County Jail in conjunction with Title 15 of the California Code of Regulations
27 governing jail standards; and 2) that Dr. Puisis was not biased and had not previously acted
28

2                                             **5:13cv2354 PSG**

**NOTICE OF MOTION TO STRIKE THE REPORT OF MICHAEL PUISIS, D.O.
FILED BY PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR CLASS
CERTIFICATION**

1 as an expert for plaintiffs' counsel's firm.  Since Dr. Puisis intentionally and willfully failed
2 to conduct his review of the Monterey County Jail in conjunction with Title 15, and since
3 he failed to disclose his past substantial work with plaintiffs' counsel, CFMG moves to
4 strike his report herein.

5 Third, CFMG moves to strike Dr. Puisis' report on the basis that both his
6 methodology and reasoning underlying his declarative opinions are scientifically invalid
7 and cannot be properly applied to the facts at issue in plaintiffs' Second Amended
8 Complaint and the class certification question.  See *Daubert v. Merrell Dow Pharms., Inc.*,
9 509 U.S. 579, 597 (1993).

10 Defendant requests this motion to strike be granted in its entirety.

11 This Motion is based upon this Notice of Motion, the Memorandum of Points and
12 Authorities filed concurrently herewith the Declaration of Peter G. Bertling, the opposition
13 to motion for class certification filed by defendant CFMG including its memorandum of
14 points and authorities, supporting declarations and exhibits and requests for judicial notice,
15 the motion for class certification filed by plaintiffs, including the report of Dr. Michael
16 Puisis.  This motion is further based on all pleadings and documents on file in this action,
17 and upon such other and further evidence as may be set forth at the time of the hearing on
18 this Motion.

19 DATED:  September 30, 2014.                           BERTLING & CLAUSEN, L.L.P.

                                                    By:  /s/ Peter G. Bertling
                                                         Peter G. Bertling
                                                         Jemma Parker Saunders
                                                         Attorneys for Defendant
                                                         CALIFORNIA FORENSIC
                                                         MEDICAL GROUP, INC.

**NOTICE OF MOTION TO STRIKE THE REPORT OF MICHAEL PUISIS, D.O. FILED BY PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**