UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ et al.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　　　Defendants. | Case No.: 5:13-cv-2354-PSG<br><br>**ORDER DENYING MOTION TO CONTINUE AND GRANTING LEAVE TO FILE A SUR-REPLY**<br><br>**(Re: Docket No. 362)** |

　　　　The Federal Rules of Civil Procedure require that in a class action "at an early practicable time after a person sues . . . the court must determine by order whether to certify the action as a class action."[1] Alleging new issues and evidence in Plaintiffs' reply briefs, Defendants seek to continue the hearing on Plaintiffs' motion for class certification until November 19.[2] Plaintiffs more persuasively argue that there should be no more delay because the reply rebuts arguments and

---

[1] Fed. R. Civ. P. 23(c)(1)(A).

[2] *See* Docket Nos. 362, 363.

1

Case No.: 5:13-cv-2354-PSG
ORDER DENYING MOTION TO CONTINUE AND GRANTING LEAVE TO FILE SUR-REPLIES

evidence that defendants first present in their oppositions.[3] The motion for class certification has been pending for nearly six months, and Defendants have already successfully requested delaying the hearing three times.[4] Defendants' motion to continue is DENIED.

The court agrees with the parties that Defendants should be granted leave to file a sur-reply. Defendants must file any sur-reply no later than 3:00 p.m. on October 28, 2014.

**SO ORDERED.**

Dated: October 24, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Docket No. 365 at 2-4.

[4] *See id.* at 1, 5; Docket Nos. 61, 76, 100, 115.

2
Case No.: 5:13-cv-2354-PSG
ORDER DENYING MOTION TO CONTINUE AND GRANTING LEAVE TO FILE SUR-REPLIES