UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　Defendants. | Case No. 5:13-cv-02354-PSG<br><br>**ORDER GRANTING ATTORNEY'S FEES AND EXPENSES**<br><br>**(Re: Docket No. 500)** |

Counsel for Plaintiffs Jesse Hernandez and all others similarly situated moves for an award of $4.8 million for their reasonable attorney's fees and expenses,[1] as agreed by the parties in the Settlement Agreement.[2]  Defendants do not oppose: while Defendants initially objected to Plaintiffs' request for interest,[3] the parties successfully met, conferred and resolved the issue without the court's intervention.[4]

The court GRANTS as unopposed Plaintiffs' motion for $4.8 million for reasonable attorney's fees and expenses.  The question of interest is resolved according to the parties' stipulation.[5]

---

[1] *See* Docket No. 500.

[2] *See* Docket No. 494 at ¶¶ 60-65.

[3] *See* Docket Nos. 501, 502.

[4] *See* Docket No. 508.

[5] *See id.*

1
Case No. 5:13-cv-02354-PSG
ORDER GRANTING ATTORNEY'S FEES AND EXPENSES

1  **SO ORDERED.**

2  Dated: November 9, 2015

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge