# EXHIBIT B

# TO CFMG'S MOTION FOR APPROVAL OF IMPLEMENTATION PLANS

1  Peter G. Bertling  # 131602
   Jemma Parker Saunders #227962
2  BERTLING & CLAUSEN, L.L.P.
3  15 West Carrillo Street, Suite 100
   Santa Barbara, California  93101
4  Telephone:  805-892-2100
5  Facsimile: 805-963-6044
6  pgb@bertling-clausen.com
   jps@bertling-clausen.com
7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL
8  GROUP, INC.; TAYLOR FITHIAN, M.D.

9

                  UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | JESSE HERNANDEZ, CAIN                  ) | Case No. CV 5:13 2354 PSG
   | AGUILAR, HA COBB, SUSAN                ) |
13 | DILLEY, CONNIE DOBBS, SEAN             ) |
   | ESQUIVEL, RAMONA GIST,                 ) | **DECLARATION OF KATHRYN J.**
14 | MARTHA GOMEZ, GEORGE GREIM,            ) | **WILD, R.N., M.P.A., C.C.H.P. IN**
   | DENNIS GUYOT, JASON HOBBS,             ) | **SUPPORT OF DEFENDANT**
15 | GLENDA HUNTER, ALBERT KEY,             ) | **CFMG'S MOTION FOR APPROVAL**
   | BRANDON MEFFORD, WESLEY                ) | **OF IMPLEMENTATION PLAN**
16 | MILLER, RICHARD MURPHY, JEFF           ) |
   | NICHOLS, ANGEL PEREZ, SARAB            ) |
17 | SARABI, CLYDE WHITFIELD, and           ) |
   | ROBERT YANCEY, on behalf of            ) |
18 | themselves and all others similarly    ) |
   | situated,                              ) |
19 |                                        ) |
   |          Plaintiffs,                   ) | Action Filed:  May 23, 2013
20 | v.                                     ) | Judge:       Hon. Paul Singh Grewal
   |                                        ) | Ctrm:        5 - Fourth Floor
21 | COUNTY OF MONTEREY;                    ) |
   | MONTEREY COUNTY SHERIFF'S              ) |
22 | OFFICE; CALIFORNIA FORENSIC            ) |
   | MEDICAL GROUP,                         ) |
23 | INCORPORATED, a California             ) |
   | corporation; and DOES 1 to 20,         ) |
24 |                                        ) |
   |          Defendants.                   ) |
25

26        **DECLARATION OF KATHRYN J. WILD, R.N., M.P.A., C.C.H.P.**

27  ///

28  ///

I, KATHRYN J. WILD, R.N., M.P.A., C.C.H.P., declare as follows:

**I.     INTRODUCTION.**

1.     My name is Kathryn J. Wild. I was retained by California Forensic Medical Group, Inc. (CFMG) to consult in the case of *Jesse Hernandez et al v. County of Monterey, et al*. I make this Declaration in support of Defendant CFMG's Motion for Approval of the Implementation Plan.  If called upon as a witness, I could and would competently testify to all facts set forth in this declaration.  I am familiar with the standard of care for the nursing and medical treatment of incarcerated patients and care surrounding same, at all times relevant to this action. My familiarity is based upon my professional knowledge, education, training and experience as more fully described below.

**II.    BACKGROUND AND EDUCATION.**

2.     I have been a Registered Nurse in the State of California since 1984 and have worked in the correctional healthcare field for the past 31 years.

- Fellow - California Healthcare Foundation (CHCF) Leadership Fellowship (2007/2009)
- Master's in Public Administration - National University, San Diego, CA (2005)
- Management Leadership Academy (MLA), San Bernardino County (1998)
- Bachelor of Science - Health Services Management, University of La Verne, CA (1998)
- Associate's Degree in Nursing - Rancho Santiago College, Santa Ana (1984)

///
///
///
///

     **A.**    **Professional Experience**.

     3.    Saint Joseph Hospital, Orange, CA            1980-1985

     *LVN/Registered Nurse – Medical Surgical Unit*

From 1980 to 1985, I worked at Saint Joseph Hospital in Orange, CA as an LVN/Registered Nurse - Medical Surgical Unit.

     4.    Orange County Health Care Agency            1985-1993

     Correctional Medical Services, Santa Ana, CA

     *Senior Comprehensive Care Nurse*

I began my correctional healthcare career in 1985 as a staff registered nurse with the County of Orange in the adult jail system. Over the next 7-½ years I provided direct patient care to inmate patients, and was responsible for the oversight of nursing staff in one of the larger jails. I was also asked to research and write the first policy and procedure manual for this system that resulted in a 300+ page manual that is the basis for the current manual in place today. I also worked closely with a team of nurses and physicians to research and develop the first nursing protocol manual in place in the jails.

     5.    San Bernardino County Sheriff's Department    1995-2010

     San Bernardino, CA

     *Health Services Administrator*

During my 15 years with the San Bernardino Sheriff's Department, I was responsible for the healthcare program in place in all the Sheriff's detention facilities; a system with a daily population between 5,500 – 6,500 inmates. When I first arrived to this system, they were dealing with issues of confinement that included medical and mental health deficiencies. I worked closely with the court monitor (John Hagar) to quickly resolve numerous problems including lack of policy and procedures, protocols for nursing, staffing deficiencies, medical and mental health housing issues, competency training of nursing personnel in providing appropriate care in the correctional setting and management of the pharmaceutical and physician contracts. During this time a complete reorganization was done that included appropriate chain of command

1  supervision for health care staff, and expansion of primary care providers to deal with
2  the increasing acuity level of inmate patients. I was also responsible to work directly
3  with the county mental health department to ensure that inmates received appropriate
4  mental health services that met California Code of Regulations Title 15 standards.
5  During this period we received recognition for our mental health program that included
6  several innovative therapy programs including pet therapy. In 2003 I received an
7  Outstanding Mental Health Advocate Award from the California Coalition for Mental
8  Health.

9     6.    Orange County Health Care Agency   2010-2013
10        Correctional Health Services, Santa Ana, CA
11        *Deputy Agency Director*

12  I was asked to return to Orange County in 2010 to implement a re-organization of
13  the delivery system in the adult jails; a system with a daily population between 6,000 -
14  6,500 inmates. I was responsible for medical, mental health and dental services provided
15  to inmates and juveniles housed in Orange County jails and juvenile halls. This
16  reorganization in the jails included the restructure of the management team, as well as
17  extensive hands-on evaluation of care in order to determine system problems. This
18  included development of policies, procedures and protocols that guided healthcare
19  personnel in the delivery of care, and the training of personnel in proper use of protocols
20  and assessment skills needed in providing appropriate care in this setting. During my
21  first year as Director I was frequently on-site in the clinical areas of the jail (booking,
22  triage, sick call, mental health and infirmary units, clinics, etc.) participating in the
23  active clinical setting with healthcare staff in order to determine strengths and
24  weaknesses in the system and competency needs of nursing staff and other health
25  providers.  During my 2-½ years in Orange County I also worked closely with the
26  employee labor union to resolve issues that health staff had identified as problematic in
27  the workplace, including complaints of working outside the scope of nursing and unfair
28  labor practices.  These issues were resolved with extensive staff involvement, policy

revision and staff education programs. During this time with Orange County I also headed the team that evaluated Electronic Health Records (EHR) to replace the existing paper system. In late 2011, we selected an EHR that is now fully implemented in both the adult jails and juvenile halls. I was also directly responsible for managing the off-site services at both the jails and juvenile halls, including specialty care and inpatient services.

7. Kathryn J. Wild, La Verne, CA                                       1993-Present
   *Consultant*

Since 1993 I have worked part time as a consultant in the correctional health setting. This consulting work ranges from on-site review of correctional healthcare systems for counties that want to improve the service delivery system and ensure they are meeting state and national standards, accreditation surveys for the IMQ, Title 15 review for counties that want an out-of-county objective review, and consultation for review of legal cases across the country. I am also asked to speak at National Conferences regarding issues that involve the delivery of care in the correctional setting.

**B. Professional Memberships.**

8. I am currently a member of and/or serve the following organizations:
   - American Correctional Health Services Association - California Chapter Past President (2003/2004)
   - National Commission on Correctional Health Care - Certified Correctional Health Professional since 1991, and CCHP-RN since 2014
   - American Correctional Association
   - American Jail Association
   - California Forensic Mental Health Association
   - Institute for Medical Quality - Committee Member and Accreditation Surveyor.

///
///

- Co-Chair of the Board of State and Community Corrections (BSCC) Title 15 Revision Workgroup for Medical/Mental Health Standards - 2016

9. As a surveyor with IMQ, for the past 15 years, I have participated as part of the survey team in reviewing jails in the State of California for adherence to the Health Care Accreditation Standards for Adult Detention Facilities.

10. As Co-Chair for the BSCC Medical/Mental Health Workgroup, I was responsible to co-manage the committee that reviewed the standards in Title 15 that applied to the provision of healthcare in jails within the State of California, including § 1216 – Pharmaceutical Management, which states that administration of medication shall only be done by licensed health personnel who are authorized to administer medication acting on the order of a physician. After a careful review of the existing Title 15 standards the committee proposed numerous changes to the regulations, however § 1216 was not changed in anyway as it was felt to be appropriate and adequate to meet the needs of the inmate population.

## III. REVIEW OF POLICIES, PROCEDURES AND PRACTICES OF MEDICATION ADMINISTRATION AT THE MONTEREY COUNTY JAIL

11. I have been asked to review the policies, procedures and practices of medication administration at the Monterey County Jail. As a surveyor for the Institute of Medical Quality (IMQ), my responsibilities include reviewing the medication distribution system at County Jails throughout the State of California to ensure they comply with California Code of Regulations, Title 15 as well as federal and state laws.

12. I have reviewed CFMG's policies and procedures regarding the administration of medications to inmates at the MCJ. I have also reviewed CFMG's [Proposed] Implementation Plan regarding pharmaceutical administration.

///

13. I am aware that Plaintiffs' counsel objects to CFMG maintaining "the status quo in which licensed vocational nurses dispense medications from stock bottles into individual doses - - despite the fact that California law and a minimal respect for patient safety reserves dispensing for licensed pharmacists." However, Plaintiffs' counsel mistakenly believes that the LVNs at CFMG participate in the act of "dispensing" medications to inmates.

14. Based on my training, education and experience I am familiar with the scope of practice for a Licensed Vocational Nurse which allows them to administer medications. The LVNs at the MCJ do not dispense medications. Instead, Diamond Pharmacy dispenses the medications used at the MCJ and they are then administered by the LVNs. Diamond Pharmacy dispenses many of their medications to the MCJ in bulk or stock supply.

15. The LVNs at CFMG are trained to take a single dose of medication from the properly labeled stock supply and then administer the medication to the inmate. This method of administering medications is within the scope of an LVN's practice and does not violate Title 15, state or federal laws. This method of medication administration to patients is also consistent with IMQ and NCCHC standards.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Signed this 1st day of April 2016, at Ontario, California.

Kathryn J. Wild, R.N., MPA, CCHP

7                                                                    CV5:132354 PSG

DECLARATION OF KATHRYN J. WILD, R.N., M.P.A., C.C.H.P. IN SUPPORT OF
DEFENDANT CFMG'S MOTION FOR APPROVAL OF IMPLEMENTATION PLAN