MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
ANDREW G. SPORE – 308756
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:          mbien@rbgg.com
                egalvan@rbgg.com
                vswearingen@rbgg.com
                aspore@rbgg.com

ALAN SCHLOSSER – 049957
MICAELA DAVIS – 282195
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:     (415) 621-2493
Facsimile:      (415) 255-8437
Email:          aschlosser@aclunc.org
                mdavis@aclunc.org

DONALD E. LANDIS, JR. – 149006
Assistant Public Defender
OFFICE OF THE PUBLIC DEFENDER
COUNTY OF MONTEREY
111 West Alisal Street
Salinas, California  93901-2644
Telephone:     (831) 755-5806
Facsimile:      (831) 755-5873
Email:          LandisDE@co.monterey.ca.us

ERIC BALABAN (*admitted pro hac vice*)
CARL TAKEI – 256229
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:     (202) 393-4930
Facsimile:      (202) 393-4931
Email:          ebalaban@aclu.org
                ctakei@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>     Defendants. | Case No. CV 13 2354 BLF<br><br>**[PROPOSED] ORDER APPOINTING NEUTRAL MONITORS AND ORDER OF REFERENCE**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:   August 11, 2016<br>Time:   11:00 a.m.<br>Crtrm.:  3, 5th Floor |

1    The Settlement Agreement approved by the Court on August 18, 2015, (Dkt. No.

2    494) provides for the appointment of five Monitors to carry out certain enumerated duties.

3    The duties are set forth in Paragraphs 39 and 40 of the Settlement Agreement.

4    In accordance with the Settlement Agreement and its remedial purposes, and

5    pursuant to the Court's inherent power, it is hereby

6    ORDERED that the following individuals are appointed as Monitors:  for disability

7    compliance, Timothy A. Gilbert; for corrections and safety, Michael Hackett; for dental

8    care, Viviane G. Winthrop; for medical care, Bruce Barnett; and for mental health care,

9    Kerry Hughes.  Current CVs for each monitor are attached to this Order.

10   FURTHER ORDERED that the Monitors shall have the responsibilities, powers,

11   and protections set forth in the Settlement Agreement and in this Order.

12   FURTHER ORDERED that:

13   1.    The following terms of the Settlement Agreement are adopted as part of this

14   Order:

15   2.    "Substantial compliance" shall mean adherence to the requirements of the

16   Settlement Agreement and the Implementation Plans in all material respects, recognizing

17   that 100% compliance is not required.  Non-systemic deviations from the requirements of

18   the Settlement Agreement and the Implementation Plans shall not prevent a finding of

19   substantial compliance, provided that the Defendants demonstrate that they have

20   (a) implemented a system for tracking compliance, where appropriate and practical, and

21   for taking corrective measures in response to instances of non-compliance, and (b) that

22   Defendants have instituted policies, procedures, practices, and resources that are capable of

23   durable and sustained compliance.  Substantial compliance shall be assessed by the

24   subject-area monitors and shall govern all requirements for the Settlement Agreement and

25   Implementation Plans.

26   3.    If any of the monitors become unavailable to monitor their respective areas,

27   the parties will meet and confer, and assign a new expert to monitor compliance with the

28

1    Settlement Agreement and the Implementation Plans for their respective areas of expertise.

2    The parties may agree at any time to remove and replace a monitor.

3         4.     Defendants shall pay the fees and costs incurred by the designated monitors

4    and their staff.  Invoices will be provided to all parties for their review before payment.

5    There will be a yearly budget negotiated with each designated monitor.  If any monitor

6    exceeds the budget for fees or costs without prior approval, he or she may be removed and

7    replaced through the process described in Paragraph 36 of the Settlement Agreement.  If

8    the parties do not agree on removal, either party may refer the matter to the mediator, and

9    if necessary to the Court to determine whether the monitor should be retained or removed.

10        5.     The designated monitors shall have access to all jail facilities upon

11   reasonable notice, to assess substantial compliance with the Settlement Agreement, and the

12   incorporated Implementation Plans.  All site visits shall take place on consecutive days.

13   There shall be no more than two (2) site visits in each year, per monitor, that the

14   Settlement Agreement is in effect.  These visits may take up to two (2) days each.

15        6.     The designated monitors shall have access to meet and interview personnel

16   whose duties pertain to the provision of services and/or who work with inmates in the area

17   of the expert's expertise.

18        7.     The designated monitors shall have a reasonable opportunity to conduct

19   confidential interviews of inmates to assess whether Defendants are in compliance with the

20   terms of the Settlement Agreement and Implementation Plans.

21        8.     The designated monitors may request to review County or CFMG

22   documents, except those documents protected by attorney-client or work product

23   privileges, or by state or federal law, to monitor Defendants' compliance with the terms of

24   this Settlement Agreement and all Implementation Plans.  If these documents are requested

25   in conjunction with a site visit, Defendants will provide these documents to the extent

26   feasible within ten (10) days prior to the visit.

27        9.     During the site visits, the designated medical, mental health and dental

28   monitors shall have reasonable access to current inmate health records, including mental

1  health records, consistent with Defendants' obligations under Federal and State law, as

2  those obligations have been modified by Court order.

3        10.    Monitors shall be provided with and agree to be bound by any protective or

4  Court orders entered in this case to protect the confidentiality of prisoner records and

5  security sensitive information.

6        11.    The designated monitor will prepare a draft written report on the Defendants'

7  efforts to meet the terms of the Settlement Agreement and all Implementation Plans at least

8  twice a year and within 30 days of the later of the monitor's site inspection and the

9  monitor's receipt of all requested documents and information, and in no case later than 45

10  days after the inspection.  Each report shall contain a determination of whether Defendants

11  are "substantially complying" with the Settlement Agreement and the applicable

12  Implementation Plan.  The draft report will be delivered to all parties to this Agreement.  If

13  the designated monitor concludes that Defendants have not substantially complied with the

14  terms of any provision or provisions of the Settlement Agreement and Implementation

15  Plans, the designated monitor shall make recommendations as to actions they believe to be

16  necessary to substantially comply with the terms of the provision or provisions.  The

17  parties will have 30 days to provide written comments, objections or to cure issues and 7

18  days to reply.  The monitor may re-inspect before issuing a final report.  Final reports shall

19  be due 20 days after the later of the monitor's receipt of any comments, objections or

20  replies, or any re-inspection.

21        12.    In addition to the above-recited terms of the Settlement Agreement, the

22  Monitors shall be governed by the following terms.

23        13.    The Monitors shall not engage in *ex parte* communications, verbal or written

24  with counsel for either party.  All written communications, emails, and document

25  productions to or from the Monitors shall be copied to counsel for all parties.

26        14.    The Monitors shall not engage in *ex parte* communications with the Court.

27  The Monitors may engage in *ex parte* communications with the Mediator, Magistrate

28  Judge Cousins.

15.     The Monitors may engage in *ex parte* communications with each other.

16.     During each Monitor's first tour of the Jail, the parties shall have the right to have counsel present during the tour.  All subsequent tours conducted by the monitors shall be conducted without counsel present, unless the parties agree good cause exists for counsel to observe the subsequent tours.  If the parties cannot agree on the necessity for counsel to be present on subsequent tours by the monitors, they shall submit the matter to Magistrate Judge Cousins for decision.

17.     Monitor budgets and invoices, like other written communications, shall be copied to all parties.

18.     Within the limitations set by the yearly budget, the Monitors shall have the authority to employ and/or contract with all necessary expert, administrative, and clerical staff.  The staff and contractors of the Office of the Monitor shall have whatever access to records and documents the Monitor believes is necessary to fulfill the staff or contracting role; within the limits set by Paragraph 8 above.

19.     In preparing reports under Paragraph 11 above the Monitors shall identify all sources of information relied upon for facts and recommendations.  If the source of information is an interview or conversation whether with staff, inmates, another Monitor, or any other person, the Monitors shall identify the person who is the source of the information, and the date on which the Monitor spoke to the person.  If the source of the information is a document, the Monitor shall make the documents available to counsel for all parties, or identify the document in a manner that makes it accessible to all parties.

20.     Monitors shall be compensated directly by Defendants upon submission of invoices to all parties.

/ / /

/ / /

/ / /

/ / /

/ / /

1     21.     The parties shall meet and confer periodically regarding the efficacy of the

2  procedures described herein, and shall submit a joint statement to the Court if any changes

3  are needed.

4

5  DATED: _____, 2016      _____

6                            Beth Labson Freeman

                          United States District Judge

# Exhibit A – Resume of Timothy A. Gilbert

510 - 845 - 7549

**Timothy A. Gilbert, ICC, CASp, ASLA**
Principal/Access Specialist

**Areas of Expertise**
Universal Design | Public Access
Title II ADA | Outreach and Facilitation
ADA Self-Evaluation and Transition Planning

**Professional Registrations**
California DSA Certified Access Specialist #032
Accessibility Inspector / Plans Examiner, International Code Council (ICC)/#1091334
Registered Landscape Architect: California #3751 (1992), Michigan #962 (1983)

**Professional Affiliations**
- Former Vice President, America Walks Board of Directors
- Member: Marin County Bicycle Coalition
- Member: Transportation Authority of Marin Technical Advisory Committee
- Chair: San Rafael California Bicycle and Pedestrian Advisory Committee
- Member: Certified Access Specialist Institute
- Member: American Society of Landscape Architects

**Publications and Awards**
ASLA Merit Award 1992: *The Accessibility Checklist*,
     co-author with Susan M. Goltsman and Steven D. Wohlford, MIG Communications, 1992,
     reprinted 1993
*Landscape Architectural Graphic Standards*, contributed chapter with Susan M. Goltsman on
     Access to the Outdoor Setting, John Wiley & Sons, Inc., 2007

**Education**
Master of Landscape Architecture, University of Michigan, Ann Arbor, 1976
Bachelor of Arts, History of Art, Oakland University, Rochester, Michigan, 1971

**Qualifications**
Timothy Gilbert is a principal at MIG and a CASp certified accessibility specialist with over 30 years experience as a public agency planner, building code enforcement professional, and designer of accessible environments He provides a deep understanding and expertise with access and American's with Disabilities Act (ADA) design and compliance and a broad spectrum of expertise in design, master planning, and pedestrian planning. He is an expert in the ADA Standards for Accessible Design and the California access regulations. He is also I.C.C. (International Code Council) certified as an Accessibility Inspector and Plans Examiner, and serves as a subject matter expert for the California Division of the State Architect.

Tim is able to combine these capabilities with an astute ability to engage the community in planning and design processes so that participants feel they are being heard and that the final product reflects the values and character of the community. As a designer, Tim brings together

his experience and best practices and develops content-sensitive designs that are informed by the *community needs from the very beginning.*

Mr. Gilbert specializes in creating universally accessible environments within natural settings, including waterfront facilities; wetlands; trails, greenways and open space; and National, State, regional, community, and neighborhood parks. Tim's experience with ADA and universal design is translated into a specialty in creating universally accessible outdoor environments for people of all ages and abilities. He is experienced in providing oversight and coordination of multidisciplinary teams to ensure the on-time, on-budget completion of complex projects.

**Relevant Experience**

- Third Party/Expert Monitor for Tucker v. California State Parks
- Third Party/Expert Monitor for Gustafson v. UC Berkeley Regents
- Marin County Self Evaluation and Transition Plan, Marin County, California
- Sonoma County Self Evaluation and Transition Plan, Sonoma County, California
- Amador County Self Evaluation and Transition Plan, Amador County, California
- Napa ADA Self-Evaluation and Transition Plan Update, Napa, California
- American Canyon ADA Self-Evaluation and Transition Plan, American Canyon, California
- California Department of Parks and Recreation ADA Transition Plan, Statewide, California
- East Bay Regional Park District Self-Evaluation and Transition Plan, Oakland, California
- San Diego State University Transition Plan, San Diego, CA
- University of California at Berkeley Facilities ADA Survey, Berkeley, CA
- University of California at Berkeley Path-of-Travel and Access Plan, Berkeley, CA
- Contra Costa Community College District Transition Plan, Martinez, CA
- San Francisco Parks and Recreation Department Transition Plan and Self-Evaluation, San Francisco, California
- Peninsula Watershed Trail System Accessibility Study, San Mateo County, California
- Santa Rosa ADA Transition Plan and Self Evaluation Update, Santa Rosa, California
- Fresno Self-Evaluation, Public Outreach & Access Consulting, Fresno, CA
- Stockton Self-Evaluation and Transition Plan, Stockton, CA
- Concord Self-Evaluation and Transition Plan, Concord, CA
- San Jose ADA Self-Evaluation and Transition Plan, San Jose, CA
- San Francisco Bay Area Water Trail Accessibility Plan, California State Coastal Conservancy
- Terra Linda High School Self Evaluation and Transition Plan, San Rafael, CA
- San Francisco Unified School District Playground Safety Evaluations and Report, San Francisco, CA
- Mount Diablo Unified School District Playground Access Study, Contra Costa County, CA
- Palo Alto Unified School District Play Area Design, Palo Alto, CA

# Exhibit B – Resume of Michael Hackett



## Michael Hackett

5168 Via Mindanao
Oceanside, California 92057
760-473-0079 ~ michael-hackett@sbcglobal.net

# CURRICULUM VITAE
July 15, 2013

## P R O F E S S I O N A L   F O C U S

To provide criminal justice oriented consulting services to justice professionals and the legal community, provide training, conduct original research, facilitate organizational development and strategic planning, and to provide expert testimony to the courts.

## E D U C A T I O N

California Command College, Class 26, 1998
Graduate Certificate in Criminal Justice, University of Virginia, 1996
FBI National Academy, 187th Session, 1996
B.S., Pacific Western University, Public Administration, 1994
A.A., Long Beach City College, English and History, 1974

## E M P L O Y M E N T

**Criminal Justice Consultant**                                          **2002 – Present**

Private engagements with criminal justice agencies and private firms to perform a wide range of services including audits and inspections, review of policy and procedures, administrative investigations, audit of practices and processes, development and delivery of training courses, original research, surveys, draft policies and procedures, staff development, meeting and conference facilitation, and expert testimony in court and before governing bodies.

**Administrative Services Manager,**                                **1998 - 2002**
**Santa Clara Department of Correction**

Chief Administrative Officer of the twelfth largest jail system in the United States, housing 4500 inmates with 1100 employees.  Responsible to the Chief of Correction for Finance and Budget, Management Information Systems, Personnel, Labor Relations, Training, Food Service, Warehouse, Laundry, Building Operations, and Inmate Rehabilitation Programs.  Managed 251 employees and an annual budget of $120,000,000.

**Assistant Sheriff, Imperial County Sheriff's Office**           **1976 - 1998**

Progressively responsible assignments from Deputy Sheriff to Second-In-Command. Command assignments included Administration and Services, Corrections, and Field Operations.  Additional duties included the command of volunteer services, joint counterdrug operations, Underwater Recovery Team, and Special Emergency Response Team.  Special assignment as contract Chief of Police for the City of Calipatria.  Managed 254 employees with an annual budget of over $15,000,000.

**P R O F E S S I O N A L   M E M B E R S H I P S (PAST AND PRESENT)**

American Corrections Association
American Jail Association
American Society for Criminology
California State Sheriff's Association
California Command College Alumni Association
California Homicide Investigator's Association
California Peace Officer's Association
California Sexual Assault Investigator's Association
FBI National Academy Associates
International Association of Chiefs of Police
National Sheriff's Association
National Tactical Officer's Association
Southern California Jail Manager's Association, past president

**P R O F E S S I O N A L   T R A I N I N G**

Basic Peace Officer Academy, Riverside Sheriff's Department
Internal Affairs, CSU-Long Beach
Informant Development and Maintenance, California DOJ
Rape Investigation, UC-Riverside
Narcotics Enforcement, California DOJ
Homicide Investigations, California DOJ
Scientific Investigations, Imperial County Sheriff's Department
Criminal Intelligence Data Collector's Course, California DOJ
Field Evidence Collection, California DOJ
Visual Investigative Analysis, California DOJ
Criminal Intelligence Data Analyst, California DOJ
POST Supervisory Course, Miramar College
Carnival Frauds Seminar, Chapman College
Field Training Officer, San Diego Regional Training Center
POST Management Course, San Diego State University
Computers in Law Enforcement, San Diego Regional Training Center
POST Executive Development, Cal-Poly Pomona
Administrative Services Management, Cal-Poly Pomona
Incident Command System, Golden West College
Workers Compensation and Disability, Cal-Poly Pomona
Rappelling and Rope Handling, Imperial County Sheriff's Department
Domestic Violence, California Peace Officers Association
Patrol Operations Management, Cal-Poly Pomona
Jail Manager's Seminar, Tulare County Sheriff's Department
Criminal Investigations Management, Cal-Poly Pomona
STC Jail Manager's Course, San Diego Sheriff's Department
Continuity of Government, FEMA Emergency Management Institute
Public Safety Diver, PADI
Long Range Surveillance Leadership Course, Ranger Department, US Army
Introduction to Corrections, Marine Corps Institute
Correctional Counseling, American University, US Marine Corps
Sudden Death, Excited Delirium and In-Custody Death Conference,
   Institute for the Prevention of In-Custody Deaths, 2006
Gracie Resisting Attack Procedures for Law Enforcement, 2007
Advanced Techniques in Crime Scene Analysis, PESI HealthCare, 2008
Amendment Based Use of Force – Train the Trainers,
   Institute for the Prevention of In-Custody Deaths, 2009
Koga Defensive Tactics Seminar, 2011
   Koga Institute

# P U B L I C A T I O N S

*"Avoiding the Pitfalls of Civilianization"*, Police Recorder, April, 1987
*"Life on the Border"*, California Sheriff, Winter, 1987
*"Sheriff's Spotlight"*, California Sheriff, Summer, 1988
*"Desert Diving: The ICSURT Story"*, The Backup, September, 1989
*"The Negotiations Approach"*, The Tactical Edge, Winter, 1995
*"Elderly Prisoners"*, Criminal Justice, Salem Press, Pasadena, 2005

# A W A R D S   A N D   H O N O R S

POST Basic Certificate, 1977
POST Intermediate Certificate, 1978
Sheriff's Citation, Outstanding Performance, 1982
POST Advanced Certificate, 1983
Officer of the Year, American Legion Post 135, 1984
Distinguished Service Award, True Detective Magazine, 1984
POST Supervisory Certificate, 1985
POST Management Certificate, 1987
Certificate of Appreciation, Imperial County Sheriff's Office, 1989
Sheriff's Commendation, Operation Border Ranger II, 1990
Sheriff's Commendation, Los Angeles Riots, 1992
Meritorious Service Medal (Valor), 1993
Distinguished Service Medal (Leadership), 1996
Certificate of Recognition, California State Assembly, 1996
Resolution of Commendation, Imperial County Board of Supervisors, 1997
Class Speaker, California Command College Graduation, 1999
Certified Jail Manager, American Jail Association, 1999-2003
Resolution of Commendation, Santa Clara County Board of Supervisors, 2002
Jyushu (Instructor's Assistant), Aikido Association of America, 2006, 2007, 2009
Fukushidoin (Assistant Instructor) Aikido Association of America, 2011, 2012
Shodan (Black Belt), Aikido Association of America, 2010

# P R E S E N T A T I O N S   A N D   P R O F E S S I O N A L   A C T I V I T I E S

Presenter, *"Military-Civilian Counterdrug Operations"*, Border States Seminar, 1989
Presenter, *"Value of Internal Affairs Units"*,
    American Jail Association Annual Conference, 1999
Presenter, *"Implications of Aging Inmate Populations"*,
    American Jail Association Annual Conference, 2000
Presenter, *"Tying Strategic Planning to Training and Operations"*,
    California State Sheriff's Association Jail Administrators Seminar, 2000
Presenter, *"Impact of an Aging Inmate Population"*,
    Southern California Jail Managers Association, 2001
Presenter, *"Conducting Training Needs Assessments"*,
    California State Sheriff's Association, Solutions Seminar
Presenter, *"Impact of an Aging Inmate Population"*,
    Bay Area Jail Managers Association, 2001
Presenter, *"Legal Implications of Aging Inmate Populations"*,
    County Counsel's Association of California, 2001
Presenter, *"Special Medical Needs of Aging Inmates"*,
    American Correctional Health Care Association Conference, 2002

Presenter, *"Ethical Decision Making"*,
    California Training Manager's Seminar, 2002
Presenter, *"Arson Investigation and Prosecution"*,
    Riverside District Attorney's Office, 2013
Instructor in Criminal Justice, Imperial Valley College
Guest Lecturer, Criminal Justice subjects, San Diego State University
Guest Lecturer, Criminal Justice, Kaplan University
Chairman, Imperial County Regional Occupation Program Advisory Board
Member, Imperial County Drug and Alcohol Advisory Board
Alternate Member, California Border Alliance Group
Member, Title 15 Revision Project, California Board of Corrections, 1992
Member, STC Training Standards Revision Project, 1994
Chairman, *Task Force Sub-Committee on Restraints,* California Board of Corrections, 2000
Member, Command College Mentor Focus Group, POST, 2002
Auditor-Inspector, Police Reserve Funds, Oceanside Police, 2002
Member, Work Product Quality Group, Oceanside Police, 2002
Consultant, Tuolumne County Sheriff's Department, 2002
    Jail Operations and Staffing
Consultant, Oceanside Police Department, 2003
    Evidence Collection, Preservation and Disposal
Consultant, Oceanside Police Department, 2003
    Business Process Reengineering-Records Division
Expert Witness, Robertson v. Safeway, Alameda County, 2002 (P)
    Wrongful arrest, excessive use of force
Expert Witness, Williams v. County of Ventura, 2003 (D)
    Jail practices, excessive force
Expert Witness, Mejia v. City of Calexico, 2003 (A)
    Personnel Hearing relating to excessive force discipline
Expert Witness, Boyd v. Doctor's Hospital of Manteca, 2004 (D)
    Custody practices relating to a hospitalized prison inmate
Expert Witness, Texas v. Penton, 2004 (D)
    Death Penalty case involving use of jailhouse informants
Expert Witness, Vaughn v. Blankstrom, et al, 2004 (P)
    In custody death of prison inmate
Expert Witness, Serna v. Novak, 2004 (P)
    Excessive force in Colorado Territorial Correctional Facility
Expert Witness, Murphy/Clark v. McKee, et al, 2004 (P)
    In custody death in Michigan prison
Expert Witness, Colwell v. Johnson, et al, 2005 (P)
    Rape of inmate in county jail
Expert Witness, McCoy v. Detroit PD, 2005 (P)
    In custody death in city jail
Expert Witness, Rosales-Buie v. County of Santa Cruz, 2006 (A)
    Personnel Hearing relating to in-custody death
Expert Witness, Dallas v. Santiago, et al, 2006 (P)
    Police pursuit practices, retention of records
Expert Witness, Leonardson v. Peek, et al, 2006 (P)
    In custody death in county jail
Expert Witness, Kadimyan v. Los Angeles DOT, 2007 (P)
    Excessive use of force by public officers
Expert Witness, Bartholomew v. County of Los Angeles, et al, 2007 (D)
    Excessive use of force during arrest
Expert Witness, Cross, et al v. County of Santa Cruz, et al, 2008 (D)
    In custody death, corrections practices
Expert Witness, Davila v. San Joaquin County, et al, 2008 (P)
    Deliberate indifference during arrest and confinement
Expert Witness, Hager v. County of Tulare, et al, 2008 (P)
    Excessive force, corrections procedures and practices

Expert Witness, Kirkwood v. County of Santa Barbara, 2008 (P)
    Unlawful arrest, neglect while in custody
Expert Witness, Bishop v. Macomb County, 2008 (P)
    Failure to protect while in custody
Expert Witness, Estate of Brown v. Churchill County, Nevada, 2008 (D)
    In custody death due to prescription drug overdose
Expert Witness, Flores v. County of Los Angeles, et al, 2008 (D)
    Excessive Force during arrest
Expert Witness, Kimble v. City of Banning, 2008 (A)
    Civil Service Hearing for Appellant regarding supervisory responsibility
Expert Witness, Mitchell v. County of Orange, et al 2008 (D)
    Excessive force, corrections procedures and practices
Expert Witness, Ramirez v. County of Orange, et al 2008 (D)
    Corrections practices and inmate classification
Expert Witness, Valerie v. Michigan DOC, et al 2008 (P)
    Deliberate indifference relating to inmate death
Expert Witness, Ayers v. Village of Ruidosa, 2008 (P)
    Police use of excessive force
Expert Witness, Mock v. County of Los Angeles, 2008(D)
    Police practices relating to probable cause for arrest
Expert Witness, Robin Smith v. Johnson County, 2009(P)
    Deliberate indifference relating to inmate medical care
Expert Witness, Meissner v. County of Orange, 2009 (D)
    Police use of excessive force
Expert Witness, Havard/Barker v. Hutzel Hospital, et al, 2009 (P)
    Corrections practices relating to inmate medical care
Expert Witness, Elseth v. Spiers, 2009 (D)
    Excessive force in juvenile hall
Expert Witness, Johnson v. Fulton-El Camino Recreation and Parks Dist., 2010 (D)
    Wrongful termination of peace officer
Expert Witness, Phllips v. Fulton-El Camino Recreation and Parks Dist., 2010 (D)
    Wrongful termination of peace officer
Expert Witness, White v. Orange County Sheriff, et al, 2010 (D)
    Search and seizure, wrongful arrest, excessive force issues
Expert Witness, King v. Snohomish County, et al, 2010 (P)
    Failure to protect while in custody
Expert Witness, Powell v. Fulton-El Camino Recreation and Parks Dist., 2010 (D)
    Termination of Probationary Peace Officer
Expert Witness, Ensworth v. County of Orange, et al, 2010 (D)
    Excessive Force during cell extraction
Expert Witness, Harrigan v. County of Orange, et al, 2010 (D)
    Excessive Force during consent search
Expert Witness, Cortez v. City of San Luis, et al, 2010 (P)
    Negligence in firearms security
Expert Witness, Qu v. Central Falls Detention Facility Corporation, et al, 2011 (P)
    Deliberate Indifference to medical condition of inmate
Expert Witness, Spinks v. County of Los Angeles, et al, 2011 (D)
    Excessive Force during arrest
Expert Witness, Cole v. County of Los Angeles, et al, 2011 (D)
    Unlawful Arrest, Excessive Force
Expert Witness, Parker v. County of Los Angeles, et al, 2012 (D)
    Excessive Force in Jail
Expert Witness, Lee v. Washtenaw County, et al, 2012 (P)
    Conditions of confinement, failure to protect
Expert Witness, Keller v. Kalamazoo County, et al, 2013 (P)
    In-custody death of inmate
Expert Witness, Vala v. County of Los Angeles, et al, 2013 (D)
    False arrest, excessive force
Expert Witness, Paredes v. County of Los Angeles, 2013 (D)
    Excessive force, unlawful arrest

Expert Witness, Grabow v. County of McComb, 2013 (P)
    In-custody suicide of inmate
Consulting Expert, Morales v. County of Ventura, 2003 (D)
    Officer Involved Shooting
Consulting Expert, Way v. County of Ventura, 2003 (D)
    Appellate Review of Strip Search Policy
Consulting Expert, People v. Edward Felan, Jr., 2004 (P)
    Jail Security Practices
Consulting Expert, Knutson v. County of Ventura, 2004 (D)
    Excessive use of force in custody
Consulting Expert, Streifel v. County of Ventura, 2004 (D)
    In custody death
Consulting Expert, Richards v. County of Ventura, 2006 (D)
    Excessive use of force in custody
Consulting Expert, Trice/Harris v. Detroit PD, 2006 (P)
    Excessive force, officer-involved shooting
Consulting Expert, Nielsen v. County of Los Angeles, 2006 (D)
    Unlawful detention and arrest, excessive use of force
Consulting Expert, Gonzalez v. Sondergard, et al, 2006 (D)
    Classification issues in California State Prison
Consulting Expert, Washington v. McComb County, et al, 2006 (P)
    Excessive force during arrest
Consulting Expert, Garden Grove v. Can Restaurant, 2008 (A)
    Conditional Use Permit of ABC Licensed Premises
Testified before United States Congress on Border Drug Control
Testified before California Assembly regarding SB 760
Testified before USMC Board of Inquiry regarding retention of Officer
*Voir Dire* Expert in Police Operations
*Voir Dire* Expert in Corrections
*Voir Dire* Expert on Military Assault Weapons

# Exhibit C – Resume of Viviane G. Winthrop

# Viviane G. Winthrop, DDS

P.O. Box 4696, El Dorado Hills, CA 95762 ◆ 520-241-2089 ◆ Email: winthropdds@prodigy.net

◆◆◆◆◆

## S U M M A R Y   O F   Q U A L I F I C A T I O N S

- **Responsible,** with the support of stakeholders, for the development and implementation of new clinics and dental program in a large 1700 bed correctional acute care facility. Familiar with Title 22, Joint Commission, OSHA, Infection Control, State & Federal guidelines.
- **Successful leader of my team** - created and executed my strategic plan, to become the first program to successfully exit the Farrell lawsuit for the Department of Juvenile Justice.
- **Experienced administrator** of new and existing projects who is capable of staying within budgetary constraints and maintaining open lines of written and verbal communication with all involved.

- **Proven self-starter**. Ability to create, develop, implement, supervise, manage and maintain highly successful operations with integrity, for various large governmental correctional facilities, community health center managed care programs and private practice.
- **Dental auditor & program support** for California Department of Corrections & Rehabilitation (CDCR)
- **Strong ability to establish, train, monitor and review clear and concise policies, procedures and strategic plans** while creating an environment that strongly supports both patient and employee.

- **Dental Director and Clinician** - Proficient in general & cosmetic dentistry with over 17 years of experience.
- **Electronic Health Records** - Skilled in using Enterprise systems for dental records and digital x-rays.
- **Teaching** - T4T certified by the State of California. Taught Bloodborne pathogen training and Policy & Procedures for the Department of Corrections and Rehabilitation.
- **Technology Skills** - Experienced in Excel, Word, Outlook and PowerPoint.  I also speak fluent French.

## P R O F E S S I O N A L   E X P E R I E N C E

◆ **California Department of Corrections and Rehabilitation (CDCR)**        **02/25/2008 – Present**
   **Division of Correctional Health Care Services**
   The following are assignments within CDCR:

   **Supervising Dentist – California Health Care Facility - Stockton        08/06/2013 – Present**
   - Responsible, along with various stakeholders, for the development and implementation of the new dental clinic in what is currently the largest 1700 bed correctional acute care and health care facility in the world.
   - I also provide leadership, training, supervision, implementation of local & state policies & procedures as well as participate in medical and dental subcommittees.
   - Perform audits, peer review, consultant on difficult cases, discipline, clinical instruction and communication with staff while providing a safe working environment for patients & employees.
   - Maintain all local, State and Federal guidelines as well as compliance, clinical care and monitoring for our department.

   **Statewide Supervising Dentist – Division of Juvenile Justice        11/02/2010 – 08/05/2013**
   - I was responsible for leading our team to be the first program to successfully exit the Farrell lawsuit for the Department of Juvenile Justice.
   - Responsible for leadership, strategic planning, administration, training, monitoring data and compliance, supervision, discipline and clinical instruction to dental staff, while remaining in compliance with the policies and procedures of the Farrell lawsuit and Remedial Plan.

   **Dentist, Correctional Facility – California Rehabilitation Center        02/04/2010 – 11/01/2010**
   - Responsible for all phases of general dentistry per the duty statement of Dentist, Correctional Facility in compliance with the Policy and Procedure as outlined by Inmate Dental Services Program.

# Viviane G. Winthrop, DDS

P.O. Box 4696, El Dorado Hills, CA 95762 ◆ 520-241-2089 ◆ Email: winthropdds@prodigy.net

◆◆◆◆◆

**Supervising Dentist – Ironwood State Prison**                    **01/05/2009 – 02/04/2010**
- Received a plaque from the Executive Team in appreciation for my hard work and dedication.
- Responsible for leadership, training, supervision, discipline and clinical instruction to dental staff while providing a safe work environment and while remaining in compliance with the policies and procedures of the Inmate Dental Services Program.
- Established and coordinated a universal method of communication to facilitate collaboration across all teams and ensure continuity of care for patients.
- Oversaw the inmate dental appeals process and ensured evaluation and completion of the appeals within the required timeframes.
- Responsible for all supervisory duties including implementation of local operating procedures, daily work schedules, monitoring of infection control practices and responsibility for equipment and supplies.
- Certified in Basic Supervision from CDCR.
- Taught Bloodborne Pathogens to custody and non-custody staff.

**Chief Dentist (Acting) – Ironwood State Prison**                    **07/01/2009 – 09/08/2009**
- Member of the executive and management staff, duties included participation in Warden meetings, Quality Management Committee, Medical and Dental Subcommittee, emergency and lockdown meetings as well as general meetings to address vacancies and health and safety issues.
- Managed the dental program including development, maintenance and implementation of written policies and procedures. Continued to perform duties as Supervising Dentist as well.

**QMAT/PST Dentist – CDCR Region II**                    **02/25/2008 – 01/04/2009**
- Lectured and trained Region II Institutions on Inmate Dental Services Program Policy/Procedure.
- Performed onsite health care program reviews and assessments, along with chart reviews and interviews with staff.  T4T Trained.
- Reviewed findings with key personnel including the Warden, Associate Wardens, Chief Dentist Supervising Dentist and custody staff to assure cohesive team communication.
- Developed Corrective Action Plans to identify areas requiring improvement.
- Familiar with all pertinent legal, medical and government requirements associated with the California Department of Corrections Department of Correctional Health Care Services.

◆ **Southern Arizona VA Health Care System**, Tucson, AZ, Dentist          **02/04/2008 – 02/22/2008**
- Responsible for dental care to 100% service-connected disabled veterans.
- Trained and utilized Electronic Health Record computerized system for the VA Health Care System.

◆ **Dental Director,** Desert Senita Community Health Center, Ajo, AZ          **05/12/2003 – 01/25/2008**
- Responsible for the inception, development and implementation of a non-profit, Federally Qualified Health Center dental clinic in a rural community who had not received full-time dental care in over 20 years.
- Maintained open lines of communication with county legislators, state officials, the Arizona Department of Health Services along with numerous stakeholders and members of the community.
- Was on the Strategic Planning Committee.
- Responsible for staff management and recruitment along with creation and training in all policies and procedures relevant to a dental department within the community health center.
- Performed all phases of comprehensive dentistry along with Dental Director responsibilities.
- Negotiated appropriate contracts and payments to ensure clinic operated within budgetary guidelines.

# Viviane G. Winthrop, DDS

P.O. Box 4696, El Dorado Hills, CA 95762 ◆ 520-241-2089 ◆ Email: winthropdds@prodigy.net

◆◆◆◆◆

- Participated in community and county health programs and assisted in the development of health care plans addressing local health care needs.
- Initiated the original set-up, training and management of the Dentrix Enterprise system for electronic dental records and digital x-rays prior to IT personnel being hired at the community health center.

◆ **Dr. Viviane G. Winthrop, DDS, Owner,** Cosmetic and Family Dentistry            **12/01/1997 – 05/01/2003**
- Created and managed my cosmetic and family dental practice while performing all aspects of comprehensive dentistry for my patients.
- Responsible for all aspects of business including financial reports, accounts payable, accounts receivable, inventory and administration, recruitment and training of staff.
- Instituted OSHA requirements and infection control practices for the safety of staff & patients.
- Implemented quality improvement methods to assess performance.
- Established relationships with local businesses, medical and dental specialists, patients and laboratories to create a mutually beneficial team approach to the dental and healthcare needs of the patients.

◆ **UCSF School of Dentistry, Department of Endodontics**            **1993 – 1995**
**Student Research Associate**
- Research on the microcirculation of the dental pulp.
- Was a member of the International Association of Dental Research (IADR).
- Published 4 abstracts in the Journal of Dental Research.

## E D U C A T I O N

**Licensed to practice dentistry in CA & AZ**
University of California, San Francisco – **D.D.S.**            **June 8, 1997**
University of California, San Francisco – **B.S. Dental Science**            **June 8, 1997**
University of Arizona, Tucson – **Biochemistry**            **1986-1989**

## A W A R D S

Plaque from Warden Garcia "In appreciation of your hard work and dedication."            ◆ ISP 01-2010
Plaque from Executive Director "In recognition of your dedication to Desert
 Senita Dental Center and your patients."            ◆ DSCHC 2007

## P U B L I C A T I O N S

*Journal of Dental Research*, 1994 Abstracts, #901, p. 214
Pulpal Cooling and LDFC Microcirculation Measurement

*Journal of Dental Research*, 1995 Abstracts, #132, p. 28
Microcirculation Measurements of Oral Soft Tissues and Teeth Using LDF

*Journal of Dental Research*, 1995 Abstracts, #131, p. 28
Changes in Pulpal Hemodynamics with Tooth Cooling Measured by LDF

*Journal of Dental Research*, 1995 Abstracts, #1148, p. 155
Masseter Muscle Blood Flow by Laser Doppler Flowmetry

# Viviane G. Winthrop, DDS

P.O. Box 4696, El Dorado Hills, CA 95762 ◆ 520-241-2089 ◆ Email: winthropdds@prodigy.net

◆◆◆◆◆

*American Associations of Endodontists,* May 2000 Abstracts, Volume 26, # 5
Pulpal Responses to Cooling Tooth Temperatures

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| American Dental Association (ADA) | **1997 – Present** |
| California Dental Association (CDA) | **1997 – Present** |
| Academy of General Dentistry (AGD) | **2003 – Present** |
| Sacramento Dental Association (SDDS) | **2010 – Present** |
| Southern Arizona Dental Society (SADS) | **2003 – 2008** |
| International Association of Dental Research (IADR) | **1993 – 1995** |

## CERTIFICATIONS

| | |
|---|---|
| CPR, Certified | **1990 - Present** |
| CDCR - T4T (Teaching for Teachers) Certified | **March 28, 2008** |
| CDCR - Basic Supervision Certification | **June 22, 2009** |
| CDCR - Leadership Challenge Certificate | **January 28, 2010** |
| Invisalign Certified | **2001** |
| Southern Arizona Search & Rescue Association | **1988** |
| Advanced First Aid & Emergency Care | **1987** |

## REFERENCES

**Dr. Donald T. Sauter**
*Professor & Court Expert*
304-216-2876
dtsauter@frontiernet.net

**Mr. Mike Minor**
*Director*
CDCR, Division of Juvenile Justice
1600 K. Street, 3rd Floor
Sacramento, CA 95814
916-324-4209
Mike.Minor@cdcr.ca.gov

**Dr. Kevin Myers, DDS**
*Regional Dental Director*
Fresno Regional Headquarters
CDCR – DCHCS
1310 E. Shaw
Fresno, CA 93710
916-204-1002
Kevin.Myers@cdcr.ca.gov

**Additional references and letters of recommendation available upon request.**

# Exhibit D – Resume of Bruce Barnett

# Bruce Philip Barnett, M.D., J.D., M.B.A.

Bpbmdjd@aol.com; 818 384 1063

## EDUCATION

*LAW*
1996            **UCLA School of Law:** JD

*BUSINESS MANAGEMENT*
1988            **Pepperdine University:** MBA

*MEDICAL*
1975            **Harvard Medical School:** MD
1976            **Children's Hospital, Boston:** Intern in Medicine
1977            **Beth Israel Hospital, Boston:** Assistant Resident, Ob. Gyn
2004-2006       **USC School of Medicine:** PGY-2, PGY-3 Resident in Family Medicine

## PROFESSIONAL EXPERIENCE

2011-present    **Chief Medical Consultant, Office of Legal Affairs**, California Correctional Health Care Services;
2007-2011       **Chief Medical Officer, Regional and Deputy Medical Executive** California Prison Healthcare Services,
2007-2008       **Physician and Surgeon,** California Prison Healthcare Services,
2006-2007       **Staff Physician Mendocino Community Health Clinic, Inc.;** Lakeport, CA
2004-2006       **Resident in Family Medicine**, USC School of Medicine:
2000-2004       **Mediator**, **Temporary Judge,** for Superior Court of California. Emphasis on personal injury, administrative and contract disputes involving medical issues
2002-2004       **Clinical Instructor in Medicine**, UCLA School of Medicine
1997-2004       **Law Partner, HEEGER & BARNETT, LLP,** Encino, CA
1996-1997       **Attorney, Law Offices of Bruce Barnett, M.D.,**
1994-2004       **Family Practice,** Encino, CA (Part time)
1979-1993       **Family Practice Physician**, CEO and Founder, Family Medical Group, Van Nuys, CA
1978-1979       **Staff Emergency Room Physician**, Santa Teresita Hospital, Duarte, CA
1977-1978       **Staff Emergency Room Physician**, Lynn Hospital., Lynn, MA

## MEMBERSHIPS/CERTIFICATIONS

Admitted to Practice Law in U.S. Court of Appeals for the Ninth Circuit
Admitted to Practice Law in U.S. District Court, Central District
Admitted to the Practice of Law by the State Bar of California
American Academy of Family Physicians, Fellow
American Bar Association
American College of Legal Medicine, Fellow
American Correctional Health Services Association, Past President CA/NV chapter
Board Certified Family Medicine: Diplomat of the American Board of Family Medicine
California Licensed Physician and Surgeon, Active, Certificate G36167
California Medical Association, Sierra Sacramento Valley Medical Society
California Society for Healthcare Attorneys
California State Bar; Active, 184633
Certified Correctional Health Professional
Editorial Board , Journal of Correctional Health Care
Editor, Legal Medicine Perspectives, American College of Legal Medicine
Editor-in-Chief (2012-2014), Corhealth, on line magazine for the American Correctional Health Services Association
Surveyor Correctional Facilities, NCCHC

**Exhibit A**

**Languages:**   Spanish, colloquial fluency
**Hobbies/Interest**:  Bicycle riding (road/touring); classical music

---

## SELECTED PUBLICATIONS AND PRESENTATIONS

*PUBLICATIONS*

- Barnett, B. "Less is More – New Guidelines for Diabetes, BP, Cholesterol and Correctional Care." CORHEALTH, ACHSA Quarterly Online Newsletter, Jan 2015
- Barnett, B "Correctional Medicine and the Law- Federal District Court in California Distinguishes Deliberate Indifference from Malpractice." CORHEALTH, ACHSA Quarterly Online Newsletter, Jan 2015
- Barnett, B. "Speak Clearly, If You Speak At All: Oliver Wendell Holmes Sr. Warning Applied to Recent Discrimination and 8th Amendment Cases." Legal Medicine Perspectives, Oct/Nov 2014
- Barnett, B "Correctional Care – a hidden specialty" CORHEALTH, ACHSA Quarterly Online Newsletter, July  2014
- Barnett, B "Perplexing Pain,"  CORHEALTH, ACHSA Quarterly Online Newsletter, Oct 2013
- Barnett, B "Careless Narcotic Prescribing Kills Patients" – Sierra Sacramento Valley Medicine, June/July 2013
- Barnett, B "Essentials of Correctional Nursing – book review" in Journal of Correctional Health Care, February 2013.
- Barnett, B and Narayan, P,  "Malingering is not a Dirty Word"  CORHEALTH, ACHSA Quarterly Newsletter , April 2012
- Barnett, B.  "Patient-Inmate Litigation/Malpractice"- Defendable (good) vs. Defensive Medicine (bad); contribution for "In Focus", 2010 Edition.
- Barnett, B. "Understanding Hypertension in the TTA" Article for UNDER THE MICROSCOPE, 4/2009.
- Chris Feifer, DrPH; Alex Mora; Brett White, MD; Bruce Philip Barnett, MD. Challenges to Improving Chronic Disease Care and Training in Residencies**.**  ACADEMIC MEDICINE**,** 8/2006.
- Barnett, B. "Practice Makes Perfect" HIGHWAYS, 8/2003.
- Barnett, B. "No Depression Allowed", LACMA PHYSICIAN, 10/ 2000.
- Barnett, B. California Legislature Determines Fate of Medical Board LACMA PHYSICIAN, 1/1998.
- Barnett, B. Bill Protects Physicians Against Double Jeopard LACMA PHYSICIAN, 10/1997.
- Barnett, B., No-Cause Termination Bar is No Cure LACMA PHYSICIAN, 7/1997.
- Barnett, B., "Legal Issues in the Management of Pharmacy Benefits - An Overview of Challenges" 43:4 *Medical Trial Technique Quarterly* 53 (1997).
- Barnett, B., "The Americans With Disability Act and Recovering Substance Abusers - Medical/Legal Considerations in Preventing Discrimination," 43 *Medical Trial Technique Quarterly* 45 (1996).
- Barnett, B., Morris, L, "The New California Administrative Procedure Act:  A Step Towards Due Process, *PAN OBSERVER FALL* 1996.
- Barnett, B., Collecting Payments from HMO's for Non-contracted Physician Services, *ABA Health Insurance Law Committee Newsletter*, Fall 1995.
- Barnett, B., and Waxman, M. HMO Reimbursement and the Non-contracted Physician, *Medical Interface*, 9/1992.
- Barnett, B. RBRVS to the Rescue - HMO Payments and Medical Group Survival in a Maturing Health Care Industry, *Group Practice Journal*, 7-8/1992.
- Barnett, B. Medical Groups Managing Medicaid - The Next Horizon, *Group Practice Journal*, 9-10/1991.
- Barnett, B. Will Managed Care Rescue Medicaid? *Medical Interface*, 9/1991.

**Exhibit A**

## SELECTED PUBLICATIONS AND PRESENTATIONS

### *LECTURES/PRESENTATIONS*

- Barnett, B. "Treating Shoulder Pain and Dysfunction in Prison – Medically Necessary Care. Continuing Medical Education Presentation to California Correctional Health Care Services  June  2015.

- Barnett, B. "Opiate Therapy in  Correctional Care, Implications for the Free World" Presentation for the California Department of Health Care Services Learning Series, April 16, 2015

- Barnett, B. "Diagnosing Back Pain in Correctional Environment" Continuing Medical Education Presentation to California Correctional Health Care Services January 2015.

- Your Day in Court: Preparing for Deposition or Trial Testimony – Panel Discussion w/Terrance Sheehy, JD, John Walters, JD, & Bruce Barnett, MD, JD Lecture at annual conference of California/Nevada ,American Correctional Health Services Association (ACHSA), Sand Diego, November 6, 2014

- Incarcerated Skin: Common Dermatological Complaints and Conditions Behind Bars. Lecture at annual conference of American Correctional Health Services Association (ACHSA), :Philadelphia, March  16/2013

- "Dissimulation Disorders – When Disturbing Symptoms Lack Anatomic or Physiologic Dysfunction" Lecture at annual conference of American Correctional Health Services Association (ACHSA), San Antonio, 4/2012

- "Medical-Legal Issues and Representation for Physicians in CDCR", lecture to medical executives statewide with utilization management department, 6/2011.

- "The 20 Minute Visit" – lecture at the National Commission on Correctional Health Care, (NCCHC),. Las Vegas, NV. 10/2010.

- "End of Life Care Issues for the Incarcerated" – Lecture to the American Corrections Health Services Association, 9/2009.

- "End of Life Care" – Lecture to Madera Community Hospital Medical Staff, March 26, 2009

- "Legal Risks of Geriatric Practice", Fall 2006 Geriatrics Symposium, SCAN Health Plan, Palm Springs, CA, 9/2006

- "Managing the Risk of Medical Board Discipline", Lecture for West Covina IPA Cruise conference, 11/2005

- "Between Patient and Physician - Contract, Care, Duty" - lecture to USC Department of Bioengineering, Medical "Boot Camp" Weekend, 10/2005

- "Managing the Risk of Geriatric Care and Medical Board Discipline" Keynote Lecture for SCAN Health Plan, Fall 2005 Geriatrics Symposium, Rancho Mirage, CA 9/2005

- " Private Insurance Fraud and Initiatives, "Lecture for the American College of Legal Medicine annual meeting, San Diego, California, 3/2005.

# Exhibit E – Resume of Kerry Hughes

## CURRICULUM VITAE

**KERRY COURTNEY HUGHES, M.D.**
**1579 Monroe Dr., Suite F  Box 612**
**Atlanta, GA  30324**
**FAX: 404-364-9708**
**EMAIL: dockc99@aol.com**

| | |
|---|---|
| **DATE OF BIRTH:** | SEPTEMBER 9, 1960 |
| **PLACE OF BIRTH:** | JACKSON, MISSISSIPPI |
| **CITIZENSHIP:** | U.S.A. |
| **LICENSURE:** | GEORGIA COMPOSITE STATE BOARD OF MEDICAL EXAMINERS |
| **SPECIALTY BOARD CERTIFICATION:** | AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY CERTIFICATE #38864 JANUARY, 1994 |

**EDUCATIONAL BACKGROUND**:

Emory University Affiliated Hospitals, Atlanta, Georgia:  Residency in Psychiatry, July, 1986 - June, 1990

The University of Iowa College of Medicine, Iowa City, Iowa:  Medical Degree, 1982 - 1986

Jackson State University, Jackson, Mississippi:  Bachelor of Science Degree in Biology, 1978 - 1982

Clinton High School, Clinton, Mississippi, 1974 - 1978

**EMPLOYMENT EXPERIENCE:**

Director of Mental Health Services, Fulton County Jail, 901 Rice Street, Atlanta, Georgia, 1993 – May 2004

Staff Psychiatrist, Fulton County Jail, 901 Rice Street, Atlanta, Georgia, 1990 - 1993

Staff Psychiatrist, West Fulton Mental Health Center, 475 Fairburn Road, S.W., Atlanta,

## CURRICULUM VITAE

Georgia, 1990 - 2001

Medical Director, Peachtree Alternatives, Incorporated, Outpatient Recovery Program, 5115 New Peachtree Road, Suite 102, Chamblee, Georgia, 1990 - 1994

Psychiatrist, The Behavioral Medicine Institute of Atlanta, Paces Pavilion, Suite 202, 3193 Howell Mill Road, N.W., Atlanta, Georgia, 1990 - 1991

## ACADEMIC POSITIONS:

Assistant Professor of Clinical Psychiatry, Morehouse School of Medicine, 720 Westview
Dr., Atlanta, Georgia, 1990 – 2008.

## FORENSIC EXPERIENCE:

Psychiatric Expert for the United States District Court of the Eastern District of California; case Coleman et al. v. Brown et al., April 1998 – present.

Assistant Federal Court Monitor for United States Federal District Court of Illinois, Central Division; case Rasho v. Walker, September 2014 – present.

Mental Health Consultant, Doña Ana County Adult Detention Center, Las Cruces, New Mexico, January 2012 - present.

Mental Health Consultant, Monroe County Jail, Rochester, New York, October 2013.

Neutral Psychiatric Expert, case Jaime Bravo, et al., v. Board of County Commissioners for the County of Doña Ana, the Doña Ana County Detention Center et al., July 2010 – January 2012.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Miami-Dade County Jail, November 2011 – 2013.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Santa Fe County Adult Detention Center, May 2004 – November 2009.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Oahu Community Correctional Center, October 2005 - 2006.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Mobile County Metro Jail, September 2003.

**CURRICULUM VITAE**

Federal Court Monitor for the United States District Court for the District of New Jersey Vicinage of Trenton; case C. F., et al., v. Terhune et al., August 2001 – 2007.

Mental Health Survey Team Leader, Hendry Correctional Institute, Immokalee, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., July 1991

Mental Health Survey Team Leader, Martin Correctional Institute, Indiantown, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., August, 1991

Mental Health Resurvey Team Leader, North Florida Reception Center, Lake Butler, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., December, 1991

Mental Health Resurvey Team Participant, Charlotte Correctional Institute, Punta Gorda, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., December, 1991

**PUBLICATIONS:**

Hughes, K, Metzner JL: Suicide Risk Management, in Oxford Textbook of Correctional Psychiatry, Edited by Trestman R, Appelbaum K, & Metzner JL. Oxford University Press, May 2015.

Metzner JL, Dubovsky S, Hughes K, et al.: National Commission on Correctional Health Care Task Force Report: Clinical Guidelines for Correctional Facilities, Guidelines for Treatment of Schizophrenia in a Correctional Setting; Chicago IL, National Commission on Correctional Health Care, May 2004.

Patterson RF, Hughes K: Review of Completed Suicides in the California Department of Corrections and Rehabilitation, 1999 to 2004. Psychiatric Services. June 2008; Volume 59, Number 6: Pages 676-82.

**RESEARCH:**

A Comparison of Pulmonary and Intestinal Lymphoid Cell Recirculation and Tissue Localization in Sheep, Brookhaven National Laboratory, Medical Department, Supervisor - Daniel Joel, D.V.M., Ph.D., 1982

Minority Access to Research Careers (M.A.R.C.) Project, A Comparison of Infectivity of Three Strains of Codling Moth Granulosis Virus by E.L.I.S.A., University of California at Berkeley, Department of Entomology and Parasitology, Supervisor - Louis Falcon, Ph.D., 1981

CURRICULUM VITAE

**PROFESSIONAL ORGANIZATIONS:**

American Medical Association

American Psychiatric Association

American Academy of Psychiatry and the Law

Society of Correctional Physicians

Black Psychiatrists of America

American Correctional Health Services Association

Georgia Psychiatric Physicians Association

Academy of Correctional Health Professionals

Southern Medical Association

American Medical Student Association, 1982 - 1986

Student National Medical Association, 1982 - 1986

**APPOINTMENTS, ACTIVITIES AND ORGANIZATIONS:**

Fellow of the American Psychiatric Association, May 2009

Institutional and Correctional Psychiatry Committee, American Academy of Psychiatry and the Law, 2001 – 2006.

Committee Chairperson, Correctional Psychiatry Committee, Atlanta Chapter of the Black Psychiatrists of America, 2000 – 2005.

Commission on AIDS, American Psychiatric Association, 1988 - 1989

Committee of Black Psychiatrists, American Psychiatric Association, 1989 - 1990

Medical Student Council, 1984

Senior Participant, Senior Clinical Conference for Freshman Students, 1982

President of the Pre-Health Society, Jackson State University, 1981

## CURRICULUM VITAE

Alpha Phi Alpha Fraternity, Incorporated

Jackson State University Concert Choir and Chorale, 1978 - 1982

Jackson State University Marching Band and Brass-wind Ensemble, 1978 - 1982

University of Iowa Alumni Association

Jackson State University Alumni Association

**AWARDS AND HONORS:**

APA-NIMH Minority Fellowship, 1988 - 1989

Trainee-Consultant, APA-NIMH Minority Fellowship, 1989 - 1990

Magna Cum Laude, Jackson State University, 1982

President's List Scholar, Jackson State University, 1982

Phi Kappa Phi Honor Society, Jackson State University, 1982

Who's Who Among American Universities and Colleges, 1981 - 1982

**COMMUNITY ACTIVITIES:**

South Fulton Running Partners

Atlanta Track Club