| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>ANDREW G. SPORE – 308756<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>aspore@rbgg.com | ALAN SCHLOSSER – 049957<br>MICAELA DAVIS – 282195<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: aschlosser@aclunc.org<br>mdavis@aclunc.org |

ERIC BALABAN (*admitted pro hac vice*)
CARL TAKEI – 256229
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ebalaban@aclu.org
ctakei@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Beth Labson Freeman<br>Date: September 20, 2017<br>Time: 9:00 a.m.<br>Crtrm.: 3, 5th Floor, San Jose |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, in connection with Plaintiffs' Motion to Enforce Settlement Agreement Regarding Psychiatric Staffing and Telepsychiatry, and Plaintiffs' Motion to Enforce Settlement Agreement Regarding Access to Certain Class Member Records, hereby file this Administrative Motion to File Under Seal pursuant to Northern District of California Civil Local Rules 79-5 and 7-11, and seek to file under seal the documents described in the Declaration of Van Swearingen in Support of Plaintiffs' Administrative Motion to File Under Seal ("Swearingen Administrative Declaration"), filed herewith.

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Local Rule 79-5(b) requires that "[n]o document may be filed under seal … except pursuant to a court order that authorizes the sealing of the particular document, or portions thereof."

This Court entered a Stipulated Protective Order on December 22, 2014, which provides that "[f]or all pleadings that contain CONFIDENTIAL INFORMATION, the filing party shall seek leave of court to file under seal consistent with the Local Rules for the Northern District of California." Dkt. 401 ¶ 7. CONFIDENTIAL INFORMATION, as defined in the Stipulated Protective Order, includes "operations records, institutional records, [and] medical records" that contain "security-sensitive information" and "confidential personal information." *Id.* at ¶¶ 1-2.

In connection with their Motion to Enforce Settlement Agreement Regarding Psychiatric Staffing and Telepsychiatry, Plaintiffs are filing the Declaration of Pablo Stewart, M.D., in Support of Plaintiffs' Motion to Enforce Settlement Agreement Regarding Psychiatric Staffing and Telepsychiatry ("Stewart Declaration"). As further described in the Swearingen Administrative Declaration, Plaintiffs designate Exhibits 2 through 30 attached to the Stewart Declaration as CONFIDENTIAL INFORMATION because these exhibits consist of institutional records, medical records, and operations records that contain security-sensitive information and confidential personal information as

1 described in the Protective Order.

2     In connection with their Motion to Enforce Settlement Agreement Regarding Access to Certain Class Member Records, Plaintiffs are filing the Declaration of Ernest Galvan in Support of Plaintiffs' Motion to Enforce Settlement Agreement Regarding Access to Certain Class Member Records ("Galvan Declaration"). As further described in the Swearingen Administrative Declaration, Plaintiffs designate Exhibits A through F to the Galvan Declaration, as CONFIDENTIAL INFORMATION because these exhibits consist of documents and communications that identify class members by name in a manner that would tend to reveal their confidential medical and personal information.

    Accordingly, Plaintiffs respectfully request that, pursuant to the Protective Order, the Court order that Exhibits 2 through 30 to the Stewart Declaration and Exhibits A through F to the Galvan Declaration be filed under seal.

    Pursuant to Local Rule 7-11, the Swearingen Administrative Declaration is being concurrently e-filed with this Administrative Motion. Pursuant to Local Rule 79-5, the complete Stewart Declaration, including Exhibits 2 through 30 thereto, and the complete Galvan Declaration, including Exhibits A through F thereto, are being concurrently e-filed under seal with this Administrative Motion.

DATED: June 23, 2017

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs