1  CHARLES J. McKEE, SBN 152458
   County Counsel
2  SUSAN K. BLITCH, SBN 187761
   Senior Deputy County Counsel
3  IRVEN L. GRANT, SBN 068950
   Deputy County Counsel
4  MICHAEL R. PHILIPPI, SBN 120967
   Deputy County Counsel
5  ANNE K. BRERETON, SBN 191318
   County of Monterey
6  168 West Alisal Street, Third Floor
   Salinas, California 93901-2653
7  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
8
   BEST, BEST & KRIEGER LLP
9  MARY LEEANN HABTE, SBN 251595
   300 South Grand Avenue, 25th Floor
10 Los Angeles, CA 90071-3169
   Telephone: (213) 787-2572
11 Facsimile: (213) 617-7480

12 Attorneys for Defendants COUNTY OF MONTEREY
   and MONTEREY COUNTY SHERIFF'S OFFICE
13
                    UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
15                         San Jose Division

16 | JESSE HERNANDEZ, CAIN AGUILAR, HA COBB, SUSAN DILLEY, CONNIE DOBBS, SEAN ESQUIVEL, RAMONA GIST, MARTHA GOMEZ, GEORGE GREIM, DENNIS GUYOT, JASON HOBBS, GLENDA HUNTER, ALBERT KEY, BRANDON MEFFORD, WESLEY MILLER, RICHARD MURPHY, JEFF NICHOLS, ANGEL PEREZ, SARAB SARABI, CLYDE WHITFIELD, and ROBERT YANCEY, on behalf of themselves and all others similarly situated, | Case No. 13-cv-02354 BLF |
|---|---|
| | **DECLARATION OF ANNE K. BRERETON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT REGARDING ACCESS TO CERTAIN CLASS MEMBER RECORDS** |
| Plaintiffs, v. | Judge: Hon. Beth Labson Freeman Date: September 20, 2017 Time: 9:00 a.m. Courtroom 3, 5th Floor, San Jose |
| COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive, | |
| Defendants. | |

I, Anne K. Brereton, declare:

1. I am an attorney duly admitted to practice before this Court. I am Deputy County Counsel for Monterey County, representing Natividad Medical Center, and am counsel of record for Defendant County. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of County's Opposition to Motion to Enforce Settlement Agreement Regarding Access to Certain Class Member Records.

2. Attached hereto as **Exhibit A** is a true and correct copy of emails between Van Swearingen, one of the Plaintiffs' counsel, and County Counsels Anne Brereton and Susan Blitch, spanning November 1, 2016 – December 2, 2016, regarding the October 25, 2016 request for records of a particular class member. In this email exchange, County Counsel offers to draft a stipulation/order to facilitate the disclosure of records going forward. Plaintiffs' counsel agrees and thanks County Counsel for the offer, and drafts are exchanged.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain spanning January 3, 2017 – January 6, 2017 between Ms. Brereton and Mr. Van Swearingen, relating to attempts to finalize the Court Order to facilitate future disclosures of records. In this exchange, Ms. Brereton notes that further revisions must be made to the Court Order comply with state and federal laws for disclosure of sensitive records, such as HIV records, certain mental health records, and certain substance abuse records. On January 6, 2017, Mr. Van Swearingen rejects such further revisions of County Counsel.

4. Mediation was attempted to develop a solution to the issues related to access to Natividad Medical Center records. (Dkt. 581.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of July, 2017, at Salinas, CA.

*/s/ Anne K. Brereton*
Anne K. Brereton

# EXHIBIT A



For more information, please see the entire docket sheet, or contact the clerk's office, or consult chambers.

# EXHIBIT B



For more information, please see the entire docket sheet, or contact the clerk's office, or consult chambers.