# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER RE HEARING SET FOR SEPTEMBER 20, 2017** |

Plaintiffs' Motion to Enforce Settlement Agreement is set for hearing on September 20, 2017 at 9:00 a.m. As a courtesy, the Court advises counsel that the motion will be called last on the morning calendar, most likely at approximately 10:30 a.m. Counsel may plan their arrivals to the courtroom accordingly.

**IT IS SO ORDERED.**

Dated: September 19, 2017

_____
BETH LABSON FREEMAN
United States District Judge