| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>ANDREW G. SPORE – 308756<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>aspore@rbgg.com | ALAN SCHLOSSER – 049957<br>MICAELA DAVIS – 282195<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: aschlosser@aclunc.org<br>mdavis@aclunc.org |

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ebalaban@aclu.org
ctakei@aclu.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF (NC)<br><br>**SECOND STIPULATION AND ORDER REGARDING TELEPSYCHIATRY ISSUES**<br><br>Judge: Hon. Nathanael Cousins |

THE PARTIES THROUGH THEIR COUNSEL HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on May 27, 2016, the Court entered an Order Granting-In-Part Defendants' Motions for Approval of Implementation Plans and Denying as Moot CFMG's First Motion for Approval of Implementation Plan, Docket No. 549, ruling under the heading "Telepsychiatry" that "Defendants' implementation plans must have standards for when they can deviate from a typical in-person encounter and use telemedicine or telepsychiatry." Dkt. 549 at 3.

WHEREAS, on June 17, 2017, the Plaintiffs filed a Motion to Enforce Settlement Agreement Regarding Psychiatric Staffing and Telepsychiatry. Dkt. 599.

WHEREAS, on November 1, 2017 after full briefing and a hearing, the Court entered an Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce Settlement Agreement, finding that CFMG had come into compliance with the staffing requirement after Plaintiffs' filed their motion by hiring a full-time on-site psychiatrist, and directing the parties to finalize their tentative agreement as to certain issues regarding the use of telepsychiatry, and referred the remaining issues to Magistrate Judge Cousins for disposition. Dkt. 619.

WHEREAS, on December 8, 2017, the Court approved a Stipulation and Order Regarding Telepsychiatry, setting forth specific requirements regarding patient informed consent, access to medical and mental health records, documentation of patient sessions, technological standards, quality assurance monitoring, and confidentiality of telepsychiatry sessions. Dkt. 622.

WHEREAS, while preparing for the evidentiary hearing on the remaining issues, the parties continued meeting and conferring over additional standards and policies for the use of telepsychiatry at the Monterey County Jail that could resolve the remaining issues.

WHEREAS, on March 21, 2018, counsel reached agreement on a single policy document to incorporate the December 8, 2017 Stipulation and Order Regarding Telepsychiatry, as well as additional requirements to resolve the remaining issues.

THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST THAT THE COURT:

(1) Vacate the Evidentiary Hearing now set for May 1, 2018, and associated dates;

(2) Approve the attached Telepsychiatry Policy as an amendment to the Implementation Plans approved by the Court on May 27, 2016.

DATED: March 21, 2018

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs

DATED: March 21, 2018

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MONTEREY

By: */s/ Susan K. Blitch*
Susan K. Blitch
Senior Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and
MONTEREY COUNTY SHERIFF'S OFFICE

DATED: March 21, 2018

BERTLING LAW GROUP

By: */s/ Peter G. Bertling*
Peter G. Bertling

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

# ORDER

Pursuant to the parties' stipulation, Defendants' use of telepsychiatry services with patients at the Monterey County Jail must comply with the attached requirements. These requirements are amendments to the Implementation Plans approved by the Court on May 27, 2016. The Evidentiary Hearing now set for May 1, 2018 as well as the associated dates set forth in ECF 629 are vacated.

**IT IS SO ORDERED**.

DATED: March 22, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge

