| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CARA E. TRAPANI – 313411<br>CAROLINE E. JACKSON – 329980<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>ctrapani@rbgg.com<br>cjackson@rbgg.com | ANNE DECKER – 268435<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: ADecker@aclunc.org |

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ebalaban@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge: Beth Labson Freeman |

S.G. was incarcerated at the Monterey County Jail and died on September 24, 2021. Pursuant to the Court's November 1, 2017 Order, Dkt. 619, the parties hereby jointly file this stipulation requesting that the Court order the County of Monterey to produce to Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County of Monterey all on-site and electronic records held by NMC relating to medical and mental health services provided to S.G. The records are to be produced within three days of this stipulated order. The parties agree that this individual was a class member in this action, and that the individual's records are appropriately to be produced, subject to the Protective Order entered in this case, Dkt. 401.

DATED: September 29, 2021    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: /s/ Cara E. Trapani
    Cara E. Trapani

Attorneys for Plaintiffs

DATED: September 29, 2021    Respectfully submitted,

COUNTY COUNSEL, COUNTY OF MONTEREY

By: /s/ Anne K. Brereton
    Anne K. Brereton
    Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: September 29, 2021        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
Cara E. Trapani

Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **S.G.** to Plaintiffs' Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED**.

DATED: September 29, 2021

Beth Labson Freeman
United States District Judge