MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              ctrapani@rbgg.com
              cjackson@rbgg.com

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ebalaban@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. CV 13 2354 BLF<br><br>**JOINT STATUS REPORT RE: NEUTRAL MONITOR COVID-19 EXECUTIVE SUMMARY**<br><br>Judge:   Hon. Nathanael Cousins |

1

## JOINT STATUS REPORT

2        The October 7, 2021 Stipulated Order (Dkt. 737) requires the parties to file, by

3   October 15, 2021, a Joint Status Report that includes as an attachment Neutral Monitor

4   Mike Brady's executive summary of his report related to his September 24, 2021 Covid-

5   specific inspection of the Monterey County Jail.  Attached hereto as **Attachment A** is a

6   true and correct copy of the executive summary that Mr. Brady provided to the parties.

7

8   DATED:  October 15, 2021            Respectfully submitted,

9                                      ROSEN BIEN GALVAN & GRUNFELD LLP

10

11                                     By:  */s/ Cara E. Trapani*

12                                          Cara E. Trapani

13                                     Attorneys for Plaintiffs

14

15   DATED:  October 15, 2021           OFFICE OF THE COUNTY COUNSEL
                                        COUNTY OF MONTEREY

16                                      By:  */s/ Susan K. Blitch*

17                                          Susan K. Blitch
                                            Assistant County Counsel

18

19                                     Attorneys for Defendants
                                       COUNTY OF MONTEREY and

20                                     MONTEREY COUNTY SHERIFF'S OFFICE

21

22   DATED:  October 15, 2021           BERTLING LAW GROUP

23                                      By:  */s/ Peter G. Bertling*

24                                          Peter G. Bertling

25                                     Attorneys for Defendant CFMG

26

27

28

1    Pursuant to General Order 45(X)(B), I hereby attest that I have on file approvals for

2 any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3 DATED:  October 15, 2021          ROSEN BIEN GALVAN & GRUNFELD LLP

4                                  By:  */s/ Cara E. Trapani*

5                                       Cara E. Trapani

6                                  Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT A



# Executive Summary of the Covid-19 Follow-Up Inspection of the Monterey County Jail by the Joint Neutral Monitor On September 24, 2021

## FINAL

**Submitted to**:
Ernest Galvan
Van Swearingen
Caroline Jackson
Cara Trapani
Attorneys at Law
Rosen, Bien, Galvan & Grunfeld, LLP

Susan Blitch,
County Counsel's Office
Monterey County

Peter Bertling
Bertling Law Group

Benjamin Rice
Wellpath, Inc.

**Produced by**:
Mike Brady
Director
Sabot Consulting

October 15, 2021



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

## Table of Contents

**EXECUTIVE SUMMARY** ....................................................................................... **1**

September 24, 2021 ................................................................................. 10

**Conclusion**.......................................................................................... **21**



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID-19 FOLLOW-UP INSPECTION BY JOINT
NEUTRAL MONITOR ON SEPTEMBER 24, 2021

## EXECUTIVE SUMMARY

The Covid-19 Delta Variant has exacerbated the fear, anxiety, and suspicion regarding how jails and prisons are managing their responses to this highly contagious variant of the original SARS-Cov-2 virus.  The issues are whether or not the Monterey County Jail can and does adequately protect vulnerable inmates with chronic diseases, serious medical conditions, and disabilities from contracting this oftentimes deadly virus consistent with current CDC, State and Local Public Health guidelines for correction and detention facilities.

As a result of these concerns, and a recent outbreak of Covid-19 positive cases in the Monterey County Jail in six housing pods, the parties to Hernandez v Monterey County, et.  al. agreed to have me, Mike Brady, a joint neutral Covid-19/ADA Expert, conduct a follow-up inspection of the Monterey County Jail (MCJ) in Salinas, California, on September 24, 2021, to evaluate the current policies, procedures, and practices that have been implemented/updated to mitigate and control the spread of Covid-19 within the MCJ.  The parties continue to agree that there are no limitations placed on what I could see, where I could go or with whom I could speak during my September 24, 2021 MCJ follow-up Inspection.

Operating any jail facility is challenging, complex, and labor intensive in and of itself.  In Monterey County there are a large number of outside agencies who arrest and book suspects into the Monterey County Jail for crimes ranging from civil commitments to serious felonies.  Overlay the labor intensive, ever changing Covid-19 pandemic response challenges, and it becomes exponentially more difficult.

In this strange, stressful, lengthy, unpredictable, and dangerous new reality of the Covid19 pandemic in 2020, the MCJ population had, by design, in response to the California Judicial Council, **Emergency Rule 4.  Emergency Bail Schedule**, and in cooperation with the Monterey County District Attorney, the Monterey County Public Defender, the Monterey County Superior Court, and the Monterey County Sheriff, dropped precipitously to 500 + inmates in a jail whose Board of State and Community Corrections (BSCC) rated capacity is 825.

However, last year, when the California Supreme Court, upon the recommendation of the Judicial Council of California, repealed the Emergency Rule 4 -Emergency Bail Schedule, the Monterey County Superior Court refused to adopt and extend the Rule 4-Emergency Bail Schedule beyond June 19, 2020.  As a result, over the last year, the MCJ jail population has risen to over 900+ inmates at times, and as of the date of my follow-up inspection on September 24, 2021, the MCJ had 871 inmates in their care, custody, and control.  As of September 30, 2021, the MCJ inmate population grew to 900 inmates.  As of September 24, 2021, the MCJ continues to hold a significant PCRS, parole, and probation violators, medication non-compliant seriously mentally ill, and a large



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

CDCR commitment population that is currently negatively impacting their ability to effectively prevent/mitigate the spread of the Covid-19 virus within the MCJ facilities.

Subsequently on July 21, 2020 the Monterey County Superior Court issued an Emergency Bail Order, but it had little impact on reducing the MCJ population. The Presiding Judge left it up to the individual Superior Court Judges who were assigned the newly incarcerated inmate cases to decide their bail status, and, as you can imagine, the results were mixed and did little to reduce the size of the jail population.

In the interim, between the Superior Court's refusal to extend the Rule 4 Emergency Bail order and the Superior Court's July 21, 2020 reinstatement of an Emergency Bail Schedule, Monterey County Sheriff, in an act of considerable wisdom and courage, invoked his statutory authority pursuant to Government Code Section (GC) 8658 and released a number of inmates from the MCJ in an effort to control the ever-increasing jail population.  I encourage the Sheriff to exercise his authority pursuant to GC 8658 again and to release 100-200 inmates to alternative forms of custody in the community or on their own recognizance (OR).  Active GPS, community based residential substance abuse treatment programs, community based mental health treatment programs (residential and outpatient), day reporting centers, home detention and OR are just a few of the options available to the Sheriff.

As of August 13, 2021, the Monterey County Superior Court has approved an Emergency Bail Schedule for Misdemeanor Offenses which will do little to reduce the current size of the MCJ inmate population.   The newly implemented Emergency Bail Schedule for Misdemeanor Offenses is a completely inadequate response to the Covid-19 highly contagious Delta Variant that has spread into at least 6 housing units within the MCJ.

As a result, I continue to be very concerned that with the current MCJ population hovering between 870 to 910 inmates, the MCJ, in spite of their best efforts, will not be able to safely house and protect those high-risk inmates who have chronic diseases, serious medical conditions, and disabilities, from serious illness or death if they contract this highly contagious Delta Variant.  Other County Jails that continue to manage the Covid-19 pandemic well are between 50-70 percent of their BSCC rated inmate population capacity.

Moreover, in what can only be described as an incredibly irresponsible and tone-deaf decision, the Monterey County Superior Court is not requiring anyone to wear a mask of any sort while inside the Monterey County Courthouse.  This is in direct contravention to CDC and Public Health Guidelines.  The data today is abundant and very clear that apart from getting a Covid-19 vaccine, wearing a mask when in a congregate setting is one of the most effective preventative/mitigation measures to contracting the Covid-19 virus.   A courthouse full of attorneys, judges, jurors, inmates, court clerks, bailiffs, and



members of the public is such a congregate setting.  The four pillars of CDC prevention/mitigation guidelines are good personal hygiene, social distancing, wearing a mask, and getting a vaccine.  Not requiring individuals who enter the courthouse from any source, is one of the greatest risk to the MCJ inmate population and may very well have been the vector that caused the latest outbreak.  This baffling practice must end immediately.

At the time of my first onsite inspection on July 28 and 29, 2020, there was an Covid-19 virus outbreak at the MCJ, resulting in 290 Covid-19 positive inmates in the MCJ.  MCJ went into crisis mode, locked down the entire facility except for limited court ordered movement and hospital runs.  Within a month, the number of positive inmates dropped to zero and over the following year, the number of Covid-19 positive inmates never exceeded single digits until the current outbreak of 194 Covid-19 positive inmates in 6 Housing Pods.

Chief Bass, Captain Moses, the Command Staff and Wellpath should be commended for bringing the outbreak under control in and keeping the virus under control in 2020 for almost a year after my first onsite inspection.

As I have written, earlier in September 2021, the MCJ experienced another outbreak which started with 34 inmate Covid-19 positive cases, and rapidly grew to 194 Covid-19 positive cases in six housing pods not including staff members.

As a result of the current Covid-19 outbreak, the MCJ went into crisis mode, and reinstated daily Incident Command System (ICS) meetings with a variety of stakeholders including Chief Bass, Captain Moses, Commanders, Public Health, Wellpath, and some rank-and-file custody staff members responsible for sanitizing the housing pods and suppling PPE to staff and inmates.

Prior to my September 24, 2021 follow-up Covid19 inspection at the MCJ, I did not have the time to request documents to be produced in advance of my onsite inspection.  I had less than a week's notice that I may be conducting a Covid-19 follow-up inspection, and less than 24 hours' notice that I would be conducting the inspection on Friday September 24, 2021.  As a result, while I was able to see all the areas in the jail that I requested to see, and I was provided some Covid-19 response documents from the MCSO and Wellpath, this Executive Summary is based primarily on my own observations, and interviews with staff and inmates.

Prior to my follow-up inspection, MCJ, Captain Moses, and I began communicating.  I sent Captain Moses some recommendations that I thought the MCJ should begin implementing.

On September 19, 2021 at 1811hrs, I sent Captain Moses an email and made the following recommendations in pertinent part:



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

There have been some changes that I recommend in light of this more contagious variant.

The incentive program you talk about is a great way to increase the vaccination rate.  I recommend a 20-dollar commissary credit for those inmates who get vaccinated.  As you know most inmates are indigent, so the 20 bucks is a big deal.

I also recommend that you create culturally competent education materials and that you do education sessions in smaller groups to answer questions about inmate fears, hesitancy, etc.  I have found that the smaller groups led by a doctor or nurse will increase your vaccine acceptance rate.

You also must limit movement again like you did before.  There should be no movement except hospital runs, emergencies and court orders (I think that is what you put in place last time).

The Sheriff should consider making vaccines mandatory for anybody who works in the jail.  Public Health would have to give that order, but I believe staff are the largest vector introducing the virus into the jails in addition to court appearances, and new inmates.  Most Sheriffs are reluctant to do that, but it is the right thing to do.  At a minimum all Custody staff should be required to test every week.  A combination of both is the most effective prevention/mitigation measure.

You should be limiting multiple housing unit staff assignments where possible.  In other words, a badge should not be working Housing Unit B and C especially in a dormitory setting if possible.

You should also be testing pod workers on a weekly basis and requiring them to get a vaccination in order to have that job.  Same with Kitchen workers.  Can't work in the kitchen unless you get a vaccination and are tested weekly.  The weekly testing is because the Delta Variant is 1,000 times more contagious than the original virus and people who have been fully vaccinated can still spread the virus to others while showing no signs of infection.

You should be hypervigilant in enforcing the mask orders for staff and inmates.  I would also go back to a manned screening station until you can drop the number of positives.

Wellpath should be conducting small group education sessions regarding the Delta Variant and the benefits and risks of taking the vaccine.



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

**Wellpath should be conducting serial testing in every exposed housing unit, and randomly testing housing units that are not positive on a weekly basis to detect the asymptomatic positives in the jail. The CDC says that testing only symptomatic inmates is not an effective means to prevent/mitigate the spread of the virus in correction and detention settings.**

**Wellpath should have a Covid-19 outbreak plan that is readily available for people to see and it should be strictly enforced. Wellpath needs to lower its threshold of who gets quarantined. If someone has a cough, running nose, fever, etc. they should be removed from the housing unit and placed in a solid door cell where possible.**

**The flu season is now upon us so Wellpath needs to be testing for the flu as well as Covid-19. We call it the twindemic.**

I am pleased to report that both the MCJ custody staff and the Wellpath staff continue to be open, transparent, and readily available to me throughout my onsite inspection.

Finally, over a year ago, I recommended that Wellpath develop a Covid-19 outbreak response binder with all of the policies, procedures, practices, meeting minutes, emails, and an outbreak plan that covered not just Covid-19 but also influenza. On the date of my inspection, this binder had not been completed, but HSA(A) Smith was working on a "Twindemic Outbreak Plan" which covers Covid-19 and Influenza. HSA(A) Smith assured me that she was working on the binder, but it would take time to gather all the information from the different sources. Having this information in one place is critical especially since there is such high turnover in the HSA position at the MCJ. Any person who takes over that position, should be able to read that binder and understand how the MCJ Wellpath site is managing the pandemic and any potential influenza outbreak.

Having expressed these non-clinical opinions, I defer all clinical matters and opinions to Drs. Barnett, Hughes, and Winthrop.

During our conversations about how to increase the vaccination rate among inmates, Captain Moses in consultation with HSA(A) Vicki Smith decided to conduct an all-day vaccination clinic day in every housing unit except the positive housing pods on Tuesday September 28, 2021 with the assistance of Monterey County Public Health. The "Plan" was to go from housing pod to housing pod to educate the inmates in small groups regarding the benefits and risks of taking the Covid-19 vaccination, listen to their vaccine hesitancy fears, answer their questions, and to offer a 20-dollar commissary bag to everyone who took the vaccine. The MCJ had 300 vaccine doses with them during these housing pod clinics with the goal to get vaccines into the arms of as many inmates as possible



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

right there on the spot.  No waiting.  No fuss.  No muss.  Say yes and you get a shot in the arm and a 20-dollar bag of commissary right there on the spot.

The vaccination clinic was a great success, and as a result, the MCJ was able to administer 225 vaccinations in a single day and another 76 the following week.

Since the September 28, 2021 vaccination clinic, Captain Moses and Wellpath have devised an ongoing vaccination process for new intakes.  It is as follows:

### INMATE VACCINATION CAMPAIGN
EFFECTIVE 9/30/21

**SITUATION:**

**Living in prisons and jails puts inmates at higher risk for getting COVID-19 because:**

- **It may be hard to stay at least 6 feet away (2 arm lengths), also called physical distancing, from other people.**
- **There may not be enough space to keep people with COVID-19 away from others.**
- **They may be sharing space with someone who has the virus and does not know it, because they are not coughing or showing other symptoms.**

**GOAL:**

**To vaccinate as many inmates as possible to continue to create the safest environment possible for them, staff and the public.**

**PLAN:**

**In addition to the other steps we have taken to prevent/control COVID-19, vaccines may keep inmates from getting sick, being hospitalized, or dying from COVID-19. We are continuing to partner with the Public Health Department to secure the J+J vaccine.  We are specifically using this vaccine because we can ensure the inmates are fully vaccinated since it is**



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

**only one dose and our inmate population is highly transitory. Additionally, we have purchased food items from our commissary vendor to incentivize inmates electing to get vaccinated.**

**Going forward, inmates will be asked by Wellpath staff if they wish to receive the vaccine and their commissary bag when they are tested the first time. If they agree, they will be placed on the list to be vaccinated on the next Tuesday. Once they receive the vaccine, the inmate will receive the commissary incentive bag.**

**\*An inmate's "first test" occurs when we know they will be staying in custody and not being released on their own recognizance or posting bail. This is usually within 2 days of them coming into custody.**

**This plan shall remain in effect indefinitely at this time.**

**DH 9/30/2021**

As of September 30, 2021, cumulatively, 641 inmates have received the Covid-19 vaccination including the 225 who were vaccinated on Tuesday and an additional 140 who had already received their vaccination in the community for a total of 440 inmates who have received the vaccine who are currently in custody at the MCJ. This total does not include the additional 76 inmates who were vaccinated subsequent to September 30, 2021. Tracking the number of inmates who have received their Covid-19 vaccinations who remain in custody is challenging, labor intensive and always changing because of the high turnover of inmates in the MCJ. Having a robust vaccine education and administration program that occurs regularly is the most effective means of maximizing the number of inmates who receive the vaccine.

Currently, Staff do take a Covid-19 PCR test once a week, and those results are tracked by a single person in Classification. I interviewed her and looked at the manner in which she tracks staff and inmate test results, and it is my expert opinion that this is an excellent test tracking process including the housing units where the Covid-19 positive cases were located.

On the date of my follow-up inspection 79 of approximately 275 staff remained unvaccinated. 15 of the 79 had their first dose but had not yet received their second dose. So, as of September 24, 2021, 64 staff remain completely unvaccinated. As of October 15, 2021, Captain Moses reported to me that 36 staff members have received an exemption and remain unvaccinated, and the remaining staff members have been fully vaccinated or have received their first dose. This is great news. The employees who have received exemptions should still continue to be tested at least once a week until the pandemic ends.



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

On August 19, 2021, the California State Public Health Officer issued an order that ALL individuals working in the following environments must have their first dose of a one dose regimen or their second dose of a two-dose regiment by October 14, 2021.  The workers to whom this order applies are defined in section two of the order which states in pertinent part:

2. The following workers are subject to the requirements of this Order:

**a. All paid and unpaid individuals who are regularly assigned to provide health care or health care services to inmates, prisoners, or detainees. This may include nurses, nursing assistants, nurse practitioners, physicians, physician assistants, technicians, therapists, phlebotomists, pharmacists, mental health providers, students and trainees, dietary, and contractual staff not employed by the correctional facility or detention center.**

**b. All paid and unpaid individuals who are regularly assigned to work within hospitals, skilled nursing facilities, intermediate care facilities, or the equivalent that are integrated into the correctional facility or detention center in areas where health care is provided.  This includes workers providing health care to inmates, prisoners, and detainees, as well as persons not directly involved in delivering health care, but who could be exposed to infectious agents that can be transmitted in the health care setting (e.g., clerical, dietary, janitorial services, laundry, correctional officers, facilities maintenance staff, administrative, inmate workers, and volunteer personnel).**

The MCJ is a correctional facility or detention facility where health care is integrated into its correctional/detention facility.  Thus, the order may apply to workers in the MCJ who are regularly assigned to work in areas where healthcare is provided.  The order states, "This includes workers providing healthcare to inmates, prisoners, and detainees, as well as persons not directly involved in delivering healthcare, but who could be exposed to infectious agents that can be transmitted in the health care setting (e.g., clerical, dietary, janitorial services, laundry, correctional officers, facilities maintenance staff, administrative, inmate workers, and volunteer personnel).

Because health care is provided in every housing pod throughout the MCJ (Pill call, sick call, escorts to and from medical, mental health, and dental, clinical appointments including with the mentally ill population in the living units, etc.) and all of those health care delivery programs are always supervised by custody staff, it is my opinion, based on the plain reading of the order that it should apply to all staff who enter the MCJ for their regular work assignments.

Moreover, the order states that the order applies to "persons not directly involved in delivering healthcare, but who could be exposed to infectious agents that can be transmitted in the health care setting (e.g., clerical, dietary, janitorial services,



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

laundry, correctional officers, facilities maintenance staff, administrative, inmate workers, and volunteer personnel.

One could read the order more narrowly and believe that it only applies to workers regularly assigned to the infirmary, medical, mental health areas of the jail, but this narrow interpretation undermines the intent of the order that is designed to protect immunocompromised inmates housed throughout the jail, and all staff that are directly or indirectly involved in the delivery of health care services.

The MCJ custody staff change posts in the jail on a regular basis.  They also work overtime in posts that may be different than their regular assignment.  The MCJ Transportation Unit is a dedicated team of officers that transport inmates to and from Natividad and SVMH hospitals and other specialty clinics for chronic care appointments like dialysis, orthopedic, cardiac, as well as hospitalizations.

This is not a legal interpretation.  I leave that to the attorneys and the court.  Rather it is a practical one that in my corrections operations expert opinion maximizes the protective measures for those who work and live in a congregate setting like the MCJ.

In an ideal world, the order should apply to inmates as well as workers, but workers have a choice to quit their jobs, and they can apply for medical and religious exemptions.  Inmates do not have the choice to leave.

On September 30, 2021, I was informed by Monterey County Assistant County Counsel, Susan Blitch, that Monterey County is complying with the California State Public Health Officer's August 19, 2021 order by requiring all staff including Deputies to be vaccinated or have an approved religious or medical exemption by October 14, 2021 or they will be subject to termination.  This is an incredibly important and thoughtful decision by Public Health, Sheriff Barnes, and the Monterey County Board of Supervisors.  There are many other counties in California who continue to refuse to comply with the California Public Health Order and mandate that their Deputies and civilian staff be vaccinated.

So too, I am informed by Wellpath Vice President, Benjamin Rice, that Wellpath will be fully compliant with the State Public Health Order by the compliance deadline of October 14, 2021.  Non-compliant Wellpath employees will not be allowed to work in the MCJ after October 14, 2021.



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

**September 24, 2021**

At 0830 hrs. on September 24, 2021, I met Captain Moses at the Monterey County Jail entrance.  I was escorted over to the employee Covid-19 screening area where I was asked a series of questions regarding any symptoms I might be currently experiencing (fever, new cough, sore throat, shortness of breath, difficulty breathing, unexplained body aches).   I was also asked 1) if I had traveled outside the United States in the last 14 days, 2) if I had been in contact with someone with a confirmed diagnosis of Covid-19 in the last 14 days, 3) have I been living in the same home as a person with a confirmed diagnosis of Covid-19, and 4) Have I been diagnosed with Covid-19.   My temperature was taken, and I was cleared to enter the facility.  Captain Moses and I were wearing N95 face masks, and did so throughout my follow-up inspection

Once inside the secure perimeter, I was escorted to Captain Moses's office and was told that I would be sharing his office with him for the duration of my inspection which was very generous of him.

On the table where I would be sitting for the next two days, were folders of ICS minutes from the previous 90 days.  Behind me were the ICS minutes from the last 18 months.

I had unfettered access to those documents any time I wanted to review them during my onsite inspection.

I asked for copies of those documents from September 2021, and prior to my departure on September 24, 2021 those documents were copied and provided to me.

While there was some information from the historical documents that I found relevant to my current inspection, for the most part, I chose to focus on what was occurring from September 1, 2021 forward and principally the MCJ's response to the current Covid-19 outbreak.

Early on, in response to the coronavirus pandemic, the MCJ command staff initiated an Incident Command System (ICS) which is a standardized approach in response to an emergency in order to establish command, control, and coordination over how the various Monterey County and MCJ entities and agencies responded to the threat of the Coronavirus to staff and inmates who worked and were housed in the MCJ.



The ICS consists of a standard management hierarchy and procedures for managing any temporary emergency.  The ICS has incident objectives for every operational period, an organization assignment list, division group assignment list, activity log, etc.

Sometime after the prior outbreak in 2020 the ICS was moved to once a week, but as a result of the current outbreak, the MCJ returned to meeting once a day in order to effectively manage the current Covid-19 outbreak.  This multi-disciplinary group meets every morning at 0930hrs, and discusses what is going well, what needs improvement, the number of inmates and staff who tested positive, the number of inmates and staff who are coming off medical isolation/quarantine, PPE supplies, medical processes, challenges with outside agencies responsible for testing, inmate releases, etc.

This is a very effective way to manage the Covid-19 emergency and the issues over which this group has control.  It is also a great communication vehicle, so all the key players hear the same information and direction from Chief Bass and Captain Moses on a daily basis.  The meetings have minutes, and those minutes are typed up by a staff person and filed in the IAP in SharePoint so the members of the ICS can readily access the information.  Because of the limited time I had to conduct this inspection, I did not look at the IAP system or the SharePoint site.

I did, however, attend the ICS daily meeting on September 24, 2021 at 0930.  As I did last year, I found it to be very informative and I heard very candid conversations occurring regarding a large number of operational issues and operational adjustments that were being made to improve the MCJ Covid-19 responses to this deadly virus.  Subordinates and civilian staff were treated as equals and were encouraged to speak freely.  I do not believe anyone in that meeting held back any information of any kind because of my presence.  I give tremendous credit to Chief Bass and Captain Moses for facilitating these healthy and important operational discussions as they adjust to the daily challenges of combating the Covid-19 virus.

Immediately after the ICS meeting, I wanted to walk the entire jail facility to see what changes had been made since my last inspection in July of 2020.  Captain Moses again graciously offered to serve as my escort.

The first area we inspected was the Receiving area.  There are over 15 incorporated cities within Monterey County as well as CHP, Fish and Game, Parole, Probation, etc. who book new arrestees in the MCJ.  I was able to observe the medical screening and booking process, and I was also able to observe very few inmates in the booking area.  This is a vast improvement over what I saw last year.  There are 4 large holding tanks, 6 what appeared to be single cells for arrestees who are ad seg, PC, SNY, Surenos, etc., 5 safety cells



for Combative or suicidal inmates or inmates on contraband watch (potty watch), and 2 sobering cells.

The arresting officers do a temperature check of the inmate and mask them for the most part prior to escorting the inmate into the secure perimeter of Receiving. The Wellpath Nurses are well versed in the intake procedures. I had some initial concerns about the medical screening occurring inside the secure perimeter rather than in the Sallyport, but because the medical screening area is in a confined area closed off from the rest of the Receiving area, I no longer have those concerns.  I have no further comments about this area.

Next Captain Moses and I went to the kitchen area.  I observed all civilian and badge staff properly wearing their masks and social distancing.  The female kitchen crew were also all properly wearing their masks.  I have no further comments or concerns about this area.

Following the inspection of the kitchen, Captain Moses and I went to K-Pod.  We went up to the control booth so we could see the entire housing unit.  K-Pod are dormitory housing units with solid plexiglass walls.  At the time of my follow-up inspection there were three K-Pod units with positive inmates.  K-4, K-5 and K-17.

The next area we inspected was L-Block.  L-Block is a single two-tier living unit with a dayroom, an elevated manned control booth in the new jail that is currently under construction.  It consists of 72 beds with most of the cells being double occupancy.  They MCJ got special permission from the Fire Marshall to use this and an identical living unit (K-Block) for their medical isolation/quarantine areas for newly incarcerated inmates.  Every inmate that comes into custody and is not going to bail out or otherwise be released, he/she is PCR tested and placed in a cell that may be designed for two people, but he would occupy that cell by himself, thus a lower count than the full 144 beds.  Inmates in the L and K Block are only allowed out to shower three times a week.  Currently there is no other out of cell time allowed in this POD.  Inmates sign up to use the phone, and portable phones are brought to the cells for inmates to use and they use them inside the cells.

All of the Deputies in this unit were properly wearing their masks, and while I did not observe it happening, the ICS minutes state that the inmates are supplied soap twice a week, laundry exchange twice a week (but not a complete bedroll twice a week), cleaning supplies, etc. on a regular basis, and that any high touch surfaces are cleaned between each use.  As the MCJ population increases, I have concerns with these Pods being the only Pods for newly incarcerated males.  There are a finite number of beds, and because of space constraints due to higher volumes of arrests, at times the MCJ has to shorten the initial quarantine period to 7 days to make room for new arrestees.  The CDC



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

guidelines recommend a 14-day initial quarantine, but it allows for a shorter time period if there are space constraints and the risks of shortening the initial quarantine period are thoroughly considered. Here on July 8, 2021, the MCJ and Wellpath consulted with Public Health prior to shortening this initial quarantine period and the Monterey County Public Health Officer approved. The MCJ requested and Public Health agreed to allow the MCJ to move its second initial quarantine test from day 11 to day 7 in an attempt to free up space in the quarantine units due to space constraints. This is a calculated risk. Captain Moses assured me that he only shortens the initial 14 quarantine period to 7 days until space is freed up. They will then move to 10 days and then back to 14 as space permits. The remainder of the new jail should open in three weeks to a month, and this will give the MCJ 500 or so additional beds. The opening of the new jail has been delayed by the Fire Marshal doing testing, but that testing should be completed very soon.

I note here that there is no social distancing going on in any of the MCJ dormitories. The population of the jail is too high for there to be any hope of meaningful social distancing occurring in the dormitories with the current inmate population being at 900. Even if the population were 200+ inmates lower (which I recommend if possible), inmates tend to cluster together in dormitories and are not mask compliant while in these dormitory style housing units. This is true of male and females who are housed in dormitories in jails and prisons across the country.

During the afternoon, I also interviewed a Deputy assigned to the MCJ Transportation Unit. There are 11 Deputies and 1 Sergeant assigned to the Transportation Unit. There are 11 Vans and 2 buses. Each Transportation Deputy is assigned to a specific van. Because of the current outbreak, no court transports are occurring, and when any inmate is transported to the hospital for Remdesiver treatments or other critical care needs, the inmates and staff are required to wear full PPE, and the vans are sanitized with a disinfectant fogger as well as surfaces being manually wiped down. The transportation deputy was very knowledgeable and clearly cared about keeping inmates and staff safe. Because I had inspected the transportation vehicles last year, I did not inspect them during this follow-up inspection.

I did not enter Pods where Covid-19 positive inmates were housed, nor did I enter Pods where inmates had been exposed to another Covid-19 positive inmate and were waiting for test results. There were 10+ housing units in those categories at the time of my inspection. Three positive inmates were hospitalized at the time of my inspection but were improving. 4 inmates were receiving IV treatments with Remdesivir.



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

I met with the Wellpath HSA(A) Vicki Smith and subsequently a Mental Health Provider.  My recommendations below are intended to identify areas where the Wellpath providers need to be/continue to be hypervigilant in their Covid-19 response from a corrections operations perspective.  I defer all clinical matters to the very capable medical, mental health, and dental experts.

Over the last 3 weeks, as reported to me, the MCJ positive cases declined as follows – 194, 171, 161, 130, 84, 71, 34, but then rose again to 111 as a result of surveillance testing of the remaining non-exposed Housing Pods. As of October 15, 2021 the MCJ inmate positive cases are at 100. The CDC recommends serial testing of exposed Housing Pods every 3-7 days, and surveillance testing of non-exposed Housing Pods when the virus has spread to multiple Housing Pods throughout a Correctional/Detention facility.  The MCJ and Wellpath are doing both.  This is tremendous progress, and it attributable to the hard work of Custody, Wellpath, and Public Health.  It is my hope that these numbers continue to drop precipitously until the MCJ has reached zero positive cases.

I asked Captain Moses and Deputy Reyes what kind of in cell activities they were providing to inmates during this difficult time with no programs and movement and Deputy Reyes responded with a list of packets, journals and activities that the MCJ is providing to inmates during this lockdown.  The list is as follows:

- Change co. Journals
1. Self-control
2. Seeking employment
3. My personal journal
4. Getting started
5. Managing my life
6. Family ties
7. Navigating the road ahead
8. Breaking the cycle
- getting started
- Basic cognitive skills
- Recovery maintenance
- Core skills

- RDAP journals
1. Moving forward
2. The A, B, C's of thinking
3. Community
4. National self-counseling
5. Opportunity to change



6. Strategies for success
7. Pro social lifestyle
8. Connecting with others

- Spanish Change Co. Journals for Spanish speakers.

- Hartnell College
1. History 17
2. Intro to Business

- RJP VIP- Weekly Packets

- GEO Group Journaling which includes the following:
1. Anger
2. Coping Skills
3. Denial
4. Family & Other Relationships
5. Life Management
6. Recovery Maintenance
7. Substance Using Behaviors
8. Sentimientos
9. Habilidades Para Enfrentar Problemas
10. Working your program

Because of the time constraints surrounding my follow-up inspection and the short turnaround time for this report, I did not have an opportunity to speak to any inmates about the packets, nor did I have an opportunity to review their content.

In addition, mental health is providing a workbook to the inmates in the behavioral treatment program and that workbook is titled "Coronavirus Anxiety Workbook: A Tool to Help You Build Resilience During Difficult Times".

While this is a wonderful workbook, the reading level is too high for some of the SMI population.  It should be broken down into smaller sections and needs to be structured in a way that the lower functioning behavioral health inmates can take advantage of its content.

Based on my onsite observations, minimal document review, and interviews of a limited number of staff and inmates, I make the following recommendations:



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

Recommendation #1

Wellpath should find a way to reduce the reading level of the "Coronavirus Anxiety Workbook: A Tool to Help You Build Resilience During Difficult Times" or have the mental health clinicians effectively communicate the contents of the workbook through individualized therapy sessions.

Recommendation #2

Wellpath should remain hypervigilant about doing daily temperature checks and vital sign checks on the Covid-19 positive inmates and Covid-19 exposed inmates.  Currently there is only one inmate who is Covid-19 positive who is hospitalized.  This is down from 4 inmates who were hospitalized at the time of my inspection.

In addition, the MCJ transports inmates to the Natividad hospital for IV treatments of Remdesivir and dexamethasone as a measure to prevent unnecessary hospitalizations and shortening the time to recovery in adults.  From a corrections operations perspective this is very smart.

Recommendation #3

Wellpath should continue with the Covid-19 vaccination clinics every week in the Housing Pods which will serve several purposes.  First, sticking a needle in the arm immediately when an inmate says yes, reduces the attrition of willing to be vaccinated inmates.  Second, it allows the providers to answer vaccine hesitancy questions in a smaller group setting which, in my expert opinion, is more effective than waiting for an inmate to submit a sick call slip.  Third having the 20-dollar bag of commissary on hand rather than giving the inmates a 20-dollar commissary credit will result in more vaccination acceptance.  20 dollars of commissary is a huge incentive for inmates to take the vaccine.

Recommendation #4

Wellpath should continue to do serial testing in Covid-19 positive Housing Pods and Covid-19 exposed Housing Pods every 3-7 days until there are no Covid-19 positive cases for two sequential tests.

In addition, Wellpath should continue conducting surveillance testing each week in the non-exposed Housing Pods until this outbreak has been resolved.



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

Recognizing that this recommendation is resource intensive, Wellpath and the MCJ should call upon Community Based Organizations (CBOs) to assist with this testing as needed.

Recommendation #5

Wellpath and the MCJ should continue to test any inmate who exhibits signs of a viral infection of any sort. This includes testing inmates for influenza and Covid-19. In other counties in which I am a joint neutral monitor, symptomatic inmates are removed from the Housing Pod and placed in solid door cells until their test results come back. This has proven to be an effective way to prevent/mitigate the spread of the virus within a dormitory setting. Having said that, I defer to Dr. Barnett on all matters clinical.

Recommendation # 6

Wellpath should continue developing a Covid-19 response plan and Influenza response plan (Twindemic) and keep those plans in a binder along with the ICS minutes, emails with public health, summaries of phone conversations, and any changes that are made as our understanding of this ever-changing virus evolves. This will be a great way to respond to any questions that are asked by the parties, monitors or new hires.

Recommendation #7

Wellpath should develop a daily line list of the status of Covid-19 and influenza cases in the jail even if the number is zero. The sharing of information with the parties to the Hernandez case will go a long way to reducing the number of ad hoc questions from plaintiffs' counsel and this Covid-19/ADA neutral monitor. This daily sharing of critical information will also go a long way toward the building of trust between the parties.

Here is an example of what I am recommending:

**2 New COVID 19 Positive Patients (both from intake)**
**4 New COVID 19 RED Patients (4 from intake)**
**3 Red Medical Patients with Negative COVID 19 result**
**HU 35 DEF is now lifted due to NEGATIVE COVID-19 result of index case**

**135 Negative COVID 19 results**
**83 Pending COVID 19 results**

**We have a total of 4 RED patients**
**We have a total of 3 Dark Red patient**



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

**New books 2-Day's testing numbers from yesterday 10/12: 20 consented, 4 refused**

**New books 10-Days testing numbers from yesterday 10/11:  4 consented, 1 refused**

**Pre-release testing numbers from yesterday 10/11:  0 consented, 0 refused**

**Quarantine HU testing numbers from yesterday 10/11: 23 consented, 175 refused**

**DAILY COVID-19 UPDATE FOR October 13, 2021**

**SRJ has positive 3 inmate COVID-19 case**

**Of the positive 3 inmate COVID-19 case:**

**3 is asymptomatic**

**0 is symptomatic**

**390 formerly positive COVID-19 inmates have completely recovered and are still in custody.**

**229 formerly positive COVID-19 inmates have recovered and are no longer in custody.**

**119 inmates who tested positive for COVID-19 were released from custody.**

**There have been 2 COVID-19 related hospitalizations**

**There have been 0 COVID-19 related deaths**

**There are 4 RED inmates and 3 DARK RED inmates housed in either OPHU, HU8A, or HU8B. Red patients include both patients with COVID-19 symptoms awaiting test results and patients with positive COVID-19 results.  (For a description of the SRJ patient color-coding system please see the Outbreak Control Plan.) Red patients will be released individually from OPHU, HU8A, or HU8B when cleared by medical.  Yellow housing units and/or pods are listed below.  Quarantines in these housing units and/or pods will remain in effect until the date listed, which is a date 14 days after the index patient presented with symptoms, or sooner if the index case's test results come back negative.**

**HU 3F: N/A (These housing unit is designated for yellow inmates with known exposure to a COVID-19 positive person; inmates are released from quarantine on individual dates)**

**HU 24 ABCDEF under YELLOW QUARANTINE due to exposure to DARK RED medical.  Subject to serial testing.**

**HU 32 ABC DEF: Under YELLOW QUARANTINE due to Dark Red Medical.  Subject to serial testing.**

**SRJ has 208 Orange patients**

**Aggregate Testing results:**

**19714 tests completed with 18890 negatives, 741 positives, and 83 pending**



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

I also recommend that the MCJ keep this expert and plaintiffs' counsel informed regarding the progress of the opening of the remaining Housing Pods in the new jail.

Recommendation #7

If possible, the MCJ should reduce its jail population by 200 + inmates in order to maximize its Covid-19 protective measures consistent with CDC guidelines. I recognize this is a complicated issue, but it has been done in other counties in California with great success. Last year the Sheriff exercised his authority to release some inmates pursuant to Government Code Section 8658, and I encourage him to do so again here.

Recommendation #8

The MCJ Command Staff and Wellpath should continue to be hypervigilant regarding requiring staff to be fully vaccinated or have an approved exemption consistent with State and local Public Health orders. I have to give tremendous credit to Sheriff Barnes, the Monterey County Public Health Officer, and the Board of Supervisors for requiring all staff to be vaccinated in the MCJ unless they have an approved exemption. This will go a very long way in arresting the spread of this highly contagious oftentimes deadly Covid-19 Delta Variant.

Recommendation #9

The MCJ and Wellpath should seek an order from public health suspending ALL in person court appearances until this outbreak is under control AND the Monterey County Superior Court makes masks mandatory for ALL persons entering the courthouse at any time for any reason.

Recommendation #10

If it has not been done already, I recommend that Wellpath color code each Pod to let staff know which Pods were positive, which were exposed, and which were not exposed.
 As an example, a red paper sign would be posted on a positive living unit door (dormitory or lockdown unit such as A-Dorm, F-Pod, D-Wing) with text that reads something like "Caution Positive Covid-19 Living unit. Do not enter this unit without wearing an N95 mask and other PPE as needed). A yellow sign for a unit with pending tests and/or Covid-19 exposure – "Caution, this living unit has inmates who have Covid-19 exposure, and their test results are pending". For a Covid free negative living unit, there would be a green sign that reads "Before entering this unit you are required to properly wear a mask and while you are in the living unit all inmates are require to properly wear their masks" For the medically vulnerable inmate population (if they are clustered together in a



lockdown unit) there should be an Orange sign posted on the door or window that reads " This Pod houses medically vulnerable inmates who are at high risk of contracting Covid-19. Staff must properly wear N95 masks when inside this unit for any reason".  For newly incarcerated inmates in L-Pod a sign should be placed on each cell door identifying if they are positive, negative pending tests, negative awaiting housing.  In the booking area, the same should be done and when a positive inmate or negative inmate is removed from Safety 1-5 or Sobering 1-2, the sign should read "Offline Pending Decontamination.  Do not use".  This puts everyone on notice and protects staff from inadvertently placing inmates in the wrong units.  It also protects staff by informing them clearly as to the living unit's status and the precautions they are required to take prior to entering the unit.  During this follow-up inspection I did not have a chance to check to see if this color-coding system has been implemented.  This color-coding system works well in the Santa Rita Jail in Alameda County.

Recommendation #11

While it is virtually impossible to enforce an inmate mandatory mask policy in a dormitory setting, masks should continue to be made available to all inmates in the MCJ regardless of whether the inmates are in a dormitory setting or a solid cell door setting. N95 masks should be readily available to chronic care inmates and inmates with serious medical conditions, and these at-risk inmates should be regularly encouraged to wear them while in their Housing Pod.

ALL inmates should be required to properly wear their masks at all times anytime they leave their Housing Pods regardless of the type of housing.  The MCJ must be hypervigilant about inmates properly wearing their masks anytime they leave their Housing Pods.  Last year, there were very few cases of influenza in jails who were hypervigilant about enforcing mandatory mask orders for staff and inmates.  This, in my expert opinion, is evidence of the effectiveness of masks as a Covd-19 prevention/mitigation strategy if worn properly

All staff are and should continue to be required to properly wear their masks anytime they are inside the secure perimeter of the MCJ.  One can only hope that staff are wearing their masks when out in public in a congregate setting especially indoors.  The holiday season will soon be upon us and holiday gatherings have the potential to be super spreader events.

Recommendation #12

When the GTL contract for phone and tablet services comes up next year, the MCJ should demand that GTL provide sufficient tablets so that every inmate has access to a tablet during the program day. GTL should also provide additional tablets to account for breakage at no cost to the MCJ. This will go a long way toward keeping the minds of the  inmate population productive and healthy.



MONTEREY COUNTY SHERIFF'S OFFICE, MONTEREY COUNTY JAIL
EXECUTIVE SUMMARY OF THE COVID19 FOLLOW-UP INDEPENDENT INSPECTION
BY JOINT NEUTRAL MONITOR ON SEPTEMBER 24,2021

## Conclusion

During my September 24, 2021 onsite follow-up inspection, I had unfettered access to all parts of the MCJ, staff and inmates.  The MCJ Command staff and Wellpath were welcoming, transparent, professional, and well prepared.

 After I left the MCJ, Captain Moses, Deputy Reyes, Wellpath's Acting HSA, Vicki Smith, and Public Health continued to make themselves available to me via email and by phone.  For their help, guidance, and service heart, I am grateful.

It is clear to me that the MCJ and Wellpath leadership are open to making adjustments in how they are managing this outbreak. They are also open to changing their approach in prevention/mitigation measures where it makes sense. The MCJ and Wellpath have implemented many of my recommedations already, and I am confident they will continue to do so where possible.

While the community infection rate is declining, this is not the time to take a victory lap and let our guard down. As of today's date 721,000 people in the United States have lost their lives to Covid-19 during this pandemic, and, as a result, we must continue to be hypervigilant in our efforts to protect staff, inmates, and the public from contracting this highly contagious and oftentimes deadly virus.

I will be prepared to discuss my observations during the court call on Monday October 18, 2021 at 1600hrs.

I appreciate the opportunity to work on this very important project.

## Signature

Submitted by Mike Brady

_____            October 15, 2021

Mike Brady                                              _____

                                                              Date