MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              ctrapani@rbgg.com
              cjackson@rbgg.com

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ebalaban@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER APPOINTING NEUTRAL MONITOR AND ORDER OF REFERENCE**<br><br>Judge:  Beth Labson Freeman |

[3875100.2]

1      The Settlement Agreement approved by the Court on August 18, 2015 provides for

2  the appointment of five expert monitors to evaluate Defendants' compliance with the

3  Settlement Agreement and the Implementation Plans.  Dkt. No. 494 at ECF 21-22.  The

4  monitors' duties are set forth in Paragraphs 39 and 40 of the Settlement Agreement.  *See*

5  *id.* at ECF 22-23.  The previously-appointed Monitor for mental health compliance, Dr.

6  Kerry Hughes, has become unavailable to monitor mental health compliance.  Pursuant to

7  Paragraph 37 of the Settlement Agreement, Dkt. No. 494 at ECF 22, the parties met and

8  conferred to assign a replacement expert to monitor this area.

9      The parties hereby jointly file this stipulation requesting that the Court appoint

10  James D. Vess to replace Dr. Hughes as the Monitor for mental health compliance.  A

11  current CV for Dr. Vess is attached to this Order as Exhibit A.  The parties respectfully

12  request that the Court issue an order appointing Dr. Vess as a neutral monitor.

13

14  DATED:  April 15, 2022          Respectfully submitted,

15                                  ROSEN BIEN GALVAN & GRUNFELD LLP

16                                  By:  */s/ Cara E. Trapani*

17                                       Cara E. Trapani

18                                  Attorneys for Plaintiffs

19

20  DATED:  April 15, 2022          COUNTY COUNSEL,
                                    COUNTY OF MONTEREY
21

22                                  By:  */s/ Ellen S. Lyons*

23                                       Ellen S. Lyons
                                         Deputy County Counsel
24

25                                  Attorneys for Defendants
                                    COUNTY OF MONTEREY and MONTEREY
26                                  COUNTY SHERIFF'S OFFICE

27

28

1   DATED:  April 15, 2022          WELLPATH COUNSEL

2

3                                   By:  */s/ Benjamin Rice*

4                                        Benjamin Rice

5                                   Attorneys for Defendant
                                    CALIFORNIA FORENSIC MEDICAL GROUP,
6                                   INCORPORATED

7           Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on

8    file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-

9    filed document.

10   DATED:  April 15, 2022          ROSEN BIEN GALVAN & GRUNFELD LLP

11                                   By:  */s/ Cara. E. Trapani*

12                                        Cara E. Trapani

13                                   Attorneys for Plaintiffs

14

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

# [~~PROPOSED~~] ORDER

The Court has reviewed the above Stipulation of the parties.  Good cause appearing and in accordance with the Settlement Agreement and its remedial purposes, and pursuant to the Court's inherent power, it is hereby:

ORDERED that the following individual is appointed as Monitor for mental health: James D. Vess.  A Current CV for Dr. Vess is attached to this Order as Exhibit A.

FURTHER ORDERED that the Monitor shall have the responsibilities, powers, and protections set forth in the Settlement Agreement and in this Order.

FURTHER ORDERED that:

1.      The following terms of the Settlement Agreement are adopted as part of this Order:

2.      "Substantial compliance" shall mean adherence to the requirements of the Settlement Agreement and the Implementation Plans in all material respects, recognizing that 100% compliance is not required.  Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have (a) implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and (b) that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance.  Substantial compliance shall be assessed by the subject-area monitors and shall govern all requirements for the Settlement Agreement and Implementation Plans.

3.      If any of the monitors become unavailable to monitor their respective areas, the parties will meet and confer, and assign a new expert to monitor compliance with the Settlement Agreement and the Implementation Plans for their respective areas of expertise. The parties may agree at any time to remove and replace a monitor.

4.      Defendants shall pay the fees and costs incurred by the designated monitors and their staff.  Invoices will be provided to all parties for their review before payment.

There will be a yearly budget negotiated with each designated monitor.  If any monitor exceeds the budget for fees or costs without prior approval, he or she may be removed and replaced through the process described in Paragraph 37 of the Settlement Agreement.  Dkt. No. 494 at ECF 22.  If the parties do not agree on removal, either party may refer the matter to the mediator, and if necessary to the Court to determine whether the monitor should be retained or removed.

5.      The designated monitors shall have access to all jail facilities upon reasonable notice, to assess substantial compliance with the Settlement Agreement, and the incorporated Implementation Plans.  All site visits shall take place on consecutive days. There shall be no more than two (2) site visits in each year, per monitor, that the Settlement Agreement is in effect.  These visits may take up to two (2) days each.

6.      The designated monitors shall have access to meet and interview personnel whose duties pertain to the provision of services and/or who work with inmates in the area of the expert's expertise.

7.      The designated monitors shall have a reasonable opportunity to conduct confidential interviews of inmates to assess whether Defendants are in compliance with the terms of the Settlement Agreement and Implementation Plans.

8.      The designated monitors may request to review County or CFMG documents, except those documents protected by attorney-client or work product privileges, or by state or federal law, to monitor Defendants' compliance with the terms of this Settlement Agreement and all Implementation Plans.  If these documents are requested in conjunction with a site visit, Defendants will provide these documents to the extent feasible within ten (10) days prior to the visit.

9.      During the site visits, the designated medical, mental health and dental monitors shall have reasonable access to current inmate health records, including mental health records, consistent with Defendants' obligations under Federal and State law, as those obligations have been modified by Court order.

1       10.     Monitors shall be provided with and agree to be bound by any protective or

2  Court orders entered in this case to protect the confidentiality of prisoner records and

3  security sensitive information.

4       11.     The designated monitor will prepare a draft written report on the Defendants'

5  efforts to meet the terms of the Settlement Agreement and all Implementation Plans at least

6  twice a year and within 30 days of the later of the monitor's site inspection and the

7  monitor's receipt of all requested documents and information, and in no case later than 45

8  days after the inspection. Each report shall contain a determination of whether Defendants

9  are "substantially complying" with the Settlement Agreement and the applicable

10  Implementation Plan. The draft report will be delivered to all parties to this Agreement. If

11  the designated monitor concludes that Defendants have not substantially complied with the

12  terms of any provision or provisions of the Settlement Agreement and Implementation

13  Plans, the designated monitor shall make recommendations as to actions they believe to be

14  necessary to substantially comply with the terms of the provision or provisions. The

15  parties will have 30 days to provide written comments, objections or to cure issues and 7

16  days to reply. The monitor may re-inspect before issuing a final report. Final reports shall

17  be due 20 days after the later of the monitor's receipt of any comments, objections or

18  replies, or any re-inspection.

19       12.     In addition to the above-recited terms of the Settlement Agreement, the

20  Monitors shall be governed by the following terms.

21       13.     The Monitors shall not engage in *ex parte* communications with the Court.

22  The Monitors may engage in *ex parte* communications with the Mediator, Magistrate

23  Judge Cousins.

24       14.     The Monitors may engage in *ex parte* communications with each other.

25       15.     During each Monitor's first tour of the Jail, the parties shall have the right to

26  have counsel present during the tour. All subsequent tours conducted by the monitors shall

27  be conducted without counsel present, unless the parties agree good cause exists for

28  counsel to observe the tours. If the parties cannot agree on the necessity for counsel to be

1  present on monitor tours, they shall submit the matter to Magistrate Judge Cousins for
2  decision.

3      16.    Monitor budgets and invoices, like other written communications, shall be
4  copied to all parties.

5      17.    Within the limitations set by the yearly budget, the Monitors shall have the
6  authority to employ and/or contract with all necessary expert, administrative, and clerical
7  staff.  The staff and contractors of the Office of the Monitor shall have whatever access to
8  records and documents the Monitor believes is necessary to fulfill the staff or contracting
9  role; within the limits set by Paragraph 8 above.

10     18.    In preparing reports under Paragraph 11 above the Monitors shall identify all
11 sources of information relied upon for facts and recommendations.  If the source of
12 information is an interview or conversation whether with staff, inmates, another Monitor,
13 or any other person, the Monitors shall identify the person who is the source of the
14 information, and the date on which the Monitor spoke to the person.  If the source of the
15 information is a document, the Monitor shall make the documents available to counsel for
16 all parties, or identify the document in a manner that makes it accessible to all parties.

17     19.    Monitors shall be compensated directly by Defendants upon submission of
18 invoices to all parties.

19     20.    The parties shall meet and confer periodically regarding the efficacy of the
20 procedures described herein, and shall submit a joint statement to the Court if any changes
21 are needed.

22
23 DATED: ___April 19___, 2022          _____
24                                      Honorable Beth Labson Freeman
                                        United States District Judge
25
26
27
28

# EXHIBIT A

JAMES D. VESS, JR.

P.O. Box 2172
Gig Harbor, WA 98335
Mobile: (253) 973-6037
e-mail: James.Vess@correctionalpsychconsult.com

LICENSURE
1987 – present     Licensed as Psychologist in California, License Number: PSY9964
1991 – 1995        Licensed as Psychologist in Florida, License Number:  PY4536
2003 – 2009        Registered as Clinical Psychologist in New Zealand, Registration 90-02609
2009 – 2012        Registered as Psychologist in Australia, Registration PSY0001129455
2019 – present     Licensed as Psychologist in Washington, License Number: PY 60932784

EDUCATION
BA in Psychology, 1979, Miami University, Oxford, Ohio.
MA in Psychology, 1981, Ohio State University, Columbus, Ohio
Ph.D. in Clinical Psychology, 1985, Ohio State University Columbus, Ohio.

HONORS and CERTIFICATION
Phi Beta Kappa, Miami University, 1979.
University Fellow, Ohio State University, 1983.
Herbert H. Troops Research Award, Ohio State University, 1983.
Presidential Fellow, Ohio State University, 1983-1984.
Sustained Superior Accomplishment Award, California Department of Mental Health, 1990.
Sustained Superior Accomplishment Award, California Department of Mental Health, 1997.
Excellence in Early Career Research Award, Victoria University of Wellington, 2008.
Commendation for Excellence in Teaching, Deakin University, 2009.
Commander's Award for Civilian Service, Department of the Army, 2013
Certified Correctional Health Professional, 2016

PROFESSIONAL EXPERIENCE
11/2016 – present. Clinical Consultant, Department of Justice, *United States of America v. Count of Los Angeles and Los Angeles County Sheriff Jim McDonnell*, CV NO. 15.  Retained by the Independent Monitor to assist the Mental Health Subject Matter Expert in conducting qualitative assessments of the County's compliance with the terms of the Settlement Agreement.

3/2021 – present. Workforce Development Consultant, Office of Forensic Mental Health Services, Washington Department of Social and Health Services. Providing consultation to the Workforce Development Administrator; data gathering, interpretation and application in support of workforce development and training needs; development and delivery of training to forensic evaluators and clinical treatment staff; supervision of forensic psychology interns; consultation to forensic supervisors.

3/2020 – 12/2020. Forensic Workforce Development Administrator, Office of Forensic Mental Health Services, Washington Department of Social and Health Services. Responsible to develop, implement and oversee a statewide forensic services workforce development program, including training curricula, a training delivery system, and a comprehensive Quality Assurance and Performance Improvement program.  Major essential outcomes included meeting state legislative expectations and federal court decision requirements in forensic service delivery.

James D. Vess, Jr.                                                                                                Page 2

5/2019 – 3/2020. <u>Forensic Evaluation Supervisor</u>, Office of Forensic Mental Health Services, Washington State Department of Social and Health Services.  Responsible for the supervision of forensic evaluators and support staff serving the court systems of King, Skagit, Whatcom, Island, Snohomish and San Juan counties.  These evaluators preform forensic assessments for competency to stand trial, diminished capacity, and not guilty by reason of insanity cases, and are required to comply with standards set forth and monitored by the court in the *Trueblood* federal lawsuit.

5/2017 – 5/2019.  <u>Mental Health Administrator, Training and Clinical Field Operations</u>, Mental Health Program, California Department of Corrections and Rehabilitation.  Responsible for oversight of training for Statewide Mental Health Program; responsible for oversight of Regional Mental Health teams, which implement quality assurance and performance improvement functions across all state correctional facilities; work collaboratively with other state agencies, Office of the Special Master and plaintiffs' attorneys in relation to the *Coleman vs. Brown* lawsuit, developing and implementing plans of action to achieve compliance with relevant standards of care.

10/2015 – 5/2017.  <u>Chief Psychologist, Training Unit</u>, Statewide Mental Health Program, California Department of Corrections and Rehabilitation.  Responsible for the oversight and implementation of all aspects of the Statewide Mental Health Training Program, including the development, delivery, and monitoring of specialized mental health training; responsible for facilitating new program implementation; oversight of clinical staff at departmental headquarters in the development and delivery of mental health trainings for clinical, custody, and medical staff; direct supervision of Training Unit staff; ensure compliance with all relevant professional standards, licensing requirements, and court mandates; track mental health program training across the department; provide oversight for the statewide psychology internship program.

05/2014 – 10/2015. <u>Senior Psychologist Specialist</u>, California Department of Corrections and Rehabilitation, Elk Grove, California.  Responsibilities involve providing direct assistance to correctional institutions in northern region of the statewide mental health program, including identification and mitigation of obstacles to providing mental health services to prison inmates; identification and monitoring of corrective action plans; facilitation and training of best practices in interdisciplinary team process, treatment planning, and clinical service delivery. Assists the Mental Health Regional Administrator in ongoing monitoring and on-site auditing of all regional institutions providing mental health services; assist in ongoing quality assurance and program performance improvement process; participate in training development and delivery.

01/2013 – 03/2014. <u>Research Psychologist, Program Manager (GS 14)</u>
Emerging Technologies Program, National Center for Telehealth and Technology
Joint Base Lewis-McChord, Tacoma, Washington
Responsibilities included serving as a subject matter expert in technical and specialized areas of psychological evaluations and other mental health related conditions; integrating fields of psychological testing and measurement, personality, learning theory, experimental, motivational and social psychology with emerging technology developments to assess and improve the performance of military personnel; formulating theoretical or conceptual frameworks to derive research objectives and drive program development; leading a program of application development and empirical evaluation of technology in clinical service delivery.

07/2011 – 01/2013.  <u>Clinical Psychologist, Subject Matter Expert (GS 13)</u>
Innovative Technology Applications Division, National Center for Telehealth and Technology
Joint Base Lewis-McChord, Tacoma, Washington
Responsibilities included: serving as advisor and consultant to other staff and government officials
in the specialized areas of behavioral health applications of technology, including behavioral
models of treatment, technology applications to behavioral medicine; applying expertise in areas of
program specialization such as deployment and combat stress, command consultation, suicide risk
assessment, personality assessment, interpretation of psychometric measures, and behavior change;
developing and piloting innovative technology for clinical applications; conducting research on
effectiveness of technology applications; providing project management as a subject matter expert.

07/2011 – 07/2018.  <u>Honorary Fellow, Deakin University Forensic Psychology Centre</u>
School of Psychology, Deakin University, Geelong, Australia. Activities involve collaboration with
other experts in the Centre's specific areas of specialization, including forensic clinical psychology,
procedural justice, and offender reintegration; conducting research, contributing to professional
publications, and developing professional training models.

01/2009 – 07/2011.  <u>Senior Lecturer, Clinical Forensic Psychology</u>
School of Psychology, Deakin University, Geelong, Australia
Faculty member in the Deakin Clinical Training Program.  Duties included teaching, student
supervision, and research, in both general clinical and forensic areas of specialization. Member of
the Deakin Forensic Psychology Centre: Duties included collaboration with other forensic
specialists in research and scholarship; developing partnerships with other national and international
forensic experts; developing relationships with key government and community agencies such as
the Justice Department, Department of Corrections, Parole Board, and the Courts.

03/2004 – 07/2011.  <u>Forensic Private Practice</u>.  Risk assessment, court testimony, and consultation
to the New Zealand Department of Corrections Psychological Service and New Zealand Parole
Board; Victoria, Australia Department of Corrections; and private attorneys in New Zealand and
Australia.  Recent cases include expert witness testimony in High Court and Court of Appeals
decisions regarding Extended Supervision for high risk sexual offenders, such as *R v Peta* CA
(2007) *CA48/06 NZCA 28* in the New Zealand Court of Appeal, and expert evidence on risk
assessment with sexual offenders for Extended Supervision Orders in the County Court and
Supreme Court of Victoria, Australia.

03/2004 – 12/2008.  <u>Lecturer</u> and <u>Senior Lecturer, Abnormal Psychology and Adult Mental Health</u>.
School of Psychology, Victoria University of Wellington, New Zealand.  Responsibilities included
research, teaching of undergraduate and graduate level psychology courses, and supervision of
graduate student research. Faculty member in the clinical psychology training program: developed
and delivered clinical training curriculum, supervised clinical graduate students.

09/2003 – 02/2004.  <u>Senior Psychologist</u>, <u>New Zealand Department of Corrections</u>, Psychological
Services Head Office, Wellington, New Zealand.  Responsibilities included assessment of offenders
on parole and community-based sentences; risk assessment of prison inmates; expert witness
testimony to the courts in cases of Preventive Detention Sentencing and Extended Supervision
Orders with high risk violent and sexual offenders; expert witness testimony to New Zealand Parole
Board regarding release decisions and parole supervision conditions.

09/1999 – 08/2003.  <u>Senior Psychologist Supervisor; Director of Evaluation and Outcome Services</u>, Atascadero State Hospital, California, a 1,250 bed secure forensic inpatient facility.  Duties included supervision of staff conducting psychological, neuropsychological and phallometric assessments and outcome evaluation functions; monitoring and coordination of facility-wide clinical outcome evaluation system; application of computer automation to clinical and administrative processes.

07/1997 – 09/1999.  <u>Assistant Program Director</u>, Atascadero State Hospital.  Duties included supervision of psychology, social work and rehabilitation therapy staff; program development and evaluation for a 190 bed residential forensic psychiatric treatment program.

10/1993 – 07/1997.  <u>Clinical Psychologist and Outcome Evaluation Coordinator</u>, Atascadero State Hospital.  Duties included design and implementation of facility-wide clinical evaluation system; instrument development, database management, data analysis and reporting of outcome evaluation results; development of computer-based data collection and treatment planning procedures.

09/1990 – 10/1993.  <u>Psychologist for Cancer Services</u>, Baptist Regional Cancer Institute, Jacksonville, Florida.  Duties included psychological assessment of patients; individual, family and group psychotherapy; relaxation training; consultation with multidisciplinary oncology staff; program development; staff training; quality improvement; community education activities regarding coping with cancer.

09/1985 – 08/1990.  <u>Clinical Psychologist and Clinical Coordinator, Family Treatment Program</u>, Atascadero State Hospital.  Duties included development, implementation and outcome evaluation of the family treatment program; psychological assessment, treatment planning, individual and group treatment activities on a 48 bed forensic inpatient unit.

09/1984 – 08/1985.  <u>Psychology Intern</u>, Veterans Administration Medical Center, Palo Alto, California. Rotations included:  Health Psychology/Behavioral Medicine Program; Family Program; Drug and Alcohol Detoxification Unit; Brain Injury Rehabilitation Unit.

<u>PEER REVIEWED JOURNAL ARTICLES</u>
Moreland, J.R., Schwebel, A.I., Fine, M., & Vess, J. (1982).  Post divorce family therapy: Suggestions for professionals.  *Professional Psychology*, *13* (5), 639 – 646.

Vess, J., Moreland, J.R., & Schwebel, A.I. (1983).  The effects of early parental divorce on the sex role development of college students.  *Journal of Divorce*, *7* (1), 83 – 95.

Vess, J., Moreland, J.R., & Schwebel, A.I. (1985).  Role reallocation in the bereaved family:  A theoretical framework.  *Omega*, *16*, 115 – 127.

Vess, J., Moreland, J.R., & Schwebel, A.I. (1985).  An empirical assessment of the effects of cancer on family role functioning.  *Journal of Psychosocial Oncology*, *3(1)*, 1 – 16.

Vess, J., Moreland, J.R., & Schwebel, A.I. (1985).  A follow up study of role functioning and the psychosocial environment in families facing cancer.  *Journal of Psychosocial Oncology*, *3(2)*, 1-14.

James D. Vess, Jr.                                                              Page 5

Vess, J., Moreland, J.R., & Schwebel, A.I., & Kraut, E. (1988).  Psychosocial needs of cancer patients:  Learning from patients and their spouses.  *Journal of Psychosocial Oncology*, *6*, 31 – 51.

Neville, J. & Vess, J. (2001).  Development and implementation of a functional skills measure for rehabilitation therapy in a forensic psychiatric inpatient facility.  *International Journal of Psychosocial Rehabilitation* (On-line), *5*, 81-93.  Available: www.psychosocial.com

Vess, J. (2001).  Development and implementation of a functional skills measure for forensic psychiatric inpatients. *Journal of Forensic Psychiatry*, *12*, 594 – 611.

Vess, J. (2001).  Implementation of a computer assisted treatment planning and outcome evaluation system in a forensic psychiatric hospital.  *Psychiatric Rehabilitation Journal*, *25*, 124 – 133.

Hennessy, M., Walter, J.S., & Vess, J.  (2002).  An evaluation of the Empat as a measure of victim empathy with civilly committed sex offenders. *Sexual Abuse: A Journal of Research and Treatment*, *14*, 241 – 251.

Murphy, C, & Vess, J.  (2003).  Subtypes of psychopathy: Proposed differences between narcissistic, borderline, sadistic and antisocial psychopaths.  *Psychiatric Quarterly*, *74*, 11 – 29.

Arkowitz, S., & Vess, J.  (2003).  An evaluation of the Bumby RAPE and MOLEST scales as measures of cognitive distortions in civilly committed sexual offenders.  *Sexual Abuse: A Journal of Research and Treatment*, *15*, 237 – 250.

Vess, J., Brush, J., & Oertel, R.  (2003).  The structure of a computer assisted treatment plan for psychiatric inpatients: Meeting standards and improving care.  *The Journal on Information Technology in Healthcare*, *1*, 167 – 180.

Renzaglia, G., Vess, J., Hodel, B., & McCrary, L. (2004). Mentally Disordered Offenders: From forensic state hospital to conditional release in California.  *International Journal of Law and Psychiatry*, *27*, 31 – 44.

Vess, J., Murphy, C., & Arkowitz, S.  (2004). Clinical and demographic differences between sexually violent predators and other commitment types in a state forensic hospital.  *Journal of Forensic Psychiatry and Psychology*, *15*, 669 – 681.

Heinze, M.C., & Vess, J. (2005).  The relationship among malingering, psychopathy, and the MMPI-2 validity scales in maximum security forensic psychiatric inpatients.  *Journal of Forensic Psychology and Practice*, *5*, 35 – 53.

Vess, J. (2005). Preventive detention vs civil commitment: Alternative policies for public protection in New Zealand and California.  *Psychiatry, Psychology, and Law*, *12*, 357 – 366.

Oxnam, P., & Vess, J. (2006). A personality-based typology of adolescent sexual offenders using the Millon Adolescent Clinical Inventory.  *New Zealand Journal of Psychology*, *35*, 36 – 44.

Ward., T., Vess, J., Collie, R.M., & Gannon, T.A.  (2006). Risk management or goods promotion: The relationship between approach and avoidance goals in sex offenders.  *Aggression and Violent Behaviour, 11*, 378 – 393.

James D. Vess, Jr.                                                                              Page 6

Skelton, A., Riley, D., Wales, D., & Vess, J. (2006). Assessing risk for sexual offenders in New Zealand: Development and validation of a computer scored risk measure. *Journal of Sexual Aggression*, *12*, 277 – 286.

Watson, T.K., & Vess, J.  (2007). Risk assessment of child-victim sex offenders for extended supervision in New Zealand.  *Journal of Forensic Psychiatry and Psychology*, *18*, 235 – 247.

Oxnam, P., & Vess, J.  (2007). A typology of adolescent sexual offenders: Millon Adolescent Clinical Inventory profiles, developmental factors, and offence characteristics.  *Journal of Forensic Psychiatry and Psychology*, *19*, 228 – 242.

Collie, R., Ward, T., & Vess, J. (2008). Assessment and case conceptualization in sex offender treatment. *Journal of Behavior Analysis of Offender and Victim – Treatment and Prevention*, *1*, 65 – 81.

Vess, J. (2008). Sex Offender Risk Assessment: Consideration of Human Rights in Community Protection Legislation. *Legal and Criminological Psychology*, *13*, 245 – 256.

Watson, T. & Vess, J. (2008). Short term reoffending by child victim sex offenders in New Zealand: A comparison of those with and without extended supervision. *Sexual Abuse in Australia and New Zealand: An Interdisciplinary Journal*, *1*, 44 – 52.

Vess, J., Ward, T., & Collie, R. (2008). Case formulation with sex offenders: An illustration of individualized risk assessment. *Journal of Behavior Analysis of Offender and Victim – Treatment and Prevention*, 1, 284 – 293.

Skelton, A., & Vess, J. (2008). Risk of sexual recidivism as a function of age and actuarial risk. *Journal of Sexual Aggression*, 14, 199 – 209.

Vess, J. (2008). Risk formulation with sex offenders: Integrating functional analysis and actuarial measures. *Journal of Behavior Analysis of Offender and Victim – Treatment and Prevention*, *1*(4), 29 – 41.

Vess, J. (2009). Extended supervision or civil commitment for managing the risk of sexual offenders: Public safety and individual rights.  *Sexual Abuse in Australia and New Zealand: An Interdisciplinary Journal*, 1, 70 – 78.

Vess, J. (2009). Risk assessment of sexual offenders for Extended Supervision Orders in New Zealand: Basic principles and current practice.  *Journal of Child Sexual Abuse*, *18*, 174 – 189.

Ward, T., Gannon, T., & Vess, J. (2009). Human rights, ethical principles and standards in forensic psychology.  *International Journal of Offender Therapy and Comparative Criminology*, 53, 126 – 144.

Vess, J., & Eccleston, L. (2009). Extended supervision of sexual offenders in Australia and New Zealand: Differences in implementation across jurisdictions. *Psychiatry, Psychology and Law*, *16*, 271 – 287.

Vess, J. (2009). Fear and loathing in public policy: Ethical issues in laws for sex offenders. *Aggression and Violent Behavior*, *14*, 264 – 272.

Jones, J., & Vess, J. (2010). Implicit theories and personality patterns in child-victim sex offenders. *Sexual Abuse in Australia and New Zealand: An Interdisciplinary Journal*, *2*, 59 – 66.

Murdoch, S., Vess, J., & Ward, T. (2010). Descriptive model of the offence process of women violent offenders: Distal background variables. *Psychiatry, Psychology and Law*, *17*, 368 – 384.

Vess, J., & Skelton, A. (2010). Sexual and violent recidivism by offender type and actuarial risk: Reoffending rates for rapists, child molesters and non-contact offenders. *Psychology, Crime and Law*, *16*, 541 – 554.

Wollert, R., Cramer, E., Waggoner, J., Skelton, A., & Vess, J. (2010). Recent research (N = 9,305) underscores the importance of using age-stratified actuarial tables in sex offender risk assessments. *Sexual Abuse: A Journal of Research and Treatment*, *22*, 471 – 490.

Vess, J. (2011).  Risk assessment with female sex offenders: Can women meet the criteria of community protection laws? *Journal of Sexual Aggression*, *17*, 77 – 91.
Day, A., Casey, S., Vess, J., & Huisy, G. (2011). Assessing the social climate of Australian prisons. *Trends and Issues in Crime and Criminal Justice*, *427*, 1 – 6.

Vess, J. (2011). Ethical Practice in Sex Offender Assessment: Consideration of Actuarial and Polygraph Methods.  *Sexual Abuse: A Journal of Research and Therapy*, *23*, 381 – 396.

Vess, J., Langskaill, B., Day, A., Powell, M., & Graffam, J. (2011). A comparative analysis of Australian Sex Offender Legislation for Sex Offender Registries.  *Australian and New Zealand Journal of Criminology*, *44*, 404 – 424.

Day, A., Casey, S., Vess, J., & Huisy, G. (2012). Assessing the therapeutic climate of prisons. *Criminal Justice and Behavior*, *39*, 156 – 168.

Murdoch, S., Vess, J., & Ward, T. (2012). A descriptive model of female violent offenders: Phases of the offence process.  *Psychiatry, Psychology and Law*, *19*(3), 412 – 426.

Vess, J., Day, A., Powell, M., & Graffam, J. (2013). International Sex Offender Registration Laws: Research and Evaluation Issues. *Police Practice and Research*, *14*(3), 205 – 218.

Powell, M., Day, A., Benson, M., Vess, J., & Graffam, J. (2014). Australian police officers' perceptions of Sex Offender Registries. *Policing & Society*, *24*(1), 120 – 133.

Edwards, J., Vess, J., Reger, R., & Cernich, A. (2014). The use of virtual reality in the military's assessment of Service Members with traumatic brain injury: Recent developments and emerging opportunities. *Applied Neuropsychology: Adult*, *21*, 220 – 230.

James D. Vess, Jr.                                                                 Page 8

Powell, M., Day, A., Benson, M., Vess, J., & Graffam, J. (2014).  Police officers' perceptions of interviewing offenders on Sex Offender Registries. *International Journal of Police Science and Management*, *16*(4), 255 – 266.

Day, A., Darwinkel, E, & Vess, J. (2016). The characteristics of registered sex offenders in an Australian jurisdiction.  *Journal of Investigative Psychology and Offender Profiling*, 2, 1 – 13.

Day, A., Ross, S., Casey, S., Vess, J., Johns, D., & Hobbs, G.  (In press). The intensity and timing of sex offender treatment. *Sexual Abuse: A Journal of Research and Treatment.*

BOOKS

Day, A., Casey, S., Ward, T., Howells, K., & Vess, J. (2010). *Transitions to better lives: Offender readiness and rehabilitation*.  Devon, UK:  Willan Press.

Casey, S., Day, A., Vess, J., &Ward, T. (2012).  *Foundations of offender rehabilitation*.  Abingdon, UK: Routledge Books.

BOOK CHAPTERS

Vess, J. (2006).  Preparing practitioners for assessing and managing risk. In L. Bakker, & K. McMaster (Eds.), *Will they do it again: Assessing and managing risk* (pp. 162 – 177). Lyttelton, New Zealand: Hall McMaster & Associates.

Riley, D., Skelton, A, & Vess, J. (2006).  Assessing sex offender risk. In L. Bakker, & K. McMaster (Eds.), *Will they do it again: Assessing and managing risk* (pp. 146 – 161). Lyttelton, New Zealand: Hall McMaster & Associates.

Collie, R.M., Vess, J., & Murdoch, S. (2007).  Violence-related cognition: Current research.  In T.A Gannon, T. Ward, T. Beech, & D. Fisher (Eds.), *Aggressive offenders' cognition: Theory, research, and practice* (pp179 – 198).  Chichester, England: Wiley.

Thakker, J., Vess, J., & Ward, T. (2008). Cultural considerations within risk assessments. In M. C. Calder (Ed), *Contemporary risk assessment in safeguarding children* (pp. 266 – 278).  Dorset, England: Russell House.

Collie, R.M., Ward, T., & Vess, J. (2008). Sex offenders. In K. Fritzon & P. Wilson (Eds.), *Forensic and criminal psychology: An Australasian perspective* (pp. 87 – 99). North Ryde, NSW, Australia: McGraw-Hill.

Vess, J. (2010). Forensic risk assessment: Public protection versus offender rights. In A. Williams & M. Nash (Eds.), *Handbook of public protection* (pp. 87 – 102). Devon, UK: Willan Press.

Vess, J. (2010). Forensic risk assessment of a sexual offender.  In A. Lewis, E. Gould, C. Habib, & R. King (Eds.), *Integrative assessment in clinical psychology* (pp. 191 – 221).  Bowen Hills, Queensland, Australia: Australian Academic Press.

Vess, J. (2011). Human rights issues in sex offender risk assessment.  In D. Boer, L. Craig, R. Eher, M. Miner, & F. Pfafflin (Eds.), *International perspectives on the assessment and treatment of sexual offenders: Theory, practice and research* (609 – 626).  Chichester, UK: Wiley.

Vess, J., & Ward, T. (2011) Sexual offences against children.  In M. McMurran & P. Sturmey (Eds.), *Forensic case formulation* (175 – 194).  Chichester, UK: Wiley.

Day, A., & Vess, J. (2013). Targeting anger in forensic populations. In E. Fernandez, (Ed.), *Treatments for anger in specific populations: Theory, application and outcom*e (158 – 175). Oxford, UK: Oxford University Press.

Vess, J., Ward, T., & Yates, P. (2017). Ethics of risk assessment.  In K.D. Browne, A.R. Beech, & L.A. Craig (Eds.), *Assessments in forensic practice* (370 – 386). Chichester, UK: Wiley.

Day, A., & Vess, J. (2018). The importance of personal safety to therapeutic outcome in the prison setting.  In G. Akerman, A. Needs, and C. Bainbridge (Eds.) *Transforming environments and offender rehabilitation: Understanding and harnessing contextual factors in the rehabilitation of offenders* (132 – 146). Abingdon, UK: Routledge Books.

GOVERNMENT REPORTS
Day, A., Casey, S., Vess,J., & Huisy, G (2011). *The social climate of Australian prisons*.  Report to the Australian Criminological Research Council.  Grant: CRC 02/09-10.

COMMUNITY PUBLICATIONS
Vess, J. (1991). The family's reaction to cancer. *Oncology Quarterly: Newsletter of the Northeast Florida Oncology Nursing Society*, *7 (1)*, 1.

Vess, J. (1992). Cancer is a family affair.  *Jacksonville Medical Journal*, *4(1)*, 6.

Vess, J. (1992). Communicating with children about cancer. *Jacksonville Medical Journal*, *4(2)*, 8.

Vess, J. (1992). Who's that in my mirror? Cancer-induced changes in self-image.  *Jacksonville Medical Journal*, *4(3)*, 5.

Vess, J. (1992). Sex and the cancer patient: A deafening silence.  *Jacksonville Medical Journal*, *4(4)*, 9.

Vess, J. (1993). Cancer – coping by communicating. *Jacksonville Medical Journal*, *5 (1)*, 5

CONFERENCE AND TRAINING PRESENTATIONS
Vess, J., & Saneda, R. (1979, April).  *Needs Assessment:  Views of three vital groups of the mental health service network*.  Paper presented at the 7th Annual Graduate Student Conference in Personality and Social Psychology, Miami University, Oxford, Ohio.

Ronald L. Titus, W., Stasser, G., & Vess, J. (1979, September).  *Views of mental health:  A first step in needs assessment*.  Paper presented at the 87th Annual American Psychological Association Convention, New York.

Vess, J., & Moreland, J.R. (1984, May).  *Communication, role enactment, and psychosocial environment in families facing cancer*.  Paper presented at the American Society of Clinical Oncology (ASCO) Annual Meeting, Toronto, Canada.

Vess, J. & Westercamp, B. (1984, June).  *Psychosocial needs of the cancer patient*.  Workshop presented to the Consortium for Health Education in Appalachia, Ohio, Ohio University, Athens, Ohio.

Vess, J., Moreland, J.R., & Schwebel, A.I. (1985, April).  *Role functioning and psychosocial environment in the families of cancer patients:  A one-year follow-up*.  Paper presented at the Western Psychological Association Annual Convention, San Jose, California.

Vess. J. (1989, February).  *Development and outcome evaluation of a family treatment program*. Paper presented at the California Department of Mental Health Program Development and Evaluation Conference, Ontario, California.

Margalit, B., Schlosburg, M., Streets, M., & Vess, J. (1990, March).  *Family treatment in a forensic psychiatric hospital:  Family therapy in an uncommon setting*.  Panel presentation at the California State Psychological Association Annual Convention, San Francisco California.

Margalit, B., Schlosburg, M., Streets, M., & Vess, J. (1990, March).  *Family therapy in forensics: Inpatient and outpatient*.  Workshop presented at the 15th Annual Conference of the Forensic Mental Health Association of California, Pacific Grove, California.

Vess, J. (1992, February).  *Grief in the Family System*.  Paper presented at the Fifth Annual Psychiatric Update, Ponte Vedra, Florida.

Vess, J. (1992, February).  *Survivors and Sex*.  Workshop presented at the First Annual Cancer Survivors' Conference, Jacksonville, Florida.

Vess, J., & Hughes, M. (1995, November).  *Implementation of Biopsychosocial Rehabilitation and the Clinical Evaluation System at Atascadero State Hospital*.  Presented at the Third Annual Forensic Mental Health Conference, Patton State Hospital, Patton, California.

Vess, J. (1999, March).  *Forensic Treatment Planning and Outcome Evaluation at Atascadero State Hospital*.  Presented at the California Psychological Association Conference, San Diego, California.

vanOmmeren, A. & Vess, J. (2001, March).  *Sex Offender Commitment Program: The Evaluation Process and a Description of Patient Characteristics*. Workshop presented at the 26th Annual Conference of the Forensic Mental Health Association of California, Pacific Grove, California.

Wiederanders, M., Nelson, C., Siples, C., & Vess, J. (2002, March). *Improving Programs for Forensic Inpatients: The SHOES Project*. Workshop presented at the 27th Annual Conference of the Forensic Mental Health Association of California, Pacific Grove, California.

Vess, J., Renzaglia, G., & Roach, C. (2003, January).  *Inpatient Work with a Forensic Population*. Two-day training workshop presented at Hawaii State Hospital, Oahu, Hawaii.

Vess, J. (2004, March).  *Assessment and Treatment of High Risk Sexual Offenders*.  Presented at the New Zealand Department of Corrections Psychological Service Southern Regional Forum, Christchurch, New Zealand.

Vess, J. & Polaschek, D.  (2004, July).  *California's Indefinite Detention of Sexually Violent Predators Compared to New Zealand's Use of Preventive Detention: Different Paths to a Similar Goal*.  Presented at the 24th Annual Congress of the Australian and New Zealand Association of Psychiatry, Psychology and Law, Port Douglas, Australia.

Vess, J. & Polaschek, D. (2004, August).  *California's Sexually Violent Predator Statute Compared to New Zealand's Preventive Detention Sentence: Improving Psychologists' Role*.  Presented at the 2004 Annual Conference of the New Zealand Psychological Society, Wellington, New Zealand.

Vess, J.  (2005, April). *Expert Witness Testimony in Forensic Cases*.  Presented at the New Zealand Department of Corrections Psychological Service Southern Regional Forum, Wellington, New Zealand.

Wilson, N., Ogloff, J., Vess, J., Lascelles, N., & Simpson, S. (2006, September). *Expert conflict and potential confusion regarding reporting sexual risk prediction: An expert panel discussion*. Presented at the Joint Conference of the Australian and New Zealand Psychological Societies, Auckland, New Zealand.

Vess, J. (2007, November). *Assessment of Axis II in case formulation and treatment planning*. Invited presentation at the 2007 Annual Conference of the New Zealand College of Clinical Psychologists, Nelson, New Zealand.

Vess, J. (2008, October).  *Risk assessment and management of sex offenders*.  Presented at the 28th Annual Congress of the Australian and New Zealand Association of Psychiatry, Psychology and Law, Sydney, Australia.

Vess, J., & Casey, S. (2009, August).  *Risk Assessment, Treatment Readiness, and Risk Management*.  Seminar presented for the Forensic College of the Australian Psychological Association, Adelaide, Australia.

Vess, J., Tomasoni, J., & Daffern, M. (2009, August).  *Working with offenders with personality disorders*.  Seminar presented for the Forensic College of the Australian Psychological Society, Melbourne, Australia.

Vess, J. (2009, August).  *Risk assessment and risk management with sex offenders: Community protection vs. offender rights*. Workshop presented at the Australasian Corrections Education Association – Reintegration Puzzle Conference, Perth, Australia.

Day, A., Vess, J., Casey, S., & Birgden, A. (2010, July).  *Readiness for offender rehabilitation*. Invited symposium presented at the 27th International Congress of Applied Psychology, Melbourne, Australia.

Vess, J, & Day, A. (2010, July).  *Risk assessment and risk management with sex offenders*.  Two-day training workshop presented to UnitingCare West, Perth, Australia.

James D. Vess, Jr.                                                                                          Page 12

Vess, J., & Day, A. (2010, October). *Working with sex offenders*.  Two-day training workshop presented to Singapore Prison Service and the Ministry of Community Development, Youth and Sports, Singapore.

Day, A. & Vess, J. (2011, April). *Working with violent offenders*.  Two-day training workshop presented to Singapore Prison Service and the Ministry of Community Development, Youth and Sports, Singapore.

Vess, J. & Day, A. (2011, April).  *Assessment and case formulation*.  One-day training workshop presented to Singapore Prison Service, Singapore.

Day, A., Casey, S., & Vess, J. (2011, August). *Assessing the social climate of Australian prisons*. Paper presented at the APS Forensic Psychology National Conference, Noosa Australia.

Day, A., Vess, J., Powell, M., & Graffam, J. (2011, September). *Sex offender legislation for sex offender registries in Australia: Implications for management*. 13th International Corrections and Prisons Association conference, Singapore.

Workman, D. & Vess, J. (2013, November). *Using interactive virtual agent technology to support behavior change: The Virtual Lifestyle Coach*. 118th Annual Continuing Education Meeting of AMSUS, the Society of Federal Health Professionals, Seattle, Washington.

Vess, J. (2015, April). *Risk assessment for Mentally Disordered Offenders*. MDO Evaluator Conference, Elk Grove, California.

Vess, J. & Eargle, A. (2016, October). *Mental health case formulation with complex and challenging patients*. National Conference on Correctional Health Care, Las Vegas.

Vess, J. (2018, June). *Risk assessment for sex offenders: Current approaches and practical applications*.  Invited speaker: Custodial Health Conference 2018, Sydney, Australia.

Vess, J. (2018, June). *Protecting the public from sex offenders: understanding risk*.  Invited speaker: Custodial Health Conference 2018, Sydney, Australia.

EDITORIAL ACTIVITY
Member of Editorial Board for Journal of Sexual Aggression (2008 – 2013)
Member of Editorial Board for British Journal of Forensic Practice (2009 – 2013)

MANUSCRIPT REVIEWER:
Sexual Abuse: A Journal of Research and Treatment
Journal of Forensic Psychiatry and Psychology
Psychology, Public Policy and Law
Australian Psychologist
New Zealand Journal of Psychology
Legal and Criminological Psychology
International Journal of Offender Therapy and Comparative Criminology
Journal of Interpersonal Violence
Psychology, Crime and Law

James D. Vess, Jr.                                                    Page 13

Journal of Sexual Aggression

RESEARCH GRANTS & CONSULTANCY PROJECTS
2010. *Assessing the Therapeutic Climate of Prisons*. Criminology Research Council of Australia grant ($45,554). S. Casey, A. Day & J. Vess.

2010 – 2012.  Research and Training Contract for the Singapore Prison Service and the Ministry of Community Development, Youth and Sports, ($495,000). A. Day, S. Casey, J. Vess & T. Ward.

2012 – 2014.  *A model of sex offender registration, monitoring, and risk management*. ($110,000). Australian Research Council grant. A. Day, J. Vess, M. Powell, T. Ward, E. Carson, J. Graffam, & S. Casey

COMMITTEE MEMBERSHIP and ORGANIZATIONAL SERVICE
| | |
|---|---|
| 2015 – 2019 | Executive Leadership Team, Statewide Mental Health Program, California Department of Corrections and Rehabilitation |
| 2015 – 2019 | Headquarters Quality Management Committee, Statewide Mental Health Program, California Department of Corrections and Rehabilitation |
| 2004 – 2009 | Victoria University of Wellington Clinical Training Program Curriculum Development Committee |
| 2004 – 2009 | Victoria University of Wellington Clinical Training Program Student Selection Committee |
| 2004 – 2009 | Victoria University of Wellington representative on New Zealand National Association of Clinical Psychology Training Programs |
| 2004 – 2009 | Internal Examiner for Masters and Doctoral Theses at Victoria University Wellington |
| 2004 – 2006 | Clinical Competency Workgroup for New Zealand Psychology Board |
| 2002 – 2003 | Atascadero State Hospital Specialized Treatment Unit Design Team |
| 2000 – 2003 | California State Hospital Outcome Evaluation System Committee, California Department of Mental Health |
| 1999 – 2003 | Clinical Services Delivery System Committee, California Department of Mental Health, State Hospital Division |
| 1997 – 2003 | Computer-Assisted Treatment Planning Design Team; Atascadero State Hospital |
| 1996 – 2003 | Sexually Violent Predator Treatment Program Design Team at Atascadero State Hospital |

UNIVERSITY COURSES DEVELOPED AND TAUGHT
Introductory psychology
Research methodology
Psychometric and forensic assessment
Development and clinical formulation of personality disorders
Adult clinical assessment
Abnormal psychology
Psychology of criminal conduct