
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email: mbien@rbgg.com
       egalvan@rbgg.com
       vswearingen@rbgg.com
       ctrapani@rbgg.com
       cjackson@rbgg.com

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:   (202) 393-4930
Facsimile:    (202) 393-4931
Email:    ebalaban@aclu.org
          ctakei@aclu.org

AVRAM D. FREY (*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:    (415) 255-8437
Email:    ADecker@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ATTORNEYS' FEES AND EXPENSES FOR PERIOD ENDING MAY 26, 2022**<br><br>Local Rule 7-12<br><br>Judge:  Hon. Beth Labson Freeman |

[4122681.1]

Case No. CV 13 2354 BLF

**THE PARTIES THROUGH THEIR COUNSEL HEREBY STIPULATE AS FOLLOWS:**

On May 14, 2015, the Court approved a Settlement Agreement in this class action. (Docket No. 483-2.) The Settlement Agreement provides for post-judgment monitoring by Plaintiffs' counsel, and provides that "Plaintiffs may petition the Court for an award of no more than $250,000 per year in fees and expenses arising from monitoring work, inspections, negotiations, meet and confer processes, mediation, review of documents, and correspondence with class members …." (*Id.* at ECF 21, lines 24-27.)

Plaintiffs' counsel has provided counsel for the Defendants with documentation of fees and expenses exceeding $250,000. The parties desire to save the time and expense associated with a motion for attorneys' fees and have stipulated to request that the Court issue an order awarding monitoring fees and expenses at the capped amount, $250,000, resolving all claims fees and costs in the above listed categories from May 27, 2021 to May 26, 2022 for Plaintiffs' monitoring work.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the amount of $250,000 is due and payable to Plaintiffs' counsel in the above-captioned action as of 45 days from the date of this Order. Interest on these fees and costs will run from the date of this Order, accruing at the rate provided by 28 U.S.C. § 1961, will start accruing on any amount unpaid on the 45th day after this Order is entered.

DATED: July 25, 2022                Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By:    */s/ Ernest Galvan*
                                           Ernest Galvan

                                    Attorneys for Plaintiffs

DATED: July 25, 2022           COUNTY COUNSEL, COUNTY OF MONTEREY

                               By:   */s/ Susan K. Blitch*
                                     Susan K. Blitch
                                     Assistant County Counsel

                               Attorneys for Defendants
                               COUNTY OF MONTEREY and MONTEREY
                               COUNTY SHERIFF'S OFFICE

DATED: July 25, 2022           BERTLING LAW GROUP

                               By:   */s/ Peter G. Bertling*
                                     Peter G. Bertling

                               Attorneys for Defendant
                               CALIFORNIA FORENSIC MEDICAL GROUP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: __July 26__, 2022

                                     _____
                                     Beth Labson Freeman
                                     United States District Judge

## ECF ATTESTATION

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND EXPENSES FOR PERIOD ENDING MAY 26, 2022** has been received from Senior Deputy County Counsel Susan K. Blitch, and from Peter G. Bertling, in compliance with Civil L.R. 5-1(i)(3).

DATED:  July 25 2022

By: */s/ Ernest Galvan*
Ernest Galvan