LESLIE J. GIRARD, SBN 098986
County Counsel
SUSAN K. BLITCH, SBN 187761
Chief Assistant County Counsel
ELLEN S. LYONS SBN 136011
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: blitchsk@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY
and MONTEREY COUNTY SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 13-cv-02354 BLF<br><br>**JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Beth Labson Freeman<br>Crtrm.: 3, 5th Floor, San Jose |

**JOINT STATUS REPORT**

The parties offer this joint status report to update the Court on recent developments in this case, and respectfully request that the Court adopt the parties' agreements as set forth below.

Since our last update on June 3, 2022, two of the neutral monitors, Dr. James Vess (mental health monitor) and Richard Bryce (safety and security monitor), have completed their monitor reports. Accordingly, pursuant to the Court's Order of June 3, 2022 (Docket 751), and pursuant to Paragraph 50 of the Settlement Agreement, see Dkt. 494 at 26, Plaintiffs agree to release Defendants from neutral monitoring of certain Implementation Plan requirements for

1  which Defendants have been recently found substantially complaint, as identified in Exhibit A,
2  hereto.
3      By this agreement, the parties agree that Defendants do not waive their right to seek
4  termination, and Plaintiffs do not waive their right to enforce the Settlement Agreement and
5  Implementation Plans.
6      IT IS SO STIPULATED.

Respectfully submitted,

DATED:  November 22, 2022    ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Cara Trapani*
     Cara Trapani

Attorneys for Plaintiffs

DATED:  November 22, 2022    LESLIE J. GIRARD
                             COUNTY COUNSEL

By:  */s/ Susan K. Blitch*
     Susan K. Blitch
     Chief Assistant County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

DATED:  November 22, 2022    BERTLING LAW GROUP

By:  */s/ Peter G. Bertling*
     Peter G. Bertling

Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC.

     Pursuant to General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  November 22, 2022    */s/ Susan K. Blitch*
                             Susan K. Blitch
                             Chief Assistant County Counsel

# [~~PROPOSED~~] ORDER

Having reviewed the foregoing stipulation of the parties, and good cause appearing, the Court hereby accepts the parties' stipulation. THE COURT ORDERS THAT:

The Implementation Plan requirements identified in Exhibit A, hereto, are released from neutral monitoring pursuant to Paragraph 50 of the Settlement Agreement. *See* Dkt. 494 at 26.

IT IS SO ORDERED.

DATED: __November 22__, 2022

_____
Honorable Beth Labson Freeman
United States District Judge

[4192065.1]                                            3

*Hernandez, et al. v. County of Monterey, et al.*                                    Case No.  13-cv-02354 BLF
Joint Status Report and [~~Proposed~~] Order

# EXHIBIT A

Since the Court's Order of June 3, 2022, the neutral monitors for safety and security and mental health care have found Defendants in substantial compliance with the below Implementation Plan Requirements. Accordingly, Plaintiffs agree to release Defendants from neutral monitoring of the below Implementation Plan requirements.

**Safety and Security**

| Citation | Implementation Plan Requirement |
|---|---|
| County Implementation Plan, Dkt 528-1 at ECF 19. | "All entry points to the secure perimeter of the facility shall be monitored and controlled continuously by Control staff." |
| County Implementation Plan, Dkt 528-1 at ECF 19. | "The entire perimeter shall be inspected, maintained, monitored and continuously assessed to ensure its physical integrity and prevent unauthorized entry, inmate escape and contraband from entering the facility. This facility shall be maintained as a secure area and no person shall enter any portion of the inner perimeter without specific authorization from the Chief Deputy, Captain of Corrections Bureau or the authorized designee. All visitors shall be required to provide satisfactory identification, such as valid driver's license, valid passport or military identification. Visitors shall be required to sign in on the visitor log and state the reason for the visit. Visitors must wear a visitor's badge at all times and shall be escorted by one or more staff members at all times while they are in the secure areas of the facility. Materials delivered to or transported from the facility's secure perimeter shall be inspected for contraband. Vendors making deliveries into the secure area of the facility will do so under the supervision of custody staff." |
| County Implementation Plan, Dkt 528-1 at ECF 19-20. | "Keys to the secure perimeter shall be easily identifiable and issued only in emergency situations or with the authorization of the Chief Deputy or Captain of Corrections Bureau. Weapons lockers are provided outside all secure perimeter entrances. All weapons must be secured prior to an individual being allowed to enter the facility. The sallyport and the secure garage are to be used for the transfer of inmates. Operation of the sallyport doors will be done in such a manner as to effectively control movement into and out of the secure inner perimeter of this facility. Control staff are responsible for ensuring all perimeter surveillance equipment is in good working order and shall |

[4192066.1]                                          1

*Hernandez, et al. v. County of Monterey, et al.*                                     Case No. 13-cv-02354 BLF
Exhibit A to Joint Status Report and [Proposed] Order

| | |
|---|---|
| | immediately report malfunctions or failures to the one-duty supervisor." |
| County Implementation Plan, Dkt 528-1 at ECF 20. | "Floor officers and other general staff will not carry keys to open control room doors unless exigent circumstances exist. Control room doors will be locked from the inside by control officers only and access granted only to those who have business within the control room. No large gatherings shall occur in the control rooms." |

**Mental Health**

| Citation | Implementation Plan Requirement |
|---|---|
| County Implementation Plan, Dkt 528-1 at ECF 8. | "Safety cells shall be cleaned whenever there is a change in the inmate housed in the cell in addition to the regular cleaning schedule. Sobering cells shall be cleaned on a regular cleaning schedule. Custody staffing will be maintained to allow medical staff to enter the sobering cells to make vital checks." |
| County Implementation Plan, Dkt 528-1 at ECF 13. | "Reduction of 'tie-off points' – County will reduce tie-off points within [in Pods D, G, H, I and J]." |
| County Implementation Plan, Dkt 528-1 at ECF 19. | "Working with the Monterey County Probation Office and the Monterey County Superior Court, the Office of the Sheriff has and will continue to support evidence based programs such as the Work Alternative Program; Involuntary Home Detention; Pretrial Release through Probation; Own Recognizance; educational early release kickouts such as Choices/Liberty Pride; and Penal Code sections 4018.6 and 4024.1 kickouts." |
| CFMG Implementation Plan, Dkt 532 at ECF 19. | "All inmates newly booked into the jail who at the time of booking are prescribed medications in the community, shall be timely continued on those medications, or prescribed comparable appropriate medication, unless a medical provider makes an appropriate clinical determination that medications are not necessary for treatment." |
| CFMG Implementation Plan, Dkt 532 at ECF 19. | "By the end of the nursing shift, the booking RN will consult with the on-call psychiatrist regarding any verified or unverified psychotropic medications. The on-call psychiatrist will give an order to either continue, discontinue or substitute the medication with a clinically equivalent formulary alternate. The on-call psychiatrist will then set the time to see the inmate within 5-7 days. The date |

[4192066.1]                                              2

*Hernandez, et al. v. County of Monterey, et al.*                               Case No. 13-cv-02354 BLF
Exhibit A to Joint Status Report and [Proposed] Order

| | |
|---|---|
| | of the appointment will be reflected on the written records of the order." |
| CFMG Implementation Plan, Dkt 532 at ECF 38. | "Provision of psychotropic medications upon discharge from the jail. The Implementation Plan provides that at 30-day supply of medication be given to inmates upon discharge from the jail." |

[4192066.1]                                      3

*Hernandez, et al. v. County of Monterey, et al.*                              Case No. 13-cv-02354 BLF
Exhibit A to Joint Status Report and [Proposed] Order