# EXHIBIT 1

# MONTEREY COUNTY

**OFFICE OF THE COUNTY COUNSEL**
168 WEST ALISAL STREET, 3ᴿᴰ FLOOR, SALINAS, CALIFORNIA 93901-2439
(831) 755-5045       FAX: (831) 755-5283

**LESLIE J. GIRARD**                                  **SUSAN K. BLITCH**
**COUNTY COUNSEL**                              **Chief Assistant County Counsel**

January 25, 2023

***Via Email Only***
Van Swearingen
Ben Hattem
Rosen Bien Galvan & Grunfeld
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Email: vswearingen@rbgg.com
BHattem@rbgg.com

        Re:     *Jesse Hernandez, et al v. County of Monterey, et al.*
                Meet and Confer Before Motion to Enforce Settlement Agreement and Response
                to Plaintiffs' letter of December 16, 2022

Dear Mr. Swearingen and Mr. Hattem:

        Your letter, of December 16, 2022, ignores the many achievements that Defendants have
accomplished this past year in obtaining substantial compliance.  In fact, on June 3, 2022 and on
November 22, 2022, Defendants were released from 33 implementation plan requirements.  We
have further requested stipulated items pending your review.

        Your letter also ignores that we have brand new monitors in mental health and ADA and
you have failed to give Defendants the opportunity to work with these monitors to achieve
further compliance.  For the ADA portion in particular, we now have our third different scope of
requirements.  While we are pleased to finally get concrete suggestions and recommendations in
the ADA arena, you must give Defendants an opportunity to work toward compliance and to
work with the monitor.

        The parties all agreed to give mentoring by Dr. Barnett, Dr. Vess, and Dr. Winthrop a
chance to work.  Plaintiffs have not given Defendants any appreciable time for that process to
work.

        In addition, the County recently authorized and spent considerable money in hiring more
mental health care providers at the jail.  Again, Plaintiffs have not given Defendants any
reasonable time for this staffing increase to work.

Van Swearingen
Ben Hattem
January 25, 2023
Page **2** of **2**

For the remainder of the letter we will address your specific concerns that relate to the County:

As far as any delay as to finalizing corrective action plans (CAPs), the blame equally (if not more) lies with Plaintiffs' counsel who kept trying to expand the scope of items to be addressed and continuously tried to add items that were not required under the law or implementation plans. Moreover, Plaintiffs' counsel continuously tried to be vague in what needed to be done so Defendants would have no hope of achieving compliance.

I strongly question your statement that Monterey has a disproportionally high in-custody suicide and death rate. In fact, our suicide rate has gone down with only one inmate committing suicide in 2022. Compared to the state prisons where Rosen Bien has been involved for some twenty-three years and whose suicide rates continue to rise, Monterey County has done well especially considering the 20% rise in County-wide suicide rates. Obviously, we always feel that one is too many and continue to work on ways of improving. However, the fact that an inmate died is not in of itself proof of non-compliance.

Finally, I fail to see the purpose of this letter except as a vehicle for Plaintiffs' counsel to achieve more attorneys' fees. There are no concrete steps or suggestions to achieving compliance mentioned in Plaintiffs' counsel's letter.

Conversely, we are excited to work with Dr. Vess and Ms. McDonald as new monitors as they are providing good concrete methods for Defendants to achieve compliance. Similarly, the shadowing the mentors will conduct will allow staff to obtain concrete steps toward achieving compliance. We believe given that we have achieved compliance of 33 items and have asked Plaintiffs' counsel to release us from even further items; combined with having new monitors; and combined with the new shadowing all point to the fact we are making solid progress toward compliance.

Sincerely,

LESLIE J. GIRARD
County Counsel

By:   */s/ Susan K. Blitch*
      SUSAN K. BLITCH
      Chief Assistant County Counsel

SKB:skb
cc:    Dr. Bruce Barnett
       Dr. James Vess
       Richard Bryce
       Terri McDonald
       Dr. Vivian Winthrop
       Peter Bertling