# EXHIBIT 2

## Re: Hernandez: Paragraph 48 Letter re: Non-Compliance with Settlement Agreement and Implementation Plans

Peter Bertling <peter@bertlinglawgroup.com>
Tue 2/14/2023 2:22 PM

To: Van Swearingen <VSwearingen@rbgg.com>;Ben Hattem <BHattem@rbgg.com>
Cc: Susan K. Blitch <blitchsk@co.monterey.ca.us>

Hi Van:

I am available to discuss this matter with you tomorrow.  However, there have been several discussions about these issues since your December 16, 2022 letter.  The County's responses to your letter sets forth much of Wellpath's position as well .  In addition, Wellpath has kept your firm updated on the status of recruitment and staffing at MCJ .  This was actually one of the first issues we discussed with Caroline during her recent jail tour.

What time are you and Ben available tomorrow?  What specifically do you believe we need to discuss?

Regards,

 



21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
805-879-7558 – Office
www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.