# EXHIBIT 4

# The Californian

NEWS

# UPDATE: Two confirmed cases of COVID-19 in Monterey County

**Sheyanne N Romero** and **Ayrton Ostly**  Salinas Californian
Published 3:08 p.m. PT March 17, 2020 | Updated 4:33 p.m. PT March 17, 2020

*This content is being provided free as a public service to our readers during the coronavirus outbreak. Please support local journalism by subscribing to The Salinas Californian here.*

Monterey County health officials announced they will join surrounding counties and order residents to "shelter in place."

During a press conference on Tuesday, county officials also announced there are two confirmed cases of the new coronavirus in Monterey County.

Details on the patients or how the virus was contracted wasn't released. These are the first laboratory-confirmed cases among residents of Monterey County.

The patients are recovering at home, health officials said.

Public health investigations are still underway, but health department officials believe the infections were "likely acquired during international travel."

"Our public health and health care systems have been planning and preparing since early January. We anticipated that we would see cases of COVID-19 in our county," said Dr. Edward Moreno, Monterey County Health Officer and Director of Public Health. "Now, we must continue to practice behaviors that will reduce the spread of all respiratory illnesses including COVID-19."

Effective midnight Wednesday, Monterey County residents are required to stay home except for "essential needs" to reduce the spread of the new coronavirus.

The order is in effect until Midnight, April 8. It may be extended depending on recommendations from public health officials.

**More:** Grand Princess COVID-19 quarantine at Asilomar in Pacific Grove grows

**More:** Monterey County declares local emergency related to COVID-19, local events canceled

## Why is the county doing this?

To reduce harm from the spread of the coronavirus in the community, health officials said.

After corresponding with health officers from multiple neighboring counties, Moreno said in a press conference Tuesday, issuing this sooner than later became important.

"Given that they are anticipating worsening of cases, we talked about what would be a good time for Monterey County to issue similar orders," Moreno said. "The consensus as a region was that all of our counties in this region, given that we have a lot of commuting of people who live and work in different counties, (Monterey County) could be in the same place that Santa Clara is now."

Moreno confirmed the two COVID-19 cases in Monterey County but did not provide further information.

Shelter in place orders is a necessary step to prevent a worsening situation, health officials added.

"This is going to severely impact a lot of people in the county and we understand that," Monterey County Administrative Officer Charles McKee said Tuesday. "The health officer does not take this action lightly... there are those in the community that are living paycheck to paycheck. We as a community should be trying to come together to help all the less fortunate.

If you know someone in need, try to help them out. This is the time to stick together."

By participating and cooperating with this order, Moreno said, the county can avoid a situation where hospitals and care centers are inundated with patients requiring care

beyond what they can handle.

## What can you do? What's open?

Vulnerable populations including the elderly and residents with underlying health conditions must stay home.

All community members should stay home except to perform "essential duties for business continuity or government functions, to get food, care for a relative or friend, get necessary health care, or perform activities related to maintaining a healthy lifestyle during this time."

Health officials say it's "OK" to go outside for walks if residents aren't in a group and practice proper social distancing.

These essential services will remain open:

- City/County government services: Police/Sheriff stations, fire stations, hospitals/clinics and healthcare operations, jails, garbage/sanitation, transportation, utilities (water, power and gas) and most offices
- Gas stations
- Pharmacies
- Food: Grocery stores, farmers markets, food banks, convenience stores, take-out and delivery restaurants
- Hardware stores/plumbers/ electricians and those who provide services necessary to maintaining the safety, sanitation, and essential operation of residences
- Banks
- Community benefit organizations on a case-by-case basis
- Laundromats/laundry services
- Cemeteries

## What's closed

- Dine-in restaurants
- Bars and nightclubs
- Entertainment venues

Gyms and fitness studios

## What can't you do?

You cannot engage in group activities in person with others.

You cannot have dinner parties. You cannot invite friends over to your home to hang out.

You cannot go to bars or nightclubs.

You cannot go to a nail salon or get your hair cut by a stylist or barber.

You cannot go shopping for non-essential goods.

You cannot take unnecessary trips on public transport or in your car or motorbike.

## Is this mandatory or is it just guidance?

The order is mandatory.

This is a legal order issued under the authority of California law. Residents are required to comply, and it is a misdemeanor crime not to follow the order.

But people are allowed to leave their home to do daily activities such as walking their dogs, jogging or hiking, Moreno confirmed.

"It is critical for everyone to follow the order to prevent the spread of COVID-19 and protect themselves, their loved ones, friends, neighbors and the whole community," health officials stated in a press release Tuesday. "All persons, businesses, and other entities are required to comply if they do not fall within the exemptions that are specified in the Order."

For any questions regarding COVID-19, the health officer's order, or medical and non-medical questions, county residents can call 2-1-1 for more information.

**More:** PHOTOS: Salinas Valley Memorial prepares for COVID-19

**More:** Here's how Monterey County hospitals are preparing for COVID-19