# EXHIBIT 5

NEWS > CRIME AND PUBLIC SAFETY

# Coronavirus: Sheriff reports 180 Monterey County Jail inmates tested positive



A screenshot of Monterey County Sheriff Steve Bernal. (Tom Wright – Monterey Herald)

By TOM WRIGHT | twright@montereyherald.com | Monterey Herald
PUBLISHED: July 21, 2020 at 2:54 p.m. | UPDATED: July 22, 2020 at 5:25 p.m.

SALINAS — Sheriff Steve Bernal said Tuesday 180 inmates and nine staffers at Monterey County Jail have tested positive for COVID-19.

In a briefing during the Monterey County Board of Supervisors meeting, Bernal said 420 inmates out of about 700 have been tested.

"They're confined to four housing units," he said. "That's 43% of those tested have come back positive."

Among jail employees and contractors, 189 people have been tested. Bernal said he believes two of the nine jail staffers who tested positive have since returned to work.

"We've had a total of four inmates that have required advanced care and have gone to the hospital," Bernal said. "One has since returned, one has been released and two still remain at the hospital."

The jail received approval from the state fire marshal to occupy part of the jail expansion, Bernal said.

"The portion has been completed and we have support from the (California Board of State and Community Correction) also to house inmates and use that as a clean quarantine area for inmates," he said.

According to the sheriff, the jail's medical staff continues to monitor the inmates with COVID-19 and testing is taking place daily.

"We've been working with the Monterey County Health Department, they have been involved with our testing and our protocols from the very beginning and usually we get our tests back within 24 hours," Bernal said. "So they've been doing a great job in getting our tests back quickly."

Supervisor Jane Parker asked Bernal what the process is for booking an inmate into the jail during the pandemic. Bernal replied everyone gets their temperature checked when they are booked into the jail, adding the new expansion has provided room to quarantine inmates safely.

"They're seen by medical staff," he said. "Even before the COVID pandemic, everybody is seen and screened by medical staff. They're quarantined for 14 days before they are placed in general population."

Bernal said the jail supplies masks and hand sanitizer to inmates.

"We keep the housing area sanitized as best we can," he said.

Bernal said he's exercised an emergency release order and released the inmates that he can.

Cesar Lara, MILPA collective's director of policy and programs, spoke during public comment about outbreaks in correctional facilities and presented the board with a [list of demands](#) to find ways for the youth center, juvenile hall and jail to reduce their numbers due to COVID-19.

"We'd also like to point out that nationally of the top 10 hotspots around the country, nine of them are in prisons or jails and four of them are in California," Lara said.

The demands include releasing all youth from the correctional facilities, releasing people who are pregnant or over 50, providing free and unlimited phone calls for those who remain incarcerated and the Sheriff's Office being more transparent with data about COVID-19.

Bernal said a total of 76 inmates from the jail are awaiting transfer to state prisons.

According to the California Department of Corrections and Rehabilitation, there are no cases among the incarcerated population at Salinas Valley State Prison or the Correctional Training Facility in Soledad.

"There have been two positive staff cases at CTF with both having returned to work," said Dana Simas, a California Department of Corrections and Rehabilitation spokesperson, in an email. "There have been 12 positive staff cases at SVSP with one having returned to work."

In all, the state prison system has recorded 7,002 cases of COVID-19 among inmates including 1,141 cases in the past 14 days. A total of 40 state prison inmates have died from COVID-19. Three state prison staffers have died from COVID-19 and 1,451 cases have been reported, with 854 active staff cases currently.

Tags:   [Coronavirus](#),   [Newsletter](#)