# EXHIBIT 6

Proposed 2023 Schedule for MCJ Audits by Bruce Barnett, MD
- Enhanced Monitoring

**January 16 – 20, 2023:** **Remote review of medical records, interview medical leadership.** Conduct peer review in collaboration with MCJ medical leadership. Document and report observations to medical leadership. Assist medical team in developing a corrective action plan. Discuss expectations for improved compliance with Implementation Plan. I anticipate MCJ medical leadership to enact a corrective action plan that addressed the findings I present in the following pages.

**March 6 – 10, 2023:** **Monitor/Mentor:** Site visit to review effect of CAP, and compliance with Implementation Plan. I will shadow providers of care at intake, sick calls, safety cells and infirmary. Areas of particular interest include accuracy of medical records, adequacy of pharmacy services, proper treatment of patients with latent TB, screening procedures to detect infections among inmates (Covid, HIV, HCV, STD). I anticipate conducting peer review in collaboration with medical leadership and expect to assist medical team in developing a corrective action plan to address areas of concern.

**April 19-20, 2023:** **Site Visit and Audit Report # 14:** April 19 - 21, 2023. This visit will assess enactment of the corrective action plans developed in early 2023, and report on compliance with the Implementation Plan.

**June 19 - 23, 2023:** **Monitor/Mentor**: Site visit to shadow providers of care at intake, clinic settings, safety cells and infirmary. Coordinate instruction of staff by power point presentations. Review pharmacy services. Review treatment of patients with latent TB. Review screening procedures to detect infections among inmates at booking and staying more than one week: (Covid, HIV, HCV, STD). Conduct peer review in collaboration with medical leadership. Document and report observations to medical leadership. Assist medical team in developing a corrective action plan. Discuss expectations for improved compliance with Implementation Plan.

**October 17 – 18:** **Site Visit and Audit Report # 15;** Site visit, audit of medical care and enhanced monitoring pursuant to June 3, 2022 court order. This visit will assess enactment of the corrective action plans and report on compliance with the Implementation Plan.

**December 2023, dates to be determined:** **Monitor/Mentor** This visit may not be deemed necessary depending upon assessments during 2023.