Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants | Case No.: 5:13-cv-02354-BLF<br><br>**DECLARATION OF ANN MARIE NATALI, DBe, MA, MBA, IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]**<br><br>**Hearing Date: August 24, 2023**<br>**Hearing Time: 9:00 a.m.**<br>**Ctrm: 3**<br><br>Judge: Hon. Beth Labson Freeman<br>Ctrm: 3 |

I, Ann Marie Natali, DBe, MA, MBA, declare:

1. I am one of Wellpath's Regional Director of Operations for Central and Southern California. I was assigned to Monterey County Jail ("MCJ") on Nov 11, 2022, and assumed responsibility for the Implementation Plan ("IP") after Amelia Richardson, R.N., BSN, went on temporary maternity leave on February 28, 2023. In addition, Jamie

Silveira, R.N., previous implementation specialist for Fresno County Jail, joined the Wellpath MCJ team as additional per diem support for the IP on March 15, 2023.  I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I would testify under penalty of perjury to the following:

2. I was assigned to MCJ to stabilize operations, provide leadership support to the teams, and strengthen partnership relationships.  I have been tasked to evaluate existing processes, performance, and resources to determine an operational plan.  My primary objective is to align Wellpath's diverse resources with current MCJ site requirements to provide the highest quality care to patients and achieved substantial, sustained compliance with the IP.  I am empowered with access to a multi-level leadership team and direct access to department heads so I can accomplish my goals as quickly as possible.

3. I have over four decades of experience in many diverse areas of health care operations, and hold a Doctorate in Bioethics and a Master's in Business Administration.  As an experienced health care administrator and executive leader for multiple health care systems, I have ushered multi-disciplinary clinical teams through many of the most complex dilemmas in health care.  I have worked on the front lines of health care as a clinical bioethicist doing specialty consults for complex cases as well as worked on system-wide initiatives to improve the quality of care to patients.

4. I am a salaried employee and regularly work in excess of my full-time hours since assuming responsibility for MCJ.  I work these extended hours because I am dedicated to helping Wellpath achieve substantial compliance with the IP, and providing our patients with quality medical, mental health, and dental services in a timely fashion.

5. I work closely with Linda Corfman, R.N. at MCJ in her role as Director of Nursing ("DON") at MCJ.  I also work with Paulette Torres as the Health Services Administrator ("HSA") at MCJ.

6. I frequently consult and strategize with other local and corporate level Wellpath employees including, but not limited to:

5:13-cv-02354-BLF

- 2 -
**DECLARATION OF ANN MARIE NATALI, DBe, MA, MBA, IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]**

- Heather Barry, MBA, R.N.: Regional Vice President of Operations
- Tausha Mitchell, B.S., MBA: Vice President of Partner Risk Strategies
- Tinisha Branch, R.N., B.S.N.: Director of Partner Risk Strategies
- Gina Olson, MSN, R.N., CCHP: Regional Director of Nursing
- Dheeraj Taranath, D.O, MBA, MS: Vice President Medical Director
- Nicole Taylor, PhD, CCHP-MH: Vice President Mental Health
- Carin Kottraba, PhD, CCHP: Vice President Mental Health Innovations
- Josephine Shaar, PhD: Regional Director of Mental Health
- Donald Taylor, D.D.S.: Chief Dental Officer

7. All of us are working together as a cohesive team, and we are focused on achieving sustained, substantial compliance with the MCJ IP. Our collaborative efforts include working with the Court appointed monitors Dr. Bruce Barnett, Dr. James Vess, and Dr. Viviane Winthrop to develop corrective action plans ("CAPS"). These CAPS are designed and implemented to remedy the deficiencies that have prevented Wellpath from achieving substantial compliance with the MCJ IP.

8. In order to achieve substantial compliance with the MCJ IP, the County has approved and funded the hiring of four new mental health providers. Wellpath has already filled three of these positions. In order to address IP deficiencies with dental services, the current dental staffing consists of 24 hours of Dentist and 40 hours of Dental Assistant. Recently, Wellpath committed to the temporary addition of an additional 24 hours of Dentist and 24 hours of Dental Assistant to address the dental backlog due to replacement of the previous dentist. The current dental team at MCJ consists of two dentists: Dr. Gabriel Choi and Dr. David Shampain. Dr. Choi works 8 hours shifts on Monday – Wednesday. Dr. Shampain works 8 hour shifts on Thursday – Saturday. The dental team also consists of two dental assistants: Claudia Arroyo and Ana Tapia. Ms. Arroyo works 8 hour shifts on Monday – Thursday. Ms. Tapia works 8 hour shifts on Thursday – Saturday. Dr. Shampain and Ms. Tapia have been hired as per diem providers to help eliminate the dental backlog at MCJ.

5:13-cv-02354-BLF

- 3 -

**DECLARATION OF ANN MARIE NATALI, DBe, MA, MBA, IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]**

9. I help facilitate the mentoring and monitoring visits of Drs. Barnett, Vess, and Winthrop. I also attend the exit meetings they conduct following their onsite visits. Dr. Barnett recently visited MCJ and trained staff regarding how they could achieve compliance with the IP. His next onsite audit of MCJ is scheduled for June 7 – 8, 2023.

10. Dr. Vess recently conducted an audit of the mental health services at MCJ. It was attended by me, Dr. Kottraba, Ms. Torres, Ms. Corfman, Dr. Shaar, and Dr. Cassandra Newkirk, Wellpath's Chief Psychiatric Officer who flew in from Florida to attend the audit. In addition, Dr. Nicole Taylor attended several sessions of Dr. Vess' audit remotely. Wellpath is waiting for a draft of Dr. Vess' report and recommendations. In the meantime, Wellpath has already developed mental health CAPS to implement the recommendations Dr. Vess previously identified, and those identified during his May 8 – 11 audit.

11. Between April 10 – 14, 2023, Dr. Winthrop conducted enhanced monitoring and mentoring at MCJ. She was assisted by Paige York, a registered dental assistant. Ms. York mentored Ms. Arroyo and Ms. Torres regarding actions they needed to take in order to achieve substantial compliance with the IP. Dr. Winthrop is currently scheduled to conduct her 10th dental audit and enhanced mentoring at MCJ between June 26 – 29, 2023. This will be the first time Dr. Winthrop conducts a formal audit of the current dental team at MCJ.

12. In order to address any patient grievances in a timely manner, I have assigned Brandy Lafferty, R.N. to review, research, resolve, and respond to all patient grievances.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on May 30, 2023, at Monterey, California.

_____
Ann Marie Natali, DBe, MA, MBA
Declarant