Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants | Case No.: 5:13-cv-02354-BLF<br><br>**DECLARATION OF LINDA CORFMAN, R.N. IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]**<br><br>**Hearing Date: August 24, 2023**<br>**Hearing Time: 9:00 a.m.**<br>**Ctrm: 3**<br><br>Judge: Hon. Beth Labson Freeman<br>Ctrm: 3 |

I, Linda Corfman, R.N., declare:

1. I am Wellpath's Director of Nursing ("DON") at the Monterey County Jail ("MCJ") and have personal knowledge of the facts stated in this Declaration. If called as a witness, I would testify under penalty of perjury to the following.

///

5:13-cv-02354-BLF

- 1 -
DECLARATION OF LINDA CORFMAN, R.N. IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]

2. I have been a licensed California Registered Nurse ("R.N.") for 40 years. I have spent 20 years working for CFMG/Wellpath as either a clinical staff R.N., Health Services Administrator ("HSA") or DON. I am a salaried employee and regularly work in excess of my full-time hours since assuming responsibility as the MCJ DON on March 13, 2023. I work these extended hours because I am dedicated to helping Wellpath achieve substantial compliance with the Implementation Plan ("IP"), and providing our patients with quality medical, mental health, and dental services in a timely fashion.

3. I work closely with Ann Marie Natali, DBe, MA, MBA. She is Wellpath's implementation specialist at MCJ. I also work with Paulette Torres, Wellpath's HSA at MCJ. We work together as a cohesive team, and are focused on achieving sustained, substantial compliance with the IP.

4. As Wellpath's DON, my responsibilities include interviewing potential nursing candidates to determine whether they are qualified to work in a correctional health care environment. I also work with Ms. Torres and Dr. Natali to hire qualified clinical nursing staff at MCJ.

5. One of my responsibilities as DON is to train and mentor nursing staff regarding how they can achieve substantial compliance with the IP, and properly implement Wellpath's Policies and Procedures into their daily clinical practices. I have been working with Dr. Natali, Ms. Torres, Dr. Barnett, and other Wellpath staff to develop and implement corrective action plans ("CAPS") that are designed to remedy nursing deficiencies with the IP. My goal as DON is to train, mentor, and counsel nurses regarding what is necessary to achieve sustained, substantial compliance with the IP provisions related to nursing services. I take this responsibility seriously and am devoted to achieving this compliance.

///
///
///

1  I declare under penalty of perjury under the laws of the United States of America
2  and the State of California that the foregoing is true and correct. Executed on May 30,
3  2023, at Monterey, California.

*Linda Corfman*
_____
Linda Corfman, R.N.
Declarant