Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants | Case No.: 5:13-cv-02354-BLF<br><br>**DECLARATION OF PAULETTE TORRES IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]**<br><br>**Hearing Date: August 24, 2023**<br>**Hearing Time: 9:00 a.m.**<br>**Ctrm: 3**<br><br>Judge: Hon. Beth Labson Freeman<br>Ctrm: 3 |

I, Paulette Torres, declare:

1. I am the Wellpath Health Services Administrator ("HSA") at the Monterey County Jail ("MCJ") and have personal knowledge of the facts stated in this Declaration. If called as a witness, I would testify under penalty of perjury to the following.

///

2. Prior to my employment with Wellpath, I was the Administrative Manager at 360 Behavioral Health between February 2015 and June 2022. I created and enforced detailed organization processes to increase quality service standards; promoted interdepartmental communication to improve the deployment of initiatives and projects; and developed, deployed, and monitored new procedures for 24 branches to improve the quality of reporting.

3. Since June 2012, I have served as a Sergeant in the Army National Guard where I develop and led trainings for soldier readiness; mentor soldiers to help them set and achieve their goals; review disciplinary and other adverse actions to make recommendations regarding corrective action; and been assigned as the Range Safety Officer to ensure all personnel comply with safety regulations and procedures prescribed for the conduct of live-fire exercises.

4. I am a salaried employee and regularly work in excess of my full-time hours since I started working as an HSA at MCJ on February 7, 2023. I work these extended hours because I am dedicated to helping Wellpath achieve substantial compliance with the Implementation Plan ("IP"), and providing our patients with quality medical, mental health, and dental services in a timely fashion.

5. I work closely with Ann Marie Natali, DBe, MA, MBA. She is Wellpath's implementation specialist at MCJ. I also work with Linda Corfman, R.N., Wellpath's Director of Nursing ("DON") at MCJ. We work together as a cohesive team and are focused on achieving sustained, substantial compliance with the IP.

6. One of my responsibilities as the MCJ HSA is to focus on achieving sustained, substantial compliance with the IP requirements related to dental services. In order to achieve this goal, I work closely with Dr. Donald Taylor, Wellpath's Chief Dental Officer, and Dr. Viviane Winthrop, the Court appointed dental monitor. I frequently consult with Dr. Taylor, and we serve together on MCJ's dental subcommittee. Dr. Taylor and I are working with Dr. Winthrop to monitor the effectiveness of the dental

5:13-cv-02354-BLF

- 2 -

**DECLARATION OF PAULETTE TORRES IN SUPPORT OF WELLPATH'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788]**

CAP and follow her recommendations regarding what needs to be done in order to achieve sustained, substantial compliance with the IP.

7.  Between April 10-14, 2023, Dr. Winthrop visited MCJ and conducted enhanced monitoring and mentoring of the MCJ dental program. She was assisted by Paige York, a registered dental assistant. I spent the entire week with Dr. Winthrop and Ms. York, even though I do not personally provide any dental services at MCJ. I attended these mentoring sessions because of my responsibility to achieve substantial compliance with the IP requirements regarding dental services. The experience helped me better understand what Dr. Winthrop expects must be done for MCJ to achieve sustained, substantial compliance with the IP. The experience was collaborative, productive, and beneficial.

8.  Dr. Winthrop is currently scheduled to conduct her 10th dental audit and mentoring at MCJ between June 26-29, 2023. This will be the first time Dr. Winthrop conducts a formal audit of the current dental team at MCJ.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on May 30, 2023, at Monterey, California.

_____
Paulette Torres
Declarant