MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         mbien@rbgg.com
                   egalvan@rbgg.com
                   vswearingen@rbgg.com
                   ctrapani@rbgg.com
                   cjackson@rbgg.com
                   bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (202) 393-4930
Facsimile:    (202) 393-4931
Email:         ckendrick@aclu.org
                   kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:    (415) 255-8437
Email:         afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge:  Beth Labson Freeman |

[4297933.1]

1       **M.M.** was incarcerated at the Monterey County Jail and died on May 22, 2023.

2 Pursuant to the Court's November 1, 2017 Order, Dkt. 619, the parties hereby jointly file

3 this stipulation requesting that the Court order the County of Monterey to produce to

4 Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County of Monterey all on-

5 site and electronic records held by NMC relating to medical and mental health services

6 provided to **M.M.**  The records are to be produced within three days of this stipulated

7 order.  The parties agree that this individual was a class member in this action, and that the

8 individual's records are appropriately to be produced, subject to the Protective Order

9 entered in this case, Dkt. 401.

10

11 DATED:  May 31, 2023            Respectfully submitted,

12                                      ROSEN BIEN GALVAN & GRUNFELD LLP

13

14                                      By:  */s/ Cara E. Trapani*

15                                        Cara E. Trapani

16                                      Attorneys for Plaintiffs

17

18 DATED:  May 31, 2023            Respectfully submitted,

19                                      COUNTY COUNSEL, COUNTY OF MONTEREY

20

21                                      By:  */s/ Susan K. Blitch*

22                                      Susan K. Blitch

                                     Deputy County Counsel

23

24                                      Attorneys for Defendants
                                     COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

25

26

27

28

1    Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on

2    file approvals for any signatures indicated by a "conformed" signature (*/s/*) within this e-

3    filed document.

4    DATED:  May 31, 2023            Respectfully submitted,

5                                              ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                                              By:  */s/ Cara E. Trapani*

8                                                    Cara E. Trapani

9                                              Attorneys for Plaintiffs

10

11                                 **[PROPOSED] ORDER**

12    The Court, having reviewed the above Stipulation of the parties, and good cause

13    appearing, hereby ORDERS as follows:

14    The County shall produce all above-identified records for **M.M.** to Plaintiffs'

15    Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of

16    Monterey, within three days of this Order, subject to the Protective Order entered in this

17    action.

18    **IT IS SO ORDERED**.

19

20    DATED:  ____May 31____, 2023    _____

21                                              Beth Labson Freeman

22                                              United States District Judge

23

24

25

26

27

28