# PROOF OF SERVICE

**JESSE HERNANDEZ et al. v. COUNTY OF MONTEREY et al.**
**CV 13 2354 BLF**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On June 9, 2023, I served true copies of the following document(s) described as:

**PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788] [UNDER SEAL]**

**REPLY DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND WELLPATH IMPLEMENTATION PLAN [ECF NO. 788] AND EXHIBITS 1-4 [UNDER SEAL]**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the documents to be sent in a password protected file accessible in a sharefile link from email address CTrapani@rbgg.com to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2023, at Walnut Creek, California.

*/s/ Cara E. Trapani*
Cara E. Trapani

[4308111.1]

**SERVICE LIST**
**JESSE HERNANDEZ et al. v. COUNTY OF MONTEREY; MONTEREY**
**CV 13 2354 BLF**

Peter Bertling
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
peter@bertlinglawgroup.com
Attorneys for Defendant Wellpath, Inc.
(formerly California Forensic Medical Group, or "CFMG")

Stefan Cange
Vice President, Senior Associate General Counsel
3340 Perimeter Hill Drive
Nashville, TN 37211
StCange@Wellpath.us
Attorneys for Defendant Wellpath, Inc.
(formerly California Forensic Medical Group, or "CFMG")

Susan K. Blitch, Chief Assistant County Counsel
Ellen Lyons, Deputy County Counsel
County of Monterey
168 West Alisal Street
Salinas, CA 93901
BlitchSK@co.monterey.ca.us
Lyonse@co.monterey.ca.us
Attorneys for Defendant County of Monterey

[4308111.1]