1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  VAN SWEARINGEN – 259809
   CARA E. TRAPANI – 313411
3  CAROLINE E. JACKSON – 329980
   BEN HATTEM – 335232
4  ROSEN BIEN
   GALVAN & GRUNFELD LLP
5  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
6  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
7  Email:      mbien@rbgg.com
               egalvan@rbgg.com
8              vswearingen@rbgg.com
               ctrapani@rbgg.com
9              cjackson@rbgg.com
               bhattem@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:      afrey@aclunc.org

11 CORENE KENDRICK – 226642
   KYLE VIRGIEN – 278747
12 NATIONAL PRISON PROJECT of the
   AMERICAN CIVIL LIBERTIES UNION
   39 Drumm Street
13 San Francisco, California 94111-4805
   Telephone:  (202) 393-4930
14 Facsimile:  (202) 393-4931
   Email:      ckendrick@aclu.org
15             kvirgien@aclu.org

16 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge:  Beth Labson Freeman |

[4310571.1]

1  **J.G.** was incarcerated at the Monterey County Jail and died on June 9, 2023.
2  Pursuant to the Court's November 1, 2017 Order, Dkt. 619, the parties hereby jointly file
3  this stipulation requesting that the Court order the County of Monterey to produce to
4  Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County of Monterey all on-
5  site and electronic records held by NMC relating to medical and mental health services
6  provided to **J.G.** The records are to be produced within three days of this stipulated order.
7  The parties agree that this individual was a class member in this action, and that the
8  individual's records are appropriately to be produced, subject to the Protective Order
9  entered in this case, Dkt. 401.

DATED:  June 20, 2023         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Ben Hattem*
       Ben Hattem

Attorneys for Plaintiffs

DATED:  June 20, 2023         Respectfully submitted,

COUNTY COUNSEL, COUNTY OF MONTEREY

By:  */s/ Anne K. Brereton*
       Anne K. Brereton
       Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

DATED: June 20, 2023            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ben Hattem*
     Ben Hattem

Attorneys for Plaintiffs

# [PROPOSED] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **J.G.** to Plaintiffs' Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED**.

DATED: _____, 2023   _____
                                Honorable Beth Labson Freeman
                                United States District Judge

[4310571.1]                                    2                          Case No. CV 13 2354 BLF
STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS