MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              ctrapani@rbgg.com
              cjackson@rbgg.com
              bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge:  Beth Labson Freeman |

[4310571.1]

1   **J.G.** was incarcerated at the Monterey County Jail and died on June 9, 2023.

2   Pursuant to the Court's November 1, 2017 Order, Dkt. 619, the parties hereby jointly file

3   this stipulation requesting that the Court order the County of Monterey to produce to

4   Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County of Monterey all on-

5   site and electronic records held by NMC relating to medical and mental health services

6   provided to **J.G.**  The records are to be produced within three days of this stipulated order.

7   The parties agree that this individual was a class member in this action, and that the

8   individual's records are appropriately to be produced, subject to the Protective Order

9   entered in this case, Dkt. 401.

10

11  DATED:  June 20, 2023                    Respectfully submitted,

12                                           ROSEN BIEN GALVAN & GRUNFELD LLP

13                                           By:  */s/ Ben Hattem*

14                                                Ben Hattem

15                                           Attorneys for Plaintiffs

16

17  DATED:  June 20, 2023                    Respectfully submitted,

18                                           COUNTY COUNSEL, COUNTY OF
                                             MONTEREY
19

20                                           By:  */s/ Anne K. Brereton*
                                                  Anne K. Brereton
21                                                Deputy County Counsel

22                                           Attorneys for Defendants
23                                           COUNTY OF MONTEREY and MONTEREY
                                             COUNTY SHERIFF'S OFFICE
24

25

26

27

28

1    Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on

2  file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-

3  filed document.

4  DATED:  June 20, 2023                     Respectfully submitted,

5                                            ROSEN BIEN GALVAN & GRUNFELD LLP

6                                            By:  /s/ Ben Hattem

7                                                 Ben Hattem

8                                            Attorneys for Plaintiffs

9

10

11                          [PROPOSED] ORDER

12    The Court, having reviewed the above Stipulation of the parties, and good cause

13  appearing, hereby ORDERS as follows:

14    The County shall produce all above-identified records for **J.G.** to Plaintiffs'

15  Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of

16  Monterey, within three days of this Order, subject to the Protective Order entered in this

17  action.

18    **IT IS SO ORDERED**.

19

20  DATED:  __June 21_____, 2023     _____

21                                            Honorable Beth Labson Freeman
                                              United States District Judge

22

23

24

25

26

27

28