1   MICHAEL W. BIEN – 096891          AVRAM D. FREY
    ERNEST GALVAN – 196065            (*admitted pro hac vice*)
2   VAN SWEARINGEN – 259809           AMERICAN CIVIL LIBERTIES UNION
    CARA E. TRAPANI – 313411          FOUNDATION OF NORTHERN
3   CAROLINE E. JACKSON – 329980      CALIFORNIA, INC.
    BEN HATTEM – 335232               39 Drumm Street
4   ROSEN BIEN                        San Francisco, California  94111-4805
    GALVAN & GRUNFELD LLP             Telephone:   (415) 621-2493
5   101 Mission Street, Sixth Floor   Facsimile:   (415) 255-8437
    San Francisco, California  94105-1738   Email:       afrey@aclunc.org
6   Telephone:   (415) 433-6830
    Facsimile:   (415) 433-7104
7   Email:       mbien@rbgg.com
                 egalvan@rbgg.com
8                vswearingen@rbgg.com
                 ctrapani@rbgg.com
9                cjackson@rbgg.com
                 bhattem@rbgg.com
10
    CORENE KENDRICK – 226642
11  KYLE VIRGIEN – 278747
    NATIONAL PRISON PROJECT of the
12  AMERICAN CIVIL LIBERTIES UNION
    39 Drumm Street
13  San Francisco, California  94111-4805
    Telephone:   (202) 393-4930
14  Facsimile:   (202) 393-4931
    Email:       ckendrick@aclu.org
15               kvirgien@aclu.org

16  Attorneys for Plaintiffs

17

18                  UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20  JESSE HERNANDEZ et al., on behalf of      Case No. 5:13-cv-02354-BLF
    themselves and all others similarly situated,
21                                            **STIPULATION AND [PROPOSED]**
                Plaintiffs,                   **ORDER REGARDING**
22                                            **PRODUCTION OF NATIVIDAD**
          v.                                  **MEDICAL CENTER RECORDS**
23
    COUNTY OF MONTEREY; MONTEREY              Judge:  Beth Labson Freeman
24  COUNTY SHERIFF'S OFFICE;
    CALIFORNIA FORENSIC MEDICAL
25  GROUP, INCORPORATED., a California
    corporation; and DOES 1 to 20, inclusive,
26
                Defendants.
27

28
    [4322647.1]                                        Case No. 5:13-cv-02354-BLF
    STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL
                            CENTER RECORDS

1    **A.B.** was previously incarcerated at the Monterey County Jail.  He was transferred

2  to the hospital from the jail on June 29, 2023 and subsequently released from custody.  He

3  expired at the hospital on July 4, 2023.  Pursuant to the Court's November 1, 2017 Order,

4  Dkt. 619, the parties hereby jointly file this stipulation requesting that the Court order the

5  County of Monterey to produce to Plaintiffs' Counsel, Counsel for CFMG, and Counsel

6  for the County of Monterey all on-site and electronic records held by NMC relating to

7  medical and mental health services provided to **A.B.**  The records are to be produced

8  within three days of this stipulated order.  The parties agree that this individual was a class

9  member in this action, and that the individual's records are appropriately to be produced,

10  subject to the Protective Order entered in this case, Dkt. 401.

11

12  DATED:  July 13, 2023            Respectfully submitted,

13                                   ROSEN BIEN GALVAN & GRUNFELD LLP

14

15                                   By:  */s/ Caroline E. Jackson*
                                          Caroline E. Jackson
16

17                                   Attorneys for Plaintiffs

18  DATED:  July 13, 2023            Respectfully submitted,

19
                                     COUNTY COUNSEL, COUNTY OF
20                                   MONTEREY

21                                   By:  */s/ Anne K. Brereton*
                                          Anne K. Brereton
22                                        Deputy County Counsel

23
                                     Attorneys for Defendants
24                                   COUNTY OF MONTEREY and MONTEREY

25                                   COUNTY SHERIFF'S OFFICE

26

27

28

1        Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on

2    file approvals for any signatures indicated by a "conformed" signature (*/s/*) within this e-

3    filed document.

4    DATED:  July 13, 2023          Respectfully submitted,

5                       ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                       By:  */s/ Caroline E. Jackson*

8                           Caroline E. Jackson

9                       Attorneys for Plaintiffs

10

11                      **[PROPOSED] ORDER**

12       The Court, having reviewed the above Stipulation of the parties, and good cause

13   appearing, hereby ORDERS as follows:

14       The County shall produce all above-identified records for **A.B.** to Plaintiffs'

15   Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of

16   Monterey, within three days of this Order, subject to the Protective Order entered in this

17   action.

18       **IT IS SO ORDERED**.

19

20   DATED: _____, 2023     _____

21                      Beth Labson Freeman
                      United States District Judge

22

23

24

25

26

27

28