MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        mbien@rbgg.com
                   egalvan@rbgg.com
                   vswearingen@rbgg.com
                   ctrapani@rbgg.com
                   cjackson@rbgg.com
                   bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone:  (202) 393-4930
Facsimile:   (202) 393-4931
Email:        ckendrick@aclu.org
                   kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge:  Beth Labson Freeman |

**A.B.** was previously incarcerated at the Monterey County Jail. He was transferred to the hospital from the jail on June 29, 2023 and subsequently released from custody. He expired at the hospital on July 4, 2023. Pursuant to the Court's November 1, 2017 Order, Dkt. 619, the parties hereby jointly file this stipulation requesting that the Court order the County of Monterey to produce to Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County of Monterey all on-site and electronic records held by NMC relating to medical and mental health services provided to **A.B.** The records are to be produced within three days of this stipulated order. The parties agree that this individual was a class member in this action, and that the individual's records are appropriately to be produced, subject to the Protective Order entered in this case, Dkt. 401.

DATED:  July 13, 2023        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Caroline E. Jackson*
      Caroline E. Jackson

Attorneys for Plaintiffs

DATED:  July 13, 2023        Respectfully submitted,

COUNTY COUNSEL, COUNTY OF MONTEREY

By: /s/ *Anne K. Brereton*
      Anne K. Brereton
      Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: July 13, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Caroline E. Jackson
Caroline E. Jackson

Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **A.B.** to Plaintiffs' Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED**.

DATED: July 13, 2023

Beth Labson Freeman
United States District Judge