# EXHIBIT 3

Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**DECLARATION OF DAVID LOY IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS**<br><br>Hearing Date: November 16, 2023<br>Hearing Time: 9:00 am<br><br>Judge:   Beth Labson Freeman |

I, David Loy, declare:

1. I am the Legal Director of the First Amendment Coalition ("FAC"). I have served in my current position as Legal Director since February 2022.

2. FAC seeks to intervene in this case to protect its significant interests and those of its members, as guaranteed by the First Amendment, in accessing records filed in this Court about the operations of Monterey County Jail ("the Jail"), a public, government-funded institution.

3. I am an experienced free speech and open government litigator, having fought for public disclosure and governmental transparency for over 20 years. As a litigator, I have defended the First Amendment rights of reporters, photographers, bloggers, students, teachers, activists, protestors, musicians, Marines, and more. Before joining FAC, I served as Legal Director of the ACLU Foundation of San Diego & Imperial Counties for nearly 16 years.

4. Founded and established in 1988 as the California First Amendment Coalition, the First Amendment Coalition ("FAC") is a nonpartisan public interest nonprofit dedicated to protecting and promoting a free press, freedom of expression, and the people's right to know. FAC advocates on behalf of the public and its members through litigation (cases involving issues of censorship, rights of access to court and agency records, and access to proceedings of state and local governments), education (providing free legal information on the First Amendment and freedom-of-information issues), and public advocacy (op-eds and other articles, public speaking).

5. FAC believes that the broadest range of engaged and informed communities is essential to the health of our democracy, and that the values expressed by the First Amendment provide a blueprint for an inclusive, equitable society and a responsive, accountable government. We believe that in order to realize the promise of the values underlying the First Amendment, we must reach and include as broad a range of voices as possible to inform our policies, priorities and programs. We recognize that there exist systemic inequities rooted in, among other things, race and gender.

6. FAC believes journalists serve as government watchdogs, shining a light in dark places despite frequent threats to their access to information, independence, and resources.

7. Because information relating to incarceration, policing, and civil rights is of significant public concern, FAC has a demonstrated commitment to ensuring law enforcement's exercise of its power is exposed to public scrutiny. For example, in 2022 FAC's legal advocacy resulted in the release of previously secret recordings of a police shooting of a San Diego woman experiencing mental distress, and the Ventura County Sheriff's Office's disclosure of previously secret records about officer use of force and misconduct. In May 2023, FAC and Knock LA, an independent news organization, prevailed in a legal battle against the Los Angeles County Sheriff's Department ("LASD") over the unsealing of search warrant materials. Through this victory, FAC ensured the public could finally examine LASD's stated rationale for seizing and searching the cell phones and digital cameras protesters demonstrating against LASD deputies' killing of cyclist Dijon Kizzee on August 31, 2020, and journalists covering the protest.

8. FAC is committed to enforcing the First Amendment's presumptive right of public access to court records because it believes there can be no real accountability without transparency. When needlessly sealed documents are revealed, the public learns how officials exercise their power and can decide for itself whether such officials are acting appropriately.

9. FAC is aware that, under the terms of the settlement agreement in this case, independent monitors inspect the jails, conduct interviews, review records, and create reports with their findings. It is FAC's understanding that many of these reports and related evidence were recently filed conditionally under seal in support of Plaintiffs' Motion to Enforce the Settlement Agreement.

10. FAC believes public access to the monitor reports is essential to transparency and accountability. People within and beyond Monterey County deserve to know how the Jail operates and whether or to what extent the Jail is violating the civil rights of the people it incarcerates. People deserve this knowledge not only because the Jail is a public institution run by their tax dollars, but also (perhaps more importantly) because the Jail largely incarcerates low-wealth Black and brown community members who are systemically marginalized and disenfranchised.

11. This Court may decide whether the Jail indeed continues to violate incarcerated

people's rights, as Plaintiffs allege, but the public has a compelling interest in access to the information that is before the Court, so the public can assess for itself the true state of conditions in the Jail and hold elected officials accountable as the public sees fit.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in San Diego, California this 20th day of July 2023.

_____
David Loy