# EXHIBIT 7

1  Jaqueline Aranda Osorno [S.B. # 308084]
   PUBLIC JUSTICE
2  1620 L St. NW, Suite 630
   Washington, DC 20036
3  (202) 797-8600
4  jaosorno@publicjustice.net

5  *Counsel for Intervenors Monterey County*
   *Weekly, First Amendment Coalition,*
6  *Patricia and Jennifer Ramirez, and*
   *Yvette, Xavier, and Janel Pajas*
7

8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | JESSE HERNANDEZ et al., on behalf of | Case No. CV 13 2354 BLF |
   | themselves and all others similarly situated, | |

12 |                        Plaintiffs, | **DECLARATION OF XAVIER PAJAS** |
   |                                     | **IN SUPPORT OF PROPOSED** |
13 |                v.                  | **INTERVENORS' MOTION TO** |
   |                                     | **INTERVENE FOR THE LIMITED** |
14 | COUNTY OF MONTEREY; MONTEREY        | **PURPOSE OF UNSEALING COURT** |
   | COUNTY SHERIFF'S OFFICE; CALIFORNIA | **RECORDS AND PROTECTING** |
15 | FORENSIC MEDICAL GROUP,             | **ACCESS TO PUBLIC PROCEEDINGS** |
   | INCORPORATED., a California corporation; | |
16 | and DOES 1 to 20, inclusive,        | Hearing Date: November 16, 2023 |
   |                                     | Hearing Time: 9:00 am |
17 |                        Defendants.  | |
   |                                     | Judge:    Beth Labson Freeman |
18

19

20

21

22

23

24

25

26

27

28
                                                    Case No. CV 13 2354 BLF

I, Xavier Pajas, declare:

1.     I am 39 years old, and the father of a 13-year-old and a 4-month-old.  My father, Mark Pajas, Sr. died in Monterey County Jail on January 20, 2015.  My youngest daughter will never get to meet her grandfather.

2.     My family and I were plaintiffs in a lawsuit against the County of Monterey and California Forensic Medical Group based on our father's death at the Jail.  We went through more than three years of litigation.  In 2019, after a trial, a jury found the County of Monterey had not provided adequate care to our father, resulting in his death.

3.     I have also been incarcerated in Monterey County Jail and have seen for myself problems with how people are treated there.

4.     I am concerned that the care at the Jail is not improving, and that people continue to suffer there.  I worry that more people continue not to get the right medical treatment and even die at the Jail.

5.     To me, it is really important that myself, my family, and other families, are able to get information about what the Jail is doing and whether it is actually improving care like it is supposed to.  We need to be able to look out for and protect our community.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Laurel, Maryland this 19th day of July 2023.


          /s/ Xavier Pajas
          Xavier Pajas

1

Case No. CV 13 2354 BLF

DECLARATION OF XAVIER PAJAS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS