Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**[PROPOSED] ORDER RE: MOTION TO INTERVENE**<br><br>Judge:   Beth Labson Freeman |

In consideration of Proposed Intervenors' Motion to Intervene for the Limited Purpose of Unsealing Court Records and Protecting Access to Public Proceedings it is hereby **ORDERED** that the motion is granted. The Court permits Intervenors to intervene in this case for the limited purpose of unsealing court records relating to Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan, Dkt. 788, and protecting their right of access to any hearings relating to settlement enforcement.

**SO ORDERED.**

**DATE:**

_____
Judge Beth Labson Freeman