Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**[PROPOSED] ORDER RE: MOTION TO UNSEAL**<br><br>Judge:   Beth Labson Freeman |

In consideration of Proposed Intervenors' Motion to Unseal Court Records and Protect Access to Public Proceedings it is hereby **ORDERED** that the motion is granted. The Court Clerk is directed to unseal any sealed documents in Dkts. 787, 788, 794, and 794.

**SO ORDERED.**

**DATE:**

_____
Judge Beth Labson Freeman