Jaqueline Aranda Osorno (308084)
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**PROPOSED INTERVENORS' ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Local Rule 6-3<br><br>Judge:   Beth Labson Freeman |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 6-3, Monterey County Weekly, the First Amendment Coalition, Patricia Ramirez, Jennifer Ramirez, Rafael Ramirez, Yvette Pajas, Xavier Pajas, and Janel Pajas (collectively, "Proposed Intervenors") hereby seek an order shortening time for a hearing on their Motion to Intervene for The Limited Purpose of Unsealing Court Records and Protecting Access To Public Proceedings ("Proposed Intervenors' Motion to Intervene") (Doc. 799) and Motion to Unseal Court Records and Protect Access to Public Proceedings ("Proposed Intervenors' Motion to Unseal") (Doc. 800). The hearing for these Motions is currently set for November 16, 2023, at 9:00 am. However, because these Motions partially aim to ensure meaningful public access to the upcoming August 24, 2023, hearing on Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan ("Plaintiffs' Motion to Enforce"), Proposed Intervenors ask that the Court hear Proposed Intervenors' Motions during or before the upcoming August 24, 2023, hearing on Plaintiffs' Motion to Enforce. *See* Doc. 788.

Proposed Intervenors and the public have First Amendment and common law rights to access court records and court proceedings which, in part, serves "the need for federal courts . . . have a measure of accountability and for the public to have confidence in the administration of justice.'" *Ctr. for Auto Safety v. Chrysler* Grp., LLC, 809 F.3d 1092, 1096 (9th Cir. 2016). Because most of the factual basis and legal argument in Plaintiffs' Motion to Enforce is redacted or under seal, Proposed Intervenors assume the Court would be inclined to grant a party's request to close the courtroom. For this reason, Proposed Intervenors—at least one of whom will attend and produce news coverage of the upcoming hearing—have a strong interest in ensuring they will be able to attend the hearing.

Even if the hearing remains open to the public but the records remain sealed, Proposed Intervenors note that their right to meaningfully understand the proceedings will be impaired, making it more difficult "for the public to have confidence in the administration of justice." *Id. See Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 572 (1980) ("People in an open society do not demand infallibility from their institutions, but it is difficult for them to accept what they are prohibited from observing.") Nevertheless, in the interest of judicial economy and preventing delay

1  in the Court's consideration of Plaintiffs' Motion to Enforce, which raises serious allegations of
2  ongoing harm inside the Jail, Proposed Intervenors submit that their rights would be sufficiently
3  protected if the hearing on their Motions was consolidated with the August 24 hearing on Plaintiffs'
4  Motion to Enforce. Consolidating the hearings is appropriate where the Court will be presented with
5  arguments relating to the same set of court records.
6      For the reasons above, and as supported by Counsel's declaration in support of this
7  Motion, this Court should grant this Motion to Shorten Time.

8  Dated: July 20, 2023                     Submitted,

9                                                /s/ Jaqueline Aranda Osorno
10                                               *Counsel for Proposed Intervenors*

11 Jaqueline Aranda Osorno (308084)
12 PUBLIC JUSTICE
   1620 L St. NW, Suite 630
13 Washington, DC 20036
   (202) 797-8600
14 jaosorno@publicjustice.net

15
16
17
18
19
20
21
22
23
24
25
26
27
28