Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**DECLARATION OF JAQUELINE ARANDA OSORNO IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO SHORTEN TIME**<br><br>Judge:   Beth Labson Freeman |

I, Jaqueline Aranda Osorno, declare:

1. I am an attorney duly admitted to practice before this Court. I am the attorney of record for Proposed Intervenors Monterey County Weekly, the First Amendment Coalition, Patricia Ramirez, Jennifer Ramirez, Rafael Ramirez, Yvette Pajas, Xavier Pajas, and Janel Pajas.

2. Proposed Intervenors seek to intervene in this case to assert the public's First Amendment and common law rights of access to court records and proceedings. A hearing on Proposed Intervenors' motions is scheduled for November 16, 2023.

3. Proposed Intervenors seek access to court records relating to Plaintiffs' Motion to Enforce Settlement Agreement and Wellpath Implementation Plan ("Motion to Enforce"), which is set to be heard on August 24, 2023. Because Plaintiffs' Motion is heavily redacted and most of the evidence in support of that Motion to Enforce is under seal, Proposed Intervenors and members of the public will not be able to understand what arguments the parties are presenting, or what the evidence in support of those arguments is. Given the extent of the sealing, it is possible that they will not be able to observe the hearing at all. To best protect Proposed Intervenors' rights, the Court should first consider their requests to intervene and unseal the records that will be discussed on August 24, 2023.

4. As attorney for the Proposed Intervenors, I contacted Plaintiffs' and Defendants' counsel seeking their consent to a stipulation to shorten time for the hearing on Proposed Intervenors' Motions to Intervene and Unseal. Counsel for Plaintiffs indicated they would stipulate to a request to shorten time. Counsel for Defendant County of Monterey and counsel for Defendant Wellpath both stated they would not stipulate to a request to shorten time.

5. Proposed Intervenors and the public will be prejudiced if the hearing on their motions is not held at or prior to the August 24, 2023, hearing. The public has an interest in learning what is happening inside the Jail, and Proposed Intervenor Monterey County Weekly intends to generate news coverage of the upcoming hearing. A delay in consideration of Proposed Intervenors' motions to intervene and unseal may unnecessarily infringe upon their rights to access the upcoming hearing, effectively denying their First Amendment and common law rights of access.

6. The underlying dispute is whether Proposed Intervenors' First Amendment and common law rights to access court records and proceedings requires unsealing of a significant number of documents submitted to the Court in support of Plaintiffs' Motion to Enforce. Based on

the parties' stated positions on the confidentiality of neutral monitor reports, Proposed Intervenors believe Plaintiffs would not oppose and Defendants would oppose the motions to intervene and unseal. *See* Docs.776, 782, 786.

      7.     There have been no prior time modifications with respect to a hearing on Proposed Intervenors' motions.

      8.     Proposed Intervenors' requested time modification would have no effect on the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Montgomery, Alabama this 20th day of July 2023.

                        /s/ Jaqueline Aranda Osorno
                        Jaqueline Aranda Osorno