Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**[PROPOSED] ORDER**<br><br>Judge:   Beth Labson Freeman |

In consideration of Proposed Intervenors' motion to shorten the time for a hearing on their Motion to Intervene for The Limited Purpose of Unsealing Court Records and Protecting Access To Public Proceedings and Motion to Unseal Court Records and Protect Access to Public Proceedings, it is hereby **ORDERED** that the motion is granted. It is further **ORDERED** that the hearing for Proposed Intervenors' Motions shall be moved from November 16, 2023 at 9:00 am to August 24, 2023 at 9:00 am.

**SO ORDERED.**

**DATE:**

_____
Judge Beth Labson Freeman