United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JESSE HERNANDEZ, et al.,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No.  13-cv-02354-BLF

**ORDER DIRECTING PROPOSED INTERVENORS TO ADVISE COURT WHETHER THEY INTEND TO PURSUE MOTION TO UNSEAL IN LIGHT OF RECENT RULING**

[Re:  ECF 800]

On July 20, 2023, several individuals and entities ("Proposed Intervenors") filed a motion to intervene in this case to seek the unsealing of Court records and protect access to public proceedings, as well as a motion to unseal.  *See* Mot. to Intervene, ECF 799; Mot. to Unseal, ECF 800.  The motions appear to be in response to Plaintiffs' filing of a Motion to Enforce the Settlement Agreement and Implementation Plan in this case, and the parties' motions to seal related documents.

On July 21, 2023, the Court issued an order denying in large part the parties' motions to seal, and authorizing sealing of limited portions of the documents in question in order to protect individual privacy rights in personal identifying information and health records.  *See* Order Re Administrative Motions to File Under Seal, ECF 802.  The documents will be re-filed on the public docket, with only the limited sealing authorized by the Court, by July 28, 2023.  *See id.*

The Court requests that the Proposed Intervenors review the documents after they are re-filed and thereafter advise the Court within 7 days whether they still intend to pursue their motions to intervene and to unseal.  The parties' responses to the motion to intervene and the motion to unseal with be due 14 days after the Proposed Intervenors' advisement to the Court.

**IT IS SO ORDERED.**

Dated:  July 21, 2023

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2