# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br>   Defendants. | Case No.  13-cv-02354-BLF <br><br> **ORDER DIRECTING PLAINTIFFS TO DELIVER CHAMBERS COPIES BY JULY 28, 2023** |

Plaintiffs SHALL deliver unredacted chambers copies of the Declaration of Cara E. Trapani in support of Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan, and all exhibits thereto, by July 28, 2023.

The chambers copies shall comply with this Court's Standing Order Re Civil Cases, which requires among other things that chambers copies be single-sided and include numbered bottom tabs between exhibits.

**IT IS SO ORDERED.**

Dated:  July 21, 2023

_____
BETH LABSON FREEMAN
United States District Judge