UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: CV 13 2354 BLF

Date case was first filed in U.S. District Court: 05/23/2013

Date of judgment or order you are appealing: 07/21/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

California Forensic Medical Group, Incorporated, County of Monterey, Monterey County Sheriff's Office

Is this a cross-appeal?   ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

21 East Canon Perdido Street, Suite 204B

City: Santa Barbara    State: CA    Zip Code: 93101

Prisoner Inmate or A Number (if applicable):

Signature: *Peter G. Bertling*    Date: Jul 21, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                    Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

California Forensic Medical Group, Incorporated

Name(s) of counsel (if any):

Peter G. Bertling

Address: 21 East Canon Perdido Street, Suite 204B, Santa Barbara, CA 93101

Telephone number(s): 805-879-7558

Email(s): peter@bertlinglawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas.

Name(s) of counsel (if any):

Jaqueline Aranda Osorno

Address: 1620 L St. NW, Suite 630, Washington DC 20036

Telephone number(s): 202-797-8600

Email(s): jaosorno@publicjustice.net

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

County of Monterey, Monterey County Sheriff's Office

Name(s) of counsel (if any):

Susan K. Blitch, Anne Kristen Brereton, Ellen Sue Lyons, Janet L. Holmes, Mary Leeann Hapte.

Address: 168 West Alisal Street, Third Floor, Salinas, CA 93901

Telephone number(s): 831-755-5045

Email(s): blitchsk@co.monterey.ca.us; breretona@co.monterey.ca.us; lyonse@co.monterey.ca.us; holmesjl@co.monterey.ca.us; leeann.habte@bbklaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Jesse Hernandez

Name(s) of counsel (if any):

Gay Crosthwait Grunfeld, Krista Michelle Stone-Manista, Avram Frey, Benjamin Hattem, Cara Elizabeth Trapani, Caroline Elaine Jackson, Corene Thaedra.

Address: 101 Mission St., Sixth Floor, San Francisco, CA 94105

Telephone number(s): 415-433-6830

Email(s): ggrunfeld@rbgg.com; kstone-manista@rbgg.com; afrey@aclunc.org; bhattem@rbgg.com; ctrapani@rbgg.com; cjackson@rbgg.com; ckendrick@aclu.org

Name(s) of party/parties:

Jesse Hernandez (continued)

Name(s) of counsel (if any):

Ernest James Galvan, Kyle A. Virgien, Michael William Bien, R. Van Swearingen.

Address: 101 Mission St., Sixth Floor, San Francisco, CA 94105

Telephone number(s): 415-433-6830

Email(s): egalvan@rbgg.com; kvirgien@aclu.org; mbien@rbgg.com; vswearingen@rbgg.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                2                                              Rev. 12/01/2018