Peter G. Bertling (SBN 131602)
Jemma Parker Saunders
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants | Case No.: 5:13-cv-02354-BLF<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL AND FOR TEMPORARY STAY PENDING CONSIDERATION OF MOTION**<br><br>Judge: Hon. Beth Labson Freeman<br>Ctrm: 3 |

The Court has fully considered the arguments and authorities presented by the parties, along with the evidence presented, and good cause appearing therefore, rules as follows:

The Court's Order of July 21, 2023, ECF NO. 802, is hereby stayed pending defendants' appeal. The Court further orders the submission of a joint report to be filed in 60 days from the date of this Order to keep the Court informed of the appellate status of ECF No. 802.

5:13-cv-02354-BLF

1

[PROPOSED] ORDER RE: DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL AND FOR TEMPORARY STAY PENDING CONSIDERATION OF MOTION

1  WHEREFORE, IT IS SO ORDERED.
2
3  Dated: _____, 2023
4                                           _____
                                             Honorable Beth Labson Freeman
5                                            United States District Court Judge

5:13-cv-02354-BLF

2

[PROPOSED] ORDER RE: DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL
AND FOR TEMPORARY STAY PENDING CONSIDERATION OF MOTION