# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR STAY BY 12:00 P.M. ON WEDNESDAY, JULY 26, 2023** <br><br> [Re: ECF 806] |

Plaintiffs SHALL file a response, not to exceed 5 pages, to Defendants' motion for stay by 12:00 p.m. (noon) on Wednesday, July 26, 2023.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
BETH LABSON FREEMAN
United States District Judge