# EXHIBIT 2

Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**DECLARATION OF BRADLEY ZEVE IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PRESUMPTIVELY OPEN COURT PROCEEDINGS**<br><br>Hearing Date: November 16, 2023<br>Hearing Time: 9:00 am<br><br>Judge:   Beth Labson Freeman |

Case No. CV 13 2354 BLF

DECLARATION OF BRADLEY ZEVE IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PRESUMPTIVELY OPEN COURT PROCEEDINGS

I, Bradley Zeve, declare:

1. I am the Founding Editor and CEO of Monterey County Weekly ("the Weekly") and Monterey County NOW, our daily newsletter. In addition to serving as CEO of the Weekly, I served on the Board of Directors of the Association of Alternative Newsmedia for over a decade.

2. The Weekly was founded in 1988. Our mission is to inspire independent thinking and conscious action, etc.

3. Since our early days, the Weekly has become a recognized leader for our journalism and community service. While the reporting is almost entirely local, the Weekly was the only newspaper in the national alternative newsmedia to send a reporter to the middle east to cover both the Desert Storm war in the early 1990s and the Iraq war in early 2003. Our commitment to in-depth coverage of news, arts and entertainment has been recognized nationwide for presenting strong investigative reporting, diverse stories about local arts and entertainment, and stories important to the people that live and work in the community.

4. The Weekly has received scores of California and national newspaper awards. In 2011, 2012 and 2019, 2021 and 2022 we were honored as one of the best weekly newspapers in California by the California News Publishers' Association (First Place, General Excellence, large-circulation weekly division in 2011, and finalist in 2012, 2019, 2021 and 2022). We have won over 100 local, state and national awards, for public service journalism, ad/graphic design, investigative reporting, overall writing, opinion writing, arts & entertainment reporting, and photography, among other categories.

5. The Weekly has a demonstrated commitment to protecting free speech and demanding government transparency. In 2015, we received the prestigious national First Amendment Coalition Free Speech & Open Government Award in recognition of our years-long effort to unearth public records, conduct interviews and produce an ambitious series outlining the story behind the story of a sexual abuse case involving Father Edward Fitz-Henry and the Monterey Diocese. Our reporters reviewed nearly 1,350 pages of documents and conducted numerous sensitive interviews. The San Francisco law firm Bryan Cave waged a successful legal

battle on our behalf to unseal records. The Diocese appealed the trial court decision to unseal records, and the trial court decision was upheld on appeal. The revelations from the unsealed court documents and in-depth reporting resulted in an unusually transparent dissection of the case, describing not only the details but also exploring the human aspects of the subjects.

6. The Weekly, like all professional news agencies in democratically governed nations, relies on access to public records in its daily reporting. Most often, this does not result in litigation. Weekly staff members routinely file requests with government agencies for public records under the U.S. Freedom of Information Act and California Public Records Act. Staff reviews court records and regularly attend court hearings. The records obtained are incorporated into our journalism on a regular basis. In rare cases, we pursue litigation to obtain public records.

7. We have been covering local government, including operations at the Monterey County Jail ("the Jail"), for more than 34 years. Our coverage of conditions at the Jail pre-dates the settlement agreement in the Hernandez case, and we have been covering the case for at least eight years. For example, we reported on the settlement agreement—including its provision that the county and its medical contractor in the Jail pay for monitors to verify terms of the settlement are being met—in a story titled "After two years of litigation, inmates settle with Monterey County Jail over conditions and medical care," published on May 11, 2015. On June 3, 2021, we published a story titled "Attorneys for inmates who sued in a landmark case say Monterey County Jail is slow to change" about ongoing concerns from attorneys representing the plaintiffs on whether the county and its contractor were fulfilling their obligations in the Hernandez case. More recently, on January 26, 2023, we published a story titled "People are still dying inside Monterey County Jail" about ongoing concerns about compliance with the Hernandez settlement, even with a newly elected sheriff taking leadership of the jail. In many other stories, we have covered topics related to the Jail beyond the scope of the Hernandez settlement.

8. Covering stories about incarcerated people and conditions at the jail is important to the Weekly because what happens inside this institution is in the public interest. The Monterey County Sheriff's Office is responsible for hundreds of incarcerated people in custody. That

includes ensuring basic health and safety needs are met. Beyond the scope of the Hernandez settlement, the Sheriff's Office has faced challenges managing the Jail. California's prison realignment has led to more people being incarcerated in local facilities, such as the Monterey County Jail. How Monterey County's largest public safety agency addresses the welfare of its incarcerated population—through factors such as staffing, design and construction of a facility, and outside contractors offering training and academic courses—is newsworthy. These stories matter not just to incarcerated people and their family members, but also to all Monterey County taxpayers.  Monterey County residents deserve to know how public officials are managing the Jail, a significant budget expenditure for the county.

9. Through the course of our reporting, we are aware that, under the terms of the Hernandez settlement, independent monitors inspect the Jail, conduct interviews, and review records. It is the Weekly's understanding that the monitors create reports with their findings and that those reports are, for the most part, not publicly accessible.

10. In instances when such reports are publicly accessible, they provide newsworthy information that is in the public interest. For example, on October 21, 2021, we published a story titled "The Monterey County Jail Covid outbreak draws scrutiny and calls for change." That news story about a Covid outbreak in the Jail relied heavily on a report created by monitor Mike Brady of Sabot Consulting.

11. On May 4, 2023, we published a story titled "Monterey County Jail is violating a settlement over living conditions, lawyers claim." In that story, we noted that the recent court filings are heavily redacted. As a result, our coverage of the litigation and our coverage of current conditions at the Jail have been limited.

12. The Weekly intends to report on and attend the upcoming August 24, 2023, settlement enforcement hearing. It is the Weekly's position that the court records, including the independent monitor reports, should be unsealed before then to ensure our reporters, and any other member of the press, have meaningful access to the proceedings.

13. We believe release of the information contained in the sealed records would fulfill

3

Case No. CV 13 2354 BLF
DECLARATION OF BRADLEY ZEVE IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PRESUMPTIVELY OPEN COURT PROCEEDINGS

the County of Monterey's obligation to be transparent about its operations—both its successes and its shortcomings—in complying with the Hernandez settlement, and would enable community leaders, government officials and the interested public to make the best decisions about the facility's operation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Seaside, California this 20th day of July 2023.

*Bradley Zeve*