# EXHIBIT 4

Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**DECLARATION OF PATRICIA RAMIREZ IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS**<br><br>Hearing Date: November 16, 2023<br>Hearing Time: 9:00 am<br><br>Judge:   Beth Labson Freeman |

Case No. CV 13 2354 BLF

DECLARATION OF PATRICIA RAMIREZ IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS

I, Patricia Ramirez, declare:

1. My name is Patricia Ramirez. I am a 33-year-old resident of Monterey County, where I have lived all my life. I am a teaching aide and full-time student working on a Master's degree in Early Childhood Education and Trauma Studies. My goal is to be an educator who can provide support and resources for the children and families I work closely with.

2. I am the child of the late Rafael Ramirez Lara, who died inside the Monterey County Jail on December 22, 2019. At the time my dad was arrested, he was experiencing mental health issues. On the day of his arrest, I contacted the jail to let them know that my dad was not mentally stable and that he needed support. I was reassured that my dad would get the help he needed and that the jail had resources to help him. Based on what we were told, my family and I trusted that he was safe there and that he would get help there until he was out, and then we could help him. On Sunday, December 22, 2019, I got a call that my father passed away.

3. My family and I decided to pursue legal action against the County and Wellpath because we needed answers. We knew jail had been involved in a lawsuit before for a similar issue and yet it seemed that nothing had changed inside the jailor with the way Wellpath provided services to the people in jail.

4. Taking legal action did bring some closure to us. We learned that our dad's death could have been prevented if the jail and Wellpath staff had provided the medical and mental health care attention dad needed. It is my understanding certain court records containing information about conditions at the Jail were recently filed with the court but are not available to the public. It is my understanding that those records include the reports of independent monitors who for many years are supposed to have been checking to see if the Jail is making the necessary changes they agreed they would make in the settlement agreement.

5. I believe Monterey County records should be public, because this type of information can be used to better support people within the community and this includes people in jail. There needs to be more resources for health and mental health for all people. Being in jail should not be a reason to neglect the health and mental health of a person.

1

Case No. CV 13 2354 BLF
DECLARATION OF PATRICIA RAMIREZ IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS

6. I believe that making these records public is important because our communities deserve to have a say in how our government, including the jail, works. We can't do that if we don't know what the government is doing.

7. I believe that people with mental health illnesses should have resources available to help them through their problems. Instead, many people, like my father, end up in Jail. One way our communities can convince the government to give more resources to people with mental illnesses is to show them that putting people in Jail is not the solution because people suffer there, or even die.

8. Both Monterey County and Wellpath need to take better measures to provide support to people that are in their care. Deaths like my dad's could have been prevented if Monterey County and Wellpath made the changes they said they would under the settlement agreement. Monterey County and Wellpath must be held accountable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in __Gonzales__, California this 19th day of July 2023.

*Patricia Ramirez*
Patricia Ramirez