# EXHIBIT 7

Jaqueline Aranda Osorno [S.B. # 308084]
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

*Counsel for Intervenors Monterey County Weekly, First Amendment Coalition, Patricia and Jennifer Ramirez, and Yvette, Xavier, and Janel Pajas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**DECLARATION OF XAVIER PAJAS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS**<br><br>Hearing Date: November 16, 2023<br>Hearing Time: 9:00 am<br><br>Judge:   Beth Labson Freeman |

I, Xavier Pajas, declare:

1. I am 39 years old, and the father of a 13-year-old and a 4-month-old. My father, Mark Pajas, Sr. died in Monterey County Jail on January 20, 2015. My youngest daughter will never get to meet her grandfather.

2. My family and I were plaintiffs in a lawsuit against the County of Monterey and California Forensic Medical Group based on our father's death at the Jail. We went through more than three years of litigation. In 2019, after a trial, a jury found the County of Monterey had not provided adequate care to our father, resulting in his death.

3. I have also been incarcerated in Monterey County Jail and have seen for myself problems with how people are treated there.

4. I am concerned that the care at the Jail is not improving, and that people continue to suffer there. I worry that more people continue not to get the right medical treatment and even die at the Jail.

5. To me, it is really important that myself, my family, and other families, are able to get information about what the Jail is doing and whether it is actually improving care like it is supposed to. We need to be able to look out for and protect our community.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Greenfield, California this 19th day of July 2023.

   /s/ Xavier Pajas
Xavier Pajas