# EXHIBIT 8

1  Jaqueline Aranda Osorno [S.B. # 308084]
   PUBLIC JUSTICE
2  1620 L St. NW, Suite 630
   Washington, DC 20036
3  (202) 797-8600
4  jaosorno@publicjustice.net

5  *Counsel for Intervenors Monterey County*
   *Weekly, First Amendment Coalition,*
6  *Patricia and Jennifer Ramirez, and*
7  *Yvette, Xavier, and Janel Pajas*

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,

       Case No. CV 13 2354 BLF

12                  Plaintiffs,

       **DECLARATION OF JANEL PAJAS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS**

13           v.

14  COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,

       Hearing Date: November 16, 2023
       Hearing Time: 9:00 am

       Judge:   Beth Labson Freeman

                    Defendants.

Case No. CV 13 2354 BLF

DECLARATION OF JANEL PAJAS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS AND PROTECTING ACCESS TO PUBLIC PROCEEDINGS

I, Janel Pajas, declare:

1. I am 46 years old and have four children. My father, Mark Pajas, Sr. died in Monterey County Jail on January 20, 2015.

2. My family and I were plaintiffs in a lawsuit against the County of Monterey and California Forensic Medical Group based on our father's death at the Jail. We went through three years of litigation. In 2019, after a trial, a jury found the County of Monterey had not provided adequate care to our father, resulting in his death.

3. My siblings and I were very close to my father, and my father was also a very important person to his grandchildren, especially my son, Andrew. Andrew is now a police officer in San Diego, California, and I believe his making it through school and the police academy is because of my dad and what he told him about the importance of education.

4. Since my father's death in 2015, I have seen many news reports about more people continuing to die at the Jail. Other families like mine are losing important people in their lives. I am concerned that the Jail is not doing what it needs to do to stop people from being harmed and even dying at the Jail.

5. When we brought our lawsuit, we understood that there was another case that had been decided that was supposed to require the policies and procedures at the Jail to be fixed. But information about what the Jail is doing in that case is not being reported in the news. I want to make sure that other families won't suffer the same loss that mine has. Without the Jail having to answer to the public, I am worried that nothing is changing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Salinas, California this 19th day of July 2023.

   /s/ Janel Pajas        
Janel Pajas