MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	vswearingen@rbgg.com
	ctrapani@rbgg.com
	cjackson@rbgg.com
	bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:	(202) 393-4930
Facsimile:	(202) 393-4931
Email:	ckendrick@aclu.org
	kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:	(415) 621-2493
Facsimile:	(415) 255-8437
Email:	afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF BENJAMIN HATTEM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR STAY**<br><br>Judge:  Beth Labson Freeman |

I, Benjamin Hattem, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Stay.

2. Plaintiffs were granted leave to file their enforcement motion following the conclusion of mediation on April 7, 2023. Before Plaintiffs filed their motion, counsel for Defendant Wellpath, Inc. raised with Judge Cousins the issue of whether any reports of the neutral monitors filed in connection with Plaintiffs' motion should be sealed.

3. Judge Cousins thereafter informed the parties by email that "sealing issues should be presented to the judge deciding the motion. On the contemplated motion, that is Judge Freeman."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 26th day of July, 2023.

DATED: July 26, 2023         Respectfully submitted,

                             ROSEN BIEN GALVAN & GRUNFELD LLP

                             By: /s/ Ben Hattem
                                 Ben Hattem

                             Attorneys for Plaintiffs