| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CARA E. TRAPANI – 313411<br>CAROLINE E. JACKSON – 329980<br>BEN HATTEM – 335232<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>ctrapani@rbgg.com<br>cjackson@rbgg.com<br>bhattem@rbgg.com<br><br>CORENE KENDRICK – 226642<br>KYLE VIRGIEN – 278747<br>NATIONAL PRISON PROJECT of the<br>AMERICAN CIVIL LIBERTIES UNION<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (202) 393-4930<br>Facsimile: (202) 393-4931<br>Email: ckendrick@aclu.org<br>kvirgien@aclu.org | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: afrey@aclunc.org |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF CHANGE IN COUNSEL AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST**<br><br>Judge: Beth Labson Freeman |

1 | Pursuant to Civil Local Rule 5-1(c)(2)(C), notice is hereby given that Krista Michelle Stone-Manista, previously associated with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), no longer works on this case. We request that Ms. Stone-Manista be removed from the electronic service list in this case.

RBGG attorneys listed on the above caption page remain as counsel for Plaintiffs.

DATED: July 26, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
Ernest Galvan

Attorneys for Plaintiffs