UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, et al., <br>     Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER DIRECTING DEFENDANTS TO FILE ANY REPLY RE MOTION FOR STAY BY 12:00 P.M. ON FRIDAY, JULY 28, 2023** <br><br> [Re: ECF 806] |

Defendants SHALL file any reply, not to exceed three pages, in support of their motion for stay by 12:00 p.m. (noon) on Friday, July 28, 2023.

Upon the filing of a reply or the expiration of the time to do so, the motion for stay will be deemed submitted and an order will be issued by the Court as soon as is practicable.

**IT IS SO ORDERED.**

Dated: July 27, 2023

_____
BETH LABSON FREEMAN
United States District Judge