UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, et al., <br>     Defendants. | Case No.  13-cv-02354-BLF <br><br> **ORDER GRANTING IN PART MOTION TO SHORTEN TIME RE MOTION TO INTERVENE** <br><br> [Re: ECF 801] |

Several individuals and entities ("Proposed Intervenors") have filed a motion to intervene in this case for the limited purpose of advocating for public access to court records and to the hearing on Plaintiffs' pending motion to enforce settlement, which currently is set for August 24, 2023. Proposed Intervenors also have filed a motion to shorten time (ECF 801) requesting that the hearing on their motion to intervene, currently set for November 16, 2023, be advanced to August 24, 2023 so that it may be heard with Plaintiffs' motion to enforce settlement. No party has filed a response to Proposed Intervenors' motion to shorten time and the deadline for response has expired. *See* Civ. L.R. 6-3(b) (response due within 4 days after receiving motion).

Proposed Intervenors' motion to shorten time is GRANTED IN PART. The Court finds that the motion to intervene is suitable for disposition without oral argument, and for that reason the hearing on the motion to intervene is VACATED rather than advanced. *See* Civ. L.R. 7-1(b). The Court will issue a ruling on the motion to intervene upon the filing of opposition or the expiration of the deadline for opposition. No reply is necessary.

**IT IS SO ORDERED.**

Dated: July 27, 2023

_____
BETH LABSON FREEMAN
United States District Judge