1   LESLIE J. GIRARD, SBN 098986
County Counsel
2   SUSAN K. BLITCH, SBN 187761
Chief Assistant County Counsel
3   ELLEN S. LYONS, SBN 136011
Deputy County Counsel
4   County of Monterey
168 West Alisal Street, Third Floor
5   Salinas, California 93901-2653
Telephone: (831) 755-5045
6   Facsimile: (831) 755-5283
Email: blitchsk@co.monterey.ca.us
7           lyonse@co.monterey.ca.us

8   Attorneys for Defendants COUNTY OF MONTEREY
and MONTEREY COUNTY SHERIFF'S OFFICE

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        San Jose Division

| | |
|---|---|
| 13 JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly 14 situated, | Case No. 5:13-cv-02354 BLF |
| 15                                Plaintiffs, | **DECLARATION OF SUSAN K. BLITCH IN SUPPORT OF DEFENDANTS COUNTY OF** |
| 16            v. | **MONTEREY AND MONTEREY COUNTY SHERIFF'S OFFICE REPLY** |
| 17 COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; | **TO PLAINTIFFS' OPPOSITION TO DEFENDANT CALIFORNIA** |
| 18 CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California | **FORENSIC MEDICAL GROUP'S MOTION FOR STAY** |
| 19 corporation; and DOES 1 to 20, inclusive, | |
| 20                             Defendants. | Judge: Hon. Beth Labson Freeman |
| 21 | |

22

23   I, SUSAN K. BLITCH, do hereby declare and affirm as follows:

24           1.      The matters within this declaration are based upon my own personal knowledge

25   and I can competently testify to these matters if I were called upon to do so.

26           2.      I am a Chief Assistant County Counsel for the County of Monterey and am

27   admitted to practice before the United States District Court, Northern District of California and

28

1  the Ninth Circuit Court of Appeals.  I am the attorney of record in the above-captioned action for

2  Defendants County of Monterey and Monterey County Sheriff's Office.

3         3.    At a "summit" or meeting between Plaintiffs' counsel, Defense counsel, and the

4  appointed monitors at the time, May 20-21, 2020, the parties, including, Plaintiffs' counsel Van

5  Swearingen agreed to keep the monitor reports confidential.  I have since spoken to Mr.

6  Swearingen and he has denied the agreement, essentially equivocating when asked point blank

7  about the agreement.

8         4.    Attached as Exhibit A are true and correct copies of emails and attachments

9  regarding correspondence between myself and Dr. Barnett in December of 2021 and January of

10  2022.  In the email of December 1, 2021, I state **"[a]s you recall, at our 2 day summit last**

11  **year, we all agreed to keep the reports and correction action plans confidential"**.  Also

12  attached is Dr. Barnett's signed declaration to that effect.

13

14       I declare under penalty of perjury under the laws of the State of California and the United

15  States that the foregoing is true and correct.  Executed this 27 day of July, 2023, at Salinas,

16  California.

17

                /s/ Susan K. Blitch

18                  SUSAN K. BLITCH

19

20

21

22

23

24

25

26

27

28

*Hernandez, et al. v. County of Monterey, et al.*            Case No.  13-cv-02354 BLF
Declaration of Susan K. Blitch ISO County's Reply to Plaintiffs' Opposition to CFMG's Motion for Stay

# EXHIBIT A

## Blitch, Susan K.

| | |
|---|---|
| **From:** | Blitch, Susan K. x5161 |
| **Sent:** | Wednesday, December 1, 2021 2:46 PM |
| **To:** | Kerry Courtney Hughes, MD; bpbmdjd@aol.com |
| **Subject:** | Confidentiality of Monitor Reports |

Recently, a third **party attorney is trying to** get ahold of both of your monitor reports in the Hernandez case. **As you recall, at our 2 day summit last year, we all agreed to keep the reports and correction action plans confidential.** Because the judge is much more likely to believe you all versus the arguing attorneys, I was wondering if you would be willing to sign a declaration along the lines of:

The parties and monitors in this case have agreed to keep the monitor reports and corrective action plans confidential in order to facilitate open and honest discussions on how best to improve medical and mental health care at the Monterey County jail.

Obviously, you can choose your own statement if that doesn't work.  Let me know and as always, thanks for your time.

Susan K. Blitch
Chief Assistant County Counsel
COUNTY OF MONTEREY
168 WEST ALISAL STREET
SALINAS, CA 93901
831-755-5045
831-755-5283 – facsimile

**Note:  Many staff members are working remotely.  Please feel free to email staff members directly.  Should you need further assistance, please call 831-755-5045.**

**DO NOT FORWARD THIS EMAIL.**

**CONFIDENTIALITY NOTICE:** This communication, including its contents and all attachments, may contain confidential and/or legally privileged information, including but not limited to matter protected by the attorney-client privilege, the attorney work product privilege, the privileges pertaining to deliberative processes by governmental actors, the official information privilege, and/or the doctrine of client confidentiality. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act, the California Evidence Code, and the Federal Rules of Evidence. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Blitch, Susan K.

| | |
|---|---|
| **From:** | Blitch, Susan K. x5161 |
| **Sent:** | Thursday, December 2, 2021 11:22 AM |
| **To:** | bpbmdjd |
| **Cc:** | Benjamin Rice |
| **Subject:** | RE: Confidentiality of Monitor Reports |

Thanks so much.  For now, I think we can just represent to the Court your desire to keep the reports confidential and next step would be a declaration if there is a hearing.  We are trying to get the issue referred to Judge Cousins who is obviously familiar with the issues.

**From:** bpbmdjd <bpbmdjd@aol.com>
**Sent:** Thursday, December 2, 2021 11:15 AM
**To:** Blitch, Susan K. x5161 <BlitchSK@co.monterey.ca.us>
**Subject:** RE: Confidentiality of Monitor Reports

[CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. ]

Hi Susan
Call me anytime convenient.  I want to make sure I get the declaration right.  I can write and sign today. Or after we talk you might write it and I can sign.

**Thanks**
**Bruce**
**818 384 1063**


Sent via the Samsung Galaxy S9, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: "Blitch, Susan K. x5161" <BlitchSK@co.monterey.ca.us>
Date: 12/1/21 5:46 PM (GMT-05:00)
To: "Kerry Courtney Hughes, MD" <dockc99@aol.com>, bpbmdjd@aol.com
Subject: Confidentiality of Monitor Reports


Recently, a third party attorney is trying to get ahold of both of your monitor reports in the Hernandez case.  As you recall, at our 2 day summit last year, we all agreed to keep the reports and correction action plans confidential.  Because the judge is much more likely to believe you all versus the arguing attorneys, I was wondering if you would be willing to sign a declaration along the lines of:

The parties and monitors in this case have agreed to keep the monitor reports and corrective action plans confidential in order to facilitate open and honest discussions on how best to improve medical and mental health care at the Monterey County jail.

Obviously, you can choose your own statement if that doesn't work.  Let me know and as always, thanks for your time.

Susan K. Blitch

Chief Assistant County Counsel

COUNTY OF MONTEREY

168 WEST ALISAL STREET

SALINAS, CA 93901

831-755-5045

831-755-5283 – facsimile

**Note:  Many staff members are working remotely.  Please feel free to email staff members directly.  Should you need further assistance, please call 831-755-5045.**

**DO NOT FORWARD THIS EMAIL.**

**CONFIDENTIALITY NOTICE**: This communication, including its contents and all attachments, may contain confidential and/or legally privileged information, including but not limited to matter protected by the attorney-client privilege, the attorney work product privilege, the privileges pertaining to deliberative processes by governmental actors, the official information privilege, and/or the doctrine of client confidentiality. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act, the California Evidence Code, and the Federal Rules of Evidence. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

1   LESLIE J. GIRARD, SBN 098986
    County Counsel
2   SUSAN K. BLITCH, SBN 187761
    Assistant County Counsel
3   ELLEN S. LYONS, SBN 136011
    Deputy County Counsel
4   GRACE L. PAK, SBN 263733
    Deputy County Counsel
5   County of Monterey, Office of the County Counsel
    168 West Alisal Street, Third Floor
6   Salinas, California 93901
    Telephone: (831) 755-5045
7   Facsimile: (831) 755-5283
    LyonsE@co.monterey.ca.us
8   PakG@co.monterey.ca.us

9   Attorneys for Defendants
    COUNTY OF MONTEREY; SHERIFF STEVE BERNAL; JAMES BASS;
10  JOHNATHAN THORNBURG; RAY TONGOL, and JESUS TEJEDA

11                  UNITED STATED DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          San Jose Division

14  ESTATE OF RAFAEL RAMIREZ LARA,          CASE NO.  21-cv-02409-PJH
    deceased, by and through PATRICIA
15  RAMIREZ; PATRICIA RAMIREZ;
    RAFAEL RAMIREZ; and JENNIFER
16  RAMIREZ,                                **DECLARATION OF  BRUCE P.
                        Plaintiffs,         BARNETT, M.D. IN SUPPORT OF
17                                          DEFENDANTS' DISCOVERY STATUS
        vs.                                 UPDATE**
18
    COUNTY OF MONTEREY; SHERIFF             Date:  January 5, 2022
19  STEVE BERNAL, in his individual and     Time:  1:00 p.m.
    official capacity; JAMES BASS, in his   Judge: Magistrate Nathanael M. Cousins
20  individual and official capacity;              (Via Zoom Webinar)
    JOHNATHAN THORNBURG, in his
21  individual and official capacity; RAY
    TONGOL, in his individual and official
22  capacity; J. TEJEDA, in his individual and
    official capacity; WELLPATH; KIP
23  HALLMAN; JORGE DOMINICIS;
    THOMAS PANGBURN; PAUL
24  FRANCISCO, and DOES 1 and 2,
                        Defendants.
25

26          I, BRUCE P. BARNETT, M.D. do hereby declare as follows:

27          1.      I know of the matters set forth herein of my own personal knowledge, and if

28  called upon to testify as a witness could and would competently testify thereto.

                                            1

1        2.      On August 11, 2016, as part of the Settlement Agreement in the matter of

2  *Hernandez v. County of Monterey, et al.*, N.D. Cal. Case No. 5:13-cv-02354-BLF, I was

3  appointed a Neutral Monitor for medical care within the Monterey County Jail. (*Hernandez*, Dkt.

4  563.)

5        3.      Since that time, I have been monitoring the medical care provided to inmates

6  within the Monterey County Jail and preparing reports of my findings. It was and remains my

7  understanding and intent that any Monitor Reports prepared by me would remain strictly

8  confidential and only be used in the *Hernandez* litigation.

9        4.      The purpose of keeping the Monitor Reports confidential is to allow for the free

10  exchange of information amongst the parties. Knowledge that the Monitor Reports are

11  confidential assures there is a free flow of information between the parties and Monitors with the

12  goal of improving custody operations and quality of care within the Monterey County Jail.

13      I declare under penalty of perjury under the laws of the United States and the State of

14  California that the foregoing is true and correct and that this declaration was executed on January

15  ___, 2022 at _____.

16

17                                  _____

18                                    BRUCE P. BARNETT, M.D.

19

20

21

22

23

24

25

26

27

28

*Estate of Rafael Ramirez Lara v. County of Monterey, et al.*               Case No. 21-cv-02409-PJH
*Declaration of Bruce P. Barnett, M.D. in Support of Defendants' Discovery Status Update*

## Blitch, Susan K.

| | |
|---|---|
| **From:** | Blitch, Susan K. x5161 |
| **Sent:** | Tuesday, January 4, 2022 11:33 AM |
| **To:** | Bpbmdjd; dockc99@aol.com |
| **Cc:** | BeRice@Wellpath.us; peter@bertlinglawgroup.com |
| **Subject:** | RE: Estate of Lara v. County of Monterey, Wellpath, et al. |

Thanks so much Dr. Barnett – I think you are own words are the best and we will submit your attached declaration – and indicate you gave permission to affix your signature if that is ok with you.  Thanks again for the speedy turn around.

**From:** Bpbmdjd <bpbmdjd@aol.com>
**Sent:** Tuesday, January 4, 2022 10:18 AM
**To:** Blitch, Susan K. x5161 <BlitchSK@co.monterey.ca.us>; dockc99@aol.com
**Cc:** BeRice@Wellpath.us; peter@bertlinglawgroup.com
**Subject:** Re: Estate of Lara v. County of Monterey, Wellpath, et al.

[CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. ]

Dear Ms. Blitch:
  I am pleased to sign the declaration you have written. I can be reached by the Judge on my personal cell at most anytime convenient for the Judge.

  Pursuant to your invitation for comments I attach an alternate version that expresses with some additional detail my personal concerns in this matter regarding the importance of Monitor Report confidentiality.

  I will sign the declaration you believe is most responsive to the court's needs.

  Please feel free to call me anytime.

Bruce

Bruce Barnett, MD, JD
818 384 1063  - personal cell


-----Original Message-----
From: Blitch, Susan K. x5161 <BlitchSK@co.monterey.ca.us>
To: bpbmdjd@aol.com <bpbmdjd@aol.com>; Kerry Courtney Hughes, MD <dockc99@aol.com>
Cc: Benjamin Rice <BeRice@Wellpath.us>; Peter Bertling <peter@bertlinglawgroup.com>
Sent: Tue, Jan 4, 2022 12:14 pm
Subject: FW: Estate of Lara v. County of Monterey, Wellpath, et al.

Drs. Barnett and Hughes:

I know there have been many discussions on the confidentiality of the monitor reports. As you know, another attorney in third party litigation has demanded copies of all the monitor reports and corrective action plans. We have a hearing on the matter tomorrow with Judge Cousins in hopes of resolving the issue.

Accordingly, I am asking if you would be willing to sign the attached declarations, assuming you agree. Please feel free to edit or comment as appropriate. Please let me know as soon as you can and we can then have you approve affixing your signature or if you prefer send you a document to electronically sign. Please let me know.

Also, we may ask Judge Cousins to give you a call so he can discuss any issues directly with you. Please let us know if that would be acceptable. Thank you very much.

- Susan Blitch.

1    LESLIE J. GIRARD, SBN 098986
     County Counsel
2    SUSAN K. BLITCH, SBN 187761
     Chief Assistant County Counsel
3    ELLEN S. LYONS, SBN 136011
     Deputy County Counsel
4    GRACE L. PAK, SBN 263733
     Deputy County Counsel
5    County of Monterey, Office of the County Counsel
     168 West Alisal Street, Third Floor
6    Salinas, California 93901
     Telephone: (831) 755-5045
7    Facsimile: (831) 755-5283
     LyonsE@co.monterey.ca.us
8    PakG@co.monterey.ca.us

9    Attorneys for Defendants
     COUNTY OF MONTEREY; SHERIFF STEVE BERNAL; JAMES BASS;
10   JOHNATHAN THORNBURG; RAY TONGOL, and JESUS TEJEDA

11                    UNITED STATED DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           San Jose Division

14   ESTATE OF RAFAEL RAMIREZ LARA,          CASE NO.  21-cv-02409-PJH
     deceased, by and through PATRICIA
15   RAMIREZ; PATRICIA RAMIREZ;
     RAFAEL RAMIREZ; and JENNIFER
16   RAMIREZ,                                **DECLARATION OF  BRUCE P.
                          Plaintiffs,        BARNETT, M.D. IN SUPPORT OF
17                                           DEFENDANTS' DISCOVERY STATUS
            vs.                              UPDATE**
18
     COUNTY OF MONTEREY; SHERIFF             Date:  January 5, 2022
19   STEVE BERNAL, in his individual and     Time:  1:00 p.m.
     official capacity; JAMES BASS, in his   Judge: Magistrate Nathanael M. Cousins
20   individual and official capacity;              (Via Zoom Webinar)
     JOHNATHAN THORNBURG, in his
21   individual and official capacity; RAY
     TONGOL, in his individual and official
22   capacity; J. TEJEDA, in his individual and
     official capacity; WELLPATH; KIP
23   HALLMAN; JORGE DOMINICIS;
     THOMAS PANGBURN; PAUL
24   FRANCISCO, and DOES 1 and 2,
                          Defendants
25

26          I, BRUCE P. BARNETT, M.D. do hereby declare as follows:

27          1.      I know of the matters set forth herein of my own personal knowledge, and if

28   called upon to testify as a witness could and would competently testify thereto.

                                          1

1     2.     On August 11, 2016, as part of the Settlement Agreement in the matter of

2 *Hernandez v. County of Monterey, et al.*, N.D. Cal. Case No. 5:13-cv-02354-BLF, I was

3 appointed a Neutral Monitor for medical care within the Monterey County Jail. (*Hernandez*, Dkt.

4 563.)

5     3.     Since that time, I have been monitoring the medical care provided to inmates

6 housed in the Monterey County Jail, with particular attention to the Implementation Plan

7 established in this case calling for me to prepare reports (Monitor Reports) describing my

8 findings. It was and remains my understanding and intent that any Monitor Reports prepared by

9 me are strictly confidential to be used by the *Hernandez* parties alone for the sole purposes

10 propounded by the settlement in that case.

11     4.     My understanding that Monitor Reports are confidential and remain so has

12 allowed me to be forthright in my statements without fear among the parties that my stated

13 observations and opinions might be misconstrued or applied for purposes other than the

14 monitoring process I have agreed to engage.

15     5.     Should my Monitor Reports not be deemed confidential, I anticipate flow of

16 information required for performance of the Implementation Plan agreed to in *Hernandez* will be

17 impaired, to the detriment of custody operations and quality of care within the Monterey County

18 Jail.

19     I declare under penalty of perjury under the laws of the United States and the State of

20 California that the foregoing is true and correct and that this declaration was executed on January

21 4, 2022 at Dedham, Massachusetts.

23     */s/ Bruce P. Barnett*
BRUCE P. BARNETT, M.D.

2

*Estate of Rafael Ramirez Lara v. County of Monterey, et al.*    Case No. 21-cv-02409-PJH
*Declaration of Bruce P. Barnett, M.D. in Support of Defendants' Discovery Status Update*