Peter G. Bertling (SBN 131602)
Jemma Parker Saunders
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants | Case No.: 5:13-cv-02354-BLF<br><br>**DECLARATION OF PAULETTE TORRES COLLAZO IN SUPPORT OF DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP'S REPLY TO PLAINTIFFS' OPPOSITION TO ITS MOTION TO STAY OF PROCEEDINGS (ECF. NO. 806)**<br><br>Judge: Hon. Beth Labson Freeman<br>Ctrm: 3 |

I, Paulette Torres Collazo, declare as follows:

1.      I am Wellpath's Interim Health Service Administrator at the Monterey County Jail.  I have personal knowledge of the matters contained in this declaration, and if called to testify to them, I could and would do so competently.

2.      California Forensic Medical Group's ("CFMG") first priority is to provide quality medical care and treatment to its patients at Monterey County Jail.  Production of

5:13-cv-02354-BLF

1
DECLARATION OF PAULETTE TORRES COLLAZO IN SUPPORT OF DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP'S REPLY TO PLAINTIFFS' OPPOSITION TO ITS MOTION TO STAY OF PROCEEDINGS (ECF. NO. 806)

the neutral monitoring reports referenced in Defendants' Motion to Stay Enforcement would result in immediate and irreparable harm to those efforts.

3.    First, production of these reports would very likely create distrust between CFMG's staff and their patients.  Patient cooperation and engagement in treatment is a critical aspect of the provision of medical care.  Even if specific patient information is redacted, if patients know that their medical care is subject to disclosure and review by third parties, they may be discouraged from speaking openly and honestly with their providers about their medical or psychiatric/mental health concerns, irreparably damaging the patient-provider relationship.  Patients at Monterey County Jail should be free to seek medical and/or behavioral health treatment without fear that their medical or private mental health concerns will become public record.

4.    Another key aspect of CFMG's provision of quality medical and behavioral care and its compliance with the Implementation Plan, is the ability to hire and retain competent medical staff to work at Monterey County Jail.  Media attention surrounding this litigation has made the hiring process increasingly difficult, which in turn could potentially frustrate all parties overall goal of substantial compliance with the implementation plan.  The potential harm of production of the monitoring reports stymying recruitment and hiring efforts is significant and undermines all parties' overarching goals as set forth in the Implementation Plan.

5.    Additionally, production of these reports would have an immediate chilling effect on Defendants' and their employees' participation in the monitoring process.  If Defendants' employees know that any statements made, or information provided, to a neutral monitor may become public record, they lose any protection associated with engaging transparently in the quality review process.  Further, if Defendants and their employees know that they are at risk of exposing themselves to civil liability or other forms of retaliation as a result of their participation in this process, they have less incentive to meaningfully assist with compliance efforts.

///

5:13-cv-02354-BLF

2
DECLARATION OF PAULETTE TORRES COLLAZO IN SUPPORT OF DEFENDANT CALIFORNIA
FORENSIC MEDICAL GROUP'S REPLY TO PLAINTIFFS' OPPOSITION TO ITS MOTION
TO STAY OF PROCEEDINGS (ECF. NO. 806)

6.      Overall, production of these reports could harm the success of Defendants' efforts to comply with the Implementation Plan.  The media and public will create their own narrative, and CFMG or its employees would be precluded from commenting on any media stories or making further public statements due to patient privacy and confidential settlement communications.  This would instead only fuel greater mistrust between the parties to the Implementation Plan, and discourage the parties from freely and openly engaging in the monitoring process.  The resultant harm to CFMG and its patients would be irreparable, as the reports, once made public, can never be removed from the public domain.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of July 2023 at __Salinas, CA_____.


_____
Paulette Torres Collazo
Declarant

**DECLARATION OF PAULETTE TORRES COLLAZO IN SUPPORT OF DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP'S REPLY TO PLAINTIFFS' OPPOSITION TO ITS MOTION TO STAY OF PROCEEDINGS (ECF. NO. 806)**