MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
ctrapani@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PLAINTIFFS' OBJECTIONS TO REPLY EVIDENCE**<br><br>Judge: Beth Labson Freeman |

1  Pursuant to Civil Local Rule 7-3(d)(1), Plaintiffs file the following objections to
2  new evidence submitted in connection with Defendant County of Monterey and Monterey
3  County Sheriff's Office's Reply in support of Defendants' Motion for Stay (Dkt. 815).
4  Defendants submitted a declaration from Chief Assistant County Counsel Susan K.
5  Blitch alleging that Plaintiffs' counsel "agreed to keep the monitor reports confidential"
6  during a summit with the neutral monitors on May 20-21, 2020.  Decl. of Susan K. Blitch,
7  Dkt. 815-1, ¶ 3.  This statement is false.  Indeed, the parties' Joint Status Report and
8  Proposed Order that was entered by the Court on May 29, 2020 reflects that the parties
9  continued to "have a dispute whether the final neutral monitor reports should be filed with
10 the Court or otherwise made public."  Dkt. 671 at 4.  A letter sent by Plaintiffs' counsel to
11 counsel for Defendants in June 2020 reiterated Plaintiffs' position that "public filing of the
12 monitors' reports is necessary and appropriate."  Decl. of Van Swearingen, Ex. A at 1.
13 Emails between counsel for the parties in July 2020 further confirm that Plaintiffs retained
14 the right to file the neutral monitors' reports.  *Id.*, Ex. B at 1.
15 Plaintiffs also object to several portions of Defendants' Reply that violate this
16 Court's rules.  In particular, Defendants' statement that "the monitor reports disclose to
17 inmates when welfare checks are done" violates Civil Local Rules 7-5(a), which requires
18 that factual contentions made in a party's filings "must be supported by an affidavit or
19 declaration and by appropriate references to the record."  Civ. L.R. 7-5(a).  Defendants
20 provide no support for this statement, and no support for Defendants' statement exists in
21 the record.  In addition, Defendants' Reply improperly seeks reconsideration of the Court's
22 Order.  *See* Dkt. 815 at 3 (requesting that "the Court reconsider its position").  This
23 violates Civil Local Rule 7-9(a), which prohibits parties from moving for reconsideration
24 of a court's order "without first obtaining leave of Court to file the motion."  Civ. L.R. 7-
25 9(a).
26 / / /
27 / / /
28 / / /

**CONCLUSION**

Plaintiffs respectfully request that the Court grant their objections to Defendants' Reply in support of Defendants' Motion to Stay and the Declaration of Susan K. Blitch filed therewith.

DATED: July 28, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs