# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER RESETTING HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT FROM 9:00 A.M. TO 10:00 A.M. ON AUGUST 24, 2023; AND REQUIRING COUNSEL TO APPEAR IN PERSON**<br><br>[Re: ECF 788] |

Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan (ECF 788) is RESET from 9:00 a.m. to **10:00 a.m. on August 24, 2023**.

The hearing will be **IN PERSON** in Courtroom 1 of the San Jose District Court, 280 S. First Street, San Jose, California, 95113. No remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: August 2, 2023

_____
BETH LABSON FREEMAN
United States District Judge