AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JESSE HERNANDEZ, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-02354-BLF |
| COUNTY OF MONTEREY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants County of Monterey and Monterey County Sheriff's Office.

Date: 08/02/2023

/s/ *Tucker Wisdom-Stack*
*Attorney's signature*

Tucker Wisdom-Stack, Deputy County Counsel
SBN 300927
*Printed name and bar number*

Leslie J. Girard, County Counsel, SBN 98986
Office of the County Counsel, County of Monterey
168 W. Alisal Street, Third Floor
Salinas, CA 93901
*Address*

Wisdom-StackTN@co.monterey.ca.us
*E-mail address*

(831) 755-5045
*Telephone number*

(831) 755-5283
*FAX number*