| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 9 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JESSE HERNANDEZ; et al.,

    Plaintiffs-Appellees,

 v.

MONTEREY COUNTY WEEKLY; et al.,

    Intervenors-Appellees,

 v.

COUNTY OF MONTEREY; et al.,

    Defendants-Appellants.

No.   23-16027

D.C. No. 5:13-cv-02354-BLF
Northern District of California,
San Jose

ORDER

Before: SCHROEDER and BERZON, Circuit Judges.

The motion to stay the district court's July 21, 2023 and July 28, 2023 orders (Docket Entry No. 9) is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The briefing schedule established previously remains in effect.

OSA159