**FILED**

**SEP 25 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JESSE HERNANDEZ; et al.,

    Plaintiffs-Appellees,

v.

MONTEREY COUNTY WEEKLY; et al.,

    Intervenors-Appellees,

v.

COUNTY OF MONTEREY; et al.,

    Defendants-Appellants.

No. 23-16027

D.C. No. 5:13-cv-02354-BLF
Northern District of California,
San Jose

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 18) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator