AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JESSE HERNANDEZ et al<br>*Plaintiff*<br>v.<br>COUNTY OF MONTEREY et al<br>*Defendant* | ) ) ) ) ) | Case No.   13-cv-02354-BLF |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS                                                                 .

Date:   10/12/2023

/s/ Maya E. Campbell
*Attorney's signature*

Maya E. Campbell 345180
*Printed name and bar number*

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105

*Address*

mcampbell@rbgg.com
*E-mail address*

(415) 433-6830
*Telephone number*

(415) 433-7104
*FAX number*