MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         mbien@rbgg.com
                    egalvan@rbgg.com
                    vswearingen@rbgg.com
                    cjackson@rbgg.com
                    mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone:   (202) 393-4930
Facsimile:    (202) 393-4931
Email:         ckendrick@aclu.org
                    kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:   (415) 621-2493
Facsimile:    (415) 255-8437
Email:         afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING MEDICAL AND MENTAL HEALTH NEUTRAL MONITOR REPORTS**<br><br>Judge:  Beth Labson Freeman |

[4376512.1]

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838 at 27, Plaintiffs hereby respectfully submit the 10th neutral monitor mental health report prepared by James Vess, Ph.D. (dated August 21, 2023, and covering the time period July 2022 through May 2023) (**Exhibit A**), and the 14th neutral monitor medical report prepared by Bruce Barnett, M.D., J.D., (dated September 4, 2023, and covering the time period January 2023 through June 2023) (**Exhibit B**).

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, Dkt Nos. 802, 819, the following information has been redacted:

1. Jail inmates' names, dates of birth, and booking numbers, except … initials … used to identify deceased class members;

2. [T]he names and email addresses of health care staff employed by Wellpath, who are directly involved in providing or supervising patient care at the Jail;

3. [A]ll other personal contact information, including those of the court appointed neutral monitors; and

4. [M]edical and custody records pertaining to the recent deaths of three incarcerated people at the Jail, and records evaluating the circumstances of their deaths.

Dkt No. 802 at 6.

DATED: October 16, 2023                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Maya E. Campbell
         Maya E. Campbell

Attorneys for Plaintiffs