LESLIE J. GIRARD, SBN 098986
County Counsel
SUSAN K. BLITCH, SBN 187761
Chief Assistant County Counsel
ELLEN S. LYONS SBN 136011
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: blitchsk@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY
and MONTEREY COUNTY SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 13-cv-02354 BLF<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom.: 3, 5th Floor, San Jose |

**JOINT STATUS REPORT**

The parties offer this joint status report to update the Court on recent developments in this case, and respectfully request that the Court adopt the parties' agreements as set forth below.

On January 4, 2022, the former neutral monitor for mental health care, Dr. Kerry C. Hughes, M.D., completed the eighth neutral monitor report for his May 18-19, 2021, site visit. On November 4, 2022, the current neutral monitor for mental health care, Dr. James D. Vess, Ph.D., completed the ninth monitor report for his July 21-22, 2022, site visit. On August 21, 2023, Dr. Vess completed the tenth monitor report for his May 8-11, 2023, site visit.

1  Pursuant to Paragraph 50 of the Settlement Agreement, the parties may "request a finding Defendants are in substantial compliance with a particular Implementation Plan or any material part thereof and have maintained substantial compliance for a period of twelve months." Dkt No. 494 at 26. Based on the findings in these three aforementioned reports, and pursuant to Paragraph 50 of the Settlement Agreement, see Dkt. 494 at 26, Plaintiffs agree to release Defendants from neutral monitoring by the mental health monitor of certain Implementation Plan requirements for which Defendants have been found substantially complaint, as identified in **Exhibit A**, hereto.

By this agreement, the parties agree that Defendants do not waive their right to seek termination, and Plaintiffs do not waive their right to seek reinstatement of monitoring of the released requirements and/or otherwise enforce the Settlement Agreement and Implementation Plans.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 24, 2023                ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Maya E. Campbell*
    Maya E. Campbell

Attorneys for Plaintiffs


DATED: October 24, 2023                LESLIE J. GIRARD
                                        COUNTY COUNSEL

By: /s/ *Susan K. Blitch*
    Susan K. Blitch
    Chief Assistant County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

| | |
|---|---|
| DATED: October 24, 2023 | BERTLING LAW GROUP |
| | By: **/s/ Peter G. Bertling** |
| | Peter G. Bertling |
| | Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. |

**Pursuant to Civil Local Rule 5-1(h)(3), I, Susan K. Blitch, attest that concurrence in the signing and filing of this document has been obtained from the other signatories..**

| | |
|---|---|
| DATED: October 24, 2023 | /s/ Susan K. Blitch |
| | Susan K. Blitch |
| | Chief Assistant County Counsel |

## [PROPOSED] ORDER

Having reviewed the foregoing stipulation of the parties, and good cause appearing, the Court hereby accepts the parties' stipulation. THE COURT ORDERS THAT:

The Implementation Plan requirements identified in **Exhibit A**, hereto, are released from neutral monitoring by the mental health monitor pursuant to Paragraph 50 of the Settlement Agreement. *See* Dkt. 494 at 26.

IT IS SO ORDERED.

DATED: _____, 2023

Honorable Beth Labson Freeman
United States District Judge