# EXHIBIT A

Plaintiffs agree to release Defendants from neutral monitoring, by the mental health monitor, the below **Implementation Plan and Settlement Agreement** requirements.

## Mental Health

| Citation | Implementation Plan or Settlement Agreement Requirement |
|---|---|
| County Implementation Plan, Dkt 528-1 at ECF 7-8. | Upon arrival, an Initial Health Assessment will be performed by the intake nurse to determine whether the inmate should be excluded from the facility on medical or mental health grounds. Upon acceptance into the jail, all inmates will be screened by the intake nurse for urgent medical, mental health and dental needs. The intake nurse will have access to an inmate's medical records if the inmate has been previously incarcerated in the Monterey County jail. |
| Settlement Agreement, Dkt. 494 at ECF 13. | A mental health assessment tool will be used at intake to determine which prisoners need Psychological or Psychiatric evaluation and on what time frame. |
| Settlement Agreement, Dkt. 494 at ECF 14. | The Intake Screening Implementation Plan shall also provide for the use of a suicide risk assessment tool, with psychological evaluation for those with positive findings on the suicide assessment. |
| CFMG Implementation Plan, Dkt 532 at ECF 27. | [T]he Booking RN will begin initial treatment planning at the time of [booking] … and schedule referrals for follow up evaluation [as necessary]. |
| CFMG Implementation Plan, Dkt 532 at ECF 25. | Inmates' health and mental health complaints must be collected, processed, and documented daily and triaged as appropriate by medical and mental health providers. |
| CFMG Implementation Plan, Dkt 532 at ECF 25. | The on-duty medical provider shall see urgent sick call requests Monday through Friday. On weekends and holidays, the on duty nurse shall communicate urgent complaints/requests to the on-call provider, who will treat or refer the patient as necessary. |
| CFMG Implementation Plan, Dkt 532 at ECF 25-26. | Health care staff must note (1) the date and time the sick call request slip is reviewed; (2) the signature of medical staff; and (3) the disposition. The sick call slip must be filed in the inmates' medical record. The sick call roster must be kept on file in the medical record room. Providers must record sick call visits in the inmate's medical record. |
| Settlement Agreement, Dkt. 494 at ECF 14-15. | The Health Care and Mental Health Implementation Plans shall provide for necessary coordination between medical staff and custody regarding placement of prisoners in a |

[4379343.1]                                         1

*Hernandez, et al. v. County of Monterey, et al.*                                Case No. 13-cv-02354 BLF
Exhibit A to Joint Status Report and [Proposed] Order

| | |
|---|---|
| | safety cell, addressing the prisoner's medical and mental health needs, custody's overall responsibility for safety and security of prisoners, prompt reviews by medical of all placements, and a process of resolving disagreements between medical and custody. |
| County Implementation Plan, Dkt. 528-1 at ECF 10. | All correctional staff will receive training through staff briefings on any new requirements or procedures imposed by the Implementation plans. All new correctional staff will receive training on the requirements imposed by the Implementation plans. |
| County Implementation Plan, Dkt. 528-1 at ECF 11. | On a monthly basis, the compliance sergeant will audit one incident of use of a restraint chair, if any existed in that month, to determine if proper documentation has been maintained. |
| Settlement Agreement, Dkt. 494 at ECF 17. | Defendants shall develop and implement a Mental Health Care Implementation Plan to more thoroughly ensure timely access to necessary treatment by Qualified Mental Health Professionals for prisoners with mental illness, including … adequate clinical and administrative treatment space .... |

[4379343.1]                                             2

*Hernandez, et al. v. County of Monterey, et al.*                                    Case No.  13-cv-02354 BLF
Exhibit A to Joint Status Report and [Proposed] Order