LESLIE J. GIRARD, SBN 098986
County Counsel
SUSAN K. BLITCH, SBN 187761
Chief Assistant County Counsel
ELLEN S. LYONS SBN 136011
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: blitchsk@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY
and MONTEREY COUNTY SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 13-cv-02354 BLF<br><br>**JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom.: 3, 5th Floor, San Jose |

**JOINT STATUS REPORT**

The parties offer this joint status report to update the Court on recent developments in this case, and respectfully request that the Court adopt the parties' agreements as set forth below.

On January 4, 2022, the former neutral monitor for mental health care, Dr. Kerry C. Hughes, M.D., completed the eighth neutral monitor report for his May 18-19, 2021, site visit. On November 4, 2022, the current neutral monitor for mental health care, Dr. James D. Vess, Ph.D., completed the ninth monitor report for his July 21-22, 2022, site visit. On August 21, 2023, Dr. Vess completed the tenth monitor report for his May 8-11, 2023, site visit.

1  Pursuant to Paragraph 50 of the Settlement Agreement, the parties may "request a finding
2  Defendants are in substantial compliance with a particular Implementation Plan or any material
3  part thereof and have maintained substantial compliance for a period of twelve months." Dkt
4  No. 494 at 26.  Based on the findings in these three aforementioned reports, and pursuant to
5  Paragraph 50 of the Settlement Agreement, see Dkt. 494 at 26, Plaintiffs agree to release
6  Defendants from neutral monitoring by the mental health monitor of certain Implementation Plan
7  requirements for which Defendants have been found substantially complaint, as identified in
8  **Exhibit A**, hereto.

9  By this agreement, the parties agree that Defendants do not waive their right to seek
10 termination, and Plaintiffs do not waive their right to seek reinstatement of monitoring of the
11 released requirements and/or otherwise enforce the Settlement Agreement and Implementation
12 Plans.

13 IT IS SO STIPULATED.

                                Respectfully submitted,

DATED:  October 24, 2023        ROSEN BIEN GALVAN & GRUNFELD LLP

                                By:  /s/ Maya E. Campbell
                                     Maya E. Campbell

                                Attorneys for Plaintiffs


DATED:  October 24, 2023        LESLIE J. GIRARD
                                COUNTY COUNSEL

                                By:  /s/ Susan K. Blitch
                                     Susan K. Blitch
                                     Chief Assistant County Counsel

                                Attorneys for Defendants COUNTY OF MONTEREY
                                and MONTEREY COUNTY SHERIFF'S OFFICE

DATED: October 24, 2023          BERTLING LAW GROUP

                                 By:  */s/ Peter G. Bertling*
                                      Peter G. Bertling

                                 Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC.

**Pursuant to Civil Local Rule 5-1(h)(3), I, Susan K. Blitch, attest that concurrence in the signing and filing of this document has been obtained from the other signatories.**.

DATED: October 24, 2023          */s/ Susan K. Blitch*
                                      Susan K. Blitch
                                      Chief Assistant County Counsel

## [~~PROPOSED~~] ORDER

Having reviewed the foregoing stipulation of the parties, and good cause appearing, the Court hereby accepts the parties' stipulation. THE COURT ORDERS THAT:

The Implementation Plan requirements identified in **Exhibit A**, hereto, are released from neutral monitoring by the mental health monitor pursuant to Paragraph 50 of the Settlement Agreement. *See* Dkt. 494 at 26.

IT IS SO ORDERED.

DATED: October 27, 2023          _____
                                 Honorable Beth Labson Freeman
                                 United States District Judge

# EXHIBIT A

Plaintiffs agree to release Defendants from neutral monitoring, by the mental health monitor, the below **Implementation Plan and Settlement Agreement** requirements.

## Mental Health

| Citation | Implementation Plan or Settlement Agreement Requirement |
|---|---|
| County Implementation Plan, Dkt 528-1 at ECF 7-8. | Upon arrival, an Initial Health Assessment will be performed by the intake nurse to determine whether the inmate should be excluded from the facility on medical or mental health grounds. Upon acceptance into the jail, all inmates will be screened by the intake nurse for urgent medical, mental health and dental needs. The intake nurse will have access to an inmate's medical records if the inmate has been previously incarcerated in the Monterey County jail. |
| Settlement Agreement, Dkt. 494 at ECF 13. | A mental health assessment tool will be used at intake to determine which prisoners need Psychological or Psychiatric evaluation and on what time frame. |
| Settlement Agreement, Dkt. 494 at ECF 14. | The Intake Screening Implementation Plan shall also provide for the use of a suicide risk assessment tool, with psychological evaluation for those with positive findings on the suicide assessment. |
| CFMG Implementation Plan, Dkt 532 at ECF 27. | [T]he Booking RN will begin initial treatment planning at the time of [booking] … and schedule referrals for follow up evaluation [as necessary]. |
| CFMG Implementation Plan, Dkt 532 at ECF 25. | Inmates' health and mental health complaints must be collected, processed, and documented daily and triaged as appropriate by medical and mental health providers. |
| CFMG Implementation Plan, Dkt 532 at ECF 25. | The on-duty medical provider shall see urgent sick call requests Monday through Friday. On weekends and holidays, the on duty nurse shall communicate urgent complaints/requests to the on-call provider, who will treat or refer the patient as necessary. |
| CFMG Implementation Plan, Dkt 532 at ECF 25-26. | Health care staff must note (1) the date and time the sick call request slip is reviewed; (2) the signature of medical staff; and (3) the disposition. The sick call slip must be filed in the inmates' medical record. The sick call roster must be kept on file in the medical record room. Providers must record sick call visits in the inmate's medical record. |
| Settlement Agreement, Dkt. 494 at ECF 14-15. | The Health Care and Mental Health Implementation Plans shall provide for necessary coordination between medical staff and custody regarding placement of prisoners in a |

[4379343.1]                                                                1

*Hernandez, et al. v. County of Monterey, et al.*                                           Case No.  13-cv-02354 BLF
Exhibit A to Joint Status Report and [P~~roposed~~] Order

| | | |
|---|---|---|
| | | safety cell, addressing the prisoner's medical and mental health needs, custody's overall responsibility for safety and security of prisoners, prompt reviews by medical of all placements, and a process of resolving disagreements between medical and custody. |
| | County Implementation Plan, Dkt. 528-1 at ECF 10. | All correctional staff will receive training through staff briefings on any new requirements or procedures imposed by the Implementation plans. All new correctional staff will receive training on the requirements imposed by the Implementation plans. |
| | County Implementation Plan, Dkt. 528-1 at ECF 11. | On a monthly basis, the compliance sergeant will audit one incident of use of a restraint chair, if any existed in that month, to determine if proper documentation has been maintained. |
| | Settlement Agreement, Dkt. 494 at ECF 17. | Defendants shall develop and implement a Mental Health Care Implementation Plan to more thoroughly ensure timely access to necessary treatment by Qualified Mental Health Professionals for prisoners with mental illness, including … adequate clinical and administrative treatment space .... |

[4379343.1]                                    2

*Hernandez, et al. v. County of Monterey, et al.*                           Case No.  13-cv-02354 BLF
Exhibit A to Joint Status Report and [~~Proposed~~] Order