| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:          mbien@rbgg.com<br>                     egalvan@rbgg.com<br>                     vswearingen@rbgg.com<br>                     cjackson@rbgg.com<br>                     mcampbell@rbgg.com<br><br>CORENE KENDRICK – 226642<br>KYLE VIRGIEN – 278747<br>NATIONAL PRISON PROJECT of the<br>AMERICAN CIVIL LIBERTIES UNION<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (202) 393-4930<br>Facsimile:    (202) 393-4931<br>Email:          ckendrick@aclu.org<br>                     kvirgien@aclu.org | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493<br>Facsimile:    (415) 255-8437<br>Email:          afrey@aclunc.org |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>   Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge:  Beth Labson Freeman |

[4400167.3]

Case No. 5:13-cv-02354-BLF

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS

E.D.M. was incarcerated at the Monterey County Jail and died on October 24, 2023. Pursuant to the Court's November 1, 2017 Order, Dkt. 619, the parties hereby jointly file this stipulation requesting that the Court order the County of Monterey (the "County") to produce to Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County all onsite and electronic records held by Natividad Medical Center relating to medical and mental health services provided to E.D.M. The County shall produce the requested records within three days of this stipulated order. The parties agree that this individual was a class member in this action, and that the individual's records are appropriately to be produced, subject to the Protective Order entered in this case, Dkt. 401.

DATED:  December 15, 2023          Respectfully submitted,

                                   ROSEN BIEN GALVAN & GRUNFELD LLP


                                   By: /s/ Maya E. Campbell
                                       Maya E. Campbell

                                   Attorneys for Plaintiffs


DATED:  December 15, 2023          Respectfully submitted,

                                   COUNTY COUNSEL, COUNTY OF
                                   MONTEREY


                                   By: /s/ Anne K. Brereton
                                       Anne K. Brereton
                                       Deputy County Counsel

                                   Attorneys for Defendants
                                   COUNTY OF MONTEREY and MONTEREY
                                   COUNTY SHERIFF'S OFFICE

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: December 15, 2023       Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Maya E. Campbell
Maya E. Campbell

Attorneys for Plaintiffs

# [PROPOSED] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **E.D.M.** to Plaintiffs' Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED.**

DATED: December ___, 2023

Honorable Beth Labson Freeman
United States District Judge