MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       mbien@rbgg.com
             egalvan@rbgg.com
             vswearingen@rbgg.com
             cjackson@rbgg.com
             mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (202) 393-4930
Facsimile:   (202) 393-4931
Email:       ckendrick@aclu.org
             kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:   (415) 255-8437
Email:       afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**JOINT STATUS REPORT REGARDING SCHEDULE OF NEUTRAL MONITOR AUDITS AND FILING OF FINAL REPORTS**<br><br>Judge:  Beth Labson Freeman |

The parties offer this joint status report to update the Court on recent developments in this case, and respectfully request that the Court adopt the parties' agreements as set forth below.

On September 26, 2023, this Court granted Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan. Dkt. No. 838 ("Enforcement Order"). In doing so, the Court set a March 25, 2024 deadline—or six months—for Defendant Wellpath, LLC ("Wellpath") to come into substantial compliance with forty-three requirements of the August 18, 2015 Settlement Agreement (Dkt. No. 494), and Implementation Plan, or be subject to sanctions in the amount of $25,000 per a violation. *Id.* at 26-27.[1] The Enforcement Order further requires that, in accordance with the neutral monitors' regular monitoring duties as set forth in the Settlement Agreement, the court-appointed neutral monitors will provide reports evaluating Wellpath's compliance with all forty-three requirements at the end of the six-month period. Enforcement Order at 27. The parties are to file each report with the Court. *Id.*

The parties have engaged in substantial discussion, with each other and with the neutral monitors, regarding the appropriate schedule for the timing of the neutral monitor site audits and completion of the subsequent final reports to ensure compliance with the Enforcement Order. The parties understand the Enforcement Order's provision that the "neutral monitors will provide reports regarding Wellpath's compliance with requirements 1-13 and 15-44 at the end of the six-month purge period" to mean that the neutral monitors' inspections should be conducted and the reports should be finalized *after* March 25, 2024.

Based on this understanding, the parties respectfully request the Court to confirm and enter the parties' proposed schedules for the neutral monitor's on-site inspections as

---

[1] All references to page numbers in documents filed in the Court's Electronic Case Filing (ECF system) are to the page number assigned by the ECF system and located in the upper right hand corner of the page.

well as the drafting and finalization of their monitoring reports.  The parties have agreed that the neutral monitors for medical care, mental health care, and dental care shall each schedule a site audit to occur at the end of the six-month period (on or after March 25, 2024) to evaluate Wellpath's progress on achieving substantial compliance with the forty-three requirements.  The parties further agree that these reports are to accord with the drafting, comment, and finalization parameters set forth in the Settlement Agreement, which provides that each neutral monitor must prepare a draft written report within thirty to forty-five days of the completion of the site visit.  Settlement Agreement at 22-23.  The parties will have thirty days to provide written comments and seven days to reply.  *Id.* at 23.  The neutral monitor must then produce a final report no later than twenty days "after the later of the monitor's receipt of any comments, objections or replies, or any re-inspection."  *Id.*

Pursuant to these negotiations and the parameters set by the Court, the parties hereby stipulate and agree to the following:

1. The parties agree that the neutral monitors for medical care, mental health care, and dental care shall each conduct a site audit to evaluate Wellpath's efforts to achieve substantial compliance pursuant to the Enforcement Order.  The site audits shall be scheduled as follows:

   a. Medical care site audit to be conducted by neutral monitor Dr. Bruce Barnett on March 25-26, 2024.

   b. Dental care site audit to be conducted by neutral monitor Dr. Viviane Winthrop on April 1-2, 2024.

   c. Mental health care site audit to be conducted by neutral monitor Dr. James Vess on April 15-16, 2024.

2. Each monitor's final report shall be produced in accordance with the schedule set forth in the Settlement Agreement and filed on the Court docket within seven days of the parties' receipt of the final report.

3. Based on the above schedules, the parties anticipate that the first neutral monitor reports evaluating compliance following the purge period will be filed with the

1   Court in approximately early- to mid-summer 2024.

3       IT IS SO STIPULATED.

5   DATED: January 9, 2024         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Maya E. Campbell*
      Maya E. Campbell

Attorneys for Plaintiffs

DATED: January 9, 2024         Respectfully submitted,

COUNTY COUNSEL, COUNTY OF MONTEREY

By: */s/ Ellen S. Lyons*
      Ellen S. Lyons
      Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

DATED: January 9, 2024         Respectfully submitted,

BERTLING LAW GROUP

By: */s/ Peter G. Bertling*
      Peter G. Bertling

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

/ / /

/ / /

Pursuant to General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: January 9, 2024           Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Maya E. Campbell*
     Maya E. Campbell

Attorneys for Plaintiffs

# [PROPOSED] ORDER

Having reviewed the foregoing stipulation of the parties, and good cause appearing, the Court hereby accepts the parties' stipulation. THE COURT ORDERS THAT:

1. The parties agree that the neutral monitors for medical care, mental health care, and dental care shall each conduct a site audit to evaluate Wellpath's efforts to achieve substantial compliance pursuant to the Enforcement Order. The site audits shall be scheduled as follows:

    a. Medical care site audit to be conducted by neutral monitor Dr. Bruce Barnett on March 25-26, 2024.

    b. Dental care site audit to be conducted by neutral monitor Dr. Viviane Winthrop on April 1-2, 2024.

    c. Mental health care site audit to be conducted by neutral monitor Dr. James Vess on April 15-16, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

4. Each monitor's final report shall be produced in accordance with the schedule set forth in the Settlement Agreement and filed on the Court docket within seven days of the parties' receipt of the final report.

DATED: _____, 2024

_____
Honorable Beth Labson Freeman
United States District Judge