MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:          mbien@rbgg.com
                    egalvan@rbgg.com
                    vswearingen@rbgg.com
                    ctrapani@rbgg.com
                    cjackson@rbgg.com
                    bhattem@rbgg.com

CORENE T. KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA  94104
Telephone:   (202) 393-4930
Facsimile:    (202) 393-4931
Email:          ckendrick@aclu.org
                    kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:    (415) 255-8437
Email:          afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; WELLPATH, INC., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Judge:  Beth Labson Freeman |

[4284800.1]

Case No. CV 13 2354 BLF

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR |
| 2 | ATTORNEYS OF RECORD: |

Pursuant to Local Rule 3-11(a), the ACLU National Prison Project, counsel of record for Plaintiffs, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

> Corene T. Kendrick
> Kyle Virgien
> ACLU NATIONAL PRISON PROJECT
> 425 California St., Ste. 700
> San Francisco, CA 94104

DATED: January 16, 2024            Respectfully submitted,

ACLU NATIONAL PRISON PROJECT

By: */s/ Corene T. Kendrick*
    Corene T. Kendrick

Attorney for Plaintiffs