LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20, <br><br> Defendants. | CASE NO.  5:13-cv-02354-BLF <br><br> **NOTICE OF APPEARANCE OF LINDSEY M. ROMANO AS ATTORNEY FOR CALIFORNIA FORENSIC MEDICAL GROUP, INC.** <br><br> Judge: Hon. Beth Labson Freeman |

Lindsey M. Romano, of the law firm of Gordon Rees Scully Mansukhani, LLP hereby enters her appearance as Attorney on behalf of Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG").

In accordance with Northern District of California C.L.R., the undersigned certifies that she is a member in good standing of the bar of this court.

Dated: February 6, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Lindsey M. Romano
Lindsey M. Romano
Attorneys for Defendant
CFMG.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111