# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

Allison Becker (Bar # 41993)

was licensed to practice law by the State of North Carolina on December 10, 2010.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 11th of September, 2023.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar

**The North Carolina State Bar**
OFFICE OF THE SECRETARY
Post Office Box 26088, Raleigh, N.C. 27611
217 E. Edenton Street, Raleigh, N.C. 27601

RALEIGH NC 275
11 SEP 2023 PM 2 L

neopost
09/11/2023
US POSTAGE $000.63°
FIRST CLASS MAIL
ZIP 27601
041M12252113

Ms. Allison J. Becker
150 Fayetteville Street
Suite 1120
Raleigh, NC 27601

27601-166595