UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Hernandez, et al., <br> Plaintiff(s), <br> v. <br> County of Monterey, et al., <br> Defendant(s). | Case No. 5:13-cv-02354-BLF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Allison J. Becker, an active member in good standing of the bar of State of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: California Forensic Medical Grou in the above-entitled action. My local co-counsel in this case is Lindsey M. Romano, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 337600.

| | |
|---|---|
| 150 Fayetteville St., Suite 1120, Raleigh, NC 27601 | 275 Battery Street, Suite 2000, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 919-787-4555 | 954-986-5900 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| abecker@grsm.com | lromano@grsm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41993.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2024

Allison J. Becker
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allison J. Becker is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 14, 2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

<u>Allison Becker (Bar # 41993)</u>

was licensed to practice law by the State of North Carolina on December 10, 2010.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 11th of September, 2023.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar

**The North Carolina State Bar**
OFFICE OF THE SECRETARY
Post Office Box 26088, Raleigh, N.C. 27611
217 E. Edenton Street, Raleigh, N.C. 27601

RALEIGH NC 275
11 SEP 2023 PM 2 L

neopost 09/11/2023
US POSTAGE $000.63°
FIRST CLASS MAIL
ZIP 27601
041M12252113

27601-166595

Ms. Allison J. Becker
150 Fayetteville Street
Suite 1120
Raleigh, NC 27601