MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:         mbien@rbgg.com
               egalvan@rbgg.com
               vswearingen@rbgg.com
               cjackson@rbgg.com
               mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:     (202) 393-4930
Facsimile:     (202) 393-4931
Email:         ckendrick@aclu.org
               kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:     (415) 621-2493
Facsimile:     (415) 255-8437
Email:         afrey@aclunc.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT**<br><br>Judge:  Beth Labson Freeman |

1     Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to

2  Enforce Settlement Agreement, Dkt No. 838 at 27, the parties hereby respectfully submit

3  the 10th neutral monitor dental report prepared by Dr. Viviane Winthrop, dated

4  February 14, 2023, which covers the time period January 1 through June 30, 2023.

5  (**Exhibit A**).

6     In accordance with the filing of previous neutral monitor reports subject to this

7  Court's prior orders, Dkt Nos. 802, 819, the following information has been redacted:

8     1.    Jail inmates' names, dates of birth, and booking numbers, except …

9           initials … used to identify deceased class members;

10    2.    [T]he names and email addresses of health care staff employed by Wellpath,

11          who are directly involved in providing or supervising patient care at the Jail;

12    3.    [A]ll other personal contact information, including those of the court

13          appointed neutral monitors; and

14    4.    [M]edical and custody records pertaining to the recent deaths of three

15          incarcerated people at the Jail, and records evaluating the circumstances of

16          their deaths.

17  Dkt No. 802 at 6.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Please note that this document contained black markings, intended to be redactions,

2  at the time of submission to the parties.  It is our understanding that these markings redact

3  information consistently with the categories listed above.

4

5  DATED:  February 23, 2024                    Respectfully submitted,

6                                               ROSEN BIEN GALVAN & GRUNFELD LLP

7                                               By:  */s/ Caroline E. Jackson*

8                                                    Caroline E. Jackson

9                                               Attorneys for Plaintiffs

10

11  DATED:  February 23, 2024                   Respectfully submitted,

12                                              GORDON REES SCULLY MANSUKHANI

13

14                                              By:  */s/ Allison J. Becker*

15                                                   Allison J. Becker

16                                              Attorneys for Defendant WELLPATH

17

18  DATED:  February 23, 2024                   Respectfully submitted,

19                                              COUNTY COUNSEL, COUNTY OF
                                                MONTEREY
20

21                                              By:  */s/ Ellen S. Lyons*

22                                                   Ellen S. Lyons
                                                     Deputy County Counsel
23
                                                Attorneys for Defendants COUNTY OF
24                                              MONTEREY and MONTEREY COUNTY
                                                SHERRIFF'S OFFICE
25

26  / / /

27  / / /

28  / / /

1     Pursuant to General Order 45(X)(B), I hereby attest that I have on file approvals for

2 any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3

4 DATED:  February 23, 2024          Respectfully submitted,

5                                    ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                                    By:  /s/ Caroline E. Jackson

8                                         Caroline E. Jackson

9                                    Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28