LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF ALLISON J. BECKER IN SUPPORT OF MOTION TO ENLARGE TIME FOR STATUS CONFERENCE**<br><br>Action Filed: May 23, 2013<br>Trial Date: N/A<br>Judge: Hon. Beth Labson Freeman |

I, Allison J. Becker, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of North Carolina and admitted pro hac vice before this Federal Court. I represent defendant California Forensic Medical Group, Inc. ("CFMG") in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify to thereto.

2. My firm was retained to represent CFMG in this matter in February 2024 and recently entered our appearances.

3. We have been working to review and respond to the most recent monitor reports in connection with the Implementation Plan. We have identified areas of concern regarding the

-1-

DECLARATION OF ALLISON J. BECKER IN SUPPORT OF MOTION TO ENLARGE TIME FOR STATUS CONFERENCE

current sampling method employed by the monitors. Specifically, we are concerned about the fact that the reviewed cases do not represent a randomized sample and may not accurately reflect compliance.

4. Counsel has communicated with the three monitors serving in this case, Dr. Barnett, Dr. Vess, and Dr. Winthrop, and all have confirmed that the cases they reviewed in preparing their most recent reports either came from the Monterey County Jail grievances log and/or brought to his attention by the Plaintiffs. In other words, all cases were necessarily those with adverse outcomes.

5. Counsel has reached out to the monitors and opposing counsel to express our concerns with some of the methodology used to determine compliance with the Implementation Plan. Counsel has also requested to meet and confer with opposing counsel as well as conference with Judge Cousins to discuss these sampling methodology concerns. See Exhibit A. Counsel hopes that the conference with Judge Cousins will help strengthen the monitoring process, provide all parties with more accurate information, and aid CFMG in coming into compliance with the items in the Implementation Plan.

6. The three monitors are set to visit the Monterey County Jail on March 25-26, April 1-2, and April 15-16, 2024. The monitor reports will not be finalized until at least mid to late July 2024. I anticipate that we will need a few weeks to digest the information in the reports in order to present a complete picture of the progress CFMG has made with coming into compliance with the Implementation Plan in advance of any status conference on the Court's September 26 Order granting Plaintiffs' Motion to Enforce.

7. Counsel for CFMG and Wellpath reached out to Plaintiffs' counsel on February 13, 2024 via email to request a joint stipulation to postpone the March 28, 2024, status conference for the reasons stated above. Plaintiffs' counsel rejected the proposed stipulation to

-2-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF MOTION TO ENLARGE TIME FOR STATUS CONFERENCE

postpone and indicated that they would oppose any motion to postpone the conference. Plaintiffs did not provide a reason for why this Court would benefit from the Status Conference on March 28, 2024, nor did they provide a reason why a postponement would prejudice them. See Exhibit B.

8.  Counsel for CFMG and Wellpath are proceeding with all scheduled document productions, filing deadlines, and monitor visits as currently scheduled. Counsel has been continuously communicating with Plaintiffs' counsel regarding document production and Plaintiffs' upcoming visit to Monterey County Jail. Postponing the status conference would not delay case management of this litigation in any way.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on February 26, 2024 at Raleigh, North Carolina.

By: */s/ Allison J. Becker*
Allison J. Becker, Declarant
Attorney for Defendant CFMG
abecker@grsm.com

-3-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF MOTION TO ENLARGE TIME FOR STATUS CONFERENCE