# Exhibit A

**From:** Allison Becker <abecker@grsm.com>
**Sent:** Friday, February 23, 2024 11:16 AM
**To:** Lyons, Ellen <LYONSE@co.monterey.ca.us>; Caroline Jackson <CJackson@rbgg.com>; Holmes, Janet L. <HolmesJL@co.monterey.ca.us>; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Zarco, Cassandra <ZarcoC@co.monterey.ca.us>; Katherine K Tebrock <KTebrock@Wellpath.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Brito, Angelica <BritoA@co.monterey.ca.us>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: Hernandez - Filing the Final Dental Monitoring Report [IMAN-DMS.FID33558]

All,

We have the same comment regarding the ID badge that Ellen raised. Otherwise we agree the redactions are appropriately applied, and you may sign the notice on my behalf.

We would also like to set a time to meet and confer regarding several items. First, we would like to discuss the a process now that the neutral monitor reports are being filed on the record. Specifically, we would like to discuss the process and timeline for filing formal objections once the reports have been finalized. Additionally, we will be asking the monitors to refrain from using names of employees in their reports going forward and instead ask that they make reference to the classification/position of the individual.  This will save on redactions.

Second, the Defendants will be requesting Judge Cousins to assist on clarifying the procedure for sampling and the terms and parameters for determining compliance for the neutral monitors. On our review, the neutral monitors are using different sampling methods, metrics, and definitions.  This is creating confusion, ambiguity, and inconsistency in outcomes. The clarification on sampling and methodology will provide clarity for the neutral monitors and ultimately, provide a more accurate portrayal of the areas that are in compliance or need further improvement.

Third, we would like to discuss the procedure for records requests and to create a list of agreed upon documents for production. We will not proceed under the current ad hoc procedure and chaotic nature of the requests. In addition, we would ask that all future records requests to CFMG/Wellpath go through counsel (Ms. Tebrock and the GRSM Team) only, and not be sent directly to any on site staff.

Please provide us three dates and times the week of March 4 for a meeting to be conducted via Teams.

Many thanks,
Allison

---

**ALLISON J. BECKER**  |  Managing Partner - North Carolina

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1796  |  abecker@grsm.com

www.grsm.com
vCard  |  Bio

Exhibit A 01

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com

Exhibit A 02