# Exhibit B

| | |
|---|---|
| **From:** | Van Swearingen <VSwearingen@rbgg.com> |
| **Sent:** | Tuesday, February 13, 2024 8:25 PM |
| **To:** | Lindsey Romano; Katherine Tebrock; BlitchSK@co.monterey.ca.us; LYONSE@co.monterey.ca.us; Wisdom-Stack, Tucker; Monterey County Jail Team; MontereyIPteam@wellpath.us; Monterey IP Team |
| **Subject:** | RE: Hernandez v. Wellpath et. al/ Upcoming Hearing on 3/28 |

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

We will oppose.

**From:** Lindsey Romano <lromano@grsm.com>
**Sent:** Tuesday, February 13, 2024 5:23 PM
**To:** Van Swearingen <VSwearingen@rbgg.com>; Katherine Tebrock <KTebrock@Wellpath.us>; BlitchSK@co.monterey.ca.us; LYONSE@co.monterey.ca.us; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>; MontereyIPteam@wellpath.us; Monterey IP Team <MontereyIPTeam@grsm.com>
**Subject:** RE: Hernandez v. Wellpath et. al/ Upcoming Hearing on 3/28 [IMAN-DMS.FID33558]

[EXTERNAL MESSAGE NOTICE]

Thank you for the quick response. Because you will not stipulate, we will move for a continuance. Please advise if you will be opposing.

-Lindsey

> **From:** Van Swearingen <VSwearingen@rbgg.com>
> **Sent:** Tuesday, February 13, 2024 1:31 PM
> **To:** Lindsey Romano <lromano@grsm.com>; Katherine Tebrock <KTebrock@Wellpath.us>; BlitchSK@co.monterey.ca.us; LYONSE@co.monterey.ca.us; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>; MontereyIPteam@wellpath.us; Monterey IP Team <MontereyIPTeam@grsm.com>
> **Subject:** RE: Hernandez v. Wellpath et. al/ Upcoming Hearing on 3/28 [IMAN-DMS.FID33558]
>
> Hi Lindsey.  Plaintiffs do not agree to postpone the status hearing.  We believe the Court will benefit from a status update on March 28.  Best,
> Van

> **From:** Lindsey Romano <lromano@grsm.com>
> **Sent:** Tuesday, February 13, 2024 12:43 PM
> **To:** Katherine Tebrock <KTebrock@Wellpath.us>; BlitchSK@co.monterey.ca.us; LYONSE@co.monterey.ca.us; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>; MontereyIPteam@wellpath.us; Monterey IP Team <MontereyIPTeam@grsm.com>
> **Subject:** Hernandez v. Wellpath et. al/ Upcoming Hearing on 3/28

Exhibit B 01

[EXTERNAL MESSAGE NOTICE]

Counsel,

Thank you for your patience while our team familiarizes itself with the case and current procedural posture. We understand there is a status conference scheduled on March 28 before Judge Freeman; however, in reviewing the September 26 Order on the Motion to Enforce, we note that the Court gave Wellpath a six month "purge period" to come into compliance. This six month period would end in late March. We understand that per the Court's recent Order on January 9, 2024 (Dkt 851), the monitors are currently scheduled to visit the site between late March and mid-April to assess Wellpath's performance during this "purge period," and therefore the reports detailing their findings would not be finalized until at least mid- to late July.

With this schedule in mind, we would like to stipulate to postpone the status conference to August or September so that all parties can provide a substantive update on Wellpath's progress during the purge period with the benefit of the final monitor reports for that period. This would allow for the most efficient use of the Court's time and the parties' resources. In addition, this would allow us additional time to meet and confer over many of the items raised in the parties' responses to the last set of monitor reports before we update the Court.

 Please let us know whether you will consent to this request to postpone the status conference so we can notify the Court accordingly?

 Many thanks for your consideration of this request.

Best,

**LINDSEY M. ROMANO**  |  Co-Managing Partner- Bay Area Offices

**GORDON REES SCULLY MANSUKHANI / GRSM50**
**YOUR 50 STATE LAW FIRM™**

275 Battery Street, Suite 2000
San Francisco, CA 94111
D: 415-875-4126  |  P: 415-986-5900  |  F: 415-986-8054  |  lromano@grsm.com

www.grsm.com
vCard  |  Bio  |  LinkedIn

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

Exhibit B 02

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com

Exhibit B 03