| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:  (415) 433-6830<br>Facsimile:   (415) 433-7104<br>Email:       mbien@rbgg.com<br>             egalvan@rbgg.com<br>             vswearingen@rbgg.com<br>             cjackson@rbgg.com<br>             mcampbell@rbgg.com | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:  (415) 621-2493<br>Facsimile:   (415) 255-8437<br>Email:       afrey@aclunc.org |

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:  (202) 393-4930
Facsimile:   (202) 393-4931
Email:       ckendrick@aclu.org
             kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF CAROLINE E. JACKSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CFMG'S MOTION TO ENLARGE TIME FOR STATUS CONFERENCE HEARING**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:   March 28, 2024<br>Time:   11:00 a.m.<br>Crtrm.:  1, San Jose<br><br>Judge:  Beth Labson Freeman |

I, Caroline E. Jackson, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Senior Counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendant California Forensic Medical Group, Inc.'s ("CFMG's") Motion to Enlarge Time for Status Conference Hearing.

2. It is my understanding that Defendants CFMG and Wellpath are not distinct entities. For example, only counsel for CFMG signed Wellpath's Opposition to Plaintiffs' Motion to Enforce the Settlement Agreement, Dkt. No. 790.

3. Court-appointed neutral monitors in the areas of medical, dental and mental health care have been auditing the Jail and issuing subsequent reports pursuant to their Court-appointed monitoring duties since 2017. Each reports follows the same process, outlined in the Settlement Agreement, Dkt. No. 494 ¶ 40(e): the neutral monitor first circulates a draft report, to which the parties have the opportunity to respond, followed by a final report.

4. The neutral monitors for medical, dental and mental health care circulated a total of thirty-three draft reports between 2017 and the date this Court granted Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan, Dkt. No. 838 ("Enforcement Order").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[4447557.2]

1

Case No. 5:13-cv-02354-BLF

DECLARATION OF CAROLINE E. JACKSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CFMG'S MOTION TO ENLARGE TIME FOR STATUS CONFERENCE HEARING

5.      Since the Enforcement Order, the neutral monitors have each circulated new draft reports.  The draft reports did not indicate that the monitors had changed their sampling methodology since their prior reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 1st day of March, 2024.

/s/ Caroline E. Jackson
Caroline E. Jackson

[4447557.2]

2

Case No. 5:13-cv-02354-BLF

DECLARATION OF CAROLINE E. JACKSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CFMG'S MOTION TO ENLARGE TIME FOR STATUS CONFERENCE HEARING