# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER DENYING DEFENDANT CFMG'S MOTION TO CONTINUE MARCH 28, 2024 STATUS CONFERENCE**<br><br>[Re: ECF 858] |

Defendant California Forensic Medical Group, Inc. ("CFMG") has filed a motion to continue the March 28, 2024 status conference to sometime after August 15, 2024. *See* Mot., ECF 858. CFMG's motion is opposed by Plaintiffs. *See* Opp., ECF 859.

Defendant CFMG's motion to continue the status conference is DENIED. The status conference REMAINS SET on March 28, 2024 at 11:00 a.m. The status conference will be conducted via Zoom.

**IT IS SO ORDERED.**

Dated: March 4, 2024

_____
BETH LABSON FREEMAN
United States District Judge