MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      mbien@rbgg.com
            egalvan@rbgg.com
            vswearingen@rbgg.com
            cjackson@rbgg.com
            mcampbell@rbgg.com

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C.  20005-2302
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:      ebalaban@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:      afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV 13 2354 BLF<br><br>**DECLARATION OF MAYA E. CAMPBELL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>N.D. Cal. Local Rules 7-11 & 79-5(c)<br><br>Judge:  Hon. Beth Labson Freeman<br><br>No Hearing Date Pursuant to L.R. 7-11(c) |

1      I, Maya E. Campbell, declare:

2      1.      I am an attorney duly admitted to practice before this Court.  I am an

3 associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for

4 Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a

5 witness, I could competently so testify.  I make this administrative declaration in support

6 of Plaintiffs' Administrative Motion to File Under Seal.

7      2.      Plaintiffs have conformed the Administrative Motion to File Under Seal and

8 associated redactions to the requirements of Civil Local Rule 79-5 and this Court's

9 Standing Order, including by filing concurrently with this motion sealed copies of the

10 unredacted versions of all the relevant documents with proposed redactions highlighted in

11 yellow.

12      3.      On February 29, 2024, Dr. Bruce Barnett, the Court-appointed medical care

13 monitor, sent the final 15th Medical Audit Report ("Medical Report") to the parties.  A

14 true and correct copy of the email correspondence accompanying the Medical Report is

15 attached hereto as **Exhibit 1**.

16      4.      On March 8, 2024, Dr. James Vess, the Court-appointed mental health

17 neutral monitor, sent the final 11th Mental Health Audit Report ("Mental Health Report")

18 to the parties.  In his accompanying email, Dr. Vess indicated that his report included two

19 appendices of note. The first, Appendix B, includes findings for three of the eleven

20 provisions previously released from mental health neutral monitoring.  Because these Dr.

21 Vess indicated that he had inadvertently completed findings as to both requirements, and

22 rather than exclude them from the Report all together, he chose to include his

23 determinations into Appendix B.  The second, Appendix C, includes an anonymized

24 healthcare records review.  While recognizing that "the court has already decided that the

25 monitors' reports will be made public," Dr. Vess requested that the parties "give

26 consideration to allowing this appendix to be filed under seal" due to his concern that "the

27 identity of the individual will likely be obvious in some cases, such as inmate suicides." A

28 true and correct copy of this email is attached hereto as **Exhibit 2**.

5.      Pursuant to Paragraph 50 of the Settlement Agreement, the parties may "request a finding Defendants are in substantial compliance with a particular Implementation Plan or any material part thereof and have maintained substantial compliance for a period of twelve months." Dkt. No. 494 at 26.  The previous mental health neutral monitor Dr. Kerry C. Hughes, and Dr. Vess found Defendants in substantial compliance with eleven provisions of the County and CFMG Implementation Plans and Settlement Agreement for a period of twelve months.  Dkt. No. 844 at 4-5.

6.      On October 24, 2023, in recognition of Defendants' sustained compliance as to the eleven provisions, the parties submitted a Joint Status Report, releasing Defendants from mental health neutral monitoring for the eleven specified provisions.  *See* Dkt. No. 843.  The Court approved the Report on October 27, 2023.  *See* Dkt. No. 844.

7.      In accordance with this Court's September 26 Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan, Dkt. No. 838 (the "Order"), which requires that the neutral monitor reports produced in the course of monitoring during and after the six month purge period be filed with the Court, Order at 27, the parties have endeavored to file neutral monitor reports shortly after completion. To date, the parties have filed three neutral monitor reports with the Court on two separate occasions.  *See* Dkt. Nos. 842, 857.

8.      In filing the previous three neutral monitor reports, counsel have adhered to the redactions previously stipulated to in earlier Joint Administrative Motions to File Under Seal, Dkt. Nos. 787, 793, and approved by the Court, Dkt. No. 802.

9.      Plaintiffs' proposed redactions are identified in the below chart, which is formatted pursuant to this Court's Civil Standing Order.

**Information to Be Redacted and Filed Under Seal**

| Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|
| Exhibit B to March 21, 2024 Notice of Filing Medical and Mental Health Neutral Monitor Reports - 11th Mental Health | Highlighted portions at pages 1, 49, 61-63 | Contains information identifying class members, providers of patient care, and compliance ratings on requirements released from |

| Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|
| Report | | monitoring. Public disclosure would cause harm. |
| Exhibit A to March 21, 2024 Notice of Filing Medical and Mental Health Neutral Monitor Reports - 15th Medical Audit Report | Highlighted portions at pages 14-20, 28-30; highlighted portions in report attachment Physician Case Review; highlighted portions of attachment Monitoring Audit Tool at pages 2-4, 9-12, 14-27, 34 | Contains information identifying class members and providers of patient care. Public disclosure would cause harm. |

10.     Pursuant to Local Rules 79-5(c) and 7-11(a), Plaintiffs' counsel attempted to, but could not, obtain an agreement from counsel for Defendants to agree to jointly file the redacted 11th Mental Health Report and 15th Medical Audit Report.  On March 15, 2024, I emailed Wellpath's counsel, Katherine Tebrock and Allison Becker, and  Deputy County counsel, Ellen S. Lyons requesting they review our proposed redactions and draft notice created in accordance with the Court's Order, Dkt. No. 838 at 27, no later than Tuesday, March 19, 2024 to allow the filing of the Neutral Monitor Reports in advance of the March 28 status conference.

11.     On March 18, 2024, Ms. Tebrock emailed me stating that she would not be able to review the proposed redactions in time for the March 19, 2024 deadline, and did not expect to be able to complete her review in time for the reports to be filed prior to the March 28 status conference.

12.     Later that day, I responded to Ms. Tebrock's email summarizing the proposed redactions and requesting that Defense counsel provide feedback no later than Wednesday, March 20, 2024 to accord with a same day filing deadline.

13.     On March 19, 2024, Ms. Tebrock responded to my email, stating that the proposed March 20 deadline is unworkable for her, and that she would prefer to meet and confer to discuss Appendices B and C to the Mental Health Report during the week of April 1, 2024.

14.     On the same day, Ellen S. Lyons, Deputy County Counsel, responded to Ms. Tebrock's email expressing that she also believed that the parties should meet and confer regarding the sealing of Appendices B and C, and stated that County counsel would prefer to seal both appendices.

15.     Shortly thereafter, on March 19, 2024, I responded to Ms. Tebrock and Ms. Lyons with the suggestion that we fully redact Appendix B so as to not include any mention of Dr. Vess's findings as to the requirements removed from monitoring. I also indicated that Plaintiffs' counsel would not agree to sealing Appendix C in light of this Court's previous orders mandating the public filing of these reports with "limited redactions." Dkt. 802. I reiterated my request for counsels' input and stated that Plaintiffs' counsel would proceed with an Administrative Motion to Seal both the Medical Report and the Mental Health Report pursuant to Local Rules 79-5(c) and 7-11(a) in the absence of agreement.

16.     Ms. Tebrock responded and again declined to review the monitor reports in time for the Court to review them prior to the March 28, 2024 status conference, and instead requested that we meet and confer on April 1 to discuss the sealing of the mental health report. A true and correct copy of the above email correspondence is attached hereto as **Exhibit 3**.

17.     Plaintiffs have omitted Appendix B from the Mental Health Report, which consists of Dr. Vess's inadvertent inclusion of compliance determinations as to three provisions of the CFMG and County Implementation Plans and Settlement Agreement. These provisions were previously removed from monitoring in accordance the parties' Joint Status Report, Dkt No. 843, which was approved by the Court on October 27, 2023, Dkt. No. 844. In light of the parties' previous agreement, Plaintiffs' counsel have omitted

Appendix B its entirety.  For Appendix C, Plaintiffs' counsel redacted identifying patient information to address Dr. Vess' concerns about ensuring that the healthcare records are anonymized.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Baltimore, Maryland this 21th day of March, 2024.

             */s/ Maya E. Campbell*
             Maya E. Campbell

# EXHIBIT 1

| | |
|---|---|
| **From:** | Bpbmdjd |
| **To:** | Katherine Tebrock |
| **Cc:** | Maya Campbell; MontereyIPTeam@grsm.com <MontereyIPTeam@grsm.com>; Monterey County Jail Team; Heather Barry; Meenu Vaid; Stefan Cange; Tausha Mitchell; Tinishia Branch; Dheeraj Taranath; Lyons, Ellen; Wisdom-Stack, Tucker; Blitch, Susan K. x5161 (BlitchSK@co.monterey.ca.us); Jamie Silveira; Hector Ruiz; Dwayne D Evans; Paulette Torres Collazo |
| **Subject:** | Re: Hernandez - CFMG/Wellpath Draft Monitor Report, and Expert Medical Mentoring |
| **Date:** | Friday, March 1, 2024 6:09:20 AM |
| **Attachments:** | MCJ Medical Care Audit Dec 14 - 15 2023 Final 2 29 24.pdf |
| | MCJ Medical Care Audit Dec 14 - 15 2023 Final 2 29 24.docx |
| | MCJ Physician Case Review December 2023.xlsx |
| | MCJ HC Monitoring Audit Tool December 2023.xlsx |
| | Monitor and Mentor January Grievances.docx |

[EXTERNAL MESSAGE NOTICE]

To all,

I attach in word and PDF format my final version of the audit report for December 14-15, 2023 site visit and related medical chart review.   The final version hopefully has corrected most of the typographical errors and clarified confusing or errant text. Please feel free to alert me to any errors I may have missed.

This report addresses concerns the parties voiced regarding the draft.  I remain available to meet with the parties to review my report or discuss any other matters.

For easy reference, I attach copies of Exhibits A and B, and my review of January grievances sent previously.

I have submitted to Dr. Taranath a few suggestions for edits to the MCJ/Wellpath Nursing Protocols released on or around July 2023. I find that these protocols satisfy IP requirements for revised policies to guide medical care.   I am informed that the protocols are proprietary.  Accordingly, I am sharing my detailed comments with Dr. Taranath alone.

I remind the parties that I have requested patient logs for February 2024 to prepare for my visit on March 25, and 26, 2024. My next audit will be focused on MCJ  health care delivery during February and March, 2024.  Please send me the following logs and documents as soon as practicable.

LOGS -
Inmates booked
Inmates released
Sick Calls
Inmates scheduled for Chronic Care
Inmates sent to outside providers,
Inmates residing at MCJ as of March 1 for more than 6 months
Inmates testing positive by TB skin
Grievance log for February

I also need following documents:

2023 and 2024 MCJ Quarterly Quality Management Meeting Minutes

2023 and 2024 Quarterly Pharmacy Consultant MCJ Medication Room Audit

2024 Peer Review Documents

2023 Death Reviews and Autopsy Results

Update regarding hiring of medical record manager, nursing staff and PCP staff.

"Practice Agreement" for all PAs currently seeing patients at MCJ, as required by California Business and Professions Code 3502.3.

Notice posted in MCJ clinics where Nurse Practitioner(s) provide care, as required under California Business and Professions Code 2837.104(e) and 2837.103 (e).

 I plan on sending MCJ next week my proposed agenda for my March 25, 26 visit.

  Thank you.

Sincerely,

Bruce Barnett, MD, JD
818 384 1063  - personal cell

On Monday, February 12, 2024 at 11:00:23 PM EST, Bpbmdjd <bpbmdjd@aol.com> wrote:

To all,

   I appreciate the feedback from Defendants and Plaintiffs regarding my recent 16th medical expert visit draft report. (The draft mistakenly called this recent visit my "15th.")   I will be responding to your letters later this week.

   I anticipate submitting my final report by or before March 1, 2024.  This date complies with the court's proviso that my final reports shall be due 20 days after comments, objections, or re-inspection.

    While my final 16th report is pending, I will be conferring with Dr. Taranath and Wellpath leadership to promote improved  health services performance.   I attach a summary of my recommendations for immediate actions based upon my review of January 2024 grievances (attached).  My formal audit at end of March will focus on MCJ performance in February and March, 2024.

   I also attach Power Points I provided during 2023.

  Ms. Tebrock has requested a meeting to establish an agreed upon sampling

methodology for my reviews. There are many other issues worth reviewing as well, some of which I allude to in the attached mentoring document. I propose the parties meet with me at a date convenient for all between February 26 - 29.  (We get an extra day to work this year) !

   Please feel free to send me comments or questions about the above, or attached materials.

Best regards,

Bruce Barnett, MD, JD
818 384 1063  - personal cell


On Friday, February 9, 2024 at 07:03:05 PM EST, Katherine Tebrock <ktebrock@wellpath.us> wrote:


Good afternoon,
Please see CFMG/Wellpath's response to the draft 15th medical report.  We appreciate the opportunity to review and comment on the draft and look forward to your onsite visit coming up in late March.

Best,
-K

**Katherine Tebrock**
Vice President, Associate General Counsel Regulatory Compliance

**well**path

**To hope and healing.**

3340 Perimeter Hill Drive // Nashville, TN 37211
**O: 615-551-6192**
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

# EXHIBIT 2

| From: | James Vess |
|---|---|
| To: | Lyons, Ellen x5358; Katherine Tebrock; Stefan Cange; Maya Campbell; Wisdom-Stack, Tucker; Peter Bertling |
| Cc: | Nicole Taylor; Jamie Silveira |
| Subject: | Final MH Monitoring Report for Nov 2023 site visit |
| Date: | Friday, March 8, 2024 2:52:32 PM |
| Attachments: | MCJ MH Monitor Final Report Nov 2023 tour.pdf |

[EXTERNAL MESSAGE NOTICE]

Hello all

Attached please find the final version of the mental health monitoring report for the most recent review. I have carefully considered all of the input provided by the parties in response to the draft version of this report, and attempted to include additional clarification regarding my findings where necessary. My hope is that the report will provide a useful degree of guidance toward achieving substantial compliance with the remaining requirements. I look forward to our ongoing collaboration toward that end.

I have included three appendices in the final report. One is a list showing the compliance status of requirements organized to align with the motion to enforce of 9/26/23. The second is a summary of my findings for four intake screening requirements that had been released from further monitoring on 10/27/23, prior to the current reporting period; I did not become aware that they had been released until after I had conducted the review and circulated a finding of partial compliance in the draft version of this report. I believe it is important to pass these observations along, but the body of the final report notes only that these requirements have been released from monitoring. I request your guidance as to how to proceed in light of this information.

The third appendix is the healthcare record reviews document completed in support of the monitoring report. I would like to request that the parties give consideration to allowing this appendix to be filed under seal. I realize that the court has already decided that the monitors' reports will be made public. My concern regarding the case reviews is that, while I believe they can have instructional value when written to provide specific details about the care provided in the individual cases, the identity of the individual will likely be obvious in some cases, such as inmate suicides.

Finally, I have tried to include everyone who should be on the distribution list for this report. If I have omitted anyone, please forward as needed and let me know who to add next time.

Respectfully submitted,

James Vess, Ph.D.
Mental Health Monitor

# EXHIBIT 3

| | |
|---|---|
| **From:** | Katherine Tebrock |
| **To:** | Maya Campbell; Lyons, Ellen; Allison Becker; Holmes, Janet L.; Wisdom-Stack, Tucker; Zarco, Cassandra; Monterey IP Team; Brito, Angelica |
| **Cc:** | Monterey County Jail Team |
| **Subject:** | Re: [EXT] Hernandez - Filing Final Mental Health and Medical Monitoring Reports [IMAN-DMS.FID40388] |
| **Date:** | Tuesday, March 19, 2024 8:27:08 PM |

---

[EXTERNAL MESSAGE NOTICE]

Maya,

We remain confused about the urgency for filing the reports with the court, and you have not adequately explained your reasoning.

There is neither an order specifying the timing of filing the neutral expert reports nor an order requiring the filing before the status conference. In fact, as you know, we specifically sought direction from the court regarding the scope of the status conference and the court provided no direction.  Consequently, I am unclear why you think the court needs the reports before the status conference.

Moreover, we have no pattern of filing expert reports.  We filed a single report, months ago. Different circumstances exist today. Currently, we have a neutral expert who has expressed discomfort with the way the reports might be filed. Your proposed solution to file the reports under seal is inadequate because it does not give sufficient consideration to the concerns raised by Dr. Vess. For example, the exhibit Dr. Vess wrote where he assessed areas already removed from monitoring should not be before the court in any form, whether filed under seal or not. If you file the report unilaterally as you propose, we will be forced to respond in kind, which will trigger unnecessary litigation, and may risk alienating one of the neutral monitors. Instead, I propose that we meet and confer regarding the reports, during the week of April 1, and if we are not able to come to an agreement, that we file a joint report to the court seeking clarification regarding the same. In so doing, the court can be assured that the parties are working in good faith to move the case forward.  As you know, we are already scheduling a meet and confer on other matters, so it seems logical to bundle the issues.

Finally, your demand that we immediately complete a review of your redactions of the expert reports is unfair. Although you take the position that the redactions will not take long to review, I have an independent obligation to review the entirety of each report. It is a matter of professional courtesy that we be afforded time to do this. I have proposed, and reiterate the proposal here, that we inform the court that we are completing the reviews and that we will file the report and/or seek clarification, as needed, after we have had a chance to meet and confer on the matter.

Please let me know if you agree to the proposed meet and confer during the week of April 1.

Best,
-K


**Katherine Tebrock**
Vice President, Associate General Counsel Regulatory Compliance

## wellpath

**To hope and healing.**

3340 Perimeter Hill Drive // Nashville, TN 37211
**O: 615-551-6192**
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

---

**From:** Maya Campbell <MCampbell@rbgg.com>
**Sent:** Tuesday, March 19, 2024 2:36 PM
**To:** Lyons, Ellen <LYONSE@co.monterey.ca.us>; Katherine Tebrock <KTebrock@Wellpath.us>; Allison Becker <abecker@grsm.com>; Holmes, Janet L. <HolmesJL@co.monterey.ca.us>; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Zarco, Cassandra <ZarcoC@co.monterey.ca.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Brito, Angelica <BritoA@co.monterey.ca.us>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: [EXT] Hernandez - Filing Final Mental Health and Medical Monitoring Reports [IMAN-DMS.FID40388]

**CAUTION:** This Email is from an **EXTERNAL** source. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Report suspicious messages to SPAM@Wellpath.us

---

Katherine and Ellen:

In the September 26 Order Granting Plaintiffs' Enforcement Motion, the Court ordered that the parties file the final medical, mental health, and dental neutral monitor reports as they become available.  ECF No. 838 at 27.  To date, we have filed the final reports within a week of the report becoming available to us as we believe that it is important for the Court to be able to review the reports as soon as they become available.  This is especially important as we head into next week's status conference as it will allow the Court to review the most recent monitor reports prior to the hearing.

We understand the concern regarding Dr. Vess's inclusion of the requirements released from

monitoring.  To rectify this issue, we propose redacting Appendix B.  Please let us know if you will agree to this solution.

As to Appendix C, we previously shared our position on filing the healthcare reviews under seal in our February 16, 2024 letter responding to Wellpath's comments to the most 11th draft mental health report. Our position remains unchanged: this issue has been ruled on by the Court and resolved.  *See* ECF No. 802.  Judge Freeman ordered the public filing of these records "with [the] limited redactions proposed in the parties' joint motions," which include the redaction of identifying information.  *See id.* at 7-14. Other final mental health and medical care neutral monitor reports have since been filed with the Court, with no opposition from Defendants, in accordance with this order. ECF Nos. 842, 842-01, 842-02.

Considering the above, please let us know if you would like to jointly file the most recent reports by Drs. Barnett and Vess by tomorrow.  If not, we will file a LR 79-5(f) motion to file under seal tomorrow.

Best,

**Maya Campbell**
**Associate**



FinalLetterhead_RBGG_BW

101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mcampbell@rbgg.com
**(pronouns: she/her)**

---

**From:** Lyons, Ellen <LYONSE@co.monterey.ca.us>
**Sent:** Tuesday, March 19, 2024 12:21 PM
**To:** Katherine Tebrock <KTebrock@Wellpath.us>; Maya Campbell <MCampbell@rbgg.com>; Allison Becker <abecker@grsm.com>; Holmes, Janet L. <HolmesJL@co.monterey.ca.us>; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Zarco, Cassandra <ZarcoC@co.monterey.ca.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Brito, Angelica <BritoA@co.monterey.ca.us>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: [EXT] Hernandez - Filing Final Mental Health and Medical Monitoring Reports [IMAN-DMS.FID40388]

[EXTERNAL MESSAGE NOTICE]

Hello Katherine and Maya,

The County agrees that the parties need to discuss the concerns raised by Dr. Vess regarding Exhibits A and B of his latest report, exhibits that Dr. Vess intentionally kept separate from his final report.  We share Dr. Vess's concerns that these exhibits should not be filed on the public

docket.

Best,
Ellen

**Ellen S. Lyons**
Deputy County Counsel
County of Monterey | County Counsel

---

**From:** Katherine Tebrock <KTebrock@Wellpath.us>
**Sent:** Tuesday, March 19, 2024 10:57 AM
**To:** Maya Campbell <MCampbell@rbgg.com>; Allison Becker <abecker@grsm.com>; Lyons, Ellen <LYONSE@co.monterey.ca.us>; Holmes, Janet L. <HolmesJL@co.monterey.ca.us>; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Zarco, Cassandra <ZarcoC@co.monterey.ca.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Brito, Angelica <BritoA@co.monterey.ca.us>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** Re: [EXT] Hernandez - Filing Final Mental Health and Medical Monitoring Reports [IMAN-DMS.FID40388]

[CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. ]

Maya,

As you can imagine, I need to do a full review of the reports, not only a review of your redactions.  I see that the proposed joint status conference statement includes references to the filed monitoring documents, but I am unaware of a specific timeframe for filing those.  If there is an ordered timeframe for filing, can you direct me to that?  Moreover, we need to address the concerns that Dr. Vess raises regarding the two exhibits to his report.  Given that that discussion may take time, I do not know whether we will be able to have a meaningful discussion before the status conference statement is due.  Therefore, I propose the status conference statement include, in part, a reference to our continued work together to finalize the reports and an indication to the court that we hope to get those on file in short order.  To be efficient, I suggest we bundle this discussion with the other meet and confers we are doing during the week of 4/1 related to other issues. Did we land on a date for that meet and confer?

Thanks.
Best,
-K

**Katherine Tebrock**
Vice President, Associate General Counsel Regulatory Compliance

# wellpath

**To hope and healing.**

3340 Perimeter Hill Drive // Nashville, TN 37211
**O: 615-551-6192**
LinkedIn // Facebook // Twitter // Instagram // YouTube
www.wellpathcare.com // www.wellpathcarecenters.com

---

**From:** Maya Campbell <MCampbell@rbgg.com>
**Sent:** Monday, March 18, 2024 3:27 PM
**To:** Katherine Tebrock <KTebrock@Wellpath.us>; Allison Becker <abecker@grsm.com>; Lyons, Ellen x5358 <LYONSE@co.monterey.ca.us>; Holmes, Janet L. x5107 <HolmesJL@co.monterey.ca.us>; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Gonzalez, Cassandra <ZarcoC@co.monterey.ca.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Brito, Angelica x5292 <BritoA@co.monterey.ca.us>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: [EXT] Hernandez - Filing Final Mental Health and Medical Monitoring Reports [IMAN-DMS.FID40388]

> **CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Report suspicious messages to SPAM@Wellpath.us**

---

Katherine,

Thank you for your message.  The redactions really are minimal and shouldn't take long to review.  They are applicable only the identification of class members (including booking numbers, initials of non-decedents, and death dates) and providers of patient care, as indicated in the reports:

- 11th Mental Health Report at pages 1, 49, 63
- 15th Medical Report at pages 14-20, 28-30
- 15th Medical Report, Monitoring Audit Tool at pages 2-4, 9-12, 14-27, 34
- 15th Medical Report, Physician Case Review (scattered throughout)

As I mentioned in my original email, we are required by court order to file the final medical, mental health, and dental care final reports on the docket.  As you've likely noted—and as Caroline mentioned in her Friday email—the joint status report includes many citations to these reports.  It is therefore essential that these reports are available to the Court in time for her review of our joint statement.  We are happy to provide more time, so long as we can file the reports with the Court in advance of or contemporaneous with our joint report on

Wednesday.  Please let us know if you will be able to review our proposed redactions so that these may be filed on the docket by Wednesday.

Best,

Maya

---

**From:** Katherine Tebrock <KTebrock@Wellpath.us>
**Sent:** Monday, March 18, 2024 1:27 PM
**To:** Maya Campbell <MCampbell@rbgg.com>; Allison Becker <abecker@grsm.com>; Lyons, Ellen x5358 <LYONSE@co.monterey.ca.us>; Holmes, Janet L. x5107 <HolmesJL@co.monterey.ca.us>; Wisdom-Stack, Tucker <Wisdom-StackTN@co.monterey.ca.us>; Gonzalez, Cassandra <ZarcoC@co.monterey.ca.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Brito, Angelica x5292 <BritoA@co.monterey.ca.us>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** Re: [EXT] Hernandez - Filing Final Mental Health and Medical Monitoring Reports

[EXTERNAL MESSAGE NOTICE]

Maya,

I saw that you sent your proposed redactions after hours on Friday. I have not had a chance to look at this and likely won't before your proposed Tuesday deadline.

I will need additional time to review. I anticipate needing several hours to review and don't think we will be able to have this on file before the status conf statement is due.

-K

---

Sent from Workspace ONE Boxer
On March 15, 2024 at 5:18:53 PM PDT, Maya Campbell <MCampbell@rbgg.com> wrote:

> **CAUTION:** This Email is from an **EXTERNAL** source. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Report suspicious messages to **SPAM@Wellpath.us**

---

All:
Pursuant to the Court's Order Granting Plaintiffs' Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan, Dkt. No. 838, "The parties shall file the neutral monitor reports with the Court." *Id.* at 27.  We plan to file the attached portions of the recently received Final Mental Health Audit Report and Final Medical Audit Report, with the indicated redactions, by **Tuesday, March 19th**.  I have enclosed both reports with all proposed redactions marked in yellow highlighting, as well as a notice to accompany the

filings, which explains what has been redacted. **By Tuesday**, please let me know if I have your permission to affix your signatures to the notice.

Best,

**Maya Campbell**
**Associate**
FinalLetterhead_RBGG_BW 

101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mcampbell@rbgg.com
**(pronouns: she/her)**