MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PROOF OF SERVICE**<br><br>Judge: Beth Labson Freeman |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of . My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On March 21, 2024, I served true copies of the following document(s) described as:

**Unredacted Version of Exhibit A to Notice of Filing Medical and Mental Health Neutral Monitor Reports**

**Unredacted Version of Exhibit B to Notice of Filing Medical and Mental Health Neutral Monitor Reports**

on the interested parties in this action as follows:

**County Counsel**
Ellen Lyons
LYONSE@co.monterey.ca.us

Janet L. Holmes
HolmesJL@co.monterey.ca.us;

Tucker Wisdom-Stack
Wisdom-StackTN@co.monterey.ca.us;

Susan Blitch
sblitch@co.monterey.ca.us

**Wellpath Counsel**
Lindsey Romano
lromano@grsm.com

Allison Becker
abecker@grsm.com

Katherine K Tebrock
KTebrock@wellpath.us

Stefan Cange
StCange@wellpath.us

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kstilber@rbgg.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of
2  the bar of this Court at whose direction the service was made.
3  Executed on March 21, 2024, at San Francisco, California.

*/s/ Karen Stilber*
Karen Stilber