MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CARA E. TRAPANI – 313411
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:    mbien@rbgg.com
          egalvan@rbgg.com
          vswearingen@rbgg.com
          ctrapani@rbgg.com
          cjackson@rbgg.com
          bhattem@rbgg.com

ERIC BALABAN (*admitted pro hac vice*)
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, D.C. 20005-2302
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:    ebalaban@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:    afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. CV 13 2354 BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> N.D. Cal. Local Rules 7-11 & 79-5(f) <br><br> Judge: Hon. Beth Labson Freeman <br><br> No Hearing Date Pursuant to L.R. 7-11(c) |

[4458760.1]

1

## [PROPOSED] ORDER

Having reviewed Plaintiffs' Administrative Motion to File Under Seal, and good cause appearing, the Court hereby GRANTS Plaintiffs' Administrative Motion to File Under Seal.

Accordingly, it is hereby ORDERED that the documents and portions of documents identified in the tables below shall be filed in redacted form to remove the information the parties seek to seal:

**Information to Be Redacted and Filed Under Seal**

| Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|
| Exhibit B to March 21, 2024 Notice of Filing Medical and Mental Health Neutral Monitor Reports - 11th Mental Health Report | Highlighted portions at pages 1, 49, 61-63 | Contains information identifying class members, providers of patient care, and compliance ratings on requirements released from monitoring. Public disclosure would cause harm. |
| Exhibit A to March 21, 2024 Notice of Filing Medical and Mental Health Neutral Monitor Reports - 15th Medical Audit Report | Highlighted portions at pages 14-20, 28-30; highlighted portions in report attachment Physician Case Review; highlighted portions of attachment Monitoring Audit Tool at pages 2-4, 9-12, 14-27, 34 | Contains information identifying class members and providers of patient care. Public disclosure would cause harm. |

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Honorable Beth Labson Freeman
United States District Judge