**Medical Care**

| No. | Requirement | 14th Medical Care Audit Report | 15th Medical Care Audit Report |
|---|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | Not compliant.  Dkt. No. 842-2 at 19 | |
| 2 | Medical Intake Screening | Not compliant. Dkt. No. 842-2 at 8. | Partially* Compliant. Dkt. 862-4 at 7. |
| 3 | Sick Call | Not compliant.  Dkt. No. 842-2 at 10-11. | Not compliant. Dkt. 862-4 at 7-8. |
| 4 | Chronic Care | Not compliant. Dkt. No. 842-2 at 11-12. | Partially* Compliant. Dkt. 862-4 at 8-9. |
| 5 | Health Care Maintenance | Not Compliant. Dkt. No. 842-2 at 13. | Not compliant. Dkt. 862-4 at 9. |
| 6 | Continuity of Care | Not Compliant. Dkt. No. 842-2 at 13. | Partially* Compliant. Dkt. 862-4 at 9-10. |
| 7 | Outside Care Referrals | Not compliant. Dkt. No. 842-2 at 14-15. | Partially* Compliant. Dkt. 862-4 at 10. |
| 8 | Treatment of Intoxicated Patients | Not compliant. Dkt. No. 842-2 at 15-17. | Partially* Compliant. Dkt. 862-4 at 10. |
| 9 | Treatment of Communicable Diseases | Not compliant. Dkt. No. 842-2 at 17-18. | Partially* Compliant. Dkt. 862-4 at 10-11. |

* In their 15th and 11th Audit Reports, respectively, the medical and mental health monitors newly introduced the rating of "Partial Compliance."  The dental monitor has historically used a system that includes a "partial compliance" rating.

| 10 | Pharmaceutical Practices | Substantially Compliant. Dkt. No. 842-2 at 18-19. | Partially* Compliant.  Dkt. 862-4 at 11. |
| 11 | Medical Quality Assurance | Not Compliant. Dkt. No. 842-2 at 20-21. | Not Compliant. Dkt. 862-4 at 12. |

* In their 15th and 11th Audit Reports, respectively, the medical and mental health monitors newly introduced the rating of "Partial Compliance."  The dental monitor has historically used a system that includes a "partial compliance" rating.

[4450639.1]

**Mental Health**

| No. | Requirement | 10th Mental Health Audit Report | 11th Mental Health Audit Report |
|---|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | Not compliant. Dkt. No. 842-1 at 24-25. | Partial* Compliance. Dkt. 862-5 at 29-31, 59. |
| 12 | Initial Mental Health Screening | Not compliant. Dkt. No. 842-1 at 5. | Not Compliant. Dkt. 862-5 at 7-8, 59. |
| 13 | Nursing Rounds in Administrative Segregation | Not compliant. Dkt. No. 842-1 at 8. | Not Compliant. Dkt. 862-5 at 39-40, 59. |
| 15 | Treatment Planning | Not compliant. Dkt. No. 842-1 at 9, 28-30. | Partial* Compliance. Dkt. 862-5 at 34-37, 59. |
| 16 | Chronic Care | Not compliant. Dkt. No. 842-1 at 9-10. | Not Compliant/ Partial* Compliance. Dkt. 862-5 at 11-14, 59. |
| 17 | Acute Care | Not compliant. Dkt. No. 842-1 at 10-11. | Not Compliant. Dkt. 862-5 at 14-15, 59. |
| 18 | Outpatient Services | Not compliant. Dkt. No. 842-1 at 11-12. | Partial* Compliance Dkt. 862-5 at 15-16, 59. |
| 19 | Psychiatric Follow-Up Visit Intervals | Not compliant. Dkt. No. 842-1 at 6. | Partial* Compliance. Dkt. 862-5 at 8-9, 59. |
| 20 | Consideration of Mental Health in Discipline | Not compliant. Dkt. No. 842-1 at 30. | Not Compliant. Dkt. 862-5 at 37, 59. |
| 21 | Segregation Placement Screenings | Not compliant. Dkt. No. 842-1 at 31, 35-36. | Not Compliant/Partial* Compliance. Dkt. 862-5 at 37-38, 42-43, 59. |

* In their 15th and 11th Audit Reports, respectively, the medical and mental health monitors newly introduced the rating of "Partial Compliance."  The dental monitor has historically used a system that includes a "partial compliance" rating.

[4450639.1]

| 22 | Mental Health Programming in Segregation | Not compliant. Dkt. No. 842-1 at 31. | Not Compliant. Dkt. 862-5 at 37-38, 59. |
|---|---|---|---|
| 23 | Involuntary Medication | Not compliant. Dkt. No. 842-1 at 20-23. | Substantial Compliance/Partial* Compliance. Dkt. 862-5 at 24-29, 59. |
| 24 | Suicide Risk Assessments and Safety Planning | Not compliant. Dkt. No. 842-1 at 35-36. | Partial* Compliance. Dkt. 862-5 at 42-43, 59. |
| 25 | Medical Records | Not Compliant. Dkt. No. 842-1 at 40-41. | Partial* Compliance. Dkt. 862-5 at 48, 59. |
| 26 | Corrective Action Plans | Not Compliant. Dkt. No. 842-1 at 43-44. | Not Compliant. Dkt. 862-5 at 52-53, 60. |
| 27 | Provider Visits to Holding and Isolation Cells | Not Compliant. Dkt. No. 842-1 at 8. | Not Compliant. Dkt. 862-5 at 11, 60. |
| 28 | Mental Health Quality Assurance | Not Compliant. Dkt. No. 842-1 at 41-43. | Not Compliant/Partial* Compliance. Dkt. 862-5 at 48-52, 60. |

* In their 15th and 11th Audit Reports, respectively, the medical and mental health monitors newly introduced the rating of "Partial Compliance." The dental monitor has historically used a system that includes a "partial compliance" rating.

[4450639.1]

**Dental**

| No. | Requirement | 10th Dental Audit Report |
|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | Not compliant. Dkt. No. 857-1 at 68. |
| 29 | Dental Intake Screening | Not compliant. Dkt. No. 857-1 at 51. |
| 30 | Initial Health Inventory | Not compliant. Dkt. No. 857-1 at 52. |
| 31 | Dental Training for Intake Staff | Not compliant. Dkt. No. 857-1 at 68. |
| 32 | Treatment for Urgent and Emergent Conditions | Not compliant. Dkt. No. 857-1 at 53-55. |
| 33 | Dental Sick Call | Not compliant. Dkt. No. 857-1 at 52-57. |
| 34 | Chronic Care | Not compliant. Dkt. No. 857-1 at 53-54, 56. |
| 35 | Comprehensive Care | Not compliant. Dkt. No. 857-1 at 54, 56, 58. |
| 36 | Restorative and Palliative Care | Not compliant. Dkt. No. 857-1 at 62-63. |
| 37 | Extractions | Not compliant. Dkt. No. 857-1 at 62-63. |
| 38 | Specialty Care Referrals | Not compliant. Dkt. No. 857-1 at 63. |

\* In their 15th and 11th Audit Reports, respectively, the medical and mental health monitors newly introduced the rating of "Partial Compliance." The dental monitor has historically used a system that includes a "partial compliance" rating.

[4450639.1]

| 39 | Endodontics | Not rated: "No patients fitting this outcome measure for endodontics w[ere] found this audit tour period."  Dkt. No. 857-1 at 64. |
|---|---|---|
| 40 | Periodontics | Not compliant.  Dkt. No. 857-1 at 54, 56, 62. |
| 41 | Informed Consent | Not compliant.  Dkt. No. 857-1 at 57, 58, 62, 63. |
| 42 | Sanitary Treatment Space | Not compliant.  Dkt. No. 857-1 at 13.  Note that, after an initial period of 0% compliance, Defendants achieved substantial compliance (94.9%) for this item for four consecutive months of the 6-audit period.  *See id.* at 66. |
| 43 | Electronic Medical Records | Not compliant.  Dkt. No. 857-1 at 67. |
| 44 | Dental Quality Assurance | Not compliant.  Dkt. No. 857-1 at 69-70. |

\* In their 15th and 11th Audit Reports, respectively, the medical and mental health monitors newly introduced the rating of "Partial Compliance."  The dental monitor has historically used a system that includes a "partial compliance" rating.

[4450639.1]