MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:    mbien@rbgg.com
    egalvan@rbgg.com
    vswearingen@rbgg.com
    cjackson@rbgg.com
    mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:    ckendrick@aclu.org
    kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:    afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>REDACTED EXHIBIT A TO NOTICE OF FILING MEDICAL AND MENTAL HEALTH NEUTRAL MONITOR REPORTS<br><br>Judge:   Beth Labson Freeman |

# MONTEREY COUNTY JAIL

# MEDICAL CARE AUDIT – Dec. 14, 15, 2023

# Final  Report

### February 29, 2024



Bruce P. Barnett, MD, JD – expert medical monitor

# TABLE OF CONTENTS

INTRODUCTION ............................................................ .............................................................................3

SUMMARY OF FINDINGS .......................................................................................................................3

SUMMARY TABLES ......................................................... ..................................................................5

METHODOLOGY.....................................................................................................................................12

FINDINGS.................................................................................................................................................14

SUMMARY OF CASE REVIEWS............. .....................................................................................25

DEATHS .............................................................. .................................................................................28

NOTABLE CASES....................................................................................................................................29

PATIENT INTERVIEWS...........................................................................................................................30

STAFF INTERVIEWS................................................................................................................................30

PLAINTIFFS' ATTORNEY INQUIRIES....................................................................................................31

RECOMMENDATONS.............................................................................................................................32

CONCLUSIONS ................................................................. ..................................................................35

LIST OF ATTACHMENTS .......................................................................................................................37

## INTRODUCTION

Based upon my review of medical records and site visit on December 14 – 15, 2023, (16th site visit),   I find that medical care provided at Monterey County Jail (MCJ) from July 2023 through December 2023[1] was not substantially compliant with the Implementation Plan (IP).[2]

This report includes the following:  a) assessment of MCJ performance regarding quality indicators cited in the court-approved Implementation Plan  b) analysis of care provided to patients described in "Physician Case Review" (Ex. A) and "Monitoring Tool" (Ex. B) c) review of deaths of patients in custody or in immediate proximity to custody at MCJ d) notable departures from Implementation Plan as detailed in Ex A and Ex B,  e) matters brought to my attention by attorneys for Plaintiffs,  f) adequacy of quality assurance (QA) including supervisors' audits of MCJ healthcare providers (Peer Review) and death reviews g) interview of MCJ patients on site, h) interviews of MCJ/Wellpath staff and i) facility inspection j) recommendations for actions necessary to bring MCJ performance into substantial compliance with IP provisions.

### SUMMARY OF FINDINGS

**MCJ performance is partially compliant with the Implementation Plan in some areas, but is <u>not in "substantial compliance"</u> with Implementation Plan requirements, except for the nurse dispensing of medications**.[3]

I summarize my review of randomly selected patient encounters in Exhibit B (MCJHC Monitoring Audit Tool December 2023).  On sheet one of this excel spreadsheet I present a table titled  "Summary-Encounters" (Table 1) that shows encounters

---

[1]  To facilitate pertinent corrective actions, I present findings related to care delivered from October 1 through current date.

[2] I determine compliance with the court-endorsed Implementation Plan by reference to the quality indicators elucidated, *inter alia*, by CFMG Implementation Plan (2015), Wellpath Policy and Procedure Manual Monterey County California (2020) and Wellpath Professional Nursing Protocols (2023). Wellpath Policies   Wellpath Policies make frequent reference to guidelines from the  National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails (2018), and to California Code of Regulations, Title 15, Minimum Standards for Local Detention Facilities 2019.

[3] RN medication dispensing on site is a quality indicator I have described as performance measured separately in all past audits.  At this audit, my inspection found medication dispensing was in substantial compliance with the Implementation Plan requirement.

compliant with the IP only if all components for the identified quality indicator as satisfied.  Sheet  3 in Ex. B  presents a table titled "Measure Compliance." (Table 2). Table 2 shows the percentage of times MCJ meets IP requirements.

I can explain the views afforded by Table 1 and 2 by considering different manners for judging airline performance.  Table 1 methodology would report the numbers of flights that customers found unsatisfactory because of one or more unsettling events, such as a frightful landing or lost luggage, notwithstanding a plethora of other adequate services. Thus, Table 1 would report an individual flight as satisfactory only if every component of services was adequately performed.  On the other hand, a methodology akin to Table 2 would report customer satisfaction regarding multiple airline  tasks such as ticketing, checking luggage, timely departure, seating, in-flight service, and arrival time,  The Table 2 methodology allows that inadequate performance in one task does not erase the credit due for things done right. The data summarized in Table 2 shows "partial compliance" with the Implementation Plan, even though substantial compliance is not met.

Table 3 combines the "pass-fail" assessment summarized in Table 1, with my review of care provide to 30 patients residing in MCJ from October 1 through December 31, 2023. In my assessment of care for the 30 patients cited, I allotted a "pass" or "fail" determination for each encounter.  I also determined whether the care to each of the 30 patients over time met community standards. **I found that for 83 percent of the cases (25 out of 30), the care provided, or lack of care, was such that increased the risk of harm, did not meet community standards and was not in substantial compliance with the Implementation Plan.**

Notwithstanding observed performance shortfalls, data summarized in table 2 shows more than 50% but less than 80% compliance for Intake Screening, Chronic Care, Continuity of Care, Outside Medical Care, Withdrawal/Detoxification, Infections, and Pharmaceutical Administration. For Access to Care, Health Care Maintenance, and Quality Management, I did not observe even 50% compliance with the Implementation Plan requirements.

## TABLE 1 – Percentage Compliance for Encounters

| Monterey County Jail Summary Percentage of Compliance of Encounters by Medical Quality Indicator | | | | |
|---|---|---|---|---|
| **Medical Quality Indicator** | **Number of Encounters** | **Number of Appropriate** | **Number of Deficient** | **Percentage Compliance** |
| **Intake Screening** | 22 | 4 | 18 | **18.2%** |
| **Access to Care** | 22 | 5 | 17 | **22.7%** |
| **Chronic Care** | 21 | 4 | 17 | **19.0%** |
| **Health Care Maintenance** | 11 | 0 | 11 | **0.0%** |
| **Continuity of Care After Release** | 19 | 9 | 10 | **47.4%** |
| **Outside Medical Care/Referrals** | 18 | 6 | 13 | **31.6%** |
| **Detoxification/Withdrawal** | 18 | 7 | 11 | **38.9%** |
| **Tuberculosis & Other Infections** | 15 | 4 | 11 | **26.7%** |
| **Pharmaceutical Administration** | 5 | 3 | 2 | **60.0%** |
| **Totals** | **151** | **42** | **110** | **27.6%** |

## TABLE 2 – Percentage of Measure Compliance

| Monterey County Jail - Summary  Percentage Measures Complied by Medical Quality Indicator | | | | | |
|---|---|---|---|---|---|
| **Medical Quality Indicator** | **Number of Measures Revewed** | **Number of Yes (Compliant)** | **Number of No (Non-compliant)** | **Number of N/A** | **Percentage Compliance** |
| **Intake Screening** | 330 | 128 | 43 | 159 | **74.9%** |
| **Access to Care** | 123 | 47 | 65 | 11 | **42.0%** |
| **Chronic Care** | 84 | 36 | 32 | 16 | **52.9%** |
| **Health Care Maintenance** | 33 | 4 | 29 | 0 | **12.1%** |
| **Continuity of Care After Release** | 76 | 22 | 29 | 25 | **43.1%** |
| **Outside Medical Care/Referrals** | 76 | 32 | 26 | 18 | **55.2%** |
| **Detoxification/Withdrawal** | 216 | 48 | 21 | 147 | **69.6%** |
| **Tuberculosis & Other Infections** | 75 | 19 | 18 | 38 | **51.4%** |
| **Pharmaceutical Administration** | 15 | 3 | 2 | 10 | **60.0%** |
| **Totals** | **1028** | **339** | **265** | **424** | **56.1%** |

## TABLE 3 – Combined Findings of Compliance, Case Reviews and Encounters

| TABLE 3          Quality Indicator | Compliant/Not Compliant | % Compliant | Comments |
|---|---|---|---|
| 1.  Intake Screening | Not Compliant | 25.0% | see text and worksheets |
| 2.  Access to Care | Not Compliant | 47.4% | see text and worksheets |
| 3. Chronic Care | Not Compliant | 23.3% | see text and worksheets |
| 4. Health Care Maintenance | Not Compliant | 0.0% | see text and worksheets |
| 5. Continuity of Care | Not Compliant | 56.0% | see text and worksheets |
| 6. Outside Care Referrals | Not Compliant | 56.6% | see text and worksheets |
| 7. Detox/Withdrawal | Not Compliant | 54.8% | see text and worksheets |
| 8. Tuberculosis/Infection Control | Not Compliant | 31.6% | see text and worksheets |
| 9. Pharmaceutical Storage, refusals and dispensing upon release | Not Compliant | 60.0% | distinguished from dispensing |
| 10.Operational Aspects:  Administration and Medical Staff, Facilities, Quality Assurance | Not Compliant | NA | facilities and other operational aspects are not compliant |
| 11. RN Medication Dispensing On Site | Substantially Compliant | 83.3% | see text and worksheets |
| 12. Physician/Provider Case Review | Not Compliant | NA | I found 5 out of 30 cases described in Ex B to be managed adequately |
| Overall Audit Score | | 43.8% | |

## FINDINGS HIGHLIGHTS

A. Patients are not timely screened for sexually transmitted diseases, including HIV, HCV, Hepatitis B and Syphilis.  The tests are often done much later after requests by the inmate/patient.[4]

B. QuantiFERON tests are being ordered for patients with positive skin tests suggesting latent tuberculosis infection, but tests are inordinately delayed, sometimes not done before the inmate/patient is released.

C. Patients are not consistently and timely receiving needed acute and/or chronic medical care from the on-site providers and/or needed offsite specialists. [5]

D. Patients appearing intoxicated or withdrawing are not attended to in accordance with Wellpath Policies and the Implementation Plan.

E. Medical director oversight was not consistently evident in care provided to the most complex patients by RN, PA and NP.

---

[4] Multiple provisions  in the IP call for STD screening of all persons admitted to the jail as recommended by the Center for Disease Control.   See IP  page 3 - Intake should identify health problems, including sexually transmitted disease);  page 11 – Inmates should have access to care that meets community standards; page 19 – Chronic care should be consistent with national practice guidelines.

[5] In case 10 summarized below (see Exhibit A) a delay in STD testing and syphilis treatment may have increased the patient's risk for miscarriage of her pregnancy.

F.  The EMR does not consistently document that released patients receive necessary medications and/or follow up instructions.

G.  Staffing is in flux.  A new director of nurses was hired this month.  There is still no full-time medical records supervisor.  There are insufficient on-site RN and PCP to meet demand for services.  Telehealth services at MCJ observed for this audit are a "step in the right direction" but will need substantial improvements to comport with Implementation Plan requirements for access  to care.

H.  QA/QM process at MCJ does not ensure that all staff are adequately trained to meet IP requirements.

To facilitate communications among the parties and court, I report my finding below according to the court designated requirement categories.

| Requirement | Implementation Plan Guidance | Monitor Finding |
|---|---|---|
| 1 Medical Intake<br>Court no. 2 | The intake screening must include, among other things, taking of vital signs and inquiry into medical issues, medications, and substance use. Id. at 13-14, 29; Dkt. 494 at 15 (same); Dkt. 460 at 11-12."Inmates with medical … conditions identified during intake screening … shall be assessed by the Booking RN who will begin initial treatment planning … and schedul[e]referrals for follow up evaluation | **Partially compliant.**<br><br>Intake does not consistently  assess medical issues and institute appropriate treatment planning. |
| 2 Sick Call – Access to Care<br>Court. no 3 | Inmates must have timely access to necessary treatment by Qualified Medical Professionals for prisoners with medical issues." Health complaints shall be collected, processed, and documented on a daily basis, and patients must be scheduled for the next sick call. Sick call must be conducted Monday through Friday in a private clinical environment. Sick call slips must be "filed in the inmate's medical record." MD or RN must visit individuals housed in holding | **Not compliant.** Necessary attention is not provided to MCJ patients with medical issues in safety and/or sobering cells before  admittance into general population housing. (See, Wellpath Monterey P & P, HCD F-04 |

| | | |
|---|---|---|
| | and isolation cells on Monday, Wednesday, and Friday. | regarding sobering cells and HCD G - 02A regarding safety cells). Sick call slips are frequently not found in the medical record. Documentation for patients housed in holding, isolation, cells (including infirmary cells) is not consistently posted in the EMR. [6] |
| 3 Chronic Care Court no. 4 | "Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival, " to be " managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines." Chronic care visits shall  (1) assess the patient's medications, complaints, and compliance with the treatment plan; (2) examine vital signs and weight; (3) assess diagnosis, degree of control, compliance with the treatment plan | **Partially compliant.** Patients with chronic illnesses, including substance abuse, are not consistently scheduled by the Intake Nurse  for chronic care, and are often not seen by medical provider within seven days. |

[6] MCJ does not consistently document attention provided to segregated inmates, which includes those housed in safety cells, sobering cells, or the infirmary, as called for by the NCCHC and California Standards cited in Wellpath Policies.

| | | |
|---|---|---|
| | and clinical status as compared to prior visits; and (4) conduct lab and diagnostic tests as necessary, develop strategies to improve outcomes if the condition has worsened, educate the patient, and refer to an MD or specialist, and/or conduct discharge planning as necessary. | Chronic care visits frequently do not address the issues required by the Implementation Plan, and do not manage illness or risk of disease in accordance with national practice guidelines. |
| 4. Health Care Maintenance Court no. 5<br><br>The required 14 day health inventory is posted in the IP on page 23 as a directive associated with Chronic Care.  A chronic care visit should provide an assessment that meets or exceeds the investigation called for in the 14 day health inventory. Intake Screening quality indicator 1.5 assigns compliance for either timely chronic care visit or 14-day inventory. | All patients must receive both a 14-day health inventory and communicable disease screening, using designated forms to record temperature, pulse, respirations, blood pressure, height and weight. Assessment shall include screening for sexually transmitted diseases, noting all positive findings on a "problem list.  The six-month physical examination, documented on a designated form,   must include: i) review of the health inventory and communicable disease screening; ii) vital signs with height and weight; iii)  a full body system review and assessment and iv)  assessment of the individual's health | **Not Compliant.**<br><br>Patients generally do not receive a 14 day screening.  The six-month exam is irregularly performed among inmates in residence beyond 6 months.  When performed, the 6-month exams are often incomplete. |
| 5. Continuity of Care After Release<br>Court no. 6 | Inmates released to the community will be provided with written instructions for the continuity of essential care, including, but not limited to, name and contact information of community providers for follow up appointments, prescriptions and/or adequate supply of medication for | **Partially Compliant.**<br>Case reviews show meds and follow-up instructions in many cases.  But some inmates are released without documented |

| | | |
|---|---|---|
| | psychiatric patients. | supply of necessary medications, and/or referral for needed follow up care. |
| 6. Outside Care<br>Court no. 7 | Inmates will have access (presumed timely) to outside health care providers; records, results, and orders received from [such]off-site consultations and treatment shall be maintained in the patient's medical record. | **Partially Compliant.**<br><br>Access to outside services and associated documentation is improved compared to prior audits. But I found multiple instances where specialty care seemed delayed and/or reports from outside care are not in the medical record. |
| 7. Treatment of Intoxicated Patients - Detoxification/ Withdrawal<br>Court no. 8 | Medical providers shall be timely involved in assessing and treating inmates potentially undergoing withdrawal, and non-provider medical staff shall timely refer to providers those inmate undergoing withdrawals when clinically indicated. | **Partially Compliant**<br><br>Necessary medical evaluations for intoxicated or withdrawing patients are sometimes not performed or delayed. |
| 8. Communicable Disease (Tuberculosis, Infection Control)<br>Court no. 9 | MCJ shall provide appropriate infectious disease screening and follow-up, including but not limited to screening for tuberculosis and methicillin resistant staphylococcus aureus (MRSA).The tuberculosis | **Partially Compliant.**<br><br>Blood tests for TB and  STD screening are |

| | identification, control and treatment program shall comply with [U.S. Centers for Disease Control and Prevention ("CDC")guidelines]. MCJ shall have a reliable system to track whether all newly booked inmates have received tuberculosis screening and appropriate follow-up testing and treatment. | being ordered appropriately, but not timely performed. Patients are released before testing is done. Suspected MRSA infections are not consistently cultured to determine antibiotic resistance. |
|---|---|---|
| 9. Pharmaceutical Practice[7] Court no. 10 | Monterey County Jail pharmaceuticals shall be managed to ensure appropriate containers, and labels. Inmates on essential medications will receive medication while in court. Controlled substances will be kept under maximum security storage and counted at each shift change by the nursing going off duty together with the nurse coming on duty. The medication nurse is responsible for and will verify whether each patient takes their prescribed medication, including by recording it on the inmate's medication administration record. | **Partially Compliant** I found a few incomplete labels and expirations on multiple dose vials, MCJ pharmaceuticals are properly stored. The medication nurse I observed accepted the patient's self-identification without referring to picture ID. Inspection of the patient's mouth after receiving medication was at times. There had been some medication rounds curtailed by lack of custody escort. |

[7] The process of RN medication dispensing on site is reported as a separate metric. I observed on site that appropriate care and caution were taken in dispensing medication for nearly all patients.

| 10. Medical Quality Assurance<br>Court no. 11 | All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.  There must be corrective action measures to address lapses in the application of the policy. The responsible physician must provide appropriate supervision of the PA, NP, and RNs. Wellpath must provide access to death reviews of post-Settlement in-custody deaths within thirty days from the date the review is completed. | **Not Compliant**<br><br>Professional Nursing Protocols are updated in the document  dated July 2023. I have not seen peer review documents. I have not seen quarterly quality management committee minutes for 2023 that document awareness of my audit findings or enact correct measures to cure apparent lapses described by me. Death reviews are provided to me only after I issue a request to see them. |
| --- | --- | --- |

## METHODOLOGY

The methodology I apply in this audit here differs somewhat from past audits.  This audit emphasizes the degree to which MCJ is complying with IP requirements, notwithstanding that there are sufficient departures from the IP that I believe preclude a finding of substantial compliance with the IP.

Table 1 summarizes the percentage of clinical encounters reviewed that demonstrated compliance with the described performance parameter.  As mentioned above, I consider an encounter to have been performed in substantial compliance with the IP when all aspects of care called for by the IP are met.  In other words, I report by this analysis that the encounter either "passed" or "failed" to meet IP requirements.

Table 2 summarizes the percentage of parameters of care (quality measures) that MCJ performs in accordance with the IP even if the entire encounter performance did not satisfy the IP requirements.

Table 3 compiles my findings regarding adequacy of encounters as revealed in case reviews (Exhibit A) and the monitoring tool (Exhibit B).

Case reviews consider whether MCJ care comports generally accepted principles of medicine and applicable standards, as is required by the Implementation Plan. [8] Publications I refer to in determining applicable community standards of care include but are not limited to UpToDate, Centers for Disease Control (CDC), United States Preventive Task Force (USPTF), Cochrane Reviews/Cochrane Library, American Family Physician and New England Journal of Medicine

The calculated scores provided are imperfect measures provided as a short-hand description of my findings that are detailed in the report text. In general, I consider compliance rate of over 80% tantamount to "substantial compliance," 50% to 80% to be partially compliant, and less than 50% performance to be "not compliant." However, any number of serious lapses in care that place one or more inmates at substantial risk of harm may indicate that MCJ performance does not substantially comply with the Implementation Plan.

Defendants have asked how I select the patient encounters (also described as "samples") to perform my review of the medical services at MCJ.  In response to my January 10, 2024 draft report, Defendants' February 9, 2024 letter states  that "reviews, findings and conclusions should be based on a random representative sample of patients."   I have endeavored to do that by examining the medical records from the "universe" of patients receiving care while incarcerated at MCJ.  .  The patient encounters I list in Exhibit B are drawn at random from logs supplied by Defendants. The encounters listed in Exhibit A (case reviews) are drawn from patients who have filed grievances regarding their medical care.  Naturally, I also review all the deaths occurring at MCJ to assess compliance with the Implementation Plan at critical junctures. I believe this approach is reasonable and comports with methods deployed by respected federal and state auditors. [9]

---

[8] See Settlement Agreement, page 2-3; Implementation Plan page 8. (medical services shall  be provided "in accordance with community standards.")

[9] *See, e.g.*, CMS (Centers for Medicare & Medicaid Services) 2023 Program Audit Process Overview, updated November 2022 (available on-line).  CMS chooses samples from a "universe" submitted by the reviewed organization to determine compliance with each "program area and element."   An area of interest for CMS is patient grievances.  It would not be reasonable for me to exclude from the universe of patients I review those who have registered concerns about their medical care.

 *See also*, Bellas, et. al, Quality indicators and performance measures for prison healthcare; a scoping review. Health and Justice (2022) 10:13 From the Leeds Institute

## FINDINGS [10]

1. **Intake** was <u>partially compliant</u> with the Implementation Plan.

Notwithstanding adequate intake in most cases, I found many departures from the Implementation Plan.  Abnormal vital signs were often not repeated.  Fingerstick blood glucose was often not obtained despite instructions on the form to do so.  Screening for disability with dedicated form was not performed in accordance witih IP.  Intake nurses did not consistently refer patients to  chronic care, or to mental health who had serious medical and/or  psychiatric illness. Intake forms are sometimes incomplete. Health inventory due within 14 days of admission frequently not performed (including a pregnant patient) to obtain needed care, and STD screening.  I did not see documentation of visits to patients in safety/sobering cells and before release from such cells in accordance with Wellpath protocols. See Ex. A, case 10, 11, 13, 15, 17, 23, 24, 29. See, also, Ex B for description of patients cited below.

1.1 - <u>Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted). IP I</u>.  **No.**  Patients ████████ (11/7/23), ████████ (10/2/23) were not screened by intake upon arrest.

1.2 - <u>If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported for medical clearance? IP I  A</u>.  **Yes**

1.3 - <u>Did booking include accurate vital signs, FBS as indicated,  and EMR inquiry regarding past and current health problems? IP I C, and intake Form</u>. **No.** ████████ (11/1/23) , ████████ (11/23/23), ████████ (11/28/23), ████████ (12/13/23), ████████ 10/4/23), ████████ (11/29/23)  Blood sugar not tested, abnormal vital signs were not repeated, important clinical conditions not reported.

1.4 - <u>If during the initial intake screening process the inmate was identified with an acute or  chronic medical condition deteriorated, did the booking nurse refer the inmate to the primary care provider for immediate care? IP I C 1,2,3; See also Wellpath Policy and Procedure (hereinafter WPP) E-02 </u>.  **No**. ████████ (11/25/23) history of syphilis and hepatitis C, uncertain treatment or infection status, not referred for chronic care, not seen by on site infectious disease physician.  ████████ (12/13/23) acute cellulitis requires immediate attention, not provided

---

for Health Sciences, University of Leeds. UK. (available online at https://doi.org/10.1186/s40352-022-00175-9). The authors conclude that "[w]here possible, indicators that enable comparison with community settings should be included to reveal imbalances between the quality of prison and community healthcare."

[10] Quality indicator categories are numbered in accordance with summary table 3.

1.5  Was the inmate with a chronic medical condition seen by a primary care provider within seven days of arrival at the facility? IP I C 1,2,3; See also Wellpath Policy and Procedure (hereinafter WPP) E-02 . **No.** See, e.g.: ███████ (10/3/23), ███████ (10/16/23), ███████ (10/13/23), ███████ (11/2/23), ███████ (11/3/23), ███████ (11/23/23), ███████ (11/25/23), ███████ (12/13/23), ███████ (10/4/23) , ███████ (11/29/23).

1.6  Did  booking screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?– IP I D.  **No.** ██████████████████████ ████████████████████████

1.7  If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? IP I D.  – See 1.6.  **Deferred to ADA expert.**

1.8 If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? IP I E 1. **No.** ████████ (11/25/23) DS reported bipolar illness, polysubstance abuse . Not referred for MH at Intake.  Seen for SI one week later. [11]

1.9   Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? IP I E 2. **Yes.**

1.10   If an inmate had an existing medication order upon arrival at the facility, was the medication administered without undo interruption? IP II. **No**. ████████ (Remeron reported 10/23/23  not prescribed until 10/29) , ████████ meds reported 10/12/23 not prescribed until 10/17/23), ████████ (CHOMP physician prescription not reviewed in EMR).

1.11   Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? IP II **No.**  See Ex, B for detail.

1.12   For inmates prescribed psychotropic medications: Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions?   **No.**  See Exhibit B for details.  I defer further evaluation to mental health.

1.13   For inmates prescribed psychotropic medications:Was an inmate seen by a psychiatrist within seven days of arrival at the facility?   **No.**  See Exhibit B for details.  I defer further evaluation to mental health.

1.14   For inmates prescribed psychotropic medications: If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the

---

[11] I defer further evaluation of this case to the Mental Health expert monitor.  I am assessing only the compliance at Intake with requirements for referral to mental health.

registered nurse refer the inmate to the psychiatrist? Deferred to Mental Health expert. **NA.  such episodes seen.**

1.15    At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?  **Yes.**


**2.  Access** was not compliant with the Implementation Plan.

Face to face assessments needed pursuant to IP and applicable standards of care were frequently delayed. Assessments were  incomplete or not in accord with applicable protocols. Some assessments and treatments were provided without physical examination.  Patients needing PCP appointments were not timely referred.  The care for complex patients was sometimes provided by physician extenders without physician collaboration.  See Ex. A, Cases 1, 3, 5, 7, 8, 9, 10, 11,12,13,14,15, 16,17,19,20, 21,22,23,25, 26, 27, 28, 29, 30. See, also, Ex B for description of patient care cited below.

2.1 - Did the licensed health care staff review the sick call slip on the day it was received? IP III D 1. **No.** ▮▮▮ (10/27/23); ▮▮▮ (11/19/23); ▮▮▮ (10/15/23); ▮▮▮ (11/15/23); ▮▮▮ (11/23/23), ▮▮▮ (11/28/23); ▮▮▮ (10/12/23).

2.2 – Following the review of the sick call slip, did the registered nurse or PCP complete a face-to-face assessment of the inmate within the required time frame? IP D2 ("emergency requests are seen immediately … and.or transported to NMC") **No.**



2.3 –  Did the registered nurse or PCP document the face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? IP III A (care "shall be provided…in accordance with community standards); See, also WPP HCD 110-E-08 (requires SOAPE documentation of "subjective, objective, assessment, plan and education.) **No.**



2.4 Did the registered nurse or PCP document a thorough treatment plan including appropriate referral to PCP that is within the practitioner's scope of practice and supported by the sick call Nursing Protocols? IP III F.  **No.**

2.5  If the registered nurse determined a referral to the primary care provider was necessary, was the inmate seen within the specified time frame? IP III A, B1, D 1,2; F1 G 12  (Health services shall be provided in accordance with community standards, pursuant to physician approved protocols consistent with scope of practices. Urgent conditions will be referred to on-site or on-call provider resources.) **No.** ████████
████████████████████████████████

2.6 - Does the registered nurse or provider conduct rounds in administrative segregation, holding, isolation cells and infirmary as needed ?  See IP III E4 (Inmates housed in holding and isolation are visited by MD or RN every Monday, Wednesday and Friday);  MPP HCD 110 F-02 (frequency of physician and nursing rounds for patients who need infirmary-level care is specified based upon clinical acuity and the categories of care provided.)  **No**.  There were no notes in the EMR that described nurse or PCP rounds on all patients in holding cells, isolation cells, and the infirmary as required by the IP and Wellpath protocols.

 3. **Chronic Care**  was underlined partially compliant with the Implementation Plan.

Many patients are seen for chronic care visits. But the initial chronic care visits do not consistently occur within the time required by the IP ( 7 days from admission) .   Major medical problems were not consistently documented in the problem list.  The care for complex patients was sometimes provided by nurses and physician extenders without physician collaboration.  Patients at high risk for HCV, HIV and STD were not screened in accord with community standards. See Ex. A, Cases 1, 5, 6, 7, 8, 9, 10, 12, 13, 15, 16, 17, 19, 20, 21, 22, 23, 24, See Ex, B for description of patient care cited below

3.1  Was the inmate's chronic care follow-up visit completed as indicated and/or following 14 day health inventory if needed or as ordered? IP III C, G  (chronic medical conditions observed at intake will see medical provider within 5-7 days of arrival or next medical provider line); III G 2, 5  (requires 14 day health inventory & communicable disease screening).  **No.** ███████████████████████
████████████████████████████████

3.2 For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? **Deferred to Mental Health monitor.**

3.3 Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care Clinic form? IP III G 3,4. **No.**
████████████████████████████████████
████████████████████████████████████

3.4 <u>Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? IP III G 4b (Chronic medical/mental conditions and other pertinent problems will be recorded on the Patient Problem List).</u>  **No.**


**4. Healthcare Maintenance**  was <u>not substantially compliant</u> with the Implementation Plan.

Initial examinations required within 6 months of booking, and annual examinations were frequently delayed, incomplete, or not found in the EMR. National guidelines regarding screening for human immune virus (HIV), chronic hepatitis C infection (HCV)  and sexually transmitted diseases (STD) screening were not followed. Some full physicals provided at same time as chronic care visits were not documented in the history and physical form called for by the IP. See Ex. A, Cases 4, 6, 17.  See Ex B for description of patient care cited below.

Departures from the required health inventory at 14 days are also noted in the assessment of adequate chronic care following Intake.  See Intake Screening 1.5, above.

4.1 <u>Did the inmate receive a complete physical examination within six months of the date of incarceration? IP III I.</u> **No.**

4.2 -  <u>Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A? IP III I 3.</u>  **No. .**

4.3 - <u>Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? IP III I 4</u>  **No.**

**5. Continuity of Care** was <u>partially compliant</u> with the Implementation Plan.

Documents elucidating medications and follow up care that should accompany patients upon release were sometimes not found in the MCJ electronic medical record (EMR). See Ex. A, Cases 28, See Ex. B for description of patient care cited below.

5.1 <u>For inmates transferring to another detention/corrections system:</u>
<u>Was a Transfer of Medical Information form accurately completed for an inmate transferring to another detention/corrections system? IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information);</u>
**Yes.**

5.2 <u>Was there a documented 30-day supply of medications provided to the patient upon</u> <u>discharge? IP IX F (nursing and medical staff  will notify custody of the need to ensure</u> <u>up  to 30 days supply of essential medication or a prescription upon release.</u>   **No.**



5.3 <u>For an inmate who was released prior to resolution of a continuing medical/mental</u> <u>health condition, was the referral to public health and/or community clinic completed by</u> <u>the facility as appropriate? IP III G J2; G 3b (4) c vi (Chronic care includes discharge</u> <u>planning in preparation for release and transfer of information);</u>   **No.**

5.4 <u>For an inmate who was released to community, was the inmate provided with</u> <u>written instructions for the continuity of essential care?  IP III G J2; G 3b (4) c vi</u>  **No.**

**6. Outside Referrals** were <u>partially compliant</u> with the Implementation Plan.

In some cases, referrals for specialty services ( even when requested by co-managing physicians)  were delayed or not provided.    Referral forms and written reports from outside providers were not consistently available in the EMR.  PCP review and follow-up on visits to outside care were not consistently documented.  Documentation for instruction to ambulances was not found in the EMR. See Ex. A Cases 1, 12,  23. See Ex. B for description of patient care cited below.

6.1 - <u>For inmates referred to outside provider for higher level of care:</u>
<u>Did health care staff complete the CFMG's Medical Referral Form? IP III L.</u> **NO.**

6.2 -  <u>If an inmate was referred to an outside provider for a higher level of care, was the</u> <u>inmate seen within the time frame specified by the ordering physician? IP III A</u> <u>(Medically necessary services which are not provided on site shall be made available by</u> <u>referral… in accordance with community standards).  NCCHC Standards for Health</u> <u>Services in Jails 2018 J-D-08 (standard of care services include appropriate and timely</u> <u>access to necessary hospital and specialist care).</u> **No.**

6.3 - <u>For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company?  IP III L2.</u> **No.**I found no ambulance referral forms in the EMR. [12]

6.4 - <u>Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider with appropriate follow up on these recommendations? IP III A, NCCHC Standards for Health Services in Jails 2018 J-E-09 (standard of care services include visit to jail health staff upon return from hospital or specialty visit to review recommendations)</u> **Yes.** Exceptions - ████████████████

**7. Detoxification and Withdrawal Care** was <u>partially compliant</u> with the Implementation Plan.

Most patients at risk for withdrawal were placed on appropriate protocols.  But Intake nurses sometimes failed to contact the on-call PCP for orders for patients at risk of serious complications caused by intoxication and withdrawal from multiple substances notwithstanding hospital clearance.  Monitoring protocols were not consistently followed as required in the IP.  Assessment for Medically Assisted Treatment (MAT) was sometimes delayed and/or irregularly provided.  Patients with a history of synthetics abuse were not consistently entered into appropriate monitoring protocols.  Patients apparently withdrawing  (uncooperative, ataxia, abnormal vital signs) or described as overtly impaired were sometimes housed in sobering cells or sent to the general population (GP) without medical consultation to ensure that such placement was safe.  See Ex.A Case 12, 24.  See Ex. B for description of patient care cited below.

7.1 - <u>For inmates who were intoxicated at the time of booking into MCJ:</u>
<u>Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health care staff? IP V.A. ("[patients] placed in the protective environment of the sobering cell will be under close observation by custody and health services staff.").</u> **No.** ██████████████ – patients were sent to GP despite Intake nurse reporting intoxication.

7.2 - <u>For inmates who were intoxicated at the time of booking into MCJ:</u>
<u>Did the medical staff document an assessment/evaluation of the inmate in the SOAP format? IP I C3 (Assessment shall include vital signs and inquiry into substance abuse including type/methods/amount/etc)  IP V.D. (note must provide following data   or Subjective, Objective, Assessment and Plan).</u> **No.** ████████████████████
████████████████  Medical staff evaluations required by Wellpath Protocols for patients in sobering cells were not found in  the EMR.

7.3 - <u>Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors? IP V.</u> **No.** ████████████████

[12] I am informed that ambulance forms are kept by custody.  I have not seen copies of these forms.

7.4 - Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms?  IP VI. **No.** ███████ ███████ – exceptions, not placed in protocol for synthetics despite suspected abuse.

7.5 - For inmates withdrawing from Opiates: In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? IP VI C. **Yes.** .

7.6 - For inmates withdrawing from Opiates: Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? IP VI C 1. **Yes.**

7.7 - For inmates withdrawing from Benzodiazepines/Barbiturates: Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs? IP VI C 2. **Yes.**

7.8 - For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? IP VI C 2. Page 58. **No.** ███████ Patient admitted with polysubstance abuse, including possible sedatives after jail check on 11/26/23, was not seen by MCJ medical staff timely thereafter and readmitted to ER for withdrawal seizures on 11/30/23.

7.9 - For inmates withdrawing from Benzodiazepines/Barbiturates:Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? **No. See above.**

7.10 - If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? IP VI C 2. Page 58.  **No.** ███████ - inmate/patient enrolled 11/9/23 in alcohol and bezo protocol, orders given by PCP 11/10/23 but no examination done within 3 days. (Exam is on 11/16/23)

7.11 - If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? IP VI C 2. Page 58. **Yes.**

7.12 - If the inmate exhibited signs of severe drug withdrawal, was the patient immediately transported to the emergency room with notification of the on call medical provider as needed? IP I A, IP VI. See also MPP HCD 110-E-02 6.4 (Purpose of receiving screening is to identify patients requiring emergency treatment and wil will require immediate care upon entry to the jail).  **Yes.**

**8. Tuberculosis and other Infections** was <u>partially compliant</u> with the Implementation Plan.

Patients with an unequivocally positive PPD (many of whom had received a  BCG vaccine)  are being referred for QuantiFERON testing to confirm diagnosis of latent TB. However, screening tests are not performed yet.   Thus patients are not consistently counseled and/or  treated for latent TB in accordance with CDC recommendations. Few patients were screened for HIV, HCV, and STD in accord with state law and national standards of care. See Ex. A and Ex B for numerous examples of departures from the IP.

8.1 <u>Did the inmate receive appropriate STD  screening not later than 14 days after booking, and tuberculosis screening within seven days of inmate's admission to the facility? ( IP  1; III G 5 (Health inventory and communicable disease screening shall be completed within 14 days of arrival); VIII H,  I (screen for active TB upon arrival, test for latent TB within 7 days of arrival)</u>. **No.** See Exhibit B describing following patients:  BV assessment 10/28/23 is 11 days after admission. MP screening 10/28/23 is months after admission on 8/18/23.  RR screening on 10/28/23 is weeks after admission on 10/6/23/. DZ booked 10/12/23 not tested for TB as of 11/25/23. SR has prior BCG and needs QuantiFeron as noted at admission 11/22/23  but no testing done or scheduled 11/27/23.  JS - homeless 20 yo, negative PPD 2/2023.  Not repeated as of readmission 9/25/23 (needs new test unless negative within 3 months). JU - multiple bookings without TST screening. Result from 6/23/23 not recorded. JMC booked 11/23/23 with no evident screening for TB, released 12/5/23. DS at hi risk for TB refuses exam, no refusal in EMR, and no repeat offers documented. Also, Syphilis not timely treated. AJ admitted 12/13/23 still housed MCJ 12/25 but no TB testing.  Also no STD screen.

8.2 - <u>For an inmate screening positive for active TB: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation?</u>  **NA.** I did not see any such cases identified.

8.3 - <u>Were positive TB skin tests followed by X ray and/or Quantiferon testing within 72 hours and consultation thereafter  regarding latent TB treatment options. or an inmate screening positive for active TB:</u> **No.**  See Exhibit B, describing following:  BV Chest X ray on November 3, 2023  was done 4 days after positive skin test.  QuantiFeron test still not drawn. Not counseled. DN Chest X ray November 3 was five days after positive skin test (documented 10/28/23) and no QuantiFeron test done yet. Not counseled. MP positive skin test on 10/30/23 - X ray done 4 days later (neg) 11/3/233 and no Quantiferon or counseling yet performed. RR positive skin test on 10/30/23 - X ray done 4 days later (neg) 11/3/233 and no Quantiferon or counseling yet performed.

8.4  - <u>Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen?</u>  **NA.**   I did not see such cases.

8.5   Are inmates screened annually for signs and symptoms of tuberculosis with TB skin tests as indicated? IP VII H (screen for TB symptoms annually with skin testing as indicated annually);  HCD 110 B-03 (after positive skin test, screen for symptoms annually). **No**.   See Ex. B, describing following:  DZ booked 10/12/23 not tested for TB as of 11/25/23.  JMC booked 11/23/23 no evident TB screening before release on 12/5/23. DS at hi risk for TB refuses exam, no refusal in EMR, and no repeat offers documented. Also, Syphilis not timely treated.  AJ admitted 12/13/23 still housed MCJ 12/25 but no TB testing.  Also no STD screen.


**9. Pharmaceutical Administration and Dispensing** was  partially compliant with the Implementation Plan.

Narcotic logs were kept in accord with the IP and state regulations.  I found a few expired multi-dose containers. I observed some medications dispensed in a fashion that seemed  to depart from IP requirements insofar as patients were allowed to identify themselves without confirmation from jail-issued ID badges.


**10.  Operations - Administrative, Facilities,  Staffing and Quality Assurance – Not Compliant**

**Staffing – Administrative, PCP, RN, medical records, and support**  –   Staffing reviewed during this audit was not compliant with the Implementation Plan.  MCJ has only recently installed a full-time, permanent Director of Nursing.[13] MCJ has no manager/director/supervisor for medical records.  The Medical Director provides patient care for complicated cases, oversight of physician extenders and nurse practitioners, and administrative tasks. However, the volume of patients with complicated medical problems seems to exceed the hours available for Medical Director supervision.   I have recommended that Wellpath assist the Medical Director to ameliorate excessive workloads, especially while corrective actions are being enacted.

Based upon the apparent delays from the time of patients' requests for care until patients are provided access to RN and PCP sick call, staffing has not been substantially compliant with the IP.

**Clinic Facilities** - Clinic Space and equipment were not substantially compliant with the Implementation Plan. MCJ has not installed scales in each room that are calibrated for

---

[13] As noted below, the DON newly hired around the time of my site visit has since been replaced.

accuracy. Snellen eye charts to confirm visual acuity or visual loss are not readily available.   The white noise machine in Intake is not always used to protect patient confidentiality.  MCJ telehealth facilities are not technologically advanced;  clinicians examining patients remotely are unable to listen to the patient heart/lungs or visualize eyes, ears, throat.  Staff assisting the  telehealth visit on site are not  trained to provide information to the examining clinician about palpation or  tenderness.

**Quality Assurance[14] –** was <u>not compliant</u> with the Implementation Plan. Standard practices and protocols were updated in a document dated July 2023. These written protocols seem, to my inspection, mostly in accord with community standards of care. I have suggested for Wellpath consideration a few edits to improve clarity and quality of care.

MCJ leadership has invited me to provide mentoring materials for distribution among the staff. However, I have been informed, or observed by chart review that my proposed instructions have been widely disseminated and enforced.

I was informed that a daily morning "huddle" bring together  the medical director or designee and supporting clinical staff.   The single huddle I observed did not address several patients with complex conditions worthy of discussion.  I will be attending additional huddles in my next audit.

I have not seen documented peer review that is required annually by Wellpath policies. I have not been provided copies of the quarterly 2023 Quality Management (QM) minutes.  The minutes I have seen in prior years did not consistently address my findings.

Death reviews have not satisfied the requirements under the MPP for patients who died while in custody or following care provided by MCJ during 2023. See HCD 110 A-09 ("thorough review of all deaths in custody to verify best practices; to determine the appropriateness of clinical care; to ascertain whether changes to policies, procedures or practices are warranted; to identify issues that require further study; and to prevent future deaths"), citing Title 15, section 1046.

//

//

//

---

[14] Also referred to as "Quality Management" or "Quality Improvement."

## SUMMARY OF CASE REVIEWS[15]

I found the care was inadequate[16] for 25 out of 30 patients described in Exhibit A (case reviews).

Case 1, **Inadequate care**. Patient is not provided with appropriate face to face examination to assess infections in finger and toe. Probable yeast vaginitis 11/21/23 not treated. Patient placed at risk of serious harm from diabetes poorly controlled and infection. Requested visual acuity not done. Optometry appointment was delayed. Podiatry visit recommendations not timely followed. Rationale for abrupt discontinuation of gabapentin not provided in the EMR. Insufficient attention given to patient by the on site ID physician.

Case 2 **Inadequate care**. Medical care does not meet Implemenation Plan requirements: a) delayed prescriptions of drugs required at Intake; b) absent documentation of 14 day appraisal c) insufficient screening for STD.

Case 3 **Inadequate care**. Access to care for chronic skin complaint is not timely. Evaluation is incomplete. Assessment of risk for infections/STD not performed and STD screening not provided. TB testing not done.

Case 4. **Adequate care**. Medical care is substantially compliant with IP. However, patient should be screened for STD, and treatment plan for chronic pain should be elucidated in EMR.

Case 5 **Inadequate care.** Incomplete assessment of this patient's chronic medical condition (AUD) and failure to screen for STD is not in compliance with the Implementation Plan and Wellpath/Monterey Policies. Abnormal vital signs were not repeated or addressed on multiple occasions. Severe dental pain was not alleviated.

Case 6 **Inadequate care.** Chronic care notes for history of COPD, asthma, HTN, seborrhea are incomplete. STD screening was not performed after admission, even after patient requested screening months into incarceration. Health maintenance examination was not performed. Review of specialty services were not timely. Treatments recommended by specialists were not timely provided.

Case 7. **Inadequate care**. MCJ Nurse did not follow protocols that explicitly require communication with PCP to discuss possible external otitis. This is especially important

---

[15] These cases come from the MCJ grievances log, and/or were also brought to my attention by Plaintiffs. That I found care to be inadequate for about 83% of these cases leads me to conclude that MCJ needs to improve its performance when treating the most challenging patients.
[16] I deem medical care that does not comport with community standards and places a patient at substantial risk of harm to be "inadequate."

for patients with diabetes. Markedly elevated pulse - 125 – was not repeated and not communicated to PCP.  Elevated pulse can be sign of impending shock due to severe dehydration or critical hyperglycemia. The Chronic care visit was incomplete without review of CBC and chem panel.  The MCJ PA prescribed without performing a physical examination.  Poorly controlled diabetes was not referred to the on-site physician.

Case 8.  **Inadequate care.**  Diabetic with history of prior osteomyelitis in foot was not timely sent for podiatry care and wound care.  Tooth abscess was not timely treated. Chronic care was incomplete.  No  STD screening performed.

Case 9:   **Inadequate care.** PCP follow up did not address blood sugar or consider whether abdominal pain complaint related to diabetes.  STD screening not done. Weights not checked at each of the visits for abdominal pain  (9/5/23, 9/7/23, 10/9/23). Elevated pulse readings not repeated or evaluated.  The diagnosis of diabetes was thus delayed.   Labs purportedly ordered or intended on 10/9/23 were not done. A timely chronic care exam would have noted substantial weight loss with polyuria and/or polydipsia. The patient has still not undergone STD screening. The patient's complaint of vision blurry has not been addressed.  The initial health assessment due at 14 days was delayed and incomplete when performed.

Case 10.  **Inadequate care.** Screening for STD and treatment of Syphilis was delayed in this pregnant patient.  OB appointment was not provided in a timely manner. Follow up after miscarriage was insufficient to ensure completed miscarriage without complications. [17]

Case 11. **Inadequate care.**  14-day health inventory was delayed and incomplete. No STD screening was performed.  Access to care was not timely.  A request for services 10/30/23 was not honored as of 11/30/23.

Case 12. **Inadequate care.**  Chronic care visits and needed specialty visits were delayed and incomplete.  Chronic Hepatitis C was not addressed. Lab testing was not timely performed.   Poorly controlled diabetes was not reviewed by on site MD or referred to diabetologist.  Recurrent UTI was not managed by MD on site or by Urology referral. Patients' complaints of chronic pain and disability not addressed.  The problem list is incomplete.

Case 13. **Inadequate care.**  The patient's report of medically assisted therapy for her opiate addiction (MAT) and gabapentin doses was not verified upon admission. The patient was not enrolled in the appropriate program for opiate abuse.  Chronic care was incomplete. Her acute chest pain was not managed properly.  STD screening was not performed timely.    .

---

[17] It is not unclear whether fetal loss in this case could have been averted.  However, it is known that prompt treatment of syphilis detected in pregnancy improves outcomes.

Case 14. **Adequate care**.  Vague neck pain was treated per protocols. However, STD testing was incomplete and delayed.

Case 15. **Inadequate care.** Intake and sick call notes are incomplete.  Medications were not consistently delivered as ordered.  Lab tests ordered were not done.  STD was not screened.

Case 16. **Inadequate care**. Albuterol ordered by MD 9/27 was not provided until 10/23. DM type 2 observed in CC exam on 12/19/23 was not monitored with blood sugar tests, and no  treatment for diabetes was provided.

Case 17  **Inadequate care**. Chronic care visits were not provided in compliance with the IP.  Problem list was not updated. No treatment plan was established for orthopedic complaints and abdominal mass.

Case 18. **Adequate care.**  Knee and skin rash complaints were addressed. But documentation was incomplete.

Case 19 **Inadequate care**.  Chronic care visit, and STD screening not done, even after multiple visits with NP.  Ear complaint was not followed up to ensure resolution.   .

Case 20**. Inadequate care**. Chronic care visit for heart failure; assessment of chronic intermittent right toe pain was delayed.  MD did not supervise or collaborate with NP in this care.  Probable gout diagnosis was not made;  lab tests including uric acid and STD screen not done even after the patient provided a history of unsafe sex.

Case 21.  **Inadequate care**. Patient complained that she did not receive albuterol until months after admission.  Asthma was not on problem list.  No peak flow measure to assess asthma control.  STD screening was not performed.

Case 22  **Inadequate care.**  Chronic care was not substantially compliant with the implementation plan.  Problem list is empty.  Lab testing incomplete. No STD screening. Access to care did not comport with IP standards  for lack of physical examination and lab tests to validate prescribed medications.

Case 23 **Inadequate care.**   Required blood sugar testing not done.  Reported abnormal BS (102) in 8/4/23 not follow up.  Lab ordered but not drawn.  Urology consultation requested 11/17/23 appears to be not scheduled as of 12/17/23. Persistent ear complaints treated without examination. No exam was performed for pleuritic chest pain.

Case 24 – **Inadequate Care.**  Chronic care was delayed despite diagnosis of OUD, meth abuse, and seizure disorder.  Patient belatedly received attention from MD.  STD screening delayed, not done as of 12/23/23.

Case 25 – **Adequate Care.**   In most respects, care was substantially compliant with IP. But no STD screen was done.

Case 26 – **Adequate Care.** Appropriate referral of abdominal pain allowed for timely appendectomy with minimal morbidity.  But follow-up care by telehealth is incomplete as necessary physical exams were not performed.

Case 27 – **Inadequate Care.**  Telehealth visits for this patient with chronic headaches, seizure disorder and foot pain failed to document examinations and diagnoses.

Case 28 – **Inadequate Care.**   Visit on 12/4/23 for chest pain, headache, cough, sore throat  and rapid pulse was not managed in compliance with the IP, or MCJ protocols. Differential diagnoses not considered included acute coronary syndrome, Covid, pneumonitis, and thyroiditis.  Medical consultation required by IP was not obtained.

Case 29 – **Inadequate Care.**  Abscesses developed during MCJ stay likely due to MRSA but no culture was taken to determine optimal antibiotic treatment.  No face-to-face exam provided by MCJ PCP to assess the need for repeat Incision.

Case 30 – **Inadequate Care.** As of January 8, 2024 frequent watery diarrhea, pain and weight loss was undiagnosed and untreated. Needed lab and referral to MD on site was delayed.

## PATIENT DEATHS in 2023

My audit report submitted September 4, 2023  assessed MCJ care in regards to the deaths of  **MAM** (██████ DOD[18] ████), **JSH** (██████ DOD ████, **MPM** (██████ DOD████), **JPG** (█████ DOD ████**), APB** (█████ DOD ████). [19] I report my findings below regarding the death of EDM on ████████████. I update my findings after viewing additional materials regarding APB.



**Regarding APB**, I reviewed hospital records and video tapes on September 4, 2023. APB was examined at the  NMC hospital emergency department on 6/16/23, and returned to MCJ with a recommendation for medical follow- up and repeat lab testing in one week.  The recommended repeat labs were not done. The video showed APB transported by wheelchair from housing to the infirmary.  It  looks like moist dressings on his produced a trail on the concrete floor.  From the time APB was discovered unresponsive to his departure for hospital care was approximately 30 minutes.

[18] DOD – date of death
[19] Please see Final Audit Report June 7-8 site visit, dated Sept 4, 2023,  for detailed analysis of medical care provided to APB and other MCJ patient deaths during January through July 2023.

I have not seen the autopsy report or Wellpath's formal death review for APB.  My review of the medical records in hospital and jail, incident reports and video tapes confirm my September 2023 opinion (page 29) that medical care for APB was not in compliance with the Implementation Plan.

**EDM** ███████ **DOD** ███████ – EDM was a 34-year-old male found dead in his cell. His medical history was significant on admission 11/21/22 for obesity, diabetes, chronic hepatitis C infection and opiate use disorder.  His weight recorded as 245 on 4/1/23 increased to 316 on 9/2/23 at which time the nurse described substantial swelling in both lower extremities (bilateral pitting edema). This was not reported to the on-call PCP.  On 9/21/23 EDM was treated in the ER for fentanyl overdose, returned to MCJ and placed on COWS protocol. Thereafter, no weights were  monitored.  He was found unresponsive and cyanotic (blue).  Administration of Narcan intranasally was to no effect.

I was granted limited access to his chart while I was on site.  I have not been sent a copy of his death review or of the autopsy report. Based upon the information available to me at this time, I find the following departures from the Implementation Plan:

1. The EMR does not document a 14-day health inventory or complete history and physical within 6 months of intake.
2. There was no documented PCP evaluation of the remarkable weight gain reported on 9/2/23  with marked leg swelling that was possibly due to heart or liver failure.   The EMR does not show any repeat weights after 9/2/23.
3.  The lack of response to intranasal Narcan should have led to a trial of Narcan injection in accordance with best practices.
4.  The death review, and autopsy results should be made available for my review.

Pending the autopsy results, and toxicology studies the possible causes for this patient's death include drug overdose alone or in combination with severe heart failure as was manifest by his sudden weight gain and edema.  Liver failure could have also been a factor. The lack of medical care to assess his sudden weight gain, and failure to monitor his weight, should be investigated.


## NOTABLE CASES

I list here the cases described in Exhibits A and B that I highlight for additional attention and consideration when MCJ and Wellpath develop corrective actions plans.

**CC** ███████ **-**  48-year-old diabetic female with foot infection and persistent vaginal complaints has not been sufficiently examined or treated for her conditions.

**RG**  **–** 35-year-old male with diabetes in poor control needs expert management.

**RI** **–** 29-year-old male with abnormal blood sugars did not receive timely evaluation for diabetes, and become critically ill before adequate treatment was provided.

**MG** – 41-year-old female tested positive for pregnancy when admitted to MCJ. Delayed STD screening revealed syphilis after patient miscarried.  Necessary OB-GYN services were not provided.

**JP** – 30-year-old male complains of watery and bloodly stools 10 times daily with pain and substantial weight loss (around 20 pounds since admission) was not referred for physician evaluation. Lab testing was delayed.

**DS** – 36-year-old female.  Syphilis noted on admission, not treated. Methadone MAT not continued. Needs definitive care for infection and OUD.

## PATIENT INTERVIEWS

The patients speaking to me at this audit visit (3 females and 3 males) reported up to 3 weeks delay in obtaining medications taken before admission, and for access to primary care and needed specialty services.  These reports are consistent with my observation of delayed access to care, described in this report.

## STAFF INTERVIEWS -

I spoke with the Medical Director and Implementation Specialist at MCJ.

At the exit interview on December 13, 2023  I discussed my preliminary findings with attendees from the Sheriff's office and Wellpath.

Concerns discussed at the exit interview and afterwards included the following:

1. Delayed access to care.
2. Inconsistent compliance with required health inventory to be completed within 14 days of admission.
3. Medical evaluations of inmates placed in sobering/safety cells do not satisfy Implementation Plan requirements.
4. Infection screening tests for sexually transmitted diseases and QuaniFERON (rule out latent TB) are not ordered timely, and when ordered are not timely performed.

5. Quality Assurance meeting reports, death reviews, and annual peer reviews should be provided to me.

6. Frequently requested outside medical services are not readily available, including optometry, podiatry, women's health, and orthopedics.

7. Pharmacy management and medication administration do not substantially comply with the Implementation Plan requirements. I have requested copies of the pharmacy consultant's quarterly audit. I observed medications administered to inmates who identify themselves without photo ID confirmation.

I did not receive for review at this audit the following documents:

2023 MCJ Quarterly Quality Management Meeting Minutes

2023 Quarterly Pharmacy Consultant MCJ Medication Room Audit

2023 Peer Review Documents

2023 Death Reviews and Autopsy Results

Update regarding hiring of medical record manager, nursing staff and PCP staff

Log of patients housed in MCJ during for more than 6 consecutive months.

"Practice Agreement" for all PAs currently seeing patients at MCJ, as required by California Business and Professions Code 3502.3.

Notice posted in MCJ clinics where Nurse Practitioner(s) provide care, as required under California Business and Professions Code 2837.104(e) and 2837.103 (e).

## PLAINTIFFS' ATTORNEY INQUIRIES

Plaintiffs' attorneys have raised concerns that include the following matters:

| Plaintiffs' expressed concerns | Expert Medical Monitor Response |
|---|---|
| 2023 In custody deaths. | I have requested that Wellpath send me death reviews that should be completed within 30 days of the death, and autopsy results as soon as available. My assessment of care and compliance with the Implementation Plan are stated in this and prior audit reports. |

| Access to care, Continuity of Care | MCJ is not compliant with Implementation Plan requirements for access to care.  MCJ partially complies with the IP regarding Intake, referrals for specialty care and continuity of care.  I provide below my recommendations below to improve compliance. |
|---|---|
| Medical Care Staff | The nursing staff appears sufficient in number but needs more supervision.  The newly hired Director of Nurses should increase training and monitoring. |
| Medications | As described in this audit report, pharmacy management is partially compliant with the Implementation Plan.  I found outdated tubes of multidose medications, and confusing controlled substance logs.  I have asked to see copies of the consultant's quarterly reports.  Patients are allowed to identify themselves to receive medications, in violation of the Implementation Plan requirement for identification by jail issued photo ID. |
| Individual Patient Concerns | I have reviewed the care for patients brought to my attention by Plaintiffs' attorneys, as detailed in the case reviews and audit tool. |

## RECOMMENDATIONS FOR ACTIONS NECESSARY TO BRING MCJ PERFORMANCE INTO SUBSTANTIAL COMPLIANT WITH IP PROVISIONS:

| Deficiency | Expert's Recommendation |
|---|---|
| **Intake processes did not comply with the IP.**  Patients are seen while fully dressed. The white noise machine was turned off during my visit.  Abnormal vital signs are not repeated.  Nurses did not consistently obtain blood sugar reading on intake, did not document extent of substance abuse, did not verify and/or act upon abnormal vital signs up and/or consistently contact PCP for consultation when needed for acute problems or unstable chronic conditions. | All nurses, and especially those performing intake, should be trained to properly use COR EMR forms with attention to pertinent findings, vital signs, and protocols. Inmates should be examined with outerwear (jackets, sweatshirts, etc.) removed.   Abnormal vital signs should be repeated, and reported to the PCP on call if the findings remain seriously abnormal. Blood sugars should be obtained when indicated. The white noise machine should be on unless there is good reason for not using it. |
| **Patients did not consistently have timely access to necessary** | MCJ leadership should keep a log counting the weekly requests for services to compare with |

| | |
|---|---|
| **care**. Patient requests for services were not documented in the EMR. Requests made through grievance were not treated as requests for service. Sick call nurses did not always follow standardized procedures. PA and NP (physician extenders) did not consistently confer with supervising and collaboration physician for advice on challenging patients. | the number of face-to-face encounters (Sick calls. Grievances complaining about insufficient access to care should be timely reviewed by medical leadership to assure that patients' reasonable concerns have been addressed. In service training should familiarize nurses with current best practices and standardized procedures. |
| **Patients with unusual infections, hard-to-treat substance abuse, and other complex matters were managed by mid-levels (PA, NP) and RNs without input from the medical director. MAT programs using buprenorphine have not been fully implemented.** | The daily "huddles" should not be merely *pro forma* events but be refined to ensure that difficult matters to the attention of the medical and nursing directors. There should be weekly staff meetings to review challenging cases and provide continuing medical education. RN, PA, and NP should obtain input from the medical director – who is board certified in the treatment of substance abuse and infectious diseases. |
| **Chronic care and health care maintenance did not consistently comply with the IP.** Problem lists were not up to date. Patients with long standing drug abuse diagnoses are not treated as having a chronic disease, and thus did not always receive needed attention from PCP after booking. The MH team and medical providers are not collaborating to develop a treatment plan for patients with comorbid medical and mental health diseases. Direct ophthalmoscopy has not been performed on site, even when visual acuity is very poor and for diabetics. | **Patients abusing substances should be scheduled as "chronic care" patients**. PCP should verify completeness and accuracy of the Problem list at every visit. Current recommendations by CDC and United States Preventative Services Task Force (USPSTF) should be incorporated (as practicable) into the chronic care and health maintenance protocols. MH and medical teams should meet weekly to discuss the most challenging patients and develop multi-disciplinary treatment plans. Patients with diabetes or visual complaints should have a direct ophthalmoscopic exam and Snellen visual acuity check on site and be scheduled to see optometry according to the findings. Patients with vision worse than 20/200 may be "legally blind" and candidates for ADA accommodations. |

| | |
|---|---|
| **Continuity of Care after Release did not Comply with the IP.** Documentation of care for released patients (continuity of care) did not meet Implementation Plan requirements or applicable community standards. | Discharge planning should be a distinct component of care provided to patients at MCJ to ensure documentation confirming that patients receive a supply of necessary medications upon release along with clear instructions for follow up care. Custody can work with the medical team to provide all released inmates with information about receiving follow up medical care. |
| **Care for patients unstable at booking,  intoxicated or at risk for withdrawal was not consistently provided in accord with the Implementation Plan.** Patients sent to sobering cells are not automatically seen by qualified health personnel to assess possible delirium or other alarming conditions that might be best treated in the hospital. | Protocols for evaluation and treatment of acutely intoxicated should be updated to include assessment by nurse or PCP for delirium.  Admission to sobering cell should require entry into the EMR of a Sick Call note by nurse or PCP. Patient with persistently abnormal vital signs or in  unstable condition should be seen by a PCP or sent to the hospital. I recommend that rounds be made (and documented in the EMR) for patients housed in reception area and infirmary cells. |
| **Patients are not consistently assessed for TB and other infections in accord with best practices and community standards.** QuantiFERON testing is not timely provided for patients with history of BCG or positive skin tests.  MCJ does not follow CDC and BOP recommendations to timely screen all admission for STD. | Protocols for treatment of TB, HIV, HCV and STD should be updated to reflect current CDC recommendations in line with NCCHC guidelines and common practice at other California jails and prisons. CDC recommends testing within 2 weeks of admission for HIV, Hepatitis C, Hepatitis B and STD.  Patients with history of BCG vaccination and past positive skin tests should have expedited QuantiFERON tests as primary means of TB screening. |
| **Necessary outside specialty care was not consistently provided in timely fashion**.  Written reports from outside providers were not consistently available in the EMR. PCP review and follow up on visits to outside care was not consistently documented | Wellpath leadership should assist MCJ staff to obtain timely expert care by telephone or video link if local resources are insufficient. The medical record department should track all referrals to ensure that reports from specialists are promptly filed in the EMR. The return from outside services should automatically generate MD or RN sick call.  The IP staffing plan calls for a full time "medical record supervisor" who could assist in obtaining documentation from outside care. |
| **Quality assurance programs were not performed in accordance with Wellpath** | Quarterly Quality Management Meetings minutes should document discussion of  death reviews, recommendations made by the |

| | |
|---|---|
| **policies and the Implementation Plan.** .<br>The QA minutes did not demonstrate corrective actions in response to medical monitor observations. I have not seen any pharmacy and therapeutic committee minutes.  Death reviews were not performed timely. Opportunities for improved care were not consistently described in death reviews. Peer review has not been documented. | experts, and peer review.  Peer review should include evaluation of clinical performance within the first month of hire and no less than annually thereafter.   The medical director or assignee should audit and countersign  5- 10% of the patient encounters with physician assistants, nurse practitioners and registered nurses. .  Monthly QA meetings should review adverse events, hospitalizations, and progress made regarding recommendations from the monitors.  The care provided to the most recently deceased patient should be reviewed pursuant to Wellpath/MCJ policies. |
| **Staffing was insufficient to provide services in accord with the Implementation Plan.** | MCJ recently hired  Director of Nurses has been replaced with a new hire who has been on staff for some time.  Effective nursing leadership has thus not been in place for sufficient time to effect needed change.  MCJ has not yet hired a full-time Medical Records Supervisor. I have requested updates on the status of nurse and PCP hires.  I will be providing MCJ leadership with teaching tools to mentor current staff and new hires. |

## CONCLUSIONS

I found medical services at MCJ were improved in some areas compared to prior audits, but not yet substantially compliant with the Implementation Plan.  I recommend that MCJ staff prioritize implementation of the following recommendations:

1. Standardize management of patients with latent TB infection suggested by positive skin test (PPD) results, and ensure that  QuantiFERON tests are performed promptly to avoid sending patients to the community who may have undetected tuberculosis infections.
2. Offer patients screening for HIV, HCV, Hepatitis B and STD within 2 weeks of intake.
3. Facilitate sick call visits.  Maintain a log to record time from requested service until a needed face to face visit is provided.
4. Grievances should be reviewed daily by nursing supervisor(s) to identify requests for services that merit a sick call visit.  The Medical Director or Wellpath designee

should review the grievances submitted each week to ensure and expedite necessary care.  I have reviewed January Grievances with Wellpath leadership. A "Medical Expert Monitor and Mentor Report, February 12, 2024" has been shared with the parties in a separate communication.

5. Implement peer review to monitor proper use of forms, compliance with protocols, consistent attention to indicia of delirium,  and appropriate collaboration with supervising medical staff at Intake and afterwards. All substantially abnormal vital signs must be repeated to validate accuracy.  All persistently abnormal vital signs must be reported immediately to the on-call PCP.

6. Contact the on-call PCP for orders regarding any acutely intoxicated or withdrawing patients.  All patients placed in safety/sobering cells should undergo a documented clinical examination as set forth in Wellpath regulations.  Patients with history of chronic substance abuse should be referred for chronic care.

7. Engage the medical director in the care of MCJ patients at highest risk of harm and in greatest needs of specialized skills. [20]  Wellpath should assist the medical director in the care and monitoring of  patients with the following conditions:
    a.  HIV positive
    b.  Hepatitis B or C
    c.  Syphilis
    d.  Patients referred to specialists.
    e.  Patients sent to hospital
    f.  Patients seeking MAT for substance abuse
    g.  Patients with serious and/or recurrent infections.
    h.  Unresolved patient grievances

8. Include in monthly document production to  the medical monitor copies of Quality Management Meetings, Peer Reviews, Death Reviews, and actions taken on patient grievances.

9. Wellpath should provide the newly hired director of nurses and medical records supervisor with guidance to help MCJ meet the requirements for services put forth in the Implementation Plan.

10. Bring facilities into compliance with community standards:  all exam rooms need scales calibrated for accuracy; all exam rooms need ready access to Snellen eye charts. Telehealth technology should allow off-site examiners to auscultate chest, heart if needed.  The assistants for telehealth examiners should be trained to assist in physical examination of the patient.

---

[20] MCJ'S current medical director is board-certified in general internal medicine, infectious diseases, and addiction medicine.

## Attachments:

Ex. A:  MCJ HC Case Review

Ex. B:  MCJ HC Audit Monitoring Tool

**Monterey County Jail**
**Summary**
**Percentage of Compliance of Encounters by Medical Quality Indicator**

| | Medical Quality Indicator | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance |
|---|---|---|---|---|---|
| 1 | Intake Screening | 22 | 4 | 18 | 18.2% |
| 2 | Access to Care | 22 | 5 | 17 | 22.7% |
| 3 | Chronic Care | 21 | 4 | 17 | 19.0% |
| 4 | Health Care Maintenance | 11 | 0 | 11 | 0.0% |
| 5 | Continuity of Care After Release | 19 | 9 | 10 | 47.4% |
| 6 | Outside Medical Care/Referrals | 18 | 6 | 13 | 31.6% |
| 7 | Detoxification/Withdrawal | 18 | 8 | 10 | 44.4% |
| 8 | Tuberculosis & Other Infections | 15 | 4 | 11 | 26.7% |
| 9 | Pharmaceutical Administration | 5 | 3 | 2 | 60.0% |
| | **Totals** | **151** | **43** | **109** | **28.3%** |

| MCI | Auditor Name: | | Audit Review Period:  Month/Year - Month/Year |
|---|---|---|---|

**CHAPTER 1. INTAKE SCREENING** — Month/Year Audited: December-23 (six audit groups, columns A–D)

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 |
| 1.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.5 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 |
| 1.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 |
| 1.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.10 | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.11 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 |
| 1.13 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 |
| 1.14 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| 1.15 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 |
| **Overall Encounter Rating** | Deficient | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | 0 | 0 |

**CHAPTER 2: ACCESS TO CARE** — Month/Year Audited: December-23 (six audit groups, columns A–D)

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 |
| 2.2 | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 |
| 2.3 | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 |
| 2.4 | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 |
| 2.5 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 |
| **Overall Encounter Rating** | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | 0 | 0 |

## CHAPTER 3: CHRONIC CARE

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month/Year Audited: | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | |
| ID # | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| 3.1 | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 |
| 3.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| 3.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| 3.4 | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | 0 | 0 | 0 |

## CHAPTER 4: HEALTH CARE MAINTENANCE

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month/Year Audited: | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | |
| ID # | | | | | | | | | | | | 0 | | | | 0 | | | | | | | | |
| 4.1 | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.2 | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.3 | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month/Year Audited: | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | |
| ID # | | | | | | | | | | | | | | | | 0 | | | | 0 | | | | |
| 5.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 5.3 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 5.4 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 6: OUTSIDE MEDICAL CARE / REFERRALS

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month/Year Audited: | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | | December-23 | | | |
| ID # | | | | | | | | | | | | | | | | 0 | | | | 0 | | | | |
| 6.1 | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 6.3 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 6.4 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 7: DETOXIFICATION/WITHDRAWAL

| | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | 0 | 0 | | 0 | | 0 | | |
| 7.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 8: TB AND OTHER INFECTIONS

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| 8.1 | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.3 | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.5 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 9: PHARMACEUTICAL ADMINISTRATION

| | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 9.5 | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Monterey County Jail - Summary  Percentage Measures Complied by Medical Quality Indicator

| | Medical Quality Indicator | Number of Measures Revewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 330 | 128 | 43 | 159 | 74.9% |
| 2 | Access to Care | 123 | 47 | 65 | 11 | 42.0% |
| 3 | Chronic Care | 84 | 36 | 32 | 16 | 52.9% |
| 4 | Health Care Maintenance | 33 | 6 | 27 | 0 | 18.2% |
| 5 | Continuity of Care After Release | 76 | 22 | 29 | 25 | 43.1% |
| 6 | Outside Medical Care/Referrals | 76 | 32 | 26 | 18 | 55.2% |
| 7 | Detoxification/Withdrawal | 216 | 48 | 20 | 148 | 70.6% |
| 8 | Tuberculosis & Other Infections | 75 | 19 | 18 | 38 | 51.4% |
| 9 | Pharmaceutical Administration | 15 | 3 | 2 | 10 | 60.0% |
| | **Totals** | **1028** | **341** | **262** | **425** | **56.6%** |

**MONTEREY COUNTY JAIL**
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCI | | Auditor Name: | Bruce Barnett | | Audit Review Period: Month/Year - Month/Year |
|---|---|---|---|---|---|

**Totals**

| Quality Indicator | QI | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|
| **1 Intake Screening** | 1.1 | 22 | 20 | 2 | 0 | 90.9% |
| | 1.2 | 22 | 4 | 0 | 18 | 100.0% |
| | 1.3 | 22 | 16 | 6 | 0 | 72.7% |
| | 1.4 | 22 | 3 | 2 | 17 | 60.0% |
| | 1.5 | 22 | 8 | 10 | 4 | 44.4% |
| | 1.6 | 22 | 8 | 6 | 8 | 57.1% |
| | 1.7 | 22 | 0 | 2 | 20 | 0.0% |
| | 1.8 | 22 | 11 | 1 | 10 | 91.7% |
| | 1.9 | 22 | 12 | 0 | 10 | 100.0% |
| | 1.10 | 22 | 9 | 4 | 9 | 69.2% |
| | 1.11 | 22 | 6 | 4 | 12 | 60.0% |
| | 1.12 | 22 | 6 | 1 | 15 | 85.7% |
| | 1.13 | 22 | 3 | 5 | 14 | 37.5% |
| | 1.14 | 22 | 0 | 0 | 22 | #DIV/0! |
| | 1.15 | 22 | 22 | 0 | 0 | 100.0% |
| **2 Access to Care** | 2.1 | 22 | 12 | 10 | 0 | 54.5% |
| | 2.2 | 22 | 11 | 11 | 0 | 50.0% |
| | 2.3 | 22 | 11 | 11 | 0 | 50.0% |
| | 2.4 | 22 | 8 | 13 | 1 | 38.1% |
| | 2.5 | 35 | 5 | 20 | 10 | 20.0% |
| **3 Chronic Care** | 3.1 | 21 | 10 | 10 | 1 | 50.0% |
| | 3.2 | 21 | 6 | 0 | 15 | 100.0% |
| | 3.3 | 21 | 8 | 13 | 0 | 38.1% |
| | 3.4 | 21 | 12 | 9 | 0 | 57.1% |
| **4 Health Care Maintenance** | 4.1 | 11 | 3 | 8 | 0 | 27.3% |
| | 4.2 | 11 | 3 | 8 | 0 | 27.3% |
| | 4.3 | 11 | 0 | 11 | 0 | 0.0% |
| **5 Continuity of Care after Release** | 5.1 | 19 | 5 | 0 | 14 | 100.0% |
| | 5.2 | 19 | 5 | 9 | 5 | 35.7% |
| | 5.3 | 19 | 8 | 10 | 1 | 44.4% |
| | 5.4 | 19 | 4 | 10 | 5 | 28.6% |
| **6 Outside Medical Care - Referrals** | 6.1 | 19 | 6 | 11 | 2 | 35.3% |
| | 6.2 | 19 | 13 | 6 | 0 | 68.4% |
| | 6.3 | 19 | 1 | 5 | 13 | 16.7% |
| | 6.4 | 19 | 12 | 4 | 3 | 75.0% |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit - Medical Record Review**
**Summary of Findings**

| MCI | | Auditor Name: | Bruce Barnett | | Audit Review Period: Month/Year - Month/Year | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | Totals | | | | Month-Year | | | | | Month-Year | | | | | Month-Year | | | | | Month-Year | | | | | Month-Year | | | | | Month-Year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quality Indicator | QI | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
| **7 Detoxification/ Withdrawal** | 7.1 | 18 | 4 | 3 | 11 | 57.1% | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 1 | 3 | 0.0% | 4 | 1 | 2 | 1 | 33.3% | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.2 | 18 | 3 | 5 | 10 | 37.5% | 4 | 1 | 0 | 3 | #DIV/0! | 4 | 1 | 1 | 2 | 50.0% | 4 | 0 | 3 | 1 | 0.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.3 | 18 | 9 | 2 | 7 | 81.8% | 4 | 1 | 0 | 3 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 1 | 1 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.4 | 18 | 13 | 2 | 3 | 86.7% | 4 | 4 | 0 | 0 | 100.0% | 4 | 2 | 1 | 1 | 66.7% | 4 | 3 | 0 | 1 | 100.0% | 2 | 0 | 1 | 1 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.5 | 18 | 8 | 0 | 10 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.6 | 18 | 7 | 1 | 10 | 87.5% | 4 | 3 | 0 | 1 | 100.0% | 4 | 1 | 1 | 2 | 50.0% | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.7 | 18 | 0 | 1 | 17 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.8 | 18 | 0 | 1 | 17 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.9 | 18 | 0 | 2 | 16 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.10 | 18 | 0 | 2 | 16 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.11 | 18 | 0 | 1 | 17 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.12 | 18 | 4 | 0 | 14 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 1 | 0 | 3 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| **8 Tuberculosis and Other Infections** | 8.1 | 15 | 5 | 10 | 0 | 33.3% | 15 | 5 | 10 | 0 | 33.3% | | | | | | | | | | | | | | | | | | | | |
| | 8.2 | 15 | 0 | 0 | 15 | #DIV/0! | 15 | 0 | 0 | 15 | #DIV/0! | | | | | | | | | | | | | | | | | | | | |
| | 8.3 | 15 | 2 | 4 | 9 | 33.3% | 15 | 2 | 4 | 9 | 33.3% | | | | | | | | | | | | | | | | | | | | |
| | 8.4 | 15 | 1 | 0 | 14 | 100.0% | 15 | 1 | 0 | 14 | 100.0% | | | | | | | | | | | | | | | | | | | | |
| | 8.5 | 15 | 11 | 4 | 0 | 73.3% | 15 | 11 | 4 | 0 | 73.3% | | | | | | | | | | | | | | | | | | | | |
| **9 Pharmaceutical Administration** | 9.5 | 5 | 0 | 0 | 5 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 1 | 0 | 0 | 1 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 9.6 | 5 | 0 | 0 | 5 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 1 | 0 | 0 | 1 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 9.7 | 5 | 3 | 2 | 0 | 60.0% | 4 | 2 | 2 | 0 | 50.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| **2** | **Access to Care** | 2.6 | **0** | **3** | **0** | **0.0%** | |
| | | 2.7 | **1** | **0** | **0** | **100.0%** | |
| | | 2.8 | **1** | **0** | **0** | **100.0%** | |
| | | 2.9 | **8** | **0** | **0** | **100.0%** | |
| | | 2.10 | **0** | **1** | **0** | **0.0%** | |
| **8** | **TB and Other Infections** | 8.6 | **1** | | **0** | **100.0%** | |
| **9** | **Pharmacetuical Administration** | 9.1 | **1** | **0** | **0** | **100.0%** | |
| | | 9.2 | **5** | **1** | **0** | **83.3%** | |
| | | 9.3 | **6** | **0** | **0** | **100.0%** | |
| | | 9.4 | **6** | **0** | **0** | **100.0%** | |
| | | 9.8 | **1** | **0** | **0** | **100.0%** | |
| | | 9.9 | **1** | **0** | **0** | **100.0%** | |
| | | 9.10 | **1** | **0** | **0** | **100.0%** | |
| **10** | **CFMG Staffing** | 10.1 | **3** | **0** | **0** | **100.0%** | |
| | | 10.2 | **2** | **0** | **0** | **100.0%** | |
| | | 10.3 | **2** | **1** | **0** | **66.7%** | |
| | | 10.4 | **2** | **1** | **0** | **66.7%** | |
| | | 10.5 | **1** | **0** | **0** | **100.0%** | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 – INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**    AUDITOR NAME **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **1.1** Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted) | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | | |
| Date of Patient's Arrival at MCJ | 10/23/23 | 10/06/23 | 10/03/23 | 10/12/23 | 11/22/23 | 10/08/23 | 10/16/23 | 10/13/23 | 11/09/23 | 11/01/23 | 11/02/23 | 11/02/23 | 11/03/23 | 11/23/23 | 11/25/23 | 11/28/23 | 12/11/23 | 11/29/23 | 08/23/23 | 10/04/23 | 12/08/23 | 11/29/23 | | |
| Date Initial Health Screening Completed | 10/23/23 | 10/06/23 | 10/03/23 | 10/12/23 | 11/22/23 | 10/08/23 | 10/16/23 | 10/13/23 | 11/10/23 | 11/01/23 | 11/07/23 | 11/02/23 | 11/03/23 | 11/23/23 | 11/25/23 | 11/29/23 | 12/13/23 | 11/29/23 | 10/04/23 | 10/04/23 | 12/08/23 | 11/29/23 | | |

Row 1.1 bullet text:
• Obtain a list of inmates who were booked into Monterey County Jail (MCJ) during the audit review period and randomly select up to 20 inmate encounters for review.
• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.
• Ensure the health care staff completed the Monterey County Jail Medical Intake Questionnaire form during the intake screening process.
   >> Note:  All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.
• Compliance will be determined via the review of the medical records.

Comments columns for 1.1:
- Col A (9th group): Comments:█ Screening immediately after arrest, just after midnight█ receiving started 11/2/23 not completed until 11/7/234 - no reason offered.
- Col A (10th group): Comments: Two intake forms in EMR, on 11/23 and 11/25.  No apparent reason.
- Col A (11th group): Comments:█ booked 8/23/23 with suicidal and homicidal ideations. Unclear why in take screening was delayed by 6 weeks.
- Col A (12th group): Comments:█ has no health appraisal, STD screening not done. TB screen refused.

| **1.2** If during the initial health screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported to Natividad Medical Center for medical clearance? | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | YES | YES | NA | NA | | |
| Date Initial Health Screening Completed | | | | | | | 10/08/23 | 10/16/23 | | | | | | | | | | | 12/13/23 | | 08/23/23 | 10/04/23 | | |
| Date Inmate Transported to Natividad Medical Center | | | | | | | 10/10/23 | 10/16/23 | | | | | | | | | | | 12/13/23 | | 08/23/23 | 10/04/23 | | |

Row 1.2 bullet text:
• Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care.  If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.
   -- Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows:
   > Arrestees who are unconscious or who cannot walk under their own power.
   > Arrestees who are having or have recently had convulsions.
   > Arrestees with any significant external bleeding.
   > Arrestees with any obvious fracture.
   > Arrestees with signs of head injuries.
   > Arrestees with any signs of serious injury or illness.
   > Arrestees displaying signs of acute alcohol or drug withdrawal.
   > Pregnant women in labor or with other serious problems.
   > Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.
   > Arrestees with complaints of severe pain or trauma.
   > Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."
   Compliance will be determined via the review of the medical records .

Comments for 1.2:
- Col C (2nd group): Comments:█ Intake note reports the patient had no abnormal findings on exam of skin and extremities. Patient was not forthcoming, and likely had slacks covering infected knee  that was detected and treated two days later at hospital.
- Col A (11th group): Comments:█ Jail cleared for cellulitis left lower leg.

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 1 - INTAKE SCREENING**

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.3** Did the booking registered nurse take the inmate's vital signs and other measures required by the Intake form (blood sugar)  and inquire into the | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | NO | | |
| • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire.<br>• The receiving screening shall include vital signs and inquiry into:<br> Current illness and health problems, including medical, mental health, dental and communicable disease.<br> Medications and special health requirements.<br> Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems.<br> History or appearance of suspected mental illness, including suicidal ideation or behavior.<br> Appearance or history of developmental disability.<br> Appearance or history of recent sexual abuse or abusiveness.<br> For females, a history of gynecological problems, possibility of current pregnancy, recent delivery and present use of birth control.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: RS - BP elevated. Repeated next days, not repeated or noted on form ▓ - history impaired as patient uncooperative. But had been psychiatrically cleared at NMC | | | | Comments:  Blood sugar not measured. | | | | Comments: ▓ synthetics, abuse, inhaled.  No FBS tested ▓ pulse 53, not repeated, no contact to PCP. Also temp 95.7. | | | | Comments: ▓ Immediate cellulitis not documented in intake, exam is inaccurate and does not report cellulitis; required FBS (SUD) not done. Abnormal vital signs not repeated to ensure accuracy ▓ no blood sugar, meth abuse. | | | | Comments: Needs blood sugar, alcoholism and immediate post alcohol related accident. Jail check does not provide Blood sugar. | | | |
| **1.4** If during the initial intake screening process the inmate was identified with an acute or  chronic medical condition deteriorated , did the booking registered nurse refer the inmate to the primary care provider for immediate care? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NO | NA | NO | NA | NA | YES | YES | NA | | |
| • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes or new condition such as UTI.<br>• Review the inmate's medical record to determine whether the inmate was referred to the primary care provider.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ▓ recently tested positive for syphilis, has not started Rx, multiple complaints including blurry vision.  On methadone.  No call to PCP, no contact with MD. Also 7 HCV positive.  Not referred for CC.  7 Teeth abscess referred to DDS. | | | | Comments: ▓ Lower extremity cellulitis should be reviewed by on site MD promptly., | | | | Comments: | | | |
| **1.5** Was chronic medical condition seen PCP within 7 days of arrival ?  Did patients undergo "Health Inventory and Communicable Disease Screening" per IP page 23, 24 | NA | NA | NO | NA | YES | YES | NO | NO | YES | YES | NO | YES | YES | NO | NO | YES | NO | YES | NO | YES | NO | YES | | |
| Date of Patient's Arrival at MCJ | | 10/03/23 | | | 11/22/23 | 10/08/23 | 10/16/23 | 10/13/23 | 11/09/23 | 11/01/23 | 11/02/23 | 11/02/23 | 11/02/23 | 11/23/23 | 11/25/23 | 11/28/23 | 12/13/23 | | | | 10/04/23 | 12/08/23 | 11/29/23 | |
| Date Patient Seen by PCP | | 10/12/23 | | | ? | 10/10/23 | 11/06/23 | no visit | 11/16/23 | 11/06/23 | not | | 11/16/23 | | 12/13/23 | 12/04/23 | not | | 12/04/23 | | 10/5/23 | Not | 12/04/23 | |
| • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider with seven days of arrival at the facility.<br>• *Compliance will be determined via the review of the medical records.* | Comments: ▓ beeing treated for DM, MAT. Not seen timely after booking. | | | | Comments: No documented referral for HTN on form, but is noted as CC in summary. ▓ chronic meth abuse, no CC or medical referral. TBI and skull fracture 2020. Has seizure 10/18/23 and 11/22/23.  Seen in NMC ER. No medical evaluation for TBI or seizures at MCJ. ▓ HTN, meds. No PCP | | | | Comments: ▓ no apparent exam for health inventory, no STD screen. ▓ has diabetes, possibly uncontrolled and meth addiction. Needs STD screen and other lab, not done. | | | | Comments: ▓ no apparent exam for health ▓ has documented substance abuse, needs chronic care exam, STD testing not done ▓ chronic care visit to MD delayed. | | | | Comments: ▓ admitted 11/2/23 with history of meth abuse, htn meds. No 14 day inventory, abuse, needs STD screen (requested by patient) and complete physical to assess complications from chronic drug abuse. | | | | Comments: ▓ has no health appraisal, STD screening not done. TB screen refused. RYD needs PCP exam for AUD, is not sent to CIWA and is not referred on intake form but is timely seen by Dr ▓ | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**

AUDITOR
NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.6 | Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form? | NA | NA | YES | NA | NA | NA | NA | NA | NA | YES | YES | YES | NO | NO | YES | NA | NO | YES | NO | NO | NO | YES | | |
| | • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities. <br> • *Compliance will be determined via the review of the medical records.* | Comments: ▇ has learning disability, no EMR notes regarding assessment or accomodations. ▇ form deployed 12/22 not on this admission. | | | | Comments: ▇ schizoaffective disorder rx by MH. ▇ appears on surface to have disabilities from injury to leg and shoulder, and seizure disorders. History of TBI from skull fracture 2020. No ADA analysis documented. | | | | Comments: ▇ unclear whether IP standards continue to require Quick Reference Form, even when intake form contains some similar queries. Will confer with parties. ▇ ADA form completed 7/15/23 ▇ ADA done 1/26/23 | | | | Comments: filled out in prior admissions, but on this occasion demonstrates reading difficulty.  No ADA form filled out with updated findings. | | | | Comments: | | | | Comments: | | | |
| 1.7 | If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | |
| | • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability: Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities. <br> • Per the CFMG's Implementation Plan, Exhibit A: <br> "4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities. <br> 5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate. <br> 6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met.  Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap." <br> • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ▇ appears on surface to have disabilities from injury to leg and shoulder, and seizure disorders.  No developmental analysis documented. | | | | Comments: | | | | Comments: filled out in prior admissions, but on this occasion demonstrates reading difficulty.  No referral made. | | | | Comments: | | | | Comments: | | | |
| 1.8 | If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? | YES | NA | NA | YES | NA | YES | NA | YES | YES | YES | NA | YES | YES | NA | NO | NA | YES | YES | NA | NA | NA | YES | | |
| | • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of mental illness, was referred to a mental health services staff for further evaluation. <br> • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ▇ reports bipolar illness, polysubstance abuse .  **Not referred for MH at intake. Seen for SI one week later.** | | | | Comments: | | | | Comments: | | | |
| 1.9 | Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? | YES | NA | NA | YES | NA | YES | NA | YES | YES | YES | NA | YES | YES | YES | NA | NA | YES | YES | NA | NA | NA | YES | | |
| | • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history. <br> • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ▇ schizoaffective disorder rx by MH | | | | Comments: ▇ Form included in IP (Ex D) not used, but inquiry is documented in the intake form. | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.10** If an inmate had an existing medication order upon arrival at the facility, was the medication administered without interruption? | NO | NA | YES | NO | NA | NA | NA | NA | YES | NO | NA | YES | YES | NA | NO | YES | YES | YES | NA | NA | NA | YES | | |
| • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy. • The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy. • *Compliance will be determined via the review of the medical records.* | Comments: ■ on remeron at booking 10/23/23, not prescribed in jail until 10/29/23. ■ meds at admission on 10/12/23 included gabapentin, prozac, trazodone. Not provided until 10/17/23. | | | | Comments: | | | | Comments: ■ patient reports taking gabapentin, valium and buspar. . Librium is reasonable substitute. Gabapentin and Buspar prescriptions not substantiated in pharmacy inquiry. ■ prescribed gabapentin, diclofenac and lidocaine by CHOMP MD. Not prescribed or reviewed in the EMR on admission. | | | | Comments: ■ on methadone for OUD before admission. Methadone not continued. Patient goes into severe withdrawal on 12/13/23. | | | | Comments: | | | | Comments: | | | |
| **1.11** Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? | NA | NA | NO | NO | NA | YES | NA | YES | YES | NO | NA | YES | NA | NA | NA | YES | NO | NA | NA | NA | NA | YES | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order. • *Compliance will be determined via the review of the medical records.* | Comments: ■ beeing treated for OM, MAT. Not seen timely after booking. ■ admitted 10/12/23 not seen to verify meds by either PCP or Psychiatrist until 10/24/23. | | | | Comments: | | | | Comments: ■ prescribed gabapentin, diclofenac and lidocaine by CHOMP MD. Not prescribed or reviewed in the EMR on admission. ■ states has taken meds in past for OM, blood sugars followed to determine need for Rx, given 11/16/23 | | | | Comments: | | | | Comments: ■ chart review only on 12/16/23. | | | | Comments: | | | |
| *For inmates prescribed psychotropic medications:* **1.12** Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions? | NA | NA | NA | NA | NA | YES | NA | YES | YES | NO | NA | YES | YES | NA | NA | YES | NA | YES | NA | NA | NA | YES | | |
| • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions. • *Compliance will be determined via the review of the medical records.* | Comments: ROI filled out 11/7/23 | | | | Comments: | | | | Comments: Data released from pharmacy on presumed permission by patient. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| *For inmates prescribed psychotropic medications:* **1.13** Was an inmate seen by a psychiatrist within seven days of arrival at the facility? | NO | NA | NA | NO | NA | NA | NA | NO | NA | NA | NA | YES | YES | NA | NA | YES | NA | NO | NA | NA | NA | NO | | |
| Date of Patient's Arrival at MCJ | 10/23/23 | | | 10/12/23 | | | | 10/13/23 | 11/09/23 | | | 11/02/23 | 11/02/23 | | | | 11/29/23 | | | | 11/29/23 | | | |
| Date Patient Seen by Psychiatrist | 11/07/23 | | | 10/24/23 | | | | 11/16/23 | 11/14/23 | | | 11/06/23 | 11/08/23 | | | | | | | | not seen | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ■ - psychology note on 10/14/23 verifies MH meds taken. But CFMG IP explicitly requires Psychiatry visit. | | | | Comments: | | | | Comments: | | | | Comments: ■ - Gabapentin 300 for unclear indications prescribed, not seen by psychiatrist within 7 days to confirm need for this drug. | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR
NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.14 | *For inmates prescribed psychotropic medications:* **If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | |
| | • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.15 | **At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| | • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN.  Verification of the nurse's verbal explanation shall be documented on the health screening form."<br>• Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 2: ACCESS TO CARE | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | 11/15 | 11/20 | | 12/4 | 12/18 | 11/29 | 12/8 | 12/12 | 12/24 | | | | | | |
| 2.1 | Did the licensed health care staff review the sick call slip on the day it was received? | YES | NO | YES | YES | NO | YES | NO | NO | YES | YES | NO | YES | YES | NO | YES | NO | NO | YES | YES | NO | NO | YES | | |
| | Date Sick Call Slip Received | 10/27/23 | 09/23/23 | 11/01/23 | 11/02/23 | 11/09/23 | 10/10/23 | 10/15/23 | | 11/28/23 | 11/15/23 | 11/20/23 | 11/18/23 | 11/24/23 | 12/18/23 | 11/29/23 | 11/23/23 | 12/10/23 | 12/22/23 | 10/02/23 | 11/28/23 | 10/12/23 | 10/20/23 | | |
| | Date Sick Call Slip Reviewed | 10/27/23 | 10/30/23 | 11/01/23 | 11/03/23 | 11/13/23 | 10/10/23 | 10/18/23 | | 11/30/23 | 11/16/23 | not seen | 11/18/23 | 11/24/23 | NOT | | 11/29/23 | 12/08/23 | 12/12/23 | 12/22/23 | 10/02/23 | Not | 10/27/23 | 10/20/23 | | |
| | | Comments ■ - patient submitted multiple requests, on 9/23 and 10/14 and 10/24. | | | | Comments ■ Multiple complaints about pain in foot, no record of review until NP exam 11/13/23 ■ - no EMR record of patient complaint except stated as task in summary. Purported dislocation needs immediate attention ■. Sick call slips are not copied into the EMR, unknown delay from request to | | | | Comments ■ request 11/20/23 not answered | | | | Comments ■ request for STD testing not addressed in the medical record ■ requested care 11/23 and 12/6/23 for infection ? STD. Not addressed until 12/8/23 | | | | Comments ■ Sick call slip not in EMR. Complaint stated in summary on 12/10/23. ■ complains of problems with vision. No Snellen check for visual acuity or detailed eye exam yet. | | | | Comments ■ shoulder pain complaint not addressed for 10 days. | | | |
| 2.2 | Following the review of the sick call slip, did the patient undergo face-to-face assessment of the inmate within the required time frame? | YES | NO | YES | YES | NO | YES | NO | NO | YES | YES | NO | NO | NO | NO | YES | NO | YES | YES | YES | NO | NO | YES | | |
| | Date of Patient FTF Assessment | 10/27/23 | 10/30/23 | 11/01/23 | 11/03/23 | 11/13/23 | 10/08/23 | 10/28/23 | 10/20/23 | 11/30/23 | 11/16/23 | | | 12/03/23 | not | | 11/29/23 | 12/08/23 | 12/12/23 | 12/24/23 | 10/02/23 | not | 10/23/23 | 10/20/23 | | |
| | | Comments: | | | | Comments ■ - no EMR record of patient complaint except stated as task in summary. Purported dislocation needs immediate attention ■ - complaint, initial exam on 9/11/23 with X ray ordered not performed until | | | | Comments ■ complaint that does not sleep likely related to withdrawal from sedatives, including Valium and possibly gabapentin. Needs referral to MD and/or MH ■ - request for low bunk denied without exam. | | | | Comments ■ Sick call not delayed, and insufficient. | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE



AUDITED FACILITY   Monterey County Jail (MCJ)

AUDITOR NAME   Bruce Barnett

| CHAPTER 2: ACCESS TO CARE | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | 11/15 | 11/20 | | 12/4 | 12/18 | 11/29 | 12/8 | 12/12 | 12/24 | | | | | | |
| 2.3 Does the document describe a face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? | YES | YES | NO | NO | NO | YES | NO | YES | YES | YES | NO | NO | NO | NO | NO | NO | YES | YES | YES | NO | YES | YES | | |

• Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format.
• *Compliance will be determined via the review of the medical records.*

Comments: Encounter was incomplete. Patient defered exam for sexual assault, and no follow up arrangements made visit 11/3/23 does not include report of the examination.

Comments: ~0 SOAP note is incomplete for not reporting LisFranc injury which will require prompt orthopedic evaluation, and possible immobilization while patient reports pain for low back deniel without exam non trauma form?

Comments: complaint that does not sleep likely related to withdrawal from sedatives, including Valium and possibly gabapentin. Needs referral to MD and/or MH - request

Comments: document/exam not in the EMR, history and objection is incomplete. Patient probably has recent onset of pimples, consistent with malasezia furfur,not Acne. STD testing for Syphilis, GC, chlamydia ordered but

Comments:

Comments:

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 2: ACCESS TO CARE | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | 11/15 | 11/20 | | 12/4 | 12/18 | 11/29 | 12/8 | 12/12 | 12/24 | | | | | | |
| **2.4** Did the healthcare document a thorough treatment plan that is within the nurse's scope of practice and supported by appropriate Protocols? | YES | NO | NO | NO | NO | YES | YES | YES | YES | NO | NO | NA | NO | NO | YES | NO | NO | NO | YES | NO | NO | YES | | |

| • Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols. <br> • Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate". <br> • *Compliance will be determined via the review of the medical records.* | Comments: abnormal vital signs (BP 152/88) not repeated or referred for treatment. complaint of sexual abuse needs more attention, including referral to MH. Also, no STD testing offered on 11/3/23 needs treatment plan tailored to actual findings, and also STD screening. | Comments: - SOAP note is incomplete for not reporting Lisfranc injury which will require prompt orthopedic evaluation, and possible immobilization while patient reports pain using non trauma form?? | Comments: complaints about needing glasses not attended to. No Snellen test. No eye exam. Meds requested not reviewed. Patient not seen for complaint on 11/20/23 | Comments: no exam and no Nurse Protocols followed - PNP not in EMR. Exam by telehealth is incomplete. | Comments: - PNP informs nurse that symptoms consistent with otitis externa, but treatment provided (irrigation, warm compresses, wait 5 days for improvement) is contraindicated for OE. Patient still in pain 12/24/23. Same mistaken Rx provided. | Comments: Nursing assessment incomplete, does not refer for diagnosis or treatment to resolve severely limited range of motion. |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
**CHAPTER 3 - CHRONIC CARE**

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| CHAPTER 3: CHRONIC CARE | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **3.1** Was the inmate's chronic care follow-up visit completed as ordered/required ? | YES | NO | NO | YES | NO | NA | YES | NO | NO | YES | YES | YES | NO | NO | YES | NO | NO | YES | NO | YES | YES | | | |
| **3.2** *For patients on psychiatric medications:* Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | NA | YES | NA | YES | YES | NA | NA | YES | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | | | |

**3.1 Notes:**
• Obtain a list of inmates who have been enrolled in the chronic care clinic during the audit review period and randomly select 20 inmates for review.
• Review the medical record to identify the date of the inmate's most recent chronic care appointment.  Locate the progress note for the previous chronic care visit to determine the time frame for the next chronic care visit and determine if an inmate was seen within the recommended time frame.
  For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th.
• *Compliance will be determined via the review of the medical records.*

**3.2 Notes:**
• *Compliance will be determined via the review of the medical records.*

**3.1 Comments:**
- Comments: elevated BP recognized, referred for CC and treated ■ identified when booked 9/12/23 as having polysubstance abuse, needs chronic care visit. None provided. Has not bee screened for HIV, Hep B/C, ■ chronic care to be done in 5 days not seen until 9 days.
- Comments: ■ Seizure documented, and seizure meds prescribed 10/19/23 at NMC with follow up from neurology recommended. No PCP follow up for this or for chronic meth abuse ■ purported HTN on med, no CC exam done, no STD testing.
- Comments: ■ on 10/19/23 labs, EKG ordered. Not done. No follow up CC exam for multiple complaints:  asthma, htn, hiv, TB testing not documented, no STD screen, meth abuse and heart disease, shoulder pain ? Arthritis.
- Comments: ■ Admitted 11/22/23 due for CC visit by 11/9/23 ■ admitted 11/25/23 with untreated syphilis, multiple somatic complaints and MH history, polysubstance abuse, positve UTOR, Methadone. NEEDED IMMEDIATE EVALUATION BY MD for reinstatment of methadone, STD screening, lab tests and physical exam. No CC exam until 12/13/23, referral to chronic care, not done. ■
- Comments: Full history and exam. Lab tests ordered on 12/4/23, including STD screen (has history of ■ unsafe sex) not done as of 12/25/23 ■ is 52 yo homeless, has gallstones, meth abuse. Needs full lab panel, comprehensive examination.  Exam performed limited to abdomen.
- Comments:

**3.2 Comments:**
- Comments:
- Comments:
- Comments:
- Comments:
- Comments: ■ Gabapentin RX by MH, Psych exam pending.
- Comments:

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett



| CHAPTER 3: CHRONIC CARE | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 3.3 | Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | YES | NO | NO | NO | NO | NO | NO | NO | YES | NO | NO | NO | NO | YES | YES | NO | YES | NO | YES | YES | YES | | | |
| | • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>  Inmate's medical history;<br>  Systems examination in accordance with the nature of the chronic condition;<br>  Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit;<br>  Inmate's treatment plan.<br>• *Compliance will be determined via the review of the medical records.* | Comments: ▮ has history of substance abuse. Not screened for HIV, Hep B/C and other STDs. TH lab testing incomplete without CBC, chem panel, and STD screening. | | | | Comments: ▮ Seizure documented, and seizure meds prescribed 10/19/23 at NMC with follow up from neurology recommended. No PCP follow up for this or for chronic meth abuse. STD screening not done ▮ has diagnosis polysubstance abuse (opiate, meth) and homelessness at risk for STD. No exam, no STD screening. Needs TST, not placed ▮ No STD screening done, despite abnormal LFT 5/27/23 ▮ no CC exam documented. | | | | Comments: ▮ patient's risk for HIV, HCV and RPR not identified (although 63 yo, has past sexual history including abuse). ▮ exam is incomplete. On 10/2/23 does not review ASA and NSAID provided simultaneously, with no indication cited for ASA. HIV and RPR not screened ▮ no chronic care form or full H&P, exam to ▮ NP is incomplete. No STD screening. | | | | Comments: ▮ labs not ordered, including HbA1c, LFT, lipid studies, STD. ▮ no CC form, no CC exam. | | | | Comments: RPR, Chlamydia and GC testing not done for patient at risk. | | | | Comments: Appropriate labs ordered, including STD screen, but testing has been delayed. | | | |
| 3.4 | Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | YES | NO | YES | NO | NO | YES | YES | NO | YES | NO | NO | YES | YES | NO | YES | NO | YES | YES | NO | YES | YES | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: ▮ – LisFranc fracture not added to active problem list. TH - HTN, sleep apnea, morbid obesity not on problem list. | | | | Comments: ▮ Meth abuse not on problem list. ▮ - abnormal glucose ? Pre diabetes not on problem list. HTN not on problem list. MH conditions not on problem list. | | | | Comments: ▮ asthma, treated with meds, not on problem list. ▮ - vit D deficiency not in problem list. See health maintenance re: colonoscopy. | | | | Comments: ▮ syphilis not on problem list. ▮ cellulitis of leg, IV drug abuse, history of Hep C not on problem list. | | | | Comments: ▮ meth abuse not noted in problem list. | | | | | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)     **AUDITOR NAME** Bruce Barnett

| CHAPTER 4: HEALTH CARE MAINTENANCE | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 4.1 | Did the inmate receive a complete physical examination within six months of the date of incarceration, AND annually thereafter? | NO | NO | NO | YES | NO | NO | NO | NO | NO | YES | YES | | | | | | | | | | | | | | |
| | Date of Patient's Arrival at Facility | 01/23/21 | 08/04/22 | 04/19/23 | 08/02/23 | 10/31/22 | 04/14/23 | 12/07/21 | 03/09/23 | 06/07/23 | 05/19/23 | 05/18/23 | | | | | | | | | | | | | | |
| | Date of Complete Physical Examination Completed | 12/11/21 | not | 10/20/23 | 09/14/23 | 07/03/23 | NOT | NOT | NOT | not | 08/11/23 | 10/31/23 | | | | | | | | | | | | | | |

| | | Comments: ■ is incarcerated at MCJ for nearly 3 years. The last full history and physical is nearly 2 years ago. ■ - patient has not undergone the full H&P called for by IP since admission well over one year ago. ■ exam not done by PA, NP or MD. Cosigned by NP for RN exam. ■ exam by MD for CC is | | | Comments: ■ chronic care visit 7/3/23 for HTN, tonsillitis, SUD; no H&P form filled out. ■ nearly 8 months since admission, and no full physical examination ■ - no physical exam with "annual" form in EMR since admission on 12/7/21 to present day 1/5/24. Chronic care provided for seizures. No lab for HIV, RPR, Hep C. | | | Comments: ■ SO so uncooperative schizophrenic, delayed assessment. Stimulant abuse. No full physical done/documented. No STD screening. | | | Comments: | | | Comments: | | | Comments: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 4.2 | Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A? | NO | NO | NO | YES | NO | NO | NO | NO | NO | YES | YES | | | | | | | | | | | | | | |

| | • Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility.   The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner.   The physical examination SHALL include:   Review of the health inventory and communicable disease screening;   Vital signs, height, and weight;   A full body system review and assessment consistent with community standards and guidelines.   A documented assessment of the individual's health status based on the physical findings;   A plan for follow-up, treatment and referral as indicated, and;   Review and countersignature by the responsible physician.   • *Compliance will be determined via the review of the medical records.* | Comments: ■ Blood pressure above 140/90 has been repeatedly noted, without any action to address hypertension. Obesity (BMI 35.5) not addressed. Also, STD not screened ■ - patient has not undergone the full H&P called for by IP since admission well over one year ago. Notably, review for risk of colon cancer, HIV, Syphilis were not done ■ exam not done by PA, NP or MD. Cosigned by NP for RN exam. HIV, other lab not tested ■ - no RPR. | | | Comments: see ■ above ■ see above ■ - see above.  No physical exam, despite recurrent vomiting, ER trip, cythetics abuse.  At risk for STD, not tested. | | | Comments: ■ initial comprehensive exam 3 months after intake is incomplete, no assessment of STD risk. | | | Comments: | | | Comments: | | | Comments: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 4.3 | Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | | | | | | | | | | | | | | |

| | • Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG.   • *Compliance will be determined via the review of the medical records.* | Comments: ■ has not undergone annual physical. ■ form used is not for the 6 months exam, as ordered in the IP ■ full physical form not used. | | | Comments: see ■ above | | | Comments: ■ full exam for mastodynia by MD did not  include approved physical exam form. | | | Comments: | | | Comments: | | | Comments: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 5 - CONTINUITY OF CARE AFTER RELEASE**

| AUDITED FACILITY | Monterey County Jail (MCJ) | | | | AUDITOR NAME | Bruce Barnett | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **5.1** | *For inmates transferring to another detention/corrections system: Was a Transfer of Medical Information form completed for an inmate transferring to another detention/corrections system?* | NA | YES | YES | NA | NA | NA | NA | NA | NA | YES | YES | YES | NA | YES | NA | NA | NA | NA | | | | | | |
| | • Obtain a list of inmates who have transferred to another detention/corrections facility within the last six months. • Review the inmate's medical record to determine whether the facility completed a Transfer of Medical Information form for an inmate transferring out of the facility. *• Compliance will be determined via the review of the medical records .* | Comments: ILM is 53 yo male noted upon admission 9/16/23 to have severe liver disease, hepatic encephalopathy, cirrhosis, edema, and likely liver cancer. He needs lab studies, medications and continued medical care upon his release 10/4/23. No indication he is provided with any of the follow up care required by IP and Wellpath policies. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | | | | |
| **5.2** | Was a 30-day supply of medications provided to the patient upon discharge? | NO | NO | YES | NO | NO | YES | NA | NA | NO | YES | NA | NA | YES | NA | YES | NO | YES | NO | NO | | | | | | |
| | *• Compliance will be determined via the review of the medical records .* | Comments: ▮ released 11/12/23. No indication of meds provided to him taken while in jail schedule to continue (buprenorphine, mirtazapine) | | | | Comments: ▮ released 11/5/23. No documentation that meds started 11/5/23 were continued. ▮ - many meds for heart condition. EMR does not show supply provided upon release 11/16/23. ▮ extensive med list without documented continuity upon release 11/12/23 | | | | Comments: Release 12/16/23. No EMR document showing continuation of meds, or referral. | | | | Comments: ▮ released 12/14/23 has multiple medical problems, poorly controlled diabetes. Med supply and medical follow up not documented. | | | | Comments: ▮ released 12/2/23 with no documents regarding prescriptions, or follow up care despite patient being medically unstable. ▮ released 12/6/23 without documented prescriptions and/or follow up for medical/MH conditions. | | | | Comments: | | | |
| **5.3** | For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? | NO | YES | YES | NO | NO | YES | YES | NO | NO | YES | YES | YES | YES | YES | NO | NO | YES | YES | NO | | | | | | |
| | *• Compliance will be determined via the review of the medical records .* | Comments: ▮ needs ongoing care for MAT, and MH. Not provided. | | | | Comments: ▮ released 11/8/23. No documentation that medical care for severe limb infection, psychiatric care or meds started 11/5/23 were continued. ▮ - many meds for heart condition. EMR does not show supply provided upon release 11/16/23 ▮ extensive med list without documented continuity upon | | | | Comments: see ▮ above | | | | Comments: ▮ seizure disorder not diagnosed. No referral MH released 12/14/23 has multiple medical problems, poorly controlled diabetes. Med supply and medical follow up not documented. | | | | Comments: ▮ released 12/2/23 with no documents regarding prescriptions, or follow up care despite patient being medically unstable. ▮ released 12/6/23 without documented prescriptions and/or follow up for medical/MH conditions. | | | | Comments: | | | |
| **5.4** | For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? | NO | NA | NA | NO | NO | YES | NA | YES | NO | YES | NA | YES | YES | NA | NO | NO | YES | NO | NO | | | | | | |
| | *• Compliance will be determined via the review of the medical records .* | Comments: ▮ needs ongoing care for MAT, and MH. Not provided. | | | | Comments: ▮ released 11/8/23. No documentation that medical care for severe limb infection, psychiatric care or meds started 11/5/23 were continued. ▮ - many meds for heart condition. EMR does not show supply provided upon release 11/16/23 ▮ extensive med list without documented continuity upon | | | | Comments: ▮ above. | | | | Comments: ▮ seizure disorder not diagnosed. No referral . STD screening not done for HIV, HCV, RPR. MH released 12/14/23 has multiple medical problems, poorly controlled diabetes. Med supply and medical follow up not documented. | | | | Comments: ▮ released 12/2/23 with no documents regarding prescriptions, or follow up care despite patient being medically unstable. ▮ released 12/6/23 without documented prescriptions and/or follow up for medical/MH conditions. | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS

**AUDITED FACILITY** Monterey County Jail (MCJ)   **AUDITOR NAME** Bruce Barnett

| CHAPTER 6. OUTSIDE MEDICAL CARE/REFERRALS | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | 12/26 | 12/8 | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **6.1** For inmates referred to outside provider for higher level of care: Did health care staff complete the CFMG's Medical Referral Form? | YES | NO | NO | YES | NA | YES | NO | NA | NO | YES | NO | NO | YES | NO | NO | NO | YES | YES | | | | | | |
| **6.2** If an inmate was referred to an outside provider for higher level of care, was the inmate seen within the time frame specified by the ordering physician? | YES | NO | NO | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | NO | YES | NO | NO | | | | | | |
| **6.3** For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company? | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | | | | | |
| **6.4** Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider? | YES | NO | NA | YES | YES | YES | NA | YES | NO | YES | YES | YES | NO | YES | YES | NO | YES | NA | YES | | | | | |

**6.1** • Obtain a list of inmates who during the review period were referred by a primary care provider to an outside provider for medical care which could not be provided on-site.  Randomly select up to 20 inmates for review.
• Review the inmate's medical record to determine if the health care staff completed a Medical Referral Form for outside services ordered by the MCJ's primary care provider.
• *Compliance will be determined via the review of the medical records.*

**6.2** • *Compliance will be determined via the review of the medical records.*

**6.3** • *Compliance will be determined via the review of the medical records.*

**6.4** • *Compliance will be determined via the review of the medical records.*

Comments (6.1): ▪ - Acute abdominal complaints promptly sent to ED.  Negative workup. ▪ patient complaint of foot injury, LisFranc fracture not timely seen by orthopedist. Referral forms not in EMR. ▪ - form requesting X-ray not in EMR.

Comments (6.1 col2): ▪ needs General Surgery eval, no referral filled out

Comments (6.1 col3): ▪ - No referral forms in the EMR for OB GYN exam that was supposed to happen, and no form re US that was done 10/24/23 3 months after request 7/13/23. Obese, 41 yo female at risk for uterine and ovarian cancer. Past history of cervical ca. ▪ referral to ER regarding abdominal pain not in EMR.

Comments (6.1 col4): ▪ - 12/7/23 sent to ER with no referral ▪ referral form ▪ - referral for callouses (probably warts) supposed to be made by NP as stated in note. ▪ sent to ER with no form in EMR

Comments (6.1 col5): ▪ - 12/8/ orthopedic consult, no EMR, no evident obvious form ▪ no evident documenting referral for neurology.

**6.2** Comments: ▪ Follow up recommended by ER ON 9.29.23 not pursued timely. Otyho exam not yet performed ▪ - X RAY request ON 11/5/23 not scheduled for weeks.  Possible need for hand specialist not considered.

Comments (6.2 col3): ▪ see above - No referral forms in the EMR for OB GYN exam that was supposed to happen, and no form re US that was done 10/24/23 3 months after request 7/13/23.

Comments (6.2 col4): ▪ is supposed to see neurology pursuant to recommendation by cardiology on 11/22/23.  No referral made, no forms.

Comments (6.2 col5): ▪ - referral for callouses (probably plantars warts) supposed to be made by NP as stated in 12/27/23 note.  No referral in EMR Rx for plantars warts.

**6.3** Comments: ▪ unclear how patient transported. transport unclear, no forms in EMR for referral to hospital.

Comments (6.3 col4): ▪ no referral form for ambulance in EMR. ▪ 12/7/23 sent to ER with no referral form, no evident ambulance form.

Comments (6.3 col5): ▪ sent to ER with no forms in EMR

**6.4** Comments: ▪ - ER note was not sent to MCJ with patient on 9/7/23

Comments (6.4 col3): ▪ radiology report not in the medical record.

Comments (6.4 col4): ▪ ER  note regarding  possible ulcer or esophagitis not in the EMR. ▪ to documented PCP  follow up after ER visit. ▪ 12/26 no note from neurosurgery visit.

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **7.1** For inmates who were intoxicated at the time of booking into MCJ: Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health care staff? | NA | NA | NA | YES | YES | NA | NA | NA | NA | NA | NA | NO | | YES | NO | NO | YES | | | | | | | |
| • Obtain a list of inmates who were booked into the facility during the audit review period. Select up to 20 inmates who during booking were identified to have been intoxicated or a threat to their own safety or the safety of others. • Review the inmate's medical record to determine if the inmate at the time of booking was placed in the sobering cell for close observation by custody and health care staff. • Compliance will be determined via the review of the medical records. | Comments: OUD rx with Subutex, supervised by Dr | | | | Comments: Intoxication deemed "mild." | | | | Comments: reportedly "poor hist orian, combative, and sassy with medical and custody staff" - not placed in holding cell, sent to GP. | | | | Comments: 11/13 cleared at NMC, found positive for fentanyl, meth, ETOH. Upon return to intake, was bizarre, delusional and unintelligible. Sent to GP. Even though ER said patient should be in safety cell, described as acutely intoxicated, returned from jail clearance, "holding off", sent to GP. | | | | Comments: | | | | Comments: | | | |
| **7.2** For inmates who were intoxicated at the time of booking into MCJ: Did the medical staff document an assessment/evaluation of the inmate in the SOAP format? | NA | NA | NA | NA | NA | YES | NA | NA | NA | YES | NA | NA | NO | NO | NO | NO | NA | YES | | | | | | |
| • Review the progress notes in the inmate's medical record to determine whether the health care staff documented the FTF assessment/evaluation of an inmate in the SOAP format. • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: apparent altered mental state not assessed with SOAP. | | | | Comments: placed in holding cell s "tangential and delusional, combative" after being in NMC for 30 hours. No documented PCP or RN evaluation while in holding cell. Only notes are from MH MHP cleared at NMC, found positive for fentanyl, meth, ETOH. Upon return to intake, was bizarre, delusional and | | | | Comments: In safety cell 11/13 per ER recommendation, with suspected meth abuse, mental illness. No documented PCPmedical evaluation. | | | | Comments: | | | |
| **7.3** Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors | YES | YES | YES | NA | YES | YES | NA | NA | NO | YES | NA | NA | NA | NA | YES | YES | NA | NO | | | | | | |
| • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate. • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: Daily alcohol use/abuse. Not placed on CIWA. No contact documented with PCP as patient is multi drug abuser. | | | | Comments: | | | | Comments: History of AUD, recent arrest for DUI and collision, not placed in CIWA. | | | | Comments: | | | |
| **7.4** Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms? | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | NA | NA | YES | NA | YES | YES | NO | NA | | | | | | |
| Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: SD tests positive for MDMA, OPIATES and amp/meth. COWS protocol. No synthetics/stimulants protocols. | | | | Comments: | | | | Comments: | | | | Comments: In safety cell 11/13 per ER recommendation, with suspected meth abuse, mental illness. No documented PCPmedical evaluation. | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | *For inmates withdrawing from Opiates:* In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? | YES | YES | YES | NA | YES | NA | NA | NA | YES | YES | NA | NA | NA | NA | YES | YES | NA | NA | | | | | | |
| | Review the inmate's medical record for documentation reflecting that vital signs were taken and an assessment for dehydration was completed.  Additionally, determine whether the Clinical Opiate Withdrawal Scale (COWS) was utilized to assess an inmate with history of opiate use and/or withdrawal. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | *For inmates withdrawing from Opiates:* Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? | YES | YES | YES | NA | YES | NA | NA | NA | YES | NO | NA | NA | NA | NA | YES | YES | NA | NA | | | | | | |
| | • Review the inmate's medical record to determine whether the health care staff, based on the inmate's COWS score and symptoms, implemented an appropriate opioid withdrawal treatment plan (Level 1, Level 2, or Level 3). • *Compliance will be determined via the review of the medical records.* | Comments: ■ . Receives suboxone with oversight by Dr ■ ■ . diverting substance, not eligible for Subutex | | | | Comments: | | | | Comments: ■ - Patient purportedly on suboxone 24 mg daily, no assessment by on site addiction specialist, and suboxone not continued | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ■ has history of benzo abuse, nodding off. Needs on site medical evaluation, not provided. | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: Monterey County Jail (MCJ)   AUDITOR NAME: Bruce Barnett

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | | | | | | |
| | • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: Admitted with polysubstance abuse from jail check on 11/26/23. Not seen timely thereafter and readmitted to ER for seizures on 11/30/23. | | | | Comments: | | | | Comments: | | | |
| 7.9 | For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NO | NA | NA | | | | | | |
| | • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepine, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | |
| | • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: ▇ - patient enrolled 11/9/23 in alcohol and benz protocol, orders given by PCP 11/10/23 but no examination done within 3 days. (Exam is on 11/16/23) | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | | | | | | |
| | • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: Admitted with polysubstance abuse from jail check on 11/26/23. Not seen timely thereafter and readmitted to ER for seizures on 11/30/23. | | | | Comments: | | | | Comments: | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | YES | YES | YES | NA | | | | | | |
| | • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: ▇ although not fully evaluated, or placed in holding cell patient's condition was reported to MD on call. | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS



AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

**CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS**

Audit Review Period:

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8.1** Did the inmate receive a tuberculosis signs and symptoms screening and skin testing/QuantiFeron (when indicated) within seven days of inmate's admission to the facility? | NO | YES | NO | NO | NO | NO | NO | NO | NO | NO | YES | NO | YES | YES | YES | | | | | |

• Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review.
• Review the inmate's medical record for documentation reflecting that the tuberculosis signs and symptoms screening and skin testing (when indicated) was completed within seven days of inmate's admission to the facility.
• *Compliance will be determined via the review of the medical records .*

Comments: ▪ assessment 10/28/23 is 11 days after admission. ▪ screening 10/28/23 IS is months after admission on 8/18/23. ▪ screening on 10/28/23 is weeks after admission on 10/6/23. ▪ booked 10/12/23 not tested for TB as of 11/25/23. ▪ has prior BCG and needs QuantiFeron as noted at admission 11/22/23 but no testing done or scheduled 11/27/23. ▪ - homeless 20 yo, negative PPD 2/2023. Not repeated as of readmission 9/25/23 (needs new test unless negative within 3 months). ▪ - multiple bookings without TST screening. Result from 6/23/23 not recorded. ▪ booked 11/23/23 with no evident screening for TB, released 12/5/23. ▪ at hi risk for TB refuses exam, no refusal in EMR, no repeat offers documented. Also, Syphilis not timely treated. ▪ admittd 12/13/23 still housed MCJ 12/25 but no TB testing. Also no STD screen. ▪ has BCG history. No PPD planted, QuantiFERON test negative.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8.2** *For an inmate with positive TB screening findings:* Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | |

• Review the inmate's medical record to determine if at the time of intake, an inmate exhibited symptoms suggestive of TB disease or had a history of inadequate treatment for TB disease.
• Locate documentation of Airborne Infection Isolation (AII) and thorough medical evaluation by a medical provider.
• *Compliance will be determined via the review of the medical records.*

Comments:

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8.3** *Were positive TB skin tests followed by X ray and/or Quantiferon testing within 72 hours and consultation thereafter  regarding latent TB treatment options.* | NO | NO | NO | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | YES | | | | | |

• *Compliance will be determined via the review of the medical records .  Patients with positive TB skin test but no symptoms, and no history of prior positive test and/or treatment for TB,  are considered likely to have latent TB infection.*

Comments: ▪ Chest X ray on November 3, 2023  was done 4 days after positive skin test. QuantiFeron test still not drawn. Not counseled. ▪ Chest X ray November 3 was five days after positive skin test (documented 10/28/23) and no QuantiFeron test done yet. Not counseled. ▪ positive skin test on 10/30/23 - X ray done 4 days later (neg) 11/3/233 and no QuantiFeron or counseling yet performed. ▪ positive skin test on 10/30/23 - X ray done 4 days later (neg) 11/3/233 and no Quantiferon or counseling yet performed. ▪ positive QuantiFERON, uncertain  treatment provided before admission, medical records pending, patient education provided. ▪ - BCG exposure, QuantiFERON negative.

MONTEREY COUNTY JAIL
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS**

AUDITED FACILITY **Monterey County Jail (MCJ)**    AUDITOR NAME **Bruce Barnett**

| CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS | | Audit Review Period: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| **8.4** | Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | | | | | |
| • Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | | | | | | | | | | | | | | | | | | |
| **8.5** | Are inmates screened annually for signs and symptoms of tuberculosis? | YES | YES | YES | YES | NO | YES | YES | YES | NO | NO | YES | NO | YES | YES | YES | | | | | |
| • Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review. • Review the inmate's medical record for documentation of a TB screening within the last year. • *Compliance will be determined via the review of the medical records.* | Comments: ▮ booked 10/12/23 not tested for TB as of 11/25/23. ▮ booked 11/23/23 no evident TB screening before release on 12/5/23. See ▮ above. See ▮ above. | | | | | | | | | | | | | | | | | | | | | |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 65 of 179

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| CHAPTER 9: PHARMACEUTICAL ADMINISTRATION | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | | Month/Year Audited: December-23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 9.5 | If the inmate did not show or refused the prescribed medication(s) on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | | | | |
| | • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral.  If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times.  • *Compliance will be determined by medical record review.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.6 | *For inmates going out to court:* Did the inmate receive the medication as prescribed by provider? | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | | | | |
| | • *Compliance will be determined by medical record review.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.7 | *For inmates released from jail:* Upon release from custody, does the facility provide a 30-day supply of essential medication(s) to the inmate if ordered by the primary care provider? | NO | NO | YES | YES | YES | | | | | | | | | | | | | | | | | | | |
| | • *Compliance will be determined by medical record review.* | Comments: ▉ required medications for alcohol withdrawal, malnutrition, and cirrhosis.  Not provided;▉ - needed MAT meds, not provided. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

**Facility:   Monterey County Jail**

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| ADMINISTRATIVE QUESTIONS | | | | | |
|---|---|---|---|---|---|

| CHAPTER 2 - ACCESS TO CARE | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.6** | **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | 0 | 3 | 0 | **0.0%** |
| | Month #1 | # of Rounds Conducted on Monday, Wednesday, and Friday | 0 | 1 | |
| | Month #2 | # of Rounds Conducted on Monday, Wednesday, and Friday | 0 | 1 | |
| | Month #3 | # of Rounds Conducted on Monday, Wednesday, and Friday | 0 | 1 | |

• Review the Isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?
• *Compliance will be determined via the review of the isolation log during the onsite audit.*

Comments:  There were no documents attached to the isolation cells or within the EMR to verify inspections made of patients in the isolation cells.

| **2.7** | **Does the facility maintain a sick call roster on file in the clinic?** | 1 | | | **100.0%** |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.
• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.
• *Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

Comments:

| **2.8** | **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | 1 | | | **100.0%** |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.
• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.
• *Compliance will be determined via the review of the Inmate Rules booklet  during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units? | | 8 | 0 | 0 | 100.0% |
|---|---|---|---|---|---|---|
| | Booking Area | | 1 | | | |
| | Housing Unit #1 | | 1 | | | |
| | Housing Unit #2 | | 1 | | | |
| | Housing Unit #3 | | 1 | | | |
| | Housing Unit #4 | | 1 | | | |
| | Housing Unit #5 | | 1 | | | |
| | Housing Unit #6 | | 1 | | | |
| | Housing Unit #7 | | 1 | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*• Compliance will be determined via the inspection of the reception area and housing units  during the onsite audit.*

**Comments:  Signs are posted in clinics and housing areas viewed during this inspection.**

| 2.10 | Does the clinic visit location ensure the inmate's visual and auditory privacy? | | | 1 | | 0.0% |
|---|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.

• Assess all locations to determine if visual and auditory confidentially is maintained.

• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy.  Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed.  If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists

  Note:  This will require the auditor to use his/her professional judgment.  The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level.  If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.

*• Compliance will be determined via the inspection of the clinic  during the onsite audit.*

**Comments:  White noice machine was not turned on when I visited intake.**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| CHAPTER 10 - CFMG STAFFING | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| 10 | Does the facility have the required provider staffing complement per the CFMG's Staffing Plan? | | 3 | 0 | | 100.0% |
| | | PCP | 1 | | | |
| | | PA | 1 | | | |
| | | NP | 1 | | | |
| • Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP). <br> • Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements. <br> • Compliance will be determined via the review of the health care staffing rosters and contractual requirements . | | | | | | |
| Comments:  Staff appears adequate in the number of PCP available.  Access to care seems to be limited by custody escorts and efficient use of staff. | | | | | | |
| 10 | Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan? | | 2 | 0 | | 100.0% |
| | | RN | 1 | | | |
| | | LVN | 1 | | | |
| Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN). <br> • Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements. <br> • Compliance will be determined via the review of the health care staffing rosters and contractual requirements .. | | | | | | |
| Comments: <br> Nursing staff numbers are recently increased to meet staffing plan. | | | | | | |
| 10 | Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan? | | 2 | 1 | | 66.7% |
| | | CMA | 1 | | | |
| | | MA | | 1 | | |
| | | MRC | 0 | 1 | | |
| • Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk. <br> • Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements. <br> • Compliance will be determined via the review of the health care staffing rosters and contractual requirements. | | | | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

**Comments:  Fullt time medical records cleark has not been hired as of this time**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10 | Does the facility have the required management staffing complement per the CFMG's Staffing Plan? | | 2 | 1 | | 66.7% |
|---|---|---|---|---|---|---|
| | | Program Manager | 1 | | | |
| | | DON | 1 | | | |
| | | MRS | | 1 | | |

• Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor.

• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements.

• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:**
**No medical record supervisor on staff.  DON hired around time of my site visit.**

| 11 | Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail? | 1 | | | 100.0% |
|---|---|---|---|---|---|

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:   Monterey County Jail                                            Onsite Audit Date(s):

Auditor:                                                                              Audit Review Period:

| CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| 8.6 | Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments? | 1 | | | yes |

• During the onsite audit, observe where the TB Tracking Log is located in the medical department.
• Obtain a copy of the TB Tracking Log from the Health Services Administrator and review the log to determine whether it is up to date.
• Interview health care staff regarding the annual TB screening and evaluation process and whose responsibility it is to update the TB Tracking Log.
• Compliance will be determined tghrough onsite staff interview process and review of the TB Tracking Log.

| CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| 9.1 | Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated? | 1 | | | 100.0% |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by  onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:   Monterey County Jail

Auditor:

Onsite Audit Date(s):

Audit Review Period:

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | | 5 | 1 | | 83.3% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | ███ | 1 | | | |
| | Nurse Observed: | ███ | 1 | | | |
| | Nurse Observed: | ███ | 1 | | | |
| | Nurse Observed: | ███ | 1 | | | |
| | Nurse Observed: | ███ | 0 | 1 | | |
| | Nurse Observed: | ███ | 1 | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.
• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.
  If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.
• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).
• *Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

Comments: ████  - identify confirmed without ID card by birthdate iniquiry.  Nure reports that there are no armbands displayed and ID card are frequently not required.

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | | 6 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:   Monterey County Jail**                    **Onsite Audit Date(s):**

**Auditor:**                                            **Audit Review Period:**

• *Identify all medication administration/delivery areas, times and medication nurses at the facility.*
• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
• The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:
  Watching the inmate take the medication.
  Checking for "cheeking" or "palming" to assure that medication has been ingested.
  Having the inmate speak after taking the medication and/or drinks water.
• In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.
• *Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:  Flashlight not deployed**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:  Monterey County Jail**  **Onsite Audit Date(s):**

**Auditor:**  **Audit Review Period:**

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | 6 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | 1 | | | |
| | Nurse Observed: | 1 | | | |
| | Nurse Observed: | 1 | | | |
| | Nurse Observed: | 1 | | | |
| | Nurse Observed: | 1 | | | |
| | Nurse Observed: | 1 | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

• *Compliance will be determined via the inspection of the reception area and housing units conducted during the onsite audit.*

**Comments:**

| 9.8 | Management of Controlled Substances:<br>Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Location #1 | 1 | | | |
| | Location #2 | | | | |
| | Location #3 | | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.

  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.

• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.

• *Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

**Comments:  Medication room inspected.**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:   Monterey County Jail                          Onsite Audit Date(s):

Auditor:                                                          Audit Review Period:

| 9.9 | Management of Controlled Substances:<br>Are the narcotics inventoried at every shift change by two licensed health care staff? | | 1 | | | 100.0% |
|---|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift.  This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately.  For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

| Comments: |
|---|
| |

| 9.10 | Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff? | | 1 | | | 100.0% |
|---|---|---|---|---|---|---|

• Identify all clinic locations where prescription and non-prescription drugs are stored and inspect each location to ensure the drugs are stored in a locked area accessible only to the medical staff.
• *Compliance will be determined during the onsite review/observation of the clinic locations.*

| Comments: |
|---|
| |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: | 22-Nov-23 |
| Facility: | MCJ |
| Inmate Name (Last, First): | ████ |
| Inmate ID #: | ████ |

| | |
|---|---|
| Case #: | 1 |
| Physician Auditor: | B. Barnett |
| Review Time Period: | October - December 2023 |
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | 56.5% |

**Summary:** 48 yo female booked October 4, 2023.  Diabeitic. HTN, Mild asthma.  Minor toe injury dressed. Meds include low dose gabaentin.  Scheduled for CC visit.

**Justification:** Patient is not provided with appropriate face to face examination to assess significance of poor blood sugar controls, and apparent infections in finger and toe.  Probable yeast vaginitis 11/21/23 not treated.  Patient placed at risk of serious harm from diabetes poorly controlled and infection.  Requested visual acuity not done.  Optometry appointments for diabetics appear delayed. Podiatry visit recommendations not timely followed. Rationale for abrupt discontinuation of gabapentin not provided in the EMR. Insufficient attention given to patient by the on site ID physician.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ██ | 10/04/23 | Initial Health Assessment | ██ RN | Intake Screening | Diabeitic. HTN, Mild asthma.  Minor toe injury dressed. Meds include low dose gabaentin. Scheduled for CC visit. | Appropriate | | | |
| 1 | ██ | 10/06/23 | Sick Call/Clinic Visit RN | ██ RN | Access to Care | Panic attack. Referred to MH | Appropriate | | | |
| 1 | ██ | 10/06/23 | Chronic Care | ██ NP | Chronic Care | Meds reviewed, verified | Deficient | Gabapentin 300 tid continued, but abruptly stoped on 10/1023 | Potentially | patient may suffer withdrawal from abrupt discontinuation. |
| 1 | ██ | 10/10/23 | Emergent/Urgent Visit | ██ RN | Access to Care | Possible hypoglycemia. Gluceose ,  BS check. | Appropriate | | | |
| 1 | ██ | 10/11/23 | Emergent/Urgent Visit | ██ RN | Access to Care | Recurrent hypoglycemia symptoms. Referred to PCP | Appropriate | | | |
| 1 | ██ | 10/12/23 | Chronic Care | ██ MD | Chronic Care | comprehensive h & p. Request old records. Meds adjuste. New lab ordered. | Appropriate | | | |
| 1 | ██ | 10/19/23 | Sick Call/Clinic Visit PCP | ██ RN | Access to Care | possible toe infection. Consult with MD. Antibiotic started empiracally | Appropriate | | | |
| 1 | ██ | 10/20/23 | Sick Call/Clinic Visit PCP | ██ NP | Access to Care | toe infecton not resolving.  Drainage noted. | Deficient | overt foot infection needs management by MD, possibly podiatry. Follow up not noted. | Potentially | I did not see any follow up  in EMR until Xray reviewed 10/27 by Dr.██ RN exam on 10/28. Wound described then as macerated by RN. Osteomyelitis not ruled out by plain film. May need bone scan. Lab work ESR, CBC would also be appropriate. |
| 1 | ██ | 10/22/23 | Sick Call/Clinic Visit PCP | ██ rn | Access to Care | elevated blood sugars (over 500); conult with PCP | Appropriate | | | |
| 1 | ██ | 10/23/23 | Sick Call/Clinic Visit PCP | ██ PA | Access to Care | Chart reviewed.  Glipizide ordered bid. | Deficient | Diabetes out of control, with history of foot infection.  Needs face to face exam | Potentially | glipizide not prescribed in accord with approved doses. Should start once daily. Opportunity for teaching. |
| 1 | ██ | 10/24/23 | Sick Call/Clinic Visit PCP | ██ NP | Access to Care | rash on left arm (described as petichiae) without pain, itch or dyfunction.  Follow up on lab. | Appropriate | | | no diagnosis offered.  ? Bruising. |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 22-Nov-23 | **Case #:** 1 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▉ | **Review Time Period:** October - December 2023 |
| **Inmate ID #:** ▉ | **Overall Case Rating:** Inadequate |
| | **Overall Case Percentage Score:** 56.5% |

**Summary:** 48 yo female booked October 4, 2023.  Diabeitic. HTN, Mild asthma.  Minor toe injury dressed.  Meds include low dose gabapentin.  Scheduled for CC visit.

**Justification:** Patient is not provided with appropriate face to face examination to assess significance of poor blood sugar controls, and apparent infections in finger and toe.  Probable yeast vaginitis 11/21/23 not treated.  Patient placed at risk of serious harm from diabetes poorly controlled and infection.  Requested visual acuity not done.  Optometry appointments for diabetics appear delayed. Podiatry visit recommendations not timely followed. Rationale for abrupt discontinuation of gabapentin not provided in the EMR. Insufficient attention given to patient by the on site ID physician.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▉ | 10/26/23 | Sick Call/Clinic Visit RN | ▉ | Access to Care | tender,red bump on right middle finger. Use not impaired. No drainage."No s/s infection at this time. Follow up with provider | Appropriate | | | more precise assessment is possible bug bite, not infected. Opportunity for teaching. |
| 1 | ▉ | 10/28/23 | Clinic Follow-up | ▉ RN | Access to Care | Wound care for left toe, macerated. Fingertip red, 2 x 3 cm, painful. Note states will be referred to PCP with ? Infection. | Deficient | No note documenting MD or PCP contact.  No antibiotics ordered for finger infection. | Adversely | Patient is worse on next day and sent to ER |
| 1 | ▉ | 10/29/23 | Emergent/Urgent Visit | ▉ RN | Outside Medical Care/Referrals | Sent to ER for worsening finger infection.  Seen by RN on return.  ER recommends return 3 days. Also antibiotic course. | Appropriate | | | |
| 1 | ▉ | 10/31/23 | Clinic Follow-up | ▉ PA | Outside Medical Care/Referrals | Medical records reviewed by PA. | Deficient | patient needs face to face exam, re; finger infection and foot infection.  ER recommendation for return visit to MD not followed. | Potentially | at risk for osteomyelitis. should be reviewed by in house MD, who is ID specialist. |
| 1 | ▉ | 11/03/23 | Clinic Follow-up | ▉ RN, NP | Access to Care | Follow up wound check. Patient improved. | Appropriate | | | |
| 1 | ▉ | 11/18/23 | Sick Call/Clinic Visit RN | ▉ RN | Access to Care | Finger infection appears recurrent. PCP contacted. Antibiotics ordered | Appropriate | | | |
| 1 | ▉ | 11/21/23 | Sick Call/Clinic Visit PCP | ▉ NP | Access to Care | Finger infection improved.  Symptoms of candida vaginitis possibly from the antibiotics. Vaginal culture ordered | Deficient | Vaginal culture for monilia is not determinative as yeast can be found in absence of moniliasis. Appropriate treatment is empiric. | Adversely | treatment for likely yeast vaginitis is unnecessarily delayed. Teaching opportunity. |
| 1 | ▉ | 11/21/23 | Chronic Care | ? | Chronic Care | summary note says that Snellen exam not done, need to process referral. | Deficient | Basic eye exam for diabetic in office includes eye chart.  No reason to delay  while optometry apoinment pending. | Potentially | Loss of vision can occur with diabetics not followed, poorly controlled.  Nursing needs instructions to do Snellen. |
| 1 | ▉ | 11/27/23 | Specialty Services | ▉ PA | Outside Medical Care/Referrals | Podiatry care visit 11/13/23 reviewed.  Recommends wound care for foot lesions. | Deficient | delayed review of specialist recommendation | Adversely | patient's wound not receiving timely care. |
| 1 | ▉ | 11/30/23 | Initial Health Assessment | ▉ RN | Access to Care | Initial health exam delayed.  Snellen test done, delayed | Deficient | Patient admitted 10/4/23.  Examination should have been done before end of October. | Potentially | Delayed care impairs treatment. |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: | 22-Nov-23 |
| Facility: | MCJ |
| Inmate Name (Last, First): | ▮▮ |
| Inmate ID #: | ▮▮ |

| | |
|---|---|
| Case #: | 1 |
| Physician Auditor: | B. Barnett |
| Review Time Period: | October - December 2023 |
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 56.5% |

**Summary:** 48 yo female booked October 4, 2023.  Diabeitic. HTN, Mild asthma.  Minor toe injury dressed. Meds include low dose gabapentin.  Scheduled for CC visit.

**Justification:** Patient is not provided with appropriate face to face examination to assess significance of poor blood sugar controls, and apparent infections in finger and toe.  Probable yeast vaginitis 11/21/23 not treated.  Patient placed at risk of serious harm from diabetes poorly controlled and infection.  Requested visual acuity not done.  Optometry appointments for diabetics appear delayed. Podiatry visit recommendations not timely followed. Rationale for abrupt discontinuation of gabapentin not provided in the EMR. Insufficient attention given to patient by the on site ID physician.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▮ | 12/01/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | vaginal itching, diabetes.  Yeast culture pending. No exam. No treatment. | Deficient | Patient should be treated  empirically. Telehealth note is inadequate. Treatment not within community standards. | Adversely | patient suffering with gyn complaint |
| 1 | ▮ | 12/05/23 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Pelvic exam done, monistat RX. Foot ulceration treated. Opth appointment pending. BS improved. | Appropriate | | | |
| 1 | ▮ | 12/19/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | New wound on calf.  Rx Clindamycin. Photo to dermatology | Appropriate | | | should seek consult with local ID doctor.  Possibly this is MRSA and needs culture. |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 11/24/2023 | **Case #:** 2 | |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███ | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ███ | | |

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 50.0%

**Summary:** 29 year old, schizophrenia. Has prior history of suicide gesture by hanging. Reports history of sexual abuse. On mulitple MH meds at booking, No evident medical problems. Referred for mental health care on urgent basis.

**Justification:** Medical care does not meet Implemenation Plan requirements:  a) delayed prescriptions of drugs required at Intake; b) absent documentation of 14 day appraisal c) insufficient screening for STD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ███ | 10/19/23 | Initial Health Assessment | ███ RN | Intake Screening | Schizophrenia, suicide attemtp and sexual abuse history, multiple MH meds. No apparent medical problems or substance abuse. Urgently referred to MH | Appropriate | | | |
| 2 | ███ | 10/19/23 | Medication Renewal | ? | Pharmaceutical Administration | Medication verfification ordered, but results not documented. | Deficient | Meds  taken at intake (10/19/23)  not provided until 10/26/23 | Adversely | needed medications not provided timely despite complaints by patient. Patient's delusional status deteriorated with suicide ideation. |
| 2 | ███ | 10/30/23 | Initial Health Assessment | ███ RN | Intake Screening | 14 day health appraisal. | Deficient | | | 14 day  "health iinventiory" not found in the EMR. Patient at risk for STD.  No STD screening in the EMR (RPR, HIV, Hep B,C). |
| 2 | ███ | 10/31/23 | Sick Call/Clinic Visit RN | ███ RN | Tuberculosis & Other Infections | Covid test positive.  No symptoms. Protocol for symptoms prn. | Appropriate | | | Polypharmacy for asymptomatic patient should be reviewed. |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **11/24/2023**
Facility: **MCJ**
Inmate Name (Last, First): ███████
Inmate ID #: ███████

Case #: **2**
Physician Auditor: **B. Barnett**
Review Time Period: **Oct - Dec 2023**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **50.0%**

**Summary:** 29 year old, schizophrenia. Has prior history of suicide gesture by hanging. Reports history of sexual abuse. On mulitple MH meds at booking, No evident medical problems. Referred for mental health care on urgent basis.

**Justification:** Medical care does not meet Implemenation Plan requirements:  a) delayed prescriptions of drugs required at Intake; b) absent documentation of 14 day appraisal c) insufficient screening for STD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |
| 2 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: **11/24/2023** | Case #: | 3 |
| Facility: **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): ▇▇ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: ▇▇ | | |

| | |
|---|---|
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | **50.0%** |

**Summary:** 56 year old male admitted July 12. 2023 with no apparent medical or mental health conditions.

**Justification:** Access to care for chronic skin complaint is not timely. Evaluation is incomplete. Assessment of risk for infections/STD not performed and STD screening not provided. TB testing not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ▇ | 10/13/23 | Sick Call/Clinic Visit PCP | ▇ NP | Access to Care | Seen by NP for compliant of dermatitis first recorded as request for care on 7/24/23. Assessment is "dermatitis." | **Deficient** | Access to care extremely delayed. EMR does not provide report on the purported prior treatments for dermatitis, or extent of rash. | | |
| 3 | ▇ | 10/19/23 | Clinic Follow-up | ▇ PA | Access to Care | Patient requests refill on CTM ordered 10/13/23 for flu symptoms. Not renewed | Appropriate | | | |
| 3 | ▇ | 10/23/23 | Medication Renewal | ▇ PA | Pharmaceutical Administration | patient wants refill of flonase and hydrocortisone. No medical indications. Can get hydrocortisone at comissary. | Appropriate | | | |
| 3 | ▇ | 10/27/23 | Clinic Follow-up | ▇ NP | Access to Care | follow up for rash lower extremities. Patient reports hydrocortisone clears the rash. Also states nasal congestioin. Assessment: dermatitis, nasal congestion | **Deficient** | NP note is incomplete. Assessment does not provide diagnosis, but restates the symptoms. No treatment plan for the recurrent condition. Also, patient has not been screened for STD. | **Potentially** | If NP uncertain as to cause or treatment, can consult with MD. Problem list not current. |
| 3 | ▇ | 10/29/23 | Sick Call/Clinic Visit RN | ▇ RN | Access to Care | Complains ears are clogged. Cerumen blocked. Debrox ordered. Muscinex DM is ordered for URI. Changed to Mucinex. | Appropriate | | | Mucinex DM is often abused. Will discuss. DM preparations not allowed by CDCR. |
| 3 | ▇ | 10/29/23 | Initial Health Assessment | ▇ RN | Tuberculosis & Other Infections | 56 year old at initial health care and physical exam. | **Deficient** | Evaluation is incomplete. Required assessment regarding infection risks not performed. STD screening not done. No TB testing peformed | **Potentially** | at risk for HIV, Hep B, C. No TB testing documented. |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |
| 3 | ▇ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 11/24/2023 | | **Case #:** 3 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ███ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 50.0% | |

**Summary:** 56 year old male admitted July 12. 2023 with no apparent medical or mental health conditions.

**Justification:** Access to care for chronic skin complaint is not timely. Evaluation is incomplete. Assessment of risk for infections/STD not performed and STD screening not provided. TB testing not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: **11/24/2023** | Case #: **4** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ███ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: ███ | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 83.3% |

**Summary:** 44 yo booked 5/27/23 following multiple fractures from MVA. Ongoing follow up by orthopedics, PT. Uncooperative and non compliant with medical advice. Refuses medical care.

**Justification:** Classic chronic pain patient with evidence of drug seeking: a) provider "shopping" b) non compliant with physical therapy c) seeking increased doses of medications d) inconsistent/uncooperative . Medical care is compliant with IP. A treatment plan for chronic pain should be developed with the MH team. Patient needs to be screened for STD. Treatment plan for chronic pain should be elucidated in EMR.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ███ | 10/05/23 | Sick Call/Clinic Visit PCP | ███ MD | Chronic Care | Follow up for chronic pain following fractures. Patient refuses visit. Appears in no physical distress. Pain medications adjusted. | Appropriate | | | |
| 4 | ███ | 10/23/23 | Medication Renewal | ███ PA; ███ MD | Pharmaceutical Administration | Review of medications. Patient is non compliant and drug seeking. Gabapentin not renewed | Appropriate | | | |
| 4 | ███ | 11/01/23 | Medication Renewal | ███ PA; | Chronic Care | Patient requests stronger pain meds. Exam unchanged. NSAID, acetaminophen | Appropriate | | | |
| 4 | ███ | 11/07/23 | Medication Renewal | ███ MD | Chronic Care | Chronic pain. On NSAID and Tylenol. Followed by PT, Orthopedic and Trauma surgeon. 8/10 pain compliant unsubstantiated by ADL. Exam shows not sign of chronic pain or loss of function. Continue same med | Appropriate | | | followed by MH for PTSD, polysubstance abuse. Adjustment disorder, depressed mood. |
| 4 | ███ | 11/14/23 | Clinic Follow-up | ███ NP | Chronic Care | Followed for pain complaints. Exam unchanged. Continue same | Appropriate | | | Further planning should include co-management with MH for chronic pain. |
| 4 | ███ | 11/24/23 | Initial Health Assessment | ███ MD | Health Care Maintenance | In nearly 6 months since intake there is no documented comprehensive exam at MCJ. | Deficient | Full physical needs to consider STD risks with polysubstance abuse, treatment plan for ronic pain syndrome, repeat abnormal labs. | Potentially | hi risk for STD. |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 11/24/2023 | | **Case #:** 4 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ████ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ████ | | **Overall Case Rating:** Adequate | |
| | | **Overall Case Percentage Score:** 83.3% | |

**Summary:** 44 yo booked 5/27/23 following multiple fractures from MVA.  Ongoing follow up by orthopedics, PT.  Uncooperative and non compliant with medical advice. Refuses medical care.

**Justification:** Classic chronic pain patient with evidence of drug seeking:  a) provider "shopping" b) non compliant with physical therapy  c) seeking increased doses of medications d) inconsistent/uncooperative .  Medical care is compliant with IP.  A treatment plan for chronic pain should be developed with the MH team.  Patient needs to be screened for STD. Treatment plan for chronic pain should be elucidated in EMR.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |
| 4 | ██ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **11/25/2023** | Case #: | 5 |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▇ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: | ▇ | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **40.0%** |

**Summary:** 21 yo female with AUD. Combative when booked 10/28/23 at 0327.   Unable to perform intake, but appeared clinically fit for observation in the holding cell with BP 158/100, pulse 96, RR 20 and SPO2 100%. EMR does not contain notice of approval for holding cell (in lieu of trip to ER) and/or confirmation of medical exam before release from holding cell. (See CFMG Implemenation Plan "Treatment of Alcohol Withdrawal V.A. -will be under close observation by custody and health services staff;  details of observation:  Wellpath /Monterey CA Policies HCG-110-F-04; 6:18, 6:19).

**Justification:** Incomplete assessment of this patient's chronic medical condition (AUD) and failure to screen for STD is not in compliance with the Implementation Plan and Wellpath/Monterey Policies.  Abnormal vital signs not repeated or addressed on multiple occassions.  Severe dental pain not alleviated. Access to care delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ▇ | 10/28/23 | Initial Intake Screening | ▇ RN | Intake Screening | Attempted screening, patient uncooperative. Required restraint and placed in sobering cell. | Deficient | No documented contact with PCP to verify safety in not sending to ER. No evidence of PCP evaluation within one hour of placing in cell as required by Wellpath policies. | Potentially | Unknown cause of combative behaviour.  Determination of safety to hold in jail beyond scope of practice for RN. Default without PCP decision is to send to ER. |
| 5 | ▇ | 10/28/23 | Initial Health Assessment | ▇ RN | Intake Screening | Screening 6 hours after booking. Vital signs normal. Reports taking iron for anemia. AUD, more than one year. Referred for routine medical exam  and mental health | Appropriate | | | No BS taken.  Patient is candidate for chronic care. |
| 5 | ▇ | 10/28/23 | Other | ▇ RN | Detoxification/Withdrawal | CIWA protocol confirmed by NP.  Stable . | Appropriate | | | |
| 5 | ▇ | 10/30/23 | Emergent/Urgent Visit | ▇ RN ` | Access to Care | Urgent nurse visit for fall, hitting head.  VS abnormal (pulse 118) . Complains pain to walk. Ankle "indentation." Tenderness.  Using "non-traumatic" protocol  Assessment as non emergent - vague joint pain, no swelling, does not appear ill. | Deficient | Wrong protocol.  Observatons of pain, hurts to walk, tender, disfigurement and elevated pulse rates are inconsistent with assessement of :vague" findings, non-emergency. Patient needs PCP eval, and/or X ray, repeat vital signs, observation to rule out CNS damage. | Potentially | Nurse is not following the appropriate written protocols. Is fall related to alcohol withdrawal? |
| 5 | ▇ | 11/02/23 | Chronic Care | ▇ PA | Chronic Care | Chart review finds patient stable with high pulse 102. | Deficient | Chart review is incomplete, and does not address fall and pulse of 118, ankle pain, possible fracture. In any case, needs face to face exam and complete h&p to include STD screening. | Potentially | patient at risk for STD, and diseases from AUD. |
| 5 | ▇ | 11/03/23 | Sick Call/Clinic Visit RN | ▇ RN | Access to Care | Complaining bilateral thumb numb from cuffs. Referred to PCP | Appropriate | | | |
| 5 | ▇ | 11/07/23 | Chronic Care | ▇ MD | Chronic Care | Unable to see patient, refuses visit. Schedule for repeat visit. | Appropriate | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** | 11/25/2023 | **Case #:** | 5 |
| **Facility:** | MCJ | **Physician Auditor:** | B. Barnett |
| **Inmate Name (Last, First):** | ▮▮▮ | **Review Time Period:** | Oct - Dec 2023 |
| **Inmate ID #:** | ▮▮▮ | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 40.0% |

**Summary:** 21 yo female with AUD. Combative when booked 10/28/23 at 0327.   Unable to perform intake, but appeared clinically fit for observation in the holding cell with BP 158/100, pulse 96, RR 20 and SP02 100%.  EMR does not contain notice of approval for holding cell (in lieu of trip to ER) and/or confirmation of medical exam before release from holding cell. (See CFMG Implemenation Plan "Treatment of Alcohol Withdrawal V.A. -will be under close observation by custody and health services staff;  details of observation:  Wellpath /Monterey CA Policies HCG-110-F-04; 6:18, 6:19).

**Justification:** Incomplete assessment of this patient's chronic medical condition (AUD) and failure to screen for STD is not in compliance with the Implementation Plan and Wellpath/Monterey Policies.  Abnormal vital signs not repeated or addressed on multiple occassions.  Severe dental pain not alleviated. Access to care delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ▮▮▮ | 11/08/23 | Chronic Care | ▮▮ NP | Chronic Care | Seen to evaluatea thumb numbness. Focused exam negative. Prescribed Naproxen 500 bid. | Deficient | Patient is overdue for Chronic care exam, lab testing. | Potentially | Naproxen not appropriate for patient without evidence of dysfunction or compromised ADL, especially not until labs show normal Liver function and rnal function. Also history of anemia, rule out gastritis that could be made worse by NSAID |
| 5 | ▮▮▮ | 11/19/23 | Emergent/Urgent Visit | ▮▮ RN, PA | Access to Care | Altercation with inmate. Painbehind left ear. Exam norma except for pulse 120.  . Rx Tylenol prm, Neuro checks q 8. Obtained orderes from PA | Deficient | Pulse of 120 must be repeated.  If not improved with rest, then PCP attention or visit to ER required.  Also patient had submitted request 11/9/23 said "I can't see."  No follow up on that. No Snellen. | Potentially | Abnormal vital signs following altercation could be due to internal bleeding. Or drug effects. |
| 5 | ▮▮▮ | 11/20/23 | Sick Call/Clinic Visit RN | ▮▮ RN | Access to Care | Patient submitted request for care 11/15/23 to treat painful wisdom tooth. Asking for tylenol and/or ibuprofen | Deficient | No nurse exam provided.  No meds ordered for complaint until seen by dentist 11/21/23. | Adversely | Pain not treated. Vision not screened with Snellen chart. |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |
| 5 | ▮▮▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 11/25/2023 | | **Case #:** 5 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███████ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ███████ | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 40.0% |

**Summary:** 21 yo female with AUD. Combative when booked 10/28/23 at 0327.   Unable to perform intake, but appeared clinically fit for observation in the holding cell with BP 158/100, pulse 96, RR 20 and SP02 100%.  EMR does not contain notice of approval for holding cell (in lieu of trip to ER) and/or confirmation of medical exam before release from holding cell. (See CFMG Implemenation Plan "Treatment of Alcohol Withdrawal V.A. -will be under close observation by custody and health services staff;  details of observation:  Wellpath /Monterey CA Policies HCG-110-F-04; 6:18, 6:19).

**Justification:** Incomplete assessment of this patient's chronic medical condition (AUD) and failure to screen for STD is not in compliance with the Implementation Plan and Wellpath/Monterey Policies.  Abnormal vital signs not repeated or addressed on multiple occassions. Severe dental pain not alleviated. Access to care delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |
| 5 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 11/26/2023 | | **Case #:** 6 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▓▓▓ | | **Review Time Period:** Oct - Dec 2023 |
| **Inmate ID #:** | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 55.6% |

**Summary:** 63 yo woman, admitted to MCJ 4/12/23 diagnosed COPD, HTN, bipolar. Severe seborhea develops during incarceration. COPD exacerbation treated with antibiotic.

**Justification:** Chronic care notes for history of COPD, asthma, HTN, seborhea are incomplete. STD screening not performed after admission, even when patient requests same months into incarceration. Health maintenance not performed. Review of specialty services is not timely. Treatment recommended by specialist not timely provided.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 09/26/23 | Chronic Care | ▓ NP | Chronic Care | Reviewed hisory of asthma, HTN, requests STD testing for unsafe sex. Prior SUD. Exam normal. Meds adjusted. Lab ordered to be done in 2 weeks. | Appropriate | STD labs purportedly ordered to be done in 2 weeks are not performed. | | Lab tests not performed - see deficiency in later visits. |
| 6 | | 10/13/23 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | minor rash, possibly due to soap. Nursing protocols deployed. | Appropriate | | | |
| 6 | | 10/24/23 | Sick Call/Clinic Visit PCP | ▓ NP | Chronic Care | Persistent head/scalp rash. Affecting eyes. Assess: "dermatitis" Start Selsun Blue. | Deficient | Exam documentation is incomplete. No diagnosis provided. Problem list not updated. Also, labs ordered by NP on 9/26/23 not yet done. Patient needs STD screening. | Adversely | Education opportunity to write better progress notes; importance of STD screening. |
| 6 | | 10/31/23 | Sick Call/Clinic Visit PCP | ▓ MD | Access to Care | Overt seborheic dermatitis not being treated. Start ketoconazole. Follow up with NP | Appropriate | | | |
| 6 | | 11/03/23 | Sick Call/Clinic Visit PCP | ▓ NP | Access to Care | skin not improved.Has open sores. Assess: skin infection. Bactrim prescribed. | Appropriate | | N/A | |
| 6 | | 11/10/23 | Sick Call/Clinic Visit PCP | ▓ NP | Outside Medical Care/Referrals | Skin care not helping. Assess: dermatitis v psoriasis Refer to Dermatology. Labs for STD re-ordered. | Appropriate | | | "dermatitis" is not a diagnosis. Dermatology referrral is expedited. Can consult with Dr. ▓ in mean time. |
| 6 | | 11/14/23 | Specialty Services | ▓ NP | Outside Medical Care/Referrals | E-consult dermatology provided timely (11/14/23). Medications recommended provided to patient 11/21/23. | Deficient | Unexplained, inordinate delay in providing treatment recommended by the specialist. | Adversely | patient suffering without treatment. |
| 6 | | 11/21/23 | Chronic Care | ▓ NP | Chronic Care | Return visit for chronic conditions, including seborrhea. Audible wheezes. Lab not done. Meds recommended by specialist not provided. Azithromycin started - presumedly for COPD/infection - not expressly noted. | Deficient | Patient's evaluation and treatment are incomplete. Skin rash has not been treated as recommended. COPD in exacerbation not addressed. STD labs requests in September, and due since Aprl still not done. | Potentially | Exacerbation of COPD needs close follow up. |
| 6 | | 11/21/23 | Chronic Care | ▓ NP | Health Care Maintenance | Patient has been incarcerated for more than 6 months. | Deficient | Needs full H&p and appropriate health maintenance for age - including screening for breast cancer, colon cancer, STD. | Potentially | At risk for cancer. Prior smoker. |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **11/26/2023** | Case #: 6 |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ███ ███ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: ███ | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **55.6%** |

**Summary:** 63 yo woman, admitted to MCJ 4/12/23 diagnosed COPD, HTN, bipolar.  Severe seborhea develops during incarceration.  COPD exacerbation treated with antibiotic.

**Justification:** Chronic care notes for history of COPD, asthma, HTN, seborrhea are incomplete.  STD screening not performed after admission, even when patient requests same months into incarceration.  Health maintenance not performed. Review of specialty services is not timely.  Treatment recommended by specialist not timely provided.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |
| 6 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **11/26/2023**

Facility: **MCJ**

Inmate Name (Last, First): ██████ ██████

Inmate ID #:

Case #: 6

Physician Auditor: **B. Barnett**

Review Time Period: **Oct - Dec 2023**

**Overall Case Rating:** Inadequate

**Overall Case Percentage Score:** **55.6%**

**Summary:** 63 yo woman, admitted to MCJ 4/12/23 diagnosed COPD, HTN, bipolar. Severe seborhea develops during incarceration. COPD exacerbation treated with antibiotic.

**Justification:** Chronic care notes for history of COPD, asthma, HTN, seborrhea are incomplete. STD screening not performed after admission, even when patient requests same months into incarceration. Health maintenance not performed. Review of specialty services is not timely. Treatment recommended by specialist not timely provided.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ██ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 11/27/2023 | **Case #:** 7 | |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮▮▮ | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▮▮▮ | **Overall Case Rating:** Inadequate | |
| | **Overall Case Percentage Score:** 30.0% | |

**Summary:** 35 yo, type I DM, OUD admitted 8/18/23.  Intake screening delayed because gangrene in hand required immediate hospitalization and digit amputation. Admitted 8/28/23 to MCJ from hospital.  Chronic care visits documented. DM not well controlled.

**Justification:** Nurse did not follow protocols that explicitly require communication with PCP to discuss possible external otitis. This is especially important for patients with diabetes. Markedly elevated pulse - 125 - not repeated and not communicated to PCP.  Elevated pulse can be sign of impending shock due to severe dehydration or critical hyperglycemia. Chronic care is incomplete without review of CBC and chem panel.  Diabetes remains out of control.  PA prescribes without examination.  This is unsafe as underlying medical conditions contributing to DM are not considered.  Diabetics in poor control should be referred to MD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ▮ | 10/03/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Loss of hearing left ear. Wax, and redness in canal. Assess: cerumen obstruction, "red inflamed ear canal."  Rx Tylenol, debrox. | Deficient | Form states "consider Otitis Externa".  Protocols state medical provider should be contacted. This is not done. | Potentially | diabetic with external otitis can deteriorate to malignant condition. |
| 7 | ▮ | 10/10/23 | Sick Call/Clinic Visit PCP | ▮ RN | Access to Care | hearing not better, canal still blocked. Continues same med | Deficient | Protocol require "contact medical provider".  Care for patient with DM and possible otitis externa exceeds scope of practice (this is not usual cerumen occlusion) | Potentially | diabetic with external otitis can deteriorate to malignant condition. |
| 7 | ▮ | 10/27/23 | Specialty Services | ▮ RN | Outside Medical Care/Referrals | Returns with recommendations from podiatry including gabapentin.  NP notified of patient return.  Tylenol and Ibuprofen continued. | Appropriate | | N/A | Dr. ▮ reviews the podiatry recommendations on 11/6/23. |
| 7 | ▮ | 10/29/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | diarrhea and vomitting. Pulse 125. | Deficient | RN protocol not followed. Pulse not repeated and provider not contacted regarding elevated pulse. | Potentially | Elevated pulse could indicate severe dehydration.  This can lead to dangerously high blood sugars in diabetic, or syncope and injury. Or heart attack.  Or Stroke. |
| 7 | ▮ | 11/02/23 | Chronic Care | NP ▮ | Chronic Care | CC visit for HTN, DM. Had finger amputation from infection inadequately treated before admission. Diabetic neuropathy Rx with gabapentin. BP 170/110.  Start Hydralazine, adjust meds. BP recheck. | Deficient | STD screening not done.  Comprehensive examination should include chem panel. "Pending labs.." not performed. | Potentially | patient at high risk for HIV, Hep B, C. |
| 7 | ▮ | 11/06/23 | Medication Renewal | ▮ MD | Pharmaceutical Administration | Gabapentin request reviewed.  Discussed.  Offers alternative amitryptilline.  Accepted | Appropriate | | | |
| 7 | ▮ | 11/08/23 | Medication Renewal | ▮ MD | Detoxification/Withdrawal | On Subutex. Monitored by Dr. ▮ | Appropriate | | | |
| 7 | ▮ | 11/17/23 | Emergent/Urgent Visit | ▮ RN | Access to Care | Very high BS 455.  Received order from PA▮ for additiinal insulin, DM meds. | Deficient | No examination documented.  Significant increaes in blood sugar sometimes signal infection or other serious illness | Potentially | without examination, life threatening condition can be missed. |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **11/27/2023**
Facility: **MCJ**
Inmate Name (Last, First): ▮▮▮
Inmate ID #: ▮▮▮

Case #: **7**
Physician Auditor: **B. Barnett**
Review Time Period: **Oct – Dec 2023**

| Overall Case Rating: | Inadequate |
|---|---|
| **Overall Case Percentage Score:** | **30.0%** |

**Summary:** 35 yo, type I DM, OUD admitted 8/18/23.  Intake screening delayed because gangrene in hand required immediate hospitalization and digit amputation.  Admitted 8/28/23 to MCJ from hospital.  Chronic care visits documented. DM not well controlled.

**Justification:** Nurse did not follow protocols that explicitly require communication with PCP to discuss possible external otitis.  This is especially important for patients with diabetes.  Markedly elevated pulse - 125 - not repeated and not communicated to PCP.  Elevated pulse can be sign of impending shock due to severe dehydration or critical hyperglycemia. Chronic care is incomplete without review of CBC and chem panel.  Diabetes remains out of control.  PA prescribes without examination.  This is unsafe as underlying medical conditions contributing to DM are not considered.  Diabetics in poor control should be referred to MD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ▮ | 11/18/23 | Clinic Follow-up | ▮ PA | Access to Care | By chart review, determination made that DM not well controlled.  Additional DM meds added | Deficient | No physical examination performed.  Patient needs lab tests | Potentially | Management of DM poorly controlled without physical exam or consultations is outside scope of PA practice. |
| 7 | ▮ | 12/11/23 | Chronic Care | ▮ MD | Chronic Care | patient seen for OUD, is opportunity for CC to address poorly controlled DM | Deficient | DM not addressed .  Labs, including STD, not ordered. | Adversely | persistently high glucose has deleterious effect on kidneys, eyes, nerves. Etc.  BS on 12/26 is 454. |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **11/27/2023** | Case #: **7** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **30.0%** |

**Summary:** 35 yo, type I DM, OUD admitted 8/18/23.  Intake screening delayed because gangrene in hand required immediate hospitalization and digit amputation.  Admitted 8/28/23 to MCJ from hospital.  Chronic care visits documented. DM not well controlled.

**Justification:** Nurse did not follow protocols that explicitly require communication with PCP to discuss possible external otitis. This is especially important for patients with diabetes. Markedly elevated pulse - 125 - not repeated and not communicated to PCP.  Elevated pulse can be sign of impending shock due to severe dehydration or critical hyperglycemia. Chronic care is incomplete without review of CBC and chem panel.  Diabetes remains out of control.  PA prescribes without examination.  This is unsafe as underlying medical conditions contributing to DM are not considered.  Diabetics in poor control should be referred to MD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: | **27-Nov-23** | |
| Facility: | **MCJ** | |
| Inmate Name (Last, First): | ▉▉▉ | |
| Inmate ID #: | | |

| | |
|---|---|
| Case #: | **8** |
| Physician Auditor: | **B. Barnett** |
| Review Time Period: | **Oct - Dec 2023** |

| Overall Case Rating: | Inadequate |
|---|---|
| Overall Case Percentage Score: | **75.0%** |

**Summary:** 60 yo male, DM, admitted to MCJ 6/12/23. Alcoholic. Multiple injuries on face and hand. Right foot swelling noted 7/27/23. Has prior history of diabetic foot ulcer and osteomyelitis. ER visit in august for vomitting, possible gastritis or ulcer. Foot ulcer described thereafter treated at MCJ by nurses. Severe constipation treated with manual disimpaction.

**Justification:** Diabetic with history of prior osteomyelitis in foot is not timely sent for podiatry care and wound care. Patient becomes worse, and is at risk of losing limb before obtaining needed care. Tooth abscess not timely treated. Chronic care is incomplete without screening for STD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | 10/03/23 | Sick Call/Clinic Visit RN | ▉▉ RN | Access to Care | daily wound care for persistent diabetic foot ulcer, not healing. Referral to wound care center has been made. | Appropriate | | | |
| 8 | | 10/03/23 | Specialty Services | ▉▉ RN | Outside Medical Care/Referrals | Wound care clinic appointment made for 10/12/23 | Deficient | Specialty care is not provided timely. Foot ulcer detected end of July should have been under care by podiatry from that time. | Adversely | continued foot infection puts patient at risk for osteomyelitis and amputation. See below. |
| 8 | | 10/08/23 | Specialty Services | ▉▉ RN | Outside Medical Care/Referrals | Returned from ER after exam for foot infection. Antibiotic ordered, and follow up next day with PCP | Appropriate | | | |
| 8 | | 10/11/23 | Specialty Services | ▉▉ MD | Outside Medical Care/Referrals | Review podiatry and ER visits. Podiatry 10/11/23 treated patient for osteomyelitis. Meds continued as directed | Appropriate | | | |
| 8 | | 10/12/23 | Specialty Services | wound care | Outside Medical Care/Referrals | Wound care center sees patient and treats | Appropriate | | | this was delayed. Earlier wound care might have prevented the osteomyelitis. |
| 8 | | 10/19/23 | Clinic Follow-up | ▉▉ NP | Access to Care | patients foot ulcer is improved | Appropriate | | | |
| 8 | | 10/23/23 | Clinic Follow-up | ▉▉ RN | Access to Care | foot ulcer improves with wound care, antibiotics | Appropriate | | | |
| 8 | | 10/31/23 | Clinic Follow-up | ▉▉ MD | Access to Care | follow up for DM, osteomyelitis. Patient foot is improved. | Appropriate | | | |
| 8 | | 11/01/23 | Specialty Services | ▉▉ RN | Outside Medical Care/Referrals | Returned from wound care center with instructions | Appropriate | | | |
| 8 | | 11/10/23 | Sick Call/Clinic Visit RN | ▉▉ RN | Access to Care | Complains of tooth abscess. Is on antibiotics. Constant pain, redness,gum swelling, pus. No facial swelling. | Deficient | Evident tooth abscess in diabetic patient needs to be managed by PCP and expedited dental care. See Wellpath protocols: "when in doubt, please contact a dental or medical provider." | Adversely | Severe pain and risk of harm while not being adequately treated. Had extractions on 11/13/23 |
| 8 | | 11/16/23 | Clinic Follow-up | ▉▉ NP | Access to Care | foot ulcer improves with wound care, antibiotics | Appropriate | | | |
| 8 | | 11/22/23 | Chronic Care | ▉▉ NP | Chronic Care | DM, osteomyelitis. Lab reviewed 8/25/23 . Continue same meds for DM. | Deficient | CC should include screening for STD. No lab done for HIV, Hep B,C or Syphilis. Need follow up CBC, ESR and possibly bone scan re: osteo | Potentially | hi risk for STD, not tested. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 27-Nov-23 | | **Case #:** 8 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 75.0% | |

**Summary:** 60 yo male, DM, admitted to MCJ 6/12/23.  Alcoholic.  Multiple injuries on face and hand.  Right foot swelling noted 7/27/23.  Has prior history of diabetic foot ulcer and osteomyelitis.  ER visit in august for vomitting, possible gastritis or ulcer. Foot ulcer described thereafter treated at MCJ by nurses.  Severe constipation treated with manual disimpaction.

**Justification:** Diabetic with history of prior osteomyelitis in foot is not timely sent for podiatry care and wound care.  Patient becomes worse, and is at risk of losing limb before obtaining needed care.  Tooth abscess not timely treated.  Chronic care is incomplete without screening for STD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |
| 8 | ▮ | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **27-Nov-23** | |
| Facility: **MCJ** | |
| Inmate Name (Last, First): ▇▇▇ | |
| Inmate ID #: ▇▇ | |

| | |
|---|---|
| Case #: 8 | |
| Physician Auditor: **B. Barnett** | |
| Review Time Period: **Oct - Dec 2023** | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | **75.0%** |

**Summary:** 60 yo male, DM, admitted to MCJ 6/12/23.  Alcoholic.  Multiple injuries on face and hand.  Right foot swelling noted 7/27/23.  Has prior history of diabetic foot ulcer and osteomyelitis.  ER visit in august for vomitting, possible gastritis or ulcer. Foot ulcer described thereafter treated at MCJ by nurses.  Severe constipation treated with manual disimpaction.

**Justification:** Diabetic with history of prior osteomyelitis in foot is not timely sent for podiatry care and wound care.  Patient becomes worse, and is at risk of losing limb before obtaining needed care.  Tooth abscess not timely treated.  Chronic care is incomplete without screening for STD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ▇ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: | **11/27/2023** |
| Facility: | **MCJ** |
| Inmate Name (Last, First): | ▮▮▮▮▮ |
| Inmate ID #: | ▮▮▮▮ |

| | |
|---|---|
| Case #: | 9 |
| Physician Auditor: | B. Barnett |
| Review Time Period: | Oct - Dec 2023 |

| | |
|---|---|
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | **50.0%** |

**Summary:** 29 year old Hispanic Male, overweight (BMI 26.8, 156 LB, 5'4") booked 9/2/2023 with poly substance abuse for more than a year (Alcoholic with history or withdrawal tremors; daily opiate ingestion) , entered into appropriate detoxification protocols. No blood sugar tested. Referred for routine medical follow up and chronic care. Patient sent to the ER 10/9/23  for abdominal pain. Lab shows random glucose 167.  Patient continues to complain of abdominal discomfort for following month. Returned to ER and found to be in diabetic ketoacidosis 10/20/23 having lost 20 lbs (nearly all water) since admission.

**Justification:** PCP follow up does not address blood sugar, ? abdominal pain related to diabetes or chronic pancreatitis. No chronic care visit perfomeed, with STD screening. Weights not checked at each of the following visits for abdominal pain  (9/5/23, 9/7/23, 10/9/23. Elevated pulse not repeated or evaluated.  Diagnosis of diabetes was delayed and nearly fatal.  Labs purportedly ordered or intended on 10/9/23 are not done.  Delayed chronic care visit, lack of follow up on abnormal blood sugars.  Timely chronic care exam should have noted substantial weight loss fwith polyuria and/or polydipsia. Patient has still not undergone STD screening. Patients complant of vision blurry is not addressed.  No reason for not doing Snellen test.  Initial health assessment due at 14 days is delayed and incomplete when performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ▮ | 10/09/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | Abdominal pain, polysubstance abuse. History of pancreatitis. BS in ER 167. Pulse 120 | **Deficient** | 9, | **Adversely** | Missed opportnity to treat. Hyperglycemia not treated. Patient detiorates. Needs Emergency care a few weeks later. |
| 9 | ▮ | 10/09/23 | Chronic Care | ▮ NP | Chronic Care | Chronic care visit was requested at intake | **Deficient** | Chronic Care not done. | **Adversely** | Hyperglycemia not treated. Patient detiorates. Needs Emergency care a few weeks later. |
| 9 | ▮ | 10/20/23 | Emergent/Urgent Visit | ▮ RN | Access to Care | Pain, vomitting. Suspected pancreatitis.  Weight is 135, down more than 20 lbs since admission. Sent to ER | Appropriate | | | DKA could have been avoided with chronic care at earlier, timely date. |
| 9 | ▮ | 10/25/23 | Clinic Follow-up | ▮ NP | Outside Medical Care/Referrals | Review of care provided in hospital for DKA. Is now on insulin. VS normal. Weight returns to previous 159 lb. | Appropriate | | | |
| 9 | ▮ | 10/26/23 | Chronic Care | ▮ MD | Chronic Care | Chronic care vist (delayed) reviews DM, alcoholism. Full exam.  Vague eye complaints. Urgent eye exam ordered.  Labs ordered include HIV, Hep b, c, RPR, GC, urine. | Appropriate | | | Labs ordereed are not done. This is a lapse in specialty services. |
| 9 | ▮ | 10/26/23 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | labs ordered on 10/26/23. | **Deficient** | labs are not done prior to release on 10/30/23. Wantss to do snellen but "no chart available." | **Potentially** | hi risk for STD, not detected before release. |
| 9 | ▮ | 10/29/23 | Initial Health Assessment | ▮ RN | Intake Screening | Delayed intake screening (14 day exam) states blurry vision. Reports history of new onset diabetes. HTN. | **Deficient** | No Snellen test. Blood glucose "not indicated." Stomach pain not further described | **Potentially** | Needs immediate assessment of vision.  Blood sugar should be documented. |
| 9 | ▮ | 10/30/23 | Other | ▮ RN | Continuity of Care After Release | Released to US Marshalls. Indicates need for medical attention. | Appropriate | | | |
| 9 | ▮ | | | | | | | | | |
| 9 | ▮ | | | | | | | | | |
| 9 | ▮ | | | | | | | | | |
| 9 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 11/27/2023 | | **Case #:** 9 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ██████ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ████ | | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | 50.0% |

**Summary:** 29 year old Hispanic Male, overweight (BMI 26.8, 156 LB, 5'4") booked 9/2/2023 with poly substance abuse for more than a year (Alcoholic with history or withdrawal tremors; daily opiate ingestion ), entered into appropriate detoxification protocols. No blood sugar tested. Referred for routine medical follow up and chronic care. Patient sent to the ER 10/9/23 for abdominal pain. Lab shows random glucose 167. Patient continues to complain of abdominal discomfort for following month. Returned to ER and found to be in diabetic ketoacidosis 10/20/23 having lost 20 lbs (nearly all water) since admission.

**Justification:** PCP follow up does not address blood sugar, ? abdominal pain related to diabetes or chronic pancreatitis. No chronic care visit perfomeed, with STD screening. Weights not checked at each of the following visits for abdominal pain (9/5/23, 9/7/23, 10/9/23. Elevated pulse not repeated or evaluated. Diagnosis of diabetes was delayed and nearly fatal. Labs purportedly ordered or intended on 10/9/23 are not done. Delayed chronic care visit, lack of follow up on abnormal blood sugars. Timely chronic care exam should have noted substantial weight loss fwith polyuria and/or polydipsia. Patient has still not undergone STD screening. Patients complaint of vision blurry is not addressed. No reason for not doing Snellen test. Initial health assessment due at 14 days is delayed and incomplete when performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |
| 9 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **11/27/2023** | Case #: | 9 |
| Facility: | **MCJ** | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | ████ | Review Time Period: | Oct - Dec 2023 |
| Inmate ID #: | ████ | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **50.0%** |

**Summary:** 29 year old Hispanic Male, overweight (BMI 26.8, 156 LB, 5'4") booked 9/2/2023 with poly substance abuse for more than a year (Alcoholic with history or withdrawal tremors; daily opiate ingestion), entered into appropriate detoxification protocols. No blood sugar tested. Referred for routine medical follow up and chronic care. Patient sent to the ER 10/9/23 for abdominal pain. Lab shows random glucose 167. Patient continues to complain of abdominal discomfort for following month. Returned to ER and found to be in diabetic ketoacidosis 10/20/23 having lost 20 lbs (nearly all water) since admission.

**Justification:** PCP follow up does not address blood sugar, ? abdominal pain related to diabetes or chronic pancreatitis. No chronic care visit perfomeed, with STD screening. Weights not checked at each of the following visits for abdominal pain (9/5/23, 9/7/23, 10/9/23. Elevated pulse not repeated or evaluated. Diagnosis of diabetes was delayed and nearly fatal. Labs purportedly ordered or intended on 10/9/23 are not done. Delayed chronic care visit, lack of follow up on abnormal blood sugars. Timely chronic care exam should have noted substantial weight loss fwith polyuria and/or polydipsia. Patient has still not undergone STD screening. Patients complaint of vision blurry is not addressed. No reason for not doing Snellen test. Initial health assessment due at 14 days is delayed and incomplete when performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ████ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **11/28/2023** | Case #: **10** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ■■■■ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: ■■■■ | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 36.4% |

**Summary:** 41 year old female testing positive for pregnancy when booked 10/7/23. Vaginal spotting thereafter. OB appointment scheduled for late November. STD testing done 11/18/23 and noted to show Syphilis on 11/20. Treated for Syphilis 11/21/23. Heavy vaginal bleeding and serum HCG measure, ultrasound suggest completed miscarriage. OB appointment canceled.

**Justification:** Screening for STD and treatment of Syphilis delayed. OB appointment not provided timely. Follow up after miscarriage insufficient to ensure completed miscarriage without complications.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ■ | 10/07/23 | Initial Intake Screening | ■ RN | Intake Screening | 41 YO female admitted after clearance at NMC for IV substance abuse, methamphetamine abuse, history of asthma and positive pregnancy test. | Deficient | Blood sugar not tested. Patient not scheduled for chronic care visit. Should be seen same day for NP/PA sick call. But this does not occur. | Adversely | Delayed attention to pregnancy may increase risk of miscarriage. Patient at risk for gestational diabetes. |
| 10 | ■ | 10/12/23 | Other | ■ PA | Detoxification/Withdrawal | Patient enrolled in Synthetics protocol. Appers stable | Appropriate | | | |
| 10 | ■ | 10/12/23 | Chronic Care | ■ PA | Chronic Care | Should be enrolled in chronic care because of longstanding substance abuse. | Deficient | Chronic care visit not performed. Lab not drawn | Potentially | Patient at high risk for STD. |
| 10 | ■ | 10/12/23 | Specialty Services | ■ PA | Outside Medical Care/Referrals | Patient has high risk pregnancy. Needs prompt OB referral | Deficient | OB appointment not scheduled timely | Potentially | Delayed attention to pregnancy may increase risk of miscarriage. Patient at risk for gestational diabetes, STD. |
| 10 | ■ | 10/13/23 | Chronic Care | ■ NP | Chronic Care | Complete history taken. Limited exam. Referred to OB. Plan lab for Bhcg. | Deficient | STD screening not performed. OB not expedited | Potentially | Delayed attention to pregnancy may increase risk of miscarriage. Patient at risk for gestational diabetes, STD. |
| 10 | ■ | 10/17/23 | Sick Call/Clinic Visit PCP | ■ NP | Access to Care | Review mild asthma symptoms. States spotting has stoppped. Blood tests for pregnancy pending | Deficient | STD screening not performed. OB not expedited. Patient should undergo focused exam regarding vaginal spotting to include ultrasound, and internal exam to rule out ectopic pregnancy and/or fetal demise. | Potentially | Delayed attention to pregnancy may increase risk of miscarriage. Patient at risk for gestational diabetes, STD. |
| 10 | ■ | 11/03/23 | Specialty Services | ■ NP | Outside Medical Care/Referrals | NP notes that lab ordered not drawn, and OB appomtment not made. Scheduler contacted to expedite consultation | Appropriate | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 11/28/2023 | | **Case #:** 10 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▮▮▮ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 36.4% | |

**Summary:** 41 year old female  testing positive for pregnancy when booked 10/7/23.  Vaginal spotting thereafter.  OB appointment scheduled for late November.  STD testing done 11/18/23 and noted to show Syphilis on 11/20.  Treated for Syphilis 11/21/23. Heavy vaginal bleeding and serum HCG measure, ultrasound suggest completed miscarriage.  OB appointment canceled.

**Justification:** Screening for STD and treatment of Syphilis delayed. OB appointment not provided timely. Follow up after miscarriage insufficient to ensure completed miscarriage without complications.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ▮ | 11/14/23 | Chronic Care | ▮ NP | Chronic Care | Chroinic care for asthma.  Exam unremarkable.  Denies spotting.  OB consult pending. | Deficient | STD screening not performed. OB not expedited. No examination for fetal heart tones. | Potentially | Delayed attention to pregnancy may increase risk of miscarriage.  Patient at risk for gestational diabetes, STD. |
| 10 | ▮ | 11/18/23 | Clinic Follow-up | ▮ RN | Access to Care | Vaginal bleeding reported to nurse.  Exam grossly negative. PA▮ orders transport to ER | Appropriate | | | |
| 10 | ▮ | 11/20/23 | Specialty Services | ▮ PA | Outside Medical Care/Referrals | Returned from ER, identified UTI.  Likely loss of pregnancy with no retained products of conception.  Positive test for syphilis returned to MCJ on 11/18/23.  Syphilis will be treated. | Appropriate | | | sypilis screen and treatment delayed. Patient needs expectant observaton to rule out complications following miscarriage |
| 10 | ▮ | 11/21/23 | Clinic Follow-up | ▮ NP | Access to Care | Patient started treatment for syphilis.  Is taking medications for UTI. | Deficient | Assessment is incomplete.  Patient needs physcial exam to rule out endometritis after miscarriage, and UA  to confirm clearing of UTI. | Potentially | Expectant observation includes physcial exam. |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |
| 10 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 11/28/2023 | | **Case #:** 10 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ████ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** | | | |

| **Overall Case Rating:** | Inadequate |
|---|---|
| **Overall Case Percentage Score:** | 36.4% |

**Summary:** 41 year old female  testing positive for pregnancy when booked 10/7/23.  Vaginal spotting thereafter.  OB appointment scheduled for late November.  STD testing done 11/18/23 and noted to show Syphilis on 11/20.  Treated for Syphilis 11/21/23. Heavy vaginal bleeding and serum HCG measure, ultrasound suggest completed miscarriage.  OB appointment canceled.

**Justification:** Screening for STD and treatment of Syphilis delayed. OB appointment not provided timely. Follow up after miscarriage insufficient to ensure completed miscarriage without complications.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | | |
|---|---|---|---|---|
| Date of Review: **11/30/2023** | | | Case #: **11** | |
| Facility: **MCJ** | | | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): ▓▓▓ | | | Review Time Period: **Oct - Dec 2023** | |
| Inmate ID #: ▓▓▓ | | | Overall Case Rating: | Inadequate |
| | | | Overall Case Percentage Score: | **50.0%** |

**Summary:** 30 yo female booked Masy 12, 2023 transferred from Santa Rita jail, no overt medical/MH issues. Negative TST  5/11/23. Refused HCG.

**Justification:** 14 day health inventory delayed and incomplete. No STD screening.  Access to care not timely.  Request for services 10/30/23 not honored as of 11/30/23.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ▓ | 10/12/23 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | SOB, feels cell is stuffy. Exam negative. Advise hydratioin | Appropriate | | | |
| 11 | ▓ | 10/14/23 | Initial Health Assessment | ▓ RN | Intake Screening | Patient booked 5/11/23.  Health  inventory performed. | Deficient | Delayed.  CFMG IP requires inventory within 14 days. No STD screening/testing done. A complete gender specific health history inventory and communicable disease screening shall be completed on all inmates within 14 days of arrival at the facility by a Registered Nurse | Potentially | Even if the intake exam is deemed sufficient to meet requirement of 14 day inventory, absence of STD screening is not compliant with the IP. |
| 11 | ▓ | 10/14/23 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | Prior complaints of menstrual cramps, headaches,. Roomate with scabies (itchy skin) - resolved.  New complaint injury to upper thigh.  PNP for non-tramatic, pain bruising normal ROM. Ibuprofen from Dr. ▓ | Appropriate | | | why are the non-traumatic forms use for obvious traumatic injuries? |
| 11 | ▓ | 10/30/23 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | Patient reports feeling cold, history of anemia. Want exam. Rescheduled. | Deficient | as of November 30 no exam has been provided to patient. No labs done for anemia or STD | Potentially | Patient at risk for STD, anemia from menstual blood loss. |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **11/30/2023** | Case #: | 11 |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▮▮▮ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: | ▮▮▮ | Overall Case Rating: | Inadequate |
| | | Overall Case Percentage Score: | **50.0%** |

**Summary:** 30 yo female booked Masy 12, 2023 transferred from Santa Rita jail, no overt medical/MH issues. Negative TST 5/11/23. Refused HCG.

**Justification:** 14 day health inventory delayed and incomplete. No STD screening.  Access to care not timely.  Request for services 10/30/23 not honored as of 11/30/23.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |
| 11 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 11/30/2023 | **Case #:** 12 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | **Review Time Period:** |
| **Inmate ID #:** ▮ | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 50.0% |

**Summary:** 54 yo diabetic male booked 6/29/23. Has suprapubic catheter, ADA needs, chronic poly substance abuse, hypertension. Depression. Psychosis.  Non compliant with medical therapies/advice; multiple ER admissions after pulling out his catheter.  Chronic care visit 8/22/23 was delayed as CC visit should have been within 7 days of booking.  Lab ordered finds Hepatitis C, with active viral infection. Opthalmology visit ordered. Blood sugars poorly controlled until October 2023.

**Justification:** Medical care for this patient is not in compliance with the Implemenation Plan.  Chrnoic care visits and needed specialty visits have been delayed and incomplete.  Chronic Hepatitis C not addressed.  Lab testing is not timely performed.   Difficult to control blood sugar are not reviewed by on site MD or referred to diabetologist.  Recurrent UTI are not managed by MD on site or by Urology referral.  Patients' complaints of chronic pain and disability not addressed.  Problem list is incomplete.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ▮ | 10/01/23 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from NMC after reisertion of suprapubic catheter. | Appropriate | | | |
| 12 | ▮ | 10/01/23 | Clinic Follow-up | NP | Chronic Care | Review patient after return from  hospital. | Appropriate | | | |
| 12 | ▮ | 10/03/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Hypoglycemic symptoms improved after eating | Appropriate | | | |
| 12 | ▮ | 10/05/23 | Sick Call/Clinic Visit PCP | PA | Access to Care | Orders shower chair | Appropriate | | | |
| 12 | ▮ | 10/12/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Patient complains urine is dark.  NP on call consulted. Increase fluids. Urine analysis and culture. | Deficient | ordered urine tests are not in the EMR | Potentially | Significant bleeding or disease evident in urine will not be detected if not tested as ordered. |
| 12 | ▮ | 10/15/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Removed toe nail. Examined.  No bleeding, infection.  Dresssed. | Appropriate | | | |
| 12 | ▮ | 10/20/23 | Sick Call/Clinic Visit PCP | NP | Access to Care | Follow up removed toe nail. Now has pain, redness.  Erythema noted. Assessed :  infection. Antibiotics started, and wound care | Appropriate | | | |
| 12 | ▮ | 10/20/23 | Specialty Services | MD | Outside Medical Care/Referrals | Opthalmology consultatoin performed 4 months after request finds non proliferative diabetic retinopathy.  Cataracts OU. Advices better blood glucose control Return visit 6 months. | Deficient | Eye visit was delayed.  120 days is outside standard of care for even non urgent matters. | Adversely | Retinopathy likely aggravated while blood sugar poorly controlled. |
| 12 | ▮ | 10/24/23 | Specialty Services | PA | Outside Medical Care/Referrals | Report from opthalmology reviewed | Appropriate | | | |
| 12 | ▮ | 11/04/23 | Sick Call/Clinic Visit PCP | PA | Access to Care | PA consulted with elevated BP, and leaking suprapubic catheter site.  BP med adjusted. Urine analysis, culture ordered. | Deficient | No face to face exam by PCP for patient with poorly controlled BP, not seen for CC since 8/22/23.  Urine tests ordered but no results found in the medical record. | Adversely | Catheter obstuction not cleared and sent to ER next day. |
| 12 | ▮ | 11/05/23 | Emergent/Urgent Visit | RN | Outside Medical Care/Referrals | Sent to ER for blocked urinary catheter. Recommendation Keflex 500 TID.  Started on Nitrofurantoin BID by PA | Deficient | Treatment exceeds scope of practice for PA absent consultation with on site MD - also is ID specialist.  Or Urology. | Adversely | patient has repeated visits to ER for urological problems. |
| 12 | ▮ | 11/14/23 | Specialty Services | ? | Outside Medical Care/Referrals | Sent to ER for broken urinary catheter. Referral form sent to ER. Patient returned with brief note. | Appropriate | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **11/30/2023** | Case #: **12** | |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): | Review Time Period: | |
| Inmate ID #: | | |

| | | |
|---|---|---|
| **Overall Case Rating:** | **Inadequate** | |
| **Overall Case Percentage Score:** | **50.0%** | |

**Summary:** 54 yo diabetic male booked 6/29/23. Has suprapubic catheter, ADA needs, chronic poly substance abuse, hypertension. Depression. Psychosis.  Non compliant with medical therapies/advice; multiple ER admissions after pulling out his catheter.  Chronic care visit 8/22/23 was delayed as CC visit should have been within 7 days of booking.  Lab ordered finds Hepatitis C, with active viral infection. Opthamology visit ordered. Blood sugars poorly controlled until October 2023.

**Justification:** Medical care for this patient is not in compliance with the Implemenation Plan.  Chrnoic care visits and needed specialty visits have been delayed and incomplete. Chronic Hepatitis C not addressed. Lab testing is not timely performed.   Difficult to control blood sugar are not reviewed by on site MD or referred to diabetologist.  Recurrent UTI are not managed by MD on site or by Urology referral. Patients' complaints of chronic pain and disability not addressed.  Problem list is incomplete.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 11/16/23 | Chronic Care | ███ NP | Chronic Care | CC visit for DM, HTN, recurrent suprapubic urinary catheter blockage possibly due to recurrent UTI. Is paraplegic.  Has chronic HCV. Diabetes fair to poor control. Will review HCV stawtus | Deficient | Problem list incomplete, does not mention HCV, or recurrent UTI, paraplegia | Adversely | . BP, DM management needs more attention. |
| 12 | | 11/17/23 | Specialty Services | ███ RN | Detoxification/Withdrawal | Urine test ordered 11/4/23 performed. Resutls incomplete, but include finding buprenorphine not prescribed. | Deficient | UA is incomplete.  No counseling ordered for apparent drug abuse while in jail. | Adversely | Subutex diversion may lead to overdoses, and overdose deaths. |
| 12 | | 11/17/23 | Emergent/Urgent Visit | ███ RN; ███ PA | Access to Care | Hypoglycemic episode with near syncope.  BS dangerouoslu low - 36.  Treated with glucagon, followed by glucose gel. Observed overnight in infirmary. | Deficient | Medical care by PA without oversight of MD not in compliance with the IP, and contrary to State Law that requires MD supervision of difficult patients. | Adversely | Continued prescribing of Glipizide by PA ███ puts patient at continued risk of hypoglycemia, and is disfavored by medical experts, especially in combination with insulin. |
| 12 | | 11/30/23 | Specialty Services | ███ RN | Outside Medical Care/Referrals | Return from ER for blocked catheter. BP 142/100. ER Recommendation purportedly is Urology follow up ASAP. | Deficient | ER note is not in the EMR.  Patient's medical condition is complex, and requires  management with MD oversight to include better BS and BP control, prompt referral to Urology (not done to date) | Adversely | patient has repeated visits to ER for urological problems.  Poor DM control exposes patient to risks of hypoglycemia and hyperglycemia.  Patient is abusing substances in jail. |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 11/30/2023 | |
| **Facility:** MCJ | |
| **Inmate Name (Last, First):** ███ | |
| **Inmate ID #:** | |

| | |
|---|---|
| **Case #:** 12 | |
| **Physician Auditor:** B. Barnett | |
| **Review Time Period:** | |

| **Overall Case Rating:** | Inadequate |
|---|---|
| **Overall Case Percentage Score:** | 50.0% |

**Summary:** 54 yo diabetic male booked 6/29/23. Has suprapubic catheter, ADA needs, chronic poly substance abuse, hypertension. Depression. Psychosis.  Non compliant with medical therapies/advice; multiple ER admissions after pulling out his catheter.  Chronic care visit 8/22/23 was delayed as CC visit should have been within 7 days of booking.  Lab ordered finds Hepatitis C, with active viral infection. Opthalmology visit ordered. Blood sugars poorly controlled until October 2023.

**Justification:** Medical care for this patient is not in compliance with the Implemention Plan.  Chrnoic care visits and needed specialty visits have been delayed and incomplete.  Chronic Hepatitis C not addressed. Lab testing is not timely performed.   Difficult to control blood sugar are not reviewed by on site MD or referred to diabetologist.  Recurrent UTI are not managed by MD on site or by Urology referral. Patients' complaints of chronic pain and disability not addressed.  Problem list is incomplete.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |
| 12 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/3/2023 | | **Case #:** 13 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▇▇▇▇ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▇▇▇▇ | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 41.7% |

**Summary:** 39 year old female with polysubstance abuse, chronic low back pain. Provides dubious history of pregnancy. Urine pregnancy test on 11/22/23 is negative. Treatment for substance abuse, chronic care and access to care for chest pain have been delayed.

**Justification:** She purportedly stated she is pregnant on 11/29/23. This is not in the medical record. There is no claim of pregnancy in the mentalhealth records dated 11/30/23. Putting aside the putative complaint of pregnancy, in the manners descried below, patient care has not been in compliance with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ▇ | 11/03/23 | Initial Intake Screening | ▇ RN | Intake Screening | Meds reported: omeprazole, methadone, gabapentin. UA for HCG negative. Claims to be taking Methadone for pain. Not on MAT for OUD. COWS monitor and chronic care ordered. | Deficient | No evident request from pharmacy to verify purported medications. | Potentially | Abrupt discontinuation of gabapetin or methadone can cause harm. Patient released before CC visit can occur. |
| 13 | ▇ | 11/03/23 | Other | ▇ RN | Detoxification/Withdrawal | COWS protocol followed. | Appropriate | | | |
| 13 | ▇ | 11/06/23 | Sick Call/Clinic Visit RN | ▇ RN | Access to Care | Timely face to face after request for service. GI complaint nursing protocols followed. | Appropriate | | | |
| 13 | ▇ | 11/08/23 | Clinic Follow-up | ▇ NP | Detoxification/Withdrawal | patient request MAT. History of Methadone not verified. No immediate need for MAT. Continue Tylenol, Tums for mild withdrawal symptoms;. | Appropriate | | | |
| 13 | ▇ | 11/22/23 | Initial Intake Screening | ▇ RN | Intake Screening | Reports methadone, gabapentin prescriptions. Negative pregnancy test. Referred for medical and mental health within 5 days | Deficient | Needs immediate medical consultation to verify MAT and gabapentin use, and determinate need for continuation. | Potentially | Abrupt discontinuation of gabapetin or methadone can cause harm. |
| 13 | ▇ | 11/22/23 | Other | ▇ RN | Detoxification/Withdrawal | History of methadone and gabapentin use. Patient's use of alcohol not certain. | Deficient | Possible polysubstance abuse. Not placed in CIWA or other protocols | Potentially | Abrupt discontinuation of gabapetin or methadone can cause harm. Overt withdrawal symptoms evident 11/24/23 |
| 13 | ▇ | 11/24/23 | Medication Renewal | ▇ FNP | Detoxification/Withdrawal | Overt withdrawal. Placed on Alcohol and Benzo withdrawal, following consultation with FNP. | Appropriate | | | |
| 13 | ▇ | 11/24/23 | Chronic Care | ▇ NP | Chronic Care | GERD, post gastric bypass. Substance abuse. Prior OUD. DDD. States has tenesmus, chills. Exam unremarkable. VS abnormal BP 152/100, pulse 110. Request infirmary care. No bed available. Will monitor with daily VS instead. | Deficient | No lab drawn for LFT, CBC, STD. | Potentially | Patient at risk for infections, heart disease. Needs STD screen. |
| 13 | ▇ | 11/25/23 | Clinic Follow-up | ▇ RN | Access to Care | Pain in chest, back. Chest tightness 8/10. Abnormal vital signs not repeated. RN orderes ibuprofen, NP/PA sick call. | Deficient | Standardized nurse protocols not followed. Assessment (that patient has no acute cardiac or lung problem) is beyond scope of RN practice. | Potentially | Patient at risk for infections, heart disease. Needs STD screen. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **12/3/2023** | Case #: **13** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ██████ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: ██████ | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 41.7% |

**Summary: 39 year old female with polysubstance abuse, chronic low back pain. Provides dubious history of pregnancy. Urine pregnancy test on 11/22/23 is negative. Treatment for substance abuse, chronic care and access to care for chest pain have been delayed.**

**Justification:** She purportedly stated she is pregnant on 11/29/23. This is not in the medical record. There is no claim of pregnancy in the mentalhealth records dated 11/30/23. Putting aside the putative complaint of pregnancy, in the manners descried below, patient care has not been in compliance with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ██ | 11/25/23 | Other | unknown | Tuberculosis & Other Infections | PPD read listed as "open". | Deficient | No documented reading of PPD placed on 11/22/23 | Potentially | Patient at risk for tuberculosis. Last negative test 10/22/22. |
| 13 | ██ | 11/27/23 | Other | ██ PA | Detoxification/Withdrawal | Follow up detox with chart review. Patient is stable. | Appropriate | | | |
| 13 | ██ | 11/28/23 | Clinic Follow-up | ██ NP | Access to Care | chest tightness for 3 days  Looks well. Assess: likely anxiety and pain (chronic pain syndrome). Orders EKG. Methadone clinic records. | Deficient | If EKG to be done, as it should be, immediate testing required.  No EKG in the chart.  MAT hs been delayed. | Potentially | Patient at risk for infections, heart disease. Needs STD screen. |
| 13 | ██ | 11/29/23 | Other | ? | Access to Care | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **12/3/2023** | Case #: | **13** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ██████ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: | ██████ | Overall Case Rating: | **Inadequate** |
| | | Overall Case Percentage Score: | **41.7%** |

**Summary:** 39 year old female with polysubstance abuse, chronic low back pain. Provides dubious history of pregnancy. Urine pregnancy test on 11/22/23 is negative. Treatment for substance abuse, chronic care and access to care for chest pain have been delayed.

**Justification:** She purportedly stated she is pregnant on 11/29/23.  This is not in the medical record.  There is no claim of pregnancy in the mentalhealth records dated 11/30/23. Putting aside the putative complaint of pregnancy, in the manners descried below, patient care has not been in compliance with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |
| 13 | ██ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **12/9/2023**
Facility: **MCJ**
Inmate Name (Last, First): ███
Inmate ID #: ███

Case #: **14**
Physician Auditor: **B. Barnett**
Review Time Period:

| | |
|---|---|
| Overall Case Rating: | **Adequate** |
| Overall Case Percentage Score: | **77.8%** |

**Summary: 36 yo booked 7/24/23, OUD and meth abuse, placed in general population without referral.  Purported "heart condition" 8/12/23.  ECG normal.**

**Justification:** Vague neck pain treated per protocols. STD testing incomplete and delayed. Care is overall adequate and in substantial compliance with implementation plan.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ███ | 10/11/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | Neck pain after purported injury.  .  Rx per protocol. | Appropriate | | | using "non trauma" protocol as the traumatic protocol has no recommendations for patients without fractures or disfigurement. |
| 14 | ███ | 10/15/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | TOOTH PAIN. Dental consult pending. | Appropriate | | | |
| 14 | ███ | 10/19/23 | Sick Call/Clinic Visit PCP | ███ NP | Access to Care | In pain following dental care.  Med adjusted. | Appropriate | | | |
| 14 | ███ | 10/25/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | Right ear hurts swallow, yawn.  Intermittent.  Appears to be cerumen impaction.  NP contacted, orders debrox | Appropriate | | | |
| 14 | ███ | 10/30/23 | Chronic Care | ███ NP | Chronic Care | Follow up for heart palpitations, possible QT abnormality and blood in stool. Exam and lab normal now. No new  orders. | **Deficient** | STD testing has not been done. | **Potentially** | Missed STD possible. |
| 14 | ███ | 11/16/23 | Clinic Follow-up | ███ NP | Access to Care | Follow up for blood in stool.  Reschedule guiac. | Appropriate | | | |
| 14 | ███ | 11/22/23 | Chronic Care | ███ PA | Access to Care | Robaxin renerwed without exam.  No indication. | **Deficient** | Robaxin subject to abuse.  Patient has history of opiate abuse. | **Potentially** | Drug diversion enabled by unnecessary prescribing. |
| 14 | ███ | 12/04/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | LOW BACK PAIN, wants chlamydia testing. RN uses protocols for low back pain, genitourinary problems. Med orders and STD testing from MD. | Appropriate | | | STD tests ordered but not performed before transfer to prison. |
| 14 | ███ | 12/13/23 | Other | ███ RN | Continuity of Care After Release | Sent to prison with transfer form, alerting that no STD screening done. | Appropriate | | | |
| 14 | ███ | | | | | | | | | |
| 14 | ███ | | | | | | | | | |
| 14 | ███ | | | | | | | | | |
| 14 | ███ | | | | | | | | | |
| 14 | ███ | | | | | | | | | |
| 14 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **12/9/2023** | Case #: | **14** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▮▮▮ | Review Time Period: | |
| Inmate ID #: | ▮▮ | | |

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | 77.8% |

**Summary:** 36 yo booked 7/24/23, OUD and meth abuse, placed in general population without referral.  Purported "heart condition" 8/12/23.  ECG normal.

**Justification:** Vague neck pain treated per protocols. STD testing incomplete and delayed. Care is overall adequate and in substantial compliance with implementation plan.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: **12/9/2023** | | Case #: **15** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▮▮▮  ▮▮▮ | | Review Time Period: **Oct  - December 2023** |
| Inmate ID #: ▮▮▮ | | Overall Case Rating: **Inadequate** |
| | | Overall Case Percentage Score: **40.0%** |

**Summary:** 42 year old female, post heart transplant 2016. Admitted 11/21/23

**Justification:** Intake and sick call notes are incomplete.  Medications not consistently delivered as ordered.  Lab tests ordered are not done.  STD not screened.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ▮ | 11/21/23 | Initial Intake Screening | ▮ RN | Intake Screening | Intake follows NMC clearance for syncope and high blood pressure. Meds include anti herpes (valcyclovir) and cholesterol (rosuvastatin), Refused HCG test. Sent to GP, no referral documentred in Intake form. | Deficient | Intake form is incomplete.  Meds listed are incomplete.  Referral not documented. | Potentially | Intake document does not include referral but in other part of EMR, states urgent MD referral made, and seen on following day. |
| 15 | ▮ | 11/22/23 | Chronic Care | ▮ MD | Chronic Care | Old records reviewed. Lab reviewed. Exam normal. Meds continued, including immunosupression. | Deficient | Lab ordered have not been done as of 12/22/23. STD screening not done | Potentially | patient at high risk for STD. |
| 15 | ▮ | 11/25/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Headache pain 9/10 reported as "mild or tension headache." Patient also states no interference with ADL. Exam grossly unremarkable but no VS recorded | Deficient | 9/10 headache report inconsistent with remainder of exam, should be qualified.  VS missing from EMR | Potentially | patient at high risk of infectious disease, high or low blood pressure causing headache. |
| 15 | ▮ | 12/11/23 | Chronic Care | ▮ MD | Chronic Care | follow up for heart transplant, patient fears. Exam unremarkable.  BP mildly elevated due to delayed BP meds. | Appropriate | | | missed mediction doses addressed. |
| 15 | ▮ | 12/12/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Headache 7/10.  Tension headache rx per protocol | Appropriate | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |
| 15 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** | 12/9/2023 | **Case #:** | 15 |
| **Facility:** | MCJ | **Physician Auditor:** | B. Barnett |
| **Inmate Name (Last, First):** | ███ ███ | **Review Time Period:** | Oct  - December 2023 |
| **Inmate ID #:** | ███ | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | 40.0% |

**Summary:** 42 year old female, post heart transplant 2016. Admitted 11/21/23

**Justification:** Intake and sick call notes are incomplete.  Medications not consistently delivered as ordered.  Lab tests ordered are not done.  STD not screened.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |
| 15 | ███ | | | | | | | | | |

## Montrey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 12/21/2023 | **Case #:** 17 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | **Review Time Period:** Oct - Dec 2023 |
| **Inmate ID #:** ▮ | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 33.3% |

**Summary:** 59 year old male booked 11/27/23 with walker, BP med. Back surgery, psych med. Osteoporosis, Schizophrenia.  No referral make in INTAKE.

**Justification:** Patient care is complicated by schizophrenia.  Chronic visits are incomplete and not  in compliance with the IP that requires face to face exam, diagnoses and updated problem list. No treatment plan provided for orthopedic complaints and abdominal mass.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | ▮ | 11/27/23 | Initial Intake Screening | ▮ RN | Intake Screening | walker, BP med. Back surgery, psych med. Osteoporosis, Schizophrenia. | Deficient | No referral for obvious chrnoic care needs. | Potentially | |
| 17 | ▮ | 12/10/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | States knee is painful, hack broken. Wants Celebrex. VS normal.  Agitated.  No physical exam reported. Scheduled to see psychiatirst. Reschedule for  telehealth with RN | Appropriate | | | |
| 17 | ▮ | 12/12/23 | Chronic Care | ▮ np | Chronic Care | back pain, knee pain, wants wheelchair. Exam appears to be done by telehealth.  Assessment of motor strength by observation, appears to walk with difficulty.  Reflexes not tested.  Weight not measured. | Deficient | ADA assessment not ordered.  Unclear if patient needs additional durable medical equipment, shower assist, etc.  Neurological status unclear.  Chronic care insufficient, with no lab tests for STD Other labs not done. Problem list incomplete. | Potentially | may need ADA accomodations. |
| 17 | ▮ | 12/12/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Tooth loose, pain.  Next available DDS | Appropriate | | | |
| 17 | ▮ | 12/16/23 | Sick Call/Clinic Visit PCP | ▮ LVN | Access to Care | aggressive, unable to take vital signs. | Deficient | note is incomplete. Can ask for RN or PCP assistance. | Potentially | Patient may be undergoing MH emergency or delirium. |
| 17 | ▮ | 12/18/23 | Chronic Care | ▮ np | Chronic Care | Follow up for blood pressure, nasal discharge, purported abdominal mass, knee injury. Exam: ambulates with walker. Large abdominal mass observed. Plan:  X ray knee, abdominal binder, | Deficient | Exam is incomplete.  Chronic care and/or annual physical form not used. Knee injury  not  examined directly, not referred to MD or to orthopedics, abdominal mass not examined.  No diagnosis.  Problem list incomplete. | Potentially | uncertain diagnoses.  Patient care complicated by mental illness. Needs collaboration with MD. |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |

**Montrey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **12/21/2023** | Case #: | **17** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▉▉▉ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: | ▉▉▉ | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 33.3% |

**Summary:** 59 year old male booked 11/27/23 with walker, BP med. Back surgery, psych med. Osteoporosis, Schizophrenia.  No referral make in INTAKE.

**Justification:** Patient care is complicated by schizphrenia.  Chronic visits are incomplete and not  in compliance with the IP that requires face to face exam, diagnoses and updated problem list. No treatment plan provided for orthopedic complaints and abdominal mass.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |
| 17 | ▉ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Care Review Worksheet**

| | |
|---|---|
| Date of Review: **12/21/2023** | Case #: **16** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▉▉ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: | Overall Case Rating: **Inadequate** |
| | Overall Case Percentage Score: **0.0%** |

**Summary:** 50 year old female, admitted 9/22/23 with reported diagnoses of asthma, hypertension, anxiety, depression. PTSD. Obesity. (BMI 40) Chronic care visit 9/27/23 recommends prn albuterol for mild intermittent asthma. Albuterrol ordered 10/23/23.

**Justification:** Albuterol prescription patient takes before admission, and ordered by MD 9/27 is delayed until 10/23. DM type 2 observed in CC exam on 12/19/23 but no blood sugar measured, and no treatment provided.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ▉ | 11/07/23 | PCP Diagnostics Review | PA | Access to Care | Labs reviewed. | Deficient | Abnormal glucose indicating pre diabetes, not noted and not followed up. | Potentially | Possible diabetes, needs treatment. |
| 16 | ▉ | 11/28/23 | Sick Call/Clinic Visit PCP | NP | Access to Care | allergy symptoms, Exam grossly unremakralbe. VS normal. Fluticasone helpful in past, ordered. Complains of rash on face and under breasts with symptoms past few months. | Deficient | Exam and notes are incomplete. No exam done of rash under breasts. No diagnosis and/or treatment. | Potentially | Rash likely monilial and should be treated. Blood sugar should be checked. |
| 16 | ▉ | 12/19/23 | Chronic Care | MD | Chronic Care | Chronic care, HTN, Asthma, possible Thyroid dysfunction now improved by lab, Type 2 DM, Exam normal aside from obesity. No lab ordered. Asthma meds ordered. | Deficient | HIV, RPR not ordered. Blood sugar last checked 7/18/23. | Potentially | Patient at risk of worsening diabetes. Might need medications (metformin) |
| 16 | ▉ | 10/23/23 | Medication Renewal | PA | Pharmaceutical Administration | asthma med ordered. | Deficient | asthma med delayed. | Adversely | patient complains of asthma attacks. |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |
| 16 | ▉ | | | | | | | | | |

Created 01-2017

**Physician Auditor's Clinical Care Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 12/21/2023 | | **Case #:** 16 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███████ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ██████ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 0.0% | |

**Summary:** 50 year old female, admitted 9/22/23 with reported diagnoses of asthma,  hypertension, anxiety, depression. PTSD. Obesity. (BMI 40) Chronic care visit 9/27/23 recommends prn albuterol for mild intermittent asthma.  Albuterrol ordered 10/23/23.

**Justification:** Albuterol prescription patient takes before admission, and ordered by MD 9/27 is delayed until 10/23.   DM type 2 observed in CC exam on 12/19/23 but no blood sugar measured, and no  treatment provided.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |
| 16 | █████ | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **7/30/8217** | Case #: **18** | |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): ▉▉▉ | Review Time Period: **Oct - Dec 2023** | |
| Inmate ID #: ▉ | | |

| Overall Case Rating: | Adequate |
|---|---|
| Overall Case Percentage Score: | 100.0% |

**Summary:** 53 yo male booked 10/6/23.  Overweight. No apparent illnesses or meds.

**Justification:** Knee and skin rash complaints adderssed.  Documentation is incomplete. But care overall is in substantial compliance with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ▉ | 10/06/23 | Initial Health Assessment | RN | Intake Screening | 53 yo male booked 10/6/23.  Overweight. No apparent illnesses or meds. To GP. | Appropriate | | | |
| 18 | ▉ | 11/29/23 | Sick Call/Clinic Visit PCP | NP | Access to Care | Complains rash ? Soap. Also rifght knee swelling for 2 months.  Knee exam grossly (by video) normal.  X ray ordered. No report of rash described | Appropriate | | N/A | 1% hydrocortionse prescribed. Not documented in the progress note. |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |
| 18 | ▉ | | | | | | | | | |

Created 01-2017

Monterey County Jail Health Care Monitoring Audit

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: **7/30/8217** | | Case #: 18 | |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): ■■■ | | Review Time Period: **Oct - Dec 2023** | |
| Inmate ID #: | | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 100.0% |

Summary: 53 yo male booked 10/6/23.  Overweight. No apparent illnesses or meds.

Justification: Knee and skin rash complaints adderssed.  Documentation is incomplete. But care overall is in substantial compliance with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |
| 18 | ■ | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | | |
|---|---|---|---|---|
| **Date of Review:** | 12/21/2023 | | **Case #:** | 19 |
| **Facility:** | MCJ | | **Physician Auditor:** | B. Barnett |
| **Inmate Name (Last, First):** | ▮▮▮ | | **Review Time Period:** | Oct - Dec  2023 |
| **Inmate ID #:** | ▮▮▮ | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 0.0% |

**Summary:** 30 YO male admitted 5/16/23 admits to OUD, last taking opiates daily for more than a year. No referral made

**Justification:** Patient merits chronic care visit, and STD screening.  This is not done, even after multiple visits with NP.  Ear complaint is not followed up to ensure resolution.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | ▮ | 10/20/23 | Chronic Care | ▮ NP | Chronic Care | Overdue for CC visit to assess risks with OUD, STD. No chronic care form filled out, and no updating of the problem list. | Deficient | patient needs referral for chronic care | Potentially | at risk for STD. |
| 19 | ▮ | 10/20/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | earache. Right side. One month. RN exam of canals show cerumen.  Plan:  irrigate | Deficient | patient not provided with face to face exam.  Nurse not qualified to assess abnormal ear findings | Potentially | patient continues to suffer ear pain, possibly otitis externa not treated. |
| 19 | ▮ | 10/30/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Ear is worse after ear drops, ? Ear infection.  Protocol: RN finding, minimal cerumen.  No referral. | Deficient | Persistent complaint merits review by PCP as diagnosis is beyond scope of RN care. | Potentially | may have ear infection that needs treatment. |
| 19 | ▮ | 12/06/23 | Clinic Follow-up | ▮ NP | Access to Care | ear irrigation and follow up not performed as ordered | Deficient | patient's complaint not addressed or resolved. | Potentially | may have ear infection that needs  treatment. |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |
| 19 | ▮ | | | | | | | | | |

Monterey County Jail Health Care Monitoring Audit

Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/21/2023 | | **Case #:** 19 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███████ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ████ | | | |

| **Overall Case Rating:** | Inadequate |
|---|---|
| **Overall Case Percentage Score:** | 0.0% |

**Summary:** 30 YO male admitted 5/16/23 admits to OUD, last taking opiates daily for more than a year. No referral made

**Justification:** Patient merits chronic care visit, and STD screening.  This is not done, even after multiple visits with NP.  Ear complaint is not followed up to ensure resolution.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |
| 19 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **12/21/2023** | Case #: | **20** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▓▓▓▓ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: | ▓▓ | | |

| | |
|---|---|
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | **75.0%** |

**Summary:** 32 yo male admitted 11/12/23.  IV drug abuse, alcholism.  On meds as noted in last admission.  Referred for Chronic care.

**Justification:** Chronic care visit for heart failure, chronic intermittent right toe pain is delayed.  His case is complicated enough to merit MD supervision of NP care.  Probable gout diagnosis not made;  lab tests including uric acid and STD screen not done even after he provides history of unsafe sex. Patient care complicated by his irritability, meth abuse while incarcerated.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | ▓ | 11/12/23 | Initial Health Assessment | ▓ RN | Intake Screening | IV drug abuse, alcholism.  Has history of CHF, cardiopathy documented in EMR from intake 6/12/23.  On meds.  Referred for Chronic care.  Meds ordered. | Appropriate | | | |
| 20 | ▓ | 11/19/23 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | Pain and swelling right foot.  Protocol: describes sudden onset of tenderness, limited range of motion.  Tylenol given for muscle strain | Deficient | Nurse evaluaton does not consider signficace of swelling.  Wellpath protocols call for referral to PCP to consider gout | Adversely | Gout untreated is very painful.  Patient improved when he is given prednisone |
| 20 | ▓ | 11/28/23 | Chronic Care | ▓ NP | Chronic Care | CC visit for HTN, OUD.  History of unsafe sex. Labs ordered, including STD screen. | Deficient | Chronic care visit delayed.  No mention of acute foot swelling. | | CC visit is delayed.  Should be within 7 days.  Labs ordered are not performed. |
| 20 | ▓ | 12/01/23 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | LEFT FOOT SWELLING. (? Mistaken for R?).  Identified as "Hot Joint" and referred to MD.  Received prednisone. | Appropriate | | | |
| 20 | ▓ | 12/11/23 | Emergent/Urgent Visit | ▓ RN | Access to Care | Chest pain.  EKG.  Normal reviewed by Dr.▓.  Exam stable, improved at stay.  Released. | Appropriate | | | |
| 20 | ▓ | 12/13/23 | Sick Call/Clinic Visit PCP | ▓ NP | Access to Care | right foot swelling recurs.  Wants prednisone. Is angry and does not permit complete exam.  Leaves agains advice | Appropriate | | | missed opportunity to diagnose gout. |
| 20 | ▓ | 12/14/23 | Clinic Follow-up | ▓ RN | Access to Care | Persistent and recurrent right toe pain. Exam is normal.  Toe improved. Encouraged to increase fluids. | Appropriate | | | |
| 20 | ▓ | 12/16/23 | Emergent/Urgent Visit | ▓ RN | Access to Care | Man down for alleged toe pain. Exam negative.  X ray  done (negative). Returned to dorm. | Appropriate | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |
| 20 | ▓ | | | | | | | | | |

Created 01-2017

| 20 | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |
| 20 | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/22/2023 | | **Case #:** 21 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▮▮▮ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 40.0% | |

**Summary:** 42 yo female booked 9/29/23 with depression, taking Flonase for allergies. . Reporting unprotected sex. Alcohol abuse. Referrred for CIWA, chronic care.

**Justification:** Patient complained did not receive albuterol until months after admission.  Asthma not on problem list.  No peak flow measure to assess asthma control.  STD screening not performed. Chronic care does not substantially compliant for CC.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | ▮ | 10/04/23 | Other | ▮ PA | Detoxification/Withdrawal | CIWA monitoring reviewed. Patient is stable. | Appropriate | | | |
| 21 | ▮ | 10/04/23 | Chronic Care | ▮ PA | Chronic Care | Patient due for CC visit, STD screen (HIV, HCV) | Deficient | No chronic care visit.  Lab not done. | | |
| 21 | ▮ | 10/09/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | Dysuria, pain at iintroitus. No urinary frequency No inspectiion or pelvic exam. Assess as UTI. | Deficient | Exam incomplete.  Cannot distinguish between vaginitis and UTI or urethritis.  No UA or culture in the EMR.  Antibiotic chosen should be for 3 days only. | Potentially | Excessive antibiotic ordered can worsen vaginitis symptoms. |
| 21 | ▮ | 10/23/23 | Chronic Care | ▮ NP | Chronic Care | Delayed chronic care visit.  States has asthma with last exacerbation 1 year ago. Urine symptoms are resolved. Albuterol ordered as needed. | Deficient | Problem list not updated to include asthma. | | should be testing for Peak flow whenever diagnosing asthma. |
| 21 | ▮ | 12/05/23 | Other | ▮ RN | Continuity of Care After Release | Transfer form accurately filled out. | Appropriate | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |
| 21 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **12/22/2023**
Facility: **MCJ**
Inmate Name (Last, First): 
Inmate ID #: 

Case #: **21**
Physician Auditor: **B. Barnett**
Review Time Period: **Oct - Dec 2023**

| Overall Case Rating: | Inadequate |
|---|---|
| Overall Case Percentage Score: | **40.0%** |

**Summary:** 42 yo female booked 9/29/23 with depression, taking Flonase for allergies. . Reporting unprotected sex. Alcohol abuse. Referrred for CIWA, chronic care.

**Justification:** Patient complained did not receive albuterol until months after admission.  Asthma not on problem list.  No peak flow measure to assess asthma control.  STD screening not performed. Chronic care does not substantially compliant for CC.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/22/2023 | | **Case #:** 22 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▉ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▉ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 33.3% | |

**Summary:** 57 yo female admitted 9/15/23 182 lb. (BMI 32) . Sober for one year. States has medical issues, but none listed. No meds.  Scheduled for routine MH.  Borderline BP not repeated.  Patient seen for CC to follow BP.  Also GERD, history of alcoholism.  Borderline anemia.

**Justification:** Chronic care is not substantially compliant with the implementation plan.  Problem list is empty.  Lab testing incomplete. No STD screening. Access to care does not comport with IP standards and is not appropriate for lack of physcial examination and lab tests that  validate prescribed medications.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ▉ | 10/17/23 | Chronic Care | ▉ NP | Chronic Care | Possible HTN, GERD, ANEMIA, HYPO  THYROID. Exam unremarkable, iron studies and repeat  TSH ordered. BP repeated normal. Advise weight reduction.  Prescribed propanolol, rovustatin, omeprazole | Deficient | Weight not documented.  Repeat labs not performed.  No STD screening. No indication for rovustatin wit h 10 year risk under 3%. | Potentially | at risk for STD. Not screened.  Unnecessary medications prescribed. No apparent oversight by pharmacy or medical director. |
| 22 | ▉ | 10/21/23 | Sick Call/Clinic Visit RN | ▉ RN; ▉ PA | Access to Care | Nausea, vomitting.  VS normal.  No physcial exam documented (by video?);  Assess:  alteration in comfort.  Rx:  Mylanta, omprazole, Zofran tid for 4 days. Ordered by PA▉ | Deficient | No weight  taken, or recorded. Abdominal exam not done. No diagnosis offered.  Rx by▉ not best practice. No indication for Zofran. | Potentially | Zofran can induce severe constipation. Unncessary meds.  Possible missed diagnosis. |
| 22 | ▉ | 12/08/23 | Other | ▉ RN | Continuity of Care After Release | released with Rx for current meds | Appropriate | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |
| 22 | ▉ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: **12/22/2023** | Case #: **22** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ██████ ███ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 33.3% |

**Summary:** 57 yo female admitted 9/15/23 182 lb. (BMI 32) . Sober for one year. States has medical issues, but none listed. No meds.  Scheduled for routine MH.  Borderline BP not repeated.  Patient seen for CC to follow BP.  Also GERD, history of alcoholism.  Borderline anemia.

**Justification:** Chronic care is not substantially compliant with the implementation plan.  Problem list is empty.  Lab testing incomplete.  No STD screening.  Access to care does not comport with IP standards and is not appropriate for lack of physcial examination and lab tests that  validate prescribed medications.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |
| 22 | ██ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: | **12/22/2023** | Case #: **23** |
| Facility: | **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | ▮ | Review Time Period: **Oct - Dec 2023** |
| Inmate ID #: | ▮ | Overall Case Rating: **Inadequate** |
| | | Overall Case Percentage Score: **41.7%** |

**Summary:** 51 yo male booked 10/13/23 with suspicion of foreign body (drug) cleared by exam at ED.  Is overweight, methamphetamine abuse.

**Justification:** Required blood sugar testing not done.  Reported abnormal BS (102) in 8/4/23 not follow up.  Lab ordered but not drawn.  Urology consultation requested 11/17/23 appears to be not scheduled as of 12/17/23. Mucinex DM provided to patient with borderline indications, and who is known to have substance abuse diagnosis. Persistent ear complaints treated without examination. No exam performed for pleuritic chest pain.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | ▮ | 10/14/23 | Initial Intake Screening | ▮ RN | Intake Screening | foreign body (drug) cleared by exam at ED.  Is overweight, methamphetamine abuse.  Scheduled for urgent MH.  No medical referral. | Deficient | requires referral for chronic care or at least routine medical visit. Incomplete assessment, no indication of route of drug use. No FBS tested. | N/A | No referral documented, but is seen by Dr. ▮ for CC visit 10/16/23patient at risk for STD, chronic medical problems. |
| 23 | ▮ | 10/03/23 | Other | ▮ RN | Detoxification/Withdrawal | Meth monitoring, patient stable | Appropriate | | | |
| 23 | ▮ | 10/16/23 | Chronic Care | ▮ MD | Chronic Care | Follow up jail check. Chronic care opportunity. BMI 35.4; Possible hypothyroid.  ? Reports history of balanitis, paraphimosis.  Negative HCV, results not in record. Exam normal  Order HIV, HCV, TSH. Low dose levothyroxine. | Deficient | Lab ordered not done.  No blood sugar.  Patient at hi risk for DM, balanitis, and obese. | Potentially | at risk for STD, not tested. |
| 23 | ▮ | 10/16/23 | Hospital Return | ▮ MD | Outside Medical Care/Referrals | Timely review of hospital visit and return on 10/13/23. | Appropriate | | | |
| 23 | ▮ | 10/19/23 | Other | ▮ pa | Detoxification/Withdrawal | review of detox process, patient admits to OUD. | Appropriate | | | |
| 23 | ▮ | 11/13/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | Earache.  Wants T4 meds time changed. Mild erythema noted in left ear.  Exam done by RN (Video NP). Med time changed. | Deficient | Ear pain, erythema suggests otitis externa.  Should be ruled out with obesity and DM risk. No FBS tested. | Potentially | untreated otitis externa may get far worse with DM. |
| 23 | ▮ | 11/16/23 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Penis hurts x 2 days.  History of paraphimosis.  Exam shows reducible phimosis returns to constricted status.  Sent to ER. | Appropriate | | | |
| 23 | ▮ | 11/17/23 | Specialty Services | ▮ NP | Outside Medical Care/Referrals | follow up to ED visit for paraphimosis. Meds, referral to Urology provided. | Appropriate | | | |
| 23 | ▮ | 11/28/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Left ear pain, pain ribs with breathing; . Assessed by RN with ear pain, non traumatic musculo skeletal. Acetaminophen. Refer to NP for exam at next sick call. | Deficient | incomplete examination of difficulty breathing. No auscultation. No examination of TM. | Potentially | patient may have pneumonitis, pleurisy. Otitis media.  Exam required. |
| 23 | ▮ | 11/29/23 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | ear pain and left side discomfort unrelieved. Cerumen impaction described by RN. | Deficient | No PCP examination performed. No treatment plan documented | Potentially | patient may have pneumonitis, pleurisy. Otitis media.  Exam required. |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **12/22/2023** | Case #: | **23** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: | | Overall Case Rating: | **Inadequate** |
| | | Overall Case Percentage Score: | **41.7%** |

**Summary:** 51 yo male booked 10/13/23 with suspicion of foreign body (drug) cleared by exam at ED.  Is overweight, methamphetamine abuse.

**Justification:** Required blood sugar testing not done.  Reported abnormal BS (102) in 8/4/23 not follow up.  Lab ordered but not drawn.  Urology consultation requested 11/17/23 appears to be not scheduled as of 12/17/23. Mucinex DM provided to patient with borderline indications, and who is known to have substance abuse diagnosis. Persistent ear complaints treated without examination. No exam performed for pleuritic chest pain.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 12/17/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Wants Bactrim for recurrent balanitis. Migraine and cold symptoms. | Deficient | has not tested patient for FBS to rule out DM; Mucinex DM RX is contraindicated for patient with known drug abuse. | Potentially | polypharmacy, failure to rule out diabetes as instructed in forms. Poor oversight. |
| 23 | | 12/17/23 | Specialty Services | RN | Outside Medical Care/Referrals | urology eval regarding balanitis not done | Deficient | Urology consultation was ordered 11/17/23.  No indication of date to occur. | Potentially | conditiont not treated. |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 12/22/2023
**Facility:** MCJ
**Inmate Name (Last, First):** ▮▮▮▮
**Inmate ID #:** ▮▮▮▮

**Case #:** 23
**Physician Auditor:** B. Barnett
**Review Time Period:** Oct - Dec 2023

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 41.7%

**Summary:** 51 yo male booked 10/13/23 with suspicion of foreign body (drug) cleared by exam at ED.  Is overweight, methamphetamine abuse.

**Justification:** Required blood sugar testing not done.  Reported abnormal BS (102) in 8/4/23 not follow up.  Lab ordered but not drawn.  Urology consultation requested 11/17/23 appears to be not scheduled as of 12/17/23. Mucinex DM provided to patient with borderline indications, and who is known to have substance abuse diagnosis. Persistent ear complaints treated without examination. No exam performed for pleuritic chest pain.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | ▮ | | | | | | | | | |
| 23 | ▮ | | | | | | | | | |
| 23 | ▮ | | | | | | | | | |
| 23 | ▮ | | | | | | | | | |
| 23 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 12/23/2023 | | **Case #:** 24 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ■■■ | | **Review Time Period:** Oct - Dec 2023 |
| **Inmate ID #:** ■■ | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 53.8% |

**Summary:** 34 yo female with professed seizure disorder, on Keppra, OUD and meth, IV and inhaled drug abuse, booked 12/8/23 following multiple NMC ER visits to clear for admission due to apparent opiate overdose. While in sobering cell put on suicide watch for apparent self destructie behaviour and MH assessment of possible pseudo-seizures.

**Justification:** Chronic care delayed, and montoring for complex patient with OUD, meth abuse, and seizure disorder not adequate. Multiple hospital admissions possibly avoidable. Care did not substantially comply with the implemenation plan. Patient is now receiving attention from MD. STD screening has not yet been done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ■ | 12/08/23 | Initial Intake Screening | ■ RN | Intake Screening | Polysubstance abuse (meth, opiates, IV and inhaled) purported seizure disorder on Keppra; Placed in sobering cell on suicide watch for apparent self destructie behaviour and MH assessment of possible pseudo-seizures. Released for COW and synthetics monitoring. | Deficient | patient at high risk for complications from IV drug abuse, with no note confirming PCP exam before release from sobering cell; needs referral for urgent medical evaluation of unstable admission. **Prescribed Keppra not continued.** FBS not tested. | Adversely | patient has apparent seizure 12/10 before PCP exam performed. |
| 24 | ■ | 12/10/23 | Emergent/Urgent Visit | ■ RN | Access to Care | Reported seizure. Appears "fine" when examined. On call PCP contacted. Prior dose of anti seizure meds reinstated. | Appropriate | | | |
| 24 | ■ | 12/11/23 | Chronic Care | ■ NP | Chronic Care | Evaluation of possible seizure disorder, Keppra prescribed. No Assessment. Labs ordered. | Deficient | Incomplete chronic care visit. At first opportunity patient should have STD screening. Urine pregnancy test refused should be attempted again. Extent of OUD and possible withdrawal symptoms from meth should be evaluated. Labs are not drawn, should include Keppra level. | Adversely | Patient admitted to hospital soon after NP exam (by telehealth) |
| 24 | ■ | 12/11/23 | Emergent/Urgent Visit | ■ RN | Access to Care | Seizure, sent to ER. | Appropriate | | | |
| 24 | ■ | 12/13/23 | Specialty Services | ■ MD | Outside Medical Care/Referrals | Chart review to follow up from hospital admission, returned with Rx for buprenorphine, Keppra. Seizure deemed to be possibly related to withdrawal . | Deficient | Patient needs face to face visit after return from hospital and close follow up. | Adversely | patient readmitted to hospital. |
| 24 | ■ | 12/15/23 | Chronic Care | ■ NP | Chronic Care | Follow up regarding seizures. Telehealth visit. No assessment. Lab work and CC pending | Deficient | CC should be done immediately, and not pending. Lab work needs to be stat to find out if therapeutic Keppra levels. Review of withdrawal status not documented. | Adversely | patient readmitted to hospital. |
| 24 | ■ | 12/15/23 | Emergent/Urgent Visit | ■ RN | Access to Care | Fell in shower, head injury, abdominal pain. Sent to ER | Appropriate | | | |
| 24 | ■ | 12/15/23 | Specialty Services | ■ RN | Outside Medical Care/Referrals | Return from hospital with orders to continue Keppra. Hospital discharge in EMR | Appropriate | | | |
| 24 | ■ | 12/17/23 | Sick Call/Clinic Visit RN | ■ RN | Access to Care | Boil on neck draining. Warm compress, Tylenol. PCP sick call | Appropriate | | | |
| 24 | ■ | 12/18/23 | Chronic Care | ■ MD | Chronic Care | Delayed CC visit. History reviewed. Exam remarkable for draining carbuncle. Patient educaed regarding seizures | Deficient | STD screening not performed. Lab tests not expedited, especially Keppra levels. Problem list incomplete. | Adversely | patient readmitted to hospital. |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/23/2023 | | **Case #:** 24 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▉▉ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▉▉ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 53.8% | |

**Summary:** 34 yo female with professed seizure disorder, on Keppra, OUD and meth, IV and inhaled drug abuse, booked 12/8/23 following multiple NMC ER visits to clear for admission due to apparent opiate overdose. While in sobering cell put on suicide watch for apparent self destructie behaviour and MH assessment of possible pseudo-seizures.

**Justification:** Chronic care delayed, and montoring for complex patient with OUD, meth abuse, and seizure disorder not adequate. Multiple hospital admissions possibly avoidable. Care did not substantially comply with the implemenation plan. Patient is now receiving attention from MD. STD screening has not yet been done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ▉ | 12/19/23 | Other | ▉ RN | Detoxification/Withdrawal | Abdominal pain, generally ill feeling, diarrhea. Claims has not been receiving meds. UTOX ordered. | Deficient | Patient overtly withdrawing. Protocol for withdrawal includes consultation with PCP for high scores. No score taken. | Adversely | Failure to treat withdrawal, returned to ER next day. |
| 24 | ▉ | 12/20/23 | Emergent/Urgent Visit | ▉ RN | Access to Care | Apparent opiate overdose, Narcan administered with good result, patient sent to ER | Appropriate | | | |
| 24 | ▉ | 12/21/23 | Specialty Services | ▉ MD | Outside Medical Care/Referrals | Returned with recommendation for MAT . Started on Naltrexone. | Appropriate | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 12/23/2023 | **Case #:** 24 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ███ | **Review Time Period:** Oct - Dec 2023 |
| **Inmate ID #:** ███ | |

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 53.8%

**Summary:** 34 yo female with professed seizure disorder, on Keppra,  OUD and meth, IV and inhaled drug abuse, booked 12/8/23 following multiple NMC ER visits to clear for admission due  to apparent opiate overdose.  While in sobering cell put on suicide watch for apparent self destructie behaviour and MH assessment of possible pseudo-seizures.

**Justification:** Chronic care delayed, and montoring for complex patient with OUD, meth abuse, and seizure disorder not adequate.  Multiple hospital admissions possibly avoidable.  Care did not substantially comply with the implemenation plan. Patient is now receiving attention from MD.  STD screening has not yet been done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ███ | | | | | | | | | |
| 24 | ███ | | | | | | | | | |
| 24 | ███ | | | | | | | | | |
| 24 | ███ | | | | | | | | | |
| 24 | ███ | | | | | | | | | |
| 24 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 12/23/2023 | **Case #:** 25 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ███████ | **Review Time Period:** Oct - Dec 2023 |
| **Inmate ID #:** ████ | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 80.0% |

**Summary:** 52 yo admitted 7/22/23 with chronic meth abuse. Seen for chronic care and shoulder pain 9/11/23. Patient complains he has asked for care from overgrown for nails for 2 months without receiving care. Patient released to prison 12/4/23 with medications and diagnoses.

**Justification:** Poor documentation, especially by NP ████. STD not tested.  Patient released to prison with transfer form. Care is otherwise substantially compliant with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | ███ | 10/20/23 | Sick Call/Clinic Visit PCP | ██ NP | Access to Care | Review results of X ray - normal left shoulder. Assess - left shoulder pain, no particular pathology.  Home exercises recommended. | Appropriate | | | Staff should offer more specific diagnosis than "shoulder pain." |
| 25 | ███ | 11/06/23 | Sick Call/Clinic Visit PCP | ██ PA | Access to Care | Review chart regarding request for upper bunk. Upper bunk denied for lack of need. | Deficient | Chart review should reveal lack of STD screening. No STD screen ordered.  Patient has been in custody over one year. | Potentially | at risk for HIV, HCV, Hep B, due to substance abuse. |
| 25 | ███ | 11/14/23 | Sick Call/Clinic Visit PCP | ██ NP | Access to Care | Asking for help in trimming overgrown toe nails. Assess;  "thickening in toenail." Plan: provide large clippers. | Appropriate | | | Exam incomplete.  Extent of toe nail thickness not described, is it onychomycosis? |
| 25 | ███ | 12/04/23 | Sick Call/Clinic Visit PCP | ██ NP | Access to Care | Back pain, two weeks after fall.  Moves all extremities well.  BP and pulse marginally abnormal  Will repeat.  Patient educations | Appropriate | | | Documentation is poor.  Telehealth exam not well documented.  ? Tenderness over back? |
| 25 | ███ | 12/05/23 | Other | ██ RN | Continuity of Care After Release | Form sent to prison reports conditon | Appropriate | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | 12/23/2023 | Case #: | 25 |
| Facility: | MCJ | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | ███████ | Review Time Period: | Oct - Dec 2023 |
| Inmate ID #: | ████ | | |

| Overall Case Rating: | Adequate |
|---|---|
| Overall Case Percentage Score: | 80.0% |

**Summary:** 52 yo admitted 7/22/23 with chronic meth abuse. Seen for chronic care and shoulder pain 9/11/23. Patient complains he has asked for care from overgrown to nails for 2 months without receiving care. Patient released to prison 12/4/23 with medications and diagnoses.

**Justification:** Poor documentation, especially by NP ████. STD not tested.  Patient released to prison with transfer form. Care is otherwise substantially compliant with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |
| 25 | ███ | | | | | | | | | |

3/5/2024

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: | **12/24/2023** | Case #: 26 |
| Facility: | **MCJ** | Physician Auditor: B. Barnett |
| Inmate Name (Last, First): | ███████████ | Review Time Period: Oct - Dec 2023 |
| Inmate ID #: | ████ | |

| | |
|---|---|
| Overall Case Rating: | **Adequate** |
| Overall Case Percentage Score: | **71.4%** |

**Summary:** 38 year old admittd 10/27/23 after hospital clearance with suicide watch. Followed by MH.

**Justification:** Appropriate referral of abdominal pain allows for timely appendectomy with minimal morbidity.  Follow up care by telehealth is incomplete as necessary physical exams are not performed.  The Telehealth process is flawed wherein crucial compenents of examinaton are routinely skipped.  Overall, the care for this patient is substantially compliant with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | ███ | 10/27/23 | Initial Intake Screening | ███ RN | Intake Screening | No apparent medical problems, admitted to GP with MH referral after clearance at ED because of bizarre self-injury delusions. | Appropriate | | | |
| 26 | ███ | 11/07/23 | Sick Call/Clinic Visit RN | ███ RN; ███ NP | Access to Care | Seen three times in shift for persistent abdominal pain.  Also has delusions. PNP form r eports severe pain in epigastic area and guarding.  Sent to ER | Appropriate | | | |
| 26 | ███ | 11/08/23 | Specialty Services | ███ RN | Outside Medical Care/Referrals | Returned from hospital care for timely appehndectomy | Appropriate | | | |
| 26 | ███ | 11/09/23 | Specialty Services | ███ MD | Outside Medical Care/Referrals | MD follow up after hospitalization | Appropriate | | | |
| 26 | ███ | 11/20/23 | Sick Call/Clinic Visit PCP | ███ NP | Access to Care | Constipation after surgery. Assess:  s/p appendectomy.  Plan: f/u as needed | Deficient | No abdominal examination or diet history. No assessment or diagnosis.  No documented therapy. | Adversely | constipation inadequately treated.  Likely due to lack of bulk in diet, activity. NP documentation is frequently incomplete. |
| 26 | ███ | 11/30/23 | Specialty Services | ███ RN | Outside Medical Care/Referrals | Return from surgery follow up. | Appropriate | | | Delayed document from the specialist. |
| 26 | ███ | 12/19/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | PNP deployed for skin conditions, GI complaints. Orders obtained. | Deficient | Exam by telehealth incomplete. States "unable to palpate, unable to auscultate. | Potentially | Incomplete exam may miss pathology needed treatment. |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |
| 26 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 12/24/2023 | **Case #:** 26 | |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███████ ███████ | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ██████ | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 71.4% |

**Summary:** 38 year old admittd 10/27/23 after hospital clearance with suicide watch. Followed by MH.

**Justification:** Appropriate referral of abdominal pain allows for timely appendectomy with minimal morbidity.  Follow up care by telehealth is incomplete as necessary physical exams are not performed.  The Telehealth process is flawed wherein crucial compenents of examinaton are routinely skipped.  Overall, the care for this patient is substantially compliant with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |
| 26 | █████ | | | | | | | | | |

3/5/2024

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/23/2023 | | **Case #:** 27 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▇▇ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▇▇ | | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | 0.0% |

**Summary:** 52 yo female booked 7/10/23 with meds for asthma, depression and seizures prescribed before admission. Obesity.   Form states no referral needed.   First documented CC visit 9/26/23. Episodes suspicious for pseudoseizures not addressed with Medical/MH collaboration to form treatment plan.

**Justification:** Telehealth visits for patient with chronic headaches, seizure disorder possibly poorly controlled or pseudo-seizures, and foot pain fail to document examinations and diagnoses.  Care is not compliant with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ▇ | 10/05/23 | Sick Call/Clinic Visit RN | ▇▇ RN | Access to Care | Patient reports seizure, pain at site of sternal rub.  Is alert with normal exam, headache at time of exam. Medical staff reports to housing when patient appears to be having siezure activities, but is following directions to open mouth for suctioning of secretions. | Deficient | PNP not followed.  Patient has repeated episodes of seizure activity, suggesting pseudo seizures.  Medical and MH evaluation needed to make diagnosis | Adversely | Diagnosis of pseudo seizures vs epilepsy uncontrolled is not being addressed. Patient misunderstands the emergency response, interprets sternal rub as assault. |
| 27 | ▇ | 10/14/23 | Initial Health Assessment | ▇ RN | Health Care Maintenance | Initial H&P by nurse with NP co-signed. Also headaches described by patient as migraine.  Rx Excedrein 2 t ab QID prn ordered by MD for 3 days. | Deficient | No STD screening, 90 days into incarceration. Migraine diagnosis unsubstantiated, needs PCP examination and/or refe r ral. | Adversely | likely headache is misdiagnosed. |
| 27 | ▇ | 10/24/23 | Sick Call/Clinic Visit PCP | ▇ NP | Access to Care | Continued headaache.  Exam "awake and alert, repirations even non-labored, moves all extremities well." No assessment.  Plan Educted regarding treatment plan. | Deficient | No assessment.  Persistent headaches unlikely to be migraine.  No physical examination performed to consider differential diagnoses which may include temporal arteritis, tension headache, cervical arthritis or analgesic headaches. . | Adversely | Telehealth by this provider usually inadequately documented, and apparenlty incomplete. |
| 27 | ▇ | 11/28/23 | Sick Call/Clinic Visit PCP | ▇ NP | Access to Care | Foot pain for 7 weeks, following fall with seizure. Assess; right foot pain | Deficient | No documented exam, No assessment. No reported treatment plan. | Adversely | Telehealth by this provider usually inadequately documented, and apparenlty incomplete. |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| Date of Review: | 12/23/2023 | Case #: | 27 |
| Facility: | MCJ | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | ▮ | Review Time Period: | Oct - Dec 2023 |
| Inmate ID #: | ▮ | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 0.0% |

**Summary:** 52 yo female booked 7/10/23 with meds for asthma, depression and seizures prescribed before admission. Obesity.   Form states no referral needed.   First documented CC visit 9/26/23. Episodes suspicious for pseudoseizures not addressed with Medical/MH collaboration to form treatment plan.

**Justification:** Telehealth visits for patient with chronic headaches, seizure disorder possibly poorly controlled or pseudo-seizures, and foot pain fail to document examinations and diagnoses.  Care is not compliant with the IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/26/2023 | | **Case #:** 28 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ▮ | | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | **40.0%** |

**Summary:** 52 yo male booked 6/25/23. Has inguinal hernia non tender and not incarcerated on exam 7/10/23. Sent to ER 8/4/34.  Hernia reducible.

**Justification:** Attention for inquinal hernia seems appropriate as this condition did not appear to need urgent surgery.  Visit on 12/4/23 for chest pain, headache, cough, sore throat  and rapid pulse was not managed in compliance with the IP, or MCJ protocols.  Patient reported anxiety. Deifferential diagnoses included acute coronary syndrome, Covid, pneumonitis, thyroiditis.  Medical consultation required by IP was not obtained.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | ▮ | 11/28/23 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Ears clogged. Timely visit for request made 11/27/23. PNP form used. Exam by telehealth. | Deficient | Nurse writes in EMR "unable to physically assess" due to Telehealth. | Potentially | Incorrect diagnosis may be made without physical, face to face exam. |
| 28 | ▮ | 11/29/23 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Gen surgery consultation for 2 year history of Left inguinal hernia. Soft bulge, not reducible at time of exam.  Recommends scheduling surgery | Appropriate | | | |
| 28 | ▮ | 12/03/23 | Emergent/Urgent Visit | ▮ RN | Access to Care | Chest tightness., headache, cough, sore throat. Anxiety.  Pulse 119. EKG shows 115.  Deploys PNP Headache, assess:  migraine. No response from Wellpath NOW emergency. Improved in 30 minutes, returned to GP. | Deficient | Persistent elevated pulse, confirmed on EKG requires consultation with PCP, not obtained. | | |
| 28 | ▮ | 12/04/23 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Consultation reviewed. Referral made for surgery | Appropriate | | | |
| 28 | ▮ | 12/05/23 | Other | ▮ MD | Continuity of Care After Release | Released 12/5/23 | Deficient | EMR does not document continuation of meds, referral for ongoing problem | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |
| 28 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 12/26/2023 | | **Case #:** 28 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ███ | | **Review Time Period:** Oct - Dec 2023 | |
| **Inmate ID #:** ███ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 40.0% | |

**Summary:** 52 yo male booked 6/25/23. Has inguinal hernia non tender and not incarcerated on exam 7/10/23. Sent to ER 8/4/34.  Hernia reducible.

**Justification:** Attention for inquinal hernia seems appropriate as this condition did not appear to need urgent surgery.  Visit on 12/4/23 for chest pain, headache, cough, sore throat  and rapid pulse was not managed in compliance with the IP, or MCJ protocols.  Patient reported anxiety. Deifferential diagnoses included acute coronary syndrome, Covid, pneumonitis, thyroiditis.  Medical consultation required by IP was not obtained.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 12/26/2023 | **Case #:** 29 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | **Review Time Period:** Oct - Dec 2023 |
| **Inmate ID #:** ▮ | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 70.0% |

**Summary:** 31 year, sees MH for schizophrenia.  Booked 10/4/23. Abnormal VS not repeated, no PCP consult sought. FBS refused. MAT treatment described incompletely.

**Justification:** Abscesses developed during MCJ stay likely due to MRSA.  No culture taken to determine optimal antibiotic treatment.  No face to face exam by MCJ PCP to assess need for repeat Incision.  Medical services do not comply  with IP requirement for appropriate access to care.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 10/4/23. | Initial Intake Screening | RN | Intake Screening | Schizoaffective disorder, history of synthetics/stimulants abuse. possibly on meds for MAT - not specified. Has redness in upper extremities.  EPS (extrapyramidal symptoms?) Urgent referral to MH. | Deficient | BP 80/50 not repeated, no PCP consultation for this or abnormal findings.  MAT description is incomplete.  Should be referred for CC to assess complications from synthetics abuse. | Potentially | Unclear about medical need to continue MAT. Hypotension possible significant = evidence of dehydration or serious infection? |
| 29 | | 10/04/23 | Initial Intake Screening | RN | Tuberculosis & Other Infections | TB screening with PPD negative in July 2023. | Appropriate | | | |
| 29 | | 10/28/23 | Emergent/Urgent Visit | RN | Access to Care | Suicide ideations.  Placed on suicide watch. Medical exam not scheduled. | Deficient | Patient has not been provided with 14 day health inventory.  STD screen not done. | | |
| 29 | | 11/16/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Painful boils on R buttock, L thigh. History of recurrent boils. VS normal.  States has chills. Purported penicillin allergy. Consulted woith PA. Orders;  1 gm Rocephin, Bactrim DS. | Appropriate | .  Bactrim appropriate.  Patient needs medical eval for possible I & D. | N/A | Rocephin risks with pen allergy, Likely MRSA colonized. Needs culture. |
| 29 | | 11/17/23 | Emergent/Urgent Visit | RN | Access to Care | 10/10 pain, pulse 132, Temp 101.8.  Sent to ER after consultatoin with PA▮ | Appropriate | | | |
| 29 | | 11/17/23 | Sick Call/Clinic Visit PCP | RN | Outside Medical Care/Referrals | Returned from ER with instructions for dressing changes, Clindamycin. | Appropriate | | | |
| 29 | | 11/21/23 | Clinic Follow-up | NP | Outside Medical Care/Referrals | Follow up from ED care. VS normal, wound draining, improved. | Appropriate | | | |
| 29 | | 12/16/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Boil recurrent.  PCP notified. Continue pain med, warm compresses | Appropriate | | | No progress note.  Med list shows Dr. ▮ RX Augmentin (pen allergy?) |
| 29 | | 12/18/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Painfull abscesses.  On antibiotics. Refer to PCP | Appropriate | | | |
| 29 | | 12/19/23 | Sick Call/Clinic Visit PCP | NP | Access to Care | Abscesses under care with antibiotic, painful. Unable to sit. | Deficient | Exam incomplete.  No assessment of need for Incision.  RN writes "unable to assess abscess due to privacy." | Adversely | Patient does not have access to care, exam not done. Needed treatment (incisioon) possibly denied. |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** | 12/26/2023 | **Case #:** | 29 |
| **Facility:** | MCJ | **Physician Auditor:** | B. Barnett |
| **Inmate Name (Last, First):** | ███ | **Review Time Period:** | Oct - Dec 2023 |
| **Inmate ID #:** | ███ | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | 70.0% |

**Summary:** 31 year, sees MH for schizophrenia.  Booked 10/4/23. Abnormal VS not repeated, no PCP consult sought. FBS refused. MAT treatment described incompletely.

**Justification:** Abscesses developed during MCJ stay likely due to MRSA.  No culture taken to determine optimal antibiotic treatment.  No face to face exam by MCJ PCP to assess need for repeat Incision.  Medical services do not comply  with IP requirement for appropriate access to care.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |
| 29 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **7-Jan-24** | Case #: | **30** |
| Facility: **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): ███ ███ | Review Time Period: | **Oct - Dec 2023** |
| Inmate ID #: ███ | | |

| Overall Case Rating: | Inadequate |
|---|---|
| Overall Case Percentage Score: | 20.0% |

**Summary:** 30 yo male admitted 3/27/23 with multiple dog bites, sutures. Weight 167.   Daily alcohol intake. No confirmed AUD. In late October reports suffering diarrhea since using antibiotics for dog bites months earlier.

**Justification:** As of January 8, 2024 this patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. Large differential diagnoses including clostridium colitis.  Without appropriate treatment patient is at risk for deterioration and death.   Delayed access to physician, outside medical care, lab testing and treatment depart from IP requirements.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | ███ | 10/29/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | Diarrhea for months.  Uo to 10 watery stools per day. Refered for PCP eval. Weight 157 | Appropriate | | | |
| 30 | ███ | 11/03/23 | Sick Call/Clinic Visit PCP | ███ NP | Access to Care | History of diarrhea for 7 months.  No weight recorded.  Exam superficial (by video).  No gross abnormalities detected.  Stool studies. | Deficient | Incomplete and inadequate evaluation.  Need weight, lab tests besides stool. | Adversely | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. |
| 30 | ███ | 12/18/23 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | 10/10 pain, requests hospital care.  States has no stool except for bloody discharg.  No weight. Referred to provider. | Deficient | 10/10 pain requires alert to PCP on call.  Delay of even 24 hours is unacceptable.  Weight not recorded. | Adversely | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. |
| 30 | ███ | 12/19/23 | Sick Call/Clinic Visit PCP | ███ NP | Access to Care | 10/10 pain. Exam liimted to video encounter without palpation.  Labs pending. | Deficient | Incomplete and inadequate evaluation.  Need weight, lab tests besides stool. | | |
| 30 | ███ | 12/27/23 | Sick Call/Clinic Visit PCP | ███ NP | Access to Care | US studies reviewed. Bladder wall suggests intersitial cystitis. No abdominal findings on US. Exam is limited to video link.  No palpation. Weight 147 is 10 pounds loss since 10/29/23. | Deficient | Patient needs urgent medical evaluation, either MD on site or by ER.  Weight loss is significant.  Labs not ordered or obtained to rule out seroius infectious disease or colitis. | Adversely | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. Large differential including clostridium colitis. The patient's problem list does not show this problem. |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |
| 30 | ███ | | | | | | | | | |

Monterey County Jail Health Care Monitoring Audit

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **7-Jan-24** | |
| Facility: **MCJ** | Case #: **30** |
| Inmate Name (Last, First): ■■ ■■ | Physician Auditor: **B. Barnett** |
| Inmate ID #: ■■ | Review Time Period: **Oct - Dec 2023** |

| Overall Case Rating: | Inadequate |
|---|---|
| Overall Case Percentage Score: | 20.0% |

**Summary:** 30 yo male admitted 3/27/23 with multiple dog bites, sutures. Weight 167.   Daily alcohol intake. No confirmed AUD. In late October reports suffering diarrhea since using antibiotics for dog bites months earlier.

**Justification:** As of January 8, 2024 this patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. Large differential diagnoses including clostridium colitis.  Without appropriate treatment patient is at risk for deterioration and death.   Delayed access to physician, outside medical care, lab testing and treatment depart from IP requirements.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |
| 30 | ■ | | | | | | | | | |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 147 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 11/27/22 | Initial Intake Screening | RN | Intake Screening | walker, BP med. Back surgery, psych med. Osteoporosis, Schizophrenia. | Deficient | No referral for obvious chronic care needs. | Potentially | 0 |
| 17 | | 12/10/23 | Sick Call/Clinic Visit RN | RN | Access to Care | States knee is painful, hack broken. Wants Celebrex. VS normal. Agitated. No physical exam reported. Scheduled to see psychiatrist. Reschedule for telehealth with RN | Appropriate | 0 | 0 | 0 |
| 17 | | 12/12/23 | Chronic Care | np | Chronic Care | back pain, knee pain, wants wheelchair. Exam appears to be done by telehealth. Assessment of motor strength by observation, appears to walk with difficulty. Reflexes not tested. Weight not measured. | Deficient | ADA assessment not ordered. Unclear if patient needs additional durable medical equipment, shower assist, etc. Neurological status unclear. Chronic care insufficient, with no lab tests for STD  Other labs not done. Problem list incomplete. | Potentially | may need ADA accomodations. |
| 17 | | 12/12/23 | Sick Call/Clinic Visit RN | RN | Access to Care | Tooth loose, pain. Next available DDS | Appropriate | 0 | 0 | 0 |
| 17 | | 12/16/23 | Sick Call/Clinic Visit PCP | LVN | Access to Care | aggressive, unable to take vital signs. | Deficient | note is incomplete. Can ask for RN or PCP assistance. | Potentially | Patient may be undergoing MH emergency or delirium. |
| 17 | | 12/18/23 | Chronic Care | np | Chronic Care | Follow up for blood pressure, nasal discharge, purported abdominal mass, knee injury. Exam: ambulates with walker. Large abdominal mass observed. Plan: X ray knee, abdominal binder, | Deficient | Exam is incomplete. Chronic care and/or annual physical form not used. Knee injury not  examined directly, not referred to MD or to orthopedics, abdominal mass not examined. No diagnosis. Problem list incomplete. | Potentially | uncertain diagnosis. Patient care complicated by mental illness. Needs collaboration with MD. |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 10/19/23 | Initial Health | RN | Intake Screening | Schiophrenia, suicide attemtp and sexual abuse | Appropriate | 0 | | |
| 2 | | 10/19/23 | Medication Renewal ? | | Pharmaceutical Administration | Medication verifification ordered, but results not | Deficient | Meds  taken at intake (10/19/23)  not provided until 10/26/23 | Adversely | needed medications not provided timely despite complaints by patient. Patient's delusional status deteriorated with suicide ideation. |
| 2 | | 10/30/23 | Initial Health | RN | Intake Screening | 14 day health appraisal. | Deficient | 0 | 0 | 14 day "health Inventory" not found in the EMR.  Patient at risk for STD.  No STD screening in the EMR (RPR, HIV, Hep B,C). |
| 2 | | 10/31/23 | Sick Call/Clinic Visit | RN | Tuberculosis & Other Infections | Covid test positive. No symptoms. Protocol for | Appropriate | 0 | 0 | Polypharmacy for asymptomatic patient should be reviewed. |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 10/13/23 | Sick Call/Clinic Visit | NP | Access to Care | Seen by NP for complaint of dermatitis first recorded as request for care on 7/24/23. Assessment is "dermatitis." | Deficient | Access to care extremely delayed. EMR does not provide report on the purported prior treatments for dermatitis, or extent of rash. | | 0 |
| 3 | | 10/19/23 | Clinic Follow-up | PA | Access to Care | Patient requests refill on CTM ordered 10/13/23 for flu symptoms. Not renewed | Appropriate | 0 | 0 | 0 |
| 3 | | 10/23/23 | Medication Renewal | PA | Pharmaceutical Administration | patient wants refill of flonase and hydrocortisone. No medical indications. Can get hydrocortisone at commisary. | Appropriate | 0 | 0 | 0 |
| 3 | | 10/27/23 | Clinic Follow-up | NP | Access to Care | follow up for rash lower extremities. Patient reports hydrocortisone clears the rash. Also states nasal congestion. Assessment: dermatitis, nasal congestion | Deficient | NP note is incomplete. Assessment does not provide diagnosis, but restates the symptoms. No treatment plan for the recurrent condition. Also, patient has not been screened for STD. | Potentially | If NP uncertain as to cause or treatment, can consult with MD. Problem list not current. |
| 3 | | 10/25/23 | Sick Call/Clinic Visit | RN | Access to Care | Complains ears are clogged. Cerumen blocked. Debrox ordered. Muscinex DM is ordered for URI. Changed to Mucinex. | Appropriate | 0 | 0 | Mucinex DM is often abused. Will discuss. DM preparations not allowed by CDCR. |
| 3 | | 10/29/23 | Initial Health | RN | Tuberculosis & Other Infections | 56 year old at initial health care and physical exam. | Deficient | Evaluation is incomplete. Required assessment regarding infection risks not performed. STD screening not done. No TB testing performed | Potentially | at risk for HIV, Hep B, C. No TB testing documented. |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 10/05/23 | Sick Call/Clinic Visit | MD | Chronic Care | Follow up for chronic pain following fractures. Patient refuses visit. Appears in no physical distress. Pain medications adjusted. | Appropriate | 0 | 0 | 0 |
| 4 | | 10/23/23 | Medication Renewal | PA, MD | Pharmaceutical Administration | Review of medications. Patient is non compliant and drug seeking. Gabapentin not renewed | Appropriate | 0 | 0 | 0 |
| 4 | | 11/01/23 | Medication Renewal | PA, MD | Chronic Care | Patient requests stronger pain meds. Exam unchanged. NSAID, acetaminophen | Appropriate | 0 | 0 | 0 |
| 4 | | 11/07/23 | Medication Renewal | MD | Chronic Care | Chronic pain. On NSAID and Tylenol. Followed by PT, Orthopedic and Trauma surgeon. 8/10 pain compliant unsubstantiated by ADL. Exam shows not sign of chronic pain or loss of function. Continue same med | Appropriate | 0 | 0 | Followed by MH for PTSD, polysubstance abuse. Adjustment disorder, depressed mood. |
| 4 | | 11/14/23 | Clinic Follow-up | NP | Chronic Care | Followed for pain complaints. Exam unchanged. Continue same | Appropriate | 0 | 0 | Further planning should include co-management with MH for chronic pain. |
| 4 | | 11/24/23 | Initial Health | MD | Health Care Maintenance | In nearly 6 months since intake there is no documented comprehensive exam at MCJ. | Deficient | Full physical needs to  consider STD risks with polysubstance abuse, treatment plan for ronic pain sundrome. repeat abnormal labs. | Potentially | Ni risk for STD. |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 10/28/23 | Initial Intake Screen | RN | Intake Screening | Attempted screening, patient uncooperative. Rec | Deficient | No documented contact with PCP to verify safety in not sending to ER. No evidence of PCP evaluation within one hour of placing in cell as required by Wellpath policies | Potentially | Unknown cause of combative behaviour. Determination of safety to hold in jail beyond scope of practice for RN. Default without PCP decision is to send to ER. |
| 5 | | 10/28/23 | Initial Health | RN | Intake Screening | Screening 6 hours after booking. Vital signs norm | Appropriate | 0 | 0 | No BS taken.  Patient is candidate for chronic care. |
| 5 | | 10/28/23 | Other | RN | Detoxification/Withdrawal | CIWA protocol confirmed by NP.  Stable . | Appropriate | 0 | 0 | 0 |
| 5 | | 10/30/23 | Emergent/Urgent | RN | Access to Care | Urgent nurse visit for fall, hitting head.  VS abnor | Deficient | Wrong protocol.  Observations of pain, hurts to walk, tender, disfigurement and elevated pulse rates are inconsistent with assessment of 'vague'' findings, non-emergency. Patient needs PCP eval, and/or X ray, repeat vital signs, observation to rule out CNS damage. | Potentially | Nurse is not following the appropriate written protocols. Is fall related to alcohol withdrawal? |
| 5 | | 11/02/23 | Chronic Care | PA | Chronic Care | Chart review finds patient stable with high pulse | Deficient | Chart review is incomplete, and does not address fall and pulse of 118, ankle pain, possible fracture. In any case, needs face to face exam and complete h&p to include STD screening. | Potentially | patient at risk for STD, and diseases from AUD. |
| 5 | | 11/03/23 | Sick Call/Clinic Visi | RN | Access to Care | Complaining bilateral thumb numb from cuffs. Re | Appropriate | 0 | 0 | 0 |
| 5 | | 11/07/23 | Chronic Care | MD | Chronic Care | Unable to see patient, refuses visit. Schedule for | Appropriate | 0 | 0 | 0 |
| 5 | | 11/08/23 | Chronic Care | NP | Chronic Care | Seen to evaluate thumb numbness. Focused exa | Deficient | Patient is overdue for Chronic care exam, lab testing. | Potentially | Naproxen not appropriate for patient without evidence of dysfunction or compromised ADL, especially not until labs show normal liver function and rnal function. Also history of anemia, rule out gastritis that could be made worse by NSAID |
| 5 | | 11/19/23 | Emergent/Urgent | RN, Man | Access to Care | Altercation with inmate. Painbehind left ear. Exa | Deficient | Pulse of 120 must be repeated.  If not improved with rest, then PCP attention or visit to ER required.  Also patient had submitted request 11/9/23 said "I can't see." No follow up on that. No Snellen. | Potentially | Abnormal vital signs following altercation could be due to internal bleeding. Or drug effects. |
| 5 | | 11/20/23 | Sick Call/Clinic Visi | RN | Access to Care | Patient submitted request for care 11/15/23 to t | Deficient | No nurse exam provided.  No meds ordered for complaint until seen by dentist 11/21/23. | Adversely | Pain not treated. Vision not screened with Snellen chart. |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 09/26/23 | Chronic Care | NP | Chronic Care | Reviewed hisory of asthma, HTN, requests STD te | Appropriate | STD labs purposefully ordered to be done in 2 weeks are not performed. | 0 | Lab tests not performed - see deficiency in later visits. |
| 6 | | 10/13/23 | Sick Call/Clinic Visi | RN | Access to Care | minor rash, possibly due to soap. Nursing protoco | Appropriate | 0 | 0 | 0 |
| 6 | | 10/24/23 | Sick Call/Clinic Visi | NP | Chronic Care | Persistent head/scalp rash. Affecting eyes.  Exam | Deficient | Exam documentation is incomplete. No diagnosis provided.  Problem list not updated.  Also, labs ordered by NP on 9/26/23 not yet done. Patient needs STD screening | Adversely | Education opportunity to write better progress notes, importance of STD screening. |
| 6 | | 10/31/23 | Sick Call/Clinic Visi | MD | Access to Care | Overt seborheic dermatitis not being treated.  Su | Appropriate | 0 | 0 | 0 |
| 6 | | 11/03/23 | Sick Call/Clinic Visi | NP | Access to Care | skin not improved.Has open sores.  Assess:  skin | Appropriate | 0 | N/A | 0 |
| 6 | | 11/10/23 | Sick Call/Clinic Visi | NP | Access to Care | Skin care not helping. Assess:  dermatitis v psoria | Appropriate | 0 | 0 | "dermatitis" is not a diagnosis.  Dermatology referral is expedited. Can consult with Dr ___ in mean time. |
| 6 | | 11/14/23 | Specialty Services | NP | Outside Medical Care/Referrals | E-consult dermatology provided timely (11/14/2 | Deficient | Unexplained, inordinate delay in providing treatment recommended by the specialist. | Adversely | patient suffering without treatment. |

Case 5:13-cv-02354-BLF Document 869 Filed 04/11/24 Page 150 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 11/21/23 | Chronic Care | NP | Chronic Care | Return visit for chronic conditions, including seiz | Deficient | Patient's evaluation and treatment are incomplete. Skin rash has not been treated as recommended. COPD in exacerbation not addressed. STD labs requests in September, and due since April still not done. | Potentially | Exacerbation of COPD needs close follow up. |
| 6 | | 11/21/23 | Chronic Care | NP | Health Care Maintenance | Patient has been incarcerted for more than 6 mo | Deficient | Needs full H&p and appropriate health maintenance for age - including screening for breast cancer, colon cancer, STD. | Potentially | At risk for cancer. Prior smoker. |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | | 0 | 0 | | 0 | 0 |
| 7 | | 10/03/23 | Sick Call/Clinic Visit | RN | Access to Care | Loss of hearing left ear. Wax, and redness in cana | Deficient | Form states "consider Otitis Externa". Protocols state medical provider should be contacted. This is not done. | Potentially | diabetic with external otitis can deteriorate to malignant condition. |
| 7 | | 10/10/23 | Sick Call/Clinic Visit | RN | Access to Care | hearing not better, canal still blocked. Continues | Deficient | Protocol require "contact medical provider". Care for patient with DM and possible otitis externa exceeds scope of practice (this is not usual cerumen occlusion) | Potentially | diabetic with external otitis can deteriorate to malignant condition. |
| 7 | | 10/27/23 | Specialty Services | RN | Outside Medical Care/Referrals | Returns with recommendations from podiatry for a | Appropriate | | N/A | Dr. ___ reviews the podiatry recommendations on 11/6/23. |
| 7 | | 10/29/23 | Sick Call/Clinic Visit | RN | Access to Care | diarrhea and vomiting. Pulse 125. | Deficient | RN protocol not followed. Pulse not repeated and provider not contacted regarding elevated pulse. | Potentially | Elevated pulse could indicate severe dehydration. This can lead to dangerously high blood sugars in diabetic, or syncope and injury. Or heart attack. Or Stroke. |
| 7 | | 11/02/23 | Chronic Care | NP | Chronic Care | CC visit for HTN, DM. Had finger amputation from | Deficient | STD screening not done. Comprehensive examination should include chem panel. "Pending labs. " not performed. | Potentially | patient at high risk for HIV, Hep B, C. |
| 7 | | 11/06/23 | Medication Renewal | MD | Pharmaceutical Administration | Gabapentin request reviewed. Discussed. Offer | Appropriate | 0 | 0 | 0 |
| 7 | | 11/08/23 | Medication Renewal | MD | Detoxification/Withdrawal | On Subutex. Monitored by Dr ___ | Appropriate | 0 | 0 | 0 |
| 7 | | 11/17/23 | Emergent/Urgent | RN | Access to Care | Very high 85.455. Received order from PA Manar | Deficient | No examination documented. Significant increases in blood sugar sometimes signal infection or other serious illness | Potentially | without examination, life threatening condition can be missed. |
| 7 | | 11/18/23 | Clinic Follow-up | PA | Access to Care | By chart review, determination made that DM no | Deficient | No physical examination performed. Patient needs lab tests | Potentially | Management of DM poorly controlled without physical exam or consultations is outside scope of PA practice. |
| 7 | | 12/11/23 | Chronic Care | MD | Chronic Care | patient seen for OUD, is opportunity for CC to ad | Deficient | DM not addressed - Labs, including STD, not ordered. | Adversely | persistently high glucose has deleterious effect on kidneys, eyes, nerves, Etc. BS on 12/26 is 454. |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | | 0 | 0 | | 0 | 0 |
| 8 | | 10/03/23 | Sick Call/Clinic Visit | RN | Access to Care | daily wound care for persistent diabetic foot ulce | Appropriate | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 151 of 179
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | 10/03/23 | Specialty Services | RN | Outside Medical Care/Referrals | Wound care clinic appointment made for 10/12/ | Deficient | Specialty care is not provided timely.  Foot ulcer detected end of July should have been under care by podiatry from that time. | Adversely | continued foot infection puts patient at risk for osteomyelitis and amputation. See below. |
| 8 | | 10/08/23 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ER after exam for foot infection. | Appropriate | 0 | 0 | 0 |
| 8 | | 10/11/23 | Specialty Services | MD | Outside Medical Care/Referrals | Review podiatry and ER visits.  Podiatry 10/11/2 | Appropriate | 0 | 0 | 0 |
| 8 | | 10/12/23 | Specialty Services | wound care | Outside Medical Care/Referrals | Wound care center sees patient and treates | Appropriate | 0 | 0 | this was delayed.  Earlier wound care might have prevented the osteomyelitis. |
| 8 | | 10/19/23 | Clinic Follow-up | NP | Access to Care | patients foot ulcer is improved | Appropriate | 0 | 0 | 0 |
| 8 | | 10/23/23 | Clinic Follow-up | RN | Access to Care | foot ulcer improves with wound care, antibiotics | Appropriate | 0 | 0 | 0 |
| 8 | | 10/31/23 | Clinic Follow-up | MD | Access to Care | follow up for DM, osteomyelitis. Patient foot is i | Appropriate | 0 | 0 | 0 |
| 8 | | 11/01/23 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from wound care center with instructio | Appropriate | 0 | 0 | 0 |
| 8 | | 11/10/23 | Sick Call/Clinic Visit | RN | Access to Care | Complaints of tooth abscess. Is on antibiotics. Con | Deficient | Evident tooth abscess in diabetic patient needs to be managed by PCP and expedited dental care.  See Wellpath protocols: "when in doubt, please contact a dental or medical provider." | Adversely | Severe pain and risk of harm while not being adequately treated.  Had extractions on 11/13/23 |
| 8 | | 11/16/23 | Clinic Follow-up | NP | Access to Care | foot ulcer improves with wound care | Appropriate | 0 | 0 | 0 |
| 8 | | 11/22/23 | Chronic Care | NP | Chronic Care | DM, osteomyelitis. Lab reviewed 8/25/23 . Contin | Deficient | CC should include screening for STD.  No lab done for HIV, Hep B.C or Syphilis. Need follow up CBC, ESR and possibly bone scan re: osteo | Potentially | N risk for STD, not tested. |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 10/09/23 | Sick Call/Clinic Visit | NP | Access to Care | Abdominal pain, polysubstance abuse. History of | Deficient | 9, | Adversely | Missed opportunity to treat.  Hyperglycemia not treated. Patient decriorates. Needs Emergency care a few weeks later. |
| 9 | | 10/09/23 | Chronic Care | NP | Chronic Care | Chronic care visit was requested at intake | Deficient | Chronic Care not done. | Adversely | Hyperglycemia not treated. Patient detiorates. Needs Emergency care a few weeks later. |
| 9 | | 10/20/23 | Emergent/Urgent | RN | Access to Care | Pain, vomiting. Suspected pancreatitis.  Weight | Appropriate | 0 | 0 | DKA could have been avoided with chronic care at earlier, timely date. |
| 9 | | 10/25/23 | Clinic Follow-up | NP | Outside Medical Care/Referrals | Review of care provided in hospital for DKA. Is re | Appropriate | 0 | 0 | 0 |
| 9 | | 10/26/23 | Chronic Care | MD | Chronic Care | Chronic care vist (delayed) reviews DM, alcoholis | Appropriate | 0 | 0 | Labs ordered are not done. This is a lapse in specialty services. |
| 9 | | 10/26/23 | Specialty Services | MD | Outside Medical Care/Referrals | labs ordered on 10/26/23. | Deficient | labs are not done prior to release on 10/30/23. Wantss to do smellen but "no chart available." | Potentially | N risk for STD, not detected before release. |
| 9 | | 10/29/23 | Initial Health | RN | Intake Screening | Delayed intake screening (14 day exam) states bl | Deficient | No Snellen test. Blood glucose "not indicated." Stomach pain not further described | Potentially | Needs immediate assesment of vision.  Blood sugar should be documented. |
| 9 | | 10/30/23 | Other | RN | Continuity of Care After Release | Released to US Marshalls. Indicates need for med | Appropriate | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 152 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 10/07/22 | Initial Intake Screen | RN | Intake Screening | 41 YO female admitted after clearance at NMC fc | Deficient | Blood sugar not tested. Patient not scheuled for chronic care visit. Should be seen same day for NP/PA sick call. But this does not occur. | Adversely | Delayed attention to pregnancy may increase risk of miscarriage. Patient at risk for gestational diabetes, STD. |
| 10 | | 10/12/22 | Other | PA | Detoxification/Withdrawal | Patient enrolled in Synthetics protocol. Appers a | Appropriate | 0 | 0 | 0 |
| 10 | | 10/12/22 | Chronic Care | PA | Chronic Care | Should be enrolled in chronic care because of lon | Deficient | Chronic care visit not performed. Lab not drawn | Potentially | Patient at high risk for STD. |
| 10 | | 10/12/23 | Specialty Services | PA | Outside Medical Care/Referrals | Patient has high risk pregnancy.  Needs prompt C | Deficient | OB appointment not scheduled timely | Potentially | Delayed attention to pregnancy may increase risk of miscarriage.  Patient at risk for gestational diabetes, STD. |
| 10 | | 10/13/23 | Chronic Care | NP | Chronic Care | Complete history taken.  Limited exam. Referred | Deficient | STD screening not performed. OB not expedited | Potentially | Delayed attention to pregnancy may increase risk of miscarriage.  Patient at risk for gestational diabetes, STD. |
| 10 | | 10/17/23 | Sick Call/Clinic Visi | NP | Access to Care | Review mild asthma symptoms.  States spotting f | Deficient | STD screening not performed. OB expedited. Patient should undergo focused exam regarding vaginal spotting to include ultrasound, and internal exam to rule out ectopic pregnancy and/or fetal demise. | Potentially | Delayed attention to pregnancy may increase risk of miscarriage.  Patient at risk for gestational diabetes, STD. |
| 10 | | 11/03/23 | Specialty Services | NP | Outside Medical Care/Referrals | NP notes that lab ordered not drawn, and OB app | Appropriate | 0 | 0 | 0 |
| 10 | | 11/14/23 | Chronic Care | NP | Chronic Care | Chronic care for asthma.  Exam unremarkable. D | Deficient | STD screening not performed. OB not expedited. No examination for fetal heart tones. | Potentially | Delayed attention to pregnancy may increase risk of miscarriage.  Patient at risk for gestational diabetes, STD. |
| 10 | | 11/18/23 | Clinic Follow-up | RN | Access to Care | Vaginal bleeding reported to nurse.  Exam grossly | Appropriate | 0 | 0 | 0 |
| 10 | | 11/20/23 | Specialty Services | PA | Outside Medical Care/Referrals | Returned from ER, identified UTI.  Likely loss of p | Appropriate | 0 | Potentially | syphilis screen and treatment delayed. Patient needs expectant observation to rule out complications following miscarriage |
| 10 | | 11/21/23 | Clinic Follow-up | NP | Access to Care | Patient started treatment for syphilis.  Is taking n | Deficient | Assessment is incomplete.  Patient needs physcial exam to rule out endometritis after miscarriage, and UA  to confirm clearing of UTI. | Potentially | Expectant observation includes physcial exam. |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 10/12/23 | Sick Call/Clinic Visi | RN | Access to Care | SOB, feels cxll is stuffy. Exam negative. Advise hy | Appropriate | 0 | 0 | 0 |
| 11 | | 10/14/23 | Initial Health | RN | Intake Screening | Patient booked 5/11/23.  Health  inventory perfo | Deficient | Delayed. CFMG IP requires inventory within 14 days. No STD screening/testing done. A complete gender specific health history inventory and communicable disease screening shall be completed on all inmates within 14 days of arrival at the facility by a Registered Nurse | Potentially | Even if the intake exam is deemed sufficient to meet requirement of 14 day inventory, absence of STD screening is not compliant with the IP. |
| 11 | | 10/14/23 | Sick Call/Clinic Visi | RN | Access to Care | Prior complaints of menstrual cramps, headache | Appropriate | 0 | | why are the non-traumatic forms use for obvious traumatic injuries? |
| 11 | | 10/30/23 | Sick Call/Clinic Visi | RN | Access to Care | Patient reports feeling cold, history of anemia.  V | Deficient | as of November 30 no exam has been provided to patient. No labs done for anemia or STD | Potentially | Patient at risk for STD, anemia from menstual blood loss. |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 10/01/23 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from NMC after resection of suprapub | Appropriate | 0 | 0 | 0 |
| 12 | | 10/01/23 | Clinic Follow-up | NP | Chronic Care | Review patient after return from hospital. | Appropriate | 0 | 0 | 0 |
| 12 | | 10/03/23 | Sick Call/Clinic Visit | RN | Access to Care | Hypoglycemic symptoms improved after eating | Appropriate | 0 | 0 | 0 |
| 12 | | 10/05/23 | Sick Call/Clinic Visit | PA | Access to Care | Orders shower chair | Appropriate | 0 | 0 | 0 |
| 12 | | 10/12/23 | Sick Call/Clinic Visit | RN | Access to Care | Patient complains urine is dark. NP on call consu | Deficient | ordered urine tests are not in the EMR | Potentially | Significant bleeding or disease evident in urine will not be detected if not tested as ordered. |
| 12 | | 10/11/23 | Sick Call/Clinic Visit | RN | Access to Care | Removed toe nail. Examined. No bleeding, infec | Appropriate | 0 | 0 | 0 |
| 12 | | 10/20/23 | Sick Call/Clinic Visit | NP | Access to Care | Follow up removed toe nail. Now has pain, redne | Appropriate | 0 | 0 | 0 |
| 12 | | 10/20/23 | Specialty Services | MD | Outside Medical Care/Referrals | Opthalmology consultation performed 4 months | Deficient | Eye visit was delayed. 120 days is outside standard of care for even non urgent matters. | Adversely | Retinopathy likely aggravated while blood sugar poorly controlled. |
| 12 | | 10/24/23 | Specialty Services | PA | Outside Medical Care/Referrals | Report from opthalmology reviewed | Appropriate | 0 | 0 | 0 |
| 12 | | 11/04/23 | Sick Call/Clinic Visit | PA | Access to Care | PA consulted with elevated BP, and leaking supr | Deficient | No face to face exam by PCP for patient with poorly controlled BP, not seen for CC since 8/22/23. Urine tests ordered but no results found in the medical record | Adversely | Catheter obduction not cleared and sent to ER next day. |
| 12 | | 11/05/23 | Emergent/Urgent | RN | Outside Medical Care/Referrals | Sent to ER for blocked urinary catheter. Recomm | Deficient | Treatment exceeds scope of practice for PA absent consultation with on site MD - also is ID specialist. Or Urology. | Adversely | patient has repeated visits to ER for urological problems. |
| 12 | | 11/14/23 | Specialty Services | ? | Outside Medical Care/Referrals | Sent to ER for broken urinary catheter. Referral f | Appropriate | 0 | 0 | 0 |
| 12 | | 11/16/23 | Chronic Care | NP | Chronic Care | CC visit for DM, HTN, recurrent suprapubic urine | Deficient | Problem list incomplete, does not mention HCV, or recurrent UTI, parapeleia | Adversely | BP, DM management needs more attention. |
| 12 | | 11/17/23 | Specialty Services | RN | Detoxification/Withdrawal | Urine test ordered 11/4/23 performed. Results sh | Deficient | UA is incomplete. No counseling ordered for apparent drug abuse while in jail. | Adversely | Subutex diversion may lead to overdoses, and overdose deaths. |
| 12 | | 11/17/23 | Emergent/Urgent | RN, Manu | Access to Care | Hypoglycemic episode with near syncope. BS dai | Deficient | Medical care by PA without oversight of MD not in compliance with the IP, and contrary to State Law that requires MD supervison of difficult patients. | Adversely | Continued prescribing of Glipizide by PA[...] puts patient at continued risk of hypoglycemia, and is disfavored by medical experts, especially in combination with insulin. |
| 12 | | 11/30/23 | Specialty Services | RN | Outside Medical Care/Referrals | Return from ER for blocked catheter. BP 142/100 | Deficient | ER note is not in the EMR. Patient's medical condition is complex, and requires management with MD oversight to include better BS and BP control, prompt referral to Urology (not done to date) | Adversely | patient has repeated visits to ER for urological problems. Poor DM control exposes patient to risks of hypoglycemia and hyperglycemia. Patient is abusing substances in jail. |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 11/03/23 | Initial Intake Screen | RN | Intake Screening | Meds reported: omeprazole, methadone, gabape | Deficient | No evident request from pharmacy to verify purported medications. | Potentially | Abrupt discontinuation of gabapentin or methadone can cause harm. Patient released before CC visit can occur. |
| 13 | | 11/03/23 | Other | RN | Detoxification/Withdrawal | COWS protocol followed. | Appropriate | 0 | 0 | 0 |
| 13 | | 11/06/23 | Sick Call/Clinic Visit | RN | Access to Care | Timely face to face after request for service. GI c | Appropriate | 0 | 0 | 0 |
| 13 | | 11/08/23 | Clinic Follow-up | NP | Detoxification/Withdrawal | patient requess MAT. History of Methadone not | Appropriate | 0 | 0 | 0 |
| 13 | | 11/22/23 | Initial Intake Screen | RN | Intake Screening | Reports methadone, gabapentin prescriptions. N | Deficient | Needs immediate medical consultation to verify MAT and gabapentin use, and determine need for continuation. | Potentially | Abrupt discontinuation of gabapentin or methadone can cause harm. |
| 13 | | 11/22/23 | Other | RN | Detoxification/Withdrawal | History of methadone and gabapentin use. Patie | Deficient | Possible polysubstance abuse. Not placed in CIWA or other protocols | Potentially | Abrupt discontinuation of gabapentin or methadone can cause harm. Overt withdrawal symptoms evident 11/24/23 |
| 13 | | 11/24/23 | Medication Renewal | FNP | Detoxification/Withdrawal | Overt withdrawal. Placed on Alcohol and Benzo | Appropriate | 0 | 0 | 0 |
| 13 | | 11/24/23 | Chronic Care | NP | Chronic Care | GERD, post gastric bypass. Substance abuse. Prol | Deficient | No lab drawn for LFT, CBC, STD. | Potentially | Patient at risk for infections, heart disease. Needs STD screen. |
| 13 | | 11/25/23 | Clinic Follow-up | RN | Access to Care | Pain in chest, back. Chest tightness 8/10. Abnorr | Deficient | Standardized nurse protocols not followed. Assessment (that patient has no acute cardiac or lung problem) is beyond scope of RN practice. | Potentially | Patient at risk for infections, heart disease. Needs STD screen. |
| 13 | | 11/25/23 | Other | unknown | Tuberculosis & Other Infections | PPD read listed as "open". | Deficient | No documented reading of PPD placed on 11/22/23 | Potentially | Patient at risk for tuberculosis. Last negative test 10/22/22. |
| 13 | | 11/27/23 | Other | PA | Detoxification/Withdrawal | Follow up prove with chart review. Patient is stat | Appropriate | 0 | 0 | 0 |
| 13 | | 11/28/23 | Clinic Follow-up | NP | Detoxification/Withdrawal | chest tightness for 3 days. Looks well. Assess: W | Deficient | If EKG to be done, as it should be, immediate testing required. No EKG in the chart. MAT to been delayed. | Potentially | Patient at risk for infections, heart disease. Needs STD screen. |
| 13 | | 11/29/23 | Other | ? | Access to Care | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 154 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 10/11/23 | Sick Call/Clinic Visit | RN | Access to Care | Neck pain after purported injury. - Rx per protoc | Appropriate | 0 | 0 | using "von trauma" protocol as the traumatic protocol has no recommendations for patients without fractures or disfigurement. |
| 14 | | 10/15/23 | Sick Call/Clinic Visit | RN | Access to Care | TOOTH PAIN. Dental consult pending. | Appropriate | 0 | 0 | 0 |
| 14 | | 10/19/23 | Sick Call/Clinic Visit | NP | Access to Care | In pain following dental care. Med adjusted. | Appropriate | 0 | 0 | 0 |
| 14 | | 10/25/23 | Sick Call/Clinic Visit | RN | Access to Care | Right ear hurts swallow, yawn. Intermittent. Ap | Appropriate | 0 | 0 | 0 |
| 14 | | 10/30/23 | Chronic Care | NP | Chronic Care | Follow up for heart palptations, possible QT abn | Deficient | STD testing has not been done. | Potentially | Missed STD possible. |
| 14 | | 11/16/23 | Clinic Follow-up | NP | Access to Care | Follow up for blood in stool. Reschedule guiac. | Appropriate | 0 | 0 | 0 |
| 14 | | 11/22/23 | Chronic Care | PA | Access to Care | Robaxin renerwed without exam. No indication. | Deficient | Robaxin subject to abuse. Patient has history of opiate abuse. | Potentially | Drug diversion enabled by unnecessary prescribing. |
| 14 | | 12/04/23 | Sick Call/Clinic Visit | RN | Access to Care | LOW BACK PAIN, wants chlamydia testing. RN us | Appropriate | 0 | 0 | STD tests ordered but not performed before transfer to prison. |
| 14 | | 12/12/23 | Other | RN | Continuity of Care After Release | Sent to prison with transfer form, alerting that re | Appropriate | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 11/21/23 | Initial Intake Screen | RN | Intake Screening | Intake follows NMC clearance for syncope and h | Deficient | Intake form is incomplete. Meds listed are incomplete. Referral not documented. | Potentially | Intake document does not include referral but in other part of EMR, states urgent MD referral made, and seen on following day. |
| 15 | | 11/22/23 | Chronic Care | MD | Chronic Care | Old records reviewed. Lab reviewed. Exam norm | Deficient | Lab ordered have not been done as of 12/22/23. STD screening not done | Potentially | patient at high risk for STD. |
| 15 | | 11/25/23 | Sick Call/Clinic Visit | RN | Access to Care | Headache pain 9/10 reported as "mild or tension | Deficient | 9/10 headache report inconsistent with remainder of exam, should be qualified. VS missing from EMR | Potentially | patient at high risk of infectious disease, high or low blood pressure causing headache. |
| 15 | | 12/11/23 | Chronic Care | MD | Chronic Care | Follow up for heart transplant, patient fears. Exa | Appropriate | 0 | 0 | missed mediction doses addressed. |
| 15 | | 12/12/23 | Sick Call/Clinic Visit | RN | Access to Care | Headache 7/10. Tension headache rx per protoc | Appropriate | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 11/07/23 | PCP Diagnostics Rev | PA | Access to Care | Labs reviewed. | Deficient | Abnormal glucose indicating pre diabetes, not noted and not followed up. | Potentially | Possible diabetes, needs treatment. |
| 16 | | 11/28/23 | Sick Call/Clinic Visit | | Access to Care | allergy symptoms, Exam grossly unremarkable. V | Deficient | Exam and notes are incomplete. No exam done of rash under breasts. No diagnosis and/or treatment. | Potentially | Rash likely monilial and should be treated. Blood sugar should be checked. |
| 16 | | 12/19/23 | Chronic Care | MD | Chronic Care | Chronic care, HTN, Asthma, possible Thyroid dysf | Deficient | HIV, RPR not ordered. Blood sugar last checked 7/18/23. | Potentially | Patient at risk of worsening diabetes. Might need medications (metformin) |
| 16 | | 10/23/23 | Medication Renewal | PA | Pharmaceutical Administration | asthma med ordered. | Deficient | asthma med delayed. | Adversely | patient complains of asthma attacks. |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 10/04/23 | Initial Health | RN | Intake Screening | Diabetic, HTN, Mild asthma. Minor toe injury dr | Appropriate | 0 | 0 | 0 |
| 1 | | 10/06/23 | Sick Call/Clinic Visit | RN | Access to Care | Panic attack. Referred to MH | Appropriate | 0 | 0 | 0 |
| 1 | | 10/06/23 | Chronic Care | NP | Chronic Care | Meds reviewed, verified | Deficient | Gabapentin 300 tid continued, but abruptly stoped on 10/2023 | Potentially | patient may suffer withdrawal from abrupt discontinuation. |
| 1 | | 10/10/23 | Emergent/Urgent | RN | Access to Care | Possible hypoglycemia. Glucose , 85 check. | Appropriate | 0 | 0 | 0 |
| 1 | | 10/11/23 | Emergent/Urgent | RN | Access to Care | Recurrent hypoglycemia symptoms. Referred to O | Appropriate | 0 | 0 | 0 |
| 1 | | 10/12/23 | Chronic Care | MD | Chronic Care | comprehensive h & p. Request old records. Med | Appropriate | 0 | 0 | 0 |
| 1 | | 10/19/23 | Sick Call/Clinic Visit | RN | Access to Care | possible toe infection. Consult with MD. Antibiot | Appropriate | 0 | 0 | 0 |
| 1 | | 10/22/23 | Sick Call/Clinic Visit | RN | Access to Care | toe infection not resolving. Drainage noted. | Deficient | overt foot infection needs management by MD, possible podiatry. Follow up not noted. | Potentially | I did not see any follow up in EMR until Xray reviewed 10/27 by RN exam on 10/28. Wound described then as macerated by RN. Osteomyelitis not ruled out by plain film. May need bone scan. Lab work ESR, CBC would also be appr |
| 1 | | 10/22/23 | Sick Call/Clinic Visit | PA | Access to Care | elevated blood sugars (over 500), consult with PCP | Appropriate | 0 | 0 | 0 |
| 1 | | 10/23/23 | Sick Call/Clinic Visit | PA | Access to Care | Chart reviewed. Glipizide ordered bid. | Deficient | Diabetes out of control, with history of foot infection. Needs face to face exam | Potentially | glipizide not prescribed in accord with approved doses. Should start once daily. Opportunity for teaching. |
| 1 | | 10/24/23 | Sick Call/Clinic Visit | NP | Access to Care | rash on left arm (described as petichiae) without | Appropriate | 0 | No diagnosis offered. ? Bruising. |
| 1 | | 10/26/23 | Sick Call/Clinic Visit | RN | Access to Care | tender,red bump on right middle finger. Use not | Appropriate | 0 | more precise assessment is possible bug bite, not infected. Opportunity for teaching. |
| 1 | | 10/28/23 | Clinic Follow-up | RN | Access to Care | Wound care for left toe, macerated. Fingertip re | Deficient | No note documenting MD or PCP contact. No antibiotics ordered for finger infection. | Adversely | Patient is worse on next day and sent to ER |
| 1 | | 10/29/23 | Emergent/Urgent | RN | Access to Care | Sent to ER for worsening finger infection. Seen b | Appropriate | 0 | 0 | 0 |
| 1 | | 10/31/23 | Clinic Follow-up | PA | Outside Medical Care/Referrals | Medical records reviewed by PA. | Deficient | patient needs face to face exam, re: finger infection and foot infection. ER recommendation for return visit to MD not followed. | Potentially | at risk for osteomyelitis. should be reviewed by in house MD, who is ID specialist. |
| 1 | | 11/03/23 | Clinic Follow-up | D | Access to Care | Follow up wound check. Patient improved. | Appropriate | 0 | 0 | 0 |
| 1 | | 11/18/23 | Sick Call/Clinic Visit | RN | Access to Care | Finger infection appears recurrent. PCP contacte | Appropriate | 0 | 0 | 0 |
| 1 | | 11/21/23 | Sick Call/Clinic Visit | NP | Access to Care | Finger infection improved. Symptoms of candida | Deficient | Vaginal culture for monilia is not determinative as yeast can be found in absence of moniliasis. Appropriate treatment is empiric. | Adversely | treatment for likely yeast vaginitis is unnecessarily delayed. Teaching opportunity. |
| 1 | | 11/21/23 | Chronic Care | | Chronic Care | summary note says that Snellen exam not done, D | Deficient | Basic eye exam for diabetic in office includes eye chart. No reason to delay while optometry appointment pending. | Potentially | Loss of vision can occur with diabetics not healed, poorly controlled. Nursing needs instructions to do Snellen. |
| 1 | | 11/27/23 | Specialty Services | PA | Outside Medical Care/Referrals | Podiatry care visit 11/13/23 reviewed. Recomme | Deficient | delayed review of specialist recommendation | Adversely | patient's wound not receiving timely care. |
| 1 | | 11/30/23 | Initial Health | RN | Access to Care | Initial health exam delayed. Snellen test done, d | Deficient | Patient admitted 10/4/23. Examination should have been done before end of October. | Potentially | Delayed exam impairs treatment. |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 12/01/23 | Sick Call/Clinic Visit | NP | Access to Care | vaginal itching, diabetes. Yeast culture pending. | Deficient | Patient should be treated empirically. Telehealth note is indadequate. Treatment not within community standards. | Adversely | patient suffering with gyn complaint |
| 1 | | 12/05/23 | Sick Call/Clinic Visit | MD | Access to Care | Pelvic exam done, monistat RX. Foot ulceration to | Appropriate | 0 | 0 | 0 |
| 1 | | 12/19/23 | Sick Call/Clinic Visit | NP | Access to Care | New wound on calf. Rx Clindamycin. Photo to do | Appropriate | 0 | 0 | should seek consult with local ID doctor. Possibly this is MRSA and needs culture. |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 10/06/23 | Initial Health | RN | Intake Screening | 53 yo male booked 10/6/23. Overweight. No apt | Appropriate | 0 | 0 | 0 |
| 18 | | 11/29/23 | Sick Call/Clinic Visit | NP | Access to Care | Complains rash 7 Soap. Also r/ight knee swelling | Appropriate | 0 | N/A | 1% hydrocortisone prescribed. Not documented in the progress note. |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 10/30/23 | Chronic Care | NP | Chronic Care | Overdue for CC visit to assess risks with DUO, STD | Deficient | patient needs referral for chronic care | Potentially | at risk for STD. |
| 19 | | 10/30/23 | Sick Call/Clinic Visit | NP | Access to Care | earache. Right side. One month. RN exam of canal | Deficient | patient not provided with face to face exam. Nurse not qualified to assess abnormal eye findings. | Potentially | patient continues to suffer ear pain, possibly otitis externa not treated. |
| 19 | | 10/30/23 | Sick Call/Clinic Visit | RN | Access to Care | Ear is worse after ear drops, 7 Ear infection. Prof | Deficient | Persistent complaint merits review by PCP as diagnosis is beyond scope of RN care. | Potentially | may have ear infection that needs treatment. |
| 19 | | 12/06/23 | Clinic Follow-up | NP | Access to Care | ear irrigation and follow up not performed as ord | Deficient | patient's complaint not addressed or resolved. | Potentially | may have ear infection that needs treatment. |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 157 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 11/12/13 | Initial Health | RN | Intake Screening | IV drug abuse, alcholism. Has history of CHF, cal | Appropriate | 0 | 0 | 0 |
| 20 | | 11/19/13 | Sick Call/Clinic Visit | RN | Access to Care | Pain and swelling right foot.  Protocol: describes | Deficient | Nurse evaluaton does not consider significance of swelling.  Wellpath protocols call for referral to PCP to consider gout | Adversely | Gout untreated is very painful.  Patient improved when he is given prednisone |
| 20 | | 11/28/13 | Chronic Care | NP | Chronic Care | CC visit for HTN, OUD.  History of unsafe sex. Labs | Deficient | Chronic care visit delayed.  No mention of acute foot swelling. | 0 | CC visit is delayed.  Should be within 7 days.  Labs ordered are not performed. |
| 20 | | 12/01/13 | Sick Call/Clinic Visit | RN | Access to Care | LEFT FOOT SWELLING. (? Mistaken for R?). Ident | Appropriate | 0 | 0 | 0 |
| 20 | | 12/11/13 | Emergent/Urgent | RN | Access to Care | Chest pain.  EKG.  Normal reviewed by Dr. | Appropriate | 0 | 0 | 0 |
| 20 | | 12/13/13 | Sick Call/Clinic Visit | NP | Access to Care | right foot swelling recurs.  Wants prednisone. Is | Appropriate | 0 | 0 | missed opportunity to diagnose gout. |
| 20 | | 12/14/13 | Clinic Follow-up | RN | Access to Care | Persistent and recurrent right toe pain. Exam is n | Appropriate | 0 | 0 | 0 |
| 20 | | 12/16/13 | Emergent/Urgent | RN | Access to Care | Man down for alleged toe pain. Exam negative.  I | Appropriate | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 10/04/23 | Other | PA | Detoxification/Withdrawal | CIWA monitoring reviewed. Patient is stable. | Appropriate | 0 | 0 | 0 |
| 21 | | 10/04/23 | Chronic Care | PA | Chronic Care | Patient due for CC visit, STD screen (HIV, HCV) | Deficient | No chronic care visit.  Lab not done. | 0 | 0 |
| 21 | | 10/09/23 | Sick Call/Clinic Visit | NP | Access to Care | Dysuria, pain at introitus. No urinary frequency f | Deficient | Exam incomplete.  Cannot distinguish between vaginitis  Potentially and UTI or urethritis.  No UA or culture in the EMR.  Antibiotic chosen should be for 3 days only. | | Excessive antibiotic ordered can worsen vaginitis symptoms. |
| 21 | | 10/23/23 | Chronic Care | NP | Chronic Care | Delayed chronic care visit.  States has asthma wit | Deficient | Problem list not updated to include asthma. | 0 | should be testing for Peak flow whenever diagnosing asthma. |
| 21 | | 12/05/23 | Other | RN | Continuity of Care After Release | Transfer form accurately filled out. | Appropriate | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 158 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 10/17/23 | Chronic Care | NP | Chronic Care | Possible HTN, GERD, ANEMIA, HYPO THYROID. E | Deficient | Weight not documented. Repeat labs not performed. No STD screening. No indication for rosvustatin wit h 10 year risk under 3%. | Potentially | at risk for STD. Not screened. Unnecessary medications prescribed. No apparent oversight by pharmacy or medical director. |
| 22 | | 10/21/23 | Sick Call/Clinic Visit | RN | Access to Care | Nausea, vomitting.  VS normal.  No physcial exam | Deficient | No weight  taken, or recorded. Abdominal exam not done. No diagnosis offered.  Rx by [ ] not best practice. No indication for Zofran. | Potentially | Zofran can induce severe constipation. Unnecessary meds.  Possible missed diagnosis. |
| 22 | | 12/08/23 | Other | RN | Continuity of Care After Release | released with Rx for current meds | Appropriate | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 10/14/23 | Initial Intake Screening | RN | Intake Screening | foreign body (drug) cleared by exam at ED.  Is ov | Deficient | 0 | N/A | No referral documented, but is seen by Dr [ ] for CC visit 10/16/23 patient at risk for STD, chronic medical problems. |
| 23 | | 10/03/23 | Other | RN | Detoxification/Withdrawal | Meth monitoring, patient stable | Appropriate | 0 | 0 | 0 |
| 23 | | 10/16/23 | Chronic Care | MD | Chronic Care | Follow up jail check. Chronic care opportunity.  B | Deficient | Lab ordered not done.  No blood sugar.  Patient at hi risk for DM, balanitis, and obese. | Potentially | at risk for STD, not tested. |
| 23 | | 10/16/23 | Hospital Return | MD | Outside Medical Care/Referrals | Timely review of hospital visit and return on 10/1 | Appropriate | 0 | 0 | 0 |
| 23 | | 10/19/23 | Other | pa | Detoxification/Withdrawal | review of detox process, patient admits to OUD. | Appropriate | 0 | 0 | 0 |
| 23 | | 11/13/23 | Sick Call/Clinic Visit | NP | Access to Care | Earache.  Wants T4 meds time changed. Mild any | Deficient | Ear pain, erythema suggests otitis externa.  Should be ruled out with obesity and DM risk. No FBS tested. | Potentially | untreated otitis externa may get far worse with DM. |
| 23 | | 11/16/23 | Sick Call/Clinic Visit | MD | Access to Care | Penis hursts x 2 days.  History of paraphimosis.  E | Appropriate | 0 | 0 | 0 |
| 23 | | 11/17/23 | Specialty Services | NP | Outside Medical Care/Referrals | follow up to ED visit for paraphimosis. Meds, refe | Appropriate | 0 | 0 | 0 |
| 23 | | 11/28/23 | Sick Call/Clinic Visit | RN | Access to Care | Left ear pain, pain ribs with breathing.  Assessed | Deficient | incomplete examination of difficulty breathing. No auscultation. No examination of TM. | Potentially | patient may have pneumonitis, pleurisy. Otitis media. Exam required. |
| 23 | | 11/29/23 | Sick Call/Clinic Visit | NP | Access to Care | ear pain and left side discomfort unrelieved. Cen. | Deficient | No PCP examination performed. No treatment plan documented | Potentially | patient may have pneumonitis, pleurisy. Otitis media. Exam required. |
| 23 | | 12/17/23 | Sick Call/Clinic Visit | RN | Access to Care | Wants Bactrim for recurrent balanitis. Migraine a | Deficient | has not tested patient for FBS to rule out DM, Muc inex DM RX is contraindicated for patient with known drug abuse. | Potentially | polypharmacy, failure to rule out diabetes as instructed in forms. Poor oversight. |
| 23 | | 12/17/23 | Specialty Services | RN | Outside Medical Care/Referrals | urology eval regarding balanitis not done | Deficient | Urology consultation was ordered 11/17/23.  No indication of date to occur. | Potentially | condition not treated. |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 159 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 12/08/23 | Initial Intake Screen | RN | Intake Screening | Polysubstance abuse (meth, opiates, IV and inhal Deficient | | patient at high risk for complications from IV drug abuse, with no note confirming PCP exam before release from sobering cell; needs referral for urgent medical evaluation of unstable admission. Prescribed Keppra not continued. FBS not tested. | Adversely | patient has apparent seizure 12/10 before PCP exam performed. |
| 24 | | 12/10/23 | Emergent/Urgent | RN | Access to Care | Reported seizure. Appears "fine" when examined Appropriate | | 0 | 0 | 0 |
| 24 | | 12/11/23 | Chronic Care | NP | Chronic Care | Evaluation of possible seizure disorder, Keppra pr Deficient | | Incomplete chronic care visit. At first opportunity patient should have STD screening. Urine pregnancy test refused should be attempted again. Extent of OUD and possible withdrawal symptoms from meth should be evaluated. Labs are not drawn; should include Keppra level. | Adversely | Patient admitted to hospital soon after NP exam (by telehealth) |
| 24 | | 12/11/23 | Emergent/Urgent | RN | Access to Care | Seizure, sent to ER. | Appropriate | 0 | 0 | 0 |
| 24 | | 12/13/23 | Specialty Services | MD | Outside Medical Care/Referrals | Chart review to follow up from hospital admissio Deficient | | Patient needs face to face visit after return from hospital and close follow-up. | Adversely | patient readmitted to hospital. |
| 24 | | 12/15/23 | Chronic Care | NP | Chronic Care | Follow up regarding seizures. Telehealth visit. No Deficient | | CC should be done immediately, and not pending. Lab work needs to be abst to find out if therapeutic Keppra levels. Review of withdrawal status not documented. | Adversely | patient readmitted to hospital. |
| 24 | | 12/15/23 | Emergent/Urgent | RN | Access to Care | Fell in shower, head injury, abdominal pain. Sent Appropriate | | 0 | 0 | 0 |
| 24 | | 12/15/23 | Specialty Services | PN | Outside Medical Care/Referrals | Return from hospital with orders to continue Kep Appropriate | | 0 | 0 | 0 |
| 24 | | 12/17/23 | Sick Call/Clinic Visit | RN | Access to Care | Boil on neck draining. Warm compress, Tylenol. I Appropriate | | 0 | 0 | 0 |
| 24 | | 12/18/23 | Chronic Care | MD | Chronic Care | Delayed CC visit. History reviewed. Exam remarks Deficient | | STD screening not performed. Lab tests not expedited, especially Keppra levels. Problem list incomplete. | Adversely | patient readmitted to hospital. |
| 24 | | 12/19/23 | Other | RN | Detoxification/Withdrawal | Abdominal pain, generally ill feeling, diarrhea. Cl Deficient | | Patient overtly withdrawing. Protocol for withdrawal includes consultation with PCP for high scores. No score taken. | Adversely | Failure to treat withdrawal, returned to ER next day. |
| 24 | | 12/20/23 | Emergent/Urgent | RN | Access to Care | Apparent opiate overdose, Narcan administered Appropriate | | 0 | 0 | 0 |
| 24 | | 12/21/23 | Specialty Services | MD | Outside Medical Care/Referrals | Returned with recommendation for MAT . Starte Appropriate | | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 10/20/23 | Sick Call/Clinic Visit | NP | Access to Care | Review results of X ray - normal left shoulder. Ass Appropriate | | 0 | 0 | Staff should offer more specific diagnosis than "shoulder pain." |
| 25 | | 11/06/23 | Sick Call/Clinic Visit | PA | Access to Care | Review chart regarding request for upper bunk. (Deficient | | Chart review should reveal lack of STD screening. No STD screen ordered. Patient has been in custody over one year. | Potentially | at risk for HIV, HCV, Hep B, due to substance abuse. |
| 25 | | 11/14/23 | Sick Call/Clinic Visit | NP | Access to Care | Asking for help in trimming overgrown toe nails. Appropriate | | 0 | 0 | Exam incomplete. Extent of toe nail thickness not described, is it onychomycosis? |
| 25 | | 12/04/23 | Sick Call/Clinic Visit | NP | Access to Care | Back pain, two weeks after fall. Moves all extrem Appropriate | | 0 | 0 | Documentation is poor. Telehealth exam not well documented. ? Tenderness over back? |
| 25 | | 12/05/23 | Other | RN | Continuity of Care After Release | Form sent to prison reports condition | Appropriate | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 160 of 179
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 10/27/13 | Initial Intake Screen | RN | Intake Screening | No apparent medical problems, admitted to GP | Appropriate | 0 | 0 | 0 |
| 26 | | 11/07/13 | Sick Call/Clinic Visit | RN | Access to Care | Seen three times in shift for persistent abdominal pain | Appropriate | 0 | 0 | 0 |
| 26 | | 11/08/13 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from hospital care for timely appendec | Appropriate | 0 | 0 | 0 |
| 26 | | 11/09/13 | Specialty Services | MD | Outside Medical Care/Referrals | MD follow up after hospitalization | Appropriate | 0 | 0 | 0 |
| 26 | | 11/20/23 | Sick Call/Clinic Visit | NP | Access to Care | Constipation after surgery. Assess: i/p appendec | Deficient | No abdominal examination or diet history. No assessment or diagnosis. No documented therapy. | Adversely | constipation inadequately treated. Likely due to lack of bulk in diet, activity. NP documentation is frequently incomplete. |
| 26 | | 11/30/23 | Specialty Services | RN | Outside Medical Care/Referrals | Return from surgery follow up. | Appropriate | 0 | 0 | Delayed document from the specialist. |
| 26 | | 12/19/23 | Sick Call/Clinic Visit | RN | Access to Care | PNP deployed for skin conditions, GI complaints. | Deficient | Exam by telehealth incomplete. States "unable to palpate, unable to auscultate. | Potentially | Incomplete exam may miss pathology needed treatment. |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 10/05/23 | Sick Call/Clinic Visit | RN | Access to Care | Patient reports seizure, pain at site of sterneal ru | Deficient | PNP not followed. Patient has repeated episodes of seizure activity, suggesting pseudo seizures. Medical and MH evaluation needed to make diagnosis. | Adversely | Diagnosis of pseudo seizures vs epilepsy uncontrolled is not being addressed. Patient misunderstands the emergency response, interprets sternal rub as assault. |
| 27 | | 10/14/13 | Initial Health | RN | Health Care Maintenance | Initial H&P by nurse with NP co-signed. Also head | Deficient | No STD screening, 90 days into incarceration. Migraine diagnosis unsubstantiated, needs PCP examination and/or refer i ral. | Adversely | likely headache is misdiagnosed. |
| 27 | | 10/24/23 | Sick Call/Clinic Visit | NP | Access to Care | Continued headache. Exam "awake and alert, re | Deficient | No assessment. Persistent headaches unlikely to be migraine. No physical examination performed to consider differential diagnoses which may include temporal arteritis, tension headache, cervical arthritis, or analgesic headaches. | Adversely | Telehealth by this provider usually inadequately documented, and apparently incomplete. |
| 27 | | 11/28/23 | Sick Call/Clinic Visit | NP | Access to Care | Foot pain for 7 weeks, following fall with seizure. | Deficient | No documented exam, No assessment. No reported treatment plan. | Adversely | Telehealth by this provider usually inadequately documented, and apparently incomplete. |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 869   Filed 04/11/24   Page 161 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 11/28/23 | Sick Call/Clinic Visit | RN | Access to Care | Ears clogged. Timely visit for request made 11/27 | Deficient | Nurse writes in EMR "unable to physically assess" due to Telehealth. | Potentially | Incorrect diagnosis may be made without physical, face to face exam. |
| 28 | | 11/29/23 | Specialty Services | MD | Outside Medical Care/Referrals | Gen surgery consultation for 2 year history of Lef | Appropriate | 0 | 0 | 0 |
| 28 | | 12/03/23 | Emergent/Urgent | RN | Access to Care | Chest tightness, headache, cough, sore throat. A | Deficient | Persistent elevated pulse, confirmed on EKG requires consultation with PCP, not obtained. | 0 | 0 |
| 28 | | 12/04/23 | Specialty Services | MD | Outside Medical Care/Referrals | Consultation reviewed. Referral made for surgery | Appropriate | 0 | 0 | 0 |
| 28 | | 12/05/23 | Other | MD | Continuity of Care After Release | Released 12/5/23 | Deficient | EMR does not document continuation of meds, referral for ongoing problem | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 10/4/21. | Initial Intake Screen | RN | Intake Screening | Schizoaffective disorder, history of synthetics/sto | Deficient | BP 80/50 not repeated, no PCP consultation for this or abnormal findings. MAT description is incomplete. Should be referred for CC to assess complications from synthetics abuse | Potentially | Unclear about medical need to continue MAT. Hypotension possible significant = evidence of dehydration or serious infection? |
| 29 | | 10/04/23 | Initial Intake Screening | RN | Tuberculosis & Other Infections | TB screening with PPD negative in July 2023. | Appropriate | 0 | 0 | 0 |
| 29 | | 10/28/23 | Emergent/Urgent | RN | Access to Care | Suicide ideations. Placed on suicide watch. Medi | Deficient | Patient has not been provided with 14 day health inventory. STD screen not done. | 0 | 0 |
| 29 | | 11/16/23 | Sick Call/Clinic Visit | RN | Access to Care | Painful boils on R buttock, L thigh. History of recu | Appropriate | Bactrim appropriate. Patient needs medical eval for possible I& D. | N/A | Rocephin risks with pen allergy. Likely MRSA colonized. Needs culture. |
| 29 | | 11/17/23 | Emergent/Urgent | RN | Access to Care | 10/10 pain, pulse 132, Temp 101.8. Sent to ER af | Appropriate | 0 | 0 | 0 |
| 29 | | 11/17/23 | Sick Call/Clinic Visit | RN | Outside Medical Care/Referrals | Returned from ER with instructions for dressing c | Appropriate | 0 | 0 | 0 |
| 29 | | 11/21/23 | Clinic Follow up | NP | Outside Medical Care/Referrals | Follow up from ED care. VS normal, wound draini | Appropriate | 0 | 0 | 0 |
| 29 | | 12/16/23 | Sick Call/Clinic Visit | RN | Access to Care | Boil recurrent. PCP notified. Continue pain med, | Appropriate | 0 | 0 | No progress note. Med list shows Dr RX Augmentin (pen allergy?) |
| 29 | | 12/18/23 | Sick Call/Clinic Visit | RN | Access to Care | Painful abscesses. On antibiotics. Refer to PCP | Appropriate | 0 | 0 | 0 |
| 29 | | 12/19/23 | Sick Call/Clinic Visit | NP | Access to Care | Abscesses under care with antibiotic, painful. Una | Deficient | Exam incomplete. No assessment of need for incision. RN writes "unable to assess abscess due to privacy." | Adversely | Patient does not have access to care, exam not done. Needed treatment (incision) possibly denied. |

Case 5:13-cv-02354-BLF Document 869 Filed 04/11/24 Page 162 of 179

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 10/25/23 | Sick Call/Clinic Visit | RN | Access to Care | Diarrhea for months. Up to 10 watery stools per day. | Appropriate | 0 | 0 | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. |
| 30 | | 11/03/23 | Sick Call/Clinic Visit | NP | Access to Care | history of diarrhea for 7 months. No weight recorded. | Deficient | Incomplete and inadequate evaluation. Need weight, lab tests besides stool. | Adversely | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. |
| 30 | | 12/18/23 | Sick Call/Clinic Visit | RN | Access to Care | 10/10 pain, requests hospital care. States has no insurance | Deficient | 10/10 pain requires alert to PCP on call. Delay of even 24 hours is unacceptable. Weight not recorded. | Adversely | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. |
| 30 | | 12/19/23 | Sick Call/Clinic Visit | NP | Access to Care | 10/10 pain. Exam limited to video encounter with patient | Deficient | Incomplete and inadequate evaluation. Need weight, lab tests besides stool. | 0 | 0 |
| 30 | | 12/27/23 | Sick Call/Clinic Visit | NP | Access to Care | US studies reviewed. Bladder wall suggests intersitial cystitis | Deficient | Patient needs urgent medical evaluation, either MD on site or by ER. Weight loss is significant. Labs not ordered or obtained to rule out serious infectious disease or colitis. | Adversely | patient's condition undiagnosed, untreated. Needs referral immediately to MD on site. Large differential including clostridium colitis. The patient's problem list does not show this problem. |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

opiate

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

## Summary of Encounters

| Medical Quality Indicator | Case Review Findings | | | | | Medical Chart Review Findings (Audit Tool) | | | | Combined Percentage Compliance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Number of Encounters | Number of Appropriate | Number of Deficient | Number of N/A | Percentage Compliance | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance | |
| Intake Screening | 18 | 6 | 12 | 0 | 33.3% | 22 | 4 | 18 | 18.2% | 25.0% |
| Access to Care | 117 | 60 | 55 | 0 | 52.2% | 22 | 5 | 17 | 22.7% | 47.4% |
| Chronic Care | 39 | 10 | 29 | 0 | 25.6% | 21 | 4 | 17 | 19.0% | 23.3% |
| Health Care Maintenance | 3 | 0 | 3 | 0 | 0.0% | 11 | 0 | 11 | 0.0% | 0.0% |
| Continuity of Care After Release | 6 | 5 | 1 | 0 | 83.3% | 19 | 9 | 10 | 47.4% | 56.0% |
| Outside Medical Care/Referrals | 35 | 24 | 11 | 0 | 68.6% | 18 | 6 | 13 | 31.6% | 55.6% |
| Detoxification/Withdrawal | 13 | 10 | 3 | 0 | 76.9% | 18 | 8 | 10 | 44.4% | 58.1% |
| Tuberculosis & Other Infections | 4 | 2 | 2 | 0 | 50.0% | 15 | 4 | 11 | 26.7% | 31.6% |
| Pharmaceutical Administration | 5 | 3 | 2 | 0 | 60.0% | 5 | 3 | 2 | 60.0% | 60.0% |
| Totals | 240 | 120 | 118 | 0 | 50.4% | 151 | 43 | 109 | 28.3% | 41.8% |