MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	vswearingen@rbgg.com
	cjackson@rbgg.com
	mcampbell@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:	(415) 621-2493
Facsimile:	(415) 255-8437
Email:	afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:	(202) 393-4930
Facsimile:	(202) 393-4931
Email:	ckendrick@aclu.org
	kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge:  Hon. Beth Labson Freeman |

1   Plaintiffs file this Motion to Remove Incorrectly Filed Documents in accordance
2   with the Local Rules of the Northern District of California.  Plaintiffs seek to remove a
3   redacted document filed as Dkt. No. 868, "REDACTION to [864] Notice (Other) Redacted
4   Exhibit A to Notice of filing Medical and Mental Health Neutral Monitor Reports."
5   Plaintiffs do not seek to remove Dkt. No. 868-1 "REDACTED Exhibit B to Notice of
6   filing Medical and Mental Health Neutral Monitor Reports."
7       On April 8, 2024, this Court granted Plaintiffs' Motion to Seal limited portions of
8   the Neutral Monitor Reports, specifically:

> [M]aterial in those reports falling into the following three categories: (1) incarcerated people's names, dates of birth/death, and booking numbers, except that initials will be used to identify deceased class members; (2) the names and email addresses of health care staff employed by Wellpath, who are directly involved in providing or supervising patient care at the Monterey County Jail; and (3) all other personal contact information, including those of the Court appointed neutral monitors.

13  Dkt. No. 867 at 1.  The Court further ordered that "[t]he redacted Neutral Monitor Reports
14  SHALL be filed in separate docket entries so as to allow for public access."
15      On April 10, 2024, Plaintiffs filed redacted versions of the Neutral Monitor Reports
16  referenced in this Court's Order, Dkt. No. 867.  Due to inadvertence, the version of
17  Dr. Barnett's report filed as Dkt. No. 868 did not contain redactions of the dates of death of
18  certain class members.  Plaintiffs subsequently contacted the Court to request a temporary
19  lock on Dkt. No. 868.
20      On April 11, 2024, Plaintiffs refiled a corrected version of Dr. Barnett's report, with
21  death dates redacted, as Dkt. No. 869, "REDACTION to [864] Notice (Other)
22  REDACTED - Ex A to Notice of filing Medical and Mental Health Neutral Monitor
23  Reports."
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Plaintiffs hereby request that this Court remove Dkt. No. 868, "REDACTION to [864] Notice (Other) Redacted Exhibit A to Notice of filing Medical and Mental Health Neutral Monitor Reports."

DATED: April 11, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Caroline E. Jackson*
Caroline E. Jackson

Attorneys for Plaintiffs