1  LINDSEY M. ROMANO  (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone:  (415) 875-4126
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT LINDSEY ROMANO has changed ☐ names,  ☐ firms,  ☒ addresses,  ☐ phone numbers, and/or  ☐ fax numbers as follows.

Current Contact information:

315 Pacific Avenue, San Francisco, CA 94111.

-1-
NOTICE OF CHANGE OF ADDRESS

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Dated: 4/28/2024

GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Lindsey M. Romano*
Lindsey M. Romano
Attorneys for Defendants
CFMG

-2-
NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**
*Hernandez et al v. County of Monterey et al*
USDC Northern District Case No.: 5:13-cv-02354-BLF

I, April S. Kirkpatrick, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: April 28, 2024                         By: */s/ April S. Kirkpatrick*