LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND [PROPOSED] ORDER**<br><br>Action Filed: May 23, 2013<br>Trial Date: None yet<br>Judge: Hon. Beth Labson Freeman |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT California Forensic Medical Group, the County of Monterey, and Monterey County Sheriff's Office (collectively, "Defendants") will, and hereby do, move this Court to clarify Defendants' timeline to file its show cause in response to Order No. 838.

## ISSUE TO BE DETERMINED

When Defendants are to file its written response to the order to show cause.

/ / /

/ / /

-1-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND COUNTY OF MONTEREY'S
MOTION FOR CLARIFICATION

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Introduction

Defendants respectfully request clarification of the Court's Order No. 838 and subsequent directions from the March 28, 2024 status conference. *See* ECF No. 838; Dkt. 877. On June 7, 2024, Defendants met and conferred with Plaintiffs' counsel regarding the timeline for filing our response to the show cause order. As the parties are unable to agree on a timeline, Defendants seek clarification from the Court.

## II. Request for Clarification

"A court may clarify its order for any reason." *Mohammed v. City of Morgan Hill*, No. 5:10-cv-05630-EJD, 2011 WL 5085497, at *1 (N.D. Cal. Oct. 25, 2011). The request for clarification is for the guidance and understanding of the parties. *Bordallo v. Reyes*, 763 F.2d 1098, 1102 (9th Cir. 1985).

The Court's September 26, 2023 order states that "Wellpath shall be required to show cause, in writing and within ten days after issuance of the reports of non-compliance." [Dkt. 838, p. 27]. During the March 28, 2024 status conference, the Court stated "they won't be filing for 10 days after they receive the last report." [Dkt. 877]. Moreover, the Court stated that the brief was to be limited to 25 pages. [Dkt. 877]. Defendants seek clarification as to when the ten day clock begins. Specifically, does the Court want separate show cause motions filed for each of the three monitor reports: medical, dental and mental health? If so, do the Defendants have 25 pages per show cause motion? Defendants further respectfully request that the Court clarify what it means by "issuance." Specifically, does "issuance" mean the moment the final report is emailed to the parties or when the final report is filed with the Court. Defendants believe such clarification will guide the parties in understanding the timeline for their responses.

## III. Conclusion

For the foregoing reasons, Defendants respectfully request that the Court clarify its Order of September 26, 2023 and its statements from the March 28, 2028 status conference, regarding the timeline for filing the show cause response.

Respectfully submitted,

Dated: June 10, 2024            GORDON REES SCULLY MANSUKHANI, LLP

                                By:   */s/ Allison J. Becker*
                                      Lindsey M. Romano
                                      Allison J. Becker, (pro hac vice)
                                      Attorneys for Defendant CFMG.

Dated:  June 10, 2024           SUSAN K. BLITCH , COUNTY COUNSEL

                                By:   */s/ Ellen S. Lyons*
                                      Ellen S. Lyons
                                      Deputy County Counsel
                                      Attorneys for Defendants County of
                                      Monterey and Monterey County Sheriff's
                                      Office

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND COUNTY OF MONTEREY'S MOTION FOR CLARIFICATION

# [PROPOSED] ORDER

The Court, having considered all submissions in favor of and opposed to Defendants' motion for clarification, finds good cause to grant Defendants' motion. The Court clarifies that Defendants are to file one (1) twenty-five (25) page show cause motion ten (10) days after the filing of the final monitor report.

IT IS HEREBY ORDERED that Defendants' motion for clarification is GRANTED. Defendants are ordered to file a written show cause motion ten (10) days after the last monitor report is filed with the Court.

Dated: _____     By:_____

*Hon. Beth Labson Freeman*

*United States District Court*