MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              cjackson@rbgg.com
              mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (202) 393-4930
Facsimile:   (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:   (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING MEDICAL NEUTRAL MONITOR REPORT**<br><br>Judge:   Beth Labson Freeman |

[4513397.1]

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838 at 27, the parties hereby respectfully submit the 16th neutral monitor medical report prepared by Dr. Bruce Barnett (dated June 3, 2024 and received by the parties on June 4, 2024, covering the time period of February through March 2024) (**Exhibit A**).

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, Dkt Nos. 802, 819, the following information has been redacted:

1. Incarcerated persons' names, dates of birth, and booking numbers, (initials are used to identify deceased class members);

2. The names and email addresses of health care staff employed by Wellpath, who are directly involved in providing or supervising patient care at the Jail; and

3. All other personal contact information, including those of the court appointed neutral monitors.

Respectfully submitted,

DATED: June 11, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Maya E. Campbell*
Maya E. Campbell

Attorneys for Plaintiffs

DATED: June 11, 2024

GORDON REES SCULLY MANSUKHANI

By: */s/ Allison J. Becker*
Allison J. Becker

Attorneys for Defendant WELLPATH

1

DATED:  June 11, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNTY COUNSEL, COUNTY OF
MONTEREY

By:   */s/ Ellen S. Lyons*
　　　Ellen S. Lyons
　　　Deputy County Counsel

Attorneys for Defendants COUNTY OF
MONTEREY and MONTEREY COUNTY
SHERIFF'S OFFICE

2

NOTICE OF FILING MEDICAL NEUTRAL MONITOR REPORT

# Exhibit A

# MONTEREY COUNTY JAIL

# MEDICAL CARE AUDIT – March 25-26, 2024



Bruce P. Barnett, MD, JD – expert medical monitor

# TABLE OF CONTENTS

INTRODUCTION ................................................. ...................................................................3

SUMMARY OF FINDINGS .......................................................................................3

METHODOLOGY.............................................................................................12

FINDINGS...................................................... ...............................................13

SUMMARY OF CASE REVIEWS............. ............................................. ...................................23

DEATHS .................................................... ............................................ ...................................30

 ATTORNEYS INQUIRIES          ...................      ...................... ...  .............. ....................................33

STAFF INTERVIEWS.....................................................................................................34

PATIENT INTERVIEWS          ..............................................................................35

RECOMMENDATONS..............................................................................  ......35

DISCUSSION AND CONCLUSIONS .................................  ......................................................38

LIST OF ATTACHMENTS ............................................................................................39

# INTRODUCTION

Based upon my review of medical records and site visit on March 25-26, 2024 (17th site visit),   I find that medical care provided at Monterey County Jail (MCJ) in February and March 2024 was not substantially compliant with the Implementation Plan (IP).[1]

This report includes the following:  a) assessment of MCJ performance regarding categories of care ("Implementation Plan Categories") cited in the court-approved Implementation Plan,[2] b) analysis of care provided to patients described in "Physician Case Review" (Ex. A) and "Monitoring Tool" (Ex. B), c) review of deaths of patients in custody or in immediate proximity to custody at MCJ, d) notable departures from Implementation Plan as detailed in Ex A and Ex B,  e) matters brought to my attention by party attorneys, f) adequacy of quality assurance (QA) including supervisors' audits of MCJ healthcare providers (Peer Review) and death reviews, g) interview of MCJ patients on site, h) interviews of MCJ/Wellpath staff,  i) facility inspection and j) recommendations for actions necessary to bring MCJ performance into substantial compliance with IP provisions.

## SUMMARY OF FINDINGS

**MCJ performance was <u>not in "substantial compliance"</u> with Implementation Plan.**

Table one summarizes the percentage of encounters, grouped by categories of care, in which MCJ staff met all performance elements (quality indicators) required by the IP and Settlement Agreement.  See Exhibit B, spread sheet one.  Table 2 shows the percentage of compliance regarding all quality indicators for each of the care categories. See Exhibit B, spread sheet three.

Table 1 reports performance as appropriate when every quality indicator-component of services was adequately performed.  Table 2 reports the number of quality indicators that were properly performed.  Table 2 acknowledged compliance with many of the quality indicators notwithstanding lapses regarding others.   I reviewed health care

---

[1] I determine compliance with the Implementation Plan by reference to the quality indicators elucidated, *inter alia*, CFMG Implementation Plan (2015), Wellpath Policy and Procedure Manual Monterey County California (2020) and Wellpath Professional Nursing Protocols (2023). Wellpath Policies make frequent reference to guidelines from the  National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails (2018), and to California Code of Regulations, Title 15, Minimum Standards for Local Detention Facilities 2019.

[2] See September 26, 2023, Order Granting Plaintiffs' Motion to Enforce Settlement Agreement and Wellpath Implementation Plan, page 9 – 13; see also, Settlement Agreement (2015) page 8-10, 13- 15.

services provided to individual patients at MCJ over time (also referred to as "cases") to consider whether MCJ care comports with generally accepted principles of medicine and applicable standards, as is required by the Implementation Plan. [3]   Exhibit A summarizes my findings in reviewing care provided to 30 individual patients residing in MCJ during February and March.

## TABLE 1 – Percentage of Encounters in Substantial Compliance with IP

| Summary Percentage of Compliance of Encounters by Medical Care Category | | | |
|---|---|---|---|
| **Medical Care Category** | **Number of Encounters** | **Number of Appropriate** | **Number of Deficient** | **Percentage Compliance** |
| Intake Screening | 20 | 9 | 11 | 45.0% |
| Access to Care | 20 | 5 | 15 | 25.0% |
| Chronic Care | 20 | 3 | 17 | 15.0% |
| Health Care Maintenance | 13 | 1 | 12 | 7.7% |
| Continuity of Care After Release | 12 | 3 | 9 | 25.0% |
| Outside Medical Care/Referrals | 16 | 10 | 6 | 62.5% |
| Detoxification/Withdrawal | 20 | 12 | 8 | 60.0% |
| Tuberculosis & Other Infections | 20 | 6 | 14 | 30.0% |
| Pharmaceutical Administration | 11 | 5 | 5 | 50.0% |
| **Totals** | **152** | **54** | **97** | **35.8%** |

//
//
//
//

---

[3] See Implementation Plan page 8. (medical services shall  be provided "in accordance with community standards").  Publications I refer to in determining applicable community standards of care include but are not limited to UpToDate, Centers for Disease Control (CDC), United States Preventive Task Force (USPTF), Cochrane Reviews/Cochrane Library, American Family Physician and New England Journal of Medicine

## TABLE 2 – Percentage of Medical Quality Indicators in Compliance with IP

| Summary Percentage of Compliance with Medical Quality Indicators | | | | | |
|---|---|---|---|---|---|
| **Medical Care Category** | **Number of Quality Indicators Reviewed** | **Number of Yes (Compliant)** | **Number of No (Non-compliant)** | **Number of N/A** | **Percentage Compliance** |
| **Intake Screening** | 300 | 139 | 16 | 145 | **89.7%** |
| **Access to Care** | 107 | 50 | 46 | 11 | **52.1%** |
| **Chronic Care** | 80 | 33 | 29 | 18 | **53.2%** |
| **Health Care Maintenance** | 39 | 10 | 29 | 0 | **25.6%** |
| **Continuity of Care After Release** | 48 | 7 | 18 | 23 | **28.0%** |
| **Outside Medical Care/Referrals** | 64 | 37 | 14 | 13 | **72.5%** |
| **Detoxification/Withdrawal** | 240 | 59 | 21 | 160 | **73.8%** |
| **Tuberculosis & Other Infections** | 100 | 21 | 15 | 64 | **58.3%** |
| **Pharmaceutical Administration** | 31 | 6 | 5 | 20 | **54.5%** |
| **Totals** | **1009** | **362** | **193** | **454** | **65.2%** |

## TABLE 3 – Combined Findings of Encounter Compliance  Ex.  A and B

| TABLE 3          Quality Indicator | Compliant/Not Compliant | % Compliant | Comments |
|---|---|---|---|
| 1.  Intake Screening | Not Compliant | 48.6% | see text and worksheets |
| 2.  Access to Care | Not Compliant | 55.2% | see text and worksheets |
| 3. Chronic Care | Not Compliant | 30.4% | see text and worksheets |
| 4. Health Care Maintenance | Not Compliant | 6.7% | see text and worksheets |
| 5. Continuity of Care | Not Compliant | 33.3% | see text and worksheets |
| 6. Outside Care Referrals | Not Compliant | 62.1% | see text and worksheets |
| 7. Detox/Withdrawal | Not Compliant | 65.6% | see text and worksheets |
| 8. Tuberculosis/Infection Control | Not Compliant | 34.5% | see text and worksheets |
| 9. Pharmaceutical Storage, refusals and dispensing upon release | Not Compliant | 46.2% | distinguished from dispensing |
| 10.Operational Aspects:  Administration and Medical Staff, Facilities, Quality Assurance | Not Compliant | NA | facilities and other operational aspects are not compliant |
| 11. RN Medication Dispensing On Site | Substantially Compliant | 100.0% | see text and worksheets |
| 12. Physician/Provider Case Review | Not Compliant | NA | I found 8 out of 30 cases described in Ex A to be managed adequately |
| Overal Audit Score | | 48.3% | |

Table 3 combines the assessment summarized in Table 1, with my findings for each encounter within my review of 30 patients. Tables 3 and 1 report the care for each category as adequate when all applicable quality indicators are satisfactorily performed. The summary of percentage compliances in Table 2 is relatively higher than tables 1 or 3. That is because Table 2 reports compliance with the individual quality indicators notwithstanding lapses that prevent me from finding substantial compliance in any of the categories of care.  This report explains below the basis for finding substantial compliance or non-compliance in each category.

### FINDINGS HIGHLIGHTS

A. Patients were not timely screened for sexually transmitted diseases, including HIV, HCV, Hepatitis B and syphilis.
B. QuantiFERON testing to verify tuberculosis infection was inordinately delayed, and sometimes not done before the inmate/patient was released.
C. Patients did not consistently and/or  timely receive medical care for chronic medical conditions.
D. MCJ did not provide patients with access to care in accordance with the IP guidelines.  Sick call slips were not retained and/or copied into the medical record. Sick call visits were not timely.  Sick call visits were often incomplete, especially when provided by telehealth. Weights were not recorded or inaccurate due to non-calibrated scales.  Nurses did not consistently follow applicable protocols.  Medical care did not consistently comport with community standards. Visits to patients housed in segregation were often cursory and insufficient to assess medical condition.
E. Patients appearing intoxicated or withdrawing were not consistently treated in accordance with Wellpath Policies and the Implementation Plan.
F. Medical director oversight was not consistently evident in care provided by RN, PA and NPs to the most complex patients.
G. The EMR did not consistently document that released patients received necessary medications and/or follow up instructions.
H. In February and early March there were not sufficient RNs and PCPs to meet demand for services.
I. The MCJ/Wellpath documentation of its QA/QM process was not in substantial compliance with the IP.

/
/
/
/
/

To facilitate communications among the parties and court, I report my finding below according to the court designated categories.

| Requirement | Implementation Plan Categories | Monitor Finding |
|---|---|---|
| 1. Medical Staffing | MCJ must maintain "adequate staffing to provide all necessary medical and mental health care[.]" Settlement Agreement at 16. Wellpath's Implementation Plan requires Wellpath to maintain "sufficient staff to ensure compliance" with the other mandates of the Plan. Wellpath Implementation Plan at 116. | **Partially Compliant** Staff was not sufficient to provide necessary medical services in February and March.  There has been no medical record supervisor.  The Director of Nursing position was for some time vacant. Access to care was not sufficient with a single physician also performing administrative duties, NP visits by telehealth and PA reviewing charts off site.  I was informed on  March 25 (date of this site visit) that  MCJ has substantially increased its staff to include medical records manager, full-time on-site physician, and new hire NP for on-site services. |
| 2. Medical Intake |  The intake screening must include, among other things, taking of vital signs and inquiry into medical issues, medications, and substance use. Id. at 13-14, 29; Dkt. 494 at 15 (same); Dkt. 460 at 11-12."Inmates with medical … conditions identified during intake screening … shall be assessed by the Booking RN who will begin initial treatment planning … and schedul[e] referrals for follow up evaluation | **Partially Compliant** The Intake process has improved at MCJ, but still falls short of substantial compliance. Forms are frequently inaccurate, failing to  refer patients for chronic care and not performing  blood sugars where indicated.  On occasion ill and impaired persons have been sent to GP before receiving the immediate care/observation called for by the IP. |
| 3 Sick Call – Access to Care |  Inmates must have timely access to | **Not compliant.** Inmates' requests for sick call |

| | | |
|---|---|---|
| | necessary treatment by Qualified Medical Professionals for prisoners with medical issues." Health complaints shall be collected, processed, and documented on a daily basis, and patients must be scheduled for the next sick call. Sick call must be conducted Monday through Friday in a private clinical environment. Sick call slips must be "filed in the inmate's medical record." MD or RN must visit individuals housed in holding and isolation cells on Monday, Wednesday, and Friday. | were not scanned into the medical record. Instead, the EMR briefly paraphrased the inmate's request as a task to be performed. Inmate complaints often did not receive timely attention.

Telehealth visits frequently did not provide sufficient access to care. The telehealth visit was at times not perceived as confidential when audio volume was loud. The examination possible by video was often inadequate for assessing illness and making a diagnosis.

RN encounters did not consistently adhere to established protocols. Vital signs and weights were not consistently recorded or acted upon in accordance with policy.

Vital signs were not consistently recorded in fashion required by IP for visits to holding cells (safety, sobering cells). The reports of required isolation cell visits (ad seg, infirmary) are often cursory, stating merely that patient is asleep or making no complaint |
| 4 Chronic Care | "Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival, " to be " managed pursuant to chronic care protocols and standardized | **Not Compliant**
Chronic care visits did not consistently satisfy the requirements set forth in the IP. In person visits and treatment plans required by the IP were |

| | procedures that are consistent with national practice guidelines." Chronic care visits shall (1) assess the patient's medications, complaints, and compliance with the treatment plan; (2) examine vital signs and weight; (3) assess diagnosis, degree of control, compliance with the treatment plan and clinical status as compared to prior visits; and (4) conduct lab and diagnostic tests as necessary, develop strategies to improve outcomes if the condition has worsened, educate the patient, and refer to an MD or specialist, and/or conduct discharge planning as necessary. | delayed or not performed. Screening tests and laboratory studies recommended by national practice guidelines were frequently not ordered. Treatment plans were often not developed with necessary input from on-site medical and mental health experts. Problem lists were not updated. Discharge planning was irregularly performed. |
|---|---|---|
| 5. Health Care Maintenance | All patients must receive both a 14-day health inventory and communicable disease screening, using designated forms to record temperature, pulse, respirations, blood pressure, height and weight. Assessment shall include screening for sexually transmitted diseases, noting all positive findings on a "problem list. The six-month physical examination, documented on a designated form, must include: i) review of the health inventory and communicable disease screening; ii) vital signs with height and weight; iii) a full body system review and assessment and iv) assessment of the individual's health | **Not Compliant.** Patients generally did not receive a 14-day health inventory evaluation in accordance with the IP. Follow- up physician attention required for positive findings was frequently not provided or delayed. The six-month and annual exams were irregularly performed and often incomplete. |
| 6. Continuity of Care After Release | Inmates released to the community will be provided with written instructions for the continuity of essential care, including, but not limited to, name and contact information of community | **Not Compliant.** The medical record frequently failed to document 30 day supply of necessary medications, and/or appropriate follow up care. Examples |

| | providers for follow up appointments, prescriptions and/or adequate supply of medication for psychiatric patients. | include patients released after positive PPD without counseling or instructions, and patients on MAT for opiate use disorder (OUD) released without documented referral to resources that can continue their MAT. I found inaccurate transfer reports that failed to alert receiving prisons about important health conditions such as hepatitis, eye injury, and seizures. |
|---|---|---|
| 7. Outside Care | Inmates will have access (presumed timely) to outside health care providers; records, results, and orders received from [such]off-site consultations and treatment shall be maintained in the patient's medical record. | **Partially Compliant** Access to needed off-site medical care seemed to be improved compared to prior years. However, some specialty services were seriously delayed or unavailable. I found lab tests not performed weeks after being ordered (especially screens for sexually transmitted diseases and QuaniFERON). Attention for women's health issues were also delayed, such as referral for dysfunctional uterine bleeding, and delayed pre-natal care. Records from outside care were sometimes not scanned into jail medical records. The MCJ medical team did not consistently follow up on instructions provided by outside providers. |
| 8. Treatment of Intoxicated Patients - Detoxification/ Withdrawal | Medical providers shall be timely involved in assessing and treating inmates potentially undergoing withdrawal, and non-provider medical staff shall timely refer to providers those inmate undergoing | **Partially Compliant.** Many patients with Substance Abuse diagnoses are seen by PCP within 7 days of admission. MAT is offered to patients as determined |

| | withdrawals when clinically indicated. | appropriate by the medical director (who is also a certified expert in addiction medicine). Custody has increased vigilance for safe administration of MAT. Narcan is deployed IM as well as intranasal.  However, patients abusing opiates, synthetics, cocaine or methamphetamine were not consistently enrolled in appropriate monitoring protocols. |
|---|---|---|
| 9. Communicable Disease (Tuberculosis, Infection Control) | MCJ shall provide appropriate infectious disease screening and follow-up, including but not limited to screening for tuberculosis and methicillin resistant staphylococcus aureus (MRSA).The tuberculosis identification, control and treatment program shall comply with [U.S. Centers for Disease Control and Prevention ("CDC")guidelines]. MCJ shall have a reliable system to track whether all newly booked inmates have received tuberculosis screening and appropriate follow-up testing and treatment. | **Not Compliant.** Blood tests for tuberculosis (TB)  and  sexually transmitted diseases (STD) screening were not ordered and not timely performed.  In my review of February and March records I found 11 patients tested positive for latent TB infection (LTBI)  who were not counseled. |
| 10. Pharmaceutical Services<br><br>The requirement for dispensing necessary medications upon release is addressed as an element in the "continuity of care" category. | Monterey County Jail pharmaceuticals shall be managed to ensure appropriate containers, and labels.  Inmates on essential medications will receive medication while in court.  Controlled substances will be kept under maximum security storage and counted at each shift change by the nursing going off duty together with the nurse coming on duty. The medication nurse is responsible for and will verify whether each patient takes their prescribed medication, including by | **Substantially  Compliant** I found one medication past the expiration date. Controlled substance logs were well maintained.  The medication nurse I observed consistently referred to picture ID and inspected patient's mouth after receiving medication.  Custody has committed additional officers for med rounds. Medication was provided to a patient out to court. |

| | recording it on the inmate's medication administration record. | |
|---|---|---|
| 11. Medical Quality Assurance | All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.  There must be corrective action measures to address lapses in the application of the policy. The responsible physician must provide appropriate supervision of the PA, NP, and RNs.  Wellpath must provide access to death reviews of post-Settlement in-custody deaths within thirty days from the date the review is completed. | **Not Compliant** Quality management quarterly reviews have addressed very few of my monitoring and audit findings. At the time of this audit,  MCJ has not instituted corrective actions that adequately addressed delays in STD testing, counseling for latent tuberculosis, timely access to care, nurse education, and discharge planning.  The PA practice agreement did not reflect current supervision. Full death reviews and  autopsy results have not been timely submitted for my review. |

## METHODOLOGY

The focus of my audit is upon the "universe" of  inmates who need medical care whom I identify within patient logs supplied by Defendants, from patients brought to my attention by Plaintiffs' attorneys, and among patients I encounter while on site.  This audit naturally evaluated care for less than 100 percent of the population at issue. [4]  I performed a targeted review [5] to sample the care provided to inmate/patients with

---

[4]  The Settlement Agreement does not direct me to look at any specific number of cases to reach a determination of compliance with the Implementation Plan. In this audit I comment upon more than 400 patient encounters.  For a few categories,  I was able to review 100 percent of cases, also referred to as a census:  a) patients with a positive skin test suggesting latent TB infection, and b) all the deaths occurred during or immediately following incarceration.

 I reviewed at least 20 patient encounters for each of the categories, except in three categories where I was unable to access sufficient data:  a) health care maintenance (annual exams), b) continuity of care after release, and c) pharmaceutical administration (documented counseling when inmates refuse medications, drugs provided to inmates away from jail in court).

[5] See, e.g*., CMS (Centers for Medicare & Medicaid Services) 2023 Program Audit Process Overview*, updated November 2022 (CMS chooses samples from a "universe" of patients submitted by the reviewed organization to determine compliance including

serious medical issues among MCJ prisoners referred for outside care (medical specialists, hospital visits), and among prisoners who complained about having unmet medical needs.  I also randomly selected for review from defendants' lists inmates who appeared to have medical needs within the above-cited categories. [6]

Table 1 summarizes the percentage of clinical encounters in which all pertinent quality indicators are performed in accordance with IP requirements.  I reported these encounters accordingly as "appropriate" or "deficient."

Table 2 summarizes the percentage of parameters of quality indicators that MCJ performs in compliance with the IP for encounters in each care category, even when the performance did not satisfy all component IP requirements.  I reported performance as "compliant" or "non-compliant" for each of the quality indicators associated with a given encounter.

Table 3 compiles my findings regarding adequacy of encounters as revealed in case reviews (Exhibit A) and the monitoring tool (Exhibit B).

The calculated scores provided are imperfect measures.  I generally consider compliance rate of over 80% tantamount to "substantial compliance," and lesser degrees to be noncompliant with the implementation Plan.[7]  Serious lapses in care that place even a few inmates at unnecessary risk of harm may indicate that MCJ performance does not substantially comply with the Implementation Plan.

## FINDINGS [8]

**Intake Screening** was <u>partially compliant</u> with the Implementation Plan.

Compliance with the IP was improved compared to prior audits.  Intake nurses generally complied with IP requirements.  Patients in safety/sobering cells were cared for after Intake in accordance with Wellpath protocols. However, I noted some significant departures from the IP.  Abnormal vital signs were often not repeated.  Fingerstick blood

---

patient grievances) and  *Counsel of the Inspectors General (OIG),Good Practice for Quality Assurance Reviewers: Audit Sampling Planning, Documentation, and Reporting.* June 2021. (Targeted reviews may be favored in audits where population at issue is not easily retrieved or available).

[6] I did not deploy a statistician in this process.

[7] I reported as "partially compliant" (a term not used in the Settlement Agreement) performances in categories that I believe approached but were not yet substantially compliant.

[8] I cite case numbers and medical record numbers listed in the Exhibits and text to support my findings.

glucose was often not obtained despite instructions on the form to do so.  Screening for disability was on one occasion documented inaccurately.  Intake nurses did not consistently refer patients to  chronic care, or to mental health who had serious medical and/or  psychiatric illness.  Required health inventory and communicable disease screenings were frequently delayed or not performed.[9]

1.1 - Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted). IP I.  **No.** Case 12, no documented intake exam or screening; ▮▮▮▮▮ intoxicated at booking,  intake exam was inordinately delayed.

1.2 - If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported for medical clearance? IP I  A.  **No.**   Case 20, patient short of breath and coughing not referred for immediate attention; Case 30, overtly seriously impaired person not assessed for risk of withdrawal. ▮▮▮▮▮ – acute withdrawal symptoms from meth and/or alcohol not addressed at booking.

1.3 - Did booking include accurate vital signs, finger-stick blood sugar (FBS) as indicated,  and electronic medical record (EMR)  inquiry regarding past and current health problems? IP I C, and intake Form. **No.** ▮▮▮▮▮ Case 3 blood sugars not measured.

1.4 - If during the initial intake screening process the inmate was identified with an acute or  chronic medical condition deteriorated, did the booking nurse refer the inmate to the primary care provider for immediate care? IP I C 1,2,3; See also Wellpath Policy and Procedure (hereinafter WPP) E-02 .  **No.** Case 3, 20, 30, ▮▮▮▮▮ - not assessed for cause of delirium symptoms before sending to GP,

1.5  Was the inmate with a chronic medical condition seen by a primary care provider within seven days of arrival at the facility? IP I C 1,2,3; See also WPP E-02 . **No.** See, e.g.:  Case 5, 6, 13, 14, 15, 16, 20, 21, 23, 25, 30 – Chronic care visits were delayed, incompletely performed or not ordered.

1.6 Did  booking screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?–  IP I D.  **Deferred to ADA expert.**  Form was used at intakes, but appears to have been filled out inaccurately in at least one case. See Case 30.

1.7  If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? IP I D.   –  See 1.6.  **Deferred to ADA expert.**

---

[9] The IP mentions the need for health inventory at 14 days in discussing Intake Screening, Chronic Care and Health Maintenance.

1.8 <u>If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? IP I E 1</u>. **No.** See e.g. Case 3 (no referral) , ███████ (no referral), Case  30 (needed immediate mental health referral)  [10]

1.9 <u> Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? IP I E 2.</u> **Yes.**

1.10 <u>If an inmate had an existing medication order upon arrival at the facility, was the medication administered without undo interruption? IP II.</u> **Yes.** Except see ███████ (putative gabapentin therapy not reviewed or continued)

1.11 <u>Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? IP II</u> **Yes.** Except see ███████ (putative gabapentin therapy not reviewed or continued.)

1.12 <u>For inmates prescribed psychotropic medications: Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions?</u>  **Deferred to mental health.**

1.13 <u>For inmates prescribed psychotropic medications:Was an inmate seen by a psychiatrist within seven days of arrival at the facility?</u>  **Deferred to mental health.**

1.14 <u>For inmates prescribed psychotropic medications: If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?</u> Deferred to Mental health expert.  **NA.  such episodes seen.**

1.15 <u>At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?</u>  **Yes.**

**Access to Care** was <u>not compliant</u> with the Implementation Plan.

Face to face assessments needed pursuant to IP and applicable standards of care were frequently delayed. Assessments were  incomplete or not in accord with applicable protocols. Many assessments and treatments were provided without physical examination.  Patients needing PCP appointments were not timely referred.  The care for complex patients was frequently provided by physician extenders without sufficient physician collaboration.  See  Cases 1, 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 29.  See, also, Ex B for description of patient care cited below.

---

[10] I defer further evaluation of this case to the Mental health expert monitor.  I am assessing only the compliance at Intake with requirements for referral to mental health.

2.1 - <u>Did the licensed health care staff review the sick call slip on the day it was received? IP III D 1.</u> **No.** 

2.2 – <u>Following the review of the sick call slip, did the registered nurse or PCP complete a face-to-face assessment of the inmate within the required time frame? IP D2</u> ("emergency requests are seen immediately … and.or transported to NMC") **No.**

2.3 –  <u>Did the registered nurse or PCP document the face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format?</u> IP III A (care "shall be provided…in accordance with community standards); See, also WPP HCD 110-E-08 (requires SOAPE documentation of "subjective, objective, assessment, plan and education.) **No.**

2.4 <u>Did the registered nurse or PCP document a thorough treatment plan including appropriate referral to PCP that is within the practitioner's scope of practice and supported by the sick call Nursing Protocols?</u> IP III F.  **No.**

2.5  <u>If the registered nurse determined a referral to the primary care provider was necessary, was the inmate seen within the specified time frame? IP III A, B1, D 1,2; F1 G 12  (Health services shall be provided in accordance with community standards, pursuant to physician approved protocols consistent with scope of practices. Urgent conditions will be referred to on-site or on-call provider resources.)</u> **No.**

2.6 - <u>Does the registered nurse or provider conduct rounds in administrative segregation, holding, isolation cells and infirmary as needed ?  See IP III E4 (Inmates housed in holding and isolation are visited by MD or RN every Monday, Wednesday and Friday);  MPP HCD 110 F-02 (frequency of physician and nursing rounds for patients who need infirmary-level care is specified based upon clinical acuity and the categories of care provided.)</u>  **No**.  Nurse documentation for holding (safety and sobering) uses flow sheets that is compliant with the IP.  However, EMR documentation of nurse visits to patients in ad seg and infirmary housing was cursory and non-informative.

**Chronic Care**  was <u>not compliant</u> with the Implementation Plan.

Initial chronic care visits did not consistently occur within the time required by the IP ( 7 days from admission) .   Major medical problems were not consistently documented in the problem list.  The care for complex patients was sometimes provided by nurses and physician extenders without physician collaboration.  Patients at high risk for HCV, HIV

and STD were not screened in accord with community standards. See Cases 3,5,6,9,13,14,15,16,18,20,21,22,23,25,28,30. See Ex, B for description of patient care cited below.

3.1  Was the inmate's chronic care follow-up visit completed as indicated and/or following 14 day health inventory if needed or as ordered? IP III C, G  (chronic medical conditions observed at intake will see medical provider within 5-7 days of arrival or next medical provider line); III G 2, 5  (requires 14 day health inventory & communicable disease screening).  **No.**

3.2 For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? **Deferred to Mental health monitor.**

3.3 Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care Clinic form? IP III G 3,4 .[11]  **No.**

3.4 Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? IP III G 4b (Chronic medical/mental conditions and other pertinent problems will be recorded on the Patient Problem List).  **No.**

**Healthcare Maintenance**  was  not substantially compliant with the Implementation Plan.

Initial examinations required within 6 months of booking, and annual examinations were not performed timely or not found in the EMR. National guidelines regarding screening for human immune virus (HIV), chronic hepatitis C infection (HCV)  and sexually transmitted diseases (STD) screening were not followed. Some full physicals provided at same time as chronic care visits were not documented in the history and physical form called for by the IP. See Ex. A, Cases 17, 29.  See Ex B for description of patient care cited below.

Departures from the required health inventory at 14 days are also noted in the assessment of adequate chronic care following Intake.  See Intake Screening 1.5, above.

---

[11] See IP page 18, "chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines."

4.1 <u>Did the inmate receive a complete physical examination within six months of the date of incarceration?</u> IP III I. **No.** 

4.2 - <u>Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A?</u> IP III I 3. **No.**

4.3 - <u>Were the findings of the physical examination recorded on an approved CFMG'S physical examination form?</u> IP III I 4   **No.**

**Continuity of Care after Release** was <u>not compliant</u> with the Implementation Plan.

Forms accompanying MCJ patients transferred to other facilities were often incomplete or inaccurate.  Documents elucidating medications and follow up care that should accompany patients upon release were frequently not found in the EMR. See, Cases 4, See Ex. B for description of patient care cited below.

5.1 <u>For inmates transferring to another detention/corrections system:</u>
<u>Was a Transfer of Medical Information form accurately completed for an inmate transferring to another detention/corrections system?</u> IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information);
**No.**

5.2 <u>Was there a documented 30-day supply of medications provided to the patient upon discharge?</u> IP IX F (nursing and medical staff  will notify custody of the need to ensure up  to 30 days supply of essential medication or a prescription upon release.   **No.**

5.3 <u>For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate?</u> IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information);   **No.**

5.4 <u>For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care?</u>  IP III G J2; G 3b (4) c vi  **No.**

//
//

**Outside Referrals** were <u>partially compliant</u> with the Implementation Plan.

MCJ patients seemed to have better access to outside medical care than evident in prior audits.  However, referral forms and written reports from outside providers (including laboratory and radiological tests) were not consistently available in the EMR as required by the IP.  PCP review and follow-up on visits to outside care were not consistently documented in a manner that comports with community standards. Documentation for instruction to ambulances was not found in the EMR. See Cases 3, 18, 22, 25,28, 29.   See Ex. B for description of patient care cited below.

6.1 - <u>For inmates referred to outside provider for higher level of care:</u>
<u>Did health care staff complete the CFMG's Medical Referral Form? IP III L</u>. **No.**


6.2 -  <u>If an inmate was referred to an outside provider for a higher level of care, was the inmate seen within the time frame specified by the ordering physician? IP III A (Medically necessary services which are not provided on site shall be made available by referral… in accordance with community standards).  NCCHC Standards for Health Services in Jails 2018 J-D-08 (standard of care services include appropriate and timely access to necessary hospital and specialist care).</u> **Yes.**  Exceptions:

6.3 - <u>For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company?  IP III L2.</u>  **Unknown.**  I found no ambulance referral forms in the EMR. [12]

6.4 - <u>Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider with appropriate follow up on these recommendations? IP III A, NCCHC Standards for Health Services in Jails 2018 J-E-09 (standard of care services include visit to jail health staff upon return from hospital or specialty visit to review recommendations)</u> **Yes.** Exceptions -

 **Detoxification and Withdrawal Care** was <u>partially compliant</u> with the Implementation Plan.

Most patients at risk for withdrawal were evaluated and placed on appropriate protocols in accordance with the IP. The medical director appropriately assessed patients for Medically Assisted Treatment (MAT). But Intake nurses sometimes failed to contact the on-call PCP for orders for patients at risk of serious complications caused by intoxication and withdrawal from multiple substances notwithstanding hospital

---

[12] I am informed that ambulance forms are kept by custody.  I have not seen copies of these forms.

clearance.  Monitoring protocols were not consistently followed as required in the IP.
Patients with a history of synthetics abuse were not consistently entered into
appropriate monitoring protocols.  Patients displaying signs of withdrawal
(uncooperative, ataxia, abnormal vital signs) or described as overtly impaired were
housed in sobering cells or sent to the general population (GP) without medical
consultation to ensure that such placement was safe.  See Case 3, 5, 6, .  See Ex. B for
description of patient care cited below.

7.1 - For inmates who were intoxicated at the time of booking into MCJ:
Was the inmate placed in the protective environment of the sobering cell for close
observation by custody and health care staff? IP V.A. ("[patients] placed in the
protective environment of the sobering cell will be under close observation by custody
and health services staff."). **Yes.**  Except see

7.2 - For inmates who were intoxicated at the time of booking into MCJ:
Did the medical staff document an assessment/evaluation of the inmate in the SOAP
format? IP I C3 (Assessment shall include vital signs and inquiry into substance abuse
including type/methods/amount/etc)  IP V.D. (note must provide following data _ or
Subjective, Objective, Assessment and Plan). **Yes.** Except see

7.3 - Was the appropriate alcohol withdrawal treatment protocol followed by medical
staff based on the identified risk factors? IP V. **No.**

7.4 - Did the facility initiate an appropriate drug withdrawal treatment protocol based on
the identified symptoms?  IP VI. **No.**

7.5 - For inmates withdrawing from Opiates: In addition to taking vital signs and
completing an assessment for dehydration, did the medical staff utilize the Clinical
Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or
withdrawal? IP VI C. **Yes.** Exception

7.6 - For inmates withdrawing from Opiates: Did the health care staff implement an
appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing
from opiates? IP VI C 1. **Yes.**

7.7 - For inmates withdrawing from Benzodiazepines/Barbiturates: Prior to starting the
withdrawal protocol, did the health care staff conduct an initial assessment of the inmate
that included current symptoms, physical findings, and full vital signs? IP VI C 2. **Yes.**

7.8 - For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen
by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal
treatment was initiated? IP VI C 2. Page 58. **No.**        The risk of serious harm is
high for departures from this requirement.

7.9 - For inmates withdrawing from Benzodiazepines/Barbiturates:Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? **No.** <span style="background-color: yellow">          </span>

7.10 - If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? IP VI C 2. Page 58. **No such patient observed.**

7.11 - If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? IP VI C 2. Page 58. **Yes.**

7.12 - If the inmate exhibited signs of severe drug withdrawal, was the patient immediately transported to the emergency room with notification of the on call medical provider as needed? IP I A, IP VI. See also MPP HCD 110-E-02 6.4 (Purpose of receiving screening is to identify patients requiring emergency treatment and wil will require immediate care upon entry to the jail). **No.** <span style="background-color: yellow">      </span> **But also see,** <span style="background-color: yellow">      </span> (on 3/6/24), <span style="background-color: yellow">   </span> as examples of when impaired patients were appropriately sent to the hospital.


**Communicable Disease Management (Tuberculosis Control)** was <u>not compliant</u> with the Implementation Plan.

Patients with positive PPDs or unable to be screened for TB infection with PPD (many of whom had received a  BCG vaccine)  were inconsistently referred for QuantiFERON testing to confirm diagnosis of latent TB.   I identified eleven patients with preliminary diagnoses of latent tuberculosis infection (LTBI) in February and early March who were not counseled and/or  treated for latent TB in accordance with CDC recommendations. I estimated that only about half the patients booked at MCJ in February and March were screened for HIV, HCV, and STD in accordance with state law and national standards of care. Ex B cites numerous examples of departures from the IP.

8.1 Did the inmate receive appropriate STD  screening not later than 14 days after booking, and tuberculosis screening within seven days of inmate's admission to the facility? ( IP  1; III G 5 (Health inventory and communicable disease screening shall be completed within 14 days of arrival); VIII H,  I (screen for active TB upon arrival, test for latent TB within 7 days of arrival). **No.**  This requirement was not met because QuantiFERON was not performed for positive PPD tests or when PPD testing was not reliable.

8.2 - For an inmate screening positive for active TB: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? **NA.** I did not see any such cases identified.

8.3 - Were positive TB skin tests followed by X ray and/or Quantiferon testing within 72 hours and consultation thereafter  regarding latent TB treatment options. or an inmate screening positive for active TB: **No.**

8.4  - Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen?  **NA.**   I did not see such cases.

8.5   Are inmates screened annually for signs and symptoms of tuberculosis with TB skin tests as indicated? IP VII H (screen for TB symptoms annually with skin testing as indicated annually);  HCD 110 B-03 (after positive skin test, screen for symptoms annually). **No.  Failure to confirm positive skin tests with QuantiFERON undermines efficacy of testing with TB skin tests. See Ex. B.   Also, see Case 3 - TB testing refused, no follow up.**

## Pharmaceutical Administration and Dispensing was  substantially compliant with the Implementation Plan.

Narcotic logs were kept in accord with the IP and state regulations.  I found a only one expired multi-dose container. Medications were dispensed in compliance with the Implementation Plan. Patients were identified with confirmation from jail-issued picture ID badges.

## Administration, Facilities,  Staffing and Quality Assurance Processes were not substantially compliant with the Implementation Plan.  I observed during my medical record review and site audit departures from the Implementation Plan described below.

**Staffing – Administrative, PCP, RN, medical records, and support**  –   Based upon the apparent delays from the time of patients' requests for care until  patients are provided access to RN and PCP sick call, staffing was not substantially compliant with the IP.

MCJ has only recently installed a full-time, permanent Director of Nursing. During February and March MCJ had no manager/director/supervisor for medical records.  The Medical Director has not, until recently, had sufficient assistance for her to perform her duties.

Sick call seemed to be provided in an inefficient fashion that would not likely allow sufficient access to care for the population requesting attention.  I recommended to the

acting Program manager that MCJ modify the sick call process to increase the number of patients that can be seen each hour, and each day.

**Clinic Facilities** - Clinic Space and equipment were <u>not substantially compliant</u> with the Implementation Plan. MCJ has not installed accurate, calibrated scales.  Snellen eye charts to confirm visual acuity or visual loss were not readily available.   MCJ telehealth facilities were not technologically advanced.  Clinicians examining patients remotely were unable to listen to the patient's heart/lungs or visualize eyes, ears, throat.  Staff assisting  the telehealth visit on site did not provide  information to the examining clinician about palpation or  tenderness. Interviewed patients reasonably complained that the loud telehealth audio compromised the confidentiality of their medical visits.

**Quality Assurance[13] –** was <u>not compliant</u> with the Implementation Plan. Standard practices and protocols were updated in a document dated July 2023. I have received no feedback from Wellpath regarding my proposed edits to improve clarity and quality of care. Educational materials I submitted to Wellpath to improve compliance with the IP do not appear to have been shared with the MCJ staff.

The MCJ medical director chairs a morning "huddle" twice each week to address complicated patients.  I have recommended these meetings occur daily.

I have not seen documented peer review that is required annually by Wellpath policies. The quarterly 2023 and 2024 Quality Management (QM) minutes have not addressed all of my recent findings.

The MCJ death reviews that I inspected did not satisfy requirements set forth by Wellpath policy HCD 110 A-09 calling for a "thorough review of all deaths in custody to verify best practices; to determine the appropriateness of clinical care; to ascertain whether changes to policies, procedures or practices are warranted; to identify issues that require further study; and to prevent future deaths", citing Title 15, section 1046.

## SUMMARY OF CASE REVIEWS[14]

I found the care was inadequate[15]  for 22 out of 30 patients described in Exhibit A (case reviews).

---

[13] Also referred to as "Quality Management" or "Quality Improvement."
[14] These cases come from the MCJ grievances log, log of patients sent to the hospital for care, and/or were also brought to my attention by Plaintiffs.
[15] I deem medical care that does not comport with community standards, and places a patient at substantial risk of harm to be "inadequate."

Case 1, **Adequate care**. 28 year-old female was booked 8/23/23 with diagnoses of polysubstance abuse, anxiety and adjustment disorder with depression.  Ad Seg visits were cursory.  Telehealth documentation did not include necessary physical examinations.  However, overall health services to this patient were adequate.

Case 2 **Inadequate care**. 55 year-old male was admitted 10/16/23 with hypertension (HTN) and low back pain. He was not  screened for HIV, syphilis, hepatitis B or hepatitis C infections. The February encounter regarding his back pain was not properly documented as it provided no clear assessment or plan.  He was later prescribed a maximal dose of ibuprofen even though some weeks prior this patient had been documented as having substantial gastric upset from ibuprofen at a lower dose.

Case 3 **Inadequate care**.  24 year-old female booked 2/7/24 with sedative and opiate abuse was housed in the general population (GP)  with no orders for withdrawal monitoring and no referral for medical attention, despite apparent intoxication. Although required in the intake form, urine for pregnancy and blood sugar were not tested.  The patient required hospital care on 2/14/24 after falling from the upper bunk. Hospital physicians diagnosed the patient as withdrawing from sedatives as well as opiates.  This patient was not screened for STD or TB.

Case  4.  **Inadequate care**.  38 year-old male was admitted 1/16/24 with no apparent drug abuse or other medical issues.  He refused PPD screening, claiming a positive PPD test age 9.  He was therefore screened for TB with QuantiFERON.  The patient was released on 2/14/24 without being informed of the  QuantIFERON on 2/13/24 that showed he had been infected with TB.[16]

While in residence at MCJ the patient complained of 10/10 pain from incompletely treated dental infection.  The nurses order for Tylenol did not comport with nursing protocols that require immediate contact with medical or dental provider, and administration of pain medication more potent that Tylenol.

Case  5   **Inadequate care.**  63 year-old male with polysubstance abuse (opiates, stimulants), arthritis, low back pain and chronic HEP C was booked 2/2/24. The initial chronic care visit did not provide an assessment of the patient's health status including the extent of substance abuse, STD risk and Hepatitis C.  He was not seen timely for a facial infection; sick call visit was provided ten days after request.  There has not been any apparent follow-up to consider treatment for an advanced hepatitis C infection.

---

[16] A positive result from QuantiFERON serum testing for TB provides reliable evidence of Tuberculosis infection and validates the accuracy of a positive PPD.  A negative QuantiFERON test can generally means the patient is not infected with TB despite having a positive PPD.  However, both PPD and QuantiFERON testing  will remains positive after completing treatment.   Patients known to be previously infected with TB must be monitored for clinical signs of acute disease to detect recurrence.

Case 6  **Inadequate care.**  38 year-old female with history of  polysubstance abuse on MAT  - latest dose 2/6/24 -  was booked 2/7/24 and referred for routine medical care. Chronic care for substance abuse and chronic pain was not provided in accordance with the IP that required full examination, appropriate lab testing and treatment plans.  Pain medicines were prescribed without examination, contrary to applicable standards of care and state laws. This patient was not screened for STD.

Case 7. **Inadequate care**. 45 year-old male with OUD, glucose intolerance, obesity, history of stimulant abuse and hypertension was admitted 2/16/24.  Cymbalta was prescribed at same time as buprenorphine without medical evaluation.   Vomiting and diarrhea assessment was incomplete without weight, consideration of medication side effects or education about reducing spread of norovirus. [17] Abnormal vital signs were not repeated. Weight not measured. Facial swelling due to cellulitis from dental infection is an emergency but was not seen by DDS until 6 days after the sick call nurse requested a visit at  "next dental sick call."  This patient was not screened for STD.

Case 8.  **Adequate care.**  43 year-old female post  heart transplant has been followed at UCLA. She has also been treated for hypertension, irritable bowel syndrome (IBS), and migraine headaches. While housed in MCJ she complained of fluid retention and other somatic symptoms. The MCJ medical team examined her frequently, ordered appropriate tests, and offered her reassurance through multidisciplinary care.

Case 9:  **Inadequate care.** 38 year-old female, polysubstance abuse (alcohol, methamphetamine) was booked 2/1/24.  At intake her urine toxicology was positive for methadone, but she was not enrolled in a  MAT program or monitored for opiate withdrawal. When her mental status deteriorated on 2/6/24 she was not evaluated for delirium.  She was not seen by psychiatry until 2/13/24. She requested STD testing.  As of 4/10/24  STD tests had not  been performed.  She was not properly examined for her gynecological complaints. Possible medical causes for her mental health disorder were not considered.

Case 10.  **Adequate care.** 39 year-old male with OUD was provided MAT after admission 11/21/23.  Multiple documented diversion episodes and warnings led ultimately to discontinuation of MAT due to noncompliance.  Patient refused lab tests for STD screening.

Case 11. **Inadequate care.**  25 year-old male was admitted 11/21/23 with OUD on MAT.  He was  designated as intellectually impaired and followed by mental health for suicidal ideation, bipolar disorder, and psychotic features. The chronic care visit was not timely.  MCJ did not provide timely evaluation of visual complaints after finding visual

---

[17] Norovirus, a contagious infection, is the leading cause of vomiting and diarrhea in the United States.  Most outbreaks of this disease happen when people spread the virus to others by direct contact, including the sharing of food.  Contaminated water and surfaces also spread Norovirus. Over half of all US outbreaks occur in long-term care facilities.

acuity of 20/100.   No on-site eye exam or optometrist evaluation was done as of
4/10/24.

Case 12. **Inadequate care.**  52 year-old male was  booked 3/3/24 without an intake
exam.  His problem list was incomplete.  Patient reported falling from upper bunk
claiming that his Carpal Tunnel syndrome caused a poor grip.  There was insufficient
documentation of patient's purported injury after fall.  Abnormal VS (Temperature 95.5)
was not attended to.  Patient's claim of carpal tunnel syndrome not assessed for nearly
one month. No lab tests were done to rule out thyroid dysfunction, which can cause low
body temperature) and grip weakness.  STD screening was not done.

Case 13. **Inadequate care.**  51 year-old female treated on or around 2022 for syphilis
expressed fears that complications from syphilis were manifest in her non-healing skin
ulcers. MCJ did not follow up to RPR titer 1:8 found in lab on 3/23/23.  This patient's
syphilis history and chronic skin complaints were not addressed in accordance with
community standards or as required by IP.  She needs chronic care visits, annual exam,
and consultation with infectious disease expert regarding adequacy of syphilis treatment
and meaning of elevated titers in March 2023.  Care by telehealth was insufficient for
this case.  Persistent skin lesions should have been biopsied to assure an accurate
diagnosis.

Case 14. **Adequate care**.  31-year-old female booked 2/5/24 provided a history of
syphilis, chlamydia and gonorrhea.  Treatment was provided at MCJ as recommended
in the patient's emergency room pre-booking visit.  The Chronic care visit was delayed.
However, STD screening ultimately was performed and found to be negative.

Case 15. **Inadequate care.** 24-year-old morbidly obese female who complained of
difficulty breathing and loud nocturnal snoring was on MAT when booked. Her
diagnoses included asthma and hypertension.  Her chronic care visit did not meet
standards called for by the IP as there was no examination, no blood sugar tested, no
labs ordered, no STD screening, and no review of chronic diseases aside from opiate
abuse. Her problem list was not updated. No treatment was provided to the patient for
GU complaint. Pelvic exam has not been done as of 4/2/24.  No assessment for sleep
apnea was done. Patient remained at risk of complications from daytime sleepiness,
and risks death from obstructive sleep apnea.

Case 16. **Inadequate care**. 32 year-old male with history of alcohol and stimulant abuse
did not have timely TB testing and STD screening.  His QuantiFERON test results
showed he has a latent TB infection.   His chronic care visits for substance abuse and
TB infection were not provided in a timely manner. He has not been counseled
regarding his test results and options for treating TB infection.  Nursing sick call for
acute nausea, vomiting and diarrhea provided faulty advice (recommended increased
fiber which will make GI symptoms worse) and did not educate patient to reduce risk of
spreading norovirus.

Case 17  **Inadequate care**. 46 year-old was female booked 4/3/23 on mental health medications. No medical issues were identified. STD screening was not performed.  Her weight was  not measured when evaluated at nurse sick call for chronic headaches and vomiting and there did not seem to be any infection control for possible norovirus.  Visits by nurse required twice weekly at Ad Seg were not documentedThe EMR does not document a complete physical examination due within 6 months of admission and annually thereafter.

Case 18. **Inadequate care.**  45 year-old obese, female with chronic alcohol abuse did not have a timely chronic disease visit following her January 3, 2024 admission to MCJ. She was prescribed insulin on 2/5/24 based upon chart review without face-to-face examination, and without evidence of diabetes.  The diagnosis and treatment of her urinary tract symptoms were inordinately delayed, leading to an apparent kidney infection that would have likely been prevented by earlier treatment.  Important lab test results (abnormal thyroid test) were described in the progress note but were not placed in the medical record. Untreated hyperthyroidism can lead to serious, even life-threatening complications.  A repeat urine test is required to make sure there is no persistent blood in her urine which could indicate underlying kidney disease that needs further attention.

Case 19 **Adequate care**.  25 year-old male admitted 1/21/24 wa referred for urgent MENTAL HEALTH evaluation of schizophrenia.  His severe mental illness complicated his medical care.

Case 20**. Inadequate care**. 54 year-old female booked 2/9/24 with COPD and arthritis (RA, lupus).  Her lower extremity edema was not properly evaluated to exclude life-threatening conditions such as heart failure.  VS and weight were not measured in multiple visits.  The CT report on 2/16/24 - "concerning for pulmonary edema, cannot exclude superimposed atypical infection … fatty infiltration of liver … Elevation of right hemidiaphragm [consistent with liver enlargement]" -  was not adequately addressed upon return.  Lab testing and STD screening ordered by MCJ were not done.

Case 21.  **Indequate care**. 43 year-old female was booked on 2/2/24 with diabetes, obesity, hypertension, and hypothyroidism on medications.  Her chronic care visits were inordinately delayed and incomplete. Labs were not ordered.  STD screening was delayed.  Syphilis and severe hypothyroidism conditions were not detected (and not treated) until 4/4/24, nearly 6 weeks after admission.

Case 22 **Inadequate care.** 35 year-old obese (BMI 39)  female with a history of alcohol abuse, anxiety disorder, polysubstance abuse and seizure-like activity, possibly including pseudo seizures,  was booked 12/9/24 with frequent ER admissions thereafter.  This patient's psychiatric issues and non-compliance complicated her medical care.  Assessments of acute problems and chronic care were incomplete. There was no apparent care plan.

Case 23 **Inadequate care.**  51 year-old obese (BMI 41) Hispanic male with hypothyroidism, alcoholism and methamphetamine abuse was admitted 2/9/24 and released on 2/14/24.  When booked again on 2/23/24 he denied drug use but seemed to be under the influence or withdrawing.  He claimed at that time to be on MAT. He was sent to GP notwithstanding the risks of withdrawal seizures, with referral for chronic care.  Multiple medical problems needed chronic care that was not timely provided. The prescription for his thyroid medication was delayed.  He was not screened for STD until 3/29/24 at which time he was found to have evidence of past infection with hepatitis A, B and C but no current infection.

Case 24 – **Adequate Care.** 61 year-old male admitted 9/29/23 with diabetes received appropriate treatments for  complications of chronic kidney disease and received timely specialty care from optometry and nephrology.  Chronic care visits met IP requirements, including lab for STD screening.

Case 25 – **Inadequate Care.**   23 year-old female stated on admission (2/13/24) that she had been sexually abused but was not tested for gonorrhea until 3/2/24.  Treatment for her diagnosed gonorrhea infection was delayed because the ordered medication was not obtained until 3/9/24. Delayed treatment of gonorrhea exposed the patient to increased risk of widespread infection (joint, liver, sepsis) and/or infertility.   Her chronic care visit was overdue, and incomplete.  Her problem list was not updated.

Case 26 – **Adequate Care.** 51 year-old homeless Spanish speaking  female was re-admitted to MCJ 2/15/24, somewhat uncooperative with no stated or apparent medical conditions, and referred for mental health evaluation as she seemed to have neuro/cognitive impairment.   TB tests, STD screening and other labs were not timely ordered due to patient not cooperating. Medical care appeared to be substantially compliant with the IP.

Case 27 – **Adequate Care**.  38-year-old male booked on 2/23/24 was properly treated for acute flank pain and kidney stones one week after admission.  His  14-day health inventory and STD screening was understandably delayed.  .

Case 28 – **Inadequate Care.**  52 year-old male was cleared by pre-admission ER visit was booked in jail on 3/1/24  with insufficient medical records of the hospital evaluation. In his note - dated 3/1/24, 1706 -  the intake nurse referred the patient for urgent medical attention to be provided the next day.  The patient was not seen by the medical team at MCJ as requested.  The patient became acutely ill at 2230 and was returned to ER, where he received the diagnosis of non-infectious gastroenteritis with dehydration. Follow up care 4 days after return to MCJ  continued unnecessary antibiotics.  Lab testing, including STD screening was delayed, and later refused.

Case 29 – **Inadequate Care**. 71 year-old male was admitted to MCJ 7/21/22 with DM, heart disease, and PTSD.  Incomplete assessments by NP  and RN at telehealth visits increased this patient's risk of fall and failed to timely detect/treat  acute humerus

fracture.  The insufficient examinations after injury increased the risk for not detecting a subdural hematoma.  The patient's annual exam and chronic care was delayed and incomplete.  Orthopedic exam and treatment for arm fracture, along with osteoporosis, was inordinately delayed.

Case 30 – **Inadequate Care.** 62 year-old male was admitted 2/27/24 evening  with chronic alcoholism, methamphetamine abuse and HTN on medications.  His random blood sugar was mildly elevated.  He  appeared overtly impaired, described as confused, disoriented and unintelligible/delusional.  He did not receive immediate medical attention but was sent to GP with a referral for routine MENTAL HEALTH, and medical chronic care along with COWS (alcoholic monitoring).  His chronic care visit on 3/7/24 was incomplete with no problem list entries. Treatment provided at that time for elevated blood pressure was contrary to community standards (hydralazine is disfavored as a first line medication).   Lab testing on 3/20/24 did not include syphilis screen, or tests for B12, folate (homeless, alcoholic at risk of vitamin deficiency, ).  Thiamine supplementation was not provided even though he was at high risk for thiamine deficiency on account of his homelessness, alcoholism, and mental status.  The ADA form appears to have been inaccurately filled out, and in conflict with Intake form statements.

## OTHER NOTABLE CASES



- 34 year old male was admitted to GP intoxicated but did not receive immediate or chronic care visit from medical providers (PCP) despite evidence of drug withdrawal.  His problem list was incomplete.   This patient subsequently required hospital admission for delirium that might have been avoided by earlier, timely medical attention.

– 36 year old female required a blood transfusion just before admission to MCJ for heavy menses presumed due to fibroids.  She received no gynecological evaluation while incarcerated from 1/24/24 to 4/4/24 despite her increased risk of uterine cancer.  STD screening was not done until 3/24/24 and did not include testing for syphilis.

– 41-year-old male, on 2/28/24 was assessed by the sick call nurse as having "acute peritonsillar symptoms." This condition requires emergency action.  However, the had a common cold.  Inaccurate assessments by the RN can lead to inappropriate and dangerous care.

– 59 year old male was seen by PCP sick call on 2/22/24 for shoulder pain with symptoms typical for shoulder girdle injury or severe arthritis.  He continued to submit complaints about severe persistent pain. He needed physical therapy

assessment and an exercise program.  The MRI that was considered on 2/22/24 was not timely scheduled and/or performed.  There was no STD screening in the EMR.

⬛ ⬛ – 46-year-old male with a seizure disorder had an abnormal TSH level reported in  2/29/24.  The PA did not order T4 to rule out early, sub-clinical hyperthyroid state.  MD on 4/8/24 ordered  T4.[18]

⬛ ⬛ - 52-year-old male sent to prison with an inaccurately filled out transfer of medical information form. The patient's chronic hepatitis C infection and abnormal liver function tests were not mentioned in the transfer form despite being noted on the "current problems" list.

⬛ ⬛ – 59 year old female booked into MCJ on 2/11/24 reported to the intake nurse that she drank alcohol and took benzodiazepine drugs. Her claim to be taking gabapentin and Xanax was not verified.  She was not seen by a medical provider until 2/20/24.

⬛ ⬛ – 27-year-old female was booked 2/22/24 with pregnancy of uncertain gestation.  The intake nurse referred the patient for an urgent (tomorrow) medical evaluation.  She was not seen until 2/29/24 when NP telehealth wrote "patient won't be scheduled to see OB. Follow up after offside [sic] appointment." Patient was sent for urgent ER evaluation to check fetal health in the hospital on 3/26/24 and determined to be 25 weeks pregnant.  Her first OB/GYN prenatal care clinic visit was scheduled for 4/11/24, at approximately 27 weeks gestation.  There were no prenatal laboratory tests and no STD screening in the medical record.

⬛ ⬛ – This patient complained of poor vision on 8/30/24 shortly after being admitted to MCJ on 8/13/24.  As a diabetic being treated for hypertension, his elevated risk of significant eye disease merited prompt evaluation.  The eye specialist examination, not provided until 4/1/24,  found this patient was essentially blind due to complications of his hypertension.

## PATIENT DEATHS,  in 2023 and 2024 –

I am not aware of any deaths in custody occurring during 2024.  My audit report submitted September 4, 2023  assessed MCJ care in regards to the deaths of **MAM** (⬛ DOD ⬛, **JSH** (⬛ DOD ⬛), **MPM** (⬛ DOD ⬛), **JPG** (⬛ DOD ⬛), **APB** (⬛ DOD ⬛). [19]  I reported in my audit

[18] Serious consequences may arise from undiagnosed/untreated thyroid dysfunction.
[19] Please see Final Audit Report June 7-8 site visit, dated Sept 4, 2023,  for detailed analysis of medical care provided to APB and other MCJ patient deaths during January through July 2023.

report submitted February 29, 2024 my findings regarding the death of **EDM** (⬛⬛⬛⬛⬛ DOD ⬛⬛⬛⬛ ).

Below I update my report after reviewing additional documents provided to me during this audit.

I had not previously reviewed the death of **JR** (⬛⬛⬛⬛    His death from liver cancer on July 18, 2023 had been expected.

**JR** ⬛⬛⬛⬛    **DOD** ⬛⬛⬛⬛  – JR was admitted on 4/15/23 (following  hospital pre-jail check) with known end stage liver cancer, metastatic disease, and stable subdural hematoma. For the duration of his incarceration from 4/28/23 until death on ⬛⬛⬛⬛ he was housed in a hospice facility.  The autopsy report dated 9/26/23  confirmed the cause of death was from liver cancer.  The MCJ/Wellpath death review, Part II, is dated 3/15/24.

I do not find any deficits in the clinical care provided to JR.  But the MCJ/Wellpath death review was not compliant with the Implementation Plan.

The Implementation Plan refers to the "CFMG Inmate Deaths Policy and Procedure" as guiding the review process for suicides, and presumably for all deaths. CFMG Implementation Plan page 76.    Currently in effect are the policies from Wellpath, CFMG's successor.  Wellpath Monterey County California Policies & Procedures, HCS 110 A-09 Procedure in the Event of a Patient Death, reiterates California state law for jails, Title 16, section 1046, which states:

*The facility administrator, in cooperation with the health administrator, shall develop written policy and procedures to ensure that there is an initial review of every in-custody death within 30 days. The review team at a minimum shall include the facility administrator or designee, the health administrator, the responsible physician and other health care and supervision staff who are relevant to the incident.  … The clinical mortality review is an assessment of the clinical care provided… to identify areas of patient care or system policies and procedures that can be improved.*

It often happens that autopsy results are not available within 30 days of death.  The timing of autopsy results does not  excuse a delay in producing a death review.  The death review can be amended following the autopsy result.  Here, the death review was not performed until nearly 6 months after the autopsy results were available.

Even though the death in this case occurred away from the jail, events leading up to the hospice admission were known to and followed by the medical director.  To comply with the Implementation Plan, at least one of the physicians responsible for the deceased's clinical care, directly or indirectly, must participate in the death review.

**JGP –** ▇▇▇ **DOD** ▇▇▇ – JGP died shortly after his admission to the jail on July 9, 2023.  The autopsy dated 7/28/23 confirmed death by strangulation.  The death review is dated 3/15/24.   There were no apparent lapses in required medical care.  However, the death review was performed later than allowed by Wellpath Policies. No physician participated in the death review.

**APB** ▇▇▇ **DOD  –** I have previously commented on departures from the IP that may have increased the risk for this person's demise.  I have not seen an autopsy report.   For the reasons I set forth above, I believe MCJ is not in compliance with the Implementation Plan absent a comprehensive death review.

**EDM** ▇▇▇ **DOD** ▇▇▇ – EDM was a 34-year-old male found unresponsive in his cell.  The autopsy report, dated 2/29/24 describes the cause of death as "combined illicit and prescription drug use."  His death review, dated 3/15/24, was not attended by any physician.  The "opportunities" listed to improve future outcomes states "timely provider follow up within 24 hours of a hospital return."  There are no other comments in the death review submitted for my inspection.

MCJ departs from the Implementation plan in medical services and in failing to comply with requirements for proper death review as described above:  1) review to be performed within 30 days of demise; 2) responsible physician attends death review; 3) identify areas of patient care that can be improved.  None of my critiques offered months ago were addressed in the 3/15/24 death review.  The death review also did not take note the finding that coroner found EDM's death related to illicit use of prescribed substances.

## PLAINTIFFS' ATTORNEY INQUIRIES AND COMMENTS

Plaintiffs'  attorneys have raised the following concerns:

| Plaintiffs' expressed concerns | Expert Medical Monitor Response |
|---|---|
| Death reviews for and autopsy reports for 2023 have not been provided. | See Patient Deaths above with updates.  The death review process does not appear to be in compliance with the IP. |
| Staffing seems to be in transition. Is the current staffing level sufficient? | See Staffing above.  Staffing levels did not comply with the IP in February and most of March. However, during my site visit I observed increased staffing with the appointment of a director of nurses and an additional full-time physician on site. I was informed that MCJ will soon have on site new hires for PCP position (NP), medical record supervisor, and nurse discharge planner. |

|  | My next audit will consider whether this increase in staff is sufficient to provide care that is in substantial compliance with the IP. |
|---|---|
| Medication administration seems to not be compliant with the IP - patients complaint about delayed access, mistakes in distribution and inadequate detoxification programs. | See Detoxification, and Pharmaceutical Administration above. Lapses I reported in the prior audit seem to be corrected. I found only one tube of medication outdated. The controlled substance logs are clear and well maintained. I have seen copies of the consultant's quarterly reports that verify compliance with state law. Patients are now being identified by jail issued photo ID rather than self-identifying. During my visit in March, I did not see examples of serious delayed access, mistakes or inadequacies in detoxification aside from what is described in the current report. Patients have superior access to high quality MAT services because the medical director is board certified in addiction medicine. |
| Individual Patient Concerns | I reviewed the care for patients brought to my attention by Plaintiffs' attorneys and shared my concerns with the MCJ care team. Some of these cases are described in the attached exhibits. |

## DEFENDANTS' ATTORNEY INQUIRIES AND COMMENTS

Defendants' attorneys have raised the following concerns:

| Defendants' expressed concerns | Expert Medical Monitor Response |
|---|---|
| Sampling of patients to determine compliance with the IP should be consistent with the audit techniques recommended by NCQA. | The Settlement Agreement trusts monitors to use their expertise to determine compliance. I welcome input from the parties to improve my methodology. |
| Evaluation of care for any individual patient should consider all the encounters during the audit period. | I may not cite medical encounters that are duplicative of other visits or have no bearing on the patient's welfare. |
| The audit report should include a review of performance over time to show areas of improvement, and areas that need further attention. | I have been listing the IP departures I detect along with recommended corrective action. I will also summarize the improvements noted compared to prior audits. |

| Individual Patient Concerns | I reviewed the comments  by Defendants' attorneys regarding my assessments.  I have corrected mistakes and/or clarified language as indicated for the final version of this audit report. |
|---|---|

## STAFF  INTERVIEWS -

During my audit I met with the medical director, staff physician, director of nurses, Wellpath managers, and representatives from the Monterey County Sheriff's Department.  Among the issues we discussed were the following:

1. MCJ will be addressing the matter of calibration to ensure accurate readings of patient weights.
2. Patients in holding cells and isolation cells seemed to be monitored in accordance with the IP.
3. I observed care provided  by providers and by nursing.  Telehealth facilities did not allow for full evaluation of the patient in a manner best performed in person. The examination I observed on site was highly professional. However, the process that delivered patients for care seemed inefficient and not likely to permit enough patients visits to meet the demand for patient care.
4. I discussed my preliminary assessments of care, as being not complaint, partially compliant, or substantially compliant based upon observations and chart review to that date.   I shared the comments from patient interviews, including the apparent delay in prenatal care for a pregnant inmate.  We reviewed the need for immediate action to identify patients with latent tuberculosis, and promptly treat patients with STD.
5. I proposed to the parties the following priorities for attention to health care services; a) improve access to care with increased staff, enhanced audits of staff performance,  and more efficient use of staff; b) coordinate the required health inventory to be completed within 14 days of admission with Intake and requirement for physicals at 6 months.; c) establish automatic process to screen for sexually transmitted diseases and QuaniFERON testing for latent TB. ordered are not timely performed.  d)  Conform Quality Assurance meeting reports, death reviews, and annual peer reviews to Wellpath policies and community standards.
6. I requested 2024 Peer Review Documents.
7. I noted that current PA "Practice Agreement"  at MCJ was not updated to show the current PA supervisor.
    /
    /

## INMATE/PATIENT  INTERVIEWS -

I interviewed 6 female inmates and 6 male inmates.  I brought to MCJ attention the following complaints:   a) delayed care for a pregnant inmate b) delayed care for urinary tract infection c) lack of privacy during telehealth visits d) delayed reports on results of lab tests, especially regarding sexually transmitted infections, even after requests made for this information; e) delayed access to durable medical equipment such as knee brace, walker. f) poor access to healthier foods such as fresh fruits and vegetables. g) inadequate attention to gastrointestinal infections spread by poor sanitation.

I attended a multidisciplinary meeting to plan treatment for one of the more complicated MCJ patients.

## RECOMMENDATIONS FOR ACTIONS NECESSARY TO BRING MCJ PERFORMANCE INTO SUBSTANTIAL COMPLIANT WITH IP PROVISIONS:

| Deficiency | Expert's Recommendation |
|---|---|
| **Intake processes did not comply with the IP.**   Nurses did not consistently obtain blood sugar reading on intake, did not document extent of substance abuse, did not verify and/or act upon abnormal vital signs up and/or consistently contact PCP for consultation when needed for acute problems or unstable chronic conditions. | All nurses, and especially those performing intake, should be trained to properly use EMR forms with attention to pertinent findings,  vital signs, and protocols.  **Intake nurse performance should be audited to ensure that abnormal vital signs are repeated, and that all seriously impaired patients should be reported to the PCP on call before being sent to the GP**.  Blood sugars should be obtained when indicated. |
| **Patients did not consistently have timely access to necessary care**. **Patients with unusual infections, hard-to-treat substance abuse, and other complex matters were managed by mid-levels (PA, NP) and RNs without sufficient input from on site physicians.**    Patient requests for services were not documented in the EMR. Requests made through grievance were not treated as requests for service. Sick call nurses did not always follow standardized procedures.  PA and | MCJ leadership should keep a log counting the weekly requests for services to compare with the number of face-to-face encounters (Sick calls.  **Grievances complaining about insufficient access to care should be timely reviewed by medical leadership to assure that patients' reasonable concerns have been addressed**.   In service training should familiarize nurses with current best practices and standardized procedures. The process for delivering patients to clinic should be improved to allow maximal access to the physicians on site. |

| | |
|---|---|
| NP (physician extenders) did not consistently confer with supervising and collaboration physician for advice on challenging patients. | "Huddles" should occur daily to ensure that difficult matters come to attention of medical and nursing directors.  There should be weekly staff meetings to review challenging cases and provide continuing medical education. |
| **Chronic care and health care maintenance did not consistently comply with the IP.** The problem lists were not up to date. Patients with long standing drug abuse diagnoses are not treated as having a chronic disease, and thus did not always receive needed attention from PCP after booking.  The MENTAL HEALTH team and medical providers are not collaborating to develop a treatment plan for patients with comorbid medical and mental health diseases.  Direct ophthalmoscopy has not been performed on site, even when visual acuity is very poor and for diabetics. | **Patients abusing substances should be scheduled as "chronic care" patients.**  PCP should verify the completeness and accuracy of the Problem list at every visit. Current recommendations by CDC and United States Preventative Services Task Force (USPSTF) should be incorporated (as practicable) into the chronic care and health maintenance protocols. MENTAL HEALTH and medical teams should meet weekly to discuss the most challenging patients and develop multi-disciplinary treatment plans. Patients with diabetes or visual complaints should have a direct ophthalmoscopic exam and Snellen visual acuity check on site and be scheduled to see optometry according to the findings. Patients with vision worse than 20/200 may be "legally blind" and candidates for ADA accommodations. Every exam room should have a regularly calibrated scale to obtain accurate weights. |
| **Continuity of Care after Release did not Comply with the IP.** Documentation of care for released patients (continuity of care) did not meet Implementation Plan requirements or applicable community standards. | **Discharge planning should ensure documentation that patients receive a supply of necessary medications upon release along with clear instructions for follow up care.** Custody can work with the medical team to provide all released inmates with information about receiving follow up medical care. |
| **Patients are not consistently assessed for TB and other infections in accord with best practices and community standards.**  QuantiFERON testing was not timely provided for patients with history of BCG or positive skin tests.  MCJ does not follow CDC and BOP recommendations to timely screen all admission for STD. | **Protocols to screen for  TB, HIV, HCV and STD should be updated in line with CDC and other national guidelines.**  For example, CDC recommends screening inmates within 2 weeks of admission for HIV, Hepatitis C, Hepatitis B and STD.  Patients with history of BCG vaccination and past positive skin tests should have expedited  QuantiFERON tests as primary means of TB screening. |

| | |
|---|---|
| **Necessary outside specialty care was not consistently provided in timely fashion**.  Written reports from outside providers were not consistently available in the EMR.  PCP review and follow up on visits to outside care was not consistently documented | Wellpath leadership should assist MCJ staff to obtain timely expert care by telephone or video link if local resources are insufficient. The medical record department should track all referrals to ensure that reports from specialists are promptly filed in the EMR. The return from outside services should automatically generate MD or RN sick call. |
| **Quality assurance programs were not performed in accordance with Wellpath policies and the Implementation Plan.**  .<br>The QA minutes did not demonstrate corrective actions in response to medical monitor observations.  Death reviews were not performed timely.  Opportunities for improved care were not consistently described in death reviews. Peer review has not been documented. | **Quarterly Quality Management Meetings minutes should document discussion of death reviews, recommendations made by the experts, and peer review.**  Peer review should include evaluation of clinical performance within the first month of hire and no less than annually thereafter.   The medical director or assignee should audit and countersign  5- 10% of the patient encounters with physician assistants, nurse practitioners and registered nurses. .   Monthly QA meetings should review adverse events, hospitalizations, and progress made regarding recommendations from the monitors. **The care provided to the most recently deceased patients should be reviewed pursuant to Wellpath/MCJ policies.** |
| **Staffing was insufficient during February and early March to provide services that substantially complied  with the Implementation Plan.** | MCJ recently hired a new Director of Nurses, an additional physician,  a medical records supervisor, discharge planner and additional PCP and nurses.  **MCJ should educate staff, possibly using the teaching tools I have provided, to mentor current staff and new hires.** I will continue to work with MCJ to help bring performance into substantial compliance with the Implementation Plan. |

//

//

//

//

//

## DISCUSSION:  MCJ PERFORMANCE AND COMPLIANCE IMPROVEMENTS

Additional medical staff and augmented administrative resources in 2024 have not yet fully impacted MCJ services. Nevertheless, MCJ's March 2024 performance was overall improved, with significantly more compliance seen in most categories of care.

| IP Categories | % Encounter Compliance 12/23 | % Encounter Compliance 3/24 | % Indicator Compliance 12/23 | % Indicator Compliance 3/24 |
|---|---|---|---|---|
| Med Staff | Partial | Partial | NA | NA |
| Intake | 25.0 | 48.6 | 74.9 | 89.7 |
| Access | 47.4 | 55.2 | 42.0 | 52.1 |
| Chronic Care | 23.3 | 30.4 | 52.9 | 53.2 |
| Maintenance | 0.0 | 6.7 | 12.1 | 25.6 |
| Continuity | 56.0 | 33.3 | 43.1 | 28.0 |
| Outside Care | 56.6 | 62.1 | 55.2 | 72.5 |
| Detoxification | 54.8 | 65.6 | 69.6 | 73.8 |
| TB/Infection | 31.6 | 34.5 | 51.4 | 58.3 |
| Pharmacy Management [20] | 60.0 | 46.2 | 60.0 | 54.5 |
| Medication Dispensing | 83.3 | 100.0 | NA | NA |
| QA | Not Compliant | Not Compliant | NA | NA |
| Facilities | Not Compliant | Not Compliant | NA | NA |
| **TOTALS** | **43.8** | **48.3** | **56.1** | **63.1** |

## CONCLUSIONS

Medical services at MCJ during February and early March 2024 did not substantially comply with the Implementation Plan requirements. However, medical care performance has improved compared to prior audits.

---

[20] Relatively low score for "management" reflects poor compliance with IP requirements for dispensing medications upon release.  Medication dispensing on site is substantially compliant.

## Attachments:

Ex. A:  MCJ HC Case Review – updated for final version of this audit

Ex. B:  MCJ HC Audit Monitoring Tool - updated for final version of this audit

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: **6-Mar-24** | | Case #: **1** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | | Overall Case Rating: **Inadequate** |
| | | Overall Case Percentage Score: **71.4%** |

**Summary:** 28 yo female booked 8/23/23 with diagnoses of polysubstance abuse, anxiety and adjustment disorder with depression. Sent off site for dental extractions.  MH care included suicide watch.

**Justification:** Access to care meets IP insofar as visits are scheduled.  But health servcies to this patient are not adequate because Ad Seg visits are too cursory, and  telehealth does not meet community standards. Care by NP____ and Dr.___ merits review by medical director as indicated below.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 02/01/24 | Specialty Services | ___ RN | Outside Medical Care/Referrals | Medical orders for antibiotics provided by Dr.___ Consult report included in return. | Appropriate | | | |
| 1 | | 02/02/24 | Clinic Follow-up | AM | Access to Care | Ad Seg check, patient reports doing well | Appropriate | | | |
| 1 | | 02/05/24 | Clinic Follow-up | AM | Access to Care | Ad Seg check, patient sleeping. Breathing. | Deficient | Insufficient encounter information.  Patient needs to at least articulate condition if not be examined. | Potentially | See IP p. 16 and 33.  RN or MD to see patients isolation cells MWF, and dally MH check in AD Seg. |
| 1 | | 02/09/24 | Sick Call/Clinic Visit PCP | NP___ | Access to Care | Dysuria, am eye crusting.  No physical exam.  No documented eye exam. Diagnosis:  bacterial conjunctivitis. Dysuria. "Medication Started" - not identified. Seen same day by MD. | Appropriate | | Potentially | Documentation is poorl Possibility of  Reiter's syndrome not considered.  Should be referred to MD. |
| 1 | | 02/09/24 | Sick Call/Clinic Visit PCP | ___ MD | Access to Care | Seen by MD for pain in foot, dry eye, restless legs. Exam finds plantar wart, keratoconjunctivitis sicca. Rx prednisilone eye drops and follow up prn. Salicylic acid for wart | Appropriate | | N/A | First line Rx for dry eyes is artificial tears. Prednisilone disfavored unless prescribed by opthamologist; patient at risk for Sjorgen's syndrome. |
| 1 | | 02/25/24 | Sick Call/Clinic Visit RN | ___ RN | Access to Care | Telehealth nurse; PNP back pain . Writes "unable to assess" for many aspects of exam. | Deficient | Telehealth care as delivered in this setting does not meet IP requirments | Potentially | assistants need training to provide data to RN. |
| 1 | | 03/04/24 | Sick Call/Clinic Visit RN | ___ RN | Access to Care | wants metamucil daily, itchy eyes, difficulty breathing, headache, dandruff.  Rx per PNP. | Appropriate | | | "unable to palpat3e" by telemedicine. Should document tenderness by patient palpation. Or cough. |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |

Created 01-2017

Monterey County Jail Health Care Monitoring Audit

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | 6-Mar-24 | Case #: | 1 |
| Facility: | MCJ | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | | Review Time Period: | Feb - March 2024 |
| Inmate ID #: | | Overall Case Rating: | Inadequate |
| | | Overall Case Percentage Score: | 71.4% |

**Summary:** 28 yo female booked 8/23/23 with diagnoses of polysubstance abuse, anxiety and adjustment disorder with depression. Sent off site for dental extractions.  MH care included suicide watch.

**Justification:** Access to care meets IP insofar as visits are scheduled.  But health servcies to this patient are not adequate because Ad Seg visits are too cursory, and  telehealth does not meet community standards. Care by NP          and Dr.     merits review by medical director as indicated below.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 2 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** ▮▮▮ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 60.0% | |

**Summary:** 55 yo male admitted 10/16/23 with HTN, Low back pain.  QuantiFeron test negative; not  screened for HIV, syphillis, Hep B or C.

**Justification:** Single encounter in February not properly documented.  Assessment needs to be provided for any and every PCP encounter.  Also med and plan should be clear in progress note.  PCP exam should include review of chart and update any missing information, such as STD screening. Patient considered intolerant to ibuprofen was nevertheless prescribed max dose in subsequent visit.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ▮ | 02/15/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | "excruciating low back pain" wants chiropractor, more than Motrin. Post MVA years ago.  Disturbed sleep. Exam wt and ht not recorded, otherwise unremarkable. Assessment - blank.  "Medications will be give for pain" | Deficient | No Assessment provided.  Pain med and plan not identified in the NP note.  EMR patient history shows - NAPROXEN. | Potentially | NP assessment and plan are not  documented.  NP should update lab to screen for HIV, RPR and Hep B/C |
| 2 | ▮ | 03/20/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Complains of abdominal pain, in association with ibuprofen. PNP form used. NP consulted. Ibuprofen discontinued. | Appropriate | | | |
| 2 | ▮ | 03/23/24 | Sick Call/Clinic Visit PCP | RN; PA | Access to Care | Hand pain after altercatino.  Minor swelling and buising 4th digit left hand.  Consulted with PA.  X ray pending. Plan:  ice, Ibuprofen 800mg. | Appropriate | | | Recommend reviewing pain med, and establishing standards. Patient was intolerant of ibuprofen before. |
| 2 | ▮ | 03/27/24 | Specialty Services | PA | Outside Medical Care/Referrals | X rat reviewed, No fracture | Appropriate | | | |
| 2 | ▮ | 03/27/24 | Other | PA | Tuberculosis & Other Infections | Screening for STD not performed | Deficient | No lab done to screen for STD.  Notably HIV, Hep C and syhphilis not screened | Potentially | rates of syphilis in older age group are climbing.  Labs ordered 4/24/24 not performed as of 5/20/24 |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 2 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 60.0% |

**Summary:** 55 yo male admitted 10/16/23 with HTN, Low back pain.  QuantiFeron test negative; not  screened for HIV, syphillis, Hep B or C.

**Justification:** Single encounter in February not properly documented.  Assessment needs to be provided for any and every PCP encounter.  Also med and plan should be clear in progress note.  PCP exam should include review of chart and update any missing information, such as STD screening. Patient considered intolerant to ibuprofen was nevertheless prescribed max dose in subsequent visit.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |

### Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 3 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▓▓▓ | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** ▓▓▓ | | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | 58.3% |

**Summary:** 24 yo female booked 2/7/24 with sedative and opiate abuse.

**Justification:** Substantial departures from the IP when sent to GP despite apparent intoxication, and absent diagnoses and/or lab to rule out delirium.  Insufficient attention provided by PCP after admission for intoxication and withdrawal  Patient is sent to hospital one week after admission withdrawing from sedatives as well as opiate. No STD screening done. Not tested for blood sugar. Not tested for pregnancy. Not screened for TB. Patient seen by MD starting 2/20/24 but STD testing not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ▓ | 02/07/24 | Initial Intake Screening | ▓ RN | Intake Screening | Appears intoxicated on admission, with history of methadone ingestion. Has returned from ED evaluation - belligerent "Refusal of care by patient/" No labs performed.  In MCJ, belilligernet, obese BMI 31. Blood sugar not tested (RN writes N/A), Refuses UA.  Sent to GP with "no referral needed." | Deficient | Cause of belligerence not established, blood sugars not measured as required. No STD screening performed. UA for pregnancy not obtained (initial patient refusal not followed up) Patient needs immediate medical assessment before going to GP and referral for chronic disease. Not placed in withdrawal protocol. | Potentially | at high risk for STD, delirium, withdrawal from opiates. STD. |
| 3 | ▓ | 02/08/24 | Other | ▓ MD | Detoxification/Withdrawal | MH documents patient ""currrently detoxing off of Fentanyl" and does not report this to Dr. ▓ or other Medical team. | Deficient | Placed on suicide watch.  No enrolled in apropriate withdrawal protocols.  No lab done. No drug screening No STD screening. No PCP visit scheduled. | Potentially | patient at high risk for complications from addiction and withdrawal, TB, STD. In fact is withdrawing from sedatives as well as opiates. |
| 3 | ▓ | 02/07/24 | Observation Cell | ▓ MD | Tuberculosis & Other Infections | Patient refuses TB testing, and no follow up | Deficient | No system in place to flag admittees who need STD and TB testing. | Potentially | at risk for TB, STD. |
| 3 | ▓ | 02/07/24 | Specialty Services | ▓ MD | Outside Medical Care/Referrals | Report from emergency room is entered into EMR on 2/13 6 days aft er visxit:  evaluaton of patient brought for clearance did not include exam, or any lab tests.  Patient described as refusing, and returned to jail.. | Deficient | Outside services report not retured with patient, not reviewed by medical team.  The outside medical care is inadequate on its face and provides no data to ensure patient is safe for admission. | Potentially | Medical services provided to patients outside of jail must be reviewed by qualified jail medical staff for adequacy and instructions. |
| 3 | ▓ | 02/14/24 | Emergent/Urgent Visit | ▓ RN | Access to Care | Patient fell from upper bunk, appears to be engaging in self harm.  Sent to ER | Appropriate | | | stays in hospital  for 4 days |
| 3 | ▓ | 02/18/24 | Specialty Services | ▓ MD | Outside Medical Care/Referrals | Return to Jail documented, with notes from hospital for follow up meds. - buprenorphine, gabapentin and tapering valium. On sedative withdrawal Protocol | Appropriate | | | |
| 3 | ▓ | 02/20/24 | Chronic Care | ▓ MD | Chronic Care | Visit for chronic care after hospital release re; opiate, benzo abuse. MAT ordered with tapered valium. No admission lab besides what was done in hospital.  No STD screening. No UA or toxicology scheduled. | Deficient | Patient at high risk for STD is not tested in hospital and not ordered as part of the CC for MAT.  No follow up re:  women's health including pregnancy testing. | Potentially | Syphillis rates are increased. Patient needs screening. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/7/2024** | Case #: **3** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | **58.3%** |

**Summary:** 24 yo female booked 2/7/24 with sedative and opiate abuse.

**Justification:** Substantial departures from the IP when sent to GP despite apparent intoxication, and absent diagnoses and/or lab to rule out delirium.  Insufficient attention provided by PCP after admission for intoxication and withdrawal  Patient is sent to hospital one week after admission withdrawing from sedatives as well as opiate. No STD screening done. Not tested for blood sugar. Not tested for pregnancy. Not screened for TB. Patrient seen by MD starting 2/20/24 but STD testing not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | 03/02/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Complains withdrawal symptoms as valium dose is decreased. Exam unremarkalbe. Referred to PCP | Appropriate | | | |
| 3 | | 03/04/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | Reviews patient complaint, chart.  No indiction to change tapering of valium | Appropriate | | | |
| 3 | | 03/07/24 | Sick Call/Clinic Visit PCP | RN | Detoxification/Withdrawal | Follow up by RN with MD ( | Appropriate | | | |
| 3 | | 03/25/24 | Sick Call/Clinic Visit PCP | RN | Access to Care | Request ibuprofen for cramps with menstruation. Exam and treatment per protocol. | Appropriate | | | |
| 3 | | 03/27/24 | Other | MD | Detoxification/Withdrawal | Management of OUD, detox valium | Appropriate | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |
| 3 | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 3 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 58.3% | |

**Summary:** 24 yo female booked 2/7/24 with sedative and opiate abuse.

**Justification:** Substantial departures from the IP when sent to GP despite apparent intoxcation, and absent diagnoses and/or lab to rule out delirium.  Insufficient attention provided by PCP after admission for intoxication and withdrawal  Patient is sent to hospital one week after admission withdrawing from sedatives as well as opiate. No STD screening done. Not tested for blood sugar. Not tested for pregnancy. Not screened for TB. Patient seen by MD starting 2/20/24 but STD testing not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 3 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 4 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 |
| **Inmate ID #:** | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 50.0% |

**Summary:** 38 yo male admitted 1/16/24 with no apparent drug abuse or other medical issues  PPD refused; claims positive PPD test age 9. QuantiFERON test ordered. Reported positive on 2/13/24.  Minor shoulder ache and tooth abscess were timely addressed. Patient released 2/14/24. EMR does not show patient notified of positive QuantiFERON result, or provided follow up instructions. MH meds appear to have been prescribed upon release.

**Justification:** Medical care is inadequate as treatment for severe dental pain and infection was delayed; patient was placed at increse risk of complications from dental abscess.  Also latent TB identified but not communicated to patient before or after his release.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 02/01/24 | Sick Call/Clinic Visit RN | RN | Access to Care | right shoulder pain after injury 2 years ago  Sleep distured. Rx per.  PNP form | Appropriate | | | |
| 4 | | 02/02/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | Review RN care, patient wants X ray. Not indicated | Appropriate | | | |
| 4 | | 02/03/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Toothache for 6 weeks. Exam 10/10 pain. Has taken only 4 days of previously prescribed antibiotic. Now has pain and swelling of gums. Disturbs sleep and chewing. Rx Tylenol.  Scheduled for dentist 2/5/24. | Deficient | applicable protocols require immediate "STAT" contact with medical or dental provider. | Adversely | Dental abscess pain is not adequately treated with Tylenol.  Needs stronger pan med, and antibiotic.  Patient was not afforded until 2/5/24. |
| 4 | | 02/04/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Severe pain in tooth. Abscess obvious on inspection (?facial sweling?).  Obtains order for antibiotic from PA on call | Appropriate | | | This order should have been called for yesterday. |
| 4 | | 02/13/24 | PCP Diagnostics Review | MD | Tuberculosis & Other Infections | QuantiFERON is positive.  Dr.   not noticed. Patient not informed. | Deficient | patient has latent TB.  Is at risk of becoming seriously ill and possibly spreading disease to others when ill. | Adversely | Patient is entitled to know he has TB. (latent) and to chose a therapy. |
| 4 | | 02/14/24 | Observation Cell | MD | Continuity of Care After Release | Patient is not informed of positive QuantiFERON test result, meaning and opitons | Deficient | IP requires providing patients with instructions for follow up on significant issues detected while in jail and not fully addressed at that time | Potentially | patient has latent TB.  Is at risk of becoming seriously ill and possibly spreading disease to others when ill. |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 4 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 50.0% |

**Summary:** 38 yo male admitted 1/16/24 with no apparent drug abuse or other medical issues  PPD refused; claims positive PPD test age 9. QuantiFERON test ordered. Reported positive on 2/13/24.   Minor shoulder ache and tooth abscess were timely addresed.  Patient released 2/14/24. EMR does not show patient notified of positive QuantiFERON result, or provided follow up instructions. MH meds appear to have been prescribed upon release.

**Justification:** Medical care is inadequate as treatment for severe dental pain and infection was delayed; patient was placed at increse risk of complications from dental abscess.  Also latent TB identified but not communicted to patient before or after his release.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 3/7/2024 | **Case #:** 5 | |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 60.0% |

**Summary:** 63 yo male with polysubstance abuse (opiates, stimulants) , arthritis, low back pain, chronic HEP C. Booked 2/2/24 on MH meds for anxiety. Referred for urgent medical and mental health evaluation (next day)

**Justification:** Initial evaluation by NP [redacted] is insufficient for failure to assess extent of substance abuse, STD risk and Hepatitis C. Sick call for facial infection was delayed. Patient requested on 2/10/24 care for facial swelling/abscess (potentially life-threatening) but did not see provedr until 2/12/24. He is improved at visit on 2/19/24 . Chronic care evaluation was delayed. Lab and Ultrasound testing revealed advanced liver disease from Hepatitis C. Referal to committee for possible treatment does not appear to have been enacted as recommended by PCP at MCJ.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 02/02/24 | Initial Intake Screening | RN | Intake Screening | Describes opiate and stimulant abuse, not certain how much. States last used 1/26/24 Exam normal. Referred for next day MH and medical evaluation | Appropriate | | | |
| 5 | | 02/02/24 | Chronic Care | NP | Chronic Care | Seen by telemedicine for history of seziures, Hep C, HTN. No history taken re current opiate and stimulants. Examination limited. No skin exam. Assessment blank. Rx tylenol, laxative. Lab to be ordered; follow up CC for hyperlipidemia; verfiy meds. | Deficient | Crucial istory of opiate abuse, stimullants not included. Assessment is blank. Labs not ordered, not done. No STD done. No liver function tests. | Adversely | Hep C status unkown. At risk for STD, not tested. At risk for complicatoins from drug abuse, not tested. Lab done 3/9/24 (more than one month later). |
| 5 | | 02/02/24 | Other | NP | Detoxification/Withdrawal | Incomplete data regarding substance abuse. Not enrolled in appropriate protocols as withdrawal from opiates can take weeks, and stimulant withdrawal symptoms can be enduring. | Deficient | IP requires inquiry and treatment for substance abuse. Not done | Potentially | at risk for withdrawal |
| 5 | | 02/08/24 | Medication Renewal | PA | Pharmaceutical Administration | Meds reviewed. No indication to continue gabapentin | Appropriate | | | |
| 5 | | 02/12/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Visit for sick call requesed on 2/10/24. VS inaccurate. Facial infection, for few days. Had same in past treated with abx. Assess: right facial cellulites associated with furuncle. Warm compress, Rocephin [redacted] Bactrim. Follow up MD. | Deficient | Patient request for services documented on 2/10/24 received no apparent attention from nursing, except "rescheduled" 2/10 and 2/11. No follow up occurs as orderd by Dr. [redacted] until 2/19/24. Pulse reported "766" is impossible value. | Adversely | Delayed care for facial cellulitis put patient at risk for complications. Symptoms are improved when seen again 2/19/24. |
| 5 | | 02/19/24 | Clinic Follow-up | NP | Access to Care | Exam for complaints re left knee arthritis. Wants gabapentin. Facial cellulitis follow up. Patieint purportedly states face is improved. Exam: left sided facial edema and erythema. Moves all extremities well. Assess: facial abscess. Plan: continue antibiotic. No gabapentin for arthritis pain. | Appropriate | | N/A | Assessment of "facial abscess" not met by logical data. Logically assessment should be "facial abscess improving." Patient is seen same day by MD. |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 3/7/2024 | **Case #:** 5 | |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | **Overall Case Rating:** Inadequate | |
| | **Overall Case Percentage Score:** 60.0% | |

**Summary:** 63 yo male with polysubstance abuse (opiates, stimulants) , arthritis, low back pain, chronic HEP C. Booked 2/2/24 on MH meds for anxiety. Referred for urgent medical and mental health evaluation (next day)

**Justification:** Initial evaluation by NP ____ is insufficient for failure to assess extent of substance abuse, STD risk and Hepatitis C. Sick call for facial infection was delayed. Patient requested on 2/10/24 care for facial swelling/abscess (potentially life-threatening) but did not see provedr until 2/12/24. He is improved at visit on 2/19/24 . Chronic care evaluation was delayed. Lab and Ultrasound testing revealed advanced liver disease from Hepatitis C. Referal to committee for possible treatment does not appear to have been enacted as recommended by PCP at MCJ.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 02/20/24 | Clinic Follow-up | MD | Chronic Care | CC visit for HTN, hyperlipidemia, sz, substance abuse. Hep C. Currently facial cellulitis. Exam: unremarkable. Labs ordered. Meds continued inlcuding Nortriptyline for neuropathic pain. Losartan for HTN. | Appropriate | | | |
| 5 | | 03/05/24 | PCP Diagnostics Review | PA | Chronic Care | Follow up on lab. Hep C quantitative, elevated LFT, needs liver ultrasound and referral to hepatitis committee. | Appropriate | | | |
| 5 | | 03/21/24 | PCP Diagnostics Review | PA | Outside Medical Care/Referrals | Ultrasound liver reviewed, shows diffuse hepatic disease | Appropriate | | | specialty service timely provided. |
| 5 | | 03/21/24 | Chronic Care | MD | Chronic Care | Chronic hepatitis C needs follow up to determine treatment plan. | Deficient | the EMR does not document any consideration provided to patient for treatment of Hepatitis C. | Adversely | Lab and ultrasound testing indicate patient is at high risk for complications from Hep C and may be eligible for treatment while in jail. |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/7/2024 | | **Case #:** 5 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 60.0% | |

**Summary:** 63 yo male with polysubstance abuse (opiates, stimulants) , arthritis, low back pain, chronic HEP C. Booked 2/2/24 on MH meds for anxiety. Referred for urgent medical and mental health evaluation (next day)

**Justification:** Initial evaluation by NP _____ is insufficient for failure to assess extent of substance abuse, STD risk and Hepatitis C. Sick call for facial infection was delayed. Patient requested on 2/10/24 care for facial swelling/abscess (potentially life-threatening) but did not see provedr until 2/12/24. He is improved at visit on 2/19/24 . Chronic care evaluation was delayed. Lab and Ultrasound testing revealed advanced liver disease from Hepatitis C. Referal to committee for possible treatment does not appear to have been enacted as recommended by PCP at MCJ.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 5 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: 3/7/2024 | Case #: 6 |
| Facility: MCJ | Physician Auditor: B. Barnett |
| Inmate Name (Last, First): | Review Time Period: Feb - March 2024 |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 40.0% |

**Summary:** 38 yo female with history of polysubstance abuse on MAT. -latest dose 2/6/24.  Booked 2/7/24. also Manic bipolar, anxiety. Referred for routine medical and MH care.

**Justification:** Chronic care for substance abuse and chronic pain is not provided in accord with the IP that requires full examination, appropriate lab testing and plan.  Pain medicines are prescribed without examination, contrary to applicable standards of care and state laws. STD screening not performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 02/07/24 | Initial Intake Screening | RN | Intake Screening | Reports taking suboxine 8 mg daily. Pulse 111 not repeated. COWS protocol ordered | Deficient | Not following form instruc tions re elevated pulse. Also antibiotics ordered by Dr. ___ ( telehealth?) not indicated by intake information or EMR | Potentially | Elevated pulse monitored, may be related to drug withdrawal. Are Dr. ___ prescriptions in error? |
| 6 | | 02/07/24 | Chronic Care | NP | Chronic Care | MAT referral to NP for suboxone.  Also complains of right elbow pain.  Suboxone not comfirmed. Assess:  right elbow pain. Plan:  pain medication (not specified), monitor COWS. | Deficient | Examination and history regarding elbow pain is incomplete, and assessment "elbow pain" is insufficient. Patient with history of substance abuse needs labs, STD screening | Potentially | at risk for STD not detected. |
| 6 | | 02/07/24 | Other | NP | Detoxification/Withdrawal | Drug screen shows amphetamines, not suboxone. Not placed into synthetics protocol | Deficient | wrong protocol deployed for withdrawal.  Labs not checked or followed by NP ___ | Potentially | complications from synthetics use not considered. |
| 6 | | 02/15/24 | PCP Diagnostics Review | PA | Detoxification/Withdrawal | Chart review identifies drug abuse as synthetics, not opiates. | Appropriate | | | |
| 6 | | 02/11/15 | Sick Call/Clinic Visit RN | RN | Access to Care | Face to face for 2/10/24 complaint of severe bak pain, can "hardly move" - chronic, also  elbow pain. Wants extra mattress. Exam per PNP incomplete "unable to assess - telehealth. Gait is abnormal. Refer to provider. Tylenol per PNP. | Appropriate | | | Nurse correctly understands diagnosis is beyond scope of practice. |
| 6 | | 02/12/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | Chart reviewed.  Finds no reason for extra mattress or change in med. Not examined. | Deficient | evaluation of chronic back pain, reported as much worse requires examinaton by PCP. Chart review alone is insufficient | Potentially | Patient at risk for acute back disese includes herniation of disc, infection, and more. |
| 6 | | 02/21/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Seeks stronger pain med. Wants baclofen. Observed by telehealth to have normal function. "Pateient will be give short course of muscle relaxer." X ray scheduled for elbow. | Deficient | Patient displays strong evidence of drug seeking. History of drug abuse, contraindicates prescription of muscle relaxers (Methocarbamol - Robaxin) especially when taking MH meds, and without in person examination. | Potentially | combined substance abuse, including mehtocarbamol can cause morbidity or fatality. Robaxin is banned by CDCR. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | 3/7/2024 | Case #: | 6 |
| Facility: | MCJ | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | [redacted] | Review Time Period: | Feb - March 2024 |
| Inmate ID #: | [redacted] | Overall Case Rating: | Inadequate |
| | | Overall Case Percentage Score: | 40.0% |

**Summary:** 38 yo female with history of polysubstance abuse on MAT. -latest dose 2/6/24. Booked 2/7/24. also Manic bipolar, anxiety. Referred for routine medical and MH care.

**Justification:** Chronic care for substance abuse and chronic pain is not provided in accord with the IP that requires full examination, appropriate lab testing and plan. Pain medicines are prescribed without examination, contrary to applicable standards of care and state laws. STD screening not performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | [redacted] | 02/26/24 | PCP Diagnostics Review | [redacted] MD | Outside Medical Care/Referrals | Elbow X ray reviewed, reports no abormality. | Appropriate | | | Dr. [redacted] should use this opportunity to confer with NP [redacted] and instruct regarding Robaxin Rx |
| 6 | [redacted] | 03/04/24 | Sick Call/Clinic Visit RN | [redacted] RN | Access to Care | sick call for complaint 3/24 of freezing cold for few days. Complains of chroniic pain. VS normal. Reer to PCP. | Appropriate | | | |
| 6 | [redacted] | 03/05/24 | Sick Call/Clinic Visit PCP | [redacted] PA | Chronic Care | Chart review, chronic pain. Will order Mobic. | Deficient | Medications ordered without good faith examination is contrary to IP, below applicable standards of care and may be in deriliction of duty established by state rules and laws. | Potentially | STD screen, labs, toxicology, not performed. Differential diagnoses include chronic infection, hypo thyroid, drug seeking and drug abuse. |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |

# Monterey County Jail Health Care Monitoring Audit
## Physician Auditor's Clinical Case Review Worksheet

Date of Review: **3/7/2024**
Facility: **MCJ**
Inmate Name (Last, First):
Inmate ID #:

Case #: 6
Physician Auditor: **B. Barnett**
Review Time Period: **Feb - March 2024**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **40.0%**

Summary: 38 yo femaile with history of  polysubstance abuse on MAT. -latest dose 2/6/24.  Booked 2/7/24. also Manic bipolar, anxiety. Referred for routine medical and MH care.

Justification: Chronic care for substance abuse and chronic pain is not provided in accord with the IP that requires full examination, appropriate lab testing and plan.  Pain medicines are prescribed without examination, contrary to applicable standards of care and state laws. STD screening not performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 6 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/7/2024** | Case #: **7** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 66.7% |

**Summary:** 45 yo male OUD, glucose intolerant, obese. History of stimulant abuse, HTN. Admitted 2/16/24

**Justification:** Patient exposed to risk of harm by prescribing cymbalta at same time as Buprenorphine without exam or consideration of side effects.  STD screening and other important lab tests were refused.  The medical record does not document repeated efforts to obtain lab tests.  Evaluation for gastrointestinal complaints after starting cymbalta did not include weight or repeating abnormal vital signs. Patient with possible Norovirus infection was not educated to reduce spread.  Cellulitis of face deemed an emergency by the sick call nurse was not addressed by dental or medical providers for 6 days.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | 02/16/24 | Initial Intake Screening | RN | Intake Screening | HTN on meds, right arm injury, cellulitis in lower extremities. On MAT. Med continued. Chronic care ordered | Appropriate | | | |
| 7 | | 02/21/24 | Chronic Care | MD | Chronic Care | HTN stable on meds. Exam unremarkable. Continue meds. EKG normal. Labs ordered  - refused on 2/26/24. | Appropriate | | | |
| 7 | | 02/29/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | Requests cymbalta for nerve pain. Reviewed with Dr.      Not indicated. | Appropriate | | | |
| 7 | | 03/04/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Requests cymbalta for nerve pain. No exam.  No assessment.  Cymbalta 30 mg bid ordered. | Deficient | Cymbalta is contraindicated for use at same time as Suboxone.  Medication with anti depressant requires in person evaluation and  medical record review. | Potentially | The combination may cause serotonin syndrome, a potentially fatal condition. See, e.g. Uptodate |
| 7 | | 03/08/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Diarrhea and vomiting all night. VS: BP 180/110, pulse 103,  No weight. No exam. Assessment: alteration incomfort re vomitting, diarhea. Plan: meclizine, loperamide | Deficient | Weight not measured - is important to assess degree of dehydration.  Abnomal BP not repeated. Rx given without documented physical exam or PNP form. | Potentially | unknown cause of GI distress.  Likely norovirus, without instructions to reduce spread. |
| 7 | | 03/11/24 | Chronic Care | NP | Chronic Care | Follow up chronic care visit for HTN, lower extremity swelling.  DC amlodipine. | Appropriate | | | should reorder labs, previously refused. |
| 7 | | 03/14/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | insomnia. Exam normal.  No pedal edema. Patient tolerates buprenorphine and cymbalta. EKG ordered.  Educated re sleep hygeine. | Appropriate | | | should reorder labs, previously refused. |
| 7 | | 03/21/24 | Sick Call/Clinic Visit RN | RN | Access to Care | States facial swelling, pain (no level) described in RN note as emergency.  Scheduled for next dental sick call. Seen by DDS on 3/27/24. | Deficient | Emergency conditions require immediate care. | Adversely | Patient suffers much pain and risk for complications from dental infection. |
| 7 | | 03/24/24 | Sick Call/Clinic Visit RN | RN | Access to Care | itchy, cracked heels. Assessed as tinea pedis, per PNP | Appropriate | | | Patient needs labs. |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 3/7/2024 | **Case #:** 7 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | **Review Time Period:** Feb - March 2024 |
| **Inmate ID #:** | **Overall Case Rating:** Inadequate |
| | **Overall Case Percentage Score:** 66.7% |

**Summary:** 45 yo male OUD, glucose intolerant, obese. History of stimulant abuse, HTN. Admitted 2/16/24

**Justification:** Patient exposed to risk of harm by prescribing cymbalta at same time as Buprenorphine without exam or consideration of side effects.  STD screening and other important lab tests were refused.  The medical record does not document repeated efforts to obtain lab tests.  Evaluation for gastrointestinal complaints after starting cymbalta did not include weight or repeating abnormal vital signs. Patient with possible Norovirus infection was not educated to reduce spread.  Cellulitis of face deemed an emergency by the sick call nurse was not addressed by dental or medical providers for 6 days.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **7-Mar-24** | Case #: **8** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | **Adequate** |
| Overall Case Percentage Score: | **100.0%** |

Summary: 43 yo female, heart transplant followed at UICLA. HX of HTN, IBS, migraine.  Often complains of fluid retention, multiple somatic complaints.

Justification: Anxious patient is seen frequently for examination, tests and reassurance.  Care  complies with IP

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | 02/06/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Wants water pill to reduce fluid retention. Exam unremarkable, without evidence of edema, water retention. Conntinue fluid restriction.  Does not need lasix | Appropriate | | | |
| 8 | | 02/19/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Request water  pill. Exam normal. No indication for diuretic | Appropriate | | | |
| 8 | | 02/29/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | Request Tylenol Refill.  Chart reviewed.  May have rebound headaches. Schedule sick call, consider Topamax as prophylaxis. | Appropriate | | | |
| 8 | | 02/29/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Review lab tests.  Will start Topamax. | Appropriate | | | |
| 8 | | 03/01/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Believes she has pneumonitis. Exam normal. Review Chest X ray and labs | Appropriate | | | |
| 8 | | 03/04/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Reviews weight.  Stable. | Appropriate | | | |
| 8 | | 03/11/24 | Specialty Services | MD | Outside Medical Care/Referrals | Chest X ray not done as ordered.  Is rescheduled. Lab reviewed. | Appropriate | | | |
| 8 | | 03/19/24 | Specialty Services | RN | Outside Medical Care/Referrals | Timely follow up for speciality services.l | Appropriate | | | |
| 8 | | 03/22/24 | Chronic Care | MD | Chronic Care | Follow up for chronic condition.  SOAP note is complete. | Appropriate | | | Not labeled as chronic care, but visit does comply with needed chronic care. |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **7-Mar-24** | Case #: | 8 |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | **Feb - March 2024** |
| Inmate ID #: | | | |

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | 100.0% |

Summary: 43 yo female, heart transplant followed at UICLA. HX of HTN, IBS, migraine.  Often complains of fluid retention, multiple somatic complaints.

Justification: Anxious patient is seen frequently for examination, tests and reassurance.  Care  complies with IP

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/13/2024** | Case #: **9** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 50.0% |

**Summary:** 38 yo female, polysubstance abuse (alcohol, meth), booked 2/1/24.  U tox positive for methadone.

**Justification:** Patient needs prompt assessment for delusional state.  Labs not obtained as of 3/13/24.  Exam for vaginal odor is incomplete.  STD screening requested by patient has not been done as of April 10, 2024. Evaluation and treatment for non-cardiac chest pain was appropriate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 02/01/24 | Initial Intake Screening | RN | Intake Screening | Intake exam and history unremarkable, except urine tox positive for methadone (denies drug use). Form does not refer to medical, but is seen by PCP in 5 days. HCG neg. | Deficient | Should be enrolled in opiate detox observation | | form should be filled out with med referral for substance abuse. |
| 9 | | 02/04/24 | Other | RN | Detoxification/Withdrawal | patient complains of withdrawal symptoms. Provided meds, observatoin | Appropriate | | | should have been enrolled at admission |
| 9 | | 02/06/24 | Chronic Care | NP | Chronic Care | Substance abuse exam.  Reports chronic pain. Possibly MH issues.  Demonstrates some signs of psychosis/schizophrenia (word salad).  Physical exam negative. | Deficient | No referral to MH for possible deteriorated psychiatric conditions (history of bipolar). Not seen by Psychiatry for psychotic disorder until 2/13/24. No STD testing ordered. Problem list needs updating re methadone use/abuse. | Adversely | MH visit on 2/7/24 with clinical social worker is insufficient as patient needs medication.  Patient deteriorates, and is restarted on Zyprexa 2/13/24. |
| 9 | | 02/13/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Wants pain med.  Assessed as being paranoid. Needs MH intervention. | Appropriate | | | seen same day by Psychiatry, started on med. |
| 9 | | 02/21/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Complains of back and neck pain. Delusional.  Exam by telehealth unremarkable, except for apparent pseudoseizure. Assessment "Neck and Back Pain. " Plan: "given medications"  (not identified in progress note - not evident in medications) | Deficient | Assessmentincomplete.  No treatment plan provided. Medications putatively prescribed not found in the EMR. | Adversely | Patient needs co management with MH. |
| 9 | | 03/04/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Telehealth visit for vaginal odor. Wants STD check and antibiotic.  Exam grossly unremarkable. Abdominal and Vaginal exam not performed. (states telehealth ). | Deficient | Exam incomplete. No treatment provided for vaginitis. STD testing requested should have been done earlier.   S TD tests not evidently ordered and none in EMR. As of 3/13/24 | | Abdomen and external genitalia can  be assessed with on site assistance. |
| 9 | | 03/06/24 | Sick Call/Clinic Visit RN | ? | Access to Care | Assessment in Ad Seg is incomplete. EMR states "no complaints, lying in bed. | Deficient | insufficient Ad Seg evaluation.  No follow up re vaginal discharge, or STD testing | Potentially | patient at risk for STD, not tested. |
| 9 | | 03/04/24 | Chronic Care | MD | Chronic Care | Not listed as CC, but MD exam for pain, polysubstance abuse is comprehensive.  Physical exam negative. Patient evidently delusional. Assess;  acute delusion with psychosis. Plan: per MH, continue same med. Lab ordered | Appropriate | | | Lab not yet in EMR as of 3/13/24 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/13/2024** | |
| Facility: **MCJ** | |
| Inmate Name (Last, First): | |
| Inmate ID #: | |

| | |
|---|---|
| Case #: 9 | |
| Physician Auditor: **B. Barnett** | |
| Review Time Period: **Feb - March 2024** | |

| Overall Case Rating: | Inadequate |
|---|---|
| Overall Case Percentage Score: | **50.0%** |

**Summary:** 38 yo female, polysubstance abuse (alcohol, meth), booked 2/1/24.  U tox positive for methadone.

**Justification:** Patient needs prompt assessment for delusional state.  Labs not obtained as of 3/13/24.  Exam for vaginal odor is incomplete.  STD screening requested by patient has not been done as of April 10, 2024. Evaluation and treatment for non-cardiac chest pain was appropriate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 03/19/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Patient states had heart attack, vauge low baclk paiins.  Protocol deployed. Exam unremarkable, EKG done. Discussed with MD. | Appropriate | | | |
| 9 | | 03/21/24 | Sick Call/Clinic Visit RN | RN; RN | Access to Care | Sharp chest pain reported to nursing.VS normal. Symptoms improved while speaking with consulting nurse. Assess: anxiety. | Appropriate | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **3/13/2024**
Facility: **MCJ**
Inmate Name (Last, First):
Inmate ID #:

Case #: **9**
Physician Auditor: **B. Barnett**
Review Time Period: **Feb - March 2024**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **50.0%**

Summary: 38 yo female, polysubstance abuse (alcohol, meth), booked 2/1/24. U tox positive for methadone.

Justification: Patient needs prompt assessment for delusional state. Labs not obtained as of 3/13/24. Exam for vaginal odor is incomplete. STD screening requested by patient has not been done as of April 10, 2024. Evaluation and treatment for non-cardiac chest pain was appropriate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 9 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **3/13/2024**

Facility: **MCJ**

Inmate Name (Last, First):

Inmate ID #:

Case #: **10**

Physician Auditor: **B. Barnett**

Review Time Period: **Feb - March 2024**

| Overall Case Rating: | Adequate |
|---|---|
| Overall Case Percentage Score: | 75.0% |

**Summary:** 39 yo male, OUD on MAT after admission 11/21/23.  Multiple documented diversion episodes and warnings.  Subutex discontinued due to non compliance.

**Justification:** Nurse telehealth exam was incomplete.  But care was substantially compliant with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | 02/05/24 | Other | MD | Access to Care | MAT monitoring by Dr. 2nd time noted to be diverting subutex. Dose decreased, Utox ordered. Will follow "closely" clinically. | Appropriate | | | UTOX not in the EMR. |
| 10 | | 02/07/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Repeated subutex diversion  Meets with Patient. Exam unremarkable. Informed 4th warning.  On route to DC drug if not compliant in future | Appropriate | | | Continuing meds after 4th warning probably not safe.  No utox in the EMR. |
| 10 | | 02/26/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Complains of migraines, constipation, dizziness, numb hands and arms upon awakening. PNP followed for abdominal, consitpation. Headaches. "unable to palpate -  telehealth."  "Minor rectal bleeding" - rectum not inspected for hemorrhoids or fissure. | Deficient | telehealth exam is incomplete. Patient known to be abusing opiates.  No u tox ordered or seen in the EMR. | Adversely | OUD continues. Needs referral to MD for OUD induced constipation. |
| 10 | | 03/06/24 | Emergent/Urgent Visit | MD | Access to Care | urgent visit, continues subutex abuse and diversion.  Will be tapered off of subutex. Lab tests ordered. | Appropriate | | No Effect | Refused to have lab drawn |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 3/13/2024 | | **Case #:** 10 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 |
| **Inmate ID #:** | | |

**Overall Case Rating:** Adequate
**Overall Case Percentage Score:** 75.0%

**Summary:** 39 yo male, OUD on MAT after admission 11/21/23.  Multiple documented diversion episodes and warnings.  Subutex discontinued due to non compliance.

**Justification:** Nurse telehealth exam was incomplete.  But care was substantially compliant with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 10 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/13/2024 | | **Case #:** 11 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 50.0% | |

**Summary:** 25 yo male admitted 11/21/23 with OU on MAT;  intellectually impaired.  Offers a vague history of seizures. Followed by MH for suicidal ideation, bipolar disorder and psychotic features.

**Justification:** Appropriate STD screening not done at admission and months afterwards.  14 day health inventory not performed after November 2023 admission. Chronic care visit delayed.  But STD screening is performed in February. Departure from Implemenation Plan noted in failure to provide access to care for visual complaints.  Needs eye exam on site by PCP or timely referral for optometry.  Finding of 20/100 vision without explanation/correction is indadequate access to care.  No opthalmology exam done as of 4/10/24

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 02/10/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Reports painful urination.  RN notes STD screening not done.  Is ordered. | Appropriate | | | delayed testing, credit given for action in Feb. |
| 11 | | 02/27/24 | Chronic Care | MD | Chronic Care | Delayed CC visit after admission.  Credit given for performing in February. Lab ordered | Appropriate | | | I do not see Utox or toxicology |
| 11 | | 03/02/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Blurry vision. Snellen: 20/200, 20/100, 20/100.  Referred to PCP for chart re4view. | Deficient | Chart review insufficient to validate accuracy of Snellen findings.  Needs direct ophtalmoscopy by PA, NP or MD. | Potentially | potential eye pathology undetected. |
| 11 | | 03/04/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | No eye exam performed.  No optometry referral made | Deficient | Need optometry referral absent documented recent exam unchanged. | Potentially | potential eye pathology undetected. |
| 11 | | 03/04/24 | Specialty Services | PA | Outside Medical Care/Referrals | necessary optometry or opthalmology exam not provided, not ordered | Deficient | Timely optmetry exam is delayed | Potentially | potential eye pathology undetected. |
| 11 | | 03/11/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | claimed seizure. Denies LOC.  Exam unremarkable.  Not likely sz.  More likely withdrawal symptoms. | Appropriate | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: **3/13/2024** | | Case #: **11** | |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): | | Review Time Period: **Feb - March 2024** | |
| Inmate ID #: | | | |

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **50.0%**

**Summary:** 25 yo male admitted 11/21/23 with OU on MAT; intellectually impaired. Offers a vague history of seizures. Followed by MH for suicidal ideation, bipolar disorder and psychotic features.

**Justification:** Appropriate STD screening not done at admission and months afterwards. 14 day health inventory not performed after November 2023 admission. Chronic care visit delayed. But STD screening is performed in February. Departure from Implemenation Plan noted in failure to provide access to care for visual complaints. Needs eye exam on site by PCP or timely referral for optometry. Finding of 20/100 vision without explanation/correction is inadequate access to care. No opthalmology exam done as of 4/10/24

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 11 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 3/14/2024
**Facility:** MCJ
**Inmate Name (Last, First):**
**Inmate ID #:**

**Case #:** 12
**Physician Auditor:** B. Barnett
**Review Time Period:** Feb - March 2024

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 33.3%

**Summary:** 52 yo male booked 3/3/24 without EMR documented Intake exam.  Problem list is incomplete.  Patient reports falling from upper bunk because Carpal Tunnel syndrome causes poor grip.  Proper evaluation of grip weakness not timely.  Patient also complians of needing wheelchair because cannot stand for long periods of time.

**Justification:** Multiple departures from the IP.  No Intake exam. Insufficient documentation of patient's purported injury after fall.  Abnormal VS not attended to.  Access to care insufficient with limited examination and insufficient progress note.  Patient claim of carpal tunnel syndrome not evaluated until one month after fall.  No lab tests perfoformed to rule out STD, hypothyroid, etc.  Low back symptoms, and back pain while standing typical for spinal stenosis not addressed by NP visit 3/26/24.  NP not sufficiently supervised.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 03/03/24 | Initial Intake Screening | RN | Intake Screening | No intake document evident in EMR.  Patient has ADA form filled out, and TB testing. | Deficient | No Intake performed. | Adversely | patient claims his fall from bunk could have been avoided by affording him upper bunk requested at booking.  No record of exam at booking. |
| 12 | | 03/05/24 | Emergent/Urgent Visit | RN | Access to Care | Reported fall from bunk. Limited exam documented reports no abnormalities. Ibuprofen prescribed. | Deficient | Proper exam forms and Nursing protocols not deployed. Emergency Response documentation Tool not attached. | Potentially | Extent of injury and cause of fall unknown. |
| 12 | | 03/13/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | NP t elehealth evaluation after fall fromtop bunk. Putative carpal tunnel. Low back and left shoulder pain after fall. Exam significant for TEMP 95.5'. No evident swelling, full range of motion reported as painful.  Assess:  left shoulder and hip pain after fall. Plan - increase Motrin, X rays. | Deficient | VS gross abnormality not addressed.  Temp 95.5 if true might indicate hypothyroidism.  Pain on motion needs explanation and explication. No tests done re: carpal tunnel.  Assessment provides no diagnosis.  Increase motrin is vague.  Unclear what X rays are looking for. | Potentially | Shoulder girdle injury may not be recognized. Grossly abnormal vital signs require repeat. |
| 12 | | 3/17/2024 | Sick Call/Clinic Visit RN | RN | Access to Care | States hard to lifet out of top bunk. Scheduled for PCP visit | Appropriate | | | |
| 12 | | 03/26/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | left side pain after fall. Wants wheelchair.  No apparent limitation in ranges of motion or function. Assess:  pain after fall. | Deficient | The fall is not explored, as it may be a symptom of serious neurological deficient.  Possible spinal stenosis not considered. Patient needs on site evaluaton. | Potentially | Assessment is not sufficient, as pain after fall is symptom, not diagnosis. Does see Dr. 4/3/24. |
| 12 | | 04/03/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Evaluatoin of possible carpal tunnel syndrome. Also has history of IVDA and meth abuse.  Mildly diminished grip Assess: Substance Use;  Carpal tunnel syndrome dubious.  Plan: check C spine, review old records.  Low back. | Appropriate | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/14/2024 | | **Case #:** 12 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 33.3% | |

**Summary:** 52 yo male booked 3/3/24 without EMR documented Intake exam.  Problem list is incomplete.  Patient reports falling from upper bunk because Carpal Tunnel syndrome causes poor grip.  Proper evaluation of grip weakness not timely.  Patient also complians of needing wheelchair because cannot stand for long periods of time.

**Justification:** Multiple departures from the IP.  No Intake exam. Insufficient documentation of patient's purported injury after fall.  Abnormal VS not attended to.  Access to care insufficient with limited examination and insufficient progress note. Patient claim of carpal tunnel syndrome not evaluated until one month after fall.  No lab tests perfoormed to rule out STD, hypothyroid, etc.  Low back symptoms, and back pain while standing typical for spinal stenosis not addressed by NP visit 3/26/24.  NP not sufficiently supervised.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add't'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: **3/14/2024** | | Case #: **12** | |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): | | Review Time Period: **Feb - March 2024** | |
| Inmate ID #: | | **Overall Case Rating:** | Inadequate |
| | | **Overall Case Percentage Score:** | **33.3%** |

Summary: **52 yo male booked 3/3/24 without EMR documented Intake exam.  Problem list is incomplete.  Patient reports falling from upper bunk because Carpal Tunnel syndrome causes poor grip.  Proper evaluation of grip weakness not timely.  Patient also complains of needing wheelchair because cannot stand for long periods of time.**

Justification: Multiple departures from the IP.  No Intake exam. Insufficient documentation of patient's purported injury after fall.  Abnormal VS not attended to.  Access to care insufficient with limited examination and insufficient progress note. Patient claim of carpal tunnel syndrome not evaluated until one month after fall.  No lab tests perfoormed to rule out STD, hypothyroid, etc.  Low back symptoms, and back pain while standing typical for spinal stenosis not addressed by NP visit 3/26/24.  NP not sufficiently supervised.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 12 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **3/14/2024** | | Case #: **13** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 45.5% |

**Summary:** 51 yo female with known Syphillis treated on or around 2022.  No apparent follow up to RPR titeer 1:8 3/23/23 now fears complications from Syphilis manifest in non healing skin ulcers.

**Justification:** Syphilis history and chronic skin complaints are not treated in accord with community standards, and according to IP guidelines.  Patient needs chronic care visit, annual exam, consultation with infectious disease expert regarding adequacy of syphilis treatment and meaninig of elevated titers in March 2023.  Care by telehealth is insufficient for this case.  Persistent skin lesions needs biopsy.  (Outside of review dates, worth noting that transfer summary om 5/1/24 inaccurately reported patient has kidney disease, and failed to mention syphilis or hepatitis status - vaccination ordered by Dr. ___ had not been administgerred).

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | 02/02/24 | Chronic Care | ___ MD | Chronic Care | Siince booking June 2023 and exam by Dr. ___ 7/17/23 there is no health inventory and no chronic care documented, especially regarding Syphilis and high RPR titer. | Deficient | STD screening not performed for syphilis cure. | Adversely | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/02/24 | Sick Call/Clinic Visit RN | ___ RN | Access to Care | Non healing lesion on face. Contacted MD for advice | Appropriate | | | |
| 13 | | 02/02/24 | Sick Call/Clinic Visit PCP | ___ MD | Access to Care | prescription of doxycline without explicit follow up. No STD testing | Deficient | MD has written no chart note.  No follow up to care.  No evident review of past high titer syphilis test. | Adversely | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/04/24 | Sick Call/Clinic Visit RN | ad seg | Access to Care | Ad Seg visit does not document finidings | Deficient | Skin lesion under care shouold be inspected | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/05/24 | Sick Call/Clinic Visit PCP | ad seg | Access to Care | Ad Seg visit does not document finidings | Deficient | Skin lesion under care shouold be inspected | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/07/24 | Sick Call/Clinic Visit PCP | ad seg | Access to Care | Ad seg visit documents skin lesion is healing | Appropriate | | | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/25/24 | Sick Call/Clinic Visit RN | ___ RN, ___ MD | Access to Care | Telehealth visit with order from Dr. ___ to treat apparent dandruff with Selenium shampoo. Description of skin lesions are incomplete and no necessarily consistent with dandruff. | Deficient | Patient needs on site exam by MD in light of Syphilis history and abnormal lab tests year before, not repeated. | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/27/24 | Sick Call/Clinic Visit PCP | ___ NP | Access to Care | Patieint reports syphillis infection in past, possibly not adequately treated. Wants STD screening. Exam states "open sore to the chin." Assess: "open sore to chin."  Plan lab, fu results. | Deficient | exam, assessment and plan are insufficient. Characteristis of "open sore" not stated. "Open sore" is not a proper PCP assessment.  Lab purportedly ordered not yet done 3/14/24. NP ___ makes no apparent effort in followup to assure lab performance. | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 03/16/24 | Specialty Services | | Tuberculosis & Other Infections | Follow up for RPR levels, possible latent TB. | Appropriate | | | Quantiferon Gold ordered but not done. RPR is falling, and MD reveeiw pending. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **3/14/2024** | Case #: **13** | |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** | |
| Inmate ID #: | Overall Case Rating: **Inadequate** | |
| | Overall Case Percentage Score: **45.5%** | |

**Summary:** 51 yo female with known Syphillis treated on or around 2022.  No apparent follow up to RPR titeer 1:8 3/23/23 now fears complications from Syphilis manifest in non healing skin ulcers.

**Justification:** Syphilis history and chronic skin complainits are not treated in accord with community standards, and according to IP guidelines.  Patient needs chronic care visit, annual exam, consultation with infectious disease expert regarding adequacy of syphilis treatment and meainig of elevated titers in March 2023.  Care by telehealth is insufficient for this case.  Persistent skin lesions needs biopsy. (Outside of review dates, worth noting that transfer summary om 5/1/24 inaccurately reported patient has kidney disease, and failed to mention syphilis or hepatitis status - vaccination ordered by Dr.          had not been administgerred).

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | 03/19/24 | Chronic Care | MD | Chronic Care | Follow up for RPR level. Also Hep C, B.  No need for further treatment of syphilis at this time. Will order HbS vaccine. | Appropriate | | | |
| 13 | | 03/25/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Review of wart on foot.  Protocols followed.  Referred to Provider for Rx | Appropriate | | | PA order for daily wart treatment was refused. |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/14/2024 | | **Case #:** 13 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 45.5% | |

**Summary:** 51 yo female with known Syphillis treated on or around 2022.  No apparent follow up to RPR titeer 1:8 3/23/23 now fears complications from Syphilis manifest in non healing skin ulcers.

**Justification:** Syphilis history and chronic skin complainits are not treated in accord with community standards, and according to IP guidelines.  Patient needs chronic care visit, annual exam, consultation with infectious disease expert regarding adequacy of syphilis treatment and meainig of elevated titers in March 2023.  Care by telehealth is insufficient for this case.  Persistent skin lesions needs biopsy. (Outside of review dates, worth noting that transfer summary om 5/1/24 inaccurately reported patient has kidney disease, and failed to mention syphilis or hepatitis status - vaccination ordered by Dr.          had not been administgerred).

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 13 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: | 3/16/2024 |
| Facility: | MCJ |
| Inmate Name (Last, First): | [redacted] |
| Inmate ID #: | [redacted] |

| | |
|---|---|
| Case #: | 14 |
| Physician Auditor: | B. Barnett |
| Review Time Period: | Feb - March 2024 |

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | 70.0% |

**Summary:** 31 yo female booked 2/5/24. Provides history of syphillis, chlamydia and gonorrhea.  Had been treated in ER before booking.  Purported to need ongoing treatment for STD, BV and Yeast. Admits to Meth abuse. Assigned to synthetics protocol. GP.  Med referral routine.

**Justification:** Patient at risk of incomplete treatment for multiple STD, not seen in chronic care and not promptly screened with appropriate lab tests.  Chart review discovers lapse and reorders STD. STD testing is negative.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 02/05/24 | Initial Intake Screening | RN | Intake Screening | Need ongoing treatment for STD, BV and Yeast. Admits to Meth abuse. Assigned to synthetics protocol. GP.  Med referral routine. | Appropriate | | | |
| 14 | | 02/05/24 | Specialty Services | MD | Outside Medical Care/Referrals | Recommended treatment reviewed by telehealth MD and prescribed | Appropriate | | | |
| 14 | | 02/10/24 | Observation Cell | ? | Detoxification/Withdrawal | VS and behavior stable while in protocol | Appropriate | | | pulse 110 not repeated. |
| 14 | | 02/15/24 | Chronic Care | PA | Chronic Care | asks for metamucil.  Rx written.  Chart review only. | Deficient | Chronic care not provided for substance abuse, multiple STD, needs follow up with Dr. [redacted] | Potentially | risk for complications from under-treatment of STD. |
| 14 | | 02/15/24 | Medication Renewal | PA | Pharmaceutical Administration | Patient has not been taking prescribed Metronidazole as directed. | Deficient | No counseling provided.  No verfication of adequate treatment of disease. | Potentially | risk for complications from under-treatment of STD. |
| 14 | | 02/27/24 | Other | PA | Tuberculosis & Other Infections | Patient requesting STD follow up.  History of Syphillis, high titer. PA [redacted] writes that labs are ordered. | Appropriate | | N/A | Lab had not been obained at initial intake, Ordered at this time, but still ot done 3/16/24. Labs appear to not have been ordered. |
| 14 | | 02/29/24 | Chronic Care | NP | Chronic Care | Patient seen for consipation.  Requests check up for abdominal pain, liver infection.  Exam done by telehealth.  No palpation.  Labs not reviewed or ordered. Assess;  "intermitten abdominal pain. Constipation, history of infection." | Deficient | Inicomplete examination.  No effective assessment provided.  Necessary lab tests for STD and chronic care (meth addict) not done. Collaboration with Dr. [redacted] not documented. | Adversely | Patient's complaints are not addressed.  Differential diagnosis of abdominal pain includes liver disease and gall bladder disease. |
| 14 | | 03/04/24 | Sick Call/Clinic Visit RN | RN | Access to Care | RN follows PNP for skin conditions. Dispenses Selsum | Appropriate | | | |
| 14 | | 03/10/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Constipation continued.  States drinking approx 48 ounces of water daily.  No distress noted.  No physical exam documented. Assess:  alteration to comfort.  Plan: needs to dramatically increase fluid intalke to at least 80 ounces daily. | Appropriate | | N/A | Wellpath nursing protocols require physical examination for assessment. |
| 14 | | 03/25/24 | PCP Diagnostics Review | PA | Outside Medical Care/Referrals | Lab tests return negative for STD. | Appropriate | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **3/16/2024**
Facility: **MCJ**
Inmate Name (Last, First):
Inmate ID #:

Case #: **14**
Physician Auditor: **B. Barnett**
Review Time Period: **Feb - March 2024**

Overall Case Rating: **Adequate**
Overall Case Percentage Score: **70.0%**

**Summary:** 31 yo female booked 2/5/24. Provides history of syphillis, chlamydia and gonorrhea. Had been treated in ER before booking. Purported to need ongoing treatment for STD, BV and Yeast. Admits to Meth abuse. Assigned to synthetics protocol. GP. Med referral routine.

**Justification:** Patient at risk of incomplete treatment for multiple STD, not seen in chronic care and not promptly screened with appropriate lab tests. Chart review discovers lapse and reorders STD. STD testing is negative.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **3/16/2024**
Facility: **MCJ**
Inmate Name (Last, First):
Inmate ID #:

Case #: **14**
Physician Auditor: **B. Barnett**
Review Time Period: **Feb - March 2024**

Overall Case Rating: **Adequate**
Overall Case Percentage Score: **70.0%**

**Summary:** 31 yo female booked 2/5/24. Provides history of syphillis, chlamydia and gonorrhea.  Had been treated in ER before booking.  Purported to need ongoing treatment for STD, BV and Yeast. Admits to Meth abuse. Assigned to synthetics protocol. GP.  Med referral routine.

**Justification:** Patient at risk of incomplete treatment for multiple STD, not seen in chronic care and not promptly screened with appropriate lab tests.  Chart review discovers lapse and reorders STD. STD testing is negative.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 14 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/16/2024** | Case #: **16** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | **33.3%** |

**Summary:** 24 year old morbidly obese female, complains of difficulty breathing and loud nocturnal snoring. On MAT when booked, continued.

**Justification:** Patient has not been provided with chronic care services pursuant to IP and community standards for morbid obesity and purported asthma. . Lab not done. Follow up for STD screening not done. Patient at risk of complications from daytime sleepiness, and risks death from obstructive sleep apnea. No treatment provided to patient for GU complaint. Pelvic exam not done as of 4/2/24. No assessment for sleep apnea has been done

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | 02/23/24 | Initial Intake Screening | RN | Intake Screening | Morbid obesity, history of MAT. Rx for buprenorphine called in to PCP, continued. On mulitpel MH neds. Urgent mental health referral requested. No medical referral. Does see NP for Chronic care on 2/27/24. Vague history of asthma. | Appropriate | | | form needs revision and clarification regarding Blood Sugar and referrals to Chronic Care. |
| 16 | | 02/27/24 | Chronic Care | NP | Chronic Care | CC exam associated with MAT Rx. No exam done. No lab ordered. No blood sugar by finger stick. No review of asthma, HTN. Problem list not updated. | Deficient | Exam is insufficient, especially with high risks associated with BMI over 40. Reliance on labs from prior jail is wrong, and no documented release to obtain those records are seen | Potentially | Patient may be diabetic, or have cardiomyopathy. Chronic condition unknown. |
| 16 | | 03/02/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Timely visit for complaint on 3/2/24 (in summary, request not seen in documents. Nurse does not document any examination - seen by telehealth. Prescribes Tylenol, Muciinex DM. | Deficient | Patient states "I feel like I am drowning when I'm sleeping. Patient needs ausculation, examination of airway. Covid test not done (done 3/5?); Weight not recorded. No peak flow test re asthma. | Potentially | at risk for apnea, death from airway obstruction. DM is disfavored in patient with strong history of opiate abuse. |
| 16 | | 03/05/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | wants CPAP. Claims poor sleep. Loud snoring. Not previously diagnosis with sleep apnea. No exam performed (telehealth). Assessment: snoring. | Deficient | Documented exam is incomplete, insufficient. Patient needs evaluatoin of asthma, and sleep apnea by face to face evaluation. Sleep study should be arranged expeditiously. CPAP if determined helpful should be provided ASAP. | Potentially | Patient at risk of complications from daytime sleepiness, and risks death from obstructive sleep apnea. |
| 16 | | 03/18/24 | Sick Call/Clinic Visit RN | RN | Access to Care | "I have really bad leg pain." Evaluated by telehealth, using PNP form for non-traumatic musculoskeletal pain. VS normal. Telehealth exam documents normal motion and strength. | Appropriate | | | |
| 16 | | 03/25/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Patient concerned she has sleep apnea. Very loud snoring. Also vaginal discharge. Requests STD testing. No pelvic examination done. Referred for MD to consider sleep apnea. RPR, chlamydia and GC tests ordered. | Deficient | Gynecological evaluation is insufficient. Patient's GU complaints require on site pelvic examination. | Adversely | No treatment provided to patient for GU complaint. Pelvic exam not done as of 4/2/24. No assessment for sleep apnea has been done |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/16/2024 | | **Case #:** 16 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 33.3% |

**Summary:** 24 year old morbidly obese female, complains of difficulty breathing and loud nocturnal snoring. On MAT when booked, continued.

**Justification:** Patient has not been provided with chronic care services pursuant to IP and community standards for morbid obesity and purported asthma. . Lab not done. Follow up for STD screening not done. Patient at risk of complications from daytime sleepiness, and risks death from obstructive sleep apnea. No treatment provided to patient for GU complaint. Pelvic exam not done as of 4/2/24. No assessment for sleep apnea has been done

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| Date of Review: **3/16/2024** | | Case #: **16** | |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): | | Review Time Period: **Feb - March 2024** | |
| Inmate ID #: | | | |
| | | Overall Case Rating: | **Inadequate** |
| | | Overall Case Percentage Score: | **33.3%** |

**Summary:** 24 year old morbidly obese female, complains of difficulty breathing and loud nocturnal snoring. On MAT when booked, continued.

**Justification:** Patient has not been provided with chronic care services pursuant to IP and community standards for morbid obesity and purported asthma. . Lab not done. Follow up for STD screening not done. Patient at risk of complications from daytime sleepiness, and risks death from obstructive sleep apnea. No treatment provided to patient for GU complaint. Pelvic exam not done as of 4/2/24. No assessment for sleep apnea has been done

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Care Review Worksheet

| Date of Review: | 3/17/2024 | | | Case #: | 16 |
| Facility: | MCJ | | | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | | | | Review Time Period: | |
| Inmate ID #: | | | | Overall Case Rating: | **Inadequate** |
| | | | | Overall Case Percentage Score: | 66.7% |

**Summary:** 32 yo male booked 10/25/24 with history of alcohol and stimulant abuse.  Diagnosed with peanut allergy, based upon acne-like facial rash appearing after peanut butter.  Overweight.  BMI 30.

**Justification:** TB testing and STD screening delayed.  Chronic care not provided.  Positive QuantiFERON not explained to patient.  Case should be reviewed by on site ID MD.   Treatment of GI virus infection improper.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|
| 16 | | 02/07/24 | Sick Call/Clinic Visit RN | RN | Access to Care | believes red bumps on face due to peanut allergy; Referred to PCP | Appropriate | | | |
| 16 | | 02/08/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Evaluation for possible peanut allergy. Chronic acne scars on face. No other abnormalities noted. Peanut allergy fom submitted | Appropriate | | | probably not peanut allergy. Should be considered carefully to avoid over stating or understating.  Ideally blood tests may confirm. |
| 16 | | 02/22/24 | Other | PA | Tuberculosis & Other Infections | Delayed testing for TB (initial screening not done in October 2023), shows + QuantiFeron. Refered to PCP follow up.  Also labs for chronic care (re: substance abuse) belatedly performed. | Appropriate | | | Mechanisms to alert PCP or Med Director of abnormal findings not in place |
| 16 | | 03/12/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Complaining nausea, vomiting, diarrhea. PNP form.  Abdominal Form referenced, but not found in the EMR. | Deficient | Exam incomplete.  No weight.  Orders for increase fiber will worsen acute diarrhea. Possible noro virus can infect entire housing unit and staff. | Adversely | reccovery likely delayed by wrong advice. Order sheet needs to clarify fiber only for chronic loose stool. |
| 16 | | 02/23/24 | PCP Diagnostics Review | NP | Chronic Care | Multiple matters for chronic care belatedly addressed.  QuantiFeron positive ? Prior infection treated. HBA1c 6. obese. History of polysubstance abuse. Assess:  pre DM. Advised re: diet, exercise. Chronic care. | Deficient | Patient chronic care is delayed.  No CC exam seen in EMR before or to follow.  Documented patient education re: TB is insufficient.  Patient needs to know that prior treatment for latent TB might have been ineffective, and future tests will be positive. CC form not used.  Problem list not updated | Adversely | patient is at risk for active TB, and may infect others in the future. Should be seen by on site ID expert - Dr. |
| 16 | | 03/12/24 | Specialty Services | ? | Outside Medical Care/Referrals | Patient reported need for eyeglasse Nov 2023. s. Snellen shows visual acuity near normal 20/40. No overt signs of eye pathology .  No indication for eye exam. | Appropriate | | | |
| 16 | | | | | | | | | |
| 16 | | | | | | | | | |
| 16 | | | | | | | | | |
| 16 | | | | | | | | | |
| 16 | | | | | | | | | |
| 16 | | | | | | | | | |

Created 01-2017

Monterey County Jail Health Care Monitoring Audit
**Physician Auditor's Clinical Care Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 3/17/2024 | **Case #:** 16 | |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | **Review Time Period:** | |
| **Inmate ID #:** | **Overall Case Rating:** Inadequate | |
| | **Overall Case Percentage Score:** 66.7% | |

**Summary:** 32 yo male booked 10/25/24 with history of alcohol and stimulant abuse.  Diagnosed with peanut allergy, based upon acne-like facial rash appearing after peanut butter.  Overweight.  BMI 30.

**Justification:** TB testing and STD screening delayed.  Chronic care not provided.  Positive QuantiFERON not explained to patient.  Case should be reviewed by on site ID MD.  Treatment of GI virus infection improper.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |

**Montrey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 3/17/2024 | **Case #:** 17 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | **Review Time Period:** 46 yo female booked on 4/3/23 |
| **Inmate ID #:** | **Overall Case Rating:** Inadequate |
| | **Overall Case Percentage Score:** 57.1% |

**Summary:** 46 yo female booked 4/3/23 on MH meds. No medical issues identified. STD screening not performed. Fungal rash identified 1/4/24 incompletely  treated, and not referred for MD evaluation.

**Justification:** Departures from IP requirements:  no weight measured at sick call of patient with chronic headaches and vomitting. .  Ad Seg visits not perormed.  Documentation at nurse sick call incomplete. No apparent infection control for noro virus. No 6-month or annual done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 02/01/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Nausea and vomitting with headache for 3 days. Summary notes complaint on 1/31/24.  No EMR record of patient request. History of similar episodes in past months. Wt not checked.  VS otherwise normal. No objective exam noted re: nausea.  Headache assesses as  tension. Neg. Covid, Strep | Deficient | Key elements for RN exam missing.  No weight recorded.  No abdominal exam.  No instructions regarding handwashing, possible noro virus.  No consideration of possible migraine (recurrent episodes). | Potentially | |
| 17 | | 02/25/24 | Sick Call/Clinic Visit RN | RN | Access to Care | painful skin rash on chest. PNP form re; rash does not adequately desscribe rash.  Unclear whether it is papular, or splotchty - that is whether fungal, follicular or allergic.  Hydrocortisone 1% dispensed. Return if not better in three days | Appropriate | | | Less than ideal documentation.  But trial of hydrocortisone and instructon to return is sufficient |
| 17 | | 2/4 - 2/19/24 | Observation Cell | ? | Access to Care | patient in ad seg with no visits documented except 2/4/24 | Deficient | IP requires three times weekly visits to Ad Seg. | Potentially | possible illness not detected. |
| 17 | | 03/10/24 | Sick Call/Clinic Visit RN | RM | Access to Care | Foot pain post surgery. PNP and orders provided for chronic pain. | Appropriate | | | |
| 17 | | 03/12/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Evaluate chronic foot pain. History and exam done. X ray ordered | Appropriate | | | |
| 17 | | 03/16/24 | Specialty Services | PA | Outside Medical Care/Referrals | Foot X ray reviewed. No acute findings. | Appropriate | | | |
| 17 | | 03/16/24 | Chronic Care | ? | Health Care Maintenance | 12 months after booking, no complete health inventory and/or physical or chronic care note in the EMR | Deficient | IP requires complete history and physical within 6 months of admission. | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |

## Montrey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/17/2024 | | **Case #:** 17 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** 46 yo female booked on 4/3/23 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 57.1% | |

**Summary:** 46 yo female booked 4/3/23 on MH meds. No medical issues identified. STD screening not performed. Fungal rash identified 1/4/24 incompletely  treated, and not referred for MD evaluation.

**Justification:** Departures from IP requirements:  no weight measured at sick call of patient with chronic headaches and vomitting. .  Ad Seg visits not perormed.  Documentation at nurse sick call incomplete. No apparent infection control for noro virus. No 6-month or annual done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |

Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 3/17/2024 | | **Case #:** 18 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 25.0% |

**Summary:** 45 yo obese female admitted intoxicated January 3, 2024, alcoholic. BS 93.  Referred for CIWA protocol and routine medical follow up.

**Justification:** Process in diagnosing and treating urinary tract infection was not within community standards, and defied IP guidelines.  Important lab test results were described in the progress note but were not placed in the medical record. Patient's UTI seems to be resolved but a repeat urine test is required to make sure of no persistent infection and no persistent blood in the urine.  But in absence of lab tests, treatment failure was possible.  Thyroid tests suggesting hyperthyroidism are not followed up.  Nurse sick call did not follow PNP protocols for complaint of headache and blurry vision.  Evaluation of constipation is insufficient.  Access to care is not provided by PA chart review with no examination or face to face meeting.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | 02/05/24 | Chronic Care | PA | Chronic Care | Patient needs chronic care visit.  Chart is reviewed without physical exam.  Patient wants diabetic diet.  Novolin ordered for BS measured twice daily. | Deficient | Order for insulin is unnecessary and improper without evidence of diabetes.  FBS was below 100.  No labs had  been ordered since admission.1/3/24. No CC visit is scheduled. Patient needs physical exam, labs to rule out STD, pre diabetes. | Potentially | complications from alcoholism are not being attended to . |
| 18 | | 02/11/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Wants monistat for yeast infection.  Exam consistent with yeast infection per PNP.  Rx per PNP. | Appropriate | | | |
| 18 | | 02/25/24 | Sick Call/Clinic Visit RN | RN | Access to Care | States UTI symptoms. Burning, frequency, pain.  Unable to obtain urine.  Labs ordered.  Told to increse fluids.  No physical exam - telehealth visit.  "Contact  site leadership" | Deficient | No excuse for failure to obtain urine.  Can be done later to establish need for antibiotic. | Adversely | treatment for UTI is delayed. Untreated UTI can become pyelonephritis and sepsis, especially in patient who is pre diabetic. |
| 18 | | 02/26/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Urinates small amount of blood, constipated.  Exam is remarkable for "generalized abdominal pain that extends to both of her sides and her low back area.  Non acute abdomen. " VS - temp 99.  UA dip stick leukocytes, nitrite, proteinl, red cells.  Assess;  UTI, constipation. Plan: Bactrim BID for 7 days, Rocephin 1 gm daily for two days. Tylenol. Increase fluids.  Repeat UA in 10 days. | Deficient | Patient's exam is consistent with pyelonephirits.  Treatment of this patient as outpatient is risky, but acceptable with very close follow up.  Repeat UA in 10 days is insufficient. Patient needs to be seen in 24 hours, and urine should be sent out for analysis, along with culture, and also blood tests of kidney function and CBC | Potentially | Patients can die from undertreatment of pyelonephritis. |
| 18 | | 03/04/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Patient commplains of persistent constipation and UTI symptoms.  Plan - to see PCP | Deficient | RN should obtain UA on the spot and dipstick test to confirm improved Uti | Potentially | there is no sensitivity done on urine culture to ensure antibiotic prescribed is effective |
| 18 | | 03/05/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Follow for persistent UTI symptoms.  No exam performed.  Temperature not reported.  No UA done. Pyridium ordered to subdue symptoms. | Deficient | UA dip stick can be done on the spot. Need urine culture. Lab not reviewed. VS are crucial, especially temperature. | Potentially | there is no sensitivity done on urine culture to ensure antibiotic prescribed is effective |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/17/2024** | Case #: **18** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | **inadequate** |
| Overall Case Percentage Score: | **25.0%** |

**Summary:** 45 yo obese female admitted intoxicated January 3, 2024, alcoholic. BS 93.  Referred for CIWA protocol and routine medical follow up.

**Justification:** Process in diagnosing and treating urinary tract infection was not within community standards, and defied IP guidelines.  Important lab test results were described in the progress note but were not placed in the medical record. Patient's UTI seems to be resolved but a repeat urine test is required to make sure of no persistent infection and no persistent blood in the urine.  But in absence of lab tests, treatment failure was possible. Thyroid tests suggesting hyperthyroidism are not followed up.  Nurse sick call did not follow PNP protocols for complaint of headache and blurry vision.  Evaluation of constipation is insufficient.  Access to care is not provided by PA chart review with no examination or face to face meeting.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | 03/05/24 | Specialty Services | PA | Outside Medical Care/Referrals | Lab reported from blood drawn 2/26/24. No lab tests are reported in diagnostics or documents. TSH is low, suggesting hyperthyroidism. | Deficient | Medical records need to have lab report placed in the medical record.  Follow up to TSH is crucial. | Potentially | patient may be hyperthyroid. Untreated hyperthyroidism can be fatal. |
| 18 | | 03/10/24 | Sick Call/Clinic Visit RN | RN | Access to Care | "blurry vision major headaches" No physical exam.  No eye exam. Assess: alteration in comfort.  Temp 99. | Deficient | Nurses have no authority to diagnose outside of the protocols.  PNP for nurse requires more extensive examination and contact physician for severe pain. | Potentially | unknown cause of headache, can include sepsis. |
| 18 | | 03/12/24 | Clinic Follow-up | NP | Access to Care | UTI follow up.  Patient states symptoms are gone. Will buy reading glasses. | Appropriate | | | "alls well that ends well" but the process in this case was risky. |
| 18 | | 03/18/24 | Sick Call/Clinic Visit RN | RN | Access to Care | patient asking for mil of magnesuia.  States meds ordered are ineffective. | Appropriate | Treatment provided in accord with the nurses protocol. | Potentially | Persistent sub clinical infection or kindney disease may be undetected without repeat urine analysis. |
| 18 | | 03/23/24 | Sick Call/Clinic Visit PCP | PA | Access to Care | request for MOM denied. | Deficient | ratioinale is chroinc misuse of laxatives; non compliance with meds offered.  Magnesium poisoning risks way overstated.  Patient is entitled for work-up and care for condition by PCP.  This is chart review only. | Potentially | Another example of insufficient access to care that needs to be face-to-face. MOM may be good choice after direct exam and patient education. |
| 18 | | 03/30/24 | Specialty Services | NP | Outside Medical Care/Referrals | Urine analysis after treatment shows persistent white blood cells and bacteria suggesting inadequate treatment. | Deficient | Inadequate follow up to this lab result | Potentially | patient may suffer complications from under treated or chroinc UTI |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/17/2024 | | **Case #:** 18 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 25.0% |

**Summary:** 45 yo obese female admitted intoxicated January 3, 2024, alcoholic. BS 93.  Referred for CIWA protocol and routine medical follow up.

**Justification:** Process in diagnosing and treating urinary tract infection was not within community standards, and defied IP guidelines.  Important lab test results were described in the progress note but were not placed in the medical record. Patient's UTI seems to be resolved but a repeat urine test is required to make sure of no persistent infection and no persistent blood in the urine.  But in absence of lab tests, treatment failure was possible. Thyroid tests suggesting hyperthyroidism are not followed up.  Nurse sick call did not follow PNP protocols for complaint of headache and blurry vision.  Evaluation of constipation is insufficient.  Access to care is not provided by PA chart review with no examination or face to face meeting.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | | |
|---|---|---|---|---|
| Date of Review: | **3/17/2024** | | Case #: | **19** |
| Facility: | **MCJ** | | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | | Review Time Period: | **Feb - March 2024** |
| Inmate ID #: | | | Overall Case Rating: | **Adequate** |
| | | | Overall Case Percentage Score: | **75.0%** |

**Summary:** 25 yo male admitted 1/21/24 referred for urgent MH evaluation of schizophrenia . No evident other medical problems when booked.

**Justification:** Patient's severe schizophrenia complicates medical care. His sex history and risks for STD are unclear. The documentation regarding informed refusal of labs is poor. Patient's care in light of challenges is adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | 02/18/24 | Sick Call/Clinic Visit RN | RN | Access to Care | C/O diarrhea, acid reflux. States he is better at time of exam. Rx provided per PNP | Appropriate | | | |
| 19 | | 02/18/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Wants STD testing. GU PNP reports anal warts. Has no notification of disease in partners. Refer to provider for lab testing | Appropriate | | | STD testing should have been done on admission 1/21/24. |
| 19 | | 02/29/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Patient has refused to be screened for STD. Says anal warts are gone. Exam finds external hemorrhoid, no warts. No return visit | Deficient | patient should have counseling and documented fully informed consent or refusal in light of unclear history of sexual encounters. | Potentially | patient may be at  h risk for HIV, other STD and death from non treatment. This is not explained. |
| 19 | | 03/14/24 | Specialty Services | MD | Outside Medical Care/Referrals | return from oral surgery. Orders provided | Appropriate | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 3/17/2024 | | **Case #:** 19 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 75.0% |

**Summary:** 25 yo male admitted 1/21/24 referred for urgent MH evaluation of schizophrenia . No evident other medical problems when booked.

**Justification:** Patient's severe schizophrenia complicates medical care. His sex history and risks for STD are unclear. The documentation regarding informed refusal of labs is poor. Patient's care in light of challlenges is adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 19 | | | | | | | | | | |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: **3/18/2024** | |
| Facility: **MCJ** | |
| Inmate Name (Last, First): | |
| Inmate ID #: | |

| | |
|---|---|
| Case #: **20** | |
| Physician Auditor: **B. Barnett** | |
| Review Time Period: **Feb - March 2024** | |

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 40.0%

**Summary:** 54 yo female booked 2/9/24 with COPD, Arthritis (RA, Lupus).  Acutely ill presentation at intake required immediate medical attention.  Abnormal vital signs (elevated pulse rate) were not repeated.  No lab tests, no STD screening tests ordered.  Lower extremity edema consistent with R heart failure is not properly evaluated or treated.

**Justification:** Telehealth medical care for possible heart failure puts patient at serious risk of harm or death.  As of 4/10/24 there are no lab tests performed and no assessment of serious abnormalities reported in CT done 2/16/24.  NP [redacted] evaluations insufficient without providing an assessment.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | 02/09/24 | Initial Intake Screening | RN | Intake Screening | dyspneic, cough. Tachycardia. RR 20.  Denies substance abuse. | Deficient | Described as normal VS.  Not repeated.  Not referred for PCP evaluation. | Adversely | acute illness not referred or treated promptly. |
| 20 | | 02/13/24 | Other | RN | Detoxification/Withdrawal | Patient discloses was on MAT, and now is withdrawing off med. Entered into COWS | Appropriate | | | |
| 20 | | 02/14/24 | Chronic Care | NP | Chronic Care | COPD, MAT. Exam no distress. Meds ordered. | Deficient | No lab ordered.  No STD tested | Potentially | at risk as substance abuse for STD.  At risk for multiple abnormal lab not tested. |
| 20 | | 02/15/24 | Chronic Care | MD | Chronic Care | Chronic pain, MAT. Labs ordered. | Appropriate | | | Lab not done. |
| 20 | | 02/16/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain 10/10 sent to ER | Appropriate | | | |
| 20 | | 02/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from hospital for atypical chest pain.  Schedule PCP exam.. | Deficient | CT reporting "concerning for pulmonary edema, cannot exclude superimposed atypical infection ... fatty infiltration of liver .. Elevation of right hemidiaphragm [consistent with liver enlargement]" not addressed by MCJ upon return | Potentially | patient may have early heart failure, and/or infection untreated. Follow up required. |
| 20 | | 02/21/24 | Specialty Services | NP | Outside Medical Care/Referrals | F/U from ER visit.  No Assessment . No weight | Deficient | Follow up care after hospitalization was insufficient.  No weight, Respiratory rate.  No auscultation of chest. Needs diagnoses, lab testing. | Potentially | unclear medical status without reviewing labs. STD. (NP [redacted] writes "ideology" to mean etiology) |
| 20 | | 02/26/24 | Chronic Care | NP | Access to Care | f/u for COPD.  Now swelling 3+ pitting edema both legs. Resp rate not reported. No sign of repiratory distress. Assess:  edema of unknown etiology. Plan:  Lawx, then HCTZ, TED.  NP sick call 7 days.  Labs pending. Wt 198 is down 48 lbs in one week from 246 on 2/15/24 - NO ACCURATE? | Deficient | Edema, uncertain weight,.  No labs in chart.  No labs ordered STAT.  Follow up too lenient.  Needs to be seen next day after lasix. | Potentially | Unclear if reviwed with Dr. [redacted]   At risk for Cor Pulmonale, CHF, hypokalemia. Arrhytmia. |
| 20 | | 03/05/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | bilateral edema lower legs, SOB, dry cough. PE no temperature, no respiratory rate. No weight. Wheezes.  No assessment. Plan: inhaler, low salt diet. | Deficient | Exam incomplete.  VS not taken.  No weight. Patient may be in heart failure.  Right sided failure could look like this. No assessment made. Care is not compliant with IP, and not nearly within standards of care | Potentially | If patient deteriorates will need hospitalization. Can lead to left sided failure and respiratory failure and death. |
| 20 | | 03/27/24 | Sick Call/Clinic Visit PCP | MD | Detoxification/Withdrawal | Chronic pain. MAT.  Subutex increased. | Appropriate | | | |

Created 01-2017

Monterey County Jail Health Care Monitoring Audit
**Physician Auditor's Clinical Case Review Worksheet**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |
| 20 | | | | | | | | |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 3/28/2024
**Facility:** MCJ
**Inmate Name (Last, First):**
**Inmate ID #:**

**Case #:** 21
**Physician Auditor:** B. Barnett
**Review Time Period:** Feb - March 2024

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 0.0%

**Summary:** 43 yo female, diabetes, obese. HTN. Hypothyroid on meds. Chronic care visits are delayed and incomplete. Labs not ordered. STD and lab testing not done timely.

**Justification:** Diabetes and HTN care that does not meet community standards puts patient at risk of harm. Patient needs to be seen by PCP in person. Poor control of DM and HTN should be reviewed by MD. Lab tests that were needed upon admission were performed approximately 6 weeks after admission show patient is severely hypothyroid. Treatments for hypothyroidism and syphilis were delayed by incomplete chronic care. Patient has been infected with syphilis, and seriously hypothyroid for many weeks without treatment. Care not sufficient for hypothyroid condition.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | 02/24/23 | Initial Intake Screening | RN | Intake Screening | Diabetic on insulin, described as "not diabetic" and no blood sugar checked ("n/a"). Sent to GP with no referral | Deficient | intake form filled out inaccurately, not referred for chronic care and PCP care to confirm meds. | Adversely | Delayed access to chronic care delayed diagnois of hypothyroidism, belatedly made 4/4/24 |
| 21 | | 02/27/24 | Patient Refusal | NP | Access to Care | Patient's putative refusal to see PCP is not documented with informed consent in the chart. | Deficient | Refusal regards "blood sugar check" but not the exam or visit. | Potentially | |
| 21 | | 03/12/24 | Chronic Care | NP | Chronic Care | Patient due for CC exam to review DM, hypothyroid, HTN. Also reports "leg arthritis". Exam is grossly unremarkable. Limited detail by telehealth. | Deficient | Chronic care is incomplete. Exam deficient. N labs ordered. No patient education. Needs referral to PCP on site for in person exam and DM management. | Adversely | poorly controlled blood glucose leads to worse neuropathy, eye and kidney complications. Known hypothyroidism not addressed. |
| 21 | | 03/18/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Complains of diabetes, foot numb. no STI testing. Is referred to PCP for further exam, and follow up regarding labs. | Deficient | Requst for review by PCP not honored timely. Patient is seen by NP 3/25/24. Lab not done. HTN not followed up as requested. Hypertension not treated adequately. | Adversely | uncontrolled HTN in diabetic injures kidneys. Lab delayed means necessary treatments are delayed. |
| 21 | | 03/19/24 | Chronic Care | PA | Chronic Care | Blood sugars monitored by chart review only. No exam performed. Jardiance added to DM regimen. | Deficient | IP requires in person examination and treatment that comports with national guidelines. Prescribing without exam does not meet community standards. | Adversely | Poor control of diabetes, insufficient clinical care leads to complications. Lab still not done. |
| 21 | | 03/25/24 | Chronic Care | NP | Chronic Care | Visit for numbness of left foot. Possible diabetic neuropathy. Exam is grossly unremakralbe by telehealth. BP elevated. Meds ordered. | Deficient | diabetic neuropathy not assessed. No microfiliament exam or other like exam. Lab not done. No random BS done. Abnormal BP not repeated. Weight not measured. Single BP med therapy insufficient. Probably needs at least 2 drugs for adequate BP control in diabetic. | Adversely | Poor control of diabetes, insufficient clinical care leads to complications. Lab still not done. Needs referral to MD for in person eval, HTN assessment, etc. |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| Date of Review: | **3/28/2024** | Case #: | 21 |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | **Feb - March 2024** |
| Inmate ID #: | | Overall Case Rating: | Inadequate |
| | | Overall Case Percentage Score: | 0.0% |

**Summary:** 43 yo female, diabetes, obese. HTN. Hypothyroid on meds. Chronic care visits are delayed and incomplete. Labs not ordered.  STD and lab testing not done timely.

**Justification:** Diabetes and HTN care that does not meet community standards puts patient at risk of harm.  Patient needs to be seen by PCP in person.  Poor control of DM and HTN should be reviewed by MD.  Lab tests that were needed upon admission were performed  Needed lab tests performed approximately 6 weeks after admission show patient is severely hypothyroid.  Treatments for hypothyroidism and syphilis were delayed by incomplete chronic care.   Patient has been infected with syphilis, and seriously hypothyroid for many weeiks wtihout treatment.  Care not sufficient for hypothyroid condition.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 21 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 3/30/2024 | | **Case #:** 22 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | | **Review Time Period:** |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 52.9% |

**Summary:** 35 yo obese(BMI 39) female with history of alcohol abuse, anxiety disorder, polysubstance abuse and seizure-like activity, possibly including pseudoseizures, booked 12/9/24 with frequent ER admissions thereafter.  Patient complains of severe constipation.  Fracture left wrist diagnosed 1/4/24.  Patient refused Ortho appointment 1/31/24.  Followed in CC.

**Justification:** Patient is challening because of  pseudoseizures, multiple calls for urgent care related to apparent anxiety or other psychiatric issue and non compliance.  X rays ordered are not provided.  Patient refused blood tests and radiological studies.  Necessary lab testing is delayed.     Access to care and chronic care is incomplete with missing assessments and no care plan.  Patient needs collaborative MH and medical care.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | 02/07/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Complains hand swelling, pain. Possibly reinjured last night. Telehealth visit notes some wrist deformity.  No assessment.  Plan:  repeat X ray and follow up after results. | Deficient | Assessment required for access to care. | Potentially | determination should be made whether patient has urgent need for orthopedic evaluation, or emergency X ray to rule out dislocation. |
| 22 | | 02/07/24 | Specialty Services | NP | Outside Medical Care/Referrals | X ray ordered, but X ray not performed | Deficient | Specialy care not available after request | Potentially | Unknown condition without X ray. |
| 22 | | 02/12/24 | Emergent/Urgent Visit | RN | Access to Care | Possible seizure.  Unable to assess.  Sent to ER | Appropriate | | | |
| 22 | | 02/13/24 | Specialty Services | RN PA | Outside Medical Care/Referrals | Returned to MCJH, with report .  Assessed as pseudoseizures. No change in meds recommended.  ER report reviewed by PA; Neurology appointment is pending. No change in medications. | Appropriate | | | 2/15/24 Neurology report reviewed on 2/19/24.  (added to spreadsheet below) |
| 22 | | 02/20/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Seizure like activity reported .  Patient does not appear ill, injured.  No seizure or aftermath of seizure noted.  No action taken. | Deficient | Every nursing encounter should be recorded with SOAP entry. The objective report is incomplete with no vital signs.  There is no assessment and no plan | No Effect | |
| 22 | | 02/21/24 | Chronic Care | NP | Chronic Care | Listed as followup up to ER visit. Complaining of constipation.  Neurology and orthopedic consultation pending.  Patient has chronic conditions with multiple ER visits that justify Chronic care entries, last one being 12/28/24.  Left wrist in splint. | Deficient | Exam is incomplete. No weight.  No abdominal, neurolgical or orthopedic exam. No follow up or advocacy regarding neurological or othopedic visits. No lab tests ordered.  No assessment.  No treatment plan.  Elevated blood sugar noted on booking has not been followed up. | Adversely | Constipation not treated.  STD screening not performed. Specialty visits are delayed. |
| 22 | | 02/22/24 | Emergent/Urgent Visit | MD | Access to Care | Called to see patient for shaking episode. Exam unremarkable. | Deficient | No assessment, and no plan | Adversely | patient's pseudoseizures are not addressed. Need to collaborate with MH. |
| 22 | | 02/26/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Reports fall.  Claims 10/10 pain. Claims head injury. Sent to ER | Appropriate | | | |
| 22 | | 02/27/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ER after exam with no further ordered. ER note not reviewed by PCP, and no note regarding ER care is in the EMR. | Deficient | IP requires copies of outside care be in the EMR. | Potentially | possible aggravation of wrist fracture needs to be ruled out by X ray.  Was that done by ER? |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **3/30/2024** | Case #: 22 |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: |
| Inmate ID #: | Overall Case Rating: **Inadequate** |
| | Overall Case Percentage Score: **52.9%** |

**Summary:** 35 yo obese(BMI 39) female with history of alcohol abuse, anxiety disorder, polysubstance abuse and seizure-like activity, possibly including pseudoseizures, booked 12/9/24 with frequent ER admissions thereafter. Patient complains of severe constipation. Fracture left wrist diagnosed 1/4/24. Patient refused Ortho appointment 1/31/24. Followed in CC.

**Justification:** Patient is challening because of pseudoseizures, multiple calls for urgent care related to apparent anxiety or other psychiatric issue and non compliance. X rays ordered are not provided. Patient refused blood tests and radiological studies. Necessary lab testing is delayed. Access to care and chronic care is incomplete with missing assessments and no care plan. Patient needs collaborative MH and medical care.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | 03/08/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review of medical record after patient returned from orthopedic visit. No ortho note provided except few handwritten lines on authorization sheet asking for old records and MRI. | Deficient | IP requires copies of outside care consultation be in the EMR. IP requires communication with patient after the specialist visit to discuss plan or care. | Potentially | patient unable to cooperate with plan if not participating. Refuses MRI. |
| 22 | | 03/10/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Patient complains of red eye for 2 weeks. Wants referral for glasses. Summary shows visit for constipation complaint. Telehealth visit note not abnormal findings on PNP form. Weight not measured | Deficient | History and exam incomplete. No weight. No eye exam. | Potentially | Patient needs in person exam as cause of chronic constipation not established after multiple visits, and needs eye exam to rule out glaucoma or iritis. |
| 22 | | 03/12/24 | Sick Call/Clinic Visit PCP | RN | Access to Care | Claims chest pain. Exam grossly normal. Appears to have musculskeletal discomfort. PNP forms for muscle strain, chest pain filled out. | Appropriate | | | form filled out states weight 140 -obvious error. Elsewhere states |
| 22 | | 03/18/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Vaginal discharge, itchy - request submitted 3/17/24. PNP form filled out. Rx per protocol for yeast infection | Appropriate | | | Blood sugars should be measured as booking glucose was 134. |
| 22 | | 03/20/24 | Emergent/Urgent Visit | RN | Access to Care | Night terror. No medical issues noted. No new orders. | Appropriate | | | additional evidence of need to have collaborative care with MH. |
| 22 | | 03/23/24 | Sick Call/Clinic Visit RN | RN | Access to Care | "having seizures". Exam normal. No action | Appropriate | | | |
| 22 | | 03/24/24 | Sick Call/Clinic Visit RN | DON | Access to Care | Trembling. Says she wants to lose weight. Refuses blood sugars. Exam otherwise not abnormal. VS normal. Refer to MH | Appropriate | | | First clear MH referal. Needs collaborative care. Refusal of MRI was not discussed. |
| 22 | | 02/19/24 | Specialty Services | PA | Outside Medical Care/Referrals | Neurology consultation reviewed. Suggests video EEG off medication. For now continue Keppra | Appropriate | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| Date of Review: | **3/30/2024** | Case #: | 22 |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | |
| Inmate ID #: | | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 52.9% |

**Summary:** 35 yo obese(BMI 39) female with history of alcohol abuse, anxiety disorder, polysubstance abuse and seizure-like activity, possibly including pseudoseizures, booked 12/9/24 with frequent ER admissions thereafter. Patient complains of severe constipation. Fracture left wrist diagnosed 1/4/24. Patient refused Ortho appointment 1/31/24. Followed in CC.

**Justification:** Patient is challening because of pseudoseizures, multiple calls for urgent care related to apparent anxiety or other psychiatric issue and non compliance. X rays ordered are not provided. Patient refused blood tests and radiological studies. Necessary lab testing is delayed. Access to care and chronic care is incomplete with missing assessments and no care plan. Patient needs collaborative MH and medical care.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 3/30/2024  
**Facility:** MCJ  
**Inmate Name (Last, First):**  
**Inmate ID #:**  

**Case #:** 23  
**Physician Auditor:** B. Barnett  
**Review Time Period:**  

**Overall Case Rating:** Inadequate  
**Overall Case Percentage Score:** 70.0%

**Summary:** 51 yo obese (BMI 41) Hispanic male with hypothyroidism, alcoholisut, meth abuse admitted briefly  2/9/24 and released on 2/14/24.  When booked in 2/23/24 he denied drug use but seemed to be under the influence or withdrawing and is placed on COWS.  He claimed at that time to be on MAT. He was sent to GP with referral for CC.  Laboratory testing to screen for STD was delayed.  No action taken, or patient education offered when positive results returned from lab tests on 3/29/24.  Patient education upon release is not documented.

**Justification:** Multiple medical problems need chronic care visit.  STD screening and care for hypothyroidism was delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 02/09/24 | Initial Intake Screening | RN | Intake Screening | hypothyroid, alcohol and meth abuse. Obesity. VS normal. BS 101. Placed in CIWA.  Physician contacted for withdrawal instructeonis.  No referral documented in the Intake form, but is seen 2/14/24 for chronic care. | Appropriate | | N/A | Notwithstanding "no referral" on Intake form, patient is seen for CC visit for thyroid problem on 2/14/24 |
| 23 | | 02/14/24 | Chronic Care | NP | Chronic Care | Visit for hypothyroid.  Exam unremarkable. Thyroid lab ordered. | Deficient | Chronic care visit is incomplete.   Polysubstance abuse not addressed.  Possible pre diabetes not addressed.  No STD screening done. | Potentially | patient is at risk for STD. |
| 23 | | 02/14/24 | Other | RN | Continuity of Care After Release | Discharge instructions filled out, meantion chronic medical condition and need for PCP | Appropriate | | | |
| 23 | | 02/23/24 | Initial Intake Screening | RN | Intake Screening | denies drug, alcohol.  Reports MAT, not confirmed.  Described as under the influence. Sent to GP.  Referred for CC. | Deficient | Statement of "under the influence" incompatable with admission to GP.  Need to reconcile plan with repeat exam or call to PCP. Also, thryoid medication is not continued after booking. | Potentially | Patient actively withdrawing can seize, attempt suicide in GP. See 2/24/24 |
| 23 | | 02/24/24 | Emergent/Urgent Visit | RN | Access to Care | Suicidal statements. Sent to MH | Appropriate | | | |
| 23 | | 03/01/24 | PCP Diagnostics Review | PA | Tuberculosis & Other Infections | Review of PPD status in past negative.  X ray obtained on this visit because refuses further PPD. Negative X ray.  PPD negative in past. No further action | Appropriate | | | |
| 23 | | 03/11/24 | Chronic Care | PA | Chronic Care | Patient needs chronic care visit to review hypothyroid status. Chart review only is insufficient  regarding thryoid, and lack of thyorid meds. Levothyroxin not ordered at booking.  Is ordered now. | Deficient | Patient was referred for CC, needs in person examination, consideration of possible pre diabetes, complications from drug use, obesity, hypothyroidism. No STD testing done. (Thryoid labs only ordered.)  Has not had 14 day health inventory. | Potentially | IP calls for Chronic care visit and treatment plan within 7 days.  CC visit scheduled for 3/29/24. |
| 23 | | 03/20/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Wants cane, post replacement of right hip.  Exam normal. Gaiit steady. Acetaminophen per PNP. Weight 260. | Appropriate | | | Hip pain likely due to obesity. Needs CC attention. |
| 23 | | 03/27/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Pain right hip. Wants meds, therapy. Cane. On exam no apparent deficit. PNP forms filled out. Rx ibuprofen.  Has PCP exam scheduled for 3/29/24. | Appropriate | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 3/30/2024 | | **Case #:** 23 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | | **Review Time Period:** |
| **Inmate ID #:** | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 70.0% |

**Summary:** 51 yo obese (BMI 41) Hispanic male with hypothyroidism, alcoholisut, meth abuse admitted briefly  2/9/24 and released on 2/14/24.  When booked in 2/23/24 he denied drug use but seemed to be under the influence or withdrawing and is placed on COWS.  He claimed at that time to be on MAT. He was sent to GP with referral for CC.  Laboratory testing to screen for STD was delayed.  No action taken, or patient education offered when positive results returned from lab tests on 3/29/24.  Patient education upon release is not documented.

**Justification:** Multiple medical problems need chronic care visit.  STD screening and care for hypothyroidism was delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 03/29/24 | Specialty Services | MD | Outside Medical Care/Referrals | Lab reports positive Hepatitis A, B and C antibodies.  Antigen tests for Hepatitis B, C are negative (meaning that he has no current infection). | Appropriate | | N/A | Screening for STD is inordinately delayed from admission 2/23/24.  HCV testing should automatically look at viral load if Antibody is positive |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 3/30/2024 | |
| **Facility:** MCJ | |
| **Inmate Name (Last, First):** | |
| **Inmate ID #:** | |

| | |
|---|---|
| **Case #:** 23 | |
| **Physician Auditor:** B. Barnett | |
| **Review Time Period:** | |

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 70.0%

**Summary:** 51 yo obese (BMI 41) Hispanic male with hypothyroidism, alcoholisut, meth abuse admitted briefly 2/9/24 and released on 2/14/24. When booked in 2/23/24 he denied drug use but seemed to be under the influence or withdrawing and is placed on COWS. He claimed at that time to be on MAT. He was sent to GP with referral for CC. Laboratory testing to screen for STD was delayed. No action taken, or patient education offered when positive results returned from lab tests on 3/29/24. Patient education upon release is not documented.

**Justification:** Multiple medical problems need chronic care visit. STD screening and care for hypothyroidism was delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: | **31-Mar-24** | |
| Facility: | **MCJ** | Case #: **24** |
| Inmate Name (Last, First): | | Physician Auditor: **B. Barnett** |
| Inmate ID #: | | Review Time Period: **Feb - March 2024** |

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | 100.0% |

**Summary:** 61 yo male admitted 9/29/23 with diabetes, chronic kidney disease.

**Justification:** Patient treated for complications of chronic kidney disease, and receives timely specialty care from optometry and nephrology.  Chronic care visits meet IP requirements, including lab for STD screening.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 02/02/24 | Specialty Services | RN , MD | Outside Medical Care/Referrals | Returned from hospital after evaluation of hyperkalemia (k = 6). Medical csre reviewed by RN and MD. ER report is in EMR. | Appropriate | | | |
| 24 | | 02/05/24 | Chronic Care | MD | Chronic Care | Follow up from ER visit and multiple Med problems. Exam unremarkable. Labs pending Meds continued as recommended. Speicalty visits pending | Appropriate | | | |
| 24 | | 02/09/24 | PCP Diagnostics Review | MD | Chronic Care | lab pending.  Will contact lab, or repeat test as needed. | Appropriate | | | Dr. takes proactive stance, needed for this patient and others. |
| 24 | | 02/13/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Lab returned K 6.3.  Send  to ER for immediate therapy | Appropriate | | | |
| 24 | | 02/14/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from hospital after evaluation of hyperkalemia (k = 6.3). Medical csre reviewed by RN and MD.  ER report is in EMR. | Appropriate | | | |
| 24 | | 02/21/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Low blood sugare, K 5.8.  Exam otherwise unremakralbe.  Meds for high potassium | Appropriate | | | |
| 24 | | 02/26/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return from nephrology.  Report reiterated with recommendatons.  Consultation is in the chart | Appropriate | | | recommended tests (vit D, US with post void residual, iron panel) not yet done. |
| 24 | | 03/04/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Patient worried about weight. Reassured. | Appropriate | | | |
| 24 | | 03/13/24 | Specialty Services | MD | Outside Medical Care/Referrals | lab drawn to follow K levels | Appropriate | | | |
| 24 | | 3/289/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review optometry findings | Appropriate | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **31-Mar-24** | Case #: **24** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **Feb - March 2024** |
| Inmate ID #: | |

| | |
|---|---|
| Overall Case Rating: | **Adequate** |
| Overall Case Percentage Score: | **100.0%** |

**Summary:** 61 yo male admitted 9/29/23 with diabetes, chronic kidney disease.

**Justification:** Patient treated for complications of chronic kidney disease, and receives timely specialty care from optometry and nephrology. Chronic care visits meet IP requirements, including lab for STD screening.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 24 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 4/1/2024 | | **Case #:** 25 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb- March 2024 |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 50.0% |

**Summary:** 23 yo female diagnosed with gonorrhea about 3 weeks after admission to MCJ.  Intake documents history of psychosis, alcohol and meth abuse. States is victim of sexual abuse.

**Justification:** Significant delay in care for patient with history of sexual abuse, polysubstance abuse.  Diagnosis of veneral disease was delayed, and treatment delayed further - increases risk of harm to patient.   CC form not used. Problem list is incomplete .  Patient unnecessarily exposed to substantial risk of harm by delayed diagnosis and treatment. of venereal disease. Assessment on 3/12/24 is left blank by PCP.  Patient did not have any apparent advocacy to ensure timely tretment of veneral disease, even after stating she had been sexually abused.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 02/13/24 | Initial Intake Screening | RN | Intake Screening | Sex abuse, polysubstance abuse.  Enrolled in CIWA, synthetics protocol.  Med exam unremarkable, referred for medical visit and MH. | Appropriate | | | Medical visit not timely provided.  See lapse in CC, and for Access to care. |
| 25 | | 02/14/24 | Other | ? | Detoxification/Withdrawal | VS and behavior observed for detox. | Appropriate | | | |
| 25 | | 02/19/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Bloody nose, tachycardia (128).  Epistaxis not controlled. Sent to ER | Appropriate | | | |
| 25 | | 02/19/24 | Specialty Services | RN | Outside Medical Care/Referrals | Patient returned from ER after bloody nose. Resolved. | Deficient | No documents from ER in the EMR. | No Effect | |
| 25 | | 02/26/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Vaginal exam finds toilet paper, feces. Cleaned. Body scanned for FB. Negative exam.  Order from MD for exam next day. | Appropriate | | N/A | Patient is due for 14 day inventory and STD screening. |
| 25 | | 02/27/24 | Chronic Care | MD | Chronic Care | Opportunity for overdue CC visit, polysubstance abuse.  Seen for reported self injury, inserting wood into vagina. Requesting STD.  Vaginal discharge. Lab: GC, BV, Trich lab forf STD. Empiric Rx flagyl. | Deficient | Chronic care visit is delayed.  Should have oc | Potentially | late treatment for GC exposes patient to harm. |
| 25 | | 03/05/24 | PCP Diagnostics Review | | Outside Medical Care/Referrals | Gonorrhea  reported by lab 3/2/24.  Treatment ordered, with follow up requested from  public health. | Deficient | Lab findings indicating venereal disease not | Potentially | late treatment for GC exposes patient to harm. |
| 25 | | 03/09/24 | Medication Renewal | | Pharmaceutical Administration | prescribed medication for gonorrhea not timely administered. Ordered 3/5 two days afterr discovery of infection, and not provided to patient until 3/9/24 | Deficient | Patient should have been screened at intake. Treatment is delayed by nearly one month. | Potentially | delayed treatment for gonorhea inceases risks of harm. |
| 25 | | 03/12/24 | Sick Call/Clinic Visit PCP | RN | Access to Care | Follow up regarding GC.  Public health form filled out. VS normal.  No complaints.  Continue antibiotics as ordered. Assessment is blank. | Appropriate | | | Progress noe is incomplete without assessment. |
| 25 | | 03/13/24 | Observation Cell | ? | Access to Care | exam in Ad Seg is cursory, at best.  States "Unkempt."  No evident as to why.  No physical/Mental quotes from patient/ | Deficient | Patient known to have disease under care requires assessment, not provided | Potentially | complications of GC not considered. |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| Date of Review: | **4/1/2024** | Case #: | **25** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | **Feb- March 2024** |
| Inmate ID #: | | Overall Case Rating: | **Inadequate** |
| | | Overall Case Percentage Score: | **50.0%** |

**Summary:** 23 yo female diagnosed with gonorrhea about 3 weeks after admission to MCJ.  Intake documents history of psychosis, alcohol and meth abuse.  States is victim of sexual abuse.

**Justification:** Significant delay in care for patient with history of sexual abuse, polysubstance abuse.  Diagnosis of veneral disease was delayed, and treatment delayed further - increases risk of harm to patient.   CC form not used. Problem list is incomplete .  Patient unnecessarily exposed to substantial risk of harm by delayed diagnosis and treatment. of venereal disease. Assessment on 3/12/24 is left blank by PCP.  Patient did not have any apparent advocacy to ensure timely tretment of veneral disease, even after stating she had been sexually abused.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: | **4/2/2024** | Case #: 26 |
| Facility: | **MCJ** | Physician Auditor: B. Barnett |
| Inmate Name (Last, First): | | Review Time Period: Feb - March 2024 |
| Inmate ID #: | | |

Overall Case Rating: **Adequate**
Overall Case Percentage Score: **83.3%**

**Summary:** 51 yo homeless Spanish speaking female re-admitted to MCJ 2/15/24, somewhat uncooperative with no stated or apparent medical conditions, referred for MH evaluation. Seems to have neuro/cognitive impairment. MH evaluation pending regarding mental competency. Release and readmission on 3/21/24 is unclear.

**Justification:** TB tests, STD screening and other labs are not timely ordered and further delayed on account of patient not cooperating. Care is compliant with IP requirements.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | 02/15/24 | Initial Intake Screening | RN | Intake Screening | Homeless, multiple MCJ admissions. BCG history. Confused and uncooperative. Referrd for QuantiFERON test, MH evaluation | Appropriate | | | |
| 26 | | 02/15/24 | RN Diagnostic Services | MD | Tuberculosis & Other Infections | QuantiFERON screening indicated on TB assessment. | Deficient | QuantiFERON testing not performed. No STD screening done. | Potentially | patient at risk for STD, TB. No documented refusal for QF or STD screen in EMR. |
| 26 | | 02/20/24 | Chronic Care | MD | Chronic Care | Evaluation of Chorea detected in ER. History and physical documented. Problem list updated. Additional evaluation planned. Sent to ER for urgent lab. | Appropriate | | | |
| 26 | | 02/20/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ER visit. CBC normal. Chem panel remarkable for random BS 169. CT neg. Returned to MCJ for further evaluatoin | Appropriate | | | full evaluation, including STD and thyroid tests, not completed until 4/15/24 |
| 26 | | 03/26/24 | Chronic Care | MD | Chronic Care | Follow up regarding chorea. Differential diagnoses include dementia, parkinsonism, Huntington's Disease. Lab and neurology consultaton ordered | Appropriate | | | Poor cooperation from patient is delaying evaluation. |
| 26 | | 3/37/24 | Observation Cell | ? | Access to Care | observation in ad seg, 2/11- 3/31/24 includes report on appearance. No distress noted. | Appropriate | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | | |
|---|---|---|---|---|
| **Date of Review:** | 4/2/2024 | | **Case #:** | 26 |
| **Facility:** | MCJ | | **Physician Auditor:** | B. Barnett |
| **Inmate Name (Last, First):** | | | **Review Time Period:** | Feb - March 2024 |
| **Inmate ID #:** | | | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 83.3% |

**Summary:** 51 yo homeless Spanish speaking  female re-admitted to MCJ 2/15/24, somewhat uncooperative with no stated or apparent medical conditions, referred for MH evaluation.  Seems to have neuro/cognitive impairment.   MH evaluation pending regarding mental competency. Release and readmission on 3/21/24 is unclear.

**Justification:**  TB tests, STD screening and other labs are not timely ordered and further delayed on account of patient not cooperating. Care is compliant with IP requirements.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 4/2/2024 | | **Case #:** 27 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▓▓▓▓▓▓ | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** ▓▓▓▓ | | **Overall Case Rating:** Adequate | |
| | | **Overall Case Percentage Score:** 85.7% | |

**Summary:** 38 year old male intake on 2/23/24 with no apparent medical or mental health issues, has severe flank pain and diagnosed with kidney stones one week after admission.

**Justification:** Onset of kidney stones shortly after admission to MCJ treated appropriately. 14 day health inventory and STD screening is understandably delayed. MCJ needs systems in place to ensure the health maintenance is not lost in the shuffle around his kidney stones.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ▓ | 02/23/24 | Initial Intake Screening | ▓ RN | Intake Screening | Overweight (BMI 33) with no other apparent medical or MH issues. No referrals | Appropriate | | | patient did not volunteer history of prior stones. |
| 27 | ▓ | 03/01/24 | Emergent/Urgent Visit | ▓ RN | Access to Care | 10/10 Left flank pain. Sent to ER | Appropriate | | | |
| 27 | ▓ | 03/01/24 | Specialty Services | ▓ MD | Outside Medical Care/Referrals | Returned from ER with diagnosis of kidney stone, uncomplicated. Meds and followu up ordered | Appropriate | | | |
| 27 | ▓ | 03/04/24 | Sick Call/Clinic Visit PCP | ▓ MD | Access to Care | Recurrent severe pain presumed from kidney stone. Sent to ER | Appropriate | | | |
| 27 | ▓ | 03/07/24 | Chronic Care | ▓ NP | Outside Medical Care/Referrals | Telehealth examination grossly unremarkable. Patient | Appropriate | | | |
| 27 | ▓ | 03/29/24 | Specialty Services | ▓ NP | Outside Medical Care/Referrals | Returned from urology appointment with instruction for 24 hour urine collection. | Appropriate | | | |
| 27 | ▓ | 03/29/24 | Other | ▓ NP | Tuberculosis & Other Infections | Patient is overdue for 14 day health inventory and infectious disedase screening. | Deficient | STD screening not done. No 14 day health inventory | Potentially | patient at risk for STD. |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |
| 27 | ▓ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 4/2/2024 | | **Case #:** 27 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| **Overall Case Rating:** | Adequate |
|---|---|
| **Overall Case Percentage Score:** | 85.7% |

**Summary:** 38 year old male intake on 2/23/24 with no apparent medical or mental health issues, has severe flank pain and diagnosed with kidney stones one week after admission.

**Justification:** Onset of kidney stones shortly after admission to MCJ treated appropriately.  14 day health inventory and STD screening is understandably delayed.  MCJ needs systems in place to ensure the health maintenance is not lost in the shuffle around his kidney stones.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 27 | | | | | | | | | | |

# Monterey County Jail Health Care Monitoring Audit
## Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 4/2/2024
**Facility:** MCJ
**Inmate Name (Last, First):** [redacted]
**Inmate ID #:**

**Case #:** 28
**Physician Auditor:** B. Barnett
**Review Time Period:** Feb - March 2024

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 50.0%

**Summary:** 52 yo male cleared at hospital wtih complaint of pedal edema, and heat condition then admitted on 3/1/24 with request for next day medical visit. Patient returned to ER on 3/3/24 for acute deterioration, diagnosed as gastroenteritis with dehydration. MH diagnosis 3/2/24 paranoid schizophrenia.

**Justification:** Intake nurse requested urgent visit not provided within 24 hours. Later, patient deteriorates and is taken to hospital. Follow up care 4 days after return to MCJ continued unnecessary antibiotics not indicated as there is no apparent infection. Lab testing is delayed, and refused. Insufficient attention to results of outside medical care places patient at unnecessary risk of harm.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | 03/01/24 | Initial Intake Screening | RN | Intake Screening | Patient was sent to ER before booking for mild wheezing, advised albuterol and steroids. MH issues unspecified. Referred by Intake nurse for urgent, next day medical care and chronic care | Appropriate | | | Jail check doumentation returned to MCJ was incomplete. |
| 28 | | 03/01/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from jail check with minimal paper work. | Deficient | ER information not scanned into EMR | Adversely | PCP, MD, Med Director cannot assess the patient's need for prompt attention. Patient returns to hospital 3/3/24. |
| 28 | | 03/02/24 | Emergent/Urgent Visit | RN | Access to Care | AT [ ] patient acutely dyspneic, panicky.  O2 90%.  Improved after albuterol.  Paramedics stabilize and take to ER | Appropriate | | | Patient was not seen within 24 hours of admission as requested by Intake nurse. |
| 28 | | 3/4/2024; 3/7/24 | Specialty Services | RN; PA | Outside Medical Care/Referrals | Returned from ER visit with diagnosed non infectious gastroenteritis, acute kidney failures. MD ordered levaquin, metronidazole. Medical record also reviewed by [ ] on 3/7/24. | Deficient | Medical record of ER visit is incomplete.  Diagnoses of acute kidney failure not substantiated by lab tests, probably error.  PA [ ] does not address or follow up on ER report (probably error) regarding acute renal failure | Adversely | MCJ MD orders not based upon exam or lab evidence. ER notes not read or acted upon by MCJ provider. |
| 28 | | 03/08/24 | Chronic Care | MD | Chronic Care | Hypertension, Asthma, recent gastroenteritis, dehydration follow up from ER.  Improved, stable. Meds added for asthma.  Complete rx for gastroenteritis. STD labs ordered. | Deficient | Chronic care visit overdue. Lab ordered not done. - patient refuses lab on 3/20/24. | Adversely | Timely medical attention (requesed urgently) would have mitigated risk of further hospital care.  Prescribed antibiotics probably mistaken as patient diagnosed with non infectious gastroenteritis. |
| 28 | | 03/20/24 | Other | RN | Continuity of Care After Release | Discharge instructions and follow up meds provided upon release | Appropriate | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **4/2/2024**
Facility: **MCJ**
Inmate Name (Last, First):
Inmate ID #:

Case #: **28**
Physician Auditor: **B. Barnett**
Review Time Period: **Feb - March 2024**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **50.0%**

Summary: 52 yo male cleared at hospital wtih complaint of pedal edema, and heat condition then admitted on 3/1/24 with request for next day medical visit.  Patient returned to ER on 3/3/24 for acute deterioration, diagnosed as gastroenteritis with dehydration. MH diagnosis 3/2/24 paranoid schizophrenia.

Justification: Intake nurse requested urgent visit not provided within 24 hours.  Later, patient deteriorates and is taken to hospital.  Follow up care 4 days after return to MCJ  continued unnecessary antibiotics not indicated as there is no apparent infection.  Lab testing is delayed, and refused.  Insufficient attention to results of outside medical care places patient at unnecessary risk of harm.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 4/2/2024 | |
| **Facility:** MCJ | |
| **Inmate Name (Last, First):** | |
| **Inmate ID #:** | |

| | |
|---|---|
| **Case #:** 28 | |
| **Physician Auditor:** B. Barnett | |
| **Review Time Period:** Feb - March 2024 | |

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 50.0%

**Summary:** 52 yo male cleared at hospital wtih complaint of pedal edema, and heat condition then admitted on 3/1/24 with request for next day medical visit.  Patient returned to ER on 3/3/24 for acute deterioration, diagnosed as gastroenteritis with dehydration. MH diagnosis 3/2/24 paranoid schizophrenia.

**Justification:** Intake nurse requested urgent visit not provided within 24 hours.  Later, patient deteriorates and is taken to hospital.  Follow up care 4 days after return to MCJ  continued unnecessary antibiotics not indicated as there is no apparent infection.  Lab testing is delayed, and refused.  Insufficient attention to results of outside medical care places patient at unnecessary risk of harm.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 4/2/2024 | | **Case #:** 29 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 12.5% |

**Summary:** 71 yo male admitted to MCJ 7/21/22 with DM, heart disease, PTSD.  QuantiFERON testing negative upon repeat.

**Justification:** Incomplete assessments by NP  and RN at telehealth visits increased risk of fall, and failed to timely detect/treat  acute humerus fracture.  Insufficient examinations after injury increases risk for not detecting subdural hematoma.  Annual exam and chronic care is delayed and incomplete.  Orthopedic exam and treatment for arm fracture, along with osteoporosis, is inordinately delayed. Evaluation by Ortho specialty on 4/10/24 confirms fracture around prostehesis occurred one month prior, and needs surgery - probably at tertiary medical center. STD screening not done as of 5/9/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 03/01/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Reports unable to walk.  VS normal. Ambulation appears normal (though slow) on telehealth exam.  Assessed as restless leg syndrome. Request for wheelchair declined. "Medication will be adjusted." | Deficient | examination by telehealth is insufficient to establish reason patient cannot walk.  Very slow ambulation suggests neurological problem, such as parkinsonism. Needs in person evaluation, ADA to prevent falls | Adversely | patient seriously injured in fall on 3/4/24. |
| 29 | | 03/04/24 | Specialty Services | RN | Outside Medical Care/Referrals | Sent for treatment after fall in the morning.  Returned in evening.  Retruned with diagnoses right shoulder strain. | Deficient | Full report from ER not provided.  No official X ray reading. | Adversely | patient has broken shoulder, not diagnosed. |
| 29 | | 03/07/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | patient complains unable to use right arm after fall .  Exam by telehealth reports limited  rom right arm. Assessment:  right arm sholder pain | Deficient | ER note, X ray not reviewed.  Not provided with proper assessment or diagnosis.  Simply restates patient's symptoms | Adversely | patient's broken arm untreated. |
| 29 | | 03/11/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | 10/10 pain in right arm.  Large hematoma on arm. Assess:  right arm pain. Plan:  X ray ordered. | Appropriate | | | |
| 29 | | 03/13/24 | Specialty Services | PA | Outside Medical Care/Referrals | X ray done 3/13/24 shows acute humerus fracture. Has ortho appointment for 4/10/24 | Deficient | Ortho treatment for acute humerus fracture is inordinately delayed, beyond appropriate time | Adversely | patient's acute fracture is not treated. |
| 29 | | 03/13/24 | Chronic Care | MD | Health Care Maintenance | Chronic care form filled out, and annual exam form. Documents severely limited function in arm with extensive bruising.  Assess: right shoulder strain, stable cardiomyopathy, DM. Continue med. Ortho consultation pending | Deficient | Annual exam is overdue.Plan did not include follow up on X ray ordered by         on 3/11/24. Guidelines for health maintenance include counseling re prostate cancer, screen for colon cancer | Adversely | acute fracture has not been treated since injury 3/4/24 and no plans for treatment until after ortho visit 4/10/24. |
| 29 | | 03/27/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Patirent reports feeling "things moving in his shoulder" and very bad headaches, unlike  than ever before.  Assess;  acute pain from headacqe | Deficient | telehealth encounter insufficient, does not comport with PNP that requires PCP evaluation for new severe headache. X ray shows fracture of arm, not being treated | Adversely | arm fracture untreated, need to  rule out subdural hematoma |
| 29 | | 03/27/24 | Specialty Services | RN | Outside Medical Care/Referrals | Fractured arm is not scheduled for ortho consultation until 4/10/24 | Deficient | EMR does not document discussion with Ortho or other justification for delayed specialty care | Adversely | acute fracture has not been treated since injury 3/4/24 and no plans for treatment until after ortho visit 4/10/24. |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 4/2/2024 | | **Case #:** 29 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 12.5% |

**Summary:** 71 yo male admitted to MCJ 7/21/22 with DM, heart disease, PTSD.  QuantiFERON testing negative upon repeat.

**Justification:** Incomplete assessments by NP  and RN at telehealth visits increased risk of fall, and failed to timely detect/treat  acute humerus fracture.  Insufficient examinations after injury increases risk for not detecting subdural hematoma.  Annual exam and chronic care is delayed and incomplete.  Orthopedic exam and treatment for arm fracture, along with osteoporosis, is inordinately delayed. Evaluation by Ortho specialty on 4/10/24 confirms fracture around prostehesis occurred one month prior, and needs surgery - probably at tertiary medical center. STD screening not done as of 5/9/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 4/2/2024 | | **Case #:** 29 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Feb - March 2024 | |
| **Inmate ID #:** ▮▮▮ | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 12.5% | |

**Summary:** 71 yo male admitted to MCJ 7/21/22 with DM, heart disease, PTSD.  QuantiFERON testing negative upon repeat.

**Justification:** Incomplete assessments by NP and RN at telehealth visits increased risk of fall, and failed to timely detect/treat acute humerus fracture.  Insufficient examinations after injury increases risk for not detecting subdural hematoma.  Annual exam and chronic care is delayed and incomplete.  Orthopedic exam and treatment for arm fracture, along with osteoporosis, is inordinately delayed. Evaluation by Ortho specialty on 4/10/24 confirms fracture around prostehesis occurred one month prior, and needs surgery - probably at tertiary medical center. STD screening not done as of 5/9/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | ▮▮ | | | | | | | | | |
| 29 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 4-Apr-24 | | **Case #:** 30 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▮ | | **Review Time Period:** Feb- March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 71.4% | |

**Summary:** 62 yo male Intake 2/27/24 evening with chronic alcoholism, meth abuse. HTN on meds. BS 134. Smokes tobacco. Schizoaffective disorder. Overtly impaired at intake, confused, disoriented and unintelligble/delusional. Referred for routine MH, medical and CC. Sent to GP. COWS. Seen by MH and psychiatry AM 2/28/24, meds started for psychosis. CC visit 3/7/24 is incomplete. Problem list empty. Lab 3/20/24 doers not include Syphillis screen, or B12, folate (homeless, alcoholic at risk of vitamin deficiency) . Thiamine supplementation not provided.

**Justification:** Intake examination and immediate care does not comport with commuity standards, or IP, places paitent at risk of harm. ADA form is grossly inaccurate, and conflicts with Intake form statements. Chronic care by telehealth is incomplete. Treatment of BP is incorrect. Emergency room visit on 3/9/24 likely due to alcohol withdrawal, not properly monitored in jail. No labs done until 3 weeks after admission. Findings suggest malnutrtion (B12, foolate) and risk for Wernicke's encephalopathy not addressed. Patient's history, homelessness and age merit in person examination and follow up, but does not see MD on-site until  5/13/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | 02/27/24 | Initial Intake Screening | | Intake Screening | chronic alcoholism, meth abuse. HTN on meds.Unintelligle. BS 134. Smokes tobacco. Schizoaffective disorder. Sent to GP, COWS, routine med and MH referral | Deficient | Overtly impaired at intake. Needs urgent MH and medical assesment to rule out acute Wernicke encephalopathy, delirium, metabolic derrangement or infection. Not safe to go to GP. ADA form seems to been be used incorrectly where all answers clicked "No" notwithstanding actual situation. | Potentially | patient at risk for DT, seizures, injury while on GP. Patient is seen 2/28/24 by MH – Psych. Started on anti-psycotic. Needs CIWA, not COWS. Has severe alcohol withdrawal 3/9/24. |
| 30 | | 03/07/24 | Chronic Care | NP | Chronic Care | CC for HTN, ? DM (elevated random BS). BP 162/92, not repeated. Old scars from IV drug use. Assess: HTN, uncontrolled. Plan - 25 mg hydralazine stat, Adjust Coreg, BP checks. | Deficient | Chronic care visit is incomplete. No STD screen or necessary lab done. Alcoholism, Meth and opiate abuse not addressed. Treatment of BP is wrong, and dangerous. Hydralazine not indicated | Potentially | complications from durg abuse not diagnosed. Possible Wernickes or other neuro deficits not addressed. |
| 30 | | 03/09/24 | Emergent/Urgent Visit | RN | Access to Care | VOMITTING, WEK, CHEST PAIN. Bp 210/110. Sent to hospital | Appropriate | | | posibly consequence of not being followed for alcoholic withdrawal. |
| 30 | | 03/10/24 | Specialty Services | RN | Outside Medical Care/Referrals | Rerturned with diagnosis of alcohol withdrawal, hypertension, GERD. VS improved. | Appropriate | | | Hand written note accmopanies patient. EMR should have full hospital information - report. |
| 30 | | 03/11/24 | Specialty Services | NP | Outside Medical Care/Referrals | Follow up after ER visit. Nausea and vomitting resolved | Appropriate | | | |
| 30 | | 03/21/24 | Other | RN | Detoxification/Withdrawal | CIWA evaluation. VS normal. Patient alert. Cooperative. Continue care. | Appropriate | | | |
| 30 | | 03/23/24 | Clinic Follow-up | | Chronic Care | Monitor BP on current meds. Hctz added . Reviews lab performed 3/15/24. HB A1c 6.0 = Pre Diabetes. Will start low dose Methformin. | Appropriate | | | Use of metformin for pre diabetes has dubious value. Should be discussed with medical director. But low dose not likely to cause harm. |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 4-Apr-24 | | **Case #:** 30 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▓▓▓▓ | | **Review Time Period:** Feb- March 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 71.4% | |

**Summary:** 62 yo male Intake 2/27/24 evening  with chronic alcoholism, meth abuse. HTN on meds. BS  134.  Smokes tobacco. Schizoaffective disorder. Overtly impaired at intake, confused, disoriented and unintelligible/delusional. Referred for routine MH, medical and CC. Sent to GP. COWS. Seen by MH and psychiatry AM 2/28/24, meds started for psychosis.  CC visit 3/7/24 is incomplete. Problem list empty.  Lab 3/20/24 doers not include Syphillis screen, or B12, folate (homeless, alcoholic at risk of vitamin deficiency) .  Thiamine supplementation not provided.

**Justification:** Intake examination and immediate care does not comport with commuity standards, or IP, places paitent at risk of harm.  ADA form is grossly inaccurate, and conflicts with Intake form statements.  Chronic care by telehealth  is incomplete.  Treatment of BP is incorrect.  Emergency room visit on 3/9/24 likely due to alcohol withdrawal, not properly monitored in jail.  No labs done until 3 weeks after admission.  Findings suggest malnutrtion (B12, foolate) and risk for Wernicke's encepholapathy not addressed. Patient's history, homelessness and age merit in person examination and follow up, but does not see MD on-site until  5/13/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |

 Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 02/01/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Nausea and vomitting with headache for 3 days. Summary notes complaint on 1/31/24.  No EMR record of patient request. History of similar episodes in past months. Wt not checked.  VS otherwise normal. No objective exam noted re: nausea.  Headache assesses as  tension. Neg. Covid, Strep | Deficient | Key elements for RN exam missing.  No weight recorded. No abdominal exam.  No instructions regarding handwashing, possible noro virus.  No considereation of possible migraine (recurrent episodes). | Potentially | 0 |
| 17 | | 02/25/24 | Sick Call/Clinic Visit RN | RN | Access to Care | painful skin rash on chest. PNP form re; rash does not adequately desscribe rash.  Unclear whether it is papular, or splotchty - that is whether fungal, follicular or allergic.  Hydrocortisone 1% dispensed. Return if not better in three days | Appropriate | 0 | 0 | Less than ideal documentation.  But trial of hydrocortisone and instructon to return is sufficient |
| 17 | | 2/4 - 2/19/24 | Observation Cell | ? | Access to Care | patient in ad seg with no visits documented except 2/4/24 | Deficient | IP requires three times weekly visits to Ad Seg. | Potentially | possible illness not detected. |
| 17 | | 03/10/24 | Sick Call/Clinic Visit RN | RM | Access to Care | Foot pain post surgery. PNP and orders provided for chronic pain. | Appropriate | 0 | 0 | 0 |
| 17 | | 03/12/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Evaluate chronic foot pain. History and exam done.  X ray ordered | Appropriate | 0 | 0 | 0 |
| 17 | | 03/16/24 | Specialty Services | PA | Outside Medical Care/Referrals | Foot X ray reviewed. No acute findings. | Appropriate | 0 | 0 | 0 |
| 17 | | 03/16/24 | Chronic Care | ? | Health Care Maintenance | 12 months after booking, no complete health inventory and/or physical or chronic care note is in the EMR | Deficient | IP requires complete history and physical within 6 months of admission. | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 02/15/24 | Sick Call/Clinic Visit P | NP | Access to Care | "excruciating low back pain" wants chiropractor, more than Motrin. Post MVA years ago. Disturbed sleep. Exam wt and ht not recorded, otherwise unremarkable. Assessment - blank. "Medications will be give for pain" | Deficient | No Assessment provided.  Pain med and plan not identified in the NP notee.  EMR patient history shows - NAPROXEN. | Potentially | NP assessment and plan are not documented.  NP should update lab to screen for HIV, RPR and Hep B/C |
| 2 | | 03/20/24 | Sick Call/Clinic Visit R | RN | Access to Care | Complains of abdominal pain, in association with ibuprofen.  PNP form used. NP consulted. Ibuprofen discontinued. | Appropriate | 0 | 0 | 0 |
| 2 | | 03/23/24 | Sick Call/Clinic Visit P | RN; PA | Access to Care | Hand pain after altercatino.  Minor swelling and buising 4th digit left hand.  Consulted with PA.  X ray pending. Plan:  ice, Ibuprofen 800mg. | Appropriate | 0 | 0 | Recommend reviewing pain med, and establishing standards. Patient was intolerant of ibuprofen before. |
| 2 | | 03/27/24 | Specialty Services | PA | Outside Medical Care/Referrals | X rat reviewed, No fracture | Appropriate | 0 | 0 | 0 |
| 2 | | 03/27/24 | Other | PA | Tuberculosis & Other Infections | Screening for STD not performed | Deficient | No lab done to screen for STD.  Notably HIV, Hep C and syhphilis not screened | Potentially | rates of syphilis in older age group are climbing.  Labs orderd 4/24/24 not performed as of 5/20/24 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 02/07/24 | Initial Intake Screening | RN | Intake Screening | Appears intoxicated on admission, with history of methadone ingestion. Has returned from ED evaluation - belligerent "Refusal of care by patient/" No labs performed.  In MCJ, beliligernet, obese BMI 31. Blood sugar not tested (RN writes N/A), Refuses UA. Sent to GP with "no referral needed." | Deficient | Cause of belligerence not established, blood sugars not measured as required. No STD screening performed. UA for pregnancy not obtained (initial patient refusal not followed up) Patient needs immediate medical assessment before going to GP and referral for chronic disease. Not placed in withdrawal protocol. | Potentially | at high risk for STD, delirium, withdrawal from opiates. STD. |
| 3 | | 02/08/24 | Other | MD | Detoxification/Withdrawal | MH documents patient ""currrently detoxiing off of Fentanyl" and does not report this to Dr. or other Medical team. | Deficient | Placed on suicide watch.  No enrolled in apropriate withdrawal protocols.  No lab done. No drug screening No STD screening. No PCP visit scheduled. | Potentially | patient at high risk for complications from addiction and withdrawal, TB, STD. In fact is withdrawing from sedatives as well as opiates. |
| 3 | | 02/07/24 | Observation Cell | MD | Tuberculosis & Other Infections | Patient refuses TB testing, and no follow up | Deficient | No system in place to flag admittees who need STD and TB testing. | Potentially | at risk for TB, STD. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 02/07/24 | Specialty Services | MD | Outside Medical Care/Referrals | Report from emergency room is entered into EMR on 2/13 6 days aft er visxit: evaluaton of patient brought for clearance did not include exam, or any lab tests.  Patient described as refusing, and returned to jail.. | Deficient | Outside services report not retured with patient, not reviewed by medical team.  The outside medical care is inadequate on its face and provides no data to ensure patient is safe for admission. | Potentially | Medical services provided to patients outside of jail must be reviewed by qualified jail medical staff for adequacy and instructions. |
| 3 | | 02/14/24 | Emergent/Urgent Vis | RN | Access to Care | Patient fell from upper bunk, appears to be engaging in self harm.  Sent to ER | Appropriate | 0 | 0 | stays in hospital  for 4 days |
| 3 | | 02/18/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return to Jail documented, with notes from hospital for follow up meds. - buprenorphine, gabapentin and tapering valium. On sedative withdrawal Protocol | Appropriate | 0 | 0 | 0 |
| 3 | | 02/20/24 | Chronic Care | MD | Chronic Care | Visit for chronic care after hospital release re; opiate, benzo abuse.  MAT ordered with tapered valium. No admission lab besides what was done in hospital.  No STD screening. No UA or toxicology scheduled. | Deficient | Patient at high risk for STD is not tested in hospital and not ordered as part of the CC for MAT.  No follow up re: women's health including pregnancy testing. | Potentially | Syphillis rates are increased. Patient needs screening. |
| 3 | | 03/02/24 | Sick Call/Clinic Visit R | RN | Access to Care | Complains withdrawal symptoms as valium dose is decreased. Exam unremarkalbe. Referred to PCP | Appropriate | 0 | 0 | 0 |
| 3 | | 03/04/24 | Sick Call/Clinic Visit | PA | Access to Care | Reviews patient complaint, chart.  No indiction to change tapering of valium | Appropriate | 0 | 0 | 0 |
| 3 | | 03/07/24 | Sick Call/Clinic Visit P | RN | Detoxification/Withdrawal | Follow up by RN with MD | Appropriate | 0 | 0 | 0 |
| 3 | | 03/25/24 | Sick Call/Clinic Visit P | RN | Access to Care | Request ibuprofen for cramps with menstruation. Exam and treatment per protocol. | Appropriate | 0 | 0 | 0 |
| 3 | | 03/27/24 | Other | MD | Detoxification/Withdrawal | Management of OUD, detox valium | Appropriate | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 02/01/24 | Sick Call/Clinic Visit R | RN | Access to Care | right shoulder pain after injury 2 years ago  Sleep disturbed. Rx per.  PNP form | Appropriate | 0 | 0 | 0 |
| 4 | | 02/02/24 | Sick Call/Clinic Visit P | PA | Access to Care | Review RN care, patient wants X ray. Not indicatred | Appropriate | 0 | 0 | 0 |
| 4 | | 02/03/24 | Sick Call/Clinic Visit R | RN | Access to Care | Toothache for 6 weeks. Exam 10/10 pain. Has taken only 4 days of previously prescribed antibiotic. Now has pain and swelling of gums. Disturbs sleep and chewing. Rx Tylenol. Scheduled for dentist 2/5/24. | Deficient | applicable protocols require immediate "STAT" contact with medical or dental provider. | Adversely | Dental abscess pain is not adequately treated with Tylenol. Needs stronger pan med, and antibiotic.  Patient was not afforded until 2/5/24. |
| 4 | | 02/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | Severe pain in tooth. Abscess obvious on inspection (?facial sweling?). Obtains order for antibiotic from PA on call | Appropriate | 0 | 0 | This order should have been called for yesterday. |
| 4 | | 02/13/24 | PCP Diagnostics Revie | MD | Tuberculosis & Other Infections | QuantiFERON is positive.  Dr.  not noticed. Patient not informed. | Deficient | patient has latent TB.  Is at risk of becoming seriously ill and possibly spreading disease to others when ill. | Adversely | Patient is entitled to know he has TB. (latent) and to chose a therapy. |
| 4 | | 02/14/24 | Observation Cell | MD | Continuity of Care After Release | Patient is not informed of positive QuantiFERON test result, meaning and opitons | Deficient | IP requires providing patients with instructions for follow up on significant issues addressed while in jail and not fully addressed at that time | Potentially | patient has latent TB.  Is at risk of becoming seriously ill and possibly spreading disease to others when ill. |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 02/02/24 | Initial Intake Screenir | RN | Intake Screening | Describes opiate and stimulant abuse, not certain of how much. States last used 1/26/24 Exam normal. Referred for next day MH and medical evaluation | Appropriate | 0 | 0 | 0 |
| 5 | | 02/02/24 | Chronic Care | NP | Chronic Care | Seen by telemedicine for history of seizures, Hep C, HTN. No history taken re current opiate and stimulants. Examination limited. No skin exam. Assessment blank. Rx tylenol, laxative. Lab to be ordered; follow up CC for hyperlipidemia; verfiy meds. | Deficient | Crucial istory of opiate abuse, stimullants not included. Assessment is blank. Labs not ordered, not done. No STD done. No liver function tests. | Adversely | Hep C status unkown. At risk for STD, not tested. At risk for complicatoins from drug abuse, not tested. Lab done 3/9/24 (more than one month later). |
| 5 | | 02/02/24 | Other | NP | Detoxification/Withdrawal | Incomplete data regarding substance abuse. Not enrolled in appropriate protocols as withdrawal from opiates can take weeks, and stimulant withdrawal symptoms can be enduring. | Deficient | IP requires inquiry and treatment for substance abuse. Not done | Potentially | at risk for withdrawal |
| 5 | | 02/08/24 | Medication Renewal | PA | Pharmaceutical Administration | Meds reviewed. No indication to continue gabapentin | Appropriate | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 02/12/24 | Sick Call/Clinic Visit P | MD | Access to Care | Visit for sick call requesed on 2/10/24. VS inaccurate. Facial infection, for few days. Had same in past treated with abx. Assess: right facial cellulites associated with furuncle. Warm compress, Rocephin IM. Bactrim. Follow up MD. | Deficient | Patient request for services documented on 2/10/24 received no apparent attention from nursing, except "rescheduled" 2/10 and 2/11. No follow up occurs as orderd by Dr. ____ until 2/19/24. Pulse reported "766" is impossible value. | Adversely | Delayed care for facial cellulitis put patient at risk for complications. Symptoms are improved when seen again 2/19/24. |
| 5 | | 02/19/24 | Clinic Follow-up | NP | Access to Care | Exam for complanits re left knee arthitits. Wants gabapentin. Facial cellulitis follow up. Patieint purportedly states face is improved. Exam: left sided facial edema and erythema. Moves all extremities well. Assess: facial abscess. Plan: continue antibiotic. No gabapentin for arthritis pain. | Appropriate | 0 | N/A | Assessment of "facial abscess" not met by logical plan. Logically assessment should be "facial abscess improving." Patient is seen same day by MD. |
| 5 | | 02/20/24 | Clinic Follow-up | MD | Chronic Care | CC visit for HTN, hyperlipidemia, sz, substance abuse. Hep C. Currently facial cellulitis. Exam: unremarkable. Labs ordered. Meds continued inlcuding Nortriptyline for neuropathic pain. Losartan for HTN. | Appropriate | 0 | 0 | 0 |
| 5 | | 03/05/24 | PCP Diagnostics Revie | PA | Chronic Care | Follow up on lab. Hep C quantitative, elevated LFT, needs liver ultrasound and referral to hepatitis committee. | Appropriate | 0 | 0 | 0 |
| 5 | | 03/21/24 | PCP Diagnostics Revie | PA | Outside Medical Care/Referrals | Ultrasound liver reviewed, shows diffuse hepatic disease | Appropriate | 0 | 0 | specialty service timely provided. |
| 5 | | 03/21/24 | Chronic Care | MD | Chronic Care | Chronic hepatitis C needs follow up to determine treatment plan. | Deficient | the EMR does not document any consideration provided to patient for treatment of Hepatitis C. | Adversely | Lab and ultrasound testing indicate patient is at high risk for complications from Hep C and may be eligible for treatment while in jail. |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 02/07/24 | Initial Intake Screenin | RN | Intake Screening | Reports taking suboxine 8 mg daily. Pulse 111 not repeated. COWS protocol ordered | Deficient | Not following form instruc tions re elevated pulse. Also antibiotics ordered by Dr. ___ ( telehealth?) not indicated by intake information or EMR | Potentially | Elevated pulse monitored, may be related to drug withdrawal. Are Dr. Maenza's prescriptions in error? |
| 6 | | 02/07/24 | Chronic Care | NP | Chronic Care | MAT referral to NP for suboxone.  Also complains of right elbow pain. Suboxone not comfirmed. Assess:  right elbow pain. Plan:  pain medication (not specified), monitor COWS. | Deficient | Examination  and history regarding elbow pain is incomplete, and assessment "elbow pain" is insufficient. Patient with history of substance abuse needs labs, STD screening | Potentially | at risk for STD not detected. |
| 6 | | 02/07/24 | Other | NP | Detoxification/Withdrawal | Drug screen shows amphetamines, not suboxone.  Not placed into synthetics protocol | Deficient | wrong protocol deployed for withdrawal.  Labs not checked or followed by NP ___ | Potentially | complications from synthetics use not considered. |
| 6 | | 02/15/24 | PCP Diagnostics Revie | PA | Detoxification/Withdrawal | Chart review identifies drug abuse as synthetics, not opiates. | Appropriate | 0 | 0 | 0 |
| 6 | | 02/11/15 | Sick Call/Clinic Visit R | RN | Access to Care | Face to face for 2/10/24 complaint of severe bak pain, can "hardly move" - chronic, also  elbow pain. Wants extra matterss. Exam per PNP incomplete "unable to assess - telehealth. Gait is abnormal. Refer to provider. Tylenol per PNP. | Appropriate | 0 | 0 | Nurse correctly understands diagnosis is beyond scope of practice. |
| 6 | | 02/12/24 | Sick Call/Clinic Visit | PA | Access to Care | Chart reviewed.  Finds no reason for extra mattress or change in med. Not examined. | Deficient | evaluation of chronic back pain, reported as much worse requires examinatoin by PCP.  Chart review alone is insufficieint | Potentially | Patient at risk for acute back disese includes hernation of disc, infection, and cancer. |
| 6 | | 02/21/24 | Sick Call/Clinic Visit P | NP | Access to Care | Seeks stronger pain med. Wants baclofen. Observed by telehealth to have normal function. "Pateient will be give short course of muscle relaxer." X ray scheduled for elbow. | Deficient | Patient displays strong evidence of drug seeking.  History of drug abuse, contraindicates prescription of muscle relaxers (Methocarbamol - Robaxin) especially when taking MH meds, and without in person examination. | Potentially | combined substance abuse, including mehtocarbamol can cause morbidity or fatality. Robaxin is banned by CDCR. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 02/26/24 | PCP Diagnostics | MD | Outside Medical Care/Referrals | Elbow X ray reviewed, reports no abormality. | Appropriate | 0 | 0 | Dr. should use this opportunity to confer with NP and instruct regarding Robaxin Rx |
| 6 | | 03/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | sick call for complaint 3/24 of freezing cold for few days. Complains of chroniic pain. VS normal. Reer to PCP. | Appropriate | 0 | 0 | 0 |
| 6 | | 03/05/24 | Sick Call/Clinic Visit P | PA | Chronic Care | Chart review, chronic pain.  Will order Mobic. | Deficient | Medications ordered without good faith examination is contrary to IP, below applicable standards of care and may be in deriliction of duty established by state rules and laws. | Potentially | STD screen, labs, toxicology, not performed.  Differential diagnoses include chronic infection, hypo thyroid, drug seeking and drug abuse. |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 02/16/24 | Initial Intake Screening | RN | Intake Screening | HTN on meds, right arm injury, cellulitis in lower extremities. On MAT. Med continued. Chronic care ordered | Appropriate | | 0 | |
| 7 | | 02/21/24 | Chronic Care | MD | Chronic Care | HTN stable on meds. Exam unremarkable. Continue meds. EKG normal. Labs ordered - refused on 2/26/24. | Appropriate | 0 | 0 | 0 |
| 7 | | 02/29/24 | Sick Call/Clinic Visit P | PA | Access to Care | Requests cymbalta for nerve pain. Reviewed with Dr. ___ Not indicated. | Appropriate | 0 | 0 | 0 |
| 7 | | 03/04/24 | Sick Call/Clinic Visit P | MD | Access to Care | Requests cymbalta for nerve pain. No exam. No assessment. Cymbalta 30 mg bid ordered. | Deficient | Cymbalta is contraindicated for use at same time as Suboxone. Medication with anti depressant requires in person evaluation and medical record review. | Potentially | The combination may cause serotonin syndrome, a potentially fatal condition. See, e.g. Uptodate |
| 7 | | 03/08/24 | Sick Call/Clinic Visit R | RN | Access to Care | Diarrhea and vomiting all night.  VS: BP 180/110, pulse 103,  No weight. No exam. Assessment: alteration incomfort re vomitting, diarhea. Plan: meclinze, loperamide | Deficient | Weight not measured - is important to assess degree of dehydration. Abnomal BP not repeated. Rx given without documented physical exam or PNP form. | Potentially | unknown cause of GI distress. Likely norovirus, without instructions to reduce spread. |
| 7 | | 03/11/24 | Chronic Care | NP | Chronic Care | Follow up chronic care visit for HTN, lower extremity swelling. DC amlodipine. | Appropriate | 0 | 0 | should reorder labs, previously refused. |
| 7 | | 03/14/24 | Sick Call/Clinic Visit P | MD | Access to Care | insomnia.  Exam normal.  No pedal edema. Patient tolerates buprenorphine and cymbalta. EKG ordered.  Educated re sleep hygeine. | Appropriate | 0 | 0 | should reorder labs, previously refused. |
| 7 | | 03/21/24 | Sick Call/Clinic Visit R | RN | Access to Care | States facial swelling, pain (no level) described in RN note as emergency.  Scheduled for next dental sick call. Seen by DDS on 3/27/24. | Deficient | Emergency conditions require immediate care. | Adversely | Patient suffers much pain and risk for complications from dental infection. |
| 7 | | 03/24/24 | Sick Call/Clinic Visit R | RN | Access to Care | itchy, cracked heels. Assessed as tinea pedis, per PNP | Appropriate | 0 | 0 | Patient needs labs. |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add't'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 02/06/24 | Sick Call/Clinic Visit P | MD | Access to Care | Wants water pill to reduce fluid retention. Exam unremarkable, without evidence of edema, water retention. Conntinue fluid restriction.  Does not need lasix | Appropriate | 0 | 0 | 0 |
| 8 | | 02/19/24 | Sick Call/Clinic Visit P | MD | Access to Care | Request water  pill. Exam normal. No indication for diuretic | Appropriate | 0 | 0 | 0 |
| 8 | | 02/29/24 | Sick Call/Clinic Visit P | PA | Access to Care | Request Tylenol Refill.  Chart reviewed.  May have rebound headaches. Schedule sick call, consider Topamax as prophylaxis. | Appropriate | 0 | 0 | 0 |
| 8 | | 02/29/24 | Sick Call/Clinic Visit P | NP | Access to Care | Review lab tests.  Will start Topamax. | Appropriate | 0 | 0 | 0 |
| 8 | | 03/01/24 | Sick Call/Clinic Visit P | MD | Access to Care | Believes she has pneumonitis. Exam normal. Review Chest X ray and labs | Appropriate | 0 | 0 | 0 |
| 8 | | 03/04/24 | Sick Call/Clinic Visit P | MD | Access to Care | Reviews weight.  Stable. | Appropriate | 0 | 0 | 0 |
| 8 | | 03/11/24 | Specialty Services | MD | Outside Medical Care/Referrals | Chest X ray not done as ordered.  Is rescheduled.  Lab reviewed. | Appropriate | | 0 | 0 |
| 8 | | 03/19/24 | Specialty Services | RN | Outside Medical Care/Referrals | Timely follow up for speciality services.l | Appropriate | 0 | 0 | 0 |
| 8 | | 03/22/24 | Chronic Care | MD | Chronic Care | Follow up for chronic condition.  SOAP note is complete. | Appropriate | 0 | 0 | Not labeled as chronic care, but visit does comply with needed chronic care. |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 02/01/24 | Initial Intake Screening | RN | Intake Screening | Intake exam and history unremarkable, except urine tox positive for methadone (denies drug use). Form does not refer to medical, but is seen by PCP in 5 days. HCG neg. | Deficient | Should be enrolled in opiate detox observation | 0 | form should be filled out with med referral for substance abuse. |
| 9 | | 02/04/24 | Other | RN | Detoxification/Withdrawal | patient complains of withdrawal symptoms. Provided meds, observatoin | Appropriate | 0 | 0 | should have been enrolled at admission |
| 9 | | 02/06/24 | Chronic Care | NP | Chronic Care | Substance abuse exam. Reports chronic pain. Possibly MH issues. Demostrates some signs of psychosis/schizophrenia (word salad). Physicval exam negative. | Deficient | No referral to MH for possible deteriorated psychiatric conditions (history of bipolar). Not seen by Psychiatry for psychotic disorder until 2/13/24. No STD testing ordered. Problem list needs updating re methadone use/abuse. | Adversely | MH visit on 2/7/24 with clinical social worker is insufficient as patient needs medication. Patient deteriorates, and is restarted on Zyprexa 2/13/24. |
| 9 | | 02/13/24 | Sick Call/Clinic Visit R | RN | Access to Care | Wants pain med. Assessed as being paranoid. Needs MH intervention. | Appropriate | 0 | 0 | seen same day by Psychiatry, started on med. |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 02/21/24 | Sick Call/Clinic Visit P | NP | Access to Care | Complains of back and neck pain. Delusional. Exam by telehealth unremarkable, except for apparent pseudoseizure. Assessment "Neck and Back Pain. " Plan: "given medications" (not identified in progress note - not evident in medications) | Deficient | Assesmentincomplete.  No treatment plan provided. Medications putatively prescribed not found in the EMR. | Adversely | Patient needs co management with MH. |
| 9 | | 03/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | Telehealth visit for vaginal odor. Wants STD check and antibiotic.  Exam grossly unremarkable. Abdominal and Vaginal exam not performed. (states telehealth) . | Deficient | Exam incomplete. No treatment provided for vaginitis. STD testing requested should have been done earlier.  STD tests not evidently ordered and none in EMR. As of 3/13/24 | 0 | Abdomen and external genitalia can be assessed with on site assistance. |
| 9 | | 03/06/24 | Sick Call/Clinic Visit R | ? | Access to Care | Assessment in Ad Seg is incomplete. EMR states "no complaints, lying in bed. | Deficient | insufficient Ad Seg evaluation.  No follow up re vaginal discharge, or STD testing | Potentially | patient at risk for STD, not tested. |
| 9 | | 03/04/24 | Chronic Care | MD | Chronic Care | Not listed as CC, but MD exam for pain, polysubstance abuse is comprehensive.  Physical exam negative. Patient evidently delusional. Assess;  acute delusion with psychosis.  Plan:  per MH, continue same med.  Lab ordered | Appropriate | 0 | 0 | Lab not yet in EMR as of 3/13/24 |
| 9 | | 03/19/24 | Sick Call/Clinic Visit R | RN | Access to Care | Patient states had heart attack, vauge low backk paiins.  Protocol deployed. Exam unremarkable, EKG done. Discussed with MD. | Appropriate | 0 | 0 | 0 |
| 9 | | 03/21/24 | Sick Call/Clinic Visit R | RN; | Access to Care | Sharp chest pain reported to nursing.VS normal. Symptoms improved while speaking with consulting nurse. Assess: anxiety. | Appropriate | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 02/05/24 | Other | MD | Access to Care | MAT monitoring by Dr.   2nd time noted to be diverting subutex. Dose decreased, Utox ordered. Will follow "closely" clinically. | Appropriate | 0 | 0 | UTOX not in the EMR |
| 10 | | 02/07/24 | Sick Call/Clinic Visit P | MD | Access to Care | Repeated subutex diversion  Meets with Patient. Exam unremarkable. Informed 4th warning.  On route to DC drug if not compliant in future | Appropriate | 0 | 0 | Continuing meds after 4th warning probably not safe.  No utox in the EMR. |
| 10 | | 02/26/24 | Sick Call/Clinic Visit R | RN | Access to Care | Complains of migraines, constipation, dizziness, numb hands and arms upon awakening. PNP followed for abdominal, consipation. Headaches. "unable to palpate - telehealth."  "Minor rectal bleeding" - rectum not inspected for hemorrhoids or fissure. | Deficient | telehealth exam is incomplete. Patient known to be abusing opiates.  No u tox ordered or seen in the EMR. | Adversely | OUD continues. Needs referral to MD for OUD induced constipation. |
| 10 | | 03/06/24 | Emergent/Urgent Vis | MD | Access to Care | urgent visit, continues subutex abuse and diversion.  Will be tapered off of subutex. Lab tests ordered. | Appropriate | | No Effect | Refused to have lab drawn |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 02/10/24 | Sick Call/Clinic Visit R | RN | Access to Care | Reports painful urination. RN notes STD screening not done. Is ordered. | Appropriate | 0 | 0 | delayed testing, credit given for action in Feb. |
| 11 | | 02/27/24 | Chronic Care | MD | Chronic Care | Delayed CC visit after admission. Credit given for performing in February. Lab ordered | Appropriate | 0 | 0 | I do not see Utox or toxicology |
| 11 | | 03/02/24 | Sick Call/Clinic Visit R | RN | Access to Care | Blurry vision. Snellen: 20/200, 20/100, 20/100. Referred to PCP for chart re4view. | Deficient | Chart review insufficient to validate accuracy of Snellen findings. Needs direct ophtalmoscopy by PA, NP or MD. | Potentially | potential eye pathology undetected. |
| 11 | | 03/04/24 | Sick Call/Clinic Visit P | PA | Access to Care | No eye exam performed. No optometry referral made | Deficient | Need optometry referral absent documented recent exam unchanged. | Potentially | potential eye pathology undetected. |
| 11 | | 03/04/24 | Specialty Services | PA | Outside Medical Care/Referrals | necessary optometry or opthalmology exam not provided, not ordered | Deficient | Timely optmetry exam is delayed | Potentially | potential eye pathology undetected. |
| 11 | | 03/11/24 | Sick Call/Clinic Visit P | MD | Access to Care | claimed seizure. Denies LOC. Exam unremarkable. Not likely sz. More likely withdrawal symptoms. | Appropriate | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 03/03/24 | Initial Intake Screening | RN | Intake Screening | No intake document evident in EMR.  Patient has ADA form filled out, and TB testing. | Deficient | No Intake performed. | Adversely | patient claims his fall from bunk could have been avoided by affording him upper bunk requested at booking.  No record of exam at booking. |
| 12 | | 03/05/24 | Emergent/Urgent Vis | RN | Access to Care | Reported fall from bunk. Limited exam documented reports no abnromalities. Ibuprofen prescribed. | Deficient | Proper exam forms and Nursing protocols not deployed. Emergency Response documentation Tool not attached. | Potentially | Extent of injury and cause of fall unknown. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 03/13/24 | Sick Call/Clinic Visit P | NP | Access to Care | NP t elehealth evaluation after fall fromtop bunk. Putative carpal tunnel. Low back and left shoulder pain after fall. Exam significant for TEMP 95.5'. No evident swelling, full range of motion reported as painful.  Assess:  left shoulder and hip pain after fall. Plan - increase Motrin, X rays. | Deficient | VS gross abnormality not addressed.  Temp 95.5 if true might indicate hypothyroidism.  Pain on motion needs explanation and explication. No tests done re: carpal tunnel.  Assessment provides no diagnosis.  Increase motrin is vague.  Unclear what X rays are looking for. | Potentially | Shoulder girdle injury may not be recognized. Grossly abnormal vital signs require repeat. |
| 12 | | 04/03/24 | Sick Call/Clinic Visit R | RN | Access to Care | Evaluatoin of possible carpal tunnel syndrome.  Also has history of IVDA and meth abuse.  Mildly diminished grip Assess: Substance Use;  Carpal tunnel syndrome dubious.  Plan: check C spine, review old records.  Low bunk. | Appropriate | 0 | 0 | 0 |
| 12 | | 03/26/24 | Sick Call/Clinic Visit P | NP | Access to Care | left side pain after fall. Wants wheelchair.  No apparent limitation in ranges of motion or function. Assess:  pain after fall. | Deficient | The fall is not explored, as it may be a symptom of serious neurological deficient.  Possible spinal stenosis not considered. Patient needs on site evaluaton. | Potentially | Assessment is not sufficient, as pain after fall is symptom, not diagnosis. Does see Dr. [  ]  4/3/24. |
| 12 | | #REF! | Sick Call/Clinic Visit P | MD | Access to Care | #REF! | Appropriate | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 02/02/24 | Chronic Care | MD | Chronic Care | Siiince booking June 2023 and exam by Dr. 7/17/23 there is no health inventory and no chronic care documented, especially regarding Syphilis and high RPR titer. | Deficient | STD screening not performed for syphilis cure. | Adversely | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/02/24 | Sick Call/Clinic Visit R | RN | Access to Care | Non healing lesion on face. Contacted MD for advice | Appropriate | 0 | 0 | 0 |
| 13 | | 02/02/24 | Sick Call/Clinic Visit P | MD | Access to Care | prescription of doxycline without explicit follow up.  No STD testing | Deficient | MD has written no chart note.  No follow up to care.  No evident review of past high titer syphilis test. | Adversely | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/04/24 | Sick Call/Clinic Visit R ad seg | | Access to Care | Ad Seg visit does not document finidings | Deficient | Skin lesion under care shoould be inspected | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/05/24 | Sick Call/Clinic Visit R ad seg | | Access to Care | Ad Seg visit does not document finidings | Deficient | Skin lesion under care shoould be inspected | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/07/24 | Sick Call/Clinic Visit P ad seg | | Access to Care | Ad seg visit documents skin lesion is healing | Appropriate | 0 | 0 | 0 |
| 13 | | 02/25/24 | Sick Call/Clinic Visit R | RN, Va | Access to Care | Telehealth visit with order from Dr.  to treat apparent dandruff with Selenium shampoo. Description of skin lesions are incomplete and no necessarily consistent with dandruff. | Deficient | Patient needs on site exam by MD in light of Syphilis history and abnormal lab test year before, not repeated. | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 02/27/24 | Sick Call/Clinic Visit P | NP | Access to Care | Patieint reports syphillis infection in past, possibly not adequately treated. Wants STD screening. Exam states "open sore to the chin." Assess: "open sore to chin."  Plan lab, fu results. | Deficient | exam, assessment and plan are insufficient. Characteristis of "open sore" not stated.  "Open sore" is not a proper PCP assessment.  Lab purportedly ordered not yet done 3/14/24. NP  makes no apparent effort in followup to assure lab performance. | Potentially | patient appears to have under treated syphillis, at risk for tertiary disease. |
| 13 | | 03/16/24 | Specialty Services | | Tuberculosis & Other Infections | Follow up for RPR levels, possible latent TB. | Appropriate | 0 | 0 | Quantiferon Gold ordered but not done. RPR is falling, and MD reveeiw pending. |
| 13 | | 03/19/24 | Chronic Care | MD | Chronic Care | Follow up for RPR level.  Also Hep C, B.  No need for further treatment of syphilis at this time. Will order HbS vaccine. | Appropriate | 0 | 0 | 0 |
| 13 | | 03/25/24 | Sick Call/Clinic Visit R | RN | Access to Care | Review of wart on foot.  Protocols followed. Referred to Provider for Rx | Appropriate | 0 | 0 | PA order for daily wart treatment was refused. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 02/05/24 | Initial Intake Screening | RN | Intake Screening | Need ongoing treatment for STD, BV and Yeast. Admits to Meth abuse. Assigned to synthetics protocol. GP.  Med referral routine. | Appropriate | 0 | 0 | 0 |
| 14 | | 02/05/24 | Specialty Services | MD | Outside Medical Care/Referrals | Recommended treatment reviewed by telehealth MD and prescribed | Appropriate | 0 | 0 | |
| 14 | | 02/10/24 | Observation Cell | ? | Detoxification/Withdrawal | VS and behavior stable while in protocol | Appropriate | 0 | 0 | pulse 110 not repeated. |
| 14 | | 02/15/24 | Chronic Care | PA | Chronic Care | asks for metamucil.  Rx written.  Chart review only. | Deficient | Chronic care not provided for substance abuse, multiple STD, needs follow up with Dr. | Potentially | risk for complications from under-treatment of STD. |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 02/15/24 | Medication Renewal | PA | Pharmaceutical Administration | Patient has not been taking prescribed Metronidazole as directed. | Deficient | No counseling provided.  No verfication of adequate treatment of disease. | Potentially | risk for complications from under-treatment of STD. |
| 14 | | 02/27/24 | Other | PA | Tuberculosis & Other Infections | Patient requesting STD follow up.  History of Syphillis, high titer.  PA      writes that labs are ordered. | Appropriate | 0 | N/A | Lab had not been obained at initial intake,  Ordered at this time, but still ot done 3/16/24. Labs appear to not have been ordered. |
| 14 | | 02/29/24 | Chronic Care | NP | Chronic Care | Patient seen for consipation.  Requests check up for abdominal pain, liver infection.  Exam done by telehealth.  No palpation.  Labs not reviewed or ordered. Assess;  "intermitten abdominal pain.  Constipation, history of infection." | Deficient | Inicomplete examination.  No effective assessment provided.  Necessary lab tests for STD and chronic care (meth addict) not done. Collaboration with Dr.      not documented. | Adversely | Patient's complaints are not addressed.  Differential diagnosis of abdominal pain includes liver disese and gall bladder disease. |
| 14 | | 03/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | RN follows PNP for skin conditions. Dispenses Selsum | Appropriate | 0 | 0 | 0 |
| 14 | | 03/10/24 | Sick Call/Clinic Visit R | RN | Access to Care | Constipation continued.  States drinkinig approx 48 ounces of water daily. No distress noted.  No physical exam documented. Assess:  alteration to comfort.  Plan: needs to dramatically increase fluid intalke to at least 80 ounces daily. | Appropriate | 0 | N/A | Wellpath nursing protocols require physical examination for assessment. |
| 14 | | 03/25/24 | PCP Diagnostics Revie | PA | Outside Medical Care/Referrals | Lab tests return negative for STD. | Appropriate | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 02/23/24 | Initial Intake Screenin | , RN | Intake Screening | Morbid obesity, history of MAT.  Rx for buprenorphine called in to PCP, continued. On mulitpel MH neds. Urgent mental health referral requested.  No medical referral.  Does see NP for Chronic care on 2/27/24. Vague history of asthma. | Appropriate | 0 | 0 | form needs revision and clarification regarding Blood Sugar and referrals to Chronic Care. |
| 16 | | 02/27/24 | Chronic Care | NP | Chronic Care | CC exam associated with MAT Rx.  No exam done. No lab ordered. No blood sugar by finger stick. No review of asthma, HTN. Problem list not updated. | Deficient | Exam is insufficient, especially with high risks associated with BMI over 40.  Reliance on labs from prior jail is wrong, and no documented release to obtain those records are seen | Potentially | Patient may be diabetic, or have cardiomyopathy.  Chronic condition unknown. |
| 16 | | 03/02/24 | Sick Call/Clinic Visit R | RN | Access to Care | Timely visit for complaint on 3/2/24 (in summary, request not seen in documents.  Nurse does not document any examination - seen by telehealth. Prescribes Tylenol, Muciinex DM. | Deficient | Patient states "I feel like I am drowning when I'm sleeping.  Patient needs ausculation, examination of airway.  Covid test not done (done 3/5?); Weight not recorded. No peak flow test re asthma. | Potentially | at risk for apnea, death from airway obstruction. DM is disfavored in patient with strong history of opiate abuse. |
| 16 | | 03/05/24 | Sick Call/Clinic Visit P | NP | Access to Care | wants CPAP.  Claims poor sleep. Loud snoring. Not previously diagnosis with sleep apnea. No exam performed (telehealth).  Assessment: snoring. | Deficient | Documented exam is incomplete, insufficient. Patient needs evaluatoin of asthma, and sleep apnea by face to face evaluation.  Sleep study should be arranged expeditiosly.  CPAP  if determined helpful should be provided ASAP. | Potentially | Patient at risk of complications from daytime sleepiness, and risks death from obstructive sleep apnea. |
| 16 | | 03/18/24 | Sick Call/Clinic Visit R | RN | Access to Care | "I have really bad leg pain."  Evaluated by telehealth, using PNP form for non-traumatic musculoskeletal pain.  VS normal.  Telehealth exam documents normal motion and strength. | Appropriate | 0 | 0 | 0 |
| 16 | | 03/25/24 | Sick Call/Clinic Visit R | RN | Access to Care | Patient concerned she has sleep apnea.  Very loud snoring.  Also vaginal discharge. Requests STD testing. No pelvic examination done.  Referred for MD to consider sleep apnea.  RPR, chlamydia and GC tests ordered. | Deficient | Gynecological evaluation is insufficient.  Patient's GU complaints require on site pelvic examination. | Adversely | No treatment provided to patient for GU complaint. Pelvic exam not done as of 4/2/24.  No assessment for sleep apnea has been done |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 02/07/24 | Sick Call/Clinic Visit R     RN | | Access to Care | believes red bumps on face due to peanut allergy; Referred to PCP | Appropriate | 0 | 0 | 0 |
| 16 | | 02/08/24 | Sick Call/Clinic Visit P     NP | | Access to Care | Evaluation for possible peanut allergy. Chronic acne scars on face. No other abnormalities noted. Peanut allergy fom submitted | Appropriate | 0 | 0 | probably not peanut allergy.  Should be considered carefully to avoid over stating or understating.  Ideally blood tests may confirm. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | 02/22/24 | Other | PA | Tuberculosis & Other Infections | Delayed testing for TB (initial screening not done in October 2023), shows + QuantiFeron. Refered to PCP follow up.  Also labs for chronic care (re: substance abuse) belatedly performed. | Appropriate | 0 | 0 | Mechanisms to alert PCP or Med Director of abnormal findings not in place |
| 16 | | 03/12/24 | Sick Call/Clinic Visit R | RN | Access to Care | Complaining nausea, vomiting, diarrhea. PNP form.  Abdominal Form referenced, but not found in the EMR. | Deficient | Exam incomplete.  No weight.  Orders for increase fiber will worsen acute diarrhea. Possible noro virus can infect entire housing unit and staff. | Adversely | reccovery likely delayed by wrong advice. Order sheet needs to clarify fiber only for chronic loose stool. |
| 16 | | 02/23/24 | PCP Diagnostics Revie | NP | Chronic Care | Multiple matters for chronic care belatedly addressed.  QuantiFeron positive ? Prior infection treated. HBA1c 6 obese. History of polysubstance abuse. Assess:  pre DM. Advised re: diet, exercise. Chronic care. | Deficient | Patient chronic care is delayed.  No CC exam seen in EMR before or to follow.  Documented patient education re: TB is insufficient.  Patient needs to know that prior treatment for latent TB might have been ineffective, and future tests will be positive. CC form not used.  Problem list not updated | Adversely | patient is at risk for active TB, and may infect others in the future. Should be seen by on site ID expert - Dr. |
| 16 | | 03/12/24 | Specialty Services | ? | Outside Medical Care/Referrals | Patient reported need for eyeglasse Nov 2023. s. Snellen shows visual acuity near normal 20/40. No overt signs of eye pathology .  No indication for eye exam. | Appropriate | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 02/01/24 | Specialty Services | RN | Outside Medical Care/Referrals | Medical orders for antibiotics provided by Dr. Consult report included in return. | Appropriate | 0 | 0 | 0 |
| 1 | | 02/02/24 | Clinic Follow-up | AM | Access to Care | Ad Seg check, patient reports doing well | Appropriate | 0 | 0 | 0 |
| 1 | | 02/05/24 | Clinic Follow-up | AM | Access to Care | Ad Seg check, patient sleeping. Breathing. | Deficient | Insufficient encounter information.  Patient needs to at least articulate condition if not be examined. | Potentially | See IP p. 16 and 33.  RN or MD to see patients isolation cells MWF, and daily MH check in AD Seg. |
| 1 | | 02/09/24 | Sick Call/Clinic Visit P | NP | Access to Care | Dysuria, am eye crusting.  No physical exam.  No documented eye exam. Diagnosis:  bacterial conjunctivitis. Dysuria. "Medication Started" - not identified. Seen same day by MD. | Appropriate | 0 | Potentially | Documentation is poor! Possibility of  Reiter's syndrome not considered.  Should be referred to MD. |
| 1 | | 02/09/24 | Sick Call/Clinic Visit P | MD | Access to Care | Seen by MD for pain in foot, dry eye, restless legs. Exam finds plantar wart, keratoconjunctivitis sicca.  Rx prednisilone eye drops and follow up prn. Salicylic acid for wart | Appropriate | 0 | N/A | First line Rx for dry eyes is artificial tears. Prednisilone disfavored unless prescribed by opthamologist; patient at risk for Sjorgen's syndrome. |
| 1 | | 02/25/24 | Sick Call/Clinic Visit R | RN | Access to Care | Telehealth nurse; PNP back pain .  Writes "unable to assess" for many aspects of exam. | Deficient | Telehealth care as delivered in this setting does not meet IP requirments | Potentially | assistants need training to provide data to RN. |
| 1 | | 03/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | wants metamucil daily, itchy eyes, difficulty breathing, headache, dandruff.  Rx per PNP. | Appropriate | 0 | 0 | "unable to palpat3e" by telemedicine.  Should document tenderness by patient palpation. Or cough. |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 02/05/24 | Chronic Care | PA | Chronic Care | Patient needs chronic care visit. Chart is reviewed without physical exam. Patient wants diabetic diet. Novolin ordered for BS measured twice daily. | Deficient | Order for insulin is unnecessary and improper without evidence of diabetes. FBS was below 100. No labs had been ordered since admission.1/3/24. No CC visit is scheduled. Patient needs physical exam, labs to rule out STD, pre diabetes. | Potentially | complications from alcoholism are not being attended to . |
| 18 | | 02/11/24 | Sick Call/Clinic Visit R | RN | Access to Care | Wants monistat for yeast infection. Exam consistent with yeast infection per PNP. Rx per PNP. | Appropriate | 0 | 0 | 0 |
| 18 | | 02/25/24 | Sick Call/Clinic Visit R | RN | Access to Care | States UTI symptoms. Burning, frequency, pain. Unable to obtain urine. Labs ordered. Told to increse fluids. No physical exam - telehealth visit. "Contact  site leadership" | Deficient | No excuse for failure to obtain urine. Can be done later to establish need for antibiotic. | Adversely | treatment for UTI is delayed. Untreated UTI can become pyelonephritis and sepsis, especially in patient who is pre diabetic. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | 02/26/24 | Sick Call/Clinic Visit P | NP | Access to Care | Urinates small amount of blood, constipated. Exam is remarkable for "generalized abdominal pain that extedns to both of her sides and her low back area.  Non acute abdomen. " VS - temp 99. UA dip stick leukocytes, nitrite, proteinl, red cells. Assess;  UTI, constipation. Plan;  Bactrim BID for 7 days, Rocephin 1 gm daily for two days. Tylenol. Increase fluids.  Repeat UA in 10 days. | Deficient | Patient's exam is consistent with pyelonephrirts.  Treatment of this patient as outpatient is risky, but acceptable with very close follow up. Repeat UA in 10 days is insufficient. Patient needs to be seen in 24 hours, and urine should be sent out for analysis, along with culture, and also blood tests of kidney function and CBC | Potentially | Patients can die from undertreatment of pyelonephritis. |
| 18 | | 03/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | Patient commplains of persistent constipation and UTI symptoms.  Plan - to see PCP | Deficient | RN should obtain UA on the spot and dipstick test to confirm improved Uti | Potentially | there is no sensitivity done on urine culture to ensure antibiotic prescribed is effective |
| 18 | | 03/05/24 | Sick Call/Clinic Visit P | NP | Access to Care | Follow for persistent UTI symptoms.  No exam performed.  Temperature not reported.  No UA done. Pyridium ordered to subdue symptoms. | Deficient | UA dip stick can be done on the spot. Need urine culture. Lab not reviewed. VS are crucial, especially temperature. | Potentially | there is no sensitivity done on urine culture to ensure  antibiotic prescribed is effective |
| 18 | | 03/05/24 | Specialty Services | PA | Outside Medical Care/Referrals | Lab reported from blood drawn 2/26/24. No lab tests are reported in diagjnostics or documents. TSH is low, suggesting hyperthyroidism. | Deficient | Medical records need to have lab report placed in the medical record.  Follow up to TSH is crucial. | Potentially | patient may be hyperthyroid. Untreated hyperthyroidism can be fatal. |
| 18 | | 03/10/24 | Sick Call/Clinic Visit R | RN | Access to Care | "blurry vision major headaches" No physical exam.  No eye exam. Assess: alteration in comfort.  Temp 99. | Deficient | Nurses have no authority to diagnose outside of the protocols.  PNP for nurse requires more extensive examination and contact physician for severe pain. | Potentially | unknown cause of headache, can include sepsis. |
| 18 | | 03/12/24 | Clinic Follow-up | NP | Access to Care | UTI follow up.  Patient states symptoms are gone. Will buy reading glasses. | Appropriate | 0 | 0 | "alls well that ends well" but the process in this case was risky. |
| 18 | | 03/18/24 | Sick Call/Clinic Visit R | RN | Access to Care | patient asking for mil of magneusia.  States meds ordered are ineffective. | Appropriate | Treatment provided in accord with the nurses protocol. | Potentially | Persistent sub clinical infection or kindney disease may be undetected without repeat urine analysis. |
| 18 | | 03/23/24 | Sick Call/Clinic Visit P | PA | Access to Care | Urine analysis after treatment shows persistent white blood cells and bacteria suggesting inadequate treatment. | Deficient | ratioinale is chroinc misuse of laxatives; non compliance with meds offered.  Magnesium poisoning risks way overstated.  Patient is entitled for work-up and care for condition by PCP.  This is chart review only. | Potentially | Another example of insufficient access to care that needs to be face-to-face.  MOM may be good choice after direct exam and patient education. |
| 18 | | 03/30/24 | Specialty Services | NP | Outside Medical Care/Referrals | #REF! | Deficient | Inadequate follow up to this lab result | Potentially | patient may suffer complications from under treated or chroinc UTI |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 02/18/24 | Sick Call/Clinic Visit R | RN | Access to Care | C/O diarrhea, acid reflux. States he is better at time of exam.  Rx provided per PNP | Appropriate | 0 | 0 | 0 |
| 19 | | 02/18/24 | Sick Call/Clinic Visit R | RN | Access to Care | Wants STD testing. GU PNP reports anal warts. Has  no notification of disease in partners. Refer to provider for lab testing | Appropriate | 0 | 0 | STD testing should have  been done on admission 1/21/24. |
| 19 | | 02/29/24 | Sick Call/Clinic Visit P | MD | Access to Care | Patient has refused to be screened for STD.  Says anal warts are gone. Exam finds external hemorrhoid, no warts. No return visit | Deficient | patient should have counseling and documented fully informed consent or refusal in light of unclear history of sexual encounters. | Potentially | patient may be at  h risk for HIV, other STD and death from non treatment. This is not explained. |
| 19 | | 03/14/24 | Specialty Services | MD | Outside Medical Care/Referrals | return from oral surgery.  Orders provided | Appropriate | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 02/09/24 | Initial Intake Screenir | RN | Intake Screening | dyspneic, cough. Tachycardia. RR 20. Denies substance abuse. | Deficient | Described as normal VS.  Not repeated.  Not referred for PCP evaluation. | Adversely | acute illness not referred or treated promptly. |
| 20 | | 02/13/24 | Other | RN | Detoxification/Withdrawal | Patient discloses was on MAT, and now is withdrawing off med. Entered into COWS | Appropriate | 0 | 0 | 0 |
| 20 | | 02/14/24 | Chronic Care | NP | Chronic Care | COPD, MAT. Exam no distress. Meds ordered. | Deficient | No lab ordered.  No STD tested | Potentially | at risk as substance abuse for STD. At risk for multiple abnormal lab not tested. |
| 20 | | 02/15/24 | Chronic Care | MD | Chronic Care | Chronic pain, MAT. Labs ordered. | Appropriate | 0 | 0 | Lab not done. |
| 20 | | 02/16/24 | Emergent/Urgent Vis | RN | Access to Care | Chest pain 10/10 sent to ER | Appropriate | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | 02/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from hospital for atypical chest pain. Schedule PCP exam.. | Deficient | CT reporting "concerning for pulmonary edema, cannot exclude superimposed atypical infection … fatty infiltration of liver .. Elevationof right hemidiaphragm [consistent with liver enlargement]" not addressed by MCJ upon return | Potentially | patient may have early heart failure, and/or infectioin untreated. Follow up required. |
| 20 | | 02/21/24 | Specialty Services | NP | Outside Medical Care/Referrals | F/U from ER visit.  No Assessment . No weight | Deficient | Follow up care after hospitalization was insufficient.  No weight, Respiratory rate.  No ausculatation of chest.  Needs diagnoses, lab testing. | Potentially | unclear medical status without reviewing labs. STD. (NP writes "ideology" to mean etiology) |
| 20 | | 02/26/24 | Chronic Care | NP | Access to Care | f/u for COPD.  Now swelling 3+ pittting edema both legs. Resp rate not reported. No sign of repiratory distress.  Assess:  edema of unknown etiology. Plan:  Lawx, then HCTZ, TED.  NP sick call 7 days.  Labs pending. Wt 198 is down 48 lbs in one week from 246 on 2/15/24 - NO ACCURATE? | Deficient | Edema, uncertain weight,.  No labs in chart.  No labs ordered STAT.  Follow up too lenient.  Needs to be seen next day after lasix. | Potentially | Unclear if reviwed with Dr.       At risk for Cor Pulmonale, CHF, hypokalemia. Arrhytmia. |
| 20 | | 03/05/24 | Sick Call/Clinic Visit P | NP | Access to Care | bilateral edema lower legs, SOB, dry cough. PE no temperature, no respiratory rate. No weight. Wheezes.  No assessment. Plan: inhaler, low salt diet. | Deficient | Exam incomplete.  VS not taken.  No weight. Patient may be in heart failure.  Right sided failure could look like this. No assessment made. Care is not compliant with IP, and not nearly within standards of care | Potentially | If patient deteriorates will need hopsitaliztion. Can lead to left sided failure and respiratory failure and death. |
| 20 | | 03/27/24 | Sick Call/Clinic Visit P | MD | Detoxification/Withdrawal | Chronic pain. MAT.  Subutex increased. | Appropriate | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 02/24/23 | Initial Intake Screenir          RN | | Intake Screening | Diabetic on insulin, described as "not diabetic" and no blood sugar checked ("n/a"). Sent to GP with no referral | Deficient | intake form filled out inaccurately, not referred for chronic care and PCP care to confirm meds. | Adversely | Delayed access to chronic care delayed diagnotis of hypothyroidism, belatedly made 4/4/24 |
| 21 | | 02/27/24 | Patient Refusal | NP | Access to Care | Patient's putative refusal to see PCP is not documented with informed consent in the chart. | Deficient | Refusal regards "blood sugar check" but not the exam or visit. | Potentially | 0 |
| 21 | | 03/12/24 | Chronic Care | NP | Chronic Care | Patient due for CC exam to review DM, hypothyroid, HTN.  Also reports "leg arthritis". Exam is grossly unremarkable.  Limited detail by telehealth. | Deficient | Chronic care is incomplete.  Exam deficient.  N labs ordered. No patient education.  Needs referral to PCP on site in person exam and DM management. | Adversely | poorly controlled blood glucose leads to worse neuropathy, eye and kidney complications. Known hypothyroidism not addressed. |
| 21 | | 03/18/24 | Sick Call/Clinic Visit R          RN | | Access to Care | Complains of diabetes, foot numb. no STI testing. Is referred to PCP for further exam, and follow up regarding labs. | Deficient | Requst for review by PCP not honored timely.  Patient is seen by NP 3/25/24.  Lab not done.  HTN not followed up as requested.  Hypertension not treated adequately. | Adversely | uncontrolled HTN in diabetic injures kidneys. Lab delayed means necessary treatments are delayed. |
| 21 | | 03/19/24 | Chronic Care | PA | Chronic Care | Blood sugars monitored by chart review only.  No exam performed.  Jardiance added to DM regimen. | Deficient | IP requires in person examination and treatment that comports with national guidelines.  Prescribing without exam does not meet community standards. | Adversely | Poor control of diabetes, insufficient clinical care leads to complications. Lab still not done. |
| 21 | | 03/25/24 | Chronic Care | NP | Chronic Care | Visit for numbness of left foot. Possible diabetic neuropathy.  Exam is grossly unremakralbe by telehealth. BP elevated.  Meds ordered. | Deficient | diabetic neuropathy not assessed. No microfilament exam or other like exam. Lab not done. No random BS done. Abnormal BP not repeated. Weight not measured. Single BP med therapy insufficient.  Probably needs at least 2 drugs for adequate BP control in diabetic. | Adversely | Poor control of diabetes, insufficient clinical care leads to complications. Lab still not done. Needs referral to MD for in person eval, HTN assessment, etc. |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 02/07/24 | Sick Call/Clinic Visit P NP | | Access to Care | Complains hand swelling, pain. Possibly reinjured last night. Telehealth visit notes some wrist deformity. No assessment. Plan: repeat X ray and follow up after results. | Deficient | Assessment required for access to care. | Potentially | determination should be made whether patient has urgent need for orthopedic evaluation, or emergency X ray to rule out dislocation. |
| 22 | | 02/07/24 | Specialty Services | NP | Outside Medical Care/Referrals | X ray ordered, but X ray not performed | Deficient | Specialy care not available after request | Potentially | Unknown condition without X ray. |
| 22 | | 02/12/24 | Emergent/Urgent Vis | RN | Access to Care | Possible seizure. Unable to assess. Sent to ER | Appropriate | 0 | 0 | 0 |
| 22 | | 02/13/24 | Specialty Services | RN Ma | Outside Medical Care/Referrals | Returned to MCJH, with report . Assessed as pseudoseizures. No change in meds recommended. ER report reviewed by PA; Neurology appointment is pending. No change in medications. | Appropriate | 0 | 0 | 2/15/24 Neurology report reviewed on 2/19/24. (added to spreadsheet below) |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | 02/20/24 | Sick Call/Clinic Visit R | RN | Access to Care | Seizure like activity reported. . Patient does not appear ill, injured. No seizure or aftermath of seizure noted. No action taken. | Deficient | Every nursing encounter should be recorded with SOAP entry. The objective report is imcomplete with no vital signs. There is no assessment and no plan | No Effect | 0 |
| 22 | | 02/21/24 | Chronic Care | NP | Chronic Care | Listed as follow up to ER visit. Complaining of constipation.  Neurology and orthopedic consultation pending.  Patient has chronic conditions with multiple ER visits that justify Chronic Care entries, last one being 12/28/24. Left wrist in splint. | Deficient | Exam is incomplete. No weight.  No abdominal, neurological or orthopedic exam. No follow up or advocacy regarding neurological or othpedic visits.  No lab tests ordered.  No assessment.  No treatment plan.  Elevated blood sugar noted on booking has not been followed up. | Adversely | Constipation not treated.  STD screening not performed. Specialty visits are delayed. |
| 22 | | 02/22/24 | Emergent/Urgent Vis | MD | Access to Care | Called to see patient for shaking episode. Exam unremarkable. | Deficient | No assessment, and no plan | Adversely | patient's pseudseizures are not addressed. Need to collaborate with MH. |
| 22 | | 02/26/24 | Sick Call/Clinic Visit R | RN | Access to Care | Reports fall. Claims 10/10 pain. Claims head injury. Sent to ER | Appropriate | 0 | 0 | 0 |
| 22 | | 02/27/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ER after exam with no further ordered. ER note not reviewed by PCP, and no note regarding ER care is in the EMR. | Deficient | IP requires copies of outside care be in the EMR. | Potentially | possible aggravation of wrist fracture needs to be ruled out by X ray.  Was that done by ER? |
| 22 | | 03/08/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review of medical record after patient returned from orthopedic visit. No ortho note provided except few handwritten lines on authorization sheet asking for old records and MRI. | Deficient | IP requires copies of outside care consultation be in the EMR. IP requires communication with patient after the specialist visit to discuss plan or care. | Potentially | patient unable to cooperate with plan if not participating.  Refuses MRI. |
| 22 | | 03/10/24 | Sick Call/Clinic Visit R | RN | Access to Care | Patient complains of red eye for 2 weeks.  Wants referral for glasses. Summary shows visit for constipation complaint. Telehealth visit note not abnormal findings on PNP form. Weight not measured | Deficient | History and exam incomplete.  No weight.  No eye exam. | Potentially | Patient needs in person exam as cause of chronic constipation not established after multiple visits, and needs eye exam to rule out glaucoma or iritis. |
| 22 | | 03/12/24 | Sick Call/Clinic Visit P | RN | Access to Care | Claims chest pain.  Exam grossly normal.  Appears to have musculskeletal discomfort.  PNP forms for muscle strain, chest pain filled out. | Appropriate | 0 | 0 | form filled out states weight 140 - obvious error. Elsewhere states |
| 22 | | 03/18/24 | Sick Call/Clinic Visit R | RN | Access to Care | Vaginal discharge, itchy - request submitted 3/17/24. PNP form filled out. Rx per protocol for yeast infection | Appropriate | 0 | 0 | Blood sugars should be measured as booking glucose was 134. |
| 22 | | 03/20/24 | Emergent/Urgent Vis | RN | Access to Care | Night terror.  No medical issues noted. No new orders. | Appropriate | 0 | 0 | additional evidence of need to have collaborative care with MH. |
| 22 | | 03/23/24 | Sick Call/Clinic Visit R | RN | Access to Care | "having seizures". Exam normal. No action | Appropriate | 0 | 0 | 0 |
| 22 | | 03/24/24 | Sick Call/Clinic Visit R | DON | Access to Care | Trembling.  Says she wants to lose weght. Refuses blood sugars.  Exam otherwise not abnormal.  VS normal.  Refer to MH | Appropriate | 0 | 0 | First clear MH referal.  Needs collaborative care. Refusal of MRI was not discussed. |
| 22 | | 02/19/24 | Specialty Services | PA | Outside Medical Care/Referrals | Neurology consultation reviewed. Suggests video EEG off medication.  For now continue Keppra | Appropriate | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 02/09/24 | Initial Intake Screening RN | | Intake Screening | hypothyroid, alcohol and meth abuse. Obesity. VS normal. BS 101. Placed in CIWA. Physician contacted for withdrawal instructeonis. No referral documented in the Intake form, but is seen 2/14/24 for chronic care. | Appropriate | 0 | N/A | Notwithstanding "no referral" on Intake form, patient is seen for CC visit for thyroid problem on 2/14/24 |
| 23 | | 02/14/24 | Chronic Care | NP | Chronic Care | Visit for hypothyroid. Exam unremarkable. Thyroid lab ordered. | Deficient | Chronic care visit is incomplete. Polysubstance abuse not addressed. Possible pre diabetes not addressed. No STD screening done. | Potentially | patient is at risk for STD. |
| 23 | | 02/14/24 | Other | RN | Continuity of Care After Release | Discharge instructions filled out, meantion chronic medical condition and need for PCP | Appropriate | 0 | 0 | 0 |
| 23 | | 02/23/24 | Initial Intake Screening RN | | Intake Screening | denies drug, alcohol. Reports MAT, not confirmed. Described as under the influence. Sent to GP. Referred for CC. | Deficient | Statement of "under the influence" incompatable with admission to GP. Need to reconcile plan with repeat exam or call to PCP. Also, thryoid medication is not continued after booking. | Potentially | Patient actively withdrawing can seize, attempt suicide in GP. See 2/24/24 |
| 23 | | 02/24/24 | Emergent/Urgent Vis RN | | Access to Care | Suicidal statements. Sent to MH | Appropriate | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 03/01/24 | PCP Diagnostics Revie | PA | Tuberculosis & Other Infections | Review of PPD status in past negative. X ray obtained on this visit because refuses further PPD. Negative X ray. PPD negative in past. No further action | Appropriate | 0 | 0 | 0 |
| 23 | | 03/11/24 | Chronic Care | PA | Chronic Care | Patient needs chronic care visit to review hypothyroid status. Chart review only is insufficient regarding thyroid, and lack of thyroid meds. Levothyroxin not ordered at booking. Is ordered now. | Deficient | Patient was referred for CC, needs in person examination, consideration of possible pre diabetes, complications from drug use, obesity, hypothyroidism. No STD testing done. (Thryoid labs only ordered). Has not had 14 day health inventory. | Potentially | IP calls for Chronic care visit and treatment plan within 7 days. CC visit scheduled for 3/29/24. |
| 23 | | 03/20/24 | Sick Call/Clinic Visit R | RN | Access to Care | Wants cane, post replacement of right hip. Exam normal. Gaiit steady. Acetaminophen per PNP. Weight 260. | Appropriate | 0 | 0 | Hip pain likely due to obesity. Needs CC attention. |
| 23 | | 03/27/24 | Sick Call/Clinic Visit R | RN | Access to Care | Pain right hip. Wants meds, therapy. Cane. On exam no apparent deficit. PNP forms filled out. Rx ibuprofen. Has PCP exam scheduled for 3/29/24. | Appropriate | 0 | 0 | 0 |
| 23 | | 03/29/24 | Specialty Services | MD | Outside Medical Care/Referrals | Lab reports positive Hepatitis A, B and C antibodies. Antigen tests for Hepatitis B, C are negative (meaning that he has no current infection). | Appropriate | 0 | N/A | Screening for STD is inordinately delayed from admission 2/23/24. HCV testing should automatically look at viral load if Antibody is positive |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 02/02/24 | Specialty Services | RN , K | Outside Medical Care/Referrals | Returned from hospital after evaluation of hyperkalemia (k = 6). Medical csre reviewed by RN and MD.  ER report is in EMR. | Appropriate | 0 | 0 | 0 |
| 24 | | 02/05/24 | Chronic Care | MD | Chronic Care | Follow up from ER visit and multiple Med problems. Exam unremarkable. Labs pending Meds continued as recommended. Speicalty visits pending | Appropriate | 0 | 0 | 0 |
| 24 | | 02/09/24 | PCP Diagnostics Revie | MD | Chronic Care | lab pending.  Will contact lab, or repeat test as needed. | Appropriate | 0 | 0 | Dr. takes proactive stance, needed for this patient and others. |
| 24 | | 02/13/24 | Sick Call/Clinic Visit P | MD | Access to Care | Lab returned K 6.3.  Send  to ER for immediate therapy | Appropriate | 0 | 0 | 0 |
| 24 | | 02/14/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from hospital after evaluation of hyperkalemia (k = 6.3). Medical csre reviewed by RN and MD.  ER report is in EMR. | Appropriate | 0 | 0 | 0 |
| 24 | | 02/21/24 | Sick Call/Clinic Visit P | MD | Access to Care | Low blood sugare, K 5.8.  Exam otherwise unremakralbe.  Meds for high potassium | Appropriate | 0 | 0 | 0 |
| 24 | | 02/26/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return from nephrology.  Report reiterated with recommendatons.  Consultation is in the chart | Appropriate | 0 | 0 | recommended tests (vit D, US with post void residual, iron panel) not yet done. |
| 24 | | 03/04/24 | Sick Call/Clinic Visit R | RN | Access to Care | Patient worried about weight. Reassured. | Appropriate | 0 | 0 | 0 |
| 24 | | 03/13/24 | Specialty Services | MD | Outside Medical Care/Referrals | lab drawn to follow K levels | Appropriate | 0 | 0 | 0 |
| 24 | | 3/289/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review optometry findings | Appropriate | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 02/13/24 | Initial Intake Screening | RN | Intake Screening | Sex abuse, polysubstance abuse. Enrolled in CIWA, synthetics protocol. Med exam unremarkable, referred for medical visit and MH. | Appropriate | 0 | 0 | Medical visit not timely provided. See lapse in CC, and for Access to care. |
| 25 | | 02/14/24 | Other | ? | Detoxification/Withdrawal | VS and behavior observed for detox. | Appropriate | 0 | 0 | 0 |
| 25 | | 02/19/24 | Sick Call/Clinic Visit R | RN | Access to Care | Bloody nose, tachycardia (128). Epistaxis not controlled. Sent to ER | Appropriate | 0 | 0 | 0 |
| 25 | | 02/19/24 | Specialty Services | RN | Outside Medical Care/Referrals | Patient returned from ER after bloody nose. Resolved. | Deficient | No documents from ER in the EMR. | No Effect | 0 |
| 25 | | 02/26/24 | Sick Call/Clinic Visit R | RN | Access to Care | Opportunity for overdue CC visit, polysubstance abuse. Seen for reported self injury, inserting wood into vagina. Requesting STD. Vaginal discharge. Lab: GC, BV, Trich lab forf STD. Empiric Rx flagyl. | Appropriate | 0 | N/A | Patient is due for 14 day inventory and STD screening. |
| 25 | | 02/27/24 | Chronic Care | MD | Chronic Care | Gonorrhea reported by lab 3/2/24. Treatment ordered, with follow up requested from public health. | Deficient | Patient should have been screened at intake. Treatment is delayed by nearly one month. | Potentially | late treatment for GC exposes patient to harm. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 03/05/24 | PCP Diagnostics | | Outside Medical Care/Referrals | prescribed medication for gonorrhea not timely administered. Ordered 3/5 two days afterr discovery of infection, and not provided to patient until 3/9/24 | Deficient | #REF! | Potentially | late treatment for GC exposes patient to harm. |
| 25 | | 03/09/24 | Medication Renewal | | Pharmaceutical Administration | #REF! | Deficient | #REF! | Potentially | Progress noe is incomplete without assessment. |
| 25 | | 03/12/24 | Sick Call/Clinic Visit P | RN | Access to Care | Follow up regarding GC. Public health form filled out. VS normal. No complaints. Continue antibiotics as ordered. Assessment is blank. | Appropriate | 0 | 0 | #REF! |
| 25 | | 03/13/24 | Observation Cell | ? | Access to Care | exam in Ad Seg is cursory, at best. States "Unkempt." No evident as to why. No physical/Mental quotes from patient/ | Deficient | Patient known to have disease under care requires assessment, not provided | Potentially | complications of GC not considered. |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 02/15/24 | Initial Intake Screenir | RN | Intake Screening | Homeless, multiple MCJ admissions.  BCG history.  Confused and uncooperative.  Referrd for QuantiFERON test, MH evaluation | Appropriate | 0 | 0 | 0 |
| 26 | | 02/15/24 | RN Diagnostic Service | MD | Tuberculosis & Other Infections | QuantiFERON screening indicated on TB assessment, | Deficient | QunatiFERON testing not performed.  No STD screening done. | Potentially | patient at risk for STD, TB.  No documented refusal for QF or STD screen in EMR. |
| 26 | | 02/20/24 | Chronic Care | MD | Chronic Care | Evaluation of Chorea detected in ER.  History and physical documented.  Problem list updated.  Additional evaluation planned. Sent to ER for urgent lab. | Appropriate | 0 | 0 | 0 |
| 26 | | 02/20/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ER visit.  CBC normal. Chem panel remarkable for random BS  169. CT neg. Returned to MCJ for further evaluatoin | Appropriate | 0 | 0 | full evaluation, including STD and thyroid tests, not completed until 4/15/24 |
| 26 | | 03/26/24 | Chronic Care | MD | Chronic Care | Follow up regarding chorea.  Differential diagnoses include dementia, parkinsonism, Huntington's Disease. Lab and neurology consultaton ordered | Appropriate | 0 | 0 | Poor cooperation from patient is delaying evaluation. |
| 26 | | 3/37/24 | Observation Cell | ? | Access to Care | observation in ad seg, 2/11- 3/31/24 includes report on appearance.  No distress noted. | Appropriate | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 02/23/24 | Initial Intake Screening | RN | Intake Screening | Overweight (BMI 33) with no other apparent medical or MH issues. No referrals | Appropriate | 0 | 0 | patient did not volunteer history of prior stones. |
| 27 | | 03/01/24 | Emergent/Urgent Vis | RN | Access to Care | 10/10 Left flank pain. Sent to ER | Appropriate | 0 | 0 | 0 |
| 27 | | 03/01/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ER with diagnosis of kidney stone, uncomplicated. Meds and followo up ordered | Appropriate | 0 | 0 | 0 |
| 27 | | 03/04/24 | Sick Call/Clinic Visit P | MD | Access to Care | Recurrent severe pain presumed from kidney stone. Sent to ER | Appropriate | 0 | 0 | 0 |
| 27 | | 03/07/24 | Chronic Care | NP | Outside Medical Care/Referrals | Telehealth examination grossly unremarkable. Patient | Appropriate | 0 | 0 | 0 |
| 27 | | 03/29/24 | Specialty Services | NP | Outside Medical Care/Referrals | Returned from urology appointment with instruction for 24 hour urine collection. | Appropriate | 0 | 0 | 0 |
| 27 | | 03/29/24 | Other | NP | Tuberculosis & Other Infections | Patient is overdue for 14 day health inventory and infectious disedase screening. | Deficient | STD screening not done. No 14 day health inventory | Potentially | patient at risk for STD. |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 03/01/24 | Initial Intake Screening | RN | Intake Screening | Patient was sent to ER before booking for mild wheezing, advised albuterol and steroids.  MH issues unspecified. Referred by Intake nurse for urgent, next day medical care and chronic care | Appropriate | 0 | 0 | Jail check documentation returned to MCJ was incomplete. |
| 28 | | 03/01/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from jail check with minimal paper work. | Deficient | ER information not scanned into EMR | Adversely | PCP, MD, Med Director  cannot assess the patient's need for prompt attention.  Patient returns to hospital 3/3/24. |
| 28 | | 03/02/24 | Emergent/Urgent Visit | RN | Access to Care | AT 2230 patient acutely dyspneic, panicky.  O2 90%.  Improved after albuterol.  Paramedics stabilize and take to ER | Appropriate | 0 | 0 | Patient was not seen within 24 hours of admission as requested by Intake nurse. |
| 28 | | 3/4/2024; 3/7/2 | Specialty Services | RN; | Outside Medical Care/Referrals | Returned from ER visit with diagnosed non infectious gastroenteritis, acute kidney failures. MD ordered levaquin, metronidazole.  Medical record also reviewed by             on 3/7/24. | Deficient | Medical record of ER visit is incomplete.  Diagnoses of acute kidney failure not substantiated by lab tests, probably error.  PA             does not address or follow up on ER report (probably error) regarding acute renal failure | Adversely | MCJ MD orders not based upon exam or lab evidence.  ER notes not read or acted upon by MCJ provider. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | 03/08/24 | Chronic Care | MD | Chronic Care | Hypertension, Asthma, recent gastroenteritis, dehydration follow up from ER. Improved, stable. Meds added for asthma. Complete rx for gastroenteritis. STD labs ordered. | Deficient | Chronic care visit overdue. Lab ordered not done. - patient refuses lab on 3/20/24. | Adversely | Timely medical attention (requesed urgently) would have mitigated risk of further hospital care. Prescribed antibiotics probably mistaken as patient diagnosed with non infectious gastroenteritis. |
| 28 | | 03/20/24 | Other | RN | Continuity of Care After Release | Discharge instructions and follow up meds provided upon release | Appropriate | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 03/01/24 | Sick Call/Clinic Visit P | NP | Access to Care | Reports unable to walk. VS normal. Ambulation appears normal (though slow) on telehealth exam. Assessed as restless leg syndrome. Request for wheelchair declined. "Medication will be adjusted." | Deficient | examination by telehealth is insufficient to establish reason patient cannot walk. Very slow ambulation suggests neurological problem, such as parkinsonism. Needs in person evaluation, ADA to prevent falls | Adversely | patient seriously injured in fall on 3/4/24. |
| 29 | | 03/04/24 | Specialty Services | RN | Outside Medical Care/Referrals | Sent for treatment after fall in the morning. Returned in evening. Retruned with diagnosis right shoulder strain. | Deficient | Full report from ER not provided. No official X ray reading. | Adversely | patient has broken shoulder, not diagnosed. |
| 29 | | 03/07/24 | Sick Call/Clinic Visit P | NP | Access to Care | patient complains unable to use right arm after fall . Exam by telehealth reports limited rom right arm. Assessment: right arm sholder pain | Deficient | ER note, X ray not reviewed. Not provided with proper assessment or diagnosis. Simply restates patient's symptoms | Adversely | patient's broken arm untreated. |
| 29 | | 03/11/24 | Sick Call/Clinic Visit P | NP | Access to Care | 10/10 pain in right arm. Large hematoma on arm. Assess: right arm pain. Plan: X ray ordered. | Appropriate | 0 | 0 | 0 |
| 29 | | 03/13/24 | Specialty Services | PA | Outside Medical Care/Referrals | X ray done 3/13/24 shows acute humerus fracture. Has ortho appointment for 4/10/24 | Deficient | Ortho treatment for acute humerus fracture is inordinately delayed, beyond appropriate time | Adversely | patient's acute fracture is not treated. |
| 29 | | 03/13/24 | Chronic Care | MD | Health Care Maintenance | Chronic care form filled out, and annual exam form. Documents severely limited function in arm with extensive bruising. Assess: right shoulder strain, stable cardiomyopathy, DM. Continue med. Ortho consultation pending | Deficient | Annual exam is overdue.Plan did not include follow up on X ray ordered by ___ on 3/11/24. Guidelines for health maintenance include counseling re prostate cancer, screen for colon cancer | Adversely | acute fracture has not been treated since injury 3/4/24 and no plans for treatment until after ortho visit 4/10/24. |
| 29 | | 03/27/24 | Sick Call/Clinic Visit R | RN | Access to Care | Patient reports feeling "things moving in his shoulder" and very bad headaches, unlike his ever before. Assess; acute pain from headace | Deficient | telehealth encounter insufficient, does not comport with PNP that requires PCP evaluation for new severe headache. X ray shows fracture of arm, not being treated | Adversely | arm fracture untreated, need to rule out subdural hematoma |
| 29 | | 03/27/24 | Specialty Services | RN | Outside Medical Care/Referrals | Fractured arm is not scheduled for ortho consultation until 4/10/24 | Deficient | EMR does not document discussion with Ortho or other justification for delayed specialty care | Adversely | acute fracture has not been treated since injury 3/4/24 and no plans for treatment until after ortho visit 4/10/24. |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 02/27/24 | Initial Intake Screenin | | Intake Screening | chronic alcoholism, meth abuse. HTN on meds.Unintelligle.  BS  134.  Smokes tobacco. Schizoaffective disorder. Sent to GP, COWS, routine med and MH referral | Deficient | Overtly impaired at intake. Needs urgent MH and medical assesment to rule out acute Wernicke encephalopathy, delirium, metabolic derangement or infection.  Not safe to go to GP.  ADA form seems to be used incorrectly where all answers clicked "No" notwithstanding actual situation. | Potentially | patient at risk for DT, seizures, injury while on GP.  Patient is seen 2/28/24 by MH - Psych. Started on anti-psycotic. Needs CIWA, not COWS. Has severe alcohol withdrawal 3/9/24. |
| 30 | | 03/07/24 | Chronic Care | NP | Chronic Care | CC for HTN, ? DM (elevated random BS). BP 162/92, not repeated. Old scars from IV drug use. Assess:  HTN, uncontrolled.  Plan - 25 mg hydralazine stat, Adjust Coreg, BP checks. | Deficient | Chronic care visit is incomplete.  No STD screen or necessary lab done. Alcoholism, Meth and opiate abuse not addressed.  Treatment of BP is wrong, and dangerous.  Hydralazine not indicated | Potentially | complications from durg abuse not diagnosed.  Possible Wernickes or other neuro deficits not addressed. |
| 30 | | 03/09/24 | Emergent/Urgent Vis | RN | Access to Care | VOMITTING, WEK, CHEST PAIN.  Bp 210/110.  Sent to hospital | Appropriate | 0 | 0 | posibly consequence of not being followed for alcoholic withdrawal. |
| 30 | | 03/10/24 | Specialty Services | RN | Outside Medical Care/Referrals | Rerturned with diagnosis of alcohol withdrawal, hypertension, GERD.  VS improved. | Appropriate | | 0 | Hand written note accmopanies patient.  EMR should have full hospital information - report. |
| 30 | | 03/11/24 | Specialty Services | NP | Outside Medical Care/Referrals | Follow up after ER visit.  Nausea and vomiting resolved | Appropriate | 0 | 0 | 0 |
| 30 | | 03/21/24 | Other | RN | Detoxification/Withdrawal | CIWA evaluation.  VS normal.  Patient alert. Cooperative.  Continue care. | Appropriate | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | 03/23/24 | Clinic Follow-up | | Chronic Care | Monitor BP on current meds.  Hctz added .  Reviews lab performed 3/15/24.  HB A1c 6.0 = Pre Diabetes.  Will start low dose Methformin. | Appropriate | 0 | 0 | Use of metformin for pre diabetes has dubious value. Should be discussed with medical director. But low dose not likely to cause harm. |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Summary of Encounters

| Medical Quality Indicator | Case Review Findings | | | | | Medical Chart Review Findings (Audit Tool) | | | | Combined Percentage Compliance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Encounters | Number of Appropriate | Number of Deficient | Number of N/A | Percentage Compliance | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance | |
| Intake Screening | 17 | 9 | 8 | 0 | 52.9% | 20 | 9 | 11 | 45.0% | 48.6% |
| Access to Care | 123 | 74 | 49 | 0 | 60.2% | 20 | 5 | 15 | 25.0% | 55.2% |
| Chronic Care | 36 | 14 | 22 | 0 | 38.9% | 20 | 3 | 17 | 15.0% | 30.4% |
| Health Care Maintenance | 2 | 0 | 2 | 0 | 0.0% | 13 | 1 | 12 | 7.7% | 6.7% |
| Continuity of Care After Release | 3 | 2 | 1 | 0 | 66.7% | 12 | 3 | 9 | 25.0% | 33.3% |
| Outside Medical Care/Referrals | 42 | 26 | 16 | 0 | 61.9% | 16 | 10 | 6 | 62.5% | 62.1% |
| Detoxification/Withdrawal | 12 | 9 | 3 | 0 | 75.0% | 20 | 12 | 8 | 60.0% | 65.6% |
| Tuberculosis & Other Infections | 9 | 4 | 5 | 0 | 44.4% | 20 | 6 | 14 | 30.0% | 34.5% |
| Pharmaceutical Administration | 3 | 1 | 2 | 0 | 33.3% | 11 | 5 | 5 | 50.0% | 46.2% |
| Totals | 247 | 139 | 108 | 0 | 56.3% | 152 | 54 | 97 | 35.8% | 48.5% |

**Summary**

**Percentage of Compliance of Encounters by Medical Quality Indicator**

| | Medical Care Category | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance |
|---|---|---|---|---|---|
| 1 | Intake Screening | 20 | 9 | 11 | 45.0% |
| 2 | Access to Care | 20 | 5 | 15 | 25.0% |
| 3 | Chronic Care | 20 | 3 | 17 | 15.0% |
| 4 | Health Care Maintenance | 13 | 1 | 12 | 7.7% |
| 5 | Continuity of Care After Release | 12 | 3 | 9 | 25.0% |
| 6 | Outside Medical Care/Referrals | 16 | 10 | 6 | 62.5% |
| 7 | Detoxification/Withdrawal | 20 | 12 | 8 | 60.0% |
| 8 | Tuberculosis & Other Infections | 20 | 6 | 14 | 30.0% |
| 9 | Pharmaceutical Administration | 11 | 5 | 5 | 50.0% |
| | Totals | 152 | 54 | 97 | 35.8% |

| MCI | Auditor Name: | | Audit Review Period:  Month/Year - Month/Year | | | |
|---|---|---|---|---|---|---|

## CHAPTER 1. INTAKE SCREENING

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 1.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.4 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.8 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 |
| 1.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.13 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.14 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.15 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | 0 | 0 | 0 | 0 |

## CHAPTER 2: ACCESS TO CARE

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 2.1 | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 2.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 2.3 | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 2.4 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 2.5 | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | 0 | 0 | 0 | 0 |

## CHAPTER 3: CHRONIC CARE

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 3.1 | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 |
| 3.2 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 |
| 3.3 | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 |
| 3.4 | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | 0 | 0 | 0 | 0 |

## CHAPTER 4: HEALTH CARE MAINTENANCE

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 4.1 | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.2 | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.3 | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 5.1 | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.4 | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 6: OUTSIDE MEDICAL CARE / REFERRALS

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 6.1 | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.4 | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CHAPTER 7: DETOXIFICATION/WITHDRAWAL**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| 7.1 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.3 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.4 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.8 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 7.12 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Deficient | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | 0 | 0 | 0 | 0 |

**CHAPTER 8: TB AND OTHER INFECTIONS**

| ID # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.1 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.3 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.5 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| Overall Encounter Rating | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate |

**CHAPTER 9: PHARMACEUTICAL ADMINISTRATION**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |
| 9.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Appropriate | Appropriate | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Summary
### Percentage of Compliance with Medical Quality Indicators

| | Medical Care Category | Number of Quality Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 300 | 139 | 16 | 145 | **89.7%** |
| 2 | Access to Care | 107 | 50 | 46 | 11 | **52.1%** |
| 3 | Chronic Care | 80 | 33 | 29 | 18 | **53.2%** |
| 4 | Health Care Maintenance | 39 | 10 | 29 | 0 | **25.6%** |
| 5 | Continuity of Care After Release | 48 | 7 | 18 | 23 | **28.0%** |
| 6 | Outside Medical Care/Referrals | 64 | 37 | 14 | 13 | **72.5%** |
| 7 | Detoxification/Withdrawal | 240 | 59 | 21 | 160 | **73.8%** |
| 8 | Tuberculosis & Other Infections | 100 | 21 | 15 | 64 | **58.3%** |
| 9 | Pharmaceutical Administration | 31 | 6 | 5 | 20 | **54.5%** |
| | **Totals** | **1009** | **362** | **193** | **454** | **65.2%** |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCI | Auditor Name: | | Audit Review Period: Month/Year - Month/Year |
|---|---|---|---|

**Totals**

| Quality Indicator | QI | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|
| 1 Intake Screening | 1.1 | 20 | 19 | 1 | 0 | 95.0% |
| | 1.2 | 20 | 6 | 1 | 13 | 85.7% |
| | 1.3 | 20 | 18 | 2 | 0 | 90.0% |
| | 1.4 | 20 | 7 | 3 | 10 | 70.0% |
| | 1.5 | 20 | 8 | 6 | 6 | 57.1% |
| | 1.6 | 20 | 20 | 0 | 0 | 100.0% |
| | 1.7 | 20 | 0 | 0 | 20 | #DIV/0! |
| | 1.8 | 20 | 11 | 1 | 8 | 91.7% |
| | 1.9 | 20 | 19 | 0 | 1 | 100.0% |
| | 1.10 | 20 | 2 | 2 | 16 | 50.0% |
| | 1.11 | 20 | 6 | 0 | 14 | 100.0% |
| | 1.12 | 20 | 3 | 0 | 17 | 100.0% |
| | 1.13 | 20 | 0 | 0 | 20 | #DIV/0! |
| | 1.14 | 20 | 0 | 0 | 20 | #DIV/0! |
| | 1.15 | 20 | 20 | 0 | 0 | 100.0% |
| 2 Access to Care | 2.1 | 20 | 13 | 7 | 0 | 65.0% |
| | 2.2 | 20 | 14 | 6 | 0 | 70.0% |
| | 2.3 | 20 | 10 | 10 | 0 | 50.0% |
| | 2.4 | 20 | 12 | 7 | 1 | 63.2% |
| | 2.5 | 27 | 1 | 16 | 10 | 5.9% |
| 3 Chronic Care | 3.1 | 20 | 14 | 6 | 0 | 70.0% |
| | 3.2 | 20 | 1 | 1 | 18 | 50.0% |
| | 3.3 | 20 | 10 | 10 | 0 | 50.0% |
| | 3.4 | 20 | 8 | 12 | 0 | 40.0% |
| 4 Health Care Maintenance | 4.1 | 13 | 5 | 8 | 0 | 38.5% |
| | 4.2 | 13 | 2 | 11 | 0 | 15.4% |
| | 4.3 | 13 | 3 | 10 | 0 | 23.1% |
| 5 Continuity of Care after Release | 5.1 | 12 | 1 | 4 | 7 | 20.0% |
| | 5.2 | 12 | 2 | 4 | 6 | 33.3% |
| | 5.3 | 12 | 2 | 5 | 5 | 28.6% |
| | 5.4 | 12 | 2 | 5 | 5 | 28.6% |
| 6 Outside Medical Care - Referrals | 6.1 | 16 | 9 | 6 | 1 | 60.0% |
| | 6.2 | 16 | 11 | 5 | 0 | 68.8% |
| | 6.3 | 16 | 5 | 1 | 10 | 83.3% |
| | 6.4 | 16 | 12 | 2 | 2 | 85.7% |
| 7 Detoxification/ Withdrawal | 7.1 | 20 | 6 | 2 | 12 | 75.0% |
| | 7.2 | 20 | 6 | 2 | 12 | 75.0% |
| | 7.3 | 20 | 13 | 3 | 4 | 81.3% |
| | 7.4 | 20 | 14 | 5 | 1 | 73.7% |
| | 7.5 | 20 | 8 | 2 | 10 | 80.0% |
| | 7.6 | 20 | 6 | 3 | 11 | 66.7% |
| | 7.7 | 20 | 1 | 0 | 19 | 100.0% |
| | 7.8 | 20 | 0 | 1 | 19 | 0.0% |
| | 7.9 | 20 | 0 | 1 | 3 | 0.0% |
| | 7.10 | 20 | 0 | 0 | 20 | #DIV/0! |
| | 7.11 | 20 | 2 | 0 | 18 | 100.0% |
| | 7.12 | 20 | 3 | 2 | 15 | 60.0% |
| 8 Tuberculosis and Other Infections | 8.1 | 20 | 18 | 2 | 0 | 90.0% |
| | 8.2 | 20 | 0 | 12 | 8 | 0.0% |
| | 8.3 | 20 | 0 | 0 | 20 | #DIV/0! |
| | 8.4 | 20 | 0 | 0 | 20 | #DIV/0! |
| | 8.5 | 20 | 3 | 1 | 16 | 75.0% |
| 9 Pharmaceutical Administration | 9.5 | 11 | 2 | 0 | 9 | 100.0% |
| | 9.6 | 10 | 0 | 0 | 10 | #DIV/0! |
| | 9.7 | 10 | 4 | 5 | 1 | 44.4% |

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| **2** | **Access to Care** | 2.6 | 0 | 2 | 0 | 0.0% | |
| | | 2.7 | 1 | 0 | 0 | 100.0% | |
| | | 2.8 | 1 | 0 | 0 | 100.0% | |
| | | 2.9 | 8 | 0 | 0 | 100.0% | |
| | | 2.10 | 0 | 1 | 0 | 0.0% | |
| **8** | **TB and Other Infections** | 8.6 | 0 | 1 | 0 | 0.0% | |
| **9** | **Pharmacetuical Administration** | 9.1 | 1 | 0 | 0 | 100.0% | |
| | | 9.2 | 9 | 0 | 0 | 100.0% | |
| | | 9.3 | 10 | 0 | 0 | 100.0% | |
| | | 9.4 | 10 | 0 | 0 | 100.0% | |
| | | 9.8 | 3 | 0 | 0 | 100.0% | |
| | | 9.9 | 1 | 0 | 0 | 100.0% | |
| | | 9.10 | 1 | 0 | 0 | 100.0% | |
| **10** | **CFMG Staffing** | 10.1 | 1 | 0 | 0 | 100.0% | |
| | | 10.2 | 1 | 0 | 0 | 100.0% | |
| | | 10.3 | 0 | 3 | 0 | 0.0% | |
| | | 10.4 | 0 | 0 | 0 | #DIV/0! | |
| | | 10.5 | 0 | 1 | 0 | 0.0% | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| Patient Initials | | | | | | | | | | | | | | | | - 3/6 | - 3/21 | | | | | | | |
| 1.1 Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | | YES | YES | YES | YES | | | | |
| Date of Patient's Arrival at MCJ | 02/10/24 | 2/29/24 | 03/16/24 | 01/29/24 | 02/11/24 | 02/11/24 | 03/07/24 | 02/22/24 | 03/13/24 | 02/03/24 | 02/17/24 | 02/06/24 | 02/08/24 | 02/17/24 | 03/03/24 | 03/06/24 | 03/21/24 | 03/11/24 | 03/24/24 | 02/13/24 | | | | |
| Date Initial Health Screening Completed | 02/10/24 | 02/29/24 | 03/16/24 | 01/29/24 | 02/11/24 | 02/11/24 | 03/07/24 | 02/22/24 | 03/14/24 | 02/03/24 | 02/17/24 | 02/06/24 | 02/08/24 | 02/17/24 | 03/03/24 | 03/08/24 | 03/21/24 | 03/11/24 | 03/24/24 | 02/13/24 | | | | |
| • Obtain a list of inmates who were booked into Monterey County Jail (MCJ) during the audit review period and randomly select up to 20 inmate encounters for review.<br>• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.<br>• Ensure the health care staff completed the Monterey County Jail Intake Questionnaire form during the intake screening process.<br>>> Note: All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.<br>• Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments:  Intake form inaccurately states patient arrested 3/14/24 when booked in at 1650 on 3/13/24. Intake exam done 0202 on 3/14/24. | | | | Comments:  intoxicated  delirious at arrest and sent for jail clearance  intake delayed due to intoxication, jail clearance. | | | | Comments: | | | | Comments: | | | |
| 1.2 If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate immediately evaluated by PCP/MH and/or transported to Natividad | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | YES | YES | YES | YES | NA | YES | NA | | | | |
| Date Initial Health Screening Completed | | | | | | | | | | | | 02/22/24 | 03/14/24 | | | | 02/17/24 | 03/03/24 | 03/06/24 | 03/21/24 | | 03/23/24 | | |
| Date Inmate Transported to Natividad Medical Center | | | | | | | | | | | | 02/22/24 | 03/14/24 | | | | 02/17/24 | 03/03/24 | 03/06/24 | 03/21/24 | | 03/23/24 | | |
| • Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care. If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.<br>— Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody for "outside" medical evaluation and clearance are as follows:<br>> Arrestees who are unconscious or who cannot walk under their own power.<br>> Arrestees who are having or have recently had convulsions.<br>> Arrestees with any significant external bleeding.<br>> Arrestees with any obvious fracture.<br>> Arrestees with signs of head injuries.<br>> Arrestees with any signs of serious injury or illness.<br>> Arrestees displaying signs of acute alcohol or drug withdrawal.<br>> Pregnant women in labor or with other serious problems.<br>> Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.<br>> Arrestees with complaints of severe pain or trauma.<br>> Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."<br>Compliance will be determined via the review of the medical records . | Comments: | | | | Comments:  24 weeks pregnant | | | | Comments  patients condition should have been evaluated at time of booking by PCP or sent to hospital for meth and alcohol withdrawal. See below. not | | | | Comments:  suicidal, placed into safety cell with MH evaluation. | | | | Comments:  purported seizure disorder, not verified by ER. No studies done in ER. | | | | Comments: | | | |

Monterey County Jail
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 1 - INTAKE SCREENING**

Facility **Monterey County Jail (MCJ)**          AUDITOR NAME **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.3** Did the booking registered nurse take the inmate's vital signs and inquire into the inmate's past and current illnesses and health problems as called for in | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | | | | |
| • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire. • The receiving screening shall include vital signs and inquiry into: Current illness and health problems, including medical, mental health, dental and communicable disease. Medications and special health requirements. Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems. History or appearance of suspected mental illness, including suicidal ideation or behavior. Appearance or history of developmental disability. Appearance or history of recent sexual abuse or abusiveness. For females, a history of gynecological problems, possibility of current pregnancy, recent delivery and present use of birth control. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments:    blood sugar not taken, stated "NA" although polysubstance abuse. | | | | Comments: | | | | Comments:    – Substance abuse (etoh, synth) but no BS tested. | | | | Comments: | | | |
| **1.4** If during the initial intake screening process the inmate was identified with an acute or chronic medical condition deteriorated, did the booking registered nurse refer the inmate to the primary care provider for immediate care? | NA | NA | NA | NO | NA | YES | YES | YES | NO | NA | YES | NA | YES | NA | YES | YES | NO | NA | NA | NA | | | | |
| • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes or new condition such as UTI. • Review the inmate's medical record to determine whether the inmate was referred to the primary care provider. • *Compliance will be determined via the review of the medical records.* | Comments:    has significant lower extremity edema of unknown cause. Has recently engaged in self harm, cutting. Sent to GP, and chronic care in 5+ days. | | | | Comments: | | | | Comments:    is alcoholic, in deteriorated condition grossly, multiple skin lesions, picking at them as if in withdrawal from meth and alcohol. Not referred for prompt care by  PCP. No lab done. | | | | Comments: | | | | Comments:MP/Hall clearance advises medical exam next day, does not happen | | | | Comments: | | | |
| **1.5** Was the inmate with a chronic medical condition seen by a primary care provider within seven days of arrival at the facility?  For patients incarcerated beyond 14 days, was PCP alerted to abnormalities detected in 14 day | | | | YES | YES | NO | YES | YES | NO | NO | YES | NO | NO | NO | NO | YES | NO | NA | NA | NA | | | | |
| Date of Patient's Arrival at MCJ | | | 01/29/24 | 02/11/24 | 02/11/24 | 03/07/24 | | 03/13/24 | 02/03/24 | 02/17/24 | 02/06/24 | 02/06/24 | 02/17/24 | 03/03/24 | 03/06/24 | 03/21/24 | | | 02/13/24 | | | | |
| Date Patient Seen by PCP | | | 01/31/24 | 02/13/24 | 02/20/24 | 03/12/24 | | not | 02/08/24 | 03/14/24 | NOT | 02/20/24 | | 03/13/24 | 03/12/24 | 04/02/24 | | | 02/19/24 | | | | |
| • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility. • *Compliance will be determined via the review of the medical records.* | Comments: exam by Dr    arose due to leg swelling.  Not from intake referral. | | | | Comments: CGPatient refused CC visit, visit 2 days late, but important because of risks for seizures from benzo withdrawal. | | | | Comments:    see above    – "urgent" same day referral for CC, not documented as reviewed same day. Visit in 7 days complies with IP    needs timely CC exam with labs for STD (hx of unsafe sex) not done polysubstance abuse, not seen in Chronic care | | | | Comments:    referred for PCP eval, had severe withdrawal with DTs requiring hospital care before 5 days.    – uncertain extent of meth abuse, form intake form incompletely filled out. No health inventory. No referral for CC. | | | | Comments:    has multiple serious chronic diseases and acute illness. PCP exam after intake not timely    seen in 5 days for HTN not called CC, but given effective Rx. CC form 4/5/24. | | | | Comments: | | | |

Created 2017                                          9 of 43

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.6** Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | |
| • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.7** If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability. Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities. • Per the CFMG's Implementation Plan, Exhibit A: "4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities. 5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate. 6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met. Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap." • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.8** If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? | YES | NA | NA | YES | YES | YES | YES | NO | YES | YES | NA | NA | YES | YES | NA | YES | YES | YES | NA | NA | | | | |
| • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of history of mental illness, was referred to a mental health services staff for further evaluation. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: states depression and anxiety. No referral. | | | | Comments: not referred on intake form, but is seen by MH. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.9** Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? | YES | YES | YES | YES | NA | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | |
| • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 1 - INTAKE SCREENING**

Facility  **Monterey County Jail (MCJ)**          AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.10** If an inmate had an existing medication order upon arrival at the facility, was the medication administered without interruption? | NA | NA | NA | YES | NA | NO | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | | | | |
| • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy. • The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy. • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments:   putative use of gabapentin, wase not verified, nor continued. Not seen by MD for 10 days. | | | | Comments: | | | | Comments: | | | | Comments: MD Referral was made to ER to determine need for continued anti epilepsy. Released within 24 hours   reported use of BP meds, his Admission BP elevated.  Is housed for 6 days without meds. Intake exam inaccurate - does not look at past history and problem list. | | | | Comments: | | | |
| **1.11** Was the inmate with verified and/or unverified medication order seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? | NA | NA | NA | YES | NA | YES | YES | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | YES | YES | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order. • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.12** For inmates prescribed psychotropic medications: Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions? | NA | NA | NA | YES | NA | YES | YES | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions. • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.13** For inmates prescribed psychotropic medications: Was an inmate seen by a psychiatrist within seven days of arrival at the facility? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| Date of Patient's Arrival at MCJ | | | | | | | | | | | | | | | | | | | | | | | | |
| Date Patient Seen by Psychiatrist | | | | | | | | | | | | | | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications. • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility   **Monterey County Jail (MCJ)**

AUDITOR
NAME   **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.14** *For inmates prescribed psychotropic medications:* **If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.15** **At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | |
| • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN. Verification of the nurse's verbal explanation shall be documented on the health screening form. " • Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 2 - ACCESS TO CARE**

AUDITED FACILITY **Monterey County Jail (MCJ)**          AUDITOR NAME **Bruce Barnett**

| CHAPTER 2: ACCESS TO CARE | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D |
| **ID #** | | | | | | | | | | | | |
| **Patient Initials** | | | | | | | | | | | | |
| **2.1** Did the licensed health care staff review the sick call slip on the day it was received? | YES | YES | NO | YES | NO | YES | NO | YES | YES | NO | YES | NO |
| **Date Sick Call Slip Received** | 02/03/24 | 03/05/24 | 02/17/24 | 02/01/24 | 03/09/24 | 02/05/24 | 02/29/24 | 02/05/24 | 02/28/24 | 02/07/24 | 02/28/24 | 03/03/24 |
| **Date Sick Call Slip Reviewed** | 02/03/24 | 03/05/24 | 02/21/24 | 02/01/24 | 03/12/24 | 02/06/24 | 03/07/24 | 02/06/24 | 02/28/24 | 02/11/24 | 02/28/24 | NOT |

• Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received.  Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.
◙ Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials.
• *Compliance will be determined via the review of the medical records.*

Comments:   sick call request documents not in EMR. Actions noted in Summary.    sicl call request not in documents, but is in summary.    - heavy menses, complains weak and dizzy with hx of profound anemia treated in Jan 5 with transfusion. Not reported on AD Seg rounds, no sick call documents.

Comments:    - no sick call slips in EMR. Summary indicates request made on 3/9/24 not attended to until 3/12/24.    request 2/29/24 not reviewed until 3/7/24.

Comments:    - no request in the Documents, noted in Summary     - summary reports multiple requests for medical care, no visit scheduled or documented.

| **2.2** Following the review of the sick call slip, did the registered nurse or PCP complete a face-to-face assessment of the inmate within the required time frame? | YES | YES | NO | YES | YES | YES | NO | YES | YES | NO | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date of Patient FTF Assessment** | 02/05/24 | 03/06/24 | 02/21/24 | 02/03/24 | 03/12/24 | 02/06/24 | 03/07/24 | 02/06/24 | 02/28/24 | 02/11/24 | 02/28/24 | not |

Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame?
• Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.
• *Compliance will be determined via the review of the medical records .*

Comments: There are no sick call slips in EMR; I assume timing of visits from summary.

Comments:

Comments:    Ad Seg visits are cursory and non engaged.

| **2.3** Did the registered nurse or PCP document the face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? | NO | YES | NO | YES | YES | NO | NO | YES | YES | NO | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

• Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format.
• *Compliance will be determined via the review of the medical records.*

Comments:    VS 2/5/24 incomplete - BP 13, no other signs.    SOAP format for menorrhaggia requires pelvic exam, not done and not referred.

Comments:    back pain not examined for Objective signs of possible red flag condition. Used PNP for respiratory complaint, did not use form for back pain.

Comments    -telehealth exam states cannot palpate. Does state patient unable to fully bend thumb.    - No STD labs.

| **2.4** Did the registered nurse or PCP document a thorough treatment plan that is within the nurse's scope of practice and supported by the sick call Nursing Protocols? | YES | YES | NO | YES | YES | YES | NO | YES | NO | NO | YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

• Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.
• Per CFMG's Implementation Plan: "Treatment plans will include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate".
• *Compliance will be determined via the review of the medical records.*

Comments:Also labs "pending" not ordered and not in EMR.

Comments    visit to NP  on 3/78/24 inadequate, no physical exam. No assessment. Plan: insufficient.

Comments:    2/28/24 RN exam concludes :acute peritonsillar symptoms" = emergent condition.  No emergent action taken.  Patient is better described as having non emergent common cold.    states patient has strained thumb. RN scope does not permit diagnosis based upon incomplete exam outside of the PNP.

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 2 - ACCESS TO CARE**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 2: ACCESS TO CARE | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | |
| 2.1 | Did the licensed health care staff review the sick call slip on the day it was received? | NO | YES | YES | YES | NO | YES | YES | YES | | | | |
| Date Sick Call Slip Received | | 03/01/24 | 03/26/24 | 02/25/24 | 03/13/24 | 03/07/24 | 03/31/24 | 03/30/24 | 02/03/24 | | | | |
| Date Sick Call Slip Reviewed | | NOT | 03/30/24 | 02/25/24 | 03/14/24 | NOT | 03/31/24 | 03/30/34 | 02/03/24 | | | | |

• Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received.  Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.
B Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials.
• *Compliance will be determined via the review of the medical records.*

Column B Comments:  has shoulder pain typical for shoulder girdle injury, torn or arthritis.  Last seen 2/22/24 by NP       labs ordered pending, MRI ordered pending. Needed PT not provided. Complains  pain persists 3/1/24 .  MD collaboration mentioned with no documented discussion/action.

Column A Comments: MOB 3/7/24Compliant about low back pain, not attended to. Mobic ordered by PA on 3/14/24 without face to face visit. Mobic may have precipitated liver dysfunction and encephalopathy leading to hospitaliztion 4/2/24.       facial droop detected on welfare check.Seen by MD 4/1/24

Comments:

| 2.2 | Following the review of the sick call slip, did the registered nurse or PCP complete a face-to-face assessment of the inmate within the required time frame? | NO | YES | YES | YES | NO | YES | YES | YES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Patient FTF Assessment | | not | 03/30/24 | 02/25/24 | 03/14/24 | | | 03/30/24 | 02/03/24 | | | | |

Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame?
• Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.
• *Compliance will be determined via the review of the medical records* .

Comments:

Comments:       see above

Comments:

| 2.3 | Did the registered nurse or PCP document the face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? | NO | YES | NO | NO | NO | YES | YES | YES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

• Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format.
• *Compliance will be determined via the review of the medical records.*

Comments:   weight not taken.      weight recorded as 210 pounds, down 110 lbs from 329 one week prior.

Comments:

Comments:

| 2.4 | Did the registered nurse or PCP document a thorough treatment plan that is within the nurse's scope of practice and supported by the sick call Nursing Protocols? | NO | YES | YES | YES | NA | NO | YES | YES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

• Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.
• Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate".
• *Compliance will be determined via the review of the medical records.*

Comment:      Orders to increase fiber are wrong (need to correct form) but also states clears for 24 hrs..

Comments:

Comments:

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 3 - CHRONIC CARE**

**AUDITED FACILITY**  Monterey County Jail (MCJ)

**AUDITOR NAME**  Bruce Barnett

| CHAPTER 3: CHRONIC CARE | | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | |
| 3.1 | Was the inmate's chronic care follow-up visit completed as ordered or required? | | | | NO | YES | NO | NO | YES | YES | YES | YES | YES | YES | YES | NO |

• Obtain a list of inmates who have been enrolled in the chronic care clinic during the audit review period and randomly select 20 inmates for review.
• Review the medical record to identify the date of the inmate's most recent chronic care appointment. Locate the progress note for the previous chronic care visit to determine the time frame for the next chronic care visit and determine if an inmate was seen within the recommended time frame.
⊠ For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th.
• *Compliance will be determined via the review of the medical records* .

Comments:    At risk sex behaviour, polysubstance abuse. No CC care, no STD and lab since booking 11/20/23.    should be referred for CC to evaluate psoriasis as chronic medical condition (may have non cutaneous pathology). Labs not performed and/ornot in the EMR.
            19 yo, alcoholic, meth abuse.  No CC visit. No STD testing or drug screening

Comments:

Comments:    has multiple medical problems, specialty visits.  Needs CC visit every 90 days. Last visit 1/15/24.  Patient needs weight loss program as plan for treatment of fatty liver.

| 3.2 | For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | | | | NO | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA |

• *Compliance will be determined via the review of the medical records.*

Comments: No psychiatry note in EMR since admission 11/20/23

Comments:

Comments:

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 3 - CHRONIC CARE**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 3: CHRONIC CARE | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A | B | C | D | A | B | C | D | A | B | C | D |
| | | **ID #** | | | | | | | | | | | | | |
| | | **Patient Initials** | | | | | | | -3/6 | -21 | | | | | |
| 3.1 | Was the inmate's chronic care follow-up visit completed as ordered or required? | | | YES | NO | YES | YES | YES | YES | NO | YES | | | | |
| • Obtain a list of inmates who have been enrolled in the chronic care clinic during the audit review period and randomly select 20 inmates for review.<br>• Review the medical record to identify the date of the inmate's most recent chronic care appointment.  Locate the progress note for the previous chronic care visit to determine the time frame for the next chronic care visit and determine if an inmate was seen within the recommended time frame.<br>⊠ For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th.<br>• *Compliance will be determined via the review of the medical records .* | | | | Comments:        cc delayed. Done 3/14/24 from 2/17/24 visit.        referred for CC on 2/6/24 intake for polysubstance abuse.  Released 3/29 with No CC visit, no lab. No STD screening.     27 yo alcoholic in DT before scheduled CC.  CC when returned from hospital. | | | | Comments:        - 3/6/ CC visit refused by patient.      3/21 Intake refers for CC, not seen until 4/2/24.        has CC diseases calling for CC visit upon intake 12/26/23 .  CC visits 12/27/23, 2/15/24, 5/3/24. | | | | Comments: | | | |
| 3.2 | *For patients on psychiatric medications:*<br>Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | | | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| • *Compliance will be determined via the review of the medical records.* | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 3 - CHRONIC CARE**

**AUDITED FACILITY** Monterey County Jail (MCJ)

**AUDITOR NAME** Bruce Barnett

| CHAPTER 3: CHRONIC CARE | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | |
| 3.3 | Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care | NO | YES | NO | NO | YES | YES | NO | YES | YES | YES | YES | NO |
| • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>☒ Inmate's medical history;<br>☒ Systems examination in accordance with the nature of the chronic condition;<br>☒ Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit;<br>☒ Inmate's treatment plan.<br>• *Compliance will be determined via the review of the medical records .* | | Comments: | | | | Comments: needs treatment plan for HCV. Not done. No STD screening. | | | | Comments: Labs done timely. labs delayed. Syphilis, HIV not tested. is overdue for CC visit | | | |
| 3.4 | Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | YES | NO | YES | NO | YES | YES | YES | NO | NO | NO | NO | NO |
| • *Compliance will be determined via the review of the medical records.* | | Comments: - chronic care is for chronic pain, chronic low backpain, knee pain, not list ed. | | | | Comments: Seen for asthma. STD screening. Care appropriate but asthma not on the problem list. | | | | Comments: problem list does not include opiate and synthetics abuse, prediabetes, gallstones. - Chronic back pain, morbid obesity no in problem list (is empty). does not list urinary retention, requires self catheterization but other conditions listed. - fatty liver, liver cyst not listed. | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 3 - CHRONIC CARE**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 3: CHRONIC CARE | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | |
| | Patient Initials | | | | | | -3/6 | -21 | | | | | |
| 3.3 | Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care | NO | NO | NO | YES | YES | NO | NO | YES | | | | |
| | • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>☑ Inmate's medical history;<br>☑ Systems examination in accordance with the nature of the chronic condition;<br>☑ Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit;<br>☑ Inmate's treatment plan.<br>• *Compliance will be determined via the review of the medical records .* | Comments: Sexual history not obtained.  STD screening not done.▯ - CC form not used, and STD screening not performed. | | | | Comments: ▯ - CC visit refused by patient on 3/12, but no form used to describe findings or diagnoses. ▯ 4/2/24 CC does not use form, does not address all issues. | | | | Month/Year Audited: | | | |
| 3.4 | Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | YES | YES | NO | NO | NO | NO | NO | YES | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: ▯ - problem list does not show alcoholism, DTs and fatty liver.▯ - problem list not updated to note Alcohol abuse. | | | | Comments: ▯ does not list chronic low back pain, spinal stenosis, morbid obesity. ▯ - problem list is empty, patient has multiple severe chronic diseases. ▯ 4/2/24 visit, does not update problem list - remains empty. | | | | Comments: | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**Chapter 4 - HEALTH CARE MAINTENANCE**

| AUDITED FACILITY | Monterey County Jail (MCJ) | | | AUDITOR NAME | Bruce Barnett |

| CHAPTER 4: HEALTH CARE MAINTENANCE | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | |
| 4.1 | Did the inmate receive a complete physical examination within six months of the date of incarceration? (Complete initial health history and physical exam | NO | YES | YES | YES | YES | NO | NO | NO | NO | NO | NO | YES |
| | Date of Patient's Arrival at Facility or last complete physical | 11/20/23 | 03/29/23 | 01/24/24 | 07/30/34 | 08/01/23 | 05/06/23 | 08/08/23 | 07/07/21 | 08/04/22 | 08/08/23 | 05/15/22 | 05/21/24 |
| | Date of Complete Physical Examination Completed | Not | 02/28/24 | 02/06/24 | 03/13/24 | 02/29/24 | 12/13/23 | NOT | NOT | NOT | Not | not | 03/12/24 |

• Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review.
• Review the inmate's medical record for documentation verifying that a complete physical examination was conducted upon inmate's arrival at the facility.
• *Compliance will be determined via the review of the medical records .*

Comments     polysubstance abuse, possible kidney stone, no health inventory.  No complete physical exam.  MCJ catching up on overdue exams.  Credit given.     initial 14 day exam incomplete, but need for HCV testing addressed 3/13/24. credit given. (Need to review requirement for "physician" review and countersignature.

Comments:     -Allows that exam is a few weeks late    - CC for seizures is one month late if considered complete physical, but is incomplete, not on proper form.     -booked 7/7/21, released 3/12/24 with HCV not tested, not consulted and not treated. No STD screening.

Comments:     has been seen for chronic care, is overdue for follow up. Issues in annual exam not managed so far, including counseling re:  prostate cancer, DM, colon cancer screening, weight loss for fatty liver.     resides in MCJ for nearlyh 8 months with no physical exam.  Needs STD screening.     see below     Delayed, but provided during this audit cycle.

| 4.2 | Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A? | NO | NO | NO | YES | NO | NO | NO | NO | NO | NO | NO | YES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

• Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility.
☒ The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner.
☒ The physical examination SHALL include:
☒ Review of the health inventory and communicable disease screening;
☒ Vital signs, height, and weight;
☒ A full body system review and assessment consistent with community standards and guidelines.
☒ A documented assessment of the individual's health status based on the physical findings;
☒ A plan for follow-up, treatment and referral as indicated, and;
☒ Review and countersignature by the responsible physician.
• *Compliance will be determined via the review of the medical records.*

Comments: JS see above.     - STD screening incomplete.  No RPR (ordered, not done).     - STD not ordered, done or explained (parolled from San Quentin one year ago)

Comments:     patient needs evaluation for prostate cancer. At least, discussion of risks and determination of need to do PSA.  Labs ordered have purportedly drawn.3/9/24, not in the EMR.     - low TSH not verified with T4. No STD screen.

Comments:     - see above.     see above. has multiple medical and MH complaints; No chronic care visits. Annual overdue.

| 4.3 | Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? | NO | YES | NO | NO | YES | NO | NO | NO | NO | NO | NO | YES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

• Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG.
• *Compliance will be determined via the review of the medical records.*

Comments: 14 day inventory not used, and no equivalent performed.  Problem list empty.

Comments:

Comments:     see above.     see above.     has multiple medical and MH complaints; No chronic care visits. Annual overdue.

Monterey County Jail
**Health Care Monitoring Audit Tool - Medical Record Review**
**Chapter 4 - HEALTH CARE MAINTENANCE**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 4: HEALTH CARE MAINTENANCE | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | |
| 4.1 | Did the inmate receive a complete physical examination within six months of the date of incarceration? (Complete initial health history and physical exam | NO | | | | | | | | | | | |
| | Date of Patient's Arrival at Facility or last complete physical | 05/27/23 | | | | | | | | | | | |
| | Date of Complete Physical Examination Completed | NOT | | | | | | | | | | | |
| • Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review.<br>• Review the inmate's medical record for documentation verifying that a complete physical examination was conducted upon inmate's arrival at the facility.<br>• *Compliance will be determined via the review of the medical records .* | | Comments        has not been seen for either full annual physical or chronic care (has chronic pain syndrome) | | | | Comments: | | | | Comments: | | | |
| 4.2 | Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A? | NO | | | | | | | | | | | |
| • Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility.<br>☒ The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner.<br>☒ The physical examination SHALL include:<br>☒ Review of the health inventory and communicable disease screening;<br>☒ Vital signs, height, and weight;<br>☒ A full body system review and assessment consistent with community standards and guidelines.<br>☒ A documented assessment of the individual's health status based on the physical findings;<br>☒ A plan for follow-up, treatment and referral as indicated, and;<br>☒ Review and countersignature by the responsible physician.<br>• *Compliance will be determined via the review of the medical records.* | | Comments: | | | | Comments: | | | | Comments: | | | |
| 4.3 | Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? | NO | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG.<br>• *Compliance will be determined via the review of the medical records.* | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 5 - CONTINUITY OF CARE AFTER RELEASE**

**AUDITED FACILITY**  Monterey County Jail (MCJ)          **AUDITOR NAME**  Bruce Barnett

| CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| **ID #** | | | | | | | | | | | | | | |
| **Patient Initials** | | | | | | | | | | | | | | |
| **5.1** | *For inmates transferring to another detention/corrections system:* Was a Transfer of Medical Information form completed for an inmate transferring to another detention/corrections system? | NA | NA | NA | NO | NO | NA | YES | NA | NA | NO | NA | NO |
| • Obtain a list of inmates who have transferred to another detention/corrections facility within the last six months. • Review the inmate's medical record to determine whether the facility completed a Transfer of Medical Information form for an inmate transferring out of the facility. • *Compliance will be determined via the review of the medical records .* | | Comments:   transferred to Santa Cruz Jail "no medical treatment given" - no so. Patient under care and meds for seizure disorder. | | | | Comments:   transfer form grossly incomplete, failing to note history of hepatitis C, abnormal liver functions need follow up. | | | | Comments:   transfer misinforms by stating "no medical treatment given" when patient was seen by opthamologist for eye injury.   transfer information inaccurately states "no medical treatment given" and does not alert receiving prison to HTH, DM, hyperlipidemia. | | | |
| **5.2** | Was a 30-day supply of medications provided to the patient upon discharge? | YES | NO | YES | NA | NA | NO | NA | NA | NO | NA | NO | NA |
| • *Compliance will be determined via the review of the medical records.* | | Comments:   seen by MH with multiple meds, and on MAT for OUD, released without EMR indicating any meds continued, or instructions provided for follow up care. | | | | Comments:   asthma, released 3/7/24 without evidence of prescription or follow up. | | | | Comments:   meds listed are not documented as provided upon release.   on meds for hypothyroidism. No record of providing meds upon release. | | | |
| **5.3** | For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? | YES | NO | YES | NA | NO | NA | NA | NO | NO | NA | NO | NA |
| • *Compliance will be determined via the review of the medical records .* | | Comments:   seen by MH with multiple meds, and on MAT for OUD, released without EMR indicating any meds continued, or instructions provided for follow up care. | | | | Comments:   no documenation in the EMR to show that receiving prison  was made aware of hepatitis C.   has severe complications from alcoholism that needs follow up.  No instructioins for this in the EMR. | | | | Comments:   - suicidal ideation, required ER care, released with no documented medical/MH follow up or medication. | | | |
| **5.4** | For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? | YES | NO | YES | NA | NA | NO | NA | NO | NO | NA | NO | NA |
| • *Compliance will be determined via the review of the medical records.* | | Comments:   seen by MH with multiple meds, and on MAT for OUD, released without EMR indicating any meds continued, or instructions provided for follow up care. | | | | Comments   - see above.   see above. | | | | Comments   - see above. No discharge instructions. | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 5 - CONTINUITY OF CARE AFTER RELEASE**

AUDITED FACILITY  Monterey County Jail (MCJ)

| CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | |
| 5.1 | For inmates transferring to another detention/corrections system: Was a Transfer of Medical Information form completed for an inmate transferring to another detention/corrections system? | | | | | | | | | | | | |
| • Obtain a list of inmates who have transferred to another detention/corrections facility within the last six months.<br>• Review the inmate's medical record to determine whether the facility completed a Transfer of Medical Information form for an inmate transferring out of the facility.<br>• Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | |
| 5.2 | Was a 30-day supply of medications provided to the patient upon discharge? | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | |
| 5.3 | For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | |
| 5.4 | For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS**

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| CHAPTER 6. OUTSIDE MEDICAL CARE/REFERRALS | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | |
| Patient Initials | | | - 2/29 | 3/26 | - DERM | - MRI/26 | - ortho | - opt | | | | 3/13 |
| **6.1** For inmates referred to outside provider for higher level of care: Did health care staff complete the CFMG's Medical Referral Form? | NO | NA | NO | NO | YES | YES | YES | YES | NO | YES | YES | YES |

• Obtain a list of inmates who during the review period were referred by a primary care provider to an outside provider for medical care which could not be provided on-site. Randomly select up to 20 inmates for review.
• Review the inmate's medical record to determine if the health care staff completed a Medical Referral Form for outside services ordered by the MCJ's primary care provider.
• *Compliance will be determined via the review of the medical records.*

Comments (Section 1): Documents sending patient to surgeon and upon return from surgery are incomplete see notes 2/21/24 and 2/27/24. documented pregant at 24 wks, prior gestational DM, due for lab. No lab ordered. No OB ordered.

Comments (Section 3): sent to ER, 2/11/24 no ambulance form or medical referral.

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6.2** If an inmate was referred to an outside provider for higher level of care, was the inmate seen within the time frame specified by the ordering | NO | YES | NO | NO | YES | YES | YES | YES | YES | YES | YES | YES |

• *Compliance will be determined via the review of the medical records.*

Comments (Section 1): has acute and chronic cholecystitis noted on 1/21/24 with outside recommendations for surgery. No indication of date for surgery. Pre op labs requested and ordered are not done. due for OB visit, delayed.

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6.3** For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company? | NA | NA | NA | NA | NA | NA | NA | YES | NO | YES | YES | YES |

• *Compliance will be determined via the review of the medical records.*

Comments (Section 3): sent to ER, 2/11/24 no ambulance form or medical form. - forms filled out for trip to ER. Ambulance forms are not in EMR.

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6.4** Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider? | NO | YES | NA | NO | YES | YES | YES | YES | YES | YES | YES | YES |

• *Compliance will be determined via the review of the medical records.*

Comments (Section 1): is 3/26/24 at 27 weeks gestatioin, into the third trimester, with no instructions for glucose tolerance, STD screening or other prenatal exams.

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 6. OUTSIDE MEDICAL CARE/REFERRALS | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | |
| | Patient Initials | 3/16 | | | | | | | | | | | |
| **6.1** | *For inmates referred to outside provider for higher level of care:* **Did health care staff complete the CFMG's Medical Referral Form?** | YES | YES | NO | NO | | | | | | | | |
| • Obtain a list of inmates who during the review period were referred by a primary care provider to an outside provider for medical care which could not be provided on-site. Randomly select up to 20 inmates for review.<br>• Review the inmate's medical record to determine if the health care staff completed a Medical Referral Form for outside services ordered by the MCJ's primary care provider.<br>• *Compliance will be determined via the review of the medical records.* | | Comments:          needed prompt referral to OB for second trimester pregnancy at time of intake, but was not sent.          needed eye exam upon admission 8/18/23; complained about vision 8/30/24. Eye exam 4/1/24 finds patient legally blind due to untreated hypertensive eye disease. | | | | Comments: | | | | Comments: | | | |
| **6.2** | **If an inmate was referred to an outside provider for higher level of care, was the inmate seen within the time frame specified by the ordering** | YES | YES | NO | NO | | | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | | Comments:          needed prompt referral to OB for second trimester pregnancy at time of intake, but was not sent.          needed eye exam upon admission 8/18/23; complained about vision 8/30/24. Eye exam 4/1/24 finds patient legally blind due to untreated hype | | | | Comments: | | | | Comments: | | | |
| **6.3** | **For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company?** | YES | NA | NA | NA | | | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.4** | **Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider?** | YES | YES | NA | YES | | | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | | Comments:          form is returned after vosot 4/2/24. | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

| AUDITED FACILITY | Monterey County Jail (MCJ) | | AUDITOR NAME | Bruce Barnett |
|---|---|---|---|---|

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | 3/6 |

**7.1** — *For inmates who were intoxicated at the time of booking into MCJ:* Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health care staff?

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.1 | NA | NA | NA | NA | NO | NA | YES | YES | NA | NO | YES | YES |

• Obtain a list of inmates who were booked into the facility during the audit review period. Select up to 20 inmates who during booking were identified to have been intoxicated or a threat to their own safety or the safety of others.
• Review the inmate's medical record to determine if the inmate at the time of booking was placed in the sobering cell for close observation by custody and health care staff.
• *Compliance will be determined via the review of the medical records.*

Comments:

Comments:    patient appears to be mentally ill, picking at skin, disoriented and confused in answering questions.  Past history of depression and psychosis. Sent to GP with chronic care and routine mh  referral.

Comments:        Patient described as intoxicated, but not placed in sobering cell.

**7.2** — *For inmates who were intoxicated at the time of booking into MCJ:* Did the medical staff document an assessment/evaluation of the inmate in the SOAP format?

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.2 | NA | NA | NA | NA | NO | NA | NO | YES | NA | YES | YES | YES |

• Review the progress notes in the inmate's medical record to determine whether the health care staff documented the FTF assessment/evaluation of an inmate in the SOAP format.
• *Compliance will be determined via the review of the medical records.*

Comments:

Comments:    should have urine drug screen.    in cell for more than 4 hours did not have vital signs recorded at 4 hr. interval before release.

Comments:

**7.3** — Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.3 | YES | YES | YES | YES | NO | YES | YES | NA | YES | NO | YES | NO |

• Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate.
• *Compliance will be determined via the review of the medical records.*

Comments: RN documents past history of heavy alcohol use/abuse, but no recent ingestion.

Comments:    alcoholic, not placed in CIWA. Also likely meth abuse.    - released hours after booking, as soon as he was sober.  VS were normal throughout.

Comments:        placed in CIWA, no assessment made on days 2 -4, on day 4 patient was in DT. Was delirious in sobering cell - deteriorated - without PCP notification. Insufficient monitoring or VS when in sobering cell.    - SEE BELOW

**7.4** — Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms?

| | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.4 | YES | YES | NO | YES | NO | YES | YES | NA | YES | YES | YES | NO |

*Compliance will be determined via the review of the medical records.*

Comments:    29 yo male  booked 2/11/24 alleges MAT Rx, urine screen shows + opiates, amphetamine, cocaine, marijuana. Placed on COWS, Not placed on synthetics protocol. CC ordered for +5 days.

Comments:    possible meth withdrawal not addressed.

Comments:    - self described polysubstance abuser, abnormal vital signs.  Not enrolled in any of the withdrawal protocols.

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | |
| Patient Initials | | - 3/21 | | | | | | | | | | | |
| 7.1 | For inmates who were intoxicated at the time of booking into MCJ: Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health care staff? | NA | NA | NA | NA | YES | YES | NA | NA | | | | |
| | • Obtain a list of inmates who were booked into the facility during the audit review period. Select up to 20 inmates who during booking were identified to have been intoxicated or a threat to their own safety or the safety of others. • Review the inmate's medical record to determine if the inmate at the time of booking was placed in the sobering cell for close observation by custody and health care staff. • *Compliance will be determined via the review of the medical records.* | Comments: followed by Dr. for MAT. | | | | Comments: MAT by Dr. Visits 1/3/24, 2/6/24, 3/6/24 | | | | Comments: | | | |
| 7.2 | For inmates who were intoxicated at the time of booking into MCJ: Did the medical staff document an assessment/evaluation of the inmate in the SOAP format? | NA | NA | YES | NA | YES | NA | NA | NA | | | | |
| | • Review the progress notes in the inmate's medical record to determine whether the health care staff documented the FTF assessment/evaluation of an inmate in the SOAP format. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.3 | Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors | NA | YES | YES | YES | YES | YES | NA | NA | | | | |
| | • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.4 | Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms? | NO | YES | YES | YES | YES | YES | NO | YES | | | | |
| | *Compliance will be determined via the review of the medical records.* | Comments: - documented alcohol and meth abuse, Not enrolled in any of the withdrawal protocols. | | | | Comments: states meth and opiates daily. Intake not specific. No referral for synthetics observation 2/7/24. meth + on ua. Blood sugar not tested. | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

AUDITED FACILITY **Monterey County Jail (MCJ)**          AUDITOR NAME **Bruce Barnett**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | *For inmates withdrawing from Opiates:* **In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal?** | NA | YES | YES | NA | NA | NA | NA | NA | YES | NA | NA | NO |
| | Review the inmate's medical record for documentation reflecting that vital signs were taken and an assessment for dehydration was completed. Additionally, determine whether the Clinical Opiate Withdrawal Scale (COWS) was utilized to assess an inmate with history of opiate use and/or withdrawal.  • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: Intake form shows referral for COWS and CIWA, but not documentation of monitoring in EMR. | | | |
| 7.6 | *For inmates withdrawing from Opiates:* **Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates?** | NA | YES | YES | NA | NA | NA | NA | NA | YES | NA | NA | NO |
| | • Review the inmate's medical record to determine whether the health care staff, based on the inmate's COWS score and symptoms, implemented an appropriate opioid withdrawal treatment plan (Level 1, Level 2, or Level 3).  • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* **Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs?** | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

AUDITED
FACILITY  **Monterey County Jail (MCJ)**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | **For inmates withdrawing from Opiates:** In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? | NO | YES | NA | YES | YES | YES | YES | NA | | | | |
| | Review the inmate's medical record for documentation reflecting that vital signs were taken and an assessment for dehydration was completed.  Additionally, determine whether the Clinical Opiate Withdrawal Scale (COWS) was utilized to assess an inmate with history of opiate use and/or withdrawal. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | **For inmates withdrawing from Opiates:** Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? | NO | YES | NA | NA | YES | YES | NO | NA | | | | |
| | • Review the inmate's medical record to determine whether the health care staff, based on the inmate's COWS score and symptoms, implemented an appropriate opioid withdrawal treatment plan (Level 1, Level 2, or Level 3). • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ___ is in withdrawal 7 days after booking, good time to start MAT.  No referred. | | | | Comments: | | | |
| 7.7 | **For inmates withdrawing from Benzodiazepines/Barbiturates:** Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs? | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

AUDITED FACILITY **Monterey County Jail (MCJ)**          AUDITOR NAME **Bruce Barnett**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | | Month/Year Audited: **January-00** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? (IP p.58) | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records.* | Comments:     MD first visit in 10 days | | | | Comments: | | | | Comments: | | | |
| 7.9 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, or other combination of drugs, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | YES | NA | NA | NA | NA | YES | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | NA | NA | NO | NA | NA | NA | NA | NO | YES | YES |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: description of picking and confused responses suggests severe drug withdrawal. | | | | Comments: patient 's condition not reported on CIWA sheet for 2/9/24 and 2/20/24. . Was likely deteriorated. PCP not notified until in DTs on 2/11 | | | |

Created 2017

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

AUDITED
FACILITY   **Monterey County Jail (MCJ)**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? (IP p.58) | | | | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| | • *Compliance will be determined via the review of the medical records.* | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.9 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | | | | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| | • *Compliance will be determined via the review of the medical records.* | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | | | | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| | • *Compliance will be determined via the review of the medical records.* | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, or other combination of drugs, was the opiate withdrawal protocol utilized and the on-call provider contacted? | | | | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| | • *Compliance will be determined via the review of the medical records.* | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | | | | NA | YES | NA | NA | NA | NA | NA | NA | | | | |
| | • *Compliance will be determined via the review of the medical records.* | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Created 2017

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS**

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS | | Audit Review Period: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| | ID # | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | |
| **8.1** | Did the inmate receive a tuberculosis signs and symptoms and screening (PPD or QuantFERON) within seven days of inmate's admission to the facility? | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES |

• Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review.
• Review the inmate's medical record for documentation reflecting that the tuberculosis signs and symptoms screening and skin testing (when indicated) was completed within seven days of inmate's admission to the facility.
• *Compliance will be determined via the review of the medical records .*

Comments:     skin test deferred on 1/15/24 not done because neg test at MCJ on 2/25/23) see IP, p 71, need neg within 3 mo. Patient released 3/12/24.     has BCG,QF neg.     3/21/24 has PPD planted, not read. Arguably, this requirement for testing is not met by MCJ where positive PPD or unreliable PPD tests are not followed by QuantiFERON confirmation.     - patient released day after booking. PPD unread.

| **8.2** | For an inmate with positive TB screening findings: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

• Review the inmate's medical record to determine if at the time of intake, an inmate exhibited symptoms suggestive of TB disease or had a history of inadequate treatment for TB disease.
• Locate documentation of  Airborne Infection Isolation (AII) and thorough medical evaluation by a medical provider.
• *Compliance will be determined via the review of the medical records.*

Comments:

| **8.3** | Were positive TB skin tests (or tests not done for BCG vaccine) followed by QuantiFeron testing and appropriate  X ray within 72 hours and consultation thereafter regarding latent TB treatment options | NA | NO | NA | NA | NA | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NA | NA | NA | NA | NA |

• *Compliance will be determined via the review of the medical records .  Patients with positive TB skin test but no symptoms, with no history of prior positive test and/or treatment for TB,  are considered likely to have latent TB infection.*

Comments:     has history of BCG.  No PPD planted when booked 2/29/24. QuantiFeron testing not done as of 3/16/24 .     + PPD 2/2. Neg. CxR 2/8/24.QF ordered 2/12 not done; Released 2/27/24;     + PPD 2/1/24. CXR done 2/8/24 negative. QF ordered 2/12/24 not done..     - released without informing patient about positive PPD;     +PPD 2/12/24; CxR 2/22/24  neg.  no QF ordered.     - +PPD 2/22/24. No Chest X ray.  No QF ordered.     +PPD 2/14/24. CxR 2/15/24 negative. No QF ordered. JR2/29/24 +PPD No CxR.   No QF.     - +PPD 2/28/24; Neg CxR 2/29/24. Patient refused lab for QF ? 3/4/24. Still needs consultation.     +PPD 3/2/24; C xR 3/9/24 neg. Quantiferon ordered 3/12/24 but  not done.     - +PPD 3/5/24. No CxR done; released 3/15/24. Not counselled. No QF.     + PPD 3/5/24.  No CxR done. No QF. no counseling.

Created 2017

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS**

AUDITED FACILITY  **Monterey County Jail (MCJ)**     AUDITOR NAME  **Bruce Barnett**

| CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS | | Audit Review Period: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| **8.4** | **Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings.<br>• *Compliance will be determined via the review of the medical records.* | | Comments: | | | | | | | | | | | | | | | | | | | | |
| **8.5** | **Are inmates screened annually for signs and symptoms of tuberculosis?** | YES | YES | NO | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review.<br>• Review the inmate's medical record for documentation of a TB screening within the last year.<br>• *Compliance will be determined via the review of the medical records.* | | Comments: Lack of follow up for possible LTBI occurs frequently as noted above. | | | | | | | | | | | | | | | | | | | | |

Created 2017

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION**

**AUDITED FACILITY**  Monterey County Jail (MCJ)          **AUDITOR NAME**  Bruce Barnett

| CHAPTER 9: PHARMACEUTICAL ADMINISTRATION | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| **ID #** | | | | | | | | | | | | | |
| **Patient Initials** | | | | | | | | | | | | | |
| **9.5** | If the inmate did not show or refused the prescribed medication(s) on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | YES | |
| • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times.<br>• *Compliance will be determined by medical record review.* | | Comments: meds not refilled after patient refuses all lab testing, chronic care visits. Unsafe for lack of data re; renal toxicity from NSAID. | | | | Comments: | | | | Comments: | | | |
| **9.6** | *For inmates going out to court:*<br>Did the inmate receive the medication as prescribed by provider? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | |
| • *Compliance will be determined by medial record review.* | | Comments: | | | | Comments: | | | | Comments: | | | |
| **9.7** | *For inmates released from jail:*<br>Upon release from custody, does the facility provide for a 30-day supply of essential medication(s) to be supplied to the inmate ? | YES | NO | NA | NO | YES | NO | NO | NO | YES | YES | | |
| • *Compliance will be determined by medial record review.* | | Comments:  seen by MH with multiple meds, and on MAT for OUD, released without EMR indicating any meds continued, or instructions provided for follow up care.  released 3/28/24 with no Rx for albuterol. | | | | Comments:  has serious medical conditions requires continued med upon release, not documented.  started on buprenorphine released mid treatment orderef to continue to 3/31/24 with no discharge prescription or documented follow up.  66 yo on BP meds | | | | Comments:  nurse documents discussion with patient, states has supply. | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION**

AUDITED
FACILITY **Monterey County Jail (MCJ)**

| CHAPTER 9: PHARMACEUTICAL ADMINISTRATION | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | |
| 9.5 | If the inmate did not show or refused the prescribed medication(s) on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | | | | | | | | | | | | |
| • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times. • *Compliance will be determined by medical record review.* | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.6 | *For inmates going out to court:* Did the inmate receive the medication as prescribed by provider? | | | | | | | | | | | | |
| • *Compliance will be determined by medial record review.* | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.7 | *For inmates released from jail:* Upon release from custody, does the facility provide for a 30-day supply of essential medication(s) to be supplied to the inmate ? | | | | | | | | | | | | |
| • *Compliance will be determined by medial record review.* | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

| | |
|---|---|
| **Facility:**  Monterey County Jail | **Onsite Audit Date(s):** |
| **Auditor:** | **Audit Review Period:** |

## ADMINISTRATIVE QUESTIONS

| CHAPTER 2 - ACCESS TO CARE | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.6**  **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | | **0** | **2** | **0** | **0.0%** |
| Month #1 | # of Rounds Conducted on Monday, Wednesday, and Friday | | 1 | | |
| Month #2 | # of Rounds Conducted on Monday, Wednesday, and Friday | | 1 | | |
| Month #3 | # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |

• Review the isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?
• *Compliance will be determined via the review of the isolation log during the onsite audit.*

Comments:  Rounds in the ad seg unit are often cursory and do not collect data needed to adequately assess the patient's clinical condition.

| | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.7**  **Does the facility maintain a sick call roster on file in the clinic?** | | **1** | **0** | | **100.0%** |

• During the onsite audit, the auditor is to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.
• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.
• *Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

Comments:

| | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.8**  **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | | **1** | | | **100.0%** |

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.
• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.
• *Compliance will be determined via the review of the Inmate Rules booklet during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units? | | 8 | 0 | 0 | 100.0% |
|---|---|---|---|---|---|---|
| | Booking Area | | 1 | | | |
| | Housing Unit #1 | | 1 | | | |
| | Housing Unit #2 | | 1 | | | |
| | Housing Unit #3 | | | 1 | | |
| | Housing Unit #4 | | 1 | | | |
| | Housing Unit #5 | | 1 | | | |
| | Housing Unit #6 | | 1 | | | |
| | Housing Unit #7 | | 1 | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.
• *Compliance will be determined via the inspection of the reception area and housing units  during the onsite audit.*

**Comments:**

| 2.10 | Does the clinic visit location ensure the inmate's visual and auditory privacy? | | 1 | | 0.0% |
|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.
• Assess all locations to determine if visual and auditory confidentially is maintained.
• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy.  Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed.  If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists.
  Note:  This will require the auditor to use his/her professional judgment.  The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level.  If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.
• *Compliance will be determined via the inspection of the clinic  during the onsite audit.*

**Comments:  Telehealth care seems to not be delivered with the appropriate privacy. Audio volume should not be high enough to be audible outside of the exam room.**

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

| CHAPTER 10 - CFMG STAFFING | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10.1** | **Does the facility have the required provider staffing complement per the CFMG's Staffing Plan?** | | 1 | 0 | | **100.0%** |
| | | PCP | 1 | 0 | | |
| | | PA | | | | |
| | | NP | | | | |

• Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements .

**Comments:**

| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10.2** | **Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan?** | | 1 | 0 | | **100.0%** |
| | | RN | 1 | | | |
| | | LVN | | | | |

Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements ..

**Comments:**

| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10.3** | **Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan?** | | 0 | 3 | | **0.0%** |
| | | CMA | | 1 | | |
| | | MA | | 1 | | |
| | | MRC | | 1 | | |

• Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:  The support staff during months audited seemed to not be sufficient to promote timely access to care.**

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10.4 | Does the facility have the required management staffing complement per the CFMG's Staffing Plan? | | 0 | 0 | | #DIV/0! |
|------|---|---|---|---|---|---|
| | | Program Manager | | | | |
| | | DON | | | | |
| | | MRS | | | | |

• Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:**  For the perioid of time reviewed, there were not sufficient support staff to facilitate patient visits, ensure completion of ordered lab tests, and obtain reports from outside medical services.  A director of nurses is recently hired.  A director for medical records was recently hired. The new team of program manages have recently been assigned to MCJ.

| 10.5 | Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail? | | 1 | | 0.0% |
|------|---|---|---|---|---|

**Comments:**  The PA agreement on file was not uptodate and referenced a physician no longer supervising medical care at MCJ.

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:  Monterey County Jail**                    **Onsite Audit Date(s):**

**Auditor:**                                           **Audit Review Period:**

| CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| 8.6 | Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments? | | 1 | | FALSE |

• During the onsite audit, observe where the TB Tracking Log is located in the medical department.
• Obtain a copy of the TB Tracking Log from the Health Services Administrator and review the log to determine whether it is up to date.
• Interview health care staff regarding the annual TB screening and evaluation process and whose responsibility it is to update the TB Tracking Log.
• Compliance will be determined tghrough onsite staff interview process and review of the TB Tracking Log.

Comments: TB logs for the time reviewed were not effective in assuring compliance with the Implementation Plan.  There were no follow up QuantiFERON tests performed to verify LTBI suggested by positive skin tests in February and March, and no documented counseling of patients who tested positive for LTBI.

| CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| 9.1 | Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated? | 1 | | | 100.0% |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by  onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**   Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | | 9 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | 1 | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.
• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.
  If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.
• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).
• *Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:**

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | | 10 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:   Monterey County Jail**                                 **Onsite Audit Date(s):**

**Auditor:**                                                          **Audit Review Period:**

- *Identify all medication administration/delivery areas, times and medication nurses at the facility.*
- Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
- The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:
  Watching the inmate take the medication.
  Checking for "cheeking" or "palming" to assure that medication has been ingested.
  Having the inmate speak after taking the medication and/or drinks water.
- In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.
- *Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:**

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:   Monterey County Jail**

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | | 10 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.
• *Compliance will be determined via the inspection of the reception area and housing units conducted during the onsite audit.*

**Comments:**

| 9.8 | Management of Controlled Substances: Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | | 3 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Location #1 | | 1 | | | |
| | Location #2 | | 1 | | | |
| | Location #3 | | 1 | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.
  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.
• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.
• *Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

| | |
|---|---|
| **Facility:  Monterey County Jail** | **Onsite Audit Date(s):** |
| **Auditor:** | **Audit Review Period:** |

| 9.9 | **Management of Controlled Substances:**<br>**Are the narcotics inventoried at every shift change by two licensed health care staff?** | 1 | | | 100.0% |
|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift.  This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately.  For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

**Comments:**

| 9.10 | **Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff?** | 1 | | | 100.0% |
|---|---|---|---|---|---|

• Identify all clinic locations where prescription and non-prescription drugs are stored and inspect each location to ensure the drugs are stored in a locked area accessible only to the medical staff.
• *Compliance will be determined during the onsite review/observation of the clinic locations.*

**Comments:**