MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       mbien@rbgg.com
             egalvan@rbgg.com
             vswearingen@rbgg.com
             cjackson@rbgg.com
             mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:   (202) 393-4930
Facsimile:   (202) 393-4931
Email:       ckendrick@aclu.org
             kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:   (415) 255-8437
Email:       afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND [PROPOSED] ORDER, DKT. NO. 881**<br><br>Judge:  Hon. Beth Labson Freeman |

[4512877.2]

Case No. 5:13-cv-02354-BLF

The Court's September 26, 2023 Enforcement Order, Dkt. No. 838 ("Enforcement Order"), appears to require Defendants show cause ten days after the neutral monitor reports are shared with the parties. The Enforcement Order states:

> If the neutral monitors find that Wellpath is not in substantial compliance with one or more of these requirements, Wellpath shall be required to show cause, in writing and **within ten days after issuance of the reports** of non-compliance, why Wellpath should not be required to pay civil contempt fines in the amount of $25,000 per requirement. The Court will advise the parties if it requires a Show Cause Hearing.

Dkt. No. 838 at 27 (emphasis added). This language appears to contemplate that Defendants will file a single, 25-page brief, ten days after the parties receive the final neutral monitor report from the neutral monitors, as opposed to a succession of 25-page briefs after each neutral monitor report is issued. However, neither the Court's prior order, Dkt. No. 838, nor the Court's statements during the March 28, 2024 status conference, *see* Dkt. No. 877, contemplate a briefing schedule based on when the parties *file* the neutral monitor reports with the Court.

Dr. Barnett, the neutral monitor for medical care, issued his final report on June 4, 2024. The report has been filed with the Court. *See* Dkt. No. 882. Drs. Vess and Winthrop, the neutral monitors for mental health and dental care, issued draft reports on May 28, 2024 and May 30, 2024, respectively. Based on the schedule for comments and revisions set forth in the Settlement Agreement, Plaintiffs expect that the final report for mental health care will be issued on or around July 24, 2024 and the final report for dental care will be issued or around July 27, 2024. It does not appear that the Court wants Defendants to file a brief after each of these reports. The Court's order appears to require Defendants file a single, twenty-five page brief due 10 days after the last report is issued, which would be August 6, 2024.

/ / /

/ / /

/ / /

/ / /

1       Plaintiffs do not oppose this schedule.  Plaintiffs also do not oppose a schedule that would require Defendants to respond to each final report within 10 days of its issuance, so long as Defendants limit their total pages responding to all three monitor reports to 25 pages.

DATED:  June 13, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Caroline E. Jackson*
    Caroline E. Jackson

Attorneys for Plaintiffs

[4512877.2]

2

Case No. 5:13-cv-02354-BLF

PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND [PROPOSED] ORDER, DKT. NO. 881