UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　　Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR CLARIFICATION**<br><br>[Re: ECF 881] |

Defendants have filed a motion for clarification of the Court's Order Granting Plaintiffs' Motion to Enforce Settlement Agreement ("Enforcement Order") issued on September 26, 2023. Defendants ask whether they should file a separate show cause response after issuance of each monitor report, or whether a single show cause response may be filed after issuance of the final monitor report. Defendants also ask whether the ten-day deadline for the show cause response begins to run when a monitor report is transmitted to the parties or when it is filed with the Court. Defendants request that the Court clarify that a single twenty-five page show cause response must be filed within ten days after the filing of the final monitor report.

Plaintiffs do not oppose Defendants' motion, although they suggest that the show cause response be filed within ten days after the issuance (not filing) of the final monitor report. Plaintiffs also do not oppose a schedule requiring a response to each monitor report.

The Court GRANTS Defendants' motion IN PART. The Court CLARIFIES that a single twenty-five page show cause response must be filed within ten days after the issuance of the final

1  monitor report.  The Court anticipates that the monitor reports will be filed with the Court at some
2  later date after they are issued.
3  **IT IS SO ORDERED.**

5  Dated:  June 14, 2024

   _____
   BETH LABSON FREEMAN
   United States District Judge