# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER STRIKING STATUS REPORT**<br><br>[Re: ECF 885] |

The Status Report filed on June 21, 2024 (ECF 885) relates to a different case, and appears to have been filed in the present case by mistake. Accordingly, the Status Report (ECF 885) is STRICKEN.

**IT IS SO ORDERED.**

Dated: June 24, 2024

_____
BETH LABSON FREEMAN
United States District Judge