1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
4  San Francisco, CA 94111
   Telephone: (415) 875-4126
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO. 5:13-cv-02354-BLF<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STATEMENT CONTAINING DRAFT MONITOR FINDINGS**<br><br>N.D. Cal. Local Rule 7-11 and 79-5(e)<br><br>Judge: Hon. Beth Labson Freeman |

Defendants' counsel submits, pursuant to Civil Local Rules 79-5(c) and 7-11, an Administrative Motion to File Under Seal ("Administrative Motion to Seal"). Defendants move to seal portions of the document that contain the following information:

1. Dr. Winthrop's draft findings of compliance.

Specifically, Defendants seek to seal portions of the Joint Statement (attached as Exhibit A to this Motion). The information sought to be sealed is identified in detail in the chart included in the below table:

**Information to Be Redacted and Filed Under Seal**

| Ex. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Exhibit A | Joint Statement | Highlighted portions at pages 1, 5-6 | Contains incomplete and draft findings on compliance ratings, which are not required to be filed on the public docket. Public disclosure would cause harm to Defendants should those findings be prematurely disclosed to the public prior to an issuance of final findings on compliance. |

Plaintiffs' counsel would not agree to jointly file the Joint Statement with redactions on the public record, and instead asked that Defendants' file a motion to seal portions of the document. *See* Declaration of Allison Becker in Support of Defendants' Administrative Motion to Seal ("Becker Declaration") ¶¶ 4-5. Defense counsel informed Plaintiffs' counsel that Defendants objected to the inclusion of Dr. Winthrop's preliminary Draft findings in the Joint Statement. *Id*. ¶ 4.

In accordance with Civil Local Rule 79-5(e) and this Court's Civil Standing Order, Defense counsel has concurrently filed sealed copies of the un-redacted versions of the Joint Statement with the proposed redactions highlighted in yellow. *See* Notice of Filing of Joint Statement, filed herewith. Defense counsel will provide courtesy copies of these documents to the Court, in conformity with Civil Local Rule 79-5(e), if requested. *See* U.S. District Court, N.D. Cal., General Order 78. Defense counsel has filed herewith a Proposed Order Granting the

Administrative Motion to File Under Seal. *See* Civ. L.R. 79-5(c)(3).

## I. LEGAL STANDARD

It is clear that the court "recognize[s] a general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Nixon v. Warner Commnc'ns, Inc.*, 435 U.S. 589, 597, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)). The presumption of access is based on the need for accountability and "for the public to have confidence in the administration of justice." *Id* (quoting *United States v. Amodeo (Amodeo II )*, 71 F.3d 1044, 1048 (2d Cir.1995)). The party seeking to seal a judicial record has the burden of overcoming the "strong presumption by meeting the 'compelling reasons' standard." *Id* (quoting *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.2006)). A compelling reason may include records that could be used to "gratify private spite or promote public scandal." *Id*. at 1097. Moreover, parties requesting sealing of portions of a non-dispositive motion must make a "particularized showing of good cause." *Al Otro Lado, Inc. v. Wolf*, No. 3:17-CV-2366-BAS-KSC, 2020 WL 6449152, *5 (S.D. Cal. Nov. 2, 2020). "Good cause exists where the party seeking protection shows that specific prejudice or harm will result if the request to seal is denied." *Id* (citing *Anderson v. Marsh*, 312 F.R.D. 584, 594 (E.D. Cal. 2015)). Parties seeking to seal documents must comply with Civil Local Rule 79-5, which requires a statement of the applicable legal standard and an explanation of "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Civ. L. R. 79-5(c)(1).

## II. DEFENDANTS HAVE IDENTIFED NOT ONLY GOOD CAUSE, BUT COMPELLING REASONS TO SEAL THE REQUESTED INFORMATION AND HAVE NARROWLY TAILORED THE REQUEST TO REDACT ONLY SEALABLE MATERIAL.

Defendants request to seal the above referenced category of information relating to Dr. Winthrop's incomplete and draft findings of compliance, to protect legitimate private interests. Civ. L.R. 79-5(c)(1). The parties only file the **final** version of the monitor report, not the draft

1  reports. *See* Dkt. 819. The parties agreed to a robust audit system that includes a two day visit to
2  the Monterey County Jail, a draft report, comments from all parties on the draft report and the
3  issuance of a final report. *See* Dkt. 563, p. 3. The present audit system provides the parties to
4  correct any inaccuracies, misconceptions or findings in the draft report. Therefore, the findings
5  listed in the draft report are incomplete and may be incorrect. Defendants are of the position that
6  allowing Plaintiffs to publicly file preliminary draft findings would harm the validity and
7  credibility of the monitor's audit system. Moreover, these findings are subject to change and
8  therefore, could mislead the public to entertain incorrect findings as fact. Redactions of this
9  nature are independently supported by applicable law, to protect the drafting process from undue
10 public scrutiny. *Al Otro Lado, Inc.*, 2020 WL at *5; See Also *Int'l Swimming League, Ltd. v.
11 Fed'n Internationale De Natation*, No. 18-CV-07394-JSC, 2021 WL 2075572 (N.D. Cal. May
12 24, 2021) (Granting the party's motion to file a draft contract under seal).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant the instant Administrative Motion to File under Seal.

Respectfully submitted,

Dated: July 25, 2024            GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
      Lindsey M. Romano
      Allison J. Becker, (pro hac vice)
      Attorneys for Defendant CFMG.

| | |
|---|---|
| Dated: July 25, 2024 | SUSAN K. BLITCH , COUNTY COUNSEL |
| | By: */s/ Ellen S. Lyons* |
| | Ellen S. Lyons |
| | Deputy County Counsel |
| | Attorneys for Defendants County of Monterey and Monterey County Sheriff's Office |

-5-

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND COUNTY OF MONTEREY'S ADMINISTRATIVE MOTION TO SEAL

**[PROPOSED] ORDER**

Having reviewed Defendants' Administrative Motion to File Under Seal, and good cause appearing, the Court hereby GRANTS Defendants' Administrative Motion to File Under Seal.

Accordingly, it is hereby ORDERED that the documents and portions of documents identified in the tables below shall be filed in redacted form to remove the information the parties seek to seal:

| **Document** | **Portion(s) to Seal** | **Reason(s) for Sealing** |
|---|---|---|
| Joint Statement (Exhibit A) | Highlighted portions at pages 1 , 5-6 | Contains incomplete and draft findings on compliance ratings, which are not required to be filed on the public docket. Public disclosure would cause harm to Defendants should those findings be prematurely disclosed to the public prior to an issuance of final findings on compliance. |

**IT IS SO ORDERED.**

Dated: _____     By:_____

*Hon. Beth Labson Freeman*

*United States District Court*

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111