LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>N.D. Cal. Local Rules 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman<br><br>No Hearing Date Pursuant to L.R. 7-11(c) |

I, Allison J. Becker, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of North Carolina and admitted pro hac vice before this Federal Court. I represent defendant California Forensic Medical Group, Inc. ("CFMG") in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify to thereto. I make this administrative declaration in support of Defendants' Administrative Motion to File Under Seal.

2. Defendants have conformed the Administrative Motion to File Under Seal and associated redactions to the requirements of Civil Local Rule 79-5 and this Court's Standing

-1-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

1  Order, including by filing concurrently with this motion sealed copies of the un-redacted

2  versions of all the relevant documents with proposed redactions highlighted in yellow.

3      3.    On May 30, 2024, Dr. Viviane Winthrop, the Court-appointed dental monitor, sent

a draft 11th Dental Audit Report ("Draft Dental Report") to the parties via email.

    4.    On July 23, 2024, Plaintiffs' counsel and Defense Counsel met via Zoom. Plaintiffs' counsel stated that they wish to include Dr. Winthrop's draft findings in the Joint Statement. Defense counsel objected to any filing of draft findings on the public docket. Defense Counsel suggested that either Plaintiffs do not include the draft findings or the portion of the Joint Statement containing the draft findings be filed under seal.

    5.    On July 24, 2024, Caroline Jackson emailed me requesting confirmation that we intended to maintain our request to file portions of the Joint Statement under seal. If so, would we handle the filing of the Joint Statement and the motion.

    6.    On July 25, 2024, I emailed Caroline Jackson requesting clarification. Specifically, if we handle the filing and motion to seal, would she oppose the motion.

    7.    Defense counsel proposed redactions are identified in the below chart, which is formatted pursuant to this Court's Civil Standing Order.

//
//
//
//
//
//
//
//
//

-2-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

*Gordon Rees Scully Mansukhani, LLP*
*315 Pacific Avenue*
*San Francisco, CA 94111*

**Information to Be Redacted and Filed Under Seal**

| Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|
| Joint Statement (Exhibit A) | Highlighted portions at pages 1 , 5-6 | Contains incomplete and draft findings on compliance ratings, which are not required to be filed on the public docket. Public disclosure would cause harm to Defendants should those findings be prematurely disclosed to the public prior to an issuance of final findings on compliance. |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on July 25, 2024 at Raleigh, North Carolina.

By: */s/ Allison J. Becker*
Allison J. Becker, Declarant
Attorney for Defendant CFMG
abecker@grsm.com