UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.  5:13-cv-02354-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STATEMENT CONTAINING DRAFT MONITOR FINDINGS**<br><br>N.D. Cal. Local Rule 7-11 and 79-5(e)<br><br>Judge: Hon. Beth Labson Freeman |

## [PROPOSED] ORDER

Having reviewed Defendants' Administrative Motion to File Under Seal, and good cause appearing, the Court hereby GRANTS Defendants' Administrative Motion to File Under Seal.

Accordingly, it is hereby ORDERED that the documents and portions of documents identified in the tables below shall be filed in redacted form to remove the information the parties seek to seal:

| **Document** | **Portion(s) to Seal** | **Reason(s) for Sealing** |
|---|---|---|
| Joint Statement (Exhibit A) | Highlighted portions at pages 1 , 5-6 | Contains incomplete and draft findings on compliance ratings, which are not required to be filed on the public docket. Public disclosure would cause harm to Defendants should those findings be prematurely |

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STATEMENT CONTAINING DRAFT MONITOR FINDINGS

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

| | | disclosed to the public prior to an issuance of final findings on compliance. |

**IT IS SO ORDERED.**

Dated: _____     By:_____

*Hon. Beth Labson Freeman*

*United States District Court*