LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STATEMENT CONTAINING DRAFT MONITOR FINDINGS**<br><br>Judge: Hon. Beth Labson Freeman |

Pursuant to the Civil Local Rule 16-10(d), Defendants hereby respectfully submit **Exhibit A**, the Joint Statement.

In accordance with this Court's prior orders. Dkt. 819, allowing for the filing of the final version of the monitor reports to be filed on the public docket, the following information has been redacted:

1. Dr. Winthrop's draft findings of compliance.

Respectfully submitted,

Dated: July 25, 2024          GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Allison J. Becker
Lindsey M. Romano
Allison J. Becker, (pro hac vice)
Attorneys for Defendant CFMG.

Dated: July 25, 2024    SUSAN K. BLITCH , COUNTY COUNSEL

By: /s/ Ellen S. Lyons
Ellen S. Lyons
Deputy County Counsel
Attorneys for Defendants County of
Monterey and Monterey County Sheriff's
Office

-2-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND COUNTY OF MONTEREY'S
ADMINISTRATIVE MOTION TO SEAL