# EXHIBIT A

# To July 25, 2024 Notice of Filing of Joint Statement

# FILED UNDER SEAL