EXHIBIT A

## Medical Care

| No. | Requirement | 16th Medical Care Audit Report |
|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | Partially Compliant [Dkt 882 at 11[1]] |
| 2 | Medical Intake Screening | Partially Compliant [Dkt 882 at 11] |
| 3 | Sick Call | Not Compliant [Dkt 882 at 11-12] |
| 4 | Chronic Care | Not Compliant [Dkt 882 at 12-13] |
| 5 | Health Care Maintenance | Not Compliant [Dkt 882 at 13] |
| 6 | Continuity of Care | Not Compliant [Dkt 882 at 13-14] |
| 7 | Outside Care Referrals | Partially Compliant [Dkt 882 at 14] |
| 8 | Treatment of Intoxicated Patients | Partially Compliant [Dkt 882 at 14-15] |
| 9 | Treatment of Communicable Diseases | Not Compliant [Dkt 882 at 15] |
| 10 | Pharmaceutical Practices | Substantially Compliant [Dkt 882 at 15-16] |
| 11 | Medical Quality Assurance | Not Compliant [Dkt 882 at 16] |

---

[1] All page numbers refer to ECF page numbers.

## Mental Health

| No. | Requirement | 12th Mental Health Audit Report (to be filed no later than July 30, 2024) |
|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | Section 12a: Noncompliance<br>Section 12b: Noncompliance<br>Section 12c: Noncompliance<br>Section 12d: Substantial Compliance[2] |
| 12 | Initial Mental Health Screening | Noncompliance |
| 13 | Nursing Rounds in Administrative Segregation | Partial Compliance |
| 15 | Treatment Planning | Partial Compliance |
| 16 | Chronic Care | Section 4a: Noncompliance<br>Section 4b: Substantial Compliance |
| 17 | Acute Care | Noncompliance |
| 18 | Outpatient Services | Partial Compliance |
| 19 | Psychiatric Follow-Up Visit Intervals | Substantial Compliance |
| 20 | Consideration of Mental Health in Discipline | Noncompliance |
| 21 | Segregation Placement Screenings | Section 21a: Noncompliance<br>Section 22b: Partial Compliance |

---

[2] Dr. Vess's reports makes findings according to various sub-sections. The parties have noted areas of mixed findings. It is Plaintiffs' position that "adherence to the requirements of the Settlement Agreement and the Implementation Plans in all material respects," the Settlement Agreement's standard for "substantial compliance," *see* Dkt. No. 494 ¶ 10, requires Dr. Vess to find Wellpath in substantial compliance for all applicable sub-sections in order to achieve substantial compliance with the corresponding provision from this Court's Enforcement Order, Dkt. No. 838.

EXHIBIT A

| 22 | Mental Health Programming in Segregation | Partial Compliance |
|---|---|---|
| 23 | Involuntary Medication | Section 10*a*: Substantial Compliance<br>Section 10*b*: Substantial Compliance<br>Section 10*c*: Substantial Compliance<br>Section 10*d*: Partial Compliance<br>Section 10*e*: Deferred<br>Section 10*f*: Deferred<br>Section 10*g*: Deferred<br>Section 10*h*: Deferred |
| 24 | Suicide Risk Assessments and Safety Planning | Partial Compliance |
| 25 | Medical Records | Partial Compliance |
| 26 | Corrective Action Plans | Partial Compliance |
| 27 | Provider Visits to Holding and Isolation Cells | Partial Compliance |
| 28 | Mental Health Quality Assurance | Section 26*a*: Partial Compliance<br>Section 26*b*: Deferred<br>Section 26*c*: Partial Compliance |