MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              cjackson@rbgg.com
              mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING MENTAL HEALTH NEUTRAL MONITOR REPORT**<br><br>Judge:  Beth Labson Freeman |

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838 at 27, the parties hereby respectfully submit the 12th neutral monitor mental health report prepared by Dr. James Vess (received by the parties on July 23, 2024, covering the time period of February through March 2024) (**Exhibit A**).

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, Dkt Nos. 802, 819, 867, the following information has been redacted:

1.  Incarcerated persons' names, dates of birth, dates of death, and booking numbers (initials are used to identify deceased class members);

2.  The names and email addresses of health care staff employed by Wellpath, who are directly involved in providing or supervising patient care at the Jail; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1        3.      All other personal contact information, including those of the court

2            appointed neutral monitors.

3

4 DATED:  July 30, 2024            Respectfully submitted,

5                               ROSEN BIEN GALVAN & GRUNFELD LLP

6                               By:  */s/ Maya E. Campbell*

7                                   Maya E. Campbell

8                               Attorneys for Plaintiffs

9

10 DATED:  July 30, 2024            Respectfully submitted,

11                               GORDON REES SCULLY MANSUKHANI

12                               By:  */s/ Allison J. Becker*

13                                   Allison J. Becker

14                               Attorneys for Defendant WELLPATH

15

16 DATED:  July 30, 2024            Respectfully submitted,

17                               COUNTY COUNSEL, COUNTY OF

18                               MONTEREY

19                               By:  */s/ Ellen S. Lyons*

20                                   Ellen S. Lyons

21                                   Deputy County Counsel

22                               Attorneys for Defendants COUNTY OF

23                               MONTEREY and MONTEREY COUNTY
                              SHERRIFF'S OFFICE

24

25

26

27

28