# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

|  |  |
|---|---|
| JESSE HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER SETTING EVIDENTIARY HEARING AND RELATED DATES** |

Pursuant to the discussion on the record at the Status Conference held August 1, 2024, the Court HEREBY SETS the following dates and deadlines:

| | |
|---|---|
| Defendant Wellpath's[1] deadline to file Show Cause Response re Imposition of Contempt Sanctions | August 16, 2024 |
| Plaintiffs' deadline to submit to Defendants request for expedited discovery and proposed discovery plan | August 23, 2024 |
| Parties to meet and confer regarding Plaintiffs' proposed discovery plan | no later than August 30, 2024 |
| Parties to meet with Magistrate Judge Cousins to narrow substantive issues | As soon as is practicable |
| Further Status Conference (via Zoom) | November 8, 2024 at 11:00 a.m. |
| Evidentiary Hearing re Imposition of Contempt Sanctions (in-person) | December 16-17, 2024 |

**IT IS SO ORDERED.**

Dated: August 2, 2024

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] Defendant Wellpath, LLC ("Wellpath") formerly was known California Forensic Medical Group, Inc. ("CFMG"). The parties and the Court have referred to this defendant as both "Wellpath" and "CFMG" throughout the litigation.