MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT**<br><br>Judge: Beth Labson Freeman |

[4538463.1]

Case No. 5:13-cv-02354-BLF

NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838 at 27, Plaintiffs hereby respectfully submit the 11th neutral monitor dental report prepared by Dr. Viviane Winthrop (received by the parties on July 30, 2024, covering the time period of July 2023 through March 2024) (**Exhibit A**). Exhibits included with this report are filed as **Exhibits B-D**.

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, Dkt Nos. 802, 819, 867, the following information has been redacted:

1. Incarcerated persons' names, dates of birth, dates of death, and booking numbers (initials are used to identify deceased class members); and,
2. The names of health care staff employed by Wellpath, who are directly involved in providing or supervising patient care at the Jail.

Please note that, prior to producing the report to the parties, Dr. Winthrop redacted some class member names and dates of birth.

DATED: August 6, 2024   Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Caroline E. Jackson*
   Caroline E. Jackson

Attorneys for Plaintiffs