**Winthrop Dental Consulting, LLC**
Viviane G. Winthrop, DDS, CEO
Dental Neutral Court Monitor



# Dental Audit Tour

# Monterey County Jail (MCJ) and Wellpath

### On Site Audit Review: April 1-2, 2024

### <u>FINAL</u> Dental Report #11

---

**See the Attachments below which are an Integral part of this Final Report #11.**

1. Dental Audit Tool which contains the:
   a. Dental Audit Tool Results
   b. Summary
   c. Statistics
   d. Database
   e. Findings - Sources, Monitor Findings, Recommendations, Methodology
2. April 1-2, 2024, Dental Corrective Action Plan (CAP)
3. Class Case Reviews (CCR)
4. Court-Designated Dental Monitoring Provisions – is within the Final Dental Report #11

---

Jesse Hernandez et al

v.

County of Monterey,
Monterey County Sheriff's Office,
California Forensic Medical Group, Incorporated.
(Now Wellpath)



Case No. 5:13-cv-02354-PSG

## Table of Contents

**Introduction** ....................................................................................................................6

   Objective and Purpose for Dental Tour #11 – April 1-2, 2024 ......................................6

   Previous Reports .........................................................................................................7

   Standard of Care .........................................................................................................7

   Site Overview ..............................................................................................................7

   Attendance for Dental Tour #11 .................................................................................8

**Logistics for MCJ/Wellpath Dental Department – See Appendix 1** .............................8

   Plaintiffs' and Defendants' Response to the Draft Dental Report #11: ........................8

   Charts and Statistics Reviewed for Dental Audit Tour #11 .........................................8

   Enhanced Monitoring Sessions for Dental Audit Tour #11 ..........................................9

   Next Planned Dental Audit Tour #12 ..........................................................................9

     Charts and Statistics to be Reviewed for Dental Audit Tour #12 ..............................10

     Enhanced Monitoring Sessions for Dental Audit Tour #12 ........................................10

     Production Reports and Advanced Materials Requested for Dental Audit Tour #12 ......10

**Summary Results for Dental Audit Tour #11** ............................................................11

**Category Results for Dental Audit Tour #11** ............................................................12

**Executive Summary** .................................................................................................13

   Highlights Dental Audit Tour #11 ..............................................................................13

   Statistical Review of MCJ's Dental Clinical Program .................................................14

     "If you can't measure it, you can't improve it". ......................................................17

     Continuous Quality Improvement (CQI) ...................................................................18

     Backlog ...................................................................................................................23

   Action Items due June 30th, 2024 .............................................................................24

   Action Items due June 30th, 2024 - Update ...............................................................24

   Monthly Production Reports – Requesting – Still Not Receiving ................................25

   Methodology .............................................................................................................26

     Systems Questions ..................................................................................................26

     Chart Pulls for the Chart Audit Reviews in the Dental Audit Tool ..............................26

     Scoring Criteria .......................................................................................................26

     Dental Class Case Reviews Methodology .................................................................27

   How to Understand and Navigate the Dental Audit Tool ...........................................28

   Access to Dental Care: ..............................................................................................29

MCJ/CFMG – Dental Audit Tour #11 – April 1-2, 2024,       Dr. Viviane G. Winthrop
Final Report 2024-07-30       Dental Neutral Court Monitor

2

**A.1**    **Certified Language Interpreter/Translator Services** ........................................................ 29

**A.2**    **Oral Hygiene Supplies** ........................................................................................................ 29

**A.3**    **Oral Hygiene Instruction/Education** ................................................................................... 29

**A.4**    **Inmate Handbook** .............................................................................................................. 30

**A.5**    **Intake Form** ........................................................................................................................ 30

**A.6**    **Intake - Urgent/Emergent Dental Level 1** .......................................................................... 30

**A.7**    **Intake - Routine Dental Level 2** ......................................................................................... 31

**A.8**    **14-Day Exam / Health Appraisal Form** ............................................................................... 31

**A.9**    **Health Assessment / 14-Day Exam - Urgent/Emergent Dental Level 1** .............................. 32

**A.10**    **Health Assessment / 14-Day Exam - Routine Dental Level 2** ............................................. 32

**A.11**    **Dental Sick Call Requests** ................................................................................................... 32

**A.12**    **Dental Sick Call - Urgent/Emergent DL1** ............................................................................ 33

**A.13**    **Dental Sick Call - Routine DL2** ............................................................................................ 33

**A.14**    **Physician on Call (POC)** ...................................................................................................... 33

**A.15**    **Referred to Outside Specialist/Specialty Care** ................................................................... 33

**A.16**    **Chronic Care** ....................................................................................................................... 33

**A.17**    **Comprehensive Dental Examination** .................................................................................. 35

**A.18**    **Periodontal Disease Program** ............................................................................................. 35

**A.19**    **Refusals and Refusal Form** ................................................................................................. 35

**A.20**    **Grievances** .......................................................................................................................... 35

**Timeliness of Dental Care:** ............................................................................................................. 36

**B.1**    **Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe?** .............................. 36

**B.1A**    **Dental Level Priority 2 - Routine - Seen Within Timeframe?** ............................................. 36

**B.2**    **Dental Priority Code (DPC) - Priority 1 thru 5** .................................................................... 36

**B.3**    **Chronic Care** ....................................................................................................................... 37

**B.4**    **Comprehensive Dental Care** ............................................................................................... 37

**B.5**    **Periodontal Disease Program** ............................................................................................. 37

**B.6**    **Refusals** .............................................................................................................................. 37

**B.7**    **Reschedules** ....................................................................................................................... 38

**B.8**    **Cancelled by Staff** .............................................................................................................. 39

**B.9**    **Custody** ............................................................................................................................... 39

**Quality of Dental Care:** ................................................................................................................. 39

**Informed Consent** ........................................................................................................................ 39

MCJ/CFMG – Dental Audit Tour #11 – April 1-2, 2024,                          Dr. Viviane G. Winthrop
Final Report 2024-07-30                                                       Dental Neutral Court Monitor

3

**Death Reviews** ..................................................................................................40

**C.1**     **Dental Triage from a Dental Sick Call Request**..................................................40

**C.2**     **Comprehensive Dental Care - Comprehensive Dental Examination & Treatment Plan** ......41

**C.3**     **Chronic Care - HIV** ..................................................................................41

**C.4**     **Chronic Care - Seizures** ............................................................................41

**C.5**     **Chronic Care - Diabetes** ...........................................................................41

**C.6**     **Chronic Care - Pregnancy** .........................................................................41

**C.7**     **Chronic Care - SMI** .................................................................................41

**C.8**     **Periodontal Treatment** ............................................................................42

**C.9**     **Restorative and Palliative Care** ...................................................................42

**C.10**    **Extractions / Oral Surgery** .........................................................................42

**C.11**    **Endodontics (Root Canal Treatment)** .............................................................42

**C.12**    **Prosthodontics (Dentures)**.........................................................................42

**C.13**    **Progress Notes (SOAPE)** ...........................................................................43

**Infection Control and Regulatory Compliance:**.........................................................43

     **Spore Test – Biological Indicator Test** ..............................................................43

     **Dosimetry Testing and Reports** ....................................................................44

**Dental Management and Self-Governance:**.............................................................44

**E.1**     **Chief Dental Officer, Corporate and Local Management** ......................................45

**E.2**     **Dashboard & Documented Qualitative Self Review Process**...................................45

**E.3**     **Electronic Dental Record System (EDRS)** ........................................................45

**E.4**     **Digital X-Rays** .......................................................................................45

**E.5**     **Panoramic X-Ray Unit** ..............................................................................45

**E.6**     **Equipment and Supplies** ...........................................................................45

**E.7**     **Nurse Training by DON, HSA and Dentist**.........................................................45

**E.8**     **Staffing and Staffing Analysis – Clinical and Administrative** ...................................46

**E.9**     **Illness and Injury Prevention Plan (IIPP)** .........................................................48

**E.10**    **Policies and Procedures, Including Dental, Corporate and Local** .....................................48

**E.11**    **Licenses, Credentialing, CURES & Job Performance** ............................................48

**E.12**    **OSHA Review and Infection Control Training** ....................................................49

**E.13**    **Hepatitis B Vaccination Record** ...................................................................49

**E.14**    **Pharmacy & Medication Management** ...........................................................49

**E.15**    **Peer Review and Monthly Supervisory Audit Reports**..........................................49

MCJ/CFMG – Dental Audit Tour #11 – April 1-2, 2024,                    Dr. Viviane G. Winthrop
Final Report 2024-07-30                                           Dental Neutral Court Monitor

4

**E.16**      **Monthly Dental Subcommittee Meeting** ................................................................49

**E.17**      **Quality Assurance (QA)** ...........................................................................................49

**Dental Class Case Reviews (CCR):** ..........................................................................................50

**Court-Designated Dental Monitoring Provisions** ...................................................................50

**Deficiencies & Recommendations – From the Dental Audit Tool, CCR and CAP** ......................66

**Access to Care** ......................................................................................................................66

**Timeliness of Care** ...............................................................................................................69

**Quality of Care** ....................................................................................................................70

**Infection Control & Regulatory Compliance** .......................................................................71

**Dental Program Management / Self-Governance** ................................................................73

**Dental Class Case Reviews** ..................................................................................................75

**Priorities/Phasing** ...................................................................................................................75

**Post-Implementation Monitoring, Self-Monitoring and Self-Governance** ...............................77

**Risk Elimination / Corrective Action Plan (CAP)** ....................................................................78

**Conclusion and Closing Comments** ........................................................................................81

**Appendix 1 - Logistics for MCJ/Wellpath Dental Department** ..................................................82

**Dental/Priority Levels and Dental Priority Code - Overview** ................................................82

**Dental Levels (DL) / Priority 1 and 2** ...................................................................................82

**Dental Priority Code (DPC) / Priority 1-5** .............................................................................83

**Statistical Parameters for Assessment of Compliance** .........................................................84

MCJ/CFMG – Dental Audit Tour #11 – April 1-2, 2024,                                    Dr. Viviane G. Winthrop
Final Report 2024-07-30                                                                Dental Neutral Court Monitor

5

## Introduction

### Objective and Purpose for Dental Tour #11 – April 1-2, 2024

The purpose and objectives remain the same as identified in the previous report(s). Therefore, I reiterate here:

Self-Governance is to be established and documented through Monterey County Jail's (MCJ's) monthly Dental Subcommittee and Quality Assurance (QA) meetings.

Developing and utilizing Policies and Procedures (P&P), Local Operating Protocols (LOP), data transparency through statistics, and utilizing repeatable systems, continuous feedback and training, will assist MCJ in maintaining and improving all aspects of their dental care delivery to the incarcerated persons at MCJ.

> *Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have (a) implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and (b) that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance.* (Settlement Agreement ¶ 10)

"Well-written policy and procedure is the core of modern correctional operations. It **informs and governs staff behavior, sets clear expectations, and confirms that the administration has performed its role**. It is also the basis for staff supervision, training, and supporting a defense when things go wrong."[1]

"Policies and procedures are the working set of documents that staff use to illustrate what they are doing and how they are doing it – the foundation to assessing compliance with NCCHC standards."[2]

Self-governance can be achieved by MCJ by consistently self-monitoring, self-auditing, evaluating, assessing, documenting and training staff, thereby continuously improving access, efficiency, timeliness, quality, management and safety of their dental care program without oversight. Several draft global P&Ps and site specific LOPs have already been developed with more to come.

> *Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Implementation Plan. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated*

---

[1] https://nicic.gov/resources/resources-topics-and-roles/topics/correctional-policy-and-procedure
[2] https://www.ncchc.org/standards-q-a-corporate-vs-site-specific-policies/

*time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.* (Wellpath IP, Exhibit A, p. 8)

### Previous Reports

The Dental Priority Code (DPC) section has been updated for clarity, see Appendix 1. Please refer to this and all previous reports for any and all additional information.

### Standard of Care

"Clinicians need to understand the concept of the standard of care. The standard of care is the benchmark that determines whether professional obligations to patients have been met. Failure to meet the standard of care is negligence, which can carry significant consequences for clinicians."[3]

The dental standard of care is statewide and not regional by county[4]. The Dental Practice Act[5], published by the Dental Board of California[6], is statewide, supported on page 508 of the Judicial Council of California Civil Jury Instructions[7], which only references statewide cases. Therefore, MCJ's dental standard of care is statewide and not localized by county.[8]

*Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20)*

### Site Overview

This audit was conducted in person at MCJ. The audit was performed with "read only access" to CorEMR. The assessment for quality of dental care was made primarily through:
1. Chart reviews, tasks, reports from CorEMR and Wellpath and MCJ provided data,
2. Grievances were provided by Wellpath six weeks after the audit tour,
3. Incarcerated person requests (previously Inmate requests) for dental care services was denied and no access was granted to this Monitor for ViaPath (formerly Intelmate) or ERMA,
4. Clinical and management data was provided by the Operations Specialist and the Implementation Specialist,
5. The dental clinic evaluation was conducted in conjunction with my Dental Facility Compliance Auditor, Paige York, RDA.

No incarcerated persons were clinically examined by me during any part of Dental Audit Tour #11. Three (3) incarcerated persons were questioned in the presence of Dr. ███ Chief Dental

---

[3] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8667701/

[4] *https://www.professionals-law.com/attorneys/ Mr. Curley is on faculty at the University of the Pacific, Arthur A. Dugoni School of Dentistry and UCSF and has contributed to dental textbooks."*

[5] https://www.dbc.ca.gov/about_us/lawsregs/index.shtml

[6] https://www.dbc.ca.gov/

[7] https://www.courts.ca.gov/partners/317.htm

[8] https://www.courts.ca.gov/partners/documents/Judicial_Council_of_California_Civil_Jury_Instructions.pdf.

Officer (CDO) on their ability to request and receive dental care at Monterey County Jail. See the Executive Summary for additional information.

### Attendance for Dental Tour #11
The following individuals attended the exit interview, in person or by Zoom on April 2nd, 2024:

**Wellpath:** Dr. ████ ████ Chief Dental Officer (CDO); Dr. ████ █ Dentist; ████ ████ Dental Assistant; ████ Director of Nursing; ████ Operations Specialist; ████ Implementation Specialist; Hector Ruiz, RDO; Tinishia Branch, Director of Partner Risk Strategies; Heather Barry, Regional VP Local Government,
**MCJ:** Captain Rebecca Smith, Monterey County Sheriff's Office Jail Operations Division; Chief Garrett Sanders, Chief Deputy Monterey County Sherriff's Office Corrections Operations Bureau.
**Counsel for the Plaintiffs:** Katherine TeBrock, Vice President Associate General Counsel Regulatory Compliance; Ellen S. Lyons, Deputy County Counsel for Monterey County,
**Counsel for the Defendants:** Caroline Jackson, Senior Counsel,
**Monitor:** Dr. Viviane G. Winthrop, Dental Neutral Court Monitor accompanied by Paige York, RDA, Dental Facility Compliance Auditor.


### Logistics for MCJ/Wellpath Dental Department – See Appendix 1


### Plaintiffs' and Defendants' Response to the Draft Dental Report #11:
- CEJ-Winthrop Re Pls Comments to Draft Dental Rpt 06-24-2024 1187-8(4521262.1)
- Hernandez - CFMG response to draft dental report 070524
- CEJ-Winthrop, Resp. to Defs. Comm. to 11th Dental Rpt, 7-12-24, 1187 8(4527251.1)(4527255.1)

### Charts and Statistics Reviewed for Dental Audit Tour #11
- The scope of review and the charts audited span July 1st, 2023, through March 31st, 2024.

- The review of charts and systems of care continues consecutively and chronologically as seen in this and all previous 10 reports.

- The parameters outlined in the Implementation Plan, Settlement Agreement, Federal, State and County guidelines as well as in the statewide dental standard of care, are used to review and evaluate the dental clinical program at MCJ.

- One (1) chart for each month beginning July 2023 through February 2024 and two (2) charts for March 2024, for each clinical outcome measure category, is selected using the methodology outlined in each of the clinical outcome measure category, in the Dental Audit Tool Results tab in Column U, of the Dental Audit Tool.

- Reviewing Defendants' CFMG responses to the draft report appear to misrepresent how many charts are used to evaluate their dental clinical program. See CFMG Letter at 2 and 14. Therefore, please review the section **"If you can't measure it, you can't improve it"** in the Executive Summary for additional information.

- Also review and refer to **"How to Understand and Navigate the Dental Audit Tool"** on page 20 of the Executive Summary. <u>The booking numbers associated with each chart audited, in each separate clinical outcome measure category, is located in the Database tab of the Dental Audit Tool.</u>

### Enhanced Monitoring Sessions for Dental Audit Tour #11

- Training, Mentoring, Shadowing, Guidance[9] did not occur *onsite* this audit period. Unfortunately, the proposed dates did not match scheduling availability.

- The Corrective Action Plan (CAP) updates with Dr. ████ were part of the data requested from the Defendants, for the dental audit tour #11, and these sessions are not part of the Enhanced Monitoring.

- There was one day of mentoring through Zoom on May 7th with MCJ Dentist Dr. ████ ████ ████ the Operations Specialist and Dr. ████ the Chief Dental Officer (CDO) who requested to discuss their desire to update the assignment of Dental Levels/Priority Levels for cleaning requests, to be made inclusive of the Periodontal Disease Program.

- There were several two hour blocks of Enhanced Monitoring time used on May 2, 3, 4, 8, and 9 when ████ and Dr. ████ reached out to brainstorm efficiencies in nurse scheduling using flowcharts to remove any barriers to Access to Care. They plan on reviewing their flowcharts with me after this final report is delivered, prior to requesting approval from all parties and before rolling out their proposed updated system of Nursing Priority Levels and scheduling parameters.

### Next Planned Dental Audit Tour #12

- October 9th and 10th, 2024, Wednesday and Thursday respectively, to coincide with both the established Monday through Wednesday dental team and the new Thursday through Friday dental team.

- As in the previous tours, I am requesting the presence of Dr. ████ CDO and ████ ████ Operations Specialist as well as the new H.S.A and the Implementation Specialist.

- I am also requesting a post audit onsite Enhanced Monitoring session with the new dental team for Friday, October 11th, 2024.

---

[9] [Dkt 751] Joint Status Report and ORDER_ 6-3-2022_ 1187-8

## Charts and Statistics to be Reviewed for Dental Audit Tour #12

- April 1st, 2024, through September 30th, 2024.

- In the spirit of addressing Defendants' CFMG Letter at 1, for this upcoming dental audit tour #12 as both dental teams should be well established and continuing to improve their systems of dental care, I am willing to weigh more charts to the last three (3) months of their upcoming audit period.

- Therefore, one (1) chart each for April, May, June, July, August and September and three additional (3) charts for each month of July, August and September for a total of 12 charts reviewed <u>for each clinical outcome measure category</u>. These charts are to be selected using the methodology outlined in each of the individual clinical outcome measure categories, in the Dental Audit Tool Results tab Column U, of the Dental Audit Tool.

## Enhanced Monitoring Sessions for Dental Audit Tour #12

- **For post audit, training and mentoring *onsite***, at least one day, **Friday October 11th** following the dental audit tour #12, to include the new dental team, Operations Specialist, Implementation Specialist, H.S.A. and CDO.

- **For post audit, training and mentoring *through Zoom***, preferably with the CDO, Operations Specialist, H.S.A., Implementation Plan Specialist and I to finish:
  - Updating the content and formatting of consent forms, review flowcharts and other clinical global P & P and onsite LOPs including self-governance documentation and processes.
  - Review the methodology for each outcome measure category so all are familiar with obtaining the statistics and doing their own chart pulls for their internal audits.

- ***One week of onsite* Training, Mentoring, Shadowing, and Guidance[10] in August 2024** preferably when Ms. ▮▮▮▮ is available to be onsite and Dr. ▮▮▮▮ can join through Zoom.
  - <u>This onsite visit is highly recommended, especially for the new dental team</u>, as the issues discussed in the Executive Summary regarding the dental standard of care, can be best addressed onsite.

- Please provide dates and times at your earliest convenience and confirm the onsite post audit Enhanced Monitoring session for Friday, October 11th, so travel arrangements can be finalized.

## Production Reports and Advanced Materials Requested for Dental Audit Tour #12

  - Please provide **<u>Monthly Dental Production Reports</u>** as soon as possible, starting for April 1st, 2024, onward.

  - See p. 17 of this report for the List of Production Reports requested.

---

[10] [Dkt 751] Joint Status Report and ORDER_ 6-3-2022_ 1187-8

## Summary Results for Dental Audit Tour #11

| Category | Category Title | # Of Questions | % Compliance Report #10 | % Compliance Report #11 | SC, PC, NC, N/A |
|----------|----------------|----------------|-------------------------|-------------------------|-----------------|
| A | Access to Care | 20 questions - 20 questions evaluated | 46.6% | 55.8% | NC |
| B | Timeliness of Care | 10 questions - 8 questions evaluated | 39.9% | 47.4% | NC |
| C | Quality of Care | 13 questions - 13 questions evaluated | 64.9% | 73.0% | NC |
| D | Infection Control/ Regulatory Compliance | 85 questions - 80 questions evaluated | *~~94.9%~~ *63.3% | 93.8% | SC |
| E | Dental Program Management / Self-Governance | 17 questions - 17 questions evaluated | 51.1% | 64.9% | NC |
| F | Class Case Reviews | 6 class case reviews - 6 evaluated | 49.2% | 50.5% | NC |
| | **OVERALL TOTAL:** | | 52.5% | **64.2%** | **NC** |

**\*Compliance Report #10 -** for the failed spore test from January 1st through February 28th, 2023, they received a score of 0% but improved dramatically to 94.9% thereafter for a cumulative combined score of 63.3%.

- The Summary Results above and the Category Results below are both available to be visualized in the Summary tab in the Dental Audit Tool.

- Once again, please review and refer to **"How to Understand and Navigate the Dental Audit Tool"** on page 20 of the Executive Summary. The booking numbers associated with each chart audited, in each separate clinical outcome measure category, is located in the Database tab of the Dental Audit Tool.

## Category Results for Dental Audit Tour #11

| Category | Name | Percent Compliance | Compliance |
|---|---|---|---|
| A.1 | Access to Care Audit Tool Data - Certified Language Interpreter/Translator Services | 18.8% | N |
| A.2 | Access to Care Audit Tool Data - Oral Hygiene Supplies | 91.7% | Y |
| A.3 | Access to Care Audit Tool Data - Oral Hygiene Instruction/Education | 75.0% | N |
| A.4 | Access to Care Audit Tool Data - Inmate Handbook | 92.9% | Y |
| A.5 | Access to Care Audit Tool Data - Intake Form | 65.8% | N |
| A.6 | Access to Care Audit Tool Data - Intake - Urgent/Emergent Dental Level 1 | 50.0% | N |
| A.7 | Access to Care Audit Tool Data - Intake - Routine Dental Level 2 | 71.0% | N |
| A.8 | Access to Care Audit Tool Data - 14-Day Exam (Health Appraisal) Form | 39.3% | N |
| A.9 | Access to Care Audit Tool Data - 14-Day Exam - Urgent/Emergent Dental Level 1 | 68.8% | N |
| A.10 | Access to Care Audit Tool Data - 14-Day Exam - Routine Dental Level 2 | 78.9% | N |
| A.11 | Access to Care Audit Tool Data - Dental Sick Call Requests | 35.7% | N |
| A.12 | Access to Care Audit Tool Data - Dental Sick Call - Urgent/Emergent DL1 | 64.5% | N |
| A.13 | Access to Care Audit Tool Data - Dental Sick Call - Routine DL2 | 81.7% | N |
| A.14 | Access to Care Audit Tool Data - Physician on Call (POC) | 50.0% | N |
| A.15 | Access to Care Audit Tool Data - Referred to Outside Specialist/Specialty Care | 62.9% | N |
| A.16 | Access to Care Audit Tool Data - Chronic Care | 16.7% | N |
| A.17 | Access to Care Audit Tool Data - Comprehensive Dental Examination | 10.7% | N |
| A.18 | Access to Care Audit Tool Data - Periodontal Disease Program | 33.3% | N |
| A.19 | Access to Care Audit Tool Data - Refusals and Refusal Form | 55.0% | N |
| A.20 | Access to Care Audit Tool Data - Grievances | 38.9% | N |
| B.1 | Timeliness of Care Audit Tool Data - Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe? | 30.4% | N |
| B.1A | Timeliness of Care Audit Tool Data - Dental Level Priority 2 - Routine - Seen Within Timeframe? | 80.8% | N |
| B.2 | Timeliness of Care Audit Tool Data - Dental Priority Code (DPC) - Priority 1 thru 5 | 40.0% | N |
| B.3 | Timeliness of Care Audit Tool Data - Chronic Care | NA | NA |
| B.4 | Timeliness of Care Audit Tool Data - Comprehensive Dental Care | 11.1% | N |
| B.5 | Timeliness of Care Audit Tool Data - Periodontal Disease Program | 27.8% | N |
| B.6 | Timeliness of Care Audit Tool Data - Refusals | 54.5% | N |
| B.7 | Timeliness of Care Audit Tool Data - Reschedules | DF | DF |
| B.8 | Timeliness of Care Audit Tool Data - Cancelled by Staff | DF | DF |
| B.9 | Timeliness of Care Audit Tool Data - Custody | 100.0% | Y |
| C.1 | Quality of Care Audit Tool Data - Dental Triage | 76.9% | N |
| C.2 | Quality of Care Audit Tool Data - Comprehensive Dental Care | 54.7% | N |
| C.3 | Quality of Care Audit Tool Data - Chronic Care - HIV | NA | NA |
| C.4 | Quality of Care Audit Tool Data - Chronic Care - Seizures | NA | NA |
| C.5 | Quality of Care Audit Tool Data - Chronic Care - Diabetes | NA | NA |
| C.6 | Quality of Care Audit Tool Data - Chronic Care - Pregnancy | NA | NA |
| C.7 | Quality of Care Audit Tool Data - Chronic Care - SMI | NA | NA |
| C.8 | Quality of Care Audit Tool Data - Periodontal Treatment | 68.5% | N |
| C.9 | Quality of Care Audit Tool Data - Restorative and Palliative Care | 77.0% | N |
| C.10 | Quality of Care Audit Tool Data - Extractions / Oral Surgery | 90.7% | Y |
| C.11 | Quality of Care Audit Tool Data - Endodontics (Root Canal Treatment) | 5.6% | N |
| C.12 | Quality of Care Audit Tool Data - Prosthodontics | 50.0% | N |
| C.13 | Quality of Care Audit Tool Data - Progress Notes | 50.0% | N |
| D.1 | Clinic 1: Infection Control / Regulatory Compliance Audit Tool Data - Summary Table of Compliance - Facility | 93.8% | Y |
| E.1 | Dental Program Management Audit Tool Data - Chief Dental Officer, Corporate and Local Management | 66.7% | N |
| E.2 | Dental Program Management Audit Tool - Dashboard & Documented Qualitative Self Review Process | 50.0% | N |
| E.3 | Dental Program Management Audit Tool - Electronic Dental Record System (EDRS) | 50.0% | N |
| E.4 | Dental Program Management Audit Tool - Digital X-Rays | 100.0% | Y |
| E.5 | Dental Program Management Audit Tool - Panoramic X-Ray Unit | 50.0% | N |
| E.6 | Dental Program Management Audit Tool - Equipment and Supplies | 83.3% | N |
| E.7 | Dental Program Management Audit Tool - Nurse Training by DON, HSA and Dentist | 60.0% | N |
| E.8 | Dental Program Management Audit Tool - Staffing and Staffing Analysis – Clinical and Administrative | 50.0% | N |
| E.9 | Dental Program Management Audit Tool - Staffing – Illness and Injury Prevention Plan (IIPP) | 62.5% | N |
| E.10 | Dental Program Management Audit Tool - Policies and Procedures, Including Dental, Corporate and Local | 50.0% | N |
| E.11 | Dental Program Management Audit Tool - Licenses, Credentialing, CURES & Job Performance | 100.0% | Y |
| E.12 | Dental Program Management Audit Tool - OSHA Review and Infection Control Training | 100.0% | Y |
| E.13 | Dental Program Management Audit Tool - Hepatitis B Vaccination Record | 50.0% | N |
| E.14 | Dental Program Management Audit Tool - Pharmacy & Medication Management | 87.5% | Y |
| E.15 | Dental Program Management Audit Tool - Peer Review | 50.0% | N |
| E.16 | Dental Program Management Audit Tool - Monthly Dental Subcommittee | 50.0% | N |
| E.17 | Dental Program Management Audit Tool - Quality Assurance (QA) | 50.0% | N |

## Executive Summary

There continues to be improvements and increased consistency in multiple areas of the delivery of dental care at the Monterey County Jail. Although MCJ's Dental Department was found to be in **Non-Compliance (NC) overall with a score of 64.2%, up from 52.5%, they did achieve Substantial Compliance (SC) with a score of 93.8%** this audit period, in the area of Infection Control and Regulatory Compliance!

Congratulations to the dental team and supporting staff for this achievement in infection control and regulatory compliance. Patient safety and the prevention of transmission of infectious diseases is paramount in a dental clinical setting!

   *All dental services will be provided in a safe and sanitary environment. (Wellpath IP, p. 103)*

The next step for this area of compliance, per the Settlement Agreement, is to maintain this level of substantial compliance for a period of twelve months for the Court to reduce or suspend monitoring of this issue.

   *The parties or any party may agree or request a finding that Defendants are in substantial compliance with a particular Implementation Plan or any material part thereof and have maintained substantial compliance for a period of twelve months. [See definitions and monitoring sections.] Such a finding will result in a reduction or suspension of monitoring of that issue. If Plaintiffs present evidence that Defendants are no longer in substantial compliance with requirements previously found in substantial compliance, the Court may order additional relief including but not limited to reinstating full monitoring. (Settlement Agreement, Paragraph 50, p. 18)*

### Highlights Dental Audit Tour #11

Please carefully review <u>all tabs</u> in the attached Dental Audit Tool, the Class Case Reviews and the Dental Corrective Action Plan (CAP).

Note the Class Case Reviews (CCRs) are attached in a separate Excel spreadsheet and are graded separately, as none of the six (6) charts reviewed of the CCRs are included in the Dental Audit Tool database. The Class Case Reviews account for 1/6[th] of the overall Summary results as seen on page 11 of this report.

You will find many ongoing issues, such as nursing referrals to dental, are in the process of being evaluated by MCJ using Continuous Quality Improvement (CQI) methods to rectify and resolve the identified deficiencies. This is of course, provided the dental staff receives dedicated time and support to continue completing Policies and Procedures (P&Ps), Local Operating Protocols (LOPs), workflows, accumulate viable statistics and receive documented training in the areas identified as deficient by their CQI processes.

These processes being developed are becoming foundational to the ability of MCJ to self-govern themselves as they work towards establishing a consistent, transparent, safe, effective and quality dental program.

*There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan. (Wellpath IP, p. 115)*

- Dr. ████ the Chief Dental Officer of Wellpath, performed a staffing analysis in September 2023 and recommended as well as stood his ground to any opposition of increasing dental staff, by emphasizing that compliance could not be achieved without additional dental staff. Therefore, Wellpath hired and trained a new PRN Dentist and Dental Assistant in December 2023, and they started seeing patients on January 4th, 2024, and routinely working Thursdays and Fridays.

- Dr. ███ and Dental Assistant ████ work Monday through Wednesday, all dental teams working eight hour days.

- With the new PRN dental staff, there is now **full time dental care at MCJ**. All the programs identified in the Implementation Plan and the Settlement Agreement have been implemented, including seeing patients with over one year of incarceration for their comprehensive dental examination and individualized treatment plan, assigning each dental treatment with a Dental Priority Code (DPC), and scheduling according to the DPC system. The periodontal disease program, as well as physician referrals from chronic care to dental are also now available to the Incarcerated Persons (I/P) at MCJ.

- Although not accepted yet as part of the Wellpath Staffing Plan, hiring the PRN Dentist and Dental Assistant is a step by Wellpath in complying with the mandates of the Implementation Plan and Settlement Agreement. Moving forward, this new dental staffing arrangement must be approved in the Staffing Plan and ratified into the new contract with MCJ.

### Statistical Review of MCJ's Dental Clinical Program

- For this nine (9) month audit period, July 1st, 2023, through March 31st, 2024, there were **6907 total bookings**, and **2776 scheduled dental appointments**.

- Of the 6907 total bookings this audit period, it is unknown how many are for the same person as the rate of recidivism is not disclosed. Of the 2776 scheduled dental appointments, this accounts for approximately 946 individual patients by counting the unique combination of patient name and date of birth.

- When running the same statistics on 07/24/24 there were 2771 scheduled dental appointments rather than 2776. Although not a large number difference, this is a discrepancy. I have observed that if running the numbers at the end of the month and then again mid-month the following month, a discrepancy is observed. In this case I will use the numbers found on May 30th, 2024, as seen in the draft report and reported in the statistics section of the Dental Audit Tool.

- I do request CorEMR IT evaluate these statistical discrepancies and report on why the statistics change over time. I will venture that this is due to "Open" appointments which do not have an audit trail when moved to another day. These "Open" appointments are neither tracked as rescheduled and without an audit trail can skew data needed to make valuable clinical and administrative decisions for the dental program.

- When assessing the data, use the number of total bookings and scheduled dental appointments **rather than** the total bookings and the individual patients **as one patient may be booked several times during this audit period**.

- Therefore 2776/6907 **= 40.2%** of the bookings this audit period resulted in a scheduled dental appointment. I can roughly surmise that of the approximately 946 individual patients, they were scheduled on average for a little over three (3) dental appointments each.

- There was a total of **140 dental days** during this audit period, on an eight (8) hour per day schedule. On average with opening and closing of the dental clinic, sterilization and accessible custody hours, the dental staff see patients for an average of 6.5 to 7.0 hours per day for their eight (8) hour shift.

- There is consistent and timely Custody coverage with no Interruptions of Service identified during this nine month timespan, however, Custody is scheduled in Dental an hour later than the dental staff's shift start as Custody is assigned elsewhere earlier in the morning.

- Of the **2776 scheduled** dental appointments, **1924 appointments were seen in dental (the dental appointment completed), and 847 appointments were not.** Therefore **69.3%** of the patients were scheduled and seen during this nine month audit period.

- **30.7% of the scheduled appointments** were **not** seen due to **Refusals (10.0%), Reschedules (4.8%) and Cancelled by Staff (15.7%).**

- Dental **scheduled this audit period 19.8 patients per day however they saw on average 13.7 patients per day**, which roughly comes out to 2 patients per hour utilizing only one dental operatory. The dental staff try to diagnose and treat as many patients as possible on the same day! <u>This is a very big accomplishment and a wonderful service to the patients at MCJ. This is commendable!</u>

- On April 1st, 2024, there were **867 (768 males, 99 females) incarcerated persons** at MCJ. **10.7% or 93 of the 867** booked patients were incarcerated for more than 1 year and were t eligible for an annual comprehensive dental exam.

- Note that the number of patients with over one year of incarceration is a **fluid** number which changes depending on the patient's sentence. As more patient's reach their 365th day of incarceration, more patients become eligible and can therefore request comprehensive dental care.

- There were 193 patients scheduled for a comprehensive dental examination appointment during the audit period. 62 were marked as seen/completed for their requested annual exam. 8 refused, 26 were rescheduled, 97 were cancelled by staff and **19 were completed by Nursing in error.** The dental staff have been keeping their own statistics and they indicated that 47 comprehensive exams were completed during this time span. These discrepancies in the statistical data of CorEMR must be reviewed and corrected.

- **64.2% of completed dental appointments were for Dental Sick Call**/Dental Triage appointments. This number is found by taking the 1236 completed Dental Sick Calls appointments divided by 1924 total completed dental appointments.

- **27.3% of completed dental appointments were for Dental Treatment.** 525 completed Dental Treatment appointments divided by 1924 total completed dental appointments.

- **2.4% of completed dental appointments were for Comprehensive Dental Exams.** Finding the exact number of completed Comprehensive Dental Exams is currently inaccurate as the number from CorEMR is different than that reported by the dental staff. For this percentage I am taking the dental staff's reported 47 completed Comprehensive Dental Examination appointments divided by 1924 total completed dental appointments.

- Referrals to Dental from Intake, Dental Sick Calls and Physician are occurring. However, **the 14-Day Health Assessment dental screening portion was halted from September 13th, 2023, through April 2nd, 2024.** It is not fully known why this Implementation Plan mandated dental service [Wellpath IP, p. 98 and p.99] was halted and not discovered by the Dental Staff until my arrival onsite for the audit tour.

- I was informed nurse staffing is limited at times but mainly it appears that the form previously utilized to screen for the 14-Day Exam mandated dental service was no longer utilized by Nursing during the 14 day exam. They did separate the Intake dental screening from the 14-Day Exam dental screening, which now minimizes duplicate appointments. I understand from the Operations Specialist that the mandated 14-Day Exam Dental Screening has been re-instated in conjunction with the 14-Day Exam/Health Assessment in the latter half of April 2024.

- The Operations Specialist has begun working on updating and testing the Monterey Compliance Report per the Dental CAP. Although currently nonfunctional, they are trying to find a solution to tracking Dental Level and Dental Priority Code access and timeliness of care compliance for their self-monitoring obligations.

**"If you can't measure it, you can't improve it".[11]**

The look back period is contested by the Defendants CFMG Letter at 1 with the Plaintiffs' Comment to Defendants at 1 stating "Defendants had the opportunity to request that you change the method you had applied during your previous ten reports. They did not. They may not do so now."

Defendants' have inaccurately represented the content of the Dental Audit Tool, an attached and supportive document used as an integral part of this and previous reports. These statements illustrate a possible disconnect between the dental team and Defendants' Counsel's ability to retrieve and enter and access data as seen in the Dental Audit Tool. Defendants must be aligned for forward rectifications of monitor identified deficiencies and their ability to locate deficiencies during their mandated self-governance, self-monitoring obligations.

- See CMFG Letter 2, "By reviewing only 10 total patients, you are judging the entire system's compliance based on a review of only 0.9% of the dental population."
- See CFMG Letter at 14, "…the review of a single patient chart for this section [Restorative and Palliative Care] is not indicative of the system of dental care provided at MCJ. In fact, it is misleading to rely on a single patient chart for a finding of partial compliance."
- See Plaintiffs' 07-12-24 response at 2, "Defendants begin by wildly misrepresenting your sampling methodology as entailing a review of "a total of 10 patient charts." CFMG Letter at 2."
- See Plaintiffs' 07-12-24 response at 4, "Defendants did not begin to object to your use of the audit tool until 2024, seven years into the case."
- See Plaintiffs' 07-12-24 response at 4, "See CFMG Letter at 4, shows that they do not understand the audit tool, not that there is anything wrong with the scoring system".
- See Plaintiffs' 07-12-24 response at 4, "Further, based on the chart Defendants provided, your scoring system appears to be internally consistent as well as fully consistent "with the spirit and letter of the Settlement Agreement.""

I welcome reviewing the content, patient issues and system processes of the Dental Audit Tool again[12], as well Class Case Reviews and the Dental Corrective Action Plan (CAP) with Plaintiffs

---

[11] A Peter Drucker quote. https://www.growthink.com/content/two-most-important-quotes-business

[12] November 2023 Zoom meeting with the CDO, Operations Specialist and Implementation Plan Specialist. Plaintiff Counsel was denied the opportunity to attend as Defendants stated, "We are happy to schedule a second meeting including you, as it's too late for all attorneys to attend today.  The intention of this meeting is just to listen and ask questions to clarify and understand Dr. Winthrop's methodology, especially with regard to her excel spreadsheet piece."

and Defendants alike. It is important for all involved to understand their own electronic medical record system's positive and negative attributes, as CorEMR is not an Electronic Dental Record System (EDRS) and doesn't have the built in capabilities of being a full clinical record dental system.

The ability for the Defendants to use CorEMR's data to understand, measure and subsequently improve the dental delivery system in making sound clinical and administrative decisions, is for those utilizing CorEMR to understand its' capabilities and drawbacks when entering information and use data integrity and consistency.

"The ethical statistical practitioner seeks to understand and mitigate known or suspected limitations, defects, or biases in the data or methods and communicates potential impacts on the interpretation, conclusions, recommendations, decisions, or other results of statistical practices."[13]

"Maintaining data consistency can help ensure that data remains uniform across all systems, preventing discrepancies that could lead to inaccurate conclusions. Similarly, data integrity can help ensure that data remains accurate, reliable and error-free as it is entered, stored and retrieved. This allows organizations to improve data quality and make better data-driven decisions."[14]

Certainly, the goal for MCJ and Wellpath is to self-govern itself, without oversight, once MCJ reaches and maintains substantial compliance. Therefore, the sooner MCJ can understand their own metrics, within their own electronic health system, the sooner they can substantially improve their program using the principle of "If you can't measure it, you can't improve it."

## Continuous Quality Improvement (CQI)

Gathering data through CorEMR is challenging for all who use the system, including the dental staff as CorEMR is not an EDRS such as Dentrix Enterprise, the version already updated for use in a correctional facility. CorEMR has been updated and amended however it is still not an EDRS.

Recently a new dental category has been added within CorEMR to track dental care more efficiently. These are now the categories within CorEMR to track dental care:

Dental Annual Exam, Dental Chart Review, Dental Chronic Care, Dental Hygienist Sick Call, Dental Periodontal Program, Dental Sick Call, and Dental Treatment.

I recommend an LOP be drafted to instruct the nursing, physician and dental staff where to place a created dental task and where to place it in the appropriate dental category. Once a

---

[13] https://www.amstat.org/your-career/ethical-guidelines-for-statistical-practice
[14] https://www.ibm.com/blog/data-consistency-vs-data-integrity/

patient's task is created and the patient is during their appointment, the task can track open, completed, refused, rescheduled, and cancelled by staff task.

CFMG at 8 states, "In Table #2, line 13, Statistics tab of the Audit Tool, you refer to the number of appointments scheduled when the number is really the number of "tasks" created. This distinction is critical to properly understanding the system because multiple tasks can be created for the same patient. And the dental team can bundle and resolve multiple tasks during a single appointment. To complete an appointment for each task would be inefficient and likely would result in more refusals by the patients."

The challenge and the reason I call these appointments for the tasks created and scheduled, is that for CorEMR to distinguish a Dental Sick Call from a Dental Treatment, or a Dental Annual Exam for example, is the task within the category of a dental appointment by either an RN or a Dentist must be completed from within the appropriate category for it to be tracked within CorEMR. For a scheduled task to be counted as a completed task the appointment for a dental sick call task must be completed separately from the treatment task. Therefore, and ideally for CorEMR to track it's data, I call it an appointment so a Dental Sick Call task can be shown as completed separately from the Dental Treatment task.

Bundling tasks does occur. Historically having two or even three separate tasks created in the same category on the same day or even created on a separate day for the same issue inflated the number of completed sick calls for example and created a lack of data integrity. Therefore, when a nurse creates a task for a dental sick call and the dentist completes the dental sick call in the Dental Sick Call category, and subsequently creates a new dental treatment task which he completes on the same day in the Dental Treatment category, the task is essentially two separate appointments completed on the same day. This nomenclature of calling the task an appointment is to assist the staff in understanding the flow of dental care when evaluating the data.

When the CDO and Operations Specialist started the CQI process for tracking some of the dental care outcome measures of dental care provided to the patients at MCJ, i.e., intake, sick calls and the 14-Day Exam referrals to dental, in November 2023 with CQI tracking gaining momentum in January and February 2024, it becomes apparent that the quality of the questions posed and the number of charts reviewed monthly within the CQI system is an important component in identify the deficiencies the system was created to evaluate.

Dr. ▇▇▇ has implemented a weekly dental staff meeting to discuss the results of the CQIs with the onsite dental staff. For the CDO and Operations Specialist to expand their internal audits to other outcome measures seen in the Dental Audit Tool, more time and continuing evaluation of the questions within the CQI will need to evolve. **Kudos to Dr. ▇▇▇ for beginning and continuing this CQI process of self-governance**. May I recommend Dr. ▇▇▇ receive full time administrative assistance in his role as CDO so he may continue to install self-governance systems to address additional compliance mandates of the Implementation Plan? Additionally, when he is on vacation, there is no one to fill in for him as CDO. Please forward the CQI LOP.

To track a patient's dental care request to completion of the request in dental for definitive care when indicated, usually entered by the patient on the Tablet provided them at booking, the patient must be seen by the RN within 24 hours of the request.

Incarcerated persons at MCJ use a different system from CorEMR, called ViaPath (formerly Intelmate), to enter their sick call requests for dental care. Grievances placed by the patients also use ViaPath. In order to locate the initial request for care in ViaPath, the request must be scanned into the document section of CorEMR for each request made by the patient. During this audit period, the inmate requests were not routinely scanned into CorEMR, so much so that Wellpath's CQI of this metric receives a score of 0%.

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

Access to ViaPath was denied this Monitor. The Defendants inaccurately stated in CFMG Letter at 16, stating, "We provided you with a copy of all dental HSRs (health services requests)." This is <u>incorrect</u>, Wellpath only sent the grievance files from ViaPath two weeks following the audit tour. **No HSRs were sent as requested**. An analysis of the grievance file is seen in Table 11 of the Statistics tab within the Dental Audit Tool.

Once the RN has seen the patient within one day of the patient's request, the RN screens the patient, by at a minimum looking inside the patient's mouth, identifies the severity of the problem according to the training provided to the RN by the Dentist on Dental Level priorities, and subsequently assigns a dental priority level, Priority 1 or Priority 2 defending on the clinical presentation at the time of screening the patient.

The RN creates a task in CorEMR from the request from ViaPath. The RN enters the chief complaint(s), the location of the problem, pain scale,  history of the problem and any other vital information the Dentist can benefit from the RN's perspective of the patient's problem. The patient is scheduled according to the priority level's timeframe:

- Priority Dental Level 1, Emergent, the patient must be seen in dental the same day as the RN screening.
- Priority Dental Level 1, Urgent, the patient is scheduled dental for the next dental clinic day.
- Priority Dental Level 2, Routine, the patient is scheduled in dental within 14 calendar days.

These are CQI parameters the CDO and Operations Specialist has begun assessing to find and resolve any barriers to access to care during the Nurse Sick Call process for a dental sick call

request. Once the Nurse Sick Call is completed and the patient is scheduled with the Dentist for a Dental Sick Call. The RN must complete the Nurse Sick Call to establish an audit trail. <u>Often the Nurse Sick Call for a requested dental problem is either rescheduled multiple times prior to the patient being seen by the RN or is missing from CorEMR task history although one can see the Dental Sick Call task, without a corresponding Nurse Sick Call.</u> Without a clear audit trail, the timeliness of care for a Nurse Sick Call for a subsequent Dental Sick Call cannot be tracked for compliance. The CQI has not yet been fully implemented for the Dental Sick Call process.

CFMG Letter at 8 states, "<u>As you know, the dental team has conducted several trainings with nursing staff and will continue to train the staff.</u> As discussed above, the implication of your draft is that the dental program must defer to the dental level and priority assigned by nursing. CFMG disagrees with this premise and maintains that when the dental program sees a patient, they are required to make an independent assessment of dental need. Within that assessment, the dental program may well reassign dental priority levels and reschedule a patient as appropriate. CFMG requests that you clarify your draft to reflect that the dental program is best suited to ultimately determine dental priority levels." The CFMG Letter at 8 continues, "For example, if a nurse assigns a patient with a DL1, the patient is to be scheduled within 24 hours. However, when the dentist assesses a patient's dental need, he may reassign the Dental Level based on professional judgement to a Dental Level 2 to be seen within the 14 day timeframe."

The Plaintiffs' 07-12-24 response at 9, "Defendants object to the portion of the Draft Report that evaluates whether nurses are appropriately prioritizing patients to be seen in the dental clinic, as required by the CFMG Implementation Plan. However, Defendants' objection appears to be based on an inaccurate understanding of your report and the Implementation Plan…. The System has two "Levels". In Level 1, the patient must be seen the "next dental day." See Draft Report at 58. This corresponds with the Implementation Requirement that "[i]f the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." See CFMG IP at ECF 100. All other patients receive a Dental Level 2, which allows two weeks to elapse before a dentist must see the patient. See Draft Report at 59." The Plaintiffs' 07-12-24 response at 9 continues, "Second, Defendants appear to conflate the "Dental Level System," which governs nurse referrals to the dental clinic, with "Dental Priority Codes," which governs how quickly the dentist must treat the patient once the dentist has actually seen and diagnosed the patient. Defendants seem to think that the "dental program" can "reassign dental priority levels and reschedule a patient as appropriate" and fault your Draft Report for failing to acknowledge that reality. See CFMG Letter at 8; see also id. ("the implication of your draft is that the dental program must defer to the dental level and priority assigned by nursing") (emphasis added). We do not agree with this reading of your Draft Report. From what we understand, the nurses see patients and assign a Dental Level, which should determine how quickly they are seen by the dentist. Thereafter, the dentist sees the patient and determines how quickly to provide treatment. Rather, the audit tool makes clear that you are separating these tasks and evaluating whether the dentist is initially seeing patients based on the urgency of their need, as determined by the nurses."

Once the patient is scheduled with the Dentist for their Dental Sick Call appointment, as scheduled from the RN's Priority Dental Level assignment of 1 or 2, (see timeframes, p.20), the patient is provided by the Dentist with a diagnosis and treatment plan (diagnoses and treatment plans if/when clinically and radiologically indicated) for their chief complaint. Note that the patient may state to the RN they have multiple chief complaints which the RN writes in the task referring the patient to Dental. The **Dentists assigns a Dental Priority Code (DPC) to each line of prescribe dental treatment.**

A patient's dental treatment, prescribed by the Dentist at the time of diagnosis, is assigned a DPC and the dental treatment must be completed within the timeframe set forth by the DPC. [Wellpath IP, p. 101 and 102]

In response to the Defendants and Plaintiffs comments above, **the DPC is separate and different from the Priority Dental Level assigned by the RN at the Nurse Sick Call.** Only a Dentist can assign a DPC and complete a Dental Treatment task. The DPC timeframe is as follows: [Wellpath IP, p. 101 and 102]

- DPC Priority 1 is to have the dental treatment completed on the same day as the diagnosis and treatment plan.
- DPC Priority 2, the patient is to be seen within one calendar day of the prescribed dental treatment.
- DPC Priority 3, treatment must be completed with 30 days.
- DPC Priority 4, treatment must be completed within 60 days.
- DPC Priority 5, treatment must be completed within 120 days.

Currently, DPC compliance is NOT being evaluated by Wellpath using their CQI system.

The Dentist has full dental autonomy to change a DPC, assigned at the time the patient is seen, diagnosed and treatment planned by the Dentist or at another time the patient is seen by the Dentist. Seen by the Dentist is the key. The DPC also cannot be extended past the initial date of diagnosis but can be shortened for a change in the clinical presentation of the tooth/oral condition in question. For example, the full treatment plan in a comprehensive dental examination must be all completed by the longest assigned DPC.

Conversely, the Priority Dental Level, assigned by the RN at the time the patient presents for screening of his/her dental request, cannot be changed by the Dentist as the Dentist did not see the patient on that day to provide the evaluation. The RN assigned priority DL system is in place by the Implementation Plan so the Dentist can see the patient within the assigned timeframe to then diagnose the patient for the appropriate treatment plan when indicated. The Dentist is not to "paper triage" and change the RN assigned Dental Level. If there is a disagreement where the Dentist does not think the RN is evaluating and assigning the appropriate priority Dental Level, then bring it to the attention of the Director of Nursing (DON) and schedule a time for an addition RN training. Provide documented training, identify what exactly was trained including

any training materials, and include the training provided in the monthly Dental Subcommittee meeting minutes.

Inaccurate and inconsistent data can skew statistics and create a false sense that compliance is achieved. It is MCJ's responsibility to self-monitor and identify issues within its' data. CorEMR is not set up, nor is it capable of tracking episodic or comprehensive dental treatment plans visualized on an odontogram, nor is it capable of locating unscheduled patients or pressing a button to see the level of compliance and how to schedule the patients to improve compliance to the mandates of the Implementation Plan and Settlement Agreement. Please continue to expand the performance of the CQIs and expand the list to include other outcome measures.

Therefore, Dentrix Enterprise remains a viable option to evaluate, integrate radiographs, diagnoses, enter, phase and schedule treatment plans, assess for compliance, onsite and/or remotely.[15] An EDRS such as Dentrix Enterprise can minimize errors and omissions, have a real-time odontogram with visible history, existing pathology, diagnoses and treatment plans as well as can find unscheduled patients and treatment plans and identify more easily barriers to access, timeliness and quality of care through accurate reporting and statistics.

I do look forward to reviewing the data with all parties, so understanding, questions and resolutions can be found and deficiencies rectified quickly. Only a few CQI's are currently being used to internally track compliance and internally self-audit their system to resolve barriers to access and timeliness of care, but as they become more proficient and ask more targeted questions within the CQIs, more improvement is surely to be attained and reflected in the overall compliance during the next dental audit tour.

Lastly, a huge congratulations to the dental team, in particular ██████ ██████ DA, support by ██████ ██████ the Operations Specialist for all of their work in organizing and then maintaining the dental clinic facility, as well as teaching the new dental staff to keep instituted standards ██████ has set. MCJ Dental has received a full Substantial Compliance for their work in the area of Infection Control and Regulatory Compliance.

## Backlog

As of May 27, 2024, a search through CorEMR's software of rescheduled patients still incarcerated at MCJ, shows a backlog of 854 rescheduled appointments, not yet scheduled for dental care. More evaluation of this number must be made, as perhaps many of the rescheduled appointments received new tasks and completed the dental treatment with the new tasks?

Taking a deep dive into CorEMR is time consuming but is a discussion which must occur. I suggest a wide sample of these backlogged patient, starting with those who have a rescheduled Dental Treatment task appointment. Trace the patient's history and identify if a new task was

---

[15] This Dental Monitor has no stake nor shares in this company.

created for the same rescheduled treatment plan. I am concerned that these rescheduled patients may become inadvertently cancelled by staff while still incarcerated at MCJ if not enough research is done in CorEMR to understand what happened in the history of each backlogged patient. The reported number to me of backlogged patients (approximately 48) by the dental clinic versus what is found within CorEMR (854) is significant. Therefore, please add this to your action item list and review and document this backlog issue during each monthly Dental Subcommittee meeting.

For the Methodology utilized to find the Backlog, see Row 9/Column O in the Statistics tab of the Dental Audit Tool.

• As of May 30, 2024, the backlog of patient appointments still at MCJ:
**\*Rescheduled 854; \*Open: 38.**
• As of July 24, 2024, the backlog of patient appointments still at MCJ:
**\*Rescheduled 779; \*Open 49.**

## Action Items due June 30th, 2024

To incorporate improvements and updates into this final draft, I requested Dr. ███ review every patient encounter **highlighted in pink and orange (green highlights are kudos) found in the Dental Audit Tool Database** and provide a written response to the clinical situations found within it.

I also requested the Dentists to place the addendum in the charts where indicated. Although time consuming to review the individual patients in the database tab, it is a valuable exercise to identify patterns of practice that can negatively impact the dental program at MCJ. Supervisory monthly chart audits are indicated with the number of problems identified.

Understanding the barriers to care is the pathway to a more stable, consistent and autonomous dental care program. Dr. ███ continues to face the challenges head on using the biweekly strategic meeting, CQI's, dental staff meetings and the monthly Dental Subcommittee meetings to resolve and improve many of the items found during this dental tour. I am highly encouraged that many areas will be ameliorated in the upcoming dental audit tour #12.

## Action Items due June 30th, 2024 - Update

On 07/24/24, I reviewed the responses the CDO provided within the Dental Audit Tool Database tab and documented any new findings to his review in the Monitor Comments. **Please carefully review each entry in the Database as it was found some areas of care continue to negatively impact some of the patients at MCJ.** There are several entries requesting discussion with the CDO for issues which appear to fall below the dental standard of care. # ███ in particular.

Missing deeply decayed teeth and periapical lucencies during a comprehensive dental examination or an episodic exam, with subsequent lack of a diagnosis and treatment plan for the pathology which should have been identified, is deeply concerning.

Training was provided to the Dentists on completing clinical notes on the same day as the patient is seen. This will limit variations in the timeliness of care data within CorEMR and better help track DPC compliance.

I am requesting the CDO rule out any patterns of practice which fall below the dental standard of care. Practicing below the standard of care must be addressed, documented and resolved. Identifying all the pathology within an x-ray is mandated by the Dental Board of California and is identified in the dental CAP #46 as a previous deficiency.

I spoke with the CDO who has identified that a performance evaluation will be occurring, and any necessary accommodations, trainings and/or workflows will be provided to assist the clinician(s) with resolving any continuing deficiency. If training does not resolve any unsuccessful patterns of practice which fall below the standard of care, progressive discipline can be discussed. Please also perform supervisory chart audits as identified in CAP #102. I highly recommend supervisory audits especially in the area of radiographic interpretation and treatment planning. Please provide any existing performance evaluation(s) and any and all supervisory audits.

## Monthly Production Reports – Requesting – Still Not Receiving

Please provide the requested Monthly Dental Production Reports as soon as possible.

Receiving monthly production reports is vital to reviewing charts and data timely. Receiving the monthly production reports in a timely manner will also significantly decrease the accumulation of data all at once needed prior to a dental audit tour. So far, I have not received any production reports from April 2024 onward except for the Dental Subcommittee meeting minutes for April and May 2024.

**I request, again, for several years now, to be added to the distribution list so I can receive these monthly dental production reports timely and with the following information:**

1. Dental Subcommittee: Monthly Agenda, Minutes, Statistics and CQIs
2. QA Meeting: Agenda, Minutes, Statistics and PowerPoints
3. Offsite Referrals:
   a) ERMA Care Management Report Dental Specific and,
   b) Referrals and Return to the Facility from an outside specialist report
4. ER Send Outs Dental Specific and Physician on Call logs for referrals to Dental
5. Grievances and Incarcerated Persons Requests for Dental Care
6. Infection Control and Regulatory Compliance logs
7. Training logs

8. Dental Schedule and Hours Worked
9. Custody staffing log for Dental
10. Dental Compliance reports from World of Wellpath (Wow) for:
    a) Referrals from Nursing - Intake, 14-Day/Health Appraisal, Sick Calls
    b) Referrals from Physicians including referrals from Chronic Care to Dental
    c) Timeliness of care report for Dental Priority Code System (DPC) compliance.

## Methodology

### Systems Questions

Creating policies and procedures (P&P) with local operating protocols (LOPs) available to train existing and new staff in their system of dental care is instrumental to a solid system based on defined and repeatable processes. I believe as Monitor that an evaluation of the systems used to provide care at MCJ is an important part of the audit process. In the Dental Audit Tool, you will see both System questions and Chart Audit questions to substantiate the established system.

### Chart Pulls for the Chart Audit Reviews in the Dental Audit Tool

Please see the methodology for each outcome measure section within the <u>Dental Audit Tool Results tab, Column U</u>. You can also review how to find the statistics by reviewing the methodology in the <u>Statistics tab of the Dental Audit Tool in Column O</u>. The methodologies are located to the right of the findings and recommendations.

Once the parameters of the section being audited have been located, then a random selection of charts is usually performed unless otherwise stated.

### Scoring Criteria

I modeled my scoring criteria on NCCHC standards.[16]

"To earn accreditation, a facility must demonstrate compliance with 100% of applicable essential standards and at least 85% of applicable important standards. Compliance plays a crucial role in improving the quality of care and can lead to better patient outcomes. We have found consistent application reduces variability, thus minimizing errors, while efficient processes lead to quicker diagnoses. Patient safety also is promoted by establishing policies and procedures for infection control, medication administration, suicide prevention, emergency preparedness, and more, reducing the risk of medical errors and adverse events. The standards facilitate interoperability in health information technology, streamline administrative processes, and foster accountability."[17]

Please see Plaintiffs 07-12-24 Response to CFMG 07-05-24 Letter regarding sampling and scoring methodology as well as scope of dental monitoring.

---

[16] https://www.ncchc.org/the-many-benefits-of-accreditation/
[17] https://www.ncchc.org/the-many-benefits-of-accreditation/

**Dental Class Case Reviews Methodology**

The Class Case Review patients are not evaluated in the Dental Audit Tool but rather are evaluated and graded in its own separate section in an Excel spreadsheet with the results posted in the Summary Results for the Dental Audit Tour #11. The Class Case Reviews account for 1/6th of the overall grade.

Generally, the Class Case Reviews are selected from the Plaintiff's requests, which are included in their pre-tour letter. There may be other Class Case Review requests from the Plaintiff's emails asking for a dental opinion report of a particular patient's dental care, or from a death review. I may include other patients as deemed necessary.

To have a chronological view of the patients' dental care history, as seen in these Class Case Reviews, the clinical notes, forms, documents and tasks relating to dental, including the dates completed, rescheduled and/or refused, are located and then placed in the spreadsheet chronologically. Dental levels assigned by the RN and the DPC assigned by the Dentist is also reviewed along with the Implementation Plan's parameters. The information is reviewed in order to visualize any barriers to access to care, timeliness of care and quality of care as it relates to the nursing and dental processes as outlined in the Implementation Plan for (a). referrals or requests to dental, (b). the timeliness of care, (c). the dental care provided and (d). the access and continuity of dental care. Placing the information chronologically can discern patterns of practice which may interfere with the Implementation Plan's flow of care at MCJ.

There is no chronological dental report available that captures an incarcerated person's dental requests and subsequent nurse screening and dental triage and treatment when indicated. As the request is in a separate software, ViaPath, there is no tracking the request as the software is not linked into CorEMR. If the inmate request is not scanned into CorEMR then one cannot identify the particular incarcerated person's request and chief complaint.

Additionally, there is no chronological report which incorporates all the identified problems found during a dental screening, placed within a form to identify the dental issue, in order to track the source of the referrals from the RN, NP/PA, and the MD from Intake, 14-Day Exam, Sick Call, and Physician referrals, including referrals from Chronic Care and to outside specialists. To locate this information, looking within CorEMR in the following areas, is the methodology used to gather information chronologically. Clinicians, when it is necessary for them to assess and understand a patients' dental and medical history, can review and use this list as a resource below. Not all things are listed but this is a general review of a patient's chart.

• Booked and Released dates to assess comprehensive care eligibility
• Receiving Screening Monterey County (Form)
• Initial Health History and Physical Exam (Form) & Initial Health History and Physical Exam Dental Screening (Form)
• Summary of Problems, Allergies, Alerts, and Lab work if indicated
• Nurse Sick Call (Tasks)
• NP/PA Sick Call (Tasks)

• MD Sick Call (Tasks)
• Referral source: Intake, 14-Day Exam, Sick Call, Physician, Chronic Care
• Dental Sick Call (Tasks)
• Dental Treatment (Tasks)
• Dental Annual Exam (Tasks)
• Deleted (Tasks)
• Sick Call Dental Clinical Notes
• Sick Call Medical Clinical Notes for Dental related notes
• Medications
• Off Site Appointment to be Scheduled
• Off Site Appointment
• Return from Off Site
• Chronic Care if they fall in the category of Pregnancy, HIV, Diabetes and Seizures
• Chart Notes relating to Dental and off site appointments
• Documents - Inmate requests for dental care, dental x-rays, consent forms, other dental forms including refusals, referrals to outside specialists, reports from off-site specialists and any other dental related document present in the record.

## How to Understand and Navigate the Dental Audit Tool
where the specific information, including as well booking numbers are located within the Dental Audit Tool for each outcome measure category.

Please refer to the **Dental Audit Tool** Excel spreadsheet.
- The Dental Audit Tool Results **tab** contains the following sections in Column A:
  - Access to Care (A1 through A20)
  - Timeliness of Care (B1 through B9)
  - Quality of Care (C1 through C13)
  - Infection Control/Regulatory Compliance (D1 through D85) and
  - Dental Management/Self Governance (E1 through E17)
- In the Dental Audit Tool Results **tab**, to differentiate between "System", "Chart Audit" and "Clinic Audit" type of questions, see Column B.
- In the Database **tab**, "System", "Chart Audit" and "Clinic Audit" type of questions are identified in Column I.
  - "System" questions are reported in the Monitor Comments #1 and Monitor Recommendations #1 (Column Z and AB respectively of the Database tab).
  - "Chart Audit" questions and the specific charts  audited begin in Monitor Comments #2 (Column AI) through to Monitor Comments #11 (Column DL). Scroll to the right to locate the charts audit.
- In the Dental Audit Tool Results tab the number of charts and items reviewed is located in Column F.
  - A "System" question is only one question/item, vs a "Chart Audit" is usually comprised of a review of 10 charts for this Dental Audit Tour #11.

- The number of Substantial Compliance (SC), Partial Compliance (PC), Non Compliance (NC), Not Applicable (NA), Deferred Finding (DF), Note Measure by the Dental Staff (NM) items are located in Columns G, H, I, and J respectively,

- The information is coalesced in the Findings tab. The Findings tab is then made visible in the Dental Audit Tool Results tab – Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and Methodology, for each of the outcome measures is found in (**Column U**).
- The Summary tab in the Dental Audit Tool is a consolidation of the individual sections of the Dental Audit Tool Results tab. The Class Case Reviews are in a separately attached Excel spreadsheet and the summary "Percent Compliance" is entered in Row 73/Column N of the Dental Audit Tool Summary tab. For specific information regarding each individual patient, see the Class Case Review enclosed attachment.
- The Statistics tab in the Dental Audit Tool is a retrieval of data from CorEMR (MCJ's electronic health system) with the Dental Monitor Findings found in Column M, Dental Monitor Recommendations in Column N and the Methodology for finding the statistical information in Column O.
- The grading is already mathematically calculated for each section "Total", tabulated at the end of each identified section, and can be referenced by looking in Row 4 of the Dental Audit Tool Results tab. You can also review the Logistics For MCJ/Wellpath Dental Department – See Appendix 1.

## Access to Dental Care:

• For the sections A.1 through A.20 below, please review the Dental Audit Tool Results **tab** for specific information regarding each outcome measure sections' Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and specific Methodology for each section (**Column U**).

• For more in depth review of specific "system" questions and individual "chart audit" evaluations, see the Database **tab** in the Dental Audit Tool Excel spreadsheet. Refer to the "How to Understand and Navigate the Dental Audit Tool" in the Executive Summary. Also review the attached Dental Corrective Action Plan (CAP).

### A.1   Certified Language Interpreter/Translator Services
Source (Row 6/Column Q); Monitor Findings (Row 6/Column S); Recommendations (Row 6/Column T) and Methodology for the outcome measure category (Row 6/Column U).

### A.2   Oral Hygiene Supplies
Source (Row 14/Column Q); Monitor Findings (Row 14/Column S); Recommendations (Row 14/Column T) and Methodology for the outcome measure category (Row 14/Column U).

### A.3   Oral Hygiene Instruction/Education
Source (Row 22/Column Q); Monitor Findings (Row 22/Column S); Recommendations (Row 22/Column T) and Methodology for the outcome measure category (Row 22/Column U).

### A.4   Inmate Handbook

Source (Row 28/Column Q); Monitor Findings (Row 28/Column S); Recommendations (Row 28/Column T) and Methodology for this outcome measure category (Row 28/Column U).

### A.5   Intake Form

Source (Row 38/Column Q); Monitor Findings (Row 38/Column S); Recommendations (Row 38/Column T) and Methodology for the outcome measure category (Row 38/Column U).

Additional comments regarding the Intake Process:

Nurses at Intake currently screen the incarcerated persons for dental problems at the time of booking. Previously Nursing would perform the dental screening portion of the 14-Day Exam/Health Appraisal on the same day as Intake, creating duplicate dental appointment tasks and causing extra work for both nursing and dental staff. This practice has now stopped. The Intake screening is now separated, with the 14-Day Exam and dental screening occurring within 14 days of booking.

Nurses at Intake appear to more routinely look inside the patient's mouth, even when the patient does not report pain, as more detailed explanations of issues found within the oral cavity are identified within the Receiving Screening Monterey County form. Once the dental condition has been evaluated, including the severity of the problem, a referral is indicated on the intake form for Emergent (same day), Urgent (next dental clinic day) or Routine referral (within 14 days of booking). Upon selection of the referral type, an automatic task is generated and then the RN must select a priority level which should match the referral type. Priority 1 is for Emergent and Urgent referrals and Priority 2 is for Routine referrals to Dental. Timeliness of care is then assessed when the patient is seen for the Dental Sick Call.

Think of the Intake dental screening as the "first" catch of dental problems to be resolved by the Dentist prior to the 14-Day Exam.

**Intake and the Implementation Plan:**

*A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the* <u>*Receiving Health Screening at intake*</u> *with follow up to positive findings. (Wellpath IP, p. 98)*

*If the medical staff/licensed health care professional determines the dental issue to be* <u>*urgent,*</u> *the patient shall be referred to and evaluated by the dentist at the* <u>*next scheduled dental clinic.*</u> *(Wellpath IP, p. 99)*

### A.6   Intake - Urgent/Emergent Dental Level 1

Source (Row 43/Column Q); Monitor Findings (Row 43/Column S); Recommendations (Row 43/Column T) and Methodology for the outcome measure category (Row 43/Column U).

### A.7   Intake - Routine Dental Level 2

Source (Row 49/Column Q); Monitor Findings (Row 49/Column S); Recommendations (Row 49/Column T) and Methodology for the outcome measure category (Row 49/Column U).

### A.8   14-Day Exam / Health Appraisal Form

Source (Row 55/Column Q); Monitor Findings (Row 55/Column S); Recommendations (Row 55/Column T) and Methodology for the outcome measure category (Row 55/Column U).

Additional comments regarding the 14-Day Exam Health Assessment Process:
The 14-Day Exam is comprised of two forms, which it has been requested of CorEMR IT to consolidate. Nursing performs the Initial Health History and Physical Exam and uses a separate form entitled the Initial Health History and Physical Exam Dental Screening in order to satisfy the mandates set forth in the Implementation Plan. It must be noted that, unless fixed, an automatic task is not generated from the Dental Screening form. A referral request identified in the Dental Screening form must also be marked on the Initial Health History and Physical Exam form for the task to be generated. Without this extra step, the patient with an identified dental condition(s) will not be referred to dental with the appropriate priority level.

It is important to note that multiple dental issues may be referred to Dental from this screening.

During this audit tour it was found that in nine (9) months approximately 15 patients were referred from the 14-Day Exam to Dental. As of  September 3, 2023, the Initial Health History & Physical Exam Dental Screening form was no longer used to screen patients, as mandated by the Implementation Plan, at MCJ. Per the Operations Specialist, the dental screen has been re-instated as of the beginning of April 2024.

From July 1st, 2023, through September 3, 2023, there were 15 patients referred from the Initial Health History and Physical Dental Screening form and from September 12, 2023, through March 31st, 2024, there were 10 patients referred from the Initial Health History and Physical Exam. In the last two months (April 1st through May 29, 2024) six (6) patients were referred to dental from the Dental Screening form and 202 patients received a 14-Day Exam.

Overall, there were 2776 patients referred from various sources to dental. Referrals from the 14-Day Exam's limited dental screening accounted for 0.9%. Using data and statistics at the early onset can identify the lack of referrals from the 14-Day Exam and could have alerted the dental staff of issues relating with compliance and the mandates of the Implementation Plan.

**14-Day Exam and the Implementation Plan:**
*Perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling,*

*exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. All screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with on-site or on call medical provider and/or dental provider (if on-site) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98)*

*At the time of the <u>health inventory</u>, examination includes notation of the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, evidence of infection, recent trauma, difficulty swallowing, chewing or other functional impairment. (Wellpath IP, p. 99)*

### A.9   Health Assessment / 14-Day Exam - Urgent/Emergent Dental Level 1
Source (Row 61/Column Q); Monitor Findings (Row 61/Column S); Recommendations (Row 61/Column T) and Methodology for the outcome measure category (Row 61/Column U).

### A.10  Health Assessment / 14-Day Exam - Routine Dental Level 2
Source (Row 67/Column Q); Monitor Findings (Row 67/Column S); Recommendations (Row 67/Column T) and Methodology for the outcome measure category (Row 67/Column U).

### A.11  Dental Sick Call Requests
Source (Row 73/Column Q); Monitor Findings (Row 73/Column S); Recommendations (Row 73/Column T) and Methodology for the outcome measure category (Row 73/Column U).

Additional comments regarding Nurse Sick Call - Incarcerated Persons' Requests:
A request for dental care, from an incarcerated person, is made either on a paper slip, verbally to an officer or nurse or through the tablet provided for them at booking.

Nursing must create a Nurse Sick Call and see the patient within one day, 24 hours of the request for dental care per the Implementation Plan. The Nurse Sick Call must then be completed after the patient is evaluated, and a Dental Sick Call task is created with the information from the Nurse Sick Call is entered into the Dental Sick Call Task. The condition of the dental problem, location, history and pain scale are important parameters to identify the problem to the dental staff as well as the Priority level selected on the task to refer and schedule the patient per their priority designation.

Priority 1 = Emergent (same day), Priority 1 = Urgent (next dental clinic day) or Priority 2 = Routine referral scheduled in Dental within 14 days of the completed Nurse Sick Call. <u>To re-emphasize, the Nurse Sick Call must be completed within 24 hours of the request for dental services, see below.</u>

**Nurse Sick Call and the Implementation Plan:**
*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the</u>*

*request.* *The complaint is prioritized and* referred *to Dental Sick call as deemed necessary.*
*Interim treatment for pain and infection is provided until the patient is seen by the dentist.*
*(Wellpath IP, p. 101)*

### A.12  Dental Sick Call - Urgent/Emergent DL1
Source (Row 80/Column Q); Monitor Findings (Row 80/Column S); Recommendations (Row 80/Column T) and Methodology for the outcome measure category (Row 80/Column U).

### A.13  Dental Sick Call - Routine DL2
Source (Row 86/Column Q); Monitor Findings (Row 86/Column S); Recommendations (Row 86/Column T) and Methodology for the outcome measure category (Row 86/Column U).

### A.14  Physician on Call (POC)
Source (Row 92/Column Q); Monitor Findings (Row 92/Column S); Recommendations (Row 92/Column T) and Methodology for the outcome measure category (Row 92/Column U).

Additional information regarding Physician Referrals to Dental. Physician referrals can come from various sources.
• Health & Physical which occurs within 6 months of the patient's incarceration.
• Referral from Nursing Sick Call for emergency onsite dental care issues when dental is not available.
• Physician on Call (POC) for after-hours dental emergencies
• Chronic Care exam which is stated in the IP to occur five to seven days from booking.

Please provide the Physician On Call log for dental emergencies.

### A.15  Referred to Outside Specialist/Specialty Care
Source (Row 96/Column Q); Monitor Findings (Row 96/Column S); Recommendations (Row 96/Column T) and Methodology for the outcome measure category (Row 96/Column U).

### A.16  Chronic Care
Source (Row 102/Column Q); Monitor Findings (Row 102/Column S); Recommendations (Row 102/Column T) and Methodology for the outcome measure category (Row 102/Column U).

Additional information regarding Physician Referrals to Dental, including from Chronic Care: Referrals to Dental from the Physician can come from various sources.
• Health & Physical which occurs within 6 months of the patient's incarceration.
• Referral from Nursing Sick Call for emergency onsite dental care issues when dental is not available.
• Physician on Call (POC) for after-hours dental emergencies
• Chronic Care exam which is stated in the IP to occur five to seven days from booking.

Please review the Defendants' and Plaintiffs' Responses to the draft report regarding chronic care.

*Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival."* (Wellpath IP, p. 13)

Patients with HIV, Seizures, Diabetes, Pregnancy and those on four (4) or more psychotropic medications or with serious mental illness (SMI) are evaluated for the Dentist's ability to diagnose and treat patients' dental conditions within this subset of co-morbidities.

*Chronic illness is any health problem/condition lasting at least six months which has the potential to, or actually does, impact an individual's functioning and long term prognosis. Such conditions may include, but are not limited to, cardiovascular disease, **diabetes mellitus, gynecological disorders or diseases, chronic infectious diseases,** chronic pulmonary diseases, **seizure disorders and psychiatric disorders."*** (Wellpath IP, p. 27)

*Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider."* (Wellpath IP, p. 27)

"Chronic systemic illnesses or medical conditions such as diabetes, human immunodeficiency virus (HIV), seizures, pregnancy, or other conditions often affect the oral cavity. Dental pathology related to such chronic systemic illnesses or medical conditions should be ruled out or identified at the earliest opportunity in order to receive definitive dental care."[18]

"Periodontitis is a chronic bacterial infection of the oral cavity that is marked by swollen and inflamed gums (gingivitis). Periodontal disease is the most prevalent disease among humans and is linked to obesity, smoking, diabetes mellitus, osteoporosis, heart disease, stroke, pulmonary infections, and renal disease. Periodontal disease is a chronic condition and is classified among the routine care needs of inmates." Guidelines for a Correctional Dental Health Care System.[19]

It was found that there is no easy way to see if a patient is referred to dental from Chronic Care, as there is no space in the form for a dental referral. Per the Operations Specialist, CorEMR IT will rectify this problem and incorporate a section for referrals. There is also no real place within the form, initial and/or follow up chronic care, for an oral screening. At this point a separate task would have to be made by the physician for the patient to be referred to dental from chronic care.  The creation of an LOP and training are recommended for this situation to be addressed.

---

[18] See *page 143 IDSP 3. Chronic Systemic Illnesses or Medical Conditions.* Also review *page 18 IDSP Chapter 2.3-3 IV. B. 3 and A1b.*

[19] "https://www.ncchc.org/wp-content/uploads/Dental-Health-Care-2014.pdf

To see if any patients were referred to dental from chronic care, a search of patients with each condition was located through the Report function and then an audit of the chart's task to see if a referral was made to dental. No patients were found to have been referred to Dental from Chronic Care.

### A.17  Comprehensive Dental Examination
Source (Row 109/Column Q); Monitor Findings (Row 109/Column S); Recommendations (Row 109/Column T) and Methodology for the outcome measure category (Row 109/Column U).

### A.18  Periodontal Disease Program
Source (Row 113/Column Q); Monitor Findings (Row 113/Column S); Recommendations (Row 113/Column T) and Methodology for the outcome measure category (Row 113/Column U).

### A.19  Refusals and Refusal Form
Source (Row 117/Column Q); Monitor Findings (Row 117/Column S); Recommendations (Row 117/Column T) and Methodology for the outcome measure category (Row 117/Column U).

### A.20  Grievances
Source (Row 120/Column Q); Monitor Findings (Row 120/Column S); Recommendations (Row 120/Column T) and Methodology for the outcome measure category (Row 120/Column U).

For grievances and incarcerated person requests for dental sick call (previously called inmate requests), see the Statistics worksheet in the Dental Audit Tool, Table 11 and 7 respectively. Grievances and incarcerated persons request(s) for dental, mental health or medical sick calls are not always separated independently by these individual categories. For example, there are times when a dental grievance is in a medical category.

To ascertain grievances are addressed timely, the Implementation Specialist has created a grievance file. It appears that 62% of the dental grievances were paper triaged within 24 hours however, not all patients were seen for a resulting Nurse Sick Call as stated in the Implementation Plan.

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

No systemic statistics are available without the Defendants sending the ViaPath file for the incarcerated person requests for dental services. From this data a review can be made if a Nurse Sick Call was created for each request for dental services. Please send the ViaPath file so I can perform an analysis of the data. For individual reviews of compliance to this

Implementation Plan mandate, few if any requests for dental services were scanned into the document section of CorEMR. Without any information, an audit trail is not available to determine the compliance of this metric.

I request again access to ViaPath in order to assess the dental related statistics and information necessary to address compliance.

## Timeliness of Dental Care:
• For the sections B.1 through B.9 below, please review the <u>Dental Audit Tool Results</u> **tab** for specific information regarding each sections' Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and specific Methodology for each section (**Column U**).
• For more in depth review of specific "system" questions and individual "chart audit" evaluations, see the <u>Database</u> **tab** in the Dental Audit Tool Excel spreadsheet. Refer to the "How to Understand and Navigate the Dental Audit Tool" in the Executive Summary. Also review the attached <u>Dental Corrective Action Plan</u> (CAP).

### B.1  Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe?
Source (Row 123/Column Q); Monitor Findings (Row 123/Column S); Recommendations (Row 123/Column T) and Methodology for the outcome measure category (Row 123/Column U).

### B.1A  Dental Level Priority 2 - Routine - Seen Within Timeframe?
Source (Row 133/Column Q); Monitor Findings (Row 133/Column S); Recommendations (Row 133/Column T) and Methodology for the outcome measure category (Row 133/Column U).

### B.2  Dental Priority Code (DPC) - Priority 1 thru 5
Source (Row 143/Column Q); Monitor Findings (Row 143/Column S); Recommendations (Row 143/Column T) and Methodology for the outcome measure category (Row 143/Column U).

Monterey Compliance Report – Dental Level and Dental Priority Code Compliance:
This is a Dental Corrective Action Plan (CAP) item. For timeliness of care to occur, there must be an audit trail that CorEMR can utilize to track compliance for both the dental treatment Dental Priority Codes (DPC) and for referrals from Intake, 14-Day Exam, Sick Call and Physicians.

Per the Operations Specialist, she has begun working on creating and testing the Monterey Compliance Report. Although this report is currently nonfunctional, it is being addressed and a solution is possibly in progress.

**Dental Priority Code (DPC) and the Implementation Plan:**
*Dental Priority System*
*a. Dental treatment will be provided in accordance with the following Dental Priority System:*
*(1) Emergency Care (Immediate Treatment):*
*Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.*

*(2) Treatment within 1 calendar day:*
*Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents*
*them from carrying out essential activities of daily living.*
*(3) Treatment within 30 calendar days:*
*Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely*
*to become acute without early intervention.*
*(4) Treatment within 60 calendar days:*
*Inmate-patients requiring early treatment for any unusual*
*hard or soft tissue pathology.*
*(5) Treatment within 120 calendar days:*
*Advanced caries or advanced periodontal pathology requiring the use of intermediate*
*therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical*
*intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment*
*(scaling and/or root planing)*." (Wellpath IP, p. 101 and 102)

## B.3  Chronic Care
Source (Row 155/Column Q); Monitor Findings (Row 155/Column S); Recommendations (Row 155/Column T) and Methodology for the outcome measure category (Row 155/Column U).

## B.4  Comprehensive Dental Care
Source (Row 162/Column Q); Monitor Findings (Row 162/Column S); Recommendations (Row 162/Column T) and Methodology for the outcome measure category (Row 162/Column U).

## B.5  Periodontal Disease Program
Source (Row 166/Column Q); Monitor Findings (Row 166/Column S); Recommendations (Row 166/Column T) and Methodology for the outcome measure category (Row 166/Column U).

## B.6  Refusals
Source (Row 171/Column Q); Monitor Findings (Row 171/Column S); Recommendations (Row 171/Column T) and Methodology for the outcome measure category (Row 171/Column U).

Of the 2776 scheduled dental patient appointments, 277 or 10.0% were not seen due to a refusal of services. Generally, the refusals are signed, and the newer form has the risks, benefits, alternatives and consequences (RBACs) if a patient refuses a prescribed dental treatment.

The two biggest issues are that 1. what the patient is refusing is often not written on the refusal form and 2. the patient does not receive a face to face discussion of their RBACs if the patient refuses in his/her appointment in their unit rather than in the dental clinic. This affects the patient's ability to receive a specific and individualized "informed refusal".

**Please review refusal #**█████ On 01/12/24 the patient received an FMX, comprehensive exam and a treatment plan. Evident on the radiograph, #19 decay was not charted nor treatment planned for at a minimum caries removal for distal recurrent decay #19.

On 02/01/24 an additional periapical radiograph was taken. "Percussion pulp test on #19, Dx with pulpitis, patient said the discomfort is slight and goes away in seconds. PA taken showing large amalgam filling with distal decay." "Let patient know #19 would need build up and crown for best treatment, if it continues to bother patient it can be extracted. Patient signed waiver not to extract today.

The diagnosis doesn't specifically state the patient has reversible pulpitis although the patient explains that the pain does not linger and "goes away in seconds". Underline: The patient is eligible for the removal of caries and even if an indirect pulp cap is placed under a sedative filling, it is much better than watching a tooth decay to the pulp that could still be viable. Additionally, a composite buildup and a stainless steel crown are benefits of the Implementation Plan. Watching a tooth decay is not the standard of care! Possibly leading a patient to sign a refusal for a tooth which could receive a sedative filling is an eligible benefit outlined in the Implementation Plan.

I am requesting the CDO provide training on caries identification and treatment planning. If any accommodations or workflow analysis can assist the Dentist, please provide it. This patient has been incarcerated since 12/10/2022 and is still at MCJ. Please re-appoint this patient and provide these additional options if it is not too late, as over four (4) months have elapsed since the patient was first seen.

## B.7  Reschedules
Source (Row 175/Column Q); Monitor Findings (Row 175/Column S); Recommendations (Row 175/Column T) and Methodology for the outcome measure category (Row 175/Column U).

Of the 2776 scheduled dental patient appointments, 133 or 4.8% were not seen due to a reschedule. Oftentimes the reason for a reschedule is not always given in the task notes and a progress note is not written to identify why the specific scheduled patient wasn't seen.

Additional information regarding reschedules is deferred, necessitating more time to follow the continuity of care, to assess for timeliness of care compliance for the patients and if they were rescheduled and seen within compliance timeframe for a Dental Sick Call, Dental Annual Exam, Dental Periodontal Program or a Dental Treatment. This is to be evaluated during the dental audit tour #12. If in the meantime the dental staff, Operations Specialist, H.S.A and/or the Implementation Specialist can review and research the history of each 854 individuals rescheduled and seen on the back log, please send me this information for review.

Preferably only a Dentist should reschedule a patient, rather than an RN, making sure the patient has a follow up appointment to continue care.

### B.8  Cancelled by Staff

Source (Row 180/Column Q); Monitor Findings (Row 180/Column S); Recommendations (Row 180/Column T) and Methodology for the outcome measure category (Row 180/Column U).

Of the 2776 scheduled dental patient appointments, 437 or 15.7% were not seen due to a patient's appointment cancelled by staff. Depending on the situation this may be a nursing or dental staff who cancels a patient's dental appointment. The reason for a cancelled by Staff appointment is not always given in the task notes.

Additional information regarding Cancelled by Staff appointments is deferred, necessitating more time to follow the continuity of care to assess for timeliness of care compliance for the patients and if they had a duplicate appointment which was seen within timeframe for a Dental Sick Call, Dental Annual Exam, Dental Periodontal Program or Dental Treatment.

### B.9  Custody

Source (Row 184/Column Q); Monitor Findings (Row 184/Column S); Recommendations (Row 184/Column T) and Methodology for the outcome measure category (Row 184/Column U).

The only discussion I recommend the CDO have with the Custody Captain or designee is if Custody availability can start at a time the dental staff are ready for patients.

Per the Operations Specialist an Interruption of Services form is filled out if there is a delay in Custody availability. There were no interruptions stated for this audit period. For the next audit tour, I am requesting a Custody log to verify this process. If the log is also noncontributory, then this area of monitoring can end after the one year mentioned in the Settlement Agreement.

## Quality of Dental Care:

• For the sections C.1 through C.13 below, please review the Dental Audit Tool Results **tab** for specific information regarding each sections' Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and specific Methodology for each section (**Column U**).
• For more in depth review of specific "system" questions and individual "chart audit" evaluations, see the Database **tab** in the Dental Audit Tool Excel spreadsheet. Refer to the "How to Understand and Navigate the Dental Audit Tool" in the Executive Summary. Also review the attached Dental Corrective Action Plan (CAP).

## Informed Consent

Obtaining an informed consent for a procedure(s) includes a discussion of RBACs with the patient. Obtaining general consent means that the patient has given permission to proceed with the exam and/or treatment and releases the Dentist from the possibility of being charged with battery.[20],[21]

---

[20] https://journalofethics.ama-assn.org/article/informed-consent-what-must-physician-disclose-patient/2012-07
[21] https://www.ada.org/resources/practice/practice-management/types-of-consent

Consent forms should include statements to be signed by the patient and the healthcare provider where the patient attests to understanding of the information in the treatment agreement.[22] This discussion should be placed in the clinical progress notes and the notes written in a SOAPE format (Subjective, Objective, Assessment, Plan, Education).

There are several informed consent forms which need additional information and updating. This would be a good project to have completed during enhanced monitoring such that the forms can then be sent to the Forms Committee for review and approval.

**Death Reviews**

Due to no radiographs available for review sent by the Plaintiffs, I am deferring this review and will provide any necessary review of the dental component of the death reviews sent by the Plaintiffs when access to the radiographs, documents and forms, which were not provided with the chart, can be accessed in order to complete the review.

**C.1  Dental Triage from a Dental Sick Call Request**

Source (Row 188/Column Q); Monitor Findings (Row 188/Column S); Recommendations (Row 188/Column T) and Methodology for the outcome measure category (Row 188/Column U).

Obtaining concise objective findings is the first step to establishing a pulpal and periodontal diagnosis and therefore a treatment plan commensurate with the diagnosis. There are several good resources for the provisioning of dental care. Wellpath may very well offer resources such as UpToDate software for their clinician's to use. Many of the resources relating to pulpal and periodontal diagnosis as well as antibiotic and analgesic protocols have been identified by the CDO and forwarded to the Dentists for review and training. The American Dental Association is also a solid source of information with resources available on their website.

Issues pertaining specifically to each chart is listed in the Database section of the Dental Audit Tool as well as the Findings and Recommendations for each section. There is much improvement in the delivery of quality dental care at MCJ. As stated previously all programs mandated by the Implementation Plan are now established at MCJ. As with any areas of growth, there are always areas which need to be circled back to, tested, where internal audits can provide insight as to what needs improvement.

These internal self-audits are to be discussed in the monthly Dental Subcommittee and any areas for improvement listed in their action items. As with any program, Dental should not operate in a vacuum and the results of internal audits and self-monitoring should be memorialized in their Dental Subcommittee meeting minutes and given to the Quality Assurance committee meeting for their input and accountability.

---

[22] https://www.thedoctors.com/articles/informed-consent-substance-and-signature/

## C.2  Comprehensive Dental Care - Comprehensive Dental Examination & Treatment Plan
Source (Row 198/Column Q); Monitor Findings (Row 198/Column S); Recommendations (Row 198/Column T) and Methodology for the outcome measure category (Row 198/Column U).

Comprehensive Dental Care Process
This is an area which requires attention and improvement. Per the American Dental Association, these CDT codes are done during the Comprehensive Dental Examination: D0150, D0180 and D0210.

For patient (⬛⬛⬛⬛), the patient's lack of sufficient radiographs caused this patient future pain and a possible UR sinus complication. Please have the Dentist review the Medical Sick Call notes and re-appoint the patient to update the Comprehensive Dental Examination and treatment plan.

For many of the patients receiving a Comprehensive Dental Examinations, pathology evident on the radiographs are not charted and subsequently not treatment planned. **Please re-appoint the patients and re-examine the radiographs and update the charts.** There were 62 patients who received a comprehensive dental examination from July 1st, 2023, through March 31st, 2024. Nineteen of these were stated as completed by the RN and the patient may have not been seen for a requested Comprehensive Dental Examination and treatment. Only a Dentist can complete a Dental Annual Examination. Please provide training so this no longer is an issue.

## C.3  Chronic Care - HIV
Source (Row 208/Column Q); Monitor Findings (Row 208/Column S); Recommendations (Row 208/Column T) and Methodology for the outcome measure category (Row 6/Column U).

## C.4  Chronic Care - Seizures
Source (Row 218/Column Q); Monitor Findings (Row 218/Column S); Recommendations (Row 218/Column T) and Methodology for the outcome measure category (Row 218/Column U).

## C.5  Chronic Care - Diabetes
Source (Row 228/Column Q); Monitor Findings (Row 228/Column S); Recommendations (Row 228/Column T) and Methodology for the outcome measure category (Row 228/Column U).

## C.6  Chronic Care - Pregnancy
Source (Row 238/Column Q); Monitor Findings (Row 238/Column S); Recommendations (Row 238/Column T) and Methodology for the outcome measure category (Row 238/Column U).

## C.7  Chronic Care - SMI
Source (Row 248/Column Q); Monitor Findings (Row 248/Column S); Recommendations (Row 248/Column T) and Methodology for the outcome measure category (Row 248/Column U).

### C.8  Periodontal Treatment
Source (Row 258/Column Q); Monitor Findings (Row 258/Column S); Recommendations (Row 258/Column T) and Methodology for the outcome measure category (Row 258/Column U).

### C.9  Restorative and Palliative Care
Source (Row 268/Column Q); Monitor Findings (Row 268/Column S); Recommendations (Row 268/Column T) and Methodology for the outcome measure category (Row 268/Column U).

### C.10  Extractions / Oral Surgery
Source (Row 278/Column Q); Monitor Findings (Row 278/Column S); Recommendations (Row 278/Column T) and Methodology for the outcome measure category (Row 278/Column U).

Please review this patient's case in the database for additional information. This patient (#███████ had a blood pressure taken pre-operatively, 173/109, for surgical extractions of #19 & 20. A repeat blood pressure was not taken 10 minutes after the initial blood pressure. A medical consult was not obtained.

"Hypertension is a major risk factor for cardiovascular disease and stroke."[23] The American Dental Association (ADA) advises "If confirmed [>160/100], no elective dental treatment and the patient should seek consultation with a physician".[24] Please provide documented training and have protocols in place to prevent avoidable medical emergencies in the dental clinic. Also, have quarterly document emergency training.

### C.11  Endodontics (Root Canal Treatment)
Source (Row 288/Column Q); Monitor Findings (Row 288/Column S); Recommendations (Row 288/Column T) and Methodology for the outcome measure category (Row 288/Column U).

*"Any routine root canal procedure that cannot be accomplished by CFMG dentist at MCJ will be referred to a contracted dentist in the outside facility."* (Wellpath IP, p. 108)

Root canals can be performed by the clinician at MCJ however the required equipment and supplies were denied the CDO therefore the patients are being referred to an outside specialist to perform the root canals. Please note that the clinician is not an endodontist but rather a dentist who performs endodontic procedures.

### C.12  Prosthodontics (Dentures)
Source (Row 298/Column Q); Monitor Findings (Row 298/Column S); Recommendations (Row 298/Column T) and Methodology for the outcome measure category (Row 298/Column U).

An offsite specialist has been located to complete upper and lower full and/or partial removable dentures.

---

[23] https://www.ada.org/en/resources/ada-library/oral-health-topics/hypertension
[24] https://www.ada.org/en/resources/ada-library/oral-health-topics/hypertension

**C.13  Progress Notes (SOAPE)**
Source (Row 304/Column Q); Monitor Findings (Row 304/Column S); Recommendations (Row 304/Column T) and Methodology for the outcome measure category (Row 304/Column U).

**Infection Control and Regulatory Compliance:**
• For the section D.1 through D.85, please review the <u>Dental Audit Tool Results</u> **tab** for specific information regarding Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and specific Methodology for the section (**Column U**).
• For more in depth review of specific "system" questions and individual "chart audit" evaluations, see the <u>Database</u> **tab** in the Dental Audit Tool Excel spreadsheet. Refer to the "How to Understand and Navigate the Dental Audit Tool" in the Executive Summary. Also review the attached <u>Dental Corrective Action Plan</u> (CAP).

See the remaining deficiencies on page 71-73 as seen in the Dental Audit Tool Results tab.

Congratulations on achieving substantial compliance in this area! There are certain items marked as non-compliance within the clinical review and which still need to be addressed. Please see the Dental Audit Tool Results tab, Section D Infection Control and Regulatory Compliance, for those specific findings and recommendations

**Spore Test – Biological Indicator Test**

Regarding the spore test, it was discovered during the dental audit tour, that the average length of time for MCJ to receive the results of the spore test, from mailing the spore test to receiving the results, was on average 11 days.

This long of a turnaround time could potentially expose the dental clinic to unnecessary risks should the spore test come back as failed. Based on this time period there is a potential where contaminated, unsterilized instruments could be used on patients in the dental clinic before any corrective action could be taken and for the protocol for a failed spore test to be initiated.

"Critical items, such as surgical instruments and periodontal scalers, are those used to penetrate soft tissue or bone. They have the greatest risk of transmitting infection and should always be sterilized using heat." In the unlikely event of a confirmed breach, please review the following for healthcare facilities. Healthcare-Associated Infections (HAIs). https://www.cdc.gov/hai/outbreaks/steps_for_eval_ic_breach.html

It takes only one day following the receipt of the spore test for the monitoring company to issue a pass or fail, therefore, although not mandatory, I recommend Wellpath finds a solution to minimize the time it takes for the spore test monitoring company to receive the spore test itself.

My recommendation is to make a copy of the envelope that the tests are sent in as well as use a tracking method for the envelope. This can be achieved by using Certified Mail, Fed Ex or UPS Express to send the tests to the biological monitoring laboratory. This method will show that tests have been mailed out and will keep the dental clinic in compliance if tests get lost in the mail or are delivered to an incorrect address. It will also allow the tests to be received earlier by the laboratory, with results generally within 3 days.

**Dosimetry Testing and Reports**

A control badge is being used as the area monitoring badge. Please discontinue this practice and order both an area monitoring badge and control badge.

"The control badge should be kept in a low background location at your facility, never in the room where your source of radiation is located. Also, as the control badge is used in the calculation of dose, it should never be worn or re-assigned."[25]

Therefore, one full year of radiation monitoring is to begin anew when both a control badge is placed in a draw in the administrative portion of the clinic (DA or Dentist desk) and an area monitoring badge is placed no more than 6 feet from the source of the beam.

"Monitoring shall be performed for a period of 12 consecutive months. Radiation monitoring badges shall be worn at chest level by participating staff and the badges are not to be worn outside the dental treatment area."[26] Please review:
- Dental Board of California, Dental Practice Act, Chapter 4 Dentistry, Article 3, and Section 1656, Radiation Safety Requirements
- Code of Federal Regulations Title 10 (Energy), Chapter 1 (Nuclear Regulatory Commission), Part 20 (Standards for Protection Against Radiation), Subpart F (Surveys and Monitoring) Sec. 20.1502
- California Health and Safety Code, Section 114870, Subdivision (b) or (c), or Section 114885

Please provide the dosimetry results from the Radiation Monitoring company timely to the staff and document the results in the monthly Dental Subcommittee meeting minutes.

**Dental Management and Self-Governance:**
• For the sections E.1 through E.17 below, please review the Dental Audit Tool Results **tab** for specific information regarding each sections' Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and specific Methodology for each section (**Column U**).
• For more in depth review of specific "system" questions and individual "chart audit" evaluations, see the Database **tab** in the Dental Audit Tool Excel spreadsheet. Refer to the

---

[25] Radiation Detection Co.
[26] https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art3.3.3.pdf

"How to Understand and Navigate the Dental Audit Tool" in the Executive Summary. Also review the attached <u>Dental Corrective Action Plan</u> (CAP).

### E.1  Chief Dental Officer, Corporate and Local Management
Source (Row 481/Column Q); Monitor Findings (Row 481/Column S); Recommendations (Row 481/Column T) and Methodology for the outcome measure category (Row 481/Column U).

### E.2  Dashboard & Documented Qualitative Self Review Process
Source (Row 486/Column Q); Monitor Findings (Row 486/Column S); Recommendations (Row 486/Column T) and Methodology for the outcome measure category (Row 486/Column U).

### E.3  Electronic Dental Record System (EDRS)
Source (Row 491/Column Q); Monitor Findings (Row 491/Column S); Recommendations (Row 491/Column T) and Methodology for the outcome measure category (Row 491/Column U).

### E.4  Digital X-Rays
Source (Row 496/Column Q); Monitor Findings (Row 496/Column S); Recommendations (Row 496/Column T) and Methodology for the outcome measure category (Row 496/Column U).

### E.5  Panoramic X-Ray Unit
Source (Row 501/Column Q); Monitor Findings (Row 501/Column S); Recommendations (Row 501/Column T) and Methodology for the outcome measure category (Row 501/Column U).

### E.6  Equipment and Supplies
Source (Row 506/Column Q); Monitor Findings (Row 506/Column S); Recommendations (Row 506/Column T) and Methodology for the outcome measure category (Row 506/Column U).

It appeared that from mid-October 2023 through early January 2024, the Cavitron was "broken" as stated in multiple dental appointment clinical progress notes. The Cavitron is a high frequency ultrasonic device used to vibrate hard to remove tartar (calculus) from the teeth during a cleaning appointment. Several patients were rescheduled multiple times due to this broken device.

Please make sure there is a P&P and LOP for repairing dental equipment at MCJ. <u>This is remarkable that a dental unit was not repaired for over three (3) months.</u> There is no log indicating the efforts that MCJ use to have equipment repaired. Please review the barrier to care and bring this up during the monthly Dental Subcommittee. <u>Three months of patient's being rescheduled for periodontal care is a deficiency which must be rectified promptly and not repeated.</u>

### E.7  Nurse Training by DON, HSA and Dentist
Source (Row 511/Column Q); Monitor Findings (Row 511/Column S); Recommendations (Row 511/Column T) and Methodology for the outcome measure category (Row 511/Column U).

The nurses receive dental specific training from the Dentist in October 2023 and February 2024. I recommend that flow charts are created to assist the nursing staff in more easily using CorEMR with the understanding that they must select the priority levels 1 and 2 which aligns to the selection of the referral type, Emergent, Urgent, or Routine following a screening of the patient's mouth. According to the Operations Specialist, further training will occur in late May 2024.

Dental is in its fourth month of using CQIs to see if their training is effective. As improvements occur, they improve their questions and adapt their training to rectify noted deficiencies. They are also providing individualized training when needed.

At this time patients assigned a Routine Dental Level Priority 2 were seen timelier and within timeframe than those assigned an Emergent and Urgent Dental Level Priority 1 from Intake and Sick Calls. Therefore, a greater coordination between Nursing and Dental is necessary for the patients to be seen within timeframe for their Emergent and Urgent dental conditions.

### E.8  Staffing and Staffing Analysis – Clinical and Administrative

Source (Row 518/Column Q); Monitor Findings (Row 518/Column S); Recommendations (Row 518/Column T) and Methodology for the outcome measure category (Row 518/Column U).

Staffing, Backlog, Staffing Analysis and Workflow Study:
Although there is no rescue plan in place for dental staffing emergencies, having new dental staff will assist the dental clinic to stay in operation by coordinating vacations, continuing education and staffing emergencies. The last staffing emergency occurred from December 29th, 2022, (last patient seen December 21st, 2022) through February 13, 2023. The CDO was not advised of the situation until weeks later, which caused the incarcerated persons at MCJ to not have a dentist available on-site to diagnose and treat dental emergencies and provide planned dental treatment.

The hygienist position has not been filled per the Implementation Plan; however, a new Dentist and Dental Assistant have been hired. The Dentist is currently providing hygiene services, fulfilling patient's comprehensive dental examination's treatment plans for periodontal care and providing dental services for the Periodontal Disease Program.

Not all requested comprehensive dental examinations and cleanings were seen timely but this area may show improvement in the next dental audit tour.

*Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for the identification, diagnosis, and treatment of dental pathology which impacts the health and welfare of inmate patients.* (Wellpath IP, p. 103)

The Periodontal Disease Program is implemented and is generally provided by the new Dentist and Dental Assistant.

*MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS).* (Wellpath IP, p. 103)

I recommend a new staffing analysis and workload and workflow study is conducted, now that the dental programs mandated by the Implementation Plan have been utilized by the incarcerated persons for over six (6) months.

Key staffing vacancies have been filled during the dental audit period except for the permanent H.S.A position. The H.S.A. position has been filled permanently since May 2024. Although this person has not been fully trained in the Dental Program, this is anticipated to occur later in the summer. I am looking forward to meeting the new H.S.A. at the next dental audit tour.

The Director of Nursing (DON) position has been filled with a permanent candidate.

The Implementation Specialist position is filled, and she provided the following information:

1.  Quality Assurance Meetings – I host the monthly QA meetings and utilize the Wellpath-specific CQI meeting template; however, in order to review and address the reports of all of our monitors, we have begun to implement and change the Quarterly QA meeting.  The quarterly meeting is a SWOT-type analysis and review of all four monitor reports with review of successes and goals for recommendations for each section of the program.  Each quarter we review the results of the goals from the last quarter and set new goals for the upcoming quarter.
2.  Peer Review – We have a new DON who you met today.  As this will be ▮▮▮▮▮ first time during the process, I will be assisting and supporting the program with plans for annual peer reviews.
3.  CQI Studies – We are in the process of developing CQI studies for the medical/nursing aspects of the program, which our Virtual Team will be assisting to complete retrospectively from January 2024 and continuing on a monthly basis.
4.  Mortality Review – I am involved in the Wellpath mortality review process for Monterey.
5.  Administrative Meetings – While many of these will eventually transition to the HSA, I am currently hosting administrative meetings such as the MAC meeting.

The H.S.A. position has been essentially vacant for over three years now. Luckily, ▮▮▮▮▮ ▮▮▮▮▮ Operations Specialist for Wellpath, was the interim H.S.A. from February or March 2023 until August 31st, 2023. From September 2023 until May 2024, an interim H.S.A. was placed onsite. ▮▮▮▮▮ ▮▮▮▮▮ did an incredible job supporting dental. She has since left the interim position to return to her other position within Wellpath as the Operations Specialist but still provides 5 hours per week of support to the Dental program.

### E.9  Illness and Injury Prevention Plan (IIPP)
Source (Row 524/Column Q); Monitor Findings (Row 524/Column S); Recommendations (Row 524/Column T) and Methodology for the outcome measure category (Row 524/Column U).

### E.10  Policies and Procedures, Including Dental, Corporate and Local
Source (Row 530/Column Q); Monitor Findings (Row 530/Column S); Recommendations (Row 530/Column T) and Methodology for the outcome measure category (Row 530/Column U).

Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs):
Per the National Commission on Correctional Health Care, "Policies and procedures are essential to outlining a facility's mission and providing clarity when dealing with correctional health care issues. An up-to-date, accurate manual is an important reference for new and established health staff alike."[27]

Policies and Procedures and Local Operating Protocols are foundational to day to day operations. They ensure compliance with the Implementation Plan, Settlement Agreement and state and federal laws and regulations. They also help to streamline internal processes. I am happy to report that MCJ's Dental Program now has many global policies and procedures and draft local operating protocols, incorporating updates and improvements.

"Well-written policy and procedure is the core of modern correctional operations. It **informs and governs staff behavior, sets clear expectations, and confirms that the administration has performed its role**. It is also the basis for staff supervision, training, and supporting a defense when things go wrong."[28]

  "The Policies and Procedures standard (A-05) requires that a manual or compilation of written policies and defined procedures regarding health care services at the facility addresses each applicable standard, and that the policies and procedures are site specific."[29]

  "The site-specific policies should be viewed as documents that would provide clarity as to what services are provided at the facility if read by an individual who knows nothing about your operation (e.g., new hires, attorneys, surveyors)."[30]

### E.11  Licenses, Credentialing, CURES & Job Performance
Source (Row 533/Column Q); Monitor Findings (Row 533/Column S); Recommendations (Row 533/Column T) and Methodology for the outcome measure category (Row 533/Column U).

---

[27] https://www.ncchc.org/spotlight-on-the-standards/policies-and-procedures/
[28] https://nicic.gov/resources/resources-topics-and-roles/topics/correctional-policy-and-procedure
[29] CorrectCare Volume 23, Issue 3, Summer 2009
[30] https://www.ncchc.org/standards-q-a-corporate-vs-site-specific-policies/

### E.12   OSHA Review and Infection Control Training
Source (Row 538/Column Q); Monitor Findings (Row 538/Column S); Recommendations (Row 538/Column T) and Methodology for the outcome measure category (Row 538/Column U).

### E.13   Hepatitis B Vaccination Record
Source (Row 541/Column Q); Monitor Findings (Row 541/Column S); Recommendations (Row 541/Column T) and Methodology for the outcome measure category (Row 541/Column U).

### E.14   Pharmacy & Medication Management
Source (Row 545/Column Q); Monitor Findings (Row 545/Column S); Recommendations (Row 545/Column T) and Methodology for the outcome measure category (Row 545/Column U).

### E.15   Peer Review and Monthly Supervisory Audit Reports
Source (Row 551/Column Q); Monitor Findings (Row 551/Column S); Recommendations (Row 551/Column T) and Methodology for the outcome measure category (Row 551/Column U).

**Supervisory Monthly Audit Reports**

Dr. ▇▇▇▇ conducted a peer review on the existing Dentist but has not completed any peer review or Supervisory Chart Audits for the new Dentist, who started seeing patients in January 2024.

Per the Dental CAP #102, I request, seeing the results of the comprehensive dental examinations, that a supervisory chart audit of at least 10 charts be sent to me monthly until improvements can be seen. Please report on the review of the patient's chief complaint, x-rays, objective findings, diagnoses, treatment plans, DPC assignment, completed treatment, continuity of care as well as identifying that all documents relating to the visit are reviewed, signed and scanned within CorEMR.

### E.16   Monthly Dental Subcommittee Meeting
Source (Row 555/Column Q); Monitor Findings (Row 555/Column S); Recommendations (Row 555/Column T) and Methodology for the outcome measure category (Row 555/Column U).

The monthly Dental subcommittee meeting minutes, statistics, CQIs and other PowerPoints will be submitted to the QA meeting beginning in April 2024.

I look forward to receiving the Production documents including the minutes of both meetings along with the PowerPoints, statistics and other supporting documentation resulting from the incorporation of the Dental Subcommittee meeting minutes, statistics and CQI into the QA meeting.

### E.17   Quality Assurance (QA)
Source (Row 560/Column Q); Monitor Findings (Row 560/Column S); Recommendations (Row 560/Column T) and Methodology for the outcome measure category (Row 560/Column U).

## Dental Class Case Reviews (CCR):

Please review the separate Excel spreadsheet with the six (6) Class Case Reviews for this Dental Audit Tour #11.

The Dental Class Case Review patients are not evaluated in the Dental Audit Tool and are graded in its own section as seen in the Summary on page 11 of this Executive Summary.

## Court-Designated Dental Monitoring Provisions

Following the review of the Plaintiffs' and Defendants' responses to the draft report regarding this Court-Designated Dental Monitoring Provisions evaluation of compliance, the compliance ratings have not been changed, although some additional information has been included.

| No. | Requirement | Implementation Plan Provisions | Finding |
|-----|-------------|-------------------------------|---------|
| 1 | Medical, Mental Health, and Dental Staffing | The Settlement Agreement requires Wellpath to maintain adequate [dental] staff sufficient to ensure compliance with the Implementation Plan and must evaluate its staffing levels on an ongoing basis. See Dkt. 494 at 16; Dkt. 532 at 116.<br><br>Wellpath's current staffing plan requires Wellpath to maintain, at minimum, a 0.6 FTE dentist, a 0.8 FTE dental assistant, and a 0.1 FTE dental hygienist. | **Partial Compliance**<br>• At the corporate level, Dr. ██████ is the Chief Dental Officer and clinical supervisor to the Dentists and Dental Assistants. He is instrumental in MCJ Dental's upcoming success. He performed a staffing analysis in September 2023 and recommended full time dentistry, with an updated staffing plan of 1.0 FTE Dentist and 1.4 Dental Assistant. When the Periodontal Disease Program is fully implemented, they may need additional staff depending on the utilization of the program.<br>• This new staffing plan has not been accepted by the County at this point. Dr. ██████ is fighting for this updated staffing plan to be accepted into the Wellpath Staffing Plan, stating that this updated plan is needed for success and compliance.<br>• There is a Dentist, Dr. ████████ ██ who works Monday through Wednesday with a Dental Assistant, |

| | | | |
|---|---|---|---|
| | | | ███ ███ who works Monday through Thursday.<br>• Wellpath has hired a PRN Dentist, Dr. ████████, who works Thursdays and Fridays with a PRN Dental Assistant, ████████████ who works Wednesday through Fridays. Since these are PRN positions, the stability of the dental program is to be determined.<br>• The HSA position, which is a vital administrative component of the dental program, remains vacant. It has been filled temporarily, first with ████████ Operations Specialist (who did an awesome job helping the Dental Department) and now with ████████, who is a Travel Health HSA for Wellpath. No information has been provided for a permanent hire. |
| 29 | Dental Intake Screening | The Settlement Agreement requires Defendants to specify "standards and timelines to ensure that arriving prisoners are promptly screened for urgent … dental needs, with prompt follow-up." Dkt. 494 at 13.<br><br>The Settlement Agreement further provides that "Defendants shall develop and implement a Dental Care Implementation Plan to ensure timely access to necessary treatment for dental and oral health conditions, including but not limited to Intake Screening." Id. at 18. | **Partial Compliance**<br>• Dental screenings at Intake now occur routinely, with the nurses looking inside the patient's mouth, no matter if they state they have pain or not. The intake form was updated, and the questions make it such that a visual screening is necessary.<br>• Nurse training has occurred in October 2023 and February 2024 with additional dental trainings provided monthly by the Operations Specialist during their staff meetings. Flowcharts were created to assist the nurses when screening patients for Dental Priority Levels 1 (Emergent /Urgent conditions, to be scheduled and seen the next dental day) and Dental Priority 2 (Routine conditions, to be scheduled and seen within 14 calendar days).<br>• There is improvement in March 2024 in the nurse's ability to screen |

| | | Wellpath's Implementation Plan requires that: "A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings." Dkt. 532 at 99.

Wellpath's Implementation Plan further requires that: "If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." Id. at 100. | for the dental conditions and assign a appropriate priority level when a task in CorEMR is created. They are scheduling the patient's within the assigned Dental Priority Level designations more consistently. There is also more individualized one on one training, occurring, as the Dentist is emailing the Operations' Specialist and now the new DON when training is indicated.
• The nurses are the interface between the patients and the dental clinic. Therefore, how they assign the Dental Priority Level designations and how they schedule within these parameters is important for the patients to be seen within these assigned timeframes.
• Although improved, the continuing problem is the nurses are not assigning the priority level in CorEMR according to the Dental Level they have identified during the screening. CorEMR has not been updated for the priority designation to be automatically assigned to match the referral within the form, therefore the nurses must do this manually and are only now beginning to improve in this area.
• The other area is the referral from intake is not showing up as a completed task anymore, therefore tracing the continuity of care with an audit trail is not always possible. Per the Operations Specialist, the nursing sick call process is being revamped towards the end of May 2024. |
| 30 | Initial Health Inventory | Wellpath's Implementation Plan requires that "[a] complete gender specific health history inventory and | **Non-Compliance**
• In the span of 9 months there were only 15 referrals to dental from the Initial Health Assessment/14-Day |

communicable disease screening shall be completed on all inmates within 14 days of arrival at the facility by a Registered Nurse who has completed appropriate training that is approved or provided by the responsible physician." Dkt. 532 at 33-34. The registered nurse at the 14-day exam identifies patients' urgent and emergent dental conditions as a Dental Level 1, Dental Level 2, or as a non-urgent/emergent dental condition. See, e.g., Ex. 41 (4th Dental Report) at 17.

Wellpath's Implementation Plan provides further requirements concerning the 14-day exam: "A qualified health care professional who has been trained by the dentist shall … perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. All

Exam Dental Screening. This is due mainly to the Initial Health History & Physical Dental Screening form not being utilized since September 3, 2023.
• The Initial Health History & Physical Exam does not have an appropriate dental screening portion within that form and therefore the Dental Screening form was created at least 2 years ago to accommodate for this situation.
• When the situation was found during the audit tour that the dental portion of the 14-Day Exam was not occurring, the Operations Specialist reinstated the use of the form with Nursing when the 14 day exam is performed by the nursing staff.
• The Operations Specialist also stated that CorEMR's IT will merge this dental screening form into the main Initial Health History & Physical form, however this may take quite some time to be implemented.
• The referral to dental within the 14-Day Exam screening form does not create an automatic referral to dental when marked on the form. Therefore, the dental referral must also be checked on the main Initial Health History and Physical Exam form in order for a task to be created in CorEMR and a Dental Sick Call appointment scheduled in the dental clinic.
• Lastly, the mandated 14-day exam itself is not always performed by the nursing staff and when this occurs, the dental screening portion of the exam does not occur either. There is no data provided by Custody yet stating how many incarcerated persons were at MCJ longer than 14 days in order to

| | | screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation." Dkt. 532 at 99. | correlate how many 14-Day exam (Health Appraisals) dental screenings are expected. From July 1st, 2023, through March 31st, 2023, it appears that there were 202 exams completed and 10 referrals to Dental from the 14-Day Exam, without the Screening form. This is therefore a total of 25 referrals to dental from the 14-Day exam and from the dental screening form for 6907 bookings during this time period. |
|---|---|---|---|
| 31 | Dental Training for Intake Staff | All CFMG health services staff will participate in classroom orientation and training regarding compliance with all aspects of [Wellpath's] Implementation Plan. Orientation and training will be conducted by a qualified health services instructor. Counseling, training or appropriate discipline may ensue from failure to comply with the Implementation Plan. Dkt. 532 at 9.<br><br>The Plan further provides that the registered nurse who performs the intake screening and the 14-day dental evaluation during the initial health history must be trained by the dentist. Id. at 99. | **Partial Compliance**<br>• Training has been given to the registered nursing staff who perform the Intake and the 14-Day exam screening in October 2023, February 2024 and during their monthly meetings. Another training is expected for the end of May 2024.<br>• Only 3 new nurses have not received the training so far, so this is a vast improvement in MCJ's provision of routine and dental specific training.<br>• The annual nurse training, per the Operations Specialist, is scheduled for some time in 2025.<br>• There is written documentation that training was provided by the Dentist in October 2023.<br>• The training however is not fully effective and individual training for some of the nursing staff at Intake is still needed.<br>• For the dental screening portion of the 14-day exam, there was no oversight of nursing and the dental screening component, using the Initial Health History & Physical Dental Screening form stopped being used in September 2023 but has been |

| | | | reinstated, per the Operations Specialist, in April 2024. |
|---|---|---|---|
| 32 | Treatment for Urgent and Emergent Conditions | Wellpath's Implementation Plan requires that when a patient is found in the initial health screening to be experiencing a dental emergency, and "a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider staff." Dkt. 532 at 99. If "the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital." Id. at 99-100. If the dental issue is found "to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." Id. at 100.<br><br>The Implementation Plan further requires Wellpath to give its highest treatment priority to "[r]elief of pain and treatment of acute infections and other urgent conditions." *Id.*<br><br>The Implementation Plan also requires "Emergency Care (Immediate Treatment)" for any "acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention," as well as treatment within one | **Partial Compliance**<br>• The Operations Specialist has created a flowchart, and it is posted at intake. Training has been shown to occur and is repeated during staff meetings. The new DON has attended the training. The Implementation Specialist works with the Operations Specialist and is heavily involved in the quality process. DON attends to disciplinary, administrative, and quality processes of the nursing staff and attends the QA meeting.<br>• I found that patients with pain, toothaches, swelling, infection, bleeding and abscesses are not always referred timely to Dental by using the Dental Level 1 parameter, to be seen next dental day. They are often assigned a Priority Dental Level 2 (patients to be scheduled within 14 calendar days) without describing why it is a Priority 2. For example, I have requested the nurses be trained to provide a pain scale with every referral to dental.<br>• From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care". Therefore, identifying the correct dental level is important in order for patients to be scheduled and then seen in dental for their dental |

| | | calendar day for patients "with a dental condition of sudden onset or severe pain, which prevents them from carrying out essential activities of daily living." Id. at 102.<br><br>It additionally requires treatment within 30 days for patients with "a sub-acute hard or soft tissue condition that is likely to become acute without early intervention," id. at 103, a requirement that refers to urgent treatment, see Ex. 40 (3rd Dental Report) at 18. | conditions in the appropriate timeframe and without delay. |
|---|---|---|---|
| 33 | Dental Sick Call | Wellpath's Implementation Plan requires that: "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." Dkt. 532 at 102. | **Non-Compliance**<br>• Access to the system used to verify this timeline (ViaPath, formerly Intelmate) has been previously denied this Monitor.<br>• The incarcerated persons complaint and/or request for dental care have not routinely been scanned into the document section of CorEMR and therefore cannot be verified if the nurse saw the patient within one day of the request.<br>• The Nurse Sick Call tasks for dental care requests are not all being routinely "completed" in CorEMR and therefore the timeline and audit trail of the request are not always available for review. |
| 34 | Chronic Care | Wellpath's Implementation Plan requires that "[i]nmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures | **Partial Compliance**<br>• I am providing a grade of Partial Compliance in this area to reflect not the current condition of this area but to show gratitude that this area is being addressed by the Operations |

| | | | |
|---|---|---|---|
| | | that are consistent with national practice guidelines." Dkt. 532 at 28.<br><br>Pursuant to the Court's May 2020 Order (Dkt. 671), Wellpath created a dental care CAP, which was approved by Dr. Winthrop, that required Wellpath to "[p]erform and chart a full comprehensive dental examination for patients referred from chronic care with the following issues: HIV, Seizures, Diabetes, Pregnancy, and Patients on over 4 psych medications." Ex. 49 (Dental CAP) at 5. | Specialist and CDO. A new category called Dental Chronic Care was added to the list of CorEMR's Dental categories for tracking compliance. The Operations Specialist is working with CorEMR IT to update all the chronic care forms, both initial and follow up to carry a box for referrals to Dental. I look forward to seeing these changes as soon as possible. Should this not occur prior to the next dental audit tour, then the compliance rating may be decreased.<br>• Generally, the Medical Director performs the chronic care exams, including those for patients with HIV, Seizures, Diabetes, Pregnancy, and Patients on 4 or more psychotropic medications or with serious mental illness (SMI).<br>• The flow of patient care from chronic care to dental is not made easily possible as the forms do not yet have a section for referral to dental. Per the Operations Specialist CorEMR IT is rectifying this situation.<br>• The Dentists will be receiving training and a flowchart on how to manage patients coming from chronic care. |
| 35 | Comprehensive Care | The Settlement Agreement requires Wellpath "to ensure timely access to necessary treatment for dental and oral health conditions, including … periodic dental care for long-term prisoners." Dkt. 494 at 18.<br><br>Wellpath's Implementation Plan requires that: "Inmates incarcerated for 12 months | **Partial Compliance**<br>• A new PRN Dentist and Dental Assistant have been hired mainly to provide care for the patient's comprehensive annual dental examination and resulting treatment plan as well as for those patients requesting to be screened for the Periodontal Disease program.<br>• Training and supervisory chart audit reviews are being requested of the diagnosis and treatment plans |

| | | or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for the identification, diagnosis, and treatment of dental pathology which impacts the health and welfare of inmate patients." Dkt. 532 at 104.<br><br>Wellpath's Implementation Plan further requires that "[e]xamination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record." Id. | provided during the comprehensive dental examinations.<br>• The Dental Priority Codes (DPC) are being added to each line of the treatment plan and tasks are being generally created to schedule the care within timelines. Additional training regarding the continuity of care is in progress. |
|---|---|---|---|
| 36 | Restorative and Palliative Care | Wellpath's Implementation Plan requires that patients "with comprehensive examinations and treatment plans" must be "eligible to receive permanent restorations in accordance with their established treatment plan." Dkt. 532 at 107.<br><br>The Plan further requires dental staff to verify that patients have received the Dental Material Fact Sheet "[p]rior to initiating any restorative procedure." Id. at 108. | **Partial Compliance**<br>• There is improvement in this area. The Dental Material Fact Sheet (DMFS) is filled out and scanned 80% of the time and from the chart audits 100% of the time since 2024.<br>• There are still several inconsistencies in identifying which teeth and surfaces the patient is consenting for treatment.<br>• Additional training to the dental staff is necessary to instruct them that a composite buildup and stainless steel crowns are an allowable alternative to fixed prosthodontics. A patient should not have to wait until the decay is into the dental pulp and forgo saving a tooth if the pulp is still viable and a restorative procedure can be placed. |

| | | | "*Fixed prosthetics: a. Shall not be utilized to restore missing or defective teeth **if an adequate restoration can be placed, (e.g., a stainless steel crown, polycarbonate crown, a bonded composite, or an amalgam with cuspal coverage**), or if a removable partial denture can be fabricated to replace the missing teeth.*" (Wellpath IP, p. 110) |
|---|---|---|---|
| 37 | Extractions | Wellpath's Implementation Plan requires dental staff to "provide necessary oral surgery services to all inmate-patients onsite or through a local community provider." Wellpath Implementation Plan at 101. The plan also requires Wellpath to provide "[e]xtraction of unsalvageable teeth" as a treatment priority. Id. at 100-01.<br><br>Dr. Winthrop found that Wellpath is noncompliant with these requirements in multiple reports, observing in her latest report that the dental team performing a surgical extraction without the use of a sterile irrigant, and that such procedure risked infection. Trapani Decl. ¶ 133 & Ex. 45 (8th Dental Report) at 13. | **Substantial Compliance**<br>• Although a grade of substantial compliance is given to Dr. ███ for his ability to provide both simple and surgical extractions, this evaluation has not been completed for the new PRN Dentist.<br>• There is additional training needed to guide the new PRN Dentist in obtaining medical consults at MCJ.<br>• Dr. ███ is referring patients to the oral surgeon when needed for more complex dental situations when needed. He is also performing oral surgical treatment, oftentimes on the same day as diagnosis which help the patients minimize the long term use of antibiotics.<br>• The Dentists are referring to the offsite Oral Surgeon timely and the offsite specialty care referral patients are now generally seen within 30 days of the referrals.<br>• The clinic experienced a supply chain issue and sterile saline, and sterile water were not available for purchase. For future situations such as these, I recommend this be brought up to the CDO immediately and discussed in the Dental Subcommittee meeting. Luckily the Wellpath VP, Heather Barry, found them a solution using medical's sterile |

| | | | surgical bags as a temporary solution to their supply chain delays. |
|---|---|---|---|
| 38 | Specialty Care Referrals | Wellpath's Implementation Plan requires Wellpath to "provide necessary oral surgery services to all inmate-patients onsite or through a local community provider." Dkt. 532 at 101. "Complicated dental problems" must be "referred to an oral surgeon as deemed necessary." Id. at 103. The Plan also requires that "[r]eferral to and priority of offsite oral surgeon" must be conducted in accordance with the timelines and treatment priorities required by the Implementation Plan. Id. at 102.<br><br>For root canal services, procedures that "cannot be accomplished by [Wellpath's] dentist at MCJ will be referred to a contracted dentist in the outside facility" and that "[a] local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist." Id. at 109-10. Patients with failing dental implants "shall be referred to a dental specialist experienced in the management and placement | **Partial Compliance**<br>• The Local Operating Protocol (LOP) for this process has been written and the new offsite clerk has been trained to provide timely referrals to the offsite clinicians as referred by the Dentists.<br>• Although not always consistent, this area is improving.<br>• The offsite clerk is now routinely scheduling a post op appointment following the patient's return from the specialist for the next dental clinic day.<br>• Nursing is filling out the Return from Offsite forms and filling the orders, including pharmacy orders from the specialist.<br>• The reports are being returned and scanned timely these last three months. The reports however are not being reviewed by the Dentist and the returned panoramic radiograph is not being reviewed by the Dentist and the patient instructed on other areas of pathology. When pathology occurs, the Dentist is to indicate it in the clinical notes and advise the patient to submit a sick call slip when they are ready to address the areas shown to them by the Dentist.<br>• The dental clinic has recently found an offsite dental clinic willing to provide root canals when prescribed by the Dentist.<br>• A prosthodontist has been found to offer denture fabrication when prescribed by the Dentist.<br>• They do not however have a dental lab available for denture repairs. |

| | | of dental implants" for evaluation. Id. at 112. | • They have not referred patients with failing implants to the oral surgeon for evaluation yet. Training by the CDO is required. |
|---|---|---|---|
| 39 | Endodontics | Wellpath's Implementation Plan requires that all patients at the Jail must be "eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth." Dkt. 532 at 109. Individuals incarcerated for 12 months or longer must also be "eligible to receive root canal therapy limited to upper and lower anterior teeth." Id. Both palliative endodontic therapy and root canal treatments must be "performed in accordance with established criteria and within the specific guidelines" of the Implementation Plan. Id. The Implementation Plan imposes a series of requirements for when and how these procedures must be performed. Id. at 109-10. | **Partial Compliance**<br>• An outside dental clinic, not a specialist, has been found to provide anterior upper and lower root canals to eligible patients.<br>• Wellpath declined Dr. ████ request for root canals to be performed at MCJ. Dr. ███ is well versed in providing this service. The Implementation Plan states, "*Any routine root canal procedure that cannot be accomplished by CFMG dentist at MCJ will be referred to a contracted dentist in the outside facility.*" [Wellpath IP, p.108]<br>Since Wellpath denied the equipment necessary to perform root canals onsite, the Dental Clinic has located an outside clinician, not an endodontic specialist, to perform endodontic care.<br>• There have been instances where patients would have benefited from palliative endodontic therapy of the upper and lower anterior dentition, prior to a root canal appointment however I did not note this benefit was provided. I recommend that an LOP be drafted by the CDO to handle different clinical situations where this can be provided to the patients to alleviate pain. |
| 40 | Periodontics | Wellpath's Implementation Plan requires that: "MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available | **Partial Compliance**<br>• The Periodontal Disease Program has been implemented with the hiring of the new PRN Dentist.<br>• The screening process from nursing to dental is being placed in a workflow so that training can be provided for the access, timeliness and quality of |

| | | to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS)." Dkt. 532 at 104. | care for the Periodontal Disease Program. <br>• For those with treatment planned cleaning appointments, a periodontal re-evaluation and recall frequency has not been given yet. This is one area which requires improvement. <br>• They are providing a periodontal diagnosis for each patient before a treatment is planned is performed. For those with more complex periodontal disease, further care is being provided although this needs to be outlined in a local operating protocol, so everyone is one the same page so to speak. |
|---|---|---|---|
| 41 | Informed Consent | Wellpath's Implementation Plan contains numerous provisions concerning informed consent related to dental procedures. See Dkt. 532 at 21 ("Written informed consent shall be obtained for all invasive and other procedures in accordance with established [Wellpath] procedure and community standards of practice"); <br>23 ("Inmates retain all the recognized rights of an ordinary citizen relative to informed consent and self-determination of health care"); 108 ("[Wellpath] dental staff shall verify that every patient has received a copy of the Dental Materials Fact Sheet. Prior to initiating any restorative procedure the patient shall sign the Acknowledgment of Receipt | **Partial Compliance** <br>• The general informed consent only contains consent for a dental examination and x-rays. There is no mention of informed consent for anesthetic or medication, nor prosthodontic (denture) or occlusal adjustments. <br>• The general informed consent only has the risks, benefits, alternatives and consequences (RBACs) listed for examination and x-rays and none for medication or anesthetics nor for prosthodontic (denture) and occlusal adjustments. <br>• Implant, orthodontic removal and endodontic consent forms have not been reviewed yet. <br>• The oral surgery, restorative and periodontal consents have an area of consent for local anesthetic but does not have consents for medications. <br>• There is no area for the witness to print their name. <br>• There is no area dedicated on the Periodontal consent form for what |

| | | of Dental Material Fact Sheet. This signature acknowledges acceptance of possible risks, denial of alternate procedures, and consents to the proposed procedure and use of the materials as recorded in the dental record."); 110 ("A Consent for Root Canal Treatment Form must be completed by the dentist and signed by the patient and witness (dentist) prior to the provision of root canal treatment"); 112 (Wellpath "shall obtain informed consent from all inmates who request removal of orthodontic bands/brackets and discontinuation of their orthodontic treatment"); 114 ("The health record of an inmate contains the following items as applicable to his/her case: … Consent and Refusal forms"). | quadrants are being performed or if it is periodontal maintenance or prophy. <br> • The Dental Material Fact Sheet (DMFS) acknowledgement form has been updated in both English and Spanish and is being offered with the Dental Material Fact Sheet prior to a restorative treatment. |
|---|---|---|---|
| 42 | Sanitary Treatment Space | The Settlement Agreement requires "a safe and sanitary on or off-site facility for necessary dental care." Dkt. 494 at 18. Wellpath's Implementation Plan similarly requires that "[a]ll dental services will be provided in a safe and sanitary environment." Dkt. 532 at 99. | **Substantial Compliance** <br> • They achieved an overall compliance score of 93.9% for this section during this audit period. <br> • Some areas remain which need to be addressed, as found in the section of Infection Control and Regulatory Compliance found in the Dental Audit Tool. <br> - Radiation Monitoring needs to start again for their period of 12 consecutive months of monitoring as the control badge was used for area monitoring. Two separate badges are needed, area |

| | | | monitoring and a separate control badge, in addition to the individual clinicians and ancillary staff's badges for proper radiation monitoring. |
|---|---|---|---|
| 43 | Electronic Medical Records | The Settlement Agreement requires Defendants to ensure "that appropriate and complete medical records are maintained to ensure adequate treatment of prisoners' serious medical and mental health needs. Medical records shall include all records, results, and orders received from off-site consultations and treatment conducted while the prisoner is in the Jail custody." Dkt. 494 at 17.<br><br>Wellpath's Implementation Plan requires that: "Health care staff will use the [electronic medical record] to closely track all requests for health care including the date of submission, date of triage, date of evaluation, disposition and date of any necessary follow-up care. … The [electronic medical record] will identify any inmates who require Chronic Disease Management and health care staff will use it to closely track the condition/s that need to be monitored, the nature of the treatment required and the frequency | **Partial Compliance**<br>•CorEMR is not an EDRS and is not capable of fully charting clinically relevant information. There are no full clinical charting capabilities or dental management applications available in CorEMR.<br>• That being said, the CDO and the Operations Specialist are trying to find solutions to many of the barriers to access and quality of care issues by finding ways within CorEMR to track dental care using the dental levels (for nurses) and the dental priority codes (for dentists).<br>• Additionally, there is also no way of locating and retrieving unscheduled patients as the system runs on Tasks created by the clinicians. The dental management is attempting to create ways of using the Tasks to schedule dental care more effectively as well as examinations and dental treatments.<br>•The tracking of Urgent/Emergent and Routine referrals is minimal, through the Forms Question Report and although cumbersome there is some improvement in the data being tracked. The dental management is now using a CQI to track multiple areas of referral to dental, in particular intake, the 14-day health assessment and offsite referrals and returns from offsite.<br>• CorEMR began tracking referrals through a forms process, but their IT has not continued any upgrading of the system and the reports they have |

| | | of any required follow-up care." Dkt. 532 at 113.<br><br>Wellpath's Implementation Plan also provides for a "Dental Priority System" that determines when patients will be seen for immediate treatment or treatment within 1, 30, 60, or 120 days, with scheduling for follow up appointments. Id. at 103. | started in World of Wellpath are not functional nor accurate as of yet.<br>• Data and statistics are necessary for operational decisions to be made and for self-audits to be effective in understanding where there are any barriers to access, timeliness and quality of care. |
| --- | --- | --- | --- |
| 44 | Dental Quality Assurance | Wellpath's Implementation Plan requires "[a]ll monitoring and audit findings" to be "reported to the Quality Management Committee at its quarterly meetings." Dkt. 532 at 9.<br><br>The Dental CAP further requires that "Daily, weekly and monthly data is to be included in the Dental Subcommittee meeting and taken from the dental excel spreadsheet and CorEMR to be reviewed, discussed and provided to the dental monthly subcommittee meeting minutes and given to the Quality Assurance (QA) meeting." Ex. 49 (Dental CAP) at 8. | **Partial Compliance**<br>•Dental Subcommittee minutes, statistics and CQI PowerPoints will be submitted to the QA meeting beginning in April 2024.<br>• Although not completed within this audit period, I am maintaining the grade of Partial Compliance as many items are in progress and I have every hope of seeing this area continue to improve.<br>•The CQI internal audits are in progress, and they are actively working on this through the Dental Subcommittee and will have it in the near future. Dental CQI for various quality improvement processes are in progress and will be sent to the QA committee in this next quarter.<br>•The QA has been meeting routinely now. The Implementation Specialist is in charge of the QA. There is no dental action items listed in the agenda. The QA has not received and therefore have not had any meeting minutes to review in the dental portion of the QA meeting.<br>•Dental is using the CQI in the dental monthly subcommittee for intake, 14 days and dental sick calls and are |

| | | | noting deficiencies and improvements. They are updating the CQI questions as compliance is achieved with some of the initial parameters.<br>•Dental will submit the results of the CQIs, Dental Subcommittee meeting minutes and statistics to the QA meeting starting in April 2024. |
|---|---|---|---|

## Deficiencies & Recommendations – From the Dental Audit Tool, CCR and CAP

*Note that several of the deficiencies are the same as in previous audit tour reports and are included here with the same or similar language, until the deficiencies are rectified. See the Risk Elimination / Corrective Action Plan (CAP) section for additional information. New deficiencies will be listed in order of chronological age at the next dental audit tour #12.

**See the deficiencies and recommendations in the Excel Dental Audit Tool Results tab attached to this report. The items below are the issues which continue to bring down compliance.

## Access to Care

**Deficiency:** Dental staff has failed to use a certified language interpreter, as identified in CorEMR with "interpreter needed", to ensure patient understanding occurs during their dental related visits. Of the 770 incarcerated patients between July 1st, 2023, through March 31st, 2024, who required "interpreter needed" services, 56 of the 770 or 7.3% of the patients were seen for a dental triage and/or dental treatment appointment. Language may be a barrier to access to dental care.
**Recommendation:** Identify when the patient requires an interpreter. Use the certified language line service or a certified interpreter on site. Note the interpreter's certificate number in the clinical notes. Perform an internal audit to identify any barriers to access to dental care and document the results in the Dental Subcommittee meeting minutes.

**Deficiency:** The County's and Wellpath's oral care policy is not complete yet. It does not include how patients, including indigent patients, with dentures are issued denture adhesive. Or how indigent incarcerated persons are to request floss loops. Through the Intake screening, only patients partial dentures are identified, the "full denture" option on the intake form is missing, and there is no list or report available in CorEMR to identify which patients have full and/or partial dentures, and who can receive denture adhesive. The policy also does not have language to state that the oral hygiene care supplies, e.g., toothpaste and the denture adhesive, will always be ordered with the ADA Seal of Acceptance.

**Recommendation:** Write and have an approved policies and procedures document and a local operating protocol for both Dental and the County regarding oral hygiene care supplies. Include that products will always be ordered with the ADA Seal of Acceptance for consistently available quality products to the incarcerated person at MCJ. Include how denture adhesive will be dispensed to incarcerated person with partial or full dentures, indigent or not. Also include how indigent patients can request correctionally approved floss loops when eligible.

**Deficiency:** The nurses are routinely unsuccessful in identifying and subsequently scheduling urgent/emergent and routine dental conditions during intake, sick call, and the 14-day exam and assigning the priority level necessary within the CorEMR task to refer the patients within the timeliness of care.
**Recommendation:** Train nursing staff in identifying, assigning and scheduling urgent/emergent and routine priority dental level conditions at Intake, Sick Call, 14-Day Exam and also from physician referrals to dental.

**Deficiency:**
1. The general consent form has not been updated to consent for medications and local anesthetic as well as for prosthodontic (denture) and occlusal adjustments.
2. The general, periodontal, root canal and surgical informed consent forms have not been amended, updated include consent and RBAC for medications.
3. There is no available, established or approved form for the removal of orthodontic braces, brackets and wires, nor for implant failures.
4. Write the tooth and surfaces on the restorative consent form. You can consolidate the temporary and permanent consent forms by including these options within one form. Schedule a patient for a follow up appointment if the patient was placed a temporary filling.

**Recommendation:** Update and complete the informed consent forms with RBACs for the discussion between patient and dentist, witnessed by the dental assistant. Have the orthodontic removal consent form implemented (all approved by the forms committee), and provide documented training and use consistently, as directed by the CDO in the dental clinic. Performing a procedure on an incarcerated person without a documented, completed, accurate, reviewed and signed informed consent form, can become a liability for MCJ and Wellpath.

**Deficiency:** The 14-Day Exam/Health Appraisal dental screening as mandated by the Implementation Plan was halted in September 2023. Please have Nursing screen the dental patients during the Health Appraisal, using the dental screening form and refer and schedule the incarcerated patients according to their priority level.
**Recommendation:** For those I/Ps who are still at the Jail and who did not receive a dental evaluation during this period, please schedule I/Ps to receive the evaluation as soon as possible. Look in each I/P's mouth, regardless of their pain status and answer the questions listed in the 14-Day portion of Wellpath's Implementation Plan on p. 98.

**Deficiency:** Failure to scan the inmate request for a dental sick call into CorEMR. Failure of nursing to see the patient who submitted a request for dental care within one day of the request.

**Recommendation:** Scan incarcerated person requests for dental care into the Document section of CorEMR. Make sure the patient's request has been address within one day per Wellpath's Implementation Plan. *"All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist."* (Wellpath IP, page 101).

**Deficiency:** Dental does not have a reportable method for referrals to dental from intake, sick call, 14-day exam, physician and POC in CorEMR, although the reporting is in the works. CAP #51. Referrals to outside specialists, from dental, do not have a priority classification code in CorEMR but are tracked through ERMA. Please include the timeframe compliance in the Monterey Compliance Report for referrals to the outside specialist. CAP #31-35.

**Recommendation:** Track referrals to and from dental; make it reportable in CorEMR using the dental levels from intake, sick call, 14-day exam, physician and POC; and add a priority classification code as is done with the dental priority codes from dental to measure compliance. Once the report is available use it to make sure all patients are seen within timeframes. Track referrals who were sent to the ER to make sure they are seen back in dental during the next dental clinic day.

**Deficiency:** Evaluate and refer patients to Dental when indicated from Chronic Care with these chronic care issues (HIV, Diabetes, Seizures, Pregnancy, and patients on 4 or more psychiatric medications and/or with serious mental illness/SMI). CorEMR IT to place a referral section within the form. Track the referrals from chronic care to dental so patients are seen within timeframe. CAP #101.

**Recommendation:** Refer I/Ps to dental with these chronic care issues when indicated by the physician (HIV, Diabetes, Seizures, Pregnancy, and patients on 4 or more psychiatric medications and/or with serious mental illness/SMI) during the initial 7 day chronic care appointment or during the follow up chronic care appointment when indicated. Screen the patients in dental and schedule these I/Ps for a comprehensive dental examination within 90 days of the referral to dental.

**Deficiency:** The Periodontal Disease Program has been implemented per the IP and the CAP. Create a local operating protocol to address the access and timeliness of care for patients requesting this program.

**Recommendation:** Create policies and procedures and protocols. Make periodontal treatment part of comprehensive dental care protocol.

**Deficiency:** The intake form has not been updated in CorEMR to reflect yes or no answers to address the Intake and 14-Day Exam dental questions.

**Recommendation:** Remove this barrier to access to dental care by updating the intake and the 14-Day Exam forms within CorEMR. Identify the correct dental level classification, determine if the referrals from intake are scheduled within timeframe and, if rescheduled, assure the I/Ps are seen within timeframe as well.

**Deficiency:** Annual comprehensive dental examinations are now being completed when a patient requests it at their one year of incarceration. Please provide supervisory chart audits on the results of the comprehensive exam treatment plans, making sure that diagnosis and treatment are accounted for and that any medical consults occur.
**Recommendation:** Perform the monthly supervisory chart audit on the PRN Dentist to establish consistent diagnosis and treatment planning with an assigned DPC for each line of treatment.

## Timeliness of Care

**Deficiency:** Nursing has consistently failed to triage an incarcerated person's dental requests within 24 hours of the request for a sick call.
**Recommendation:** All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. (Wellpath IP, p. 101)

**Deficiency:** The timeliness of care reports for all referrals to dental from Intake, Sick Call, 14-Day Exam, Physician visit and Physician on Call have not been completed by CorEMR. The report on compliance parameters has not been completed per the Dental CAP.
**Recommendation:** Update CorEMR to report timeliness of care compliance for Dental Level referrals from nursing to dental, to also include if the patients are seen within timeframe.

**Deficiency:** The timeliness of care report for all DPC compliance parameters has not been completed per the CAP #51.
**Recommendation:** Update CorEMR, per the dental CAP, to report timeliness of care compliance for every priority classification in the dropdown menu of the Dental Priority Code (DPC) system.

**Deficiency:** Cancelled by Staff appointments were over 15% this audit period, reaching 20% in March 2024. Please address why so many patient's appointments are being cancelled identify any barriers to dental care. Address the backlog of rescheduled patients who are still at MCJ and provide dental care within timeframe.
**Recommendation:** Minimize reschedules and cancelled by staff appointments, see the patients as scheduled and state in the clinical notes the reason the dental appointment was rescheduled or cancelled by staff.

---

**Deficiency:** Using "Open Appointment" in CorEMR to reschedule a patient prevents a visible audit trail for the patients scheduled in the dental clinic.
**Recommendation:** When a patient is not seen as scheduled, identify why the patient wasn't seen, then reschedule the patient to the next opening within timeframe. This will create an audit trail. Minimize reschedules when possible and see the patients within DL and DPC timeframes.

---

**Deficiency:** Lack of completed Nurse Sick Call appointments. Lack of an audit trail in CorEMR to visualize the timeliness of care for patients requesting dental care.
**Recommendation:** Complete Nurse Sick Calls and schedule the Dental Sick Call per the assigned Priority level and schedule with Dental accordingly.

---

## Quality of Care

---

**Deficiency:** The periodontal and exam frequency is not occurring following a comprehensive dental examination and periodontal treatment. Periodontal recall, periodontal re-evaluation and periodontal maintenance frequency of recall following periodontal treatment is not prescribed nor marked on the treatment form during the comprehensive dental examination.
**Recommendation:** Establish a system of recall such that periodontal treatment they receive includes the ability for the patients to receive a periodontal re-evaluation, periodontal recall and periodontal maintenance on a schedule prescribed by the Dentist, in conjunction with their periodontal exam, comprehensive care and individualized treatment received during their stay at MCJ.

---

**Deficiency:** Although improved, some radiographs are not of diagnostic quality.
**Recommendation:** Obtain open contacts and radiographic apex of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization. Refer to an outside provider or specialist when a panoramic x-ray is necessary, as this type of x-ray is not available On-site.

---

**Deficiency:** Dentist is routinely failing to chart existing restorations during the comprehensive dental examination.
**Recommendation:** To prevent harm to the patient, chart existing restorations in blue and problems, decay, pathology in red. Obtain the proper diagnosis and thus the proposed dental treatment. Dr. ▮▮▮▮ to provide training in charting.

---

**Deficiency:** All pathology visible in a radiograph is not consistently identified, documented and treatment planned in the chart and/or the information shared with the patient. CAP #46.
**Recommendation:** During the episodic and the comprehensive dental examinations, all pathology in a radiograph is to be charted, documented, and discussed with the patient.
**Note:** Advise the patient that he/she can fill out a sick call to request the additional dental care needs found in the radiograph. Plan for another appointment or advise the patient if

they can have this additional diagnosis and treatment done within that same appointment. Having an actively documented odontogram for each patient or a digital charting system is valuable in charting current and past dental history and pathology.

**Deficiency:** There are scanning inconsistencies with documents and x-rays, especially incarcerated requests for dental sick calls are not being scanned in a timely manner or at all within the documentation section in CorEMR.

**Recommendation:** Scan all documents and x-rays in a timely manner within CorEMR, preferably within 24 hours. Organize these in such a way that the documents are stored and available in consistent categories to minimize long searches for documents within CorEMR. Provide an accurate description of the scanned item to facilitate identifying the document.

**Deficiency:** The Dentist does not consistently take and chart blood pressures in the clinical record. The Dentist does not always review the medical history, allergies, medications and lab results and not doing so could endanger the patient's life.

**Recommendation:** Take the patient's blood pressure; review medical history, allergies, and lab results with the patient at every visit; chart any changes, updating the problem list when appropriate; and refer to medical for a consultation when indicated.

**Deficiency:** Internal documented audits for all aspects of dental care have not been completed and submitted to the Dental Subcommittee meeting and reflected in the minutes since September 2023.

**Recommendation:** Perform internal documented chart audits for all aspects of dental care and submit the results to the monthly Dental Subcommittee meeting for inclusion and discussion.

## Infection Control & Regulatory Compliance

*All dental services will be provided in a safe and sanitary environment.* (Wellpath IP, p. 98)

**Deficiency:** D.1.30 - There is a tub with a locking lid that is used to store the unsterilized instruments. The tub must state that it is in the "dirty" area and have a biohazard sticker on the lid and tub. The tub has been left on the counter overnight instead of in a locked cabinet within the dental clinic.

**Recommendation:** Store the tub with the locking lid in a locked cabinet overnight, especially as they have incarcerated person(s) cleaning the dental clinic after hours. Any unsterilized instruments must be stated and accounted for in the tool control log. Include the tool control log, form and practices, including who to contact if there is a lost instrument/dental tool, within the site specific LOP.

**Deficiency:** D.1.40 – Per Custody the evacuation plan cannot be posted in the dental clinic or kept in a binder where it can or could be seen. Potential threat to safety and security of the

facility. Staff is trained as to where the emergency routes are. Custody has declined to allow them to post the plan in the clinic or store it in the binder as it could be seen by incarcerated persons, thereby endangering the safety and security of the facility. The facility does have regular drills to keep staff aware of evacuation routes and emergency exits.

**Recommendation:** Keep training records for a period of three years showing when drills are performed to show that staff has been trained in the evacuation procedures.

**Deficiency:** D.1.52 - Sterile water was recalled by the vendor and is not available for purchase. Dental staff was using Peridex for irrigation. Please discontinue the use of Peridex for invasive oral surgical procedures as it is not sterile, and it has a high alcohol content which can be drying to the bone.

**Recommendation:** Utilize sterile saline and sterilized monojet syringes instead from Medical until the supply chain issue is resolved.

**Deficiency:** D.1.57 - A control badge is being used as the area monitoring. Please discontinue this practice and order a separate control and separate area monitoring badge.
This affects the result of the individual badge results. "The control badge should be kept in a low background location at your facility, never in the room where your source of radiation is located. Also, as the control badge is used in the calculation of dose, it should never be worn or re-assigned."

**Recommendation:** Order the appropriate dosimetry badges. Perform one full year of radiation monitoring to begin anew when both a control badge is placed in a draw in the administrative portion of the clinic (DA or Dentist desk) and an area monitoring badge is placed no more than 6 feet from the source of the beam. Include dosimetry monitoring protocols, including those for pregnant staff, in the site specific radiation safety LOP.

**Deficiency:** D.1.63 - One box of expired (9/2023) needles were found and immediately disposed of.

**Recommendation:** Recommend more frequent checks of the material's expiration dates. Include this metric in internal self-audits for the dental clinic and report the results and any training in the Dental Subcommittee meeting minutes.

**Deficiency:** D.1.66 - Biological monitoring, spore testing, was performed and mailed weekly from MCJ for both sterilizers and all the results from July 1st, 2023, through March 31st, 2024 passed and were negative for growth. However, the 3/25/24 spore test results for both sterilizers were received and processed on 04/09/2024, which is 15 days of mainly "critical" instruments being utilized on patients while waiting for the results. If an overnight carrier is utilized to send the spore test, rather than the mail, then a maximum of 3 days is a better timeline than 15 days of recalling instruments if there is a confirmed breach.

**Recommendation:** The current logs are the printouts from the sterilization biological monitoring company. I suggest you update your logs to include the following: Per the CDC, they recommend the following log keeping protocols, "For each sterilization cycle, record the type of sterilizer and cycle used; the load identification number; the load contents; the exposure parameters (e.g., time and temperature); the operator's name or initials; and the results of mechanical, chemical, and biological monitoring."
https://www.cdc.gov/oral health/infection control/FAQs/monitoring. Html
https://www.cdc.gov/oral health/infection control/pdf/safe-care2.pdf

**Deficiency:** D.1.78, D.1.81, D.1.83 - The IIPP binder is specific to the medical area but does not appear to have an exposure control plan specific to dental.
**Recommendation:** Review this link for additional information and complete the site specific LOP for dental. https://www.ada.org/-/media/project/ada-organization/ada/ada-org/files/publications/guidelines-for-practice-success/gps-regulatory/exposure_control_plan.pdf?rev=e2702a78c47d4c69aeaba9d896f78e7f&hash=9E4378C9314B033F0BC0D3039878C3BE

## Dental Program Management / Self-Governance

**Deficiency:** There is an improvement is this area. Continue to create and standardize the local operating protocols based on the Implementation Plan, Settlement Agreement, and community standards. CAP #114. P&Ps and LOPs are foundational to an established, systematic, efficient, transparent, consistent, standardized and functioning dental program.
**Recommendation:** Wellpath and MCJ to formulate and approve localized dental P&Ps and LOPs, train staff upon these consistently and document the training accordingly. (Settlement Agreement ¶ 10). Continue improvements with completing the draft LOPs and link to the global policies and procedures.

**Deficiency:** Nurse marked dental appointment complete without the patient being seen by the Dentist. This can cause harm to the patient if the patient does not receive dental care.
**Recommendation:** Completing a dental appointment is only for the Dentist to complete. Documented training is necessary for this to be remediated.

**Deficiency:** On at least one occasion, a patient was treatment planned and determined to require treatment, was given a DPC, but the treatment was never scheduled.
**Recommendation:** There must be a system in place to catch the error if a treatment is prescribed but is not scheduled. Create or purchase a system where patients receive their mandated dental treatment as prescribed in a timely manner and no patients are lost in the system.

**Deficiency:** There is no active clinical dental record system for charting episodic and comprehensive dental care.
**Recommendation:** The system of chart audits and peer review put into place only catches errors after the fact. An electronic dental records system (EDRS) contains safeguards that can prevent continuing errors from happening. See CAP #60, 62, 63. Seeing the dental x-rays adjacent to the clinical odontogram assists in visualizing the complete clinical field. I continue to recommend the purchase and implementation of an electronic dental record system (EDRS) which can integrate digital x-rays into the clinical record and where the diagnosis and treatment plan is visible on an odontogram and actively charted to the patient's individualized clinical situation. Strong search functions are also available in an EDRS to schedule patients per their DPC. An EDRS also can be programmed to have drop-down menus

that limit available diagnoses to only those options that correspond with the objective findings entered.

At a minimum, institute a clinical dental charting system for episodic dental care. Comprehensive dental care is currently charted on a clinical form, scanned into CorEMR and then rescanned with every change. Currently a task is created to schedule for every treatment planned item. At a minimum, use this clinical form with an odontogram to chart the diagnosis and treatment plan for current and future episodic clinical dental care, individualized for each patient.

**Deficiency:** CorEMR has not been programmed to have reports easily available in order to search for compliance. Currently some reports are available through the Forms Question Report, but this requires several steps and not all parameters are available in this type of reporting.

**Recommendation:** Update CorEMR to provide reports for compliance on every level. For dental program information to be evaluated for compliance and self-auditing, it should be fully accessible, easily searchable and fully transparent. Course corrections can be made when data and statistics can be viewed, decided, and acted upon easily and effortlessly. Although CorEMR at MCJ does not provide these reports at this time, there are many reports currently in the process of being written into CorEMR. Please make these reports available and easily accessible as soon as possible.

**Deficiency:** Monthly Dental Subcommittee minutes are not given to this monitor in a timely manner however the monthly Dental Subcommittee is occurring monthly.

**Recommendation:** Please provide the minutes of the monthly Dental Subcommittee meeting to this monitor in a timely manner for review within a week of the meeting and attach the data and PowerPoints presented in the meeting. The minutes of the previous meeting and the agenda of the future meeting are to be made available to this monitor as well. I request to be present via zoom or phone to the monthly Dental Subcommittee. Complete the invitations to the required personnel necessary to have a full Dental Subcommittee meeting. Present the minutes of the Dental Subcommittee to the QA meeting.

**Deficiency:** There is minimal or a lack of meaningful information in the dental portion of the QA minutes.

**Recommendation:** Improve the content and meaningful dental information within QA meeting minutes. Include the PowerPoint presentations for this monitor. Include the Dental Subcommittee meeting minutes into the QA meeting. Establish a dental Quality Improvement Team (QIT), with ongoing studies conducted to improve the quality and quantity of dental care at MCJ. Develop key performance indicators. Use the peer review, dental subcommittee, and quality assurance functions to assess the conditions of the dental program. Perform internal audits to highlight court mandates, achieve the standard of care and increase the health of the dental program. Put systems in place for self-governance.

> **Deficiency:** CAP #112. Perform another Staffing Analysis and timed Workflow Analysis when the Periodontal Disease Program and the Comprehensive Dental Examinations have occurred for at least six months.
>
> **Recommendation:** Conduct a thorough Staffing Analysis and Workflow Analysis with someone experienced in this process and who has dental knowledge. Consider the increased dental demand expected by the increased compliance with the IP. Adjust the staffing (including hiring) if/as necessary, including hiring the Hygienist position as recommended in the IP. Include the new dental staff into the Wellpath Staffing plan so this is ratified in the new contract with MCJ.

## Dental Class Case Reviews

Please see the attached Excel file containing the content, deficiencies, comments, recommendations and summaries for the Class Case Reviews requested by the Plaintiffs. Many of the deficiencies found in the various sections of this audit are also found in the Class Case Reviews. Please use these to formulate solutions to any barriers to access to care, timeliness of dental care and quality of care. Use self-governance to improve the deficiencies listed throughout this report.

> **Deficiency:** Requested amendments to the patient's charts, found in the Dental Audit Tool database, and within the Class Case reviews during the last audit tour and not all been amended. Requesting that all the issues found due to charting errors are amended in the patient's chart for this audit tour period. Failure to properly document can cause patient harm. Identify these issues in the Dental Subcommittee meeting minutes.
>
> **Recommendation:** Please locate and amend any identified charting errors within the Class Case Reviews and Dental Audit Tool Database.

## Priorities/Phasing

Although there are several deficiencies to rectify, I propose focusing on the following while still keeping up all the other requirements:

1. Continue to build on your Infection Control and Regulatory Compliance successes.
2. Nurse training is essential for Dental's success.
   a. Intake:
   b. Create and use a LOP for training on what is truly an urgent/emergent condition vs a routine condition at Intake and train on assigning the right priority level into CorEMR.
   c. Update CorEMR for the following:

      i.  Have the priority level become a drop down menu. Let it be an answerable box and not default to a priority 1. Just doing this will bring the timeliness of care compliance scores much higher.

      ii.  Also have CorEMR fix the denture section so that when a patient presents at intake full denture is added, and the nurses can quickly note on the form if it's a maxillary and/or mandibular denture, full or partial.

          1.  Make the patients who have full or partial dentures discoverable in the Forms Question Report.

3. Train the nurses to schedule within the timeframe of the priority level. Schedule next dental day for priority 1 conditions and within 14 days for priority 2 conditions.

      i.  Use the referral form at Intake and check when a dental referral is indicated. Check the form when referring a patient to dental. Do not create a separate task for a dental referral as this will duplicate the work. Do not, not check, the form to create a separate task. Use the form and indicate the appropriate referral status, urgent/emergent or routine.

      ii.  If Dental cannot see the patient as scheduled, do not convert the appointment into an open appointment. This loses the audit trail. Reschedule the patient so you can have a trail to examine when reviewing any barriers to access and the timeliness of dental care.

4. Coordinate with Medical's Health Appraisal appointment to include the dental portion with that exam.

      i.  Update the 14 Day Exam to be merged so the dental portion is included:

      ii.  The Medical portion of the Health Appraisal is not done consistently within the 14 days, at least during this audit period. Therefore, coordinating the dental portion of this exam will be where the challenge will occur. The dental portion of the 14-Day Exam uses Initial Health History and Physical Dental Screening form.

  b.  Update CorEMR for the following regarding the 14-Day Exam:

      i.  The Initial Health History and Physical Dental Screening has a place for a dental referral, but it does not automatically create a task. Please update the form so that a task is created when the box is checked.

      ii.  Have CorEMR make the priority a drop down menu when using the task so that a priority 1 or 2 must be chosen, rather than defaulting to a priority 1.

      iii.  Make the answers yes or no, since the form is often not filled out, but a referral is indicated.

      iv.  The Initial Health History and Physical the nurses use for medical also has a dental referral box and I believe that this one has an automatic task created when a dental referral is made. The problem arises when the patient is seen on the same day with medical, thence requiring a discussion so multiple tasks are not created.

          1.  Please discuss the flow of the form with at a minimum Medical, DON, HSA and the Implementation Specialist. Sometimes it helps to

visualize this issue, so let's set up a zoom so we can look at CorEMR together to share awareness and understanding of the problem.

5. Work on all aspects of the Quality of Dental Care.
   a. Update the Informed Consent Forms
      i. Be mindful to fill out the forms completely so the patient understands what procedures are being performed and has the opportunity to ask questions before proceeding. Use effective communication so patient understands and is able to explain what will be done using their own words.
   b. Update the Annual Exam form
   c. Update the Health History form
   d. Review the Health History form and within CorEMR. Also review allergies, medications and lab work, documenting this in the clinical notes.
   e. Take and record the blood pressure and document this within the clinical notes.
   f. List the objective findings. Provide a pulpal diagnosis. Provide a periodontal diagnosis when indicated. List the diagnosis in the Assessment portion of the clinical notes. List the treatment plan and the DPC.
      i. Modify CorEMR with a DPC drop down menu, so it is not confusing anyone with the priority levels of 1 and 2 from the nurses.
   g. See the section for Quality of Care in the Dental Audit Tool for the remaining findings and recommendations
6. See the patients for their Comprehensive Dental Examinations including the Periodontal examination.
7. Have monthly Dental Subcommittee meetings and distribute the meeting minutes in a timely manner.

## Post-Implementation Monitoring, Self-Monitoring and Self-Governance

*Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Implementation Plan. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8)*

The same issues causing non-compliance found within this report were found in previous report(s). The same deficiencies identified in the Dental Audit Tool were in the last report except for the improvements in the section on infection control. More nuanced findings of the deficiencies and recommendations are found in the Dental Audit Tool.

Self-assessment, self-auditing and self-monitoring takes time and resources. These are all necessary functions needed for self-governance to occur. Performing quality internal and external audits, committing to transparency through data collection and using key outcome measures to analyze and solve clinical deficiencies and inefficiencies are essential to

improvement. Using the monthly Dental Subcommittee as a platform for discussion and action is a means to track progress.

"If you can't measure it, you can't improve it".[31]  Data and statistics identifying any breakdowns in the dental system are still not able to be fully and accurately coalesced into a functional report within CorEMR. CorEMR has not been successfully updated to produce the compliance report as dictated in the Dental CAP. For this audit tour, many of the CAP items necessary to audit timeliness of care were not updated by CorEMR. Therefore, as significant time has elapsed and no forward motion has occurred in this area, those items relating to CorEMR's system upgrade for timeliness of care were marked as non-compliant (NC).

Without the Dental Subcommittee providing quality information to the Quality Assurance (QA) committee, no continuous improvement to MCJ's dental department can occur as easily without their feedback and accountability. There was one Dental Subcommittee meeting in March, and one QA meeting in April 2023. I was informed, however, that the monthly Dental Subcommittee meetings will begin occurring starting in July 2023 to address dental-related issues within a structured environment.

## Risk Elimination / Corrective Action Plan (CAP)

The CAP requirements and its implementation and progress toward compliance are tracked in the enclosed Dental CAP spreadsheet.

*Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame.* (Wellpath IP, p. 8)

For Custody, there is a 30.8% improvement towards compliance of their 13 CAP items, #1-12 and #49. Huge gains were accomplished with the update and release of the 06/28/23 version of their Incarcerated Person Orientation Manual both printed and digitally available in English and in Spanish. Nine (9) are "Complete" and the remaining four (4) CAP items are in "Progress".

For Wellpath, there was a 12.4% improvement towards compliance of their 108 CAP items in April 2024 as compared to June 2023. Ninety (90) CAP items are in "Progress", one (1) has "no plan", four (4) have a "plan" and thirteen (13) are "Complete".

Please see the charted CAP progress below, including the self-assessment from MCJ and Wellpath, followed by this Monitor's report respectively.

---

[31] Peter Drucker quote

### MCJ Custody Self-Assessment Report (13)

| Implementation Specialist Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 |
|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 0 | 0 | 0 | 0 | 0 |
| Plan | have developed a plan | 10 | 0 | 0 | 0 | 1 |
| Progress | have started to implement the plan | 3 | 13 | 12 | 3 | 2 |
| Complete | achieved the goal of the CAP item | 0 | 0 | 1 | 10 | 10 |



### Court Monitor Report - MCJ Custody (13)

| Court Monitor Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 |
|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 0 | 0 | 0 | 0 | 0 |
| Plan | have developed a plan | 11 | 2 | 0 | 0 | 0 |
| Progress | have started to implement the plan | 2 | 11 | 12 | 12 | 4 |
| Complete | achieved the goal of the CAP item | 0 | 0 | 1 | 1 | 9 |



### Wellpath Self-Assessment Report (108)

| Implementation Specialist Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 |
|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 0 | 1 | 0 | 0 | 0 |
| Plan | have developed a plan | 3 | 2 | 1 | 4 | 1 |
| Progress | have started to implement the plan | 101 | 102 | 92 | 72 | 55 |
| Complete | achieved the goal of the CAP item | 4 | 3 | 15 | 32 | 52 |



### Court Monitor Report - Wellpath (108)

| Court Monitor Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 |
|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 5 | 20 | 6 | 1 | 0 |
| Plan | have developed a plan | 13 | 12 | 5 | 4 | 1 |
| Progress | have started to implement the plan | 87 | 74 | 95 | 90 | 70 |
| Complete | achieved the goal of the CAP item | 3 | 2 | 2 | 13 | 37 |



## Conclusion and Closing Comments

My method of assessing for compliance as a neutral dental court monitor, includes a review of "systems" created by the facility to establish care mandated by the Implementation Plan, Settlement Agreement, County, State, Federal guidelines and the dental standard of care.

Evaluating their systems of care encompasses the review of their global Policies and Procedures (P&P) and Local Operating Protocols (LOP) including workflows; completed, reviewed, approved and updated yearly by the facility.

Utilizing these P&Ps and LOPs as modules to educate and guide staff in effectively performing the mandated care is the cornerstone of a robust, successful and continuing training program, capable of providing documented training and feedback for improvement. Implementing systems of care are central and foundational to MCJ's ability to self-monitor, self-audit and self-govern without oversight once court-appointed monitoring is completed.

Chart audits are a necessary part of evaluating staff's ability to perform the mandated care within the established systems. Chart audits are instrumental in observing specific areas within the various systems which may require further improvements and subsequent training. They can also validate and substantiate the facility's framework for self-governance when assessing for access, timeliness, quality of care, a safe and sanitary clinical environment and effective dental management.

The monthly Dental Subcommittee meeting minutes, including the review of viable statistics, is the location to collaborate, identify, document, solve and drive changes for continuous quality improvement (CQI). Using key performance measures, assessed by internal chart audits, review of systems, CQIs are part of the methodology for self-governance. When these minutes become inclusive of the Quality Assurance program it is another method of accountability for a successful, sustainable, transparent, durable, long-term dental care program.

If there is one area and system to focus on this upcoming quarter, which has affected access and timeliness of dental care, is the incarcerated person's requests for dental services. These requests for pain and/or other dental problems are not consistently seen by nursing within one day of the request (Wellpath IP, p. 101), nor are they subsequently always referred to dental within the mandated timeframe. I understand a nurse training session will occur at the end of May, and I look forward to seeing the steps they will have taken to continue to improve this system of care moving forward.

MCJ and Wellpath must allocate the resources (Settlement Agreement ¶ 10) to create a culture which emphasizes overall access, timeliness, quality dental care and self-governance, achieved by measuring and continuously improving their dental care program and practices. Coordination between nursing, medical, mental health and dental professionals, is essential in establishing further substantial compliance in these areas.

## Appendix 1 - Logistics for MCJ/Wellpath Dental Department

### Dental/Priority Levels and Dental Priority Code - Overview

Dental uses *two* main tracking systems for scheduling incarcerated persons (I/Ps) according to their emergency, urgent/emergent and routine dental needs:

- **Dental Level (DL) / Priority 1 and 2**
  - Provided by the Nurses (RN), Nurse Practitioners (NP), Physician Assistants (PA) and Physicians.
- **Dental Priority Code (DPC) / Priority 1 through 5**
  - Provided by the Dentist.
- The **DL** and **DPC** are used for monitoring compliance in the Access to Care, Timeliness of Care and Quality of Dental Care sections of the Dental Audit Tool, respectively.

### Dental Levels (DL) / Priority 1 and 2

- A Priority level in CorEMR, also known as a Dental Level (DL), is assigned by a non-dentist when an incarcerated person (I/P):
  - Is referred from Intake, 14-Day Exam, or Sick Call by an RN, NP, PA, or Physician.
  - Is referred from a Physician visit, Physician led Chronic Care exam or a Physician on Call
  - Requests dental care through the dental sick call system, either via the tablet or by writing their request on paper.
    - These patients who submit a request for dental care must be seen, screened and assigned a Priority Level/Dental Level 1 or 2 depending on the severity of their symptoms, **within one day of the request for dental care.**
    - *All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to <u>be seen within one day of the request</u>. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist.* <u>(Wellpath IP, p. 101)</u>.
- The DL classification is used to assess the severity of a patient's dental problem(s). <u>(Wellpath IP, p. 98-99, 101)</u>:
- The Priority Dental Level classification of DL1 or DL2 is then used to refer the patient to the dental clinic within the prescribed timeframe listed below.
  - **Emergency –** Scheduled the same day with the dentist. If the dentist is not on site, then the patient is sent to the medical provider or sent to a higher level of care.[32]
  - **Priority 1** – **Urgent/Emergent problem(s)** – **formally DL 1** – Scheduled for the next dental day.[33]

---

[32] <u>Wellpath IP, p. 98-99, X1, A.1.a</u>
[33] <u>Wellpath IP, p. 99, X1, A.1.b</u>

- o **Priority 2** –**Routine/Non-Urgent problem(s)** – **formally DL 2** – Scheduled within 14 calendar days.[34]

### Dental Priority Code (DPC) / Priority 1-5

- The DPC is assigned by the Dentist for each dental treatment planned item, for both Episodic & Comprehensive Dental Care (Wellpath IP, p. 100-103).
- It is the system utilized for identifying the severity of a patient's dental problem(s) at the dental triage/diagnosis appointment and assigned as the timeframe in which the diagnosed dental treatment is to be performed.[35]
- The potential error(s) occur if the dentist does not enter the DPC correctly for each patient's individualized dental treatment planned item. The default is a 1 in CorEMR's Priority Code drop-down menu (same day treatment), which then affects compliance and compliance monitoring.
- Note that the same drop down priority classification codes in CorEMR are used by the RNs for the DL assignment (Priority 1 and 2) and the DPC, assigned by the Dentist (Priority 1 through 5). This can create some confusion when identifying timelines, so awareness is key.

| NEW CorEMR DPC Priority Code | DPC Timeframe | DPC Treatment Plan |
|---|---|---|
| 1 | Emergency Care – Treated immediately Emergent Care – Seen today | Incarcerated patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention. |
| 2 | Urgent Care – Treatment within 1 calendar day/24 hours | Incarcerated patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living. |
| 3 | Treatment within 30 calendar days | Incarcerated patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention. |
| 4 | Treatment within 60 calendar days | Incarcerated patients requiring early treatment for any unusual hard or soft tissue pathology. |
| 5 | Treatment within 120 calendar days | Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). |

---

[34] Although "Routine Referrals" in CorEMR is scheduled for 5+ days, the patient is seen within 14 calendar days.
[35] Additional definition: "To ensure that all patients have equal access to dental services based upon the occurrence of disease, significant malfunction, or injury and medical necessity." https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art3.5.3.pdf

## Statistical Parameters for Assessment of Compliance

**Grading parameters:**

Substantial Compliance (SC) = 86% - 100%

Partial Compliance (PC) = 75% - 85%

Non-Compliance (NC) = 74% and below

**For grading purposes:**

SC = a grade/weight of "1" is given on the audit tool when all parameters of the audit question has been fully and completely answered.

PC = a grade/weight of "0.5" is given on the audit tool when one or more areas of the audit tool question is not fully answered.

NC = a grade/weight of 0 is given on the audit tool when the question is not answered or not clinically favorable.

**Abbreviations:**

NM = Items not measured/not evaluated by Wellpath/MCJ

NE = Items not evaluated by Monitor

DF = Deferred findings by Monitor

**Weight of each question:**

- Other than the spore test and the incarcerated person[36] requests, all questions carry equal weight at this time and a total is given following each of the graded sections. A grand total compiling all the data is found in the Summary Results section of the Dental Audit Tool attachment.

- If a spore test is not performed during a week in which the dental clinic was open, then it constitutes an overall failure for the entire Infection Control and Regulatory Compliance section. Patient safety and the prevention of infectious diseases (e.g., HIV, Hepatitis B, Hepatitis C) is paramount in a dental clinical setting. (Wellpath IP, p. 98)

- Incarcerated person requests for dental services and the mandated timeline of that screening currently carries equal weight however please note that this area may be weighted more stringently in the future if the nurses do not see and triage incarcerated person requests for dental care (e.g., pain, toothache, swelling, etc.) within the IP timeline.

    - *All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN **to be seen within one day of the request**.* (Wellpath IP, p. 101)

- An overall compliance score has been determined by averaging the scores. <u>Averaging does not consider individual incidents that are problematic and therefore averaging could still be a risk to patient health.</u>

---

[36] Previously named "inmate requests".