LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF JAMIE SILVEIRA**<br><br>Judge: Hon. Beth Labson Freeman |

I, Jamie Silveira, declare as follows:

1. I am the Implementation Specialist at the Monterey County Jail for Wellpath and have been in this position full-time since June of 2023.

2. Prior to this, I was the Health Services Administrator at Fresno County Jail. I served in that capacity for approximately 2 years. Before that, I served in various positions over the past 3 years as a Registered Nurse both within and outside of the correctional setting.

3. In my current capacity, I am responsible for helping the Monterey County Jail staff come into compliance with the mandates of the Hernandez litigation. I am very familiar with the CorEMR health record system. In my role, I regularly produce various health records and other records regarding health services at the Monterey County Jail.

-1-
DECLARATION OF JAMIE SILVEIRA

4. In early August 2024, I was asked to produce patients lists from CorEMR, for each indicator identified in the September 25, 2023 Hernandez Order. Specifically, I pulled patients who were in the system as of March 25, 2024, at the conclusion of the purge period contemplated in the September 2023 Hernandez orders.

5. Because every health care encounter likely did not occur on a single day, I pulled information from a two-week timespan between March 25, 2024 and April 5, 2024 to capture patients who either should have gone through or actually went through each health care encounter contemplated in the September 2023 Hernandez Orders.

6. I pulled and produced the following lists with the following date ranges to satisfy this direction:

   a. Ex. 1 - 3 - Sick Call Excel (CFMG-46; Rafinski-46)

   b. Ex. 2 - 6 Month -Annual Physical Exam - SCHEDULED - 3.25.24 to 4.5.24(CFMG-4)(Rafinski-4)

   c. Ex. 3 - 6-Month-Annual Physical Task Report - 3.25.24 to 4.5.24 (CFMG-5)(Rafinski-5)

   d. Ex. 4 - Medical - Outside Care - ERMA Report - Off-Site Appointments March- April 2024 (CFMG-10)(Rafinski-10)

   e. Ex. 5 - Medical - Outside Care- CorEMR Report- Offsite Appts - 3-25-24 - 4-5-24 (CFMG-11)(Rafinski-11)

   f. Ex. 9 - 9. Communicable Disease- CorMER Report - Task - PPD Read - 3-25-24 - 4-5-24 (CFMG-16)(Rafinski-16)

   g. Ex. 10 - 14-Day Health Assessment - SCHEDULED - 3.25.24 to 4.5.24 (CFMG-6)(Rafinski-6)

   h. Ex. 11 - 14-Day Health Assessments - Completed - 3.25.24 to 4.5.24 (CFMG-7)(Rafinski-7)

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

i. Ex. 12 - Chronic Care Forms Report - 5 to 7 Days Requirement - 3.25.24 to 4.5.24 (CFMG-2)(Rafinski-2)

j. Ex. 13 - Chronic Care Forms Report - Every 90 Days - 3.25.24 to 4.5.24 (CFMG-3)(Rafinski-3)

k. Ex. 14 - Receiving Screening and Exception Forms 3.25.24 to 4.5.24 (CFMG-1)(Rafinski-1)

l. Ex. 15 - Withdrawal Forms Report - 3.25.24 ONLY (CFMG-12)(Rafinski-12)

m. Ex. 16 - Withdrawal Forms Report - 3.25.24 to 4.5.24 (CFMG-13)(Rafinski-13)

n. Ex. 46 - First Quarterly QA Meeting - March 2024 (Meagher-212-237)

o. Ex. 47 - March MAC Monterey 2024 (Meagher-238-262)_Redacted

7. I did not exclude any patients or otherwise prescreen any list. Instead, I produced all patients who satisfied the queries to the litigation counsel.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on

Date: August 16, 2024 at Fresno, CA / 4:46 PM PDT.

By:  /s/ _____
Signed by: Jamie Silveria
01136CE8E10A4EE...
Jamie Silveria, Declarant

-3-
DECLARATION OF JAMIE SILVEIRA