LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF NICOLE TAYLOR**<br><br>Judge: Hon. Beth Labson Freeman |

I, Nicole Taylor, declare as follows:

1. I am a Vice President for Mental Health working for Wellpath and have been in this position since May of 2022. A portion of my time is dedicated to supporting operations at the Monterey County Jail.

2. Prior to this, I was the Regional Mental Health Director for the West x Southwest region. I served in that capacity beginning July of 2021. Before that, I served in various positions over the prior 15 years as a Psychologist and Regional Mental Health Director.

3. In my current capacity, I am responsible for helping the Monterey County Jail staff come into compliance with the mandates of the Hernandez litigation. I am very familiar with the

-1-
DECLARATION OF NICOLE TAYLOR

CorEMR health record system. In my role, I regularly produce various health records and other records regarding health services at the Monterey County Jail.

4. In early August 2024, I was asked to produce mental health patient lists from CorEMR, for each indicator identified in the September 25, 2023 Hernandez Order. Specifically, I pulled mental health patients who were in the system as of March 25, 2024, at the conclusion of the purge period contemplated in the September 2023 Hernandez orders.

5. Because every health care encounter contemplated by the September 2023 Orders likely would not occur on March 25, 2024 at the end of the purge period, I pulled information for patients who either should have or did receive care within a two-week timespan between March 25, 2024 and April 8, 2024. This included data from just prior to March 25, 2024 and just after April 8, 2024 to ensure we were able to capture mental health encounters and new tasks which occurred during the review period.

6. I pulled and produced the following lists with the following date ranges to satisfy this direction:

    a. Ex. 17 - Acute Care (#17) (CFMG-36)(Rafinski-36)

    b. Ex. 23 - Chronic Care (#16) and Psychiatry FU (#19) (CFMG-35)(Rafinski-35)

    c. Ex. 24 - Chronic Care (#16) and Psychiatry FU (#19) (CFMG-38)(Rafinski-38)

    d. Ex. 25 - IMOs Between 3.25 and 4.8 (CFMG-41)(Rafinski-41)

    e. Ex. 26 - Initial MH Screening (#12) (CFMG-32)(Rafinski-32)

    f. Ex. 27 - Outpatient Services (#18) (CFMG-37)(Rafinski-37)

    g. Ex. 28 - Suicide Risk Assess and Safety (#24) (CFMG-43)(Rafinski-43)

    h. Ex. 29 - Tx Planning (#15) and Med Record (#25) (CFMG-34)(Rafinski-34)

    i. Ex. 30 - Tx Planning (#15) and Med Record (#25) (CFMG-44)(Rafinski-44)

    j. Ex. 55 - MH Subcommittee Meeting 3.26.24 - CQI (Waxler-257-258)_Redacted

DECLARATION OF NICOLE TAYLOR

*Gordon Rees Scully Mansukhani, LLP*
*315 Pacific Avenue*
*San Francisco, CA 94111*

1   7.      I did not exclude any patients or otherwise prescreen any list.  Instead, I produced all

2   patients who satisfied the queries to the litigation counsel.

3           I declare under penalty of perjury under the laws of the United States of America

4   and the State of California that the foregoing is true and correct, and that this declaration is

5   executed on

6

7

8   Date: __August 16, 2024 | 4:40 PM PDT__ at __08/16/2024_____.

9

10                                      By: __Nicole Taylor_____
                                             E230C36CC33B4C1...
11                                          Nicole Taylor, Declarant

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-3-
DECLARATION OF NICOLE TAYLOR