LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF PAULETTE TORRES COLLAZO**<br><br>Judge: Hon. Beth Labson Freeman |

I, Paulette Torres Collazo, declare as follows:

1. I am an Operations Specialist working for Wellpath and have been in this position since July 2022. A portion of my time is dedicated to support operations at the Monterey County Jail.

2. Prior to this, I was the Interim Health Services Administrator at the Monterey County Jail. I served in that capacity for 6 months. I am also a member of the United States Armed Forces, serving in the California Army National Guard.

3. In my current capacity, I am supporting the Dental Team in Monterey County Jail come into compliance with the mandates of the Hernandez litigation. I am very familiar with the CorEMR health record system. In my role, I regularly produce various health records and other records regarding health services at the Monterey County Jail.

-1-
DECLARATION OF PAULETTE TORRES COLLAZO

4. In early August 2024, I was asked to produce patients lists from CorEMR, for each indicator identified in the September 25, 2023 Hernandez Order. Specifically, I pulled patients who were in the system as of March 25, 2024, at the conclusion of the purge period contemplated in the September 2023 Hernandez orders.

5. Because every health care encounter likely did not occur on a single day, I pulled information from a two-week timespan between March 25, 2024 and April 8, 2024 to capture patients who either should have gone through or actually went through each health care encounter contemplated in the September 2023 Hernandez Orders.

6. I pulled and produced the following lists with the following date ranges to satisfy this direction:

   a. Ex. 31 - 29. Dental - Dental Intake Screening- Referral to Dental - 3-25-24 - 4-5-24 (CFMG-17)(Rafinski-17)

   b. Ex. 32 - 30. Dental - Initial Health Inventory- Dental Form - 3-25-24 - 4-5-24 (CFMG-18)(Rafinski-18)

   c. Ex. 33 - 30. Dental - Initial Health Inventory- Medical Form - 3-5-24 - 4-5-24 (CFMG-19)(Rafinski-19)

   d. Ex. 34 - 32. Dental - Treatment for Urgent and Emergent Conditions - CorEMR Report - Dental Sick Call Level 1- 3-25-24 - 4-5-24 (CFMG-20)(Rafinski-20)

   e. Ex. 35 - 33. Dental- Dental Sick Call - CorEMR Report- Nurse Sick Call- Completed- 3-25-24 - 4-5-24 (CFMG-21)(Rafinski-21)

   f. Ex. 36 - 33. Dental- Dental Sick Call - CorEMR Report- Nurse Sick Call- Refused- Cancelled- Open- 3-25-24 - 4-5-24 (CFMG-22)(Rafinski-22)

   g. Ex. 37 - 36. Dental- Restorative - CorEMR Report- Dental Treatment- Completed- 3-25-24 - 4-5-24 (CFMG-24)(Rafinski-24)

    h.   Ex. 38 - 37. Dental- Extractions- ERMA Report - Off-Site Appt. 3-25-24 - 4-5-24 (CFMG-25)(Rafinski-25)

    i.   Ex. 39 - 38. Dental- Specialty Care Referrals- ERMA Report - Off-Site Appt. 3-25-24 - 4-5-24 (CFMG-26)(Rafinski-26)

    j.   Ex. 40 - 40. Dental- Periodontics - CorEMR Report - Dental Periodontal Program- 3-24-24 - 4-5-24 (CFMG-28)(Rafinski-28)

    k.   Ex. 41 - 43. Dental- Monterey Dental Priority Compliance Report - 3-25-24 - 4-5-24 (CFMG-30)(Rafinski-30)

    l.   Ex. 7 - Communicable Disease - CorEMR Report - Forms - PPD Read - 3-25-24 - 4-5-24 (CFMG-14)(Rafinski-14)

    m.   Ex. 8 - Communicable Disease- CorEMR- STD & MRSA testing - 3-25-24 - 4-5-24 (CFMG-15)(Rafinski-15)

    n.   Ex. 49 - 3- March CQIs & Improvement Plans- Subcommittee Meeting 3-27-24 (Rosenberg-257-281)

    o.   Ex. 50 - 4- April CQIs & Improvement Plans- Subcommittee Meeting 4-29-24 (Rosenberg-282-304)

7.   I did not exclude any patients or otherwise prescreen any list. Instead, I produced all patients who satisfied the queries to the litigation counsel.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on

Date: _August 16, 2024 | 5:20 PM PDT_ at _San Diego, California_____.

                                                             By:   *Paulette Torres Collazo*
                                                                      Paulette Torres Collazo, Declarant

*Gordon Rees Scully Mansukhani, LLP*
*315 Pacific Avenue*
*San Francisco, CA 94111*