LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, | CASE NO.  5:13-cv-02354-BLF |
| Plaintiffs, | **DECLARATION OF CAPTAIN REBECCA SMITH REGARDING MONTEREY COUNTY JAIL STATISTICS** |
| vs. | |
| COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20, | Judge: Hon. Beth Labson Freeman |
| Defendants. | |

I, Captain Rebecca Smith, declare as follows:

1. I am the Jail Captain at the Monterey County Jail and have been in this position since February 2024.

2. Prior to this most recent position, I have served in various positions over the past 22 years as a Deputy, Facility Training Officer, Sergeant, and Commander with the Monterey County Jail.

3. In my current capacity, I am responsible for day-to-day operations in the jail and work closely with my California Forensic Medical Group (CFMG) partners in this regard.

4. Since the September 2023 Court Orders, the Monterey County Jail increased the allocated and dedicated escort deputies who help support the access to care at the jail.

-1-
DECLARATION OF CAPTAIN REBECCA SMITH

5. As of July 24, 2023, there were three (3) deputies, each working 12-hour day shifts, seven (7) days a week, and one deputy working a 12-hour overnight shift, seven (7) days a week. On July 24, 2023, another deputy was added to work an 8-hour day shift, five (5) days a week (Monday through Friday).

6. On or about January 30, 2024, another deputy was added, working a 12-hour day shift, seven (7) days a week. The staff are allocated to CFMG and provide services at the direction of CFMG.

7. In August, 2024, I was asked to provide statistical data as follows:

   a. ADP

   b. # of average arrestees per month in the last 12 months

   c. Average length of stay for all inmates in the last 12 months

   d. % of incarcerated persons released within 48 hours after initial arrest

   e. % of incarcerated persons released within 7 days after initial arrest

   f. % of incarcerated persons released within 14 days after initial arrest

   g. % of incarcerated persons released within 30 days after initial arrest

   h. % of incarcerated persons released within 180 days after initial arrest

   i. % of incarcerated persons released within 365 days after initial arrest

   j. MCSO booking report (per day) from 3/25/24 to 4/5/24

   k. MCSO booking report for 3/11/24

   l. Those housed in ad seg on 3/11/24

   m. Those who were housed in ad seg for each day between 3/25/24 and 4/5/24

   n. List of incarcerated persons who were at the 6-month mark of admission into the facility on 3/25/24

   o. List of incarcerated persons who were at the 1-year of admission mark on 3/25/24

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

    p. List of incarcerated persons released from the jail between 3/25/24 and 4/5/24 (daily list)

    q. List of incarcerated persons in intake sobering cells on between 3/25/24 and 4/8/24

8. I personally ran queries through our TracNet jail management system to pull data related to requests a through c, and requests j though q.

9. For requests d through i, I requested a data pull from our contractor TracNet, which can pull reports from data and information entered into TracNet.

10. A true and correct copy of the information is attached here as Exhibits 6, 18 – 22, 42, 43, and 44.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on August 16, 2024 | 3:39 PM PDT _____ at Salinas, Monterey County, California.

By: *Rebecca Smith*
Rebecca Smith, Declarant

---

-3-
DECLARATION OF CAPTAIN REBECCA SMITH