1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone: (415) 875-4126
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.
8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS**<br><br>**Current Hearing Date:**<br>**Current Hearing Time:**<br>**Department: Courtroom 1**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838, CFMG hereby respectfully submits additional exhibits in support of its Show Cause Response Regarding Imposition of Sanctions. [Dkt. No. 905].

In accordance with this Court's prior order, Dkt. No. 802, incarcerated persons' names, dates of birth, and booking numbers, and the names and email addresses of health care staff employed by CFMG, who are directly involved in providing or supervising patient care at the jail have been redacted.

-1-

| | |
|---|---|
| Dated: August 16, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/ Allison J. Becker*<br>Lindsey M. Romano<br>Allison J. Becker, (pro hac vice)<br>Elizabeth B. McGowan (pro hac vice)<br>Attorneys for Defendant CFMG. |