The following Table contains randomized Booking IDs for **Medical** Stratified Category Groups. Based on the provided N samples (total possible records in the time range), I randomly selected 40 Booking IDs for each group (n). The expectation is to audit at least 30 records from each group. Only "Yes" and "No" responses will count toward the 30 for EACH audit question (hence 40 are provided in case there are NA values). Auditing more than 30 is encouraged as well for stronger statistical reliability. For groups that contain less than 30 Yes/No's, ALL charts should be reviewed and a subjective decision must be made on the compliance of the audit question. There is little statistical reliability for groups with less than 30 records, so the compliance decision must be subjective for those questions.

The randomization tool used was Excel. For a given group N, we apply the RAND() formula against each record. RAND() will produce a decimal value between 0 and 1 randomly (for example: 0.41143561). If RAND <= 40 / N for a group (40 being the desired n), then we select the record for review. Below are the resulting records randomly selected for review.

| Section | Count | Booking ID | Randomly Selected |
|---|---|---|---|
| Medical Intake | 1 | | Randomly Selected |
| Medical Intake | 2 | | Randomly Selected |
| Medical Intake | 3 | | Randomly Selected |
| Medical Intake | 4 | | Randomly Selected |
| Medical Intake | 5 | | Randomly Selected |
| Medical Intake | 6 | | Randomly Selected |
| Medical Intake | 7 | | Randomly Selected |
| Medical Intake | 8 | | Randomly Selected |
| Medical Intake | 9 | | Randomly Selected |
| Medical Intake | 10 | | Randomly Selected |
| Medical Intake | 11 | | Randomly Selected |
| Medical Intake | 12 | | Randomly Selected |
| Medical Intake | 13 | | Randomly Selected |
| Medical Intake | 14 | | Randomly Selected |
| Medical Intake | 15 | | Randomly Selected |
| Medical Intake | 16 | | Randomly Selected |
| Medical Intake | 17 | | Randomly Selected |
| Medical Intake | 18 | | Randomly Selected |
| Medical Intake | 19 | | Randomly Selected |
| Medical Intake | 20 | | Randomly Selected |
| Medical Intake | 21 | | Randomly Selected |
| Medical Intake | 22 | | Randomly Selected |
| Medical Intake | 23 | | Randomly Selected |
| Medical Intake | 24 | | Randomly Selected |
| Medical Intake | 25 | | Randomly Selected |
| Medical Intake | 26 | | Randomly Selected |
| Medical Intake | 27 | | Randomly Selected |
| Medical Intake | 28 | | Randomly Selected |
| Medical Intake | 29 | | Randomly Selected |
| Medical Intake | 30 | | Randomly Selected |
| Medical Intake | 31 | | Randomly Selected |
| Medical Intake | 32 | | Randomly Selected |
| Medical Intake | 33 | | Randomly Selected |
| Medical Intake | 34 | | Randomly Selected |
| Medical Intake | 35 | | Randomly Selected |
| Medical Intake | 36 | | Randomly Selected |
| Medical Intake | 37 | | Randomly Selected |
| Medical Intake | 38 | | Randomly Selected |
| Medical Intake | 39 | | Randomly Selected |
| Medical Intake | 40 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Medical Intake | 41 | | Randomly Selected |
| Chronic Care (Day 5-7) | 1 | | Randomly Selected |
| Chronic Care (Day 5-7) | 2 | | Randomly Selected |
| Chronic Care (Day 5-7) | 3 | | Randomly Selected |
| Chronic Care (Day 5-7) | 4 | | Randomly Selected |
| Chronic Care (Day 5-7) | 5 | | Randomly Selected |
| Chronic Care (Day 5-7) | 6 | | Randomly Selected |
| Chronic Care (Day 5-7) | 7 | | Randomly Selected |
| Chronic Care (Day 5-7) | 8 | | Randomly Selected |
| Chronic Care (Day 5-7) | 9 | | Randomly Selected |
| Chronic Care (Day 5-7) | 10 | | Randomly Selected |
| Chronic Care (Day 5-7) | 11 | | Randomly Selected |
| Chronic Care (Day 5-7) | 12 | | Randomly Selected |
| Chronic Care (Day 5-7) | 13 | | Randomly Selected |
| Chronic Care (Day 5-7) | 14 | | Randomly Selected |
| Chronic Care (Day 5-7) | 15 | | Randomly Selected |
| Chronic Care (Day 5-7) | 16 | | Randomly Selected |
| Chronic Care (Day 5-7) | 17 | | Randomly Selected |
| Chronic Care (90 Days) | 1 | | Randomly Selected |
| Chronic Care (90 Days) | 2 | | Randomly Selected |
| Chronic Care (90 Days) | 3 | | Randomly Selected |
| Chronic Care (90 Days) | 4 | | Randomly Selected |
| Chronic Care (90 Days) | 5 | | Randomly Selected |
| Chronic Care (90 Days) | 6 | | Randomly Selected |
| Chronic Care (90 Days) | 7 | | Randomly Selected |
| Chronic Care (90 Days) | 8 | | Randomly Selected |
| Chronic Care (90 Days) | 9 | | Randomly Selected |
| Chronic Care (90 Days) | 10 | | Randomly Selected |
| Chronic Care (90 Days) | 11 | | Randomly Selected |
| Chronic Care (90 Days) | 12 | | Randomly Selected |
| Chronic Care (90 Days) | 13 | | Randomly Selected |
| Chronic Care (90 Days) | 14 | | Randomly Selected |
| Chronic Care (90 Days) | 15 | | Randomly Selected |
| Chronic Care (90 Days) | 16 | | Randomly Selected |
| Chronic Care (90 Days) | 17 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 1 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 2 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 3 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 4 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 5 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 6 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Healthcare Maintenance (6-Month) | 7 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 8 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 9 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 10 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 11 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 12 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 13 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 14 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 15 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 16 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 17 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 18 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 19 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 20 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 21 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 22 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 23 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 24 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 25 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 26 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 27 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 28 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 29 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 30 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 31 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 32 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 33 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 34 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 35 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 36 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 37 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 38 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 39 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 40 | | Randomly Selected |
| Healthcare Maintenance (6-Month) | 41 | | Randomly Selected |
| Healthcare Maintenance (14-Day) | 1 | | Randomly Selected |
| Healthcare Maintenance (14-Day) | 2 | | Randomly Selected |
| Healthcare Maintenance (14-Day) | 3 | | Randomly Selected |
| Healthcare Maintenance (14-Day) | 4 | | Randomly Selected |
| Healthcare Maintenance (14-Day) | 5 | | Randomly Selected |
| Healthcare Maintenance (14-Day) | 6 | | Randomly Selected |

| | | |
|---|---|---|
| Healthcare Maintenance (14-Day) | 7 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 8 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 9 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 10 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 11 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 12 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 13 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 14 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 15 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 16 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 17 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 18 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 19 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 20 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 21 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 22 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 23 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 24 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 25 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 26 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 27 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 28 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 29 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 30 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 31 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 32 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 33 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 34 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 35 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 36 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 37 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 38 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 39 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 40 | Randomly Selected |
| Healthcare Maintenance (14-Day) | 41 | Randomly Selected |
| Continuity of Care (After Release) | 1 | Randomly Selected |
| Continuity of Care (After Release) | 2 | Randomly Selected |
| Continuity of Care (After Release) | 3 | Randomly Selected |
| Continuity of Care (After Release) | 4 | Randomly Selected |
| Continuity of Care (After Release) | 5 | Randomly Selected |
| Continuity of Care (After Release) | 6 | Randomly Selected |

| | | | |
|---|---|---|---|
| Continuity of Care (After Release) | 7 | | Randomly Selected |
| Continuity of Care (After Release) | 8 | | Randomly Selected |
| Continuity of Care (After Release) | 9 | | Randomly Selected |
| Continuity of Care (After Release) | 10 | | Randomly Selected |
| Continuity of Care (After Release) | 11 | | Randomly Selected |
| Continuity of Care (After Release) | 12 | | Randomly Selected |
| Continuity of Care (After Release) | 13 | | Randomly Selected |
| Continuity of Care (After Release) | 14 | | Randomly Selected |
| Continuity of Care (After Release) | 15 | | Randomly Selected |
| Continuity of Care (After Release) | 16 | | Randomly Selected |
| Continuity of Care (After Release) | 17 | | Randomly Selected |
| Continuity of Care (After Release) | 18 | | Randomly Selected |
| Continuity of Care (After Release) | 19 | | Randomly Selected |
| Continuity of Care (After Release) | 20 | | Randomly Selected |
| Continuity of Care (After Release) | 21 | | Randomly Selected |
| Continuity of Care (After Release) | 22 | | Randomly Selected |
| Continuity of Care (After Release) | 23 | | Randomly Selected |
| Continuity of Care (After Release) | 24 | | Randomly Selected |
| Continuity of Care (After Release) | 25 | | Randomly Selected |
| Continuity of Care (After Release) | 26 | | Randomly Selected |
| Continuity of Care (After Release) | 27 | | Randomly Selected |
| Continuity of Care (After Release) | 28 | | Randomly Selected |
| Continuity of Care (After Release) | 29 | | Randomly Selected |
| Continuity of Care (After Release) | 30 | | Randomly Selected |
| Continuity of Care (After Release) | 31 | | Randomly Selected |
| Continuity of Care (After Release) | 32 | | Randomly Selected |
| Continuity of Care (After Release) | 33 | | Randomly Selected |
| Continuity of Care (After Release) | 34 | | Randomly Selected |
| Continuity of Care (After Release) | 35 | | Randomly Selected |
| Continuity of Care (After Release) | 36 | | Randomly Selected |
| Continuity of Care (After Release) | 37 | | Randomly Selected |
| Continuity of Care (After Release) | 38 | | Randomly Selected |
| Continuity of Care (After Release) | 39 | | Randomly Selected |
| Continuity of Care (After Release) | 40 | | Randomly Selected |
| Outside Care (ERMA) | 1 | | Randomly Selected |
| Outside Care (ERMA) | 2 | | Randomly Selected |
| Outside Care (ERMA) | 3 | | Randomly Selected |
| Outside Care (ERMA) | 4 | | Randomly Selected |
| Outside Care (ERMA) | 5 | | Randomly Selected |
| Outside Care (ERMA) | 6 | | Randomly Selected |
| Outside Care (ERMA) | 7 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Outside Care (ERMA) | 8 | | Randomly Selected |
| Outside Care (ERMA) | 9 | | Randomly Selected |
| Outside Care (ERMA) | 10 | | Randomly Selected |
| Outside Care (ERMA) | 11 | | Randomly Selected |
| Outside Care (ERMA) | 12 | | Randomly Selected |
| Outside Care (ERMA) | 13 | | Randomly Selected |
| Outside Care (ERMA) | 14 | | Randomly Selected |
| Outside Care (ERMA) | 15 | | Randomly Selected |
| Outside Care (ERMA) | 16 | | Randomly Selected |
| Outside Care (ERMA) | 17 | | Randomly Selected |
| Outside Care (ERMA) | 18 | | Randomly Selected |
| Outside Care (ERMA) | 19 | | Randomly Selected |
| Outside Care (ERMA) | 20 | | Randomly Selected |
| Outside Care (ERMA) | 21 | | Randomly Selected |
| Outside Care (ERMA) | 22 | | Randomly Selected |
| Outside Care (ERMA) | 23 | | Randomly Selected |
| Outside Care (ERMA) | 24 | | Randomly Selected |
| Outside Care (ERMA) | 25 | | Randomly Selected |
| Outside Care (ERMA) | 26 | | Randomly Selected |
| Outside Care (ERMA) | 27 | | Randomly Selected |
| Outside Care (ERMA) | 28 | | Randomly Selected |
| Outside Care (ERMA) | 29 | | Randomly Selected |
| Outside Care (ERMA) | 30 | | Randomly Selected |
| Outside Care (ERMA) | 31 | | Randomly Selected |
| Outside Care (ERMA) | 32 | | Randomly Selected |
| Outside Care (ERMA) | 33 | | Randomly Selected |
| Outside Care (ERMA) | 34 | | Randomly Selected |
| Outside Care (ERMA) | 35 | | Randomly Selected |
| Outside Care (ERMA) | 36 | | Randomly Selected |
| Outside Care (ERMA) | 37 | | Randomly Selected |
| Outside Care (ERMA) | 38 | | Randomly Selected |
| Outside Care (ERMA) | 39 | | Randomly Selected |
| Outside Care (ERMA) | 40 | | Randomly Selected |
| Outside Care (ERMA) | 41 | | Randomly Selected |
| Outside Care (CorEMR) | 1 | | Randomly Selected |
| Outside Care (CorEMR) | 2 | | Randomly Selected |
| Outside Care (CorEMR) | 3 | | Randomly Selected |
| Outside Care (CorEMR) | 4 | | Randomly Selected |
| Outside Care (CorEMR) | 5 | | Randomly Selected |
| Outside Care (CorEMR) | 6 | | Randomly Selected |
| Outside Care (CorEMR) | 7 | | Randomly Selected |

Rafinski (A)-06                                    Meagher (A)-07

| | | | |
|---|---|---|---|
| Outside Care (CorEMR) | 8 | | Randomly Selected |
| Outside Care (CorEMR) | 9 | | Randomly Selected |
| Outside Care (CorEMR) | 10 | | Randomly Selected |
| Outside Care (CorEMR) | 11 | | Randomly Selected |
| Outside Care (CorEMR) | 12 | | Randomly Selected |
| Outside Care (CorEMR) | 13 | | Randomly Selected |
| Outside Care (CorEMR) | 14 | | Randomly Selected |
| Outside Care (CorEMR) | 15 | | Randomly Selected |
| Outside Care (CorEMR) | 16 | | Randomly Selected |
| Outside Care (CorEMR) | 17 | | Randomly Selected |
| Outside Care (CorEMR) | 18 | | Randomly Selected |
| Outside Care (CorEMR) | 19 | | Randomly Selected |
| Outside Care (CorEMR) | 20 | | Randomly Selected |
| Treatment of Intoxicated Patients | 1 | | Randomly Selected |
| Treatment of Intoxicated Patients | 2 | | Randomly Selected |
| Treatment of Intoxicated Patients | 3 | | Randomly Selected |
| Treatment of Intoxicated Patients | 4 | | Randomly Selected |
| Treatment of Intoxicated Patients | 5 | | Randomly Selected |
| Treatment of Intoxicated Patients | 6 | | Randomly Selected |
| Treatment of Intoxicated Patients | 7 | | Randomly Selected |
| Treatment of Intoxicated Patients | 8 | | Randomly Selected |
| Treatment of Intoxicated Patients | 9 | | Randomly Selected |
| Treatment of Intoxicated Patients | 10 | | Randomly Selected |
| Treatment of Intoxicated Patients | 11 | | Randomly Selected |
| Treatment of Intoxicated Patients | 12 | | Randomly Selected |
| Treatment of Intoxicated Patients | 13 | | Randomly Selected |
| Treatment of Intoxicated Patients | 14 | | Randomly Selected |
| Treatment of Intoxicated Patients | 15 | | Randomly Selected |
| Treatment of Intoxicated Patients | 16 | | Randomly Selected |
| Treatment of Intoxicated Patients | 17 | | Randomly Selected |
| Treatment of Intoxicated Patients | 18 | | Randomly Selected |
| Treatment of Intoxicated Patients | 19 | | Randomly Selected |
| Treatment of Intoxicated Patients | 20 | | Randomly Selected |
| Treatment of Intoxicated Patients | 21 | | Randomly Selected |
| Treatment of Intoxicated Patients | 22 | | Randomly Selected |
| Treatment of Intoxicated Patients | 23 | | Randomly Selected |
| Treatment of Intoxicated Patients | 24 | | Randomly Selected |
| Treatment of Intoxicated Patients | 25 | | Randomly Selected |
| Treatment of Intoxicated Patients | 26 | | Randomly Selected |
| Treatment of Intoxicated Patients | 27 | | Randomly Selected |
| Treatment of Intoxicated Patients | 28 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Treatment of Intoxicated Patients | 29 | | Randomly Selected |
| Treatment of Intoxicated Patients | 30 | | Randomly Selected |
| Treatment of Intoxicated Patients | 31 | | Randomly Selected |
| Treatment of Intoxicated Patients | 32 | | Randomly Selected |
| Treatment of Intoxicated Patients | 33 | | Randomly Selected |
| Treatment of Intoxicated Patients | 34 | | Randomly Selected |
| Treatment of Intoxicated Patients | 35 | | Randomly Selected |
| Treatment of Intoxicated Patients | 36 | | Randomly Selected |
| Treatment of Intoxicated Patients | 37 | | Randomly Selected |
| Treatment of Intoxicated Patients | 38 | | Randomly Selected |
| Treatment of Intoxicated Patients | 39 | | Randomly Selected |
| Treatment of Intoxicated Patients | 40 | | Randomly Selected |
| Treatment of Intoxicated Patients | 41 | | Randomly Selected |
| Communicable Disease (PPD) | 1 | | Randomly Selected |
| Communicable Disease (PPD) | 2 | | Randomly Selected |
| Communicable Disease (PPD) | 3 | | Randomly Selected |
| Communicable Disease (PPD) | 4 | | Randomly Selected |
| Communicable Disease (PPD) | 5 | | Randomly Selected |
| Communicable Disease (PPD) | 6 | | Randomly Selected |
| Communicable Disease (PPD) | 7 | | Randomly Selected |
| Communicable Disease (PPD) | 8 | | Randomly Selected |
| Communicable Disease (PPD) | 9 | | Randomly Selected |
| Communicable Disease (PPD) | 10 | | Randomly Selected |
| Communicable Disease (PPD) | 11 | | Randomly Selected |
| Communicable Disease (PPD) | 12 | | Randomly Selected |
| Communicable Disease (PPD) | 13 | | Randomly Selected |
| Communicable Disease (PPD) | 14 | | Randomly Selected |
| Communicable Disease (PPD) | 15 | | Randomly Selected |
| Communicable Disease (PPD) | 16 | | Randomly Selected |
| Communicable Disease (PPD) | 17 | | Randomly Selected |
| Communicable Disease (PPD) | 18 | | Randomly Selected |
| Communicable Disease (PPD) | 19 | | Randomly Selected |
| Communicable Disease (PPD) | 20 | | Randomly Selected |
| Communicable Disease (PPD) | 21 | | Randomly Selected |
| Communicable Disease (PPD) | 22 | | Randomly Selected |
| Communicable Disease (PPD) | 23 | | Randomly Selected |
| Communicable Disease (PPD) | 24 | | Randomly Selected |
| Communicable Disease (PPD) | 25 | | Randomly Selected |
| Communicable Disease (PPD) | 26 | | Randomly Selected |
| Communicable Disease (PPD) | 27 | | Randomly Selected |
| Communicable Disease (PPD) | 28 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Communicable Disease (PPD) | 29 | | Randomly Selected |
| Communicable Disease (PPD) | 30 | | Randomly Selected |
| Communicable Disease (PPD) | 31 | | Randomly Selected |
| Communicable Disease (PPD) | 32 | | Randomly Selected |
| Communicable Disease (PPD) | 33 | | Randomly Selected |
| Communicable Disease (PPD) | 34 | | Randomly Selected |
| Communicable Disease (PPD) | 35 | | Randomly Selected |
| Communicable Disease (PPD) | 36 | | Randomly Selected |
| Communicable Disease (PPD) | 37 | | Randomly Selected |
| Communicable Disease (PPD) | 38 | | Randomly Selected |
| Communicable Disease (PPD) | 39 | | Randomly Selected |
| Communicable Disease (PPD) | 40 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 1 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 2 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 3 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 4 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 5 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 6 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 7 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 8 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 9 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 10 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 11 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 12 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 13 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 14 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 15 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 16 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 17 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 18 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 19 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 20 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 21 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 22 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 23 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 24 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 25 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 26 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 27 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 28 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 29 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Communicable Disease (STD-MRSA) | 30 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 31 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 32 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 33 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 34 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 35 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 36 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 37 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 38 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 39 | | Randomly Selected |
| Communicable Disease (STD-MRSA) | 40 | | Randomly Selected |
| Sick Call | 1 | | Randomly Selected |
| Sick Call | 2 | | Randomly Selected |
| Sick Call | 3 | | Randomly Selected |
| Sick Call | 4 | | Randomly Selected |
| Sick Call | 5 | | Randomly Selected |
| Sick Call | 6 | | Randomly Selected |
| Sick Call | 7 | | Randomly Selected |
| Sick Call | 8 | | Randomly Selected |
| Sick Call | 9 | | Randomly Selected |
| Sick Call | 10 | | Randomly Selected |
| Sick Call | 11 | | Randomly Selected |
| Sick Call | 12 | | Randomly Selected |
| Sick Call | 13 | | Randomly Selected |
| Sick Call | 14 | | Randomly Selected |
| Sick Call | 15 | | Randomly Selected |
| Sick Call | 16 | | Randomly Selected |
| Sick Call | 17 | | Randomly Selected |
| Sick Call | 18 | | Randomly Selected |
| Sick Call | 19 | | Randomly Selected |
| Sick Call | 20 | | Randomly Selected |
| Sick Call | 21 | | Randomly Selected |
| Sick Call | 22 | | Randomly Selected |
| Sick Call | 23 | | Randomly Selected |
| Sick Call | 24 | | Randomly Selected |
| Sick Call | 25 | | Randomly Selected |
| Sick Call | 26 | | Randomly Selected |
| Sick Call | 27 | | Randomly Selected |
| Sick Call | 28 | | Randomly Selected |
| Sick Call | 29 | | Randomly Selected |
| Sick Call | 30 | | Randomly Selected |

Rafinski (A)-10     Meagher (A)-11

| Sick Call | 31 | ███ | Randomly Selected |
| Sick Call | 32 | ███ | Randomly Selected |
| Sick Call | 33 | ███ | Randomly Selected |
| Sick Call | 34 | ███ | Randomly Selected |
| Sick Call | 35 | ███ | Randomly Selected |
| Sick Call | 36 | ███ | Randomly Selected |
| Sick Call | 37 | ███ | Randomly Selected |
| Sick Call | 38 | ███ | Randomly Selected |
| Sick Call | 39 | ███ | Randomly Selected |
| Sick Call | 40 | ███ | Randomly Selected |
| Sick Call | 41 | ███ | Randomly Selected |