# Quarterly QA Meeting

Q1 2024 – March 20, 2024





Meagher-212

# <u>Goal Today</u>

1. Review Monitor Reporting for overall Wellpath program
2. Transparent conversation about the process improvements currently in progress.
3. Set goals to be accomplished by next quarter.
4. Ask for feedback to improve the report for the next quarter, as this is the first time the data is being reviewed in this format.



Meagher-213

# <u>Sections</u>



1. Strengths
2. Prioritized Topics of Weakness/Threats to be Address in Q2 2024



Meagher-214



# <u>Strengths</u>



Meagher-215



# **<u>Medical</u>**



Meagher-216

# Strengths – By Specialty

**Medical**

✓ "MCJ is partially compliant with most of the quality indicators identified by the CFMG Implementation Plan." (page 3)

✓ Intake: In-person admission assessment at custody request. Patients are referred to Chronic Care for Substance Use Disorders as reported to medical during the intake process.

✓ Sick Call: Sick call clinics now covered by Virtual Nursing Team to provide consistent clinic; equipment to conduct thorough telehealth visits

✓ Chronic Care: Additional physician coverage for increased access to Chronic Care.

✓ Continuity of Care After Release: Discharge Planner hired and onboarding; "Case reviews show meds and follow up."* (page 8)

**March 2024**

*Barnett, B. (2024). *Monterey County Jail Medical Care Audit – Dec. 14,15,2023 Draft Report.*

Meagher-217

# Strengths – By Specialty

**Medical**

✓ <u>Outside Care:</u> Hired and onboarded a new Offsite Specialty Clerk.  Offsite Patient tracking tool developed to provide further proof of practice for increased access to offsite specialty clinics.* (pages 9, 31)

✓ <u>Communicable Disease:</u>  New site-specific report for positive QuantiFERON test results generated by LabCorp and sent to Monterey admin monthly to double-verify treatment has been received per patient.  Latent TB treatments are occurring in accordance with CDC guidelines. "Blood tests for TB and STD screening are being ordered appropriately…"* (page 9)

**March 2024**

*Barnett, B. (2024). *Monterey County Jail Medical Care Audit – Dec. 14,15,2023 Draft Report.*

Meagher-218

# Strengths – By Specialty

**Medical**

- ✓ <u>Pharmaceutical Administration and Dispensing:</u> "Narcotic logs were kept in accord with the IP and state regulations." * (page 21)
- ✓ <u>Staffing:</u> Staffing analysis completed and written proposal approved. "The Medical Director provides patient care for complicated cases, oversight of physician extenders and nurse practitioners, and administrative tasks."* (page 21)
- ✓ <u>Grievances:</u> Interim Health Services Administrator is now responding to Level 2 grievances; thereby decreasing lapses in response time.* (page 21)
- ✓ Charge RN shift report implemented, Provider Huddles occurring on a regular basis*. (page 30)

**March 2024**

*Barnett, B. (2024). *Monterey County Jail Medical Care Audit – Dec. 14,15,2023 Draft Report.*

Meagher-219



# Mental Health*

*Finalized Report was received on 3/8/24.  The following lists are not comprehensive in this section, and full review will be deferred to Q2 2024.



Meagher-220

# **Strengths – By Specialty**

## **Mental Health – Deferred to Q2 Meeting – Finalized Report Received 3/8/24**



- ✓ <u>Medical Quality Assurance:</u> Monthly and quarterly QA Meetings occur, with proof of practice, reviewing adverse events and hospitalizations*. (page 32)
- ✓ "Professional Nursing Protocols are updated…" (page 10).
- ✓ Weekly Intake audits by the VRN Team.  Daily chart audits with real-time staff corrections are now occurring after the hiring of our new Director of Nursing (DON).
- ✓ Monthly RN meeting established and held.
- ✓ Site-specific CQI studies are in progress and estimated to be completed by the end of March 2024 for further data and proof of practice of process improvement and self-governance.

**March 2024**

*Vess, J. (2024). *Monterey County Jail Mental Health Monitor's Final Report For November 6-8, 2023 Site Visit.*

Meagher-221

# Strengths – By Specialty

**Mental Health – Deferred to Q2 Meeting – Finalized Report Received 3/8/24**

✓ <u>Intake:</u> Documentation of internal auditing at Intake was shared with Dr. Vess, "…which appear[ed] to be well designed to achieve the intended purpose."* (page 7)

✓ <u>Mental Health Screening:</u> "I continue to believe that nurses or licensed psychiatric technicians, with adequate training and supervision, could conduct an initial mental health screening at the time of intake and thereby fulfill this requirement." (page 8)

✓ <u>Mental Health Screening (continued):</u> "The issue that continues to prevent a finding of substantial compliance is the language of the requirement and the language in the Settlement Agreement regarding the definition of a qualified mental health professional."* (page 8)

**March 2024**

*Vess, J. (2024). *Monterey County Jail Mental Health Monitor's Final Report For November 6-8, 2023 Site Visit.*



Meagher-222

# <u>Strengths – By Specialty</u>

**Mental Health – Deferred to Q2 Meeting – Finalized Report Received 3/8/24**

✓ <u>Mental Health Sick Call:</u> "Sick calls are still typically reviewed, triaged, and initially scheduled as required." * (page 10)
✓ <u>Chronic Care:</u> "staff at MCJ frequently send inmates out to NMC for crisis evaluation and stabilization, or when the inmate has reached a triggering threshold for transfer such as 24 hours in a safety cell."* (page 12)
✓ <u>Chronic Care (continued):</u> Psychiatry notes were more complete, standardized forms for Psychiatric progress notes and AIMS testing have been entered into CorEMR and used more frequently.* (page 12)

**March 2024**

*Vess, J. (2024). *Monterey County Jail Mental Health Monitor's Final Report For November 6-8, 2023 Site Visit.*



Meagher-223



# <u>Dental</u>



Meagher-224

# <u>Strengths – By Specialty</u>

**Dental**



- ✓ "There have been paradigm shifts and improvements in multiple areas of the delivery of care at MCJ." * (page 10)
- ✓ Per Dr. Winthrop, the Dental Team achieved Substantial Compliance in the area of Infection Control. (page 10)
- ✓ Dental training for new employees now occurs at new hire orientation by the site's full-time Dentist. (pages 24, 27, 34)
- ✓ Chronic care referrals to dental will be conducted by physicians during the patient's initial medical chronic care appointment, when indicated. * (page 15)

**March 2024**

*Winthrop, V. (2023). *Dental Audit Tour Monterey County Jail (MCJ) and Wellpath On Site Audit Review: June 27-28, 2023 Draft Report #10.*

Meagher-225

# Strengths – By Specialty



**Dental**

✓ Self-Governance has been established and documented through the creation of site-specific Continuous Quality Improvement (CQI) Studies, weekly dental strategy meetings, and monthly Dental Subcommittee meetings. * (page 4, 34)
✓ Additional Dental hours have been approved along with the hiring of an additional Dentist and Dental Assistant.
✓ Training conducted regarding Timeliness of Care, the Dental Priority System, Annual Dental Exams, Periodontal Disease program, and Chronic Care considerations. (page 34)
✓ "…the grievance process has improved significantly."* (page 14)

**March 2024**

*Winthrop, V. (2023). *Dental Audit Tour Monterey County Jail (MCJ) and Wellpath On Site Audit Review: June 27-28, 2023 Draft Report #10.*

Meagher-226

# <u>Strengths – By Specialty</u>

**Dental**

- ✓ Staffing analysis for the Dental team has been conducted internally. (page 26)
- ✓ Consent forms are routinely used and entered into the EMR. (page 27)
- ✓ Dentists have been trained to document objective findings within their notes (page 30)
- ✓ Internal documented audits for all aspects of dental care are now being completed and submitted to the Dental Subcommittee Meetings. (page 31, 34)
- ✓ Man-Down/Mass Disaster Drills have begun to occur specifically with the Dental team (page 32)
- ✓ Spore tests are performed every Monday and stored in the clinic's binder. *page 32)

**March 2024**

*Winthrop, V. (2023). *Dental Audit Tour Monterey County Jail (MCJ) and Wellpath On Site Audit Review: June 27-28, 2023 Draft Report #10.*



Meagher-227

# <u>Strengths – By Specialty</u>

**Dental**



✓ Fit testing for the Dental team to be conducted this week. (page 33)
✓ Nursing staff educated on not completing a Dental-specific sick call; only the Dental team may complete. (page 33)
✓ Dental staff have been invited to attend QA meetings, and the CDO is typically present during those meetings to speak on behalf of the Dental Team in Monterey. (page 35)
✓ Continued commitment towards implementation and compliance of the Dental Corrective Action Plan. (page 39)

**March 2024**

*Winthrop, V. (2023). *Dental Audit Tour Monterey County Jail (MCJ) and Wellpath On Site Audit Review: June 27-28, 2023 Draft Report #10.*

Meagher-228



# ADA*

*Several improvements and recommendations are concerning policy updates, and therefore may not be repeated in this presentation.



Meagher-229

# Strengths – By Specialty

## ADA

✓ Wellpath does have policies concerning ADA care, opportunities, and assistance available for patients with special needs.

✓ ADA Training for all staff has been conducted, with training "refreshers" planned for this quarter.

✓ The Sick Call List (SCL) has been more accurate regarding hearing impaired patients. (page 7)

✓ There is a procurement contract in place to access sign language interpreters (SLIs), and staff were aware of how to access those services should they need them; especially at intake. (page 8)

✓ Vests are available and intake nursing staff were aware on the requirements for issuance. (page 9)

**March 2024**

*McDonald, T. (2024). Hernandez et al. v. County of Monterey; CFMG CV 13-2354 BLF ADA Programmatic Monitoring Report Seventh Monitoring Report – Third by Terri McDonald.*

Meagher-230

# Strengths – By Specialty

## ADA

- ✓ No patients interviewed stated they had difficulty completing sick call slips. (page 11)
- ✓ ADA and Man Down/Mass Disaster Training was conducted December 2023.  The training included specific information regarding effective communication, resulting in increased documentation in the EMR during encounters. (page 65)
- ✓ Wellpath policy has been updated to reflect requirements for prompting for completion of ADLs as well as clarifying Wellpath's responsibility to assist with ADLs. (page 38)
- ✓ Interim Health Services Administrator is now responding to Level 2 grievances; thereby decreasing lapses in response time for ADA Grievances. (page 59)
- ✓ Transfer chair is now available and an additional one has been ordered for the Intake area. (page 77)

**March 2024**



*McDonald, T. (2024). Hernandez et al. v. County of Monterey; CFMG CV 13-2354 BLF ADA Programmatic Monitoring Report Seventh Monitoring Report – Third by Terri McDonald.*

# Prioritized Topics of Weaknesses/Threats to be Addressed in Q2 2024



# Priority Topics – By Specialty

## Medical



☐ Update monthly Medical Subcommittee Meetings to include scheduled trainings and plan for correction to be held for the next month; focusing on lab draws and 14-Day Health Assessments.

☐ Create a written plan and daily review of lab draws along with 1:1 lab draw training conducted by the DON.

☐ With support from the RDON and Implementation Specialist, the DON will create a schedule of staff trainings to address topics and recommendations from Dr. Barnett's reports (e.g. withdrawal, documentation for sick call, man-down documentation, patients at discharge)

☐ Site-specific CQI studies to be finalized and completed monthly; backdating first studies to cover Q1 of 2024.

☐ Continue Process Improvement Meetings each Friday with front-line team members.

☐ Continue weekly audits of intake by the VRN team, with HSA to create corrective actions for process improvement and DON to conduct performance management among front-line team.

**March 2024**

Meagher-233

# <u>Priority Topics – By Specialty</u>

**Mental Health and Psychiatry**



- ❑ Standardize and refine Mental Health Auditing Tool to include methodology
- ❑ Begin weekly/bi-weekly mental health team meetings
- ❑ Begin internal Interdisciplinary Team Meetings
- ❑ Continue to attempt to schedule a meeting with NMC's Mental Health facility program directors to identify barriers and opportunities that may be preventing our patients access to higher levels of care
- ❑ Continue recruitment efforts for key Mental Health positions, including Licensed Psychiatric Technicians (LPTs)
- ❑ Encourage attorney-to-attorney discussions regarding verbiage surrounding "Qualified Mental Health Professionals" completing Mental Health Screenings

**March 2024**

Meagher-234

# Priority Topics – By Specialty

## Dental

- ❑ Continue weekly strategy meetings
- ❑ Continue monthly Dental Subcommittee Meetings
- ❑ Continu to refine and standardize the Dental CQI studies
- ❑ Continue to pursue further clarification and opportunities for a fair auditing system that is based in objective findings and recommendations rather than personal perspectives



**March 2024**

Meagher-235

# Priority Topics – By Specialty

## ADA



- Policy review and comparison of edits from previous versions to provide proof of improvements and recommendations that have been made.
- Recommended policy updates with required verbiage.
- Consistent bi-weekly meetings to be scheduled and held to update the joint corrective action plan in real time.
- Consistent DME auditing and review to provide our custody partners
- Further staff training on site-specific processes (e.g. hearing aid battery replacements, DME distribution, etc.)
- Create a plan to facilitate self-governance over ADA topics including the use of SLI and identification of patients in need of ADA services at intake
- MTO audit and further education moving forward with intentions of individual accountability after training.
- Continue consistent and engaging attendance in weekly MDT meetings

**March 2024**

Meagher-236



# Thank you for your time!



Meagher-237