

# Monterey County MAC
# March 13, 2024

Meagher-238

# Agenda



Introductions

Committee Review

Statistical Review

Medical

Mental Health

Pharmacy

Dental

Medical Updates

Monterey County Sheriff's Office

Meagher-239



# Introductions

# Committee Oversight



| Implementation Plan Oversight<br>Hector Ruiz, RDO | | | |
|---|---|---|---|
| | **Medical** | **Mental Health** | **Dental** |
| Domain Lead | Dwayne Evans<br>Interim HSA | ███████████<br>Mental Health Supervisor | Paulette Torres<br>Operations Specialist |
| Back Up | ███████████<br>Gina Olson RDON | Dr. Josephine Shaar | Jamie Silveira RN |
| Grievances | Brandy Lafferty RN | Brandy Lafferty RN | Brandy Lafferty RN |
| Communication | Jamie Silveira RN | Jamie Silveira RN | Jamie Silveira RN |
| Resources | Dr. Vaid, Heather Barry, Dr. Rhodes, Tausha Mitchell, Tinisha Branch | Dr. Shaar, Dr. Nicole Taylor, Dr. Dalmasy | Dr. Donald Taylor, Tausha Mitchell, Tinisha Branch |

Meagher-241



# Jail Statistics

Meagher-242

# MONTHLY ADP AND BOOKINGS





Meagher-243

# Mortality Review



- 2023 Mortality Review to be scheduled in the month of March.



# Medical

Meagher-245

# Nursing Encounters





**■ Nursing Encounters**

Meagher-246

# Provider Sick Call & Chart Reviews





Meagher-247

# 14-Day Health Appraisals





■ Health Appraisals

Meagher-248

# Labs/Blood Draws





Meagher-249



# Mental Health



Meagher-250

# Mental Health Sick Call





**■ MHP Sick Call**

Meagher-251

# Psychiatry





Legend: ■ Psychiatrist Sick Call   ■ Psychiatrist Chart Review

| Month | Psychiatrist Sick Call | Psychiatrist Chart Review |
|---|---|---|
| JAN | 296 | 70 |
| FEB | 385 | 65 |
| MAR | | |
| APR | | |
| MAY | | |
| JUN | | |
| JULY | | |
| AUG | | |
| SEP | | |
| OCT | | |
| NOV | | |
| DEC | | |
| Pending as of 3/13/24 | 0 | 9 |

Meagher-252



# Pharmacy

# Pharmacy Updates



- First Quarter Inspection – March 26th

Meagher-254



# Dental Services

Meagher-255

# Dental Sick Call & Dental Treatments





Meagher-256



# Medical Updates

Meagher-257

# Staffing Update – as of 2/16/24



## Open Positions

- LVNs – 9.9 FTEs, PRN
- Director of Nursing (DON) – 1.0 FTE
- Discharge Planner – 1.0 FTE
- Nurse Practitioner (NP) / Physician Assistant (PA) – 1.0 FTE, PRN
- Licensed Psychiatric Technician (LPT) – 1.0 FTE, PRN
- Registered Nurse (RN) – PRN
- Certified Medical Assistant (CMA) – PRN
- Certified Nursing Assistant (CNA) – PRN

## Offers Extended/In Progress

- LVN
- PA
- NP

## Interviews in Process: 3

- RN x5
- CNA x3

Meagher-258

# Provider Update



Medical Director – Dr. Vaid

Full Time Nurse Practitioner (NP) – Amanda Cuellar, NP (Telehealth)

Full Time Nurse Practitioner (NP) – Offer accepted- Ernesto Alvero, NP

Full Time Nurse Practitioner (NP) – Open position

Part Time Physician's Assistant and On Call Medical Provider (PA) – Joanne Manalo, PA

On Call Medical Provider – WellpathNOW, Medical OnCall, and DEA OnCall Line

Psychiatrist – Dr. Francisco

PRN Physician – Dr. Kim

Dentist – Dr. Choi

PRN Dentist- Dr. Anderson

Meagher-259

# Training Updates



- New Mandatory RN Monthly Meeting
  - Held by ██████████████████
    - First Meeting 3/13/24



# Monterey County
# Sheriff's Office

Meagher-261



Meagher-262