MEDICAL COMPLIANCE (AS OF: 08/16/2024)

| Row Labels | YES | NO | NA | n | Compliance % |
|---|---|---|---|---|---|
| **Chronic Care** | **82** | **3** | **23** | **85** | **96.5%** |
| After the referral, was the patient timely seen by a medical provider within 5-7 days of arrival? | 14 | 2 | 11 | 16 | 87.5% |
| Did the patient have regular referrals/appointments to see a medical provider? | 27 | 0 | 0 | 27 | 100.0% |
| Was the patient timely tasked to see a health care provider within 5-7 days of arrival? | 14 | 1 | 12 | 15 | 93.3% |
| Was the patient, with a chronic medical condition, seen by a medical provider every 90 days following his or her diagnosis? | 27 | 0 | 0 | 27 | 100.0% |
| **Continuity of Care** | **76** | **12** | **2** | **88** | **86.4%** |
| Did the patient receive an appropriate list of community care facilities to continue care? | 24 | 6 | 0 | 30 | 80.0% |
| If the patient was on psychiatric medications, did the patient receive an adequate supply of medication or a prescription? | 28 | 0 | 2 | 28 | 100.0% |
| Was the patient provided with a written handout for continuity of essential care instructions? | 24 | 6 | 0 | 30 | 80.0% |
| **Health Care Maintenance 14 Day** | **23** | **5** | **202** | **28** | **82.1%** |
| 14-day Exam: Are the assessments and physical findings documented in the patient chart? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Did the exam consist of a full body system review and assessment consistent with community standards and guidelines? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Did the exam include a review of the communicable disease screening? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Did the exam include a review of the health inventory? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Did the exam include vital signs height and weight)? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Did the provider create a plan for follow up/treatment/referral? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Was the exam performed by a physician, PA, or nurse practitioner? | 0 | 0 | 23 | 0 | 0.0% |
| 14-day Exam: Was the physical exam reviewed/signed by the responsible physician? | 0 | 0 | 23 | 0 | 0.0% |
| Did the patient receive a 14-day health inventory? | 0 | 5 | 18 | 5 | 0.0% |
| Did the patient receive a communicable disease screening? | 23 | 0 | 0 | 23 | 100.0% |
| **Health Care Maintenance 6 Month** | **110** | **1** | **189** | **111** | **99.1%** |
| Did the patient receive a communicable disease screening? | 30 | 0 | 0 | 30 | 100.0% |
| Did the patient receive a six-month complete physical exam? | 9 | 0 | 21 | 9 | 100.0% |
| Six-Month Exam: Are the assessments and physical findings documented in the patient chart? | 9 | 0 | 21 | 9 | 100.0% |
| Six-Month Exam: Did the exam consist of a full body system review and assessment consistent with community standards and guidelines? | 9 | 0 | 21 | 9 | 100.0% |

Meagher-263

## MEDICAL COMPLIANCE (AS OF: 08/16/2024)

| | | | | | |
|---|---|---|---|---|---|
| Six-Month Exam: Did the exam include a review of the communicable disease screening? | 9 | 0 | 21 | 9 | 100.0% |
| Six-Month Exam: Did the exam include a review of the health inventory? | 9 | 0 | 21 | 9 | 100.0% |
| Six-Month Exam: Did the exam include vital signs height and weight)? | 8 | 1 | 21 | 9 | 88.9% |
| Six-Month Exam: Did the provider create a plan for follow up/treatment/referral? | 9 | 0 | 21 | 9 | 100.0% |
| Six-Month Exam: Was the exam performed by a physician, PA, or nurse practitioner? | 9 | 0 | 21 | 9 | 100.0% |
| Six-Month Exam: Was the physical exam reviewed/signed by the responsible physician? | 9 | 0 | 21 | 9 | 100.0% |
| **Intake** | **134** | **0** | **16** | **134** | **100.0%** |
| Did a registered nurse perform the intake screening on the patient? | 30 | 0 | 0 | 30 | 100.0% |
| Did the patient receive a receiving screening at the time of intake? | 30 | 0 | 0 | 30 | 100.0% |
| Did the registered nurse adequately complete all needed screening questions for the patient? | 30 | 0 | 0 | 30 | 100.0% |
| Were referral appointments considered and placed if needed? | 28 | 0 | 2 | 28 | 100.0% |
| Were the appropriate lab orders considered and placed if needed? | 16 | 0 | 14 | 16 | 100.0% |
| **Outside Treatment** | **79** | **5** | **3** | **84** | **94.0%** |
| Are those records or summary of the offsite visit, part of the patient's CFMG records? | 25 | 3 | 1 | 28 | 89.3% |
| Did the provider request all records, results, and orders from the off-site consultation when the patient returned to the jail? | 26 | 2 | 1 | 28 | 92.9% |
| Was the patient appropriately referred to an outside health care provider? | 28 | 0 | 1 | 28 | 100.0% |
| **Sick Call** | **82** | **17** | **21** | **99** | **82.8%** |
| If the patient was not seen by a health care provider, was it due to the patient's refusal? | 4 | 5 | 21 | 9 | 44.4% |
| Was the patient actually seen by a health care provider? | 21 | 9 | 0 | 30 | 70.0% |
| Was the patient timely tasked to be seen by a health care provider? | 28 | 2 | 0 | 30 | 93.3% |
| Was the patient's sick call request triaged within one (1) day? | 29 | 1 | 0 | 30 | 96.7% |
| **Treatment of Communicable Diseases** | **12** | **0** | **18** | **12** | **100.0%** |
| If the patient has a communicable disease, was the patient appropriately treated by a health care provider? | 12 | 0 | 18 | 12 | 100.0% |
| **Treatment of Intoxicated Patients** | **41** | **6** | **9** | **47** | **87.2%** |
| Did the health care provider assess and treat the patient? | 15 | 4 | 9 | 19 | 78.9% |
| Was the patient timely referred to a provider? | 26 | 2 | 0 | 28 | 92.9% |
| **Grand Total** | **639** | **49** | **483** | **688** | **92.9%** |