# Dental- CQIs & Improvements Plans

Subcommittee Meeting- March 27th, 2024





Rosenberg-257

# Sections

1- Intake

2- Health Assessment

3- Nurse Sick Call

4- Off-Site Appointments

5- Grievances

6- Improvement Plans





Rosenberg-258



# Intake-Dental CQI



Rosenberg-259



# Intake-Dental CQI

## Summary- Pilot CQI

December Overall
Percentage: 83%
# of Charts Review: 20

November Overall Score:
73%
# of Charts Review: 20



December 2023



November 2023

| | CRITERIA |
|---|---|
| 1 | Q#13- RN's are to answer all Dental questions in the Intake "Receiving Screening" Form. |
| 2 | Q#15- Every Referral to Dental when indicated, must be checked in the refer to dental portion of the Receiving Screening form. |
| 3 | Referral Task  Created same day as intake |
| 4 | Referral Task from Intake was marked with appropiate DL (DL1 or DL2) |
| 5 | Date of Referral |
| 6 | Q#19- Follow Through with the Referral to dental for all listed single or multiple dental Problems |

Rosenberg-260

# Intake-Dental CQI

## Summary

January Overall Percentage: 78%
# of Charts Reviewed: 20

February Overall Percentage: 76%
# of Charts Reviewed: 20



**February 2024**



**January 2024**

| | CRITERIA |
|---|---|
| 1 | Are all of the Dental questions on the intake Receiving Screening  Form answered? |
| 2 | If appropriate, was the referral to dental box in the Receiving Screening form (Referral Section) checked? |
| 3 | If appropriate, was a referral task created in CorEMR same day as the intake? |
| 4 | Was the referral task created in CorEMR  assigned the appropriate Dental Level based on the pain scale/objective findings? |
| 5 | Date of Referral |
| 6 | Was the patient seen by the dental team within the assigned Dental Level timeline? |

# Initial Health Assessment-Dental CQI





Rosenberg-262

# Initial Health Assessment-Dental CQI

## Summary- Pilot CQI

December Overall Percentage: 47%
# of Charts Review: 19

November Overall Score: 61%

| | CRITERIA |
|---|---|
| 1 | The initial health assessment is completed within 14 days of admission? |
| 2 | Is the general condition of the patient dentition noted in the dental section of the form? |
| 3 | If a referral is appropiate, is the referral box checked in the 14-Day exam form? |
| 4 | Is the referral to dental completed and scheduled per the DL assigment? |
| 5 | Is the Odontogram completely fill out? |
| 6 | Question 24- Check the Oral Hygiene Education box on the IMQ Form once OHI is given. |



December 2023



November 2023

Rosenberg-263

# Initial Health Assessment-Dental CQI

## Summary

January Overall Percentage: 42%
# of Charts Reviewed: 20

February Overall Percentage: 61%
# of Charts Reviewed: 15



**February 2024**



**January 2024**

| | CRITERIA |
|---|---|
| 1 | Was the Initial Health Assessment completed within 14 days of intake? |
| 2 | Is the general condition of the patient dentition noted in the dental section of the form? |
| 3 | Is the Oral Hygiene Education box checked on the Health Assessment form? |
| 4 | If appropriate, was the referral to dental box checked in the Health Assessment form? |
| 5 | If appropriate, was a referral task created in CorEMR same day as the Health Assessment? |
| 6 | Was the referral task created in CorEMR assigned the appropriate dental level based on pain scale/objective findings? |
| 7 | Was the patient see by the dental team within the assigned dental level timeline? |
| 8 | Is the Odontogram completely fill out? |

Rosenberg-264



# Nurse Sick Call-Dental CQI



Rosenberg-265

# Nurse Sick Call - Dental CQI

## Summary- Pilot CQI

December Overall Percentage: 71%
# of Charts Review: 10

November Overall Score: 50%
#of Charts Review: 5

| | CRITERIA |
|---|---|
| 1 | Q#29- The sick call request was triage within 24 hours of collection? |
| 2 | Q#2- The inmmate was seen after by the sick call nurse or dental professional within 24 hours? |
| 3 | Q#3- In the event of severe pain, infection or inflamation, treatment was provided based on clinical protocols, clinical pathways, or health care provider review |
| 4 | Is the referral to dental completed and scheduled per the DL assigment? |
| 5 | Date of Referral |
| 6 | Q#6 If a follow up was ordered by the dental professional, was the follow-up completed as ordered? |



December 2023



November 2023

Rosenberg-266

# Nurse Sick Call - Dental CQI

## Summary

January Overall Percentage: 82%
# of Charts Reviewed: 20

February Overall Percentage: 90%

| | CRITERIA |
|---|---|
| 1 | Was the sick call request (paper or electronic) triage within 24 hours of collection/submission? |
| 2 | Was the patient seen by the nurse or dental professional within 24 hours? |
| 3 | Was a sick call completed in CorEMR by the nurse? |
| 4 | If appropiate, was a referral task created in CorEMR same day as the Sick Call? |
| 5 | Date of Referral Creation |
| 6 | Was the referral task created in CorEMR assigned the appropiate dental level based on pain scale/objective findings? |
| 7 | Was the patient see by the dental team within the assigned dental level timeline? |
| 8 | If a follow up was ordered by the dental professional, was the follow-up completed as ordered? |



**February 2024**



**January 2024**

Rosenberg-267



# Off-Site Appointments- Dental CQI



Rosenberg-268

# Off-Site Appointments- Dental CQI

## Summary- Pilot CQI

December Overall Percentage: 52%
# of Charts Review: 9

November Overall Score: 40%

| | CRITERIA |
|---|---|
| 1 | Q#31- Patients are to be schedule and seen within 30 days of the referral? If unable to schedule appt. within 30 days, reason must be documented in chart. |
| 2 | Audit Tool A.15.3- Seen by Nurse upon return and Return from Off-Site Form completed. |
| 3 | Audit Tool A.15.3- Nurse created a Dental Sick Call task as DL level 1 for Dentist to see patient next clinic day. |
| 4 | Q#34-The report/documents must be scan and available for Dentist to review following an Off-Site Appt. (Chart Review Task Added to CorEMR by Nurse) |
| 5 | Date of Referral (Seen at the Dental Clinic) |
| 6 | Q#34- Dentist must complete chart review task of scanned report/document in CorEMR following an off-site appointment. |
| 7 | Q#34-Was patient seen by Dentist next clinic day upon return from off-site? |



December 2023



November 2023

Rosenberg-269

# Off-Site Appointments-Dental CQI

## Summary

January Overall Percentage: 55%
# of Charts Review: 16

February Overall Percentage: 69%



February 2024



January 2024

| | CRITERIA |
|---|---|
| 1 | Was the patient scheduled and seen by the Offsite provier within 30 days of the off-site referral? |
| 2 | Was patient seen by nurse upon return and a Return From Off-Site Form completed? |
| 3 | Was a referral task create as DL 1 for dentist to see patient next clinic day? |
| 4 | Were off-site referral documents scanned and available for Dentist to review? |
| 5 | Date of Referral (Seen at the Dental Clinic) |
| 6 | Was a Chart Review Task created in CorEMR for Dentist (Category: Dental Chart Review)? |
| 7 | Did the dentist complete the chart review task from the off-site appointment? |
| 8 | Q#34-Was patient seen by Dentist next clinic day upon return from off-site? |

Rosenberg-270

# Grievance Report-Dental



wellpath®
To hope and healing.

Rosenberg-271

# Grievances- Dental CQI

## Summary

January 2024 Overall Percentage of Grievances as of 3/1/24

- 10%

**2023**

| | Grievances/Level 1 | | | |
|-----|-----|-----|-----|-----|
| | Med | Den | MH | Gen |
| Jan | 55 | 6 | 1 | 9 |
| Feb | 61 | 12 | 3 | 4 |
| Mar | 47 | 3 | 15 | 5 |
| Apr | 45 | 3 | 1 | 2 |
| May | 38 | 4 | 1 | 0 |
| Jun | 72 | 1 | 3 | 2 |
| Jul | 71 | 0 | 8 | 9 |
| Aug | 93 | 0 | 3 | 5 |
| Sep | 65 | 2 | 4 | 4 |
| Oct | 74 | 1 | 5 | 5 |
| Nov | 47 | 4 | 5 | 1 |
| Dec | 116 | 7 | 13 | 0 |
| Total | 784 | 43 | 62 | 46 |
| | 935 | | | |

**2024**

| | Grievances/Level 1 | | | |
|-----|-----|-----|-----|-----|
| | Med | Den | MH | Gen |
| Jan | 90 | 12 | 17 | 4 |
| Feb | 65 | 9 | 16 | 2 |
| Mar | 0 | 0 | 0 | 0 |
| Apr | 0 | 0 | 0 | 0 |
| May | 0 | 0 | 0 | 0 |
| Jun | 0 | 0 | 0 | 0 |
| Jul | 0 | 0 | 0 | 0 |
| Aug | 0 | 0 | 0 | 0 |
| Sep | 0 | 0 | 0 | 0 |
| Oct | 0 | 0 | 0 | 0 |
| Nov | 0 | 0 | 0 | 0 |
| Dec | 0 | 0 | 0 | 0 |
| Total | 155 | 21 | 33 | 6 |
| | 215 | | | |

Rosenberg-272



# Dental Clinic Data



Rosenberg-273



Emergent/ Urgent Dental Appointments

Rosenberg-274



## Dental Annual Exams



Rosenberg-275



# Improvement Plans-Dental CQI

Rosenberg-276

# Intake-Improvement Plans-Dental CQI
## Plan Of Action

**Deficiency:** Question #2
**Goal:** To achieve 86% compliance
**Target Date:** 4/30/24
**Re-Evaluation Date:** 5/1/24
**Action Steps:**

This goal has been chosen by the site as this month's focus for improvement, other goals will be addressed in future plans. The team will assist with nursing staff to refer each patient with symptoms requiring dental treatment for dental sick calls at intake.

1. Provide education to nursing team on the next All-Staff meeting: 2/27/24 & 2/29/24. Attendance & Check-On Learning will be collected as documentation.
2. Flow Chart with steps will be posted at Intake area for nurses to reference. Target date: 3/1/24.
3. Utilize the training acknowledgement form to document 1:1 training provided to the specific individuals.

**Update: 3/27/24**
- Education completed during all staff meeting 2/7/24 & 2/29/24.
- Flow Chart posted at Intake on 3/1/24.

### February 2024



### January 2024



| 2 | If appropiate, was the referral to dental box in the Receiving Screening form (Referral Section) checked? |

Rosenberg-277

# Initial Health Assessment -Improvement Plans-Dental CQI

## Plan Of Action

**Deficiency:** Question #1
**Goal:** To achieve 86% compliance
**Target Date:** 6/30/24
**Re-Evaluation Date:** 7/31/24

**Action Steps:**
This goal has been chosen by the site as this month's focus for improvement, other goals will be addressed in future plans. The team will assist the nursing staff in completing initial health assessments within 14 days from intake.

1.  Schedule meeting with DON, HSA, RDON, RDO and Implementation specialist by 2/29/24 to develop action plan.
Update: 3/27/24
- Team focusing on Sick Call process, and this portion will be targeted right after.

**February 2024**



**January 2024**



Rosenberg-278

# Nurse Sick Call -Improvement Plans-Dental CQI

## Plan Of Action

**Deficiency:** Question #2
**Goal:** To achieve 86% compliance
**Target Date:** 6/30/24
**Re-Evaluation Date:** 7/31/24

## Action Steps:

This goal has been chosen by the site as this month's focus for improvement, other goals will be addressed in future plans. Team will collaborate with nursing staff to ensure patients are seen within 24 hours of triage via nurse sick call or dental sick call.

1. Schedule meeting with DON, HSA, RDON, RDO and Implementation specialist by 2/29/24 to develop action plan.

**Update: 3/27/24**
- Team is working on Sick Call Process and this will be finalized soon. We are hoping to finalized by of May 2024 or sooner.



**February 2024**



**January 2024**



Rosenberg-279

# Off-Site Appointments-Improvement Plans-Dental CQI

## Plan Of Action

**Deficiency:** Question #1
**Goal:** To achieve 86% compliance
**Target Date:** 5/31/24
**Re-Evaluation Date:** 6/30/24
**Action Steps:**
The team will collaborate with nursing staff and off-site locations to ensure patients are scheduled for applicable off-site appointments within the 30-day window and will document reasons if this cannot be achieved.

1.  Provide training to Clerk on a weekly basis for 1 month on troubleshooting and documenting reason why patient has been scheduled pass the 30 days window. Training completed by 4/2/24.

**Update: 3/27/24**
- Education done with clerk on 3/5/24. Extending date of training due to Paulette's Military Duty in March. New Due date: 4/22/24

**February 2024**



**January 2024**



1 | Was the patient scheduled and seen by the Offsite provier within 30 days of the off-site referral?

Rosenberg-280

# Thank you!



Rosenberg-281