# Dental- CQIs & Improvements Plans

Subcommittee Meeting-
April 29th, 2024





Rosenberg-282

# Sections

1- Dental Statistics

2- CQIs

3- Improvement Plans

4- Trainings Completed





Rosenberg-283

# Dental Clinic Statistics





Rosenberg-284



**Emergent/ Urgent Dental Appointments 2024**

Rosenberg-285



Dental Annual Exams 2024

Rosenberg-286



# Intake-Dental CQI



Rosenberg-287

# Intake-Dental CQI

## Summary

January Overall Percentage: 78%
# of Charts Reviewed: 20

February Overall Percentage: 76%
# of Charts Reviewed: 20

March Overall Percentage: 93%
# of Charts Reviewed: 20



March 2024



February 2024

January 2024

| | CRITERIA |
|---|---|
| 1 | Are all of the Dental questions on the intake Receiving Screening  Form answered? |
| 2 | If appropiate, was the referral to dental box in the Receiving Screening form (Referral Section) checked? |
| 3 | If appropiate, was a referral task created in CorEMR same day as the intake? |
| 4 | Was the referral task created in CorEMR  assigned the appropriate Dental Level based on the pain scale/objective findings? |
| 5 | Date of Referral |
| 6 | Was the patient seen by the dental team within the assigned Dental Level timeline? |

Rosenberg-288

# Initial Health Assessment-Dental CQI





Rosenberg-289

# Initial Health Assessment-Dental CQI

## Summary

January Overall Percentage: 42%
# of Charts Reviewed: 20

February Overall Percentage: 61%
# of Charts Reviewed: 15

March Overall Percentage: 52%
# of Charts Reviewed: 20



| | CRITERIA |
|---|---|
| 1 | Was the Initial Health Assessment completed within 14 days of intake? |
| 2 | Is the general condition of the patient dentition noted in the dental section of the form? |
| 3 | Is the Oral Hygiene Education box checked on the Health Assessment form? |
| 4 | If appropriate, was the referral to dental box checked in the Health Assessment form? |
| 5 | If appropriate, was a referral task created in CorEMR same day as the Health Assessment? |
| 6 | Was the referral task created in CorEMR assigned the appropriate dental level based on pain scale/objective findings? |
| 7 | Was the patient see by the dental team within the assigned dental level timeline? |
| 8 | Is the Odontogram completely fill out? |

March 2024

February 2024

January 2024

Rosenberg-290



# Nurse Sick Call-Dental CQI



Rosenberg-291

# Nurse Sick Call - Dental CQI

## Summary

January Overall Percentage: 82%
# of Charts Reviewed: 20

February Overall Percentage: 90%
# of Charts Reviewed: 8

March Overall Percentage: 96%
# of Charts Reviewed: 4



March 2024



February 2024

January 2024

| | CRITERIA |
|---|---|
| 1 | Was the sick call request (paper or electronic) triage within 24 hours of collection/submission? |
| 2 | Was the patient seen by the nurse or dental professional within 24 hours? |
| 3 | Was a sick call completed in CorEMR by the nurse? |
| 4 | If appropiate, was a referral task created in CorEMR same day as the Sick Call? |
| 5 | Date of Referral Creation |
| 6 | Was the referral task created in CorEMR assigned the appropiate dental level based on pain scale/objective findings? |
| 7 | Was the patient see by the dental team within the assigned dental level timeline? |
| 8 | If a follow up was ordered by the dental professional, was the follow-up completed as ordered? |

Rosenberg-292

# Off-Site Appointments- Dental CQI





Rosenberg-293

# Off-Site Appointments-Dental CQI

## Summary

January Overall Percentage: 55%
# of Charts Review: 16

February Overall Percentage: 69%
# of Charts Reviewed: 6

March Overall Percentage: 67%
# of Charts Reviewed: 10



March 2024



February 2024

January 2024

| | CRITERIA |
|---|---|
| 1 | Was the patient scheduled and seen by the Offsite provier within 30 days of the off-site referral? |
| 2 | Was patient seen by nurse upon return and a Return From Off-Site Form completed? |
| 3 | Was a referral task create as DL 1 for dentist to see patient next clinic day? |
| 4 | Were off-site referral documents scanned and available for Dentist to review? |
| 5 | Date of Referral (Seen at the Dental Clinic) |
| 6 | Was a Chart Review Task created in CorEMR for Dentist (Category: Dental Chart Review)? |
| 7 | Did the dentist complete the chart review task from the off-site appointment? |
| 8 | Q#34-Was patient seen by Dentist next clinic day upon return from off-site? |

Rosenberg-294

# Grievance Report-Dental



**wellpath**®
To hope and healing.

Rosenberg-295

# Grievances- Dental CQI

2024 Overall Percentage of Grievances for Dental as of 4/1/24 is 6% of the total grievances.

| | Med | Den | MH | Gen |
|---|---|---|---|---|
| | Grievances/Level 1 | | | |
| Jan | 90 | 12 | 17 | 4 |
| Feb | 65 | 9 | 16 | 2 |
| Mar | 98 | 3 | 21 | 12 |
| Apr | 0 | 0 | 0 | 0 |
| May | 0 | 0 | 0 | 0 |
| Jun | 0 | 0 | 0 | 0 |
| Jul | 0 | 0 | 0 | 0 |
| Aug | 0 | 0 | 0 | 0 |
| Sep | 0 | 0 | 0 | 0 |
| Oct | 0 | 0 | 0 | 0 |
| Nov | 0 | 0 | 0 | 0 |
| Dec | 0 | 0 | 0 | 0 |
| Total | 253 | 24 | 54 | 18 |
| | 349 | | | |

**1- Patient FN- 2401224**
*Submitted a request for Sick-Call through out the grievance queue. Patient submitted 17 grievances from 3-1-14 to 3-29-24. Nurse did asked patient to submit Sick Call but no Sick-Call in relation to Dental Services was submitted by patient.*

**2- Patient FN-2302431**
*Submitted a request for Sick-Call through out the grievance queue. Patient was seen at the Dental Clinic on 3-4-24 and again on 3-26-24.*

**3- Patient FN- 2401908**
*Submitted a request for Sick-Call through out the grievance queue. Seen at the clinic 4-24-24 and scheduled to be seen again on 4-29-24.*

Rosenberg-296



# Improvement Plans-Dental CQI

Rosenberg-297

# Intake-Improvement Plans- Dental CQI

## Plan Of Action

**Deficiency:** Question #2
**Goal:** To achieve 86% compliance
**Target Date:** 4/30/24
**Re-Evaluation Date:** 5/1/24
**Action Steps:**

This goal has been chosen by the site as this month's focus for improvement, other goals will be addressed in future plans. The team will assist with nursing staff to refer each patient with symptoms requiring dental treatment for dental sick calls at intake.

1. Provide education to nursing team on the next All-Staff meeting: 2/27/24 & 2/29/24. Attendance & Check-On Learning will be collected as documentation.
2. Flow Chart with steps will be posted at Intake area for nurses to reference. Target date: 3/1/24.
3. Utilize the training acknowledgement form to document 1:1 training provided to the specific individuals.

**Update: 4/29/24**

- Education completed during all staff meeting on 3/28/24.

March 2024



| 2 | If appropriate, was the referral to dental box in the Receiving Screening form (Referral Section) checked? |

# Initial Health Assessment -Improvement Plans-Dental CQI

## Plan Of Action

**Deficiency:** Question #1
**Goal:** To achieve 86% compliance
**Target Date:** 6/30/24
**Re-Evaluation Date:** 7/31/24

**Action Steps:**
This goal has been chosen by the site as this month's focus for improvement, other goals will be addressed in future plans. The team will assist the nursing staff in completing initial health assessments within 14 days from intake.

1. Schedule meeting with DON, HSA, RDON, RDO and Implementation specialist by 2/29/24 to develop action plan.

**Update: 4/29/24**
- New form will be launch.
- Team focusing on Sick Call process, and this portion will be targeted right after.

**March 2024**



Rosenberg-299

# Nurse Sick Call -Improvement Plans-Dental CQI

## Plan Of Action

**Deficiency:** Question #2
**Goal:** To achieve 86% compliance
**Target Date:** 6/30/24
**Re-Evaluation Date:** 7/31/24

### Action Steps:

This goal has been chosen by the site as this month's focus for improvement, other goals will be addressed in future plans. Team will collaborate with nursing staff to ensure patients are seen within 24 hours of triage via nurse sick call or dental sick call.

1. Schedule meeting with DON, HSA, RDON, RDO and Implementation specialist by 2/29/24 to develop action plan.

**Update: 4/29/24**
- Revamped Sick Call process is now on the final stages. Also, from that process a new standard of labeling for scanning items into CorEMR was developed. Launch date will be finalized by May 2024



Rosenberg-300

# Off-Site Appointments-Improvement Plans-Dental CQI

## Plan Of Action

**Deficiency:** Question #1
**Goal:** To achieve 86% compliance
**Target Date:** 5/31/24
**Re-Evaluation Date:** 6/30/24
**Action Steps:**
The team will collaborate with nursing staff and off-site locations to ensure patients are scheduled for applicable off-site appointments within the 30-day window and will document reasons if this cannot be achieved.

1. Provide training to Clerk on a weekly basis for 1 month on troubleshooting and documenting reason why patient has been scheduled pass the 30 days window. Training completed by 4/22/24.

**Update: 4/29/24**
- Education completed with our clerk.
- March 2024, we have achieved 100% compliance on Question#1, we will re-evaluate goal on our next CQI and move forward with next goal.



Rosenberg-301



# Training Completed
## *March 2024*

Rosenberg-302

# <u>Training Completed – Month of March 2024</u>



**Training with Nursing Team**
*March 28th, 2024- During Monthly Staff Meeting*

**Training with Clerk**
*March 5th, 2024-  (1:1 Training)*

**Training with Dental Team**
*March 5th, 2024*
*March 19th, 2024*


*Note: We received a nice letter from one of our patients thanking the Dental Team for the service provided.*

Rosenberg-303



# Thank you!



Rosenberg-304