DENTAL COMPLIANCE (AS OF: 08/15/2024 Audit in Progress)

| Row Labels | YES | NO | NA | n | Compliance % |
|---|---|---|---|---|---|
| **Comprehensive Care** | **7** | | **116** | **7** | **100.0%** |
| If requested, did the patient receive a comprehensive dental exam? | 1 | | 40 | 1 | 100.0% |
| If the patient is a long term patient, does he or she receive periodic dental care? | 5 | | 36 | 5 | 100.0% |
| If the patient was incarcerated for 12+ months, did the patient receive a comprehensive dental exam? | 1 | | 40 | 1 | 100.0% |
| **Dental Intake** | **28** | | **88** | **28** | **100.0%** |
| If referred, was the patient seen by a dentist on the next scheduled dental clinic day? | | | 29 | | |
| If the patient needed dental care, was he or she referred for a follow up? | 1 | | 28 | 1 | 100.0% |
| If the patient was in need of urgent care, was he or she referred to the next scheduled dental clinic day? | | | 29 | | |
| Was the patient screened for dental needs during intake? | 27 | | 2 | 27 | 100.0% |
| **Dental Sick Call** | **4** | | **119** | **4** | **100.0%** |
| Did the nurse timely triage the patient's dental complaint? | 4 | | 37 | 4 | 100.0% |
| Did the patient receive proper interim treatment until the patient could be seen by the dentist? | | | 41 | | |
| Within one day of the patient's request, was the patient treated for obvious infection and/or pain? | | | 41 | | |
| **Electronic Medical Records** | **95** | | **53** | **95** | **100.0%** |
| Does the patient's medical record contain all orders? | 37 | | | 37 | 100.0% |
| Does the patient's medical record contain all results? | 37 | | | 37 | 100.0% |
| Does the patient's medical records contain all off-site records? | 1 | | 36 | 1 | 100.0% |
| Was the patient seen based off the appropriate dental priority system rating | 20 | | 17 | 20 | 100.0% |
| **Endodontics** | | | **123** | | |
| Did the patient receive palliative endodontic therapy limited to upper and lower anterior teeth? | | | 41 | | |
| If the patient has been incarcerated for 12 months or longer, did he or she receive root canal therapy? | | | 41 | | |
| Was the treatment performed in accordance with established criteria and within the specific guidelines? | | | 41 | | |
| **Extractions** | **2** | | **2** | **2** | **100.0%** |
| Did the patient receive necessary oral surgery services? | 1 | | 1 | 1 | 100.0% |
| When needed, was the patient's unsalvagable tooth/teeth extracted? | 1 | | 1 | 1 | 100.0% |
| **Informed Consent** | **1** | | **35** | **1** | **100.0%** |
| Did the provider receive informed consent from the patient prior to the dental procedure/x-ray? | 1 | | 35 | 1 | 100.0% |
| **Initial Health Inventory** | **2** | **4** | **74** | **6** | **33.3%** |

DENTAL COMPLIANCE (AS OF: 08/15/2024 Audit in Progress)

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Did the patient receive a health inventory that included a dental needs within 14 days? | 1 | 4 | 35 | 5 | 20.0% |
| During the health inventory, did the nurse document looking in the patient's mouth? | 1 | | 39 | 1 | 100.0% |
| **Periodontics** | **46** | **2** | | **48** | **95.8%** |
| Did the patient request a periodontal disease screen? | 12 | | | 12 | 100.0% |
| Was the patient appropriately classified based on his or her periodontal disease? | 11 | 1 | | 12 | 91.7% |
| Was the patient appropriately treated based on his or her periodontal disease classification? | 11 | 1 | | 12 | 91.7% |
| Was the patient screened for periodontal disease? | 12 | | | 12 | 100.0% |
| **Restorative and Palliative Care** | **5** | **2** | **80** | **7** | **71.4%** |
| Did the patient receive a dental material fact sheet before the restorative procedure? | 2 | 1 | 26 | 3 | 66.7% |
| If the patient was eligible for permanent restorations, did the patient receive permanent restorations? | 1 | | 28 | 1 | 100.0% |
| If the patient was in need of palliative care, did the dentist provide a temporary solution? | 2 | 1 | 26 | 3 | 66.7% |
| **Specialty Care** | **2** | | **2** | **2** | **100.0%** |
| Was the patient referred to an oral surgeon? | 1 | | 1 | 1 | 100.0% |
| Was the referral timely? | 1 | | 1 | 1 | 100.0% |
| **Treatment for Urgent and Emergent Conditions** | **12** | **2** | **22** | **14** | **85.7%** |
| For an urgent condition, was the patient referred for an appointment at the next dental clinic day? | 7 | | 2 | 7 | 100.0% |
| For an urgent condition, was the patient seen by the dentist at the next dental clinic day? | 5 | 2 | 2 | 7 | 71.4% |
| For emergent conditions, was the patient referred for an appointment the next calendar day? | | | 9 | | |
| For emergent conditions, was the patient seen by the dentist on the next calendar day? | | | 9 | | |
| **Grand Total** | **204** | **10** | **714** | **214** | **95.3%** |

Rosenberg-256