The following Table contains randomized Booking IDs for **Mental Health** Stratified Category Groups. Based on the provided N samples (total possible records in the time range), I randomly selected 40 Booking IDs for each group (n). The expectation is to audit at least 30 records from each group. Only "Yes" and "No" responses will count toward the 30 for EACH audit question (hence 40 are provided in case there are NA values). Auditing more than 30 is encouraged as well for stronger statistical reliability. For groups that contain less than 30 Yes/No's, ALL charts should be reviewed and a subjective decision must be made on the compliance of the audit question. There is little statistical reliability for groups with less than 30 records, so the compliance decision must be subjective for those questions.

The randomization tool used was Excel. For a given group N, we apply the RAND() formula against each record. RAND() will produce a decimal value between 0 and 1 randomly (for example: 0.41143561). If RAND <= 40 / N for a group (40 being the desired n), then we select the record for review. Below are the resulting records randomly selected for review.

| Section | Count | Patient | Randomly Selected |
|---|---|---|---|
| Acute Care | 1 | ███ | Randomly Selected |
| Acute Care | 2 | ███ | Randomly Selected |
| Acute Care | 3 | ███ | Randomly Selected |
| Acute Care | 4 | ███ | Randomly Selected |
| Acute Care | 5 | ███ | Randomly Selected |
| Acute Care | 6 | ███ | Randomly Selected |
| Acute Care | 7 | ███ | Randomly Selected |
| Acute Care | 8 | ███ | Randomly Selected |
| Acute Care | 9 | ███ | Randomly Selected |
| Acute Care | 10 | ███ | Randomly Selected |
| Acute Care | 11 | ███ | Randomly Selected |
| Acute Care | 12 | ███ | Randomly Selected |
| Acute Care | 13 | ███ | Randomly Selected |
| Acute Care | 14 | ███ | Randomly Selected |
| Acute Care | 15 | ███ | Randomly Selected |
| Acute Care | 16 | ███ | Randomly Selected |
| Acute Care | 17 | ███ | Randomly Selected |
| Acute Care | 18 | ███ | Randomly Selected |
| Acute Care | 19 | ███ | Randomly Selected |
| Acute Care | 20 | ███ | Randomly Selected |
| Acute Care | 21 | ███ | Randomly Selected |
| Acute Care | 22 | ███ | Randomly Selected |
| Acute Care | 23 | ███ | Randomly Selected |
| Acute Care | 24 | ███ | Randomly Selected |
| Acute Care | 25 | ███ | Randomly Selected |
| Acute Care | 26 | ███ | Randomly Selected |
| Acute Care | 27 | ███ | Randomly Selected |
| Acute Care | 28 | ███ | Randomly Selected |
| Chronic Care | 1 | ███ | Randomly Selected |
| Chronic Care | 2 | ███ | Randomly Selected |
| Chronic Care | 3 | ███ | Randomly Selected |
| Chronic Care | 4 | ███ | Randomly Selected |
| Chronic Care | 5 | ███ | Randomly Selected |
| Chronic Care | 6 | ███ | Randomly Selected |
| Chronic Care | 7 | ███ | Randomly Selected |
| Chronic Care | 8 | ███ | Randomly Selected |
| Chronic Care | 9 | ███ | Randomly Selected |
| Chronic Care | 10 | ███ | Randomly Selected |
| Chronic Care | 11 | ███ | Randomly Selected |
| Chronic Care | 12 | ███ | Randomly Selected |
| Chronic Care | 13 | ███ | Randomly Selected |
| Chronic Care | 14 | ███ | Randomly Selected |
| Chronic Care | 15 | ███ | Randomly Selected |

| Category | # | | Selection |
|---|---|---|---|
| Chronic Care | 16 | | Randomly Selected |
| Chronic Care | 17 | | Randomly Selected |
| Chronic Care | 18 | | Randomly Selected |
| Chronic Care | 19 | | Randomly Selected |
| Chronic Care | 20 | | Randomly Selected |
| Chronic Care | 21 | | Randomly Selected |
| Chronic Care | 22 | | Randomly Selected |
| Chronic Care | 23 | | Randomly Selected |
| Chronic Care | 24 | | Randomly Selected |
| Chronic Care | 25 | | Randomly Selected |
| Chronic Care | 26 | | Randomly Selected |
| Chronic Care | 27 | | Randomly Selected |
| Chronic Care | 28 | | Randomly Selected |
| Chronic Care | 29 | | Randomly Selected |
| Chronic Care | 30 | | Randomly Selected |
| Chronic Care | 31 | | Randomly Selected |
| Chronic Care | 32 | | Randomly Selected |
| Chronic Care | 33 | | Randomly Selected |
| Chronic Care | 34 | | Randomly Selected |
| Chronic Care | 35 | | Randomly Selected |
| Chronic Care | 36 | | Randomly Selected |
| Chronic Care | 37 | | Randomly Selected |
| Chronic Care | 38 | | Randomly Selected |
| Chronic Care | 39 | | Randomly Selected |
| Chronic Care | 40 | | Randomly Selected |
| Chronic Care | 41 | | Randomly Selected |
| Chronic Care | 42 | | Randomly Selected |
| Initial Mental Health Screening | 1 | | Randomly Selected |
| Initial Mental Health Screening | 2 | | Randomly Selected |
| Initial Mental Health Screening | 3 | | Randomly Selected |
| Initial Mental Health Screening | 4 | | Randomly Selected |
| Initial Mental Health Screening | 5 | | Randomly Selected |
| Initial Mental Health Screening | 6 | | Randomly Selected |
| Initial Mental Health Screening | 7 | | Randomly Selected |
| Initial Mental Health Screening | 8 | | Randomly Selected |
| Initial Mental Health Screening | 9 | | Randomly Selected |
| Initial Mental Health Screening | 10 | | Randomly Selected |
| Initial Mental Health Screening | 11 | | Randomly Selected |
| Initial Mental Health Screening | 12 | | Randomly Selected |
| Initial Mental Health Screening | 13 | | Randomly Selected |
| Initial Mental Health Screening | 14 | | Randomly Selected |
| Initial Mental Health Screening | 15 | | Randomly Selected |
| Initial Mental Health Screening | 16 | | Randomly Selected |
| Initial Mental Health Screening | 17 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Initial Mental Health Screening | 18 | | Randomly Selected |
| Initial Mental Health Screening | 19 | | Randomly Selected |
| Initial Mental Health Screening | 20 | | Randomly Selected |
| Initial Mental Health Screening | 21 | | Randomly Selected |
| Initial Mental Health Screening | 22 | | Randomly Selected |
| Initial Mental Health Screening | 23 | | Randomly Selected |
| Initial Mental Health Screening | 24 | | Randomly Selected |
| Initial Mental Health Screening | 25 | | Randomly Selected |
| Initial Mental Health Screening | 26 | | Randomly Selected |
| Initial Mental Health Screening | 27 | | Randomly Selected |
| Initial Mental Health Screening | 28 | | Randomly Selected |
| Initial Mental Health Screening | 29 | | Randomly Selected |
| Initial Mental Health Screening | 30 | | Randomly Selected |
| Initial Mental Health Screening | 31 | | Randomly Selected |
| Initial Mental Health Screening | 32 | | Randomly Selected |
| Initial Mental Health Screening | 33 | | Randomly Selected |
| Initial Mental Health Screening | 34 | | Randomly Selected |
| Initial Mental Health Screening | 35 | | Randomly Selected |
| Initial Mental Health Screening | 36 | | Randomly Selected |
| Initial Mental Health Screening | 37 | | Randomly Selected |
| Initial Mental Health Screening | 38 | | Randomly Selected |
| Initial Mental Health Screening | 39 | | Randomly Selected |
| Initial Mental Health Screening | 40 | | Randomly Selected |
| Initial Mental Health Screening | 41 | | Randomly Selected |
| Initial Mental Health Screening | 42 | | Randomly Selected |
| Initial Mental Health Screening | 43 | | Randomly Selected |
| Involuntary Medications | 1 | | Randomly Selected |
| Involuntary Medications | 2 | | Randomly Selected |
| Involuntary Medications | 3 | | Randomly Selected |
| Involuntary Medications | 4 | | Randomly Selected |
| Involuntary Medications | 5 | | Randomly Selected |
| Involuntary Medications | 6 | | Randomly Selected |
| Involuntary Medications | 7 | | Randomly Selected |
| Involuntary Medications | 8 | | Randomly Selected |
| Involuntary Medications | 9 | | Randomly Selected |
| Involuntary Medications | 10 | | Randomly Selected |
| Isolation Provider Visits | 1 | | Randomly Selected |
| Isolation Provider Visits | 2 | | Randomly Selected |
| Isolation Provider Visits | 3 | | Randomly Selected |
| Isolation Provider Visits | 4 | | Randomly Selected |
| Isolation Provider Visits | 5 | | Randomly Selected |
| Isolation Provider Visits | 6 | | Randomly Selected |
| Isolation Provider Visits | 7 | | Randomly Selected |
| Isolation Provider Visits | 8 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Isolation Provider Visits | 9 | | Randomly Selected |
| Isolation Provider Visits | 10 | | Randomly Selected |
| Isolation Provider Visits | 11 | | Randomly Selected |
| Isolation Provider Visits | 12 | | Randomly Selected |
| Isolation Provider Visits | 13 | | Randomly Selected |
| Isolation Provider Visits | 14 | | Randomly Selected |
| Isolation Provider Visits | 15 | | Randomly Selected |
| Isolation Provider Visits | 16 | | Randomly Selected |
| Isolation Provider Visits | 17 | | Randomly Selected |
| Isolation Provider Visits | 18 | | Randomly Selected |
| Isolation Provider Visits | 19 | | Randomly Selected |
| Isolation Provider Visits | 20 | | Randomly Selected |
| Isolation Provider Visits | 21 | | Randomly Selected |
| Isolation Provider Visits | 22 | | Randomly Selected |
| Isolation Provider Visits | 23 | | Randomly Selected |
| Isolation Provider Visits | 24 | | Randomly Selected |
| Isolation Provider Visits | 25 | | Randomly Selected |
| Isolation Provider Visits | 26 | | Randomly Selected |
| Isolation Provider Visits | 27 | | Randomly Selected |
| Isolation Provider Visits | 28 | | Randomly Selected |
| Isolation Provider Visits | 29 | | Randomly Selected |
| Isolation Provider Visits | 30 | | Randomly Selected |
| Isolation Provider Visits | 31 | | Randomly Selected |
| Isolation Provider Visits | 32 | | Randomly Selected |
| Isolation Provider Visits | 33 | | Randomly Selected |
| Isolation Provider Visits | 34 | | Randomly Selected |
| Isolation Provider Visits | 35 | | Randomly Selected |
| Isolation Provider Visits | 36 | | Randomly Selected |
| Isolation Provider Visits | 37 | | Randomly Selected |
| Isolation Provider Visits | 38 | | Randomly Selected |
| Isolation Provider Visits | 39 | | Randomly Selected |
| Isolation Provider Visits | 40 | | Randomly Selected |
| Isolation Provider Visits | 41 | | Randomly Selected |
| Medical Records | 1 | | Randomly Selected |
| Medical Records | 2 | | Randomly Selected |
| Medical Records | 3 | | Randomly Selected |
| Medical Records | 4 | | Randomly Selected |
| Medical Records | 5 | | Randomly Selected |
| Medical Records | 6 | | Randomly Selected |
| Medical Records | 7 | | Randomly Selected |
| Medical Records | 8 | | Randomly Selected |
| Medical Records | 9 | | Randomly Selected |
| Medical Records | 10 | | Randomly Selected |
| Medical Records | 11 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Medical Records | 12 | | Randomly Selected |
| Medical Records | 13 | | Randomly Selected |
| Medical Records | 14 | | Randomly Selected |
| Medical Records | 15 | | Randomly Selected |
| Medical Records | 16 | | Randomly Selected |
| Medical Records | 17 | | Randomly Selected |
| Medical Records | 18 | | Randomly Selected |
| Medical Records | 19 | | Randomly Selected |
| Medical Records | 20 | | Randomly Selected |
| Medical Records | 21 | | Randomly Selected |
| Medical Records | 22 | | Randomly Selected |
| Medical Records | 23 | | Randomly Selected |
| Medical Records | 24 | | Randomly Selected |
| Medical Records | 25 | | Randomly Selected |
| Medical Records | 26 | | Randomly Selected |
| Medical Records | 27 | | Randomly Selected |
| Medical Records | 28 | | Randomly Selected |
| Medical Records | 29 | | Randomly Selected |
| Medical Records | 30 | | Randomly Selected |
| Medical Records | 31 | | Randomly Selected |
| Medical Records | 32 | | Randomly Selected |
| Medical Records | 33 | | Randomly Selected |
| Medical Records | 34 | | Randomly Selected |
| Medical Records | 35 | | Randomly Selected |
| Nursing Rounds-Segregation | 1 | | Randomly Selected |
| Nursing Rounds-Segregation | 2 | | Randomly Selected |
| Nursing Rounds-Segregation | 3 | | Randomly Selected |
| Nursing Rounds-Segregation | 4 | | Randomly Selected |
| Nursing Rounds-Segregation | 5 | | Randomly Selected |
| Nursing Rounds-Segregation | 6 | | Randomly Selected |
| Nursing Rounds-Segregation | 7 | | Randomly Selected |
| Nursing Rounds-Segregation | 8 | | Randomly Selected |
| Nursing Rounds-Segregation | 9 | | Randomly Selected |
| Nursing Rounds-Segregation | 10 | | Randomly Selected |
| Nursing Rounds-Segregation | 11 | | Randomly Selected |
| Nursing Rounds-Segregation | 12 | | Randomly Selected |
| Nursing Rounds-Segregation | 13 | | Randomly Selected |
| Nursing Rounds-Segregation | 14 | | Randomly Selected |
| Nursing Rounds-Segregation | 15 | | Randomly Selected |
| Nursing Rounds-Segregation | 16 | | Randomly Selected |
| Nursing Rounds-Segregation | 17 | | Randomly Selected |
| Nursing Rounds-Segregation | 18 | | Randomly Selected |
| Nursing Rounds-Segregation | 19 | | Randomly Selected |
| Nursing Rounds-Segregation | 20 | | Randomly Selected |

| Nursing Rounds-Segregation | 21 | | Randomly Selected |
| --- | --- | --- | --- |
| Nursing Rounds-Segregation | 22 | | Randomly Selected |
| Nursing Rounds-Segregation | 23 | | Randomly Selected |
| Nursing Rounds-Segregation | 24 | | Randomly Selected |
| Nursing Rounds-Segregation | 25 | | Randomly Selected |
| Nursing Rounds-Segregation | 26 | | Randomly Selected |
| Nursing Rounds-Segregation | 27 | | Randomly Selected |
| Nursing Rounds-Segregation | 28 | | Randomly Selected |
| Nursing Rounds-Segregation | 29 | | Randomly Selected |
| Nursing Rounds-Segregation | 30 | | Randomly Selected |
| Nursing Rounds-Segregation | 31 | | Randomly Selected |
| Nursing Rounds-Segregation | 32 | | Randomly Selected |
| Nursing Rounds-Segregation | 33 | | Randomly Selected |
| Nursing Rounds-Segregation | 34 | | Randomly Selected |
| Nursing Rounds-Segregation | 35 | | Randomly Selected |
| Nursing Rounds-Segregation | 36 | | Randomly Selected |
| Nursing Rounds-Segregation | 37 | | Randomly Selected |
| Nursing Rounds-Segregation | 38 | | Randomly Selected |
| Nursing Rounds-Segregation | 39 | | Randomly Selected |
| Nursing Rounds-Segregation | 40 | | Randomly Selected |
| Nursing Rounds-Segregation | 41 | | Randomly Selected |
| Nursing Rounds-Segregation | 42 | | Randomly Selected |
| Nursing Rounds-Segregation | 43 | | Randomly Selected |
| Outpatient Services | 1 | | Randomly Selected |
| Outpatient Services | 2 | | Randomly Selected |
| Outpatient Services | 3 | | Randomly Selected |
| Outpatient Services | 4 | | Randomly Selected |
| Outpatient Services | 5 | | Randomly Selected |
| Outpatient Services | 6 | | Randomly Selected |
| Outpatient Services | 7 | | Randomly Selected |
| Outpatient Services | 8 | | Randomly Selected |
| Outpatient Services | 9 | | Randomly Selected |
| Outpatient Services | 10 | | Randomly Selected |
| Outpatient Services | 11 | | Randomly Selected |
| Outpatient Services | 12 | | Randomly Selected |
| Outpatient Services | 13 | | Randomly Selected |
| Outpatient Services | 14 | | Randomly Selected |
| Outpatient Services | 15 | | Randomly Selected |
| Outpatient Services | 16 | | Randomly Selected |
| Outpatient Services | 17 | | Randomly Selected |
| Outpatient Services | 18 | | Randomly Selected |
| Outpatient Services | 19 | | Randomly Selected |
| Outpatient Services | 20 | | Randomly Selected |
| Outpatient Services | 21 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Outpatient Services | 22 | | Randomly Selected |
| Outpatient Services | 23 | | Randomly Selected |
| Outpatient Services | 24 | | Randomly Selected |
| Outpatient Services | 25 | | Randomly Selected |
| Outpatient Services | 26 | | Randomly Selected |
| Outpatient Services | 27 | | Randomly Selected |
| Outpatient Services | 28 | | Randomly Selected |
| Outpatient Services | 29 | | Randomly Selected |
| Outpatient Services | 30 | | Randomly Selected |
| Outpatient Services | 31 | | Randomly Selected |
| Outpatient Services | 32 | | Randomly Selected |
| Outpatient Services | 33 | | Randomly Selected |
| Outpatient Services | 34 | | Randomly Selected |
| Outpatient Services | 35 | | Randomly Selected |
| Outpatient Services | 36 | | Randomly Selected |
| Outpatient Services | 37 | | Randomly Selected |
| Outpatient Services | 38 | | Randomly Selected |
| Outpatient Services | 39 | | Randomly Selected |
| Outpatient Services | 40 | | Randomly Selected |
| Outpatient Services | 41 | | Randomly Selected |
| Outpatient Services | 42 | | Randomly Selected |
| Psychiatry Follow Up Visits | 1 | | Randomly Selected |
| Psychiatry Follow Up Visits | 2 | | Randomly Selected |
| Psychiatry Follow Up Visits | 3 | | Randomly Selected |
| Psychiatry Follow Up Visits | 4 | | Randomly Selected |
| Psychiatry Follow Up Visits | 5 | | Randomly Selected |
| Psychiatry Follow Up Visits | 6 | | Randomly Selected |
| Psychiatry Follow Up Visits | 7 | | Randomly Selected |
| Psychiatry Follow Up Visits | 8 | | Randomly Selected |
| Psychiatry Follow Up Visits | 9 | | Randomly Selected |
| Psychiatry Follow Up Visits | 10 | | Randomly Selected |
| Psychiatry Follow Up Visits | 11 | | Randomly Selected |
| Psychiatry Follow Up Visits | 12 | | Randomly Selected |
| Psychiatry Follow Up Visits | 13 | | Randomly Selected |
| Psychiatry Follow Up Visits | 14 | | Randomly Selected |
| Psychiatry Follow Up Visits | 15 | | Randomly Selected |
| Psychiatry Follow Up Visits | 16 | | Randomly Selected |
| Psychiatry Follow Up Visits | 17 | | Randomly Selected |
| Psychiatry Follow Up Visits | 18 | | Randomly Selected |
| Psychiatry Follow Up Visits | 19 | | Randomly Selected |
| Psychiatry Follow Up Visits | 20 | | Randomly Selected |
| Psychiatry Follow Up Visits | 21 | | Randomly Selected |
| Psychiatry Follow Up Visits | 22 | | Randomly Selected |
| Psychiatry Follow Up Visits | 23 | | Randomly Selected |

| Psychiatry Follow Up Visits | 24 | Randomly Selected |
| --- | --- | --- |
| Psychiatry Follow Up Visits | 25 | Randomly Selected |
| Psychiatry Follow Up Visits | 26 | Randomly Selected |
| Psychiatry Follow Up Visits | 27 | Randomly Selected |
| Psychiatry Follow Up Visits | 28 | Randomly Selected |
| Psychiatry Follow Up Visits | 29 | Randomly Selected |
| Psychiatry Follow Up Visits | 30 | Randomly Selected |
| Psychiatry Follow Up Visits | 31 | Randomly Selected |
| Psychiatry Follow Up Visits | 32 | Randomly Selected |
| Psychiatry Follow Up Visits | 33 | Randomly Selected |
| Psychiatry Follow Up Visits | 34 | Randomly Selected |
| Psychiatry Follow Up Visits | 35 | Randomly Selected |
| Psychiatry Follow Up Visits | 36 | Randomly Selected |
| Psychiatry Follow Up Visits | 37 | Randomly Selected |
| Psychiatry Follow Up Visits | 38 | Randomly Selected |
| Psychiatry Follow Up Visits | 39 | Randomly Selected |
| Psychiatry Follow Up Visits | 40 | Randomly Selected |
| Psychiatry Follow Up Visits | 41 | Randomly Selected |
| Psychiatry Follow Up Visits | 42 | Randomly Selected |
| Segregation Placement Screenings | 1 | Randomly Selected |
| Segregation Placement Screenings | 2 | Randomly Selected |
| Segregation Placement Screenings | 3 | Randomly Selected |
| Segregation Placement Screenings | 4 | Randomly Selected |
| Segregation Placement Screenings | 5 | Randomly Selected |
| Segregation Placement Screenings | 6 | Randomly Selected |
| Segregation Placement Screenings | 7 | Randomly Selected |
| Segregation Placement Screenings | 8 | Randomly Selected |
| Segregation Placement Screenings | 9 | Randomly Selected |
| Segregation Placement Screenings | 10 | Randomly Selected |
| Segregation Placement Screenings | 11 | Randomly Selected |
| Segregation Placement Screenings | 12 | Randomly Selected |
| Segregation Placement Screenings | 13 | Randomly Selected |
| Segregation Placement Screenings | 14 | Randomly Selected |
| Segregation Placement Screenings | 15 | Randomly Selected |
| Segregation Placement Screenings | 16 | Randomly Selected |
| Segregation Placement Screenings | 17 | Randomly Selected |
| Segregation Placement Screenings | 18 | Randomly Selected |
| Segregation Placement Screenings | 19 | Randomly Selected |
| Segregation Placement Screenings | 20 | Randomly Selected |
| Segregation Placement Screenings | 21 | Randomly Selected |
| Segregation Placement Screenings | 22 | Randomly Selected |
| Segregation Placement Screenings | 23 | Randomly Selected |
| Segregation Placement Screenings | 24 | Randomly Selected |
| Segregation Placement Screenings | 25 | Randomly Selected |

| | | | |
|---|---|---|---|
| Segregation Placement Screenings | 26 | | Randomly Selected |
| Segregation Placement Screenings | 27 | | Randomly Selected |
| Segregation Placement Screenings | 28 | | Randomly Selected |
| Segregation Placement Screenings | 29 | | Randomly Selected |
| Segregation Placement Screenings | 30 | | Randomly Selected |
| Segregation Placement Screenings | 31 | | Randomly Selected |
| Segregation Placement Screenings | 32 | | Randomly Selected |
| Segregation Placement Screenings | 33 | | Randomly Selected |
| Segregation Placement Screenings | 34 | | Randomly Selected |
| Segregation Placement Screenings | 35 | | Randomly Selected |
| Segregation Placement Screenings | 36 | | Randomly Selected |
| Segregation Placement Screenings | 37 | | Randomly Selected |
| Segregation Placement Screenings | 38 | | Randomly Selected |
| Segregation Placement Screenings | 39 | | Randomly Selected |
| Segregation Placement Screenings | 40 | | Randomly Selected |
| Segregation Programming | 1 | | Randomly Selected |
| Segregation Programming | 2 | | Randomly Selected |
| Segregation Programming | 3 | | Randomly Selected |
| Segregation Programming | 4 | | Randomly Selected |
| Segregation Programming | 5 | | Randomly Selected |
| Segregation Programming | 6 | | Randomly Selected |
| Segregation Programming | 7 | | Randomly Selected |
| Segregation Programming | 8 | | Randomly Selected |
| Segregation Programming | 9 | | Randomly Selected |
| Segregation Programming | 10 | | Randomly Selected |
| Segregation Programming | 11 | | Randomly Selected |
| Segregation Programming | 12 | | Randomly Selected |
| Segregation Programming | 13 | | Randomly Selected |
| Segregation Programming | 14 | | Randomly Selected |
| Segregation Programming | 15 | | Randomly Selected |
| Segregation Programming | 16 | | Randomly Selected |
| Segregation Programming | 17 | | Randomly Selected |
| Segregation Programming | 18 | | Randomly Selected |
| Segregation Programming | 19 | | Randomly Selected |
| Segregation Programming | 20 | | Randomly Selected |
| Segregation Programming | 21 | | Randomly Selected |
| Segregation Programming | 22 | | Randomly Selected |
| Segregation Programming | 23 | | Randomly Selected |
| Segregation Programming | 24 | | Randomly Selected |
| Segregation Programming | 25 | | Randomly Selected |
| Segregation Programming | 26 | | Randomly Selected |
| Segregation Programming | 27 | | Randomly Selected |
| Segregation Programming | 28 | | Randomly Selected |
| Segregation Programming | 29 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Segregation Programming | 30 | | Randomly Selected |
| Segregation Programming | 31 | | Randomly Selected |
| Segregation Programming | 32 | | Randomly Selected |
| Segregation Programming | 33 | | Randomly Selected |
| Segregation Programming | 34 | | Randomly Selected |
| Segregation Programming | 35 | | Randomly Selected |
| Segregation Programming | 36 | | Randomly Selected |
| Segregation Programming | 37 | | Randomly Selected |
| Segregation Programming | 38 | | Randomly Selected |
| Segregation Programming | 39 | | Randomly Selected |
| Segregation Programming | 40 | | Randomly Selected |
| Segregation Programming | 41 | | Randomly Selected |
| Suicide Risk-Segregation | 1 | | Randomly Selected |
| Suicide Risk-Segregation | 2 | | Randomly Selected |
| Suicide Risk-Segregation | 3 | | Randomly Selected |
| Suicide Risk-Segregation | 4 | | Randomly Selected |
| Suicide Risk-Segregation | 5 | | Randomly Selected |
| Suicide Risk-Segregation | 6 | | Randomly Selected |
| Suicide Risk-Segregation | 7 | | Randomly Selected |
| Suicide Risk-Segregation | 8 | | Randomly Selected |
| Suicide Risk-Segregation | 9 | | Randomly Selected |
| Suicide Risk-Segregation | 10 | | Randomly Selected |
| Suicide Risk-Segregation | 11 | | Randomly Selected |
| Suicide Risk-Segregation | 12 | | Randomly Selected |
| Suicide Risk-Segregation | 13 | | Randomly Selected |
| Suicide Risk-Segregation | 14 | | Randomly Selected |
| Suicide Risk-Segregation | 15 | | Randomly Selected |
| Suicide Risk-Segregation | 16 | | Randomly Selected |
| Suicide Risk-Segregation | 17 | | Randomly Selected |
| Suicide Risk-Segregation | 18 | | Randomly Selected |
| Suicide Risk-Segregation | 19 | | Randomly Selected |
| Suicide Risk-Segregation | 20 | | Randomly Selected |
| Suicide Risk-Segregation | 21 | | Randomly Selected |
| Suicide Risk-Segregation | 22 | | Randomly Selected |
| Suicide Risk-Segregation | 23 | | Randomly Selected |
| Suicide Risk-Segregation | 24 | | Randomly Selected |
| Suicide Risk-Segregation | 25 | | Randomly Selected |
| Suicide Risk-Segregation | 26 | | Randomly Selected |
| Suicide Risk-Segregation | 27 | | Randomly Selected |
| Suicide Risk-Segregation | 28 | | Randomly Selected |
| Suicide Risk-Segregation | 29 | | Randomly Selected |
| Suicide Risk-Segregation | 30 | | Randomly Selected |
| Suicide Risk-Segregation | 31 | | Randomly Selected |
| Suicide Risk-Segregation | 32 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Suicide Risk-Segregation | 33 | | Randomly Selected |
| Suicide Risk-Segregation | 34 | | Randomly Selected |
| Suicide Risk-Segregation | 35 | | Randomly Selected |
| Suicide Risk-Segregation | 36 | | Randomly Selected |
| Suicide Risk-Segregation | 37 | | Randomly Selected |
| Suicide Risk-Segregation | 38 | | Randomly Selected |
| Suicide Risk-Segregation | 39 | | Randomly Selected |
| Suicide Risk-Segregation | 40 | | Randomly Selected |
| Suicide Risk-Segregation | 41 | | Randomly Selected |
| Suicide Risk-Segregation | 42 | | Randomly Selected |
| Suicide Risk | 1 | | Randomly Selected |
| Suicide Risk | 2 | | Randomly Selected |
| Suicide Risk | 3 | | Randomly Selected |
| Suicide Risk | 4 | | Randomly Selected |
| Suicide Risk | 5 | | Randomly Selected |
| Suicide Risk | 6 | | Randomly Selected |
| Suicide Risk | 7 | | Randomly Selected |
| Suicide Risk | 8 | | Randomly Selected |
| Suicide Risk | 9 | | Randomly Selected |
| Suicide Risk | 10 | | Randomly Selected |
| Suicide Risk | 11 | | Randomly Selected |
| Suicide Risk | 12 | | Randomly Selected |
| Suicide Risk | 13 | | Randomly Selected |
| Suicide Risk | 14 | | Randomly Selected |
| Suicide Risk | 15 | | Randomly Selected |
| Suicide Risk | 16 | | Randomly Selected |
| Suicide Risk | 17 | | Randomly Selected |
| Suicide Risk | 18 | | Randomly Selected |
| Suicide Risk | 19 | | Randomly Selected |
| Suicide Risk | 20 | | Randomly Selected |
| Suicide Risk | 21 | | Randomly Selected |
| Suicide Risk | 22 | | Randomly Selected |
| Suicide Risk | 23 | | Randomly Selected |
| Suicide Risk | 24 | | Randomly Selected |
| Suicide Risk | 25 | | Randomly Selected |
| Suicide Risk | 26 | | Randomly Selected |
| Suicide Risk | 27 | | Randomly Selected |
| Suicide Risk | 28 | | Randomly Selected |
| Suicide Risk | 29 | | Randomly Selected |
| Suicide Risk | 30 | | Randomly Selected |
| Suicide Risk | 31 | | Randomly Selected |
| Suicide Risk | 32 | | Randomly Selected |
| Suicide Risk | 33 | | Randomly Selected |
| Suicide Risk | 34 | | Randomly Selected |

| | | | |
|---|---|---|---|
| Suicide Risk | 35 | | Randomly Selected |
| Treatment Planning | 1 | | Randomly Selected |
| Treatment Planning | 2 | | Randomly Selected |
| Treatment Planning | 3 | | Randomly Selected |
| Treatment Planning | 4 | | Randomly Selected |
| Treatment Planning | 5 | | Randomly Selected |
| Treatment Planning | 6 | | Randomly Selected |
| Treatment Planning | 7 | | Randomly Selected |
| Treatment Planning | 8 | | Randomly Selected |
| Treatment Planning | 9 | | Randomly Selected |
| Treatment Planning | 10 | | Randomly Selected |
| Treatment Planning | 11 | | Randomly Selected |
| Treatment Planning | 12 | | Randomly Selected |
| Treatment Planning | 13 | | Randomly Selected |
| Treatment Planning | 14 | | Randomly Selected |
| Treatment Planning | 15 | | Randomly Selected |
| Treatment Planning | 16 | | Randomly Selected |
| Treatment Planning | 17 | | Randomly Selected |
| Treatment Planning | 18 | | Randomly Selected |
| Treatment Planning | 19 | | Randomly Selected |
| Treatment Planning | 20 | | Randomly Selected |
| Treatment Planning | 21 | | Randomly Selected |
| Treatment Planning | 22 | | Randomly Selected |
| Treatment Planning | 23 | | Randomly Selected |
| Treatment Planning | 24 | | Randomly Selected |
| Treatment Planning | 25 | | Randomly Selected |
| Treatment Planning | 26 | | Randomly Selected |
| Treatment Planning | 27 | | Randomly Selected |
| Treatment Planning | 28 | | Randomly Selected |
| Treatment Planning | 29 | | Randomly Selected |
| Treatment Planning | 30 | | Randomly Selected |
| Treatment Planning | 31 | | Randomly Selected |
| Treatment Planning | 32 | | Randomly Selected |
| Treatment Planning | 33 | | Randomly Selected |
| Treatment Planning | 34 | | Randomly Selected |
| Treatment Planning | 35 | | Randomly Selected |