MENTAL HEALTH COMPLIANCE (AS OF: 08/15/2024)

| Row Labels | YES | NO | NA | n | Compliance % |
|---|---|---|---|---|---|
| **Acute Care** | **27** | | **27** | **27** | **100.0%** |
| Did the provider timely identify the patient's need for hospitalization and/or inpatient care? | 27 | | | 27 | 100.0% |
| If needed, Was the patient timely transferred to an appropriate facility? | | | 27 | | |
| **Chronic Care** | **44** | **13** | **33** | **57** | **77.2%** |
| Did the mental health provider document his or her findings in the patient's chart? | 29 | | 1 | 29 | 100.0% |
| If the patient had a chronic mental health condition that cannot be managed at the jail, was that patient transferred offsite for appropriate treatment and care? | | | 30 | | |
| Was the patient with a chronic mental health condition seen by a psychiatrist every 30 days if new medication or unstable; or 90 days if they are deemed stable? | 15 | 13 | 2 | 28 | 53.6% |
| **Initial MH Screening** | **102** | **41** | | **143** | **71.3%** |
| Did the mental health care provider adequately complete the form? | 43 | | | 43 | 100.0% |
| If the patient scored positive for mental health problems, was he or she referred to a QMHP for further evaluation? | 11 | 3 | | 14 | 78.6% |
| Was the initial mental health screening performed by a qualified mental health professional? | 5 | 38 | | 43 | 11.6% |
| Within 14 days of admission, did the patient have an initial mental health screening? | 43 | | | 43 | 100.0% |
| **Involuntary Medication** | **1** | | **39** | **1** | **100.0%** |
| When necessary were involuntary psychotropic medication given? | 1 | | 9 | 1 | 100.0% |
| Was the patient in need of a 2603 identified? | | | 10 | | |
| Was the patient transferred to inpatient care when needed? | | | 10 | | |
| When identified, was a 2603 order obtained? | | | 10 | | |
| **Medical Records** | **51** | **5** | | **56** | **91.1%** |
| Does the patient's medical record contain an individual mental health treatment plan? | 28 | | | 28 | 100.0% |
| Does the patient's medical records contain all mental health diagnoses? | 23 | 5 | | 28 | 82.1% |
| **MH Program in Segregation** | **70** | **17** | **3** | **87** | **80.5%** |
| Was structured therapeutic activity outside the cell offered to the patient? | 21 | 8 | 1 | 29 | 72.4% |
| Was the patient offered group programming? | 21 | 8 | 1 | 29 | 72.4% |
| Was the patient scheduled for a weekly meeting with a QMHP? | 28 | 1 | 1 | 29 | 96.6% |
| **Nursing Rounds Ad Seg** | **52** | | | **52** | **100.0%** |
| Did the nurse conduct daily mental health rounds for this patient in administrative segregation? | 26 | | | 26 | 100.0% |
| Was the mental health nursing round separate from medication distribution? | 26 | | | 26 | 100.0% |

Waxler-259

MENTAL HEALTH COMPLIANCE (AS OF: 08/15/2024)

| | | | | | |
|---|---|---|---|---|---|
| **Outpatient Services** | **85** | **5** | | **90** | **94.4%** |
| Was the patient able to be identified for a meeting with mental health? | 29 | 1 | | 30 | 96.7% |
| Was the patient scheduled in a timely manner? | 29 | 1 | | 30 | 96.7% |
| Was the patient timely provided outpatient mental health services? | 27 | 3 | | 30 | 90.0% |
| **Provider Visit to HoldingSeg** | **31** | | | **31** | **100.0%** |
| Was the patient visited by an MD or RN every Monday, Wednesday and Friday in isolation? | 31 | | | 31 | 100.0% |
| **Psychiatric Follow Up** | **50** | **6** | **5** | **56** | **89.3%** |
| If the patient decompensated, did he or she receive more frequent psychiatric visits? | 2 | | | 2 | 100.0% |
| Was the patient seen every thirty days until the psychiatrist determined he or she to be psychiatrically stable? | 23 | 5 | 2 | 28 | 82.1% |
| When the patient was deemed psychiatrically stable and on medications, was the patient tasked to see a provider every 60/90 days? | 25 | 1 | 3 | 26 | 96.2% |
| **Seg Placement Screen** | **34** | **94** | | **128** | **26.6%** |
| Before or promptly after being housed in ad seg, was the patient screened for mental illness/suicidality? | 4 | 26 | | 30 | 13.3% |
| Did the clinician communicate a clinical recommendation regarding placement to custody? | 6 | 24 | | 30 | 20.0% |
| Did the QMHP document his or her conclusions in the patient's chart? | 8 | 22 | | 30 | 26.7% |
| Was the mental health clinician timely informed of the patient's administrative segregation placement? | 4 | 4 | | 8 | 50.0% |
| Was the suicide risk assessment completed by a QMHP? | 12 | 18 | | 30 | 40.0% |
| **Suicide Risk Assessment** | **78** | **1** | | **79** | **98.7%** |
| Did the provider fully complete the suicide assessment? | 24 | | | 24 | 100.0% |
| If placed in safety cell, was the patient assessed within four hours of placement in the safety cell? | 7 | | | 7 | 100.0% |
| If the patient was identified as suicidal at intake, was a suicide risk assessment tool timely completed? | 1 | | | 1 | 100.0% |
| If the patient was in a safety cell, was the patient assessed prior to release from the safety cell? | 22 | 1 | | 23 | 95.7% |
| Was the patient's suicide risk assessment performed by a trained QMHP? | 24 | | | 24 | 100.0% |
| **Treatment Planning** | **81** | **3** | | **84** | **96.4%** |
| Is there a treatment plan in the patient's record? | 28 | | | 28 | 100.0% |
| Was the treatment plan performed appropriately? | 28 | | | 28 | 100.0% |
| Was the treatment plan performed timely? | 25 | 3 | | 28 | 89.3% |
| **Grand Total** | **706** | **185** | **107** | **891** | **79.2%** |

Waxler-260