

# MEETING AGENDA

| Meeting Title:  Monterey MH Subcommittee | |
|---|---|
| **Facilitator**: Dr. Taylor | **Location:** Virtual |
| **Date:**  3/26/24 | **Time:**  1:00-2:00 PST |
| **Attendees:** | |

| | | |
|---|---|---|
| Dr. Taylor | | |
| ▆▆▆▆▆▆▆ | | |
| Dr. Newkirk | | |
| | | |

| Topic |
|---|
| March Suicide Prevention CQI results |
| Adaptive Support Needs |
| Improvement plans to be developed for low performing audits |
| |
| |

**Other Information**

| Action Items | Person Responsible | Notes |
|---|---|---|
| MH Treatment Planning Meeting to start back up | ▆▆▆▆▆▆ | Weekly meetings began 3/6/24 |
| Bi-Monthly MH Team Meeting to be routinely | ▆▆▆▆▆▆ | The meeting will be held on Tuesdays one week and |

Wellpath®
3340 Perimeter Hill Drive
Nashville, TN 37211

www.wellpathcare.com



Waxler-257

| scheduled for alternating Tuesdays and Thursdays | | Thursdays the following week; the first meeting was held 3/5/24 |
|---|---|---|
| Medication Refusal process | ███ | Discussion with the DON regarding how nursing staff can better identify the 3 consecutive medications refusals |
| Psychiatry continued compliance | Dr. Newkirk | Dr. Newkirk to continue to meet with Dr. Francisco on a weekly basis. |
| Benzo withdrawal follow-up by medical and psychiatry | Jamie Silvera | Training of the nurses happening 2/27 and 2/29. |
| Adaptive Support Needs | Drs. Shaar/Taylor | Training slides to be developed and then training completed with nurses and MHPs |
| Telepsych/mental health services | Dr. Taylor | Discuss with Heather regarding staffing above the matrix |
| Suicide Prevention CQI | ████ | Mandy to provide re-education of MHPs regarding filling out the forms completely |



Wellpath
1283 Murfreesboro Road
Suite 500
Nashville, TN 37217

www.wellpathcare.com

2

Waxler-258