# Morton K. Rosenberg, D.D.S., FPFA, FICD

---

PROFESSIONAL EDUCATION:

*Doctor of Dental Surgery (D.D.S.) - 1985*
School of Dentistry, University of the Pacific – San Francisco, California

Special Training/Certification:
- California Dental License Number 33840 – Issued July 1985
- Completed over 1,200 hours of Continuing Dental Education

*Bachelor of Science - Chemistry/Biology - 1982*
University of the Pacific – Stockton, California

Honors/Activities:
- Listed in Who's Who Among Students in American Colleges and Universities
- Member, Alpha Chi Sigma Professional Chemistry Fraternity
  - ▶ *Chapter President, 1981-82*

PROFESSIONAL EXPERIENCE:

<u>Statewide Dental Director</u>
Adult Correctional Dental Care
Division of Health Care Services
California Department of Corrections and Rehabilitation (CDCR)
*(August 20, 2014 - January 31, 2023)*

Duties and Responsibilities:
- Responsible for overall dental program administration and operations, including peer review, quality of care, and interactions with internal and external stakeholders such as the Secretary of CDCR and Undersecretary, Health Care Services of CDCR; Office of the Federal Receiver/California Correctional Health Care Services (CCHCS); Office of the Attorney General (OAG); the Dental Board of California; the California Dental Association; and other critical stakeholders.
- Oversaw the annual budget of approximately 180 Million Dollars for the statewide dental program, which includes clinical and non-clinical personnel, supplies, and equipment. Ensured that all significant equipment needs were addressed to ensure continuous delivery of dental services.
- Worked with stakeholders in annually developing, refreshing, and implementing the Strategic Plan and business plan for the dental program based on priorities and objectives.
- Project leader in the funding, acquiring, and implementing an integrated electronic dental record system. Participant on the Executive Steering

Committee for the electronic health record system, which encompasses all primary health care disciplines.

● Provided direct line clinical supervision over the four Regional Dental Directors, headquarters Chief Dentists, and indirect supervision over 35 Supervising Dentists. Functionally responsible for approximately 1,000 clinical and non-clinical staff statewide.

● Oversaw revisions and updates to the statewide dental policies, procedures, and protocols; and provided oversight to the statewide professional practice system related to dentistry, including morbidity and mortality reviews, emergency response reviews, self-audits, Quality Management Assessment reviews, and public health-related activities.

● Served as Chair for several different inter-disciplinary leadership committees within the CDCR and CCHCS: Chair, Joint Clinical Executive Committee, which incorporates all healthcare disciplines and is charged with evaluating healthcare policy changes; Chair, Health Care Executive Committee, which oversees and reviews all healthcare peer review matters; Chair, Infection Control Subcommittee for the Joint Commission Accreditation effort; Chair, CDCR Division of Adult Institutions (DAI)/CCHCS committee responsible for coordinating healthcare and custody matters across all disciplines.

● Reviewed and discussed with the CDCR Office of Legal Affairs and the OAG dealing with various patient litigation matters relating to dental care within CDCR. Performed dental record reviews and wrote opinions when indicated.

● Coordinated with the other healthcare disciplines in developing and implementing the Complete Care Model system within the CDCR/CCHCS. Participated in various Executive-level meetings centered on an integrated healthcare delivery system. Collaborated with the CDCR DAI, including the various institutional Wardens, to address custodial concerns and issues centered on access to dental care.

● Partnered with the health care Quality Management program to develop tools, guides, audits, and other reports to evaluate, analyze, and improve various aspects of dental care delivery.

● Instrumental in working with the Governor's Office in obtaining the Emergency Order from the Department of Consumer Affairs allowing all dentists in California to administer the COVID-19 vaccine.

● Strategic leader in ensuring access to dental care during the COVID-19 pandemic by implementing additional safety measures for patients and staff in the CDCR dental clinics.

● Performed duties as a Skelly Officer when called upon for matters relating to employee discipline in non-dental program areas.

**Deputy Statewide Dental Director**
Inmate Dental Services Program
Division of Health Care Services
California Department of Corrections and Rehabilitation
*(June 9, 2009 - August 19, 2014)*

Duties and Responsibilities:
- Managed development, monitoring, evaluation, and improvement activities in the Inmate Dental Services Program (IDSP) in collaboration with the Director, Division of Health Care Services, the Statewide Dental Director, and various multidisciplinary groups.
- Integral executive leader in the *Perez v Cate* class action litigation resolution.
- Ensured dental operations met the requirements of the timelines set in the IDSP Policy and Procedures for care delivery. Regularly monitor compliance indicators statewide.
- Provided direct line supervision over the four Regional Dental Directors and indirect supervision over the 35 Supervising Dentists.
- Functional responsibility for over 1,000 Division of Health Care Services dental staff of varying levels, located at both headquarters and the field.
- Regularly interacted with legal staff from the CDCR Office of Legal Affairs and the OAG on various matters related to IDSP and multiple forms of litigation.
- Worked with the Statewide Dental Director, Regional Dental Directors, and Regional Heath Care Executives to develop an annual IDSP Plan that sets priorities and objectives for the year in accordance with the Division of Health Care Services overall strategic plan as well as development of new program standards and clinical guidelines.
- Coordinated performance management efforts within the IDSP. Facilitate appropriate Performance Management forums and processes, including the IDSP Subcommittee, and direct project team members in setting standards, developing and processing management reports, and evaluating program performance.
- Tasked with leadership assignments on various multi-discipline healthcare committees dealing with healthcare policy and Information Technology.
- Responsible for a multi-million dental care budget; regularly interacted with fiscal management to ensure budget guidelines were adhered to and ensure the timely delivery of major equipment and supplies to the 35 institutional dental clinics.

**Dentist, CF – Dental Program**
Division of Health Care Services
California Department of Corrections and Rehabilitation
*(October 1, 2008 - June 8, 2009)*

Duties and Responsibilities:
- Assisted in developing and analyzing policies and procedures in the Inmate Dental Services Program to ensure compliance with all State and Federal guidelines and with *Perez v. Cate* court mandates.
- Provided professional input and guidance in special projects, including out-of-state transfers, re-entry, and female offender programs.

- Performed California Out-of-State Correctional Facilities onsite health care program reviews and assessments, including chart reviews, observations of system implementation, and interviews with staff and patients.
- Served as liaison between Headquarters staff, the Regional Dental Directors, and Chief Dentists in care delivery to unique patient populations.
- Supported the activities of the Headquarters Health Care Review Committee and Dental Authorization Review.
- Prepared second and third-level inmate appeal responses.

<u>Dentist, CF – Program Support Team</u>
Division of Health Care Services
California Department of Corrections and Rehabilitation
*(November 1, 2007 - September 30, 2008)*

<u>Duties and Responsibilities:</u>
- Performed onsite health care program reviews, audits, and assessments, including chart reviews, observations of system implementation, interviews with staff and patients, and review of committee minutes.
- Analyzed/reviewed audit findings to identify strengths and weaknesses and propose program modifications to improve services. Consult with the health care staff at the institutions to develop Corrective Action Plans for identified areas requiring improvement.
- Guided performance management committees, subcommittees, and Quality Improvement Teams in the field to ensure appropriate ongoing data collection, analysis, and reporting and develop and implement quality improvement plans.
- Assisted in developing policies and procedures for implementing dental services to the inmate population. Developed training programs for custodial and non-custodial staff.
- Worked with department contract staff in creating contract language, terms, and costs for outsourced dental services.
- Conducted Peer Review of dentists suspected of performing sub-standard or negligent care in the institutions.

<u>Dental Consultant I – Provider Fraud Unit</u>
California Department of Health Care Services
Medi-Cal Dental Services Branch
*(August 31, 2000 - October 31, 2007)*

<u>Duties and Responsibilities:</u>
- Analyzed and reviewed data, claims, and dental records, including but not limited to reports and audits of dental providers participating in the California Medi-Cal Dental Program (also known as Denti-Cal).
- Detected and studied aberrant billing activity of providers; made recommendations to department management for actions against dental providers.

- Instrumental in modifying and improving the methodology of the department's dental audit tools and program controls.
- Assisted in departmental investigations and suspensions of dental providers suspected of committing fraud and abuse.
- Conducted meetings with staff and outside agencies in which issues of fraudulent and abusive activities were involved.
- Expert Witness to the California Department of Justice, Bureau of Medi-Cal Fraud, United States Attorney, and Los Angeles County District Attorney. Testified in state and federal courts on multiple occasions.
- Conducted Denti-Cal training for California Office of the Attorney General and Department of Health Care Services legal and investigative staff'.
- Made presentations discussing fraud and abuse to various constituency groups and professional organizations.
- Attended work group meetings with other governmental agencies addressing health care fraud and abuse.
- Assisted departmental legal staff in preparation for administrative hearings and Superior Court matters. Provide input on proposed legal settlements.
- Participant/Evaluator in the department's Payment Accuracy Measurement Study and Medical Payment Error Study.
- Participated in formulating contract language and program criteria for the department's Request for Proposal (RFP); Surveillance and Utilization Review Subsystem for the Denti-Cal Program.
- Participated in authoring the California Dental Medicaid Management Information System Fraud and Abuse/ Quality of Care Manual.

**Dental Consultant – Surveillance and Utilization Review Department**
State Government Programs
Delta Dental of California
*(September 1998 - August 30, 2000)*

Duties and Responsibilities:
- Conducted audits of dentists participating in the California Medi-Cal Dental Program (Denti-Cal).
- Reviewed/adjudicated claims and treatment authorization requests submitted by dental providers.
- Made recommendations to management for dental providers discovered of providing sub-standard care and demonstrating repeated patterns of abuse.
- Participated in meetings with state government staff in which recommendations for action were made.
- Made presentations on fraud and quality of care issues to various classes from the California Dental Schools.
- Attended meetings and discussed fraud, abuse, and quality of care issues with various state government agencies.

**Sole Proprietor**
General Dental Practice – Morton K. Rosenberg, D.D.S.
Colusa, California

*(1989 - 1998)*

Duties and Responsibilities:
- Provided general dental services to the community.
- Provided medically necessary dental services to Colusa County Jail inmates.
- Managed and directed daily operations, practice administration, patient relations, marketing, budgeting, billing, and cost control issues.
- Used team-building personnel management skills to hire, train, schedule, and supervise Registered Dental Assistants, Registered Dental Hygienists, and Front Office Assistants.
- Performed financial management and planning for annual operating budgets.
- Obtained in-depth knowledge of various dental plans and became well-versed in individual, government, and third-party insurance billing policies and procedures.

Employee Dentist
General Dental Practices - partnerships, groups, and clinic settings in the Greater Sacramento and Yuba City areas.
*(1986 - 1998)*
- Performed general dental services for various patient populations.
- Worked with different staffing models and associated management policies and procedures.

RELATED EXPERIENCE:

- Former member of Butte Sierra District Dental Society; current member of Sacramento District Dental Society, California Dental Association, and American Dental Association.
- Membership Chair, Butte Sierra District Dental Society *(1989-90)*
- Member, Board of Directors, Northern Sacramento Valley Rural Health Project *(1989-91)*
- Treasurer, Butte Sierra District Dental Society *(1990-91)*
- President, Butte Sierra District Dental Society *(1991-92)*
- Peer Review Committee Member, Butte Sierra District Dental Society *(1994-98)* and Sacramento District Dental Society *(2012 - 2019)*
- Peer Review Committee Chair, Sacramento District Dental Society *(2016- 2019)*.
- Member, California Dental Association, Council on Peer Review *(2019-2021)*
- Delegate to the California Dental Association, House of Delegates *(2019-2021)*

PROFESSIONAL RECOGNITIONS AND HONORS:

- Awarded *Certificate of Recognition* from the American Dental Association for providing volunteer dental services to the people of Israel *(1985)*
- Received *Superior Accomplishment Award* from the Director of the Department of Health Services *(2002)*
- Awarded *Fellowship* in the Pierre Fauchard Academy, an international honorary dental organization *(2011)*
- Presented with a formal letter of appreciation from the Secretary of the California Department of Corrections and Rehabilitation for experience, knowledge, and expertise in resolving the *Perez v. Cate* litigation and contributing to the positive changes in the Department Dental Care *(2012)*
- Awarded *Fellowship* in the International College of Dentists, a dental honor organization recognizing outstanding professional achievement *(2018)*
- Awarded *President's Award* by the Sacramento District Dental Society for recognition of outstanding leadership, dedication, and achievement as Chair of Peer Review *(2018)*

PRESENTATIONS:

- *Denti-Cal Surveillance and Utilization Overview* – Presented to select California Dental Schools *(1999 – 2000)*
- *Denti-Cal Dental Fraud and Abuse Overview* – Presented to California Department of Health Services, Office of Legal Services; California Department of Health Services, Investigations Branch; California Department of Justice, Office of the Attorney General; Dental Board of California *(2000 – 2007)*
- *Dental Training for Investigative and Legal Considerations* - Presented to California Department of Health Services, Office of Legal Services; California Department of Health Services, Investigations Branch; California Department of Justice, Office of the Attorney General; Dental Board of California; Los Angeles County Health Authority Law Enforcement Task Force (HALT) *(2000 – 2007)*
- *Fraud and Abuse in the Medi-Cal Dental Program* – Presented to the California Dental Association Denti-Cal Workgroup *(2004)*
- *What to Do Before the Dentist Comes – Common Dental Emergencies and Oral Care for Incarcerated Patients Jail vs Prison* – Co-presenter at the California-Nevada Chapter Meeting of the American Correctional Health Services Association *(2016)*
- *Dental Issues Behind Bars* – Presented at the Western American Correctional Healthcare Services Association Annual Meeting *(2022)*

MEETING PARTICIPANT:

- Regular attendee and contributor to the monthly multi-agency Medi-Cal Fraud and Abuse Steering Committee *(2000 - 2007)*

- Regular attendee and contributor to the semi-annual meeting of the multi-agency task force on healthcare fraud in the public and private sectors *(2000 - 2007)*
- Regular attendee and contributor to the multi-agency task force for the Northern California Health Care Fraud Work Group comprised of state, federal, and private agencies *(2000 - 2007)*
- Regular attendee and contributor to the Medi-Cal Medical Implications of Health Care Fraud Work Group *(2000 - 2007)*
- Regular attendee, facilitator, and contributor to various joint meetings of the Federal Receiver *(Plata v Brown)*, CDCR Executive staff, and Health Care leadership *(2009 - 2023)*.

**PUBLICATIONS:**

- Rosenberg, Morton K. and Shulman, Jay D. "Correctional Dentistry in a Time of Pandemic." *Correctional Law Reporter*, Volume XXXIII. Issue 4. December/January 2022. 49 – 55
- Abeldt, Philip, Bains, Amardeep, Barks, Michael, Fellines, George, Garbutt, Arthur, Lissy, Jeff, Milnes, Matthew, Myers, Kevin, Bick, Joseph, and Rosenberg, Morton. Mitigation of COVID-19 During Dental Treatment in a State Prison System. *Journal of Correctional HealthCare*. Volume 29. Issue 3. June 2023. 214-219.