# Alexander Meagher, MD

**Home Address**
1812 Pasadena Dr
Austin, TX 78757
AJMeaghermd@gmail.com

**Contact information**
Cell phone: 512-554-7090

**Biographical Data**
Date of Birth: September 7, 1982
Place of Birth: Oxford, England
Citizenship: USA

Gender: Male
Marital Status: Married

**Professional Career**
| | |
|---|---|
| 01/10 - 04/11 | Student Counselor, St. George's University |
| 08/14 - 07/16 | Resolute Urgent Care, physician |
| 07/16 - 03/20 | Bee Caves Urgent Care, physician |
| 05/20 - 10/21 | St. David's CareNow Urgent Care PLLC, physician |
| 05/11 - present | Alumni Applicant Interviewer, St. George's University |
| 11/14 - present | Travis County Jail Medical Director/Physician II |
| 08/18 - present | Teladoc, physician, expert medical services |
| 12/21 - present | Expert Witness |

**Education**
| | |
|---|---|
| 06/01 - 08/05 | University of Texas<br>Austin, TX<br>Bachelor of Arts in Biology |
| 01/07 - 04/11 | St. George's University School of Medicine<br>Grenada, West Indies<br>Doctor of Medicine |
| 07/11 - 07/14 | UTSW Austin Family Medicine Residency Program<br>Austin, TX |

**Internship and Residency**
| | |
|---|---|
| 07/11 - 07/14 | UTSW Austin Family Medicine Residency Program<br>Austin, TX<br>University Medical Center Brackenridge Hospital is a Level 1 Trauma Center, certified stroke center and certified chest pain center |
| 07/13 - 07/14 | Family Medicine Chief Resident |

**Honors and Awards**
| | |
|---|---|
| 2002, 2003, 2005 | Dean's List, University of Texas |
| 2004 - 2005 | Beta Beta Beta Biological Honor Society, University of Texas |
| 2008 | Iota Epsilon Honor Society, St. George's University SOM |
| 2007 & 2008 | Dean's List, St. George's University SOM |
| 2010 | Gold Humanism Honor Society |
| 2013 | UTSW Austin Family Medicine Community Service Award |
| 2014 | UTSW Mathis Blackstock Award |
| 2022 | TCSO Commendation Award |

## Certifications

| | | | |
|---|---|---|---|
| 2009 | USMLE Step 1 | 2021 | BLS, ACLS |
| 2010 | USMLE Step 2 CS; CK | 2019 | CCHP |
| 2012 | USMLE Step 3 | 2020 | DEA |
| 2013 | Texas Medical License | | |
| 04/14 | Family Medicine Board Certified | | |

## Expert Witness Case History

| | |
|---|---|
| 12/2021 | Hallinan & Killpack Law |
| | Expert Report |
| 11/2022 | Cook County State Attorney's Office |
| | Expert Report, *Shuhaiber v. Sood Case No. 18 C 1370* |

## Professional Memberships

| | |
|---|---|
| 07/10 - present | American Academy of Family Physicians |
| 07/11 - 2021 | Travis County Medical Society |
| 01/15 - present | National Commission on Correctional Health Care |
| 01/15 - 2019 | CCC Clinical Delivery System Steering Group (Board Member) |
| 10/18 - present | American College of Correctional Physicians |