# Brian Waxler, Psy.D.
Licensed Clinical Psychologist

*Curriculum Vitae*

4160 W. Fletcher
Chicago, Illinois 60641
630-715-2728
brianwaxler@gmail.com

## Education

| | |
|---|---|
| **Sept. 2006-Oct. 2011** | **Doctor of Psychology in Clinical Psychology**<br>*Certificate in Group Psychotherapy*<br>Adler School of Professional Psychology<br>Chicago, IL<br>APA accredited Psy.D. Program |
| **Sept. 2006-July 2009** | **Masters of Arts in Counseling Psychology**<br>Adler School of Professional Psychology<br>Chicago, IL |
| **Aug. 2001-May 2005** | **Bachelors of Science in Psychology**<br>Minor: Biology<br>Indiana University<br>Bloomington, IN |

## Clinical Experience

| | |
|---|---|
| **Oct. 2023- Present** | **MDLIVE**<br>Behavioral Health Lead Medical Director<br>Chicago, IL |

- Coordinating and directing all clinical and administrative aspects of the Behavioral Health service line.
- Providing consultation to care line and other staff on clinical standards, practice, competency, and productivity.
- Optimizing, developing and implementing clinical/direct care practice review systems and improvements.
- Developing, maintaining, and overseeing behavioral health clinical priority needs for direct care services; and recommending adjustments to staffing levels accordingly.
- Participating in Clinical Quality Improvement (CQI), provider credentialing, patient safety committee, collaborate in clinical program development, and lead committees as directed.
- Serving as a Subject Matter Expert (SME) in behavioral health and clinical direct care process, and guideline and policy development.
- Participating in the development and coordination of plan for patient care and involvement as a consultant in decisions where behavioral health clinical practice is impacted.
- Planning, implementing, and reporting the results of ongoing program evaluation and data-driven clinical quality improvement projects that are designed to monitor the effectiveness of the behavioral health clinical program.
- Providing leadership, counsel, and instruction to internal employees and contractors on both clinical and administrative matters as they pertain to the behavioral health program.
- When indicated, serve as SME for MDLIVE sales and marketing team related to Behavioral Health client engagement and sales.
- Effecting disciplinary and remediation measures of clinical providers.
- Collaboration with product and strategy for behavioral health program growth and development.
- Maintain a clinical practice of at least 25% (minimum on average 5+clients per week).

**Apr. 2019- Oct. 2023**       **Cook County Health**
                               Cermak Health Services- Cook County Department of Corrections
                               Chief Psychologist
                               Chicago, IL

- Oversee the day-to-day clinical operations of mental health services delivery to the detainees housed at Cook County Department of Corrections (CCDOC).
- Coordinate and supervise clinical activities of all non-psychiatric staff under the direction of the Divisional Chair of Correctional Psychiatry.
- Develop policies and procedures to align with mental health law and governing bodies.
- Manage a staff of 60-80 mental health providers in the provision of inpatient, residential, and outpatient treatment services.
- Provide staff training to health care professionals and the Cook County Sheriff's Department.
- Present Cermak Mental Health Report to Cook County Board of Commissioners on a quarterly basis.
- Serve as Chair of the Suicide Prevention Committee, an interdisciplinary workgroup aimed at decreasing and eliminating suicide at Cook County Jail.
- Act as the mental health representative during interagency leadership meetings with the Sheriff's Office.
- Participate in administrative tasks including budgeting, staffing planning, hiring, and disciplinary process for mental health department.
- Provide direct clinical services (assessments, individual/group therapy, crisis intervention, etc.) to patients currently detained at CCDOC.
- Develop operational plans to implement policies and procedures.
- Develop audit tools to ensure institutional compliance with mental health law and other governing bodies.
- Conduct audits to determine compliance with regulatory standards and system policies.
- Conduct Continuous Quality Improvement studies to assess and optimize clinical practice.

**Sept. 2015- Mar. 2019**      **Cook County Health and Hospital Systems**
                               Cermak Health Services- Cook County Department of Corrections
                               Correctional Psychologist- Unit Director
                               Chicago, IL

- Served as Unit Director of Residential Treatment Unit (2017-2019), as well as Psychiatric Special Care Units and Urgent Care (2015-2017).
- Provided management and leadership and oversee the orderly management, operation, and delivery of a comprehensive continuum of mental health services in the acute, residential care, and/or outpatient units as well as the receiving and emergency/urgent care areas.
- Managed the day-to-day responsibilities of a multidisciplinary staff for mental health (15 master's level staff) with continuous quality improvement (CQI), including audits and statistics.
- Ensured effective staffing of areas of responsibility, and effective communication among staff and between disciplines, as well as the provision of timely and compassionate patient care.
- Conducted unit team meetings and clinical multidisciplinary treatment team meetings.
- Provided individual and group supervision and trainings to licensed clinical staff.
- Utilized interpersonal skills, role modeling, patient feedback and disciplinary process appropriately to ensure staff performance.
- Provided direct clinical services and ensured timely completion of assessments, documentation, and treatment plans to patients detained at Cook County Department of Corrections.

| | |
|---|---|
| **Dec. 2013- Aug. 2015** | **City of Chicago Department of Public Health**<br>Greater Grand Mental Health Clinic<br>Psychologist<br>Chicago, IL |

- Conducted diagnostic interviews with clients to assess current functioning levels and obtain medical and social case histories. Diagnosed mental and emotional disorders of clients and formulate plans of treatment.
- Treated psychological disorders by utilizing various psychological and psychotherapeutic techniques. Conducted individual, family, and group therapy sessions using a variety of psychotherapeutic techniques.
- Provided supervision, consultation, and direction to clinical staff in the diagnosis and treatment of complex cases.
- Provided training to clinical and departmental staff on various topics including conflict resolution and issues involving depression and suicide. Developed programs and workshops to educate the community on mental health issues.

| | |
|---|---|
| **May 2013- Apr. 2016** | **Oak Tree Behavioral Health**<br>Private Practice- Clinical Psychology<br>Barrington, IL |

- Provided outpatient psychotherapy to individuals, families, couples, and groups with a wide array of presenting issues in a suburban private practice.
- Provided full psychological evaluations for children, adolescents, and adults (personality, intelligence, diagnostic clarification).
- Consulted with primary care physicians, school staff, and other community organizations regarding mental/behavioral health and wellness

| | |
|---|---|
| **Sept. 2012- Apr. 2013** | **Thresholds**<br>Community Support Specialist<br>Chicago, IL |

- Provided clinical direction as to the development and review of members' Individual Treatment Plan.
- Mentored and advised PSR/Community Support Specialists 1s or 2s in their decision-making regarding appropriate responses to members' needs. Provided supervision to PSR/Community Support Specialist 1s or 2s in assessing members' mental health service needs.
- Provided direct service to members through group counseling/therapy, case management, job support, crisis intervention, and psychosocial rehabilitation services.
- Gathered member information to assess the need for services, make recommendations for treatment, identify and investigate existing natural resources and supports, explain options available and assist in the application process.

| | |
|---|---|
| **Sept. 2011- Aug. 2012** | **Adler Community Health Services (ACHS)**<br>Post-Doctoral Fellowship<br>Chicago, IL |

- Provided individual, group, and family psychotherapy to a diverse population of children, adolescents within the Child and Adolescent Program. Individuals receive treatment for a broad array of Axis I and Axis II disorders via Psychodynamic, Constructivist, and Adlerian theoretical models.
- Provided individual and group psychotherapy within the Forensic Services Program for individuals living in a work-release minimum-security prison setting, as well as formerly incarcerated individuals.
- Completed full psychological assessments for individuals receiving services through one of six community partnership sites.

3 | Brian Waxler - CV

- Facilitated clinical didactic training seminar and case conceptualization seminar for practicum students. Provided mentorship, supervision, and evaluation to interns and externs in training.
- Facilitated socially responsible practice seminar and professional development seminar for pre-doctoral interns.
- Assisted the Director of ACHS in program development.
- Secured, analyzed, and presented statistical findings from various community partners.
- Interviewed and evaluated prospective intern and extern candidates.

**Aug. 2010- Apr. 2012**   **Community Counseling Centers of Chicago**
Therapeutic Behavioral Services Worker
Chicago, IL

- Worked within the mission of the Illinois Individual Care Grant (ICG), to provide in-home services for children with psychiatric illnesses and/or developmental disabilities,
- Taught social skills to children with psychiatric illnesses, focusing on community integration, activities of daily living, and social interaction.

**Dec. 2006- Oct. 2010**   **Advocate Illinois Masonic Medical Center**
Mental Health Counselor/ Expressive Therapist
Chicago, IL

- Established therapeutic relationships and provided one-on-one interviews, assessments, and counseling for individuals with severe and/or chronic mental illness admitted to the inpatient psychiatric unit of the hospital.
- Provided individual counseling and facilitated group therapy to individuals with diagnoses that include, but are not limited to, Schizophrenia, Schizoaffective Disorder, Bipolar Disorder, Major Depressive Disorder, Acute Psychosis, and Substance Abuse Disorders.
- Established a safe and secure environment for an in-patient psychiatric care unit.
- Provided crisis intervention for patients.
- Provided interdisciplinary treatment consistent with the Recovery Model.
- Assisted with patient's basic needs and activities of daily living.
- Assisted nursing staff with taking patient vital signs and administration of medication.

**Nov. 2005- May 2006**   **Transitional Services Inc.**
Residential Assistant
Bloomington, IN

- Provided services to 8-10 racially and culturally diverse, underserved individuals with various disabilities, including developmental disability and traumatic brain injury, living in a group home setting.
- Assisted individuals with basic needs and basic skills training (e.g. cooking/cleaning).
- Provided individual support to clients on an as-needed basis.
- Facilitated daily safety and security group meetings with staff and clients.

*Teaching Experience*

**Jan. 2019- Jan. 2020**   **Wilbur Wright College**
City Colleges of Chicago
Adjunct Faculty
Chicago, IL

- Instruct on-ground undergraduate Psychology courses within the Social Sciences Department.
- Plan and implement activities to enrich/enhance course material, including small group activities, role-plays, and practical application of the material. Evaluate weekly assignments and deliver feedback to students.

**Apr. 2011- Aug. 2016**      **University of Phoenix**
Lead Faculty/Area Chair
Chicago, IL

- Served as Adjunct Faculty (2011-2012), Department Chair for Social Sciences (2012-2014), and Department Chair of Criminal Justice and Security (2015-2016).
- Provide faculty evaluation, coaching, and mentoring to adjunct instructors.
- Facilitate Content Area Meetings, Campus College Management Meeting, Campus Academic Council Meeting, and General Faculty Meetings regularly throughout the year.
- Instruct five-week intensive on-ground Social Sciences courses, including required courses for Bachelor's of Science in Human Services degree.

**Jan. 2013- Dec. 2013**      **Adler School of Professional Psychology**
Adjunct Professor
Chicago, IL

- Instruct online and on-ground courses for graduate students enrolled in various Master's degree and Doctoral level courses, including Career Counseling and Biopsychosocial Bases of Health and Dysfunction.
- Plan and implement activities to enrich/enhance course material, including small group activities, role-plays, and practical application of the material.
- Evaluate weekly assignments and deliver feedback to students in a timely manner.

*Pre-doctoral Clinical Training*

**Sept. 2010- Aug. 2011**      **Adler Community Health Services,** Chicago, IL
Pre-Doctoral Internship

**July 2009- June 2010**      **Advocate Illinois Masonic Behavioral Health Services,** Chicago, IL
Advanced Doctoral Therapy Externship

**July 2008- July 2009**      **South Campus Therapeutic Day School,** Palatine, IL
Doctoral Therapy Externship

**Aug. 2007- May 2008**      **River Valley Juvenile Detention Center,** Joliet, IL
Doctoral Assessment Externship