# JOSHUA RAFINSKI

joshrafinski@gmail.com • (773) 663-1461 • Chicago, Illinois

## EDUCATION

**DUKE UNIVERSITY, THE FUQUA SCHOOL OF BUSINESS** — Durham, North Carolina
*Master of Business Administration,* Health Sector Management — May 2019

**UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN** — Champaign, Illinois
*Bachelor of Science,* Industrial Engineering — May 2012

## EXPERIENCE

**CERMAK HEALTH SERVICES OF COOK COUNTY** — Chicago, Illinois

Cermak Health Services is the daily provider of preventative, routine, and specialty healthcare services to the approximately 5,000 detainees at the Cook County Department of Corrections.

**Project Leader – Data Systems** — *2019 - Present*
- Currently, leading a Health Analytics team to design, build, and maintain infrastructure to store, extract, summarize, and distribute data insights to the senior leaders of this organization.
- Designed the process to vaccinate the residents of the Cook County Jail during the Covid19 pandemic leading to 50%+ vaccination rates at this site.
- Provided all data-based deliverables for the organization to receive accreditation with the National Commission on Correctional Healthcare (NCCHC) in 2023.

**MBA Summer Intern** — *2018*
- Guided a team of analysts in interviewing stakeholders, developing key metrics, and building an administrative automated dashboard summarizing daily activity of a Nursing Sick Call clinic.

**Process Analyst** — *2013 – 2017*
- Achieved substantial compliance (85%+) in 21 of 21 Department of Justice healthcare provisions by recommending and subsequently executing operational strategies for senior management.
- Converted a failing paper medication documentation system to an electronic process by leading a cross-functional design and implementation team, resulting in 100% electronic medication records.
- Reduced missed appointment rate of specialty hospital visits by 36% via establishing a database and building a VBA dashboard notifying managers of missed appointments for remediation.

**ITW DELTAR FUEL SYSTEMS** — Mokena, Illinois

ITW Deltar Fuel Systems is a manufacturer of plastic injection molded products, supplying goods to nationally leading car manufacturers and the general automotive industry.

**Design Consultant** — *2012*
- Reduced the defect rate in a product line by 75% by leading student engineers in identifying and reconciling 1 of 40 machines causing a large volume of defects, leading to $10,000 savings per year.

**ARMORY HOUSE** — Champaign, Illinois

Armory House is a private dormitory, housing 100+ students at the University of Illinois.

**Floor Manager, Dining Services** — *2012*
- Maintained excellence in operations by scheduling, supervising, and training a staff of 27.

**General Assistant, Dining Services** — *2008 - 2012*
- Met all health code requirements and delivered high quality dining services.

**CHICAGO HOUSING AUTHORITY** — Chicago, Illinois

This organization provides stable, decent, safe, and affordable housing to low-income families and individuals, while supporting healthy communities in neighborhoods in Chicago.

**Asset Manager Intern** — *2009*
- Developed the process for removing and redistributing $500,000 of inventory from a warehouse leading to a successful closure of an obsolete building.

## ADDITIONAL INFORMATION

Proficient in the Microsoft Office Suite, exceptional at Excel, and fluent at VBA programming. Familiar with SQL and Python programming and experienced in Six Sigma Quality Methodologies. Co-author and adviser on several medical journal articles.