1  LINDSEY M. ROMANO (SBN: 337600)
   LROMANO@GRSM.COM
2  ALLISON J. BECKER (PRO HAC VICE)
   ABECKER@GRSM.COM
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   EMCGOWAN@GRSM.COM
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 PACIFIC AVENUE
5  SAN FRANCISCO, CA 94111
   TELEPHONE: (415) 875-4126
6  FACSIMILE:  (415) 986-8054
   Attorneys for Defendants
7  CALIFORNIA FORENSIC MEDICAL GROUP, INC.

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER**<br><br>N.D. Cal. Local Rule 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman |

Defendants' counsel for California Forensic Medical Group, Inc. ("CFMG") submits, pursuant to Civil Local Rules 79-5(d) and 7-11, an Administrative Motion to File Under Seal ("Administrative Motion to Seal"). CFMG moves to seal the following exhibits to its Response to Show Cause [Dkt. 905]:

1. Exhibit 1 to CFMG's Response to Show Cause Brief

2. Exhibit 6 to CFMG's Response to Show Cause Brief

3. Exhibit 43 to CFMG's Response to Show Cause Brief

4. Exhibit 44 to CFMG's Response to Show Cause Brief

The above exhibits are all excel spreadsheets that were hand delivered to the Court on a

-1-

flash drive. *See* **Declaration of Allison Becker Exhibit A**. These exhibits contain incarcerated people's names, dates of birth/death, and booking numbers.

This Motion seeks to seal the same kinds of information at issue in the Court's July 21, 2023 Order granting the parties' Joint Administrative Motion to Seal briefing and documents in connection with Plaintiffs' May 2023 Motion to Enforce the Settlement Agreement and Wellpath Implementation Plan. Dkt. No. 802. Specifically, CFMG seeks to seal its exhibits to its Response to Show Cause in Response to Enforcement Order. The information sought to be sealed is identified in detail in the chart included in the below table:

**Documents to Be Filed Under Seal**

| Ex. | Document | Reason(s) for Sealing |
|---|---|---|
| Ex. 1 to CFMG Response to Show Cause Brief | Sick Call Excel (CFMG-46; Rafinski-46) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 6 to CFMG Response to Show Cause Brief | Sobering cell List | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 43 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-23; Rafinski-23) | Contains personal identifying information protected by law and should not be filed on the public |

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

| | | |
|---|---|---|
| | | docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 44 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-27; Rafinski-27) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

CFMG hereby files this motion to seal these Exhibits to its Response to Show Cause. *See* Declaration of Allison Becker in Support of Defendants' Administrative Motion to Seal ("Becker Declaration") ¶¶ 2. Counsel for Plaintiffs and County defendants consented to this motion. *Id*. ¶ 6.

In accordance with Civil Local Rule 79-5(e) and this Court's Civil Standing Order, CFMG has concurrently filed sealed copies of the un-redacted versions of the exhibits. *See* Notice of Filing of Joint Statement, filed herewith. Defense counsel will provide courtesy copies of these documents to the Court, in conformity with Civil Local Rule 79-5(e), if requested. *See* U.S. District Court, N.D. Cal., General Order 78. Defense counsel has filed herewith a Proposed Order Granting the Administrative Motion to File Under Seal. *See* Civ. L.R. 79-5(c)(3).

**I.  LEGAL STANDARD**

It is clear that the court "recognize[s] a general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Nixon v. Warner Commnc'ns, Inc.*, 435 U.S. 589, 597, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)). The presumption of access is based on the need for accountability and "for the public to have confidence in the administration of justice." *Id*

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

1  (quoting *United States v. Amodeo (Amodeo II )*, 71 F.3d 1044, 1048 (2d Cir.1995)). The party

2  seeking to seal a judicial record has the burden of overcoming the "strong presumption by

3  meeting the 'compelling reasons' standard." *Id* (quoting *Kamakana v. City & County of*

4  *Honolulu*, 447 F.3d 1172, 1178 (9th Cir.2006)). A compelling reason may include records that

5  could be used to "gratify private spite or promote public scandal." *Id*. at 1097. Moreover, parties

6  requesting sealing of portions of a non-dispositive motion must make a "particularized showing

7  of good cause." *Al Otro Lado, Inc. v. Wolf*, No. 3:17-CV-2366-BAS-KSC, 2020 WL 6449152,

8  *5 (S.D. Cal. Nov. 2, 2020). "Good cause exists where the party seeking protection shows that

9  specific prejudice or harm will result if the request to seal is denied." *Id* (citing *Anderson v.*

10 *Marsh*, 312 F.R.D. 584, 594 (E.D. Cal. 2015)). Parties seeking to seal documents must comply

11 with Civil Local Rule 79-5, which requires a statement of the applicable legal standard and an

12 explanation of "(i) the legitimate private or public interests that warrant sealing; (ii) the injury

13 that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not

14 sufficient." Civ. L. R. 79-5(c)(1).

15        **II.    DEFENDANTS HAVE IDENTIFED NOT ONLY GOOD CAUSE, BUT**
16               **COMPELLING REASONS TO SEAL THE REQUESTED INFORMATION**
17               **AND HAVE NARROWLY TAILORED THE REQUEST TO REDACT**
18               **ONLY SEALABLE MATERIAL.**

19        CFMG requests to seal information, relating to patients sensitive personal and identifying

20 information, to protect legitimate private interests. Civ. L.R. 79-5(c)(1). The parties consistently

21 redact such information pursuant to the protective order (Dkt. 401) because the information

22 appears in discussions of incarcerated individuals' medical and custody records, implicating their

23 rights to privacy. This Court has previously granted requests to seal such information. See Dkt.

24 No. 604 (authorizing redactions that "relate to confidential and personal information of class

25 members and security-sensitive information"); Dkt. No. 802 (authorizing many of the redactions

26 requested herein). Redaction of this personal information is independently supported by

27 applicable law, to protect individuals' identities and privacy interests, including their medical

28

-4-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER

1  privacy. See, e.g., Sumotext Corp. v. Zoove, Inc., No. 16-cv-01370-BLF, 2019 WL 6841259, at
2  *3 (N.D. Cal. Dec. 16, 2019) (sealing "sensitive personal information"); McArdle v. AT&T
3  Mobility LLC, No. 09-cv-1117 CW, 2018 WL 6803743, at *6 (N.D. Cal. Aug. 13, 2018) (same).
4  In class actions, medical privacy interests can be protected through the redaction of patient-
5  identifying information. *See Hedrick v. Grant,* No. 276-CV-0162GEBEFBP, 2017 WL 550044,
6  at *2 (E.D. Cal. Feb. 10, 2017). CFMG's request to seal the second category of information,
7  relating to the names and book identification numbers of patients, to protect legitimate private
8  interests. Civ. L.R. 79-5(c)(1). Redacting the names and booking identification of patients
9  protects those individuals from public disclosure of private information.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant the instant Administrative Motion to File under Seal.

Respectfully submitted,

Dated: August 16, 2024          GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
      Lindsey M. Romano
      Allison J. Becker, (pro hac vice)
      Elizabeth B. McGowan (pro hac vice)
      Attorneys for Defendant CFMG.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-5-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER

# CERTIFICATE OF SERVICE

*Jesse Hernandez, et al. v. County of Monterey, et al.*
U.S.D.C., Northern District of California - Case No. 5:13-cv-02354-BLF
**[C.C.P. § 1013, C.R.C. §2008, F.R.C.P. Rule 5]**

I, Todd Yoho certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date:   August 16, 2024                    By:  */s/ Todd Yoho*

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111