1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
4  San Francisco, CA 94111
   Telephone: (415) 875-4126
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.

7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL ENTIRE EXHIBITS**<br><br>N.D. Cal. Local Rules 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman<br><br>No Hearing Date Pursuant to L.R. 7-11(c) |
|---|---|

I, Allison J. Becker, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of North Carolina and admitted pro hac vice before this Federal Court. I represent defendant California Forensic Medical Group, Inc. ("CFMG") in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify to thereto. I make this administrative declaration in support of Defendants' Administrative Motion to File Under Seal ("Motion").

2. Defendant has conformed the Administrative Motion to File Under Seal and associated redactions to the requirements of Civil Local Rule 79-5 and this Court's Standing

-1-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

Order, including by hand delivering to the Court a flash drive containing native excel files of un-redacted versions of all the relevant documents. *See* **Exhibit A**.

4. The exhibits at issue are lists of patient booking identification numbers.

5. On August 16, 2024, my office emailed counsel for plaintiffs and county defendants asking if they will consent to or oppose the filing of the Motion.

6. Counsel for plaintiff and county defendants consent to the Motion.

7. Defense counsel proposed documents for sealing are identified in the below chart, which is formatted pursuant to this Court's Civil Standing Order.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**Documents to Be Filed Under Seal**

| Ex. | Document | Reason(s) for Sealing |
|---|---|---|
| Ex. 1 to CFMG Response to Show Cause Brief | Sick Call Excel (CFMG-46; Rafinski-46) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 6 to CFMG Response to Show Cause Brief | Sobering cell List | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 43 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-23; Rafinski-23) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the |

| | | |
|---|---|---|
| | | public. |
| Ex. 44 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-27; Rafinski-27) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on August 16, 2024 at Raleigh, North Carolina.

By: */s/ Allison J. Becker*
Allison J. Becker, Declarant
Attorney for Defendant CFMG
abecker@grsm.com

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111



TODD S. YOHO
TYOHO@GRSM.COM

# GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

ATTORNEYS AT LAW
150 FAYETTEVILLE STREET, SUITE 1120
RALEIGH, NC 27601
WWW.GRSM.COM

August 16, 2024

**VIA HAND DELIVERY**
The Clerk of Court
United States District Court
Northern California
280 S. 1st Street
San Jose, CA 95113

**RECEIVED**

AUG 16 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re: Native Files for Filing Under Seal
Hernandez, et al. v. County of Monterey, et al.
5:13-cv-02354-BLF

To the Clerk of Court:

Accompanying this letter is a password protected flash drive containing native Excel files used as exhibits in California Forensic Medical Group's Motion to Seal regarding its Show Cause Brief that will be filed today via CM/ECF.

These files contain Patient Identifying Information, which is why the flash drive is password protected. The fact that the files Patient Identifying Information is why they are being filed under seal. Because of the volume of individuals and identifiers, it was too burdensome to create a key to the documents in the timeframe available. Because these are native Excel files, they cannot be filed via CM/ECF, so they are being provided to the clerk in this manner with supplemental filings and production to come.

Please do not hesitate to call me with any questions regarding this matter.

Sincerely,

Todd S. Yoho
Paralegal

Enclosures as stated.

Exhibit A