UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS**<br><br>**Current Hearing Date:**<br>**Current Hearing Time:**<br>**Department: Courtroom 1**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

### [PROPOSED] ORDER

Having reviewed Defendants' Administrative Motion to File Under Seal, and good cause appearing, the Court hereby GRANTS Defendants' Administrative Motion to File Under Seal.

Accordingly, it is hereby ORDERED that the documents and portions of documents identified in the tables below shall be filed in redacted form to remove the information the parties seek to seal:

**Documents to Be Filed Under Seal**

| Ex. | Document | Reason(s) for Sealing |
|---|---|---|
| Ex. 1 to CFMG Response to Show Cause Brief | Sick Call Excel (CFMG-46; Rafinski-46) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

[PROPOSED] ORDER

| | | |
|---|---|---|
| Ex. 6 to CFMG Response to Show Cause Brief | Sobering cell List | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 43 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-23; Rafinski-23) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 44 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-27; Rafinski-27) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

**IT IS SO ORDERED.**

Dated: _____     By:_____

*Hon. Beth Labson Freeman*

*United States District Court*

[PROPOSED] ORDER