# EXHIBIT 44

# To August 16, 2024 Notice of Filing Defendant California Forensic Medical Group, Inc.'s Response to Show Cause in Response to Enforcement Order

# Submitted via Hand Delivery

# FILED UNDER SEAL