LINDSEY M. ROMANO (SBN: 337600)
LROMANO@GRSM.COM
ALLISON J. BECKER (PRO HAC VICE)
ABECKER@GRSM.COM
ELIZABETH B. MCGOWAN (PRO HAC VICE)
EMCGOWAN@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
315 PACIFIC AVENUE
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 875-4126
FACSIMILE:  (415) 986-8054
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF CERTAIN EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER**<br><br>N.D. Cal. Local Rule 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman |

Defendant's counsel for California Forensic Medical Group, Inc. ("CFMG") submits, pursuant to Civil Local Rules 79-5(c) and 7-11, an Administrative Motion to File Under Seal ("Administrative Motion to Seal"). CFMG moves to seal portions of the following exhibits to its Response to Show Cause [Dkt. 905]:

    1.  Exhibit 2 to CFMG's Response to Show Cause Brief

    2.  Exhibit 3 to CFMG's Response to Show Cause Brief

    3.  Exhibit 4 to CFMG's Response to Show Cause Brief

    4.  Exhibit 5 to CFMG's Response to Show Cause Brief

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

5.  Exhibit 7 to CFMG's Response to Show Cause Brief

6.  Exhibit 8 to CFMG's Response to Show Cause Brief

7.  Exhibit 9 to CFMG's Response to Show Cause Brief

8.  Exhibit 10 to CFMG's Response to Show Cause Brief

9.  Exhibit 11 to CFMG's Response to Show Cause Brief

10. Exhibit 12 to CFMG's Response to Show Cause Brief

11. Exhibit 13 to CFMG's Response to Show Cause Brief

12. Exhibit 14 to CFMG's Response to Show Cause Brief

13. Exhibit 15 to CFMG's Response to Show Cause Brief

14. Exhibit 16 to CFMG's Response to Show Cause Brief

15. Exhibit 17 to CFMG's Response to Show Cause Brief

16. Exhibit 18 to CFMG's Response to Show Cause Brief

17. Exhibit 19 to CFMG's Response to Show Cause Brief

18. Exhibit 20 to CFMG's Response to Show Cause Brief

19. Exhibit 21 to CFMG's Response to Show Cause Brief

20. Exhibit 22 to CFMG's Response to Show Cause Brief

21. Exhibit 23 to CFMG's Response to Show Cause Brief

22. Exhibit 24 to CFMG's Response to Show Cause Brief

23. Exhibit 25 to CFMG's Response to Show Cause Brief

24. Exhibit 26 to CFMG's Response to Show Cause Brief

25. Exhibit 27 to CFMG's Response to Show Cause Brief

26. Exhibit 28 to CFMG's Response to Show Cause Brief

27. Exhibit 29 to CFMG's Response to Show Cause Brief

28. Exhibit 30 to CFMG's Response to Show Cause Brief

29. Exhibit 31 to CFMG's Response to Show Cause Brief

30. Exhibit 32 to CFMG's Response to Show Cause Brief

31. Exhibit 33 to CFMG's Response to Show Cause Brief

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER

32. Exhibit 34 to CFMG's Response to Show Cause Brief

33. Exhibit 35 to CFMG's Response to Show Cause Brief

34. Exhibit 36 to CFMG's Response to Show Cause Brief

35. Exhibit 37 to CFMG's Response to Show Cause Brief

36. Exhibit 38 to CFMG's Response to Show Cause Brief

37. Exhibit 39 to CFMG's Response to Show Cause Brief

38. Exhibit 40 to CFMG's Response to Show Cause Brief

39. Exhibit 41 to CFMG's Response to Show Cause Brief

40. Exhibit 42 to CFMG's Response to Show Cause Brief

41. Exhibit 56 to CFMG's Response to Show Cause Brief

42. Exhibit 57 to CFMG's Response to Show Cause Brief

43. Exhibit 58 to CFMG's Response to Show Cause Brief

All of the above exhibits are excel spreadsheets submitted to the Court in their native format via hand delivery of a flash drive to the Court. *See* **Declaration of Allison Becker Exhibit A**. These exhibits contain incarcerated people's names, dates of birth/death, and booking numbers and the names and email addresses of health care staff employed by CFMG who are directly involved in providing or supervising patient care at the jail. The information sought to be sealed is identified in detail in the chart attached to this Motion as **Exhibit A**.

CFMG hereby files this motion to seal portions the Exhibits to its Response to Show Cause. Counsel for CFMG met and conferred with counsel for Plaintiffs and County defendants to discuss if they would consent to or oppose the Motion to Seal portions of these exhibits. *Id*. ¶ 4. Counsel for the County consented. Counsel for Plaintiffs did not consent. *See* Becker Declaration ¶¶ 3-4. CFMG informed Plaintiffs' counsel that it would provide the Court, County Counsel, and Plaintiffs a digital copy of the un-redacted native excel sheets at the time of filing. CFMG only requested additional time to file the redacted versions of these exhibits on the public docket. Plaintiffs' counsel rejected this request. Therefore, CFMG asks this Court to allow it up to 14 days to file the redacted versions of the exhibits to the public docket.

-3-

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

1    In order to redact the excel spreadsheets, CFMG must create a patient key for hundreds of

2    patients, match the identifying information in the spreadsheet and then manually change the

3    names in the spreadsheet in thousands of cells to match the keys. Plaintiffs, who oppose this

4    motion, do not argue that this information should not be redacted pursuant to this Court's prior

5    orders. Instead, they oppose the motion only because they argue that CFMG should have been

6    able to complete the redactions in time. No parties will be prejudiced by allowing CFMG time to

7    redact and file redacted versions on the public docket—the Court, County counsel, and

8    Plaintiffs' counsel will have already received un-redacted copies as of the time of filing.

9    In accordance with Civil Local Rule 79-5(c) and this Court's Civil Standing Order,

10   CFMG has hand delivered native copies of the un-redacted versions of the exhibits to be filed

11   under seal. Defense counsel has filed herewith a Proposed Order Granting the Administrative

12   Motion to File Under Seal. *See* Civ. L.R. 79-5(c)(3).

13   **I.    LEGAL STANDARD**

14   Courts "recognize a general right to inspect and copy public records and documents,

15   including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d

16   1092, 1096 (9th Cir. 2016) (quoting *Nixon v. Warner Commnc'ns, Inc.*, 435 U.S. 589, 597, 98

17   S.Ct. 1306, 55 L.Ed.2d 570 (1978)). The presumption of access is based on the need for

18   accountability and "for the public to have confidence in the administration of justice." *Id*

19   (quoting *United States v. Amodeo (Amodeo II )*, 71 F.3d 1044, 1048 (2d Cir.1995)). The party

20   seeking to seal a judicial record has the burden of overcoming the "strong presumption by

21   meeting the 'compelling reasons' standard." *Id* (quoting *Kamakana v. City & County of*

22   *Honolulu*, 447 F.3d 1172, 1178 (9th Cir.2006)). A compelling reason may include records that

23   could be used to "gratify private spite or promote public scandal." *Id*. at 1097. Moreover, parties

24   requesting sealing of portions of a non-dispositive motion must make a "particularized showing

25   of good cause." *Al Otro Lado, Inc. v. Wolf*, No. 3:17-CV-2366-BAS-KSC, 2020 WL 6449152,

26   *5 (S.D. Cal. Nov. 2, 2020). "Good cause exists where the party seeking protection shows that

27   specific prejudice or harm will result if the request to seal is denied." *Id* (citing *Anderson v.*

28

-4-

*Marsh*, 312 F.R.D. 584, 594 (E.D. Cal. 2015)). Parties seeking to seal documents must comply with Civil Local Rule 79-5, which requires a statement of the applicable legal standard and an explanation of "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Civ. L. R. 79-5(c)(1).

## II.  CFMG HAS IDENTIFED NOT ONLY GOOD CAUSE, BUT COMPELLING REASONS TO SEAL THE REQUESTED INFORMATION AND HAVE NARROWLY TAILORED THE REQUEST TO REDACT ONLY SEALABLE MATERIAL.

CFMG requests to seal information, relating to class members' sensitive personal and identifying information, to protect legitimate private interests. Civ. L.R. 79-5(c)(1). The parties consistently redact such information pursuant to the protective order (Dkt. 401) because the information appears in discussions of incarcerated individuals' medical and custody records, implicating their rights to privacy. This Court has previously granted requests to seal such information. See Dkt. No. 604 (authorizing redactions that "relate to confidential and personal information of class members and security-sensitive information"); Dkt. No. 802 (authorizing many of the redactions requested herein). Redaction of this personal information is independently supported by applicable law, to protect individuals' identities and privacy interests, including their medical privacy. See, e.g., Sumotext Corp. v. Zoove, Inc., No. 16-cv-01370-BLF, 2019 WL 6841259, at *3 (N.D. Cal. Dec. 16, 2019) (sealing "sensitive personal information"); McArdle v. AT&T Mobility LLC, No. 09-cv-1117 CW, 2018 WL 6803743, at *6 (N.D. Cal. Aug. 13, 2018) (same). In class actions, medical privacy interests can be protected through the redaction of patient-identifying information. *See Hedrick v. Grant,* No. 276-CV-0162GEBEFBP, 2017 WL 550044, at *2 (E.D. Cal. Feb. 10, 2017). CFMG's request to seal falls within the second category of information, relating to the names of health care staff and all personal contact information, to protect legitimate private interests of both the patients and the staff at the jail. Civ. L.R. 79-5(c)(1). Redacting the names of health care providers directly

-5-

1  involved in providing or supervising patient care at the Jail protects those individuals from public
2  ridicule or professional consequences for acts and omissions in the provision of care to patients
3  at the jail, which may discourage those individuals and prospective employees from working at
4  the Jail.

<b>CONCLUSION</b>

6      For the foregoing reasons, CFMG respectfully request that the Court grant the instant
7  Administrative Motion to File under Seal. Moreover, CFMG requests that this Court allow it 30
8  days to file the redacted versions of the excel spreadsheets on the public docket.

9  Respectfully submitted,

Dated: August 16, 2024        GORDON REES SCULLY MANSUKHANI, LLP

By:    */s/ Allison J. Becker*
       Lindsey M. Romano
       Allison J. Becker, (pro hac vice)
       Elizabeth B. McGowan (pro hac vice)
       Attorneys for Defendant CFMG.

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

## CERTIFICATE OF SERVICE

*Jesse Hernandez, et al. v. County of Monterey, et al.*
U.S.D.C., Northern District of California - Case No. 5:13-cv-02354-BLF
**[C.C.P. § 1013, C.R.C. §2008, F.R.C.P. Rule 5]**

I, Todd Yoho certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date:   August 16, 2024                    By: */s/ Todd Yoho*

# EXHIBIT A

**Information to Be Redacted and Filed Under Seal**

| Ex.[1] | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Ex. 2 to CFMG Response to Show Cause Brief | 6 Month – Annual Physical Exam Scheduled 3.25.24 to 4.5.24 (CFMG-4; Rafinski-4) | Columns A-D, Lines 5-336; Columns N-O, Lines 5-336; Columns R-T, Lines 5-336; Column U, Lines 5-336 | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 3 to CFMG Response to Show Cause Brief | 6-Month Annual Physical Task Report 3.25.24 to 4.5.24 (CFMG-5; Rafinski-5) | Columns A-D, Lines 5-35; Columns N-O, Lines 5-35; Columns S-U, Lines 5-35; Column V, Lines 5-35 | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 4 to CFMG Response to Show Cause Brief | Medical – Outside Care - ERMA Report – Off-Site Appointments March-April | Column D, Lines 2-244; Column E, Lines 2-244; Column L, Lines 2-244 | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause |

[1] Due to the native nature of the locked excel spreadsheet; we were unable to highlight the portions of Exhibits 1-56. Each area for redaction has been identified by column letter and line number.

| | | | |
|---|---|---|---|
| | 2024 (CFMG-10; Rafinski-10) | | harm to individuals should those findings be disclosed to the public. |
| Ex. 5 to CFMG Response to Show Cause Brief | Medical – Outside Care – CorEMR Repo – Offsite Appts – 3-25-24 – 4-5-24 (CFMG-11; Rafinski-11) | Columns A-B, Lines 3-26; Columns H-I, Lines 3-26; Column J, Lines 3-26; Column M, Lines 3-26; Column N, Lines 3-26. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 7 to CFMG Response to Show Cause Brief | Communicable Disease – CorEMR Report – Forms – PPD Read – 3-25-24 – 4-5-24 (CFMG-14; Rafinski-14) | Column A, Lines 3-44; Column B, Lines 3-44; Column F, Lines 3-44. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 8 to CFMG Response to Show Cause Brief | Communicable Disease – CorEMR – STD & MRSA testing – 3-25- | Columns A-D, Lines 5-123; Column J (RN Names), Lines 5-123; Column K-M, | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. |

| | 24 – 4-5-24 (CFMG-15; Rafinski-15) | Lines 5-123; Columns Q-S, Lines 5-123. | Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 9 to CFMG Response to Show Cause Brief | Communicable Disease-CorMER Report – Task – PPD Read – 3-25-24 – 4-5-24 (CFMG-16)(Rafinski-16) | Columns A-B, Lines 3-106; Columns J-K, Lines 3-106; Columns N-O, Lines 3-106; Column P, Lines 3-106. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 10 to CFMG Response to Show Cause Brief | 14-Day Health Assessment – SCHEDULED – 3.25.24 to 4.5.24 (CFMG-6; Rafinski-6) | Columns A-D, Lines 5-251; Column M, Lines 5-251; Column T, Lines 5-251. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 11 to CFMG Response to Show Cause Brief | 14-Day Health Assessments – Completed – 3.25.24 to | Columns A-D, Lines 5-144; Column M, Lines 5-144; Columns Q- | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not |

| | 4.5.24 (CFMG-7; Rafinski-7) | S, Lines 5-144; Column T, Lines 5-144. | be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 12 to CFMG Response to Show Cause Brief | Chronic Care Forms Report – 5 to 7 Days Requirement – 3.25.24 to 4.5.24 (CFMG-2; Rafinski-2) | Column B, Lines 2-18; Column C, Lines 2-18; Column G, Lines 2-18. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 13 to CFMG Response to Show Cause Brief | Chronic Care Forms Report – Every 90 Days – 3.25.24 to 4.5.24 (CFMG-3; Rafinski-3) | Column B, Lines 2-18; Column C, Lines 2-18; Column G, Lines 2-18. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex.14 to CFMG Response to Show Cause | Receiving Screening and Exceptions | Column A, Lines 3-231; Column B, Lines 3-231; | Contains personal identifying information, incarcerated individuals booking ID numbers, |

| Brief | Form 3.25.24 to 4.5.24 (CFMG-1; Rafinski-1) | Column F, Lines 3-231. | protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 15 to CFMG Response to Show Cause Brief | Withdrawal Forms Report – 3.25.24 ONLY (CFMG-12; Rafinski-12) | Column B, Lines 2-17; Column C, Lines 2-17; Column G, Lines 2-17. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 16 to CFMG Response to Show Cause Brief | Withdrawal Forms Report – 3.25.24 to 4.5.24 (CFMG-13; Rafinski-13) | Column A, Lines 3-254; Column B, Lines 3-254; Column F, Lines 3-254. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 17 to CFMG Response to | Acute Care 9#17) (CFMG- | Column A, Lines 2-29. | Contains personal identifying information, incarcerated |

| Show Cause Brief | 36; Rafinski-36). | | individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 18 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-33; Rafinski-33) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 19 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-39; Rafinski-39) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 20 to CFMG | Ad Seg | Column C (Sheet1- | Contains personal identifying |

| | | | |
|---|---|---|---|
| Response to Show Cause Brief | Housing Rosters (CFMG-40; Rafinski-40) | Sheet77); Column E (Sheet1-Sheet77). | information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 21 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-42; Rafinski-42) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 22 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-45; Rafinski-45) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

| Ex. 23 to CFMG Response to Show Cause Brief | Chronic Care (#16) and Psychiatry FU (#19) (CFMG-35; Rafinski-35) | Column A, Lines 2-154. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 24 to CFMG Response to Show Cause Brief | Chronic Care (#16) and Psychiatry FU (#19) (CFMG-38; Rafinski-38) | Column A, Lines 2-154. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 25 to CFMG Response to Show Cause Brief | IMOs Between 3.25 and 4.8 (CFMG-41; Rafinski-41) | Column A-B, Lines 3-12). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the |

| | | | |
|---|---|---|---|
| | | | public. |
| Ex. 26 to CFMG Response to Show Cause Brief | Initial MH Screening (#12) (CFMG-32; Rafinski-32) | Column A (All Three Sheets) | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 27 to CFMG Response to Show Cause Brief | Outpatient Services (#18) (CFMG-37; Rafinski-37) | Column A, Lines 2-556; Column C, Lines 2-556. | Contains personal identifying information, incarcerated individuals booking ID numbers protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 28 to CFMG Response to Show Cause Brief | Suicide Risk Assess and Safety (#24) (CFMG-43; Rafinski-43) | Column A, Lines 2-36; Column B, Lines 2-36. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those |

| | | | findings be disclosed to the public. |
|---|---|---|---|
| Ex. 29 to CFMG Response to Show Cause Brief | Tx Planning (#15) and Med Record (#25) (CFMG-34; Rafinski-34) | Columns A-B, Lines 2-36. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 30 to CFMG Response to Show Cause Brief | Tx Planning (#15) and Med Record (#25) (CFMG-44; Rafinski-44) | Columns A-B, Lines 2-36. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 31 to CFMG Response to Show Cause Brief | Dental Intake Screening – Referral to Dental – 3-25-24 – 4-5-24 (CFMG-17; | Column A-B, Lines 3-15; Column D, Lines 3-15. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause |

| | Rafinski-17) | | harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 32 to CFMG Response to Show Cause Brief | Initial Health Inventory – Dental Form – 3-25-24 – 4-5-24 (CFMG-18; Rafinski-18) | Column A-B, Line 3; Column F, Line 3. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 33 to CFMG Response to Show Cause Brief | Initial Health Inventory – Medical Form – 3.5.24 – 4-5-24 (CFMG-19; Rafinski-19) | Columns A-B, Lines 3-133; Column F, Lines 3-133. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 34 to CFMG Response to Show Cause Brief | Treatment for Urgent and Emergent Conditions-CorEMR | Columns A-B, Lines 3-13; Column J, Lines 3-13; Columns M-N, Lines 3-13; | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. |

| | Report-Dental Sick Call Level 1-3-25-24-4-5-24 (CFMG-20; Rafinski-20) | Column O, Lines 3-13. | Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 35 to CFMG Response to Show Cause Brief | Dental Sick Call – CorEMR Report – Nurse Sick Call – Completed – 3-25-24 – 4-5-24 (CFMG-21; Rafinski-21) | Columns A-D, Lines 5-233; Columns K-N, Lines 5-233; Columns R-T, Lines 5-233; Column U, Lines 5-233. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 36 to CFMG Response to Show Cause Brief | Dental Sick Call – CorEMR Report- Nurse Sick Call – Refused – Cancelled – Open – 3-25-24 – 4-5-24 (CFMG-22; Rafinski-22) | Columns A-D, Lines 5-677; Columns L-N, Lines 5-677; Column R-T, Lines 5-677; Column U, Lines 5-677. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 37 to CFMG Response to | Restorative – CorEMR | Columns A-B, Lines 3-35; | Contains personal identifying information, incarcerated |

| Show Cause Brief | Report – Dental Treatment – Completed – 3-25-24 – 4-5-24 (CFMG-24; Rafinski-24) | Column J, Lines 3-35; Column M, Lines 3-35; Column N, Lines 3-35. | individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 38 to CFMG Response to Show Cause Brief | Extractions – ERMA Report – Oss-Site Appt. 3-25-24 – 4-5-24 (CFMG-25; Rafinski-25) | Columns D-E, Lines 2-3; Column L, Lines 2-3. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 39 to CFMG Response to Show Cause Brief | Specialty Care Referrals – ERMA Report – Off-Site Appt. 3-25-24 – 4-5-24 (CFMG-26; Rafinski-26) | Columns D-E, Lines 2-3; Column L, Lines 2-3. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 40 to CFMG | Periodontics – | Columns A-B, | Contains personal identifying |

| | | | |
|---|---|---|---|
| Response to Show Cause Brief | CorEMR Report – Dental Periodontal Prgram – 3-24-24 – 4-5-24 (CFMG-28; Rafinski-28) | Lines 3-16; Column J-K, Lines 3-16; Columns N-O, Lines 3-16; Column P, Lines 3-16. | information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 41 to CFMG Response to Show Cause Brief | Monterey Dental Priority Compliance Report – 3-25-24 – 4-5-24 (CFMG-30; Rafinski-30) | Sheet One: Columns G-I, Lines 4-120; Columns R, U, V, Lines 4-120. Sheet Two: Columns C-E, Lines 2-118; Column N, Lines 2-118; Columns Q-R, Lines 2-118. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 42 to CFMG Response to Show Cause Brief | Bookings 03-25-24 through 4-05-24 (CFMG-29; Rafinski-29) | Sheet One: Column A, Lines 2-53; Column C, Lines 2-53; Column O, Lines 2-53. Sheet 2: Columns | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those |

| | | A, C, and K, Lines 2-53. Sheet Three; Columns A, C, and M, Lines 2-53. Sheet Four: Columns A, B, and M, Lines 2-54. Sheet Five: Columns A, B, and J, Lines 2-12. | findings be disclosed to the public. |
|---|---|---|---|
| Ex. 56 to CFMG Response to Show Cause Brief | Medical Audit Tool | Sheets 1-9: Column A. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 57 to CFMG Response to Show Cause Brief | Mental Health Audit Tool | Sheets 1-14: Column A. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause |

| | | | harm to individuals should those findings be disclosed to the public. |
|---|---|---|---|
| Ex. 58 to CFMG Response to Show Cause Brief | Dental Audit Tool | Sheets 1-14: Column A. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |