LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CERTAIN EXHIBITS**<br><br>N.D. Cal. Local Rules 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman<br><br>No Hearing Date Pursuant to L.R. 7-11(c) |

I, Allison J. Becker, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of North Carolina and admitted pro hac vice before this Federal Court. I represent defendant California Forensic Medical Group, Inc. ("CFMG") in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify to thereto. I make this administrative declaration in support of Defendants' Administrative Motion to File Under Seal ("Motion").

2. Defendant has conformed the Administrative Motion to File Under Seal and associated redactions to the requirements of Civil Local Rule 79-5 and this Court's Standing

Order, including by hand delivering to the Court un-redacted versions of all the relevant documents. Given the native locked format of the excel files, we were unable to place highlights on the excel sheets. Moreover, ECF filing does not allow us to file the native excels, therefore, we submitted a flash drive to the Court with all un-redacted excel sheets. *See* **Exhibit A.** Counsel for all parties has also been provided electronic native copies of all relevant exhibits.

3. On August 16, 2024, my office sent an email to meet and confer with counsel for the County and Plaintiffs, asking whether they would oppose this motion to seal portions of certain exhibits. The County counsel consented.

4. Also on August 16, 2024, I had a phone conference with Plaintiffs' counsel. I explained that we seek only a limited extension to file redacted copies of the excel spreadsheets on the public docket, due to the volume of data to be redacted and the technical challenge of the redaction. Redacting the documents would require creating a patient key for hundreds of patient identifiers and manually editing thousands of cells in the excel files to correspond with the patient keys. We asked Plaintiffs' counsel to negotiate a timeframe by which we would file the redacted excel spreadsheets on the public docket.

5. Instead of working to establish an agreed upon timeline, Plaintiffs' counsel indicated they would oppose this motion. *See* Email from Caroline Jackson attached as **Exhibit B.**

6. CFMG filed three exhibits on the public docket, which summarize the experts' findings from the audit tool spreadsheet that will be partially redacted. *See* **Exhibits 48, 52, and 54.**

7. CFMG's proposed redactions to the relevant exhibits are identified in the chart attached to this Motion as **Exhibit A**.

8. CFMG reasonably requires more time to prepare a patient key to protect health and other personally identifying information for incarcerated individuals, and wants to ensure

-2-

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

that all identifying information is properly redacted while preserving the integrity of the data in the excel spreadsheets.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on August 16, 2024 at Raleigh, North Carolina.

By: */s/ Allison J. Becker*
Allison J. Becker, Declarant
Attorney for Defendant CFMG
abecker@grsm.com



TODD S. YOHO
TYOHO@GRSM.COM

**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

ATTORNEYS AT LAW
150 FAYETTEVILLE STREET, SUITE 1120
RALEIGH, NC 27601
WWW.GRSM.COM

August 16, 2024

**VIA HAND DELIVERY**
The Clerk of Court
United States District Court
Northern California
280 S. 1st Street
San Jose, CA 95113

**RECEIVED**

AUG 16 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re:   Native Files for Filing Under Seal
      Hernandez, et al. v. County of Monterey, et al.
      5:13-cv-02354-BLF

To the Clerk of Court:

Accompanying this letter is a password protected flash drive containing native Excel files used as exhibits in California Forensic Medical Group's Motion to Seal regarding its Show Cause Brief that will be filed today via CM/ECF.

These files contain Patient Identifying Information, which is why the flash drive is password protected. The fact that the files Patient Identifying Information is why they are being filed under seal. Because of the volume of individuals and identifiers, it was too burdensome to create a key to the documents in the timeframe available. Because these are native Excel files, they cannot be filed via CM/ECF, so they are being provided to the clerk in this manner with supplemental filings and production to come.

Please do not hesitate to call me with any questions regarding this matter.

Sincerely,

Todd S. Yoho
Paralegal

Enclosures as stated.

Exhibit A

| | |
|---|---|
| **Subject:** | FW: Hernandez - Show Cause Exhibits Under Seal [IMAN-DMS.FID40388] |

---

**TODD S. YOHO**  |  Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
tyoho@grsm.com

www.grsm.com
vCard

**From:** Caroline Jackson <CJackson@rbgg.com>
**Sent:** Friday, August 16, 2024 4:12 PM
**To:** Allison Becker <abecker@grsm.com>; Lyons, Ellen <lyonse@countyofmonterey.gov>; Todd Yoho <tyoho@grsm.com>; Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>; Holmes, Janet L. <HolmesJL@countyofmonterey.gov>; Blitch, Susan K. <BlitchSK@countyofmonterey.gov>; Zarco, Cassandra <ZarcoC@countyofmonterey.gov>; Brito, Angelica <BritoA@countyofmonterey.gov>; Katherine K Tebrock <KTebrock@wellpath.us>; Stefan Cange <StCange@Wellpath.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: Hernandez - Show Cause Exhibits Under Seal [IMAN-DMS.FID40388]

---

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

---

Hi Allison,

For the spreadsheets that contain only booking IDs and patient names, we agree for these documents to be filed entirely under seal.

After conferring internally, we cannot agree to an extension to file the redacted copies of the exhibits. This particular deadline has been known or knowable to Defendants for months. We already agreed to an extension of the deadline to respond to Dr. Winthrop's report, which had the effect of pushing back the deadline of the brief. Then we agreed to a further 7-day extension of the deadline for this brief. I'm sorry, but we cannot agree to additional extensions.

Sincerely,

Caroline Jackson
Senior Counsel
She/her



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 906-6355 (VP)
(415) 433-7104 (fax)
cjackson@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at cjackson@rbgg.com.

**From:** Allison Becker <abecker@grsm.com>
**Sent:** Friday, August 16, 2024 11:48 AM
**To:** Caroline Jackson <CJackson@rbgg.com>; Lyons, Ellen <lyonse@countyofmonterey.gov>; Todd Yoho <tyoho@grsm.com>; Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>; Holmes, Janet L. <HolmesJL@countyofmonterey.gov>; Blitch, Susan K. <BlitchSK@countyofmonterey.gov>; Zarco, Cassandra <ZarcoC@countyofmonterey.gov>; Brito, Angelica <BritoA@countyofmonterey.gov>; Katherine K Tebrock <KTebrock@wellpath.us>; Stefan Cange <StCange@Wellpath.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** Re: Hernandez - Show Cause Exhibits Under Seal

[EXTERNAL MESSAGE NOTICE]

Caroline,

Just to clarify, we have some spreadsheets that contain **only** booking IDs and patient names. These were lists of patients that were used to create the randomized samples for the expert audits. We plan to file these lists under seal entirely. Please let us know if you plan to object.

For the audit tools and other spreadsheets, we plan to request that only certain portions be filed under seal—patient identifying information, and treating provider information, in accordance with the Court's orders. We will file a motion for partial sealing today along with the highlighted unredacted copies under seal. We are simply hoping to agree to a reasonable extension of time to file the redacted copies of any excel files on the record due to the size of the spreadsheets and the sheer volume of patient data for which we would need to create keys. Again, we will be providing the Court and your office with unredacted copies at the time of filing, and would request an additional 30 days to file the redacted copies with the Court on the public docket. This would be Monday, September 16, which is still 90 days before the trial setting.

Please let us know if you will consent to this extension of time for us to file the redacted copies on the record so we can indicate your position in our motion. If you have a proposal for a different time frame for redactions, we are certainly willing to discuss further.

Thanks,
Allison

_____

**ALLISON J. BECKER**  |  Managing Partner - North Carolina

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1796  |  abecker@grsm.com
Website  |  Bio  |  Book Time to Meet With Me

---

**From:** Caroline Jackson <CJackson@rbgg.com>
**Date:** Friday, August 16, 2024 at 1:59 PM
**To:** Allison Becker <abecker@grsm.com>, Lyons, Ellen <lyonse@countyofmonterey.gov>, Todd Yoho <tyoho@grsm.com>, Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>, Holmes, Janet L. <HolmesJL@countyofmonterey.gov>, Blitch, Susan K. <BlitchSK@countyofmonterey.gov>, Zarco, Cassandra <ZarcoC@countyofmonterey.gov>, Brito, Angelica <BritoA@countyofmonterey.gov>, Katherine K Tebrock <KTebrock@wellpath.us>, Stefan Cange <StCange@Wellpath.us>, Monterey IP Team <MontereyIPTeam@grsm.com>, Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: Hernandez - Requesting medical records [IMAN-DMS.FID40388]

Hi Allison,

Unfortunately, we will need to oppose any motion to file this exhibit under seal in its entirety.

Sincerely,

Caroline Jackson
Senior Counsel
She/her



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 906-6355 (VP)
(415) 433-7104 (fax)
cjackson@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at cjackson@rbgg.com.

---

**From:** Allison Becker <abecker@grsm.com>
**Sent:** Friday, August 16, 2024 9:36 AM

3

Exhibit B                                                                 Becker Declaration-3

**To:** Caroline Jackson <CJackson@rbgg.com>; Lyons, Ellen <lyonse@countyofmonterey.gov>; Todd Yoho <tyoho@grsm.com>; Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>; Holmes, Janet L. <HolmesJL@countyofmonterey.gov>; Blitch, Susan K. <BlitchSK@countyofmonterey.gov>; Zarco, Cassandra <ZarcoC@countyofmonterey.gov>; Brito, Angelica <BritoA@countyofmonterey.gov>; Katherine K Tebrock <KTebrock@Wellpath.us>; Stefan Cange <StCange@Wellpath.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** Re: Hernandez - Requesting medical records [IMAN-DMS.FID40388]

[EXTERNAL MESSAGE NOTICE]

Caroline,

Please give me a call to discuss? 919-641-0465

_____

**ALLISON J. BECKER** | Managing Partner - North Carolina

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1796 | abecker@grsm.com

Website | Bio | Book Time to Meet With Me

**From:** Caroline Jackson <CJackson@rbgg.com>
**Date:** Friday, August 16, 2024 at 12:34 PM
**To:** Lyons, Ellen <lyonse@countyofmonterey.gov>, Todd Yoho <tyoho@grsm.com>, Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>, Holmes, Janet L. <HolmesJL@countyofmonterey.gov>, Blitch, Susan K. <BlitchSK@countyofmonterey.gov>, Zarco, Cassandra <ZarcoC@countyofmonterey.gov>, Brito, Angelica <BritoA@countyofmonterey.gov>, Katherine K Tebrock <KTebrock@Wellpath.us>, Stefan Cange <StCange@Wellpath.us>, Monterey IP Team <MontereyIPTeam@grsm.com>, Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: Hernandez - Requesting medical records [IMAN-DMS.FID40388]

Todd,

Do Defendants intend to file the entire exhibit under seal, or simply to redact patient identifying information? We have no objection to redacting patient identifying information. But if Defendants plan to file the entire exhibit under seal, we would need to know what else is in it to know if we object.

Sincerely,

Caroline Jackson
Senior Counsel
She/her

4
Exhibit B                                                          Becker Declaration-4



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 906-6355 (VP)
(415) 433-7104 (fax)
cjackson@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at cjackson@rbgg.com.

**From:** Lyons, Ellen <lyonse@countyofmonterey.gov>
**Sent:** Friday, August 16, 2024 8:11 AM
**To:** Todd Yoho <tyoho@grsm.com>; Caroline Jackson <CJackson@rbgg.com>; Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>; Holmes, Janet L. <HolmesJL@countyofmonterey.gov>; Blitch, Susan K. <BlitchSK@countyofmonterey.gov>; Zarco, Cassandra <ZarcoC@countyofmonterey.gov>; Brito, Angelica <BritoA@countyofmonterey.gov>; Katherine K Tebrock <KTebrock@Wellpath.us>; Stefan Cange <StCange@Wellpath.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: Hernandez - Requesting medical records [IMAN-DMS.FID33558]

[EXTERNAL MESSAGE NOTICE]

Good Morning Todd,

We have no objection.

Best,
Ellen

**Ellen S. Lyons**
Deputy County Counsel
County of Monterey | County Counsel

**From:** Todd Yoho <tyoho@grsm.com>
**Sent:** Friday, August 16, 2024 6:53 AM
**To:** Caroline Jackson <CJackson@rbgg.com>; Lyons, Ellen <lyonse@countyofmonterey.gov>; Wisdom-Stack, Tucker <Wisdom-StackTN@countyofmonterey.gov>; Holmes, Janet L. <HolmesJL@countyofmonterey.gov>; Blitch, Susan K. <BlitchSK@countyofmonterey.gov>; Zarco, Cassandra <ZarcoC@countyofmonterey.gov>; Brito, Angelica <BritoA@countyofmonterey.gov>; Katherine K Tebrock <KTebrock@Wellpath.us>; Stefan Cange <StCange@Wellpath.us>; Monterey IP Team <MontereyIPTeam@grsm.com>; Ben Rice <benjamintrice@hotmail.com>
**Cc:** Monterey County Jail Team <MontereyCountyJailTeam@rbgg.com>
**Subject:** RE: Hernandez - Requesting medical records [IMAN-DMS.FID33558]

[CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know the content is safe. ]

Counselors,

Allison asked me to reach out to you. We plan to file some Excel sheets as exhibits to our show cause briefing that contain Patient Identifying Information. Due to the volume of patients, it was too burdensome to create a key in the timeframe we had, so we intend to file these excel sheets under seal.

Please let us know if anyone objects.

Thank you!

---

**TODD S. YOHO**  |  Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
tyoho@grsm.com

www.grsm.com
vCard

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com