# EXHIBIT 7

## To August 16, 2024 Notice of Filing Defendant California Forensic Medical Group, Inc.'s Response to Show Cause in Response to Enforcement Order

## Submitted via Hand Delivery

## FILED UNDER SEAL