UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-02354-BLF<br><br>**ORDER GRANTING DEFENDANT CFMG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>[Re:  ECF 907, 908] |

　　　　Defendant California Forensic Medical Group, Inc. ("CFMG") has filed two administrative motions (ECF 907, 908) to seal material contained in exhibits supporting CFMG's Show Cause Response (ECF 905).  Specifically, CFMG moves to seal exhibits and portions of exhibits containing jail inmates' personal identifying information, jail inmates' confidential medical information, and jail staff's personal identifying information.

　　　　No opposition has been filed to CFMG's administrative motions and the time to oppose has expired.  CFMG represents that Plaintiffs and Defendant County of Monterey consent to the first administrative motion, docketed at ECF 907.  Plaintiffs have filed a non-opposition (ECF 909) to the second administrative motion, docketed at ECF 908.  Plaintiffs request that CFMG be ordered to file redacted versions of their exhibits as soon as possible.  CFMG requests 14 days to file redacted versions of the exhibits on the basis that they are voluminous.

　　　　The Court must determine whether CFMG's motion to seal should be evaluated under the "compelling reasons" standard applicable to documents that are "more than tangentially related to the merits of a case," or under the lesser "good cause" standard.  *Ctr. for Auto Safety v. Chrysler*

1    *Grp.*, LLC, 809 F.3d 1092, 1101-02, 1097 (9th Cir. 2006).  The Court applies the compelling

2    reasons standard, because CFMG's Show Cause Response and exhibits thereto go to the heart of

3    central issues in this case – whether inmates at the Monterey County Jail are being provided with

4    adequate medical and mental health care.

5          The Court already has found that compelling reasons exist to seal jail inmates' personal

6    identifying information, jail inmates' confidential medical information, and jail staff's personal

7    identifying information.  *See* Order Re. Admin. Mots., ECF 802.  Under the same rationale, the

8    Court finds that compelling reasons exist to seal the exhibits and portions of exhibits at issue, and

9    that CFMG's sealing request is narrowly tailored as required under this district's Civil Local

10   Rules.  *See* Civ. L.R. 79-5(c).  The Court also finds that CFMG's request for 14 days to file

11   redacted versions of the exhibits is reasonable, and the Court perceives no prejudice to the parties

12   or the public if CFMG is granted this additional time.

**ORDER**

(1)    CFMG's administrative motions to seal are GRANTED.

(2)    CFMG shall file redacted versions of all documents on the public docket by September 5, 2024.

(3)    Simultaneously with the present order, the Court will sign and issue CFMG's proposed orders containing detailed charts identifying the material to be sealed.

(4)    This order terminates ECF 907 and 908.

Dated:   August 22, 2024

_____
BETH LABSON FREEMAN
United States District Judge