UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ, et al., | CASE NO. 5:13-cv-02354-BLF |
| Plaintiffs, | **ORDER SEALING CERTAIN MATERIAL CONTAINED IN EXHIBITS TO CFMG'S SHOW CAUSE RESPONSE** |
| vs. | |
| COUNTY OF MONTEREY, et al., | [Re: ECF 907] |
| Defendants. | |

## ORDER

Pursuant to this Court's Order Granting Defendant CFMG's Administrative Motions to File Under Seal (ECF 910), the material identified below shall be filed in redacted form to avoid public disclosure of material the Court has ordered sealed.

**Documents to Be Filed Under Seal**

| Ex. | Document | Reason(s) for Sealing |
|---|---|---|
| Ex. 1 to CFMG Response to Show Cause Brief | Sick Call Excel (CFMG-46; Rafinski-46) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

| | | |
|---|---|---|
| Ex. 6 to CFMG Response to Show Cause Brief | Sobering cell List | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 43 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-23; Rafinski-23) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 44 to CFMG Response to Show Cause Brief | IPs in-custody 180+ and 365+ days (CFMG-27; Rafinski-27) | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

**IT IS SO ORDERED.**

Dated: August 22, 2024             By: /s/ Beth Labson Freeman

*Hon. Beth Labson Freeman*
*United States District Court*