1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3  JESSE HERNANDEZ et al.,                ) CASE NO. 5:13-cv-02354-BLF
                                          )
4                                         ) **ORDER SEALING CERTAIN**
                     Plaintiffs,          ) **MATERIAL CONTAINED IN**
5                                         ) **EXHIBITS TO CFMG'S SHOW**
   vs.                                    ) **CAUSE RESPONSE**
6                                         )
   COUNTY OF MONTEREY, et al.,            ) [Re: ECF 908]
7                                         )
                                          )
8                    Defendants.          )
                                          )
9                                         )
                                          )
10                                        )
                                          )
11 _____ )

13                                      ORDER

15   Pursuant to this Court's Order Granting Defendant CFMG's Administrative Motions to File
16 Under Seal (ECF 910), the material identified below shall be filed in redacted form to avoid
17 public disclosure of material the Court has ordered sealed.

| Ex.[1] | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Ex. 2 to CFMG Response to Show Cause Brief | 6 Month – Annual Physical Exam Scheduled 3.25.24 to 4.5.24 (CFMG-4; Rafinski-4) | Columns A-D, Lines 5-336; Columns N-O, Lines 5-336; Columns R-T, Lines 5-336; Column U, Lines 5- | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings |

[1] Due to the native nature of the locked excel spreadsheet; we were unable to highlight the portions of Exhibits 1-56. Each area for redaction has been identified by column letter and line number.

| | | 336 | be disclosed to the public. |
|---|---|---|---|
| Ex. 3 to CFMG Response to Show Cause Brief | 6-Month Annual Physical Task Report 3.25.24 to 4.5.24 (CFMG-5; Rafinski-5) | Columns A-D, Lines 5-35; Columns N-O, Lines 5-35; Columns S-U, Lines 5-35; Column V, Lines 5-35 | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 4 to CFMG Response to Show Cause Brief | Medical – Outside Care - ERMA Report – Off-Site Appointments March-April 2024 (CFMG-10; Rafinski-10) | Column D, Lines 2- 244; Column E, Lines 2-244; Column L, Lines 2-244 | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 5 to CFMG Response to Show Cause Brief | Medical – Outside Care – CorEMR Repo – Offsite Appts – 3-25-24 – 4-5- 24 (CFMG-11; Rafinski-11) | Columns A-B, Lines 3-26; Columns H-I, Lines 3-26; Column J, Lines 3-26; Column M, Lines 3-26; Column N, Lines 3-26. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 7 to CFMG Response to Show Cause | Communicable Disease – CorEMR | Column A, Lines 3-44; Column B, Lines 3-44; Column | Contains personal identifying information, incarcerated individuals booking ID numbers, |

| | | | |
|---|---|---|---|
| Brief | Report – Forms – PPD Read – 3-25-24 – 4-5-24 (CFMG-14; Rafinski-14) | F, Lines 3-44. | protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 8 to CFMG Response to Show Cause Brief | Communicable Disease – CorEMR – STD & MRSA testing – 3-25-24 – 4-5-24 (CFMG-15; Rafinski-15) | Columns A-D, Lines 5-123; Column J (RN Names), Lines 5-123; Column K-M, Lines 5-123; Columns Q-S, Lines 5-123. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 9 to CFMG Response to Show Cause Brief | Communicable Disease-CorMER Report – Task – PPD Read – 3-25-24 – 4-5-24 (CFMG-16)(Rafinski-16) | Columns A-B, Lines 3-106; Columns J-K, Lines 3-106; Columns N-O, Lines 3-106; Column P, Lines 3-106. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 10 to CFMG Response to Show Cause Brief | 14-Day Health Assessment – SCHEDULED – 3.25.24 to 4.5.24 (CFMG-6; Rafinski-6) | Columns A-D, Lines 5-251; Column M, Lines 5-251; Column T, Lines 5-251. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to |

| | | | |
|---|---|---|---|
| | | | individuals should those findings be disclosed to the public. |
| Ex. 11 to CFMG Response to Show Cause Brief | 14-Day Health Assessments – Completed – 3.25.24 to 4.5.24 (CFMG-7; Rafinski-7) | Columns A-D, Lines 5-144; Column M, Lines 5-144; Columns Q- S, Lines 5-144; Column T, Lines 5- 144. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 12 to CFMG Response to Show Cause Brief | Chronic Care Forms Report – 5 to 7 Days Requirement – 3.25.24 to 4.5.24 (CFMG-2; Rafinski-2) | Column B, Lines 2-18; Column C, Lines 2-18; Column G, Lines 2-18. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 13 to CFMG Response to Show Cause Brief | Chronic Care Forms Report – Every 90 Days – 3.25.24 to 4.5.24 (CFMG-3; Rafinski-3) | Column B, Lines 2-18; Column C, Lines 2-18; Column G, Lines 2-18. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex.14 to CFMG Response to | Receiving Screening and | Column A, Lines 3-231; Column B, | Contains personal identifying information, incarcerated |

| | | | |
|---|---|---|---|
| Show Cause Brief | Exceptions Form 3.25.24 to 4.5.24 (CFMG-1; Rafinski-1) | Lines 3-231; Column F, Lines 3-231. | individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 15 to CFMG Response to Show Cause Brief | Withdrawal Forms Report – 3.25.24 ONLY (CFMG-12; Rafinski-12) | Column B, Lines 2-17; Column C, Lines 2-17; Column G, Lines 2-17. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 16 to CFMG Response to Show Cause Brief | Withdrawal Forms Report – 3.25.24 to 4.5.24 (CFMG-13; Rafinski-13) | Column A, Lines 3- 254; Column B, Lines 3-254; Column F, Lines 3- 254. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 17 to CFMG Response to Show Cause Brief | Acute Care 9#17) (CFMG-36; Rafinski-36). | Column A, Lines 2-29. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to |

-5-

| | | | |
|---|---|---|---|
| | | | individuals should those findings be disclosed to the public. |
| Ex. 18 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-33; Rafinski-33) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 19 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-39; Rafinski-39) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 20 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-40; Rafinski-40) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 21 to CFMG Response to | Ad Seg Housing | Column C (Sheet1-Sheet77); Column | Contains personal identifying information, incarcerated |

| | | | |
|---|---|---|---|
| Show Cause Brief | Rosters (CFMG-42; Rafinski-42) | E (Sheet1-Sheet77). | individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 22 to CFMG Response to Show Cause Brief | Ad Seg Housing Rosters (CFMG-45; Rafinski-45) | Column C (Sheet1-Sheet77); Column E (Sheet1-Sheet77). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 23 to CFMG Response to Show Cause Brief | Chronic Care (#16) and Psychiatry FU (#19) (CFMG-35; Rafinski-35) | Column A, Lines 2-154. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 24 to CFMG Response to Show Cause Brief | Chronic Care (#16) and Psychiatry FU (#19) (CFMG-38; Rafinski-38) | Column A, Lines 2-154. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to |

| | | | |
|---|---|---|---|
| | | | individuals should those findings be disclosed to the public. |
| Ex. 25 to CFMG Response to Show Cause Brief | IMOs Between 3.25 and 4.8 (CFMG-41; Rafinski-41) | Column A-B, Lines 3-12). | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 26 to CFMG Response to Show Cause Brief | Initial MH Screening (#12) (CFMG-32; Rafinski-32) | Column A (All Three Sheets) | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 27 to CFMG Response to Show Cause Brief | Outpatient Services (#18) (CFMG-37; Rafinski-37) | Column A, Lines 2- 556; Column C, Lines 2-556. | Contains personal identifying information, incarcerated individuals booking ID numbers protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 28 to CFMG Response to | Suicide Risk Assess and | Column A, Lines 2-36; Column B, | Contains personal identifying information, incarcerated |

| | | | |
|---|---|---|---|
| Show Cause Brief | Safety (#24) (CFMG-43; Rafinski-43) | Lines 2-36. | individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 29 to CFMG Response to Show Cause Brief | Tx Planning (#15) and Med Record (#25) (CFMG-34; Rafinski-34) | Columns A-B, Lines 2-36. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 30 to CFMG Response to Show Cause Brief | Tx Planning (#15) and Med Record (#25) (CFMG-44; Rafinski-44) | Columns A-B, Lines 2-36. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 31 to CFMG Response to Show Cause Brief | Dental Intake Screening – Referral to Dental – 3-25-24 – 4-5-24 (CFMG-17; | Column A-B, Lines 3-15; Column D, Lines 3-15. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to |

-9-

| | | | |
|---|---|---|---|
| | Rafinski-17) | | individuals should those findings be disclosed to the public. |
| Ex. 32 to CFMG Response to Show Cause Brief | Initial Health Inventory – Dental Form – 3-25-24 – 4-5-24 (CFMG-18; Rafinski-18) | Column A-B, Line 3; Column F, Line 3. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 33 to CFMG Response to Show Cause Brief | Initial Health Inventory – Medical Form – 3.5.24 – 4-5-24 (CFMG-19; Rafinski-19) | Columns A-B, Lines 3-133; Column F, Lines 3- 133. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 34 to CFMG Response to Show Cause Brief | Treatment for Urgent and Emergent Conditions-CorEMR Report-Dental Sick Call Level 1-3-25-24-4-5-24 (CFMG-20; Rafinski-20) | Columns A-B, Lines 3-13; Column J, Lines 3-13; Columns M-N, Lines 3-13; Column O, Lines 3-13. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

| | | | |
|---|---|---|---|
| Ex. 35 to CFMG Response to Show Cause Brief | Dental Sick Call – CorEMR Report – Nurse Sick Call – Completed – 3-25-24 – 4-5-24 (CFMG-21; Rafinski-21) | Columns A-D, Lines 5-233; Columns K-N, Lines 5-233; Columns R-T, Lines 5-233; Column U, Lines 5- 233. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 36 to CFMG Response to Show Cause Brief | Dental Sick Call – CorEMR Report- Nurse Sick Call – Refused – Cancelled – Open – 3-25-24 – 4-5-24 (CFMG-22; Rafinski-22) | Columns A-D, Lines 5-677; Columns L-N, Lines 5-677; Column R-T, Lines 5-677; Column U, Lines 5-677. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 37 to CFMG Response to Show Cause Brief | Restorative – CorEMR Report – Dental Treatment – Completed – 3-25-24 – 4-5-24 (CFMG-24; Rafinski-24) | Columns A-B, Lines 3-35; Column J, Lines 3-35; Column M, Lines 3-35; Column N, Lines 3-35. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 38 to CFMG Response to | Extractions – ERMA Report | Columns D-E, Lines 2-3; Column | Contains personal identifying information, incarcerated |

| | | | |
|---|---|---|---|
| Show Cause Brief | – Oss-Site Appt. 3-25-24 – 4-5-24 (CFMG-25; Rafinski-25) | L, Lines 2-3. | individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 39 to CFMG Response to Show Cause Brief | Specialty Care Referrals – ERMA Report – Off-Site Appt. 3-25-24 – 4-5-24 (CFMG-26; Rafinski-26) | Columns D-E, Lines 2-3; Column L, Lines 2-3. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 40 to CFMG Response to Show Cause Brief | Periodontics – CorEMR Report – Dental Periodontal Prgram – 3-24-24 – 4-5-24 (CFMG-28; Rafinski-28) | Columns A-B, Lines 3-16; Column J-K, Lines 3-16; Columns N-O, Lines 3-16; Column P, Lines 3-16. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 41 to CFMG Response to Show Cause Brief | Monterey Dental Priority Compliance Report – 3-25-24 – 4-5-24 (CFMG-30; | Sheet One: Columns G-I, Lines 4-120; Columns R, U, V, Lines 4-120. Sheet Two: Columns C-E, | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to |

| | | | |
|---|---|---|---|
| | Rafinski-30) | Lines 2-118; Column N, Lines 2- 118; Columns Q-R, Lines 2-118. | individuals should those findings be disclosed to the public. |
| Ex. 42 to CFMG Response to Show Cause Brief | Bookings 03-25-24 through 4-05-24 (CFMG-29; Rafinski-29) | Sheet One: Column A, Lines 2-53; Column C, Lines 2-53; Column O, Lines 2-53. Sheet 2: Columns A, C, and K, Lines 2-53. Sheet Three; Columns A, C, and M, Lines 2-53. Sheet Four: Columns A, B, and M, Lines 2-54. Sheet Five: Columns A, B, and J, Lines 2-12. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 56 to CFMG Response to Show Cause Brief | Medical Audit Tool | Sheets 1-9: Column A. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings |

| | | | |
|---|---|---|---|
| | | | be disclosed to the public. |
| Ex. 57 to CFMG Response to Show Cause Brief | Mental Health Audit Tool | Sheets 1-14: Column A. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |
| Ex. 58 to CFMG Response to Show Cause Brief | Dental Audit Tool | Sheets 1-14: Column A. | Contains personal identifying information, incarcerated individuals booking ID numbers, protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

**IT IS SO ORDERED.**

Dated: ___August 22, 2024_____  By: _____

*Hon. Beth Labson Freeman*
*United States District Court*