1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone: (415) 875-4126
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.
8
                  UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, | ) CASE NO. 5:13-cv-02354-BLF |
|---|---|
12 | Plaintiffs, | ) |
13 | vs. | ) **DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S AMENDED NOTICE OF FILING EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS** |
14 | COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20, | ) |
17 | Defendants. | ) Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

(Left margin: Gordon Rees Scully Mansukhani, LLP / 315 Pacific Avenue / San Francisco, CA 94111)

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838, CFMG hereby respectfully submits amended exhibits in support of its Show Cause Response Regarding Imposition of Sanctions. [Dkt. No. 905].

In accordance with this Court's prior order, Dkt. No. 802, incarcerated persons' names, dates of birth, and booking numbers, and the names and email addresses of health care staff employed by CFMG, who are directly involved in providing or supervising patient care at the jail

-1-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S AMENDED NOTICE OF FILING
EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS

have been redacted. These amended exhibits are intended to replace exhibits 47, 49, and 50 [Dkt 906-3, 906-5, 906-6] previously filed on August 16, 2024 in order to redact such information that was inadvertently missed in the first filing.

Dated: August 28, 2024            GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
Lindsey M. Romano
Allison J. Becker, (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for Defendant CFMG.

-2-

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S AMENDED NOTICE OF FILING EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS