LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge: Hon. Beth Labson Freeman |

Defendant California Forensic Medical Group (CFMG) files this Motion to Remove Incorrectly Filed Documents in accordance with the Local Rules of the Northern District of California. Defendant seeks to remove improperly unredacted documents filed as Dkt. 906-3, 906-5, and 906-6, "HERNANDEZ (Doc 906) DEF CA FORENSIC MED GRP NTC OF FILING EXHS TO SHOW CAUSE RESP RE IMPOSITION OF CONTEMPT SANCTIONS." Defendant does not seek to remove Dkt. Nos. 906, 906-1, 906-2, 906-4, 906-7, 906-8, 906-9, 906-10, 906-11, 906-12, 906-13, 906-14, and 906-15.

On July 21, 2023, this Court ordered that incarcerated persons' names, dates of birth, and booking numbers, and the names and email addresses of healthcare staff employed by CFMG,

who are directly involved in providing or supervising patient care at the jail be redacted. [Dkt. 802].

On August 16, 2024, Defendant filed redacted versions of exhibits to its Show Cause Response Re Imposition of Contempt Sanctions. [Dkt. Nos. 905, 906]. Due to inadvertence, the version of Exhibits 47, 49, and 50 did not contain redactions of the booking numbers of certain patients or names of certain healthcare staff. Defendant subsequently contacted the Court's Docketing Team on August 27, 2024.

On August 28, 2024, Defendant refiled a corrected version of Exhibits 47, 49, and 50, with the patient booking numbers redacted, as Dkt. 913, "California Forensic Medical Group, Inc.'s Amended Notice of Filing Exhibits to Show Cause Response Regarding Imposition of Contempt Sanctions."

Respectfully submitted,

Dated: August 28, 2024         GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
      Lindsey M. Romano
      Allison J. Becker, (pro hac vice)
      Elizabeth B. McGowan (pro hac vice)
      Attorneys for Defendant CFMG.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**[PROPOSED] ORDER**

Having considered Defendant's Motion to Remove Incorrectly Filed Documents, the Court hereby ORDERS as follows:

1. HERNANDEZ (Doc 906) DEF CA FORENSIC MED GRP NTC OF FILING EXHS TO SHOW CAUSE RESP RE IMPOSITION OF CONTEMPT SANCTIONS, Dkt. Nos. 906-3, 906-5, and 906-6, are permanently removed from the Court's public docket.

IT IS SO ORDERED.

Dated: August 28, 2024          By: _____
*Hon. Beth Labson Freeman*
*United States District Court*