| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone:  (415) 433-6830<br>Facsimile:  (415) 433-7104<br>Email:  mbien@rbgg.com<br>  egalvan@rbgg.com<br>  vswearingen@rbgg.com<br>  cjackson@rbgg.com<br>  mcampbell@rbgg.com | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone:  (415) 621-2493<br>Facsimile:  (415) 255-8437<br>Email:  afrey@aclunc.org |

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email: ckendrick@aclu.org
      kvirgien@aclu.org

Attorneys for Plaintiffs

(*counsel continued on following page*)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>　　　　　　　　　　　Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**STIPULATION AND ORDER ON DISCOVERY DEADLINES AND SCOPE OF TESTIMONY AT EVIDENTIARY HEARING**<br><br>Judge: Hon. Magistrate Judge Nathanael Cousins |

(*counsel continued from preceding page*)

LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Plaintiffs Jesse Hernandez, et al. ("Plaintiffs") and Defendant California Forensic Medical Group ("CFMG") by and through their undersigned counsel of record hereby represent to the Court and stipulate as follows:

1. At the status conference held on August 1, 2024, Dkt. No. 903, this Court ordered CFMG to show cause regarding its failure to come into compliance with all 43 of the Implementation Plan requirements identified in the Court's Order Granting Plaintiffs' Motion for Enforcement, Dkt. No. 838;

2. On August 16, 2024, CFMG timely filed its response to the Court's Order to Show Cause. *See* Dkt. Nos. 905, 906;

3. On August 23, 2024, Plaintiffs' counsel timely submitted a proposed discovery plan, pursuant to Dkt. No. 900;

4. On August 28, 2024, the parties participated in a discovery hearing before the Honorable Magistrate Judge Nathanael Cousins;

5. At the hearing, the parties agreed to stipulate to a discovery plan regarding the upcoming evidentiary hearing set for December 16-17, 2024;

6. The parties hereby stipulate and agree to the following discovery deadlines:

    a) On August 30, 2024, CFMG shall provide objections to Plaintiffs' Interrogatories and Requests for Production of Documents.

b) On August 30, 2024, Plaintiffs shall provide CFMG with the following:

- a list of 30(b)(6) deposition topics;
- a list of fact witnesses they intend to depose;
- a list of witnesses they intend to call at the evidentiary hearing; and
- a proposal for informal settlement discussions.

c) On September 11, 2024, CFMG shall provide substantive responses to Plaintiffs' Interrogatories, Requests for Admission, and Requests for Production of Documents and begin a rolling production of documents.

d) On September 11, 2024, the parties shall exchange dates when their witnesses can be available for deposition on or before October 11, 2024.

e) On September 13, 2024, the parties will submit a joint statement to Judge Cousins regarding any remaining discovery disputes. The parties agree that Judge Cousins shall resolve any such disputes at or following the discovery hearing scheduled for September 16, 2024 at 10:00 a.m.

f) On September 20, 2024, CFMG shall provide substantive responses to any remaining Interrogatories, Requests for Admission, and Requests for Production of documents per the outcome of the hearing currently set for September 16, 2024 at 10:00 a.m.

g) On September 20, 2024, CFMG shall complete production of documents responsive to Plaintiffs' Request for Production of Documents.

h) The parties shall complete depositions no later than October 11, 2024.

7. The parties further stipulate and agree as follows:

a) CFMG agrees to limit all facts and arguments to be presented at the Evidentiary Hearing as part of its case in chief to the facts and arguments set forth in the Response to the Order to Show Cause and associated exhibits, Dkt. Nos. 905 and 906.

b) CFMG agrees to limit all expert testimony to be submitted as part of its case in chief to the following individuals: Dr. Alexander Meagher, Joshua Rafinski, Dr.

Morton Rosenberg, and Dr. Brian Waxler. CFMG further agrees to limit the testimony of these experts to the opinions set forth in their respective declarations filed in support of CFMG's Response to the Order to Show Cause, Dkt. Nos. 905-1, 905-2, 905-3, and 905-4.

c) CMFG agrees to limit all factual testimony to be submitted as part of its case in chief to the following individuals: Jamie Silveira, Dr. Nicole Taylor, Paulette Torres Collazo, and Captain Rebecca Smith. Wellpath further agrees to limit the testimony of these fact witnesses to the facts set forth in their respective declarations filed in support of CFMG's Response to the Order to Show Cause, Dkt. Nos. 905-5, 905-6, 905-7, and 905-8, respectively. Plaintiffs agree to limit the scope of fact witness depositions to the same.

d) CMFG reserves the right to offer evidence, testimony, or expert opinions to rebut any evidence Plaintiffs intend to present at the evidentiary hearing.

e) CFMG also reserves the right to propound written discovery requests and requests for production of documents to Plaintiffs once their witnesses are disclosed, with a timeline for response to be agreed upon by the parties. Plaintiffs reserve the right to object.

IT IS SO STIPULATED AND AGREED.

DATED: August 30, 2024

ROSEN BIEN
GALVAN & GRUNFELD LLP

By: /s/ Caroline E. Jackson
Caroline E. Jackson
Attorneys for Plaintiff

DATED: August 30, 2024

GORDON REES SCULLY MANSUKHANI LLP

By: /s/ Allison J. Becker
Lindsey M. Romano
Allison J. Becker (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for Defendant CFMG

[4551178.3]

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: August 30, 2024                    /s/Caroline E. Jackson
                                          Caroline E. Jackson

**ORDER**

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

By stipulation of the Parties,

a) On August 30, 2024, CFMG shall provide objections to Plaintiffs' Interrogatories and Requests for Production of Documents.

b) On August 30, 2024, Plaintiffs shall provide CFMG with the following:
   - a list of 30(b)(6) deposition topics;
   - a list of fact witnesses they intend to depose;
   - a list of witnesses they intend to call at the evidentiary hearing; and
   - a proposal for informal settlement discussions.

c) On September 11, 2024, CFMG shall provide substantive responses to Plaintiffs' Interrogatories, Requests for Admissions, and Requests for Production of Documents and begin a rolling production of documents.

d) On September 11, 2024, the parties shall exchange dates when their witnesses can be available for deposition on or before October 11, 2024.

e) On September 13, 2024, the parties will submit a joint statement to Judge Cousins regarding any remaining discovery disputes. The parties agree that Judge Cousins shall resolve any such disputes at or following the discovery hearing scheduled for September 16, 2024 at 10:00am.

g) CFMG will limit all facts and arguments to be presented at the Evidentiary Hearing as part of its case in chief to the facts and arguments set forth in the Response to the Order to Show Cause and associated exhibits, Dkt. Nos. 905 and 906.

g) CFMG will limit all expert testimony to be submitted as part of its case in chief to the following individuals: Dr. Alexander Meagher, Joshua Rafinski, Dr. Morton Rosenberg, and Dr. Brian Waxler. Wellpath will further limit the testimony of these experts to the opinions set forth in their respective declarations filed in support of Wellpath's Response to the Order to Show Cause, Dkt. Nos. 905-1, 905-2, 905-3, and 905-4.

h) CFMG will limit all factual testimony to be submitted as part of its case in chief to the following individuals: Jamie Silveira, Dr. Nicole Taylor, Paulette Torres Collazo, and Captain Rebecca Smith. CFMG will limit the testimony of these fact witnesses to the facts set forth in their respective declarations filed in support of Wellpath's Response to the Order to Show Cause, Dkt. Nos. 905-5, 905-6, 905-7, and 905-8, respectively. Plaintiffs will limit the scope of the depositions of these witnesses to the same.

i) CFMG is permitted to offer additional evidence, expert opinion, or testimony to rebut any evidence offered by Plaintiffs at the evidentiary hearing.

j) CFMG is permitted to propound written discovery and requests for production of documents to Plaintiffs following disclosure of Plaintiffs witnesses; however, this does not waive Plaintiffs' right to object to the same.

IT IS SO ORDERED

Dated  September 4, 2024



_____
THE HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins