LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING REDACTED EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS ON THE PUBLIC DOCKET**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838, CFMG hereby respectfully submits **Exhibits 1-44** and **56-58** in support of its Show Cause Response Regarding Imposition of Sanctions. [Dkt. No. 905].

In accordance with this Court's prior orders, Dkt. Nos. 802 and 910, incarcerated persons' names, dates of birth, and booking numbers, and the names and email addresses of health care

staff employed by CFMG, who are directly involved in providing or supervising patient care at the jail have been redacted.

The above referenced exhibits are excel spreadsheets submitted to the Court in their native format via hand delivery of a flash drive to the Court for placement on the public docket.

Dated: September 5, 2024          GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
      Lindsey M. Romano
      Allison J. Becker, (pro hac vice)
      Elizabeth B. McGowan (pro hac vice)
      Attorneys for Defendant CFMG.

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING REDACTED EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS ON THE PUBLIC DOCKET