LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PATIENT KEY FOR THE EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER**<br><br>N.D. Cal. Local Rules 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman<br><br>No Hearing Date Pursuant to L.R. 7-11(c) |

I, Allison J. Becker, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of North Carolina and admitted pro hac vice before this Federal Court. I represent defendant California Forensic Medical Group, Inc. ("CFMG") in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify to thereto. I make this administrative declaration in support of CFMG's Administrative Motion to File Under Seal ("Motion").

-1-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PATIENT KEY FOR THE EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER

2. Defendant has conformed the Administrative Motion to File Under Seal and associated redactions to the requirements of Civil Local Rule 79-5 and this Court's Standing Order, including by providing the Court un-redacted version of the relevant document. Counsel for all parties has also been provided electronic copy of the relevant document.

3. The document at issue are lists of patient names and booking numbers.

4. On September 3, 2024, my office sent an email to meet and confer with counsel for the County and Plaintiffs, asking whether they would oppose this motion to seal exhibits. Counsel for all parties have consented to this motion.

5. Defense counsels' proposed documents for sealing are identified in the below chart, which is formatted pursuant to this Court's Civil Standing Order.

**Document to Be Filed Under Seal**

| Ex. | Document | Reason(s) for Sealing |
| --- | --- | --- |
| Ex. 59 | Patient Key to Exhibits 1-44 and 56-58 | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on September 5, 2024 at Raleigh, North Carolina.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-2-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PATIENT KEY FOR THE EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER

By:   */s/ Allison J. Becker*
       Allison J. Becker, Declarant
       Attorney for Defendant CFMG
       abecker@grsm.com

-3-
DECLARATION OF ALLISON J. BECKER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PATIENT KEY FOR THE EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER