UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.  5:13-cv-02354-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PATIENT KEY FOR THE EXHIBITS TO ITS RESPONSE TO SHOW CAUSE IN RESPONSE TO ENFORCEMENT ORDER**<br><br>N.D. Cal. Local Rule 7-11 and 79-5(c)<br><br>Judge: Hon. Beth Labson Freeman |

## **[PROPOSED] ORDER**

Having reviewed CFMG's Administrative Motion to File Under Seal, and good cause appearing, the Court hereby GRANTS CFMG's Administrative Motion to File Under Seal.

Accordingly, it is hereby ORDERED that the document identified in the table below shall be filed under seal:

**Document to Be Filed Under Seal**

| Ex. | Document | Reason(s) for Sealing |
|---|---|---|
| Ex. 59 | Patient Key to Exhibits 1-44 and 56-58 | Contains personal identifying information protected by law and should not be filed on the public docket. Public disclosure would cause harm to individuals should those findings be disclosed to the public. |

**IT IS SO ORDERED.**

-1-
PROPOSED ORDER

| | |
|---|---|
| Dated: _____ | By:_____ |
| | *Hon. Beth Labson Freeman* |
| | *United States District Court* |