LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING OF THE PATIENT KEY TO THE REDACTED EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS UNDER SEAL**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838, CFMG hereby respectfully submits Exhibit 59, the patient key to Exhibits 1-44 and 56-58 in support of its Show Cause Response Regarding Imposition of Sanctions to be filed under seal. [Dkt. No. 905].

In accordance with this Court's prior orders, Dkt. Nos. 802 and 910, incarcerated persons' names, dates of birth, and booking numbers, and the names and email addresses of health care

-1-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING OF THE PATIENT KEY TO THE REDACTED EXHIBITS TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS UNDER SEAL

staff employed by CFMG, who are directly involved in providing or supervising patient care at the jail have been redacted in Exhibits 1-44 and 56-58.

CFMG submits Exhibit 59, this patient key to Exhibits 1-44 and 56-58 to be filed under seal.

Dated: September 5, 2024          GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
Lindsey M. Romano
Allison J. Becker, (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for Defendant CFMG.