# Exhibit D

| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:          mbien@rbgg.com<br>                    egalvan@rbgg.com<br>                    vswearingen@rbgg.com<br>                    cjackson@rbgg.com<br>                    mcampbell@rbgg.com | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493<br>Facsimile:    (415) 255-8437<br>Email:          afrey@aclunc.org |

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:   (202) 393-4930
Facsimile:    (202) 393-4931
Email:          ckendrick@aclu.org
                    kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF MAYA E. CAMPBELL IN SUPPORT OF PLAINTIFFS' STATEMENT RE DISCOVERY DISPUTES**<br><br>Judge:  Beth Labson Freeman |

I, Maya E. Campbell, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Statement Re: Discovery Disputes.

2. I am Plaintiffs' counsel in *Coleman et al. v. Newsom et al.*, United States District Court for the Eastern District of California, Case No. 2:90-CV-00520-KJM-SCR.

3. The California Department of Corrections and Rehabilitation ("CDCR"), Defendant in *Coleman*, has long granted my office read-only access to its electronic medical record system so that I and other attorneys and paralegals in my office can access the records of our clients.

4. I personally have approximately one year of experience reviewing records through CDCR's electronic medical record system. I have reviewed many patient records in that system and have not found the system difficult or burdensome to use. I directly supervise a number of paralegals who frequently access CDCR's electronic medical record system and have not demonstrated difficulty in learning to navigate the system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 13th day of September, 2024.

/s/ *Maya E. Campbell*
Maya E. Campbell