# Exhibit E

| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:  (415) 433-6830<br>Facsimile:   (415) 433-7104<br>Email:        mbien@rbgg.com<br>                    egalvan@rbgg.com<br>                    vswearingen@rbgg.com<br>                    cjackson@rbgg.com<br>                    mcampbell@rbgg.com<br><br>CORENE KENDRICK – 226642<br>KYLE VIRGIEN – 278747<br>ACLU NATIONAL PRISON PROJECT<br>425 California St., Ste. 700<br>San Francisco, CA 94104<br>Telephone:  (202) 393-4930<br>Facsimile:   (202) 393-4931<br>Email:        ckendrick@aclu.org<br>                    kvirgien@aclu.org | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:  (415) 621-2493<br>Facsimile:   (415) 255-8437<br>Email:        afrey@aclunc.org |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' STATEMENT RE DISCOVERY DISPUTES**<br><br>Judge:  Beth Labson Freeman |

I, Corene Kendrick, declare:

1. I am an attorney duly admitted to practice before this Court. I am the Deputy Director of the National Prison Project of the American Civil Liberties Union, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Statement Re: Discovery Disputes.

2. I am plaintiffs' counsel in *Jensen v. Thornell*, United States District Court for the District of Arizona, Case No. 12-CV-00601-PHX-ROS.

3. The Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR"), Defendant in *Jensen*, has long granted my office read-only access to its health care vendors' electronic medical record systems so that I and other attorneys and paralegals in my office can access the records of our clients.

4. I personally have more than a decade of experience reviewing records through the electronic medical record systems of ADCRR's health care vendors. I have reviewed many patient records in those systems and have not found the systems difficult or burdensome to use. I directly supervise a number of paralegals who frequently access ADCRR's vendors' electronic medical record systems and have not demonstrated difficulty in learning to navigate the systems.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 13th day of September, 2024.

          */s/ Corene Kendrick*
          Corene Kendrick