# Exhibit F

1   LINDSEY M. ROMANO (SBN: 337600)
    lromano@grsm.com
2   ALLISON J. BECKER (PRO HAC VICE)
    abecker@grsm.com
3   ELIZABETH B. MCGOWAN (PRO HAC VICE)
    emcgowan@grsm.com
4   GORDON REES SCULLY MANSUKHANI, LLP
    315 Pacific Avenue
5   San Francisco, CA 94111
    Telephone: (415) 875-4126
6   Facsimile:  (415) 986-8054

7   Attorneys for Defendants
    CALIFORNIA FORENSIC MEDICAL GROUP, INC.
8
                UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, | CASE NO.  5:13-cv-02354-BLF |
| Plaintiffs, | **DECLARATION OF KATHERINE TEBROCK REGARDING THE CREATION OF THE AUDIT TOOLS** |
| vs. | |
| COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20, | Judge: Hon. Beth Labson Freeman |
| Defendants. | |

        I, Katherine Tebrock, declare as follows:

1.      I am an attorney duly licensed in the State of California. I am currently employed as the Vice President, Associate General Counsel Regulatory Compliance for Wellpath, LLC.

2.      For the past 9 months, I have worked for Wellpath, LLC as in-house legal counsel. In part, I work on the Hernandez litigation at the Monterey County Jail.

3.      In connection with responding to the Court's September 23, 2023 Enforcement Order, I assisted in the development of an audit tool provided to experts to assess CFMG's compliance with the Court's Order.

4.      I have direct personal knowledge of the following information.

-1-
DECLARATION OF KATHERINE TEBROCK

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

5. I have experience developing and updating healthcare systems audit tools. I regularly developed and conducted such audits in my role as the Chief Assistant Inspector General at the California Office of the Inspector General.

6. On or around July 26, 2024, CFMG engaged Joshua Rafinski to review the sufficiency of the neutral monitor reports. Specifically, we asked him to review whether the monitor's methodology as a whole was sufficient to make any findings or conclusions about the system of care at the Monterey County Jail at any time, and whether the monitor's data was sufficient to make any findings of conclusions about the state of the system on or immediately after March 25, 2024.

7. We also asked Mr. Rafinski to assist with preparation of an audit by creating randomized patient sets for clinical experts to review and developing the audit tool for use by clinical experts.

8. Between August 1-2, 2024, we retained Dr. Alexander Meagher, Dr. Brian Waxler, and Dr. Morten Rosenberg as clinical experts to conduct focused chart audits to determine the state of the medical, mental health, and dental care, respectively, as of March 25, 2024 or immediately after.

**Data Extraction and Randomization**

9. On or around August 5-9, 2024, I worked with Paulette Torres Collazo, Jamie Silveria, and Dr. Nicole Taylor to identify data which was responsive to the Court's orders. Ms. Torres Collazo, Ms. Silveria, and Dr. Taylor each told me what data would be responsive to the relevant areas of compliance. They will be able to speak to the data detailed below. Ms. Torres Collazo, Ms. Silveria, and Dr. Taylor then pulled the following data and produced the same to litigation counsel who provided the information to Mr. Rafinski. Mr. Rafinski  randomized the patient names to create random patient sets for experts to use in reviewing compliance:

CFMG-017004

a. Area of Compliance No. 2: Medical Intake

   i. "Receiving Screening and Exception Forms 3.25.24 to 4.5.24 (CFMG-1)(Rafinski-1)" to capture patients who underwent or refused an intake screening within the relevant time.

b. Area of Compliance No. 3: Access to Care (medical)

   i. "3 – Sick Call Excel (CFMG-46; Rafinski-47)" to capture patients who placed an electronic Health Services Request for a sick call visit during the relevant time.

c. Area of Compliance No. 4: Chronic Care (medical)

   i. "Chronic Care Forms Report – 5 to 7 Day Requirement-Completed-3.25.24 to 4.5.24 (CFMG-2)(Rafinski-2)" and "Chronic Care Forms Report – Every 90 Days-Completed-3.25.24 to 4.5.24 (CFMG-3)(Rafinski-3)" to capture patients who received a 5-7 day chronic care visit within the audit period, and patients who received a chronic care visit within 90 days of their previous chronic care visit in the audit period.

d. Area of Compliance No. 5: Healthcare Maintenance (medical)

   i. 14-Day Health Assessment: "14-Day Health Assessment – Scheduled – 3.25.24 to 4.5.24 (CFMG-6)(Rafinski-6)" and "14-Day Health Assessment –Completed – 3.25.24 to 4.5.24 (CFMG-7)(Rafinski-7)" to capture those patients who were admitted to the jail and scheduled for a 14-day health assessment at intake during the audit period and/or patients who received a 14-day health assessment within the audit period.

   ii. 6-Month Physical Exam: "6 Month – Annual Physical Exam – SCHEDULED – 3.25.24 to 4.5.24 (CFMG-4)(Rafinski-4)" and "6-Month-Annual Physical Task Report – COMPLETED – 3.25.24 to 4.5.24 (CFMG-5)(Rafinski-5)" to capture those patients who were scheduled for a 6-month annual physical during the audit

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-3-
DECLARATION OF KATHERINE TEBROCK

period and/or patients who received a 6-month annual physical during the audit period.

e.  Area of Compliance No. 6: Continuity of Care After Release (medical)

    i.  "Completed – Discharge Planner Task Report – 3.25.24 to 4.5.24 (CFMG-8)(Rafinski-8)" "Scheduled – Discharge Planner Task Report – 3.25.24 to 4.5.24 (CFMG-9)(Rafinski-9)" to capture patients who were scheduled for discharge planning services within the audit period and/or patients who received discharge planning services during the audit period.

f.  Area of Compliance No. 7: Outside Care (medical)

    i.  "Medical – Outside Care – ERMA Report – Off-Site Appointments March-April 2024 (CFMG-10)(Rafinski-10)" and "Medical – Outside Care – CorEMR Report – Offsite Appts – 3.25.24 to 4.5.24 (CFMG-11)(Rafinski-11)" to capture patients who were referred for, scheduled for, attended, and/or refused off-site appointments during the audit period.

g.  Area of Compliance No. 8: Treatment of Intoxicated Patients – Withdrawal (medical)

    i.  "Withdrawal Forms Report – 3.25.24 ONLY (CFMG-12)(Rafinski-12)," "Withdrawal Forms Report – 3.25.24 to 4.5.24 (CFMG-13)(Rafinski-13)" to capture treatment of patients who were on substance withdrawal protocols during the audit period.

h.  Area of Compliance No. 9: Communicable Disease

    i.  "Communicable Disease – CorEMR Report – Forms – PPD Read – 3-25-24 - 4-5-24 (CFMG-14)(Rafinski-14)," "Communicable Disease – CorEMR – STD & MRSA testing – 3-25-24 – 4-5-24 (CFMG-15)(Rafinski-15)," "Communicable Disease – CorEMR Report – Task – PPD Read – 3-25-24 – 4-5-24" to capture

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-4-

CFMG-017006

patients who have had completed PPD reads, STD and MRSA testing during the audit period.

i.  Area of Compliance No. 12: Initial Mental Health Screening

    i.  "Initial Mental Health Screening (#12) (CFMG-32)(Rafinski-32)" to capture patients who were admitted to the jail during the audit period who should have had an initial mental health assessment, depending on their length of stay.

j.  Area of Compliance No. 15: Treatment Planning (mental health)

    i.  "Tx Planning (#15) and Med Record (#25) (CFMG-34)(Rafinski-34)" to capture patients who had an initial special needs assessment during the audit period and needed a treatment plan, and those who were already enrolled in the special needs program during the audit period and had a treatment plan.

k.  Area of Compliance No. 16: Chronic Care (mental health)

    i.  "Chronic Care (#16) and Psychiatry FU (#19)(CFMG-35)(Rafinski-35)" to capture patients tasks completed for psychiatric chronic care within the relevant period.

l.  Area of Compliance No. 17: Acute Care (mental health)

    i.  "Acute Care (#17)(CFMG-36)(Rafinski-36)" to capture all crisis contacts with mental health during the relevant period.

m.  Area of Compliance No. 18: Outpatient care (mental health)

    i.  "Outpatient Services (#18) (CFMG-37)(Rafinski-37)" to capture all completed tasks by a MHP during the audit period.

n.  Area of Compliance No. 19: Psychiatric Follow Up Visit Intervals (mental health)

    i.  "Chronic Care (#16) and Psychiatric FU (#19) (CFMG-38)(Rafinski-38)" to capture patients tasks completed for psychiatric follow ups within the relevant period.

o.  Area of Compliance No. 23: Involuntary Medication (mental health)

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-5-
DECLARATION OF KATHERINE TEBROCK

CFMG-017007

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

i. "IMOs Between 3.25 and 4.8 (CFMG-41)(Rafinski-41)" to capture all patients with involuntary medication orders in the relevant period.

p. Area of Compliance No. 24: Suicide Risk Assessment and Safety Planning (mental health)

i. "Suicide Risk Assess and Safety (#24) (CFMG-43)(Rafinski-43)" to capture all patients who was seen by a QMHP for a suicide watch assessment during the audit period.

q. Area of Compliance No. 25: Medical Records (mental health)

i. "Tx Planning (#15) and Med Record (#25) (CFMG-44)(Rafinski-44)" to capture patients who should have had or did have a treatment plan in their medical records during the audit period.

r. Area of Compliance No. 29: Dental Intake Screening

i. "Dental – Dental Intake Screening – Referral to Dental – 3-25-24 – 4-5-24 (CFMG-17)(Rafinski-17)," "Receiving Screening and Exception Forms 3.25.24 to 4.5.24 (CFMG-1)(Rafinski-1)" to capture patients who underwent a receiving screening and those patients who were referred and should have been referred to dental from intake.

s. Area of Compliance No. 30: Initial Health Inventory (dental)

i. "Dental – Initial Health Inventory – Dental Form – 3-25-24 – 4-5-24 (CFMG-18)(Rafinski-18)," "Dental – Initial Health Inventory – Medical Form – 3-4-25 – 4-5-24 (CFMG-19)(Rafinski-19)" to capture patients who underwent a dental and medical initial health inventory during the audit period.

t. Area of Compliance No. 32: Treatment for Urgent and Emergent Conditions (dental)

DECLARATION OF KATHERINE TEBROCK

CFMG-017008

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

i. "Dental – Treatment for Urgent and Emergent Conditions – CorEMR Report – Dental Sick Call Level 1 – 3-25-24 – 4-5-24 (CFMG-20)(Rafinski-20)" to capture patients with potential urgent and emergent conditions during the audit period.

u. Area of Compliance No. 33: Dental Sick Call

i. "Dental – Dental Sick Call – CorEMR Report – Nurse Sick Call – completed – 3-25-24 – 4-5-24 (CFMG-21)(Rafinski-21)," "Dental – Dental Sick Call – CorEMR Report – Nurse Sick Call – Refused – Cancelled – Open – 3-25-24 – 4-5-24" to capture patients who were tasked to be seen by nursing in response to health services requests related to dental during the audit period. This includes patients seen, those who refused, and those whose appointments were cancelled by the staff or system.

v. Area of Compliance No. 36: Restorative and Palliative Care (dental)

i. "Dental – Restorative – CorEMR Report – Dental Treatment – Completed – 3-25-24 – 4-5-24 (CFMG-24)(Rafinski-24)" to capture patients who underwent restorative and/or palliative care treatments in the audit period.

w. Area of Compliance No. 37: Extractions (dental)

i. "Dental – Extractions – ERMA Report – Off-Site Appt. 3-25-24 – 4-5-24 (CFMG-25)(Rafinski-25)" to capture patients scheduled and/or sent offsite for extractions during the audit period.

x. Area of Compliance No. 38: Specialty Care Referrals (dental)

i. "Dental – Specialty Care Referrals – ERMA Report – Off-Site Appt. 3-25-24 – 4-5-24 (CFMG-26)(Rafinski-26)" to capture patients who were scheduled for and/or attended an offsite appointment for specialty care in the audit period.

y. Area of Compliance No. 40: Periodontics (dental)

CFMG-017009

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

i. "Dental – Periodontics – CorEMR Report – Dental Periodontal Program – 3-25-24 – 4-5-24 (CFMG-28)(Rafinski-28)" to capture patients tasked for the periodontal program during the audit period.

z.  Area of Compliance No. 43: Electronic Medical Records (dental)

i. "Dental – Monterey Dental Priority Compliance Report – 3-25-24 – 4-5-24 (CFMG-30)(Rafinski-30)" to capture all dental patients seen during the audit period.

10.   I also worked with Deputy County Counsel on or about August 5, 2024 to request specific data in the County's possession that would help CFMG identify patients in custody during the audit period. The data provided by the County included the following:

a.  Area of Compliance No. 8: Treatment of Intoxicated Patients – Withdrawal (medical)

i. "8 – Sobering Cell List (CFMG-31; Rafinski-31)" to capture patients who were housed in sobering cells during the audit period.

b.  Area of Compliance No. 13: Nursing Rounds in Administrative Segregation

i. "Ad Seg Housing Rosters (CFMG-33)(Rafinski-33)" to capture patients who were housed in administrative segregation during the audit period.

c.  Area of Compliance No. 21: Segregation Placement Screening (mental health)

i. "Ad Seg Housing Rosters (CFMG-39)(Rafinski-39)" to capture patients who were in administrative segregation during the audit period.

d.  Area of Compliance No. 22: Mental Health Programming in Segregation (mental health)

i. "Ad Seg Housing Rosters (CFMG-40)(Rafinski-40)" to capture patients housed in administrative segregation during the audit period.

e.  Area of Compliance No. 24: Suicide Risk Assessment and Safety Planning (mental health)

CFMG-017010

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

i.   "Ad Seg Housing Rosters (CFMG-42)(Rafinski-42)" to capture patients who were in administrative segregation during the audit period.

f.   Area of Compliance No. 27: Provider Visits to Holding Cells (mental health)

i.   "Ad Seg Rosters (CFMG-45)(Rafinski-45)" to capture patients who were in administrative housing during the audit period.

g.   Area of Compliance No. 35: Comprehensive Care (dental)

i.   "IPs in Custody 180+ and 365+ days (CFMG-23)(Rafinski-23)" to capture patients who were in the jail for 180 and 365 days as of March 25, 2024.

h.   Area of Compliance No. 39: Endodontics (dental)

i.   "IPs in-custody 180+ and 365+ days (CFMG-27)(Rafinski-27)" to capture patients who were in the jail for 180 and 365 days as of March 25, 2024.

i.   Area of Compliance No. 41: Informed Consent (dental)

i.   "Bookings 3-25-24 through 04-05-24 (CFMG-29)(Rafinski-29)" to capture patients who booked into the jail during the audit period.

11.   The data was pulled by either running a forms report in CorEMR, gathering patient lists from custody, running an Electronic Records Management Application (ERMA) report, or from Health Services Requests. Jamie Silveira, Paulette Torres Collazo, Dr. Nicole Taylor, and Captain Rebecca Smith can provide more details on how each document was pulled or created.

12.   We sent the data to Mr. Rafinski, who randomized the patient sets for each clinical indicator. Mr. Rafinski then provided a list of the randomized patient numbers to defense counsel who uploaded the lists into each clinical expert's file.

**Development of the Audit Tool**

13.   During the week of August 5-9, 2024, we asked Joshua Rafinski to create the excel framework for the audit tool, which he did.

-9-

CFMG-017011

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

14.     Around the same time, I worked with outside counsel, Elizabeth McGowan, to review the September 26, 2023 Show Cause Order and develop 'yes' or 'no' questions based on the plain language of the Court's Order. We reviewed each deficiency listed in the Court's Order to create the questions.

15.     Once the medical audit tool was complete, we sent it to Mr. Rafinski in order for him to review the medical audit questions. We reviewed and incorporated many of Mr. Rafinski's suggestions. Once the medical audit tool was finalized, Elizabeth McGowan sent it to Dr. Meagher along with the randomized patient data sets so he could begin his review.

16.     Mr. Rafinski was unable to review the dental and mental health audit tools due to time constraints. Therefore, after we added the dental and mental health questions to the audit tool, they were directly to the appropriate expert through outside counsel.

## Audit Process

17.     We provided Mr. Rafinski with the raw data for each of the clinical indicators (see above) during the week of August 5, 2024. Mr. Rafinski provided us with PDFs of patient names and/or ID numbers for each clinical indicators.

18.     We uploaded each PDF to the corresponding expert's folder for their review.

19.     On August 8, 2024, the experts were trained on CorEMR to understand how to review and find information in the patient charts.

20.     We scheduled post audit conversations with each expert to discuss the overall findings:

    a.   Medical: Meeting with Dr. Meagher on August 14, 2024.

    b.   Mental Health: Meeting with Dr. Waxler on August 14, 2024.

    c.   Dental: Meeting with Dr. Rosenberg on August 14, 2024.

21.     In order to determine the final compliance percentages, we sent the completed audit tool to Mr. Rafinski. Mr. Rafinski calculated the compliance percentages and put the information in a chart. *See* Dkt. 906.

-10-

DECLARATION OF KATHERINE TEBROCK

CFMG-017012

22.    A summary of each expert's opinions was provided as a declaration, filed on August 16, 2024 [Dkt. 905] in support of CFMG's Show Cause response.


I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on September 11, 2024 at Johnson City, Tennessee

By:    */s/Katherine Tebrock*_____
       Katherine Tebrock, Declarant

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

CFMG-017013