1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone: (415) 875-4126
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendant
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.
8
   (*counsel continued on following page*)
9

10                UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, | ) ) | CASE NO.  5:13-cv-02354-BLF |
|---|---|---|
| 13 | ) ) | **STIPULATION AND [PROPOSED] ORDER ON DISCOVERY PROPOSED ORDER(S)** |
| 14 | Plaintiffs, ) ) | |
| 15 | vs. ) ) | |
| 16 | COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20, | ) ) ) ) ) ) ) | Judge: Hon. Magistrate Judge Nathanael Cousins |
| 17 | | |
| 18 | | |
| 19 | Defendants. ) | |

-1-
STIPULATION AND [PROPOSED] ORDER ON FILING OF DISCOVERY PROPOSED ORDERS

1   (*counsel continued from preceding page*)

2   MICHAEL W. BIEN – 096891
    ERNEST GALVAN – 196065
3   VAN SWEARINGEN – 259809
    CAROLINE E. JACKSON – 329980
4   MAYA E. CAMPBELL – 345180
    ROSEN BIEN
5   GALVAN & GRUNFELD LLP
    101 Mission Street, Sixth Floor
6   San Francisco, California 94105-1738
    Telephone:  (415) 433-6830
7   Facsimile:  (415) 433-7104
    Email:      mbien@rbgg.com
8               egalvan@rbgg.com
                vswearingen@rbgg.com
9               cjackson@rbgg.com
                mcampbell@rbgg.com
10
    AVRAM D. FREY
11  (admitted pro hac vice)
    AMERICAN CIVIL LIBERTIES UNION
12  FOUNDATION OF NORTHERN CALIFORNIA, INC.
    39 Drumm Street
13  San Francisco, California 94111-4805
    Telephone:  (415) 621-2493
14  Facsimile:  (415) 255-8437
    Email:      afrey@aclunc.org
15
    CORENE KENDRICK – 226642
16  KYLE VIRGIEN – 278747
    ACLU NATIONAL PRISON PROJECT
17  425 California St., Ste. 700
    San Francisco, CA 94104
18  Telephone:  (202) 393-4930
    Facsimile:  (202) 393-4931
19  Email:      ckendrick@aclu.org
                kvirgien@aclu.org
20
    Attorneys for Plaintiffs
21
22      Plaintiffs Jesse Hernandez, et al. ("Plaintiffs") and Defendant California Forensic

23  Medical Group ("CFMG") by and through their undersigned counsel of record hereby

24  represent to the Court and stipulate as follows:

25   1. On September 16, 2024, the parties participated in a discovery hearing before the

26      Honorable Magistrate Judge Nathanael Cousins.

27   2. At the hearing, Judge Cousins directed the parties to meet and confer on the remaining

28      discovery disputes and for each party to submit a proposed order by noon on September

*Gordon Rees Scully Mansukhani, LLP*
*315 Pacific Avenue*
*San Francisco, CA 94111*

18, 2024.

3. On September 17, 2024, the parties met and conferred for over an hour. Throughout the day the parties continued to meet and confer via email. The parties have made progress but have not yet reached an agreement on the remaining discovery disputes.

4. The parties believe they would benefit from an additional day to meet and confer.

5. The parties hereby stipulate and agree that the parties will have one (1) additional day to meet and confer and then will file the proposed order(s) by noon on September 19, 2024.

IT IS SO STIPULATED AND AGREED.

DATED: September 18, 2024

ROSEN BIEN
GALVAN & GRUNFELD LLP

By: */s/ Caroline E. Jackson*
Caroline E. Jackson
Attorneys for Plaintiff

DATED: September 18, 2024

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Allison J. Becker*
Lindsey M. Romano
Allison J. Becker (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for Defendant CFMG

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: September 18, 2024

*/s/ Allison J. Becker*
Allison J. Becker

-3-
STIPULATION AND [PROPOSED] ORDER ON FILING OF DISCOVERY PROPOSED ORDERS

## ORDER

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

By stipulation of the Parties,

The Parties will have an additional day to meet and confer to resolve the remaining discovery disputes. The Parties will file a proposed order(s) to this Court no later than noon on September 19, 2024.

IT IS SO ORDERED

Dated _____

_____
THE HONORABLE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT JUDGE