LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

(*counsel continued on following page*)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**STIPULATION AND ORDER ON DISCOVERY PROPOSED ORDER(S)**<br><br>Judge: Hon. Magistrate Judge Nathanael Cousins |

-1-
STIPULATION AND ORDER ON FILING OF DISCOVERY PROPOSED ORDERS

1   (*counsel continued from preceding page*)

2   MICHAEL W. BIEN – 096891
    ERNEST GALVAN – 196065
3   VAN SWEARINGEN – 259809
    CAROLINE E. JACKSON – 329980
4   MAYA E. CAMPBELL – 345180
    ROSEN BIEN
5   GALVAN & GRUNFELD LLP
    101 Mission Street, Sixth Floor
6   San Francisco, California 94105-1738
    Telephone:   (415) 433-6830
7   Facsimile:   (415) 433-7104
    Email:       mbien@rbgg.com
8                egalvan@rbgg.com
                 vswearingen@rbgg.com
9                cjackson@rbgg.com
                 mcampbell@rbgg.com
10
    AVRAM D. FREY
11  (admitted pro hac vice)
    AMERICAN CIVIL LIBERTIES UNION
12  FOUNDATION OF NORTHERN CALIFORNIA, INC.
    39 Drumm Street
13  San Francisco, California 94111-4805
    Telephone:   (415) 621-2493
14  Facsimile:   (415) 255-8437
    Email:       afrey@aclunc.org
15
    CORENE KENDRICK – 226642
16  KYLE VIRGIEN – 278747
    ACLU NATIONAL PRISON PROJECT
17  425 California St., Ste. 700
    San Francisco, CA 94104
18  Telephone:   (202) 393-4930
    Facsimile:   (202) 393-4931
19  Email:       ckendrick@aclu.org
                 kvirgien@aclu.org
20
    Attorneys for Plaintiffs

21

22      Plaintiffs Jesse Hernandez, et al. ("Plaintiffs") and Defendant California Forensic

23  Medical Group ("CFMG") by and through their undersigned counsel of record hereby

24  represent to the Court and stipulate as follows:

25  1.  On September 16, 2024, the parties participated in a discovery hearing before the

26      Honorable Magistrate Judge Nathanael Cousins.

27  2.  At the hearing, Judge Cousins directed the parties to meet and confer on the remaining

28      discovery disputes and for each party to submit a proposed order by noon on September

1    18, 2024.

2    3. On September 17, 2024, the parties met and conferred for over an hour. Throughout the

3    day the parties continued to meet and confer via email. The parties have made progress

4    but have not yet reached an agreement on the remaining discovery disputes.

5    4. The parties believe they would benefit from an additional day to meet and confer.

6    5. The parties hereby stipulate and agree that the parties will have one (1) additional day to

7    meet and confer and then will file the proposed order(s) by noon on September 19,

8    2024.

10   IT IS SO STIPULATED AND AGREED.

11   DATED: September 18, 2024            ROSEN BIEN
                                          GALVAN & GRUNFELD LLP

13                                        By: */s/ Caroline E. Jackson*
                                          Caroline E. Jackson
14                                        Attorneys for Plaintiff

16   DATED: September 18, 2024
                                          GORDON REES SCULLY MANSUKHANI LLP

18                                        By: */s/ Allison J. Becker*
                                              Lindsey M. Romano
19                                            Allison J. Becker (pro hac vice)
                                              Elizabeth B. McGowan (pro hac vice)
20                                            Attorneys for Defendant CFMG

23                          **ATTORNEY ATTESTATION**

24        I hereby attest that I have on file all holographic signatures for any signatures indicated

25   by a conformed signature ("/s/") within this E-filed document or have been authorized by all

26   counsel to show their signature on this document as /s/.

27        Dated: September 18, 2024                    */s/ Allison J. Becker*
                                                       Allison J. Becker

-3-
STIPULATION AND ORDER ON FILING OF DISCOVERY PROPOSED ORDERS

# ORDER

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

By stipulation of the Parties,

The Parties will have an additional day to meet and confer to resolve the remaining discovery disputes. The Parties will file a proposed order(s) to this Court no later than noon on September 19, 2024.

IT IS SO ORDERED

Dated  September 18, 2024



THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE