MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**JOINT ORDER ON DISCOVERY DISPUTES**<br><br>Judge: Hon. Beth Labson Freeman<br>Magistrate: Hon. Nathanael Cousins |

[4572345.1]

Case No. 5:13-cv-02354-BLF

JOINT ORDER ON DISCOVERY DISPUTES

Pursuant to the parties' agreement, the Court hereby orders as follows:

1. The parties have agreed that CFMG will provide Plaintiffs with read-only access to CorEMR no later than September 24, 2024. Plaintiffs' access will be restricted to the records of the individuals listed in Exhibits 1–44 to Defendants' Show Cause Response. Plaintiffs will not be permitted to run reports through CorEMR. However, Plaintiffs may continue to request that Defendants produce CorEMR reports with parameters specified by Plaintiffs, and the scope of these reports will not be limited to the individuals listed in Exhibits 1–44, but will be limited to patients who were in the jail during the audit period. Defendants shall produce those reports with reasonable promptness, generally within 24 hours of Plaintiffs' request. The parties will continue to meet and confer in good faith regarding any further disagreements about Plaintiffs' access to CorEMR or the content or timeliness of the reports that Defendants will produce.

2. Pursuant to the parties' agreement, Plaintiffs no longer seek responsive information to Requests for Production Nos. 16 and 17.

3. Pursuant to the parties' agreement, Plaintiffs no longer seek the deposition of Defendants' fact witness Captain Rebecca Smith. Also pursuant to this agreement, the depositions of fact witnesses Jamie Silveira, Paulette Torres Collazo, and Dr. Nicole Taylor will be limited to three hours each.

4. Plaintiffs shall begin identifying fact witnesses and responding to Defendants' discovery requests by September 30. Plaintiffs' identification and responses shall continue in a rolling production thereafter, and the parties will meet and confer in good faith regarding any disputes about this process or any extension to discovery deadlines that may be necessary. The parties will continue to meet and confer in good faith regarding any further disagreements about Plaintiffs' timeliness of disclosure and a reasonable deadline for identification and production of all witnesses and information.

5. Pursuant to the parties' agreement, the parties shall not depose the neutral monitors. In lieu of depositions, the parties jointly shall meet with each neutral monitor to allow counsel to ask questions in the presence of opposing counsel. At their option, the

parties may have the meeting transcribed.  The parties have agreed that communications between counsel and the monitors regarding their opinions as to the state of CFMG's compliance with the Court's enforcement order and their anticipated testimony on that subject are discoverable and shall be produced.

    IT IS SO ORDERED.

DATED:  September 19, 2024

_____
Honorable

