UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, et al., <br> Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER REQUIRING DEFENDANT WELLPATH TO ELECTRONICALLY FILE EXHIBITS 1-44 AND 56-58 BY SEPTEMBER 30, 2024; AND TO DELIVER CHAMBERS COPIES OF ITS SHOW CAUSE RESPONSE AND CERTAIN EXHIBITS** |

On August 22, 2024, the Court granted two administrative sealing motions filed by Defendant Wellpath, also known as California Forensic Medical Group ("CFMG"), relating to Exhibits 1-44 and 56-58 in support of its Show Cause Response Regarding Imposition of Contempt Sanctions. *See* Orders, ECF 910, 911, 912. The Court granted Wellpath leave to redact narrowly tailored portions of the exhibits containing jail inmates' personal identifying information, jail inmates' confidential medical information, and jail staff's personal identifying information. *See id.* The Court granted Wellpath's request for an extension of time to file the redacted exhibits on the ground that the exhibits are voluminous, finding "no prejudice to the parties or the public if CFMG is granted this additional time." Order at 2, ECF 910. The Court ordered that "CFMG shall file redacted versions of all documents on the public docket by September 5, 2024." *Id*.

On September 5, 2024, Wellpath filed a Notice of Filing Redacted Exhibits, advising that it has submitted redacted versions of Exhibits 1-44 and 56-58 to the Court via hand delivery of a

flash drive. *See* Notice, ECF 919. The same day, a password protected flash drive was delivered to the Clerk. Delivery of the flash drive is insufficient to comply with the Court's order. The Court specified that the redacted exhibits must be filed on the "public docket," meaning that the public must have access to the redacted exhibits. Requiring members of the public to travel to the courthouse to view the redacted exhibits on a flash drive would be unduly burdensome. Moreover, even if members of the public were to travel to the courthouse and request access to the flash drive containing the redacted exhibits, such access would be unavailable because the flash drive is password protected.

The Court clearly ordered Wellpath to "file" the redacted exhibits on the public docket, meaning the Court's Electronic Case Filing ("ECF") system. The Court's ECF webpage advises that all documents filed via the Court's ECF system must be in PDF format and that documents may be converted to PDF format from other formats such as Word, WordPerfect, and Excel. The Court's ECF webpage states that if a document does not exist in electronic format and cannot be converted to PDF format, the document may be manually filed pursuant to Civil Local Rule 5-1. Wellpath apparently believes that submission of a flash drive containing Exhibits 1-44 and 56-58 is an authorized manual filing. The envelope in which the flash drive was delivered states that the files cannot be filed via the Court's ECF system because they are "native Excel files." That explanation is inadequate, however, because as noted above the Court's ECF webpage advises that Excel documents can and should be converted to PDF documents for filing via the Court's ECF system. Accordingly, Wellpath will be required to file Exhibits 1-44 and 56-58 via the Court's ECF system in both unredacted form (under seal) and redacted form (publicly available).

Defendant Wellpath has not submitted paper chambers copies of its filings to the Court as required by the undersigned's Standing Order Re Civil Cases. Wellpath SHALL submit paper chambers copies of its Show Cause Response Regarding Imposition of Contempt Sanctions (ECF 905) and all related exhibits that Wellpath wishes the Court to consider. To the extent the Excel spreadsheets comprising Exhibits 1-44 and 56-58 are submitted only to demonstrate what data was considered by Wellpath's experts and other witnesses, and need not be viewed separately by the Court, Wellpath need not submit paper chambers copies of those exhibits.

IT IS HEREBY ORDERED that:

(1) Defendant Wellpath SHALL file *unredacted* versions of Exhibits 1-44 and 56-58 via the Court's ECF system, under seal, pursuant to the normal procedures for filing sealed documents in civil cases;

(2) Defendant Wellpath SHALL file *redacted* versions of Exhibits 1-44 and 56-58 via the Court's ECF system so that they are accessible by the public;

(3) Defendant Wellpath SHALL complete these filings via the Court's ECF system by September 30, 2024; and

(4) Defendant Wellpath SHALL deliver paper chambers copies of its Show Cause Response Regarding Imposition of Contempt Sanctions (ECF 905), and all related exhibits that Wellpath wishes the Court to consider, by September 30, 2024.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
BETH LABSON FREEMAN
United States District Judge