UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER GRANTING DEFENDANT WELLPATH'S ADMINISTRATIVE MOTION TO FILE PATIENT KEY UNDER SEAL; AND DIRECTING WELLPATH TO ELECTRONICALLY FILE PATIENT KEY BY SEPTEMBER 30, 2024** <br><br> [Re: ECF 920] |

Defendant Wellpath has filed an administrative motion to seal an exhibit in support of its Show Cause Response Regarding Imposition of Contempt Sanctions ("Show Cause Response"), specifically, a "Patient Key" to Wellpath's Exhibits 1-44 and 56-58. *See* Def.'s Admin. Mot., ECF 920. Wellpath represents that counsel for all parties consent to the requested sealing. *See id.* at 2. The Court finds that the compelling reasons standard for sealing applies, because the exhibit is more than tangentially related to the merits of the case, *see Ctr. for Auto Safety v. Chrysler Grp.*, *LLC*, 809 F.3d 1092, 1101-02, 1097 (9th Cir. 2006), and that compelling reasons exist to seal the exhibit on the ground that it contains inmates' personal identifying information and information about inmates' medical and custody records.

There are two problems with Wellpath's administrative motion, however. First, Wellpath's motion identifies the Patient Key as "Exhibit 59," but Wellpath previously identified the CV of its dental expert, Dr. Rosenberg, as Exhibit 59. *See* Ex. 59 (Dr. Rosenberg CV), ECF 906-12. When Wellpath files the Patient Key via the Court's Electronic Case Filing ("ECF")

system as required below, Wellpath shall identify the Patient Key with an exhibit number that it has not previously used in connection with its Show Cause Response.

Second, Wellpath has not filed the Patient Key on the docket via the ECF system pursuant to the normal procedure for filing sealed documents in civil cases. Instead, Wellpath has submitted the Patient Key on a flash drive hand-delivered to the Clerk of Court, along with a letter explaining that flash drive contains "native Excel Files" that cannot be filed via the Court's ECF system. As discussed in the Court's recent order (ECF 936) requiring Wellpath to electronically file Exhibits 1-44 and 56-58, Excel files can and should be converted to PDF files for filing via the Court's ECF system. Accordingly, Wellpath will be required to file its Patient Key under seal via the Court's ECF system.

IT IS HEREBY ORDERED that:

(1) Defendant Wellpath's administrative motion (ECF 920) to file the Patient Key under seal is GRANTED;

(2) Defendant Wellpath SHALL file an unredacted version of its Patient Key via the Court's ECF system, under seal, pursuant to the normal procedures for filing sealed documents in civil cases, by September 30, 2024;

(3) Defendant Wellpath SHALL identify the Patient Key with an exhibit number that it has not previously used in connection with its Show Cause Response;

(4) Defendant Wellpath SHALL deliver a paper chambers copy of the Patient Key by September 30, 2024, if Wellpath wishes the Court to view and consider that exhibit. If the Patient Key is submitted only to demonstrate what data was considered by Wellpath's experts and other witnesses, and need not be viewed separately by the Court, Wellpath need not submit a paper chambers copy of the Patient Key.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
BETH LABSON FREEMAN
United States District Judge