UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No.  13-cv-02354-BLF <br><br> **ORDER DIRECTING DEFENDANT WELLPATH TO FILE SUPPLEMENTAL CHARTS IN SUPPORT OF ITS SHOW CAUSE RESPONSE** |

Defendant Wellpath's Show Cause Response Regarding Imposition of Contempt Sanctions ("Show Cause Response") includes three charts identifying the requirements of the Settlement Agreement and Wellpath Implementation Plan as to which the Court found Wellpath to be out of compliance, and Wellpath's assertion regarding the current status of compliance with respect to each requirement.  *See* Show Cause Response, ECF 905.  The charts are labeled "Medical," "Mental Health," and "Dental."  *Id*.  The charts are of limited utility, because they are wholly conclusory, as illustrated by Wellpath's Medical chart, reproduced below:

| Item Number from ECF 838 | Compliance Finding |
|---|---|
| 1. Clinical Staffing | Substantial Compliance |
| 2. Medical Intake Screening | Substantial Compliance |
| 3. Sick Call | Partial Compliance |
| 4. Chronic Care | Substantial Compliance |

| | |
|---|---|
| 5. Health Care Maintenance | Substantial Compliance |
| 6. Continuity of Care | Substantial Compliance |
| 7. Outside Care Referrals | Substantial Compliance |
| 8. Treatment of Intoxicated Patients | Substantial Compliance |
| 9. Treatment of Communicable Diseases | Substantial Compliance |
| 10. Pharmaceutical Practices | Substantial Compliance |
| 11. Medical Quality Assurance | Partial Compliance |

Show Cause Response at 4.

These charts would be far more helpful to the Court if they included a third column identifying the record evidence that Wellpath contends supports the compliance status identified in the second column. Accordingly, the Court will direct Wellpath to file supplemental charts including such a third column. The third column shall identify all record evidence upon which Wellpath relies to shows substantial or partial compliance (or other compliance status) with each requirement, with citations to the ECF number where such evidence is located on the docket. For example:

| Item Number from ECF 838 | Compliance Finding | Evidence |
|---|---|---|
| 1. Clinical Staffing | Substantial Compliance | Ex. A, Meagher Decl. ¶¶ __, ECF 905-1; Ex. H, Smith Decl. ¶¶ __, ECF 905-8. |
| 2. Medical Intake Screening | Substantial Compliance | Ex. B, Rafinski Decl. ¶¶ __, ECF 905-2 |
| 3. Sick Call | Partial Compliance | Ex. E, Silveira Decl. ¶¶ __, ECF 905-5. |

2

Wellpath SHALL file supplemental charts, identical to the charts it has included in its Show Cause Response, with the addition of a third column for Evidence as described and illustrated above. Wellpath may file three separate charts addressing Medical, Mental Health, and Dental requirements, as it did in its Show Cause Response, or Wellpath may combine the three charts into a single chart, so long as the columns are labeled as in the exemplar above. Wellpath SHALL file the supplemental chart(s) by October 7, 2024.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
BETH LABSON FREEMAN
United States District Judge

3