LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING UNREDACTED PATIENT KEY IN PDF FORM TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS UNDER SEAL**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

Pursuant to this Court's September 23, 2024 Order (Dkt. No. 937), CFMG hereby respectfully submits an unredacted PDF version of the patient key, Exhibit 63 to accompany the exhibits to its Show Cause Response Regarding Imposition of Sanctions (Dkt. 905) to be filed under seal.

Per the Court's Order, the above referenced exhibits, which were originally submitted to the Court in native format for ease of use, have been converted into PDFs and electronically filed under seal. [See Dkt. 937].

Dated: September 30, 2024     GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Allison J. Becker*
Lindsey M. Romano
Allison J. Becker, (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for Defendant CFMG.

-2-
**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING UNREDACTED PATIENT KEY IN PDF FORM TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS UNDER SEAL**