LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING REDACTED EXHIBITS IN PDF FORM TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS ON THE PUBLIC DOCKET AND UNREDACTED EXHIBITS IN PDF FORM TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF SANCTIONS UNDER SEAL**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

Pursuant to this Court's September 23, 2024 Order (Dkt. 936), CFMG hereby submits unredacted PDF versions of **Exhibits 1-44** and **56-58** in support of its Show Cause Response Regarding Imposition of Sanctions to be filed under seal. CFMG also submits

-1-

redacted PDF versions of **Exhibits 1-44** and **56-58** in support of its Show Cause Response Regarding Imposition of Sanctions to be filed on the public docket. [Dkt. No. 905].

In accordance with this Court's prior orders, Dkt. Nos. 802 and 910, incarcerated persons' names, dates of birth, and booking numbers, and the names and email addresses of health care staff employed by CFMG, who are directly involved in providing or supervising patient care at the jail have been redacted.

Per the Court's Order, the above referenced exhibits, which were originally submitted to the Court in native format for ease of use, have been converted into PDFs and electronically filed on the public docket. [See Dkt. 936].

Dated: September 30, 2024          GORDON REES SCULLY MANSUKHANI, LLP

                                   By:   */s/ Allison J. Becker*
                                         Lindsey M. Romano
                                         Allison J. Becker, (pro hac vice)
                                         Elizabeth B. McGowan (pro hac vice)
                                         Attorneys for Defendant CFMG.

-2-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING REDACTED EXHIBITS IN PDF FORM TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS ON THE PUBLIC DOCKET AND UNREDACTED EXHIBITS IN PDF FORM TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF SANCTIONS UNDER SEAL