BOOKING ID



















