# Tasks

Viewing 288 Results

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00709 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | 04/19/2023 0937 | System, CorEMR (04/20/2023 0000) | N/A | | | 1 (Highest) |
| 00174 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | 04/19/2023 1556 | System, CorEMR (05/02/2023 0000) | N/A | | | 1 (Highest) |
| 00577 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | 04/26/2023 1556 | System, CorEMR (05/02/2023 0000) | N/A | | | 1 (Highest) |
| 00839 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/18/2023 1019 | System, CorEMR (12/28/2023 0000) | N/A | | | 1 (Highest) |
| 00839 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/18/2023 1612 | System, CorEMR (12/28/2023 0000) | N/A | | | 1 (Highest) |
| 00581 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/18/2023 1449 | System, CorEMR (12/23/2023 0000) | N/A | | | 1 (Highest) |
| 00581 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/18/2023 1502 | System, CorEMR (12/23/2023 0000) | N/A | | | 1 (Highest) |
| 00488 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/18/2023 1648 | System, CorEMR (10/20/2023 0000) | N/A | | | 1 (Highest) |
| 01020 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/22/2023 1639 | System, CorEMR (11/23/2023 0000) | N/A | | | 1 (Highest) |
| 00582 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/22/2023 1650 | System, CorEMR (01/01/2024 0000) | N/A | | | 1 (Highest) |
| 00582 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/22/2023 1651 | System, CorEMR (01/01/2024 0000) | N/A | | | 1 (Highest) |
| 01367 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/20/2023 1750 | System, CorEMR (01/25/2024 0000) | N/A | | | 1 (Highest) |
| 00118 | [OUT] | County | 04/03/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | 10/26/2023 1836 | System, CorEMR (12/07/2023 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00675 | Z2 201 TB | County | 04/03/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 01028 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/09/2023 0000) | N/A | | | 1 (Highest) |
| 00617 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/05/2023 0000) | N/A | | | 1 (Highest) |
| 01013 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/13/2024 0000) | N/A | | | 1 (Highest) |
| 01261 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/25/2024 0000) | N/A | | | 1 (Highest) |
| 00599 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (10/29/2023 0000) | N/A | | | 1 (Highest) |
| 00480 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/24/2023 0000) | N/A | | | 1 (Highest) |
| 00433 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (10/23/2023 0000) | N/A | | | 1 (Highest) |
| 01360 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/25/2024 0000) | N/A | | | 1 (Highest) |
| 00116 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/12/2023 0000) | N/A | | | 1 (Highest) |
| 00772 | Z1 113 BB | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/27/2023 0000) | N/A | | | 1 (Highest) |
| 00206 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (02/07/2024 0000) | N/A | | | 1 (Highest) |
| 00524 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (02/02/2024 0000) | N/A | | | 1 (Highest) |
| 00392 | L1 107 TB | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/13/2024 0000) | N/A | | | 1 (Highest) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00194 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (10/28/2023 0000) | N/A | | | 1 (Highest) |
| 00177 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/10/2023 0000) | N/A | | | 1 (Highest) |
| 00585 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (04/06/2024 0000) | N/A | | | 1 (Highest) |
| 00765 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (12/02/2023 0000) | N/A | | | 1 (Highest) |
| 00092 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/30/2023 0000) | N/A | | | 1 (Highest) |
| 01395 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (01/06/2024 0000) | N/A | | | 1 (Highest) |
| 00142 | [OUT] | DSH | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (03/15/2024 0000) | N/A | | | 1 (Highest) |
| 00142 | [OUT] | DSH | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (03/15/2024 0000) | N/A | | | 1 (Highest) |
| 00270 | [OUT] | DSH | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (02/09/2024 0000) | N/A | | | 1 (Highest) |
| 00747 | [OUT] | DSH | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (02/10/2024 0000) | N/A | | | 1 (Highest) |
| 00710 | [OUT] | County | 04/03/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/12/2023 0000) | N/A | | | 1 (Highest) |
| 01120 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/11/2023 0000) | N/A | | | 1 (Highest) |
| 00303 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/10/2023 0000) | N/A | | | 1 (Highest) |
| 00715 | [OUT] | County | 03/30/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (12/07/2023 0000) | N/A | | | 1 (Highest) |
| 00433 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (10/23/2023 0000) | N/A | | | 1 (Highest) |
| 00030 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/04/2023 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00109 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 01184 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (02/11/2024 0000) | N/A | | | 1 (Highest) |
| 00264 | IP 101 | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/16/2023 0000) | N/A | | | 1 (Highest) |
| 00425 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/10/2023 0000) | N/A | | | 1 (Highest) |
| 01125 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/21/2023 0000) | N/A | | | 1 (Highest) |
| 01299 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/30/2023 0000) | N/A | | | 1 (Highest) |
| 00574 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (02/24/2024 0000) | N/A | | | 1 (Highest) |
| 00393 | [OUT] | DSH | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/28/2023 0000) | N/A | | | 1 (Highest) |
| 00393 | [OUT] | DSH | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/28/2023 0000) | N/A | | | 1 (Highest) |
| 00587 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/19/2024 0000) | N/A | | | 1 (Highest) |
| 00529 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/10/2023 0000) | N/A | | | 1 (Highest) |
| 00996 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/16/2023 0000) | N/A | | | 1 (Highest) |
| 00996 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/16/2023 0000) | N/A | | | 1 (Highest) |
| 00329 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (04/09/2024 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00128 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 00128 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 00128 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 00128 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 01304 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/16/2023 0000) | N/A | | | 1 (Highest) |
| 00575 | AP 204 | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/20/2023 0000) | N/A | | | 1 (Highest) |
| 00394 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/24/2023 0000) | N/A | | | 1 (Highest) |
| 00394 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/24/2023 0000) | N/A | | | 1 (Highest) |
| 00817 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (10/30/2023 0000) | N/A | | | 1 (Highest) |
| 01169 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (10/31/2023 0000) | N/A | | | 1 (Highest) |
| 00120 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/27/2023 0000) | N/A | | | 1 (Highest) |
| 00120 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/27/2023 0000) | N/A | | | 1 (Highest) |
| 00624 | AD 45 | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/05/2023 0000) | N/A | | | 1 (Highest) |
| 00119 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/08/2023 0000) | N/A | | | 1 (Highest) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00769 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/18/2023 0000) | N/A | | 1 (Highest) |
| 01123 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (01/25/2024 0000) | N/A | | 1 (Highest) |
| 00154 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (12/07/2023 0000) | N/A | | 1 (Highest) |
| 01367 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (01/25/2024 0000) | N/A | | 1 (Highest) |
| 01240 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (03/22/2024 0000) | N/A | | 1 (Highest) |
| 00739 | L1 114 BB | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/14/2023 0000) | N/A | | 1 (Highest) |
| 00131 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/04/2023 0000) | N/A | | 1 (Highest) |
| 01377 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (03/03/2024 0000) | N/A | | 1 (Highest) |
| 01254 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/30/2023 0000) | N/A | | 1 (Highest) |
| 01254 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/30/2023 0000) | N/A | | 1 (Highest) |
| 00540 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/15/2023 0000) | N/A | | 1 (Highest) |
| 00201 | BP 201 | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/21/2023 0000) | N/A | | 1 (Highest) |
| 01151 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/12/2023 0000) | N/A | | 1 (Highest) |
| 00448 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/03/2023 0000) | N/A | | 1 (Highest) |
| 00448 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/03/2023 0000) | N/A | | 1 (Highest) |
| 00952 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (08/30/2023 0000) | N/A | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00721 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/07/2023 0000) | N/A | | | 1 (Highest) |
| 01065 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (10/19/2023 0000) | N/A | | | 1 (Highest) |
| 00357 | BD 10 | DSH | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/19/2023 0000) | N/A | | | 1 (Highest) |
| MILLAR, DAVID CHRISTOPHE DOB: 01/17/2000  Booking | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/27/2023 0000) | N/A | | | 1 (Highest) |
| 00552 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/12/2023 0000) | N/A | | | 1 (Highest) |
| 00776 | EP 08 | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/29/2023 0000) | N/A | | | 1 (Highest) |
| 00952 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (08/30/2023 0000) | N/A | | | 1 (Highest) |
| 01317 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/01/2023 0000) | N/A | | | 1 (Highest) |
| 00889 | V2 212 BB | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/10/2023 0000) | N/A | | | 1 (Highest) |
| 00863 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/01/2023 0000) | N/A | | | 1 (Highest) |
| 01143 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/01/2023 0000) | N/A | | | 1 (Highest) |
| 00053 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (08/02/2023 0000) | N/A | | | 1 (Highest) |
| 00596 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (07/19/2023 0000) | N/A | | | 1 (Highest) |
| 00998 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/13/2023 0000) | N/A | | | 1 (Highest) |

| ID | | | Date | Status | Type | Description | | System | N/A | | | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01243 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/06/2023 0000) | N/A | | | 1 (Highest) |
| 00826 | [OUT] | County | 04/05/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/28/2023 0000) | N/A | | | 1 (Highest) |
| 00637 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/23/2023 0000) | N/A | | | 1 (Highest) |
| 00275 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (10/29/2023 0000) | N/A | | | 1 (Highest) |
| 00595 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/23/2023 0000) | N/A | | | 1 (Highest) |
| 01085 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/23/2023 0000) | N/A | | | 1 (Highest) |
| 00674 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/21/2023 0000) | N/A | | | 1 (Highest) |
| 00741 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/29/2023 0000) | N/A | | | 1 (Highest) |
| 00975 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/21/2023 0000) | N/A | | | 1 (Highest) |
| 00744 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/02/2023 0000) | N/A | | | 1 (Highest) |
| 01231 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/02/2023 0000) | N/A | | | 1 (Highest) |
| 01346 | Z2 216 BB | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/06/2023 0000) | N/A | | | 1 (Highest) |
| 01103 | RP 206 | DSH | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (09/09/2023 0000) | N/A | | | 1 (Highest) |
| 00158 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/08/2023 0000) | N/A | | | 1 (Highest) |
| 00671 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (09/22/2023 0000) | N/A | | | 1 (Highest) |
| 01211 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/17/2023 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01107 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 01318 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 00541 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (12/02/2023 0000) | N/A | | | 1 (Highest) |
| 01329 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/18/2023 0000) | N/A | | | 1 (Highest) |
| 00287 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/09/2023 0000) | N/A | | | 1 (Highest) |
| 00211 | MHO 05 | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (09/30/2023 0000) | N/A | | | 1 (Highest) |
| 01032 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/18/2023 0000) | N/A | | | 1 (Highest) |
| 01012 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/18/2023 0000) | N/A | | | 1 (Highest) |
| 00528 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 00515 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 00216 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/02/2023 0000) | N/A | | | 1 (Highest) |
| 00775 | [OUT] | County | 03/25/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/16/2023 0000) | N/A | | | 1 (Highest) |
| 00544 | [OUT] | County | 03/25/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/20/2023 0000) | N/A | | | 1 (Highest) |
| 00731 | [OUT] | County | 03/25/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/25/2023 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00962 | BP 204 | County | 04/01/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (07/14/2023 0000) | N/A | | | 1 (Highest) |
| 01043 | [OUT] | County | 03/25/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/04/2023 0000) | N/A | | | 1 (Highest) |
| 00563 | [OUT] | County | 04/03/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/21/2023 0000) | N/A | | | 1 (Highest) |
| 00939 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/21/2023 0000) | N/A | | | 1 (Highest) |
| 00028 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/17/2023 0000) | N/A | | | 1 (Highest) |
| 00098 | [OUT] | County | 04/01/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/13/2024 0000) | N/A | | | 1 (Highest) |
| 00397 | [OUT] | County | 04/03/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/23/2023 0000) | N/A | | | 1 (Highest) |
| 00886 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (09/29/2023 0000) | N/A | | | 1 (Highest) |
| 00612 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/19/2023 0000) | N/A | | | 1 (Highest) |
| 01126 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/21/2023 0000) | N/A | | | 1 (Highest) |
| 00374 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/18/2023 0000) | N/A | | | 1 (Highest) |
| 00341 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/07/2023 0000) | N/A | | | 1 (Highest) |
| 01334 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/20/2023 0000) | N/A | | | 1 (Highest) |
| 00191 | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |

| ID | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00446 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/20/2023 0000) | N/A | | | 1 (Highest) |
| 00305 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 00451 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/25/2023 0000) | N/A | | | 1 (Highest) |
| 00580 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/25/2023 0000) | N/A | | | 1 (Highest) |
| 00446 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/20/2023 0000) | N/A | | | 1 (Highest) |
| 00104 | [OUT] | County | 03/27/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 00104 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/19/2023 0000) | N/A | | | 1 (Highest) |
| 01336 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/15/2023 0000) | N/A | | | 1 (Highest) |
| 00075 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (06/16/2023 0000) | N/A | | | 1 (Highest) |
| 00215 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (10/09/2023 0000) | N/A | | | 1 (Highest) |
| 00215 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (10/09/2023 0000) | N/A | | | 1 (Highest) |
| 00215 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (10/09/2023 0000) | N/A | | | 1 (Highest) |
| 00915 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/25/2023 0000) | N/A | | | 1 (Highest) |
| 00465 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/26/2023 0000) | N/A | | | 1 (Highest) |
| 00419 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/20/2023 0000) | N/A | | | 1 (Highest) |
| 00478 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/23/2023 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00076 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/22/2023 0000) | N/A | | | 1 (Highest) |
| 00215 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (10/09/2023 0000) | N/A | | | 1 (Highest) |
| 00512 | [OUT] | County | 03/29/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/21/2023 0000) | N/A | | | 1 (Highest) |
| 00159 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/06/2023 0000) | N/A | | | 1 (Highest) |
| 00817 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/17/2023 0000) | N/A | | | 1 (Highest) |
| 00860 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/25/2023 0000) | N/A | | | 1 (Highest) |
| 01315 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (06/29/2023 0000) | N/A | | | 1 (Highest) |
| 00074 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/28/2023 0000) | N/A | | | 1 (Highest) |
| 00200 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/25/2023 0000) | N/A | | | 1 (Highest) |
| 00561 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/25/2023 0000) | N/A | | | 1 (Highest) |
| 00608 | [OUT] | County | 04/01/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/24/2023 0000) | N/A | | | 1 (Highest) |
| 01146 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (01/13/2024 0000) | N/A | | | 1 (Highest) |
| 00193 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (04/29/2023 0000) | N/A | | | 1 (Highest) |
| 01105 | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | | System, CorEMR (05/05/2023 0000) | N/A | | | 1 (Highest) |

| ID | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00088 | | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/28/2023 0000) | N/A | | | 1 (Highest) |
| 00088 | | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/28/2023 0000) | N/A | | | 1 (Highest) |
| 00052 | | [OUT] | County | 04/02/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/28/2023 0000) | N/A | | | 1 (Highest) |
| 00538 | | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (07/06/2023 0000) | N/A | | | 1 (Highest) |
| 00908 | | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (04/30/2023 0000) | N/A | | | 1 (Highest) |
| 00185 | | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/01/2023 0000) | N/A | | | 1 (Highest) |
| test, test   DOB: 01/01/1929   Booking: ZZZ | | [OUT] | | 04/03/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/01/2023 0000) | N/A | | | 1 (Highest) |
| 00142 | | [OUT] | DSH | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (03/15/2024 0000) | N/A | | | 1 (Highest) |
| 00636 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (02/11/2024 0000) | N/A | | | 1 (Highest) |
| 01204 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/05/2023 0000) | N/A | | | 1 (Highest) |
| 00371 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 00592 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (01/14/2024 0000) | N/A | | | 1 (Highest) |
| 00186 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (02/10/2024 0000) | N/A | | | 1 (Highest) |
| 00811 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | System, CorEMR (10/28/2023 0000) | N/A | | | 1 (Highest) |
| 00137 | | [OUT] | County | 03/26/2024 | Cancelled by System | 6 Month/Annual Physical* | Annual Physical | | System, CorEMR (05/21/2023 0000) | N/A | | | 1 (Highest) |
| 00540 | | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical | 6 Month Physical | | System, CorEMR | | | | 1 (Highest) |

| | Task | Entered | Date | Last | Completed | Created to | Task Date | Priority |
|---|---|---|---|---|---|---|---|---|

| Patient Name | Location | Agency | Date | Status | Category | Description | By | Created | Modified By | By | Completed | to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00540 | | | | | Physical* | | | | System, CorEMR (11/15/2023 0000) | | | | |
| 01254 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/30/2023 0000) | N/A | | | 1 (Highest) |
| 01152 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/01/2023 0000) | N/A | | | 1 (Highest) |
| 00959 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (02/06/2024 0000) | N/A | | | 1 (Highest) |
| 00172 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/25/2024 0000) | N/A | | | 1 (Highest) |
| 00354 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/09/2023 0000) | N/A | | | 1 (Highest) |
| 00154 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (12/07/2023 0000) | N/A | | | 1 (Highest) |
| 01169 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (10/31/2023 0000) | N/A | | | 1 (Highest) |
| 00201 | BP 201 | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/21/2023 0000) | N/A | | | 1 (Highest) |
| 00769 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/18/2023 0000) | N/A | | | 1 (Highest) |
| 01151 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/12/2023 0000) | N/A | | | 1 (Highest) |
| 00131 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/04/2023 0000) | N/A | | | 1 (Highest) |
| 00739 | L1 114 BB | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/14/2023 0000) | N/A | | | 1 (Highest) |
| 00872 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/17/2024 0000) | N/A | | | 1 (Highest) |
| 01377 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (03/03/2024 0000) | N/A | | | 1 (Highest) |
| 00817 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (10/30/2023 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00120 | [OUT] | County | 03/28/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (11/27/2023 0000) | N/A | | | 1 (Highest) |
| 00681 | [OUT] | County | 04/04/2024 | Cancelled by System | 6 Month/Annual Physical* | 6 Month Physical | | | System, CorEMR (01/13/2024 0000) | N/A | | | 1 (Highest) |
| 00535 | DD 51 | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 01360 | [OUT] | County | 03/30/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00536 | GP 204 | County | 04/05/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00535 | DD 51 | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00710 | [OUT] | County | 04/03/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00710 | [OUT] | County | 04/03/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00805 | K1 119 BB | County | 03/27/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00806 | | | | | | | | | (01/05/2024 2343) | | | | |
| 00575 | AP 204 | County | 04/05/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 01304 | [OUT] | County | 04/05/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00084 | [OUT] | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 01399 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |
| 00805 | K1 119 BB | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | N/A | | | 1 (Highest) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00119 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 01043 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00420 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00066 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 01129 | | DD 19 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00734 | | BD 40 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 01240 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00136 | | BD 19 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 01305 | | DD 12 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00093 | | DD 25 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00801 | | DD 26 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00779 | | DD 39 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00060 | | DD 03 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00095 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00223 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |
| 00777 | | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | /A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00867 | DP 110 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00557 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00281 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00950 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00663 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00663 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00663 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 01296 | DD 22 | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 01123 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00304 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 01074 | DD 50 | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 01074 | DD 50 | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 01074 | DD 50 | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |
| 00062 | [OUT] | County | 04/02/2024 | Cancelled by Staff | 6 Month/Annual Physical* | Annual Physical | | | | /A | | | 1 (Highest) |
| 00872 | [OUT] | County | 03/27/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | | /A | | | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01403 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | /A | | | 1 (Highest) |
| 01403 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | /A | | | 1 (Highest) |
| 01403 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | /A | | | 1 (Highest) |
| 00663 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | /A | | | 1 (Highest) |
| 00251 | [OUT] | County | 03/28/2024 | Cancelled by Staff | 6 Month/Annual Physical* | Annual Physical | | | /A | | | 1 (Highest) |
| 00827 | DD 38 | County | 04/04/2024 | Cancelled by Staff | 6 Month/Annual Physical* | 6 Month Physical | | | /A | | | 1 (Highest) |
| 01107 | [OUT] | County | 03/27/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 1m | 344d 12h 25m | 1 (Highest) |
| 00666 | [OUT] | DSH | 03/26/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 19m | 344d 13h 7m | 1 (Highest) |
| 00909 | [OUT] | County | 03/26/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 57m | 344d 13h 9m | 1 (Highest) |
| 00129 | BD 28 | County | 03/26/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 1m | 344d 11h 18m | 1 (Highest) |
| 01161 | [OUT] | County | 03/26/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 1m | 344d 12h 5m | 1 (Highest) |
| 00535 | DD 51 | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 107d 18h 10m | 51d 11h 24m | 1 (Highest) |
| 01378 | K2 216 BB | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 162d 23h 52m | 3d 17h 12m | 1 (Highest) |
| 01356 | BP 103 | County | 03/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 66d 18h 5m | 7d 12h 10m | 1 (Highest) |
| 01265 | [OUT] | County | 03/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 59d 21h m | 15h 33m | 1 (Highest) |
| 01228 | [OUT] | County | 04/02/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 97d 20h 5m | 46d 4h 32m | 1 (Highest) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00139 | HP 203 | County | 04/02/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | 345d 9h 45m | 16h 34m | 1 (Highest) |
| 00805 | K1 119 BB | County | 03/27/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 158d 8h 24m | 1d 3h 11m | 1 (Highest) |
| 00184 | [OUT] | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 163d 2h 21m | 3d 16h 48m | 1 (Highest) |
| 00129 | BD 28 | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 163d 1h 8m | 3d 17h 31m | 1 (Highest) |
| 00642 | K1 110 BB | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 162d 21h 53m | 3d 16h 59m | 1 (Highest) |
| 00536 | GP 204 | County | 04/05/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 163d 2h 2m | 3d 18h 27m | 1 (Highest) |
| 01340 | DD 27 | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 181d 1h 21m | 21d 17h 46m | 1 (Highest) |
| 00255 | BD 48 | County | 04/03/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 146d 21h 4m | 12d 10h 53m | 1 (Highest) |
| 01302 | N1 109 TB | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 185d 22h 47m | 26d 14h 11m | 1 (Highest) |
| 00304 | [OUT] | County | 03/26/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 159d 22h 47m | 14h 51m | 1 (Highest) |
| 01186 | N1 109 BB | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 168d 20h 14m | 9d 15h 8m | 1 (Highest) |
| 00572 | [OUT] | County | 04/05/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 179d 20h 43m | 20d 13h 28m | 1 (Highest) |
| 00663 | [OUT] | County | 03/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 171d 21h 22m | 12d 14h 23m | 1 (Highest) |
| 01159 | M1 113 BB | County | 04/01/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 184d 5h 34m | 24d 14h 36m | 1 (Highest) |
| 00699 | Z1 109 BB | County | 03/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 179d 16h 14m | 20d 11h 34m | 1 (Highest) |
| 00441 | DD 36 | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 171d 22h 1m | 12d 14h 59m | 1 (Highest) |
| 00084 | [OUT] | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 172d 2m | 12d 16h 10m | 1 (Highest) |
| 00759 | DD 31 | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | 167d 2h 22m | 7d 18h 58m | 1 (Highest) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01117 | DD 14 | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | 68d 3h 2m | 8d 21h 7m | 1 (Highest) |
| 00313 | [OUT] | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | 166d 17m | 6d 18h 8m | 1 (Highest) |
| 00056 | DD 02 | County | 04/04/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | 168d 48m | 8d 17h 33m | 1 (Highest) |

Viewing 288 Results