# Tasks

Viewing 27 Results

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00726 | [OUT] | County | 08/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 14d 21h 2m | 144d 14h 25m | 1 (Highest) |
| 00726 | [OUT] | County | 03/01/2025 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 14d 21h 2m | 329d 15h 25m | 1 (Highest) |
| 00726 | [OUT] | County | 03/14/2025 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 1d 21h 20m | 342d 14h 24m | 1 (Highest) |
| 00289 | [OUT] | County | 08/21/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 13d 22h 12m | 145d 8h 38m | 1 (Highest) |
| 00289 | [OUT] | County | 02/22/2025 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 13d 21h 38m | 330d 9h 38m | 1 (Highest) |
| 00289 | [OUT] | County | 08/21/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 13d 21h 28m | 145d 8h 38m | 1 (Highest) |
| 00289 | [OUT] | County | 02/22/2025 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 13d 21h 28m | 330d 9h 38m | 1 (Highest) |
| 01356 | BP 103 | County | 03/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 166d 18h 15m | 7d 12h 10m | 1 (Highest) |
| 01265 | [OUT] | County | 03/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 159d 21h 7m | 15h 33m | 1 (Highest) |
| 00129 | BD 28 | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 163d 1h 8m | 3d 17h 31m | 1 (Highest) |
| 00139 | HP 203 | County | 04/02/2024 | Completed | 6 Month/Annual Physical* | Annual Physical | | | | | 345d 9h 45m | 16h 34m | 1 (Highest) |
| 00805 | K1 119 BB | County | 03/27/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 158d 8h 24m | 1d 3h 11m | 1 (Highest) |
| 00184 | [OUT] | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 163d 2h 21m | 3d 16h 48m | 1 (Highest) |
| 01378 | K2 216 BB | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 162d 23h 52m | 3d 17h 12m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00642 | K1 110 BB | County | 03/30/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 162d 21h 53m | 3d 16h 59m | 1 (Highest) |
| 00093 | DD 25 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 165d 2h 45m | 5d 18h 19m | 1 (Highest) |
| 00060 | DD 03 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 165d 2h 24m | 5d 18h 6m | 1 (Highest) |
| 00801 | DD 26 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 165d 2h 5m | 5d 19h 13m | 1 (Highest) |
| 01296 | DD 22 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 165d 16h 51m | 6d 10h 52m | 1 (Highest) |
| 01129 | DD 19 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 165d 1h 4m | 5d 19h 39m | 1 (Highest) |
| 00734 | BD 40 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 164d 20h 51m | 5d 18h 31m | 1 (Highest) |
| 01305 | DD 12 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 164d 15h 50m | 5d 13h 52m | 1 (Highest) |
| 00136 | BD 19 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 164d 21h 42m | 5d 20h 10m | 1 (Highest) |
| 00802 | UP 17 | County | 05/28/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 105d 20h 27m | 53d 11h 48m | 1 (Highest) |
| 00779 | DD 39 | County | 03/23/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 162d 22h 43m | 3d 14h 50m | 1 (Highest) |
| 00800 | [OUT] | County | 09/10/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 1d 1h 45m | 158d 10h 14m | 1 (Highest) |
| 00304 | [OUT] | County | 03/26/2024 | Completed | 6 Month/Annual Physical* | 6 Month Physical | | | | | 159d 22h 47m | 14h 51m | 1 (Highest) |

Viewing 27 Results