# Tasks

Viewing 20 Results

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00683 | [OUT] | County | 03/25/2024 | Completed | Off Site Appointment | Appt Scheduled: Orthopedics. 03/25/2024 @ 9:00am NMC Specialty Clinic Bldg.200 1441 Constitution Blvd. Salinas, Ca 93906 (831) 755-4156 | | 03/01/2024 1629 | | | 23d 23h 10m | 16h 39m | 1 (Highest) |
| 00659 | [OUT] | County | 03/25/2024 | Completed | Off Site Appointment | Appt Scheduled: Orthopedics F/u 03/25/2024 @ 2:00pm NMC Specialty Clinic Bldg.200 1441 Constitution Blvd. Salinas, Ca 93906 (831) 755-4156 | | 03/01/2024 1746 | | | 23d 22h 25m | 17h 12m | 1 (Highest) |
| 00937 | [OUT] | County | 03/25/2024 | Completed | Off Site Appointment | Appt Scheduled: F/u w/Dr. Disante. 03/25/2024 @ 10:00am NMC Specialty Clinic Bldg.200 1441 Constitution Blvd Salinas, Ca 93906 (831) 755-4156. | | 03/11/2024 1332 | | | 13d 22h 24m | 11h 56m | 1 (Highest) |
| 00139 | HP 203 | County | 03/26/2024 | Completed | Off Site Appointment | Off Site Appointment-Circle Optometry @ 0800 | | 11/15/2023 1736 | | | 131d 23h 31m | 18h 7m | 1 (Highest) |
| 00069 | M1 113 TB | County | 03/26/2024 | Completed | Off Site Appointment | Appt Scheduled: Oral Surgery 03/26/2024 @ 9:30am True Bite Oral Surgery 546 Abbott St. Salinas, Ca 93901 (831) 424-7393 | | 03/08/2024 1619 | | | 17d 20h 49m | 14h 9m | 1 (Highest) |
| 00960 | AD 46 | County | 03/27/2024 | Completed | Off Site Appointment | Appt Scheduled: Dermatology 03/27/2024 @ 10:00am Golden State Dermatology 100 Clocktower Plc, Ste.250 Carmel, Ca 93923 (831) 308-4570 | | 03/11/2024 1632 | | | 15d 21h 15m | 13h 48m | 1 (Highest) |
| 00033 | X1 113 TB | County | 03/27/2024 | Completed | Off Site Appointment | Appt Scheduled: Urology 03/27/2024 @ 11:00am Coastal Health Partner- Urology 1820 Main St. Watsonville, Ca 95076 | | 12/07/2023 1615 | | | 110d 20h 52m | 14h 7m | 1 (Highest) |
| 00568 | BD 60 | County | 03/27/2024 | Completed | Off Site Appointment | Appt Scheduled: Ophthalmology 03/27/2024 @ 1:00pm Monterey Co Eye Assoc. Bldg.400 STE.100 1441 Constitution Blvd Salinas, Ca 93906 (831) 424-1150 *Scheduled w/Gladys. | | 03/25/2024 0946 | | | 2d 4h 22m | 14h 8m | 1 (Highest) |
| 00953 | [OUT] | County | 03/28/2024 | Completed | Off Site Appointment | Appt Scheduled: Orthopedics 03/28/2024 @ 9:00am NMC Specialty Clinic Bldg#200 | | 02/22/2024 1342 | | | 35d 22m | 15h 5m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1441 Constitution Blvd. Salinas, Ca 93906 (831) 755-4156. | | | (03/28/2024 1505) | (03/28/2024 1505) | | | |
| 00968 | [OUT] | County | 03/28/2024 | Completed | Off Site Appointment | Appt Scheduled: Radiology 03/28/2024 @ 7:30am NMC Radiology 1441 Constitution Blvd Salinas, Ca 93906 (831) 755-4369 *Scheduled w/Blanca. | | 03/08/2024 1729 | | | 19d 20h 42m | 15h 12m | 1 (Highest) |
| 01296 | DD 22 | County | 04/02/2024 | Completed | Off Site Appointment | Off Site Appointment-Circle Optometry @ 0800 | | 11/22/2023 1501 | | | 131d 17h 6m | 9h 7m | 1 (Highest) |
| 01045 | [OUT] | County | 04/02/2024 | Completed | Off Site Appointment | Appt Scheduled: Neurology 04/02/2024 @ 1:00pm NMC Specialty Clinic Bldg.200 1441 Constitution Blvd Salinas, Ca 93906 (831) 755- | | 02/13/2024 1624 | | | 49d 1h 18m | 18h 43m | 1 (Highest) |
| 00805 | K1 119 BB | County | 04/03/2024 | Completed | Off Site Appointment | Appt Scheduled: Optometry 04/03/2024 @ 11:30pm Dr. Pham Optometry 956 San Benito St. #A Hollister, Ca 95023 (831) | | 02/13/2024 1441 | | | 49d 21h 33m | 13h 15m | 1 (Highest) |
| 00495 | AD 27 | County | 04/02/2024 | Completed | Off Site Appointment | Appt Scheduled: Ophthalmologist. 04/02/2024 @ 10:00am Monterey County Eye Assoc. 1441 Constitution Blvd Salinas, Ca 93906 (831) | | 02/22/2024 0930 | | | 40d 1h 12m | 11h 43m | 1 (Highest) |
| 00994 | BD 06 | County | 04/04/2024 | Completed | Off Site Appointment | Appt Scheduled: Orthopedics (Rt. knee) 04/04/2024 @ 1:30pm NMC Specialty Clinic Bldg.200 1441 Constitution Blvd Salinas, Ca 93906 (831)755-4156 *Rescheduled with Desiree. | | 02/02/2024 1157 | | | 65d 19h 52m | 4d 8h 49m | 1 (Highest) |
| 01356 | BP 103 | County | 04/04/2024 | Completed | Off Site Appointment | Appt Scheduled: Physical Therapy 04/04/2024 @ 9:00am NMC Physical Therapy Bldg.500 2nd flr. 1441 Constitution Blvd. Salinas, Ca (831) 755-6230 | | 03/01/2024 1651 | | | 33d 16h 16m | 10h 8m | 1 (Highest) |
| 01356 | BP 103 | County | 04/03/2024 | Completed | Off Site Appointment | Appt Scheduled: Radiology/US of ABI 04/03/2024 @ 7:30am NMC Radiology Dept. 1st Flr. STE# A 1441 Constitution Blvd Salinas, Ca 93906 (831) 755-4369. *Scheduled w/Cassandra. | | 03/22/2024 1302 | | | 11d 20h 46m | 9h 49m | 1 (Highest) |
| 01169 | K1 118 BB | County | 04/03/2024 | Completed | Off Site Appointment | Appt Scheduled: Dermatology. 04/03/2024 @ 3:00pm Golden State Dermatology 100 Clocktower Plc. STE #250 Carmel, Ca | | 03/22/2024 1629 | | | 11d 23h 31m | 16h 1m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 93923 (831) 308-4570 *Scheduled w/Frank. | | | | | | | |
| 01352 | [OUT] | County | 04/05/2024 | Completed | Off Site Appointment | Appt Scheduled: Radiology/US 04/05/2024 @ 8:30am NMC Radiology Dept. 1st Flr. Ste#102. 1441 Constitution Blvd Salinas, Ca 93906 (831) 755-4369 *Scheduled w/Blanca. | | 03/27/2024 1652 | | | 8d 23h 21m | 16h 13m | 1 (Highest) |
| 00935 | QP 12B | County | 04/04/2024 | Completed | Off Site Appointment | Appt Scheduled: Cardiology. 04/04/2024 @ 1:30pm NMC Cardiology Dept. Bldg.400 1441 Constitution Blvd Salinas, Ca 93906 (831) 796- | | 04/01/2024 1505 | | | 4d 1h 13m | 1d 16h 18m | 1 (Highest) |

Viewing 20 Results