Booking ID

