# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 00046 | 00046 | 2024-03-23 14:24:00.000 | 2024-03-25 22:11:05.000 | 2d 7h 47m | ▇▇▇ | No | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-25 22:11:48.000 | 2d 23h 30m | ▇▇▇ | No | View |
| 00614 | 00614 | 2024-03-23 01:16:00.000 | 2024-03-25 22:16:04.000 | 2d 21h | ▇▇▇ | No | View |
| 01038 | 01038 | 2024-03-26 10:06:00.000 | 2024-03-28 18:21:32.000 | 2d 8h 15m | ▇▇▇ | No | View |
| 01038 | 01038 | 2024-03-26 10:06:00.000 | 2024-03-28 18:21:39.000 | 2d 8h 15m | ▇▇▇ | No | View |
| 01127 | 01128 | 2024-03-26 10:54:00.000 | 2024-03-28 18:23:08.000 | 2d 7h 29m | ▇▇▇ | No | View |
| 00203 | 00204 | 2024-03-26 15:16:00.000 | 2024-03-28 18:51:17.000 | 2d 3h 35m | ▇▇▇ | No | View |
| 00101 | 00101 | 2024-03-14 12:33:00.000 | 2024-03-30 19:55:02.000 | 16d 7h 22m | ▇▇▇ | No | View |
| 00555 | 00555 | 2024-03-28 15:49:00.000 | 2024-03-30 20:01:29.000 | 2d 4h 12m | ▇▇▇ | No | View |
| 00676 | 00676 | 2024-03-28 08:43:00.000 | 2024-03-30 20:03:16.000 | 2d 11h 20m | ▇▇▇ | No | View |
| 00682 | 00682 | 2024-03-16 04:00:07.000 | 2024-03-30 20:08:34.000 | 14d 16h 8m | ▇▇▇ | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-30 20:34:29.000 | 1d 21h 32m | ▇▇▇ | No | View |
| 00272 | 00272 | 2024-03-28 21:16:00.000 | 2024-03-30 20:36:30.000 | 1d 23h 20m | ▇▇▇ | No | View |
| 01124 | 01124 | 2024-03-28 11:12:00.000 | 2024-03-30 20:39:37.000 | 2d 9h 27m | ▇▇▇ | No | View |
| 01124 | 01124 | 2024-03-28 10:45:09.000 | 2024-03-30 20:39:37.000 | 2d 9h 54m | ▇▇▇ | No | View |
| 00768 | 00768 | 2024-02-08 13:52:00.000 | 2024-03-30 20:45:05.000 | 51d 5h 53m | ▇▇▇ | No | View |
| 00089 | 00090 | 2024-03-29 12:24:00.000 | 2024-03-31 18:48:52.000 | 2d 6h 24m | ▇▇▇ | No | View |
| 00414 | 00414 | 2024-03-29 17:56:00.000 | 2024-03-31 18:49:25.000 | 2d 53m | ▇▇▇ | No | View |
| 00144 | 00144 | 2024-03-28 17:01:00.000 | 2024-03-31 18:50:20.000 | 3d 1h 49m | ▇▇▇ | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-31 18:50:58.000 | 2d 15h 16m | ▇▇▇ | No | View |
| 01014 | 01014 | 2024-03-29 18:40:00.000 | 2024-03-31 18:53:05.000 | 2d 13m | ▇▇▇ | No | View |
| 00508 | 00508 | 2024-03-29 11:09:00.000 | 2024-03-31 18:53:39.000 | 2d 7h 44m | ▇▇▇ | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-03-31 18:54:39.000 | 2d 8h 35m | ▇▇▇ | No | View |
| 00799 | 00799 | 2024-03-29 08:06:00.000 | 2024-03-31 18:55:36.000 | 2d 10h 49m | ▇▇▇ | No | View |

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 00132 | 00132 | 2024-03-29 16:50:00.000 | 2024-04-01 02:33:56.000 | 2d 9h 43m | ███ | No | View |
| 00132 | | | | | | | |
| 00635 | 00635 | 2024-03-29 13:44:00.000 | 2024-04-01 02:35:11.000 | 2d 12h 51m | ███ | No | View |
| 01158 | 01158 | 2024-03-29 16:06:00.000 | 2024-04-01 02:35:59.000 | 2d 10h 29m | ███ | No | View |
| 01222 | 01222 | 2024-03-30 17:06:00.000 | 2024-04-01 19:24:03.000 | 2d 2h 18m | ███ | No | View |
| 00025 | 00025 | 2024-03-30 10:31:00.000 | 2024-04-01 19:24:58.000 | 2d 8h 53m | ███ | No | View |
| 00911 | 00911 | 2024-03-30 06:12:00.000 | 2024-04-01 19:25:29.000 | 2d 13h 13m | ███ | No | View |
| 00906 | 00906 | 2024-03-30 16:45:00.000 | 2024-04-01 19:26:10.000 | 2d 2h 41m | ███ | No | View |
| 00121 | 00122 | 2024-04-01 16:58:00.000 | 2024-04-02 20:22:55.000 | 1d 3h 24m | ███ | No | View |
| 01266 | 01266 | 2024-04-01 01:15:00.000 | 2024-04-03 22:47:05.000 | 2d 21h 32m | ███ | No | View |
| 00665 | 00665 | 2024-04-01 00:52:00.000 | 2024-04-03 22:48:13.000 | 2d 21h 56m | ███ | No | View |
| 01023 | 01023 | 2024-04-01 21:22:00.000 | 2024-04-03 22:48:46.000 | 2d 1h 26m | ███ | No | View |
| 00736 | 00736 | 2024-04-01 06:33:00.000 | 2024-04-03 22:49:25.000 | 2d 16h 16m | ███ | No | View |
| 00758 | 00758 | 2024-04-02 10:03:00.000 | 2024-04-04 17:49:27.000 | 2d 7h 46m | ███ | No | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-04 17:50:41.000 | 2d 8h 48m | ███ | No | View |
| 00735 | 00735 | 2024-04-02 15:49:00.000 | 2024-04-04 17:51:20.000 | 2d 2h 2m | ███ | No | View |
| 00472 | 00472 | 2024-02-29 09:24:00.000 | 2024-04-04 17:51:54.000 | 35d 7h 27m | ███ | No | View |

**Rows: 40**