# Tasks

Viewing 97 Results

| Patient Name | Location | Agency | Date | Status | Category | Task Description | By | Entered | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00957 | DP 201 | County | 03/25/2024 | Refused | Lab/Blood Draw* | Lab Draw Quantiferon /recent hx: positive PPD. Refused lab draw @ 1050 on 03/25/24. Refusal signed and scanned ▇. | ▇ | | 03/25/2024 1206 | ▇ | N/A | | | 1 (Highest) |
| 01075 | [OUT] | County | 03/25/2024 | Refused | Lab/Blood Draw* | Positive TB Read, Quantiferon Lab/draw 03/25/2024 refused 03/25/24 @11:00 ▇ Refusal signs and scanned to chart. | ▇ | | 03/25/2024 0927 | ▇ | N/A | | | 1 (Highest) |
| 00521 | UNKNOWN | County | 03/25/2024 | Refused | Lab/Blood Draw* | Check labs and review results: CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR reflex confirm (012005) Urine G/Chlamydia (183194). | ▇ | | 03/14/2024 1440 | ▇ | N/A | | | 1 (Highest) |
| 00491 | EP 14 | County | 03/25/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp. *Quantiferon-TB Gold Plus - test code 182879 to r/o latent TB Refused lab draw 03/25/24 @ 1050. Refusal sign and scanned. ▇. | ▇ | | 02/16/2024 1142 | ▇ | | 69d 7h | 31d 19h 42m | 1 (Highest) |
| 00481 | [OUT] | County | 03/25/2024 | Completed | Lab/Blood Draw* | Check labs and review: CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR reflex confirm (012005) Urine G/Chlamydia (183194). | ▇ | | 03/14/2024 1636 | ▇ | | 70d 23h 1m | 60d 15h 37m | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed | Completed | Created to By Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00051 | [OUT] | County | | 03/25/2024 | Completed | Lab/Blood Draw* | Check labs: CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR reflex confirm (012005) G/Chlamydia (183194). | | 03/19/2024 1640 | | | | 91d 21h 4m | 86d 13h 45m | 1 (Highest) |
| 01323 | K2 219 BB | County | | 03/25/2024 | Completed | Lab/Blood Draw* | Check labs: CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) - Needs its own full tube. HAV, HBV, HCV (144445) RPR reflex confirm (012005) Urine G/Chlamydia | | 03/14/2024 1135 | | | | 98d 6h 32m | 87d 18h 8m | 1 (Highest) |
| 00421 | M2 203 BB | County | | 03/25/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp. 1. CBC (005009) 2. CMP (322000) 3. HgbA1c (001453) 4. Lipid Panel (303756) 5. TSH reflex T4 (316487) 6. HIV (083935) - needs its own full tube. 7. HAV, HBV | | 03/25/2024 0143 | | | | 66d 11h 31m | 66d 13h 14m | 1 (Highest) |
| 01039 | SP 107 | County | | 03/25/2024 | Completed | Lab/Blood Draw* | A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050) HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative (006510) RPR (006072) | | 03/25/2024 0941 | | | | 3d 1h 20m | 3d 11h 2m | 1 (Highest) |
| 01252 | [OUT] | County | | 03/25/2024 | Completed | Lab/Blood Draw* | CBC (005009), CMP (322000), A1c (001453), and lipids (235010) | | 01/26/2024 1452 | | | | 74d 6h 44m | 15d 22h 36m | 1 (Highest) |
| 00530 | L2 202 TB | County | | 03/26/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | 03/19/2024 1119 | | N/A | | | | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category Task Description | Entered By | Date Created | Last Modified By | Completed Completed | Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00899 | [OUT] | County | 03/26/2024 | Refused | Lab/Blood Draw* | Lab requisition saved in LabCorp. *Urine CT/GC (183194) - Yellow Aptima tube. (Urine specimen was not submitted with labs drawn 03/15/24.) | ■ | 03/25/2024 1122 | ■ | N/A | | | 1 (Highest) |
| 01056 | CP 204 | County | 03/26/2024 | Refused | Lab/Blood Draw* | Quantiferon test | ■ | 03/26/2024 1232 | ■ | N/A | | | 1 (Highest) |
| 01111 | [OUT] | County | 03/26/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | ■ | 03/25/2024 1953 | ■ | | 19s | 4h 6m | 1 (Highest) |
| 00722 | [OUT] | County | 03/26/2024 | Completed | Lab/Blood Draw* | AM fasting labs, Valproic acid level, CMP with HBGA1C albumin. Pt PTINR and liver enzyme panel, CBC w/diff. , TSH, Lipid panel. EASS staff to do Blood draws. | ■ | 03/08/2024 1746 | ■ | | 17d 20h 33m | 15h 19m | 1 (Highest) |
| 00978 | [OUT] | County | 03/26/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | ■ | 03/25/2024 1942 | ■ | | 15h 9m | 10h 51m | 1 (Highest) |
| 00460 | UP 08 | County | 03/26/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395)... | ■ | 03/25/2024 1904 | ■ | | 16d 20h 34m | 16d 15h 39m | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed | Completed | Created to By Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | HBV Surface Antigen, qualitative... | | | | | | | | |
| 00462 | [OUT] | County | 03/26/2024 | Completed | Lab/Blood Draw* | HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative (006510) RPR (006072) G/Chlamydia (183194) UA | | 03/25/2024 1916 | | | | 23d 12h 22m | 23d 7h 39m | 1 (Highest) |
| 00126 | [OUT] | County | 03/26/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen | | 03/26/2024 0810 | | | | 9d 8h 4m | 9d 16h 14m | 1 (Highest) |
| 01204 | [OUT] | County | 03/26/2024 | Completed | Lab/Blood Draw* | **Please prioritize - Labs requested by outside Gynecologist. Requisition saved in LabCorp. (1). CBC - 005009 (2). CMP - 322000 (3). HgbA1c - 001453 (4). Lipid Panel - 303756 (5). TSH reflex T4 -... | | 03/26/2024 0051 | | | | 17h 27m | 18h 19m | 1 (Highest) |
| 00299 | [OUT] | County | 03/27/2024 | Refused | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen | | 03/27/2024 0952 | | N/A | | | | 1 (Highest) |
| 01144 | Y2 208 TB | County | 03/27/2024 | Refused | Lab/Blood Draw* | STI Labs - 1. HIV (083935) 2. GC/CT ( 3. RPR (006072) 4. HCV (Hep C Ab) w/ reflex HCVRNA quantitative, (144050) 5. Urine - GON/Chlamydia | | 03/26/2024 0827 | | N/A | | | | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed | Completed Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | urine (183194) 6. Urinalysis and culture for gonorrhea and... | | | | | | | |
| 01363 | [OUT] | County | 03/27/2024 | Completed | Lab/Blood Draw* | quantiferon | | | 03/27/2024 0249 | | | 10d 51m | 10d 3h 41m | 1 (Highest) |
| 01392 | GP 109 | County | 03/27/2024 | Completed | Lab/Blood Draw* | CMP LFT | | | 12/27/2023 0604 | | | 126d 7h 38m | 35d 14h 43m | 1 (Highest) |
| 00198 | [OUT] | County | 03/27/2024 | Completed | Lab/Blood Draw* | Quantiferon (182879) | | | 03/26/2024 2059 | | | 11h 29m | 8h 28m | 1 (Highest) |
| 01380 | [OUT] | County | 03/28/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | | 03/13/2024 1024 | | N/A | | | 1 (Highest) |
| 00864 | TP 21 | County | 03/28/2024 | Rescheduled | Lab/Blood Draw* | VPA level | | | 03/19/2024 1025 | | N/A | | | 1 (Highest) |
| 00679 | [OUT] | County | 03/28/2024 | Completed | Lab/Blood Draw* | Check CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194) | | | 02/20/2024 1700 | | | 79d 21h 11m | 43d 15h 12m | 1 (Highest) |
| 00013 | [OUT] | County | 03/28/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (303756) TSH/T4 (316487), HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194) | | | 03/26/2024 1422 | | | 1d 20h 17m | 10h 40m | 1 (Highest) |
| 01111 | [OUT] | County | 03/28/2024 | Completed | Lab/Blood Draw* | **GRIEVANCE FILED** Lab requisition saved in LabCorp. (1) CBC with diff - test code 005009. (2) CMP - test code 322000. (3) TSH reflex T4 - test code 316487. (4) Lipid Panel - test code 303756 | | | 02/26/2024 1219 | | | 30d 19h 44m | 9h 4m | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed Completed | Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00161 | GP 110 | County | | 03/28/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp. (1). HIV - 083935. (requires its own full tube) (2). RPR reflex confirm - 012005. (3). Urine CT/GC - 183194. (yellow aptima tube) (4). HAV, HBV, HCV - 144445. (5)... | | 03/27/2024 1057 | | | 23h 45m | 10h 43m | 1 (Highest) |
| 01200 | AD 16 | County | | 03/28/2024 | Completed | Lab/Blood Draw* | VPA level | | 03/20/2024 1143 | | | 7d 22h 58m | 10h 41m | 1 (Highest) |
| 00543 | [OUT] | County | | 03/28/2024 | Completed | Lab/Blood Draw* | VPA level | | 03/20/2024 1322 | | | 7d 20h 4m | 9h 26m | 1 (Highest) |
| 01056 | CP 204 | County | | 03/28/2024 | Completed | Lab/Blood Draw* | Lithium level | | 03/13/2024 0911 | | | 14d 23h 32m | 8h 43m | 1 (Highest) |
| 00338 | [OUT] | County | | 03/28/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | | 03/27/2024 1051 | | | 23h 39m | 10h 31m | 1 (Highest) |
| 00460 | UP 08 | County | | 03/28/2024 | Completed | Lab/Blood Draw* | STAT CBC & Beta HCG | | 03/28/2024 1729 | | | 13d 22h 9m | 14d 15h 39m | 1 (Highest) |
| 01298 | [OUT] | County | | 03/29/2024 | Rescheduled | Lab/Blood Draw* | VPA level | | 03/28/2024 0939 | | N/A | | | 1 (Highest) |
| 00024 | M2 216 BB | County | | 03/29/2024 | Completed | Lab/Blood Draw* | collect stool sample | | 03/05/2024 1928 | | | 107d 17h 34m | 84d 14h 2m | 1 (Highest) |
| 00477 | [OUT] | County | | 03/29/2024 | Completed | Lab/Blood Draw* | AM labs , Valproic acid level, TSH, and Thyroid panel. EASS staff to do lab/blood draw. | | 03/15/2024 1604 | | | 13d 18h 43m | 10h 47m | 1 (Highest) |
| 01282 | DP 112 | County | | 04/01/2024 | Refused | Lab/Blood Draw* | CBC (005009) CMP (322000) A1c (001453) lipids | | 03/21/2024 1927 | | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed Completed | Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194) | | (06/14/2024 1546) | | | | | |
| 00714 | [OUT] | County | 04/01/2024 | Refused | Lab/Blood Draw* | Monterey STD Panel & Quantiferon Gold | | 04/01/2024 1228 | | N/A | | | 1 (Highest) |
| 00443 | [OUT] | County | 04/01/2024 | Refused | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (303756) TSH/T4 (316487), HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194) B12 (001503) | | 03/29/2024 1306 | | N/A | | | 1 (Highest) |
| 00812 | X1 109 TB | County | 04/01/2024 | Refused | Lab/Blood Draw* | Lab requisition saved in LabCorp 1. Quantiferon-TB Gold Plus -182879 2. CBC with diff - 005009 3. CMP - 322000 4. HgbA1c - 001453 5. Lipid Panel - 303756 6. TSH reflex T4 - 316487 7. RPR reflex | | 03/31/2024 1818 | | N/A | | | 1 (Highest) |
| 00935 | QP 12B | County | 04/01/2024 | Completed | Lab/Blood Draw* | Check labs: Quantiferon-TB Gold Plus (182879) CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) HCV Ab (144050 HAV, HBV, HCVI (144445) RPR (012005) G/Chlamydia... | | 03/27/2024 1043 | | | 12d 6h 20m | 7d 17h 4m | 1 (Highest) |
| 01386 | X2 204 TB | County | 04/01/2024 | Completed | Lab/Blood Draw* | Check labs: CBC (005009) CMP (322000) A1c (001453) lipids (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194). Check EKG - baseline. | | 03/21/2024 1318 | | | 70d 21h 19m | 60d 10h 37m | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed | Completed Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00106 | Y1 114 BB | County | | 04/01/2024 | Completed | Lab/Blood Draw* | URGENT/STAT - NEEDS TO BE DRAWN TODAY TO RECHECK POTASSIUM LEVEL. *CMP - 322000 (lab requisition in LabCorp). | | 04/01/2024 0039 | | | 2d 15h 32m | 2d 16h 11m | 1 (Highest) |
| 00486 | [OUT] | County | | 04/01/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp 1. Quantiferon-TB Gold Plus - 182879 2. CBC with diff - 005009 3. CMP - 322000 4. Lipid Panel - 303756 5. HgbA1c - 001453 6. HIV - 083935 (needs its own full | | 03/31/2024 1741 | | | 10d 22h 9m | 10d 15h 51m | 1 (Highest) |
| 00762 | [OUT] | County | | 04/01/2024 | Completed | Lab/Blood Draw* | Check labs: CBC (005009) CMP (322000) A1c (001453) Lipids (303756) TSH/T4 (316487) HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194), | | 03/25/2024 1922 | | | 15d 3h 28m | 8d 22h 51m | 1 (Highest) |
| 00182 | DD 06 | County | | 04/01/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen | | 04/01/2024 1352 | | | 8d 8h 56m | 8d 22h 49m | 1 (Highest) |
| 01354 | [OUT] | County | | 04/01/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp. (1) CBC with diff - 005009 (2) CMP - 322000 (3) TSH reflex T4 - 316487 (4) Lipid Panel - 303756 (5) HgbA1c - 001453 (6) HIV - 083935 (needs its own full | | 03/31/2024 1628 | | | 9d 6h 26m | 8d 22h 54m | 1 (Highest) |
| 00530 | L2 202 TB | County | | 04/02/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | 03/19/2024 1119 | | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed Completed | Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00067 | CD 12 | County | 04/02/2024 | Refused | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (303756) TSH/T4 (316487), HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194 | | 03/12/2024 1456 | | N/A | | | 1 (Highest) |
| 00830 | [OUT] | County | 04/02/2024 | Refused | Lab/Blood Draw* | STD Panel. | | 04/02/2024 0609 | | N/A | | | 1 (Highest) |
| 01087 | DD 35 | County | 04/02/2024 | Refused | Lab/Blood Draw* | STD Panel. | | 04/02/2024 0609 | | N/A | | | 1 (Highest) |
| 01213 | [OUT] | County | 04/02/2024 | Refused | Lab/Blood Draw* | STD Panel. | | 04/02/2024 0608 | | N/A | | | 1 (Highest) |
| 00934 | [OUT] | County | 04/02/2024 | Refused | Lab/Blood Draw* | STD Panel | | 04/02/2024 0606 | | N/A | | | 1 (Highest) |
| 00157 | [OUT] | County | 04/02/2024 | Refused | Lab/Blood Draw* | STD panel. | | 04/02/2024 2223 | | N/A | | | 1 (Highest) |
| 00089 | [OUT] | County | 04/02/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050) HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen,... | | 04/02/2024 1024 | | | 38d 5h 6m | 38d 15h 30m | 1 (Highest) |
| 00647 | [OUT] | County | 04/03/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | 03/27/2024 0942 | | N/A | | | 1 (Highest) |
| 00290 | [OUT] | County | 04/03/2024 | Rescheduled | Lab/Blood Draw* | VPA level | | 03/27/2024 1002 | | N/A | | | 1 (Highest) |

| ID | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01319 | [OUT] | County | 04/03/2024 | Refused | Lab/Blood Draw* | HBV core antibody, total (LabCorp# -006718) HBV Surface Antibody, qualitative (LabCorp# 006395) HBV Surface Antigen, qualitative (LabCorp# 006510) HAV total (LC 006726) CBC w/diff (LabCorp# -005009)... | | 04/03/2024 1555 | N/A | | 1 (Highest) |
| 00840 | [OUT] | County | 04/03/2024 | Refused | Lab/Blood Draw* | STD Panel. | | 04/03/2024 0531 | N/A | | 1 (Highest) |
| 01351 | [OUT] | County | 04/03/2024 | Refused | Lab/Blood Draw* | STD panel. | | 04/03/2024 0422 | N/A | | 1 (Highest) |
| 00380 | [OUT] | County | 04/03/2024 | Refused | Lab/Blood Draw* | STD Panel. | | 04/03/2024 0210 | N/A | | 1 (Highest) |
| 00379 | [OUT] | County | 04/03/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (303756) TSH/T4 (316487), HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194) | | 03/19/2024 1507 | | 18d 14h 39m | 4d 5h 47m | 1 (Highest) |
| 00879 | AD 15 | County | 04/03/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050 HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | | 04/02/2024 1259 | | 2d 8h 41m | 1d 21h 40m | 1 (Highest) |
| 01072 | BD 35 | County | 04/03/2024 | Completed | Lab/Blood Draw* | FIT (182949) | | 04/03/2024 1416 | | 2h 22m | 16h 39m | 1 (Highest) |
| 00156 | [OUT] | County | 04/03/2024 | Completed | Lab/Blood Draw* | Lab Requisition saved in LabCorp. (1). UA reflex culture - 377069 (send BOTH gray & tiger urine tubes). (2). Urine CT/GC/Trich - 183160 (yellow Aptima tube) (3). HIV - 083935 (needs its own full tube).... | | 03/23/2024 0335 | | 19d 12h 32m | 8d 16h 8m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed Completed | Created to By Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01072 | BD 35 | County | 04/03/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050) HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | | 04/02/2024 1407 | | | 7d 8h 49m | 6d 22h 57m | 1 (Highest) |
| 00054 | BD 09 | County | 04/03/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050) HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen... | | 04/03/2024 1715 | | | 6d 5h 40m | 6d 22h 55m | 1 (Highest) |
| 00809 | [OUT] | County | 04/04/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | 03/28/2024 1020 | N/A | | | | 1 (Highest) |
| 01198 | [OUT] | County | 04/04/2024 | Refused | Lab/Blood Draw* | Lab requisition saved in LabCorp. 1. CBC (005009) 2. CMP (322000) 3. A1c (001453) 4. Lipid Panel (303756) 5. TSH/T4 (316487) 6. HIV (083935) - needs its own full tube 7. HAV, HBV, HCV (144445) | | 03/14/2024 1320 | N/A | | | | 1 (Highest) |
| 00338 | [OUT] | County | 04/04/2024 | Completed | Lab/Blood Draw* | STAT CMP, (322000) Myoglobin (010405) ANA (164947) Antismooth muscles Ab (520131) antimitochondrial Ab (006650) Creatinine kinase (001362) Anti-Sm Ab (520013) | | 04/04/2024 1229 | | | 20m | 12h 50m | 1 (Highest) |
| 01072 | BD 35 | County | 04/04/2024 | Completed | Lab/Blood Draw* | Guaiac Stool x 3 | | 04/02/2024 1407 | | | 8d 19h 29m | 7d 9h 37m | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed Completed | Created to By | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00944 | QP 02M | County | | 04/04/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (303756) TSH/T4 (316487), HIV (083935) HAV, HBV, HCV (144445) RPR (012005) Urine G/Chlamydia (183194) | | 04/02/2024 1300 | | | 71d 23h 15m | 70d 12h 15m | 1 (Highest) |
| 00802 | UP 17 | County | | 04/04/2024 | Completed | Lab/Blood Draw* | Labs: CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), Iron, (001339) ferritin, (004598) reticulocyte (005280) HIV (550420) HCVAb (144050) HBsAb (006395) HBsAg (007130)... | | 04/04/2024 1210 | | | 1h 53m | 14h 4m | 1 (Highest) |
| 00655 | DP 103 | County | | 04/04/2024 | Completed | Lab/Blood Draw* | Check labs: Requisition saved in LabCorp. 1. CBC (005009) 2. CMP (322000) 3. A1c (001453) 4. Lipids (235010) 5. TSH/T4 (316487) 6. HIV (083935) - needs its own full tube 7. HAV, HBV, HCV... | | 02/29/2024 1755 | | | 34d 19h 6m | 14h 2m | 1 (Highest) |
| 00483 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | CBC with diff weekly ***stat pick up*** | | 03/19/2024 1351 | | | 16d 13m | 14h 5m | 1 (Highest) |
| 00189 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp. (1) HIV - 083935 (needs its own full tube) (2) HAV, HBV, HCV - 144445 (3) RPR reflex confirm - 012005 (4) Urine CT/GC - 183194 | | 04/02/2024 2352 | | | 1d 14h 18m | 14h 10m | 1 (Highest) |
| 00590 | [OUT] | DSH | | 04/04/2024 | Completed | Lab/Blood Draw* | CBC with diff - CLOZARIL IP | | 03/21/2024 1324 | | | 14d 4h 28m | 17h 52m | 1 (Highest) |

| | Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed | Completed | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00587 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | Lab requisition saved in LabCorp. (1). CBC with diff - 005009. (2). CMP - 322000. (3). HgbA1c - 001453. (4). Lipid Panel - 303756. (5). TSH reflex T4 - 316487. (6). HIV - 083935 | | 04/03/2024 1208 | | | | 1d 1h 56m | 14h 5m | 1 (Highest) |
| 01138 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050) HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | | 04/03/2024 1248 | | | | 1d 1h 21m | 14h 10m | 1 (Highest) |
| 01307 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (235010) TSH/T4 (316487), HIV (550420) HCVAb (144050) HAV total (006726) HBV Surface Antibody, qualitative (006395) HBV Surface Antigen, qualitative... | | 04/03/2024 1213 | | | | 1d 1h 52m | 14h 6m | 1 (Highest) |
| 00822 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | HIV (550420) | | 04/03/2024 1202 | | | | 1d 2h | 14h 2m | 1 (Highest) |
| 00271 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | HIV - 083935 HAV, HBV, HCV - 144445 RPR - 012005 Urine CT/GC - 183194 | | 04/02/2024 1724 | | | | 1d 20h 41m | 14h 6m | 1 (Highest) |
| 00587 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | please collect urine sample | | 04/04/2024 1405 | | | | 3h 47m | 17h 52m | 1 (Highest) |
| 00655 | DP 103 | County | | 04/04/2024 | Completed | Lab/Blood Draw* | please collect urine sample | | 04/04/2024 1404 | | | | 3h 48m | 17h 53m | 1 (Highest) |
| | | | | | | | | | | (04/04/2024 1753) | (04/04/2024 1753) | | | | |
| 00271 | [OUT] | County | | 04/04/2024 | Completed | Lab/Blood Draw* | please collect urine sample | | 04/04/2024 1406 | | | | 3h 47m | 17h 54m | 1 (Highest) |

| ID | Location | Type | Date | Status | Category | Details | | Ref Date | | Time 1 | Time 2 | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01307 | [OUT] | County | 04/04/2024 | Completed | Lab/Blood Draw* | please collect urine sample | | 04/04/2024 1406 | | 3h 48m | 17h 54m | 1 (Highest) |
| 00530 | L2 202 TB | County | 04/05/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | 03/19/2024 1119 | N/A | | | 1 (Highest) |
| 00647 | [OUT] | County | 04/05/2024 | Rescheduled | Lab/Blood Draw* | Lithium level | | 03/27/2024 0942 | N/A | | | 1 (Highest) |
| 00867 | DP 110 | County | 04/05/2024 | Refused | Lab/Blood Draw* | CBC (005009) CMP (322000) A1c (001453) Lipids (303756) TSH/T4 (316487) HIV (083935) - needs its own full tube HAV, HBV, HCV (144445) RPR reflex confirm (012005) Urine G/Chlamydia (183194) yellow | | 03/21/2024 1840 | N/A | | | 1 (Highest) |
| 00955 | [OUT] | County | 04/05/2024 | Completed | Lab/Blood Draw* | cbc,cmp, hemoglobin A1C | | 04/05/2024 1532 | | 12h 10m | 1d 3h 43m | 1 (Highest) |
| 00311 | [OUT] | County | 04/05/2024 | Completed | Lab/Blood Draw* | Tacrolimus level, (700248) CK total (001362) CMV DNA PCR (138693) | | 03/27/2024 1528 | | 8d 22h 16m | 13h 45m | 1 (Highest) |
| 00089 | [OUT] | County | 04/05/2024 | Completed | Lab/Blood Draw* | Monterey STD panel | | 04/01/2024 1107 | | 9d 22h 52m | 6d 9h 59m | 1 (Highest) |
| 01298 | [OUT] | County | 04/05/2024 | Completed | Lab/Blood Draw* | VPA level | | 03/28/2024 0939 | | 29d 5h 47m | 21d 15h 26m | 1 (Highest) |
| 01009 | [OUT] | County | 04/05/2024 | Completed | Lab/Blood Draw* | CBC, (005009) CMP, (322000) A1c, (001453) lipids, (303756) TSH/T4 (316487), HIV (083935) HAV, HBV, HCV (012005) RPR (012005) Urine G/Chlamydia (183194) | | 04/02/2024 1148 | | 7d 11h 10m | 4d 22h 58m | 1 (Highest) |

Viewing 97 Results