# Tasks

Viewing 93 Results

| Patient Name | Location Agency | Date | Status | Category | Task Description | | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00706 | | [OUT] | County | 03/25/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/23/2024 1720 | | N/A | | | 1 (Highest) |
| 00046 | | UP 13 | County | 03/25/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/23/2024 1406 | | N/A | | | 1 (Highest) |
| 00895 | | [OUT] | County | 03/25/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/23/2024 0451 | | N/A | | | 1 (Highest) |
| 00711 | | [OUT] | County | 03/25/2024 | Completed | PPD Read* | Read PPD | | 03/23/2024 1226 | | | 2d 9h 45m | 22h 11m | 1 (Highest) |
| 00046 | | UP 13 | County | 03/25/2024 | Completed | PPD Read* | Read PPD | | 03/23/2024 1406 | | | 2d 8h 4m | 22h 10m | 1 (Highest) |
| 00614 | | [OUT] | County | 03/25/2024 | Completed | PPD Read* | Read PPD | | 03/23/2024 0116 | | | 2d 18h 45m | 20h 2m | 1 (Highest) |
| 00571 | | [OUT] | County | 03/26/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/24/2024 2010 | | N/A | | | 1 (Highest) |
| 00319 | | AD 17 | County | 03/26/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/24/2024 1054 | | N/A | | | 1 (Highest) |
| 01325 | | [OUT] | County | 03/26/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/24/2024 2348 | | N/A | | | 1 (Highest) |
| 01164 | | [OUT] | County | 03/27/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/25/2024 1032 | | N/A | | | 1 (Highest) |
| 00145 | | [OUT] | County | 03/27/2024 | Completed | PPD Read* | Read PPD | | 03/25/2024 0545 | | | 2d 10h 2m | 15h 48m | 1 (Highest) |
| 00935 | | QP 12B | County | 03/27/2024 | Completed | PPD Read* | Read PPD | | 03/25/2024 1547 | | | 2d 1h 34m | 17h 22m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00812 | X1 109 TB | County | 03/27/2024 | Completed | PPD Read* | Read PPD | | 03/25/2024 1459 | | | 2d 7h 19m | 22h 18m | 1 (Highest) |
| 00690 | AD 53 | County | 03/27/2024 | Completed | PPD Read* | Read PPD | | 03/25/2024 2130 | | | 2d 44m | 22h 15m | 1 (Highest) |
| 00504 | [OUT] | County | 03/27/2024 | Completed | PPD Read* | Read PPD | | 03/25/2024 1708 | | | 2d 5h 8m | 22h 17m | 1 (Highest) |
| 00701 | [OUT] | County | 03/28/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/26/2024 2102 | | N/A | | | 1 (Highest) |
| 01372 | BD 23 | County | 03/28/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/26/2024 1625 | | N/A | | | 1 (Highest) |
| 00020 | [OUT] | County | 03/28/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/26/2024 2047 | | N/A | | | 1 (Highest) |
| 00020 | [OUT] | County | 03/28/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/26/2024 2047 | | N/A | | | 1 (Highest) |
| 00020 | [OUT] | County | 03/28/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/26/2024 2047 | | N/A | | | 1 (Highest) |
| 00020 | [OUT] | County | 03/28/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/26/2024 2048 | | N/A | | | 1 (Highest) |
| 00203 | L1 111 TB | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1516 | | | 2d 3h 34m | 18h 50m | 1 (Highest) |
| 00293 | [OUT] | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1743 | | | 2d 4h 37m | 22h 21m | 1 (Highest) |
| 00299 | [OUT] | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1350 | | | 2d 8h 27m | 22h 17m | 1 (Highest) |
| 01195 | CD 29 | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1439 | | | 2d 8h 4m | 22h 44m | 1 (Highest) |
| 00229 | N1 116 BB | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1505 | | | 2d 7h 14m | 22h 20m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (03/28/2024 2220) | (03/28/2024 2220) | | | |
| 01324 | [OUT] | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1418 | | | 3d 3h 13m | 1d 17h 32m | 1 (Highest) |
| 01038 | [OUT] | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1009 | | | 2d 8h 10m | 18h 19m | 1 (Highest) |
| 01127 | [OUT] | County | 03/28/2024 | Completed | PPD Read* | Read PPD | | 03/26/2024 1056 | | | 2d 7h 25m | 18h 22m | 1 (Highest) |
| 01122 | [OUT] | County | 03/29/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/27/2024 1527 | | | | | 1 (Highest) |
| 00919 | [OUT] | County | 03/29/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/27/2024 1824 | | N/A | | | 1 (Highest) |
| 01258 | [OUT] | County | 03/29/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/27/2024 2030 | | N/A | | | 1 (Highest) |
| 00310 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 0118 | | | 2d 21h 53m | 23h 11m | 1 (Highest) |
| 00253 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 0126 | | | 2d 21h 43m | 23h 9m | 1 (Highest) |
| 01234 | X2 209 BB | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 0430 | | | 2d 19h 2m | 23h 32m | 1 (Highest) |
| 00749 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 0911 | | | 2d 13h 54m | 23h 5m | 1 (Highest) |
| 00837 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 1458 | | | 2d 8h 36m | 23h 34m | 1 (Highest) |
| 00155 | CD 26 | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 1607 | | | 2d 7h 26m | 23h 34m | 1 (Highest) |
| 00403 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 1854 | | | 2d 4h 13m | 23h 8m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00804 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 1911 | | | 2d 3h 56m | 23h 8m | 1 (Highest) |
| 00335 | [OUT] | County | 03/29/2024 | Completed | PPD Read* | Read PPD | | 03/27/2024 1336 | | | 2d 9h 31m | 23h 7m | 1 (Highest) |
| 00101 | CD 34 | County | 03/30/2024 | Cancelled by Staff | PPD Read* | Read PPD 03/30/2024 | | 03/28/2024 1621 | | N/A | | | 1 (Highest) |
| 00682 | [OUT] | County | 03/30/2024 | Cancelled by Staff | PPD Read* | Read PPD 03/30/2024 | | 03/28/2024 1621 | | N/A | | | 1 (Highest) |
| 00768 | [OUT] | County | 03/30/2024 | Cancelled by Staff | PPD Read* | Read PPD 03/30/2024 | | 03/28/2024 1622 | | N/A | | | 1 (Highest) |
| 00272 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 2119 | | | d 23h 15m | 20h 35m | 1 (Highest) |
| 01354 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 2310 | | | d 20h 45m | 19h 55m | 1 (Highest) |
| 00682 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 1829 | | | d 1h 38m | 20h 7m | 1 (Highest) |
| 00768 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 1831 | | | d 2h 12m | 20h 44m | 1 (Highest) |
| 00101 | CD 34 | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 1833 | | | d 1h 19m | 19h 52m | 1 (Highest) |
| 00555 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 1541 | | | d 4h 18m | 20h | 1 (Highest) |
| 01124 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 1129 | | | d 9h 9m | 20h 38m | 1 (Highest) |
| 00676 | [OUT] | County | 03/30/2024 | Completed | PPD Read* | Read PPD | | 03/28/2024 1314 | | | d 6h 48m | 20h 2m | 1 (Highest) |
| 00635 | [OUT] | County | 03/31/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 03/29/2024 1347 | | N/A | | | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (04/03/2024 1819) | | | | |
| 00887 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 0342 | | | d 15h 8m | 18h 50m | 1 (Highest) |
| 00144 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1017 | | | d 8h 33m | 18h 50m | 1 (Highest) |
| 00508 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1435 | | | d 4h 18m | 18h 53m | 1 (Highest) |
| 00414 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1808 | | | d 41m | 18h 49m | 1 (Highest) |
| 01014 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1834 | | | d 18m | 18h 52m | 1 (Highest) |
| 00799 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 0815 | | | d 10h 39m | 18h 55m | 1 (Highest) |
| 00798 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1102 | | | d 7h 51m | 18h 54m | 1 (Highest) |
| 00089 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1223 | | | d 6h 25m | 18h 48m | 1 (Highest) |
| 01158 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1559 | | | 1d 14h 16m | 80d 6h 16m | 1 (Highest) |
| 00132 | [OUT] | County | 03/31/2024 | Completed | PPD Read* | Read PPD | | 03/29/2024 1651 | | | 1d 14h 2m | 80d 6h 53m | 1 (Highest) |
| 00911 | [OUT] | County | 04/01/2024 | Completed | PPD Read* | Read PPD | | 03/30/2024 0616 | | | d 13h 9m | 19h 25m | 1 (Highest) |
| 00025 | [OUT] | County | 04/01/2024 | Completed | PPD Read* | Read PPD | | 03/30/2024 1021 | | | d 9h 3m | 19h 24m | 1 (Highest) |
| 00906 | [OUT] | County | 04/01/2024 | Completed | PPD Read* | Read PPD | | 03/30/2024 1616 | | | d 3h 8m | 19h 25m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01222 | [OUT] | County | 04/01/2024 | Completed | PPD Read* | Read PPD | | 03/30/2024 1653 | | | 2d 2h 30m | 19h 24m | 1 (Highest) |
| 01062 | [OUT] | County | 04/02/2024 | Completed | PPD Read* | Read PPD | | 03/31/2024 2333 | | | 1d 8h 38m | 8h 12m | 1 (Highest) |
| 00121 | N2 212 BB | County | 04/02/2024 | Completed | PPD Read* | ***PPD READ*** placed 3/31/24 @ 1203 at Fresno County Jail. **Paperwork scanned to sick call. Please chart on TB assessment.** | | 04/01/2024 1701 | | | 1d 3h 20m | 20h 22m | 1 (Highest) |
| 00832 | [OUT] | County | 04/03/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 04/01/2024 0330 | | N/A | | | 1 (Highest) |
| 01053 | [OUT] | County | 04/03/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 04/01/2024 2200 | | N/A | | | 1 (Highest) |
| 00665 | [OUT] | County | 04/03/2024 | Completed | PPD Read* | Read PPD | | 04/01/2024 0053 | | | 2d 21h 54m | 22h 47m | 1 (Highest) |
| 01266 | [OUT] | County | 04/03/2024 | Completed | PPD Read* | Read PPD | | 04/01/2024 0116 | | | 2d 21h 30m | 22h 46m | 1 (Highest) |
| 00736 | [OUT] | County | 04/03/2024 | Completed | PPD Read* | Read PPD | | 04/01/2024 0636 | | | 2d 16h 12m | 22h 48m | 1 (Highest) |
| 01023 | [OUT] | County | 04/03/2024 | Completed | PPD Read* | Read PPD | | 04/01/2024 2126 | | | 2d 1h 21m | 22h 48m | 1 (Highest) |
| 00016 | [OUT] | County | 04/04/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 04/02/2024 0101 | | N/A | | | 1 (Highest) |
| 00044 | N1 118 BB | County | 04/04/2024 | Completed | PPD Read* | Read PPD | | 04/02/2024 0925 | | | 1d 8h 25m | 17h 50m | 1 (Highest) |
| 00758 | [OUT] | County | 04/04/2024 | Completed | PPD Read* | Read PPD | | 04/02/2024 1138 | | | 1d 6h 11m | 17h 49m | 1 (Highest) |
| 00735 | [OUT] | County | 04/04/2024 | Completed | PPD Read* | Read PPD | | 04/02/2024 1549 | | | 1d 2h 2m | 17h 51m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (04/04/2024 1751) | (04/04/2024 1751) | | | |
| 00472 | [OUT] | County | 04/04/2024 | Completed | PPD Read* | Read PPD | | 04/02/2024 1638 | | | 2d 1h 13m | 17h 52m | 1 (Highest) |
| 01242 | FP 10 | County | 04/04/2024 | Completed | PPD Read* | Read PPD | | 04/02/2024 2238 | | | 77d 8h 13m | 76d 6h 52m | 1 (Highest) |
| 00381 | [OUT] | County | 04/04/2024 | Completed | PPD Read* | Read PPD | | 04/02/2024 2203 | | | 3d 19h 13m | 2d 17h 16m | 1 (Highest) |
| 00071 | [OUT] | County | 04/05/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 04/03/2024 2245 | | N/A | | | 1 (Highest) |
| 00152 | [OUT] | County | 04/05/2024 | Cancelled by Staff | PPD Read* | Read PPD | | 04/03/2024 1541 | | N/A | | | 1 (Highest) |
| 01345 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 2126 | | | 1d 19h 44m | 17h 10m | 1 (Highest) |
| 01031 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 0807 | | | 2d 8h 58m | 17h 5m | 1 (Highest) |
| 00387 | BD 39 | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 1035 | | | 2d 6h 27m | 17h 3m | 1 (Highest) |
| 01076 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 1415 | | | 2d 2h 49m | 17h 4m | 1 (Highest) |
| 01024 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 0001 | | | 2d 17h 6m | 17h 7m | 1 (Highest) |
| 00380 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 0201 | | | 2d 8h 55m | 10h 57m | 1 (Highest) |
| 00840 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 0527 | | | 2d 11h 39m | 17h 7m | 1 (Highest) |
| 01345 | [OUT] | County | 04/05/2024 | Completed | PPD Read* | PPD Read*At staff request Update Notes View 04/05/2024 Read PPD [Created by: | | 04/05/2024 1712 | | | 1d 11h 52m | 2d 5h 4m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | at 04/03/2024 2126] | | | | | | | |
| 00222 | CD 15 | County | 04/05/2024 | Completed | PPD Read* | Read PPD | | 04/03/2024 2038 | | | 3d 8h 27m | 2d 5h 5m | 1 (Highest) |

Viewing 93 Results