# Tasks

Viewing 220 Results

| Patient Name | Location | Agency | Date | Status | Category | Description | Task Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00963 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 0935 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 00556 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 0956 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 01038 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 1031 | System, CorEMR (03/30/2024 0000) | N/A | | | 1 (Highest) |
| 01324 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 1427 | System, CorEMR (06/17/2024 0000) | N/A | | | 1 (Highest) |
| 00494 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 1841 | System, CorEMR (03/26/2024 0000) | N/A | | | 1 (Highest) |
| 00711 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 1300 | System, CorEMR (05/04/2024 0000) | N/A | | | 1 (Highest) |
| 01127 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 1109 | System, CorEMR (03/30/2024 0000) | N/A | | | 1 (Highest) |
| 01250 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 1324 | System, CorEMR (04/11/2024 0000) | N/A | | | 1 (Highest) |
| 00706 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 1735 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 01372 | BD 23 | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 1636 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 01084 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 1805 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 01372 | BD 23 | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 2151 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 00504 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 1807 | System, CorEMR (06/20/2024 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00293 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/26/2024 1753 | System, CorEMR (04/13/2024 0000) | N/A | | | 1 (Highest) |
| 01306 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/26/2024 1839 | System, CorEMR (03/28/2024 0000) | N/A | | | 1 (Highest) |
| 00932 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/26/2024 2011 | System, CorEMR (05/17/2024 0000) | N/A | | | 1 (Highest) |
| 00702 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 2005 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 00834 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/18/2024 0121 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 00279 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/18/2024 0150 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 01320 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/18/2024 0250 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 00890 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/18/2024 0412 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 00949 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 2127 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 00896 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/19/2024 2310 | System, CorEMR (03/23/2024 0000) | N/A | | | 1 (Highest) |
| 00466 | X2 204 BB | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/19/2024 2336 | System, CorEMR (03/31/2024 0000) | N/A | | | 1 (Highest) |
| 00363 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/20/2024 0048 | System, CorEMR (03/22/2024 0000) | N/A | | | 1 (Highest) |
| 00964 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 2200 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 00462 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 2334 | System, CorEMR (05/24/2024 0000) | N/A | | | 1 (Highest) |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00583 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 0001 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 01303 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 0027 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 00444 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 0100 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 00742 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 0331 | System, CorEMR (03/22/2024 0000) | N/A | | 1 (Highest) |
| 01166 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 2144 | System, CorEMR (03/22/2024 0000) | N/A | | 1 (Highest) |
| 01077 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 2203 | System, CorEMR (03/23/2024 0000) | N/A | | 1 (Highest) |
| 00241 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 2157 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 00571 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 2014 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 00145 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 0552 | System, CorEMR (04/05/2024 0000) | N/A | | 1 (Highest) |
| 01000 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 2217 | System, CorEMR (07/13/2024 0000) | N/A | | 1 (Highest) |
| 01325 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 2352 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 01217 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 0033 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 01054 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 0101 | System, CorEMR (03/27/2024 0000) | N/A | | 1 (Highest) |
| 00829 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 0322 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 01157 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 0349 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 00701 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 2159 | System, CorEMR (03/29/2024 0000) | N/A | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00361 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 1755 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 00342 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 1743 | System, CorEMR (03/17/2024 0000) | N/A | | | 1 (Highest) |
| 00230 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 2059 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 01189 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/26/2024 2140 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 01339 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/19/2024 0214 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 00203 | L1 111 TB | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/26/2024 1558 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 01039 | SP 107 | County | 03/31/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/21/2024 2042 | System, CorEMR (05/17/2024 0000) | N/A | | | 1 (Highest) |
| 00835 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/24/2024 0627 | System, CorEMR (05/05/2024 0000) | N/A | | | 1 (Highest) |
| 00382 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/23/2024 2011 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 01366 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/23/2024 2344 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 00751 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/24/2024 0141 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 00694 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/24/2024 0547 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 01201 | JP 110 | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 2135 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 00785 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 2155 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00656 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0237 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 00162 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0212 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |
| 00755 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0014 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 00549 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/15/2024 2357 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 01385 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/15/2024 2309 | System, CorEMR (03/17/2024 0000) | N/A | | | 1 (Highest) |
| 00485 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/20/2024 0227 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 01384 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/20/2024 0240 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 00020 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/26/2024 1526 | System, CorEMR (06/11/2024 0000) | N/A | | | 1 (Highest) |
| 01002 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/26/2024 1536 | System, CorEMR (03/28/2024 0000) | N/A | | | 1 (Highest) |
| 01260 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0453 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 00565 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0123 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |
| 00981 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0037 | System, CorEMR (03/17/2024 0000) | N/A | | | 1 (Highest) |
| 00179 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0311 | System, CorEMR (03/24/2024 0000) | N/A | | | 1 (Highest) |
| 00828 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0409 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00459 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/17/2024 0057 | System, CorEMR (03/21/2024 0000) | N/A | | 1 (Highest) |
| 01176 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/17/2024 0300 | System, CorEMR (03/22/2024 0000) | N/A | | 1 (Highest) |
| 01063 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/17/2024 0423 | System, CorEMR (03/21/2024 0000) | N/A | | 1 (Highest) |
| 01121 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/17/2024 0523 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 00486 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/17/2024 0526 | System, CorEMR (06/23/2024 0000) | N/A | | 1 (Highest) |
| 00626 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 2030 | System, CorEMR (03/22/2024 0000) | N/A | | 1 (Highest) |
| 00972 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 2129 | System, CorEMR (03/22/2024 0000) | N/A | | 1 (Highest) |
| 01398 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 2251 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 01398 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 2303 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 00278 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/17/2024 0038 | System, CorEMR (03/19/2024 0000) | N/A | | 1 (Highest) |
| 00262 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 0555 | System, CorEMR (03/18/2024 0000) | N/A | | 1 (Highest) |
| 00810 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 2104 | System, CorEMR (03/18/2024 0000) | N/A | | 1 (Highest) |
| 00400 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 2048 | System, CorEMR (06/29/2024 0000) | N/A | | 1 (Highest) |
| 00999 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 2138 | System, CorEMR (05/21/2024 0000) | N/A | | 1 (Highest) |
| 00833 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 2257 | System, CorEMR (03/24/2024 0000) | N/A | | 1 (Highest) |
| 00895 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 0456 | System, CorEMR (03/27/2024 0000) | N/A | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01118 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/23/2024 0601 | System, CorEMR (03/25/2024 0000) | N/A | | | 1 (Highest) |
| 00178 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/24/2024 0650 | System, CorEMR (06/28/2024 0000) | N/A | | | 1 (Highest) |
| 00589 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/23/2024 0049 | System, CorEMR (03/24/2024 0000) | N/A | | | 1 (Highest) |
| 00614 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/23/2024 0118 | System, CorEMR (03/28/2024 0000) | N/A | | | 1 (Highest) |
| 00746 | [OUT] | County | 04/02/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/23/2024 0144 | System, CorEMR (03/24/2024 0000) | N/A | | | 1 (Highest) |
| 00430 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/22/2024 0414 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 01103 | RP 206 | DSH | 03/31/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/21/2024 1034 | System, CorEMR (06/22/2024 0000) | N/A | | | 1 (Highest) |
| 00910 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/21/2024 0224 | System, CorEMR (03/23/2024 0000) | N/A | | | 1 (Highest) |
| 01059 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/21/2024 0312 | System, CorEMR (03/23/2024 0000) | N/A | | | 1 (Highest) |
| 00455 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/21/2024 0437 | System, CorEMR (03/22/2024 0000) | N/A | | | 1 (Highest) |
| 00518 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/20/2024 2312 | System, CorEMR (03/22/2024 0000) | N/A | | | 1 (Highest) |
| 00757 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/21/2024 0018 | System, CorEMR (03/23/2024 0000) | N/A | | | 1 (Highest) |
| 00473 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/21/2024 0039 | System, CorEMR (03/22/2024 0000) | N/A | | | 1 (Highest) |
| 00205 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/25/2024 2217 | System, CorEMR (03/30/2024 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00534 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/25/2024 2247 | System, CorEMR (03/27/2024 0000) | N/A | | | 1 (Highest) |
| 00468 | [OUT] | County | 04/05/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/26/2024 0223 | System, CorEMR (03/30/2024 0000) | N/A | | | 1 (Highest) |
| 00948 | X1 109 BB | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 0301 | System, CorEMR (03/16/2024 0000) | N/A | | | 1 (Highest) |
| 00248 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 0239 | System, CorEMR (03/16/2024 0000) | N/A | | | 1 (Highest) |
| 00948 | X1 109 BB | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 0129 | System, CorEMR (03/16/2024 0000) | N/A | | | 1 (Highest) |
| 00266 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/15/2024 0020 | System, CorEMR (03/16/2024 0000) | N/A | | | 1 (Highest) |
| 00258 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 2017 | System, CorEMR (03/22/2024 0000) | N/A | | | 1 (Highest) |
| 00707 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 1126 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |
| 01061 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/22/2024 0306 | System, CorEMR (03/24/2024 0000) | N/A | | | 1 (Highest) |
| 01132 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 1251 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 01223 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 1504 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |
| 01047 | [OUT] | County | 03/27/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/17/2024 1718 | System, CorEMR (03/19/2024 0000) | N/A | | | 1 (Highest) |
| 00483 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/18/2024 1849 | System, CorEMR (06/20/2024 0000) | N/A | | | 1 (Highest) |
| 00246 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/18/2024 1351 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01136 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 1707 | System, CorEMR (05/22/2024 0000) | N/A | | 1 (Highest) |
| 01196 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 1048 | System, CorEMR (03/23/2024 0000) | N/A | | 1 (Highest) |
| 00479 | [OUT] | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 1057 | System, CorEMR (03/20/2024 0000) | N/A | | 1 (Highest) |
| 00859 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1040 | System, CorEMR (03/23/2024 0000) | N/A | | 1 (Highest) |
| 00418 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1051 | System, CorEMR (04/05/2024 0000) | N/A | | 1 (Highest) |
| 00296 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1244 | System, CorEMR (07/16/2024 0000) | N/A | | 1 (Highest) |
| 01177 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1311 | System, CorEMR (03/29/2024 0000) | N/A | | 1 (Highest) |
| 00124 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1649 | System, CorEMR (03/21/2024 0000) | N/A | | 1 (Highest) |
| 01355 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1750 | System, CorEMR (03/29/2024 0000) | N/A | | 1 (Highest) |
| 01348 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 1813 | System, CorEMR (03/24/2024 0000) | N/A | | 1 (Highest) |
| 00314 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 1834 | System, CorEMR (03/24/2024 0000) | N/A | | 1 (Highest) |
| 00091 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 0902 | System, CorEMR (05/04/2024 0000) | N/A | | 1 (Highest) |
| 01394 | L2 213 TB | County | 03/31/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/21/2024 1358 | System, CorEMR (05/17/2024 0000) | N/A | | 1 (Highest) |
| 00083 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 1214 | System, CorEMR (03/23/2024 0000) | N/A | | 1 (Highest) |
| 00426 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 1224 | System, CorEMR (06/02/2024 0000) | N/A | | 1 (Highest) |
| 00282 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/22/2024 1558 | System, CorEMR (04/26/2024 0000) | N/A | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01362 | [OUT] | County | 04/01/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/22/2024 1745 | System, CorEMR (03/26/2024 0000) | N/A | | | 1 (Highest) |
| 00985 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/20/2024 1359 | System, CorEMR (05/25/2024 0000) | N/A | | | 1 (Highest) |
| 00873 | L2 218 TB | County | 03/30/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/20/2024 1517 | System, CorEMR (03/29/2024 0000) | N/A | | | 1 (Highest) |
| 00315 | AP 206 | DSH | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1727 | System, CorEMR (06/10/2024 0000) | N/A | | | 1 (Highest) |
| 01188 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1804 | System, CorEMR (03/20/2024 0000) | N/A | | | 1 (Highest) |
| 00390 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0758 | System, CorEMR (06/10/2024 0000) | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01278 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 0949 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 00290 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1034 | System, CorEMR (04/11/2024 0000) | N/A | | | 1 (Highest) |
| 01337 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1117 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |
| 01017 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/15/2024 0832 | System, CorEMR (03/18/2024 0000) | N/A | | | 1 (Highest) |
| 00013 | [OUT] | County | 03/25/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/15/2024 1024 | System, CorEMR (04/30/2024 0000) | N/A | | | 1 (Highest) |
| 00042 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1443 | System, CorEMR (04/25/2024 0000) | N/A | | | 1 (Highest) |
| 00753 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1655 | System, CorEMR (03/23/2024 0000) | N/A | | | 1 (Highest) |
| 00927 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | | | Health appraisal, scheduled from intake | 03/16/2024 1921 | System, CorEMR (03/17/2024 0000) | N/A | | | 1 (Highest) |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00695 | [OUT] | County | 03/26/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 1854 | System, CorEMR (06/05/2024 0000) | N/A | | 1 (Highest) |
| 00460 | UP 08 | County | 03/31/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/21/2024 2223 | System, CorEMR (05/03/2024 0000) | N/A | | 1 (Highest) |
| 00469 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/21/2024 2231 | System, CorEMR (03/29/2024 0000) | N/A | | 1 (Highest) |
| 00153 | [OUT] | County | 03/31/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/21/2024 2247 | System, CorEMR (05/07/2024 0000) | N/A | | 1 (Highest) |
| 01147 | V1 119 BB | County | 03/31/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/21/2024 2311 | System, CorEMR (03/29/2024 0000) | N/A | | 1 (Highest) |
| 00319 | AD 17 | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 1114 | System, CorEMR (03/27/2024 0000) | N/A | | 1 (Highest) |
| 01343 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 1649 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 01397 | [OUT] | County | 04/03/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/24/2024 1834 | System, CorEMR (03/26/2024 0000) | N/A | | 1 (Highest) |
| 01369 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 1610 | System, CorEMR (03/28/2024 0000) | N/A | | 1 (Highest) |
| 00812 | X1 109 TB | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 1546 | System, CorEMR (05/30/2024 0000) | N/A | | 1 (Highest) |
| 00288 | [OUT] | County | 04/04/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 1353 | System, CorEMR (03/27/2024 0000) | N/A | | 1 (Highest) |
| 00590 | [OUT] | DSH | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 1027 | System, CorEMR (06/14/2024 0000) | N/A | | 1 (Highest) |
| 00598 | N2 217 BB | County | 03/28/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 1235 | System, CorEMR (04/26/2024 0000) | N/A | | 1 (Highest) |
| 00687 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 1541 | System, CorEMR (04/17/2024 0000) | N/A | | 1 (Highest) |
| 01319 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 1658 | System, CorEMR (07/13/2024 0000) | N/A | | 1 (Highest) |

| Task | Date | Last | Completed | Created to | Task Date | Priority |
|---|---|---|---|---|---|---|

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Created | Modified By | By | Completed | to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00348 | [OUT] | County | 03/29/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1031 | System, CorEMR (03/22/2024 0000) | N/A | | | 1 (Highest) |
| 00169 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 0839 | System, CorEMR (03/21/2024 0000) | N/A | | | 1 (Highest) |
| 00160 | [OUT] | County | 03/30/2024 | Cancelled by System | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 1137 | System, CorEMR (03/30/2024 0000) | N/A | | | 1 (Highest) |
| 01082 | CD 10 | County | 04/04/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | | 03/25/2024 1056 | | N/A | | | 1 (Highest) |
| 00046 | UP 13 | County | 04/02/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 1427 | | N/A | | | 1 (Highest) |
| 00299 | [OUT] | County | 04/05/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/26/2024 2120 | | N/A | | | 1 (Highest) |
| 00027 | [OUT] | County | 03/29/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1556 | | N/A | | | 1 (Highest) |
| 00338 | [OUT] | County | 04/02/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 0726 | | N/A | | | 1 (Highest) |
| 00935 | QP 12B | County | 04/02/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | | 03/23/2024 1238 | | N/A | | | 1 (Highest) |
| 00774 | [OUT] | County | 03/28/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/18/2024 2108 | | N/A | | | 1 (Highest) |
| 00978 | [OUT] | County | 03/30/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 1713 | | N/A | | | 1 (Highest) |
| 01009 | [OUT] | County | 03/31/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/21/2024 1553 | | N/A | | | 1 (Highest) |
| 00913 | [OUT] | County | 03/25/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/15/2024 1331 | | N/A | | | 1 (Highest) |
| 00562 | [OUT] | County | 03/29/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1609 | | N/A | | | 1 (Highest) |
| 00454 | [OUT] | County | 03/29/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/19/2024 1054 | | N/A | | | 1 (Highest) |
| 00543 | [OUT] | County | 03/25/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | | 03/15/2024 0654 | | N/A | | | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category Description | Task Entered By | Date Created | Last Modified | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01164 | [OUT] | County | 04/04/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/25/2024 1534 | | N/A | | | 1 (Highest) |
| 00891 | BP 210 | County | 04/05/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/26/2024 1620 | | N/A | | | 1 (Highest) |
| 01080 | [OUT] | County | 03/25/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/15/2024 2228 | | N/A | | | 1 (Highest) |
| 00679 | [OUT] | County | 03/28/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 02/08/2024 1850 | | N/A | | | 1 (Highest) |
| 00883 | IP 207 | County | 04/05/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/26/2024 2228 | | N/A | | | 1 (Highest) |
| 00384 | [OUT] | County | 03/27/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/17/2024 1641 | | N/A | | | 1 (Highest) |
| 00885 | [OUT] | County | 03/25/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/15/2024 0403 | | N/A | | | 1 (Highest) |
| 01402 | UNKNOWN | County | 03/27/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/17/2024 1222 | | N/A | | | 1 (Highest) |
| 00079 | [OUT] | County | 04/01/2024 | Cancelled by Staff | Health Appraisal* | Health appraisal, scheduled from intake | 03/22/2024 1123 | | N/A | | | 1 (Highest) |
| 01195 | CD 29 | County | 04/05/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/26/2024 1545 | | N/A | | | 1 (Highest) |
| 00229 | N1 116 BB | County | 04/05/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/26/2024 1504 | | N/A | | | 1 (Highest) |
| 00784 | V1 119 TB | County | 03/30/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/20/2024 2142 | | N/A | | | 1 (Highest) |
| 00951 | DD 07 | County | 03/25/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/15/2024 0045 | | N/A | | | 1 (Highest) |
| 00988 | N1 114 TB | County | 03/29/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/19/2024 1031 | | N/A | | | 1 (Highest) |

| ID | Cell | Jurisdiction | Date | Status | Type | Description | Intake Date | | Duration 1 | Duration 2 | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00377 | V2 214 TB | County | 03/30/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/20/2024 1157 | N/A | | | 1 (Highest) |
| 00458 | BD 36 | County | 03/30/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/20/2024 1233 | N/A | | | 1 (Highest) |
| 01386 | X2 204 TB | County | 03/26/2024 | Open | Health Appraisal* | Health appraisal, scheduled from intake | 03/16/2024 1332 | N/A | | | 1 (Highest) |
| 00690 | AD 53 | County | 04/04/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/25/2024 2130 | | 93d 12h 12m | 84d 9h 42m | 1 (Highest) |
| 00254 | [OUT] | County | 03/30/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/20/2024 0303 | | 14d 14h 22m | 4d 17h 26m | 1 (Highest) |
| 00768 | [OUT] | County | 03/28/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/08/2024 1009 | | 35d 4m | 15d 11h 13m | 1 (Highest) |
| 00299 | [OUT] | County | 04/05/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/26/2024 1401 | | 16d 22h 46m | 7d 12h 47m | 1 (Highest) |
| 00888 | [OUT] | County | 03/28/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/18/2024 1345 | | 24d 21h 13m | 15d 10h 58m | 1 (Highest) |
| 00412 | [OUT] | County | 03/27/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/17/2024 1902 | | 25d 17h 50m | 16d 12h 53m | 1 (Highest) |
| 00727 | [OUT] | County | 03/27/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/17/2024 2041 | | 25d 16h 51m | 16d 13h 32m | 1 (Highest) |
| 01049 | DD 24 | County | 03/28/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/18/2024 1952 | | 24d 13h 28m | 15d 9h 20m | 1 (Highest) |
| 00680 | [OUT] | County | 03/29/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/19/2024 1544 | | 23d 21h 20m | 14d 13h 4m | 1 (Highest) |
| 00762 | [OUT] | County | 04/01/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/22/2024 0234 | | 21d 8h 59m | 11d 11h 33m | 1 (Highest) |
| 01037 | [OUT] | County | 03/26/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake 3/25 - requesting health check | 01/26/2024 1949 | | 67d 21h 53m | 8d 18h 43m | 1 (Highest) |
| 00421 | M2 203 BB | County | 03/27/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/17/2024 0638 | | 26d 6h 55m | 16d 13h 33m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00682 | [OUT] | County | 03/28/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/16/2024 0344 | | | 18d 13h 50m | 6d 17h 35m | 1 (Highest) |
| 01115 | BD 53 | County | 03/26/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/16/2024 1246 | | | 26d 23h 8m | 17d 11h 54m | 1 (Highest) |
| 01144 | Z2 208 TB | County | 04/05/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/26/2024 0904 | | | 17d 2h 25m | 7d 11h 29m | 1 (Highest) |
| 00182 | DD 06 | County | 03/29/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/19/2024 2028 | | | 23d 15h 9m | 14d 11h 37m | 1 (Highest) |
| 01120 | [OUT] | County | 04/05/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/26/2024 1045 | | | 17d 1h 37m | 7d 12h 23m | 1 (Highest) |
| 00232 | [OUT] | County | 03/27/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/17/2024 2023 | | | 25d 16h 32m | 16d 12h 56m | 1 (Highest) |
| 00439 | [OUT] | County | 03/25/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/15/2024 1800 | | | 12d 19h 35m | 3d 13h 35m | 1 (Highest) |
| 00573 | [OUT] | County | 04/01/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/22/2024 1957 | | | 20d 13h 58m | 11d 9h 55m | 1 (Highest) |
| 01359 | [OUT] | County | 03/25/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/15/2024 0702 | | | 19d 7h 13m | 9d 14h 16m | 1 (Highest) |
| 00992 | [OUT] | County | 03/25/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/15/2024 1309 | | | 13d 2h 27m | 3d 15h 36m | 1 (Highest) |
| 00101 | CD 34 | County | 03/28/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/14/2024 1246 | | | 28d 21h 44m | 15d 10h 31m | 1 (Highest) |
| 00677 | CP 104 | DSH | 03/31/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/21/2024 2255 | | | 21d 12h 32m | 12d 11h 28m | 1 (Highest) |
| 00339 | [OUT] | County | 03/30/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/20/2024 1045 | | | 14d 7h 34m | 4d 18h 20m | 1 (Highest) |
| 00293 | [OUT] | County | 04/05/2024 | Completed | Health Appraisal* | | Health appraisal, scheduled from intake | 03/26/2024 1810 | | | 16d 15h 50m | 7d 10h | 1 (Highest) |

00564

| | X2 201 BB | County | 03/26/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 2109 | | 133d 21h 40m | 124d 18h 49m | 1 (Highest) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Viewing 220 Results