# Tasks

Viewing 123 Results

| Patient Name | Location Agency | Date | Status | Category | Description | Task Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00317 | [OUT] | County | 01/04/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 12/25/2023 2055 | | | 99d 20h 52m | 90d 17h 48m | 1 (Highest) |
| 01167 | Z2 215 BB | County | 10/01/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 09/30/2023 1914 | | | 185d 23h 30m | 185d 18h 45m | 1 (Highest) |
| 01037 | [OUT] | County | 03/26/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake 3/25 - requesting health | 01/26/2024 1949 | | | 67d 21h 53m | 8d 18h 43m | 1 (Highest) |
| 00487 | [OUT] | County | 12/15/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 12/05/2023 0803 | | | 120d 9h 37m | 110d 17h 41m | 1 (Highest) |
| 00050 | [OUT] | County | 11/21/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 11/11/2023 1021 | | | 144d 7h 17m | 134d 17h 39m | 1 (Highest) |
| 00187 | [OUT] | County | 03/17/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/07/2024 2057 | | | 26d 20h 39m | 17d 18h 36m | 1 (Highest) |
| 00161 | GP 110 | County | 03/18/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/08/2024 1631 | | | 26d 1h 2m | 16d 18h 33m | 1 (Highest) |
| 01361 | [out] | County | 03/05/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/24/2024 2054 | | | 38d 20h 36m | 29d 17h 31m | 1 (Highest) |
| 00413 | [OUT] | County | 03/19/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/09/2024 0102 | | | 25d 16h 26m | 15d 18h 29m | 1 (Highest) |
| 00731 | [OUT] | County | 02/06/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 01/27/2024 0505 | | | 67d 12h 20m | 57d 17h 26m | 1 (Highest) |
| 00432 | [OUT] | County | 12/16/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 12/06/2023 1055 | | | 119d 6h 28m | 109d 17h 23m | 1 (Highest) |
| 00351 | Z1 118 BB | County | 03/04/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/23/2024 0623 | | | 40d 10h 58m | 30d 17h 22m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Description | Task Entered By | Date Created | Last Modified | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00339 | [OUT] | County | 03/30/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 1045 | | | 14d 7h 34m | 4d 18h 20m | 1 (Highest) |
| 00247 | Z1 114 TB | County | 11/14/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/04/2023 0042 | | | 151d 17h 34m | 141d 17h 17m | 1 (Highest) |
| 00370 | [OUT] | County | 02/19/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/09/2024 0220 | | | 54d 14h 55m | 44d 17h 15m | 1 (Highest) |
| 00542 | [OUT] | County | 02/08/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/29/2024 1545 | | | 65d 1h 28m | 55d 17h 13m | 1 (Highest) |
| 00704 | [OUT] | County | 02/23/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/13/2024 1358 | | | 50d 3h 11m | 40d 17h 10m | 1 (Highest) |
| 00974 | [OUT] | County | 03/13/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/03/2024 0349 | | | 31d 13h 18m | 21d 18h 7m | 1 (Highest) |
| 01075 | [OUT] | County | 03/08/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/27/2024 2038 | | | 35d 20h 25m | 26d 17h 4m | 1 (Highest) |
| 00416 | [OUT] | County | 10/21/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/11/2023 2101 | | | 174d 21h | 165d 18h 1m | 1 (Highest) |
| 01058 | [OUT] | County | 03/21/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/11/2024 1527 | | | 23d 2h 29m | 13d 17h 57m | 1 (Highest) |
| 01209 | L2 215 BB | County | 03/22/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/12/2024 1254 | | | 22d 5h | 12d 17h 55m | 1 (Highest) |
| 01208 | [OUT] | County | 01/15/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/05/2024 0259 | | | 89d 13h 53m | 79d 16h 53m | 1 (Highest) |
| 00641 | [OUT] | County | 12/30/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 12/20/2023 1704 | | | 104d 23h 42m | 95d 16h 47m | 1 (Highest) |
| 00653 | [OUT] | County | 11/23/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/13/2023 0306 | | | 142d 13h 37m | 132d 16h 44m | 1 (Highest) |
| 01215 | [OUT] | County | 02/03/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/24/2024 1612 | | | 70d 28m | 60d 16h 40m | 1 (Highest) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00957 | | DP 201 | County | 03/07/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/26/2024 2339 | | 36d 16h 58m | 27d 16h 38m | 1 (Highest) |
| 00682 | | [OUT] | County | 03/28/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/16/2024 0344 | | 18d 13h 50m | 6d 17h 35m | 1 (Highest) |
| 00566 | | [OUT] | County | 03/11/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/01/2024 1424 | | 33d 2h 4m | 23d 17h 29m | 1 (Highest) |
| 00254 | | [OUT] | County | 03/30/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/20/2024 0303 | | 14d 14h 22m | 4d 17h 26m | 1 (Highest) |
| 00349 | | [OUT] | County | 00997 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/21/2023 1303 | | 165d 4h 14m | 155d 17h 17m | 1 (Highest) |
| 00658 | | [OUT] | County | 03/02/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/21/2024 0436 | | 42d 11h 38m | 32d 16h 15m | 1 (Highest) |
| 00306 | | EP 12 | County | 09/11/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 09/01/2023 0107 | | 215d 15h 49m | 205d 16h 56m | 1 (Highest) |
| 00717 | | [OUT] | County | 02/12/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/02/2024 1315 | | 61d 2h 37m | 51d 15h 53m | 1 (Highest) |
| 01200 | | AD 16 | County | 01/29/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/19/2024 1205 | | 75d 3h 45m | 65d 15h 51m | 1 (Highest) |
| 00922 | | [OUT] | County | 01/27/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/17/2024 2014 | | 76d 17h 8m | 67d 13h 23m | 1 (Highest) |
| 00778 | | DP 106 D | County | 09/29/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 09/19/2023 0056 | | 197d 13h 24m | 187d 14h 20m | 1 (Highest) |
| 01150 | | [OUT] | County | 12/10/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/30/2023 0221 | | 125d 10h 57m | 115d 13h 18m | 1 (Highest) |
| 01359 | | [OUT] | County | 03/25/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/15/2024 0702 | | 19d 7h 13m | 9d 14h 16m | 1 (Highest) |
| 00672 | | M2 212 BB | County | 03/16/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/06/2024 1950 | | 27d 17h 24m | 18d 14h 14m | 1 (Highest) |
| 00166 | | [OUT] | County | 03/05/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/24/2024 1323 | | 38d 23h 42m | 29d 13h 6m | 1 (Highest) |
| 01358 | | [OUT] | County | 12/06/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/26/2023 0021 | | 129d 12h 41m | 119d 13h 2m | 1 (Highest) |

Case 5:13-cv-02354-BLF   Document 940-58   Filed 09/30/24   Page 4 of 9
Ex. 11 - 14-Day Health Ass...

| Patient Name | | Location Agency | Date | Status | Category | Description | Task Entered By | | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00622 | | DP 107 | County | 10/24/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/14/2023 1153 | | | 172d 2h 5m | 162d 13h 58m | 1 (Highest) |
| 00337 | | [OUT] | County | 01/06/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 12/27/2023 0021 | | | 98d 12h 32m | 88d 12h 54m | 1 (Highest) |
| 00435 | | ED 03B | County | 02/29/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/19/2024 0005 | | | 44d 12h 46m | 34d 12h 51m | 1 (Highest) |
| 00435 | | | | | | | scheduled from intake | | | (04/03/2024 1351) | (04/03/2024 1351) | | | |
| 00015 | | V1 114 BB | County | 02/01/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/22/2024 1808 | | | 1d 18h 40m | 62d 12h 49m | 1 (Highest) |
| 00146 | | [OUT] | County | 09/16/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 09/06/2023 0056 | | | 10d 12h 9m | 200d 13h 46m | 1 (Highest) |
| 00189 | | [OUT] | County | 02/24/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/14/2024 1328 | | | 8d 23h 11m | 39d 12h 40m | 1 (Highest) |
| 00593 | | [OUT] | County | 02/25/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/15/2024 1309 | | | 7d 23h 28m | 38d 12h 37m | 1 (Highest) |
| 00688 | | X2 202 BB | County | 12/15/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 12/05/2023 1511 | | | 19d 21h 9m | 110d 12h 31m | 1 (Highest) |
| 01349 | | X1 111 TB | County | 12/17/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 12/07/2023 1006 | | | 18d 2h 20m | 108d 12h 26m | 1 (Highest) |
| 00526 | | [OUT] | County | 02/19/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/09/2024 1549 | | | 3d 20h 30m | 44d 12h 20m | 1 (Highest) |
| 00115 | | [OUT] | County | 02/03/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/24/2024 1808 | | | 9d 18h 9m | 60d 12h 18m | 1 (Highest) |
| 00597 | | [OUT] | County | 03/18/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/08/2024 2205 | | | 5d 14h 10m | 16d 13h 15m | 1 (Highest) |
| 00040 | | X1 107 TB | County | 08/31/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 06/29/2023 2301 | | | 78d 14h 0m | 216d 13h 12m | 1 (Highest) |
| 00218 | | V2 214 BB | County | 02/06/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/27/2024 1713 | | | 6d 18h 55m | 57d 12h 9m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Task | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01389 | [OUT] | County | 02/11/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 02/01/2024 0123 | | | 62d 10h 39m | 52d 12h 3m | 1 (Highest) |
| 01277 | [OUT] | County | 09/20/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 09/10/2023 1854 | | | 205d 18h 6m | 196d 13h | 1 (Highest) |
| 01029 | [OUT] | County | 02/12/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 02/02/2024 1547 | | | 60d 20h 11m | 51d 11h 58m | 1 (Highest) |
| 00010 | [OUT] | County | 03/06/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 02/25/2024 1530 | | | 37d 20h 24m | 28d 11h 55m | 1 (Highest) |
| 00107 | [OUT] | County | 03/06/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 02/25/2024 1724 | | | 37d 18h 27m | 28d 11h 52m | 1 (Highest) |
| 01283 | [OUT] | County | 11/26/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 11/16/2023 2009 | | | 138d 15h 41m | 129d 11h 50m | 1 (Highest) |
| 00130 | [OUT] | County | 03/23/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 03/13/2024 1102 | | | 21d 1h 45m | 11d 12h 47m | 1 (Highest) |
| 00333 | [OUT] | County | 09/29/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 09/19/2023 0723 | | | 197d 5h 21m | 187d 12h 44m | 1 (Highest) |
| 00375 | V1 117 BB | County | 12/21/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 12/11/2023 1622 | | | 113d 19h 18m | 104d 11h 40m | 1 (Highest) |
| 00861 | [OUT] | County | 03/08/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 02/27/2024 1238 | | | 35d 22h 57m | 26d 11h 35m | 1 (Highest) |
| 00399 | [OUT] | County | 12/29/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 12/19/2023 0347 | | | 106d 7h 44m | 96d 11h 32m | 1 (Highest) |
| 01197 | V1 112 BB | County | 01/15/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 01/05/2024 0917 | | | 89d 2h 11m | 79d 11h 29m | 1 (Highest) |
| 00404 | [OUT] | County | 09/11/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 09/01/2023 1132 | | | 215d 50m | 205d 12h 23m | 1 (Highest) |
| 00941 | V2 204 TB | County | 01/26/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | | 01/16/2024 1809 | | | 77d 17h 10m | 68d 11h 19m | 1 (Highest) |

| ID | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00039 | V1 109 BB | County | 10/12/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/02/2023 0431 | | 184d 7h 45m | 174d 12h 16m | 1 (Highest) |
| 00726 | [OUT] | County | 10/23/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/13/2023 0037 | | 173d 11h 37m | 163d 12h 14m | 1 (Highest) |
| 00921 | [OUT] | County | 10/07/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 09/27/2023 0456 | | 189d 7h 8m | 179d 12h 4m | 1 (Highest) |
| 00800 | [OUT] | County | 11/04/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/25/2023 2339 | | 160d 12h 21m | 151d 12h | 1 (Highest) |
| 01293 | [OUT] | County | 03/16/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/06/2024 1457 | | 27d 20h | 18d 11h 57m | 1 (Highest) |
| 01220 | [OUT] | County | 02/04/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/25/2024 0440 | | 69d 6h 13m | 59d 10h 54m | 1 (Highest) |
| 00513 | [OUT] | County | 10/29/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 10/19/2023 2204 | | 160d 17h 59m | 151d 16h 3m | 1 (Highest) |
| 00085 | N2 213 TB | County | 09/01/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 08/22/2023 0311 | | 219d 12h 49m | 209d 16h | 1 (Highest) |
| 00049 | [OUT] | County | 02/15/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/05/2024 2124 | | 51d 17h 31m | 42d 14h 56m | 1 (Highest) |
| 00440 | [OUT] | County | 03/20/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/10/2024 0026 | | 18d 14h 27m | 8d 15h 53m | 1 (Highest) |
| 01106 | N1 111 TB | County | 09/29/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 09/19/2023 1206 | | 191d 3h 43m | 181d 15h 49m | 1 (Highest) |
| 01246 | [OUT] | County | 11/17/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/07/2023 1123 | | 142d 3h 23m | 132d 14h 47m | 1 (Highest) |
| 00227 | [OUT] | County | 01/27/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/17/2024 1752 | | 70d 20h 51m | 61d 14h 44m | 1 (Highest) |
| 00277 | L1 110 TB | County | 03/18/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/08/2024 1005 | | 20d 4h 35m | 10d 15h 40m | 1 (Highest) |
| 00992 | [OUT] | County | 03/25/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 03/15/2024 1309 | | 13d 2h 27m | 3d 15h 36m | 1 (Highest) |
| 00224 | [OUT] | County | 01/20/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/10/2024 0730 | | 78d 5h 22m | 68d 12h 52m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category Description | Task Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01069 | M2 208 BB | County | 11/11/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 11/01/2023 2015 | | | 147d 17h 34m | 138d 12h 49m | 1 (Highest) |
| 00260 | [OUT] | County | 10/23/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 10/13/2023 1049 | | | 167d 2h 53m | 157d 13h 42m | 1 (Highest) |
| 00966 | [OUT] | County | 03/01/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/20/2024 1125 | | | 37d 1h 13m | 27d 12h 39m | 1 (Highest) |
| 00439 | [OUT] | County | 03/25/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/15/2024 1800 | | | 12d 19h 35m | 3d 13h 35m | 1 (Highest) |
| 00497 | [OUT] | County | 12/04/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 11/24/2023 0423 | | | 125d 8h 4m | 115d 12h 28m | 1 (Highest) |
| 00151 | [OUT] | County | 02/29/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/19/2024 1134 | (03/28/2024 1324) | (03/28/2024 1324) | 38d 49m | 28d 12h 24m | 1 (Highest) |
| 00527 | [OUT] | County | 03/10/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/29/2024 1451 | | | 27d 21h 30m | 18d 12h 21m | 1 (Highest) |
| 00652 | [OUT] | County | 09/25/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 09/15/2023 0022 | | | 195d 12h 55m | 185d 13h 17m | 1 (Highest) |
| 00437 | [OUT] | County | 08/31/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 09/22/2022 1648 | | | 552d 20h 26m | 210d 13h 14m | 1 (Highest) |
| 00928 | [OUT] | County | 11/27/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 11/17/2023 1727 | | | 131d 18h 44m | 122d 12h 11m | 1 (Highest) |
| 00047 | [OUT] | County | 02/05/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 01/26/2024 1404 | | | 61d 22h 4m | 52d 12h 9m | 1 (Highest) |
| 01328 | [OUT] | County | 01/08/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 12/29/2023 1036 | | | 90d 1h 30m | 80d 12h 7m | 1 (Highest) |
| 00233 | M2 207 BB | County | 08/31/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 08/01/2023 1904 | | | 239d 17h 59m | 210d 13h 4m | 1 (Highest) |
| 00770 | [OUT] | County | 02/09/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 01/30/2024 1610 | | | 57d 19h 49m | 48d 12h | 1 (Highest) |

| ID | Location | Created to | Date | Last Completed | Task | Task Date | | | | Priority |
|---|---|---|---|---|---|---|---|---|---|---|
| 01199 | [OUT] | County | 02/16/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/06/2024 1506 | | 50d 20h 51m | 41d 11h 57m | 1 (Highest) |
| 00820 | [OUT] | County | 03/18/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/08/2024 2123 | | 19d 14h 30m | 10d 12h 53m | 1 (Highest) |
| 01104 | [OUT] | County | 03/19/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/09/2024 0007 | | 19d 11h 43m | 9d 12h 51m | 1 (Highest) |
| 00389 | M1 118 BB | County | 01/19/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 01/09/2024 1414 | | 78d 21h 34m | 69d 11h 48m | 1 (Highest) |
| 00470 | M1 116 TB | County | 02/27/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/17/2024 0849 | | 40d 2h 56m | 30d 11h 46m | 1 (Highest) |
| 00051 | [OUT] | County | 03/14/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/04/2024 0544 | | 24d 5h 58m | 14d 12h 43m | 1 (Highest) |
| 00405 | [OUT] | County | 01/21/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 01/11/2024 1220 | | 76d 23h 15m | 67d 11h 35m | 1 (Highest) |
| 00657 | [OUT] | County | 00997 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 10/21/2023 0019 | | 159d 12h 11m | 149d 12h 31m | 1 (Highest) |
| 00605 | [OUT] | County | 03/14/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 03/04/2024 0337 | | 24d 7h 51m | 14d 12h 28m | 1 (Highest) |
| 00648 | V2 208 BB | County | 02/09/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 01/30/2024 0147 | | 58d 9h 37m | 48d 11h 25m | 1 (Highest) |
| 00601 | [OUT] | County | 02/21/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/11/2024 1705 | | 45d 18h 17m | 36d 11h 23m | 1 (Highest) |
| 00545 | M1 110 TB | County | 12/17/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 12/07/2023 1439 | | 111d 20h 8m | 102d 10h 47m | 1 (Highest) |
| 00032 | [OUT] | County | 09/04/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 08/25/2023 1725 | | 215d 18h 9m | 206d 11h 34m | 1 (Highest) |
| 00989 | [OUT] | County | 03/05/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/24/2024 0601 | | 33d 4h 28m | 23d 10h 29m | 1 (Highest) |
| 00700 | [OUT] | County | 03/10/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | 02/29/2024 1406 | | 33d 23h 38m | 24d 13h 45m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Description | Entered By | Created | Modified | By | Completed | to Complete | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00484 | [OUT] | County | 03/01/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/20/2024 1614 | | | 42d 16h 12m | 33d 8h 27m | 1 (Highest) |
| 01330 | [OUT] | County | 01/21/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/11/2024 1529 | | | 82d 16h 39m | 73d 8h 8m | 1 (Highest) |
| 01168 | [OUT] | County | 11/17/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/07/2023 0822 | | | 147d 23h 23m | 138d 7h 46m | 1 (Highest) |
| 00307 | DD 04 | County | 11/11/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 11/01/2023 1732 | | | 150d 1h 4m | 140d 17h 36m | 1 (Highest) |
| 01072 | BD 35 | County | 02/03/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/24/2024 2122 | | | 65d 18h 36m | 56d 15h 59m | 1 (Highest) |
| 00501 | [OUT] | DSH | 03/05/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 02/24/2024 0834 | | | 35d 6h 29m | 25d 15h 4m | 1 (Highest) |
| 01347 | AD 44 | County | 01/21/2024 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 01/11/2024 0819 | | | 79d 6h 23m | 69d 14h 42m | 1 (Highest) |
| 00977 | [OUT] | County | 12/18/2023 | Completed | Health Appraisal* | Health appraisal, scheduled from intake | | 12/08/2023 2145 | | | 112d 16h 33m | 103d 14h 19m | 1 (Highest) |

Viewing 123 Results