8/7/24, 8:33 AM                           CorEMR - Reports :: Form Report | v5.5.0

# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:06:32.000 | 12d 17h 56m | | No | View |
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:06:32.000 | 12d 17h 56m | | No | View |
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:06:26.000 | 12d 17h 56m | | No | View |
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:06:25.000 | 12d 17h 56m | | No | View |
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:06:23.000 | 12d 17h 56m | | No | View |
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:06:20.000 | 12d 17h 56m | | No | View |
| 00182 | 00183 | 2024-03-19 20:10:00.000 | 2024-04-01 14:05:44.000 | 12d 17h 55m | | No | View |
| 00299 | 00299 | 2024-03-26 13:57:00.000 | 2024-03-27 14:27:52.000 | 1d 30m | | Yes | View |
| 00435 | 00435 | 2024-02-19 00:15:08.000 | 2024-04-01 15:11:04.000 | 42d 13h 55m | | Yes | View |
| 00550 | 00550 | 2024-03-03 18:30:07.000 | 2024-04-03 15:25:03.000 | 30d 19h 54m | | Yes | View |
| 00559 | 00560 | 2022-07-12 04:48:00.000 | 2024-04-04 17:22:47.000 | 632d 12h 34m | | Yes | View |
| 00697 | 00698 | 2024-03-12 18:23:00.000 | 2024-03-25 13:53:02.000 | 12d 19h 30m | | Yes | View |
| 00762 | 00763 | 2024-03-22 02:31:00.000 | 2024-04-04 19:37:14.000 | 13d 17h 6m | | Yes | View |
| 00935 | 00936 | 2024-03-19 10:34:00.000 | 2024-03-27 10:55:45.000 | 8d 21m | | Yes | View |
| 00935 | 00936 | 2024-03-19 16:03:00.000 | 2024-03-27 10:55:45.000 | 7d 18h 52m | | Yes | View |
| 01168 | 01168 | 2023-11-07 08:38:00.000 | 2024-03-25 18:15:39.000 | 139d 8h 37m | | Yes | View |
| 01319 | 01319 | 2024-03-20 16:00:00.000 | 2024-04-03 15:54:15.000 | 13d 23h 54m | | Yes | View |

**Rows: 17**