8/6/24, 2:25 PM   CorEMR - Reports :: Form Report | v5.5.0

# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 00019 | 00019 | 2021-10-12 16:30:20.000 | 2024-04-03 15:38:54.000 | 903d 23h 8m | | Yes | View |
| 00089 | 00090 | 2024-03-29 12:24:00.000 | 2024-04-02 10:32:54.000 | 3d 22h 8m | | Yes | View |
| 00100 | 00100 | 2024-01-18 02:45:06.000 | 2024-04-02 14:09:18.000 | 75d 10h 24m | | Yes | View |
| 00136 | 00136 | 2022-05-20 21:42:00.000 | 2024-03-28 20:06:38.000 | 677d 22h 24m | | Yes | View |
| 00145 | 00145 | 2024-03-25 05:41:00.000 | 2024-04-01 15:45:56.000 | 7d 10h 4m | | Yes | View |
| 00146 | 00146 | 2023-09-06 00:52:00.000 | 2024-04-02 14:02:07.000 | 209d 13h 10m | | Yes | View |
| 00214 | 00214 | 2024-02-23 18:08:00.000 | 2024-04-03 14:45:01.000 | 39d 19h 37m | | Yes | View |
| 00272 | 00272 | 2024-03-28 21:16:00.000 | 2024-04-01 15:22:00.000 | 3d 18h 6m | | Yes | View |
| 00338 | 00338 | 2024-03-22 20:28:00.000 | 2024-04-04 13:33:35.000 | 12d 17h 5m | | Yes | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-04 13:43:44.000 | 6d 3h 24m | | Yes | View |
| 00800 | 00800 | 2023-10-25 23:15:08.000 | 2024-04-04 14:00:37.000 | 161d 14h 45m | | Yes | View |
| 00802 | 00803 | 2023-12-08 13:45:00.000 | 2024-04-04 14:25:48.000 | 117d 23h 40m | | Yes | View |
| 00944 | 00944 | 2024-02-23 13:51:00.000 | 2024-04-02 14:32:51.000 | 38d 23h 41m | | Yes | View |
| 01072 | 01073 | 2024-01-24 21:11:00.000 | 2024-04-03 14:26:42.000 | 69d 16h 15m | | Yes | View |
| 01111 | 01111 | 2024-02-24 17:33:00.000 | 2024-04-03 17:42:02.000 | 38d 23h 9m | | Yes | View |
| 01111 | 01111 | 2024-02-24 18:16:00.000 | 2024-04-03 17:42:02.000 | 38d 22h 26m | | Yes | View |
| 01296 | 01296 | 2022-12-20 20:26:00.000 | 2024-03-29 10:45:43.000 | 464d 13h 19m | | Yes | View |

**Rows: 17**