# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 00016 | 00017 | 2024-04-02 01:00:00.000 | 2024-04-02 01:06:18.000 | 6m | ▇ | Yes | View |
| 00020 | 00020 | 2024-03-26 15:06:00.000 | 2024-03-26 15:26:05.000 | 20m | ▇ | Yes | View |
| 00021 | ZZZ | 2023-06-27 21:02:00.000 | 2024-04-04 12:52:40.000 | 281d 15h 50m | ▇ | Yes | View |
| 00022 | 00023 | 2024-04-04 04:08:00.000 | 2024-04-04 04:09:36.000 | 1m | ▇ | Yes | View |
| 00025 | 00025 | 2024-03-30 10:31:00.000 | 2024-03-30 10:30:43.000 | 17s | ▇ | Yes | View |
| 00031 | 00031 | 2024-04-04 11:55:00.000 | 2024-04-04 12:03:46.000 | 8m | ▇ | Yes | View |
| 00037 | 00037 | 2024-04-04 15:36:00.000 | 2024-04-04 15:54:05.000 | 18m | ▇ | Yes | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-02 09:20:50.000 | 18m | ▇ | Yes | View |
| 00048 | 00048 | 2024-03-30 04:39:00.000 | 2024-03-30 04:34:11.000 | 4m | ▇ | Yes | View |
| 00071 | 00072 | 2020-04-11 04:07:00.000 | 2024-04-03 22:44:53.000 | 1,453d 18h 37m | ▇ | Yes | View |
| 00073 | 00073 | 2024-04-04 02:51:00.000 | 2024-04-04 02:53:03.000 | 2m | ▇ | Yes | View |
| 00078 | 00078 | 2024-03-28 12:09:00.000 | 2024-03-28 12:29:17.000 | 20m | ▇ | Yes | View |
| 00089 | 00090 | 2024-03-29 12:24:00.000 | 2024-03-29 12:34:47.000 | 10m | ▇ | Yes | View |
| 00110 | 00110 | 2024-04-02 23:37:00.000 | 2024-04-02 23:41:13.000 | 4m | ▇ | Yes | View |
| 00121 | 00122 | 2024-04-01 16:58:00.000 | 2024-04-01 16:55:10.000 | 2m | ▇ | Yes | View |
| 00132 | 00132 | 2024-03-29 16:50:00.000 | 2024-03-29 16:55:18.000 | 5m | ▇ | Yes | View |
| 00144 | 00144 | 2024-03-28 17:01:00.000 | 2024-03-29 10:25:13.000 | 17h 24m | ▇ | Yes | View |
| 00145 | 00145 | 2024-03-25 05:41:00.000 | 2024-03-25 05:52:50.000 | 11m | ▇ | Yes | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00152 | | zzz | 2022-05-09 08:38:00.000 | 2024-04-03 16:20:16.000 | 695d 7h 42m | | Yes View |
| 00155 | | 00155 | 2024-03-27 09:11:00.000 | 2024-03-27 12:43:44.000 | 3h 32m | | Yes View |
| 00157 | | 00157 | 2024-04-02 22:24:00.000 | 2024-04-02 22:23:00.000 | 1m | | Yes View |
| 00181 | | 00181 | 2024-03-31 00:02:00.000 | 2024-03-31 00:02:07.000 | 7s | | Yes View |
| 00201 | | 00202 | 2023-05-18 22:21:00.000 | 2024-04-03 22:45:56.000 | 321d 24m | | Yes View |
| 00203 | | ZZZ | 2024-03-26 15:12:00.000 | 2024-03-26 15:58:11.000 | 46m | | Yes View |
| 00205 | | zzz | 2024-03-25 22:04:00.000 | 2024-03-25 22:17:14.000 | 13m | | Yes View |
| 00212 | | zzz | 2024-04-03 23:43:00.000 | 2024-04-04 00:05:27.000 | 22m | | Yes View |
| 00213 | | ZZZ | 2024-03-31 00:34:00.000 | 2024-03-31 00:50:24.000 | 16m | | Yes View |
| 00222 | | 00222 | 2024-04-03 20:28:00.000 | 2024-04-03 20:37:06.000 | 9m | | Yes View |
| 00225 | | 00225 | 2024-03-31 04:15:00.000 | 2024-03-31 04:14:01.000 | 59s | | Yes View |
| 00229 | | 00229 | 2024-03-26 15:02:00.000 | 2024-03-26 15:04:09.000 | 2m | | Yes View |
| 00249 | | zzz | 2019-08-21 16:47:00.000 | 2024-04-03 01:31:21.000 | 1,686d 8h 44m | | Yes View |
| 00249 | | ZZZ | 2022-08-31 09:28:00.000 | 2024-04-03 01:31:21.000 | 580d 16h 3m | | Yes View |
| 00253 | | 00253 | 2024-03-27 00:27:00.000 | 2024-03-27 01:39:36.000 | 1h 12m | | Yes View |
| 00263 | | 00263 | 2024-03-27 01:45:07.000 | 2024-03-27 03:27:12.000 | 1h 42m | | Yes View |
| 00267 | | 00267 | 2024-04-04 21:07:00.000 | 2024-04-04 21:04:56.000 | 2m | | Yes View |
| 00268 | | ZZZ | 2024-04-02 21:43:00.000 | 2024-04-02 21:59:59.000 | 16m | | Yes View |
| 00272 | | 00272 | 2024-03-28 21:16:00.000 | 2024-03-28 21:13:52.000 | 2m | | Yes View |
| 00288 | | ZZZ | 2024-03-25 12:54:00.000 | 2024-03-25 13:02:46.000 | 8m | | Yes View |
| 00293 | | 00293 | 2024-03-26 17:38:00.000 | 2024-03-26 17:53:20.000 | 15m | | Yes View |
| 00299 | | 00299 | 2024-03-26 13:57:00.000 | 2024-03-26 14:00:57.000 | 3m | | Yes View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00310 | 00310 | 2024-03-27 00:14:00.000 | 2024-03-27 01:21:28.000 | 1h 7m | ■ | Yes | View |
| 00331 | 00331 | 2024-03-28 13:54:00.000 | 2024-03-28 14:03:54.000 | 9m | ■ | No | View |
| 00331 | 00331 | 2024-03-28 13:54:00.000 | 2024-03-28 14:03:59.000 | 9m | ■ | No | View |
| 00331 | 00331 | 2024-03-28 13:54:00.000 | 2024-03-28 14:04:00.000 | 10m | ■ | Yes | View |
| 00334 | ZZZ | 2024-03-31 00:06:00.000 | 2024-03-31 00:20:21.000 | 14m | ■ | Yes | View |
| 00335 | 00335 | 2024-03-27 09:36:00.000 | 2024-03-27 13:30:23.000 | 3h 54m | ■ | Yes | View |
| 00364 | 00364 | 2024-04-01 00:11:00.000 | 2024-04-01 00:14:28.000 | 3m | ■ | Yes | View |
| 00380 | 00380 | 2024-04-03 01:58:00.000 | 2024-04-03 02:06:46.000 | 8m | ■ | Yes | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-02 14:00:01.000 | 18m | ■ | Yes | View |
| 00387 | 00388 | 2024-04-03 10:41:00.000 | 2024-04-03 10:58:57.000 | 17m | ■ | Yes | View |
| 00395 | zzz | 2024-03-27 07:35:00.000 | 2024-03-27 07:47:35.000 | 12m | ■ | Yes | View |
| 00401 | ZZZ | 2024-04-01 02:00:00.000 | 2024-04-01 02:14:39.000 | 14m | ■ | Yes | View |
| 00402 | 00402 | 2024-03-26 02:43:00.000 | 2024-03-26 02:51:18.000 | 8m | ■ | Yes | View |
| 00414 | 00414 | 2024-03-29 17:56:00.000 | 2024-03-29 18:16:02.000 | 20m | ■ | Yes | View |
| 00422 | 00422 | 2024-03-28 20:45:00.000 | 2024-03-28 20:43:11.000 | 1m | ■ | Yes | View |
| 00450 | ZZZ | 2024-03-30 23:15:00.000 | 2024-03-30 23:31:39.000 | 16m | ■ | No | View |
| 00450 | ZZZ | 2024-03-30 23:15:00.000 | 2024-03-30 23:31:43.000 | 16m | ■ | Yes | View |
| 00456 | 00456 | 2023-12-24 23:31:00.000 | 2024-03-29 13:20:29.000 | 95d 12h 49m | ■ | Yes | View |
| 00464 | 00464 | 2024-04-03 19:36:00.000 | 2024-04-03 19:44:09.000 | 8m | ■ | Yes | View |
| 00468 | zzz | 2024-03-26 01:58:00.000 | 2024-03-26 02:23:34.000 | 25m | ■ | Yes | View |
| 00472 | 00472 | 2024-02-29 09:24:00.000 | 2024-04-02 16:48:13.000 | 33d 6h 24m | ■ | Yes | View |
| 00474 | 00474 | 2024-03-26 20:00:00.000 | 2024-03-27 06:13:58.000 | 10h 13m | ■ | Yes | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00476 | ZZZ | 2024-03-30 03:57:00.000 | 2024-03-30 04:06:02.000 | 9m | | Yes View |
| 00482 | ZZZ | 2024-03-31 04:43:00.000 | 2024-03-31 04:54:40.000 | 11m | | Yes View |
| 00492 | 00492 | 2024-04-04 05:25:00.000 | 2024-04-04 05:26:45.000 | 1m | | Yes View |
| 00503 | 00503 | 2024-03-29 22:01:00.000 | 2024-03-29 21:58:19.000 | 2m | | No View |
| 00503 | 00503 | 2024-03-29 22:01:00.000 | 2024-03-29 21:58:20.000 | 2m | | Yes View |
| 00504 | 00504 | 2023-10-30 18:29:00.000 | 2024-03-25 18:07:28.000 | 146d 23h 38m | | Yes View |
| 00508 | 00508 | 2024-03-29 11:09:00.000 | 2024-03-29 14:44:43.000 | 3h 35m | | Yes View |
| 00509 | 00509 | 2024-03-27 20:35:00.000 | 2024-03-28 02:32:12.000 | 5h 57m | | No View |
| 00509 | 00510 | 2024-01-31 20:43:00.000 | 2024-03-27 20:43:13.000 | 55d 23h | | Yes View |
| 00514 | ZZZ | 2024-03-30 17:26:00.000 | 2024-03-30 17:48:44.000 | 22m | | Yes View |
| 00520 | zzz | 2024-01-14 00:15:00.000 | 2024-04-04 14:07:43.000 | 81d 12h 52m | | Yes View |
| 00525 | ZZZ | 2024-03-31 10:58:00.000 | 2024-03-31 11:04:48.000 | 6m | | Yes View |
| 00534 | zzz | 2024-03-25 20:01:00.000 | 2024-03-25 20:25:03.000 | 24m | | Yes View |
| 00550 | 00550 | 2024-03-03 18:30:07.000 | 2024-03-31 17:27:25.000 | 27d 21h 57m | | Yes View |
| 00555 | ZZZ | 2024-03-28 15:39:00.000 | 2024-03-28 15:48:07.000 | 9m | | Yes View |
| 00567 | 00567 | 2024-03-26 21:23:00.000 | 2024-03-26 23:26:35.000 | 2h 3m | | Yes View |
| 00588 | ZZZ | 2024-04-03 03:43:00.000 | 2024-04-03 03:47:24.000 | 4m | | Yes View |
| 00599 | 00600 | 2024-04-02 15:08:00.000 | 2024-04-02 23:37:05.000 | 8h 29m | | Yes View |
| 00606 | 00606 | 2024-04-02 10:42:00.000 | 2024-04-02 10:47:00.000 | 5m | | Yes View |
| 00610 | 00610 | 2024-04-03 10:30:08.000 | 2024-04-03 13:05:31.000 | 2h 35m | | Yes View |
| 00611 | 00611 | 2024-05-30 21:20:00.000 | 2024-04-04 03:27:09.000 | 56d 17h 52m | | Yes View |
| 00634 | ZZZ | 2019-06-05 17:16:00.000 | 2024-04-03 17:05:33.000 | 1,763d 23h 49m | | Yes View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00635 | 00635 | 2024-03-29 13:44:00.000 | 2024-03-29 13:52:34.000 | 8m | ▮ | Yes | View |
| 00640 | 00640 | 2024-04-04 10:05:00.000 | 2024-04-04 13:30:03.000 | 3h 25m | ▮ | Yes | View |
| 00665 | 00665 | 2024-04-01 00:52:00.000 | 2024-04-01 01:02:22.000 | 10m | ▮ | Yes | View |
| 00676 | 00676 | 2024-03-28 08:43:00.000 | 2024-03-28 13:10:05.000 | 4h 27m | ▮ | Yes | View |
| 00690 | 00692 | 2024-03-25 20:57:00.000 | 2024-03-25 21:30:00.000 | 33m | ▮ | Yes | View |
| 00701 | ZZZ | 2024-03-26 20:16:00.000 | 2024-03-26 21:54:38.000 | 1h 38m | ▮ | Yes | View |
| 00714 | ZZZ | 2022-03-03 23:59:00.000 | 2024-04-01 12:16:49.000 | 759d 11h 17m | ▮ | Yes | View |
| 00714 | ZZZ | 2022-06-20 05:53:00.000 | 2024-04-01 12:16:49.000 | 651d 6h 23m | ▮ | Yes | View |
| 00735 | 00735 | 2024-04-02 15:49:00.000 | 2024-04-02 15:56:58.000 | 7m | ▮ | Yes | View |
| 00736 | 00736 | 2024-04-01 06:33:00.000 | 2024-04-01 06:40:55.000 | 7m | ▮ | Yes | View |
| 00749 | 00749 | 2024-03-27 09:00:11.000 | 2024-03-27 08:59:39.000 | 32s | ▮ | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-28 23:55:26.000 | 1m | ▮ | Yes | View |
| 00756 | 00756 | 2024-04-01 20:30:09.000 | 2024-04-01 20:26:51.000 | 3m | ▮ | Yes | View |
| 00758 | 00758 | 2024-04-02 10:03:00.000 | 2024-04-02 11:43:25.000 | 1h 40m | ▮ | Yes | View |
| 00773 | ZZZ | 2024-03-31 01:00:00.000 | 2024-03-31 01:16:01.000 | 16m | ▮ | Yes | View |
| 00782 | 00782 | 2024-02-21 23:40:00.000 | 2024-03-30 18:27:32.000 | 37d 17h 47m | ▮ | Yes | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-03-29 11:14:43.000 | 55m | ▮ | Yes | View |
| 00799 | ZZZ | 2024-03-29 08:10:00.000 | 2024-03-29 08:28:56.000 | 18m | ▮ | Yes | View |
| 00804 | 00804 | 2024-03-27 | 2024-03-27 | 1m | ▮ | Yes | View |
| 00804 | | 17:49:00.000 | 17:50:59.000 | | | | |
| 00812 | ZZZ | 2021-09-06 19:55:00.000 | 2024-03-25 15:30:25.000 | 930d 19h 35m | ▮ | Yes | View |
| 00815 | ZZZ | 2024-03-28 14:32:00.000 | 2024-03-28 14:40:55.000 | 8m | ▮ | Yes | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00829 | 00829 | 2024-03-25 03:18:00.000 | 2024-03-25 03:22:52.000 | 4m | | Yes View |
| 00830 | 00831 | 2024-04-01 23:48:00.000 | 2024-04-01 23:50:38.000 | 2m | | Yes View |
| 00832 | 00832 | 2024-04-01 03:30:00.000 | 2024-04-01 03:33:30.000 | 3m | | Yes View |
| 00837 | 00837 | 2024-03-27 12:14:00.000 | 2024-03-27 14:02:02.000 | 1h 48m | | Yes View |
| 00840 | ZZZ | 2024-04-03 05:16:00.000 | 2024-04-03 05:30:53.000 | 14m | | Yes View |
| 00858 | 00858 | 2024-04-04 09:24:00.000 | 2024-04-04 10:44:44.000 | 1h 20m | | No View |
| 00858 | 00858 | 2024-04-04 09:24:00.000 | 2024-04-04 10:45:19.000 | 1h 21m | | No View |
| 00858 | 00858 | 2024-04-04 09:24:00.000 | 2024-04-04 10:45:20.000 | 1h 21m | | No View |
| 00858 | 00858 | 2024-04-04 09:24:00.000 | 2024-04-04 10:45:21.000 | 1h 21m | | No View |
| 00858 | 00858 | 2024-04-04 09:24:00.000 | 2024-04-04 10:45:22.000 | 1h 21m | | No View |
| 00858 | 00858 | 2024-04-04 09:24:00.000 | 2024-04-04 10:45:23.000 | 1h 21m | | Yes View |
| 00866 | 00866 | 2024-04-04 13:57:00.000 | 2024-04-04 16:42:10.000 | 2h 45m | | No View |
| 00866 | 00866 | 2024-04-04 13:57:00.000 | 2024-04-04 16:42:11.000 | 2h 45m | | Yes View |
| 00877 | ZZZ | 2024-03-29 02:02:00.000 | 2024-03-29 02:13:32.000 | 11m | | Yes View |
| 00877 | ZZZ | 2024-04-01 22:31:00.000 | 2024-04-01 22:43:53.000 | 12m | | Yes View |
| 00880 | 00881 | 2024-04-04 10:15:09.000 | 2024-04-04 10:03:10.000 | 11m | | Yes View |
| 00883 | 00884 | 2024-03-26 19:30:00.000 | 2024-03-26 22:20:36.000 | 2h 50m | | Yes View |
| 00883 | 00884 | 2024-03-26 20:49:00.000 | 2024-03-26 22:20:36.000 | 1h 31m | | Yes View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-29 03:35:42.000 | 1m | | Yes View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-26 16:20:32.000 | 23m | | Yes View |
| 00894 | 00894 | 2024-06-03 12:49:00.000 | 2024-03-29 00:27:49.000 | 66d 12h 21m | | Yes View |
| 00900 | 00900 | 2024-03-27 01:11:00.000 | 2024-03-27 07:21:51.000 | 6h 10m | | Yes View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00903 | ZZZ | 2024-04-03 04:28:00.000 | 2024-04-03 04:43:04.000 | 15m | ■ | Yes | View |
| 00905 | 00905 | 2024-04-02 08:39:00.000 | 2024-04-02 08:42:05.000 | 3m | ■ | Yes | View |
| 00906 | 00906 | 2024-03-30 16:45:00.000 | 2024-03-30 16:25:46.000 | 19m | ■ | Yes | View |
| 00911 | 00911 | 2024-03-30 06:12:00.000 | 2024-03-30 06:10:51.000 | 1m | ■ | Yes | View |
| 00914 | 00914 | 2024-04-02 12:04:00.000 | 2024-04-02 13:28:43.000 | 1h 24m | ■ | Yes | View |
| 00914 | 00914 | 2024-04-02 12:04:00.000 | 2024-04-02 13:28:43.000 | 1h 24m | ■ | Yes | View |
| 00916 | 00916 | 2024-04-04 01:30:00.000 | 2024-04-04 01:31:25.000 | 1m | ■ | Yes | View |
| 00917 | 00917 | 2024-03-28 15:17:00.000 | 2024-03-28 15:15:46.000 | 1m | ■ | Yes | View |
| 00919 | 00920 | 2024-03-27 18:21:00.000 | 2024-03-27 18:22:22.000 | 1m | ■ | Yes | View |
| 00919 | 00919 | 2024-04-04 15:06:00.000 | 2024-04-04 15:15:44.000 | 9m | ■ | Yes | View |
| 00924 | 00924 | 2024-06-14 04:45:05.000 | 2024-03-30 19:40:31.000 | 75d 9h 4m | ■ | Yes | View |
| 00932 | 00933 | 2024-03-26 17:22:00.000 | 2024-03-26 20:11:06.000 | 2h 49m | ■ | Yes | View |
| 00934 | 00934 | 2024-04-02 04:00:08.000 | 2024-04-02 04:02:49.000 | 2m | ■ | Yes | View |
| 01002 | ZZZ | 2024-03-26 15:25:00.000 | 2024-03-26 15:36:54.000 | 11m | ■ | Yes | View |
| 01014 | 01014 | 2024-03-29 18:40:00.000 | 2024-03-29 18:42:04.000 | 2m | ■ | Yes | View |
| 01016 | 01016 | 2024-04-03 17:59:00.000 | 2024-04-04 00:03:03.000 | 6h 4m | ■ | Yes | View |
| 01024 | 01024 | 2024-04-03 00:15:09.000 | 2024-04-03 00:06:04.000 | 9m | ■ | Yes | View |
| 01025 | 01025 | 2024-04-04 17:28:00.000 | 2024-04-04 17:27:26.000 | 34s | ■ | Yes | View |
| 01027 | 01027 | 2024-03-28 20:09:00.000 | 2024-03-28 20:09:16.000 | 16s | ■ | Yes | View |
| 01031 | ZZZ | 2024-04-03 00:20:00.000 | 2024-04-03 08:36:40.000 | 8h 16m | ■ | Yes | View |
| 01033 | 01033 | 2024-04-01 13:18:00.000 | 2024-04-01 15:25:50.000 | 2h 7m | ■ | Yes | View |
| 01038 | ZZZ | 2018-11-01 21:06:00.000 | 2024-03-26 10:31:51.000 | 1,971d 13h 25m | ■ | Yes | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01023 | 01023 | 2024-04-01 21:22:00.000 | 2024-04-01 21:24:54.000 | 2m | | Yes View |
| 01053 | 01053 | 2024-04-01 21:58:00.000 | 2024-04-01 22:05:59.000 | 7m | | Yes View |
| 01054 | 01054 | 2024-03-25 01:15:08.000 | 2024-03-25 01:01:19.000 | 13m | | Yes View |
| 01060 | ZZZ | 2024-04-02 20:39:00.000 | 2024-04-02 21:00:18.000 | 21m | | Yes View |
| 01062 | ZZZ | 2024-03-31 23:12:00.000 | 2024-03-31 23:37:05.000 | 25m | | Yes View |
| 01066 | ZZZ | 2024-04-03 13:07:00.000 | 2024-04-03 13:32:05.000 | 25m | | Yes View |
| 01071 | 01071 | 2024-04-01 12:46:00.000 | 2024-04-01 14:07:02.000 | 1h 21m | | Yes View |
| 01076 | 01076 | 2024-04-03 20:09:00.000 | 2024-04-03 20:05:21.000 | 3m | | Yes View |
| 01078 | 01078 | 2024-03-31 02:30:00.000 | 2024-03-31 02:22:26.000 | 7m | | Yes View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-25 10:56:17.000 | 1m | | Yes View |
| 01087 | 01088 | 2024-04-02 00:15:00.000 | 2024-04-02 00:24:03.000 | 9m | | Yes View |
| 01091 | 01092 | 2024-01-18 08:06:00.000 | 2024-04-02 17:20:14.000 | 75d 8h 14m | | Yes View |
| 01120 | zzz | 2022-03-06 19:38:00.000 | 2024-03-26 10:45:32.000 | 750d 14h 7m | | Yes View |
| 01122 | zzz | 2024-03-27 15:12:00.000 | 2024-03-27 15:23:27.000 | 11m | | Yes View |
| 01124 | 01124 | 2024-03-28 10:45:09.000 | 2024-03-28 11:38:14.000 | 53m | | Yes View |
| 01124 | 01124 | 2024-03-28 11:12:00.000 | 2024-03-28 11:38:14.000 | 26m | | Yes View |
| 01127 | 01127 | 2024-04-24 09:10:00.000 | 2024-03-26 11:09:22.000 | 28d 22h | | Yes View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-29 04:13:44.000 | 16s | | No View |
| 01140 | zzz | 2024-03-26 02:58:00.000 | 2024-03-26 03:03:51.000 | 5m | | Yes View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-26 08:18:05.000 | 41m | | Yes View |
| 01153 | 01153 | 2024-04-04 17:43:00.000 | 2024-04-04 18:15:38.000 | 32m | | Yes View |
| 01157 | 01157 | 2024-03-25 03:35:00.000 | 2024-03-25 03:49:37.000 | 14m | | Yes View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01158 | 01158 | 2024-03-29 16:06:00.000 | 2024-03-29 16:10:42.000 | 4m | ██ | Yes View |
| 01164 | 01165 | 2024-03-25 05:17:00.000 | 2024-03-25 05:29:29.000 | 12m | ██ | Yes View |
| 01164 | 01165 | 2024-03-25 05:17:00.000 | 2024-03-25 10:38:52.000 | 5h 21m | ██ | Yes View |
| 01180 | zzz | 2024-03-27 23:40:00.000 | 2024-03-27 23:59:06.000 | 19m | ██ | Yes View |
| 01184 | 01184 | 2024-04-02 18:45:09.000 | 2024-04-03 00:07:08.000 | 5h 21m | ██ | Yes View |
| 01189 | ZZZ | 2024-03-26 20:24:00.000 | 2024-03-26 21:40:39.000 | 1h 16m | ██ | Yes View |
| 01191 | 01191 | 2024-03-31 06:00:00.000 | 2024-03-31 05:47:14.000 | 12m | ██ | Yes View |
| 01195 | 01195 | 2024-03-26 10:07:00.000 | 2024-03-26 15:45:44.000 | 5h 38m | ██ | Yes View |
| 01213 | 01213 | 2024-04-02 01:19:00.000 | 2024-04-02 01:23:13.000 | 4m | ██ | Yes View |
| 01217 | 01217 | 2024-03-25 00:29:00.000 | 2024-03-25 00:33:14.000 | 4m | ██ | Yes View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:03.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:43.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:45.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:45.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:46.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:49.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:50.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:51.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:52.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:53.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:53.000 | 51m | ██ | No View |
| 01218 | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:54.000 | 51m | ██ | No View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01218 | | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:55.000 | 51m | | No View |
| 01218 | | zzz | 2024-03-28 01:12:00.000 | 2024-03-28 02:03:56.000 | 51m | | Yes View |
| 01222 | | 01222 | 2024-03-30 17:06:00.000 | 2024-03-30 17:04:55.000 | 1m | | Yes View |
| 01234 | | 01234 | 2024-03-27 00:48:00.000 | 2024-03-27 04:35:17.000 | 3h 47m | | Yes View |
| 01238 | | 01238 | 2024-03-26 23:50:00.000 | 2024-03-27 06:36:18.000 | 6h 46m | | No View |
| 01242 | | 01242 | 2024-04-02 22:38:00.000 | 2024-04-02 22:41:58.000 | 3m | | Yes View |
| 01242 | | 01242 | 2024-04-02 23:10:00.000 | 2024-04-02 22:41:58.000 | 28m | | Yes View |
| 01250 | | 01251 | 2024-03-26 13:05:00.000 | 2024-03-26 13:24:26.000 | 19m | | Yes View |
| 01258 | | 01258 | 2024-05-03 00:30:00.000 | 2024-03-27 20:27:47.000 | 36d 4h 2m | | Yes View |
| 01266 | | 01266 | 2024-04-01 01:15:00.000 | 2024-04-01 01:22:00.000 | 7m | | Yes View |
| 01268 | | 01268 | 2024-04-01 14:20:00.000 | 2024-04-01 15:03:35.000 | 43m | | No View |
| 01271 | | ZZZ | 2024-04-01 01:33:00.000 | 2024-04-01 01:45:59.000 | 12m | | Yes View |
| 01274 | | 01274 | 2024-03-27 03:01:00.000 | 2024-03-27 03:59:09.000 | 58m | | Yes View |
| 01284 | | 01284 | 2021-03-26 03:44:00.000 | 2024-04-04 02:08:09.000 | 1,104d 22h 24m | | Yes View |
| 01291 | | 01291 | 2024-04-04 23:04:00.000 | 2024-04-04 23:13:05.000 | 9m | | Yes View |
| 01300 | | 01300 | 2024-04-02 10:48:00.000 | 2024-04-02 11:15:12.000 | 27m | | Yes View |
| 01306 | | ZZZ | 2024-03-26 18:24:00.000 | 2024-03-26 18:39:17.000 | 15m | | Yes View |
| 01308 | | 01308 | 2024-04-02 20:00:10.000 | 2024-04-02 19:54:36.000 | 5m | | Yes View |
| 01310 | | 01310 | 2024-03-28 01:45:00.000 | 2024-03-28 05:27:03.000 | 3h 42m | | Yes View |
| 01321 | | 01322 | 2024-03-31 22:51:00.000 | 2024-03-31 22:52:55.000 | 1m | | Yes View |
| 01321 | | 01322 | 2024-03-31 22:51:00.000 | 2024-04-01 08:49:35.000 | 9h 58m | | Yes View |
| 01324 | | 01324 | 2024-03-26 10:09:00.000 | 2024-03-26 14:27:40.000 | 4h 18m | | Yes View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01341 | | ZZZ | 2024-04-02 22:52:00.000 | 2024-04-02 23:22:14.000 | 30m | ■ | Yes View |
| 01345 | | 01345 | 2024-04-03 18:30:11.000 | 2024-04-03 21:54:35.000 | 3h 24m | ■ | Yes View |
| 01351 | | ZZZ | 2024-04-03 04:03:00.000 | 2024-04-03 04:21:33.000 | 18m | ■ | Yes View |
| 01354 | | 01354 | 2024-03-28 23:02:00.000 | 2024-03-28 22:58:04.000 | 3m | ■ | Yes View |
| 01363 | | 01363 | 2024-03-27 01:55:00.000 | 2024-03-27 02:41:21.000 | 46m | ■ | Yes View |
| 01369 | | 01370 | 2024-03-25 15:56:00.000 | 2024-03-25 16:10:08.000 | 14m | ■ | Yes View |
| 01372 | | ZZZ | 2024-03-26 16:22:00.000 | 2024-03-26 16:36:35.000 | 14m | ■ | Yes View |
| 01376 | | zzz | 2023-03-27 14:14:00.000 | 2024-04-01 20:07:34.000 | 371d 5h 53m | ■ | Yes View |
| 01376 | | zzz | 2023-10-10 17:49:00.000 | 2024-04-01 20:07:34.000 | 174d 2h 18m | ■ | Yes View |
| 01376 | | ZZZ | 2024-04-01 19:53:00.000 | 2024-04-01 20:07:34.000 | 14m | ■ | Yes View |
| 01390 | | ZZZ | 2024-03-28 21:51:00.000 | 2024-03-28 22:04:24.000 | 13m | ■ | Yes View |
| 01400 | | 01400 | 2024-04-04 09:11:00.000 | 2024-04-04 11:25:53.000 | 2h 14m | ■ | Yes View |
| 01400 | | 01400 | 2024-04-04 11:12:00.000 | 2024-04-04 11:25:53.000 | 13m | ■ | Yes View |

Rows: 228