8/6/24, 10:32 AM                               CorEMR - Reports :: Form Report | v5.5.0

# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 01054 | ZZZ | 2024-03-25 00:39:00.000 | 2024-03-25 01:06:07.000 | 27m | | Yes | View |
| 01054 | ZZZ | 2024-03-25 00:39:00.000 | 2024-03-25 04:03:23.000 | 3h 24m | | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-25 11:02:03.000 | 7m | | Yes | View |
| 00895 | 00895 | 2024-03-23 04:48:00.000 | 2024-03-25 11:03:48.000 | 2d 6h 15m | | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-25 11:08:25.000 | 1d 9h 55m | | No | View |
| 00319 | 00321 | 2024-03-24 01:59:00.000 | 2024-03-25 11:11:39.000 | 1d 9h 12m | | No | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-25 11:13:10.000 | 2d 12h 32m | | No | View |
| 00784 | 00784 | 2024-03-20 20:44:00.000 | 2024-03-25 11:16:55.000 | 4d 14h 32m | | No | View |
| 01164 | 01165 | 2024-03-25 05:17:00.000 | 2024-03-25 15:41:16.000 | 10h 24m | | No | View |
| 01054 | 01054 | 2024-03-25 01:15:08.000 | 2024-03-25 15:43:31.000 | 14h 28m | | No | View |
| 00534 | zzz | 2024-03-25 20:01:00.000 | 2024-03-25 20:33:29.000 | 32m | | Yes | View |
| 00690 | 00692 | 2024-03-25 20:57:00.000 | 2024-03-25 21:36:30.000 | 39m | | Yes | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-25 22:18:47.000 | 2d 23h 37m | | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-25 22:22:33.000 | 1d 21h 9m | | No | View |
| 01054 | 01054 | 2024-03-25 01:15:08.000 | 2024-03-25 22:23:30.000 | 21h 8m | | No | View |
| 00784 | 00784 | 2024-03-20 20:44:00.000 | 2024-03-25 22:24:49.000 | 5d 1h 40m | | No | View |

**Rows: 16**