# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 01054 | ZZZ | 2024-03-25 00:39:00.000 | 2024-03-25 01:06:07.000 | 27m | | Yes | View |
| 01054 | ZZZ | 2024-03-25 00:39:00.000 | 2024-03-25 04:03:23.000 | 3h 24m | | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-25 11:02:03.000 | 7m | | Yes | View |
| 00895 | 00895 | 2024-03-23 04:48:00.000 | 2024-03-25 11:03:48.000 | 2d 6h 15m | | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-25 11:08:25.000 | 1d 9h 55m | | No | View |
| 00319 | 00321 | 2024-03-24 01:59:00.000 | 2024-03-25 11:11:39.000 | 1d 9h 12m | | No | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-25 11:13:10.000 | 2d 12h 32m | | No | View |
| 00784 | 00784 | 2024-03-20 20:44:00.000 | 2024-03-25 11:16:55.000 | 4d 14h 32m | | No | View |
| 01164 | 01165 | 2024-03-25 05:17:00.000 | 2024-03-25 15:41:16.000 | 10h 24m | | No | View |
| 01054 | 01054 | 2024-03-25 01:15:08.000 | 2024-03-25 15:43:31.000 | 14h 28m | | No | View |
| 00534 | zzz | 2024-03-25 20:01:00.000 | 2024-03-25 20:33:29.000 | 32m | | Yes | View |
| 00690 | 00692 | 2024-03-25 20:57:00.000 | 2024-03-25 21:36:30.000 | 39m | | Yes | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-25 22:18:47.000 | 2d 23h 37m | | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-25 22:22:33.000 | 1d 21h 9m | | No | View |
| 01054 | 01054 | 2024-03-25 01:15:08.000 | 2024-03-25 22:23:30.000 | 21h 8m | | No | View |
| 00784 | 00784 | 2024-03-20 20:44:00.000 | 2024-03-25 22:24:49.000 | 5d 1h 40m | | No | View |
| 00534 | 00534 | 2024-03-25 20:12:00.000 | 2024-03-26 04:00:44.000 | 7h 48m | | No | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-26 04:04:23.000 | 3d 5h 23m | | No | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-26 04:05:48.000 | 2d 2h 52m | ■ | No | View |
| 01054 | 01054 | 2024-03-25 01:15:08.000 | 2024-03-26 04:06:55.000 | 1d 2h 51m | ■ | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-26 04:08:19.000 | 17h 13m | ■ | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-26 08:08:28.000 | 51m | ■ | Yes | View |
| 01164 | 01165 | 2024-03-25 05:17:00.000 | 2024-03-26 09:10:01.000 | 1d 3h 53m | ■ | No | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-26 15:47:37.000 | 9m | ■ | Yes | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-26 19:37:15.000 | 3h 40m | ■ | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-26 19:38:13.000 | 10h 38m | ■ | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-26 20:34:01.000 | 2d 19h 21m | ■ | Yes | View |
| 01372 | 01373 | 2024-03-26 16:36:00.000 | 2024-03-26 22:09:05.000 | 5h 33m | ■ | No | View |
| 00690 | 00692 | 2024-03-25 20:57:00.000 | 2024-03-26 22:24:06.000 | 1d 1h 27m | ■ | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-26 22:34:45.000 | 1d 11h 39m | ■ | No | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-27 02:46:14.000 | 4d 4h 5m | ■ | Yes | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-27 02:48:48.000 | 3d 1h 35m | ■ | Yes | View |
| 01372 | 01373 | 2024-03-26 16:36:00.000 | 2024-03-27 03:21:24.000 | 10h 45m | ■ | No | View |
| 01372 | 01373 | 2024-03-26 16:36:00.000 | 2024-03-27 09:56:43.000 | 17h 20m | ■ | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-27 09:58:48.000 | 1d 58m | ■ | No | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-27 10:00:12.000 | 18h 3m | ■ | No | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-27 10:47:58.000 | 4d 12h 6m | ■ | No | View |
| 00690 | 00692 | 2024-03-25 20:57:00.000 | 2024-03-27 11:13:48.000 | 1d 14h 16m | ■ | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-27 11:52:37.000 | 3d 10h 39m | ■ | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-27 15:46:53.000 | 2d 4h 51m | ■ | No | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00919 | 00920 | 2024-03-27 18:21:00.000 | 2024-03-27 18:37:17.000 | 16m | | Yes View |
| 01372 | 01373 | 2024-03-26 16:36:00.000 | 2024-03-27 21:57:21.000 | 1d 5h 21m | | No View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-27 22:03:43.000 | 4d 23h 22m | | No View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-27 22:06:08.000 | 3d 20h 53m | | No View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-27 22:10:42.000 | 2d 11h 15m | | No View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-27 22:11:53.000 | 1d 13h 11m | | No View |
| 01258 | 01258 | 2024-05-03 00:30:00.000 | 2024-03-27 22:59:39.000 | 36d 1h 30m | | Yes View |
| 00690 | 00691 | 2024-03-27 23:45:07.000 | 2024-03-28 00:22:10.000 | 37m | | No View |
| 00509 | 00509 | 2024-03-27 20:35:00.000 | 2024-03-28 03:09:44.000 | 6h 34m | | Yes View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-28 03:12:35.000 | 4d 1h 59m | | No View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-28 03:14:58.000 | 5d 4h 33m | | No View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-28 03:18:38.000 | 2d 16h 23m | | No View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-28 03:19:54.000 | 1d 18h 19m | | No View |
| 00919 | 00920 | 2024-03-27 18:21:00.000 | 2024-03-28 03:22:59.000 | 9h 1m | | No View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-28 03:23:39.000 | 1d 11h 26m | | No View |
| 00690 | 00691 | 2024-03-27 23:45:07.000 | 2024-03-28 04:31:02.000 | 4h 45m | | No View |
| 00080 | 00080 | 2024-03-28 02:41:00.000 | 2024-03-28 08:41:24.000 | 6h | | Yes View |
| 01310 | 01310 | 2024-03-28 01:45:00.000 | 2024-03-28 10:47:12.000 | 9h 2m | | Yes View |
| 00509 | 00509 | 2024-03-27 20:35:00.000 | 2024-03-28 10:51:57.000 | 14h 16m | | No View |
| 00919 | 00920 | 2024-03-27 18:21:00.000 | 2024-03-28 12:14:15.000 | 17h 53m | | No View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-28 12:17:54.000 | 1d 20h 20m | | No View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-28 12:19:28.000 | 4d 11h 6m | | No View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-28 12:21:54.000 | 3d 1h 26m | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-28 12:24:48.000 | 2d 3h 24m | No | View |
| 00078 | ZZZ | 2022-12-19 04:08:00.000 | 2024-03-28 12:35:25.000 | 465d 7h 27m | Yes | View |
| 00078 | zzz | 2020-08-25 00:15:00.000 | 2024-03-28 12:35:25.000 | 1,311d 12h 20m | Yes | View |
| 00711 | 00713 | 2024-03-22 22:41:00.000 | 2024-03-28 21:28:21.000 | 5d 22h 47m | No | View |
| 00919 | 00920 | 2024-03-27 18:21:00.000 | 2024-03-28 21:47:54.000 | 1d 3h 26m | No | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-28 21:50:15.000 | 2d 5h 53m | No | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-28 21:51:11.000 | 4d 20h 38m | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-28 22:00:42.000 | 3d 11h 5m | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-28 22:16:36.000 | 2d 13h 16m | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-28 23:28:41.000 | 26m | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-29 00:00:37.000 | 3m | Yes | View |
| 00690 | 00691 | 2024-03-27 23:45:07.000 | 2024-03-29 03:25:42.000 | 1d 3h 40m | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-29 03:26:52.000 | 3d 16h 31m | No | View |
| 01258 | 01259 | 2024-03-27 20:27:00.000 | 2024-03-29 03:28:55.000 | 1d 7h 1m | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-29 03:30:40.000 | 2d 18h 30m | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-29 03:37:39.000 | 3m | Yes | View |
| 00919 | 00920 | 2024-03-27 18:21:00.000 | 2024-03-29 03:44:05.000 | 1d 9h 23m | Yes | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-29 03:47:59.000 | 2d 11h 50m | Yes | View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-29 03:50:30.000 | 5d 2h 37m | Yes | View |
| 01138 | ZZZ | 2024-03-29 03:57:00.000 | 2024-03-29 04:18:28.000 | 21m | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-29 05:21:50.000 | 5h 24m | No | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00509 | 00509 | 2024-03-27 20:35:00.000 | 2024-03-29 05:27:38.000 | 1d 8h 52m | | No View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-29 05:28:59.000 | 6h 26m | | No View |
| 00798 | ZZZ | 2024-03-29 10:58:00.000 | 2024-03-29 11:38:42.000 | 40m | | No View |
| 00798 | ZZZ | 2020-02-23 13:20:00.000 | 2024-03-29 11:38:42.000 | 1,495d 21h 18m | | No View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-29 21:31:55.000 | 21h 34m | | No View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-29 21:34:13.000 | 3d 5h 37m | | No View |
| 00178 | 00178 | 2024-03-24 01:13:00.000 | 2024-03-29 21:35:54.000 | 5d 20h 22m | | No View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-29 21:37:17.000 | 18h 3m | | No View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-29 21:37:45.000 | 22h 35m | | No View |
| 00690 | 00691 | 2024-03-27 23:45:07.000 | 2024-03-29 21:40:02.000 | 1d 21h 54m | | No View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-29 21:41:19.000 | 4d 10h 46m | | No View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-29 21:42:34.000 | 17h 28m | | No View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-29 21:45:05.000 | 3d 12h 45m | | No View |
| 00509 | 00509 | 2024-03-27 20:35:00.000 | 2024-03-29 21:46:20.000 | 2d 1h 11m | | No View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-30 04:02:08.000 | 1d 4h 5m | | No View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-30 04:07:40.000 | 3d 19h 7m | | No View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-30 04:10:49.000 | 3d 12h 13m | | No View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-30 04:11:43.000 | 1d 5h 9m | | No View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-30 04:12:28.000 | 1d 38m | | No View |
| 00690 | 00691 | 2024-03-27 23:45:07.000 | 2024-03-30 04:15:36.000 | 2d 4h 30m | | No View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-30 04:16:35.000 | 4d 17h 21m | | No View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-30 04:17:58.000 | 1d 3m | | No View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00048 | ZZZ | 2023-10-16 01:45:00.000 | 2024-03-30 04:45:34.000 | 166d 3h | | Yes | View |
| 00048 | ZZZ | 2018-11-30 11:20:00.000 | 2024-03-30 04:45:34.000 | 1,946d 16h 25m | | Yes | View |
| 00798 | ZZZ | 2024-03-29 10:58:00.000 | 2024-03-30 07:11:32.000 | 20h 13m | | No | View |
| 00798 | ZZZ | 2020-02-23 13:20:00.000 | 2024-03-30 07:11:32.000 | 1,496d 16h 51m | | No | View |
| 00906 | ZZZ | 2024-03-30 16:15:00.000 | 2024-03-30 16:38:19.000 | 23m | | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-30 19:35:26.000 | 1d 19h 38m | | No | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-30 19:39:27.000 | 4d 3h 42m | | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-30 19:41:11.000 | 1d 20h 39m | | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-30 19:44:27.000 | 1d 16h 10m | | No | View |
| 00690 | 00691 | 2024-03-27 23:45:07.000 | 2024-03-30 19:49:36.000 | 2d 20h 4m | | No | View |
| 01082 | 01082 | 2024-03-25 10:55:00.000 | 2024-03-30 19:51:51.000 | 5d 8h 56m | | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-30 19:54:56.000 | 1d 15h 40m | | No | View |
| 00509 | 00509 | 2024-03-27 20:35:00.000 | 2024-03-30 19:59:30.000 | 2d 23h 24m | | No | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-30 20:00:54.000 | 4d 11h | | No | View |
| 00906 | ZZZ | 2024-03-30 16:15:00.000 | 2024-03-30 20:40:39.000 | 4h 25m | | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-31 01:37:21.000 | 2d 2h 35m | | Yes | View |
| 01144 | 01145 | 2024-03-26 09:00:00.000 | 2024-03-31 01:39:39.000 | 4d 16h 39m | | Yes | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-31 01:42:05.000 | 1d 22h 8m | | Yes | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-31 01:49:21.000 | 1d 21h 35m | | Yes | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-03-31 01:51:53.000 | 1d 15h 32m | | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-31 04:45:52.000 | 2d 4h 48m | | No | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-03-31 05:11:35.000 | 4d 13h 14m | | No | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-03-31 06:02:28.000 | 2d 7h | | No | View |
| 00025 | 00025 | 2024-03-30 10:31:00.000 | 2024-03-31 06:11:23.000 | 19h 40m | | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-31 06:14:23.000 | 2d 2h 40m | | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-31 09:33:23.000 | 2d 5h 19m | | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-03-31 09:36:12.000 | 1d 23h 17m | | No | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-03-31 15:35:50.000 | 2d 15h 38m | | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-03-31 15:42:55.000 | 2d 12h 8m | | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-03-31 15:45:34.000 | 2d 11h 31m | | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-03-31 15:48:20.000 | 2d 5h 29m | | No | View |
| 00906 | 00906 | 2024-03-30 16:45:00.000 | 2024-03-31 23:55:02.000 | 1d 7h 10m | | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-01 00:04:24.000 | 2d 19h 50m | | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-01 00:11:26.000 | 2d 13h 52m | | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-04-01 00:23:04.000 | 3d 1h 21m | | No | View |
| 00891 | 00892 | 2024-03-26 15:57:00.000 | 2024-04-01 00:26:28.000 | 5d 8h 29m | | No | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-01 00:31:15.000 | 3d 34m | | No | View |
| 01266 | 01266 | 2024-04-01 01:15:00.000 | 2024-04-01 02:18:35.000 | 1h 3m | | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-01 04:05:31.000 | 3d 4h 8m | | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-01 04:11:14.000 | 3d 37m | | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-01 04:15:36.000 | 3d 1m | | No | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-01 18:05:23.000 | 3h 45m | | No | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-01 18:18:55.000 | 3d 18h 21m | | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-04-01 18:23:04.000 | 3d 19h 21m | | No | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00025 | 00025 | 2024-03-30 10:31:00.000 | 2024-04-01 18:25:03.000 | 2d 7h 54m | ▮ | No View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-01 18:27:19.000 | 3d 14h 53m | ▮ | No View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-01 22:33:18.000 | 3d 22h 36m | ▮ | No View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-01 22:36:48.000 | 8h 16m | ▮ | No View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-04-01 22:42:46.000 | 3d 23h 40m | ▮ | No View |
| 00025 | 00025 | 2024-03-30 10:31:00.000 | 2024-04-01 22:44:12.000 | 2d 12h 13m | ▮ | No View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-01 22:45:20.000 | 3d 19h 11m | ▮ | No View |
| 00906 | 00906 | 2024-03-30 16:45:00.000 | 2024-04-01 22:47:53.000 | 2d 6h 2m | ▮ | No View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-01 22:49:14.000 | 3d 18h 35m | ▮ | No View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-01 22:50:36.000 | 3d 12h 31m | ▮ | No View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-02 03:50:19.000 | 4d 3h 53m | ▮ | No View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-02 03:51:54.000 | 13h 31m | ▮ | No View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-04-02 03:54:26.000 | 4d 4h 52m | ▮ | No View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-02 03:56:11.000 | 3d 23h 42m | ▮ | No View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-02 03:57:05.000 | 3d 17h 38m | ▮ | No View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-02 03:58:34.000 | 4d 24m | ▮ | No View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-02 13:47:13.000 | 4d 13h 50m | ▮ | No View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-02 13:55:52.000 | 23h 35m | ▮ | No View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-04-02 14:00:22.000 | 4d 14h 58m | ▮ | No View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-02 14:05:11.000 | 4d 3h 46m | ▮ | No View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-02 14:07:49.000 | 4d 10h 33m | ▮ | No View |
| 00906 | 00906 | 2024-03-30 16:45:00.000 | 2024-04-02 14:17:12.000 | 2d 21h 32m | ▮ | No View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-02 16:03:31.000 | 7h 1m | | Yes | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-02 16:04:37.000 | 7h 2m | | Yes | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-02 16:07:31.000 | 7h 5m | | Yes | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-02 16:08:44.000 | 7h 6m | | Yes | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-02 18:49:25.000 | 4d 14h 35m | | No | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-02 21:30:58.000 | 10h 42m | | Yes | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-02 21:31:58.000 | 10h 43m | | Yes | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-02 21:51:58.000 | 8h 9m | | Yes | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-02 21:54:45.000 | 8h 12m | | Yes | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-02 21:55:52.000 | 8h 13m | | Yes | View |
| 00750 | 00750 | 2024-03-28 23:57:00.000 | 2024-04-02 22:21:18.000 | 4d 22h 24m | | No | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-02 22:23:39.000 | 1d 8h 3m | | No | View |
| 01354 | 01354 | 2024-03-28 23:02:00.000 | 2024-04-02 22:39:32.000 | 4d 23h 37m | | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-02 22:42:56.000 | 4d 19h 8m | | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-02 22:50:06.000 | 4d 18h 36m | | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-02 22:51:39.000 | 4d 12h 32m | | No | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-02 22:57:21.000 | 13h 55m | | No | View |
| 01184 | 01184 | 2024-04-02 18:45:09.000 | 2024-04-02 23:58:15.000 | 5h 13m | | Yes | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-03 03:44:27.000 | 1d 13h 24m | | No | View |
| 00599 | 00600 | 2024-04-02 15:08:00.000 | 2024-04-03 03:47:48.000 | 12h 39m | | No | View |
| 01071 | 01071 | 2024-04-01 12:46:00.000 | 2024-04-03 03:49:30.000 | 1d 15h 3m | | No | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-03 03:51:06.000 | 14h 9m | | No | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-03 03:53:10.000 | 5d 19m | No | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-03 03:54:52.000 | 18h 52m | No | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-03 04:23:21.000 | 17h 35m | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-03 04:27:55.000 | 5d 13m | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-03 04:30:00.000 | 4d 18h 11m | No | View |
| 01341 | ZZZ | 2024-04-02 22:52:00.000 | 2024-04-03 06:09:58.000 | 7h 17m | No | View |
| 00110 | 00110 | 2024-04-02 23:37:00.000 | 2024-04-03 06:11:15.000 | 6h 34m | No | View |
| 01184 | 01184 | 2024-04-02 18:45:09.000 | 2024-04-03 06:11:48.000 | 11h 26m | No | View |
| 01266 | 01266 | 2024-04-01 01:15:00.000 | 2024-04-03 11:30:57.000 | 2d 10h 15m | No | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-03 11:34:25.000 | 1d 21h 14m | No | View |
| 00599 | 00600 | 2024-04-02 15:08:00.000 | 2024-04-03 11:36:53.000 | 20h 28m | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-03 11:39:04.000 | 5d 8h 5m | No | View |
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-03 11:39:59.000 | 5d 8h 5m | No | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-03 11:42:57.000 | 1d 54m | No | View |
| 00610 | 00610 | 2024-04-03 10:30:08.000 | 2024-04-03 12:09:26.000 | 1h 39m | Yes | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-03 16:32:57.000 | 5d 6h 13m | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-03 16:33:33.000 | 5d 12h 19m | No | View |
| 01076 | 01076 | 2024-04-03 20:09:00.000 | 2024-04-03 21:02:43.000 | 53m | Yes | View |
| 00152 | 00152 | 2024-04-03 15:54:00.000 | 2024-04-03 21:18:09.000 | 5h 24m | No | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-03 22:24:16.000 | 2d 8h 4m | No | View |
| 00599 | 00600 | 2024-04-02 15:08:00.000 | 2024-04-03 22:34:49.000 | 1d 7h 26m | No | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-03 22:37:01.000 | 1d 8h 55m | No | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00887 | 00887 | 2024-03-29 03:34:00.000 | 2024-04-03 22:38:14.000 | 5d 19h 4m | No | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-03 22:38:44.000 | 1d 13h 36m | No | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-03 22:43:29.000 | 1d 11h 55m | No | View |
| 01138 | 01139 | 2024-03-29 04:14:00.000 | 2024-04-03 22:44:02.000 | 5d 18h 30m | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-03 22:44:56.000 | 5d 12h 25m | No | View |
| 01345 | 01345 | 2024-04-03 18:30:11.000 | 2024-04-04 00:37:55.000 | 6h 7m | Yes | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-04 03:48:25.000 | 2d 13h 28m | No | View |
| 00599 | 00600 | 2024-04-02 15:08:00.000 | 2024-04-04 03:49:52.000 | 1d 12h 41m | No | View |
| 01071 | 01071 | 2024-04-01 12:46:00.000 | 2024-04-04 03:51:09.000 | 2d 15h 5m | No | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-04 03:51:56.000 | 1d 14h 9m | No | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-04 03:52:59.000 | 1d 18h 50m | No | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-04 03:54:24.000 | 1d 17h 6m | No | View |
| 00492 | 00492 | 2024-04-04 05:25:00.000 | 2024-04-04 06:04:32.000 | 39m | Yes | View |
| 00492 | 00492 | 2024-04-04 05:25:00.000 | 2024-04-04 10:45:40.000 | 5h 20m | No | View |
| 01076 | 01076 | 2024-04-03 20:09:00.000 | 2024-04-04 10:57:12.000 | 14h 48m | No | View |
| 00031 | 00031 | 2024-04-04 11:55:00.000 | 2024-04-04 14:26:13.000 | 2h 31m | Yes | View |
| 00919 | 00919 | 2024-04-04 15:06:00.000 | 2024-04-04 14:51:43.000 | 14m | No | View |
| 01153 | 01153 | 2024-04-04 17:43:00.000 | 2024-04-04 18:34:03.000 | 51m | Yes | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-04 18:45:26.000 | 3d 4h 25m | No | View |
| 01184 | 01184 | 2024-04-02 18:45:09.000 | 2024-04-04 18:46:16.000 | 2d 1m | No | View |
| 00599 | 00600 | 2024-04-02 15:08:00.000 | 2024-04-04 18:52:43.000 | 2d 3h 44m | No | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-04 18:54:32.000 | 2d 5h 12m | No | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-04 18:56:40.000 | 2d 9h 54m | ■ | No | View |
| 00380 | 00380 | 2024-04-03 01:58:00.000 | 2024-04-04 19:01:27.000 | 1d 17h 3m | ■ | No | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-04 19:06:14.000 | 2d 8h 18m | ■ | No | View |
| 01345 | 01345 | 2024-04-03 18:30:11.000 | 2024-04-04 19:08:20.000 | 1d 38m | ■ | No | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-04 19:12:04.000 | 6d 8h 53m | ■ | No | View |
| 00152 | 00152 | 2024-04-03 15:54:00.000 | 2024-04-04 19:13:58.000 | 1d 3h 19m | ■ | No | View |
| 01268 | 01268 | 2024-04-01 14:20:00.000 | 2024-04-04 22:18:05.000 | 3d 7h 58m | ■ | Yes | View |
| 01076 | 01076 | 2024-04-03 20:09:00.000 | 2024-04-04 22:20:40.000 | 1d 2h 11m | ■ | Yes | View |
| 00381 | 00381 | 2024-04-02 13:42:00.000 | 2024-04-04 22:24:42.000 | 2d 8h 42m | ■ | Yes | View |
| 00044 | 00045 | 2024-04-02 09:02:00.000 | 2024-04-04 22:26:12.000 | 2d 13h 24m | ■ | Yes | View |
| 00380 | 00380 | 2024-04-03 01:58:00.000 | 2024-04-04 23:07:17.000 | 1d 21h 9m | ■ | Yes | View |
| 01300 | 01300 | 2024-04-02 10:48:00.000 | 2024-04-04 23:11:36.000 | 2d 12h 23m | ■ | Yes | View |
| 01345 | 01345 | 2024-04-03 18:30:11.000 | 2024-04-04 23:13:25.000 | 1d 4h 43m | ■ | Yes | View |
| 00798 | 00798 | 2024-03-29 10:19:00.000 | 2024-04-04 23:18:54.000 | 6d 12h 59m | ■ | Yes | View |

**Rows: 252**