| Patient Name | Date of Crisis |
| --- | --- |
| 01193 | 03/25/24 |
| 00301 | 03/25/24 |
| 00145 | 03/25/24 |
| 00654 | 03/25/24 |
| 00462 | 03/26/24 |
| 00498 | 03/26/24 |
| 00645 | 03/28/24 |
| 01386 | 03/28/24 |
| 00144 | 03/28/24 |
| 01113 | 03/29/24 |
| 01113 | 03/31/24 |
| 00462 | 04/01/24 |
| 01386 | 04/02/24 |
| 00710 | 04/02/24 |
| 01113 | 04/04/24 |
| 00462 | 04/04/24 |
| 01234 | 04/05/24 |
| 01113 | 04/05/24 |
| 01141 | 04/05/24 |
| 00037 | 04/05/24 |
| 00112 | 04/05/24 |
| 00301 | 04/06/24 |
| 00178 | 04/06/24 |
| 01193 | 04/07/24 |
| 00490 | 04/07/24 |
| 00498 | 04/07/24 |
| 00301 | 04/07/24 |
| 00211 | 04/08/24 |