| | | | | |
|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 3/11/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 3/11/2024 | 4D |
| MJ1MHO03 | N 00563 | M 00563 | 3/11/2024 | BD |
| MJ1MHO06 | N 00728 | M 00728 | 3/11/2024 | SJ |
| MJ1MHO01 | N 01109 | M 01109 | 3/11/2024 | QDMJ |
| 1  MHO | 5  0 | | | |

YA--en'ss. \iii(ᵥ Silt H

Sheet2

| | | | | |
|---|---|---|---|---|
| MJ4BP 212 | N 00336 | M 00336 | 3/11/2024 | |
| MJ4BP 210 | N 00358 | M 00358 | 3/11/2024 | M |
| MJ4BP 104 | N 00725 | M 00725 | 3/11/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 3/11/2024 | M |
| MJ4BP 103 | N 01050 | M 01050 | 3/11/2024 | |
| MJ4BP 110 | N 01057 | M 01057 | 3/11/2024 | |
| MJ4BP 204 | N 01141 | M 01141 | 3/11/2024 | M |
| MJ4BP 201 | N 01249 | M 01249 | 3/11/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 3/11/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 3/11/2024 | 5Q |
| MJ4BP 107 | N 01364 | M 01364 | 3/11/2024 | M |
| MJ4BP 106 | N 01374 | M 01374 | 3/11/2024 | |
| MJ4BP 206 | S 00990 | M 00990 | 3/11/2024 | |
| MJ4BP 203 | S 01311 | M 01311 | 3/11/2024 | |

4 BP  12  2



| | | | |
|---|---|---|---|
| MJ3WHO20 | N 00234 | F 00234 | # |
| MJ3WHO23 | N 00929 | F 00929 | # |
| MJ3WHO21 | S 01003 | F 01003 | # |
| 3  WHO | 2 | | # |

+-Wdta  tial

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 212 | N 00068 | F 00068 | 3/11/2024 | |
| MJ3RP 109 | N 00553 | F 00553 | 3/11/2024 | T |
| MJ3RP 107D | N 00586 | F 00586 | 3/11/2024 | K |
| MJ3RP 210 | N 00631 | F 00631 | 3/11/2024 | |
| MJ3RP 201 | N 00782 | F 00782 | 3/11/2024 | |
| MJ3RP 206 | N 00870 | F 00870 | 3/11/2024 | D |
| MJ3RP 104 | N 00874 | F 00874 | 3/11/2024 | T |
| MJ3RP 103 | N 00875 | F 00875 | 3/11/2024 | |
| MJ3RP 209 | N 01097 | F 01097 | 3/11/2024 | |
| MJ3RP 207 | N 01103 | F 01103 | 3/11/2024 | |
| MJ3RP 101 | N 01281 | F 01281 | 3/11/2024 | |
| MJ3RP 204 | S 00006 | F 00006 | 3/11/2024 | |
| MJ3RP 106 | S 00148 | F 00148 | 3/11/2024 | M |
| MJ3RP 203 | S 00507 | F 00507 | 3/11/2024 | |
| MJ3RP 107 | S 00819 | F 00819 | 3/11/2024 | |
| MJ3RP 110 | S 01064 | F 01064 | 3/11/2024 | A |

3 RP  11  5

A



| | | | | |
|---|---|---|---|---|
| MJ3SP 201 | N 00097 | F 00097 | 3/11/2024 | D |
| MJ3SP 203 | N 00170 | F 00170 | 3/11/2024 | |
| MJ3SP 103 | N 00533 | F 00533 | 3/11/2024 | M |
| MJ3SP 104 | N 00646 | F 00646 | 3/11/2024 | |
| MJ3SP 207 | N 00696 | F 00696 | 3/11/2024 | |
| MJ3SP 209 | N 00752 | F 00752 | 3/11/2024 | |
| MJ3SP 206D | N 01272 | F 01272 | 3/11/2024 | |
| MJ3SP 109 | N 01288 | F 01288 | 3/11/2024 | |
| MJ3SP 107 | N 01401 | F 01401 | 3/11/2024 | 42T |
| MJ3SP 212 | S 00709 | F 00709 | 3/11/2024 | |
| MJ3SP 106D | S 00764 | F 00764 | 3/11/2024 | TI A |
| MJ3SP 112 | S 00865 | F 00865 | 3/11/2024 | |
| MJ3SP 204 | S 00897 | F 00897 | 3/11/2024 | A |
| MJ3SP 210 | S 01183 | F 01183 | 3/11/2024 | |
| MJ3SP 207D | S 01237 | F 01237 | 3/11/2024 | |
| MJ3SP 206 | S 01313 | F 01313 | 3/11/2024 | |
| MJ3SP 110 | S 01381 | F 01381 | 3/11/2024 | A |

3 SP  9 8

| MJ1 MHO05 | N 00003 | M 00003 | 3/25/2024 | M |
| MJ1 MHO04 | N 00407 | M 00407 | 3/25/2024 | 4D |
| MJ1 MHO06 | N 00728 | M 00728 | 3/25/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/25/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/25/2024 | QDMJ |
| MJ1 MHO02 | N 01302 | M 01302 | 3/25/2024 | JQN |
| 1  MHO | 6  0 | | | |

tvutr\i,  *1*  ˙31$^{4)\text{-}4\text{-}4?\text{-}1\text{-}1}$

| MJ4AP 101 | N 00133 | M 00133 | 3/25/2024 | M   |
| MJ4AP 110 | N 00301 | M 00301 | 3/25/2024 |     |
| MJ4AP 106 | N 00323 | M 00323 | 3/25/2024 | QD  |
| MJ4AP 201 | N 00465 | M 00465 | 3/25/2024 | M   |
| MJ4AP 103 | N 00499 | M 00499 | 3/25/2024 | KMT |
| MJ4AP 104 | N 01083 | M 01083 | 3/25/2024 | KM  |
| MJ4AP 109 | N 01386 | M 01386 | 3/25/2024 | K   |
| MJ4AP 203 | S 00291 | M 00291 | 3/25/2024 |     |
| MJ4AP 107 | S 01006 | M 01006 | 3/25/2024 | M   |

4 AP  7 2

A-Pod    3/25/24

Sheet8

| MJ4BP 106 | N 00315 | M 00315 | 3/25/2024 | K |
| MJ4BP 210 | N 00358 | M 00358 | 3/25/2024 | M |
| MJ4BP 201 | N 00587 | M 00587 | 3/25/2024 | KD |
| MJ4BP 107 | N 00591 | M 00591 | 3/25/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 3/25/2024 | M |
| MJ4BP 209 | N 01050 | M 01050 | 3/25/2024 | |
| MJ4BP 110 | N 01057 | M 01057 | 3/25/2024 | |
| MJ4BP 204 | N 01141 | M 01141 | 3/25/2024 | M |
| MJ4BP 212 | N 01177 | M 01177 | 3/25/2024 | D |
| MJ4BP 109 | N 01262 | M 01262 | 3/25/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 3/25/2024 | 5Q |
| MJ4BP 103 | N 01357 | M 01357 | 3/25/2024 | MT04 |
| MJ4BP 206 | S 00990 | M 00990 | 3/25/2024 | |
| MJ4BP 203 | S 01311 | M 01311 | 3/25/2024 | |

4 BP  12  2

B-Pod  3/25/24

00234

00875

01313

3 WHO

2

Women's Holding   3/25/24

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 110 | N 00145 | F | 00145 | 3/25/2024 | |
| MJ3RP 109 | N 00462 | F | 00462 | 3/25/2024 | |
| MJ3RP 209 | N 00543 | F | 00543 | 3/25/2024 | |
| MJ3RP 107D | N 00586 | F | 00586 | 3/25/2024 | K |
| MJ3RP 210 | N 00631 | F | 00631 | 3/25/2024 | |
| MJ3RP 212 | N 00670 | F | 00670 | 3/25/2024 | |
| MJ3RP 103 | N 00723 | F | 00723 | 3/25/2024 | D |
| MJ3RP 204 | N 00752 | F | 00752 | 3/25/2024 | |
| MJ3RP 201 | N 00782 | F | 00782 | 3/25/2024 | |
| MJ3RP 203 | N 00807 | F | 00807 | 3/25/2024 | |
| MJ3RP 206 | N 00870 | F | 00870 | 3/25/2024 | D |
| MJ3RP 104 | N 00874 | F | 00874 | 3/25/2024 | T |
| MJ3RP 106D | N 01103 | F | 01103 | 3/25/2024 | |
| MJ3RP 207D | N 01219 | F | 01219 | 3/25/2024 | |
| MJ3RP 101 | N 01281 | F | 01281 | 3/25/2024 | |
| MJ3RP 107 | S 00507 | F | 00507 | 3/25/2024 | |
| MJ3RP 207 | S 01338 | F | 01338 | 3/25/2024 | |

15  2



3 RP

| | | | | | |
|---|---|---|---|---|---|
| MJ4DP 201 | N 00486 | F 00486 | 3/25/2024 | |
| MJ4DP 103 | N 00533 | F 00533 | 3/25/2024 | M |
| MJ4DP 110 | N 00554 | F 00554 | 3/25/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 3/25/2024 | |
| MJ4DP 209 | N 00696 | F 00696 | 3/25/2024 | |
| MJ4DP 206D | N 01272 | F 01272 | 3/25/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 3/25/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 3/25/2024 | 42T |
| MJ4DP 112 | S 00148 | F 00148 | 3/25/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 3/25/2024 | K |
| MJ4DP 207D | S 00273 | F 00273 | 3/25/2024 | |
| MJ4DP 106D | S 00764 | F 00764 | 3/25/2024 | TI A |
| MJ4DP 206 | S 00809 | F 00809 | 3/25/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 3/25/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 3/25/2024 | A |
| MJ4DP 210 | S 01381 | F 01381 | 3/25/2024 | A |

4 DP

8  8

D-Poci *si-1*

(C Pc˙ IFS

D- C̲ov_

V̲ok_A-) ktme-C_A q\viA „If

4

Sheet12

| | | | | |
|---|---|---|---|---|
| MJ1 MHO05 | N 00003 | M 00003 | 3/26/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 3/26/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 3/26/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/26/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/26/2024 | QDMJ |
| MJ1MHO02 | N 01302 | M 01302 | 3/26/2024 | JQN |

| 1  MHO | 6  0 | | | |

iWc-1("t)  3IDA6,1-,)L-1

Sheet13

| | | | | |
|---|---|---|---|---|
| MJ4AP 101 | N 00133 | M 00133 | 3/26/2024 | M |
| MJ4AP 110 | N 00301 | M 00301 | 3/26/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 3/26/2024 | QD |
| MJ4AP 201 | N 00465 | M 00465 | 3/26/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 3/26/2024 | KMT |
| MJ4AP 104 | N 01083 | M 01083 | 3/26/2024 | KM |
| MJ4AP 212 | N 01194 | M 01194 | 3/26/2024 | KD |
| MJ4AP 109 | N 01386 | M 01386 | 3/26/2024 | K |
| MJ4AP 203 | S 00291 | M 00291 | 3/26/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 3/26/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 3/26/2024 | M |

4 AP 8 3

RD· ci ¯31,-)c ⅼ..,---1/4-1

Sheet14

| | | | | | |
|---|---|---|---|---|---|
| MJ4BP 106 | N 00315 | M 00315 | 3/26/2024 | K |
| MJ4BP 210 | N 00358 | M 00358 | 3/26/2024 | M |
| MJ4BP 201 | N 00587 | M 00587 | 3/26/2024 | KD |
| MJ4BP 107 | N 00591 | M 00591 | 3/26/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 3/26/2024 | M |
| MJ4BP 104 | N 01050 | M 01050 | 3/26/2024 | |
| MJ4BP 110 | N 01057 | M 01057 | 3/26/2024 | |
| MJ4BP 204 | N 01141 | M 01141 | 3/26/2024 | M |
| MJ4BP 212 | N 01177 | M 01177 | 3/26/2024 | D |
| MJ4BP 109 | N 01262 | M 01262 | 3/26/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 3/26/2024 | 5Q |
| MJ4BP 103 | N 01357 | M 01357 | 3/26/2024 | MT04 |
| MJ4BP 206 | S 00990 | M 00990 | 3/26/2024 | |
| MJ4BP 203 | S 01311 | M 01311 | 3/26/2024 | |

4 BP  12  2



00234

00875

01313

3 WHO  1  2

tid⁻crIA-O⁻1`  S 4-6 I 41 r $_i$  '319

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 110 | N 00145 | F | 00145 | 3/26/2024 | |
| MJ3RP 109 | N 00462 | F | 00462 | 3/26/2024 | |
| MJ3RP 209 | N 00543 | F | 00543 | 3/26/2024 | |
| MJ3RP 107D | N 00586 | F | 00586 | 3/26/2024 | K |
| MJ3RP 210 | N 00631 | F | 00631 | 3/26/2024 | |
| MJ3RP 212 | N 00670 | F | 00670 | 3/26/2024 | |
| MJ3RP 103 | N 00723 | F | 00723 | 3/26/2024 | |
| MJ3RP 204 | N 00752 | F | 00752 | 3/26/2024 | |
| MJ3RP 201 | N 00782 | F | 00782 | 3/26/2024 | |
| MJ3RP 203 | N 00807 | F | 00807 | 3/26/2024 | |
| MJ3RP 104 | N 00874 | F | 00874 | 3/26/2024 | T |
| MJ3RP 106D | N 01103 | F | 01103 | 3/26/2024 | D |
| MJ3RP 207D | N 01219 | F | 01219 | 3/26/2024 | |
| MJ3RP 107 | S 00507 | F | 00507 | 3/26/2024 | |
| MJ3RP 207 | S 01338 | F | 01338 | 3/26/2024 | |

13  2



R-Pod    3/26/24

3 RP

| MJ4DP 201 | N 00486 | F 00486 | 3/26/2024 | |
| MJ4DP 103 | N 00533 | F 00533 | 3/26/2024 | M |
| MJ4DP 110 | N 00554 | F 00554 | 3/26/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 3/26/2024 | |
| MJ4DP 209 | N 00696 | F 00696 | 3/26/2024 | |
| MJ4DP 206D | N 01272 | F 01272 | 3/26/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 3/26/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 3/26/2024 | 42T |
| MJ4DP 112 | S 00148 | F 00148 | 3/26/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 3/26/2024 | K |
| MJ4DP 207D | S 00273 | F 00273 | 3/26/2024 | |
| MJ4DP 106D | S 00764 | F 00764 | 3/26/2024 | TI A |
| MJ4DP 206 | S 00809 | F 00809 | 3/26/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 3/26/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 3/26/2024 | A |
| MJ4DP 210 | S 01381 | F 01381 | 3/26/2024 | A |

4 DP  8 8

(-kakp  ?O,0

Sheet18

| | | | | | |
|---|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 3/27/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 3/27/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 3/27/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/27/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/27/2024 | QDMJ |
| MJ1MHO02 | N 01302 | M 01302 | 3/27/2024 | JQN |

1  MHO          6  0

Men's

lding

31:?----)

Sheet19

| | | | | |
|---|---|---|---|---|
| MJ4AP 101 | N 00133 | M 00133 | 3/27/2024 | M |
| MJ4AP 110 | N 00301 | M 00301 | 3/27/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 3/27/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 3/27/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 3/27/2024 | KMT |
| MJ4AP 212 | N 01194 | M 01194 | 3/27/2024 | KD |
| MJ4AP 109 | N 01386 | M 01386 | 3/27/2024 | KM |
| MJ4AP 203 | S 00291 | M 00291 | 3/27/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 3/27/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 3/27/2024 | M |

4 AP 7 3

A - Pod
3/27/24

| MJ4BP 106 | N 00315 | M | 00315 | 3/27/2024 | KM |
| MJ4BP 210 | N 00358 | M | 00358 | 3/27/2024 | M |
| MJ4BP 201 | N 00587 | M | 00587 | 3/27/2024 | KDM |
| MJ4BP 107 | N 00591 | M | 00591 | 3/27/2024 | |
| MJ4BP 112 | N 00947 | M | 00947 | 3/27/2024 | M |
| MJ4BP 110 | N 01057 | M | 01057 | 3/27/2024 | M |
| MJ4BP 204 | N 01141 | M | 01141 | 3/27/2024 | M |
| MJ4BP 109 | N 01262 | M | 01262 | 3/27/2024 | M |
| MJ4BP 207 | N 01326 | M | 01326 | 3/27/2024 | 5QM |
| MJ4BP 103 | N 01357 | M | 01357 | 3/27/2024 | MT04 |
| MJ4BP 203 | S 01311 | M | 01311 | 3/27/2024 | |

4 BP  10  1

Pod  3 1P11.H

00234

00875

3 WHO  1  1

t,,Qe•iyuartsc

lding    3|27|24

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 110 | N 00145 | F | 00145 | 3/27/2024 | |
| MJ3RP 109 | N 00462 | F | 00462 | 3/27/2024 | |
| MJ3RP 209 | N 00543 | F | 00543 | 3/27/2024 | M |
| MJ3RP 107D | N 00586 | F | 00586 | 3/27/2024 | K |
| MJ3RP 210 | N 00631 | F | 00631 | 3/27/2024 | M |
| MJ3RP 206 | N 00670 | F | 00670 | 3/27/2024 | |
| MJ3RP 103 | N 00723 | F | 00723 | 3/27/2024 | |
| MJ3RP 204 | N 00752 | F | 00752 | 3/27/2024 | |
| MJ3RP 201 | N 00782 | F | 00782 | 3/27/2024 | |
| MJ3RP 101 | N 00807 | F | 00807 | 3/27/2024 | |
| MJ3RP 107 | N 00874 | F | 00874 | 3/27/2024 | T |
| MJ3RP 106D | N 01103 | F | 01103 | 3/27/2024 | DM |
| MJ3RP 207D | N 01219 | F | 01219 | 3/27/2024 | |
| MJ3RP 104 | S 00764 | F | 00764 | 3/27/2024 | TI A |
| MJ3RP 212 | S 01313 | F | 01313 | 3/27/2024 | D |
| MJ3RP 207 | S 01338 | F | 01338 | 3/27/2024 | |

3 RP  13  3

R -Po A  31,)-11 0'1

| MJ4DP 201 | N 00486 | F 00486 | 3/27/2024 |     |
|-----------|---------|---------|-----------|-----|
| MJ4DP 110 | N 00554 | F 00554 | 3/27/2024 |     |
| MJ4DP 104 | N 00646 | F 00646 | 3/27/2024 |     |
| MJ4DP 209 | N 00696 | F 00696 | 3/27/2024 |     |
| MJ4DP 206D | N 01272 | F 01272 | 3/27/2024 |     |
| MJ4DP 109 | N 01288 | F 01288 | 3/27/2024 |     |
| MJ4DP 107 | N 01401 | F 01401 | 3/27/2024 | 42T |
| MJ4DP 112 | S 00148 | F 00148 | 3/27/2024 | M   |
| MJ4DP 203 | S 00170 | F 00170 | 3/27/2024 | K   |
| MJ4DP 207D | S 00273 | F 00273 | 3/27/2024 |     |
| MJ4DP 206 | S 00809 | F 00809 | 3/27/2024 |     |
| MJ4DP 212 | S 00865 | F 00865 | 3/27/2024 |     |
| MJ4DP 204 | S 00897 | F 00897 | 3/27/2024 | A   |
| MJ4DP 210 | S 01381 | F 01381 | 3/27/2024 | A   |

4 DP 7 7

310

(_+,,,,e

A

| | | | | |
|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 3/28/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 3/28/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 3/28/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/28/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/28/2024 | QDMJ |
| MJ1MHO02 | N 01302 | M 01302 | 3/28/2024 | JQN |

1  MHO          6  0

1\\<sup>7</sup>Un s *-4-5-'1(rtj*  3

| MJ4AP 101 | N 00133 | M 00133 | 3/28/2024 | M |
| MJ4AP 110 | N 00301 | M 00301 | 3/28/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 3/28/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 3/28/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 3/28/2024 | KMT |
| MJ4AP 104 | N 00892 | M 00892 | 3/28/2024 | M |
| MJ4AP 212 | N 01194 | M 01194 | 3/28/2024 | KD |
| MJ4AP 203 | S 00291 | M 00291 | 3/28/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 3/28/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 3/28/2024 | M |

4 AP  7  3

A - Pod    3/28/24

Sheet26

| | | | | | |
|---|---|---|---|---|---|
| MJ4BP 106 | N 00315 | M | 00315 | 3/28/2024 | KM |
| MJ4BP 210 | N 00358 | M | 00358 | 3/28/2024 | M |
| MJ4BP 201 | N 00587 | M | 00587 | 3/28/2024 | KDM |
| MJ4BP 107 | N 00591 | M | 00591 | 3/28/2024 | |
| MJ4BP 112 | N 00947 | M | 00947 | 3/28/2024 | M |
| MJ4BP 110 | N 01057 | M | 01057 | 3/28/2024 | M |
| MJ4BP 204 | N 01141 | M | 01141 | 3/28/2024 | M |
| MJ4BP 109 | N 01262 | M | 01262 | 3/28/2024 | M |
| MJ4BP 207 | N 01326 | M | 01326 | 3/28/2024 | 5QM |
| MJ4BP 103 | N 01357 | M | 01357 | 3/28/2024 | MT04 |
| MJ4BP 203 | S 01311 | M | 01311 | 3/28/2024 | |

4 BP  10  1

00234

00875

3 WHO  1  1

CjlK:t.41'

3/28/24

lding

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 110 | 00145 | F | 00145 | 3/28/2024 | |
| MJ3RP 203 | 00402 | F | 00402 | 3/28/2024 | |
| MJ3RP 109 | 00462 | F | 00462 | 3/28/2024 | |
| MJ3RP 209 | 00543 | F | 00543 | 3/28/2024 | M |
| MJ3RP 107D | N 00586 | F | 00586 | 3/28/2024 | K |
| MJ3RP 210 | 00631 | F | 00631 | 3/28/2024 | M |
| MJ3RP 206 | 00670 | F | 00670 | 3/28/2024 | |
| MJ3RP 103 | 00723 | F | 00723 | 3/28/2024 | |
| MJ3RP 204 | 00752 | F | 00752 | 3/28/2024 | |
| MJ3RP 201 | 00782 | F | 00782 | 3/28/2024 | |
| MJ3RP 101 | 00807 | F | 00807 | 3/28/2024 | |
| MJ3RP 106D | N 01103 | F | 01103 | 3/28/2024 | DM |
| MJ3RP 106 | 01219 | F | 01219 | 3/28/2024 | |
| MJ3RP 104 | 00764 | F | 00764 | 3/28/2024 | TI A |
| MJ3RP 212 | 01313 | F | 01313 | 3/28/2024 | |
| MJ3RP 206D | S 01338 | F | 01338 | 3/28/2024 | |

3 RP

13  3



| | | | | |
|---|---|---|---|---|
| MJ4DP 201 | 00486 | F | 00486 | 3/28/2024 |
| MJ4DP 110 | 00554 | F | 00554 | 3/28/2024 |
| MJ4DP 104 | 00646 | F | 00646 | 3/28/2024 |
| MJ4DP 209 | 00696 | F | 00696 | 3/28/2024 |
| MJ4DP 206D | N 01272 | F | 01272 | 3/28/2024 |
| MJ4DP 109 | 01288 | F | 01288 | 3/28/2024 |
| MJ4DP 107 | 01401 | F | 01401 | 3/28/2024 |
| MJ4DP 112 | 00148 | F | 00148 | 3/28/2024 |
| MJ4DP 203 | 00170 | F | 00170 | 3/28/2024 |
| MJ4DP 207D | S 00273 | F | 00273 | 3/28/2024 |
| MJ4DP 206 | 00809 | F | 00809 | 3/28/2024 |
| MJ4DP 212 | 00865 | F | 00865 | 3/28/2024 |
| MJ4DP 204 | 00897 | F | 00897 | 3/28/2024 |
| MJ4DP 106 | 01232 | F | 01232 | 3/28/2024 |
| MJ4DP 210 | 01381 | F | 01381 | 3/28/2024 |

4 DP  7  8

C

icaup S- 06A

42T

M A

K

A
A

Sheet30

| | | | | |
|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 3/29/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 3/29/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 3/29/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/29/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/29/2024 | QDMJ |
| MJ1MHO02 | N 01302 | M 01302 | 3/29/2024 | JQN |

1  MHO          6  0

Mun's Holding  3/29/24

| MJ4AP 101 | N 00133 | M 00133 | 3/29/2024 | M |
| MJ4AP 110 | N 00301 | M 00301 | 3/29/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 3/29/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 3/29/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 3/29/2024 | KMT |
| MJ4AP 104 | N 00892 | M 00892 | 3/29/2024 | M |
| MJ4AP 212 | N 01194 | M 01194 | 3/29/2024 | KD |
| MJ4AP 109 | N 01386 | M 01386 | 3/29/2024 | KM |
| MJ4AP 203 | S 00291 | M 00291 | 3/29/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 3/29/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 3/29/2024 | M |

4 AP  8  3

| MJ4BP 106 | N 00315 | M 00315 | 3/29/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 3/29/2024 | M |
| MJ4BP 201 | N 00587 | M 00587 | 3/29/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 3/29/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 3/29/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 3/29/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 3/29/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 3/29/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 3/29/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 3/29/2024 | MT04 |
| MJ4BP 212 | S 01311 | M 01311 | 3/29/2024 | |

4 BP  10  1

*e-pod*  *31D-qtaq*

00234

00875

3 WHO  1  1

*Women*

*to)*

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 203 | N 00402 | F 00402 | 3/29/2024 | |
| MJ3RP 109 | N 00462 | F 00462 | 3/29/2024 | |
| MJ3RP 209 | N 00543 | F 00543 | 3/29/2024 | M |
| MJ3RP 107D | N 00586 | F 00586 | 3/29/2024 | K |
| MJ3RP 210 | N 00631 | F 00631 | 3/29/2024 | M |
| MJ3RP 206 | N 00670 | F 00670 | 3/29/2024 | |
| MJ3RP 103 | N 00723 | F 00723 | 3/29/2024 | |
| MJ3RP 201 | N 00782 | F 00782 | 3/29/2024 | |
| MJ3RP 101 | N 00807 | F 00807 | 3/29/2024 | |
| MJ3RP 106D | N 01103 | F 01103 | 3/29/2024 | DM |
| MJ3RP 107 | N 01219 | F 01219 | 3/29/2024 | |
| MJ3RP 104 | S 00764 | F 00764 | 3/29/2024 | TI A |
| MJ3RP 212 | S 01313 | F 01313 | 3/29/2024 | D |
| MJ3RP 206D | S 01338 | F 01338 | 3/29/2024 | |

3 RP  11  3


Pt, 3*9-41.-`1*

Sheet35

| | | | | | |
|---|---|---|---|---|---|
| MJ4DP 201 | N 00486 | F 00486 | 3/29/2024 | |
| MJ4DP 110 | N 00554 | F 00554 | 3/29/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 3/29/2024 | |
| MJ4DP 209 | N 00696 | F 00696 | 3/29/2024 | |
| MJ4DP 206D | N 01272 | F 01272 | 3/29/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 3/29/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 3/29/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 3/29/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 3/29/2024 | K |
| MJ4DP 207D | S 00273 | F 00273 | 3/29/2024 | |
| MJ4DP 206 | S 00809 | F 00809 | 3/29/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 3/29/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 3/29/2024 | A |
| MJ4DP 106 | S 01232 | F 01232 | 3/29/2024 | A |
| MJ4DP 210 | S 01381 | F 01381 | 3/29/2024 | A |

4 DP  7  8



D-Pod

(terry

3/29/24

S-Pod)

| | | | | |
|---|---|---|---|---|
| MJ1 MHO05 | N 00003 | M 00003 | 3/30/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 3/30/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 3/30/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/30/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/30/2024 | QDMJ |
| MJ1 MHO02 | N 01302 | M 01302 | 3/30/2024 | JQN |
| 1  MHO | 6  0 | | | |

Pk•Lifi•5 *tki* (6 (7  3136(,),/

| | | | | |
|---|---|---|---|---|
| MJ4AP 101 | N 00133 | M 00133 | 3/30/2024 | M |
| MJ4AP 110 | N 00301 | M 00301 | 3/30/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 3/30/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 3/30/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 3/30/2024 | KMT |
| MJ4AP 104 | N 00892 | M 00892 | 3/30/2024 | M |
| MJ4AP 212 | N 01194 | M 01194 | 3/30/2024 | KD |
| MJ4AP 109 | N 01386 | M 01386 | 3/30/2024 | KM |
| MJ4AP 203 | S 00291 | M 00291 | 3/30/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 3/30/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 3/30/2024 | M |

4 AP  8  3

A Pod    3/30/24

Sheet38

| | | | | |
|---|---|---|---|---|
| MJ4BP 106 | N 00315 | M 00315 | 3/30/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 3/30/2024 | M |
| MJ4BP 201 | N 00587 | M 00587 | 3/30/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 3/30/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 3/30/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 3/30/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 3/30/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 3/30/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 3/30/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 3/30/2024 | MT04 |
| MJ4BP 212 | S 01311 | M 01311 | 3/30/2024 | |

4 BP  10  1

H

00875
3 WHO  0  1

tbyaLz) s  ((irri<sub>j</sub>  *301/44*

| MJ3RP 203 | N 00402 | F 00402 | 3/30/2024 | |
| MJ3RP 109 | N 00462 | F 00462 | 3/30/2024 | |
| MJ3RP 209 | N 00543 | F 00543 | 3/30/2024 | M |
| MJ3RP 107D | N 00586 | F 00586 | 3/30/2024 | K |
| MJ3RP 210 | N 00631 | F 00631 | 3/30/2024 | M |
| MJ3RP 206 | N 00670 | F 00670 | 3/30/2024 | |
| MJ3RP 103 | N 00723 | F 00723 | 3/30/2024 | |
| MJ3RP 201 | N 00782 | F 00782 | 3/30/2024 | |
| MJ3RP 101 | N 00807 | F 00807 | 3/30/2024 | |
| MJ3RP 106D | N 01103 | F 01103 | 3/30/2024 | DM |
| MJ3RP 107 | N 01219 | F 01219 | 3/30/2024 | |
| MJ3RP 104 | S 00764 | F 00764 | 3/30/2024 | TI A |
| MJ3RP 212 | S 01313 | F 01313 | 3/30/2024 | D |
| MJ3RP 206D | S 01338 | F 01338 | 3/30/2024 | |

3 RP  11  3

Pod  3130(

| | | | | |
|---|---|---|---|---|
| MJ4DP 201 | N 00486 | F 00486 | 3/30/2024 | |
| MJ4DP 110 | N 00554 | F 00554 | 3/30/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 3/30/2024 | |
| MJ4DP 209 | N 00696 | F 00696 | 3/30/2024 | |
| MJ4DP 206D | N 01272 | F 01272 | 3/30/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 3/30/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 3/30/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 3/30/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 3/30/2024 | K |
| MJ4DP 207D | S 00273 | F 00273 | 3/30/2024 | |
| MJ4DP 206 | S 00809 | F 00809 | 3/30/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 3/30/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 3/30/2024 | A |
| MJ4DP 106 | S 01232 | F 01232 | 3/30/2024 | A |
| MJ4DP 210 | S 01381 | F 01381 | 3/30/2024 | A |

4 DP  7 8

064  31361-/

Sheet42

| | | | | |
|---|---|---|---|---|
| MJ1 MHO05 | N 00003 | M 00003 | 3/31/2024 | M |
| MJ1 MHO04 | N 00407 | M 00407 | 3/31/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 3/31/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 3/31/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 3/31/2024 | QDMJ |
| MJ1MHO02 | N 01302 | M 01302 | 3/31/2024 | JQN |

1  MHO        6 0

Men's Holding 3/31/24

| | | | | |
|---|---|---|---|---|
| MJ4AP 101 | N 00133 | M 00133 | 3/31/2024 | M |
| MJ4AP 110 | N 00301 | M 00301 | 3/31/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 3/31/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 3/31/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 3/31/2024 | KMT |
| MJ4AP 104 | N 00892 | M 00892 | 3/31/2024 | M |
| MJ4AP 109 | N 01386 | M 01386 | 3/31/2024 | KM |
| MJ4AP 203 | S 00291 | M 00291 | 3/31/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 3/31/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 3/31/2024 | M |

4 AP  7  3

P6d  3/10⁻ I

| | | | | |
|---|---|---|---|---|
| MJ4BP 106 | N 00315 | M 00315 | 3/31/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 3/31/2024 | M |
| MJ4BP 201 | N 00587 | M 00587 | 3/31/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 3/31/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 3/31/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 3/31/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 3/31/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 3/31/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 3/31/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 3/31/2024 | MT04 |
| MJ4BP 212 | S 01311 | M 01311 | 3/31/2024 | |

4 BP  10  1

331

00875

3 WHO  0  1

Women's

ldins

3/31/24

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 110 | N 00145 | F | 00145 | 3/31/2024 | |
| MJ3RP 203 | N 00402 | F | 00402 | 3/31/2024 | |
| MJ3RP 109 | N 00462 | F | 00462 | 3/31/2024 | |
| MJ3RP 209 | N 00543 | F | 00543 | 3/31/2024 | M |
| MJ3RP 107D | N 00586 | F | 00586 | 3/31/2024 | K |
| MJ3RP 210 | N 00631 | F | 00631 | 3/31/2024 | M |
| MJ3RP 206 | N 00670 | F | 00670 | 3/31/2024 | |
| MJ3RP 103 | N 00723 | F | 00723 | 3/31/2024 | |
| MJ3RP 201 | N 00782 | F | 00782 | 3/31/2024 | |
| MJ3RP 101 | N 00807 | F | 00807 | 3/31/2024 | |
| MJ3RP 106D | N 01103 | F | 01103 | 3/31/2024 | DM |
| MJ3RP 107 | N 01219 | F | 01219 | 3/31/2024 | |
| MJ3RP 104 | S 00764 | F | 00764 | 3/31/2024 | TI A |
| MJ3RP 212 | S 01313 | F | 01313 | 3/31/2024 | D |
| MJ3RP 206D | S 01338 | F | 01338 | 3/31/2024 | |

3 RP   12  3

R. Pod
3/31/24

| MJ4DP 201 | N 00486 | F 00486 | 3/31/2024 | |
| MJ4DP 110 | N 00554 | F 00554 | 3/31/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 3/31/2024 | |
| MJ4DP 209 | N 00696 | F 00696 | 3/31/2024 | |
| MJ4DP 206D | N 01272 | F 01272 | 3/31/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 3/31/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 3/31/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 3/31/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 3/31/2024 | |
| MJ4DP 207D | S 00273 | F 00273 | 3/31/2024 | |
| MJ4DP 206 | S 00809 | F 00809 | 3/31/2024 | K |
| MJ4DP 212 | S 00865 | F 00865 | 3/31/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 3/31/2024 | |
| MJ4DP 106 | S 01232 | F 01232 | 3/31/2024 | A |
| MJ4DP 210 | S 01381 | F 01381 | 3/31/2024 | A |

4 DP  7  8

Pad  31[3,]  /;)-

| | | | | |
|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 4/1/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 4/1/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 4/1/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 4/1/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 4/1/2024 | QDMJ |
| MJ1MHO02 | N 01302 | M 01302 | 4/1/2024 | JQN |
| 1  MHO | 6  0 | | | |

)$^{(1}$/LLif) s  1 dui:5

Sheet49

| MJ4AP 210 | N 00026 | M 00026 | 4/1/2024 | 1M |
| MJ4AP 101 | N 00133 | M 00133 | 4/1/2024 | M |
| MJ4AP 209 | N 00144 | M 00144 | 4/1/2024 | |
| MJ4AP 110 | N 00301 | M 00301 | 4/1/2024 | |
| MJ4AP 106 | N 00323 | M 00323 | 4/1/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 4/1/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 4/1/2024 | KMT |
| MJ4AP 104 | N 00892 | M 00892 | 4/1/2024 | M |
| MJ4AP 212 | N 01194 | M 01194 | 4/1/2024 | KD |
| MJ4AP 109 | N 01386 | M 01386 | 4/1/2024 | KM |
| MJ4AP 206 | N 01392 | M 01392 | 4/1/2024 | M |
| MJ4AP 203 | S 00291 | M 00291 | 4/1/2024 | |
| MJ4AP 204 | S 00576 | M 00576 | 4/1/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 4/1/2024 | M |
| MJ4AP 207 | S 01335 | M 01335 | 4/1/2024 | |

4 AP  11  4

Pod  Y/i 3 1

| | | | | |
|---|---|---|---|---|
| MJ4BP 106 | N 00315 | M 00315 | 4/1/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 4/1/2024 | M |
| MJ4BP 104 | N 00481 | M 00481 | 4/1/2024 | |
| MJ4BP 201 | N 00587 | M 00587 | 4/1/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 4/1/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 4/1/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 4/1/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 4/1/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 4/1/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 4/1/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 4/1/2024 | MT04 |
| MJ4BP 203 | S 00769 | M 00769 | 4/1/2024 | A |
| MJ4BP 212 | S 01311 | M 01311 | 4/1/2024 | |

4 BP  11  2



00875

3 WHO  0  1

1A)3y-Yup's *doleful* $^-_5$  iljd-1

| | | | | |
|---|---|---|---|---|
| MJ3RP 110 | N 00145 | F 00145 | 4/1/2024 | |
| MJ3RP 203 | N 00402 | F 00402 | 4/1/2024 | |
| MJ3RP 109 | N 00462 | F 00462 | 4/1/2024 | |
| MJ3RP 209 | N 00543 | F 00543 | 4/1/2024 | M |
| MJ3RP 107D | N 00586 | F 00586 | 4/1/2024 | K |
| MJ3RP 210 | N 00631 | F 00631 | 4/1/2024 | M |
| MJ3RP 206 | N 00670 | F 00670 | 4/1/2024 | |
| MJ3RP 103 | N 00723 | F 00723 | 4/1/2024 | |
| MJ3RP 201 | N 00782 | F 00782 | 4/1/2024 | |
| MJ3RP 101 | N 00807 | F 00807 | 4/1/2024 | |
| MJ3RP 106D | N 01103 | F 01103 | 4/1/2024 | DM |
| MJ3RP 107 | N 01219 | F 01219 | 4/1/2024 | |
| MJ3RP 104 | S 00764 | F 00764 | 4/1/2024 | TI A |
| MJ3RP 212 | S 01313 | F 01313 | 4/1/2024 | D |
| MJ3RP 206D | S 01338 | F 01338 | 4/1/2024 | |

3 RP  12  3



| | | | | |
|---|---|---|---|---|
| MJ4DP 201 | N 00486 | F 00486 | 4/1/2024 | |
| MJ4DP 110 | N 00554 | F 00554 | 4/1/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 4/1/2024 | |
| MJ4DP 209 | N 00696 | F 00696 | 4/1/2024 | |
| MJ4DP 206D | N 01272 | F 01272 | 4/1/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 4/1/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 4/1/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 4/1/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 4/1/2024 | K |
| MJ4DP 207D | S 00273 | F 00273 | 4/1/2024 | |
| MJ4DP 206 | S 00809 | F 00809 | 4/1/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 4/1/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 4/1/2024 | A |
| MJ4DP 106 | S 01232 | F 01232 | 4/1/2024 | A |
| MJ4DP 210 | S 01381 | F 01381 | 4/1/2024 | A |

4 DP

7  8

D-Pod
(temp S-Pod)    4/1/24

| | | | | |
|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 4/2/2024 | M |
| MJ1MHO04 | N 00407 | M 00407 | 4/2/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 4/2/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 4/2/2024 | J1QN |
| MJ1MHO01 | N 01109 | M 01109 | 4/2/2024 | Q M |
| MJ1MHO02 | N 01302 | M 01302 | 4/2/2024 | JQN |
| 1  MHO | 6 0 | | | |

*(41  I-11)-1°-*

Men's

| | | | | |
|---|---|---|---|---|
| MJ4AP 210 | N 00026 | M 00026 | 4/2/2024 | 1M |
| MJ4AP 110 | N 00301 | M 00301 | 4/2/2024 | M |
| MJ4AP 106 | N 00323 | M 00323 | 4/2/2024 | QDM |
| MJ4AP 201 | N 00465 | M 00465 | 4/2/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 4/2/2024 | KMT |
| MJ4AP 104 | N 00892 | M 00892 | 4/2/2024 | M |
| MJ4AP 101 | N 00905 | M 00905 | 4/2/2024 | |
| MJ4AP 212 | N 01194 | M 01194 | 4/2/2024 | KDM |
| MJ4AP 109 | N 01386 | M 01386 | 4/2/2024 | KM |
| MJ4AP 206 | N 01392 | M 01392 | 4/2/2024 | M |
| MJ4AP 209 | S 00144 | M 00144 | 4/2/2024 | |
| MJ4AP 203 | S 00291 | M 00291 | 4/2/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 4/2/2024 | M |
| MJ4AP 207 | S 01335 | M 01335 | 4/2/2024 | |

4 AP  10  4

A - Pod

ᵣLip/31

| | | | | | |
|---|---|---|---|---|---|
| MJ4BP 106 | N 00315 | M 00315 | 4/2/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 4/2/2024 | M |
| MJ4BP 104 | N 00481 | M 00481 | 4/2/2024 | |
| MJ4BP 201 | N 00587 | M 00587 | 4/2/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 4/2/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 4/2/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 4/2/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 4/2/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 4/2/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 4/2/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 4/2/2024 | MT04 |
| MJ4BP 209 | N 01376 | M 01376 | 4/2/2024 | |
| MJ4BP 203 | S 00769 | M 00769 | 4/2/2024 | A |
| MJ4BP 212 | S 01311 | M 01311 | 4/2/2024 | |

4 BP  12  2

- Po A

00234

00875

3 WHO  1  1

asat. 3  (Kt ,  YID 13

| MJ3RP 109 | N 00145 | F | 00145 | 4/2/2024 | |
| MJ3RP 203 | N 00402 | F | 00402 | 4/2/2024 | |
| MJ3RP 107D | N 00586 | F | 00586 | 4/2/2024 | K |
| MJ3RP 210 | N 00631 | F | 00631 | 4/2/2024 | M |
| MJ3RP 206 | N 00670 | F | 00670 | 4/2/2024 | |
| MJ3RP 103 | N 00723 | F | 00723 | 4/2/2024 | M |
| MJ3RP 201 | N 00782 | F | 00782 | 4/2/2024 | |
| MJ3RP 101 | N 00807 | F | 00807 | 4/2/2024 | |
| MJ3RP 106D | N 01103 | F | 01103 | 4/2/2024 | DM |
| MJ3RP 107 | N 01219 | F | 01219 | 4/2/2024 | |
| MJ3RP 209 | S 00543 | F | 00543 | 4/2/2024 | M |
| MJ3RP 104 | S 00764 | F | 00764 | 4/2/2024 | TI |
| MJ3RP 212 | S 01313 | F | 01313 | 4/2/2024 | D |
| MJ3RP 2060 | S 01338 | F | 01338 | 4/2/2024 | |

3 RP  10  4

R Pud  (-0))L-1

A

| MJ4DP 103 | N 00462 | F 00462 | 4/2/2024 |      |
|-----------|---------|---------|----------|------|
| MJ4DP 201 | N 00486 | F 00486 | 4/2/2024 |      |
| MJ4DP 110 | N 00554 | F 00554 | 4/2/2024 |      |
| MJ4DP 104 | N 00646 | F 00646 | 4/2/2024 |      |
| MJ4DP 109 | N 01288 | F 01288 | 4/2/2024 |      |
| MJ4DP 107 | N 01401 | F 01401 | 4/2/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 4/2/2024 | M A  |
| MJ4DP 203 | S 00170 | F 00170 | 4/2/2024 | K    |
| MJ4DP 207D | S 00273 | F 00273 | 4/2/2024 |     |
| MJ4DP 209 | S 00696 | F 00696 | 4/2/2024 |      |
| MJ4DP 206 | S 00809 | F 00809 | 4/2/2024 |      |
| MJ4DP 212 | S 00865 | F 00865 | 4/2/2024 |      |
| MJ4DP 204 | S 00897 | F 00897 | 4/2/2024 | A    |
| MJ4DP 106 | S 01232 | F 01232 | 4/2/2024 | A    |
| MJ4DP 206D | S 01272 | F 01272 | 4/2/2024 |     |
| MJ4DP 210 | S 01381 | F 01381 | 4/2/2024 | A    |

4 DP  6  10

D-Pod  4/2/24

(temp  S-Pod)

Sheet60

| MJ1 MHO05 | N 00003 | M 00003 | 4/3/2024 | M |
| MJ1 MHO01 | N 00029 | M 00029 | 4/3/2024 | J1Q |
| MJ1MHO04 | N 00407 | M 00407 | 4/3/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 4/3/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 4/3/2024 | J1QN |
| MJ1MHO02 | N 01302 | M 01302 | 4/3/2024 | JQN |

1  MHO          6  0

Men's Holding   4/3/24

| | | | | |
|---|---|---|---|---|
| MJ4AP 210 | N 00026 | M 00026 | 4/3/2024 | 1M |
| MJ4AP 110 | N 00301 | M 00301 | 4/3/2024 | M |
| MJ4AP 209 | N 00364 | M 00364 | 4/3/2024 | |
| MJ4AP 201 | N 00465 | M 00465 | 4/3/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 4/3/2024 | KMT |
| MJ4AP 101 | N 00905 | M 00905 | 4/3/2024 | |
| MJ4AP 106 | N 01109 | M 01109 | 4/3/2024 | Q M |
| MJ4AP 212 | N 01194 | M 01194 | 4/3/2024 | KDM |
| MJ4AP 109 | N 01386 | M 01386 | 4/3/2024 | KM |
| MJ4AP 206 | N 01392 | M 01392 | 4/3/2024 | M |
| MJ4AP 203 | S 00291 | M 00291 | 4/3/2024 | M |
| MJ4AP 104 | S 00892 | M 00892 | 4/3/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 4/3/2024 | M |
| MJ4AP 207 | S 01335 | M 01335 | 4/3/2024 | |

4 AP  10  4

A-Pod
4/3/24

| MJ4BP 206 | N 00249 | M 00249 | 4/3/2024 | |
| MJ4BP 106 | N 00315 | M 00315 | 4/3/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 4/3/2024 | M |
| MJ4BP 104 | N 00481 | M 00481 | 4/3/2024 | |
| MJ4BP 201 | N 00587 | M 00587 | 4/3/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 4/3/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 4/3/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 4/3/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 4/3/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 4/3/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 4/3/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 4/3/2024 | MT04 |
| MJ4BP 209 | N 01376 | M 01376 | 4/3/2024 | |
| MJ4BP 203 | S 00769 | M 00769 | 4/3/2024 | A |
| MJ4BP 212 | S 01311 | M 01311 | 4/3/2024 | |

4 BP  13  2

)3⁻ rod  Li/ 31-)

00234

00875

3 WHO  1  1

*lding*  4/3/²⁴

*l'j*  6Y;"-E " S

| | | | | |
|---|---|---|---|---|
| MJ3RP 203 | N 00402 | F 00402 | 4/3/2024 | |
| MJ3RP 107D | N 00586 | F 00586 | 4/3/2024 | K |
| MJ3RP 210 | N 00631 | F 00631 | 4/3/2024 | M |
| MJ3RP 206 | N 00670 | F 00670 | 4/3/2024 | |
| MJ3RP 103 | N 00723 | F 00723 | 4/3/2024 | M |
| MJ3RP 201 | N 00782 | F 00782 | 4/3/2024 | |
| MJ3RP 101 | N 00807 | F 00807 | 4/3/2024 | |
| MJ3RP 106D | N 01103 | F 01103 | 4/3/2024 | DM |
| MJ3RP 107 | N 01219 | F 01219 | 4/3/2024 | |
| MJ3RP 104 | S 00764 | F 00764 | 4/3/2024 | TI A |
| MJ3RP 212 | S 01313 | F 01313 | 4/3/2024 | D |
| MJ3RP 206D | S 01338 | F 01338 | 4/3/2024 | |

3 RP  9 3



| MJ4DP 103 | N 00462 | F 00462 | 4/3/2024 |  |
| MJ4DP 201 | N 00486 | F 00486 | 4/3/2024 |  |
| MJ4DP 110 | N 00554 | F 00554 | 4/3/2024 |  |
| MJ4DP 104 | N 00646 | F 00646 | 4/3/2024 |  |
| MJ4DP 109 | N 01288 | F 01288 | 4/3/2024 |  |
| MJ4DP 107 | N 01401 | F 01401 | 4/3/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 4/3/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 4/3/2024 | K |
| MJ4DP 207D | S 00273 | F 00273 | 4/3/2024 |  |
| MJ4DP 206 | S 00809 | F 00809 | 4/3/2024 |  |
| MJ4DP 212 | S 00865 | F 00865 | 4/3/2024 |  |
| MJ4DP 204 | S 00897 | F 00897 | 4/3/2024 | A |
| MJ4DP 106 | S 01232 | F 01232 | 4/3/2024 | A |
| MJ4DP 206D | S 01272 | F 01272 | 4/3/2024 |  |
| MJ4DP 210 | S 01381 | F 01381 | 4/3/2024 | A |

4 DP  6 9

D- pod  ti(¨)i¯Lf
s?-i)eci)

| MJ1 MHO05 | N 00003 | M 00003 | 4/4/2024 | M |
| MJ1MHO01 | N 00029 | M 00029 | 4/4/2024 | J1Q |
| MJ1MHO04 | N 00407 | M 00407 | 4/4/2024 | 4D |
| MJ1 MHO06 | N 00728 | M 00728 | 4/4/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 4/4/2024 | J1QN |
| MJ1MHO02 | N 01302 | M 01302 | 4/4/2024 | JQN |
| 1  MHO | 6  0 | | | |

LiNid7

| | | | | |
|---|---|---|---|---|
| MJ4AP 210 | N 00026 | M 00026 | 4/4/2024 | 1M |
| MJ4AP 110 | N 00301 | M 00301 | 4/4/2024 | M |
| MJ4AP 209 | N 00364 | M 00364 | 4/4/2024 | |
| MJ4AP 201 | N 00465 | M 00465 | 4/4/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 4/4/2024 | KMT |
| MJ4AP 101 | N 00905 | M 00905 | 4/4/2024 | |
| MJ4AP 106 | N 01109 | M 01109 | 4/4/2024 | Q M |
| MJ4AP 212 | N 01194 | M 01194 | 4/4/2024 | KDM |
| MJ4AP 109 | N 01386 | M 01386 | 4/4/2024 | KM |
| MJ4AP 206 | N 01392 | M 01392 | 4/4/2024 | M |
| MJ4AP 203 | S 00291 | M 00291 | 4/4/2024 | M |
| MJ4AP 104 | S 00892 | M 00892 | 4/4/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 4/4/2024 | M |
| MJ4AP 207 | S 01335 | M 01335 | 4/4/2024 | |

4 AP  10  4

*f'<<i  L/IL/ 1)1*

| MJ4BP 206 | N 00249 | M 00249 | 4/4/2024 | |
| MJ4BP 106 | N 00315 | M 00315 | 4/4/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 4/4/2024 | M |
| MJ4BP 104 | N 00481 | M 00481 | 4/4/2024 | |
| MJ4BP 201 | N 00587 | M 00587 | 4/4/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 4/4/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 4/4/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 4/4/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 4/4/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 4/4/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 4/4/2024 | 5QM |
| MJ4BP 209 | N 01376 | M 01376 | 4/4/2024 | |
| MJ4BP 203 | S 00769 | M 00769 | 4/4/2024 | A |
| MJ4BP 212 | S 01311 | M 01311 | 4/4/2024 | |

4 BP  12  2

13 *Pod*

00234

00875

3 WHO  1  1

*41--)*

(
_S

*Hold*

HI)

Sheet70

| | | | | | |
|---|---|---|---|---|---|
| MJ3RP 203 | N 00402 | F | 00402 | 4/4/2024 | |
| MJ3RP 107D | N 00586 | F | 00586 | 4/4/2024 | K |
| MJ3RP 210 | N 00631 | F | 00631 | 4/4/2024 | M |
| MJ3RP 206 | N 00670 | F | 00670 | 4/4/2024 | |
| MJ3RP 103 | N 00723 | F | 00723 | 4/4/2024 | M |
| MJ3RP 201 | N 00782 | F | 00782 | 4/4/2024 | |
| MJ3RP 101 | N 00807 | F | 00807 | 4/4/2024 | |
| MJ3RP 106D | N 01103 | F | 01103 | 4/4/2024 | DM |
| MJ3RP 107 | N 01219 | F | 01219 | 4/4/2024 | |
| MJ3RP 104 | S 00764 | F | 00764 | 4/4/2024 | TI A |
| MJ3RP 206D | S 01338 | F | 01338 | 4/4/2024 | |

3 RP  9 2

| MJ4DP 103 | N 00462 | F 00462 | 4/4/2024 | |
| MJ4DP 207 | N 00464 | F 00464 | 4/4/2024 | |
| MJ4DP 110 | N 00554 | F 00554 | 4/4/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 4/4/2024 | |
| MJ4DP 201 | N 00647 | F 00647 | 4/4/2024 | |
| MJ4DP 106D | N 01076 | F 01076 | 4/4/2024 | |
| MJ4DP 207D | N 01285 | F 01285 | 4/4/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 4/4/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 4/4/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 4/4/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 4/4/2024 | K |
| MJ4DP 206 | S 00809 | F 00809 | 4/4/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 4/4/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 4/4/2024 | A |
| MJ4DP 206D | S 01272 | F 01272 | 4/4/2024 | |
| MJ4DP 210 | S 01381 | F 01381 | 4/4/2024 | A |

4 DP

9  7

D-Pod  4/4/24
(temp S-Pod)

Sheet72

| | | | | |
|---|---|---|---|---|
| MJ1MHO05 | N 00003 | M 00003 | 4/5/2024 | M |
| MJ1MHO01 | N 00029 | M 00029 | 4/5/2024 | J1Q |
| MJ1MHO04 | N 00407 | M 00407 | 4/5/2024 | 4D |
| MJ1MHO06 | N 00728 | M 00728 | 4/5/2024 | S |
| MJ1MHO03 | N 01098 | M 01098 | 4/5/2024 | J1QN |
| MJ1MHO02 | N 01302 | M 01302 | 4/5/2024 | JQN |

1  MHO       6  0

Men's Hold

4/5/24

| | | | | |
|---|---|---|---|---|
| MJ4AP 210 | N 00026 | M 00026 | 4/5/2024 | 1M |
| MJ4AP 110 | N 00301 | M 00301 | 4/5/2024 | M |
| MJ4AP 209 | N 00364 | M 00364 | 4/5/2024 | |
| MJ4AP 201 | N 00465 | M 00465 | 4/5/2024 | M |
| MJ4AP 103 | N 00499 | M 00499 | 4/5/2024 | KMT |
| MJ4AP 101 | N 00905 | M 00905 | 4/5/2024 | |
| MJ4AP 106 | N 01109 | M 01109 | 4/5/2024 | Q M |
| MJ4AP 212 | N 01194 | M 01194 | 4/5/2024 | KDM |
| MJ4AP 109 | N 01386 | M 01386 | 4/5/2024 | KM |
| MJ4AP 206 | N 01392 | M 01392 | 4/5/2024 | M |
| MJ4AP 203 | S 00291 | M 00291 | 4/5/2024 | M |
| MJ4AP 104 | S 00892 | M 00892 | 4/5/2024 | M |
| MJ4AP 107 | S 01006 | M 01006 | 4/5/2024 | M |
| MJ4AP 207 | S 01335 | M 01335 | 4/5/2024 | |

4 AP  10  4



Sheet74

| | | | | |
|---|---|---|---|---|
| MJ4BP 206 | N 00249 | M 00249 | 4/5/2024 | |
| MJ4BP 106 | N 00315 | M 00315 | 4/5/2024 | KM |
| MJ4BP 210 | N 00358 | M 00358 | 4/5/2024 | M |
| MJ4BP 104 | N 00481 | M 00481 | 4/5/2024 | |
| MJ4BP 201 | N 00587 | M 00587 | 4/5/2024 | KDM |
| MJ4BP 107 | N 00591 | M 00591 | 4/5/2024 | |
| MJ4BP 112 | N 00947 | M 00947 | 4/5/2024 | M |
| MJ4BP 110 | N 01057 | M 01057 | 4/5/2024 | M |
| MJ4BP 204 | N 01141 | M 01141 | 4/5/2024 | M |
| MJ4BP 109 | N 01262 | M 01262 | 4/5/2024 | M |
| MJ4BP 207 | N 01326 | M 01326 | 4/5/2024 | 5QM |
| MJ4BP 103 | N 01357 | M 01357 | 4/5/2024 | MT04 |
| MJ4BP 209 | N 01376 | M 01376 | 4/5/2024 | |
| MJ4BP 203 | S 00769 | M 00769 | 4/5/2024 | A |
| MJ4BP 212 | S 01311 | M 01311 | 4/5/2024 | |

4 BP  13  2

Pod  4/5/24

00234

00875

3 WHO  1  1

 /dui  Li-hly

| MJ3RP 203  | N 00402 | F 00402 | 4/5/2024 |      |
| MJ3RP 107D | N 00586 | F 00586 | 4/5/2024 | K    |
| MJ3RP 210  | N 00631 | F 00631 | 4/5/2024 | M    |
| MJ3RP 206  | N 00670 | F 00670 | 4/5/2024 |      |
| MJ3RP 103  | N 00723 | F 00723 | 4/5/2024 | M    |
| MJ3RP 201  | N 00782 | F 00782 | 4/5/2024 |      |
| MJ3RP 101  | N 00807 | F 00807 | 4/5/2024 |      |
| MJ3RP 106D | N 01103 | F 01103 | 4/5/2024 | DM   |
| MJ3RP 107  | N 01219 | F 01219 | 4/5/2024 |      |
| MJ3RP 104  | S 00764 | F 00764 | 4/5/2024 | TI A |
| MJ3RP 206D | S 01338 | F 01338 | 4/5/2024 |      |

3 RP  9 2


R-Pod
15/24

| | | | | |
|---|---|---|---|---|
| MJ4DP 103 | N 00462 | F 00462 | 4/5/2024 | |
| MJ4DP 207 | N 00464 | F 00464 | 4/5/2024 | |
| MJ4DP 110 | N 00554 | F 00554 | 4/5/2024 | |
| MJ4DP 104 | N 00646 | F 00646 | 4/5/2024 | |
| MJ4DP 201 | N 00647 | F 00647 | 4/5/2024 | |
| MJ4DP 207D | N 01285 | F 01285 | 4/5/2024 | |
| MJ4DP 109 | N 01288 | F 01288 | 4/5/2024 | |
| MJ4DP 107 | N 01401 | F 01401 | 4/5/2024 | 42TD |
| MJ4DP 112 | S 00148 | F 00148 | 4/5/2024 | M A |
| MJ4DP 203 | S 00170 | F 00170 | 4/5/2024 | K |
| MJ4DP 206 | S 00809 | F 00809 | 4/5/2024 | |
| MJ4DP 212 | S 00865 | F 00865 | 4/5/2024 | |
| MJ4DP 204 | S 00897 | F 00897 | 4/5/2024 | A |
| MJ4DP 206D | S 01272 | F 01272 | 4/5/2024 | |
| MJ4DP 210 | S 01381 | F 01381 | 4/5/2024 | A |

4 DP

8  7

D-Pod  4/5/24

(temp SPod)