| Patient Name | Date | Task Description |
|---|---|---|
| 00010 | 03/25/24 | 30 Day Psychiatrist Follow-Up |
| 00167 | 03/25/24 | 30 Day Psychiatrist Follow-Up |
| 00354 | 03/25/24 | 30 day follow up. |
| 00443 | 03/25/24 | Hx of psychosis, no meds, poor historian, laughing inappropriately, long pauses and sighs. |
| 00458 | 03/25/24 | Routine Referral from intake |
| 00463 | 03/25/24 | 30 Day Psychiatrist Follow-Up |
| 00484 | 03/25/24 | My medication has expired I cannot go cold turkey and just stopped them. I feel I am going crazy; Med expired need them ASAP |
| 00498 | 03/25/24 | 30 Day Psychiatrist Follow-Up |
| 00551 | 03/25/24 | Pt requesting to discuss his medication, reports paranoia and mood swings. Sick Call:Would like to speak you about my progress with my upping of meds and my progress |
| 00575 | 03/25/24 | 60 Day Psychiatrist Follow-Up |
| 00594 | 03/25/24 | 30 Day Psychiatrist Follow-Up per order by ▮▮▮▮▮ dated 2/22/24. |
| 00723 | 03/25/24 | Pt has HX of meds while in custody please follow up. |
| 00965 | 03/25/24 | 30 Day Psychiatrist Follow-Up |
| 01035 | 03/25/24 | 90 Day Psychiatrist Follow-Up MOVED UP - HIGH LEVEL GRIEVANCE **Please see ASAP*** Sick Call: Increase dosage. Also, some days I receive 2 mg and others I rec |
| 01049 | 03/25/24 | Per chart document Pt is on meds. Please follow up. |
| 01114 | 03/25/24 | Pt is not med complaint per chart |
| 01172 | 03/25/24 | 30 Day Psychiatrist Follow-Up |
| 01204 | 03/25/24 | 30 Day Psychiatrist Follow-Up Sick Call: May I please stay at 20 mg of Celexa instead of going up to 40 mg? I would like to make an appointment to see if you are OK with t |
| 01210 | 03/25/24 | Per ▮▮▮▮▮ orders: Follow up with mental health in 30 days. |
| 01332 | 03/25/24 | Psych eval |
| 01402 | 03/25/24 | Pt reported HX of meds while in custody and would like to restart. |
| 00001 | 03/26/24 | F/U in 90 days |
| 00128 | 03/26/24 | Psychiatrist sick call d/t placed on SSW on 03/19/2024 Pt is not medication compliant |
| 00149 | 03/26/24 | 30 Day Psychiatrist Follow-Up per ▮▮▮▮▮ |
| 00231 | 03/26/24 | sick call follow up: I would like to speak with the phyciatrist about getting back on a medication, thank you |
| 00276 | 03/26/24 | Sick Call: Can I please get back on my fuze bar and remerron.. I have anxiety and the fuze bar and remerron combination help me remain stable and get proper sleep |
| 00358 | 03/26/24 | 30 day Psychiatrist follow up per ▮▮▮▮▮ |
| 00460 | 03/26/24 | Routine Referral from intake |
| 00501 | 03/26/24 | 30 Day Psychiatrist Follow-Up per ▮▮▮▮▮ |
| 00504 | 03/26/24 | ****F/up meds Precise gave a 12 hr med order f for all meds. Return Bakersfield Behavioral Healthcare Hospital, Precise gave a 12 hr med order for all meds.**** |
| 00622 | 03/26/24 | Follow up. Renew meds. |
| 00667 | 03/26/24 | 30 day Psychiatrist follow up per ▮▮▮▮▮ |
| 00711 | 03/26/24 | Per precise BH - No medication order. F/up meds. |
| 00978 | 03/26/24 | **Intake** Psychiatrist sick call d/t MH medications. |
| 01094 | 03/26/24 | Routine Referral from intake |
| 01099 | 03/26/24 | Routine Referral from intake |
| 01110 | 03/26/24 | 30 Day Psychiatrist Follow-Up per ▮▮▮▮▮ |
| 01313 | 03/26/24 | 30 day Psychiatrist follow up per ▮▮▮▮▮ |
| 00146 | 03/27/24 | 30 Day Psychiatrist Follow-Up sick call : Would like to up my boos bar dose |
| 00290 | 03/27/24 | Patient is back in custody, please assess and r/o Schizophrenia/PTSD/etc. |
| 00294 | 03/27/24 | Do I get a invega sustana shot around this time I think possible; I think I might be late for a shot thank you |
| 00315 | 03/27/24 | Patient just returned into custody, presenting as delusional, loose associations, and responding to internal stimuli |
| 00323 | 03/27/24 | Pt is delusional, fixated on enforcing discipline in housing. |
| 00344 | 03/27/24 | Pt has been on SW since 3/3/2024 and has expressed interest in starting meds |
| 00373 | 03/27/24 | Intake - Hx. of PTSD. Denies SI. IP was released on 02/01/24 and was prescribed Zyprexa here at MCJ. |
| 00375 | 03/27/24 | 30 Day Psychiatrist Follow-Up |
| 00557 | 03/27/24 | F/U in 90 days |
| 00647 | 03/27/24 | Pt is back in custody and would like to be seen to restart her meds. |

| ID | Entry |
|---|---|
| 00807 | 03/27/24 F/U - recently came back in to custody and restarted on psych meds. |
| 01089 | 03/27/24 30 Day Psychiatrist Follow-Up |
| 01309 | 03/27/24 90 Day Psychiatrist Follow-Up |
| 00086 | 03/28/24 90 Day Psychiatrist Follow-Up |
| 00346 | 03/28/24 30 Day Psychiatrist Follow-Up |
| 00399 | 03/28/24 30 Day Psychiatrist Follow-Up |
| 00407 | 03/28/24 30 Day Psychiatrist Follow-Up |
| 00483 | 03/28/24 Spoke to ███████ 3/19/24 @0547 about patient's prescriptions for Clozaril and Haldol from Sylmar. ███████ advised the patient be seen today by psychiatrist. No new m |
| 00564 | 03/28/24 Pt back in custody, reports AH, takes Prozac however no medications for a couple months. |
| 00766 | 03/28/24 30 Day Psychiatrist Follow-Up |
| 00809 | 03/28/24 Patient shared a psycho-social history and symptomology (childhood trauma, insomnia, can't stop moving, legs shake, feels like can't breathe, heart racing, loss of motivatio |
| 01113 | 03/28/24 30 Day Psychiatrist Follow-Up The patient is partially medication compliant. |
| 01148 | 03/28/24 30 Day Psychiatrist Follow-Up |
| 01276 | 03/28/24 Patient is not medication compliant, recently attempted suicide and was on SW for extended time. |
| 01282 | 03/28/24 90 Day Psychiatrist Follow-Up |
| 01288 | 03/28/24 Pt is non-compliant with medication |
| 01298 | 03/28/24 Pt discharged from JBCT and returned to main jail |
| 01311 | 03/28/24 Pt is displaying bizarre behavior, please assess for Schizophrenia, etc |
| 01324 | 03/28/24 Psych eval |
| 01347 | 03/28/24 Pt request, citing medications are not working |
| 01383 | 03/28/24 30 Day Psychiatrist Follow-Up Pt reports medication is not working and would like to adjust. Hey need speak with mental health about medication, About welburtin |
| 00015 | 04/01/24 30 Day Psychiatrist Follow-Up |
| 00040 | 04/01/24 30 Day Psychiatrist Follow-Up The patient is not medication compliant. |
| 00079 | 04/01/24 **Intake** Psychiatrist sick call d/t Hx of psych meds. |
| 00100 | 04/01/24 30 Day Psychiatrist Follow-Up sick call: The zyprexa 10 milligrams is not working for sleep, could I be put back on saraquill or boosebar to help me sleep |
| 00139 | 04/01/24 60 Day Psychiatrist Follow-Up |
| 00147 | 04/01/24 30 Day Psychiatrist Follow-Up |
| 00283 | 04/01/24 f/u 90 days |
| 00344 | 04/01/24 Continue to follow up with pt. |
| 00667 | 04/01/24 90 days follow up sick call: Idblike to up my dose on topamax please it has been helping |
| 00697 | 04/01/24 Pt just came back into custody |
| 00875 | 04/01/24 30 Day Psychiatrist Follow-Up Pt reported that she has a HX of Buspar helping her SX. From patient: Need to be put back on prozac and busbar these meds now make me |
| 00913 | 04/01/24 Pt back in custody, has history of psychiatric medication. |
| 00944 | 04/01/24 30 Day Psychiatrist Follow-Up Pt is not medication compliant. |
| 00967 | 04/01/24 90 Day Psychiatrist Follow-Up |
| 01068 | 04/01/24 30 day Psychiatrist Follow up per ███████ sick call follow up: Would like to switch meds Zoloft is making me sick and the meds I take at night I would like to be switched a |
| 01080 | 04/01/24 Pt returned to custody, history of psychiatric medication sick call follow up: I want to see ███████ to see if he can put me on my prescribed 20mg buspar twice a day ins |
| 01245 | 04/01/24 90 Day Psychiatrist Follow-Up |
| 01332 | 04/01/24 Psych eval |
| 00007 | 04/02/24 Sick Call: Sleep aid not working and restlessness |
| 00008 | 04/02/24 Initial: Pt back in custody, hx of bipolar, hx of medications |
| 00460 | 04/02/24 Psych eval |
| 00462 | 04/02/24 Initial: Pt is hyperverbal, possible delusional thought process, reports being misdiagnosed as bipolar. |
| 00495 | 04/02/24 90 Day Psychiatrist Follow-Up sick call follow up: I would like to talk to ███████ to get my midnight meds renewed please because they are expired it is mertazapine tha |
| 00504 | 04/02/24 Psych eval |
| 00537 | 04/02/24 30 Day Psychiatrist Follow-Up |
| 00564 | 04/02/24 . |
| 00891 | 04/02/24 Intake F/up meds |
| 00994 | 04/02/24 90 Day Psychiatrist Follow-Up |