Ex. 25 - IMOs Between 3.25...

| Last Name, First Name MI | IMO Court Order | Received IMO (timeframe 3/25/24-4/8/24?) |
|---|---|---|
| 00323 | Yes | No |
| 00914 | Yes | No |
| 00133 | Yes | No |
| 00749 | Yes | No |
| 01141 | Yes | Yes |
| 00358 | Yes | No |
| 01109 | Yes | No |
| 00005 | Yes | No |
| 00322 | Yes | |
| 01160 | No | |