| Patient | Booking # | Record Date |
|---|---|---|
| 01217 | 01217 | 03/25/24 |
| 01054 | 01054 | 03/25/24 |
| 00829 | 00829 | 03/25/24 |
| 01157 | 01157 | 03/25/24 |
| 00145 | 00145 | 03/25/24 |
| 01164 | 01165 | 03/25/24 |
| 01082 | 01082 | 03/25/24 |
| 00288 | ZZZ | 03/25/24 |
| 00812 | ZZZ | 03/25/24 |
| 01369 | 01370 | 03/25/24 |
| 00504 | 00504 | 03/25/24 |
| 00534 | zzz | 03/25/24 |
| 00690 | 00692 | 03/25/24 |
| 00205 | zzz | 03/25/24 |
| 00468 | zzz | 03/26/24 |
| 01144 | 01145 | 03/26/24 |
| 01038 | ZZZ | 03/26/24 |
| 01120 | zzz | 03/26/24 |
| 01127 | 01127 | 03/26/24 |
| 01250 | 01251 | 03/26/24 |
| 00299 | 00299 | 03/26/24 |
| 01324 | 01324 | 03/26/24 |
| 00229 | 00229 | 03/26/24 |
| 00020 | 00020 | 03/26/24 |
| 01002 | ZZZ | 03/26/24 |
| 01195 | 01195 | 03/26/24 |
| 00203 | ZZZ | 03/26/24 |
| 00891 | 00892 | 03/26/24 |
| 01372 | ZZZ | 03/26/24 |
| 00293 | 00293 | 03/26/24 |
| 01306 | ZZZ | 03/26/24 |
| 00932 | 00933 | 03/26/24 |
| 01189 | ZZZ | 03/26/24 |
| 00701 | ZZZ | 03/26/24 |
| 00883 | 00884 | 03/26/24 |

| | | |
|---|---|---|
| 00567 | 00567 | 03/26/24 |
| 00310 | 00310 | 03/27/24 |
| 00253 | 00253 | 03/27/24 |
| 01363 | 01363 | 03/27/24 |
| 00263 | 00263 | 03/27/24 |
| 01274 | 01274 | 03/27/24 |
| 01234 | 01234 | 03/27/24 |
| 00474 | 00474 | 03/27/24 |
| 01238 | 01238 | 03/27/24 |
| 00900 | 00900 | 03/27/24 |
| 00395 | zzz | 03/27/24 |
| 00749 | 00749 | 03/27/24 |
| 00155 | 00155 | 03/27/24 |
| 00335 | 00335 | 03/27/24 |
| 00837 | 00837 | 03/27/24 |
| 01122 | zzz | 03/27/24 |
| 00804 | 00804 | 03/27/24 |
| 00919 | 00920 | 03/27/24 |
| 01258 | 01258 | 03/27/24 |
| 01180 | zzz | 03/27/24 |
| 01218 | zzz | 03/28/24 |
| 00509 | 00509 | 03/28/24 |
| 01124 | 01124 | 03/28/24 |
| 00078 | 00078 | 03/28/24 |
| 00676 | 00676 | 03/28/24 |
| 00331 | 00331 | 03/28/24 |
| 00815 | ZZZ | 03/28/24 |
| 00917 | 00917 | 03/28/24 |
| 00555 | ZZZ | 03/28/24 |
| 01027 | 01027 | 03/28/24 |
| 00422 | 00422 | 03/28/24 |
| 00272 | 00272 | 03/28/24 |
| 01390 | ZZZ | 03/28/24 |
| 01354 | 01354 | 03/28/24 |
| 00750 | 00750 | 03/28/24 |
| 00894 | 00894 | 03/29/24 |

| | | |
|---|---|---|
| 00877 | ZZZ | 03/29/24 |
| 00887 | 00887 | 03/29/24 |
| 01138 | 01139 | 03/29/24 |
| 00799 | ZZZ | 03/29/24 |
| 00144 | 00144 | 03/29/24 |
| 00798 | 00798 | 03/29/24 |
| 00089 | 00090 | 03/29/24 |
| 00456 | 00456 | 03/29/24 |
| 00635 | 00635 | 03/29/24 |
| 00508 | 00508 | 03/29/24 |
| 01158 | 01158 | 03/29/24 |
| 00132 | 00132 | 03/29/24 |
| 00414 | 00414 | 03/29/24 |
| 01014 | 01014 | 03/29/24 |
| 00503 | 00503 | 03/29/24 |
| 00476 | ZZZ | 03/30/24 |
| 00048 | 00048 | 03/30/24 |
| 00911 | 00911 | 03/30/24 |
| 00025 | 00025 | 03/30/24 |
| 00906 | 00906 | 03/30/24 |
| 01222 | 01222 | 03/30/24 |
| 00514 | ZZZ | 03/30/24 |
| 00782 | 00782 | 03/30/24 |
| 00924 | 00924 | 03/30/24 |
| 00450 | ZZZ | 03/30/24 |
| 00181 | 00181 | 03/31/24 |
| 00334 | ZZZ | 03/31/24 |
| 00213 | ZZZ | 03/31/24 |
| 00773 | ZZZ | 03/31/24 |
| 01078 | 01078 | 03/31/24 |
| 00225 | 00225 | 03/31/24 |
| 00482 | ZZZ | 03/31/24 |
| 01191 | 01191 | 03/31/24 |
| 00525 | ZZZ | 03/31/24 |
| 00550 | 00550 | 03/31/24 |
| 01062 | ZZZ | 03/31/24 |

| | | |
|---|---|---|
| 00665 | 00665 | 04/01/24 |
| 01266 | 01266 | 04/01/24 |
| 01271 | ZZZ | 04/01/24 |
| 00401 | ZZZ | 04/01/24 |
| 00832 | 00832 | 04/01/24 |
| 00736 | 00736 | 04/01/24 |
| 01321 | 01322 | 04/01/24 |
| 00714 | ZZZ | 04/01/24 |
| 01071 | 01071 | 04/01/24 |
| 01268 | 01268 | 04/01/24 |
| 01033 | 01033 | 04/01/24 |
| 00121 | 00122 | 04/01/24 |
| 01376 | zzz | 04/01/24 |
| 00756 | 00756 | 04/01/24 |
| 01023 | 01023 | 04/01/24 |
| 01053 | 01053 | 04/01/24 |
| 00877 | ZZZ | 04/01/24 |
| 00830 | 00831 | 04/01/24 |
| 01087 | 01088 | 04/02/24 |
| 00016 | 00017 | 04/02/24 |
| 01213 | 01213 | 04/02/24 |
| 00934 | 00934 | 04/02/24 |
| 00905 | 00905 | 04/02/24 |
| 00044 | 00045 | 04/02/24 |
| 00606 | 00606 | 04/02/24 |
| 01300 | 01300 | 04/02/24 |
| 00758 | 00758 | 04/02/24 |
| 00914 | 00914 | 04/02/24 |
| 00381 | 00381 | 04/02/24 |
| 00735 | 00735 | 04/02/24 |
| 00472 | 00472 | 04/02/24 |
| 01091 | 01092 | 04/02/24 |
| 01060 | ZZZ | 04/02/24 |
| 00268 | ZZZ | 04/02/24 |
| 00157 | 00157 | 04/02/24 |
| 01242 | 01242 | 04/02/24 |

| | | |
|---|---|---|
| 01341 | ZZZ | 04/02/24 |
| 00599 | 00600 | 04/02/24 |
| 00110 | 00110 | 04/02/24 |
| 01024 | 01024 | 04/03/24 |
| 00249 | ZZZ | 04/03/24 |
| 00380 | 00380 | 04/03/24 |
| 01351 | ZZZ | 04/03/24 |
| 00903 | ZZZ | 04/03/24 |
| 00840 | ZZZ | 04/03/24 |
| 01031 | ZZZ | 04/03/24 |
| 00387 | 00388 | 04/03/24 |
| 00610 | 00610 | 04/03/24 |
| 01066 | ZZZ | 04/03/24 |
| 00152 | zzz | 04/03/24 |
| 00634 | ZZZ | 04/03/24 |
| 00464 | 00464 | 04/03/24 |
| 01076 | 01076 | 04/03/24 |
| 00222 | 00222 | 04/03/24 |
| 01345 | 01345 | 04/03/24 |
| 00071 | 00072 | 04/03/24 |
| 00201 | 00202 | 04/03/24 |
| 01016 | 01016 | 04/04/24 |
| 00212 | zzz | 04/04/24 |
| 00916 | 00916 | 04/04/24 |
| 01284 | 01284 | 04/04/24 |
| 00073 | 00073 | 04/04/24 |
| 00611 | 00611 | 04/04/24 |
| 00022 | 00023 | 04/04/24 |
| 00492 | 00492 | 04/04/24 |
| 00880 | 00881 | 04/04/24 |
| 00858 | 00858 | 04/04/24 |
| 01400 | 01400 | 04/04/24 |
| 00031 | 00031 | 04/04/24 |
| 00021 | ZZZ | 04/04/24 |
| 00640 | 00640 | 04/04/24 |
| 00520 | zzz | 04/04/24 |

| | | |
|---|---|---|
| 00919 | 00919 | 04/04/24 |
| 00037 | 00037 | 04/04/24 |
| 00866 | 00866 | 04/04/24 |
| 01025 | 01025 | 04/04/24 |
| 01153 | 01153 | 04/04/24 |
| 00267 | 00267 | 04/04/24 |
| 01291 | 01291 | 04/04/24 |
| 00838 | 00838 | 04/05/24 |
| 00217 | ZZZ | 04/05/24 |
| 01301 | ZZZ | 04/05/24 |
| 01368 | 01368 | 04/05/24 |
| 00442 | 00442 | 04/05/24 |
| 01379 | 01379 | 04/05/24 |
| 01269 | 01269 | 04/05/24 |
| 00165 | zzz | 04/05/24 |
| 00643 | 00643 | 04/05/24 |
| 00112 | 00112 | 04/05/24 |
| 00615 | 00616 | 04/05/24 |
| 00197 | 00197 | 04/05/24 |
| 00396 | ZZZ | 04/05/24 |
| 00423 | ZZZ | 04/05/24 |
| 00453 | 00453 | 04/06/24 |
| 00367 | 00367 | 04/06/24 |
| 00236 | 00236 | 04/06/24 |
| 00767 | 00767 | 04/06/24 |
| 00081 | 00081 | 04/06/24 |
| 00410 | 00410 | 04/06/24 |
| 00409 | ZZZ | 04/06/24 |
| 00096 | ZZZ | 04/06/24 |
| 00343 | ZZZ | 04/06/24 |
| 00898 | 00898 | 04/06/24 |
| 00523 | zzz | 04/06/24 |
| 01202 | 01202 | 04/06/24 |
| 00014 | 00014 | 04/06/24 |
| 01280 | ZZZ | 04/06/24 |
| 00077 | 00077 | 04/06/24 |

| | | |
|---|---|---|
| 01393 | 01393 | 04/06/24 |
| 00298 | 00298 | 04/07/24 |
| 00902 | 00902 | 04/07/24 |
| 00239 | zzz | 04/07/24 |
| 01316 | ZZZ | 04/07/24 |
| 01233 | 01233 | 04/07/24 |
| 01130 | ZZZ | 04/07/24 |
| 01100 | 01100 | 04/07/24 |
| 01108 | ZZZ | 04/07/24 |
| 00196 | ZZZ | 04/07/24 |
| 01406 | ZZZ | 04/07/24 |
| 00083 | 00083 | 04/07/24 |
| 01034 | ZZZ | 04/07/24 |
| 00102 | 00102 | 04/07/24 |
| 00871 | ZZZ | 04/07/24 |
| 00259 | 00259 | 04/07/24 |
| 00823 | ZZZ | 04/07/24 |
| 01095 | 01095 | 04/07/24 |
| 00724 | ZZZ | 04/07/24 |
| 00991 | 00991 | 04/07/24 |
| 01214 | 01214 | 04/07/24 |
| 01175 | ZZZ | 04/07/24 |
| 00168 | ZZZ | 04/07/24 |
| 00502 | 00502 | 04/07/24 |
| 01187 | ZZZ | 04/08/24 |
| 00117 | ZZZ | 04/08/24 |
| 00869 | 00869 | 04/08/24 |
| 00328 | ZZZ | 04/08/24 |
| 01387 | 01387 | 04/08/24 |
| 00649 | 00649 | 04/08/24 |
| 00368 | 00368 | 04/08/24 |
| 01154 | 01154 | 04/08/24 |
| 00740 | 00740 | 04/08/24 |
| 00041 | 00041 | 04/08/24 |
| 00123 | 00123 | 04/08/24 |
| 00424 | 00424 | 04/08/24 |

| | | |
|---|---|---|
| 00904 | ZZZ | 04/08/24 |
| 00427 | ZZZ | 04/08/24 |