| Patient Name | Date | Task Description |
|---|---|---|
| 00061 | 03/25/24 | Sick call: Having trouble sleeping.. I Would like to get some counciling about PTSD., a cars assessment and if possible a assessment with community human servic |
| 00067 | 03/25/24 | Sick Call: I feel very bad from stress and anxiety, I can't not sleep, I need to know if you could give me something to help me sleep or the anxiety. Please |
| 00145 | 03/25/24 | Crisis intervention: Told classification having thoughts of self harm |
| 00146 | 03/25/24 | Sick Call: I've been waiting to get into the MAT program for 6 months and you guys accept someone that just not here a month ago .. My mental health is not good a |
| 00170 | 03/25/24 | TASK: Sleep hygiene packet |
| 00188 | 03/25/24 | TASK: cross words puzzles coloring pages and blank paper |
| 00211 | 03/25/24 | SWFU, D/C 3/24, Day 1 |
| 00214 | 03/25/24 | During sick call stated feeling overwhelmed Sick call: Still having lots of frustrations, anxiety & feel desperate. Sick Call: Anxiety, frustrated & sluggish |
| 00289 | 03/25/24 | Mental health clinic referral from health assessment - States that he feels hopeless/helpless, has recent significant loss, and denies SI/SA. States h/o panic attacks. |
| 00301 | 03/25/24 | Crisis intervention: Patient wrote in on intelmate he was hearing voices and feeing suicidal |
| 00344 | 03/25/24 | Staggered SW 3/3/2024 @1651 |
| 00494 | 03/25/24 | Intake First time in jail. Reports "panic attacks" 2 x a mo from small places. |
| 00562 | 03/25/24 | Staggered suicide watch, started 3/24 @ 1637 |
| 00562 | 03/25/24 | Intake PTSD and Poly substance abuse. Denies SA,SI, HI. |
| 00562 | 03/25/24 | F/up IP started Staggered Suicide Watch - DATE 03/24/2024 @ 1645. |
| 00571 | 03/25/24 | Intake - First arrest due to DUI. Hx. of ADHD. Denies SI. |
| 00575 | 03/25/24 | Staggered suicide watch, placed 3/24 at 0050. |
| 00647 | 03/25/24 | Sick Call: Extreme trouble sleeping, high anxiety. Requesting Remron |
| 00654 | 03/25/24 | Crisis Intervention |
| 00661 | 03/25/24 | Sick call: Seeing things that are not there |
| 00670 | 03/25/24 | Sick call: Hear more voices telling me to hurt myself; The tell m to hurt other people there getting louder (Sick call came in on intelmate overnight. Anna spoke to CC |
| 00670 | 03/25/24 | Routine referral from Opiate/Opioid Monitoring PREA Screening referral from intake MH SN alert added. |
| 00678 | 03/25/24 | TASK: Crosswords and coloring pages |
| 00711 | 03/25/24 | Intake - denies Dx, but stated he is depressed now. Suicide Hx UNK when last attempt by OD. Poor historian, possibility of malingering. |
| 00720 | 03/25/24 | Routine Referral from intake - anxious and stated "I have anxiety." he is a fentanyl abuser on a COWS monitoring. |
| 00774 | 03/25/24 | SWFU, D/C 3/24, Day 1 TASK: Translated safety plan in basket |
| 01009 | 03/25/24 | **Intake** LCSW sick call d/t Hx of suicidal ideations stated. |
| 01054 | 03/25/24 | Intake - Placed on Staggered Suicide Watch in BK#10. Hx. of SA 3 months ago by OD. Hx. of PTSD, Bipolar and Depression. |
| 01064 | 03/25/24 | 30 day f/u SN MSE |
| 01193 | 03/25/24 | Crisis Intervention |
| 01252 | 03/25/24 | Sick Call: Need to see mental health. Having some issue's |
| 01325 | 03/25/24 | Intake - First arrest due to DUI. Denies SI. |
| 01356 | 03/25/24 | Pt in ad seg housing complete Columbia scale. Pt asking to be seen by MH. 3/21 - IP asking to speak with MH about his grief r/t loss of his toes |
| 01362 | 03/25/24 | **Follow up 1 day see if Pt is still denying statements that he wanted to do a shooting at University of Indiana.** |
| 00061 | 03/26/24 | TASK: Resources in basket |
| 00067 | 03/26/24 | TASK: sleep hygiene packet |
| 00133 | 03/26/24 | Sick call: Patient told classification deputies he is upset that he has to move housing and wants to talk to mental health. |
| 00138 | 03/26/24 | Sick call: I have been trying to see the mental healtgndr since the 2nd this is outrageous I need to see him asap my requests are just set. All my request since the 2 |
| 00145 | 03/26/24 | Intake - Hx. of SA by cutting. Hx. of Anxiety and ADHD. Denies SI. |
| 00156 | 03/26/24 | TASK: Color pages |
| 00296 | 03/26/24 | Routine Referral from intake |
| 00296 | 03/26/24 | SSW started 3/25 @2255 |
| 00344 | 03/26/24 | Staggered SW 3/3/2024 @1651 |
| 00406 | 03/26/24 | TASK: Color pages |
| 00407 | 03/26/24 | SWFU, D/C 3/5, Day 3 |
| 00462 | 03/26/24 | Crisis intervention: Dept. Fausto saw mental health in women's, and asked mental health to attempt to deescalate patient. |
| 00465 | 03/26/24 | Weekly group |
| 00498 | 03/26/24 | Crisis intervention: During ad seg rounds, patient said he was "having thoughts and needed to talk to mental health immediately" |
| 00521 | 03/26/24 | TASK: Color pages |
| 00548 | 03/26/24 | SWFU Day 2, DC 3/20/2024 |
| 00551 | 03/26/24 | Sick Call: Would like to speak you about my progress with my upping of meds and my progress of finding a program thank you. |