| Patient | Booking # | Record Date |
|---|---|---|
| 00562 | 00562 | 03/25/24 |
| 01054 | 01054 | 03/25/24 |
| 01193 | 01194 | 03/26/24 |
| 00575 | 00576 | 03/26/24 |
| 00654 | 00654 | 03/26/24 |
| 00296 | 00296 | 03/26/24 |
| 00326 | 00326 | 03/28/24 |
| 00567 | 00567 | 03/28/24 |
| 01386 | 01386 | 03/29/24 |
| 00211 | 00211 | 03/29/24 |
| 01324 | 01324 | 03/29/24 |
| 00799 | 00799 | 03/30/24 |
| 01027 | 01027 | 03/30/24 |
| 00145 | 00145 | 03/31/24 |
| 01193 | 01194 | 04/01/24 |
| 01113 | 01113 | 04/01/24 |
| 00462 | 00462 | 04/02/24 |
| 00234 | 00234 | 04/02/24 |
| 00900 | 00900 | 04/02/24 |
| 00710 | 00710 | 04/03/24 |
| 00016 | 00017 | 04/03/24 |
| 01114 | 01114 | 04/04/24 |
| 00211 | 00211 | 04/05/24 |
| 00110 | 00110 | 04/05/24 |
| 00758 | 00758 | 04/05/24 |
| 01113 | 01113 | 04/06/24 |
| 00575 | 00576 | 04/06/24 |
| 00916 | 00916 | 04/06/24 |
| 00037 | 00037 | 04/07/24 |
| 00112 | 00112 | 04/07/24 |
| 01193 | 01194 | 04/07/24 |
| 01386 | 01386 | 04/07/24 |
| 00381 | 00381 | 04/07/24 |
| 00344 | 00345 | 04/07/24 |
| 00882 | 00882 | 04/07/24 |