| Patient | Booking # | Booking Date | Record Date |
|---|---|---|---|
| 00001 | 00001 | 11/20/23 | 04/03/24 |
| 00144 | 00144 | 03/28/24 | 03/29/24 |
| 00182 | 00183 | 03/19/24 | 04/06/24 |
| 00201 | 00202 | 05/18/23 | 04/05/24 |
| 00211 | 00211 | 12/09/23 | 03/30/24 |
| 00234 | 00234 | 03/09/24 | 04/03/24 |
| 00264 | 00265 | 02/02/24 | 03/28/24 |
| 00296 | 00296 | 03/19/24 | 03/27/24 |
| 00366 | 00366 | 09/19/23 | 04/01/24 |
| 00373 | 00373 | 03/12/24 | 04/05/24 |
| 00384 | 00385 | 03/17/24 | 03/27/24 |
| 00391 | 00391 | 02/18/24 | 04/03/24 |
| 00462 | 00462 | 03/17/24 | 04/03/24 |
| 00477 | 00477 | 11/01/23 | 03/26/24 |
| 00483 | 00483 | 06/20/23 | 04/03/24 |
| 00504 | 00504 | 10/30/23 | 03/27/24 |
| 00546 | 00546 | 01/11/24 | 03/27/24 |
| 00575 | 00576 | 12/29/23 | 04/01/24 |
| 00590 | 00591 | 12/10/21 | 04/03/24 |
| 00630 | 00631 | 03/06/24 | 03/30/24 |
| 00644 | 00644 | 02/21/24 | 04/04/24 |
| 00665 | 00665 | 04/01/24 | 04/01/24 |
| 00679 | 00679 | 02/08/24 | 04/06/24 |
| 00749 | 00749 | 03/27/24 | 04/01/24 |
| 00766 | 00766 | 02/29/24 | 03/29/24 |
| 00882 | 00882 | 03/05/24 | 04/04/24 |
| 00965 | 00965 | 02/26/24 | 04/02/24 |
| 01000 | 01000 | 03/24/24 | 03/29/24 |
| 01056 | 01057 | 03/05/24 | 03/27/24 |
| 01193 | 01194 | 07/17/23 | 04/01/24 |
| 01224 | 01225 | 03/29/23 | 04/02/24 |
| 01226 | 01226 | 01/13/24 | 03/27/24 |
| 01239 | 01239 | 12/26/23 | 04/05/24 |
| 01330 | 01330 | 01/11/24 | 03/25/24 |
| 01376 | 01376 | 10/10/23 | 04/02/24 |