# Form Question Report

**Form:** Receiving Screening Monterey County
**Version:** 17
**Question:** Dental: *If any box is marked, a Task will automatically generate for the indicated timing.
**Values:** Emergent (Today), Urgent (Tomorrow), Routine (+5 days)

Rows: 13

| Patient | Booking # | Answer | Recorded By | Date |
|---|---|---|---|---|
| 00607 | | 00611 Routine (+5 days) | | 04/04/2024 0327 |
| 00880 | | 00881 Routine (+5 days) | | 04/04/2024 1003 |
| 01153 | | 01153 Routine (+5 days) | | 04/04/2024 1815 |
| 01038 | | ZZZ Routine (+5 days) | | 03/26/2024 1031 |
| 01158 | | 01158 Routine (+5 days) | | 03/29/2024 1610 |
| 00155 | | 00155 Routine (+5 days) | | 03/27/2024 1243 |
| 01368 | | 01368 Routine (+5 days) | | 04/05/2024 1054 |
| 00089 | | 00090 Routine (+5 days) | | 03/29/2024 1234 |
| 01250 | | 01251 Routine (+5 days) | | 03/26/2024 1324 |
| 01076 | | 01076 Urgent (Tomorrow) | | 04/03/2024 2005 |
| 00599 | | 00600 Routine (+5 days) | | 04/02/2024 2337 |
| 01091 | | 01092 Routine (+5 days) | | 04/02/2024 1720 |
| 00152 | | zzz Routine (+5 days) | | 04/03/2024 1620 |