# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 01330 | 01330 | 2024-01-11 13:15:00.000 | 2024-04-02 13:39:19.000 | 81d 23h 24m | ██████ | Yes | View |

Rows: 1