# Forms

| Patient | Booking # | Booking Date | Record Date | Time Elapsed | User | Locked | Actions |
|---|---|---|---|---|---|---|---|
| 00779 | 00780 | 2023-04-14 02:57:00.000 | 2024-03-26 14:49:31.000 | 347d 11h 52m | | Yes | View |
| 00989 | 00989 | 2024-02-23 21:49:00.000 | 2024-03-28 11:25:48.000 | 33d 12h 36m | | No | View |
| 00032 | 00032 | 2023-08-25 17:22:00.000 | 2024-03-28 11:33:57.000 | 215d 18h 11m | | No | View |
| 00545 | 00545 | 2023-12-07 14:45:09.000 | 2024-03-28 11:45:39.000 | 111d 20h | | No | View |
| 00648 | 00648 | 2024-01-29 20:34:00.000 | 2024-03-28 11:51:25.000 | 58d 14h 17m | | No | View |
| 00601 | 00601 | 2024-02-11 17:04:00.000 | 2024-03-28 12:09:07.000 | 45d 18h 5m | | No | View |
| 00605 | 00605 | 2024-03-04 03:29:00.000 | 2024-03-28 12:27:53.000 | 24d 7h 58m | | No | View |
| 00657 | 00657 | 2023-10-20 22:47:00.000 | 2024-03-28 12:31:03.000 | 159d 13h 44m | | No | View |
| 00405 | 00405 | 2024-01-11 12:17:00.000 | 2024-03-28 12:34:37.000 | 76d 23h 17m | | No | View |
| 00051 | 00051 | 2024-03-04 05:45:07.000 | 2024-03-28 12:43:23.000 | 24d 5h 58m | | No | View |
| 00470 | 00471 | 2024-02-16 22:12:00.000 | 2024-03-28 12:46:14.000 | 40d 13h 34m | | No | View |
| 00389 | 00389 | 2024-01-09 14:15:11.000 | 2024-03-28 12:48:14.000 | 78d 21h 33m | | No | View |
| 01104 | 01104 | 2024-03-08 23:52:00.000 | 2024-03-28 12:51:08.000 | 19d 11h 59m | | No | View |
| 00820 | 00820 | 2024-03-08 21:22:00.000 | 2024-03-28 12:53:01.000 | 19d 14h 31m | | No | View |
| 01199 | 01199 | 2024-02-06 13:49:00.000 | 2024-03-28 12:57:38.000 | 50d 22h 8m | | No | View |
| 01199 | 01199 | 2024-02-06 14:51:00.000 | 2024-03-28 12:57:38.000 | 50d 21h 6m | | No | View |
| 00770 | 00770 | 2024-01-30 12:04:00.000 | 2024-03-28 13:00:03.000 | 57d 23h 56m | | No | View |
| 00770 | 00770 | 2024-01-30 14:01:00.000 | 2024-03-28 13:00:03.000 | 57d 21h 59m | | No | View |
| 00233 | 00233 | 2023-08-01 18:51:00.000 | 2024-03-28 13:03:51.000 | 239d 18h 12m | | No | View |
| 01328 | 01328 | 2023-12-29 10:33:00.000 | 2024-03-28 13:07:03.000 | 90d 1h 34m | | No | View |
| 00047 | 00047 | 2024-01-26 13:58:00.000 | 2024-03-28 13:08:47.000 | 61d 22h 10m | | No | View |
| 00928 | 00928 | 2023-11-17 17:23:00.000 | 2024-03-28 13:11:29.000 | 131d 18h 48m | | No | View |
| 00437 | 00437 | 2022-09-22 16:41:00.000 | 2024-03-28 13:13:41.000 | 552d 20h 32m | | No | View |
| 00652 | 00652 | 2023-09-14 23:52:00.000 | 2024-03-28 13:17:07.000 | 195d 13h 25m | | No | View |
| 00527 | 00527 | 2024-02-29 15:00:09.000 | 2024-03-28 13:19:55.000 | 27d 21h 19m | | No | View |

| 00527 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00151 | 00151 | 2023-10-05 18:11:00.000 | 2024-03-28 13:23:51.000 | 174d 19h 12m | | No | View |
| 00497 | 00497 | 2023-11-24 04:12:00.000 | 2024-03-28 13:28:21.000 | 125d 8h 16m | | No | View |
| 00439 | 00439 | 2024-03-15 16:49:00.000 | 2024-03-28 13:34:04.000 | 12d 20h 45m | | No | View |
| 00439 | 00439 | 2024-03-15 18:03:00.000 | 2024-03-28 13:34:04.000 | 12d 19h 31m | | No | View |
| 00966 | 00966 | 2024-02-20 09:50:00.000 | 2024-03-28 13:39:25.000 | 37d 2h 49m | | No | View |
| 00260 | 00260 | 2023-08-22 09:13:00.000 | 2024-03-28 13:41:20.000 | 219d 4h 28m | | No | View |
| 01069 | 01069 | 2023-11-01 20:08:00.000 | 2024-03-28 13:49:30.000 | 147d 17h 41m | | No | View |
| 00224 | 00224 | 2024-01-10 10:09:00.000 | 2024-03-28 13:51:39.000 | 78d 2h 42m | | No | View |
| 00992 | 00992 | 2024-03-15 12:51:00.000 | 2024-03-28 15:36:42.000 | 13d 2h 45m | | No | View |
| 00277 | 00277 | 2024-03-08 09:52:00.000 | 2024-03-28 15:40:18.000 | 20d 4h 48m | | No | View |
| 00227 | 00228 | 2024-01-17 17:53:00.000 | 2024-03-28 15:42:53.000 | 70d 20h 49m | | No | View |
| 01246 | 01246 | 2023-11-07 11:30:12.000 | 2024-03-28 15:46:55.000 | 142d 3h 16m | | Yes | View |
| 01106 | 01106 | 2023-09-19 10:22:00.000 | 2024-03-28 15:49:14.000 | 191d 5h 27m | | No | View |
| 00440 | 00440 | 2024-03-10 00:12:00.000 | 2024-03-28 15:52:30.000 | 18d 14h 40m | | No | View |
| 00049 | 00049 | 2024-02-05 21:19:00.000 | 2024-03-28 15:56:13.000 | 51d 17h 37m | | No | View |
| 00085 | 00085 | 2023-08-22 03:06:00.000 | 2024-03-28 16:00:49.000 | 219d 12h 54m | | No | View |
| 00513 | 00513 | 2023-10-19 21:58:00.000 | 2024-03-28 16:02:35.000 | 160d 18h 4m | | No | View |
| 00977 | 00977 | 2023-12-08 21:11:00.000 | 2024-03-30 15:26:11.000 | 112d 17h 15m | | No | View |
| 01347 | 01347 | 2024-01-10 15:45:10.000 | 2024-03-30 15:37:46.000 | 79d 22h 52m | | No | View |
| 00501 | 00501 | 2022-10-25 04:19:00.000 | 2024-03-30 15:55:10.000 | 522d 11h 36m | | No | View |
| 01072 | 01073 | 2024-01-24 21:11:00.000 | 2024-03-30 16:58:14.000 | 65d 18h 47m | | No | View |
| 00307 | 00307 | 2023-11-01 16:15:00.000 | 2024-03-30 18:12:24.000 | 150d 1h 57m | | No | View |
| 01330 | 01330 | 2024-01-11 13:15:00.000 | 2024-04-02 13:48:59.000 | 81d 23h 33m | | Yes | View |
| 01220 | 01221 | 2024-01-25 04:47:00.000 | 2024-04-03 11:53:18.000 | 69d 6h 6m | | No | View |
| 01293 | 01293 | 2024-03-06 14:37:00.000 | 2024-04-03 11:57:23.000 | 27d 20h 20m | | No | View |
| 00800 | 00800 | 2023-10-25 23:15:08.000 | 2024-04-03 11:59:57.000 | 160d 12h 44m | | No | View |
| 00921 | 00921 | 2023-09-27 04:12:00.000 | 2024-04-03 12:04:37.000 | 189d 7h 52m | | No | View |
| 00726 | 00726 | 2023-10-12 23:11:00.000 | 2024-04-03 12:14:34.000 | 173d 13h 3m | | No | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00039 | 00039 | 2023-10-02 04:29:00.000 | 2024-04-03 12:16:42.000 | 184d 7h 47m | [redacted] | No | View |
| 00941 | 00942 | 2024-01-15 13:58:00.000 | 2024-04-03 12:19:28.000 | 78d 21h 21m | [redacted] | No | View |
| 00404 | 00404 | 2023-09-01 11:27:00.000 | 2024-04-03 12:23:33.000 | 215d 56m | [redacted] | No | View |
| 01197 | 01197 | 2024-01-05 18:42:00.000 | 2024-04-03 12:28:58.000 | 88d 16h 46m | [redacted] | No | View |
| 00399 | 00399 | 2023-12-19 03:35:00.000 | 2024-04-03 12:32:06.000 | 106d 7h 57m | [redacted] | No | View |
| 00861 | 00862 | 2024-02-27 16:19:00.000 | 2024-04-03 12:35:36.000 | 35d 19h 16m | [redacted] | No | View |
| 00375 | 00375 | 2023-12-11 16:11:00.000 | 2024-04-03 12:40:50.000 | 113d 19h 29m | [redacted] | No | View |
| 00333 | 00333 | 2023-09-19 06:25:00.000 | 2024-04-03 12:44:10.000 | 197d 6h 19m | [redacted] | No | View |
| 00130 | 00130 | 2024-03-13 10:27:00.000 | 2024-04-03 12:47:41.000 | 21d 2h 20m | [redacted] | No | View |
| 01283 | 01283 | 2023-11-16 13:30:09.000 | 2024-04-03 12:49:47.000 | 138d 22h 19m | [redacted] | No | View |
| 00107 | 00108 | 2024-02-25 17:05:00.000 | 2024-04-03 12:52:18.000 | 37d 18h 47m | [redacted] | No | View |
| 00010 | 00010 | 2024-02-25 15:27:00.000 | 2024-04-03 12:54:18.000 | 37d 20h 27m | [redacted] | No | View |
| 01029 | 01029 | 2024-02-02 15:45:07.000 | 2024-04-03 12:58:41.000 | 60d 20h 13m | [redacted] | No | View |
| 01277 | 01277 | 2023-09-10 18:52:00.000 | 2024-04-03 13:00:30.000 | 205d 18h 8m | [redacted] | No | View |
| 01389 | 01389 | 2024-02-01 01:17:00.000 | 2024-04-03 13:02:20.000 | 62d 10h 45m | [redacted] | No | View |
| 00218 | 00218 | 2024-01-27 10:41:00.000 | 2024-04-03 13:09:02.000 | 67d 1h 28m | [redacted] | No | View |
| 00218 | 00218 | 2024-01-27 11:41:00.000 | 2024-04-03 13:09:02.000 | 67d 28m | [redacted] | No | View |
| 00040 | 00040 | 2023-06-29 23:15:08.000 | 2024-04-03 13:12:33.000 | 278d 13h 57m | [redacted] | No | View |
| 00597 | 00597 | 2024-03-08 21:54:00.000 | 2024-04-03 13:15:36.000 | 25d 14h 21m | [redacted] | No | View |
| 00115 | 00115 | 2024-01-24 17:57:00.000 | 2024-04-03 13:18:14.000 | 69d 18h 21m | [redacted] | No | View |
| 00526 | 00526 | 2024-02-09 15:31:00.000 | 2024-04-03 13:20:39.000 | 53d 20h 49m | [redacted] | No | View |
| 01349 | 01350 | 2023-07-18 22:19:00.000 | 2024-04-03 13:26:31.000 | 259d 15h 7m | [redacted] | No | View |
| 00688 | 00689 | 2023-12-05 11:57:00.000 | 2024-04-03 13:31:00.000 | 120d 34m | [redacted] | No | View |
| 00688 | 00689 | 2023-12-05 14:41:00.000 | 2024-04-03 13:31:00.000 | 119d 21h 50m | [redacted] | No | View |
| 00593 | 00593 | 2024-02-15 13:06:00.000 | 2024-04-03 13:37:23.000 | 47d 23h 31m | [redacted] | No | View |
| 00593 | | | | | | | |
| 00189 | 00190 | 2024-02-14 13:24:00.000 | 2024-04-03 13:39:34.000 | 48d 23h 15m | [redacted] | No | View |
| 00146 | 00146 | 2023-09-06 00:52:00.000 | 2024-04-03 13:46:21.000 | 210d 12h 54m | [redacted] | No | View |
| 00015 | 00015 | 2024-01-22 18:04:00.000 | 2024-04-03 13:48:28.000 | 71d 18h 44m | [redacted] | No | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00435 | 00435 | 2024-02-19 00:15:08.000 | 2024-04-03 13:51:03.000 | 44d 12h 35m | | No | View |
| 00337 | 00337 | 2023-12-27 00:07:00.000 | 2024-04-03 13:52:38.000 | 98d 12h 45m | | No | View |
| 00622 | 00622 | 2023-10-14 11:55:00.000 | 2024-04-03 13:58:49.000 | 172d 2h 3m | | No | View |
| 01358 | 01358 | 2023-11-26 00:20:00.000 | 2024-04-03 14:01:20.000 | 129d 12h 41m | | No | View |
| 00166 | 00166 | 2024-02-24 13:30:06.000 | 2024-04-03 14:06:14.000 | 38d 23h 36m | | No | View |
| 00672 | 00673 | 2024-03-06 19:42:00.000 | 2024-04-03 14:11:26.000 | 27d 17h 29m | | No | View |
| 01359 | 01359 | 2023-09-26 12:05:00.000 | 2024-04-03 14:13:08.000 | 190d 2h 8m | | No | View |
| 01150 | 01150 | 2023-11-30 02:21:00.000 | 2024-04-03 14:18:12.000 | 125d 10h 57m | | No | View |
| 00778 | 00778 | 2023-09-18 23:50:00.000 | 2024-04-03 14:20:23.000 | 197d 14h 30m | | No | View |
| 00922 | 00922 | 2024-01-17 20:15:08.000 | 2024-04-03 14:22:55.000 | 76d 17h 7m | | No | View |
| 00700 | 00700 | 2024-02-29 13:57:00.000 | 2024-04-03 14:36:20.000 | 33d 23h 39m | | No | View |
| 00019 | 00019 | 2021-10-12 16:30:20.000 | 2024-04-03 15:42:13.000 | 903d 23h 11m | | Yes | View |
| 01200 | 01200 | 2024-01-19 09:16:00.000 | 2024-04-03 16:51:38.000 | 75d 6h 35m | | No | View |
| 00717 | 00717 | 2024-02-02 13:16:00.000 | 2024-04-03 16:53:08.000 | 61d 2h 37m | | No | View |
| 00306 | 00306 | 2023-09-01 00:06:00.000 | 2024-04-03 16:56:51.000 | 215d 16h 50m | | No | View |
| 00658 | 00658 | 2024-02-20 22:03:00.000 | 2024-04-03 17:14:13.000 | 42d 18h 11m | | No | View |
| 00349 | 00349 | 2023-10-21 13:03:00.000 | 2024-04-03 17:17:14.000 | 165d 4h 14m | | No | View |
| 00254 | 00254 | 2024-03-20 03:15:06.000 | 2024-04-03 17:20:12.000 | 14d 14h 5m | | No | View |
| 00566 | 00566 | 2024-03-01 14:23:00.000 | 2024-04-03 17:28:58.000 | 33d 2h 5m | | No | View |
| 00682 | 00682 | 2024-03-16 04:00:07.000 | 2024-04-03 17:34:59.000 | 18d 13h 34m | | No | View |
| 00957 | 00957 | 2024-02-26 23:36:00.000 | 2024-04-03 17:38:15.000 | 36d 17h 2m | | No | View |
| 01215 | 01215 | 2024-01-24 14:58:00.000 | 2024-04-03 17:40:15.000 | 70d 1h 42m | | No | View |
| 00653 | 00653 | 2023-11-13 03:06:00.000 | 2024-04-03 17:43:51.000 | 142d 13h 37m | | No | View |
| 00641 | 00641 | 2023-12-20 13:45:12.000 | 2024-04-03 17:47:09.000 | 105d 3h 1m | | No | View |
| 01208 | 01208 | 2024-01-04 22:07:00.000 | 2024-04-03 17:53:08.000 | 89d 18h 46m | | No | View |
| 01209 | 01209 | 2024-03-12 12:22:00.000 | 2024-04-03 17:55:20.000 | 22d 5h 33m | | No | View |
| 01058 | 01058 | 2024-03-11 15:15:09.000 | 2024-04-03 17:57:23.000 | 23d 2h 42m | | Yes | View |
| 00416 | 00416 | 2023-10-11 20:50:00.000 | 2024-04-03 18:01:44.000 | 174d 21h 11m | | No | View |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01075 | 01075 | 2024-02-27 20:35:00.000 | 2024-04-03 18:03:16.000 | 35d 20h 28m | | No | View |
| 00974 | 00974 | 2024-03-03 03:43:00.000 | 2024-04-03 18:07:33.000 | 31d 13h 24m | | No | View |
| 00704 | 00704 | 2024-02-13 13:59:00.000 | 2024-04-03 18:10:22.000 | 50d 3h 11m | | No | View |
| 00542 | 00542 | 2024-01-29 15:48:00.000 | 2024-04-03 18:13:07.000 | 65d 1h 25m | | No | View |
| 00370 | 00370 | 2024-02-09 02:15:00.000 | 2024-04-03 18:15:08.000 | 54d 15h | | No | View |
| 00247 | 00247 | 2023-11-04 00:42:00.000 | 2024-04-03 18:17:14.000 | 151d 17h 35m | | No | View |
| 00339 | 00340 | 2024-03-20 10:45:07.000 | 2024-04-03 18:20:14.000 | 14d 7h 35m | | No | View |
| 00351 | 00351 | 2024-02-23 06:24:00.000 | 2024-04-03 18:21:58.000 | 40d 10h 57m | | No | View |
| 00432 | 00432 | 2023-12-05 11:52:00.000 | 2024-04-03 18:23:41.000 | 120d 5h 31m | | No | View |
| 00731 | 00732 | 2024-01-27 04:19:00.000 | 2024-04-03 18:25:55.000 | 67d 13h 6m | | No | View |
| 00413 | 00413 | 2024-03-09 00:59:00.000 | 2024-04-03 18:29:01.000 | 25d 16h 30m | | No | View |
| 01361 | 01361 | 2024-02-24 20:40:00.000 | 2024-04-03 18:31:14.000 | 38d 20h 51m | | No | View |
| 00161 | 00161 | 2023-12-15 14:11:00.000 | 2024-04-03 18:33:29.000 | 110d 3h 22m | | No | View |
| 00187 | 00187 | 2024-03-07 20:52:00.000 | 2024-04-03 18:36:06.000 | 26d 20h 44m | | No | View |
| 00050 | 00050 | 2023-11-11 03:30:09.000 | 2024-04-03 18:39:24.000 | 144d 14h 9m | | No | View |
| 00487 | 00487 | 2023-12-05 07:58:00.000 | 2024-04-03 18:41:24.000 | 120d 9h 43m | | No | View |
| 01037 | 01037 | 2024-01-26 19:46:00.000 | 2024-04-03 18:42:59.000 | 67d 21h 56m | | No | View |
| 01167 | 01167 | 2023-09-07 15:55:00.000 | 2024-04-03 18:45:34.000 | 209d 2h 50m | | No | View |
| 01167 | 01167 | 2023-09-07 23:17:00.000 | 2024-04-03 18:45:34.000 | 208d 19h 28m | | No | View |
| 00317 | 00317 | 2023-12-25 20:52:00.000 | 2024-04-03 18:48:32.000 | 99d 20h 56m | | No | View |

**Rows: 129**