# Tasks

Viewing 9 Results

| Patient Name | Location Agency | Date | Status | Category | Task Description | | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01220 | | [OUT] | County | 03/25/2024 | Completed | Dental Sick Call | 3/24 - Swelling, inflammation, irritation, pain & discomfort of my gums where teeth were recently removed. Possible infection. My face is swelling up on one side. Feels like an abscess. | | 03/24/2024 2047 | | | 1d 11h 44m | 1d 8h 31m | 1 (Highest) |
| 01319 | | [OUT] | County | 04/03/2024 | Completed | Dental Sick Call | DSTR | | 04/03/2024 1251 | | | 40s | 12h 51m | 1 (Highest) |
| 01032 | | [OUT] | County | 04/02/2024 | Completed | Dental Sick Call | 4/2 - swelling of upper left gum. molar broken. c/o 7/10 throbbing pain x2 days. | | 04/02/2024 0413 | | | 6h 51m | 11h 5m | 1 (Highest) |
| 00136 | | BD 19 | County | 03/25/2024 | Completed | Dental Sick Call | 3/23 - Level 1 "The pain medication only lasted 6 hours; from 4-10pm. I'm still waiting for the dentist to remove the tooth with an exposed nerve. The pain is extremely severe. I need more than 6 hours... | | 03/23/2024 0600 | | | 5d 3h 5m | 3d 9h 5m | 1 (Highest) |
| 00065 | | [OUT] | County | 04/01/2024 | Completed | Dental Sick Call | 3/30 - Toothache, left lower side, swollen. | | 03/30/2024 0329 | | | 3d 11h 55m | 1d 15h 24m | 1 (Highest) |
| 00069 | | M1 113 TB | County | 03/27/2024 | Completed | Dental Sick Call | Post-Op f/u | | 03/08/2024 1622 | | | 19d 15h 19m | 1d 8h 41m | 1 (Highest) |
| 00309 | | AD 07 | County | 03/27/2024 | Completed | Dental Sick Call | 3/21 - Swelling on right and left molars with redness. Pain unbearable. Ordered tylenol. 3/26 - I came in last week for a toothache and had an xray on my top left molar, well its definitely the bottom left... | | 03/21/2024 0945 | | | 6d 4h 21m | 14h 6m | 1 (Highest) |
| 01009 | | [OUT] | County | 03/25/2024 | Completed | Dental Sick Call | 3/21 - **Intake** Dental sick call d/t pain "10" on 0-10 scale. 3/21 - Urgent Referral from intake [Created by: RN | | 03/21/2024 1603 | | | 6d 18h 4m | 3d 10h 8m | 1 (Highest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | at 03/21/2024 1553] [Last at 03/22/2024 0722] | | | | | | | |
| 00690 | AD 53 | County | 04/04/2024 | Completed | Dental Sick Call | 4/3 - patient having toothache left lower teeth unable to eat pain level 7/10 | | 04/03/2024 1306 | | | 23h 26m | 12h 33m | 1 (Highest) |

Viewing 9 Results