# Tasks

Viewing 165 Results

| Patient Name | Location | Agency | Date | Status | Category | Task Description | By | Entered | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01144 | Z2 208 TB | County | 03/31/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | | 03/26/2024 0807 | | | 4d 22h 4m | 6h 11m | 1 (Highest) |
| 01164 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | Complete Intake Receiving Screening FORMS - combative at intake. | | | 03/25/2024 1024 | | | 5h 15m | 15h 40m | 1 (Highest) |
| 01222 | [OUT] | County | 04/01/2024 | Completed | Nurse Sick Call | 4/1 - per email from ombudsperson, pt is reporting ostomy bag that needs changing. (No tasks for ostomy care created at | | | 04/01/2024 1928 | | | 56m | 20h 25m | 1 (Highest) |
| 01321 | [OUT] | County | 04/01/2024 | Completed | Nurse Sick Call | Please complete intake when pt. is cooperative. **ON SITE NURSE** | | | 03/31/2024 2251 | | | 10h 1m | 8h 52m | 1 (Highest) |
| 00261 | L2 210 TB | County | 04/02/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | | 03/28/2024 1620 | | | 2d 14h 27m | 1d 17h 11m | 1 (Highest) |
| 00700 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/12 - requesting glasses - please perform SNELLEN exam and chart review results to the provider **ON SITE | | | 03/12/2024 2158 | | | 26d 2h 43m | 11d 42m | 1 (Highest) |
| 01347 | AD 44 | County | 03/30/2024 | Completed | Nurse Sick Call | pt c/o broken glasses, requesting new ones | | | 03/21/2024 1925 | | | 8d 20h 17m | 15h 42m | 1 (Highest) |
| 00326 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/27 - "I feel suicidal" 3/28- Pt was placed on observation -email sent to DON Pt was referred to MH | | | 03/27/2024 2331 | | | 2d 9h 38m | 2d 9h 9m | 1 (Highest) |
| 00977 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | Fell on wet concrete. Right hand swollen and painful. | | | 03/29/2024 2023 | | | 18h 56m | 1d 15h 19m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01383 | IP 212 | County | 03/30/2024 | Completed | Nurse Sick Call | "My blood sugar is high. The Doctor said I am supposed to be getting med for it?" | | 03/29/2024 2024 | (03/30/2024 0855) | (03/30/2024 0855) | 12h 30m | 8h 55m | 1 (Highest) |
| 00745 | UNKNOWN | County | 03/28/2024 | Completed | Nurse Sick Call | ***Snellen**** On Site Staff | | 03/27/2024 2355 | | | 1d 7h 54m | 1d 7h 50m | 1 (Highest) |
| 00977 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | ***Please prioritize Snellen Test see chart note 03/08/2024 **ON SITE NURSE** | | 03/08/2024 1719 | | | 21d 20h 59m | 1d 15h 19m | 1 (Highest) |
| 01072 | BD 35 | County | 03/26/2024 | Completed | Nurse Sick Call | 3/25 - I am having build up of wax in my ears and would like to get them cleaned rinsed out please **ON SITE NURSE** | | 03/25/2024 2210 | | | 4d 18h 48m | 4d 16h 58m | 1 (Highest) |
| 00977 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | 3/28 - I fell in yard and now my hand is swollen | | 03/28/2024 2129 | | | 1d 17h 57m | 1d 15h 26m | 1 (Highest) |
| 01347 | AD 44 | County | 03/25/2024 | Completed | Nurse Sick Call | Patient requesting glasses: Glass es broken can t Reed no one to tell no sleep jest sit nothing **ON SITE NURSE** | | 03/24/2024 0654 | | | 6d 8h 48m | 5d 15h 42m | 1 (Highest) |
| 00167 | AD 42 | County | 04/04/2024 | Completed | Nurse Sick Call | 4/3 - I have a popped abscess on my inner thigh that looks like staff | | 04/03/2024 2137 | | | 4h 14m | 1h 52m | 1 (Highest) |
| 00462 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | Patient is demanding medication for her back pain. (Patient has been referred to psychiatry as well) | | 03/26/2024 1729 | | | 1d 15h 11m | 8h 40m | 1 (Highest) |
| 00486 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | Recieved Sick call slip during med pass , patient reported that she wants her lupus checked and wants an STD check | | 03/24/2024 1944 | | | 6d 17h 13m | 12h 57m | 1 (Highest) |
| 00603 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/13/2024 1352 | | | 13d 1h 14m | 15h 7m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00301 | BP 203 | DSH | 03/31/2024 | Completed | Nurse Sick Call | 3/24 - Have a very bad fever, feeling really sick. Feel like I'm about to pass out. | | 03/24/2024 2052 | | | 6d 13h 55m | 10h 48m | 1 (Highest) |
| 00379 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/28 - wants to be seen about his feet | | 03/28/2024 2117 | | | 2d 13h 10m | 10h 28m | 1 (Highest) |
| 00825 | [OUT] | County | 04/01/2024 | Completed | Nurse Sick Call | 3/31 - I been having stomach problem. I always have bubble guts and the feeling I need to go - states 3-4 bowel movements | | 03/31/2024 1343 | | | 21h 25m | 11h 8m | 1 (Highest) |
| 00421 | M2 203 BB | County | 04/01/2024 | Completed | Nurse Sick Call | 3/31 - I have some pimples on my skin I would like ointments | | 03/31/2024 2027 | | | 15h 36m | 12h 3m | 1 (Highest) |
| 00868 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | 4/1 - Having migraines again | | 04/01/2024 2124 | | | 17h 50m | 15h 15m | 1 (Highest) |
| 00809 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | 4/1 - Spider bite I have a huge pimple by my leg thigh it hurts a lot | | 04/01/2024 2128 | | | 18h 49m | 16h 17m | 1 (Highest) |
| 00655 | DP 103 | County | 03/26/2024 | Completed | Nurse Sick Call | 3/25 - the past five days I've had extreme pain in both of my knees... It's very hard to sit down and get | | 03/25/2024 2212 | | | 19h 47m | 17h 59m | 1 (Highest) |
| 01399 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | 4/1 - Would like to follow up on the spot on my arm | | 04/01/2024 2116 | | | 19h 55m | 17h 11m | 1 (Highest) |
| 00435 | ED 03B | County | 04/01/2024 | Completed | Nurse Sick Call | 3/31 - I'm still detoxing fentanyl and alcohol as well as xanax and can't sleep or program (CIWA/Beno/COWS monitoring ended | | 03/31/2024 2042 | | | 15h 59m | 12h 42m | 1 (Highest) |
| 00214 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | 3/31 - Pain to left hip. Need some sort of pain medication | | 03/31/2024 2009 | | | 1d 19h 25m | 15h 35m | 1 (Highest) |
| 00654 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | 3/31 - I've been having bad migraines every day now for a week | | 03/31/2024 2023 | | | 1d 18h 59m | 15h 23m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01361 | [out] | County | 04/01/2024 | Completed | Nurse Sick Call | 3/26 - Pain in my right side constantly and have a rash on my legs and upper buttocks and severe heartburn | | 03/26/2024 2158 | | | d 16h 59m | 14h 57m | 1 (Highest) |
| 01001 | AD 23 | County | 04/02/2024 | Completed | Nurse Sick Call | 3/30 - Hernia as well pain in back shoulder | | 03/31/2024 1303 | | | d 46m | 13h 50m | 1 (Highest) |
| 00603 | [OUT] | County | 04/01/2024 | Completed | Nurse Sick Call | IP is claiming to be restless and is requesting sleeping medications | | 03/28/2024 0007 | | | d 12h 19m | 12h 26m | 1 (Highest) |
| 00891 | BP 210 | County | 04/02/2024 | Completed | Nurse Sick Call | Asking for Rx glasses that were put into property, per sick-call req | | 04/01/2024 0108 | | | d 14h 33m | 15h 41m | 1 (Highest) |
| 01250 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | c/o gout & trouble walking, also asking for a Rx refill | | 04/01/2024 0106 | | | d 12h 22m | 13h 28m | 1 (Highest) |
| 00784 | V1 119 TB | County | 03/26/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal protocol | | 03/20/2024 2116 | | | d 17h 16m | 14h 33m | 1 (Highest) |
| 00672 | M2 212 BB | County | 03/26/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal protocol. 3/21 - requesting refill of long term tylenol - no | | 03/06/2024 1951 | | | 9d 21h 19m | 18h 11m | 1 (Highest) |
| 01005 | K1 110 TB | County | 03/26/2024 | Completed | Nurse Sick Call | IP requesting to continue with heating pack | | 03/22/2024 0510 | | | d 13h 55m | 19h 5m | 1 (Highest) |
| 01080 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal protocol | | 03/27/2024 1653 | | | d 22h 6m | 15h | 1 (Highest) |
| 01355 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal protocol. 3.22--IP c/o | | 03/19/2024 1428 | | | d 4h 7m | 18h 35m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00271 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | c/o restless legs and trouble sleeping. | | 04/02/2024 0523 | | | 12h 9m | 17h 32m | 1 (Highest) |
| 00645 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | RN sick call 5 days to re evaluate knee skin tear | | 03/20/2024 1146 | | | 11d 37m | 12h 24m | 1 (Highest) |
| 00586 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | IP c/o left leg pain Pt. has pain on bottom of R plantar of foot. | | 03/22/2024 1906 | | | 2d 21h 27m | 16h 33m | 1 (Highest) |
| 00597 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/08/2024 2155 | | | 17d 15h 46m | 14h 41m | 1 (Highest) |
| 00750 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/28/2024 2358 | | | 4d 12h 24m | 12h 23m | 1 (Highest) |
| 00273 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 2/13 f/u right ear infection (Previous Complaint). 3/7 - I have a bad migraine and it's not going away. I have had it for 2 days now. I think I'm running a fever. I have been hot for 2 or 3 days now. 3/19 | | 03/08/2024 0606 | | | 23d 4h 55m | 12h 1m | 1 (Highest) |
| 00198 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/23 - My throat has been hurting a lot. My bones hurt and I had a fever and I couldn't eat food. | | 03/23/2024 2059 | | | 2d 21h 45m | 18h 45m | 1 (Highest) |
| 00252 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/24 - Rash on my legs and on my side | | 03/24/2024 2046 | | | 1d 22h 35m | 19h 21m | 1 (Highest) |
| 00351 | Z1 118 BB | County | 03/26/2024 | Completed | Nurse Sick Call | 3/23 - Bad pain swollen face. infection or something | | 03/23/2024 2129 | | | 2d 20h 58m | 18h 28m | 1 (Highest) |
| 00353 | X1 107 BB | County | 03/26/2024 | Completed | Nurse Sick Call | 3/22 - c/o ongoing headaches not relieved with meloxicam | | 03/22/2024 2013 | | | 3d 21h 16m | 17h 30m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00967 | | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/22 - My head hurts a lot of | | 03/22/2024 2011 | | | 3d 21h 31m | 17h 42m | 1 (Highest) |
| 00967 | | | | | | | migraines - Excedrin order expired | | | (03/26/2024 1742) | (03/26/2024 1742) | | | |
| 00967 | | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | pt c/o migraine headache | | 03/29/2024 1908 | | | 3d 21h 58m | 17h 6m | 1 (Highest) |
| 00192 | | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | PT c/o severe abd irritation from acid reflux. States he takes otc ppi and would like an order for this. S/C collected during med pass | | 03/31/2024 1833 | | | 1d 20h 31m | 15h 4m | 1 (Highest) |
| 01082 | | CD 10 | County | 04/01/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/25/2024 1104 | | | 6d 23h 36m | 10h 40m | 1 (Highest) |
| 01164 | | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/25/2024 1029 | | | 8d 2h 2m | 12h 31m | 1 (Highest) |
| 01241 | | V1 108 BB | County | 03/26/2024 | Completed | Nurse Sick Call | 3/15 - I have diarrhea 3/20 - I would like to have my vitals check 3/21 - I've been having | | 03/20/2024 2130 | | | 5d 17h 48m | 15h 19m | 1 (Highest) |
| 01391 | | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/18 - I'm getting pimples on my chest and want medication | | 03/18/2024 2212 | | | 7d 18h 56m | 17h 9m | 1 (Highest) |
| 00161 | | GP 110 | County | 03/26/2024 | Completed | Nurse Sick Call | 3/15 - I would like to be tested for any STDs. | | 03/15/2024 2014 | | | 10d 22h 10m | 18h 24m | 1 (Highest) |
| 00437 | | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/24 - sore throat and slight cough and been having these headaches all day. | | 03/24/2024 2111 | | | 1d 21h 41m | 18h 52m | 1 (Highest) |
| 00491 | | EP 14 | County | 03/26/2024 | Completed | Nurse Sick Call | 3/24 - I feel bad, I start to despair and my heart feels like it's burning and my head hurts and I feel dizzy. | | 03/24/2024 2116 | | | 1d 21h 5m | 18h 21m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01255 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/4 - I feel a little sick and I'm requesting some medicine for a runny nose and headache and also my throat hurts a little | | 03/04/2024 2122 | | | 20d 18h 49m | 17h 11m | 1 (Highest) |
| 01204 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/14 - When I woke up this morning though it hurts to swallow. I thought I was better and I am | | 03/14/2024 1933 | | | 10d 21h 20m | 16h 53m | 1 (Highest) |
| 01198 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/12 - my back is hurting and knee is on fire my head hurts from lack of water I'm dehydrated an sick | | 03/12/2024 2038 | | | 12d 20h 8m | 16h 46m | 1 (Highest) |
| 01172 | UP 14 | County | 03/25/2024 | Completed | Nurse Sick Call | 3/14 - I am extremely uncomfortable have excessive gas. I have fungus | | 03/14/2024 1923 | | | 10d 22h 39m | 18h 2m | 1 (Highest) |
| 01136 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/22 - Major cuts on leg. I'm in severe pain with multiple cuts on my leg. | | 03/22/2024 1959 | | | 2d 20h 13m | 16h 12m | 1 (Highest) |
| 00944 | QP 02M | County | 03/25/2024 | Completed | Nurse Sick Call | 3/17 - I believe I have sleep apnea or some type of sinus infection my snores are so loud it roars at times wake myself up as well as everyone around me. I have ugly discharge brownish smelly discharge with | | 03/18/2024 2006 | | | 6d 21h 30m | 17h 36m | 1 (Highest) |
| 00733 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/15 - I have a yeast infection. I messed with a girl and would like to get tested for HIV and syphilis and all stds | | 03/15/2024 2134 | | | 9d 17h 32m | 15h 7m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00630 | SP 204 | County | 03/25/2024 | Completed | Nurse Sick Call | 3/9 - c/o cough 3/11 - c/o cold and cough symptoms 3/14 - c/o cold and cough 3/20 - c/o leg pain 3.23-- IP complained of "swollen leg hurt with pain sick in person" | | 03/09/2024 2013 | | | 15d 21h 58m | 19h 11m | 1 (Highest) |
| 00618 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/5 - c/o UTI symptoms | | 03/05/2024 2040 | | | 19d 19h 10m | 16h 51m | 1 (Highest) |
| 00537 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/10 - Ive been having nerve pain and cramps in my left ring finger so severe it brings me to tears | | 03/10/2024 1949 | | | 14d 18h 12m | 14h 1m | 1 (Highest) |
| 00244 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/23 - Need something to help with regular bowel movements | | 03/23/2024 2052 | | | 1d 16h 57m | 13h 49m | 1 (Highest) |
| 00188 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/23 - Can I get ibuprofen for cramps I really get real bad back and abdominal pain every time I'm on my monthly menstruation | | 03/23/2024 2112 | | | 1d 20h 6m | 17h 18m | 1 (Highest) |
| 00156 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/24 - I have a rash really bad is getting really bad | | 03/24/2024 1930 | | | 22h 14m | 17h 45m | 1 (Highest) |
| 00670 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/22 - I can't drink milk makes my stomachs hurt, requesting lactose free diet 3/24 - I am getting upset stomach from milk in morning can u not give me milk 3.25-- Adaptive Support Needs Screening. Complete | | 03/22/2024 2054 | | | 2d 17h 50m | 14h 45m | 1 (Highest) |
| 00484 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/21 - 5 days constipated, stomach pain 3/24 - Constipation for 7 days my stomach hurts alot | | 03/21/2024 2119 | | | 3d 19h 46m | 17h 5m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00696 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/8 - c/o migraines 3/10 - c/o ongoing migraines *Already on Mobic for ankle, should not require any more pain meds 3.18--No coffee has interrupted my schedule. I need caffeine or Excedrin for my... | | 03/08/2024 2056 | | | 22d 13h 39m | 11h 35m | 1 (Highest) |
| 01198 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/27 - I would like to get tested for a UTI I have noticed a discharge that is not normal with a light smell, my knee is also in pain and my bones are hurting | | 03/27/2024 1958 | | | 3d 18h 52m | 14h 50m | 1 (Highest) |
| 00189 | [OUT] | County | 04/01/2024 | Completed | Nurse Sick Call | 3/26 - I would like to be tested for STDs and HEP.C | | 03/26/2024 2103 | | | 5d 15h 12m | 12h 16m | 1 (Highest) |
| 00545 | M1 110 TB | County | 04/01/2024 | Completed | Nurse Sick Call | 3/30 - c/o dandruff - I've tired all soaps and shampoo store has available for us but none of them seem to help with my | | 03/30/2024 1716 | | | 1d 17h 55m | 11h 11m | 1 (Highest) |
| 00739 | L1 114 BB | County | 03/31/2024 | Completed | Nurse Sick Call | 3/30 - the bottom of my foot has a bad pain hard to stand on | | 03/30/2024 1626 | | | 1d 25m | 16h 52m | 1 (Highest) |
| 00602 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/29 - I have been having chronic painful headaches | | 03/29/2024 2129 | | | 1d 13h 27m | 10h 57m | 1 (Highest) |
| 00770 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/29 - having a high fever I keep coughing blood and spitting blood I wake up in sweat I havnt been able to eat for last 3-days due to being sick throat hurts reall bad | | 03/29/2024 2226 | | | 1d 19h 8m | 17h 35m | 1 (Highest) |
| 00327 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/29 - I'm getting hives on my face, I think they're bongos. (spanish translation) | | 03/29/2024 2142 | | | 1d 19h 22m | 17h 4m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00809 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | **GRIEVANCE FILED** 3/12 - I got pimples on my head, wants STD testing 3.14--3/14 - i get big migraines 3/18 - I have been throwing up and have huge migraines, c/o smell from cellmates period fluids 3/26... | | 03/12/2024 2212 | | | 18d 13h 15m | 11h 28m | 1 (Highest) |
| 00987 | K1 113 TB | County | 03/31/2024 | Completed | Nurse Sick Call | 3/29 - I have a lump on the right side of my neck that needs to be looked at | | 03/29/2024 2059 | | | 1d 20h 13m | 17h 13m | 1 (Highest) |
| 01168 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/29 - I slipped and fell in the the shower and hurt my knee and ankle | | 03/29/2024 2216 | | | 1d 18h 28m | 16h 45m | 1 (Highest) |
| 00378 | QP 10T | County | 03/25/2024 | Completed | Nurse Sick Call | 3/6 - Runny nose, headache, body ache, throat hurts 3/7 - I have body ache and coughing up green yellow. Runny nose and | | 03/06/2024 2130 | | | 18d 11h 7m | 9h 38m | 1 (Highest) |
| 00978 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/22 - the rash is spread from chest to toe and its not getting any better. I'm Also experiencing BV. I have a bad odored discharge and discomfort. I'm extremely uncomfortable | | 03/22/2024 2111 | | | 2d 12h 30m | 9h 41m | 1 (Highest) |
| 00550 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/22 - I am suffering from migraine headaches and pain on the left upper jawline after | | 03/22/2024 2036 | | | 3d 13h 52m | 10h 28m | 1 (Highest) |
| 00693 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/26 - I would like to be seen about ear 3/27 _ Pt in Court | | 03/26/2024 2312 | | | 1d 11h 31m | 10h 44m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01236 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | 3/26 - I have problems with my knee and they haven't given me pain pills. (meloxicam expired 3/24) | | 03/26/2024 2017 | | | 15h 30m | 11h 48m | 1 (Highest) |
| 00242 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | 3/26 - Breaking out psoriasis need to be checked out | | 03/26/2024 2142 | | | 12h 59m | 10h 41m | 1 (Highest) |
| 00564 | X2 201 BB | County | 04/05/2024 | Completed | Nurse Sick Call | pt requesting STD TESTING | | 03/28/2024 1800 | | | 7d 14h 9m | 8h 9m | 1 (Highest) |
| 00307 | DD 04 | County | 03/29/2024 | Completed | Nurse Sick Call | 3/28 - Central abdominal pain, 9\10 Worsens with movement. Worsening since onset two weeks ago Swelling into belly bottom, site of pain. Concern for | | 03/28/2024 2141 | | | 13h 35m | 11h 17m | 1 (Highest) |
| 00462 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | pt is requesting to see MD regarding back pain. | | 03/25/2024 0804 | | | 2h 45m | 10h 50m | 1 (Highest) |
| 00722 | [OUT] | County | 04/02/2024 | Completed | Nurse Sick Call | " i need left back tooth pulled | | 03/30/2024 2008 | | | 2d 22h 33m | 18h 42m | 1 (Highest) |
| 00558 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/20 - I am having a hard time seeing I am in need of glasses I can't see far - Please perform SNELLEN vision exam and chart review results to provider. *******ON-SITE STAFF****** | | 03/20/2024 2131 | | | 8d 14h 58m | 4d 12h 29m | 1 (Highest) |
| 01216 | [OUT] | County | 03/31/2024 | Completed | Nurse Sick Call | 3/26 - c/o dandruff 3/29 - Ear is in pain need to be flushed out to much wax buil up pain level is a 10 | | 03/26/2024 2201 | | | 4d 20h 13m | 18h 14m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01262 | GP 103 | County | 03/28/2024 | Completed | Nurse Sick Call | Administration Segregation checks to be done daily. Please document on proper Nursing Segregation form. OK to remove when patient no longer on Segregation housing. Please reschedule if remains on Segregation. | | 03/28/2024 2228 | | | 35s | 22h 29m | 1 (Highest) |
| 00211 | MHO 05 | County | 03/26/2024 | Completed | Nurse Sick Call | 3/25 - I have a open stitches of a past wound can you help it stings (no report of stitches at intake or on NMC jailcheck | | 03/25/2024 2053 | | | 23h 30m | 20h 24m | 1 (Highest) |
| 01224 | AD 48 | County | 03/27/2024 | Completed | Nurse Sick Call | 3/26 - I been throwing up an | | 03/26/2024 2140 | | | 1h 10m | 1h 8m | 1 (Highest) |
| 01225 | | | | | | having diarrhea for the last two nights | | | (03/26/2024 | 03/26/2024) | | | |
| 01361 | [out] | County | 03/29/2024 | Completed | Nurse Sick Call | 3/29 - Copd is really bad and having trouble sleeping and breathing | | 03/29/2024 2259 | | | 36m | 23h 35m | 1 (Highest) |
| 00745 | UNKNOWN | County | 03/29/2024 | Completed | Nurse Sick Call | 3/22 - Still having extremely bad headaches 3/24 - Horrible headache stuff up nose | | 03/22/2024 2114 | | | 6d 19h 28m | 16h 43m | 1 (Highest) |
| 00435 | ED 03B | County | 03/29/2024 | Completed | Nurse Sick Call | 3/28 - I have real ba dandruff and I think I still have athlete's foot or fungus on my nails | | 03/28/2024 2119 | | | 1d 13m | 21h 32m | 1 (Highest) |
| 00609 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/6 - Need more fun cream refill - expired 1/27, last seen 12/29/23 | | 03/06/2024 1940 | | | 19d 22h 18m | 18h 58m | 1 (Highest) |
| 00280 | N2 216 TB | County | 03/27/2024 | Completed | Nurse Sick Call | 3/26 - I would like to request eye drops due to severe eye irritation | | 03/26/2024 2147 | | | 1d 2h 32m | 1d 20m | 1 (Highest) |
| 01030 | HP 112 | County | 03/27/2024 | Completed | Nurse Sick Call | 3/26 - right knee pai | | 03/26/2024 2221 | | | 1d 2h 21m | 1d 43m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00697 | ED 01M | County | 03/27/2024 | Completed | Nurse Sick Call | 3/22 - Heartburn, bad back & ulcers 3.25-- PT reports back pain 3/26 - I have a large size baseball size boil puss like bubble on my left shoulder that is hurting me. I need this checked put to make sure it... | | 03/22/2024 2023 | | | 4d 23h 45m | 20h 8m | 1 (Highest) |
| 00711 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/23/2024 1309 | | | 6d 5h 11m | 18h 21m | 1 (Highest) |
| 01144 | Z2 208 TB | County | 04/03/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/26/2024 0807 | | | 8d 7h 14m | 15h 21m | 1 (Highest) |
| 01093 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | 3/24 - Right knee pain limited mobility constant severe. Foot pain constant severe. Previous | | 3/24/2024 019 | | | 3d 2h 33m | 22h 52m | 1 (Highest) |
| 01086 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | 3/24 - I think I might be constipated | | 3/24/2024 203 | | | 2d 22h 44m | 20h 48m | 1 (Highest) |
| 01133 | DD 28 | County | 03/27/2024 | Completed | Nurse Sick Call | 3/25 - I have severe diarrhea and I also keep having irritation on my eyes. | | 3/25/2024 215 | | | 2d 2h 16m | 1d 32m | 1 (Highest) |
| 01163 | BD 16 | County | 03/27/2024 | Completed | Nurse Sick Call | 3/23 - I feel like my blood pressure is high feel dizzy | | 3/23/2024 107 | | | 4d 39m | 21h 46m | 1 (Highest) |
| 01290 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/24 - I am sick ,really congested and coughing up a lot of flem 3/27 - I would like to continue getting hydrocortisone cream because my rash is not going away and is being caused by the | | 3/24/2024 948 | | | 4d 1h 59m | 21h 48m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00049 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/23 - Taking pain killer and have started to get constipation. I need a different pain killer its not really working | | 03/23/2024 2146 | | | 5d 30m | 22h 17m | 1 (Highest) |
| 00286 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/21 - I need a ice pack for my foot injury (seen by provider on 3/18 - please evaluate need | | 03/21/2024 2142 | | | 7d 1h 32m | 23h 15m | 1 (Highest) |
| 00327 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/19 - I need my left foot checked because I fell near the door when I was playing basketball and I hit myself with a black thing that is there and when it's night it's already night I have pain and I | | 03/19/2024 2059 | | | 8d 22h 7m | 19h 7m | 1 (Highest) |
| 01055 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | 3/24 - Lower back and hip pain | | 03/24/2024 2103 | | | 3d 23h 40m | 20h 43m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01055 | | | | | | | | | (03/28/2024 2043) | (03/28/2024 2043) | | | |
| 00432 | [OUT] | County | 03/26/2024 | Completed | Nurse Sick Call | 3/18 - Small cut. Maybe an ingrown hair, possibly infected | | 03/18/2024 2124 | | | 7d 20h 52m | 18h 17m | 1 (Highest) |
| 00531 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | 3/24 - Something popped in my left hand and now I can't use my left thumb nor left hand (provider has ordered x-ray) *Please realize he is already on Buprenorphine which is a strong pain med. X-ray was... | | 03/24/2024 2129 | | | 3d 3h 31m | 1d 1h | 1 (Highest) |
| 00214 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | 3/24 - Pain on my right hip. pasms, pain, throbbing, Sharp pain need some sort of medication & therapy. | | 03/24/2024 2104 | | | 3d 2h 20m | 23h 25m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00245 | [OUT] | DSH | 03/27/2024 | Completed | Nurse Sick Call | 3/25 - I need x reys on my knee right knee because I am have serious pain that is making it hard to stand and walk I was given 3 days of Tylenol and I am still in serious pain that there are days I can't | | 03/25/2024 2225 | | | 2d 1h 13m | 23h 38m | 1 (Highest) |
| 00261 | L2 210 TB | County | 03/28/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/06/2024 2221 | | | 21d 19h 9m | 18h 31m | 1 (Highest) |
| 01021 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | limited ROM & pain in (R) arm | | 03/26/2024 2004 | | | 3d 1h 3m | 21h 7m | 1 (Highest) |
| 00999 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | IP is c/o of teeth pain. | | 03/28/2024 0551 | | | 12h 37m | 18h 29m | 1 (Highest) |
| 00982 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal protocol. | | 03/08/2024 1533 | | | 20d 22h 34m | 1d 15h 8m | 1 (Highest) |
| 00982 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/08/2024 1533 | | | 20d 22h 34m | 15h 8m | 1 (Highest) |
| 00762 | [OUT] | County | 04/03/2024 | Completed | Nurse Sick Call | Pt is requesting to resume all previous medications, and for Wellpath to research medications taken prior to custody | | 04/01/2024 0659 | | | 2d 8h 2m | 15h 2m | 1 (Highest) |
| 01267 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | pt reports gout in rt foot 3/26 - c/o gout in left foot, can't walk | | 03/26/2024 0717 | | | 1d 11h | 18h 17m | 1 (Highest) |
| 00099 | [OUT] | County | 03/28/2024 | Completed | Nurse Sick Call | c/o headache and cough congestion and cough present | | 03/18/2024 1938 | | | 10d 3h 19m | 22h 57m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00977 | [OUT] | County | 04/03/2024 | Completed | Nurse Sick Call | sprained right hand, severely swollen | | 03/31/2024 1821 | | | 2d 20h 51m | 15h 13m | 1 (Highest) |
| 01115 | BD 53 | County | 04/05/2024 | Completed | Nurse Sick Call | "Infirmary-Gas-X, Antibiotic ointment" "May I get a copy of my belongings please. It will be greatly appreciated. My wedding brand; Black Frosted ring. It is a size 9. Thank | | 04/05/2024 0618 | | | 15h 37m | 21h 55m | 1 (Highest) |
| 01080 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/15/2024 2106 | | | 11d 19h 59m | 17h 6m | 1 (Highest) |
| 00421 | M2 203 BB | County | 03/28/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/16/2024 2008 | | | 11d 23h 7m | 19h 16m | 1 (Highest) |
| 00054 | BD 09 | County | 04/03/2024 | Completed | Nurse Sick Call | Eval for substance intoxication | | 04/01/2024 0759 | | | 2d 11h 40m | 19h 39m | 1 (Highest) |
| 01067 | [OUT] | County | 04/03/2024 | Completed | Nurse Sick Call | 3/31 - requesting STD check | | 03/31/2024 2004 | | | 2d 23h 31m | 19h 35m | 1 (Highest) |
| 01392 | GP 109 | County | 04/05/2024 | Completed | Nurse Sick Call | painful growth on L calf - looks like a spider bite. | | 04/04/2024 1846 | | | 1d 2h 49m | 21h 35m | 1 (Highest) |
| 00013 | [OUT] | County | 03/29/2024 | Completed | Nurse Sick Call | IP c/o constipation | | 03/28/2024 1825 | | | 1d 2h 40m | 21h 5m | 1 (Highest) |
| 00182 | DD 06 | County | 03/29/2024 | Completed | Nurse Sick Call | Adaptive Support Needs Screening. Complete once patient is removed from withdrawal | | 03/19/2024 2021 | | | 9d 22h 34m | 18h 55m | 1 (Highest) |
| 00182 | DD 06 | County | 03/29/2024 | Completed | Nurse Sick Call | 3/28 - I don't feel good. Coming off of drugs (withdrawal monitoring ended 3/24) | | 03/28/2024 2201 | | | 20h 23m | 18h 25m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00008 | IP 109 | County | 03/29/2024 | Completed | Nurse Sick Call | 3/24 - c/o potato and peanut allergy - no prior hx and not disclosed at intake | | 03/25/2024 1955 | | | 4d 1h 51m | 21h 47m | 1 (Highest) |
| 00269 | K1 112 BB | County | 03/29/2024 | Completed | Nurse Sick Call | 3/27 - I put in a form about my tonsils being in extreme discomforts\pain and was instructed to follow up again after 2 days if it didn't go away. Its hard to swallow, my neck feels stiff and it hurts | | 03/27/2024 2335 | | | 1d 20h 12m | 19h 47m | 1 (Highest) |
| 01074 | DD 50 | County | 03/29/2024 | Completed | Nurse Sick Call | 3/27 - Back pain that runs through the entire left leg and cough and I have problems with breathing at night I feel like I can't breathe because of | | 03/27/2024 2055 | | | 1d 20h 48m | 17h 44m | 1 (Highest) |
| 00506 | L1 117 TB | County | 03/29/2024 | Completed | Nurse Sick Call | 3/28 - I have bad eczema and I need some type of cream due to having dry skin | | 03/28/2024 2007 | | | 1d 42m | 20h 50m | 1 (Highest) |
| 01015 | M1 103 TB | County | 03/29/2024 | Completed | Nurse Sick Call | 3/28 - My left eye been hurting | | 03/28/2024 2057 | | | 23h 13m | 20h 11m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00156 | [OUT] | County | 04/03/2024 | Completed | Nurse Sick Call | 3/26 - It burns when I pee 4/2 - It still burns when I pee | | 04/02/2024 2228 | | | 20h 39m | 19h 7m | 1 (Highest) |
| 01340 | DD 27 | County | 04/03/2024 | Completed | Nurse Sick Call | 4/2 - My foot still hurts, I still can't move it much | | 04/02/2024 2303 | | | 18h 43m | 17h 47m | 1 (Highest) |
| 00046 | UP 13 | County | 04/03/2024 | Completed | Nurse Sick Call | 3/29 - Constipation, usually relieved by two packets of metamucil fiber daily 4/1 - Feet are blistering cracking peeling and bleeding. Ankle foot pain, back | | 03/29/2024 2220 | | | 4d 22h 42m | 21h 3m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00274 | [OUT] | County | 04/05/2024 | Completed | Nurse Sick Call | 4/3 - I have been throwing up for the last 2 days and diarrhea with dehydration for the | | 04/03/2024 2009 | | | 1d 21h 54m | 18h 4m | 1 (Highest) |
| 00495 | AD 27 | County | 04/05/2024 | Completed | Nurse Sick Call | 4/3 - I cannot hear out of either one of my ears can I see someone to get them rinsed out please because the ear drops do not work | | 04/03/2024 2043 | | | 2d 4m | 20h 48m | 1 (Highest) |
| 01049 | DD 24 | County | 04/05/2024 | Completed | Nurse Sick Call | 4/3 - Been having a strange pain on my knee. It pops at times and hurts to bend or walk. Feels like knee is hitting bone to | | 04/03/2024 2011 | | | 2d 3h 21m | 23h 33m | 1 (Highest) |
| 00570 | CD 01 | County | 04/05/2024 | Completed | Nurse Sick Call | 4/4 - Large dark red rash all over my legs just started Hurts and very bad | | 04/04/2024 2049 | | | 1d 1h 42m | 22h 31m | 1 (Highest) |
| 00516 | DD 37 | County | 04/05/2024 | Completed | Nurse Sick Call | 4/4 - c/o ongoing heartburn, Gaviscon expired. Also wants nasal spray renewed | | 04/04/2024 2221 | | | 1d 17m | 22h 39m | 1 (Highest) |
| 01198 | [OUT] | County | 04/03/2024 | Completed | Nurse Sick Call | 3/31 - My knee is in pain,my head is hurting badly,my back feel is like there i s cold in it and is hurting from the cold air. My head is hurting from lack of | | 03/31/2024 1310 | | | 3d 7h 12m | 20h 23m | 1 (Highest) |
| | | | | | | up the food every day | | | | | | | |
| 00661 | BD 26 | County | 03/27/2024 | Completed | Nurse Sick Call | Patient reported that he feels things moving in his shoulder. Patient said he is experiencing really bad head aches since his fall. | | 03/25/2024 1732 | | | 2d 4h 56m | 22h 29m | 1 (Highest) |

| Patient Name | Location | Agency | Date | Status | Category | Task Description | By | Entered | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00898 | [OUT] | County | 04/05/2024 | Completed | Nurse Sick Call | Please complete INTAKE questions when IP is sober and more cooperative. *****Onsite Staff****** | | | 04/05/2024 0350 | | | 1d 9h 47m | 1d 13h 38m | 1 (Highest) |
| 00764 | [OUT] | County | 03/27/2024 | Completed | Nurse Sick Call | Per s/c slip "I'm still fighting massive headache which includes my ears ringing and light sensitive." 3/15 - I have consistently been having ringing in my ear and pounding headaches. 3/25/24: "C/O having | | | 03/11/2024 1842 | | | 15d 18h 42m | 13h 24m | 1 (Highest) |
| 01111 | [OUT] | County | 04/03/2024 | Completed | Nurse Sick Call | 3/26 - I have red & white dry spots all over my body 3/27 - I am still having discharge the odor I feel is getting stronger **LABS OVERDUE** 03/28/2024 0904 Labs Completed but | | | 03/26/2024 2038 | | | 7d 15h 36m | 12h 15m | 1 (Highest) |
| 00802 | UP 17 | County | 04/03/2024 | Completed | Nurse Sick Call | 3/31 - Have a stye in my eye a big ball that hurts already tried warm compresses it literally itches and hurts me | | | 03/31/2024 1341 | | | 3d 22h 29m | 1d 12h 11m | 1 (Highest) |
| 01352 | [OUT] | County | 03/25/2024 | Completed | Nurse Sick Call | 3/21 - My period cycle started later than anticipated, please extend my ibuprofen / Motrin . I cannot complete daily tasks without it, my cramps are debilitating and in 24 hours I will be unable to walk... | | | 03/21/2024 2140 | | | 3d 14h 5m | 11h 45m | 1 (Highest) |
| 00944 | QP 02M | County | 04/02/2024 | Completed | Nurse Sick Call | 3/30 - constipated haven't been able to use the restroom in 4 days and my stomach hurts and feels | | | 03/31/2024 1300 | | | 2d | 13h 1m | 1 (Highest) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00147 | L2 211 TB | County | 03/27/2024 | Completed | Nurse Sick Call | 3/24 - When I'm lying down it hurts a lot and when I breathe it hurts in my ribs on the right side. They detected an ear in my lung and pneumonia when I crashed (spanish translation) 3/26 - My lung hurts | | 03/24/2024 2106 | | 2d 13h 5m | 10h 11m | 1 (Highest) |
| 00145 | [OUT] | County | 04/01/2024 | Completed | Nurse Sick Call | Patient reports they may have some sort of arthritis. Feeling pain/swelling in joints/muscles in | | 03/31/2024 1110 | | 1d 4h 36m | 15h 46m | 1 (Highest) |
| 01172 | UP 14 | County | 04/04/2024 | Completed | Nurse Sick Call | 4/3 - I need eye exam, I need glasses.Please perform SNELLEN vision exam and chart review results to provider. **ON SITE | | 04/03/2024 2103 | | 19d 21h 57m | 19d 19h 1m | 1 (Highest) |

Viewing 165 Results