# Tasks

Viewing 30 Results

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01279 | [OUT] | County | 03/25/2024 | Completed | Dental Treatment | #19 ext (3) | | 03/05/2024 1606 | | | 19d 21h 21m | 14h 27m | 3 |
| 00273 | [OUT] | County | 03/25/2024 | Completed | Dental Treatment | F tx today | | 03/25/2024 1238 | | | 1d 43m | 1d 13h 21m | 1 (Highest) |
| 00184 | [OUT] | County | 03/25/2024 | Completed | Dental Treatment | #12 sx ext(3) | | 03/25/2024 1618 | | | 25m | 16h 43m | 3 |
| 00989 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | #10,11 ext (3) | | 03/07/2024 1339 | | | 18d 20h 30m | 11h 9m | 3 |
| 01207 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | #27,28,29,30 ext (3) | | 03/26/2024 1017 | | | 5m | 10h 22m | 1 (Highest) |
| 00913 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | #17,18,19 ext (3) | | 03/26/2024 1139 | | | 39m | 12h 18m | 3 |
| 00354 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | smooth out #18 | | 03/26/2024 1411 | | | 53s | 14h 12m | 3 |
| 01093 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | #4 ext (3) | | 03/26/2024 1449 | | | 19m | 15h 9m | 3 |
| 00943 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | #31 ext (3) | | 03/26/2024 1528 | | | 16m | 15h 45m | 3 |
| 00384 | [OUT] | County | 03/26/2024 | Completed | Dental Treatment | #20 ext (3) | | 03/26/2024 1654 | | | 1m | 16h 55m | 3 |
| 00511 | X2 206 BB | County | 03/27/2024 | Completed | Dental Treatment | #30 OB sed filling (5) | | 01/04/2024 1525 | | | 82d 18h 12m | 10h 38m | 5 (Lowest) |
| 00511 | X2 206 BB | County | 03/27/2024 | Completed | Dental Treatment | #19 OD sed filling | | 01/17/2024 1648 | | | 69d 16h 47m | 10h 35m | 5 (Lowest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00743 | [OUT] | County | 03/27/2024 | Completed | Dental Treatment | PSR/Probe/SRP #2,3 (3) | | 03/01/2024 1124 | | | 26d 3h 9m | 15h 34m | 3 |
| 01309 | Z2 213 BB | County | 03/27/2024 | Completed | Dental Treatment | F tx | | 03/27/2024 0946 | | | 3h 13m | 13h | 3 |
| 01115 | BD 53 | County | 03/27/2024 | Completed | Dental Treatment | #10 ext (3) | | 03/27/2024 1156 | | | 16m | 12h 12m | 1 (Highest) |
| 01309 | Z2 213 BB | County | 03/27/2024 | Completed | Dental Treatment | dstr | | 03/27/2024 1300 | | | 33s | 13h 1m | 3 |
| 00309 | AD 07 | County | 03/27/2024 | Completed | Dental Treatment | #18 ext (3) | | 03/27/2024 1403 | | | 4m | 14h 8m | 3 |
| 00685 | [OUT] | County | 04/01/2024 | Completed | Dental Treatment | #5-DOM sed filling (5) | | 02/15/2024 1541 | | | 46d 22h 55m | 1d 15h 37m | 5 (Lowest) |
| 00570 | CD 01 | County | 04/02/2024 | Completed | Dental Treatment | #10MLDF,11MLF sed filling(5) | | 03/06/2024 1513 | | | 26d 17h 53m | 10h 6m | 5 (Lowest) |
| 00960 | AD 46 | County | 03/28/2024 | Completed | Dental Treatment | 3/25 - requesting to know when he'll receive mouthguard due to grinding. No discussion or order for mouthguard found in chart. | | 03/25/2024 2129 | | | 2d 13h 32m | 11h 1m | 2 |
| 01192 | [OUT] | County | 03/27/2024 | Completed | Dental Treatment | #17 smooth out tooth. | | 03/27/2024 1627 | | | 2m | 16h 29m | 3 |
| 00570 | CD 01 | County | 04/01/2024 | Completed | Dental Treatment | #14 RT ext (3) | | 04/01/2024 1449 | | | 11m | 15h | 3 |
| 00094 | [OUT] | County | 04/01/2024 | Completed | Dental Treatment | #18 ext (3) | | 04/01/2024 1514 | | | 16m | 15h 30m | 3 |
| 01032 | [OUT] | County | 04/02/2024 | Completed | Dental Treatment | #13,14,15 ext (3) | | 04/02/2024 1100 | | | 7m | 11h 7m | 3 |
| 00384 | [OUT] | County | 04/02/2024 | Completed | Dental Treatment | #7,8 ext (3) | | 04/02/2024 1129 | | | 43m | 12h 13m | 3 |
| 00384 | [OUT] | County | 04/02/2024 | Completed | Dental Treatment | dstr | | 04/02/2024 1214 | | | 45s | 12h 14m | 5 (Lowest) |

Ex. 37 - 36. Dental- Rest...

| Patient Name | Location | Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00385 | | | | | | | | | (04/02/2024 1214) | (04/02/2024 1214) | | | |
| 00463 | QP 08M | County | 04/02/2024 | Completed | Dental Treatment | DSTR | | 04/02/2024 1532 | | | 1m | 15h 33m | 5 (Lowest) |
| 00693 | [OUT] | County | 04/03/2024 | Completed | Dental Treatment | #8,9 ext (3) | | 04/03/2024 1012 | | | 7m | 10h 20m | 3 |
| 00327 | [OUT] | County | 04/03/2024 | Completed | Dental Treatment | #17 ext (3) | | 04/03/2024 1120 | | | 16m | 11h 36m | 3 |
| 00945 | N1 113 BB | County | 04/05/2024 | Completed | Dental Treatment | #2 ext (3) Pt was seen on 4/3. Late entry | | 04/05/2024 0930 | | | 7m | 9h 37m | 3 |

Viewing 30 Results