| Region | SiteName | Department | PatientName | PatientNum | ReferralDate | AppointmentDateTime | AppointmentStatus | ServiceType | OfServiceT | Treatment | ProviderName | SpecialtyType | Diagnosis | POS | ApprovalD | Appointme | RequestId | DateCreate | Procedure Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jails | Monterey | Monterey | 00069 | 00069 | 3/7/2024 11:00 | 3/26/2024 9:30 | Attended | Off Site Ser | 5 | OFFICE VIS | | Oral and M | K01.1:Impa | Physician Office | | 31453021 | 22342443 | ######## | Surgical extraction of 1 2,4,16, 2 |
| Jails | Monterey | Monterey | 01224 | 01224 | 4/2/2024 18:19 | 4/25/2024 8:00 | Attended | Off Site Ser | 5 | OFFICE VIS | | Dentist | K08.401:Pa | Physician Office | | 31776150 | 22577035 | ######## | fab partial for front tooth |

9,31,32