# Tasks

Viewing 13 Results

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01181 | [OUT] | County | 03/28/2024 | Completed | Dental Periodontal Program | Eligible for Annual Exam, Add to Eligibility List 3/7 - requesting cleaning/checkup | | 08/24/2023 1154 | | | 217d 4h 23m | 16h 18m | 5 (Lowest) |
| 01344 | [OUT] | County | 03/28/2024 | Completed | Dental Periodontal Program | 3/14 - I have not got a cleaning I'm entitled to I been here 2 years | | 03/15/2024 1931 | | | 12d 21h 48m | 17h 20m | 5 (Lowest) |
| 00620 | CD 23 | County | 03/28/2024 | Completed | Dental Periodontal Program | 3/18 - teeth cleaning | | 03/18/2024 2127 | | | 9d 17h 19m | 14h 47m | 5 (Lowest) |
| 00899 | [OUT] | County | 03/28/2024 | Completed | Dental Periodontal Program | 3/24 - requesting cleaning | | 03/24/2024 2110 | | | 3d 16h 12m | 13h 22m | 1 (Highest) |
| 00143 | | | | | Dental Periodontal Program | Eligible for Annual Exam, Add to Eligibility List 9/20 - pt is requesting cleaning | | 08/04/2023 1348 | | | 241d 23h 23m | | 5 (Lowest) |
| | [OUT] | County | 04/02/2024 | Completed | | ***patient is a kitchen worker - please call him from the kitchen for appointment** Periodontal Screening. Book- | | | | | | 13h 12m | |
| 00063 | DD 45 | County | 03/29/2024 | Completed | Dental Periodontal Program | SRP LL | | 03/07/2024 1437 | | | 21d 19h 1m | 10h 38m | 5 (Lowest) |
| 00063 | DD 45 | County | 03/29/2024 | Completed | Dental Periodontal Program | SRP LR | | 03/07/2024 1438 | | | 21d 20h 7m | 11h 45m | 5 (Lowest) |
| 01093 | [OUT] | County | 03/28/2024 | Completed | Dental Periodontal Program | 3/27 - Teeth cleaning | | 03/26/2024 2218 | | | 1d 13h 50m | 12h 9m | 1 (Highest) |
| 01192 | [OUT] | County | 03/29/2024 | Completed | Dental Periodontal Program | 3/27 - I would like to get a cleaning and x-rays is been 2 years since I had a check up | | 03/27/2024 2131 | | | 1d 16h 27m | 13h 58m | 5 (Lowest) |
| 00743 | [OUT] | County | 03/29/2024 | Completed | Dental Periodontal Program | 3/27 - Deep teeth cleaning | | 03/27/2024 2134 | | | 1d 14h 22m | 11h 56m | 5 (Lowest) |
| 01181 | [OUT] | County | 03/28/2024 | Completed | Dental Periodontal Program | SRP UR | | 03/28/2024 1618 | | | 4m | 16h 23m | 5 (Lowest) |

| Patient Name | Location Agency | Date | Status | Category | Task Description | Entered By | Date Created | Last Modified By | Completed By | Created to Completed | Task Date to Completed | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01181 | [OUT] County | 03/28/2024 | Completed | Dental Periodontal Program | SRP LL | | 03/28/2024 1619 | | | 7m | 16h 26m | 5 (Lowest) |
| 00937 | [OUT] County | 04/04/2024 | Completed | Dental Periodontal Program | FM debridement Pt was seen on 4/2. Late entry. | | 04/04/2024 0810 | | | 6m | 8h 17m | 5 (Lowest) |

Viewing 13 Results