| SiteName | DepartmentName | ExternalId | BookingNo | patientname | BookingDate | ReleaseDate | Location | Agency | TaskCategory | TaskDescription | ToothDiagnosisdate | ToothPriority | EnteredBy | AppointmentActual | LastModifiedBy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00273 | 00273 | 00273 | 2/7/2024 0:36 | 7/26/2024 8:30 | [OUT] | County | Dental Treatment | F tx today | 3/25/2024 12:38 | 1 | # | 3/26/2024 13:21 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00584 | 00584 | 00584 | 1/25/2023 15:44 | | DD 44 | County | Dental Sick Call | 4/9 - Dental follow up re: Needs restorative work.  Post-Op f/u | 3/25/2024 14:29 | 1 | # | 4/10/2024 13:28 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00184 | 00184 | 00184 | 8/31/2023 22:01 | 4/17/2024 9:00 | [OUT] | County | Dental Treatment | #12 sx ext(3) | 3/25/2024 16:18 | 3 | # | 3/25/2024 16:43 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00961 | 00961 | 00961 | 8/4/2022 12:45 | | AD 46 | County | Dental Treatment | 3/25 - requesting to know when he'll receive mouthguard due to grinding.  No discussion or order for mouthguard found in chart. | 3/25/2024 21:29 | 1 | # | 3/28/2024 11:01 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00385 | 00385 | 00385 | 3/17/2024 15:23 | 6/11/2024 9:45 | [OUT] | County | Dental Sick Call | 3/25 - My tooth hurts real bad. My back tooth is infected really bad | 3/25/2024 22:06 | 2 | # | 4/2/2024 12:10 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01207 | 01207 | 01207 | 1/29/2024 20:34 | 7/19/2024 10:30 | [OUT] | County | Dental Treatment | #27,28,29,30 ext (3) | 3/26/2024 10:17 | 3 | # | 3/26/2024 10:22 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00163 | 00163 | 00163 | 3/15/2024 13:31 | 4/12/2024 8:30 | [OUT] | County | Dental Treatment | #17,18,19 ext (3) | 3/26/2024 11:39 | 3 | # | 3/26/2024 12:18 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00273 | 00273 | 00273 | 2/7/2024 0:36 | 7/26/2024 8:30 | [OUT] | County | Dental Treatment | #19 MOD sed filling (5) | 3/26/2024 13:16 | 5 | # | 4/17/2024 11:21 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01251 | 01251 | 01251 | 3/26/2024 13:05 | 4/9/2024 22:30 | [OUT] | County | Dental Sick Call | 3/26 - Routine Referral from intake | 3/26/2024 13:24 | 2 | # | 4/8/2024 10:55 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00354 | 00354 | 00354 | 2/14/2024 1:42 | 4/14/2024 8:30 | [OUT] | County | Dental Treatment | smooth out #18 | 3/26/2024 14:11 | 3 | # | 3/26/2024 14:12 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00730 | 00730 | 00730 | 4/4/2023 16:09 | | AD 18 | County | Dental Treatment | #1 occl sed filling (5) | 3/26/2024 14:41 | 5 | # | 7/22/2024 13:53 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01093 | 01093 | 01093 | 2/27/2024 1:23 | 7/2/2024 10:30 | [OUT] | County | Dental Treatment | #4 ext (3) | 3/26/2024 14:49 | 3 | # | 3/26/2024 15:09 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00297 | 00297 | 00297 | 2/13/2024 20:30 | 7/24/2024 8:30 | [OUT] | County | Dental Treatment | #31 ext (3) | 3/26/2024 15:28 | 3 | # | 3/26/2024 15:45 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00385 | 00385 | 00385 | 3/17/2024 15:23 | 6/11/2024 9:45 | [OUT] | County | Dental Treatment | #20 ext (3) | 3/26/2024 16:58 | 3 | # | 3/26/2024 16:55 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00351 | 00351 | 00351 | 2/23/2024 6:24 | | Z1 118 BB | County | Dental Sick Call | 3/26 - Please evaluate bottom R molar/lower teeth | 3/26/2024 18:28 | 2 | # | 4/4/2024 13:57 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01296 | 01296 | 01296 | 12/20/2022 20:26 | | DD 22 | County | Dental Annual Exam | 3/26 - DAE(Book-in: 12/20/2022 2026)Teeth cleaning. | 3/26/2024 20:47 | 5 | # | 4/19/2024 13:23 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00297 | 00297 | 00297 | 2/13/2024 20:30 | 7/24/2024 8:30 | [OUT] | County | Dental Sick Call | 3/26 - I have several broken/decayed teeth that are causing me extreme pain | 3/26/2024 22:04 | 2 | # | 4/8/2024 13:53 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01093 | 01093 | 01093 | 2/27/2024 1:23 | 7/2/2024 10:30 | [OUT] | County | Dental Periodontal Program | 3/27 - Teeth cleaning | 3/26/2024 22:18 | 1 | # | 3/28/2024 12:09 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00737 | 00737 | 00737 | 3/4/2024 22:18 | 4/15/2024 8:30 | [OUT] | County | Dental Sick Call | 3/27 - trouble chewing d/t lose tooth, Spanish sick-call | 3/27/2024 9:46 | 2 | # | 4/8/2024 16:35 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01309 | 01309 | 01309 | 5/23/2023 14:44 | | Z2 213 BB | County | Dental Treatment | F tx | 3/27/2024 11:56 | 1 | # | 3/27/2024 13:00 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01116 | 01116 | 01116 | 3/16/2024 1:47 | | BD 53 | County | Dental Treatment | #10 ext (3) | 3/27/2024 12:05 | 3 | # | 3/27/2024 12:12 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01309 | 01309 | 01309 | 5/23/2023 14:44 | | Z2 213 BB | County | Dental Treatment | #20 MO sed filling (5) | 3/27/2024 13:00 | 5 | # | 7/22/2024 12:05 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01309 | 01309 | 01309 | 5/23/2023 14:44 | | Z2 213 BB | County | Dental Treatment | dstr | 3/27/2024 13:01 | 3 | # | 3/27/2024 13:00 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00141 | 00141 | 00141 | 2/16/2024 15:33 | 5/4/2024 8:30 | AD 07 | County | Dental Treatment | #18 ext (3) | 3/27/2024 14:08 | 3 | # | 4/8/2024 15:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00155 | 00155 | 00155 | 3/27/2024 9:11 | | CD 26 | County | Dental Sick Call | 3/27 - Bridge lose bottom right. Non-emergent. | 3/27/2024 15:49 | 2 | # | 4/8/2024 13:03 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01192 | 01192 | 01192 | 1/24/2019 22:38 | 5/10/2024 8:00 | [OUT] | County | Dental Treatment | #17 smooth out tooth. | 3/27/2024 16:27 | 3 | # | 3/27/2024 16:29 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01192 | 01192 | 01192 | 1/24/2019 22:38 | 5/10/2024 8:00 | [OUT] | County | Dental Treatment | #17 ext (3) | 3/27/2024 16:28 | 3 | # | 4/29/2024 15:45 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01081 | 01081 | 01081 | 3/15/2024 20:46 | | ED 02T | County | Dental Treatment | 3/27 - I need my molar tooth extracted as last time dental was referring me to a specialist but I ended up getting released to the streets. | 3/27/2024 19:55 | 2 | # | 4/12/2024 8:46 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00029 | 00029 | 00029 | 5/24/2021 13:51 | | Z2 218 TB | County | Dental Annual Exam | 3/27 - DAE(Book-in: 05/24/2021 1351)dental cleaning | 3/27/2024 21:01 | 5 | # | 4/25/2024 13:48 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00730 | 00730 | 00730 | 4/4/2023 16:09 | | AD 18 | County | Dental Annual Exam | 3/27 - DAE(Book-in: 04/04/2023 1609). I would like to be seen for a full examination on my teeth.I would also like all my teeth cleaned | 3/27/2024 21:07 | 2 | # | 5/9/2024 13:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00764 | 00764 | 00764 | 2/9/2024 15:33 | 7/27/2024 8:30 | [OUT] | County | Dental Sick Call | 3/27 - I am still having lower left side pain in the back tooth also cold sensitivity | 3/27/2024 21:09 | 2 | # | 4/29/2024 13:06 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01192 | 01192 | 01192 | 1/24/2019 22:38 | 5/10/2024 8:00 | [OUT] | County | Dental Sick Call | 3/27 - I would like to get a cleaning and x-rays is been 2 years since I had a check up | 3/27/2024 21:31 | 5 | # | 3/29/2024 13:58 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00743 | 00743 | 00743 | 10/30/2023 2:19 | 5/1/2024 9:45 | [OUT] | County | Dental Periodontal Program | 3/27 - Deep teeth cleaning | 3/27/2024 21:34 | 5 | # | 3/29/2024 11:56 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00639 | 00639 | 00639 | 3/11/2024 17:04 | | AD 34 | County | Dental Sick Call | 3/27 - Severe Toothache | 3/27/2024 21:42 | 2 | # | 4/5/2024 10:20 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00220 | 00220 | 00220 | 2/29/2024 2:27 | | CD 28 | County | Dental Treatment | 3/27 - Broken tooth doesn't let me sleep, I have a lot of pain! | 3/27/2024 21:44 | 2 | # | 4/8/2024 15:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01389 | 01389 | 01389 | 2/1/2024 1:17 | 7/20/2024 9:00 | [OUT] | County | Dental Treatment | #18 ext(3) | 3/28/2024 8:47 | 3 | # | 4/15/2024 14:37 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01116 | 01116 | 01116 | 3/16/2024 1:47 | | BD 53 | County | Dental Periodontal Program | 3/28 - DPP(Book-in: 03/16/2024 0147) [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] IP requesting dental cleaning. | 3/28/2024 10:40 | 4 | # | 4/13/2024 12:09 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00621 | 00621 | 00621 | 6/11/2023 19:36 | | CD 23 | County | Dental Periodontal Program | SRP Upper and Lower | 3/28/2024 14:40 | 5 | # | 5/16/2024 16:21 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01181 | 01181 | 01181 | 8/24/2023 10:14 | 6/12/2024 9:00 | [OUT] | County | Dental Periodontal Program | SRP UR | 3/28/2024 16:18 | 5 | # | 3/28/2024 16:23 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01181 | 01181 | 01181 | 8/24/2023 10:14 | 6/12/2024 9:00 | [OUT] | County | Dental Periodontal Program | SRP LL | 3/28/2024 16:19 | 5 | # | 3/28/2024 16:26 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01163 | 01163 | 01163 | 3/1/2024 9:31 | | BD 16 | County | Dental Periodontal Program | 3/28 - DPP(Book-in: 03/01/2024 0931)requesting cleaning.  [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] | 3/28/2024 19:52 | 3 | # | 4/13/2024 13:18 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00628 | 00628 | 00628 | 10/1/2023 16:37 | 7/19/2024 7:15 | [OUT] | County | Dental Sick Call | 3/28 - Bad toothache | 3/28/2024 20:52 | 2 | # | 4/10/2024 11:37 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01264 | 01264 | 01264 | 1/26/2024 23:02 | | CD 21 | County | Dental Periodontal Program | 3/28 - DPP(Book-in: 01/26/2024 2302)Need teeth cleaned.  [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] | 3/28/2024 21:24 | 3 | # | 4/25/2024 14:08 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00667 | 00667 | 00667 | 8/16/2023 11:45 | | UP 21 | County | Dental Sick Call | 3/28 - My gums have swelling all around my broken tooth and its causing me so much pain | 3/28/2024 21:37 | 2 | # | 4/4/2024 17:02 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00296 | 00296 | 00296 | 3/19/2024 12:21 | 7/15/2024 5:00 | [OUT] | County | Dental Sick Call | 3/28 - Crown fell out, also requesting dental soft diet | 3/28/2024 21:40 | 2 | # | 4/12/2024 8:57 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01396 | 01396 | 01396 | 9/28/2023 12:29 | | TP 07 | County | Dental Sick Call | 3/28 - Recently developed toothache that makes it difficult to chew | 3/28/2024 22:27 | 4 | # | 4/12/2024 8:33 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00383 | 00383 | 00383 | 9/2/2023 23:33 | | AD 14 | County | Dental Sick Call | 3/28 - I have a toothache | 3/28/2024 22:08 | 2 | # | 4/8/2024 14:44 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00127 | 00127 | 00127 | 2/22/2024 20:31 | 6/23/2024 8:45 | [OUT] | County | Dental Sick Call | 3/28 - One of my right bottom molars chipped and is starting to become painful. I am hoping to get it filled | 3/28/2024 22:12 | 2 | # | 4/8/2024 9:41 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00629 | 00629 | 00629 | 10/6/2023 2:57 | | M2 201 BB | County | Dental Sick Call | 3/28 - excruciatingly painful abscess on my gum from an infected tooth and gum. I'm in horrible pain so please put me back on amoxicillin and ibuprofen. | 3/28/2024 22:14 | 2 | # | 4/8/2024 15:53 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00784 | 00784 | 00784 | 3/20/2024 20:44 | | V1 119 TB | County | Dental Sick Call | 3/28 - Broken tooth with toothache on upper right side. | 3/28/2024 22:41 | 3 | # | 4/9/2024 10:49 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00899 | 00899 | 00899 | 4/28/2023 2:54 | 7/19/2024 8:30 | [OUT] | County | Dental Treatment | Composites #4MO, #5 DO, | 3/29/2024 10:16 | 5 | # | 5/2/2024 17:50 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00090 | 00090 | 00090 | 3/29/2024 12:24 | 5/14/2024 9:30 | [OUT] | County | Dental Sick Call | 3/29 - Routine Referral from intake | 3/29/2024 12:34 | 2 | # | 4/9/2024 16:05 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01158 | 01158 | 01158 | 3/29/2024 16:06 | 7/8/2024 8:30 | [OUT] | County | Dental Sick Call | 3/29 - **Intake** Dental sick call d/t pain in upper L tooth/teeth. | 3/29/2024 16:11 | 2 | # | 4/9/2024 12:25 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00059 | 00059 | 00059 | 12/10/2023 4:12 | 6/27/2024 8:30 | [OUT] | County | Dental Sick Call | 3/29 - I feel like my wisdom teeth may be coming in because I've been having discomfort on my left side. I also have a lump under my jaw. | 3/29/2024 21:10 | 2 | # | 4/12/2024 15:28 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01295 | 01295 | 01295 | 9/21/2023 2:08 | 7/15/2024 9:30 | [OUT] | County | Dental Sick Call | 3/29 - My back tooth is broken! It hurts so bad!! Its throbbing in pain | 3/29/2024 22:29 | 2 | # | 4/10/2024 8:35 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00621 | 00621 | 00621 | 6/11/2023 19:36 | | CD 23 | County | Dental Periodontal Program | 3/29 - I was told I would be getting after treatment mouthwash and I'm just double checking (no notes or order found for mouthwash) need tissue check as well. | 3/29/2024 23:17 | 2 | # | 4/12/2024 13:46 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00065 | 00065 | 00065 | 2/21/2024 10:59 | 5/8/2024 22:15 | [OUT] | County | Dental Sick Call | 3/30 - Toothache, left lower side, swollen. | 3/30/2024 3:29 | 1 | # | 4/2/2024 15:24 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00627 | 00627 | 00627 | 2/27/2024 0:18 | | K1 113 BB | County | Dental Sick Call | 3/30 - I got a severe toothache mainly when I drink hot water or eating candies its really hard to sleep at night and I got really bad pain and tooth is throbbing also there is a hole in my tooth upper left. | 3/30/2024 17:02 | 2 | # | 4/8/2024 16:55 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01208 | 01208 | 01208 | 1/4/2024 22:07 | 4/18/2024 21:45 | [OUT] | County | Dental Sick Call | 3/30 - Need a tooth extracted, also there's a little shard of tooth that needs to be pulled that was overlooked last extraction so its causing uncomfort - states 10/10 pain | 3/30/2024 17:11 | 2 | # | 4/9/2024 15:14 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01052 | 01052 | 01052 | 6/14/2023 23:05 | 6/2/2024 23:15 | [OUT] | County | Dental Sick Call | 3/30 - my teeth and gums are hurting, I have a chip too | 3/30/2024 17:46 | 2 | # | 4/9/2024 14:35 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00243 | 00243 | 00243 | 2/16/2024 2:00 | 5/3/2024 7:15 | [OUT] | County | Dental Sick Call | 3/30 - I have tooth pain hurts real bad | 3/31/2024 13:01 | 2 | # | 4/19/2024 9:03 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00308 | 00308 | 00308 | 2/23/2024 17:43 | | N2 217 TB | County | Dental Sick Call | 3/31 - I have a toothache on the upper right side, it is very strong, | 3/31/2024 13:31 | 2 | # | 4/10/2024 10:38 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00539 | 00539 | 00539 | 2/7/2024 22:12 | 7/25/2024 8:45 | [OUT] | County | Dental Sick Call | 3/31 - I got a bad k 9 tooth | 3/31/2024 20:16 | 2 | # | 4/10/2024 8:11 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00695 | 00695 | 00695 | 3/16/2024 17:46 | 6/4/2024 8:15 | [OUT] | County | Dental Sick Call | 3/31 - c/o painful chipped teeth | 3/31/2024 20:22 | 2 | # | 4/12/2024 7:51 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00570 | 00570 | 00570 | 10/12/2023 12:26 | | CD 01 | County | Dental Treatment | #14 RT ext (3) | 4/1/2024 14:49 | 3 | # | 4/1/2024 15:00 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00570 | 00570 | 00570 | 10/12/2023 12:26 | | CD 01 | County | Dental Periodontal Program | 4/1 - DPP(Book-in: 10/12/2023 1226).  Pt request cleaning.  [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] | 4/1/2024 14:59 | 5 | # | 4/13/2024 11:52 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00059 | 00059 | 00059 | 12/10/2023 4:12 | 6/27/2024 8:30 | [OUT] | County | Dental Treatment | #18 ext (3) | 4/1/2024 15:14 | 3 | # | 4/1/2024 15:30 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01225 | 01225 | 01225 | 3/29/2023 15:49 | | AD 48 | County | Dental Chart Review | Can I please have a new ERMA referral created for Pearl Dentistry appt on 04/04/24. | 4/1/2024 17:07 | 1 | # | 4/17/2024 8:44 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00576 | 00576 | 00576 | 12/29/2023 5:47 | 5/9/2024 9:30 | AP 204 | County | Dental Sick Call | 4/1 - IP complains of toothache in upper left side.  No swelling noted. | 4/1/2024 23:20 | 2 | # | 4/15/2024 9:35 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01032 | 01032 | 01032 | 12/8/2023 13:42 | 6/27/2024 18:30 | [OUT] | County | Dental Sick Call | 4/2 - swelling of upper left gum. molar broken. c/o 7/10 throbbing pain x2 days. | 4/2/2024 4:13 | 1 | # | 4/2/2024 11:05 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01032 | 01032 | 01032 | 12/8/2023 13:42 | 6/27/2024 18:30 | [OUT] | County | Dental Treatment | #13,14,15 ext (3) | 4/2/2024 11:00 | 3 | # | 4/2/2024 11:07 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00385 | 00385 | 00385 | 3/17/2024 15:23 | 6/11/2024 9:45 | [OUT] | County | Dental Treatment | #7,8 ext (3) | 4/2/2024 11:29 | 3 | # | 4/2/2024 12:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00385 | 00385 | 00385 | 3/17/2024 15:23 | 6/11/2024 9:45 | [OUT] | County | Dental Treatment | dstr | 4/2/2024 12:14 | 3 | # | 4/2/2024 12:14 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00065 | 00065 | 00065 | 2/21/2024 10:59 | 5/8/2024 22:15 | [OUT] | County | Dental Treatment | #18 ext (3) | 4/2/2024 15:24 | 3 | # | 4/30/2024 14:55 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00463 | 00463 | 00463 | 1/25/2024 18:18 | | QP 08M | County | Dental Treatment | #19,20 sx ext (3) | 4/2/2024 15:31 | 3 | # | 5/1/2024 10:07 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00463 | 00463 | 00463 | 1/25/2024 18:18 | | QP 08M | County | Dental Treatment | DSTR | 4/2/2024 15:32 | 5 | # | 4/2/2024 15:33 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00662 | 00662 | 00662 | 7/21/2022 20:20 | | BD 26 | County | Dental Sick Call | 4/2 - Pt edentulous, evaluate for possible dentures (has been here since 2022) | 4/2/2024 16:40 | 2 | # | 4/10/2024 14:24 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00318 | 00318 | 00318 | 8/2/2023 0:09 | 4/24/2024 9:00 | [OUT] | County | Dental Sick Call | 4/2 - Pt edentulous, evaluate for possible dentures (has been >1yr) | 4/2/2024 16:40 | 2 | # | 4/16/2024 9:28 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01092 | 01092 | 01092 | 1/18/2024 8:06 | 6/20/2024 8:45 | [OUT] | County | Dental Sick Call | 4/2 - DL2 - Denies pain, right upper decayed tooth. | 4/2/2024 16:40 | 2 | # | 4/10/2024 9:45 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01092 | 01092 | 01092 | 1/18/2024 8:06 | 6/20/2024 8:45 | [OUT] | County | Dental Sick Call | 4/2 - Routine Referral from intake | 4/2/2024 17:23 | 2 | # | 4/10/2024 9:45 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00365 | 00365 | 00365 | 3/9/2019 19:29 | | X2 215 TB | County | Dental Sick Call | 4/2 - Multiple missing fillings and chip on front tooth | 4/2/2024 22:13 | 2 | # | 4/9/2024 11:57 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00563 | 00563 | 00563 | 11/15/2023 16:58 | 5/10/2024 8:15 | [OUT] | County | Dental Sick Call | 4/2 - May I please be reissued the ibuprofen for my tooth pain please | 4/2/2024 22:43 | 2 | # | 4/9/2024 11:16 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00562 | 00562 | 00562 | 3/19/2024 15:07 | 5/30/2024 9:15 | [OUT] | County | Dental Sick Call | S: Pt return from last visit complaining of pain coming from UL side.  Cannot isolate which tooth it is coming from. | 4/3/2024 9:48 | 2 | # | 4/5/2024 9:45 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00693 | 00693 | 00693 | 10/15/2023 13:15 | 4/11/2024 22:00 | [OUT] | County | Dental Treatment | #8,9 ext (3) | 4/3/2024 10:12 | 3 | # | 4/3/2024 10:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00327 | 00327 | 00327 | 2/24/2024 22:34 | 5/24/2024 8:00 | [OUT] | County | Dental Treatment | #17 ext (3) | 4/3/2024 11:20 | 3 | # | 5/24/2024 9:03 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00999 | 00999 | 00999 | 3/22/2024 21:35 | 5/20/2024 9:00 | [OUT] | County | Dental Treatment | #2,5,6 ext(3) | 4/3/2024 12:12 | 3 | # | 5/1/2024 11:38 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00691 | 00691 | 00691 | 3/20/2024 16:00 | 7/12/2024 7:00 | [OUT] | County | Dental Sick Call | 4/3 - patient having toothache left lower teeth unable to eat pain level 7/10 | 4/3/2024 12:51 | 1 | # | 4/10/2024 12:51 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01319 | 01319 | 01319 | 3/27/2024 23:45 | | AD 53 | County | Dental Treatment | #3,4 ext (3) after BP is stabilized. | 4/3/2024 13:06 | 1 | # | 4/20/2024 12:33 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00729 | 00729 | 00729 | 2/22/2024 20:01 | 4/27/2024 9:00 | [OUT] | County | Dental Treatment | #3,4 ext (3) | 4/3/2024 14:10 | 3 | # | 4/16/2024 11:37 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00679 | 00679 | 00679 | 2/8/2024 14:19 | 6/24/2024 9:30 | [OUT] | County | Dental Sick Call | 4/3 - U guys already taken an xray of my tooth it needs to be filled its sensitive and its my front tooth | 4/3/2024 19:46 | 2 | # | 4/16/2024 15:11 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00703 | 00703 | 00703 | 2/13/2024 16:55 | 7/24/2024 8:30 | [OUT] | County | Dental Sick Call | 4/3 - Having some pain and some minor bleeding on my wisdom teeth | 4/3/2024 20:02 | 2 | # | 4/10/2024 12:17 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00327 | 00327 | 00327 | 2/24/2024 22:34 | 5/24/2024 8:00 | [OUT] | County | Dental Periodontal Program | 4/3 - DPP (Book-in: 02/24/2024 2234). Can you please do a teeth cleaning for me.  [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] | 4/3/2024 20:03 | 3 | # | 5/23/2024 14:35 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01172 | 01172 | 01172 | 2/5/2024 20:53 | | UP 14 | County | Dental Sick Call | 4/3 - My tooth broke and it hurts (submitted after seen on 4/3) | 4/3/2024 21:02 | 2 | # | 4/10/2024 16:30 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00214 | 00214 | 00214 | 2/23/2024 18:08 | 4/22/2024 3:00 | [OUT] | County | Dental Sick Call | 4/3 - Need work done - no detail given | 4/3/2024 21:09 | 2 | # | 4/10/2024 16:57 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00385 | 00385 | 00385 | 3/17/2024 15:23 | 6/11/2024 9:45 | [OUT] | County | Dental Sick Call | 4/3 - Broken back tooth on right side pain | 4/3/2024 21:29 | 2 | # | 4/10/2024 8:42 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01001 | 01001 | 01001 | 3/13/2024 16:22 | | AD 23 | County | Dental Sick Call | 4/3 - Left back tooth by molar tooth bleeding and in pain requesting it be removed its cracked | 4/3/2024 21:39 | 2 | # | 4/10/2024 8:42 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00326 | 00326 | 00326 | 3/12/2024 8:08 | 6/8/2024 17:45 | [OUT] | County | Dental Sick Call | 4/3 - I need dental - no details given | 4/3/2024 21:56 | 2 | # | 4/15/2024 14:26 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00938 | 00938 | 00938 | 9/17/2021 15:18 | 5/27/2024 22:00 | [OUT] | County | Dental Periodontal Program | FM debridement | 4/4/2024 8:17 | 5 | # | 4/4/2024 8:17 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00881 | 00881 | 00881 | 4/4/2024 10:15 | 4/11/2024 0:45 | [OUT] | County | Dental Sick Call | 4/4 - Routine Referral from intake - Dental: Level 2: Follow up multiple missing teeth/broken teeth. C/o pain. "I want to cry sometimes; it hurts so bad." | 4/4/2024 12:24 | 2 | # | 4/12/2024 15:15 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01153 | 01153 | 01153 | 4/4/2024 17:43 | | DP 203 | County | Dental Sick Call | 4/4 - Routine Referral from intake | 4/4/2024 18:15 | 2 | # | 4/10/2024 11:47 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01171 | 01171 | 01171 | 12/10/2022 3:17 | | K1 118 BB | County | Dental Sick Call | 4/4 - A piece of my gum where my wisdom tooth is like hanging and it hurts alot - please also see annual exam task | 4/4/2024 20:20 | 2 | # | 4/16/2024 15:39 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00362 | 00362 | 00362 | 1/18/2023 19:43 | 4/29/2024 16:15 | [OUT] | County | Dental Sick Call | 4/4 - I have a really bad toothache | 4/4/2024 20:24 | 2 | # | 4/16/2024 12:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00745 | 00745 | 00745 | 1/17/2024 1:45 | | UNKNOWN | County | Dental Sick Call | 4/4 - Toothache | 4/4/2024 20:25 | 2 | # | 4/16/2024 12:13 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00326 | 00326 | 00326 | 3/12/2024 8:08 | 6/8/2024 17:45 | [OUT] | County | Dental Periodontal Program | 4/4 - DPP(Book-in: 03/12/2024 0808)requesting cleaning.  [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] | 4/4/2024 20:30 | 3 | # | 5/16/2024 15:26 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00667 | 00667 | 00667 | 8/16/2023 11:45 | | UP 21 | County | Dental Sick Call | 4/4 - I have a piece of bone sticking out of my gum that hurts me that got pulled back in october. I have a chipped tooth that needs to be filled | 4/4/2024 20:33 | 2 | # | 4/10/2024 15:24 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00602 | 00602 | 00602 | 1/13/2023 3:06 | 7/21/2024 8:45 | [OUT] | County | Dental Periodontal Program | 4/4 - DPP(Book-in: 08/16/2023 1007). Pt requesting cleaning.  [Pt does not qualify for DAE until 1 yr after book-in.  DPP only.  PSR screening w/n 30days of pt request.  Cleaning/Xray/Full probe w/n 120days of pt request.] | 4/4/2024 20:35 | 4 | # | 6/30/2024 11:55 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00353 | 00353 | 00353 | 2/16/2022 6:31 | | X1 107 BB | County | Dental Annual Exam | 4/4 - Pain in gums back by wisdom tooth | 4/4/2024 21:48 | 2 | # | 6/13/2024 15:40 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01225 | 01225 | 01225 | 3/29/2023 15:49 | | AD 48 | County | Dental Annual Exam | 4/4 - DAE(last DAE 6/8/23.  SRP done.  Book-in: 02/16/2022 0631).  I need a cleaning on my teeth | 4/4/2024 21:49 | 2 | # | 5/9/2024 16:55 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01049 | 01049 | 01049 | 2/5/2024 21:19 | 5/6/2024 10:30 | [OUT] | County | Dental Annual Exam | 4/4 - DAE(Book-in: 03/29/2023 1549). I need a full dental check-up and work done. | 4/4/2024 22:13 | 3 | # | 4/22/2024 7:59 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01171 | 01171 | 01171 | 12/10/2022 3:17 | | K1 118 BB | County | Dental Annual Exam | 4/4 - my teeth are still hurting very much on a scale from 1 to 10 its a 9 | 4/4/2024 22:16 | 3 | # | 4/25/2024 9:21 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00722 | 00722 | 00722 | 2/27/2024 9:39 | 5/29/2024 10:00 | [OUT] | County | Dental Sick Call | **GRIEVANCE FILED** | 4/4/2024 22:36 | 1 | # | 4/25/2024 10:54 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00946 | 00946 | 00946 | 1/16/2024 10:53 | | N1 113 BB | County | Dental Treatment | #2 ext (3) | 4/5/2024 9:30 | 3 | # | 5/1/2024 10:05 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 01368 | 01368 | 01368 | 4/5/2024 10:53 | 6/4/2024 8:30 | [OUT] | County | Dental Sick Call | 4/5 - Routine Referral from intake | 4/5/2024 10:54 | 2 | # | 4/15/2024 14:26 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00734 | 00734 | 00734 | 2/23/2023 15:10 | | BD 40 | County | Dental Periodontal Program | SRP UR, | 4/5/2024 11:48 | 5 | # | 5/30/2024 14:22 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00734 | 00734 | 00734 | 2/23/2023 15:10 | | BD 40 | County | Dental Treatment | Composites, 3MO, 4DO, 14MO, | 4/5/2024 11:59 | 5 | # | 6/14/2024 12:36 | |
| CA-Monterey | CA Monterey Cty Jail - (6053) | 00281 | 00281 | 00281 | 2/24/2023 23:39 | 4/26/2024 8:00 | [OUT] | County | Dental Sick Call | 4/5 - My teeth hurt | 4/5/2024 20:43 | 2 | # | 4/10/2024 15:10 | |