| Booking | Date | Name | | Sex | Race | How Arrest | Arrest Type | Date Booked | Days | Date Released | Release Type | Housing | Class | Release To | ID No. | RecCustody |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 27 | | | | | | | | | | | | | |
| 01092 | 4/2/2024 | 01092 | | M | H | REMAND | | 4/2/2024 | 79 | 6/20/2024 | TIME SERV | | | SELF | 01092 | |
| 00021 | 4/4/2024 | 00021 | | M | W | ARREST | | 4/4/2024 | 19 | 4/23/2024 | TIME SERV | | T | SELF | 00021 | |
| 00472 | 4/2/2024 | 00472 | | M | H | REMAND | | 4/2/2024 | 119 | 7/30/2024 | TIME SERV | | | SELF | 00472 | |
| 00714 | 4/1/2024 | 00714 | | M | H | REMAND | | 4/1/2024 | 119 | 7/29/2024 | TIME SERV | | N | SELF | 00714 | |
| 00692 | 3/25/2024 | 00692 | | M | H | ARREST | | 3/25/2024 | 2 | 3/27/2024 | 825 PC | | | SELF | 00692 | |
| 01195 | 3/26/2024 | 01195 | | M | H | REMAND | | 3/26/2024 | 132 | | CUSTODY | 8CD | | | 01195 | |
| 01324 | 3/26/2024 | 01324 | | M | H | REMAND | | 3/26/2024 | 82 | 6/16/2024 | TIME SERV | | | SELF | 01324 | |
| 00155 | 3/27/2024 | 00155 | | M | H | REMAND | | 3/27/2024 | 131 | | CUSTODY | 8CD | A | | 00155 | |
| 00335 | 3/27/2024 | 00335 | | F | B | REMAND | | 3/27/2024 | 88 | 6/23/2024 | TIME SERV | | | SELF | 00335 | |
| 00837 | 3/27/2024 | 00837 | | M | H | REMAND | | 3/27/2024 | 51 | 5/17/2024 | TIME SERV | | 4T | SELF | 00837 | |
| 00748 | 3/27/2024 | 00748 | | M | H | REMAND | | 3/27/2024 | 15 | 4/11/2024 | OWN RECOG | | | SELF | 00748 | |
| 00676 | 3/28/2024 | 00676 | | M | W | REMAND | | 3/28/2024 | 120 | 7/26/2024 | TIME SERV | | 5 | SELF | 00676 | |
| 01124 | 3/28/2024 | 01124 | | M | H | REMAND | | 3/28/2024 | 33 | 4/30/2024 | FUTURE SUR | | | SELF | 01124 | |
| 00798 | 3/29/2024 | 00798 | | M | H | REMAND | | 3/29/2024 | 7 | 4/5/2024 | FUTURE SUR | | 5 | SELF | 00798 | |
| 00508 | 3/29/2024 | 00508 | | F | W | REMAND | | 3/29/2024 | 33 | 5/1/2024 | TIME SERV | | | SELF | 00508 | |
| 00457 | 3/29/2024 | 00457 | | M | H | REMAND | | 3/29/2024 | 1 | 3/30/2024 | SUR BOND | | | SELF | 00457 | |
| 00758 | 4/2/2024 | 00758 | | M | H | REMAND | | 4/2/2024 | 21 | 4/23/2024 | OWN RECOG | | | SELF | 00758 | |
| 01400 | 4/4/2024 | 01400 | | M | H | REMAND | | 4/4/2024 | 120 | 8/2/2024 | TIME SERV | | N | SELF | 01400 | |
| 00858 | 4/4/2024 | 00858 | | M | W | REMAND | | 4/4/2024 | 60 | 6/3/2024 | TIME SERV | | | SELF | 00858 | |
| 00640 | 4/4/2024 | 00640 | | F | W | REMAND | | 4/4/2024 | 55 | 5/29/2024 | DET CDC | | D | OTHCOUNTY | 00640 | |
| 00519 | 4/4/2024 | 00519 | | M | H | REMAND | | 4/4/2024 | 122 | 8/4/2024 | TIME SERV | | | SELF | 00519 | |
| 00866 | 4/4/2024 | 00866 | | M | H | REMAND | | 4/4/2024 | 85 | 6/28/2024 | TIME SERV | | N | SELF | 00866 | |
| 01153 | 4/4/2024 | 01153 | | M | F | REMAND | | 4/4/2024 | 123 | | CUSTODY | 4DP | | | 01153 | |
| 01368 | 4/5/2024 | 01368 | | F | B | REMAND | | 4/5/2024 | 60 | 6/4/2024 | TIME SERV | | T | SELF | 01368 | |
| 00643 | 4/5/2024 | 00643 | | F | B | REMAND | | 4/5/2024 | 45 | 5/20/2024 | TIME SERV | | | SELF | 00643 | |
| 00616 | 4/5/2024 | 00616 | | M | B | REMAND | | 4/5/2024 | 122 | | CUSTODY | 9L2 | | | 00616 | |
| 00197 | 4/5/2024 | 00197 | | F | H | REMAND | | 4/5/2024 | 73 | 6/17/2024 | TIME SERV | | | SELF | 00197 | |
| **FRESH FELONY** | | | 70 | | | | | | | | | | | | | |
| 01325 | 3/25/2024 | 01325 | | M | H | ARREST | FRESH FELONY | 3/25/2024 | | 3/25/2024 | PT | | | SELF | 01325 | |
| 01082 | 3/25/2024 | 01082 | | M | H | ARREST | FRESH FELONY | 3/25/2024 | 133 | | CUSTODY | 8CD | A | | 01082 | |
| 00534 | 3/25/2024 | 00534 | | M | W | ARREST | FRESH FELONY | 3/25/2024 | 1 | 3/26/2024 | SUR BOND | | | SELF | 00534 | |
| 00468 | 3/26/2024 | 00468 | | M | H | ARREST | FRESH FELONY | 3/26/2024 | 2 | 3/28/2024 | DR | | K | SELF | 00468 | |
| 01038 | 3/26/2024 | 01038 | | M | H | ARREST | FRESH FELONY | 3/26/2024 | 3 | 3/29/2024 | HD | | | SELF | 01038 | |
| 01120 | 3/26/2024 | 01120 | | M | H | ARREST | FRESH FELONY | 3/26/2024 | 25 | 4/20/2024 | TIME SERV | | N | SELF | 01120 | |
| 01128 | 3/26/2024 | 01128 | | M | H | ARREST | FRESH FELONY | 3/26/2024 | 3 | 3/29/2024 | HD | | | SELF | 01128 | |
| 00299 | 3/26/2024 | 00299 | | M | W | ARREST | FRESH FELONY | 3/26/2024 | 85 | 6/19/2024 | DET CDC | | | CDC | 00299 | |
| 00020 | 3/26/2024 | 00020 | | M | H | ARREST | FRESH FELONY | 3/26/2024 | 76 | 6/10/2024 | DE | | N | CDC | 00020 | |
| 00229 | 3/26/2024 | 00229 | | M | H | ARREST | FRESH FELONY | 3/26/2024 | 132 | | CUSTODY | 9N1 | N1 | | 00229 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00204 | 3/26/2024 | 00204 | M | H | ARREST | FRESH FELONY | 3/26/2024 | 2 | 3/28/2024 | TIME SERV | N SELF | 00204 |
| 01002 | 3/26/2024 | 01002 | M | H | ARREST | FRESH FELONY | 3/26/2024 | 1 | 3/27/2024 | SUR BOND | N SELF | 01002 |
| 00293 | 3/26/2024 | 00293 | M | W | ARREST | FRESH FELONY | 3/26/2024 | 17 | 4/12/2024 | SUR BOND | SELF | 00293 |
| 00884 | 3/26/2024 | 00884 | M | H | ARREST | FRESH FELONY | 3/26/2024 | 28 | 4/23/2024 | TIME SERV | SELF | 00884 |
| 00474 | 3/26/2024 | 00474 | F | H | ARREST | FRESH FELONY | 3/26/2024 | 1 | 3/27/2024 | SUR BOND | SELF | 00474 |
| 00701 | 3/26/2024 | 00701 | M | A | ARREST | FRESH FELONY | 3/26/2024 | 1 | 3/27/2024 | CASH BAIL | SELF | 00701 |
| 00310 | 3/27/2024 | 00310 | M | H | ARREST | FRESH FELONY | 3/27/2024 | 72 | 6/7/2024 | DET CDC | N CDC | 00310 |
| 00263 | 3/27/2024 | 00263 | M | H | ARREST | FRESH FELONY | 3/27/2024 | 2 | 3/29/2024 | PT | SELF | 00263 |
| 01363 | 3/27/2024 | 01363 | F | B | ARREST | FRESH FELONY | 3/27/2024 | 14 | 4/10/2024 | PT | SELF | 01363 |
| 00395 | 3/27/2024 | 00395 | M | W | ARREST | FRESH FELONY | 3/27/2024 | | 3/27/2024 | SUR BOND | SELF | 00395 |
| 00749 | 3/27/2024 | 00749 | M | H | ARREST | FRESH FELONY | 3/27/2024 | 21 | 4/17/2024 | LE | OTHCOUNTY | 00749 |
| 01259 | 3/27/2024 | 01259 | M | H | ARREST | FRESH FELONY | 3/27/2024 | 2 | 3/29/2024 | FUTURE SUR | SELF | 01259 |
| 00509 | 3/27/2024 | 00509 | M | W | ARREST | FRESH FELONY | 3/27/2024 | 3 | 3/30/2024 | SUR BOND | SELF | 00509 |

FinCustody