**LIST OF IPs IN-CUSTODY OVER 365 DAYS (as of 3/2**
**NAME  ARREST DATE**





