2. Medical Intake Screening

| Booking ID | Date of Service | Receiving Screening Monterey or Abbreviated Receiving Screening (Exam Forms) | | | | |
|---|---|---|---|---|---|---|
| | | Did the patient receive a receiving screening at the time of intake? | Did a registered nurse perform the intake screening on the patient? | Did the registered nurse adequately complete all needed screening questions for the patient? | Were the appropriate lab orders considered and placed if needed? | Were referral appointments considered and placed if needed? |
| 00020 | 3/26/2024 | YES | YES | YES | NA | NA |
| 00023 | 4/4/2024 | YES | YES | YES | YES | YES |
| 00025 | 3/3/2024 | YES | YES | YES | NA | YES |
| 00078 | 3/28/2024 | YES | YES | YES | NA | YES |
| 00144 | 3/29/2024 | YES | YES | YES | NA | YES |
| 00145 | 3/25/2024 | YES | YES | YES | YES | YES |
| 00157 | 4/2/2024 | YES | YES | YES | YES | NA |
| 00272 | 3/28/2024 | YES | YES | YES | YES | YES |
| 00293 | 3/26/2024 | YES | YES | YES | NA | YES |
| 00310 | 3/27/2024 | YES | YES | YES | NA | YES |
| 00335 | 3/27/2024 | YES | YES | YES | NA | YES |
| 00381 | 4/2/2024 | YES | YES | YES | YES | YES |
| 00414 | 3/29/2024 | YES | YES | YES | NA | YES |
| 00472 | 4/2/2024 | YES | YES | YES | YES | YES |
| 00503 | 3/29/2024 | YES | YES | YES | YES | YES |
| 00758 | 4/2/2024 | YES | YES | YES | YES | YES |
| 00832 | 4/1/2024 | YES | YES | YES | NA | YES |
| 00858 | 4/4/2024 | YES | YES | YES | YES | YES |
| 00881 | 4/4/2024 | YES | YES | YES | NA | YES |
| 00894 | 3/29/2024 | YES | YES | YES | NA | YES |
| 00905 | 4/2/2024 | YES | YES | YES | YES | YES |
| 00906 | 3/30/2024 | YES | YES | YES | YES | YES |
| 00911 | 3/30/2024 | YES | YES | YES | YES | YES |
| 00916 | 4/4/2024 | YES | YES | YES | YES | YES |
| 00924 | 3/30/2024 | YES | YES | YES | YES | YES |
| 01014 | 3/29/2024 | YES | YES | YES | NA | YES |
| 01024 | 4/2/2024 | YES | YES | YES | YES | YES |
| 01092 | 4/2/2024 | YES | YES | YES | YES | YES |
| 01157 | 3/25/2024 | YES | YES | YES | NA | YES |
| 01158 | 3/29/2024 | YES | YES | YES | NA | YES |

NA = Lab orders not placed upon screening, though were not necessary per my review

3. Sick Call

Documents Tab (scanned document)

| Booking ID | Date of Service | Was the patient's sick call request triaged within one (1) day? | Was the patient timely tasked to be seen by a health care provider? | Was the patient actually seen by a health care provider? | If the patient was not seen by a health care provider, was it due to the patient's refusal? | Auditor Notes |
|---|---|---|---|---|---|---|
| 01295 | 4/11/2024 | YES | YES | YES | NA | |
| 01407 | 4/1/2024 | YES | YES | YES | NA | |
| 01111 | 3/25/2024 | YES | YES | YES | NA | |
| 01408 | 4/8/2024 | YES | YES | YES | NA | |
| 00550 | 3/26/2024 | YES | YES | YES | NA | |
| 00879 | 4/2/2024 | YES | YES | YES | NA | |
| 00255 | 4/10/2024 | YES | YES | YES | NA | |
| 00147 | 3/27/2024 | YES | YES | YES | NA | |
| 01380 | 4/8/2024 | YES | YES | YES | NA | Sick call by psychiatrist |
| 01073 | 3/30/2024 | YES | YES | YES | NA | |
| 01268 | 4/5/2024 | YES | NO | NO | NO | The sick call request was handled by chart review by the provider. The delay in triage and not being seen by the provider did not lead to any patient harm. |
| 00255 | 4/2/2024 | YES | YES | NO | YES | |
| 01409 | 4/7/2024 | YES | YES | NO | NO | The sick call request was handled by chart review by the provider. Not being seen by the provider did not lead to any patient harm. |
| 01340 | 4/3/2024 | YES | YES | YES | NA | |
| 00970 | 4/6/2024 | YES | YES | YES | NA | |
| 01216 | 4/2/2024 | YES | YES | YES | NA | |
| 01216 | 3/31/2024 | YES | YES | YES | NA | |
| 00535 | 4/3/2024 | YES | YES | NO | NO | The sick call request was handled by chart review by the provider. Not being seen by the provider did not lead to any patient harm. |

3. Sick Call

| Booking ID | Date of Service | Was the patient's sick call request triaged within one (1) day? | Was the patient timely tasked to be seen by a health care provider? | Was the patient actually seen by a health care provider? | If the patient was not seen by a health care provider, was it due to the patient's refusal? | Auditor Notes |
|---|---|---|---|---|---|---|
| 00992 | 4/8/2024 | YES | YES | YES | NA | |
| 00698 | 3/25/2024 | YES | YES | YES | NA | |
| 00944 | 4/2/2024 | YES | YES | YES | NA | |
| 00253 | 4/1/2024 | YES | YES | NO | YES | |
| 00570 | 4/5/2024 | YES | YES | YES | NA | |
| 01410 | 3/28/2024 | NO | NO | NO | NO | The sick call request was handled by chart review by the provider. The delay in triage and not being seen by the provider did not lead to any patient harm. |
| 00389 | 4/1/2024 | YES | YES | NO | NO | The sick call request was handled by chart review by the provider. Not being seen by the provider did not lead to any patient harm. |
| 01350 | 4/7/2024 | YES | YES | NO | YES | |
| 00719 | 4/12/2024 | YES | YES | YES | NA | |
| 01295 | 4/11/2024 | YES | YES | YES | NA | |
| 00373 | 4/6/2024 | YES | YES | YES | NA | |
| 01302 | 4/3/2024 | YES | YES | NO | YES | |

3. Sick Call

Cell: D2
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
   Urgent- seen M-F. After hours- on call provider will treat or refer as medically necessary.
Received before 2300 are scheduled for next sick call

Chronic Care (Exam Forms)

| Booking ID | Date of Service | Did the patient have regular referrals/appointments to see a medical provider? | Was the patient timely tasked to see a health care provider within 5-7 days of arrival? | After the referral, was the patient timely seen by a medical provider within 5-7 days of arrival? | Was the patient, with a chronic medical condition, seen by a medical provider every 90 days following his or her diagnosis? | Auditor Notes |
|---|---|---|---|---|---|---|
| 00299 | 3/27/2024 | YES | YES | YES | YES | |
| 00435 | 4/1/2024 | YES | YES | YES | YES | |
| 00550 | 4/3/2024 | YES | YES | YES | YES | |
| 00560 | 4/4/2024 | YES | NA | NA | YES | This was not timely tasked from arrival as it was a new condition that was diagnosed in the jail. |
| 00698 | 3/25/2024 | YES | NO | YES | YES | Patient not seen within 7 days of intake by a provider. Patient with history of substance abuse, and a prompt provider evaluation may have prevented emergency room visits. |
| 00936 | 3/27/2024 | YES | YES | NO | YES | The patient did not see a medical provider at the jail within 5-7 days of arrival as she was sent to the ER multiple times. She was seen 3 days after returning from the ER, and the delay in care did not cause patient harm. |
| 00936 | 4/5/2024 | YES | YES | NO | YES | The patient did not see a medical provider at the jail within 5-7 days of arrival as she was sent to the ER multiple times. She was seen 3 days after returning from the ER, and the delay in care did not cause patient harm. |
| 01168 | 3/25/2024 | YES | NA | YES | YES | This was not timely tasked from arrival as it was a new condition that was diagnosed in the jail. |
| 01319 | 4/3/2024 | YES | YES | YES | YES | |
| 00019 | 4/3/2024 | YES | YES | YES | YES | |
| 00090 | 4/2/2024 | YES | YES | YES | YES | |
| 00100 | 4/2/2024 | YES | YES | YES | YES | |
| 00136 | 3/28/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 00145 | 4/1/2024 | YES | YES | YES | YES | |

| Booking ID | Date of Service | Did the patient have regular referrals/appointments to see a medical provider? | Was the patient timely tasked to see a health care provider within 5-7 days of arrival? | After the referral, was the patient timely seen by a medical provider within 5-7 days of arrival? | Was the patient, with a chronic medical condition, seen by a medical provider every 90 days following his or her diagnosis? | Auditor Notes |
|---|---|---|---|---|---|---|
| 00146 | 4/2/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 00214 | 4/3/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 00272 | 4/1/2024 | YES | YES | YES | YES | |
| 00338 | 4/4/2024 | YES | YES | YES | YES | |
| 00798 | 4/4/2024 | YES | YES | YES | YES | |
| 00800 | 4/4/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 00803 | 4/4/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 00944 | 4/2/2024 | YES | YES | YES | YES | |
| 01073 | 4/3/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 01111 | 4/3/2024 | YES | NA | NA | YES | |
| 01111 | 4/3/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 01111 | 4/3/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 01296 | 3/29/2024 | YES | NA | NA | YES | This noted chronic care visit was made after arrival. The arrival time was before the timeframe of focus. |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

Cell: C2
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
Diabetes, cardiac disorders, HTN, SZ, communicable diseases, respiratory disorders, psychiatric disorders

Cell: D2
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
If stable, schedule 5-7 days. If meds cannot be verified or condition is unstable refer to medical provider on duty or contact on-call provider

Cell: D6
Comment: Alexander Meagher:
Newly diagnosed condition within the jail

5.a. Health Care Maintenance

| Booking ID | Arrest Date | Initial Health History and Physical (NCCHC) (Exam Forms) Did the patient receive a 14-day health inventory? | TB Screening (Exam Forms) Did the patient receive a communicable disease screening? | 14-day Exam: Was the exam performed by a physician, PA, or nurse practicioner? | 14-day Exam: Did the exam include a review of the health inventory? | 14-day Exam: Did the exam include a review of the communicable disease screening? | 14-day Exam: Did the exam include vital signs height and weight)? | 14-day Exam: Did the exam consist of a full body system review and assessment consistent with community standards and guidelines? | 14-day Exam: Are the assessments and physical findings documented in the patient chart? | 14-day Exam: Did the provider create a plan for follow up/treatment/referral? | 14-day Exam: Was the physical exam reviewed/signed by the responsible physician? | Auditors Comments | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00556 | 3/24/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/24/24 | |
| 01127 | 4/5/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/29/24 | |
| 00504 | 10/30/2023 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked in outside of timeframe | |
| 01320 | 3/18/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/18/14 | |
| 00896 | 3/20/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/23/24 | |
| 00583 | 3/18/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/18/24 | |
| 00444 | 3/18/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/18/24 | |
| 00361 | 3/15/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/19/24 | |
| 00835 | 3/24/2024 | NO | YES | NA | NA | NA | NA | NA | NA | NA | NA | Seen by provider for sick call on 3/26/24. Patient did not have receive a 14-day health inventory, but I do not see the patient suffered any harm by missing this evaluation. | |
| 00485 | 3/20/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/20/24 | |
| 00626 | 3/16/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/20/24 | |
| 00972 | 3/16/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/20/24 | |
| 00248 | 3/15/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/15/24 | |
| 01047 | 3/17/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/18/124 | |
| 00083 | 4/1/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/27/24 | |
| 00320 | 4/3/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/23/24 | |
| 01369 | 4/4/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | booked out 3/28/24 | |
| 00562 | 3/29/2024 | NO | YES | NA | NA | NA | NA | NA | NA | NA | NA | Patient did not have receive a 14-day health inventory, but I do not see the patient suffered any harm by missing this evaluation. | |
| 00454 | 2/25/2024 | NO | YES | NA | NA | NA | NA | NA | NA | NA | NA | Seen by provider for chronic care on 3/27/24.  Patient did not have receive a 14-day health inventory, but I do not see the patient suffered any harm by missing this evaluation. | |
| 00385 | 3/17/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | Patient did not have receive a 14-day health inventory, but I do not see the patient suffered any harm by missing this evaluation. | |
| 00727 | 3/17/2024 | NO | YES | NA | NA | NA | NA | NA | NA | NA | NA | patient refused. | |
| 00232 | 3/17/2024 | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | patient refused. | |
| 00293 | 3/26/2024 | NO | YES | NA | NA | NA | NA | NA | NA | NA | NA | Patient did not have receive a 14-day health inventory, and while this may have helped with substance abuse management, I do not see the patient suffered any harm by missing this evaluation. | |

5.a. Health Care Maintenance

5.a. Health Care Maintenance

Cell: B2
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
Used Booking Date here

Cell: H34
Comment: Alexander Meagher:
No ht/weight

5.b. Health Care Maintenance

| Booking ID | Date of Service | TB Screening (Exam Forms) Did the patient receive a communicable disease screening? | Physical Exam (Exam Forms) Did the patient receive a six-month complete physical exam? | Six-Month Exam: Was the exam performed by a physician, PA, or nurse practicioner? | Six-Month Exam: Did the exam include a review of the health inventory? | Six-Month Exam: Did the exam include a review of the communicable disease screening? | Six-Month Exam: Did the exam include vital signs height and weight? | Six-Month Exam: Did the exam consist of a full body system review and assessment consistent with community standards and guidelines? | Six-Month Exam: Are the assessments and physical findings documented in the patient chart? | Six-Month Exam: Did the provider create a plan for follow up/treatment/referral? | Six-Month Exam: Was the physical exam reviewed/signed by the responsible physician? | Auditors Comments | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00726 | 4/3/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient refused | |
| 00129 | 3/30/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00806 | 3/25/2024 | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | Height/weight not obtained. This did not lead to any patient harm. | |
| 01378 | 4/2/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00642 | 4/2/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00060 | 3/28/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 01129 | 3/28/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00734 | 3/28/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00136 | 3/28/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00780 | 3/26/2024 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | |
| 00304 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 3/27/24 | |
| 01367 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 1/25/24 | |
| 00116 | 3/30/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 11/12/23 | |
| 00524 | 4/4/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 2/2/24 | |
| 00392 | 3/30/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 1/13/24 | |
| 00142 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 3/15/24 | |
| 01120 | 3/30/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 11/11/23 | |
| 01184 | 4/5/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 2/11/24 | |
| 00529 | 4/5/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 11/10/23 | |
| 01169 | 3/26/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 10/31/23 | |
| 00769 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 11/18/23 | |
| 01240 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 3/22/24 | |
| 00131 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 11/4/23 | |
| 00952 | 4/4/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 8/30/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |
| 00776 | 4/4/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 4/29/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |
| 01143 | 4/5/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 6/1/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |
| 01318 | 3/26/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 4/19/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |
| 01032 | 3/26/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 4/18/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |
| 00939 | 3/27/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 4/21/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |
| 00075 | 3/28/2024 | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | patient booked out 6/16/23. This gap > 6 months without a 6 month exam did not lead to any patient harm evidenced. | |

5.b. Health Care Maintenance

5.b. Health Care Maintenance

Cell: H34
Comment: Alexander Meagher:
         No ht/weight

6. Continuity of Care

Discharge Instruction and Follow up
Medications (Click Chart)

| Booking ID | Date of Discharge | Did the patient receive an appropriate list of community care facilities to continue care? | Was the patient proided with a written handout for continuity of essential care instructions? | If the patient was on psychiatric medications, did the patient receive an adequate supply of medication or a prescription? | Auditor Notes |
|---|---|---|---|---|---|
| 01206 | 4/9/2024 | YES | YES | YES | |
| 00864 | 4/7/2024 | YES | YES | YES | |
| 00787 | 4/8/2024 | YES | YES | YES | |
| 00788 | 4/12/2024 | YES | YES | YES | |
| 00789 | 4/2/2024 | YES | YES | YES | |
| 00790 | 4/3/2024 | YES | YES | YES | |
| 00541 | 4/15/2024 | YES | YES | YES | |
| 00354 | 4/14/2024 | YES | YES | YES | |
| 00791 | 4/15/2024 | YES | YES | YES | |
| 00792 | 4/18/2024 | YES | YES | YES | |
| 00793 | 4/25/2024 | NO | NO | YES | Patient not released with hypertension medication and pain medication. It is unclear if this caused any patient harm. |
| 00792 | 4/18/2024 | YES | YES | YES | |
| 00794 | 4/9/2024 | NO | NO | NA | Patient was not actively prescribed/taking medications at time of release |
| 00731 | 4/10/2024 | YES | YES | YES | |
| 00001 | 4/22/2024 | YES | YES | YES | |
| 00809 | 4/27/2024 | YES | YES | YES | |
| 00766 | 4/24/2024 | YES | YES | YES | |
| 00710 | 4/24/2024 | YES | YES | YES | |
| 00795 | 4/1/2024 | NO | NO | YES | It is unclear if patient was given other documentation of community care facilities to continue care upon my review. |
| 00789 | 4/2/2024 | YES | YES | YES | |
| 00796 | 4/3/2024 | YES | YES | YES | |

6. Continuity of Care

| Booking ID | Date of Discharge | Did the patient receive an appropriate list of community care facilities to continue care? | Was the patient proided with a written handout for continuity of essential care instructions? | If the patient was on psychiatric medications, did the patient receive an adequate supply of medication or a prescription? | Auditor Notes |
|---|---|---|---|---|---|
| 00454 | 4/11/2024 | NO | NO | YES | It is unclear if patient was given other documentation of community care facilities to continue care upon my review. |
| 00788 | 4/12/2024 | YES | YES | YES | |
| 01206 | 4/9/2024 | YES | YES | YES | |
| 00864 | 4/7/2024 | YES | YES | YES | |
| 00797 | 4/13/2024 | YES | YES | YES | |
| 00541 | 4/15/2024 | NO | NO | YES | It is unclear if patient was given other documentation of community care facilities to continue care upon my review. |
| 00256 | 5/9/2024 | YES | YES | NA | Patient was not actively prescribed/taking medications at time of release |
| 00983 | 4/19/2024 | NO | NO | YES | It is unclear if patient was given other documentation of community care facilities to continue care upon my review. |
| 00001 | 4/22/2024 | YES | YES | YES | |
| | | | | | |

7. Outside Care Referrals

| Booking ID | Date of Service | Was the patient appropriately referred to an outside health care provider? | Did the provider request all records, results, and orders from the off-site consultation when the patient returned to the jail? | Are those records or summary of the offsite visit, part of the patient's CFMG records? | Auditor Notes |
|---|---|---|---|---|---|
| 00684 | 3/25/2024 | YES | YES | YES | |
| 00660 | 3/25/2024 | YES | YES | YES | |
| 00938 | 3/25/2024 | YES | NO | NO | Form the documentation it is unclear what this outside appointment is for, though patient was seen by a provider after this appointment and there is no evidence of patient harm by not obtaining the medical records from this appointment. |
| 00140 | 3/26/2024 | YES | YES | YES | |
| 00070 | 3/26/2024 | NA | NA | NA | dental |
| 00961 | 3/27/2024 | YES | YES | YES | |
| 00033 | 3/27/2024 | YES | YES | YES | |
| 00569 | 3/27/2024 | YES | YES | YES | |
| 00954 | 3/28/2024 | YES | YES | NO | Only received the direct orders from this outside appointment, not the summary records. There is no evidence of patient harm by not obtaining the medical records from this appointment. |
| 00969 | 3/28/2024 | YES | YES | YES | |
| 01296 | 4/2/2024 | YES | YES | YES | |
| 01045 | 4/2/2024 | YES | YES | YES | |
| 00806 | 4/3/2024 | YES | YES | YES | |
| 00496 | 4/2/2024 | YES | YES | YES | |
| 00994 | 4/4/2024 | YES | YES | YES | |
| 01357 | 4/3/2024 | YES | YES | YES | |
| 01357 | 4/4/2024 | YES | YES | YES | |
| 01171 | 4/3/2024 | YES | YES | YES | |
| 01353 | 4/5/2024 | YES | YES | YES | |
| 00936 | 4/4/2024 | YES | YES | YES | |
| 01041 | 3/22/2024 | YES | YES | YES | |
| 00645 | 3/26/2024 | YES | YES | YES | |
| 00460 | 3/26/2024 | YES | YES | YES | |
| 00139 | 3/26/2024 | YES | YES | YES | |

7. Outside Care Referrals

| Booking ID | Date of Service | Was the patient appropriately referred to an outside health care provider? | Did the provider request all records, results, and orders from the off-site consultation when the patient returned to the jail? | Are those records or summary of the offsite visit, part of the patient's CFMG records? | Auditor Notes |
|---|---|---|---|---|---|
| 00802 | 4/5/2024 | YES | NO | NO | Outside appointment for imaging that was requested by orthopedic surgery. Seen by orthopedic surgery on 5/8/24. There is no evidence of patient harm by not obtaining the medical records from this appointment. |
| 00802 | 4/3/2024 | YES | YES | YES | |
| 00711 | 4/5/2024 | YES | YES | YES | |
| 00663 | 4/8/2024 | YES | YES | YES | |
| 00568 | 3/27/2024 | YES | YES | YES | |
| 30 | | | | | |

8. Treatment of Intoxicated Ps

| Booking ID | Date of Service | Was the patient timely referred to a provider? | Did the health care provider assess and treat the patient? | Auditor Notes |
|---|---|---|---|---|
| 01082 | 3/25/2024 | YES | YES | |
| 00895 | 3/23/2024 | NO | NO | Implentation plan notes for patients using synthetic drugs to be referred to mental health. This patient was not. There is no evidence of patient harm by not seeing mental health. Of note patient referred to a medical provider but booked out before being seen. |
| 00784 | 3/25/2024 | YES | YES | |
| 01054 | 3/25/2024 | YES | NA | Patient was released prior to scheduled appointment. |
| 01258 | 3/25/2024 | YES | NA | Patient was released prior to scheduled appointment. |
| 00691 | 3/25/2024 | YES | YES | |
| 00509 | 3/27/2024 | YES | YES | |
| 01310 | 3/28/2024 | YES | NA | Patient was released prior to scheduled appointment. |
| 00750 | 3/28/2024 | YES | NA | CIWA < 9, health care provider evaluation not indicated |
| 00887 | 3/29/2024 | YES | NA | CIWA < 9, health care provider evaluation not indicated |
| 00025 | 3/30/2024 | YES | YES | |
| 00906 | 3/30/2024 | YES | NA | Referred to psychiatrist. Patient was released prior to scheduled appointment. |
| 01266 | 4/1/2024 | YES | YES | |
| 00045 | 4/2/2024 | YES | YES | |
| 01300 | 4/2/2024 | NO | NO | Implentation plan notes for patients using synthetic drugs to be referred to mental health. This patient was not. There is no evidence of patient harm by not seeing mental health. Of note patient referred to a medical professional but patient refused the appointment. |

8. Treatment of Intoxicated Ps

| Booking ID | Date of Service | Was the patient timely referred to a provider? | Did the health care provider assess and treat the patient? | Auditor Notes |
|---|---|---|---|---|
| 00381 | 4/2/2024 | YES | YES | |
| 01184 | 4/2/2024 | YES | YES | |
| 01071 | 4/1/2024 | YES | YES | |
| 00610 | 4/3/2024 | YES | NA | Patient was released prior to scheduled appointment. |
| 01076 | 4/3/2024 | YES | YES | |
| 01345 | 4/3/2024 | YES | YES | |
| 00031 | 4/4/2024 | YES | YES | |
| 00919 | 4/4/2024 | YES | YES | |
| 01153 | 4/4/2024 | YES | YES | |
| 00380 | 4/3/2024 | YES | NO | Patient refused the mental health appointment. There is no evidence of patient harm by not seeing mental health. Of note the patient was seen by medical provider on 4/19/24. |
| 01060 | 4/2/2024 | YES | NA | Patient was released prior to scheduled appointment. |
| 01308 | 4/2/2024 | YES | NA | Patient on sobering monitoring upon intake. Improved and was cleared without need to see health care provider. There is no evidence of patient harm by not seeing a medical professional. |
| 01131 | 4/8/2024 | YES | NO | Patient not timely seen by provider for opiate withdrawal monitoring. The patient was eventually seen by physician fo rsubstance use disorder on 5/30/24. There is no evidence of patient harm by not seeing a medical professional. |
| 29 | | | | |
| 30 | | | | |

8. Treatment of Intoxicated Ps

Cell: C2
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
   Notify if CIWA worsens or shows no improvement within 1 hour of protocol administration.
Notify if refuses medications and/or CIWA monitoring.
Consult with medical provider daily until score < 5

Cell: D2
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
   Page 48

Treatment of Communicable Dis

| Booking ID | Date of Service | If the patient has a communicable disease, was the patient appropriately treated by a health care provider? | Auditor Notes |
|---|---|---|---|
| 00614 | 3/26/2024 | YES | |
| 01038 | 3/26/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00676 | 3/28/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 01354 | 3/28/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00768 | 3/28/2024 | YES | |
| 00090 | 3/29/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00144 | 3/29/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00508 | 3/29/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00798 | 3/29/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00799 | 3/29/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00635 | 3/29/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00911 | 3/30/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 01023 | 4/1/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |
| 00758 | 4/2/2024 | YES | |
| 00045 | 4/2/2024 | NA | PPD 0mm, not necessitating health care provider appointment. |

Treatment of Communicable Dis

| Booking ID | Date of Service | If the patient has a communicable disease, was the patient appropriately treated by a health care provider? | Auditor Notes |
|---|---|---|---|
| 00521 | 3/25/2024 | NA | Patient had labs ordered to be drawn, though refused them. There was no known communicable disease identified. |
| 00491 | 3/26/2024 | YES | |
| 00051 | 3/28/2024 | YES | |
| 00462 | 3/25/2024 | YES | |
| 00299 | 3/27/2024 | NA | Patient requested labs drawn, though refused them. There was no known communicable disease identified. |
| 01144 | 3/26/2024 | NA | Patient refused screening labs. There was no known communicable disease identified. |
| 00013 | 3/26/2024 | NA | Labs normal. There was no known communicable disease identified. |
| 00338 | 3/30/2024 | YES | |
| 00024 | 3/31/2024 | YES | |
| 00812 | 3/31/2024 | YES | |
| 00106 | 4/1/2024 | NA | Labs normal. There was no known communicable disease identified. |
| 00486 | 3/31/2024 | YES | |
| 00182 | 4/1/2024 | NA | Patient requested labs drawn, though refused them. There was no known communicable disease identified. |
| 00830 | 4/1/2024 | YES | |
| 00157 | 4/2/2024 | YES | |
| | | | |

Cell: C2
Comment: Alexander Meagher:
    NA= PPD negative and all answers NO

SubCategory9

| Booking ID | Date of Service | Audit Question 1 | Audit Question 2 | Audit Question 3 | Audit Question 4 | Audit Question 5 | Audit Question 6 | Audit Question 7 | Audit Question 8 | Audit Question 9 | Audit Question 10 | Audit Question 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |

SubCategory10

| Booking ID | Date of Service | Audit Question 1 | Audit Question 2 | Audit Question 3 | Audit Question 4 | Audit Question 5 | Audit Question 6 | Audit Question 7 | Audit Question 8 | Audit Question 9 | Audit Question 10 | Audit Question 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |