Initial Mental Health Screening

| Booking ID | Date of Service | Within 14 days of admission, did the patient have an initial mental health screening? | Was the initial mental health screening performed by a qualified mental health professional? | Did the mental health care provider adequately complete the form? | If the patient scored positive for mental health problems, was he or she referred to a QMHP for further evaluation? | If the patient required acute mental health services, was he or she transferred to an appropriate facility? | |
|---|---|---|---|---|---|---|---|
| 01217 | 3/25/24 | Yes | No | Yes | Yes | | Booked and released in same day (3/25) |
| 00468 | 3/26/24 | Yes | No | Yes | Yes | | |
| 01120 | 3/26/24 | Yes | No | Yes | | | |
| 00701 | 3/26/24 | Yes | No | Yes | | | |
| 00567 | 3/27/24 | Yes | No | Yes | No | | |
| 01234 | 3/27/24 | Yes | No | Yes | | | |
| 00475 | 6/21/24 | Yes | No | Yes | | | Didn't score positive but was still referred to r |
| 01238 | 3/27/24 | Yes | No | Yes | | | |
| 00335 | 3/28/24 | Yes | No | Yes | | | Didn't score positive but was referred to routi |
| 01124 | 3/28/24 | Yes | No | Yes | | | |
| 00331 | 3/28/24 | Yes | No | Yes | | | |
| 00555 | 3/29/24 | Yes | Yes | Yes | | | Mental Health Initial Assessment |
| 01027 | 3/31/24 | Yes | Yes | Yes | | | Mental Health Initial Assessment |
| 00750 | 3/29/24 | Yes | Yes | Yes | | | |
| 00457 | 3/29/24 | Yes | No | Yes | | | |
| 00334 | 3/31/24 | Yes | No | Yes | Yes | | |
| 01268 | 4/1/24 | Yes | No | Yes | | | |
| 00905 | 4/2/24 | Yes | No | Yes | | | |
| 00045 | 4/10/24 | Yes | Yes | Yes | Yes | | Mental Health Assessment |
| 00606 | 4/2/24 | Yes | No | Yes | | | |
| 00157 | 4/2/24 | Yes | No | Yes | | | |
| 01242 | 4/2/24 | Yes | No | Yes | | | |
| 01024 | 4/3/24 | Yes | No | Yes | | | |
| 00380 | 4/3/24 | Yes | No | Yes | | | |
| 00152 | 4/3/24 | Yes | No | Yes | | | |
| 01153 | 4/4/24 | Yes | No | Yes | | | Didn't score positive but referred to urgent MI |
| 00217 | 4/5/24 | Yes | No | Yes | | | |
| 00643 | 4/5/24 | Yes | No | Yes | Yes | | |
| 00411 | 7/23/24 | Yes | No | Yes | Yes | | |
| 00898 | 4/6/24 | Yes | No | Yes | Yes | | |
| 00523 | 7/11/24 | Yes | No | Yes | | | Didn't score positive but referred to urgent MI |
| 01316 | 4/7/24 | Yes | No | Yes | | | |
| 01108 | 4/7/24 | Yes | No | Yes | | | |
| 01034 | 4/7/24 | Yes | No | Yes | | | |
| 01388 | 7/15/24 | Yes | No | Yes | Yes | | |

Initial Mental Health Screening

| 00235 | 5/14/24 | Yes | No | Yes | Yes | |
|-------|---------|-----|-----|-----|-----|---|
| 00276 | 3/12/24 | Yes | No | Yes | | |
| 00296 | 3/19/24 | Yes | No | Yes | | Didn't score positive but referred to Routine M |
| 00481 | 3/6/24 | Yes | No | Yes | Yes | |
| 00662 | 7/21/24 | Yes | No | Yes | No | |
| 00783 | 3/2/24 | Yes | No | Yes | No | |
| 01000 | 3/29/24 | Yes | Yes | Yes | Yes | |
| 01323 | 3/4/24 | Yes | No | Yes | | Didn't score positive but referred to Routine M |

**Screenings can be be completed by RNs and d**

Nursing Rounds in Ad Seg

| Booking ID | Date of Service | Did the nurse conduct daily mental health rounds for this patient in administrative segregation? | If no, did the nurse complete some of the daily mental health rounds for this patient in administrative segregation? | Was the mental health nursing round separate from medication distribution? | |
|---|---|---|---|---|---|
| 00003 | 5/11/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 01109 | 3/3/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00709 | | | | | chart not found |
| 01057 | 7/1/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00533 | 3/11/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 01302 | 6/5/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00947 | 5/20/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 01262 | | | | | chart not found |
| 01326 | 7/1/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 01357 | 7/1/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00586 | 4/15/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00723 | 5/9/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 01401 | 8/1/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |

Nursing Rounds in Ad Seg

| | | | | | |
|---|---|---|---|---|---|
| 01381 | 7/5/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 01288 | 3/15/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00273 | 3/3/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00728 | 4/1/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00323 | 8/6/24 | Yes | | Yes | 90% completion of daily rounds- no harm to patient on missed days |
| 00576 | | | | | chart not found |
| 01057 | 3/13/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 01288 | 3/7/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 01381 | 8/4/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 01326 | 7/1/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 00586 | 4/15/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 00646 | 4/5/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 00728 | 4/1/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 00133 | 3/27/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 00144 | 4/1/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 00807 | 5/9/24 | Yes | | Yes | 90% completion of daily rounds- no |
| 01338 | | | | | chart not found |

Treatment Planning

| Booking ID | Date of Service | Is there a treatment plan in the patient's record? | Was the treatment plan performed appropriately? | Was the treatment plan performed timely? |
|---|---|---|---|---|
| 00001 | 4/3/24 | Yes | Yes | Yes |
| 00144 | 3/29/24 | Yes | Yes | Yes |
| 00211 | 3/30/24 | Yes | Yes | Yes |
| 00265 | 5/6/24 | Yes | Yes | Yes |
| 00366 | 4/1/24 | Yes | Yes | Yes |
| 00373 | 4/5/24 | Yes | Yes | Yes |
| 00385 | 3/27/24 | Yes | Yes | Yes |
| 00391 | 4/3/24 | Yes | Yes | Yes |
| 00462 | 4/3/24 | Yes | Yes | Yes |
| 00477 | 2/6/24 | Yes | Yes | Yes |
| 00483 | 4/3/14 | Yes | Yes | Yes |
| 00504 | 12/9/23 | Yes | Yes | Yes |
| 00546 | 3/27/24 | Yes | Yes | No |
| 00591 | 4/3/24 | Yes | Yes | Yes |
| 00644 | 4/4/24 | Yes | Yes | Yes |
| 00665 | 4/1/24 | Yes | Yes | Yes |
| 00679 | 4/6/24 | Yes | Yes | No |
| 00749 | 4/3/24 | Yes | Yes | Yes |
| 00766 | 3/29/24 | Yes | Yes | Yes |
| 00965 | 4/2/24 | Yes | Yes | Yes |
| 01000 | 3/29/24 | Yes | Yes | Yes |
| 01057 | 3/27/24 | Yes | Yes | Yes |
| 01194 | 4/1/24 | Yes | Yes | Yes |
| 01225 | 4/2/24 | Yes | Yes | No |
| 01226 | 3/27/24 | Yes | Yes | Yes |
| 01239 | 4/5/24 | Yes | Yes | Yes |
| 01330 | 4/5/24 | Yes | Yes | Yes |
| 01376 | 4/2/24 | Yes | Yes | Yes |

Chronic Care

| Booking ID | Date of Service | If the patient had a chronic mental health condition that cannot be managed at the jail, was that patient transferred offsite for appropriate treatment and care? | Was the patient with a chronic mental health condition seen by a psychiatrist every 30 days if new medication or undstable; or 90 days if they are deemed stable? | Did the mental health provider document his or her findings in the patient's chart? | |
|---|---|---|---|---|---|
| 00458 | 5/14/24 | NA | No | Yes | One f/u visit was 43 days instead of 30- no harm caused to patient |
| 00484 | 2/22/24 | NA | Yes | Yes | |
| 00843 | 1/3/24 | NA | Yes | Yes | |
| 01114 | 2/29/24 | NA | No | Yes | One f/u visit was 42 days instead of 30- no harm caused to patient |
| 01172 | 2/28/24 | NA | No | Yes | Patient refused 30-day f/u, seen again on 5/6/24; no harm caused |
| 00128 | 4/24/24 | NA | Yes | Yes | |
| 00790 | 10/30/23 | NA | No | Yes | One f/u visit was 33 days instead of 30- no harm caused to patient |
| 00844 | 3/26/24 | NA | No | Yes | One f/u visit was 43 days instead of 30- no harm caused to patient |
| 00501 | 2/3/24 | NA | Yes | Yes | |
| 00462 | 4/2/24 | NA | No | Yes | One f/u visit was 44 days instead of 30- no harm caused to patient |
| 00290 | 5/21/24 | NA | NA | NA | In custody 5/21/24 - 6/8/24 |
| 00539 | 3/4/24 | NA | Yes | Yes | |
| 01309 | 5/30/23 | NA | No | Yes | One f/u visit was 56 days instead of 30- no harm caused to patient |
| 00845 | 7/26/23 | NA | No | Yes | Unclear when initial visit took place- no harm to patient |
| 00846 | 3/5/24 | NA | Yes | Yes | |
| 00847 | 2/26/24 | NA | Yes | Yes | |
| 01288 | 3/12/24 | NA | Yes | Yes | |

Chronic Care

| | | | | | |
|---|---|---|---|---|---|
| 01324 | 4/1/24 | NA | Yes | Yes | |
| 01000 | 4/2/24 | NA | Yes | Yes | |
| 00848 | 4/1/24 | NA | No | Yes | One f/u visit was 36 days instead of 30- no harm caused to |
| 00009 | 3/24/24 | NA | Yes | Yes | |
| 00462 | 4/2/24 | NA | No | Yes | One f/u visit was 44 days instead of 30- no harm caused to |
| 00504 | 5/31/24 | NA | No | Yes | One f/u visit was 69 days instead of 30- no harm caused to |
| 01000 | 4/2/24 | NA | No | Yes | One f/u visit was 49 days instead of 30- no harm caused to |
| 01386 | 3/21/24 | NA | Yes | Yes | |
| 00849 | 4/3/24 | NA | NA | Yes | D/C prior to f/u |
| 00302 | 7/12/23 | NA | No | Yes | One f/u visit was 77 days instead of 30- no harm caused to |
| 00511 | 7/5/23 | NA | Yes | Yes | |
| 00630 | 7/25/24 | NA | Yes | Yes | |
| 01141 | 3/11/24 | NA | Yes | Yes | |

Acute Care

| Booking ID | Date of Service | Did the provider timely identify the patient's need for hospitalization and/or inpatient care? | If needed, Was the patient timely transferred to an appropriate facility? |
|---|---|---|---|
| 01194 | 4/1/24 | Yes | NA |
| 00302 | 7/22/24 | Yes | NA |
| 00145 | 4/1/24 | Yes | NA |
| 00654 | 6//29/23 | Yes | NA |
| 00462 | 4/1/24 | Yes | NA |
| 00498 | 6/8/24 | Yes | NA |
| 00646 | 3/8/24 | Yes | NA |
| 01386 | 3/17/24 | Yes | NA |
| 00144 | 3/29/24 | Yes | NA |
| 00792 | 5/3/24 | Yes | NA |
| 00710 | 12/17/23 | Yes | NA |
| 01234 | 4/20/24 | Yes | NA |
| 01141 | 2/16/24 | Yes | NA |
| 00038 | 5/28/24 | Yes | NA |
| 00113 | 7/11/24 | Yes | NA |
| 00302 | 7/23/24 | Yes | NA |
| 00178 | 3/28/24 | Yes | NA |
| 00498 | 6/8/24 | Yes | NA |
| 00211 | 12/21/23 | Yes | NA |
| 00850 | 12/12/23 | Yes | NA |
| 00113 | 7/18/24 | Yes | NA |
| 00302 | 4/3/24 | Yes | NA |
| 00178 | 3/28/24 | Yes | NA |
| 01194 | 4/1/24 | Yes | NA |
| 00850 | 2/27/24 | Yes | NA |
| 00498 | 6/8/24 | Yes | NA |

Acute Care

| 00302 | 3/23/24 | Yes | NA |
| 00211 | 12/10/23 | Yes | NA |

Outpatient Services

| Booking ID | Date of Service | Was the patient able to be identified for a meeting with mental health? | Was the patient scheduled in a timely manner? | Was the patient timely provided outpatient mental health services? | If the patient was not seen as scheduled, was the patient's service unreasonably delayed? |
|---|---|---|---|---|---|
| 00214 | 2/25/24 | Yes | Yes | Yes | |
| 00302 | 7/23/24 | Yes | Yes | Yes | |
| 00851 | 7/2/24 | Yes | Yes | Yes | |
| 00654 | 12/7/24 | Yes | Yes | Yes | |
| 00852 | 7/31/24 | Yes | Yes | Yes | |
| 01054 | 3/25/24 | Yes | Yes | Yes | |
| 00466 | 7/9/24 | Yes | Yes | Yes | |
| 00603 | 3/29/24 | Yes | Yes | Yes | |
| 00646 | 3/8/24 | Yes | Yes | Yes | |
| 00750 | 3/29/24 | Yes | Yes | Yes | |
| 01141 | 2/9/24 | Yes | Yes | Yes | |
| 01324 | 3/28/24 | Yes | Yes | Yes | |
| 00129 | 8/27/23 | Yes | Yes | Yes | |
| 01027 | 3/29/24 | Yes | Yes | Yes | |
| 00058 | 4/2/24 | Yes | Yes | Yes | |
| 00804 | 3/28/24 | Yes | Yes | Yes | |
| 00853 | 8/11/23 | No | No | No | |
| 00100 | 1/20/24 | Yes | Yes | Yes | |
| 00345 | 2/12/24 | Yes | Yes | Yes | |
| 01184 | 4/3/24 | Yes | Yes | Yes | |
| 00128 | 5/11/24 | Yes | Yes | Yes | |
| 00654 | 12/7/23 | Yes | Yes | Yes | |
| 00373 | 3/12/24 | Yes | Yes | Yes | |
| 01266 | 4/5/24 | Yes | Yes | No | Did not engage in assessment and was d/c'd within 1- |
| 00021 | 4/5/24 | Yes | Yes | Yes | |
| 00002 | 4/7/24 | Yes | Yes | No | Assessed but not referred for outpatient MH services |
| 00381 | 4/2/24 | Yes | Yes | Yes | |
| 00758 | 4/5/24 | Yes | Yes | Yes | |
| 00273 | 2/9/24 | Yes | Yes | Yes | |

Outpatient Services

| 00550 | 3/6/24 | Yes | Yes | Yes |
|---|---|---|---|---|

Psychiatric Follow Up Visit Int

| Booking ID | Date of Service | Was the patient seen every thirty days until the psychiatrist determined he or she to be psychiatrically stable? | When the patient was deemed psychiatrically stable and on medications, was the patient tasked to see a provider every 60/90 days? | If the patient decompensated, did he or she receive more frequent psychiatric visits? | |
|---|---|---|---|---|---|
| 00010 | 2/29/24 | Yes | Yes | | |
| 00463 | 2/29/24 | Yes | Yes | | |
| 00575 | 10/13/23 | Yes | Yes | | |
| 00843 | 1/3/24 | Yes | Yes | | |
| 00723 | 3/21/24 | Yes | Yes | | |
| 00854 | 4/25/24 | No | Yes | | |
| 00128 | 4/24/24 | Yes | Yes | | |
| 00855 | 8/22/23 | No | Yes | | |
| 01313 | 2/8/24 | No | Yes | | |
| 00856 | 12/12/23 | Yes | Yes | Yes | |
| 00851 | 6/30/24 | Yes | Yes | | |
| 00809 | 3/28/24 | Yes | Yes | | |
| 00792 | 1/3/24 | Yes | | Yes | |
| 01288 | 3/12/24 | Yes | Yes | | |
| 01347 | 2/1/24 | Yes | Yes | | |
| 00015 | 3/7/24 | Yes | Yes | | |
| 00140 | 6/24/24 | Yes | Yes | | |
| 00913 | 4/1/24 | NA | NA | | Released prior to 30 day f/u |
| 00944 | 3/7/24 | Yes | Yes | | |
| 01069 | 11/16/23 | Yes | Yes | | |
| 00462 | 4/2/24 | No | Yes | | 44 days instead of 30- no harm to patient |
| 00504 | 11/1/23 | Yes | Yes | | |
| 00851 | 7/4/24 | NA | NA | | No f/u notes- discharged? |
| 00009 | 7/15/24 | Yes | Yes | | |
| 00511 | 4/3/24 | Yes | NA | | |
| 00542 | 2/17/24 | No | No | | Unclear if timing of f/u from 2/17 was 30 or 90 days. Not seen again until 5/17- no harm to patient |
| 00630 | 7/25/24 | Yes | Yes | | |
| 00654 | 2/21/24 | Yes | Yes | | |
| 00067 | 4/4/24 | Yes | Yes | | |
| 00390 | 4/4/24 | Yes | Yes | | |

Consid. of MH in Discipline

| Booking ID | Date of Service | Did custody consult mental health when considering disciplinary action or considering placement in administrative segregation for the patient? | Did mental health respond to custody's request for input on this patient? | Is there evidence that custody took mental health's findings into account? | Are the provider's findings documented in the patient's medical record? |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |

| 24 |
| 25 |
| 26 |
| 27 |
| 28 |
| 29 |
| 30 |

Seg. Placement Screening

| Booking ID | Date of Service | Was the mental health clinician timely informed of the patient's administrative segregation placement? | Before or promptly after being housed in ad seg, was the patient screened for mental illness/suicidality? | Was the suicide risk assessment completed by a QMHP? | Did the QMHP document his or her conclusions in the patient's chart? | Did the clinician communicate a clinical recommendation regarding placement to custody? | Was a cellmate assigned in ad seg? | |
|---|---|---|---|---|---|---|---|---|
| 01003 | 3/10/24 | Yes | Yes | Yes | Yes | No | UA | No recommendation to custody indicated; unable to assess if cellmate was assigned |
| 00486 | 4/5/24 | UA | No | Yes | Yes | No | UA | Unable to assess when informed; MH Screen not prompt; no recommendation to custody indicated; unable to assess if cellmate was assigned |
| 00273 | 3/28/24 | UA | No | Yes | Yes | No | UA | Uanble to assess when informed; MH Screen not prompt; no recommendation to custody indicated; unable to assess if cellmate was assigned |
| 00407 | 6/18/24 | Yes | Yes | Yes | Yes | Yes | UA | Interagency form found in documents |
| 00591 | 3/15/24 | Yes | No | No | No | No | UA | Task rescheduled many times; not completed |
| 00723 | 3/15/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 3/15 |
| 00646 | 3/8/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 3/8 |
| 00323 | 7/29/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 7/15 |
| 00358 | 2/15/24 | Yes | Yes | Yes | Yes | No | UA | |
| 00587 | 3/15/24 | UA | Yes | Yes | Yes | No | UA | Return from Hospital; CSSRS completed |
| 01311 | 6/18/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 6/18 |
| 00807 | 4/19/24 | UA | No | Yes | Yes | No | UA | No evidence of MH being informed of needed screening, placed in seg 3/15 |
| 01302 | 5/22/24 | No | No | Yes | No | Yes | UA | Placed in seg on 5/17, MH informed on 5/22. Interagency form found in documents |
| 01311 | 7/8/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 7/8 |
| 01326 | 2/14/24 | No | No | Yes | Yes | Yes | UA | Interagency form received 7/24/24, placed in seg 2/14/24 |
| 01357 | 7/8/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 7/8 |
| 00586 | 10/7/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 10/7/23 |
| 00897 | 8/8/23 | UA | No | No | No | No | UA | No evidence of MH being informed of needed screening, placed in seg 8/8 |
| 01057 | 3/7/24 | UA | No | Yes | No | Yes | UA | Interagency form received 6/18/24, placed in seg 3/7/24 |
| 01357 | 3/14/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |
| 00897 | 12/15/23 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |
| 00947 | 8/10/23 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |

Seg. Placement Screening

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00586 | 10/7/23 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |
| 00462 | 3/17/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |
| 00728 | 2/22/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |
| 01103 | 3/9/24 | No | No | Yes | No | Yes | UA | Interagency form received 4/29/24, placed in seg |
| 00905 | 4/2/24 | No | No | Yes | No | Yes | UA | Interagency form received 5/12/24, placed in seg |
| 00587 | 10/5/23 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |
| 00170 | 3/6/24 | UA | No | No | No | No | UA | No evidence of MH being informed of needed |

MH Program. in Segregation

| Booking ID | Date of Service | Was the patient scheduled for a weekly meeting with a QMHP? | Was structured therapeutic activity outside the cell offered to the patient? | Was the patient offered group programming? | |
|---|---|---|---|---|---|
| 01057 | 4/16/24 | Yes | Yes | Yes | |
| 01249 | 6/6/23 | Yes | Yes | Yes | |
| 01281 | 3/23/24 | Yes | Yes | Yes | |
| 01183 | 4/8/22 | Yes | Yes | Yes | |
| 00407 | 3/11/24 | Yes | Yes | Yes | |
| 00587 | 4/16/24 | Yes | Yes | Yes | |
| 00782 | 3/29/24 | Yes | Yes | Yes | |
| 00554 | | | | | Chart not found |
| 01381 | 4/6/24 | Yes | Yes | Yes | |
| 01219 | 3/29/24 | Yes | Yes | Yes | |
| 00170 | 3/23/24 | Yes | Yes | Yes | |
| 01338 | | | | | Chart not found |
| 01326 | 5/5/23 | Yes | Yes | Yes | |
| 01338 | | | | | Chart not found |
| 00273 | 2/7/24 | NA | NA | NA | Unclear if/when/how long in seg |
| 01232 | 4/3/24 | Yes | No | No | No group offered- no harm caused to patient |
| 00576 | | | | | Chart not found |
| 00807 | 4/6/24 | Yes | Yes | Yes | |
| 00026 | 6/27/22 | Yes | Yes | Yes | |
| 00465 | 4/16/24 | Yes | Yes | Yes | |
| 01262 | | | | | Chart not found |
| 01357 | 1/19/24 | Yes | Yes | Yes | |
| 00670 | 5/13/24 | Yes | No | No | No group offered- |

MH Program. in Segregation

| | | | | | |
|---|---|---|---|---|---|
| 01288 | 4/1/24 | Yes | No | No | No group offered- |
| 00273 | 4/2/24 | No | No | No | No group or |
| 00003 | 3/22/24 | Yes | Yes | Yes | |
| 01194 | 4/15/24 | Yes | No | No | No group offered- |
| 00315 | | | | | Chart not found |
| 00358 | 3/19/24 | Yes | Yes | Yes | |
| 00591 | 2/22/23 | Yes | Yes | Yes | |
| 00646 | 4/8/24 | Yes | No | No | No group offered- |
| 00465 | 4/16/24 | Yes | Yes | Yes | |
| 01392 | 4/16/24 | Yes | Yes | Yes | |
| 00249 | 5/3/24 | Yes | No | No | No group offered- |
| 00554 | | | | | Chart not found |
| 00407 | 3/11/24 | Yes | Yes | Yes | |
| 00291 | | | | | Chart not found |
| 00670 | 5/22/24 | Yes | No | No | No group offered- |
| 00364 | | | | | |
| 00905 | | | | | |
| 01057 | | | | | |

Involuntary Medication

| Booking ID | Date of Service | When necessary were involuntary psychotropic medication given? | Was the patient in need of a 2603 identified? | When identified, was a 2603 order obtained? | Was the patient transferred to inpatient care when needed? |
|---|---|---|---|---|---|
| 00323 | 3/4/24 | NA | NA | NA | NA |
| 00914 | 4/2/24 | NA | NA | NA | NA |
| 00133 | 4/4/24 | NA | NA | NA | NA |
| 00749 | 3/28/24 | NA | NA | NA | NA |
| 01141 | 4/6/24 | Yes | NA | NA | NA |
| 00358 | 2/26/24 | NA | NA | NA | NA |
| 01109 | 10/26/23 | NA | NA | NA | NA |
| 00318 | 4/2/24 | NA | NA | NA | NA |
| 00533 | 11/28/23 | NA | NA | NA | NA |
| 00533 | 3/19/24 | NA | NA | NA | NA |

Involuntary medications were ordered if patient refuses regularly scheduled medications; h

e did not refuse

Suicide Risk Assess. & S. Plan.

| Booking ID | Date of Service | Did the provider fully complete the suicide assessment? | Was the patient's suicide risk assessment performed by a trained QMHP? | If the patient was identified as suicidal at intake, was a suicide risk assessment tool timely completed? | Did the provider complete a suicide risk assessment prior to the patient's placement in ad seg? | If placed in safety cell, was the patient assessed within four hours of placement in the safety cell? | If the patient was in a safety cell, was the patient assessed prior to release from the safety cell? |
|---|---|---|---|---|---|---|---|
| 00562 | 3/24/24 | Yes | Yes | | | Yes | Yes |
| 01054 | 3/25/24 | Yes | Yes | | | Yes | Yes |
| 01194 | 3/18/24 | Yes | Yes | | | Yes | Yes |
| 00576 | | | | | | | |
| 00654 | 3/25/24 | Yes | Yes | | | Yes | Yes |
| 00296 | 3/26/24 | Yes | Yes | | | Yes | Yes |
| 00326 | 3/28/24 | Yes | Yes | Yes | | | |
| 00567 | 3/28/24 | Yes | Yes | | | | Yes |
| 01386 | 4/6/24 | Yes | Yes | | | | Yes |
| 00211 | 6/5/24 | Yes | Yes | | | | Yes |
| 01324 | 3/28/24 | Yes | Yes | | | | Yes |
| 00799 | 3/29/24 | Yes | Yes | | | | Yes |
| 01027 | 3/29/24 | Yes | Yes | | | | Yes |
| 00145 | 3/29/24 | Yes | Yes | | | | Yes |
| 01194 | 4/7/24 | Yes | Yes | | | Yes | Yes |
| 01113 | | | | | | | |
| 00462 | 3/20/24 | Yes | Yes | | | | Yes |
| 00234 | | | | | | | |
| 00900 | | | | | | | |
| 00710 | 4/21/24 | Yes | Yes | | | | Yes |
| 00017 | | | | | | | |
| 01114 | 5/9/24 | Yes | Yes | | | | Yes |
| 00211 | 6/28/24 | Yes | Yes | | | | Yes |
| 00110 | | | | | | | |

Suicide Risk Assess. & S. Plan.

| ID | Date | | | | |
|---|---|---|---|---|---|
| 00758 | 4/5/24 | Yes | Yes | | No |
| 01113 | | | | | |
| 00576 | | | | | |
| 00916 | 4/5/24 | Yes | Yes | | Yes |
| 00037 | | | | | |
| 00112 | | | | | |
| 01194 | 4/7/24 | Yes | Yes | Yes | Yes |
| 01386 | 4/21/24 | Yes | Yes | | Yes |
| 00381 | 4/6/24 | Yes | Yes | | Yes |
| 00345 | 3/3/24 | Yes | Yes | | Yes |
| 00882 | | | | | |

Medical Records

| Booking ID | Date of Service | Does the patient's medical records contain all mental health diagnoses? | Does the patient's medical record contain an individual mental health treatment plan? |
|---|---|---|---|
| 00001 | 4/3/24 | Yes | Yes |
| 00144 | 3/29/24 | No | Yes |
| 00183 | | | |
| 00202 | 3/30/24 | Yes | Yes |
| 00234 | | | |
| 00265 | 7/8/24 | Yes | Yes |
| 00366 | 4/20/24 | No | Yes |
| 00373 | 4/5/24 | Yes | Yes |
| 00385 | 3/27/24 | Yes | Yes |
| 00391 | 4/3/24 | Yes | Yes |
| 00462 | 4/3/24 | Yes | Yes |
| 00477 | 3/26/24 | Yes | Yes |
| 00483 | 4/3/24 | Yes | Yes |
| 00504 | 3/27/24 | Yes | Yes |
| 00546 | 4/17/24 | Yes | Yes |
| 00576 | 4/3/24 | Yes | Yes |
| 00631 | 4/4/24 | Yes | Yes |
| 00665 | 4/1/24 | Yes | Yes |
| 00679 | 4/6/24 | No | Yes |
| 00749 | 4/3/24 | No | Yes |
| 00766 | 3/29/24 | Yes | Yes |
| 00882 | | | |
| 00965 | 4/2/24 | Yes | Yes |
| 01000 | 3/29/24 | No | Yes |
| 01057 | 3/27/24 | Yes | Yes |
| 01194 | 4/1/24 | Yes | Yes |

Medical Records

| | | | |
|---|---|---|---|
| 01225 | 4/2/24 | Yes | Yes |
| 01226 | 4/20/24 | Yes | Yes |
| 01239 | 4/5/24 | Yes | Yes |
| 01330 | 3/25/24 | Yes | Yes |
| 01376 | 4/2/24 | Yes | Yes |

Provider Visit to Holding & Iso

| Booking ID | Date of Service | Was the patient visited by an MD or RN every Monday, Wednesday and Friday in isolation? | |
|---|---|---|---|
| 01401 | 6/3/24 | Yes | |
| 00897 | 6/14/24 | Yes | released 6/15 |
| 00728 | 4/29/24 | Yes | |
| 01302 | 6/19/24 | Yes | |
| 01194 | 4/14/24 | Yes | |
| 00764 | 4/15/24 | Yes | |
| 00782 | 3/31/24 | Yes | |
| 00291 | 4/11/24 | Yes | |
| 00402 | 3/30/24 | Yes | |
| 00486 | 3/30/24 | Yes | |
| 01401 | 8/1/24 | Yes | |
| 00407 | 8/2/24 | Yes | |
| 00462 | 5/9/24 | Yes | |
| 00670 | 4/26/24 | Yes | |
| 00723 | 5/18/24 | Yes | |
| 00465 | 5/20/24 | Yes | |
| 01141 | 3/19/24 | Yes | |
| 00670 | 4/15/24 | Yes | |
| 00723 | 5/3/24 | Yes | |
| 00696 | 3/7/24 | Yes | |
| 01232 | 3/31/24 | Yes | |
| 00782 | 3/31/24 | Yes | |
| 01103 | 8/4/24 | Yes | |
| 00809 | 4/15/24 | Yes | |
| 00003 | 4/24/24 | Yes | |

Provider Visit to Holding & Iso

| | | |
|---|---|---|
| 01098 | 7/9/24 | Yes |
| 00003 | 5/4/24 | Yes |
| 00029 | 4/9/24 | Yes |
| 00364 | 5/29/24 | Yes |
| 01376 | 5/16/24 | Yes |
| 00402 | 9/10/24 | Yes |
| 01219 | | |
| 00465 | | |
| 01194 | | |
| 00249 | | |
| 00464 | | |
| 00554 | | |