Den. Intake Screening

| Booking ID | Date of Service | Was the patient screened for dental needs during intake? | If the patient needed dental care, was he or she referred for a follow up? | If the patient was in need of urgent care, was he or she referred to the next scheduled dental clinic day? | If referred, was the patient seen by a dentist on the next scheduled dental clinic day? | Comment |
|---|---|---|---|---|---|---|
| 00037 | | | | | | Record not found |
| 00072 | | | | | | Record not found |
| 00202 | | | | | | Record not found |
| 00263 | 3/27/2024 | YES | NA | NA | NA | |
| 00310 | 3/27/2024 | YES | NA | NA | NA | |
| 00364 | | | | | | Record not found |
| 00381 | 4/2/2024 | YES | NA | NA | NA | |
| 00402 | 3/26/2024 | NA | NA | NA | NA | Patient refused screening |
| 00422 | 3/28/2024 | YES | NA | NA | NA | |
| 00611 | 4/4/2024 | YES | NA | NA | NA | |
| 00676 | 3/28/2024 | YES | NA | NA | NA | |
| 00750 | 3/29/2024 | YES | NA | NA | NA | |
| 00782 | 3/30/2024 | YES | NA | NA | NA | |
| 00804 | 3/27/2024 | YES | NA | NA | NA | |
| 00858 | 4/4/2024 | YES | NA | NA | NA | |
| 00894 | 3/29/2024 | YES | NA | NA | NA | |
| 00900 | | | | | | Record not found |
| 00906 | 3/30/2024 | YES | NA | NA | NA | |
| 00914 | 4/2/2024 | YES | NA | NA | NA | |
| 00914 | | | | | | Duplicate record |
| 00924 | 3/30/2024 | YES | NA | NA | NA | |
| 00933 | 3/26/2024 | YES | NA | NA | NA | |
| 01014 | 3/29/2024 | YES | NA | NA | NA | |
| 01033 | 4/1/2024 | YES | NA | NA | NA | |
| 01054 | 3/25/2024 | YES | NA | NA | NA | |
| 01092 | 4/2/2024 | YES | YES | NA | NA | Noted dental referral |
| 01139 | | | | | | Record not found |
| 01157 | 3/25/2024 | YES | NA | NA | NA | |
| 01191 | 3/31/2024 | YES | NA | NA | NA | |

Den. Intake Screening

| Booking ID | Date of Service | Was the patient screened for dental needs during intake? | If the patient needed dental care, was he or she referred for a follow up? | If the patient was in need of urgent care, was he or she referred to the next scheduled dental clinic day? | If referred, was the patient seen by a dentist on the next scheduled dental clinic day? | Comment |
|---|---|---|---|---|---|---|
| 01195 | 3/26/2024 | YES | NA | NA | NA | |
| 01213 | 4/2/2024 | YES | NA | NA | NA | |
| 01251 | | | | | | Record not found |
| 01274 | | | | | | Record not found |
| 01310 | 3/28/2024 | NA | NA | NA | NA | Patient refused screening |
| 01322 | | | | | | Record not found |
| 01322 | | | | | | Duplicate record not found |
| 01324 | 3/26/2024 | YES | NA | NA | NA | |
| 01345 | 4/3/2024 | YES | NA | NA | NA | |
| 01354 | 3/28/2024 | YES | NA | NA | NA | |
| 01400 | 4/4/2024 | YES | NA | NA | NA | |

Initial Health Inventory

| Booking ID | Date of Service | Did the patient receive a health inventory that included a dental needs within 14 days? | During the health inventory, did the nurse document looking in the patient's mouth? | Comment |
|---|---|---|---|---|
| 01330 | 4/2/2024 | YES | YES | This record is identified as Dental. All others are identifed as Medical |
| 00389 | | NA | NA | Intake occurred on 1/9/24 |
| 01104 | | NA | NA | Intake occurred on 3/8/24 |
| 00820 | | NA | NA | Intake occurred on 3/8/24 |
| 00928 | | NA | NA | Intake occurred on 11/17/23 |
| 00437 | | NA | NA | Intake occurred on 1/11/24 |
| 00151 | | NA | NA | Intake occurred on 2/19/24 |
| 00439 | | NO | NA | Intake occurred on 3/15/24; however no dental inventory was completed within 14 days |
| 00260 | | NA | NA | Intake occurred on 10/13/23 |
| 01069 | | NA | NA | Intake occurred on 11/1/23 |
| 00224 | | NA | NA | Intake occurred on 4/25/23 |
| 00992 | | NO | NA | Intake occurred on 3/16/24; however no dental inventory was completed within 14 days |
| 01246 | | NA | NA | Intake occurred on 11/7/23 |
| 00049 | | NA | NA | Intake occurred on 2/25/24 |
| 00977 | | NA | NA | Intake occurred on 12/8/23 |
| 00501 | | NA | NA | Intake occurred on 2/23/24 |
| 00921 | | NA | NA | Intake occurred on 9/27/23 |
| 00726 | | NA | NA | Intake occurred on 1/23/23 |
| 00010 | | NA | NA | Intake occurred on 2/25/24 |
| 01029 | | NA | NA | Intake occurred on 2/2/24 |
| 01277 | | NA | NA | Intake occurred on 9/10/23 |
| 01389 | | NA | NA | Intake occurred on 2/1/24 |
| 00040 | | NA | NA | Intake occurred on 6/29/23 |
| 00015 | | NA | NA | Intake occurred on 1/22/24 |
| 00435 | | NA | NA | Intake occurred on 2/18/24 |
| 00778 | | NA | NA | Intake occurred on 9/19/23 |
| 00700 | | NA | NA | Intake occurred on 2/29/24 |
| 00658 | | NA | NA | Intake occurred on 2/20/24 |
| 00254 | | NO | NA | Intake occurred on 3/20/24; however no dental inventory was completed within 14 days |
| 00566 | | NA | NA | Intake occurred on 3/1/24 |

Initial Health Inventory

| Booking ID | Date of Service | Did the patient receive a health inventory that included a dental needs within 14 days? | During the health inventory, did the nurse document looking in the patient's mouth? | Comment |
|---|---|---|---|---|
| 00957 | | NA | NA | Intake occurred on 2/26/24 |
| 00653 | | NA | NA | Intake occurred on 11/13/23 |
| 01208 | | NA | NA | Intake occurred on 1/4/24 |
| 01058 | | NO | NA | Intake occurred on 3/11/24; however no dental inventory was completed within 14 days |
| 00704 | | NA | NA | Intake occurred on 2/13/24 |
| 00340 | | | | Record not found |
| 00732 | | | | Record not found |
| 00161 | | NA | NA | Intake occurred on 3/8/24 |
| 00050 | | NA | NA | Intake occurred on 11/11/23 |
| 01037 | | NA | NA | Intake occurred on 1/26/24 |
| 01167 | | NA | NA | Intake occurred on 9/7/23 |
| 01167 | | | | Duplicate record |
| 00317 | | NA | NA | Intake occurred on 12/25/23 |

Treat. for Urg. & Emerg. Cond.

| Booking ID | Date of Service | For an urgent condition, was the patient referred for an appointment at the next dental clinic day? | For an urgent condition, was the patient seen by the dentist at the next dental clinic day? | For emergent conditions, was the patient referred for an appointment the next calendar day? | For emergent conditions, was the patient seen by the dentist on the next calendar day? | Comment |
|---|---|---|---|---|---|---|
| 01221 | 3/26/2024 | YES | YES | NA | NA | |
| 01319 | 4/3/2024 | NA | NA | NA | NA | Routine referral from intake |
| 01032 | 4/2/2024 | YES | YES | NA | NA | |
| 00136 | 3/25/2024 | YES | YES | NA | NA | |
| 00065 | 4/2/2024 | YES | NO | NA | NA | One day late |
| 00070 | 3/27/2024 | NA | NA | NA | NA | No Chief Complaint noted. Post-op visit |
| 00309 | 3/27/2024 | YES | YES | NA | NA | |
| 01010 | 3/25/2024 | YES | NO | NA | NA | Intake referral was on 3/21. Patient was seen 3/25 |
| 00691 | 4/4/2024 | YES | YES | NA | NA | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

Dental Sick Call

| Booking ID | Date of Service | Did the nurse timely triage the patient's dental complaint? | Within one day of the patient's request, was the patient treated for obvious infection and/or pain? | Did the patient receive proper interim treatment until the patient could be seen by the dentist? | Comment |
|---|---|---|---|---|---|
| 01164 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00977 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00745 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00977 | | | | | Duplicate record |
| 00302 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00421 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00654 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01250 | 4/8/2024 | YES | NA | NA | |
| 01005 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01081 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01355 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00750 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00252 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00967 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00192 | 3/28/2024 | YES | NA | NA | |
| 01241 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01391 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00161 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00244 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00188 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01198 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00545 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00602 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00378 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00564 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00307 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01216 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01263 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00698 | 3/29/2024 | YES | NA | NA | |
| 01163 | 3/26/2024 | YES | NA | NA | |
| 01290 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00286 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |

Dental Sick Call

| Booking ID | Date of Service | Did the nurse timely triage the patient's dental complaint? | Within one day of the patient's request, was the patient treated for obvious infection and/or pain? | Did the patient receive proper interim treatment until the patient could be seen by the dentist? | Comment |
|---|---|---|---|---|---|
| 01021 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00983 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00054 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 01067 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00182 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00182 | | | | | Duplicate record |
| 00506 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00662 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00898 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00803 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |
| 00147 | | NA | NA | NA | No record of dental sick call between 3/25 - 4/8 |

Chronic Care

| Booking ID | Date of Service | Does the patient have one or more of the following conditions: HIV, Seizures, Diabetes, Pregnancy, or on four or more psychiatric medications? | Was the patient with a chronic care condition referred to dental for a comprehensive dental exam? | Was the patient timely seen for a comprehensive dental exam? | Did the dental team chart a full comprehensive dental examination? |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |

Chronic Care

| Booking ID | Date of Service | Does the patient have one or more of the following conditions: HIV, Seizures, Diabetes, Pregnancy, or on four or more psychiatric medications? | Was the patient with a chronic care condition referred to dental for a comprehensive dental exam? | Was the patient timely seen for a comprehensive dental exam? | Did the dental team chart a full comprehensive dental examination? |
|---|---|---|---|---|---|
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |

Comprehensive Care

| Booking ID | Date of Service | If the patient is a long term patient, does he or she receive periodic dental care? | If the patient was incarcerated for 12+ months, did the patient receive a comprehensive dental exam? | If requested, did the patient receive a comprehensive dental exam? | Comment |
|---|---|---|---|---|---|
| 00026 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00033 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00060 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00063 | 3/29/2024 | YES | NA | NA | No record of comprehensive care or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00069 | 3/28/2024 | YES | NA | NA | No record of comprehensive care or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00136 | 3/28/2024 | YES | NA | NA | No record of comprehensive care or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00176 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00210 | 4/3/2024 | YES | NA | NA | No record of comprehensive care or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00269 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00352 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00428 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00447 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00493 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00559 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00633 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00655 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00661 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00668 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00734 | 4/5/2024 | NA | YES | YES | |
| 00801 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |

Comprehensive Care

| Booking ID | Date of Service | If the patient is a long term patient, does he or she receive periodic dental care? | If the patient was incarcerated for 12+ months, did the patient receive a comprehensive dental exam? | If requested, did the patient receive a comprehensive dental exam? | Comment |
|---|---|---|---|---|---|
| 00821 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00824 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00836 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00841 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00918 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00940 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00960 | 3/28/2024 | YES | NA | NA | No record of comprehensive care or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00979 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00984 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 00994 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01004 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01008 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01040 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01098 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01101 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01102 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01117 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01129 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01257 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |
| 01296 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |

Comprehensive Care

| Booking ID | Date of Service | If the patient is a long term patient, does he or she receive periodic dental care? | If the patient was incarcerated for 12+ months, did the patient receive a comprehensive dental exam? | If requested, did the patient receive a comprehensive dental exam? | Comment |
|---|---|---|---|---|---|
| 01331 | | NA | NA | NA | No record of comprehensive care, periodic dental care, or comprehensive dental exam between 3/25 - 4/8. Outside the time period of review. |

Restorative and Palliative Care

| Booking ID | Date of Service | If the patient was eligible for permanent restorations, did the patient receive permanent restorations? | Did the patient receive a dental material fact sheet before the restorative procedure? | If the patient was in need of palliative care, did the dentist provide a temporary solution? | Comment |
|---|---|---|---|---|---|
| 01279 | 3/25/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00273 | 3/26/2024 | NA | NA | NA | |
| 00184 | 3/25/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00989 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 01207 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00913 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00354 | 3/26/2024 | NA | NA | YES | Prescriptions for Antobiotic and Analgesic |
| 01093 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00943 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00385 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00385 | 4/2/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00511 | 3/27/2024 | NA | YES | YES | |
| 00743 | 3/29/2024 | NA | NA | NA | A deep cleaning was provided |
| 01309 | 3/27/2024 | NA | NA | NA | Fluoirde varnish applied to tooth/teeth |
| 01116 | 3/27/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 01309 | | | | | Duplicate record same date of service |
| 00309 | 3/27/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00685 | 4/2/2024 | YES | NO | NA | |
| 00570 | 4/1/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00961 | 3/28/2024 | NA | NA | NA | Visit to discuss status of nightguard |
| 01192 | 3/27/2024 | NA | NA | NA | Smoothed sharp edge of a tooth |
| 00570 | 4/2/2024 | NA | YES | NA | |
| 00094 | 4/1/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 01032 | 4/2/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00385 | 3/26/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00385 | 4/2/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00463 | 4/2/2024 | NA | NA | NO | |
| 00693 | 4/3/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00327 | 4/3/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |
| 00946 | 4/3/2024 | NA | NA | NA | Extraction of tooth/teeth which is not a temporary solution |

Extractions

| Booking ID | Date of Service | Did the patient receive necessary oral surgery services? | When needed, was the patient's unsalvagable tooth/teeth extracted? | Comment |
|---|---|---|---|---|
| 00069 | 3/26/2024 | YES | YES | |
| 01224 | | NA | NA | Services were outside the time period of 3/25- 4/8. Patient was referred to otuside provider (Oral Surgeon) with a beginning referral date of 5/9/24. Treatment was provided on 7/12/24. The timeframe appears appropriate given the clinical description of the condition. |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |

Extractions

| Booking ID | Date of Service | Did the patient receive necessary oral surgery services? | When needed, was the patient's unsalvagable tooth/teeth extracted? | Comment |
|---|---|---|---|---|
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

Specialty Care Referrals

| Booking ID | Date of Service | Was the patient referred to an oral surgeon? | Was the referral timely? | Comment |
| --- | --- | --- | --- | --- |
| 00069 | 3/26/2024 | YES | YES | |
| 01224 | | NA | NA | Services were outside the time period of 3/25- 4/8. The patient was referred to otuside provider (Oral Surgeon) with a beginning referral date of 5/9/24. Treatment was provided on 7/12/24. The timeframe appears appropriate given the clinical description of the condition. Additonally, the patient was referred to an endodontist based on a refusal for an extraction (4/16/24). The endodontist examined the patient on 6/28/24. Given the clinical condition of the tooth in question, the timeframe seems appropriate. |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |

Specialty Care Referrals

| Booking ID | Date of Service | Was the patient referred to an oral surgeon? | Was the referral timely? | Comment |
|---|---|---|---|---|
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

Endodontics

| Booking ID | Date of Service | Did the patient receive palliative endodontic therapy limited to upper and lower anterior teeth? | If the patient has been incarcerated for 12 months or longer, did he or she receive root canal therapy? | Was the treatment performed in accordance with established criteria and within the specific guidelines? | Column1 |
|---|---|---|---|---|---|
| 01186 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00018 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00026 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00033 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00056 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00060 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00063 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00069 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00176 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00238 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00269 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00350 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00352 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00353 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00428 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00493 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00547 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00559 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00633 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00651 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00661 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00734 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00805 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00821 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00836 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00867 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00918 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00940 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00960 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00979 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00984 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 00994 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01004 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01098 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01101 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01102 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01117 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01129 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01245 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |
| 01257 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |

Endodontics

| Booking ID | Date of Service | Did the patient receive palliative endodontic therapy limited to upper and lower anterior teeth? | If the patient has been incarcerated for 12 months or longer, did he or she receive root canal therapy? | Was the treatment performed in accordance with established criteria and within the specific guidelines? | Column1 |
|---|---|---|---|---|---|
| 01331 | | NA | NA | NA | There is no record of any type of endodontic treatment between 3/25/ - 4/8 |

Periodontics

| Booking ID | Date of Service | Did the patient request a periodontal disease screen? | Was the patient screened for periodontal disease? | Was the patient appropriately classified based on his or her periodontal disease? | Was the patient appropriately treated based on his or her periodontal disease classification? | Comment |
|---|---|---|---|---|---|---|
| 01181 | 3/28/2024 | YES | YES | YES | YES | |
| 01344 | 3/28/2024 | YES | YES | YES | YES | |
| 00621 | 3/28/2024 | YES | YES | YES | YES | |
| 00899 | 3/28/2024 | YES | YES | NO | NO | Inconsistent documentation |
| 00143 | 4/2/2024 | YES | YES | YES | YES | |
| 00064 | 3/29/2024 | YES | YES | YES | YES | |
| 00064 | 3/28/2024 | YES | YES | YES | YES | |
| 01093 | 3/28/2024 | YES | YES | YES | YES | |
| 01192 | 3/29/2024 | YES | YES | YES | YES | |
| 00743 | 3/27/2024 | YES | YES | YES | YES | |
| 01181 | 3/28/2024 | YES | YES | YES | YES | |
| 01181 | | | | | | Duplicate record |
| 00938 | 4/2/2024 | YES | YES | YES | YES | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

Informed Consent

| Booking ID | Date of Service | Did the provider receive informed consent from the patient prior to the dental procedure/x-ray? | Comment |
|---|---|---|---|
| 01092 | 4/2/2024 | NA | Patient refused care |
| 01195 | | NA | No appointment found between 3/25 - 4/8 |
| 01324 | | NA | No appointment found between 3/25 - 4/8 |
| 00335 | | NA | No appointment found between 3/25 - 4/8 |
| 00748 | | | No record found |
| 00640 | | NA | No appointment found between 3/25 - 4/8 |
| 01153 | | NA | No appointment found between 3/25 - 4/8 |
| 01325 | | NA | No appointment found between 3/25 - 4/8 |
| 01082 | | NA | No appointment found between 3/25 - 4/8 |
| 01038 | | NA | No appointment found between 3/25 - 4/8 |
| 00020 | | NA | No appointment found between 3/25 - 4/8 |
| 00474 | | | No record found |
| 00691 | 4/4/2024 | YES | |
| 01180 | | NA | No appointment found between 3/25 - 4/8 |
| 00815 | | NA | No appointment found between 3/25 - 4/8 |
| 00422 | | NA | No appointment found between 3/25 - 4/8 |
| 01390 | | NA | No appointment found between 3/25 - 4/8 |
| 01354 | | NA | No appointment found between 3/25 - 4/8 |
| 00893 | | | No record found |
| 00414 | | NA | No appointment found between 3/25 - 4/8 |
| 00482 | | NA | No appointment found between 3/25 - 4/8 |
| 00401 | | NA | No appointment found between 3/25 - 4/8 |
| 00381 | | NA | No appointment found between 3/25 - 4/8 |
| 00268 | | NA | No appointment found between 3/25 - 4/8 |
| 01242 | | NA | No appointment found between 3/25 - 4/8 |
| 01024 | | NA | No appointment found between 3/25 - 4/8 |
| 00840 | | NA | No appointment found between 3/25 - 4/8 |
| 00492 | | | No record found |

Informed Consent

| 00217 | NA | No appointment found between 3/25 - 4/8 |
|-------|-----|------------------------------------------|
| 00829 | NA | No appointment found between 3/25 - 4/8 |
| 01370 |    | No record found |
| 00892 |    | No record found |
| 00567 | NA | No appointment found between 3/25 - 4/8 |
| 00997 | NA | No appointment found between 3/25 - 4/8 |
| 01018 |    | No record found |
| 01310 | NA | No appointment found between 3/25 - 4/8 |
| 00080 | NA | No appointment found between 3/25 - 4/8 |
| 00476 | NA | No appointment found between 3/25 - 4/8 |
| 00911 | NA | No appointment found between 3/25 - 4/8 |
| 00450 | NA | No appointment found between 3/25 - 4/8 |
| 00773 | NA | No appointment found between 3/25 - 4/8 |
| 01053 | NA | No appointment found between 3/25 - 4/8 |
| 01308 | NA | No appointment found between 3/25 - 4/8 |

Electronic Medical Records

| Booking ID | Date of Service | Does the patient's medical record contain all results? | Does the patient's medical record contain all orders? | Does the patient's medical records contain all off-site records? | Was the patient seen based off the appropriate dental priority system rating | Comment |
|---|---|---|---|---|---|---|
| 00385 | 3/24/24 | YES | YES | NA | YES | |
| 00354 | 3/26/2024 | YES | YES | NA | YES | |
| 00385 | 4/2/2024 | YES | YES | NA | YES | |
| 00351 | 4/4/2024 | YES | YES | NA | YES | |
| 01296 | 3/26/2024 | YES | YES | YES | YES | Exam request |
| 00737 | | | | | | No record found |
| 01116 | 3/27/2024 | YES | YES | NA | YES | |
| 01309 | 3/27/2024 | YES | YES | NA | YES | |
| 00141 | 4/8/2024 | YES | YES | NA | YES | No record found |
| 00155 | 3/27/2024 | YES | YES | NA | YES | |
| 01192 | 3/29/2024 | YES | YES | NA | YES | |
| 01192 | | | | | | Duplicate record |
| 00730 | 3/26/2024 | YES | YES | NA | YES | |
| 00764 | 3/28/2024 | YES | YES | NA | YES | |
| 00127 | 4/8/2024 | YES | YES | NA | NA | Refusal |
| 00899 | 3/28/2024 | YES | YES | NA | YES | |
| 01295 | 3/29/2024 | YES | YES | NA | NA | Sick call |
| 00065 | 3/30/2024 | YES | YES | NA | NA | Sick call |
| 00627 | 3/30/2024 | YES | YES | NA | NA | Sick call |
| 01208 | 3/30/2024 | YES | YES | NA | NA | Sick call |
| 00308 | 3/31/2024 | YES | YES | NA | NA | Sick call |
| 00539 | 3/31/2024 | YES | YES | NA | NA | Sick call |
| 00576 | | | | | | No record found |
| 01032 | 4/2/2024 | YES | YES | NA | NA | Sick call |
| 00385 | 3/25/2024 | YES | YES | NA | NA | Sick call |
| 00463 | 4/2/2024 | YES | YES | NA | YES | |
| 00318 | 4/2/2024 | YES | YES | NA | NA | Sick call |
| 00693 | 4/3/2024 | YES | YES | NA | NA | Sick call |
| 00691 | 4/4/2024 | YES | YES | NA | YES | |
| 00881 | 4/4/2024 | YES | YES | NA | NA | Sick call |
| 01171 | 4/5/2024 | YES | YES | NA | YES | |
| 00362 | 4/4/2024 | YES | YES | NA | NA | Refusal |
| 00326 | 4/4/2024 | YES | YES | NA | NA | Sick call |
| 00667 | 4/4/2024 | YES | YES | NA | YES | |
| 00049 | 4/4/2024 | YES | YES | NA | NA | Sick call |
| 01171 | 4/5/2024 | YES | YES | NA | YES | |
| 00946 | 4/5/2024 | YES | YES | NA | YES | |
| 01368 | 4/5/2024 | YES | YES | NA | NA | Refusal |
| 00734 | 4/5/2024 | YES | YES | NA | YES | |
| 00281 | 4/5/2024 | YES | YES | NA | NA | Sick call |

Dental Sick Call - Refused

| Booking ID | Comment |
|---|---|
| 00285 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00302 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00209 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00944 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00253 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00067 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00327 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00647 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00609 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00049 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00672 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01055 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01168 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00046 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00770 | Same booking number, two different patients with two different DOB |
| 01198 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01216 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01067 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00967 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00046 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00156 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00630 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01199 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01389 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00182 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01392 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00400 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |

Dental Sick Call - Refused

| | |
|---|---|
| 00214 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01227 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01333 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00043 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00114 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01067 | Duplicate record |
| 00745 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 01111 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00437 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00887 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00002 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00977 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00099 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00373 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |
| 00373 | Duplicate record |
| 00373 | Duplicate record |
| 00983 | There is no record or documentation of dental sick call refusals between 3/25 - 4/8 |