1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone: (415) 875-4126
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO.  5:13-cv-02354-BLF<br><br>**DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING COMPLIANCE CHART TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT ON THE PUBLIC DOCKET**<br><br>Action Filed: May 23, 2013<br>Trial Date: December 16-17, 2024<br>Judge: Hon. Beth Labson Freeman |

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838, CFMG hereby respectfully submits a compliance chart in support of its Show Cause Response Regarding Imposition of Sanctions (Dkt. 905) to be filed on the public docket pursuant to the Court's September 23, 2024 Order. [Dkt. No. 938].

| Item Number from ECF 838 | Compliance Finding | Evidence |
|---|---|---|
| 1. Clinical Staffing | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶¶ 11, 21; Dec. of |

-1-
DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING COMPLIANCE CHART TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS

| | | Dr. Brian Waxler, ¶ 26; Dec. of Dr. Morton Rosenberg ¶ 29. |
|---|---|---|
| 2. Medical Intake Screening | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 12a-d; Exhibit 56 [Dkt. 940-92, p. 1]. |
| 3. Sick Call | Partial Compliance | Dec. of Dr. Alexander Meagher, ¶ 13a-d, Exhibit 56 [Dkt. 940-92, pp. 2-4]. |
| 4. Chronic Care | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 14a-d; Exhibit 56 [Dkt. 920-92, pp. 5-7]. |
| 5. Health Care Maintenance | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 15a-e; Exhibit 56 [Dkt. 920-92, pp. 8-13]. |
| 6. Continuity of Care | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 16a-d; Exhibit 56 [Dkt. 940-92, pp. 14-15]. |
| 7. Outside Care Referrals | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 17a-d; Exhibit 56 [Dkt. 940-92, pp. 16-17]. |
| 8. Treatment of Intoxicated Patients | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 18a-d; Exhibit 56 [Dkt. 940-92, p. 18-20]. |
| 9. Treatment of Communicable Diseases | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 19a-b; Exhibit 56 [Dkt. 940-92, pp. 21-23]. |
| 10. Pharmaceutical Practices | Substantial Compliance | Dec. of Dr. Alexander Meagher, ¶ 22. |
| 11. Medical Quality Assurance | Partial Compliance | Dec. of Dr. Alexander Meagher, ¶ 20; Exhibits 46 and 47. |
| 12. Initial Mental Health Screening | Partial Compliance | Dec. of Dr. Brian Waxler, ¶ 12a-d; Exhibit 57 [Dkt. 940-93, pp. 1-2]. |
| 13. Nursing Rounds in Segregation | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 13a-c; Exhibit 57 [Dkt. 940-93, pp. 3-4]. |
| 15. Treatment Planning | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 14a-c; Exhibit 57 [Dkt. 940-93, p. 5]. |
| 16. Chronic Care | Partial Compliance | Dec. of Dr. Brian Waxler, ¶ 15-a-c; Exhibit 57 [Dkt. 940-93, pp. 6-7]. |
| 17. Acute Care | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 16a-d; Exhibit 57 [Dkt. 940-93, pp. 8-9]. |
| 18. Outpatient Services | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 17a-c; Exhibit 57 [Dkt. 940-93, pp. 10-11]. |
| 19. Psychiatric Follow-Up Intervals | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 18a-c; Exhibit 57 [Dkt. 940-93, p. 12]. |

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING COMPLIANCE CHART TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

| | | |
|---|---|---|
| 20. Consideration of Mental Health in Discipline | Not Compliant | Dec. of Dr. Brian Waxler, ¶ 19. |
| 21. Segregation Placement Screenings | Not Compliant | Dec. of Dr. Brian Waxler, ¶ 20a-c; Exhibit 57 [Dkt. 940-93, pp. 15-16]. |
| 22. Mental Health Programming in Segregation | Partial Compliance | Dec. of Dr. Brian Waxler, ¶ 21a-d; Exhibit 57 [Dkt. 940-93, pp. 17-18. |
| 23. Involuntary Medication | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 22a-c; Exhibit 57 [Dkt. 940-93, pp. 19-20]. |
| 24. Suicide Risk and Safety Assessment | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 23a-e; Exhibit 57 [Dkt. 940-93, pp. 21-22]. |
| 25. Medical Records | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 24a-c; Exhibit 57 [Dkt. 940-93, pp. 23-24]. |
| 26. Corrective Action Plans | Unable to Evaluate | Dec. of Dr. Brian Waxler, ¶ 27. |
| 27. Provider Visits to Holding and Isolation Cells | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 25a-b; Exhibit 57 [Dkt. 940-93, pp. 25-26]. |
| 28. Mental Health Quality Assurance | Substantial Compliance | Dec. of Dr. Brian Waxler, ¶ 28. |
| 29. Dental Intake Screening | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 15a-b; Exhibit 58 [Dkt. 940-94, pp. 1-2]. |
| 30. Initial Health Inventory | Not Compliant | Dec. of Dr. Morton Rosenberg, ¶ 16a-d; Exhibit 58 [Dkt. 940-94, pp. 3-4]. |
| 31. Dental Training for Intake Staff | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 30 [Dkt. 940-94, p. 5]. |
| 32. Treatment for Urgent and Emergent Conditions | Partial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 17a-e; Exhibit 58 [Dkt. 940-94, p. 5]. |
| 33. Dental Sick Call | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 18a-e; Exhibit 58 [Dkt. 940-94, pp. 6-7]. |
| 34. Chronic Care | Unable to Evaluate | Dec. of Dr. Morton Rosenberg, ¶ 19. |
| 35. Comprehensive Care | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 20a-c; Exhibit 58 [Dkt. 940-94, pp. 10-12]. |
| 36. Restorative and Palliative Care | Partial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 21a-c; Exhibit 58 [Dkt 940-94, p. 13]. |
| 37. Extractions | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 22a-c; Exhibit 58 [Dkt. 940-94, pp.14-15]. |
| 38. Specialty Care Referrals | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 23a-b; Exhibit 58 [Dkt. 940-94, pp. 16-17]. |

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING COMPLIANCE CHART TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS

| | | |
|---|---|---|
| 39. Endodontics | Unable to Evaluate | Dec. of Dr. Morton Rosenberg, ¶ 24a-b; Exhibit 58 [Dkt. 940-94, pp.18-19]. |
| 40. Periodontics | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 25a-e; Exhibit 58 [Dkt. 940-94, p. 20]. |
| 41. Informed Consent | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 26a-c; Exhibit 58 [Dkt. 940-94, pp. 21-22]. |
| 42. Sanitary Treatment Space | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 31. |
| 43. Electronic Medical Records | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 27a-c; Exhibit 58 [Dkt. 940-94, pp 23]. |
| 44. Dental Quality Assurance | Substantial Compliance | Dec. of Dr. Morton Rosenberg, ¶ 28. |

Dated: October 7, 2024                    GORDON REES SCULLY MANSUKHANI, LLP

By:     */s/ Allison J. Becker*
        Lindsey M. Romano
        Allison J. Becker, (pro hac vice)
        Elizabeth B. McGowan (pro hac vice)
        Attorneys for Defendant CFMG.

-4-

DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S NOTICE OF FILING COMPLIANCE CHART TO SHOW CAUSE RESPONSE REGARDING IMPOSITION OF CONTEMPT SANCTIONS