
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**REQUEST FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT;**<br><br>**DECLARATION OF ERNEST GALVAN**<br><br>Judge: Beth Labson Freeman |

**REQUEST FOR ENTRY OF JUDGMENT**

In September 2023, the Court found Defendant Wellpath, Inc. ("Wellpath," formerly California Forensic Medical Group, Inc., or "CFMG") in contempt based on Wellpath's longstanding failure to comply with the Court-ordered requirements of the Settlement Agreement and the Wellpath Implementation Plan. Order Granting Pls' Mot. to Enforce Settlement Agreement and Wellpath Implementation Plan ("Contempt Order"), Dkt. 838 at 26. The Court imposed conditional civil contempt fines for each of the 43 requirements of the Settlement Agreement and Wellpath Implementation Plan with which Wellpath was not in substantial compliance at the time of the Court's Contempt Order, and the Court granted Wellpath six months to purge the contempt. *See id.*

After a series of settlement conferences, the parties stipulated on October 29, 2024, that Wellpath was unable to meet its burden to prove that it purged the contempt found by the Court. *See* Dkt. 944 at 4. The parties further stipulated that Wellpath would pay civil contempt fines for its noncompliance in amounts specified in the stipulation. *Id.* at 3–4. The Court approved the parties' stipulation and entered it as an order that day. Dkt. 945.

On November 1, 2024, the news service Bloomberg reported that Defendant Wellpath is preparing to file for bankruptcy "in the coming days." *See* Reshmi Basu & Jill R. Shah, *Prison Health-Care Firm Wellpath Prepares Bankruptcy Filing*, Bloomberg (Nov. 1, 2024), https://www.bloomberg.com/news/articles/2024-11-01/prison-health-care-firm-wellpath-prepares-bankruptcy-filing?srnd=homepage-americas. Plaintiffs' counsel was not made aware of Wellpath's imminent bankruptcy prior to this news report. Decl. of Ernest Galvan in Support of Plaintiffs' Request for Entry of Judgment, ¶ 2 Exh. A. The filing of Wellpath's bankruptcy petition may impose an automatic stay on any efforts to obtain a monetary judgment against Wellpath for the amount of the civil contempt fines ordered by the Court. *See* 11 U.S.C. § 362(a)(1).

Plaintiffs' counsel attempted to contact counsel for Wellpath following this news report. *See* Decl. of Ernest Galvan, ¶ 3. Counsel responded that they were also unaware of the impending bankruptcy and that they did not expect to have any information before next

1 | week (week of Nov. 4, 2024).

2 |     Plaintiffs believe that the Court's order of October 29 is sufficient to allow for the
3 | civil contempt fines to be recovered.  Nonetheless, out of an abundance of caution and
4 | pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiffs respectfully
5 | request that the Court enter the proposed judgment filed herewith to ensure the opportunity
6 | for recovery of these fines.

8 | DATED: November 1, 2024       Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
    Ernest Galvan

Attorneys for Plaintiffs

[4598835.1]

2

Case No. 5:13-cv-02354-BLF

REQUEST FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT

# DECLARATION OF ERNEST GALVAN

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Request for Entry of Judgment and [proposed] Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of an article titled Reshmi Basu & Jill R. Shah, *Prison Health-Care Firm Wellpath Prepares Bankruptcy Filing*, Bloomberg (Nov. 1, 2024), https://www.bloomberg.com/news/articles/2024-11-01/prison-health-care-firm-wellpath-prepares-bankruptcy-filing?srnd=homepage-americas.

3. On November 1, 2024, my partner, Van Swearingen, contacted counsel for CFMG/Wellpath in this action regarding the reports of an imminent bankruptcy filing. Mr. Swearingen was told that CFMG/Wellpath counsel was also unaware of the impending bankruptcy and that they did not expect to have any information before next week (week of Nov. 4, 2024)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at El Cerrito, California this 1st day of November, 2024.

        */s/ Ernest Galvan*
        Ernest Galvan