archive.today
webpage capture

Saved from https://www.bloomberg.com/news/articles/2024-11-01/prison-health-care-firm  search
no other snapshots from this url
All snapshots from host www.bloomberg.com

1 Nov 2024 18:46:32 UTC

Webpage | Screenshot

share | download .zip | report bug or abuse | Buy me a coffee

The Company & its Products | Bloomberg Terminal Demo Request | Bloomberg Anywhere Login | Customer Support

Subscribe

**Markets**

# Prison Health-Care Firm Wellpath Prepares Bankruptcy Filing

- H.I.G.-backed company in forbearance agreement with lenders
- High labor costs, weak earnings have strained liquidity



A Sheriff's deputy and on-site nurse give medications to an inmate at a detention facility in Santee, California. *Photographer: Sandy Huffaker/AFP/Getty Images*

By **Reshmi Basu** and **Jill R Shah**
November 1, 2024 at 6:14 PM UTC

Save | Translate | 🎧 Listen 2:35

Copy Link

**Wellpath Holdings Inc.**, one of the largest providers of health-care services to prisons and jails across the US, is preparing to file for bankruptcy after struggling with an elevated debt load and high labor costs, according to people with knowledge of the matter.

The company, owned by **H.I.G. Capital**, failed to repay a credit facility that expired on Oct. 1 and **deferred** interest payments on its other debt after entering a forbearance agreement with lenders, according to Moody's Ratings. The credit grader said it views the actions as a default.

A bankruptcy filing, which would keep the company operating while it restructures its debt, could materialize in the coming days, said the people, who asked not to be identified because the discussions are private.

Representatives for Wellpath and H.I.G. did not respond to requests for comment.

Nashville, Tennessee-based Wellpath is among a group of private equity-owned companies in the prison services industry that have struggled under heavy debt loads in recent years. Phone provider Aventiv Technologies, which is backed by Platinum Equity, is looking to sell itself to avoid a potential bankruptcy filing, Bloomberg previously reported.

H.I.G. Capital created Wellpath through the merger of Correct Care Solutions, a company it acquired in 2018, and Correctional Medical Group Cos., a competitor that was already in its portfolio. The buyout firm has made several investments in the prison industry: it currently owns TKC Holdings Inc., which provides commissary services, and is a former owner of Securus Technologies, the phone company now known as Aventiv.

The prison services sector has historically attracted interest from private equity firms because of its fragmented nature, which created opportunities for consolidation, and reliance on government contracts. The industry, however, has faced a number of challenges in recent years, including higher borrowing costs as well as scrutiny from public officials, inmate advocacy groups and investors that apply environmental, social and governance screenings.

Moody's placed Wellpath on default status earlier this week, citing the forbearance agreement and cash flow pressures tied to high labor costs and poor earnings. S&P Global Ratings has also slashed the company's ratings, citing weak financial performance and high debt levels. Wellpath generated revenues of approximately $2.4 billion for the twelve months ended June 30, 2024, according to Moody's.

H.I.G. funded the CCS buyout with $610 million of leveraged debt. Its $500 million first-lien loan due October 2025 is quoted at around 61 cents on the dollar, while a lower-ranking $110 million loan due in 2026 is quoted at around 40 cents, according to data compiled by Bloomberg.

Get Alerts for:

Case 5:13-cv-02354-BLF   Document 946-1   Filed 11/01/24   Page 3 of 5

+ Reshmi Basu      + Jill R Shah

Save

Share feedback

**In this Article**

HIG Capital LLC
Private Company

Wellpath Holdings Inc
Private Company

TKC Holdings Inc
Private Company

Have a confidential tip for our reporters? **Get in Touch**

Before it's here, it's on the **Bloomberg Terminal**

# More From Bloomberg



**Boeing Dismantles DEI Team as Pressure Builds on New CEO**



**Why I'm Voting for Kamala Harris**



**Lilly Cuts Outlook After Obesity Drug Sales Post First Miss**



**What 15 Experts Are Drinking on Election Night, Win or Lose**

# Top Reads



### Oil Was Written Off. Now It's the Most Productive US Industry

by Catarina Saraiva, David Wethe, Mitchell Ferman and Kevin Crowley



### How Gen Z Ended Up in So Much Debt

by Paulina Cachero



### 11,000 Political Groups Spent $14 Billion to Influence the 2024 Election

by Raeedah Wahid, Bill Allison, Cedric Sam and Tanaz Meghjani



### Alexa's New AI Brain Is Stuck in the Lab

by Austin Carr and Matt Day

| | |
|---|---|
| Home | News |
| BTV+ | Markets |
| Market Data | Economics |
| Opinion | Technology |
| Audio | Politics |
| Originals | Green |
| Magazine | Crypto |
| Events | AI |

Terms of Service    Manage Cookies    Trademarks        Careers    Made in NYC    Advertise    Ad Choices    Help

Privacy Policy                                          ©2024 Bloomberg L.P. All Rights Reserved.