MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PLAINTIFFS' [PROPOSED] JUDGMENT IN A CIVIL ACTION**<br><br>Judge: Beth Labson Freeman |

[4598736.1]

Case No. 5:13-cv-02354-BLF

[PROPOSED] JUDGMENT IN A CIVIL ACTION

1    The Court has approved the parties' stipulation and proposed order regarding the
2 civil contempt fines to be imposed for the purge period of September 26, 2023 to March
3 25, 2024.  *See* Dkt. 945.  The Court finds that there is no just reason to delay judgment
4 regarding these fines.

5    Therefore, pursuant to the Court's order and to Rules 54 and 58 of the Federal Rules
6 of Civil Procedure, Judgment is hereby entered against Defendant California Forensic
7 Medical Group, Inc. ("CFMG/Wellpath"), with regard to the civil contempt sanctions to be
8 imposed for the period of September 26, 2023 to March 25, 2024.

9    Defendant CFMG/Wellpath shall pay civil contempt fines in the sum of Two
10 Hundred Fifty Thousand Dollars and No Cents ($250,000.00) for non-compliance with the
11 medical requirements of the Court's September 2023 Order Granting Plaintiffs' Motion to
12 Enforce Settlement Agreement and Wellpath Implementation Plan ("Court's Enforcement
13 Order"), Dkt. 838.  Defendant CFMG/Wellpath shall pay civil contempt fines in the sum
14 of Twenty Five Thousand Dollars and No Cents ($25,000.00) for each determination of
15 non-compliance made by Dr. Vess and Dr. Winthrop in their next final monitoring report
16 as to each of the mental health and dental requirements 12–13 and 15–44 in the Court's
17 Enforcement Order.  Defendant CFMG/Wellpath shall pay civil contempt fines in the sum
18 of Five Thousand Dollars and No Cents ($5,000.00) for each determination of partial
19 compliance made by Dr. Vess and Dr. Winthrop in their next final monitoring report as to
20 each of the mental health and dental requirements 12–13 and 15–44 in the Court's
21 Enforcement Order.

22    This Judgment does not resolve all claims against any party.  The Court shall retain
23 jurisdiction over this matter.

25 DATED: _____, 2024

Beth Labson Freeman
United States District Judge