1  LINDSEY M. ROMANO (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone: (415) 875-4126
6  Facsimile: (415) 986-8054

7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.
8

9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, | ) ) ) | CASE NO. 5:13-cv-02354-BLF |
|---|---|---|
| Plaintiff, | ) ) | **NOTICE OF STAY** |
| vs. | ) ) | |
| COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, California Forensic Medical Group, Inc., a defendant (the "Defendant"), in the above-captioned proceeding, files this Notice of Stay and would respectfully show the Court the following:

1.  On November 11, 2024 (the "Petition Date"), Wellpath Holdings, Inc. and certain of its debtor affiliates (the "Debtor") filed Voluntary Petitions for Non-Individuals Filing Bankruptcy for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas

-1-
NOTICE OF STAY

1  (Houston Division) (the "Bankruptcy Court"). The Debtors' chapter 11 cases are being jointly
2  administered for procedural purposes only under the lead Case No. 24-90533-(ARP).
3    2. On November 14, 2024, the Bankruptcy Court entered an Amended Order (I)
4  Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations, and
5  (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to
6  Professional Corporations, and (III) Granting Related Relief [Docket No. 91] (the "PC Stay
7  Order"), pursuant to which the above-captioned proceeding, among other lawsuits filed as of
8  the Petition Date in which a professional corporation associated with a Debtor (the
9  "Professional Corporation") is named as a defendant or one of the defendants therein, is stayed
10  as to the Plaintiffs' claims against the Professional Corporation. A copy of the PC Stay Order
11  is attached hereto as **Exhibit A**.
12    3. Pursuant to the PC Stay Order and section 362 of the Bankruptcy Code, the
13  commencement of the Debtors' chapter 11 cases operate as an interim stay applicable to all
14  persons (and all those acting for or on their behalf) and all governmental units (and all those
15  acting for or on their behalf), of:
16    a. "[T]he commencement or continuation, including the issuance or employment of
17  process, of a judicial, administrative, or other action or proceeding against any Professional
18  Corporation that (i) was or could have been commenced before the Petition Date, or an act to
19  recover a claim against any Professional Corporation that arose prior to the Petition Date, and
20  (ii) may trigger the Debtors' indemnity obligations to such Professional Corporation under the
21  applicable Professional Corporation Contract or such Professional Corporations'
22  organizational documents;
23    b. [T]he enforcement, against any Professional Corporation or against property of
24  any Professional Corporation, of a judgment (i) obtained before the Petition Date and (ii)
25  which triggered the Debtors' indemnity obligations to such Professional Corporation under the
26  applicable Professional Corporation Contract or such Professional Corporations'
27  organizational documents;
28    c. [A]ny act to obtain possession of, or exercise control over, property of any

*Gordon Rees Scully Mansukhani, LLP*
*315 Pacific Avenue*
*San Francisco, CA 94111*

-2-
NOTICE OF STAY

1 Professional Corporation that may trigger the Debtors' indemnity obligations to such

2 Professional Corporation under the applicable Professional Corporation Contract or such

3 Professional Corporations' organizational documents;

4     d.    [A]ny act to create, perfect, or enforce any lien against property of any

5 Professional Corporation to the extent that (i) such lien secures a claim that arose before the

6 Petition Date and (ii) it triggered the Debtors' indemnity obligations to such Professional

7 Corporation under the applicable Professional Corporation Contract or such Professional

8 Corporations' organizational documents; and;

9     e.    [A]ny act to collect, assess, or recover a claim against any Professional

10 Corporation that (i) arose before the Petition Date and (ii) may trigger the Debtors' indemnity

11 obligations to such Professional Corporation under the applicable Professional Corporation

12 Contract or such Professional Corporations' organizational documents. PC Stay Order ¶ 4.

13     4.    As a result of the extension of the automatic stay to the Defendant, all parties are

14 stayed from any further continuation of these proceedings until such time as the Bankruptcy

15 Court may order otherwise.

16     5.    The automatic stay has not been lifted or otherwise modified; the automatic stay

17 referenced above remains in effect.

18     6.    The Defendant reserves its right to bring an action in the Bankruptcy Court for

19 any violation of the automatic stay.

20     WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Court take

21 notice of the PC Stay Order and the automatic stay, and that further action be stayed and for

22 such other and further relief as to which it may be justly entitled

23 Dated: November 20, 2024    GORDON REES SCULLY MANSUKHANI, LLP

24

25     By:    */s/ Lindsey M. Romano*
    Lindsey M. Romano
    Allison J. Becker (pro hac vice)

26     Elizabeth B. McGowan (pro hac vice)

27     Attorneys for Defendants CFMG, Inc.

28

**CERTIFICATE OF SERVICE**
*Hernandez et al v. County of Monterey et al*
USDC Northern District Case No.: 5:13-cv-02354-BLF

I, Todd S. Yoho, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: November 20, 2024          By: */s/ Todd S. Yoho*