# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, et al., <br>     Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER TERMINATING PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT WITHOUT PREJUDICE** <br><br> [Re: ECF 946] |

In light of the notice of bankruptcy stay (ECF 948) filed by Defendant Wellpath, also known as California Forensic Medical Group, this Court is without authority to rule on Plaintiffs' request for entry of judgment against Wellpath (ECF 946). Accordingly, Plaintiffs' request for entry of judgment is TERMINATED WITHOUT PREJUDICE to renewal if and when the bankruptcy stay is lifted.

**IT IS SO ORDERED.**

Dated: November 22, 2024

_____
BETH LABSON FREEMAN
United States District Judge