MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:          mbien@rbgg.com
                egalvan@rbgg.com
                vswearingen@rbgg.com
                cjackson@rbgg.com
                mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone:     (202) 393-4930
Facsimile:      (202) 393-4931
Email:          ckendrick@aclu.org
                kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:     (415) 621-2493
Facsimile:      (415) 255-8437
Email:          afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING MEDICAL NEUTRAL MONITOR REPORT**<br><br>Judge:  Beth Labson Freeman |

[4627334.1]

Case No. 5:13-cv-02354-BLF

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt No. 838 at 27, the parties hereby respectfully submit the 17th neutral monitor medical report prepared by Dr. Bruce Barnett (received by the parties on January 6, 2025, and covering the time period of April through September 2024) (**Exhibit A**).

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, e.g., Dkt Nos. 802, 819, 867, the following information has been redacted:

1.    Incarcerated persons' names, dates of birth, and booking numbers, (initials are used to identify deceased class members); and

2.    The names of health care staff employed by CFMG/Wellpath, who are directly involved in providing or supervising patient care at the Jail.

Respectfully submitted,

DATED:  January 13, 2025          ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Maya E. Campbell*
          Maya E. Campbell

Attorneys for Plaintiffs


DATED:  January 13, 2025          GORDON REES SCULLY MANSUKHANI

By:  */s/ Allison J. Becker*
          Allison J. Becker

Attorneys for Defendant CALIFORNIA
FORENSIC MEDICAL GROUP, INC.

1

DATED:  January 13, 2025

2

COUNTY COUNSEL, COUNTY OF
MONTEREY

3

By:  */s/ Ellen S. Lyons*

4

Ellen S. Lyons
Deputy County Counsel

5

6

Attorneys for Defendants COUNTY OF
MONTEREY and MONTEREY COUNTY
SHERRIFF'S OFFICE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# MONTEREY COUNTY JAIL

# MEDICAL CARE AUDIT – October 7-8, 2024



Bruce P. Barnett, MD, JD – expert medical monitor

# TABLE OF CONTENTS

INTRODUCTION ………………………………………. ………………………………………………………3

METHODOLOGY …………………………………………………………………………………………………3

BRIEF REPORT OF FINDINGS - SUMMARY TABLES …………… ……………………………………… ……………7

FINDINGS ……………………………………………………………………………………………………16

SUMMARY OF CASE REVIEWS; OTHER NOTABLE CASES………………………………… ………………………………28

DEATHS ……………………………………………………… ……………………………… ………………………………33

ATTORNEYS INQUIRIES            …………………      …………………… …   ……… ………………33

STAFF INTERVIEWS………………………………………………………………………………………………36

PATIENT INTERVIEWS            ………………………………………………………………………………36

RECOMMENDATONS…………………………………………………………………… ……36

DISCUSSION AND CONCLUSIONS ……………………………  ………………………………………………38

LIST OF ATTACHMENTS ……………………………………………………………………………………39

## INTRODUCTION

Based upon my review of medical records and visit on October 7-8,2024 (18th site visit), I find that medical care provided at Monterey County Jail (MCJ) for the period of April through September 2024 was not substantially compliant with the Implementation Plan (IP).

This report includes the following:  a) assessment of MCJ performance regarding implementation plan categories, as cited in the court-approved Implementation Plan,[1] b) analysis of care provided to patients from within the target population of incarcerated persons requiring medical care[2]  c) care provided to a sample of incarcerated persons at MCJ randomly selected by the Defendants for my review [3].d) review of deaths of patients in custody or in immediate proximity to custody at MCJ, e) notable departures from Implementation Plan f) matters brought to my attention by party attorneys, g) adequacy of quality assurance (QA) including supervisors' audits of MCJ healthcare providers (Peer Review) and death reviews, h) interview of MCJ patients on site, i) interviews of MCJ/Wellpath staff,  j) facility inspection and k) recommendations for actions necessary to bring MCJ performance into substantial compliance with IP provisions.

## METHODOLOGY

I determine compliance with the Implementation Plan by reference to CFMG Implementation Plan (2015), Wellpath Policy and Procedure Manual Monterey County California (2020) and Wellpath Professional Nursing Protocols (2023). Wellpath Policies make frequent reference to guidelines from the  National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails (2018), and to California Code of Regulations, Title 15, Minimum Standards for Local Detention Facilities 2019.

The Court order dated September 26, 2023, identified the following Implementation Plan Categories for medical care:  Medical Staffing, Medical Intake, Sick Call (Access to Care), Chronic Care, Health Care Maintenance, Continuity of Care After Release, Outside (specialty and hospital) Care, Treatment of Intoxicated Patients/Withdrawal,

---

[1] See September 26, 2023, Order Granting Plaintiffs' Motion to Enforce Settlement Agreement and Wellpath Implementation Plan, page 9 – 13; see also, Settlement Agreement (August 18, 2015) page 8-10, 13- 15.
[2] See "Physician Case Review" (Ex. A) and "Monitoring Tool" (Ex. B).
[3] See MCJ HC Monitoring Tool Defendant Selected Encounters (Ex. C), displaying my findings regarding care provided at MCJ to patients Defendants selected for my review.

Communicable Disease Control(especially Tuberculosis),  Pharmaceutical Services and Medical Quality Assurance.

The Implementation Plan describes within each of these categories applicable performance components also known as "compliance indicators."[4] Care is "substantially compliant" with the IP when all or nearly all indicators are satisfactorily performed, Serious departures from the IP in even singular indicators may preclude a finding of substantial compliance.

The Settlement Agreement does not direct me to look at any specific number of cases to reach a determination of compliance with the Implementation Plan. However, the Agreement does direct my attention to the incarcerated persons who evidently need care. "Defendants shall develop and implement a Health Care Plan to expand the provision of <u>care for inmates with serious medical and/or mental health need</u>s …"  (emphasis added). Settlement Agreement, Paragraph 31.

Accordingly, I employed "non-statistical sampling" or "targeted review" to ensure that I reported on all the medical care parameters specifically cited in the Implementation Plan. Thus, this audit considers care provided to inmates most likely to need medical care, such as those sent to the hospital, and patients brought to my attention by Plaintiffs' attorneys. This technique complies with recommendations by the  Council of the Inspectors General on Integrity and Efficiency.  See white paper "Good Practice for Quality Assurance Reviewers:  Audit Sampling Planning, Documentation and Reporting,"  June 2021,The United States Department of Health and Human Services.

Exhibit A summarizes my findings regarding the care provided to 30 individual patients while residing in MCJ, from April through September 2024.  These "case reviews" consider not only individual encounters but also the overall health care management for a sample of  inmate/patients with serious medical issues, notable for requiring outside care (medical specialists, hospital visits), including prisoners who complained about having unmet medical needs. In my case reviews and other assessments, I consider whether MCJ patient care meets applicable standards. [5]

---

[4] "Compliance Indicator"  is a term of art used by accrediting agencies to describe performances required to meet a defined standard of care.

[5] See Implementation Plan page 8. (medical services shall  be provided "in accordance with community standards").  Publications I refer to in determining applicable community standards of care include but are not limited to UpToDate, Centers for Disease Control (CDC), United States Preventive Task Force (USPTF), Cochrane Reviews/Cochrane Library, American Family Physician and New England Journal of Medicine

Exhibit B (monitoring tool) details MCJ compliance with compliance indicators for encounters grouped according to IP category.

Exhibit C reports on the same categories as Exhibit B but differs insofar as the patients therein are sampled from cohorts  submitted for my review by Defendants. Plaintiff attorneys note that a list of patients "randomly selected" may not identify persons denied access to needed medical care. I agree.

Table 1 summarizes for each IP category <u>the percentage of clinical encounters in which all pertinent compliance indicators are satisfied.</u>  Encounters are "appropriate" where virtually all quality indicators are met  or "deficient" where one or more significant quality indicator is not met.  See Exhibit B, spreadsheet 1.

Table 2 summarizes for each IP category <u>the percentage of indicators in compliance with the IP.</u>  Table 2 acknowledges the degree of compliance with indicators notwithstanding lapses that may have precluded a finding of "appropriate" in Table 1. See exhibit B, spreadsheet 3.

Table 3 <u>compiles the percentages of appropriate performances</u> for each Implementation Plan Category as documented within case reviews (Exhibit A) and in the monitoring tool (Exhibit B).

As mentioned above, Defendants' list of MCJ residents included individuals who did not necessarily need medical services in some or all categories of care. Thus, the summary of cases listed in Table 4 and Table 5 may not adequately reflect compliance with the IP for the target population at issue – persons with medical needs.  I include these findings, nevertheless, to address Defendants' reasonable concerns that my conclusions consider the adequacy of care for all persons incarcerated in MCJ.

Table 4 provides the same kind of assessment as Table 1, showing my findings regarding care provided to inmates that Defendants submitted for my review.  See Exhibit C, spreadsheet 1.

Table 5 provides the same kind of assessment as Table 2, showing my findings regarding care provided to inmates that Defendants submitted for my review.  See Exhibit C, spreadsheet 3. .

The calculated scores provided are imperfect measures provided mostlyto facilitate comparison with prior audits and track improvements.  I have considered compliance rates below  80% to indicate that MCJ has not achieved substantial compliance with the Implementation Plan.  However, compliance rates over 80% do not necessarily merit a

finding of substantial compliance.  Departures from the IP that place even a few inmates at unnecessary risk of harm may preclude a finding of substantial compliance.

I have reported performances in some categories as partially compliant to acknowledge apparent improvement compared to prior audits.  I continue to describe care as not compliant with the IP when patients were placed at substantial risk of harm, even if the percentage of compliance in services to the bulk of patients has improved. Examples are cited below, including delays in treating rectal bleeding, interruption in HIV medications, and failure to treat syphilis.

MCJ care need not be perfect to substantially comply with the Implementation Plan. But the court requires evidence that robust quality assurance protocols make repeat lapses unlikely.

*"Substantial compliance" shall mean adherence to the requirements of the Settlement Agreement and the Implementation Plans in all material respects, recognizing that 100% compliance is not required. Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have (a) implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and (b) that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance.*

Settlement Agreement, page 2, paragraph 10.

For the reasons explained below, there were no categories of care I considered to be in substantial compliance with the Implementation Plan during the months encompassed by this audit.

//

//

//

//

//

//

//

//

## BRIEF REPORT OF FINDINGS – SUMMARY TABLES

**MCJ performance for April through September 2024 was <u>not "substantially compliant"</u> with the Implementation Plan.**

### TABLE 1 – Percentage of Encounters in Substantial Compliance with IP

| Summary Percentage Compliance for Encounters by Implementation Plan Category | | | |
|---|---|---|---|
| **Implementation Plan Category** | **Number of Encounters** | **Number Appropriate** | **Number Deficient** | **Percentage Compliance** |
|---|---|---|---|---|
| **Intake Screening** | 20 | 7 | 13 | **35.0%** |
| **Access to Care** | 17 | 11 | 6 | **64.7%** |
| **Chronic Care** | 18 | 5 | 13 | **27.8%** |
| **Health Care Maintenance** | 20 | 3 | 17 | **15.0%** |
| **Continuity of Care After Release** | 17 | 8 | 9 | **47.1%** |
| **Outside Medical Care/Referrals** | 16 | 10 | 6 | **62.5%** |
| **Detoxification/Withdrawal** | 10 | 5 | 5 | **50.0%** |
| **Tuberculosis & Other Infections** | 20 | 11 | 9 | **55.0%** |
| **Pharmaceutical Administration** | 10 | 8 | 2 | **80.0%** |
| **Totals** | **148** | **68** | **80** | **45.9%** |

## TABLE 2 – Percentage of Compliance Indicators Meeting IP Requirements

**Summary**
**Percentage of Questions/Quality Measures Compliant with IP Category Requirements**

| Implementation Plan Category | Compliance Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|
| Intake Screening | 300 | 127 | 35 | 138 | 79.5% |
| Access to Care | 87 | 61 | 19 | 7 | 76.3% |
| Chronic Care | 72 | 31 | 26 | 15 | 54.4% |
| Health Care Maintenance | 60 | 21 | 38 | 1 | 35.6% |
| Continuity of Care After Release | 68 | 21 | 17 | 30 | 55.3% |
| Outside Medical Care/Referrals | 64 | 41 | 8 | 15 | 83.7% |
| Detoxification/Withdrawal | 120 | 33 | 24 | 63 | 57.9% |
| Tuberculosis & Other Infections | 100 | 32 | 12 | 56 | 72.7% |
| Pharmaceutical Administration | 30 | 9 | 2 | 19 | 81.8% |
| **Totals** | **901** | **376** | **181** | **344** | **67.8%** |

## TABLE 3 – Combined Encounter Compliance  Ex.  A and B

| TABLE 3 | IP  Category | Compliant/Not Compliant | % Compliant | Comments |
|---|---|---|---|---|
| 1.  Intake Screening | | Not Compliant | 46.3% | see text and worksheets |
| 2.  Access to Care | | Not  Compliant | 73.5% | see text and worksheets |
| 3. Chronic Care | | Not Compliant | 48.0% | see text and worksheets |
| 4. Health Care Maintenance | | Not Compliant | 18.4% | see text and worksheets |
| 5. Continuity of Care | | Not  Compliant | 54.2% | see text and worksheets |
| 6. Outside Care Referrals | | Not Compliant | 69.9% | see text and worksheets |
| 7. Detox/Withdrawal | | Partially  Compliant | 71.4% | see text and worksheets |
| 8. Tuberculosis/Infection Control | | Partially Compliant | 70.7% | see text and worksheets |
| 9. Pharmaceutical Storage, refusals and dispensing upon release | | Not  Compliant | 78.6% | distinguished from dispensing |
| 10.Operational Aspects:  Administration and Medical Staff, Facilities, Quality Assurance | | Not Compliant | NA | facilities and other operational aspects are not compliant |
| 11. RN Medication Dispensing On Site | | Substantially Compliant | 100.0% | see text and worksheets |
| 12. Physician/Provider Case Review | | Not Compliant | NA | I found 11 out of 30 cases described in Ex A to be managed adequately |
| Overal Audit Score | | | 63.1% | |

## TABLE 4 – Compliance of Randomly Selected Patient Encounters by IP Category

| Summary - Percentage of Compliance of Encounters by IP Category | | | |
|---|---|---|---|
| **Medical Quality Indicator** | **Number of Encounters** | **Number of Appropriate** | **Number of Deficient** | **Percentage Compliance** |
| **Intake Screening** | 23 | 11 | 13 | **45.8%** |
| **Access to Care** | 24 | 10 | 14 | **41.7%** |
| **Chronic Care** | 23 | 5 | 19 | **20.8%** |
| **Health Care Maintenance** | 24 | 6 | 18 | **25.0%** |
| **Continuity of Care After Release** | 24 | 17 | 7 | **70.8%** |
| **Outside Medical Care/Referrals** | 24 | 7 | 17 | **29.2%** |
| **Detoxification/Withdrawal** | 24 | 15 | 9 | **62.5%** |
| **Tuberculosis & Other Infections** | 20 | 12 | 8 | **60.0%** |
| **Pharmaceutical Administration** | 10 | 10 | 0 | **100.0%** |
| **Totals** | **196** | **93** | **105** | **47.0%** |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**TABLE 5 – Compliance Indicators Satisfied by IP Category
for Randomly Selected Patient Encounters.**

| Summary -Percentage of Compliance Indicator Satisfied by IP Category | | | | |
|---|---|---|---|---|
| **Medical Quality Indicator** | **Number of Queries Reviewed** | **Number of Yes (Compliant)** | **Number of No (Non-compliant)** | **Number of N/A** | **Percentage Compliance** |
|---|---|---|---|---|---|
| **Intake Screening** | 360 | 151 | 32 | 177 | **82.5%** |
| **Access to Care** | 132 | 73 | 48 | 11 | **60.3%** |
| **Chronic Care** | 96 | 48 | 29 | 19 | **62.3%** |
| **Health Care Maintenance** | 72 | 34 | 38 | 0 | **47.2%** |
| **Continuity of Care After Release** | 96 | 36 | 11 | 49 | **76.6%** |
| **Outside Medical Care/Referrals** | 96 | 48 | 25 | 23 | **65.8%** |
| **Detoxification/Withdrawal** | 288 | 71 | 19 | 198 | **78.9%** |
| **Tuberculosis & Other Infections** | 100 | 32 | 10 | 58 | **76.2%** |
| **Pharmaceutical Administration** | 30 | 11 | 0 | 19 | **100.0%** |
| **Totals** | **1270** | **504** | **212** | **554** | **70.4%** |

MCJ performance is improved at this audit compared to March 2024. However, serious lapses prevent me from finding substantial compliance with the Implementation Plan.

A. Patients were not consistently or timely screened for sexually transmitted diseases, including HIV, HCV, Hepatitis B and syphilis.
B. QuantiFERON testing to verify tuberculosis infection was at times inordinately delayed, and sometimes not done before the inmate/patient was released.
C. Patients did not consistently and/or timely receive medical care for chronic medical conditions.  Chronic care visits were sometimes delayed or incomplete.
D. MCJ did not consistently provide patients with access to care in accordance with the IP guidelines.  Sick call slips are not copied into the medical record. Sick call visits were at times delayed and incomplete.  Nurses did not consistently follow applicable protocols.  Medical care did not consistently comport with community standards.
E. Patients appearing intoxicated or withdrawing were at times housed in GP without documented resolution of symptoms.

F. Specialty care was unduly delayed for serious conditions, including high risk pregnancy, rectal bleeding and syphilis infections.

G. HIV medication was interrupted. Medications for STD were not timely provided.

H. Medical director oversight was not consistently evident in the care provided by RN, PA and NPs to the most complex patients.

I. The EMR did not consistently document that released patients received necessary medications and/or appropriate follow up instructions.

J. The MCJ/Wellpath documentation of its QA/QM process was not in substantial compliance with the IP. Critical care events were not consistently reported to headquarters. Corrective actions were not apparently enacted to reduce risk of recurrent departures from applicable community standards.

## SUMMARY [6]

| Category | Requirements | Monitor Findings |
|---|---|---|
| 1. Medical Staffing | MCJ must maintain "adequate staffing to provide all necessary medical and mental health care[.]" Settlement Agreement at 16. Wellpath's Implementation Plan requires Wellpath to maintain "sufficient staff to ensure compliance" with the other mandates of the Plan. Wellpath Implementation Plan at 116. | **Not Compliant**<br>Staff did not appear sufficient to meet compliance with the IP. Access to care, chronic care, and health care maintenance did not meet IP requirements. Medical record oversight was not sufficient to ensure timely lab tests and specialists' reports.  . |
| 2. Intake |  The intake screening must include, among other things, taking of vital signs and inquiry into medical issues, medications, and substance use. Id. at 13-14, 29; Dkt. 494 at 15 (same); Dkt. 460 at 11-12."Inmates with medical … conditions identified during intake screening … shall be assessed by the Booking RN who will begin initial treatment planning … and schedul[e] referrals for follow up evaluation | **Not Compliant**<br>Intake forms are occasionally inaccurate, on occasion failing to  refer patients for chronic care and not performing  blood sugars where indicated.  I found ill and impaired persons sent to GP before receiving the immediate care/observation called for by the IP.<br>//<br>// |

---

[6] This summary reiterates court designated categories and definitions.

| 3 Access to Care – Sick Call | Inmates must have timely access to necessary treatment by Qualified Medical Professionals for prisoners with medical issues." Health complaints shall be collected, processed, and documented daily, and patients must be scheduled for the next sick call.  Sick call must be conducted Monday through Friday in a private clinical environment. Sick call slips must be "filed in the inmate's medical record." MD or RN must visit individuals housed in holding and isolation cells on Monday, Wednesday, and Friday. | **Not Compliant.**<br>Inmates' requests for sick call were are not scanned into the medical record. I rely upon the paraphrased requests reiterated in Tasks and Summary portions EMR tabs to assess adequacy of attention given to to sick call requests.<br><br>Notwithstanding timely attention provided to many inmates, I found disconcerting examples of delayed attention to serious complaints, such as undiagnosed hyperthyroidism, delayed treatment of hypothyroidism, delayed assessment of ventricular shunt, delayed treatment of congestive heart falujre, delayed treatment of STD, interruption in HIV medications, rectal bleeding, vaginal bleeding, delayed care for high risk pregnancy).<br><br>Telehealth visits frequently did not provide sufficient access to care.  Equipment was not available to emulate the on site visit, including auscultation and direct observation of skin, eyes, ears and throat.<br><br>RN encounters did not consistently adhere to established protocols.  Vital signs and weights were not consistently recorded or acted upon in accordance with policy.<br>// |

| 4 Chronic Care | "Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival, " to be " managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines." Chronic care visits shall  (1) assess the patient's medications, complaints, and compliance with the treatment plan; (2) examine vital signs and weight; (3) assess diagnosis, degree of control, compliance with the treatment plan and clinical status as compared to prior visits; and (4) conduct lab and diagnostic tests as necessary, develop strategies to improve outcomes if the condition has worsened, educate the patient, and refer to an MD or specialist, and/or conduct discharge planning as necessary. | **Not Compliant** Chronic care visits did not consistently satisfy the requirements set forth in the IP. Visits and treatment plans required by the IP were delayed or not performed.  Screening tests and laboratory studies recommended by national practice guidelines were frequently not ordered. Treatment plans were often not developed with necessary input from on-site medical and mental health experts. Problem lists were not updated. |
|---|---|---|
| 5. Health Care Maintenance | All patients must receive both a 14-day health inventory and communicable disease screening, using designated forms to record temperature, pulse, respirations, blood pressure, height and weight. Assessment shall include screening for sexually transmitted diseases, noting all positive findings on a "problem list.  The six-month physical examination, documented on a designated form,   must include: i) review of the health inventory and communicable disease screening; ii) vital signs with height and weight; iii)  a full body system review and assessment and iv)  assessment of the individual's health | **Not Compliant.** Patients generally did not receive a 14-day health inventory evaluation in accordance with the IP. Follow- up physician attention required for positive findings was frequently not provided or delayed. Exams required at 6 months or yearly were occasionally delayed. |

| | | |
|---|---|---|
| 6. Continuity of Care After Release | Inmates released to the community will be provided with written instructions for the continuity of essential care, including, but not limited to, name and contact information of community providers for follow up appointments, prescriptions and/or adequate supply of medication for psychiatric patients. | **Not Compliant.** I found inaccurate transfer reports that failed to alert receiving prisons about important health conditions such as syphilis. Education for patients released to the community was improved.  But on some occasions the EMR failed to document referrals or continuation of medications. |
| 7. Outside Care | Inmates will have access (presumed timely) to outside health care providers; records, results, and orders received from [such]off-site consultations and treatment shall be maintained in the patient's medical record. | **Not Compliant** Crucial specialty services were at times seriously delayed or unavailable. I cite below examples wherein prenatal care was delayed, and gastrointestinal bleeding was not timely treated.   Lab tests were not performed timely (especially screens for sexually transmitted diseases and QuaniFERON) .  Records from outside care were sometimes not scanned into jail medical records.. |
| 8. Treatment of Intoxicated Patients - Detoxification/ Withdrawal | Medical providers shall be timely involved in assessing and treating inmates potentially undergoing withdrawal, and non-provider medical staff shall timely refer to providers those inmate undergoing withdrawals when clinically indicated. | **Partially  Compliant.** Patients were generally enrolled in appropriate monitoring protocols. However, MCJ patients did not consistently undergo the monitoring called for by the Implementation Plan, and required by Wellpath policies. |
| 9. Communicable Disease (Tuberculosis, Infection Control) | MCJ shall provide appropriate infectious disease screening and follow-up, including but not limited to screening for tuberculosis and methicillin resistant staphylococcus aureus (MRSA).The tuberculosis identification, control and treatment | **Partially Compliant.** Some patients at obvious risk for STD and LTBI do not undergo timely screening. |

| | program shall comply with [U.S. Centers for Disease Control and Prevention ("CDC")guidelines]. MCJ shall have a reliable system to track whether all newly booked inmates have received tuberculosis screening and appropriate follow-up testing and treatment. | |
|---|---|---|
| 10. Pharmaceutical Services<br><br>The requirement for dispensing necessary medications upon release is addressed as an element in the "continuity of care" category. | Monterey County Jail pharmaceuticals shall be managed to ensure appropriate containers, and labels.  Inmates on essential medications will receive medication while in court.  Controlled substances will be kept under maximum security storage and counted at each shift change by the nursing going off duty together with the nurse coming on duty. The medication nurse is responsible for and will verify whether each patient takes their prescribed medication, including by recording it on the inmate's medication administration record. | **Partially Compliant**<br><br>Medication storage meets IP, state and Wellpath requirements. Medication nurses appear to be monitoring administration. Noncompliance or suspected diversion has been reported.<br><br>Pharmaceutical care, previously reported as substantially compliant, at this audit was deficient due to a serious failure in delayed delivery of HIV medication, along with other less crucial errors.   This is also a lapse in required protocols for Intake and Access to care categories. |
| 11. Medical Quality Assurance | All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.  There must be corrective action measures to address lapses in the application of the policy. The responsible physician must provide appropriate supervision of the PA, NP, and RNs.  Wellpath must provide access to death reviews of post-Settlement in-custody deaths within thirty days from the date the review is completed. | **Not Compliant**<br>MCJ corrective actions have not achieved substantial compliance with STD and TB testing.  Critical Clinical Events (CCE) were not consistently reported and/or acted upon in accordance with community standards, IP requirements  and Wellpath policy. I did not see corrected versions of the prior death reviews that I considered incomplete.   PA, NP and RN |

| | | care did not appear to be adequately supervised by Wellpath physicians and managers. |
|---|---|---|

## FINDINGS [7]

**Intake Screening** was <u>not compliant</u> with the Implementation Plan.

I noted the following deviations a) abnormal vital signs were not repeated. b) fingerstick blood glucose tests were not obtained despite instructions on the form to do so c) screening for disability was sometimes inaccurate or not done d) patients described as intoxicated or unstable were sent to general population.

1.1 - <u>Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted). IP I</u>.  **Yes.** [8]

1.2 - <u>If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported for medical clearance? IP I  A</u>.  **No.**  Multiple patients described as intoxicated, or otherwise unstable did not have immediate attention and medical clearance:[9]  Case 5, Case 15, Case 16, Case 17, Case 28, ████████, ████████, ████████, ████████, ████████, ████████, ████████.

1.3 - <u>Did booking include accurate vital signs, finger-stick blood sugar (FBS) as indicated,  and electronic medical record (EMR)  inquiry regarding past and current health problems? IP I C, and intake Form</u>. **No.** Required blood sugars were not always measured, and/or abnormal vital signs were sometimes not repeated or reported.  Case 19, ████████, ████████, ██████7, ████████, ████████.

1.4 - <u>If during the initial intake screening process the inmate was identified with an acute or  chronic medical condition deteriorated, did the booking nurse refer the inmate to the primary care provider for immediate care? IP I C 1,2,3; See also Wellpath Policy and Procedure (hereinafter WPP) E-02</u> .  **No**. See details for 1.2 above.

---

[7] Departures cited are not all inclusive.  Please refer to attached Exhibits for more information about detected deviations from IP requirements.

[8] Inmates are scheduled for STD and TB screening upon admission.

[9] "Those obvious and acute conditions which would preclude acceptance into custody prior to 'outside' medical evaluation and clearance [include] arrestees with any sings of serous injury or illness… [and] arrestees displaying signs of acute alcohol or drug withdrawal." CFMG IP page 1.   Patients must be examined by qualified medical staff to discern whether patients who appear "under the influence" have acute illness or are suffering from alcohol/drug withdrawal.



1.5  Was the inmate with a chronic medical condition seen by a primary care provider within seven days of arrival at the facility? IP I C 1,2,3; See also WPP E-02 . **No.** ██████, ██████ ██████ ██████ ██████ ██████ ██████ ██████,

1.6  Did  booking screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?–  IP I D.  **No.** Form appears to have been filled out inaccurately in Case 4 and ██████ not done for ██████ ██████ ██████ ██████ and ██████

1.7  If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? IP I D.  –  **No.** See 1.6.

1.8  If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? IP I E 1. **Yes.**

1.9  Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? IP I E 2. **Yes.**

1.10  If an inmate had an existing medication order upon arrival at the facility, was the medication administered without undo interruption? IP II. **No.** Case 16, ██████ ██████ - thyroid medications not continued.  Case 20, important meds to treat sickle cell anemia not in stock. ██████ – abrupt discontinuation of chronic therapy. See also ██████ ██████ ██████

1.11  Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? IP II **Yes.**

1.12  For inmates prescribed psychotropic medications: Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions?  **Deferred to mental health.**

1.13  For inmates prescribed psychotropic medications:Was an inmate seen by a psychiatrist within seven days of arrival at the facility?  **Deferred to mental health.**

1.14  For inmates prescribed psychotropic medications: If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist? Deferred to Mental health expert.  **NA.  such episodes seen.**

1.15  At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?  **Yes.**

**Access to Care** was <u>not compliant</u> with the Implementation Plan.

Face to face assessments needed pursuant to IP and applicable standards of care were frequently delayed. Assessments were  incomplete or not in accord with applicable protocols. Many assessments and treatments were provided without physical examination, especially when care was provided by telehealth encounter,   Patients needing PCP appointments were sometimes not timely referred. (See,e.g., ██████ – delayed optometry exam).  The care for complex patients was frequently provided by physician extenders without sufficient physician collaboration.

2.1 - <u>Did the licensed health care staff review the sick call slip on the day it was</u> <u>received? IP III D 1.</u> **No.** ██████ ██████ ██████ ██████ ██████

2.2 – <u>Following the review of the sick call slip, did the registered nurse or PCP complete</u> <u>a face-to-face assessment of the inmate within the required time frame? IP D2</u> <u>("emergency requests are seen immediately … and.or transported to NMC")</u> **No.** ██████ ██████ ██████ ██████  ██████ ██████ ██████ ██████

2.3 –  <u>Did the registered nurse or PCP document the face-to-face encounter in</u> <u>Subjective, Objective, Assessment, and Plan (SOAP) format?</u> IP III A (care "shall be provided…in accordance with community standards); See, also WPP HCD 110-E-08 (requires SOAPE documentation of "subjective, objective, assessment, plan and education.) **No.**  Case 18 (informed consent not in progress note). ██████  See, also Case 2, 4, 16, 17, ██████ ██████ ██████

2.4 <u>Did the registered nurse or PCP document a thorough treatment plan including</u> <u>appropriate referral to PCP that is within the practitioner's scope of practice and</u> <u>supported by the sick call Nursing Protocols?</u> IP III F.  **No.** Case 2, 4, 16, 17, ██████ ██████ ██████

2.5  <u>If the registered nurse determined a referral to the primary care provider was</u> <u>necessary, was the inmate seen within the specified time frame? IP III A, B1, D 1,2; F1</u> <u>G 12  (Health services shall be provided in accordance with community standards,</u> <u>pursuant to physician approved protocols consistent with scope of practices. Urgent</u> <u>conditions will be referred to on-site or on-call provider resources.)</u> **No.** ██████ ██████ ██████  Multiple delays for evaluation of impaired vision.

2.6 - <u>Does the registered nurse or provider conduct rounds in administrative</u> <u>segregation, holding, isolation cells and infirmary as needed ?  See IP III E4 (Inmates</u> <u>housed in holding and isolation are visited by MD or RN every Monday, Wednesday and</u> <u>Friday);  MPP HCD 110 F-02 (frequency of physician and nursing rounds for patients</u>

who need infirmary-level care is specified based upon clinical acuity and the categories of care provided.)  **Not reviewed**.  Nurse documentation was previously noted compliant with IP.


**Chronic Care**  was not compliant with the Implementation Plan.

Major medical problems were not consistently documented in the problem list.  The care for complex patients was sometimes provided by nurses and physician extenders without physician collaboration.  Patients at high risk for HCV, HIV and STD were not consistently screened in accord with community standards.  Chronic care services for the population of substance abusing patients is improved in this audit, but not yet in substantial compliance with the IP.

3.1  Was the inmate's chronic care follow-up visit completed as indicated and/or following 14 day health inventory if needed or as ordered? IP III C, G  (chronic medical conditions observed at intake will see medical provider within 5-7 days of arrival or next medical provider line); III G 2, 5  (requires 14 day health inventory & communicable disease screening).  **No.** Case 5, 6, 7, 12, 15, 16,



3.2 For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? **Deferred to Mental health monitor.**

3.3 Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care Clinic form? IP III G 3,4.[10] **No.** Case 1, 2, 3, 4, 12, 13, 14, 17, 21, 25, 26, 30,



3.4 Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? IP III G 4b (Chronic medical/mental conditions and other pertinent problems will be recorded on the Patient Problem List).  **No.**  Case 22,

---

[10] See IP page 18, "chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines."



**Healthcare Maintenance** was  not substantially compliant with the Implementation Plan.

The initial health inventory called for by the Implementation Plan was infrequently performed within 14 days of admission.  STD screening ordered at the intake exam was often not performed for many weeks and on occasion not done at all before the patient was released.  Some full physicals provided with the chronic care visits were not documented in the history and physical form called for by the IP.

4.1 Did the inmate receive the  required 14- day health inventory and/or complete physical examination within six months of the date of incarceration? IP III I. **No.** See detailed descriptions of lapses in Ex, A, B and C.

4.2 -  Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A? IP III I 3. **No.** STD screening was not provided for many patients.  Of particular concern was ████ – positive findings for Syphilis and vaginal trichomonas not addressed;  ████ report of chlamydia and trichomonas infection not addressed;  ████ – late discovery of hypothyroid, syphilis, trichomonas and liver dysfunction due to delayed exam;  ████ – unreasonably late discovery of syphilis due to delayed health inventory.

4.3 - Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? IP III I 4   **No.**

 **Continuity of Care after Release** was  not compliant with the Implementation Plan.

MCJ improved compliance with IP by including in EMR documentation of medications and follow up care for patients released to the community.  However, prison transfer forms were sometimes incomplete or inaccurate.

5.1 For inmates transferring to another detention/corrections system:
Was a Transfer of Medical Information form accurately completed for an inmate transferring to another detention/corrections system? IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information); **No.** ████ and ████ (new cases of Syphilis not communicated to prison), ████ (possible latent TB not reported to prison).

5.2 Was there a documented 30-day supply of medications provided to the patient upon discharge? IP IX F (nursing and medical staff  will notify custody of the need to ensure up  to 30 days supply of essential medication or a prescription upon release.  **Yes.**

5.3 <u>For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information);</u>    **No.** See above,  New Syphilis cases not announced to prison were not communicated to public health.

5.4 <u>For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care?</u>  IP III G J2; G 3b (4) c vi  **Yes.** In a few cases I noted the documentation of instructions was not clear.


## Outside Referrals were <u>not compliant</u> with the Implementation Plan.

Specialty care recommended by the emergency medical consultations was often delayed.  Outside care requested by MCJ staff on an urgent or expedited basis was sometimes not timely provided including undue delays in women's health care (high-risk pregnancy, and breast disease)  Referral forms and written reports from outside providers (including laboratory and radiological tests) were not consistently available in the EMR as required by the IP.  PCP review and follow-up on visits to outside care were not consistently documented in a manner that comports with community standards. Documentation for instruction to ambulances was not found in the EMR.


6.1 - <u>For inmates referred to outside provider for higher level of care:</u>
<u>Did health care staff complete the CFMG's Medical Referral Form? IP III L.</u>



**No.** ████████████████████████████████████████
████████████████████████████████████ Case 8,

6.2 -  <u>If an inmate was referred to an outside provider for a higher level of care, was the inmate seen within the time frame specified by the ordering physician? IP III A (Medically necessary services which are not provided on site shall be made available by referral… in accordance with community standards).  NCCHC Standards for Health Services in Jails 2018 J-D-08 (standard of care services include appropriate and timely access to necessary hospital and specialist care).</u> **No.**  Case 7 (physical therapy ordered, not provided), Case 9 (lab requested not drawn); Case 11 (GI consultation delayed); Case 12 (important OB visit not scheduled/provided); Case 13 (urgently requested breast ultrasound and mammogram not done timely)\ Case 17 (cardiology consultation advised by hospital physicians not addressed or scheduled by jail) ; Case 18 (urology consultation recommended by hospital is delayed);  Case 25 (orthopedic exam delayed after request for expedited care).

6.3 - <u>For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the</u>

ambulance company?  IP III L2.  **Unknown.**  I found no ambulance referral forms in the EMR. [11]

6.4 - Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider with appropriate follow up on these recommendations? IP III A, NCCHC Standards for Health Services in Jails 2018 J-E-09 (standard of care services include visit to jail health staff upon return from hospital or specialty visit to review recommendations) **No.**  Case 19**,** 23, 26

**Detoxification and Withdrawal Care** was partially compliant with the Implementation Plan.

Most patients at risk for withdrawal were evaluated and placed on appropriate protocols in accordance with the IP. The medical director appropriately assessed patients for Medically Assisted Treatment (MAT). But patients displaying signs of withdrawal (uncooperative, ataxia, abnormal vital signs) or described as overtly impaired were sometimes sent to the general population (GP) before medical consultation ensured that such placement was safe.

7.1 - For inmates who were intoxicated at the time of booking into MCJ: Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health care staff? IP V.A. ("[patients] placed in the protective environment of the sobering cell will be under close observation by custody and health services staff."). **No** ███████  ███████  ███████  ███████

7.2 - For inmates who were intoxicated at the time of booking into MCJ: Did the medical staff document an assessment/evaluation of the inmate in the SOAP format? IP I C3 (Assessment shall include vital signs and inquiry into substance abuse including type/methods/amount/etc)  IP V.D. (note must provide following data __ or Subjective, Objective, Assessment and Plan). **Yes.**

7.3 - Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors? IP V. **No.**  CIWA monitoring not performed with frequency required by IP: ███████  ███████  ███████  No notice to PCP of patient abusing opiods and benzodiazepine - ███████

7.4 - Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms?  IP VI. **No.** ███████ and ███████ (no COWS for opiate abuse); ███████ ("can't breathe" not assessed and/or observed in sobering cell).

---

[11] I am informed that ambulance forms are kept by custody.  I have not seen copies of these forms.

7.5 - <u>For inmates withdrawing from Opiates: In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? IP VI C.</u> **Yes.** Exception ████████ and ████████

7.6 - <u>For inmates withdrawing from Opiates: Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? IP VI C 1.</u> **Yes.**

7.7 - <u>For inmates withdrawing from Benzodiazepines/Barbiturates: Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs? IP VI C 2.</u> **Yes.**

7.8 - <u>For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? IP VI C 2. Page 58</u> **Yes**

7.9 - <u>For inmates withdrawing from Benzodiazepines/Barbiturates:Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated</u>? **Yes**

7.10 - <u>If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? IP VI C 2. Page 58.</u> **Yes**

7.11 - <u>If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? IP VI C 2. Page 58</u>. **No.** See ████████

7.12 <u>- If the inmate exhibited signs of severe drug withdrawal, was the patient immediately transported to the emergency room with notification of the on call medical provider as needed? IP I A, IP VI. See also MPP HCD 110-E-02 6.4 (Purpose of receiving screening is to identify patients requiring emergency treatment and wil will require immediate care upon entry to the jail).</u> **Yes**

## Communicable Disease Management (Tuberculosis Control) was <u>partially compliant</u> with the Implementation Plan.

Patients with positive PPDs or unable to be screened for TB infection with PPD (many of whom had received a  BCG vaccine)  were usually referred for QuantiFERON (QF) testing to confirm diagnosis of latent TB.   However, in some cases this QF testing was delayed or not provided prior to release.  Also, STD screening was frequently not performed within 14 days of booking. See examples cited in health maintenance and access to care.

8.1 <u>Did the inmate receive appropriate STD screening not later than 14 days after booking, and tuberculosis screening within seven days of inmate's admission to the facility? ( IP 1; III G 5 (Health inventory and communicable disease screening shall be completed within 14 days of arrival); VIII H, I (screen for active TB upon arrival, test for latent TB within 7 days of arrival).</u> **No.** 

8.2 - <u>For an inmate screening positive for active TB: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation?</u> **NA.** I did not see any such cases identified.

8.3 - <u>Were positive TB skin tests followed by X ray and/or Quantiferon testing within 72 hours and consultation thereafter regarding latent TB treatment options. or an inmate screening positive for active TB:</u> **No.** ▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇

8.4  - <u>Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen?</u> **NA.** I did not see such cases.

8.5  <u>Are inmates screened annually for signs and symptoms of tuberculosis with TB skin tests as indicated? IP VII H (screen for TB symptoms annually with skin testing as indicated annually);  HCD 110 B-03 (after positive skin test, screen for symptoms annually).</u> **No.** ▇▇▇▇▇ (TB testing incorrectly waived for negative test one year prior)

**Pharmaceutical Administration and Dispensing** was <u>not compliant</u> with the Implementation Plan. I combine in this assessment a) medication storage/management. and b) drug dispensing.  Prior audits have noted that medications are dispensed in compliance with the Implementation Plan. I had also noted that nurses appropriately reported to PCP the patients who refused medications and instances of suspected diversion.

Administration remains compliant with the IP regarding narcotic logs, and disposal of expired medications.  However, there were multiple instances in which important medications were not provided to patients (▇▇▇▇ - HIV meds out of stock for 3 days; ▇▇▇▇ – med for sickle cell anemia out of stock provided for 3 days; ▇▇▇▇ – prescribed meds not provided for 4 days after intake; ▇▇▇▇ – parathyroid meds taken before admission not prescribed at intake).    I therefore consider this category of care to not be substantially compliant with the IP.

**Administration, Facilities,  Staffing and Quality Assurance Processes** were <u>not substantially compliant</u> with the Implementation Plan.

**Staffing – Administrative, PCP, RN, medical records, and support** – Based upon the apparent delays from the time of patients' requests for care until patients are provided access to RN and PCP sick call, staffing <u>was not substantially compliant</u> with the IP.

MCJ has addressed some but not all of its staffing challenges by installing a new Director of Nursing and by adding a full time physician. After nearly a year's vacancy, the crucial position of health services administrator was last month filled. Additional staff recently applied to discharge planning did not bring MCJ into substantial compliance for this audit with regards to continuity of care after release. MCJ has not appointed a full-time manager/director/supervisor for medical records.

Sick call seemed to be inefficient. The newly hired health services administrator reported efforts underway to increase the number of patients that can be seen each hour, and each day.

**Clinic Facilities** - Clinic Space and equipment were <u>not substantially compliant</u> with the Implementation Plan. Two out of three exam rooms in the main clinic area were used for storage or clerical purposes instead of direct patient care. Snellen eye charts to confirm visual acuity or visual loss were not readily available.  MCJ telehealth facilities were not technologically advanced.  Clinicians examining patients remotely were unable to listen to the patient's heart/lungs or visualize eyes, ears, throat. Staff assisting the telehealth visit on site did not provide information to the examining clinician about palpation or tenderness. MCJ has recently installed calibrated scales.

**Quality Assurance[12] –** was <u>not compliant</u> with the Implementation Plan.

In accordance with national standards for monitoring critical clinic events (CCE, also known as "Sentinel Events") Wellpath instructs MCJ staff to timely refer for quality assurance review and possible corrective actions the following matters:

1) Any death
2) Serious physical or psychological injuries.  The examples provided of some relatively common injuries (stroke, testicular torsion, priapism, dehydration, insulin pump dysfunction, strangulated hernia, diabetic ketoacidosis, overdose/Narcan, new diagnosis of Hep C, myocardial infarction) are not exhaustive as many other circumstances may arise that injury or pose risk of serious injury.
3) Clinical events requiring admission to the emergency room.  Examples provided are: alcohol/benzo withdrawal, polysubstance withdrawal, altered mental state, sepsis,

---

[12] Also referred to as "Quality Management" or "Quality Improvement."

anaphylaxis, musculoskeletal emergencies (not specified), chest pain/arrhythmia, opiate withdrawal, trauma (self injury, accidents, assault, fall, drowning) and delay in care.
4) Patients treated involuntarily by Wellpath providers
5) New diagnoses of gender dysphoria
6) occurrences placing a patient a risk of serious injury
7) Suicide attempts
8) Hunger strikes over 72 hours
9) Infectious diseases, transmitted sexually or by blood borne pathogens (STD), influenza, chicken pox, monkey pox, shingles, COVID, MRSA, TB (active or latent) and "Other."
10) Medication errors that require on site evaluation and/or ER/hospital admission.
11) Pregnancy complicated by active opiate addiction, fetal demise, prematurity, live births in facility or "other."
12) Any significant variance from clinical norms or events raising concerns.

I noted in this audit the following sentinel events merited further evaluation and corrective actions:

█████ - was sent to the **ED five times** to treat peanut allergy symptoms.  CCE filed after 3rd admission.  No corrective action documented. Patient was sent to ER two more times after the CCE filing.

██████ - **diagnosis of hyperthyroidism was delayed** after admission on 2/28/24 at which time an elevated pulse (118) was not brought to PCP attention, and continued symptoms of hyperthyroidism were not attended to including tachycardia, anxiety, tremors,  headache, eye pain and weight loss.  Treatment was delayed until seen in the ED on 8/26/24.  Required lab testing and care for eye symptoms were further delayed after ED admission.  CCE filed 9/2/24.  No corrective action documented.

█████ - **MRSA wound was weeping**, non healing for more than a month after admission to MCJ. No CCE filed.

█████ - **ED admission for mental illness possibly aggravated by delayed treatment of hypothyroidism.** No CCE filed.

█████ -  **ED admission with severe headache** possibly avoidable if chronic care and assessment of ventricular shunt had not been delayed (no face to face PCP after admission 7/11/24 until after 8/22/24 ED care). CCE filed 8/26/24.  No corrective action documented.

█████ - Diagnosed with ulcerative colitis while incarcerated at MCJ.  He was started on medications for colitis pending colonoscopy and GI consultation, which did not occur. █████ █████ was transferred to prison with a form that says "no medical treatment given," thus **failing to alert prison to his colitis.** CCE filed 8/21/24 regarding onset of rectal bleeding. No corrective action documented regarding inaccurate transfer information.

 - 34 yo, pregnancy complicated by active opiate abuse had **delayed OB care.** CCE filed on 8/21/24. No corrective action documented.

- 40 yo, pregnancy complicated by hypothyroidism not treated in jail; **ED admission 7/1/24 for apparent miscarriage.** CCE filed 7/3/24. No documented corrective action.

- **Admission to ED 7/1/24 for chest pain, possibly related to delayed diagnosis of heart failure.** CCE filed 7/3/24, No documented corrective action.

- **53 yo male reports on 5/17 daily bleeding from rectum, is not evaluated for colitis/proctitis until ED visit 6/2/24.** Follow up care with gastroenterology further delayed. Medication was prescribed by MCJ PCP that could aggravate colitis. CCE filed 6/3/24. No documented corrective action.

- **ED admission for hyperglycemia 3 days after Intake,** possibly avoidable by PCP evaluation at or immediately after intake. No CCE filed.

- HIV meds not in stock on 10/7/24. **Patient not provided with prescribed meds for three consecutive days needed to treat his HIV.** CCE filed 11/27/24. No documented corrective action.

- **Foot fracture diagnosis delayed.** X ray not obtained for 3 days after order. Orthopedic consultation not provided despite "high priority" request. NP did not identify probable fracture at initial exam, and inappropriately prescribed drug (prednisone) that would put patient at risk for worsening diabetes and hypertension. This care represents a **significant variance from expected clinical norms.** No CCE filed.

- 32 year old male, morbidly obese and pre-diabetic admitted 7/1/24 was monitored in CIWA for symptoms of severe alcohol withdrawal. His leg wounds were not inspected at intake, and not reviewed by the PCP as required in the protocol for alcohol withdrawal. **The patient was sent to the ED for treatment of leg cellulitis on 7/4/24.** CCE filed 7/9/24. No documented corrective action.

- 42 yo female admitted to MCJ ON 5/8/24 who underwent STD screening revealing on 6/18/24 that she had **syphilis and trichomonas infections** but was not treated for these conditions until 8/6/24. No CCE filed.

-The patient was not notified, and no treatment was provided for RPR testing on 7/29/24 that showed **syphilis infection.** He was transferred on 9/19/24 without notice to the receiving prison that he has syphilis, and sent to prison with the contrary incorrect information that he had not been tested for syphilis. No CCE filed.

- 42 year old male screening performed approximately 6 weeks after admission that showed acute **syphilis infection.** His transfer form incorrectly states he

has received no medical treatments in jail and that his syphilis tests were negative. No CCE filed.

██████ – 46 year old female was discovered six weeks after admission to have **newly diagnosed syphilis, and severe hypothyroidism**.  No CCE filed.

As described above, for multiple sentinel events, MCJ's CCE filings were delayed or not filed at all.  I was not provided with documents showing that any corrective actions were taken to address the sentinel events listed above.

## SUMMARY OF CASE REVIEWS [13]

I found the care was inadequate[14]  for 19 out of 30 patients described in Exhibit A (case reviews).

Case 1,  **Adequate care**

Case 2  **Inadequate care**. 36 yo male, morbidly obese, had abnormal vital signs (pulse elevated 118) when admitted on 2/18/24.  He was not followed by PCP for this findings. No health care inventory was performed, and no STD screening done.  From early July and through August he complained of severe headaches, chest pain, low back pain, with unexplained substantial weight loss and persistently elevated pulse. The diagnosis of hyperthyroidism was inordinately delayed by failure to act upon elevated pulse, weight loss and vague complaints.  Even after his hyperthyroidism was diagnosed, his examinations were incomplete.  Evidence of hyperthyroid-related eye disease was not promptly referred for specialist for treatment.

Case 3 **Inadequate care**. 34 yo male booked 4/26/24 with history of meth abuse, had an incomplete chronic care visit on 5/20/24.  TB screening was not done.

Case  4.  **Inadequate care**. 27 yo male, with polysubstance abuse was admitted to the jail on 8/25/24 and 9/10/24. Inaccurate documentation in Intake forms and chronic car failed to  report MRSA wound infection, alcoholism, or synthetics abuse. Chronic care and health inventory failed to note long standing vision impairment and functional blindness. No diagnosis or treatment was provided for vision deficit.

Case  5    **Inadequate care.** 29 yo male transferred from Patton State with disabling mental illness (schizophrenia, bipolar disease and hypothyroidism) was sent to the hospital emergency department to manage his mental health crisis  on 8/24/25.  Thyroid replacement was ordered at that time.  Thereafter he had no PCP follow up or lab tests to monitor thyroid condition or adequacy of thyroid replacement med.  Moreover, there

---

[13]  Please see Exhibit A for details.
[14]  I deem medical care that does not comport with community standards, and places a patient at substantial risk of harm to be "inadequate."

was no follow up for the syphilis infection detected in his blood test 3/21/23. The failure to manage hypothyroidism and ensure adequate treatment of syphilis can severely aggravate this patients' mental illness.

Case 6 **Inadequate care.** 38 yo male cleared by ED for high blood pressure before booking 8/25 with admitted abuse of synthetics. No lab tests and no STD screening performed.

Case 7. **Adequate care.**

Case 8. **Inadequate care.** 26 yo female admitted 1/25/24 with polysubstance abuse. No STD screening provided upon admission. On 7/11/24 she requested STD screening and stated history of suspected exposure to venereal disease. The tests were not done until 10/2/24.

Case 9: **Adequate care**

Case 10. **Adequate care.**

Case 11. **Inadequate care.** 25 yo male admitted 12/2/21 was prescribe antibiotics for cystic acne. On or around August 19, 2024 he complained of passing blood in his stool for two weeks. A hospital emergency department evaluation diagnosed ulcerative colitis, relatively mild with no systemic signs, no anemia) treated with moderate dose mesalamine (2400 mg daily) and recommended gastroenterology evaluation. The patient was transferred to prison on September before receiving a gastroenterology consultation. The transfer form incorrectly reported that "no medical treatment given prior to transfer" and did not inform the prison about the patient's colitis.

Case 12. **Inadequate care.** 34 yo female in last trimester of pregnancy with a history of polysubstance abuse was admitted to MCJ on 3/21/24 and again 5/29/2. Her 14-day inventory done on 6/27/24. Visits to OB for management of high risk pregnancy were delayed.

Case 13. **Adequate care.**

Case 14. **Adequate care**.

Case 15. **Inadequate care.** 37 yo male booked 7/10/24 with polysubstance abuse had a pulse rate of 116 that was not rechecked and not reported to the on call PCP. His chronic care and health inventory was delayed. He was treated inappropriate with muscle relaxants contraindicated because of his substance abuse history.

Case 16. **Inadequate care**. 40 yo pregnant obese female with substance abuse, on medications to treat hypothyroidism was admitted 6/10/24 at 5-6 week pregnancy. Her first PCP contact and chronic care visit on 7/1/24 was delayed beyond 5-7 days

required by the Implementation Plan.  She was not prescribed thyroid medication for 16 days after admission.

Case 17  **Inadequate care**. 60 year old male with heart disease was admitted after brief and poorly documented jail clearance.   He had swollen lower extremities and an unsteady gait upon admission.  He was uncooperative. The PA on call was inaccurately told that the patient's gait was intact, with non-pitting edema, in no acute distress and cooperative.  The PA ordered the patient to remain in MCJ (as opposed to ED return) and should be seen next day by the NP on site.  The patient was not seen until 3 days later.  A subsequent ED visit found echocardiogram evidence for heart failure with EF of 37% and recommended cardiology follow up.  This patient's heart failure did not receive timely medical attention.

Case 18. **Inadequate care.** 40 year old male booked 5/21/24 with history of bipolar disease,  obesity, polysubstance abuse and 20 year pack history of smoking cigarettes. Evaluation of his gross hematuria was incomplete.  He was not timely provided with adequate patient education to make an informed decision about immediate workup with cystoscopy.  CT scan of kidneys is standard of care but was not initially offered to the patient.  TB testing has not been done.

Case 19 **Inadequate care**. 53 yo booked 4/25/24 with meth abuse. His initial health inventory was incomplete, and STD testing was delayed.  On 5/17/24 he reported "pooping blood every day."  Nurse evaluation on 6/1/24 did not generate lab or PCP referral. On 6/2/24 the patient sent to the ED where anoscopy showed fissures and hemorrhoids.  He was treated with steroid suppository with recommendation for colonoscopy.  The patient received no PCP attention at jail until a telehealth visit on 6/11/24.  MCJ nurses did not follow protocols. The recommendation from ED for colonoscopy was not followed. Adequate treatment from GI specialist with mesalamine for colitis was not provided until 7/15/24, nearly 2 months after first complaint of rectal bleeding.  MCJ PCP ordered a medication on 8/30/24 (meloxicam)  known to make GI bleeding worse.

Case 20. **Adequate care**.

Case 21.  **Adequate care**..

Case 22 **Inadequate care.** 43 yo male insulin dependent diabetic since early adulthood received an uncertain insulin dose at Intake on 8/30/24 for blood glucose of 381.  Before receiving further medical care at MCJ, he was admitted to the hospital ED on 9/2/24 for hyperglycemia. His further care was complicated by severe mental illness detected after admission.  Chronic care visit on 9/3/24 did not include eye or foot exam.  His problem list was not updated for diabetes. STD screening was not done.  His diabetes was very poorly controlled.  He may need endocrinology consultation.

Case 23 **Inadequate care.** 39 yo male  followed by AIDS clinic, was doing well with weight gain and low or no viral load.  STD testing has not been performed.  Results of lab from outside and outside progress notes were not placed timely in the EMR.  Prior lab tests suggested a past syphilis infection had been treated incompletely or not treated. Medications needed to treat his HIV disease were purportedly out of stock and not provided to the patient for three consecutive days.

Case 24 – **Adequate Care.**

Case 25 – **Inadequate Care.** 42 yo male admitted 7/7/22 with hypertension and diabetes injured his ankle on or around 4/30/24. The NP note on 5/1/24  documented that the patient limped and had foot swelling and bruising. The NP at that time also documented limited range of motion and tenderness anterior left shoulder.  The NP ordered an X ray of the left foot on 5/1/24, and prescribed ibuprofen 600 mg bid for 7 days, and prednisone 40 mg daily for 5 days. There was no basis for the prescription of prednisone, that could complicate treatment for diabetes and hypertension.   No orthopedic consultation was obtained despite the note on 5/8/24 stating that such referral was a "high priority." The Chronic care exam 8/22/24 was incomplete. Weight was not measured.

Case 26 – **Inadequate Care.** 33 yo male admitted to MCJ 5/19/21 was treated by MH for anxiety and PTSD. While residing in MCJ for three years he did not have a full physical and updating of lab, STD screening, or TB screening.  Persistent urinary tract symptoms and multiple vague complaints of chest discomfort, palpitations, breathing difficulties strongly suggested MH issues that should be followed in chronic care with treatment plan.  Access to care for his complaint of groin rash was not provided timely or followed in chronic care visits.

Case 27 – **Adequate Care**

Case 28 – **Inadequate Care.**  32 yo male admitted 6/29/24 had diagnoses of morbid obesity (BMI > 40) and had a markedly elevated finger stick blood sugar of 170.  Intake documented his opiate abuse with mild withdrawal.  Intake referred him to for routine medical examination, not chronic care.  Intake on 6/29/24 apparently failed to report to the PCP that an admitted patient was unstable with leg wounds and abnormal blood glucose.  Medication was ordered per protocols for CIWA score 19.  But the  CIWA withdrawal protocol was not followed in accordance with the IP when the patient refused vital signs.  Delayed PCP attention to this patient's leg wounds, diabetes and withdrawal led to emergency care on 7/4/24.

Case 29 – **Adequate Care**.

Case 30 – **Inadequate Care.** 50 yo male was admitted 2/28/24 with history of multiple suicide attempts.  He denied other medical conditions.  The EMR documents that the patient submitted a  request for medical attention on 4/27/24 to treat his headaches. He

was seen in nurse sick call on 5/3/24 and prescribed by the on call PCP medications for allergies.  On 6/11/24 he was seen in telehealth visit for chronic care.  The patient reported 8/10 pain that interfered with his sleep.  The NP did not perform any exam or order lab tests.  The NP prescribed antibiotics to treat a presumptive diagnosis of bacterial sinusitis despite the absence of any evidence of infection.

## OTHER NOTABLE CASES



█████  █████ **–** intake reported patient was under the influence, nodding off and possibly delusional (inexplicably also described as not acutely intoxicated), sent to general population without clearance to establish such housing was safe.

█████  █████ – intake reported patient was under the influence of substances and acutely intoxicated was sent to the general population with no apparent clearance to establish such housing was safe.

█████  █████ – patient under care for parathyroid disease did not have medical evaluation to determine medications needed to treat parathyroid disease after admission to MCJ.

█████  █████ – patient reported combined substance abuse with opiates and benzodiazepines.  The implementation plan requires urgent PCP evaluation.  This did not occur.

█████  █████ – this patient complained 6/28/24  that he "can't see".  He was not seen in sick call to assess vision for three weeks after his complaint, on 7/18/24.  Optometry evaluation and corrective lenses were prescribed two months later on 9/23/24.

█████  █████ – incomplete chronic care examination on 4/8/24 failed to order or obtain lab tests, including STD screening. RPR testing on 7/29/24 shows syphilis infection.  The patient was not notified, and no treatment was provided.  The patient was transferred on 9/19/24 without notice to the receiving prison that he has syphilis, and with the contrary incorrect information that he had not been tested for syphilis.

█████  █████ – 42 yo female admitted to MCJ ON 5/8/24 underwent STD screening revealing on 6/18/24 that she had syphilis and trichomonas infections, but was not treated for these conditions until 8/6/24.

█████  █████ – 47 year old male admitted to MCJ 7/1/24 with blood sugar detected at intake 198.  This is frankly diabetic.  He still resides in MCJ.  He has not had medical care since his admission.  There has had no further blood sugar checks or examinations or treatments for diabetes.

█████  █████ – 46 year old female admitted to MCJ 6/28/24.  Blood tests that were ordered on 7/10/24 following her exam for headaches and high blood pressure were not

performed until nearly one month later 8/8/24, and  showed she was suffering from new onset of syphilis, and severe hypothyroidism.

████ ██████ – 42 year old male was admitted to MCJ 7/30/24.  STD screening performed approximately 6 weeks later, on 9/9/24, showed acute syphilis infection.  The patient was notified and started treatment one week later, on 9/16/24.  His transfer form incorrectly stated he received no medical treatment in jail and that his syphilis tests were negative.

████ ███████ – Inmate complained on July 28, 2024  about poor vision, had basic test (Snellen) in jail on August 21 confirmed seriously impaired vision.  Optometry exam on November 5, 2024 diagnosed refractive error, corneal scars and dry eyes.  Treatment for  significant visual complaint was inordinately delayed.

## PATIENT DEATHS,  in 2023 and 2024 –

I am not aware of any deaths occurring to persons in custody at MCJ during 2024.

MCJ has not provided me with documents to demonstrate corrective actions for the lapses I previously detected in the death review processes:  1) death reviews were not consistently performed within 30 days of demise; 2) responsible physician(s) did not consistently attend death reviews; 3) death reviews did not clearly  identify areas of patient care that should be improved.

## PLAINTIFFS' ATTORNEY INQUIRIES AND COMMENTS

Plaintiffs'  attorneys have raised the following concerns:

| Plaintiffs' expressed concerns | Expert Medical Monitor Response |
|---|---|
| Have enhanced monitoring session improved MCJ compliance with the Implementation Plan? | MCJ performance in all areas except intake appears to have improved substantially. See summary tables above and discussion below. |
| Has MCJ incorporated into its process my recommendations for quality assurance? | MCJ is not in substantial compliance with the Implementation Plan.  See discussion regarding quality assurance above. |
| Has MCJ provided chronic care that is in substantial compliance with Implementation Plan directives? | MCJ is not in substantial compliance with the Implementation Plan in regard to timeliness, or thoroughness for chronic care.  See discussion regarding chronic care above. |
| Is MCJ screening patients for communicable diseases, especially STDs and TB? Has there been an outbreak of | MCJ screening for TB is substantially improved and nearly meets the Implementation requirements (though not yet in substantial compliance).  MCJ screening for STD seriously departs from the |

| | |
|---|---|
| hepatitis A in the women's residence or elsewhere? | recommendations issued by CDC, and deviates from Implementation Plan requirements for such testing as part of initial health inventory to be done within 14 days of admission. I identified patients in whom treatment for syphilis were delayed many weeks or months after admission to MCJ, and instances (see text above) wherein transfers provided mistaken and incorrect information regarding the patient's syphilis infection.

Most of the persons incarcerated at MCJ have been previously infected with Hepatitis A or immunized against the virus. I did not find any outbreaks in MCJ of acute hepatitis A infection. |
| Do persons admitted to MCJ have consistent and timely access to necessary medications after intake and throughout incarceration? | Exhibits A, B and C provide examples of patients who did not have medications continued after admission, or whose medications were interrupted during incarceration because of putative insufficient stock. E mail communications on this matter have reported corrective actions to ensure adequate stock in the future. Corrective actions should be instituted to ensure adequate attention to patients needing medications upon admission. |
| Are persons incarcerated at MCJ able to access medical services in accordance with the Implementation Plan requirements? | Access to care at MCJ has improved since the prior audits but still falls short of what the Implementation Plan requires on many occasions Examples of delayed access or lack of access are presented in the text of this report and attached exhibits. |
| Do telehealth services at MCJ provide medical care that is in substantial compliance with the Implementation Plan? | Most of the telehealth encounters I reviewed did not provide services that comport with Implementation Plan requirements and Wellpath nursing protocols that require face to face exams. I did not see evidence that telehealth or on-site services by NP or PA providers are reviewed by supervising physicians in accordance with IP requirements. . |

//

//

//

## DEFENDANTS' ATTORNEY INQUIRIES AND COMMENTS

Defendants'  attorneys have raised the following concerns:

| Defendants' expressed concerns | Expert Medical Monitor Response |
|---|---|
| Sampling of patients to determine compliance with the IP should be consistent with the audit techniques recommended by NCQA that include review of up to 30 encounters for each compliance category. | The Settlement Agreement directs monitors to use their expertise to determine compliance in accordance with the requirements set forth in the Agreement as the Implementation Plan.  I have augmented my audit with the review of additional charts provided to me by Defendants to discern whether sampling alone accounts for my findings. |
| An audit that emphasizes the care of patients at risk (such as ED admits, grievances) is inherently biased compared to an assessment made based upon a sample randomly selected from the entire inmate population. | The Agreement defines "substantial compliance" as adherence to all material requirements of the Implementation Plan and Settlement Agreement, calling for MCJ to "expand the provision of care for inmates with serious medical and or mental health needs."  MCJ is not in substantial compliance with the Implementation Plan if it does not provide adequate care to prisoners needing medical care. |
| I should review at least 30 charts for each medical care category. | The attached exhibits describe the findings from my review of approximately  50 to 140 encounters for each of the medical categories.  To address the Defendants' concerns about the sampling method, I have reviewed performance for each of the Medical Categories by reference to inmates Defendants chose for my review. |
| Dr. Meagher, medical director of the Travis County Jail in Austin Texas, found that MCJ  medical care he reviewed during the audit period March 25-April 8 was within applicable standards of care. | Dr. Meagher stated that he found care adequate "even when some of the care fell outside the restrictive terms of the Implementation Plan." |
| Dr. Meagher opines that my audit tool is overcomplicated and sets expectations beyond the normal standard of care; that I opine whether quality of care was provided in line with my expectations rather than in compliance with applicable standards of care. | I base may assessments on Implementation Plan requirements. My opinions are consistent with the community standards established by widely recognized authoritative references (such as UpToDate, NCCHC, CDC). |

## STAFF  INTERVIEWS -

During my audit I met with the medical director, director of nurses, Wellpath managers, and newly hired Health Services Administrator.  We discussed the following matters:

1. MCJ has recently hired a service to calibrate scales in each clinic.
2. Intake and nursing care is being audited.
3. Clinic facilities are not used efficiently.  Some exam rooms are used for clerical purposes rather than for patient exams.  MCJ has not provided clinicians with a "line" of patients on each day sufficient to meet the demand for patient care.
4. MCJ continues to work with its contracted outside laboratory to promote timely blood draws and reports.  Clinicians do not generally look for the results of the lab tests ordered.  MCJ does not automatically return lab results to the clinicians who ordered the tests.
5. The MCJ medical director and Wellpath supervisors do not routinely inspect all ED visits and/or all grievances.
6. Notices to inmates about patient rights are generally posted as required in housing areas and replaced at sites as needed.
7. A newly developed discharge form is being "rolled out" for patients released into the community.

## INMATE/PATIENT  INTERVIEWS -

I interviewed 5 female inmates and 6 male inmates.  They reported satisfactory access to care.  This response suggests that access to care is improving compared to previous months.   .

## RECOMMENDATIONS FOR ACTIONS NECESSARY TO BRING MCJ PERFORMANCE INTO SUBSTANTIAL COMPLIANT WITH IP PROVISIONS:

### Deficiency                                    Expert's Recommendation

| Deficiency | Expert's Recommendation |
|---|---|
| Intake processes did not comply with the IP.   Nurses repeatedly sent patients to the general population who were described as under the influence, without evident evaluation of safety to do so.  Medications taken before admission were  sometimes not continued.  Medical care ordered "urgently" or "next day"  was not consistently provided | Intake processes should be audited to ensure that all seriously impaired patients receive attention from the PCP on call before being sent to the GP.  Nurses need to clarify confusing entries in the Intake form that state the patient is under the influence but not acutely intoxicated. MCJ should audit Intake processes to track delivery of needed meds and ensure that follow up visits are provided as requested. |

| | |
|---|---|
| Access to care is not sufficient to meet the demands.  Clinic facilities are not used efficiently. Care provided by RN, PA and NP are not reviewed by supervising physicians in the manner required by the IP. Telehealth visits without physical examination do not satisfy IP requirements. | MCJ leadership should keep a log counting the weekly requests for services to compare with the number of face-to-face encounters. Grievances complaining about insufficient access to care should be timely reviewed by medical leadership to assure that patients' reasonable concerns have been addressed.   In service training should familiarize nurses with current best practices and standardized procedures. The process for delivering patients to clinic should be improved.

"Huddles" should occur daily to ensure that difficult matters come to attention of medical and nursing directors.  There should be weekly staff meetings to review challenging cases and provide continuing medical education. |
| Chronic care and health care maintenance did not consistently comply with the IP. The problem lists were not up to date. Patients with long standing drug abuse diagnoses did not always receive needed attention from PCP after booking.  The mental health team and medical providers are not collaborating to develop a treatment plan for patients with comorbid medical and mental health issues. Direct ophthalmoscopy has not been performed on site, even when visual acuity is very poor and for diabetics. | Patients abusing substances should be scheduled as "chronic care" patients.  PCP should verify the completeness and accuracy of the Problem list at every visit. Current recommendations by CDC and United States Preventative Services Task Force (USPSTF) should be incorporated (as practicable) into the chronic care and health maintenance protocols. Mental health and medical teams should meet weekly to discuss the most challenging patients and develop multi-disciplinary treatment plans. Patients with diabetes or visual complaints should have a direct ophthalmoscopic exam and Snellen visual acuity check on site and be scheduled to see optometry according to the findings. Patients with vision worse than 20/200 should be considered candidates for ADA accommodations. |
| Continuity of Care after Release did not Comply with the IP. Documentation of care for released patients (continuity of care) did not meet Implementation Plan requirements or applicable community standards. | Discharge planning should ensure documentation about instructions for all persons released with active medical problems. Transfer forms should be audited to ensure accuracy. |

| Patients are not consistently assessed for STD in accord with best practices and community standards.  Syphilis and other sexually transmitted infections are not being identified promptly, and treatment is at times delayed or not offered before release.  TB testing sometimes does not meet IP requirements. | Protocols should be refined to promote 100% compliance with national guidelines for STD and TB  screening.  Abnormal lab results (positive STD screens) should be reported to the ordering PCP and/or medical director for prompt action. |
|---|---|
| Patients are not consistently provided with needed specialty care. Full progress notes from outside providers are sometimes not provided to MCJ. | Wellpath leadership should assist MCJ staff to obtain timely expert care by telephone or video link if local resources are insufficient. The medical record department should track all referrals to ensure that reports from specialists are filed in the EMR. |
| Quality assurance programs were not performed in accordance with Wellpath policies and the Implementation Plan. Peer review has not been documented. | Peer review should include evaluation of clinical performance within the first month of hire and no less than annually thereafter.   The medical director or assignee should audit and countersign  5- 10% of the patient encounters with physician assistants, nurse practitioners and registered nurses. .  Critical Clinical Events should be submitted for Wellpath analysis and actionis as  required by Wellpath Monterey County Policies & Procedures. |
| Staffing for April through September 2024 did not provide services that substantially complied  with the Implementation Plan. | MCJ needs to hire a full time medical records supervisor, increase staff performing discharge planning, and ensure education of newly hired PCP and nurses.  CFMG should facilitate access for 14- 18 patients to each provider working at any 8-10 hour shift. |

## DISCUSSION:  MEASURING PERFORMANCE AND COMPLIANCE

Improvements noted in all categories (except Intake) are laudable considering the daunting task of meeting IP requirements for a challenging patient population. Continued performance along these lines should lead MCJ to achieve substantial compliance with the Implementation Plan.

The performance measures summarized below show a slightly lower rate of compliance for encounters compared to the rate of indicator  compliance  This is because I consider

MCJ performances for a particular encounter to not be in compliance unless all indicators are satisfied.

Table 6 – Comparison of MCJ Performance in March and October 2024 according to percentage of encounters and percentage of indicators meeting IP requirements.[15]

| IP Categories | % Encounter Compliance 3/24 | % Encounter Compliance 10/24 | % Indicator Compliance 3/24 | % Indicator Compliance 10/24 |
|---|---|---|---|---|
| Med Staff | See text | See text | NA | NA |
| Intake | 48.6 | 46.3 | 89.7 | 78.4 |
| Access | 55.2 | 75.3 | 52.1 | 76.3 |
| Chronic Care | 30.4 | 48.0 | 53.2 | 54.4 |
| Maintenance | 6.7 | 18.4 | 25.6 | 35.6 |
| Continuity | 33.3 | 54.2 | 28.0 | 55.3 |
| Outside Care | 62.1 | 69.9 | 72.5 | 83.7 |
| Detoxification | 65.6 | 71.4 | 73.8 | 57.9 |
| TB/Infection | 34.5 | 70.7 | 58.3 | 72.7 |
| Pharmacy Management | 46.2 | 78.6 | 54.5 | 81.8 |
| Medication Dispensing | 100.0 | 100.0 | NA | NA |
| QA | Not Compliant | Not Compliant | NA | NA |
| Facilities | Not Compliant | Not Compliant | NA | NA |
| **TOTALS** | **48.3%** | **59.7%** | **63.1%** | **67.5%** |

## CONCLUSIONS

Medical services at MCJ for April through September 2024 did not substantially comply with the Implementation Plan requirements. However, medical care performance has continued to improve compared to prior audits.

## Attachments:

Ex. A:  MCJ HC Case Review

Ex. B:  MCJ HC Audit Monitoring Tool

Ex. C MCJ HC Audit Monitoring Tool for patients randomly selected by Defendant

---

[15] This table does not include data from my review of patients Defendants submitted for my review. Compliance with the IP among patients Defendants selected for review is summarized in Tables 4 and 5.

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **15-Sep-24** | Case #: **1** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | Review Time Period: **April - September 2024** |
| Inmate ID #: | |

| | |
|---|---|
| **Overall Case Rating:** | **Adequate** |
| **Overall Case Percentage Score:** | **83.3%** |

**Summary:** Following five ED visits for nut allergy, due to exposure to allergen introduced by cell mates, treatment plan includes housing in separate cell. Lab and chronic care visits performed.

**Justification:** Following five ED visits for nut allergy, due to exposure to allergen introduced by cell mates, treatment plan includes housing in separate cell. Lab and chronic care visits performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 06/02/24 | Emergent/Urgent Visit | RN | Access to Care | allergic reaction to inadvertent nut exposure. Sent to ER | Appropriate | | | |
| 1 | | 06/02/24 | Specialty Services | ? | Outside Medical Care/Referrals | Returned from ER. Consultation note is in the EMR. | Deficient | Follow up visit occurs late. | Potentially | Follow up documentation 6/7/24 does not comply with IP. |
| 1 | | 06/05/24 | Emergent/Urgent Visit | RN | Access to Care | Slight swelling right 2nd metacarpal after fight. No lesion. ROM full. Iibuprofen. Ice. | Appropriate | | | |
| 1 | | 06/07/24 | Chronic Care | NP | Chronic Care | Chronic care visit for asthma, does not consider reports from Emergency room regarding allergy, or recovery from hand injury. | Deficient | No examination. Physical exam in all parts states "Not Done." | Potentially | |
| 1 | | 07/25/24 | Emergent/Urgent Visit | NP | Access to Care | Hand injury playing basketvball. Old deformity noted. X ray ordered. | Appropriate | | | |
| 1 | | 07/27/24 | Specialty Services | MD | Outside Medical Care/Referrals | X ray left hand, no new injury . Reviewed in chart 7/30/24 | Appropriate | | | |
| 1 | | 07/29/24 | Emergent/Urgent Visit | RN | Access to Care | allergic reaction to inadvertent nut exposure. Sent to ER. Follow up after return. | Appropriate | | | |
| 1 | | 08/26/24 | Emergent/Urgent Visit | MD | Access to Care | allergic reachtion to inadvertent nut exposure. Follow up from ER visit timely. | Appropriate | | | |
| 1 | | 08/26/24 | Emergent/Urgent Visit | | Outside Medical Care/Referrals | Timely visit to ER for trauma post altercation. Comprehensive review of ED notes | Appropriate | | | |
| 1 | | 09/03/24 | Emergent/Urgent Visit | MD | Outside Medical Care/Referrals | Return from ED after nut allergy reactiohn | Appropriate | | | |
| 1 | | 09/06/23 | Chronic Care | RN | Chronic Care | Treatment plan reviewed. Decision to house alone to avoid recurrent ED visits for nut allergy (had exposures by cellmates, and admission to hosital five times). | Appropriate | | | |
| 1 | | 07/30/24 | Other | MD | Tuberculosis & Other Infections | QuantiFeron negative 7/30/24 | Appropriate | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 1 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 15-Sep-24 | | **Case #:** 1 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ███ | | **Review Time Period:** April - September 2024 |
| **Inmate ID #:** | | **Overall Case Rating:** Adequate |
| | | **Overall Case Percentage Score:** 83.3% |

**Summary:** Following five ED visits for nut allergy, due to exposure to allergen introduced by cell mates, treatment plan includes housing in separate cell.  Lab and chronic care visits performed.

**Justification:** Following five ED visits for nut allergy, due to exposure to allergen introduced by cell mates, treatment plan includes housing in separate cell.  Lab and chronic care visits performed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |
| 1 | ██ | | | | | | | | | |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 9/15/2024 | | | **Case #:** 2 |
| **Facility:** MCJ | | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▉▉▉ ▉▉ | | | |
| **Inmate ID #:** | | **Review Time Period:** April - September 2024 | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 50.0% |

**Summary:** 36 yo male, morbidly obese, booked 2/18/24 with abnormal vital signs (pulse elevated 118) not followed by PCP. No health care inventory performed, and no STD screening done. From early July and through August patient complains of severe headaches, chest pain, low back pain, unexplained substantial weight loss and elevated pulse rate seen by nurse with telephone consultation by Dr. ▉ Patient sent to hospital

**Justification:** Diagnosis of hyperthyroidism was inordinately delayed by failure to act upon elevated pulse, weight loss and vague complaints with no physician examinations. Even after hyperthyroidism is diagnosed, exams are incomplete with no weight recorded. Graves opthamopathy not referred to specialist for treatment until after alert issued by monitor.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ▉ | 07/02/24 | Sick Call/Clinic Visit RN | ▉ RN | Access to Care | Exam by nurse for headaches, eye pain. Vital signs norma. 4th request for care. Pain 8/10. Purported migraine diagnosis. Dr. ▉ orders topamax and Excedrin. | Appropriate | | | Dr. ▉ should perform follow up exam after prescribing med. |
| 2 | ▉ | 07/08/24 | Sick Call/Clinic Visit RN | ▉ RN, MD | Access to Care | Nurse sick call for complaint of chest pain, vomitting. Dr. ▉ purported contacted after EKG. | Deficient | medication ordered by Dr. ▉ on 7/2/24 without exam. Pulse 118, 30 pound weight loss ignored. Patient needs immediate medical evaluation by Dr. ▉ or in ED. | Potentially | No diagnosis made by MD. Patient has thyrotoxicosis. |
| 2 | ▉ | 07/08/24 | Chronic Care | ▉ MD | Health Care Maintenance | Patient resides in MCJ since February 2024 without health care inventory. No lab done. | Deficient | Needs STD screening at the least. Other labs might be ordered after interview including thyroid | Adversely | Patient is hyperthyroid. Not diagnosed unt'l 8/26. |
| 2 | ▉ | 08/23/24 | Sick Call/Clinic Visit RN | ▉ RN | Access to Care | Back pain. VS abnormal. Pulse 109. Weight not taken. Telehealth contacted for order. Rx ibuprofen | Deficient | incomplete assessment by RN. Should obtain weight. Repeat pulse. Report persistent tachycardia to the telehealth provider. | Adversely | hyperthyroid. Requires emergency care 8/26/24. |
| 2 | ▉ | 08/26/24 | Emergent/Urgent Visit | ▉ PA | Access to Care | Tremulous, palpable thyomegaly. Notes weight loss. Elevated pulse. 112. Sent to ER | Appropriate | | | |
| 2 | ▉ | 08/26/24 | Specialty Services | ▉ MD | Outside Medical Care/Referrals | Send to ED. Care and recommendation for treatment of thyrotoxicosis reviewed next day. | Appropriate | | | |
| 2 | ▉ | 08/27/24 | Chronic Care | ▉ MD | Chronic Care | Chronic care visit for thryotoxicosis. | Deficient | Exam is incomplete without weight. No PPD testing in the EMR. | Potentially | Need to follow all vital signs to evaluate effectiveness of therapy. |
| 2 | ▉ | 08/27/24 | Other | ▉ MD | Tuberculosis & Other Infections | PPD on admission in February is negative | Appropriate | | Potentially | patient may need steroid therapy in future. Must know TB status. |
| 2 | ▉ | 09/04/24 | Sick Call/Clinic Visit PCP | ▉ PA | Access to Care | Back pain. Follow up thyrotoxicosis. Rx ibuprofen | Appropriate | | | |
| 2 | ▉ | 09/25/24 | Sick Call/Clinic Visit RN | ▉ RN | Access to Care | Back pain. NP consulted. Ibuprofen | Appropriate | | | |
| 2 | ▉ | 10/01/24 | Sick Call/Clinic Visit PCP | ▉ PA | Access to Care | Follow up thyrotoxicosis, Symptomatically improved. Labs were ordered for 9/12/24. Pending | Deficient | Labs not done. No follow up or patient advocacy to obtain labs. | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 9/15/2024 | | **Case #:** 2 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ████████ ███ | | **Review Time Period:** April - September 2024 |
| **Inmate ID #:** | | **Overall Case Rating:** <span style="background-color:#c0504d">Inadequate</span> |
| | | **Overall Case Percentage Score:** 50.0% |

**Summary:** 36 yo male, morbidly obese, booked 2/18/24 with abnormal vital signs (pulse elevated 118) not followed by PCP. No health care inventory performed, and no STD screening done. From early July and through August patient complains of severe headaches, chest pain, low back pain, unexplained substantial weight loss and elevated pulse rate seen by nurse with telephone consultation by Dr. ███. Patient sent to hospital

**Justification:** Diagnosis of hyperthyroidism was inordinately delayed by failure to act upon elevated pulse, weight loss and vague complaints with no physician examinations. Even after hyperthyroidism is diagnosed, exams are incomplete with no weight recorded. Graves opthamopathy not referred to specialist for treatment until after alert issued by monitor.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ███ | 10/03/24 | Chronic Care | ███ MD | Health Care Maintenance | 6 months physical exam and Chronic care. Labs ordered to be done 9/24/24 not in chart. R eyelid swollen, painful. | Deficient | No direct opthalmoscopy. Labs not available. No adocacy to obtain crucial labs. Patient not referred to Opth for possible Graves ophthalmopathy. | | |
| 2 | ███ | 10/03/24 | Specialty Services | ███ MD | Outside Medical Care/Referrals | Patient complains of painful, dry eyes. Redness. | Deficient | Needs specialty care. No referral made | | |
| 2 | ███ | 10/09/24 | Chronic Care | ███ MD | Chronic Care | Evaluation of thyrotoxicosis, symptoms of eye disease, lab. TSH remains very low. T4 ordered. Referred to Opthalmology on urgent basis. | Appropriate | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 2 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **9/15/2024**

Facility: **MCJ**

Inmate Name (Last, First): █████ █████

Inmate ID #: █████

Case #: **2**

Physician Auditor: **B. Barnett**

Review Time Period: **April - September 2024**

Overall Case Rating: **Inadequate**

Overall Case Percentage Score: **50.0%**

Summary: 36 yo male, morbidly obese, booked 2/18/24 with abnormal vital signs (pulse elevated 118) not followed by PCP.  No health care inventory performed, and no STD screening done.  From early July and through August patient complains of severe headaches, chest pain, low back pain, unexplained substantial weight loss and elevated pulse rate seen by nurse with telephone consultation by Dr. ███  Patient sent to hospital

Justification: Diagnosis of hyperthyroidism was inordinately delayed by failure to act upon elevated pulse, weight loss and vague complaints with no physician examinations.  Even after hyperthyroidism is diagnosed, exams are incomplete with no weight recorded.  Graves opthamopathy not referred to specialist for treatment until after alert issued by monitor.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | █ | | | | | | | | | |
| 2 | █ | | | | | | | | | |
| 2 | █ | | | | | | | | | |
| 2 | █ | | | | | | | | | |
| 2 | █ | | | | | | | | | |
| 2 | █ | | | | | | | | | |
| 2 | █ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/16/2024 | **Case #:** 3 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮▮▮ | **Review Time Period:** April - September 2024 |
| **Inmate ID #:** ▮▮▮ | **Overall Case Rating:** Inadequate |
| | **Overall Case Percentage Score:** 81.8% |

**Summary:** 34 yo male booked 4/26/24 with history of meth abuse. Subsequent lacerations on hand treated with ED visits. Covid Positive resolved

**Justification:** Chronic care visit 5/20/24 incomplete. No STD testing ordered or done. Task for STD panel in summary on 5/2/24 but no indication tests done and no results are ini the chart.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ▮ | 04/26/24 | Initial Intake Screening | ▮ RN | Intake Screening | Meth use. Exam done, including BS. Refer for chronic care in five days. | Appropriate | | | |
| 3 | ▮ | 05/15/24 | Other | ▮ RN | Detoxification/Withdrawal | enrolled in synthetics monitorinig. | Appropriate | | | |
| 3 | ▮ | 05/15/24 | Emergent/Urgent Visit | ▮ RN PA | Access to Care | Laceration exposes extensor tendone. Sent to ER | Appropriate | | | |
| 3 | ▮ | 05/15/24 | Specialty Services | ▮ RN | Outside Medical Care/Referrals | Return from ED care. Report and follow up. | Appropriate | | | |
| 3 | ▮ | 05/20/24 | Chronic Care | ▮ NP | Chronic Care | Referral re: synthetic abuse. Limited exam (telemedicine) documented. "unable to visualize" hand wound. No STD labs ordered. | Deficient | Incomplete CC visit. No STD labs checked, ordered or done. | Potentially | At risk for Hep C or other STD that would need treatment. |
| 3 | ▮ | 07/04/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Minor injury to hand, with no over evidence of new fracture or tendon injujry. X ray scheduled. Ice. Splint pending X ray. | Appropriate | | | |
| 3 | ▮ | 07/06/24 | Specialty Services | ▮ RN | Outside Medical Care/Referrals | timely X ray finds no new injury. | Appropriate | | | |
| 3 | ▮ | 07/10/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Covid testing timely - requested on 7/9/24. Positive. Instructionis given. | Appropriate | | | |
| 3 | ▮ | 08/27/24 | Specialty Services | ▮ RN | Outside Medical Care/Referrals | Sent to ER for injury after altercation. Reviewed in return timely. Rx recommended promptly. | Appropriate | | | |
| 3 | ▮ | 09/11/24 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Request for hand surgery consultation on non emergent basis. | Appropriate | | | |
| 3 | ▮ | 09/11/24 | Other | ▮ MD | Tuberculosis & Other Infections | No TB testing done since April intake. Patient had refused PPD, without education or retry. No QuantiFeron. | Deficient | Patient at risk for communicable diseases not screened. And no documentation about informed consent regarding refusal | Potentially | Unknown infectious disease status. |
| 3 | ▮ | | | | | | | | | |
| 3 | ▮ | | | | | | | | | |
| 3 | ▮ | | | | | | | | | |
| 3 | ▮ | | | | | | | | | |
| 3 | ▮ | | | | | | | | | |
| 3 | ▮ | | | | | | | | | |
| 3 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 9/16/2024 | | **Case #:** 3 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ███ | | **Review Time Period:** April - September 2024 |
| **Inmate ID #:** | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 81.8% |

**Summary:** 34 yo male booked 4/26/24 with history of meth abuse. Subsequent lacerations on hand treated with ED visits.  Covid Positive resolved

**Justification:** Chronic care visit 5/20/24 incomplete.  No STD testing ordered or done. Task for STD panel in summary on 5/2/24  but no indication tests done and no results are ini the chart.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 3 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/16/2024 | **Case #:** 4 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ████ | **Review Time Period:** April - Sept 2024 |
| **Inmate ID #:** ████ | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 16.7% |

**Summary:** 27 yo male, synthetics abuse and alcohol abuse, booked 8/25/24 and 9/10/24.  He reported cessation of substance abuse approximately two weeks prior.  Patient jail cleared with recommendation for plastic surgery consultation to treat leg wound following dog attack.

**Justification:** Inaccurate reporting in Intake forms and chronic care.  Problem list does not report MRSA wound, alcoholism, or sythetics abuse. Chronic care and health inventory fail to note long standing vision impairment and functional blindness. No diagnosis or treatment provided for vision deficit.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ███ | 08/25/24 | Initial Intake Screening | ███ RN | Intake Screening | History and exam describes patient as stopping his substance abuse.No reports of acute illness or medications.  Jail clearance recommends antibiotic to treat leg wound. .  Antibiotic ordered by PCP on call. Referred for routine medical evaluation. | Deficient | Patient HEENT exam is reported as unremarkable, but patient is later described as legally blind. Patient known to have vision deficient, and refused dsibality vest in 2021.  **ADA screeening form states patient has no disability.** | Potentially | Patient may not be receiving appropriate accomodations for his visual impairment. |
| 4 | ███ | 08/29/24 | Chronic Care | ███ NP | Chronic Care | chronic care visit .  Possible history of diabetes. STD testing and other lab ordered. Physical exam reported as unremarkable. | Deficient | Patient has been legally blind (20/200) for years.  No description or diagnosis provided.  Patient past alcohol and substance abuse not repored in Problem list. | Potentially | complications from substance abuse not considered. |
| 4 | ███ | 09/06/24 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | Snellen 20/200.   "sees shadows only" | Deficient | .  No PCP exam to assess eyes, or referral | Adversely | patient has known poor vision, has no apparent accomdations. |
| 4 | ███ | 09/09/24 | Sick Call/Clinic Visit PCP | ███ MD | Access to Care | Follow  up for wound care, positive MRSA culture. Wound is improved with local care, antibiotics not ordered. | Appropriate | | | |
| 4 | ███ | 09/10/24 | Initial Health Assessment | ███ RN | Health Care Maintenance | Initial health inventory, No acute illness.  Snellen reported as not done. HEENT unremarkable. Skin unermarkable.  Lab pending.  Rx ordered for positive Trich reported 9/12/24. | Deficient | Exam is incomplete and inaccuarate.  Snellen has been done;  pateint eye exam is abnormal with legal blindness. Skiin exam should note leg wound. | Adversely | patient's vision should be assessed, treated with appropriate accomdoations. |
| 4 | ███ | 09/21/24 | Sick Call/Clinic Visit RN | ███ RN | Access to Care | Wound care.  "Open wound dark brown puss." Would cleaned. | Deficient | Persistent infection, non healing.  Needs referral to MD on site. | Adversely | prolonged non - healing. Med director aware and considering Plastic consult. |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |
| 4 | ███ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **9/16/2024** | Case #: | **4** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | **April - Sept 2024** |
| Inmate ID #: | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **16.7%** |

**Summary:** 27 yo male, synthetics abuse and alcohol abuse, booked 8/25/24 and 9/10/24. He reported cessation of substance abuse approximately two weeks prior. Patient jail cleared with recommendation for plastic surgery consultation to treat leg wound following dog attack.

**Justification:** Inaccurate reporting in Intake forms and chronic care. Problem list does not report MRSA wound, alcoholism, or syhthetics abuse. Chronic care and health inventory fail to note long standing vision impairment and functional blindness. No diagnosis or treatment provided for vision deficit.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 4 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: **9/16/2024** | | Case #: **5** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▉ | | Review Time Period: **April - Sept 2024** |
| Inmate ID #: ▉ | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **40.0%** |

**Summary:** 29 yo male transferred from Patton State with disablng mental illness (schizophrenia, bi polar) and hypothryoidism. Sent to ED for mental health crisis on 8/24/25. Thyroid replacement ordered. Chronic care visit 8/29/24 refused. No PCP follow up or lab tests done to monitor thyroid condition or adequacy of thyroid replacement med. Syphilis infection oberved in blood test 3/21/23. Treatment unclear and current status unclear.

**Justification:** hypothyroid condition not attended to. This medical condition can severely impact mental illness. MCJ health care team is not in compliance with the Implemenation Plan regarding Intake (needs urgent chronic care exam), access to care (needs face toface evaluation of medical condition), medication administration. patient may require conservtorship to facilitate testing and treatment of hypothyroidism that is complicating mental health status. Patient's mental status may be related to or agravated by Syphilis, possibly still needing treatment. Chronic care plan not provided. Conservatorship may be needed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ▉ | 06/21/24 | Initial Intake Screening | ▉ RN | Intake Screening | Hypothyroid condition, and severe mental illnss documented. Described as appearing to be acutely intoxicated and known exposure to infectious disease; Pulse 111 not repeated or reported. Has history of positive syphilis testing 3/21/2023 Sent to GP. | Deficient | No medical referral or chonic care visit scheduled. No explanation for why patient is sent to GP with possible infectious disease and acute intoxication. Hypothyroid conditon needs assessment. | Potentially | Inaccurate assessment? Or if accurate placed patients at risk of disease or injury. RN was counselled, no longer on staff. |
| 5 | ▉ | 08/29/24 | Chronic Care | ▉ NP | Chronic Care | Returned from ED care for mental health crisis. Patient needs medical assessment. Patient refused CC visit. | Deficient | Chronic care visit was delayed. Should have occurred in June. Collaboration with mental health essential to develop a chronic care treatment plan. . | Potentially | patient meets criteria for chronic care, not provided. Inadequate treatment of hypothyroidism may be aggravating mental illness. |
| 5 | ▉ | 09/18/24 | Chronic Care | ▉ MD | Chronic Care | Refused to come to clinic. Cell site visit. Unable to persuade care, with MH in attendance. Hostile, inappropriate. History of hypothroid. Will provide .75. | Appropriate | | | In MH hands. Patient is overtly psychotic, unable to care for self. May need treatment for syphilis. |
| 5 | ▉ | 09/18/24 | Other | ▉ MD | Tuberculosis & Other Infections | Not yet due for TB test, negative 11/23/23 | Appropriate | | | |
| 5 | ▉ | 10/07/24 | Chronic Care | ▉ MD | Chronic Care | Mental illness impaires medical evaluation. "will attempt follow up in 30 days." May need court appointed conservatorship. | Deficient | Patient's hypothyroidism has not been assessed. 30 days is too long to wait for treatment. Syophilis status not certain. No treament plan described | Adversely | Inadequate treatment of hypothyroidism may be aggravating mental illness. |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |
| 5 | ▉ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/16/2024 | **Case #:** 5 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ■■ | **Review Time Period:** April - Sept 2024 |
| **Inmate ID #:** | |

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 40.0%

**Summary:** 29 yo male transferred from Patton State with disablng mental illness (schizophrenia, bi polar) and hypothryoidism.  Sent to ED for mental health crisis on 8/24/25.  Thyroid replacement ordered.  Chronic care visit 8/29/24 refused.  No PCP follow up or lab tests done to monitor thyroid condition or adequacy of thyroid replacement med.  Syphilis infection oberved in blood test 3/21/23.  Treatment unclear and current status unclear.

**Justification:** hypothyroid condition not attended to.  This medical condition can severely impact mental illness.  MCJ health care team is not in compliance with the Implemenation Plan regarding Intake (needs urgent chronic care exam), access to care (needs face toface evaluation of medical condition), medication administration.  patient may require conservtorship to facilitate testing and treatment of hypothyroidism that is complicating mental health status. Patient's mental status may be related to or argravated by Syphilis, possibly still needing treatment.  Chronic care plan not provided.  Conservatorship may be needed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |
| 5 | ■ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **9/17/2024** | | Case #: **6** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▮▮▮ | | Review Time Period: **April - Sept 2024** |
| Inmate ID #: | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | **60.0%** |

**Summary:** 38 yo male cleared by ED for high blood pressure before booking 8/25 with admitted abuse of synthetics. Patient has history of polysubstance abuse, psychotic disorder. Referral issued for chronic care and for mental health.

**Justification:** STD screening and lab not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ▮ | 08/25/24 | Initial Intake Screening | ▮ RN | Intake Screening | cleared by ED for high blood pressure before booking 8/25 with admitted abuse of synthetics. Appparent polysubstance abuse with vital signs altered from this. Referred for chronic care. | Appropriate | | | |
| 6 | ▮ | 08/26/24 | Observation Cell | ▮ RN | Detoxification/Withdrawal | Synthetics monitoring | Appropriate | | | |
| 6 | ▮ | 09/26/24 | Chronic Care | ▮ NP | Chronic Care | Chronic care visit delayed. Had been requested on 8/25/24. | Deficient | Chronic care requested at intake, required by IP. Exam incomplete. Problem list incomplete. Does not mention hypertension (on meds) | Potentially | |
| 6 | ▮ | 09/17/24 | Initial Health Assessment | ? | Health Care Maintenance | 14 day health inventory not performed. No STD screening in the EMR. | Deficient | Health inventory required by 14 days after admission not done. | Potentially | No STD screening, or other lab tests done. Not done until 12/3/24 |
| 6 | ▮ | 08/27/24 | Other | ▮ LVN | Tuberculosis & Other Infections | Negative 0X0 | Appropriate | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **9/17/2024** | | Case #: **6** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▮ | | Review Time Period: **April - Sept 2024** |
| Inmate ID #: | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 60.0% |

**Summary:** 38 yo male cleared by ED for high blood pressure before booking 8/25 with admitted abuse of synthetics. Patient has history of polysubstance abuse, psychotic disorder. Referral issued for chronic care and for mental health.

**Justification:** STD screening and lab not done.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |
| 6 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 9/17/2024  
**Facility:** MCJ  
**Inmate Name (Last, First):** ▓▓▓▓▓▓  
**Inmate ID #:** ▓▓▓▓▓  

**Case #:** 7  
**Physician Auditor:** B. Barnett  
**Review Time Period:** Apr - Sept 2024  

**Overall Case Rating:** Adequate  
**Overall Case Percentage Score:** 88.9%

**Summary:** 23 year old hispanic maie booked 5/5/24 with no significant medical conditioins experienced on or around 8/23/24 (following oral surgery) sudden onset of dysphasia and right sided weakness has no CT findings or MRI findings to indicate CVA. Initial improvement in the hospital with return of speech but needs PT for persistent gait dysfunction.

**Justification:** Physician exam in jail focuesd on obtaining PT, whch had been delayed. Referred to neruology for possible multiple scleroris needs early therap

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ▓ | 05/05/24 | Initial Intake Screening | ▓ RN | Intake Screening | Booked afteer jail check, possible mental health issues. No medical issues reported or observed. MH referrred. | Appropriate | | | |
| 7 | ▓ | 05/09/24 | Sick Call/Clinic Visit PCP | ▓ MD | Access to Care | Patient timely seen for review of testicular mass. Small spermatocele. Lab ordered. | Appropriate | | | |
| 7 | ▓ | 05/24/24 | Chronic Care | ▓ RN | Health Care Maintenance | Health inventory done, form used. | Appropriate | | | |
| 7 | ▓ | 08/23/24 | Specialty Services | ▓ RN | Outside Medical Care/Referrals | Return from oral surgery. | Appropriate | | | |
| 7 | ▓ | 08/24/24 | Emergent/Urgent Visit | ▓ RN | Access to Care | Sent to ED for sudden onset of neurological deficits. | Appropriate | | | |
| 7 | ▓ | 08/27/24 | Specialty Services | ▓ MD | Outside Medical Care/Referrals | ED care reviewed. Patient purportedly diagnosed with TIA. PT recommended Meds ordered per ED recommendation and neurology recommendations | Appropriate | | | Patient's diagnosis is questionable. Dr. ▓ is considering alternative diagnoses, including MS. |
| 7 | ▓ | 09/17/24 | Specialty Services | ▓ MD | Outside Medical Care/Referrals | PT has not been provided pt despite ordered | Deficient | Medical record documents delay in this service | Adversely | Delayed PT impairs recover from neurologic event. |
| 7 | ▓ | 09/24/24 | Sick Call/Clinic Visit PCP | ▓ MD | Access to Care | Persisttent right side weakness. Refer to neurology | Appropriate | | | |
| 7 | ▓ | 09/24/24 | Other | ▓ MD | Tuberculosis & Other Infections | 5/2024 PPD negative | Appropriate | | N/A | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 7 | | | | | | | | | | |

### Monterey County Jail Health Care Monitoring Audit

#### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** | 9/17/2024 | **Case #:** | 7 |
| **Facility:** | MCJ | **Physician Auditor:** | B. Barnett |
| **Inmate Name (Last, First):** | ▮▮▮▮▮ | **Review Time Period:** | Apr - Sept 2024 |
| **Inmate ID #:** | ▮▮▮▮ | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 88.9% |

**Summary:** 23 year old hispanic maie booked 5/5/24 with no significant medical conditioins experienced on or around 8/23/24 (following oral surgery) sudden onset of dysphasia and right sided weakness has no CT findings or MRI findings to indicate CVA.  Initial improvement in the hospital with return of speech but needs PT for persistent gait dysfunction.

**Justification:** Physician exam in jail focuesd on obtaining PT, whch had been delayed.  Referred to neruology for possible multiple scleroris needs early therap

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |
| 7 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 22-Sep-24 | | |
| **Facility:** MCJ | **Case #:** 8 | |
| **Inmate Name (Last, First):** ██████ | **Physician Auditor:** B. Barnett | |
| **Inmate ID #:** ██████ | **Review Time Period:** Apr - Sept 2024 | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 55.6% |

**Summary:** 26 yo female admitted 1/25/24 with synthetics and opiod use disorder.  No STD screening provided upon admission.  On 7/11/24 patient requested STD screening and stated history of suspected exposure.  Tests purportedly ordered.  Not done as of this daate.

**Justification:** Chronic care not provvided.  Lab tests, includng STD delayed. Specialty services delayed.  Specialist report not placed in EMR timely.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ██ | 07/11/24 | PCP Diagnostics Review | ██ PA | Access to Care | Patient requested STD testing because exposed to HIV. purportedly ordered. | Deficient | No follow up on ordered STD. Lab done 10/1/24 | Potentially | Delayed blood draw is frequent problem. |
| 8 | ██ | 08/05/24 | Chronic Care | ██ PA | Chronic Care | Chart review for history of intracranial hypertension and  psuedotumor cerebri with visual loss and possible retinal tear.  This is not in person, and does not satisfy IP requirement for CC visit. | Deficient | No chronic care visit.  No face to face exam documented.  Other chroinc care issues not addressed. | Potentially | Neurological status not assessed. |
| 8 | ██ | 08/22/24 | Emergent/Urgent Visit | ██ RN | Access to Care | Severe headache for 2 days.  Sent to ED to check out VP shunt function. | Appropriate | | | |
| 8 | ██ | 08/23/24 | Specialty Services | ██ MD | Outside Medical Care/Referrals | Returned from ER with prescription for doxycycline. Instructed to have neurology and neurosurgery appointment in Stanford within one week.  ED note reiterated in EMR by Dr. | Appropriate | | | Should see actual note from ED in EMR (obtained and scanned 10/8/24) |
| 8 | ██ | 08/22/24 | Initial Health Assessment | ██ RN | Health Care Maintenance | Initial health inventory.  Desscribes chronic headaches, related possibly to VP shunt, pseudotumor cerebri, reports patient has no STD concerns/risks. Describes polysubstance abuse. Sent to ER for headache | Deficient | Initial health inventory severely delayed.  Should be at 2 weeks.  Missed opportunity to test for STD.  STD report is inaccurate. See 7/11/24 above. No lab ordered. | Potentially | STD detection may be delayed. Needs PCP follow up for SUD, VP shunt.  STD test done 10/2/24. |
| 8 | ██ | 08/30/24 | Specialty Services | ██ PA | Outside Medical Care/Referrals | reviewed eye visit. | Appropriate | | | |
| 8 | ██ | 09/17/24 | Sick Call/Clinic Visit PCP | ██ MD | Access to Care | Headache.  8/10. Specialty visits to neurology (last time in 6 years) still pending.  Topamax in past helpful.  Exam unremarkable. Med provided. | Appropriate | | | |
| 8 | ██ | 10/03/24 | Specialty Services | ██ RN | Outside Medical Care/Referrals | returned from optometry visit.  Refraction error.  Recommend eye glasses | Appropriate | | | |
| 8 | ██ | 10/08/24 | Specialty Services | ██ RN | Outside Medical Care/Referrals | Returned from neurosurgery.  No evaluation returnred with patient. | Deficient | Patient's referral and response from consultant is not in the EMR | Potentially | Recommendations from specialist not known. |
| 8 | ██ | | | | | | | | | |
| 8 | ██ | | | | | | | | | |
| 8 | ██ | | | | | | | | | |
| 8 | ██ | | | | | | | | | |
| 8 | ██ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **22-Sep-24** | Case #: **8** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ███ | Review Time Period: **Apr - Sept 2024** |
| Inmate ID #: ███ | Overall Case Rating: **Inadequate** |
| | Overall Case Percentage Score: **55.6%** |

**Summary:** 26 yo female admitted 1/25/24 with synthetics and opiod use disorder.  No STD screening provided upon admission.  On 7/11/24 patient requested STD screening and stated history of suspected exposure.  Tests purportedly ordered.  Not done as of this daate.

**Justification:** Chronic care not provvided.  Lab tests, includng STD delayed. Specialty services delayed.  Specialist report not placed in EMR timely.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |
| 8 | ███ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| Date of Review: **9/22/2024** | | Case #: **9** |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▮▮▮▮ | | Review Time Period: **Apr - Sept 2024** |
| Inmate ID #: ▮▮▮▮ | | |

| | |
|---|---|
| | Overall Case Rating: **Adequate** |
| | Overall Case Percentage Score: **93.3%** |

**Summary:** 30 yo male readmitted 8/22/24 intoxicated, multiple substance abuse - Alchol, opiates, cocaine, mushrooms. Major depressive disorder, obesity, schizophrenia. Possible seizure disorder. No medical referral at intake,

**Justification:** Intake does not comport with IP for failure tor lack of refarral to PCP, placement in GP when intoxicated 8/22/24.  Patient suffered no apparent harm.  Was seen by PCP within 5 days. Care is overall adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ▮ | 05/15/24 | Chronic Care | MD | Detoxification/Withdrawal | Reviewed for OUD treatment. Start subutex | Appropriate | | | |
| 9 | ▮ | 06/10/24 | Chronic Care | MD | Chronic Care | Assessment for obesity, opiate abuse. Continue MAT | Appropriate | | | |
| 9 | ▮ | 06/26/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Headache, blurred vision after altercation. Sent to ER | Appropriate | | | |
| 9 | ▮ | 07/02/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review EMR re: ED visit for care, lacerations. Radiological studies negative. | Appropriate | | | |
| 9 | ▮ | 07/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from oral surgery.  Meds listed, continued. | Appropriate | | | |
| 9 | ▮ | 08/02/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Constipated all week. Timely response to complaint 7/31/24. Discussed with Provider on call. Rx offered | Appropriate | | | |
| 9 | ▮ | 08/06/24 | Other | RN | Pharmaceutical Administration | Released with prescriptions and instructions for follow up care. | Appropriate | | | |
| 9 | ▮ | 08/06/24 | Observation Cell | RN | Continuity of Care After Release | Released with prescriptions and instructions for follow up care. | Appropriate | | | |
| 9 | ▮ | 08/22/24 | Initial Health Assessment | RN | Intake Screening | Polysubstance abuse, appears intoxicated. CIWA and score 4. Meds ordered by PCP.  Sent to GP housing. | Appropriate | | | contradicting Intake notes regarding intoxication, may be addressed in future forms. |
| 9 | ▮ | 08/23/24 | Observation Cell | RN | Detoxification/Withdrawal | CIWA monitoirng. | Appropriate | | | |
| 9 | ▮ | 08/26/24 | Chronic Care | MD | Chronic Care | Visit within 5 days (ideally should have been sooner) for MAT evfaluation.  Exam is unremarkable. Labs orderred.  MAT started. | Appropriate | | | |
| 9 | ▮ | 09/03/24 | Chronic Care | MD | Detoxification/Withdrawal | Follow up for MAT Rx.  Increase subutex. | Appropriate | | | Labs ordered 8/26/24 not yet done. |
| 9 | ▮ | 09/03/24 | PCP Diagnostics Review | MD | Outside Medical Care/Referrals | Lab not drawn as ofered | Deficient | Delayed lab draw not within IP parameters. | Potentially | unknown metabolic status. |
| 9 | ▮ | 09/11/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Tailbone pain after fall. Exam unremarkable. Tylenol per protocols | Appropriate | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 9/22/2024 | | **Case #:** 9 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ▮▮▮ | | |

**Overall Case Rating:** Adequate

**Overall Case Percentage Score:** 93.3%

**Summary:** 30 yo male readmitted 8/22/24 intoxicated, multiple substance abuse - Alchol, opiates, cocaine, mushrooms. Major depressive disorder, obesity, schizophrenia. Possible seizure disorder. No medical referral at intake,

**Justification:** Intake does not comport with IP for failure tor lack of refarral to PCP, placement in GP when intoxicated 8/22/24.  Patient suffered no apparent harm.  Was seen by PCP within 5 days. Care is overall adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ▮▮▮ | 08/24/24 | Other | ▮▮▮ RN | Tuberculosis & Other Infections | 0 MM | Appropriate | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |
| 9 | ▮▮▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **9/22/2024** | | Case #: ▮ |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▮ | | Review Time Period: **Apr - Sept 2024** |
| Inmate ID #: ▮ | | Overall Case Rating: **Adequate** |
| | | Overall Case Percentage Score: **100.0%** |

**Summary:** 34 yo male booked  8/13/24.  Followed for stab wound.  Non compliant.  History of major depressive disorderr.  Synthetic drug abuse.

**Justification:** Patient followed by MH for major depressive disorder, psythotic features and polysubstance abuse.  Has been recovering from stab wound. Refuses medical assessments including lab and TB screening.  Medical care is adequate. However, problem list is incomplete as it does not mention substance abuse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | 08/13/24 | Initial Intake Screening | ▮ RN | Intake Screening | Recent stab worund with staples placed at hospitaliztion 2 weeks ago. Appears intoxicted. Complains of pain. Reports substance abuse, possible concealment of contrabant (Yes "paced med into body cavity." Meth abuse daily. Referred for urgent (next day) medical care. Sent to ER for wound check.  Lab ordered. | Appropriate | | | |
| ▮ | ▮ | 08/14/24 | Other | ▮ RN | Detoxification/Withdrawal | Synthetics monitor | Appropriate | | | |
| ▮ | ▮ | 08/14/24 | Chronic Care | ▮ PA | Chronic Care | Seen for referral from Intake, for next day.  Injury described. Healing. Mild anemia. Lab pending. | Appropriate | | | Problem list in incomplete. Does not mention substance abuse. |
| ▮ | ▮ | 08/27/24 | Observation Cell | ▮ PA | Tuberculosis & Other Infections | Refuses PPD, CxR and QuantFeron.  Prior PPD negative. | Appropriate | | | |
| ▮ | ▮ | 09/05/24 | Chronic Care | ▮ MD | Chronic Care | Follow up re:  stab wound.  Refused. Is followed by MH | Appropriate | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |
| ▮ | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/22/2024 | **Case #:** ████ |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ████ | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ████ | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 100.0% |

**Summary:** 34 yo male booked 8/13/24. Followed for stab wound. Non compliant. History of major depressive disorderr. Synthetic drug abuse.

**Justification:** Patient followed by MH for major depressive disorder, psythotic features and polysubstance abuse.  Has been recovering from stab wound. Refuses medical assessments including lab and TB screening.  Medical care is adequate. However, problem list is incomplete as it does not mention substance abuse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |
| ████ | ████ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 9/22/2024 | | **Case #:** 11 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** Apr-Sept 2024 |
| **Inmate ID #:** ▮▮▮ | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 66.7% |

**Summary:** 25 yo male admitted 12/2/21.  Drug abuse denied.  Followed for cystic acne.  Complained of blood in stool for two weeks, mid August.  ED evaluation finds colitis (presumed ulcerative colitis, relatively mild with no systemic signs, no anemia) treated with moderate dose mesalamine (2400 mg daily) with GI evaluation recommended.  Patient has not been scheduled for GI appointment as of this date.  No STD lab screening performed.  No follow up lab.  No rectal examination.

**Justification:** Specialty care for probably ulcerative colitis is inordinately delayed.  Patient needs full exam, including examination of rectal mucosa. No STD testing done.  Patient's bleeding continues for weeks without consultation or adjustment of medications.  His diagnosis is not established.  The Colitis could be caused by doxycycline, or ulcerative colitis. There may be rectal involvement - this is unknown without proctoscopy or coloonoscopy. He could have Crohn's disease.  Much of the care is compliant with the IP but the delay in specialty services puts this patient at substantial risk of serious harm.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ▮ | 04/08/24 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Evaluation for treatment of cystic acne. Discontinued po tetracycline to avoid GI side effects. Topical Rx. | Appropriate | | | |
| 11 | ▮ | 07/09/24 | Chronic Care | ▮ NP | Chronic Care | Chronic care visit with attention to cystic acne. Has been controlled in past with doxycycline.  Off for months on topical.  Exam significant for pustules, erythema.  Doxycycline re-ordered for one month. Follow up in 30 days. | Appropriate | | | Timing and dose of Antibiotic reasonable. Patient still has no STD screen done. |
| 11 | ▮ | 08/14/24 | Chronic Care | ▮ NP | Chronic Care | Follow up for acne, antibiotics helped.  Has Covid symptoms and diarrhea.  Test +.  Rx for Covid provided. | Appropriate | | | |
| 11 | ▮ | 08/19/24 | Emergent/Urgent Visit | ▮ RN | Access to Care | Complains blood in stool for 2 weeks. Abdominal pain.  VS stable, normal.  Sent to ED. | Appropriate | | | |
| 11 | ▮ | 08/20/24 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Return from hospital with CT findings show colitis. Not specified.  Recommend mesalamine, referral to GI doctor. | Appropriate | | | |
| 11 | ▮ | 09/11/24 | Specialty Services | ▮ RN; ▮ MD | Outside Medical Care/Referrals | Patient complains of abdominal pain.  Patient seen by RN.  Reports bright red blood in vomit, diarrhea, pale.  Pain.  Pusle 120.  Orders from on call  MD for 1 liter of fluid bolus.  Pulse after IV is 92.  Orders also  CBC, hematocrit, Tylenol.  Provider follow up. | Appropriate | | | Care in this patient with known colitis is appropriate for 2258 on 9/11/24.  Problem is that orders for lab and PCP visit were not followed. |
| 11 | ▮ | 09/12/24 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | 3 weeks past since recommendation from ED for GI consultation.  Consultation  not done. | Deficient | System does not provide lab as requested, or PCP visit after IV on site as ordered or GI consultation. | Adversely | patient's recovery from colitis is delayed without best treatment available from specialist. |
| 11 | ▮ | 09/26/24 | Other | ▮ RN | Continuity of Care After Release | Transfer for to North Kern State Prison says "no medical treatment given prior to transfer." Health problem: schizophrenia | Deficient | Grossly inaccurate transfer document. Patient has potentially life-threatening colitis not yet controlled. | Potentially | misinformation. |
| 11 | ▮ | 08/27/24 | Other | ▮ RN | Tuberculosis & Other Infections | ppd READ form states "negative" no clear when, or within 1 year. | Deficient | Incomplete documentation regarding annual TB testing | Potentially | Patient may need chronic steroid.  Mandatory to have accurate TB status. |
| 11 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| **Date of Review:** 9/22/2024 | | **Case #:** 11 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** ▓▓▓▓▓▓ | | **Review Time Period:** Apr-Sept 2024 | |
| **Inmate ID #:** ▓▓▓▓ | | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 66.7% |

**Summary:** 25 yo male admitted 12/2/21. Drug abuse denied. Followed for cystic acne. Complained of blood in stool for two weeks, mid August. ED evaluation finds colitis (presumed ulcerative colitis, relatively mild with no systemic signs, no anemia) treated with moderate dose mesalamine (2400 mg daily) with GI evaluation recommended. Patient has not been scheduled for GI appointment as of this date. No STD lab screening performed. No follow up lab. No rectal examination.

**Justification:** Specialty care for probably ulcerative colitis is inordinately delayed. Patient needs full exam, including examination of rectal mucosa. No STD testing done. Patient's bleeding continues for weeks without consultation or adjustment of medications. His diagnosis is not established. The Colitis could be caused by doxycycline, or ulcerative colitis. There may be rectal involvement - this is unknown without proctoscopy or coloonoscopy. He could have Crohn's disease. Much of the care is compliant with the IP but the delay in specialty services puts this patient at substantial risk of serious harm.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |
| 11 | ▓ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | 9/22/2024 | | Case #: 11 |
| Facility: | MCJ | | Physician Auditor: B. Barnett |
| Inmate Name (Last, First): | ▅▅▅▅▅ | | Review Time Period: Apr-Sept 2024 |
| Inmate ID #: | ▅▅▅▅▅ | | |

**Overall Case Rating:** Inadequate

**Overall Case Percentage Score:** 66.7%

**Summary:** 25 yo male admitted 12/2/21.  Drug abuse denied.  Followed for cystic acne.  Complained of blood in stool for two weeks, mid August.  ED evaluation finds colitis (presumed ulcerative colitis, relatively mild with no systemic signs, no anemia) treated with moderate dose mesalamine (2400 mg daily) with GI evaluation recommended.  Patient has not been scheduled for GI appointment as of this date.  No STD lab screening performed.  No follow up lab.  No rectal examination.

**Justification:** Specialty care for probably ulcerative colitis is inordinately delayed.  Patient needs full exam, including examination of rectal mucosa. No STD testing done.  Patient's bleeding continues for weeks without consultation or adjustment of medications.  His diagnosis is not established.  The Colitis could be caused by doxycycline, or ulcerative colitis. There may be rectal involvement - this is unknown without proctoscopy or coloonoscopy. He could have Crohn's disease.  Much of the care is compliant with the IP but the delay in specialty services puts this patient at substantial risk of serious harm.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ▅▅ | | | | | | | | | |
| 11 | ▅▅ | | | | | | | | | |
| 11 | ▅▅ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 9/23/2024 | | **Case #:** 12 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▓▓▓▓ | | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ▓▓▓▓ | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 66.7% |

**Summary:** 34 yo female in last trimester of pregnancy, history of polysubstance abuse. Booked 3/21/24 and again 5/29/2. 14 day inventory done on 6/27/24. Released 8/21/24.

**Justification:** PCP visits after booking 5/29/24 delayed. OB care delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ▓ | 05/29/24 | Initial Intake Screening | ▓ RN | Intake Screening | Readmitted to MCJ, homeless. Assaulted by boyfriend.And sex abuse. Bisexual. Asking for STD testing. Recently treated for chlamydia. About 6 months pregnant. Heavy meth abuse. Chronic care referral for 5-7 days. Urgent mental health referral. | Appropriate | | | |
| 12 | ▓ | 06/10/24 | Chronic Care | ▓ PA | Chronic Care | Patient expects release in 3 days and will continue perinatal care on outside. Lab reviewed. Mild anemia. Reminded to continue multivitamins. | Deficient | Chronic care visit not timely. Delay is mild, but outside of the IP parameters. Patient is not released as she had expected. | Potentially | Patient is high risk for adverse outcomes. PCP visit after booking should be prompt. |
| 12 | ▓ | 06/14/24 | Chronic Care | ▓ NP | Chronic Care | Pregnant. No physical exam documented. Labs ordered. OB referral ordered is scheduled for 7/16/24. | Deficient | Exam is insufficient. Needs fetal tones at least, and abdominal exam. OB referral not expedited. Appropriate perinatal testing not done | Potentially | at high risk for fetal loss. |
| 12 | ▓ | 06/27/24 | Other | ▓ RN | Health Care Maintenance | Initial health inventory. Pregnancy. 6 months pregnant on vitamins. No other findings reported. 2 wk health inventory delayed. | Deficient | No OB appointment scheduled. | | |
| 12 | ▓ | 07/10/24 | Specialty Services | ▓ NP | Outside Medical Care/Referrals | Follow up for pregnancy. Has not seen OB. Reordered vitamins. Next visit 4 wk | Deficient | Needs OB care. If not seeing specialist, then appropriate interval tests need to be performed. No physical exam done. | Potentially | Patient is high risk for adverse outcomes. PCP visit after booking should be prompt. |
| 12 | ▓ | 07/16/24 | Specialty Services | ▓ RN; ▓ PA | Outside Medical Care/Referrals | Return from specialist (delayed). Recommendations reviewed. Tests requested ordered | Appropriate | | | |
| 12 | ▓ | 8/2/2024 | Sick Call/Clinic Visit RN | ▓ RN | Access to Care | Abdominal pain, mild. Exam normal. Reassured, follow up with MD | Appropriate | | | |
| 12 | ▓ | 08/02/24 | Chronic Care | ▓ MD | Chronic Care | Follow up for pregnancy. OB recommendations reviewed. | Appropriate | | | |
| 12 | ▓ | 08/19/24 | Emergent/Urgent Visit | ▓ RN | Access to Care | Sent to ED for abdominal pain | Appropriate | | | |
| 12 | ▓ | 08/19/24 | Specialty Services | ▓ RN | Outside Medical Care/Referrals | Return from ED. Diagnosed ear infection. Start on Amoxicillin. | Appropriate | | | |
| 12 | ▓ | 08/21/24 | Other | ▓ RN | Continuity of Care After Release | Transfer form filled out for Genesis House. | Appropriate | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 9/23/2024 | | **Case #:** 12 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▓▓▓ | | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ▓▓▓ | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 66.7% |

**Summary:** 34 yo female in last trimester of pregnancy, history of polysubstance abuse.  Booked 3/21/24 and again  5/29/2.  14 day inventory done on 6/27/24.  Released 8/21/24.

**Justification:** PCP visits after booking 5/29/24 delayed.  OB care delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ▓ | 06/29/24 | Other | ▓ MD | Tuberculosis & Other Infections | QuantiFeron negatve | Appropriate | | | Patient had refused PPD. |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |
| 12 | ▓ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: | **9/23/2024** |
| Facility: | **MCJ** |
| Inmate Name (Last, First): | ▮▮▮ |
| Inmate ID #: | ▮▮▮ |

| | |
|---|---|
| Case #: | **12** |
| Physician Auditor: | **B. Barnett** |
| Review Time Period: | **Apr - Sept 2024** |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **66.7%** |

**Summary:** 34 yo female in last trimester of pregnancy, history of polysubstance abuse.  Booked 3/21/24 and again  5/29/2.  14 day inventory done on 6/27/24.  Released 8/21/24.

**Justification:** PCP visits after booking 5/29/24 delayed.  OB care delayed.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ▮▮▮ | | | | | | | | | |
| 12 | ▮▮▮ | | | | | | | | | |
| 12 | ▮▮▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 9/26/2024 | | **Case #:** 13 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | | **Review Time Period:** April - Sept 2024 |
| **Inmate ID #:** ▮ | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 81.8% |

**Summary:** 41 yo female admittd 8/28/24 with epilepsy. Reports mass and tenderness in breast while in custody, and is treated for mastitis. Ultrasound and Mammogram ordered, and pending. Apparent breast infection is resolving.

**Justification:** Delays in Initial screening, STD screening and breast cancer imaging. But promtp care for breat infection and close follow up to document resolution. Care was overall adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ▮ | 08/28/24 | Initial Intake Screening | ▮ RN | Intake Screening | Reported obese, anxious. Epilepsy, recent seizure. VS normal. On anti seziure, migraine, MH meds. Alchol, meth abuse. IV drug. Refer to CC. Synthetics protocol. | Appropriate | | | |
| 13 | ▮ | 08/28/24 | Other | ▮ RN | Detoxification/Withdrawal | entered into synthetics protocol. Followed | Appropriate | | | |
| 13 | ▮ | 09/12/24 | Chronic Care | ▮ NP | Chronic Care | epilepsy, Migraine, asthma. States family history of breast cancer, and past breast lump | Deficient | No mammogram ordered or follow up on breast lump/history | Potentially | At risk for breast cancer. |
| 13 | ▮ | 09/16/24 | Emergent/Urgent Visit | ▮ RN | Access to Care | ON site emergency call. Suspected seizure. No evident seizure. Patient advised to continue med | Appropriate | | | proof read note. States "he" - should say she. |
| 13 | ▮ | 09/19/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Sudden onset breast pain, mass. ? Prior mass and infection treated, drained? Cyst? MD called, orders Rx IM Rocephin, Bactrim. Urgent referral for breast ultrasound ordered. | Appropriate | | | |
| 13 | ▮ | 09/20/24 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Follow up on breast mass, cellulitis. Continue antibiotic - Doxcy; order urgent breast ultrasound pending. | Appropriate | | | |
| 13 | ▮ | 09/20/24 | Initial Health Assessment | ▮ RN | Health Care Maintenance | 14 day health inventory. On proper form. | Appropriate | | | STD testing is delayed, performed 9/26/24 |
| 13 | ▮ | 09/23/24 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Breast ultrasound and mammogram ordered as urgent tests on 9/19/24. Not yet done. | Deficient | Urgent requests should generate specialty care within 72 hours. | Potentially | patient at risk for infiltrative breast cancer, diagnosis should be made ASAP. Also blood tests ordered on 9/5/24 not reported until 9/26/24. |
| 13 | ▮ | 09/23/24 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Breast infection improved. Nipple retraction noted, possibly old finding. Waiting for radiology | Appropriate | | | should expedite lab studies and surgical consultation for cancer. |
| 13 | ▮ | 09/26/24 | Other | ▮ MD | Tuberculosis & Other Infections | QuantiFeron negative. | Appropriate | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/26/2024 | **Case #:** 13 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | **Review Time Period:** April - Sept 2024 |
| **Inmate ID #:** | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 81.8% |

**Summary:** 41 yo female admittd 8/28/24 with epilepsy.  Reports mass and tenderness in breast while in custody, and is treated for mastitis.  Ultrasound and Mammogram ordered, and pending.  Apparent breast infection is resolving.

**Justification:** Delays in Initial screening, STD screening and breast cancer imaging.  But promtp care for breat infection and close follow up to document resolution.  Care was overall adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ▮ | 10/01/24 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Had refused offsite appointment for breast exam. Breast cellulitis much improved. Reschedule imaging appointment | Appropriate | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **9/26/2024**

Facility: **MCJ**

Inmate Name (Last, First): ▮

Inmate ID #: ▮

Case #: **13**

Physician Auditor: **B. Barnett**

Review Time Period: **April - Sept 2024**

Overall Case Rating: **Adequate**

Overall Case Percentage Score: **81.8%**

Summary: 41 yo female admittd 8/28/24 with epilepsy.  Reports mass and tenderness in breast while in custody, and is treated for mastitis.  Ultrasound and Mammogram ordered, and pending.  Apparent breast infection is resolving.

Justification: Delays in Initial screening, STD screening and breast cancer imaging.  But promtp care for breat infection and close follow up to document resolution.  Care was overall adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |
| 13 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/26/2024 | **Case #:** 14 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮▮▮▮ | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ▮▮▮▮ | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 83.3% |

**Summary:** 42 yo male, admitted 8/9/24 few months after serious motorcycle accident. Reported Syphilis history with uncertain follow up. Meth abuse. Urgent medical evaluation ordered (tomorrow).

**Justification:** Chronic care vfisit is incomplete. STD testing is delayed. NP diagnosis of chlamydia is probably incorrect after negative lab test. . Howevere, treatment with doxycline is appropriate empirically for symptoms and history consistent with non specific urethritis. Medical care is adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ▮ | 08/09/24 | Initial Intake Screening | ▮ RN | Intake Screening | few months after serious motorcycle accident. Reported Syphilis history with uncertain follow up. Meth abuse. Urgent medical evaluation ordered (tomorrow). | Appropriate | | | |
| 14 | ▮ | 08/14/24 | Chronic Care | ▮ PA | Chronic Care | Urgent referral is delayed. Was supposed to be seen on 8/10/24. Was also candidate for Chronic care. History reviewed.Blood pressure not measured. Exam unremakable. | Deficient | VS incomplete. Past syphilis infection not addressed. STD screen not ordered. Problem list incomplete, no mention of neck trauma with fracture C spin and T spine, chronic pain post MVA. | Potentially | inadequate pain relief may promote drug abuse. History documented by PA record review. RPR negative on test reported 8/30/24. |
| 14 | ▮ | 08/28/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Patient reports incomplete care for Syphilis, possible UTI. No current symptoms. Consult with MD. Lab ordered. | Appropriate | | | |
| 14 | ▮ | 09/11/24 | Other | ▮ PA | Tuberculosis & Other Infections | Review history of PPD, C xr and recent QF negative. | Appropriate | | | |
| 14 | ▮ | 09/23/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | states dysuria, malodorous urine.Constipated Consult with MD. UA is negative. Rx Dulcolax. | Appropriate | | | |
| 14 | ▮ | 09/25/24 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | Patient reports burning with urination, sometimes malodrous. Worried about STD despite normal labs. Exam is unremakable. Diagnosis Chlamydia. Rx Doxycline bid for 10 days. | Appropriate | | | Chlamydia test was negative on 9/5/24. More likely diagnosis is non specific urethritis from mycoplasma genitalium, also consistent with history of unprotected sex. For this condition, doxycycline is appropriate empiric therapy. |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| **Date of Review:** 9/26/2024 | | **Case #:** 14 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ▮ | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 83.3% |

**Summary:** 42 yo male, admitted 8/9/24 few months after serious motorcycle accident.  Reported Syphilis history with uncertain follow up.  Meth abuse.  Urgent medical evaluation ordered (tomorrow).

**Justification:** Chronic care vfisit is incomplete.  STD testing is delayed.  NP diagnosis of chlamydia is probably incorrect after negative lab test. .  However, treatment with doxycline is appropriate empirically for symptoms and history consistent with non specific urethritis.  Medical care is adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |
| 14 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

Date of Review: **9/26/2024**
Facility: **MCJ**
Inmate Name (Last, First): ▮▮▮
Inmate ID #: ▮▮▮

Case #: **14**
Physician Auditor: **B. Barnett**
Review Time Period: **Apr - Sept 2024**

Overall Case Rating: **Adequate**
Overall Case Percentage Score: **83.3%**

**Summary:** 42 yo male, admitted 8/9/24 few months after serious motorcycle accident.  Reported Syphilis history with uncertain follow up.  Meth abuse.  Urgent medical evaluation ordered (tomorrow).

**Justification:** Chronic care vfisit is incomplete.  STD testing is delayed.  NP diagnosis of chlamydia is probably incorrect after negative lab test. .  However, treatment with doxycline is appropriate empirically for symptoms and history consistent with non specific urethritis.  Medical care is adequate.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ▮▮▮ | | | | | | | | | |

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 9/26/2024 | |
| **Facility:** MCJ | |
| **Inmate Name (Last, First):** ▉ | |
| **Inmate ID #:** ▉ | |

| | |
|---|---|
| **Case #:** 15 | |
| **Physician Auditor:** B. Barnett | |
| **Review Time Period:** | |

| **Overall Case Rating:** | Inadequate |
|---|---|
| **Overall Case Percentage Score:** | 66.7% |

**Summary:** 37 yo male booked 7/10/24 with alcohol and synthetics abuse.  Depression and adjustment disorder.  Pulse 116 not rechecked, no PCP consultation at intake.  Chronic care and health inventory delayed. Inappropriate use of muscle relaxants.  No TB testing

**Justification:** Patient is seen for complaints timely.  Departures from implementation plan include failure to notify on call PCP of abnormal VS at intake, delayed chronic care, incomplete chronic care documentation and improper use of muscle relaxants.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ▉ | 07/10/24 | Initial Intake Screening | ▉ RN | Intake Screening | Polysubstance abuse - alcohol, and synthetics. VS abnormal pulse 116. Exam otherwise not remarkable.  Labs ordered. Chronic care exam in 5+ days. | Deficient | Abnormal vs requires medical clearance before GP housing, rule out delirium/withdrawal. | Potentially | patient at risk for harm to self and others. |
| 15 | ▉ | 07/18/24 | Emergent/Urgent Visit | ▉ RN | Access to Care | Fell off bunk. Exam normal. Rx. Ibuprofen | Appropriate | | | |
| 15 | ▉ | 07/19/24 | Sick Call/Clinic Visit RN | ▉ RN | Access to Care | Complains ear infection, prior rx amoxicilln. Ear drum distended.  Diagnose otitis media. Rx. Amox 500 tid, follow up PCP. | Deficient | needs referral for chronic care | Potentially | patient at risk for complications from SUD. Needs STD. |
| 15 | ▉ | 07/24/24 | Chronic Care | ▉ NP | Health Care Maintenance | Visit after Intake.  Low back pain. Deines drug use. . Assess: low back strain. Rx. Robaxin 500 bid for 7 days. | Deficient | 1. Exam does not use form for either Chronic care or for Health Inventory 2.  History is incomplete and inaccurate 3. Exam is incomplete, no review of ear infection 4. Lab not done. Needs STD screen 5. Treatment is below community standard and contrary to FDA aproved guidlines.  If Robaxin is to be used at all (dubious need with near normal exam) then for no more than 3 days. | Adversely | Robaxin will likely be abused. Staff needs education regarding abuse potential for muscle relaxants such as flexeril, Robaxin. |
| 15 | ▉ | 08/12/24 | Sick Call/Clinic Visit PCP | ▉ PA | Access to Care | Ear pain, complaining not getting muscle relaxants. Has lipoma. Neck mass.  Past biopsy.  Exam shows mass, lipomas. Will check old records. | Appropriate | | | vital signs are incomplrete. No BP No weight. |
| 15 | ▉ | 08/28/24 | Sick Call/Clinic Visit RN | ▉ RN | Access to Care | Left side back and headaches. VS, exam unremarkable.  Prior noted masses, no pain.  Await old records | Appropriate | | | |
| 15 | ▉ | 08/29/24 | Chronic Care | ▉ MD | Chronic Care | Chronic care follow up.  "No significant PMH", For lump back, ? Kidney problem. Ear infection. Exam unremarkable with prior noted benign appearing masses. Labs normal except hypercholesterolemia. Assessed:  otitis medi/exterma (resolved), hyperlipidemia, prediabetes, sholder strain.  Plan Atorvastin 20mg. Meloxicam, Home PT. | Appropriate | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **9/26/2024**

Facility: **MCJ**

Inmate Name (Last, First): ▓

Inmate ID #: ▓

Case #: **15**

Physician Auditor: **B. Barnett**

Review Time Period:

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 66.7% |

**Summary:** 37 yo male booked 7/10/24 with alcohol and synthetics abuse.  Depression and adjustment disorder.  Pulse 116 not rechecked, no PCP consultation at intake.  Chronic care and health inventory delayed. Inappropriate use of muscle relaxants.  No TB testing

**Justification:** Patient is seen for compliants timely.  Departures from implementation plan include failure to notify on call PCP of abnormal VS at intake, delayed chronic care, incomplete chronic care documentation and improper use of muscle relaxants.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ▓ | 08/29/24 | Other | ▓ MD | Tuberculosis & Other Infections | No PPD placed.  TB test negative in Alameda 4/25/24.  QuantiFeron ordered. No sample of blood submitted | Appropriate | | No Effect | May have latent TB |
| 15 | ▓ | 09/25/24 | Sick Call/Clinic Visit PCP | ▓ NP | Access to Care | Continued r ear pain. TM view obstructed by debri. Possible otitis externa. Exam otherwise unremarkable.  Rx. Ciprodex otic.  Referral to ENT | Appropriate | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |
| 15 | ▓ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 9/26/2024 | **Case #:** 15 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮ | **Review Time Period:** |
| **Inmate ID #:** ▮ | **Overall Case Rating:** Inadequate |
| | **Overall Case Percentage Score:** 66.7% |

**Summary:** 37 yo male booked 7/10/24 with alcohol and synthetics abuse.  Depression and adjustment disorder.  Pulse 116 not rechecked, no PCP consultation at intake.  Chronic care and health inventory delayed. Inappropriate use of muscle relaxants.  No TB testing

**Justification:** Patient is seen for compliants timely.  Departures from implementation plan include failure to notify on call PCP of abnomral VS at intake, delayed chronic care, incomplete chronic care documentation and improper use of muscle relaxants.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 15 | | | | | | | | | | |

**Physician Auditor's Clinical Care Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **9/29/2024** | | Case #: 16 |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: **April - Sept 2024** |
| Inmate ID #: | | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | **62.5%** |

**Summary:** 40 yo pregnant obese female with SUD - smokes meth, booked 6/10/24 at 5-6 week pregnancy. Jail cleared before admission.  Released 7/3/24. Monitored per synthetics protocol Necessary meds continued. First PCP contact and CC visit after booking at 7/1/24 - delayed beyond 5-7 days required by IP, or earlier.

**Justification:** Multiple departures from IP.  Inordinate delay in chronic care for hypothyroid, notification of PCP regarding refusals, necessary medications not continued after booking, lab tests ordered not done or reordered with physician assistance after patient refusal.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | 06/10/24 | Initial Intake Screening | RN | Intake Screening | Pregnancy reported at 5-6 weeks.  Jail cleared. History of meth abuse. No prenatal care.  Thyroid meds last taken yesterday.  Lab ordered. Routine Med and CC visit, MH ordered. | Deficient | Patient not referred for immediate eval by PCP to renew thyroid med, establish clinical condition at early pregnancy.  Thyroid med not provided until 16 days after admission. | Potentially | hypothyroid during pregnancy can cause birth defects. |
| 16 | | 06/14/24 | Other | RN | Detoxification/Withdrawal | Synthetic monitoring done | Appropriate | | | |
| 16 | | 06/25/24 | PCP Diagnostics Review | RN; PA | Access to Care | Patient refused essential therapy (lab draw). | Deficient | No indication of contact with provider to address problem,  no thyroid measured. | Potentially | hypothyroid during pregnancy can cause birth defects. Thyroid ordered 6/27/24 |
| 16 | | 07/01/24 | Chronic Care | NP | Chronic Care | Chronic care visit for pregnancy and hypothyroidism.  Still not getting thyroid med. Has been bleeding. Refered to ED for possible miscarriage.  Labs ordered again. | Deficient | CC visit is delayed. Should be within 1 week of admission or earlier.  Lab delayed. | Potentially | miscarriage can occur for lack of thyroid medication |
| 16 | | 07/02/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ED.  Refused medical care at ED. Has refused care today in jail.  Rescheduled for tomorrow | Appropriate | | | |
| 16 | | 07/03/24 | Other | RN | Continuity of Care After Release | Released with instructions for care to follow pregnancy.  Meds ordered for 30 days. | Appropriate | | | |
| 16 | | 07/03/24 | Other | RN | Pharmaceutical Administration | Patient provided Rx for meds to continue upon releaser | Appropriate | | | |
| 16 | | 06/13/24 | Other | RN | Tuberculosis & Other Infections | PPD negative (0) | Appropriate | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 16 | | | | | | | | | | |

Created 01-2017

**Physician Auditor's Clinical Care Review Worksheet**

Date of Review: **9/29/2024**
Facility: **MCJ**
Inmate Name (Last, First): ██████████
Inmate ID #: ██████

Case #: 16
Physician Auditor: **B. Barnett**
Review Time Period: **April - Sept 2024**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **62.5%**

**Summary:** 40 yo pregnant obese female with SUD - smokes meth, booked 6/10/24 at 5-6 week pregnancy.  Jail cleared before admission.   Released 7/3/24. Monitored per synthetics protocol Necessary meds continued. First PCP contact and CC visit after booking at 7/1/24 - delayed beyond 5-7 days required by IP, or earlier.

**Justification:** Multiple departures from IP.  Inordinate delay in chronic care for hypothyroid, notification of PCP regarding refusals, necessary medications not continued after booking, lab tests ordered not done or reordered with physician assistance after patient refusal.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |
| 16 | ██ | | | | | | | | | |

Created 01-2017

## Montrey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 9/29/2024 | | **Case #:** 17 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▇▇▇ | | **Review Time Period:** Apr - Sept 2024 |
| **Inmate ID #:** ▇▇▇ | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 47.1% |

**Summary:** 60 year old male with history of heart disease, booked with swollen lower extremities and unsteady gait. Uncooperative. Report to on call PA is: Temp 99.5, patient gait "intact," non pitting edema,"no acute distress" and "cooperative." Ordered remain in MCJ to be seen tomorrow by NP on site.

**Justification:** Patient is not seen timely for possible complications of heart failure, infecton, delirium as manifest by Intake form that stated he was uncooperative, had unsteady gait, low grade fever (temp 99.5) , and lower extremity edema. Clearance by ED was immaterial as no exam or lab documented in the ED report of few words finding patient safe for the jail. Intake orders for urgent next day visit need to be systemically followed to ensure compliance with order. Patient suffers repeated episodes of chest pain. ED visit finds echocardiogram evidence for heart failure with EF of 37%. Recommendatoin for cardiology not observed or followed by MCJ. Possible heart failure did not receive timely medical attention. ERMA referral is placed 9/30/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | ▇ | 05/19/24 | Initial Intake Screening | ▇ RN | Intake Screening | Patieint reports multiple cardiovascular meds, history of hypertension, swollen ankles, uncooperative and unsteady. Low grade fever. Contacted PA, "Urgent" next day visit with PCP ordered. | Deficient | Informaiton provided to PA is inaccurate, fails to state uncoopeartive, unsteady gati. Next day NP visit does not occur. | Potentially | Insufficient care may cause deterioration, ED visits, hosptialization or cardiac arrest. |
| 17 | ▇ | 05/22/24 | Chronic Care | ▇ PA | Chronic Care | Chronic for CAD, multiple other conditionis documented. Exam. VS normal. Labs ordered. Mecds continued. | Deficient | Lab tests in the progress note not performed. Problem list not updated to include history of MI, Diabetes. | | |
| 17 | ▇ | 05/29/24 | Chronic Care | ▇ MD | Chronic Care | Follow up possible cellulitis, Exam shows edema, no infections. Lasix added. Labs reordered | Deficient | No follow up evident to ensure ordered labs are drawn, acted upon | Potentially | Insufficient care may cause deterioration, ED visits, hosptialization or cardiac arrest. |
| 17 | ▇ | 06/03/24 | Sick Call/Clinic Visit PCP | ▇ MD | Access to Care | Exam after purported fall. Review other DX. No evidence of back injury. Meds continued. Go to GP | Appropriate | | | Lab still not done. |
| 17 | ▇ | 07/01/24 | Emergent/Urgent Visit | ▇ RN | Access to Care | Chest pain. Sent to ED | Appropriate | | | |
| 17 | ▇ | 07/02/24 | Specialty Services | ▇ MD | Outside Medical Care/Referrals | Returned from ED. Atypical chest pain, anemia. Has large ventricle, reduced VLEF 33%. Recommends Cardiology consultation | Deficient | No indication in EMR that specialty advice noted or attended to | Potentially | Insufficient care may cause deterioration, ED visits, hosptialization or cardiac arrest. |
| 17 | ▇ | 07/11/24 | Other | ▇ PA | Pharmaceutical Administration | Doses of meds missed, not clearly sequential. PA alerted. | Appropriate | | | |
| 17 | ▇ | 07/17/24 | Chronic Care | ▇ MD | Chronic Care | Visit to address multiple concerns. Exam remarkable trace pedal edema. Health care maintenance issues addressed - FIT screen for colon cancer . Optometry referral. | Deficient | Problem list not updated to include cardiomyopathy. No cardiology consultation as was recommended by ED. | Potentially | Insufficient attention to heart disease make lead to hospitalizations or early death. |
| 17 | ▇ | 07/23/24 | Sick Call/Clinic Visit RN | ▇ RN | Access to Care | Right 4th digit pain, redness. No assessment. No plan | Deficient | Incomplete exam. No treatment provided. Patient care does not comport with protocols or with IP | Adversely | Infection became worse. Patient placed at risk of sepsis, loss of limb. |
| 17 | ▇ | 07/25/24 | Sick Call/Clinic Visit PCP | ▇ PA | Access to Care | Severe infection with parontycia, cellulitis right ring finger. I and D, Rocephin and Bactrim | Appropriate | | | |
| 17 | ▇ | 08/05/24 | Sick Call/Clinic Visit PCP | ▇ MD | Access to Care | Follow up on finger infection. Resolving. X ray ordered to rule out osteo | Appropriate | | | X ray shows no osteomyelitis. |

## Montrey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 9/29/2024
**Facility:** MCJ
**Inmate Name (Last, First):**
**Inmate ID #:**

**Case #:** 17
**Physician Auditor:** B. Barnett
**Review Time Period:** Apr - Sept 2024

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 47.1% |

**Summary:** 60 year old male with history of heart disease, booked with swollen lower extremities and unsteady gait. Uncooperative. Report to on call PA is:  Temp 99.5,  patient gait  "intact," non pitting edema,"no acute distress" and "cooperative."  Ordered remain in MCJ to be seen tomoroow by NP on site.

**Justification:** Patient is not seen timely for possible complications of heart failure, infecton, delirium as manifest by Intake form that stated he was uncooperative, had unsteady gait, low grade fever (temp 99.5) , and lower extremity edema. Clearance by ED was immaterial as no exam or lab documented in the ED report of few words finding patient safe for the jail. Intake orders for urgent next day visit need to be systemically followed fo ensure compliance with order. Patient suffers repeated episodes of chest pain. ED visit finds echocardiogram evidence for heart failure with EF of 37%. Recommendatoin for cardiology not observed or followed by MCJ.  Possible heart failure did not receive timely medical attention. ERMA referral is placed 9/30/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 08/11/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain. No apparent distress.  VS normal. EKG unchanged.  Confer with PA on call.  Dx atypical chest pain. Follow up with PCP next day | Appropriate | | | |
| 17 | | 08/16/24 | Emergent/Urgent Visit | RN | Access to Care | Allergic reaction.  Facial edeama. Eyes nearly swollen shut. Dr. consulted. Rx Diphenhydramine. Tylenol.Bactrim BID | Deficient | Inappropriate triage;  patient needs to be seen by PCP immediately.  Likely reaction to lisinopril. Needs steroids. Stop lisinopril. | Adversely | Patient deteriotes from 1104 to 1657 and is sent to ED. |
| 17 | | 08/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Facial edema. Worse. Sent to ED. Returned with Rx for prednisone. DC Bactrim. DC lisinopril | Appropriate | | | |
| 17 | | 08/28/24 | Initial Health Assessment | RN | Health Care Maintenance | Health appraisal. | Deficient | Not done within 14 days of admission.  Needs cardiology follow up, FIT testing not done as ordered. | Potentially | delayed health inventory may preclude timely lab. |
| 17 | | 08/29/24 | Chronic Care | NP | Chronic Care | 90 DAY CC exam.  Labs pending. Exam unremarkable. | Deficient | Problem list not updated to include cardiomyopathy.  No cardiology consultation as was recommended by ED. | Potentially | Insufficient attention to heart disease make lead to hospitalizations or early death. |
| 17 | | 09/03/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain.  Exam unremarkable. Weogjt 178 up about 5 pounds. EKG unchanged. Confer with Dr. Reassured | Appropriate | | | Recurrent episodes of chest pain, and increased weight consistent with heart failure. Need cardiology consultation.  ERMA referral 9/30/24 |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 17 | | | | | | | | | | |

**Montrey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **9/29/2024**

Facility: **MCJ**

Inmate Name (Last, First): ▮▮▮

Inmate ID #: ▮▮▮

Case #: **17**

Physician Auditor: **B. Barnett**

Review Time Period: **Apr - Sept 2024**

| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 47.1% |

Summary: 60 year old male with history of heart disease, booked with swollen lower extremities and unsteady gait. Uncooperative. Report to on call PA is: Temp 99.5, patient gait "intact," non pitting edema,"no acute distress" and "cooperative." Ordered remain in MCJ to be seen tomoroow by NP on site.

Justification: Patient is not seen timely for possible complications of heart failure, infecton, delirium as manifest by Intake form that stated he was uncooperative, had unsteady gait, low grade fever (temp 99.5) , and lower extremity edema. Clearance by ED was immaterial as no exam or lab documented in the ED report of few words finding patient safe for the jail. Intake orders for urgent next day visit need to be systemically followed fo ensure compliance with order. Patient suffers repeated episodes of chest pain. ED visit finds echocardiogram evidence for heart failure with EF of 37%. Recommendatoin for cardiology not observed or followed by MCJ.  Possible heart failure did not receive timely medical attention. ERMA referral is placed 9/30/24.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |
| 17 | ▮ | | | | | | | | | |

Created 01-2017

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | | |
|---|---|---|---|
| **Date of Review:** 9/29/2024 | | **Case #:** 18 | |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett | |
| **Inmate Name (Last, First):** | | **Review Time Period:** Apr - Sept 2024 | |
| **Inmate ID #:** | | **Overall Case Rating:** Inadequate | |
| | | **Overall Case Percentage Score:** 71.4% | |

**Summary:** 40 year old male booked 5/21/24 with history of bipolar disease,  obesity, and polysubstance abuse and 20 year pack history of smoking cigarettes. He refused STD screening. TB screening has not been done.

**Justification:** Evaluatgion of gross hematuria is so far incomplete.  Patient was not timely provided with adequate patient education to make an an informed decision about immediate workup with cystoscopy.  CT scan of kidneys is standard of care but was not initially offered and not even mentioned.  Care did not meet community standard and does not comply with IP.  Medical director's attention on 9/30/24 addressed this lapse and patient has agreed to CT exam.  Referral in place. Care was  inadequate becasuse of delay of months before ordering CT scan for gross hematuria.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | 05/21/24 | Initial Intake Screening | RN | Intake Screening | Denies medical problems or substance abuse. Refered for next day MH, bipolar. Medical record shows prior polysubstance abuse | Appropriate | | | |
| 18 | | 05/29/24 | Chronic Care | NP | Chronic Care | Review re substance abuse as Chronic disease. Is smoker. Overweight.  Refuses blood tests | Appropriate | | | |
| 18 | | 07/04/24 | Emergent/Urgent Visit | RN | Access to Care | Reports gross blood per urethra.  Sent to ED | Appropriate | | | |
| 18 | | 07/04/24 | Specialty Services | PA | Outside Medical Care/Referrals | ER paper work reviewed. Report states ultrasound finds no hydronephrosis. Normal renal function.  Recommends urology and PCP follow up | Appropriate | | No Effect | Patient seen by urology 7/11/24. States he will follow up when released for cystoscopy. |
| 18 | | 07/22/24 | PCP Diagnostics Review | MD | Access to Care | Patient refuses crucial lab test in refusing follow up for cystoscopy. | Deficient | Progress note is incomplete.  No documented informed consent regarding risk of renal cell cancer and bladder cancer. Problem list is incomplete | Potentially | Renal Cell cancer detected late is often fatal. |
| 18 | | 09/30/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Hematuria, had refused chest X ray to R/o TB and also refused cystocopy for hematuria. Medical history and exam benign. He has agreed to CT exam to rule out renal cell cancer.  Referral placed. | Appropriate | | | |
| 18 | | 09/30/24 | Other | MD | Tuberculosis & Other Infections | No PPD test, no Chest X ray and no QuanfiFeron in EMR | Deficient | Patient needs TB screening | Potentially | at risk for latent or even active TB. |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |

Created 01-2017

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: **9/29/2024** | | Case #: **18** | |
| Facility: **MCJ** | | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): ▮ | | Review Time Period: **Apr - Sept 2024** | |
| Inmate ID #: ▮ | | | |
| | | Overall Case Rating: **Inadequate** | |
| | | Overall Case Percentage Score: **71.4%** | |

Summary: 40 year old male booked 5/21/24 with history of bipolar disease, obesity, and polysubstance abuse and 20 year pack history of smoking cigasrettes. He refused STD screening. TB screening has not been done.

Justification: Evaluatgion of gross hematuria is so far incompplete. Patient was not timely provided with adequate patient education to make an an informed decision about immediate workup with cystoscopy. CT scan of kidneys is standard of care but was not initially offered and not even mentioned. Care did not meet community standard and does not comply with IP. Medical director's attention on 9/30/24 addressed this lapse and patient has agreed to CT exam. Referral in place. Care was inadequate becasuse of delay of months before ordering CT scan for gross hematuria.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 18 | | | | | | | | | | |

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **9/30/2024**
Facility: **MCJ**
Inmate Name (Last, First): ▮▮▮▮▮
Inmate ID #: ▮▮▮▮▮

Case #: **19**
Physician Auditor: **B. Barnett**
Review Time Period: **April - Sept 2024**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **44.4%**

Summary: 53 yo booked 4/25/24, meth abuse,  reported"pooping blood ever day, pain in ribs 5/17/24.  Initial health inventory incomplete. STD testing delayed. Nurse evaluatoin 6/1/24  with no lab, no MD referral. On 6/2/24 patient sent to ED. Anoscopy showed fissures and hemorrhoids.  Treated with steroid suppository.  No PCP review until 6/11/24 documents continued bleeding.  No in-person exam. No lab. No consultation.

Justification: Nurses did not follow protocols.  Recommendations from ED not followed.  Recommended, and necessary colonoscopy was delayed.  Adequate treatment from GI specialist not provided until nearly 4 months after first complaint of rectal bleeding.  MCJ PCP ordered medication known to make GI bleeding worse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | ▮ | 04/25/24 | Initial Intake Screening | ▮ RN | Intake Screening | Homeless, meth abuse reported as lerss than one month.   .  Synthetic monitoring. Medical referral for 5+ days. | Deficient | No Blood sugar measured (writes na). | Potentially | Purpose of required BS testing is to detect complications of drug abuse. |
| 19 | ▮ | 04/26/24 | Other | ▮ RN | Detoxification/Withdrawal | synthetics monitoring | Appropriate | | | |
| 19 | ▮ | 05/01/24 | Initial Health Assessment | ▮ NP | Health Care Maintenance | Initial assessment, not using form.  Poily drug abuse, right ribcage post trauma pain.  Will request imaging records from Hospital visit. | Deficient | Potential infections not considered or screened.  STD not ordered. Problem list not updated. | Potentially | Need to screen for STD. |
| 19 | ▮ | 05/17/24 | Sick Call/Clinic Visit RN | ? | Access to Care | Patient reports heavy rectal bleeding (daily) and rib pain | Deficient | No triage, no exam. | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | ▮ | 06/01/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Pooping blood daily since 5/16. Nurse follows protocol for minor rectal bleed. Nurse orders stool softener for 14 dayss. To see provider if worse or not resolved. | Deficient | Nurse exceeding legal scope of practice.  Not following Nursing Protocols.  History is incomplete. Does not examine rectum for source of bleeding. Need to consult with PCP, get lab, check hematocrit, sed rate. | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | ▮ | 06/02/24 | Sick Call/Clinic Visit PCP | ▮ RN | Access to Care | Returned to cliinic because bleeding worse and pain 8/10. Satees bleeding for 5 weeks. Consult with NP. Sent to ER | Appropriate | | | Protocol form for minor recdtal bleeding used by nurses even when bleeding is considerable. Update should inform nurses to contact PCP for significant, long standing  bleeding. |
| 19 | ▮ | 06/11/24 | Specialty Services | ▮ NP | Outside Medical Care/Referrals | Return from ER reviewed.  Internal hemorrhoids noted.  Differential diagnosis included colitis. Needs colonoscopoy | Deficient | Follow up to specilfy visit was not timely.   ED recommendation for colonoscopy and treatment of possible colitis not acted upon. | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | ▮ | 06/20/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | reports 10/10 back pain for weeks.  VS abnormal. Pulse 110. Limited range of motion. No palpation. Rx Ibuprofen x 5 dys | Deficient | Incomplete assessment. Elevated pulse requires contact to PCP. Severe pain 10/10 requires PCP contact. Ibuprofen contraindicated | Adversely | ibuprofen can make bleeding worse - no inquiry re: rectal bleed. |

Created 01-2017

Monterey County Jail Health Care Monitoring Audit

Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 9/30/2024 | | **Case #:** 19 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▮▮▮ | | **Review Time Period:** April - Sept 2024 |
| **Inmate ID #:** ▮▮▮ | | **Overall Case Rating:** Inadequate |
| | | **Overall Case Percentage Score:** 44.4% |

**Summary:** 53 yo booked 4/25/24, meth abuse,  reported"pooping blood ever day, pain in ribs 5/17/24.  Initial health inventory incomplete.  STD testing delayed.  Nurse evaluatoin 6/1/24  with no lab, no MD referral.  On 6/2/24 patient sent to ED.  Anoscopy showed fissures and hemorrhoids.  Treated with steroid suppository.  No PCP review until 6/11/24 documents continued bleeding.  No in-person exam.  No lab.  No consultation.

**Justification:** Nurses did not follow protocols.  Recommendations from ED not followed.  Recommended, and necessary colonoscopy was delayed.  Adequate treatment from GI specialist not provided until nearly 4 months after first complaint of rectal bleeding.  MCJ PCP ordered medication known to make GI bleeding worse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Add'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | ▮ | 06/26/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Common cold symptoms.  No fever.  Mucinex. | Appropriate | | | No sick call request. Can not determine timeliness of response. |
| 19 | ▮ | 07/03/24 | Sick Call/Clinic Visit PCP | ▮ NP | Access to Care | Rectal bleeding continues. Awating specialty consultation .VS incomplete.  Exam unremarkable.  Plan continue fiber, DSS pending GI consult | Deficient | no BP, no weight.  Exam incomplete. No rectal exam. Inordinate delay for specialty services | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | ▮ | 07/07/24 | Specialty Services | ▮ PA, ▮ MD | Outside Medical Care/Referrals | Review GI consult and instructions for colonoscopy prep. | Deficient | Note is incomplete.No conversation with MD (Colon-rectal surgeon) described.  No recommendtions received or reviewed regarding treatment of bleeding and pain.Patient has not yet seen GI consultant | Adversely | Patient bleeding for weeks before appropriate attention given to serious complaint. |
| 19 | ▮ | 07/15/24 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Return from colonoscopy.  Record is incomplte.  No diagnosis.  Rx for mesalamine 800 tid suggests preliminary diagnosis of colitis is made.  Referred for GI consultation | Appropriate | | | Finally receiving appropriate therapy for a diagnosis. |
| 19 | ▮ | 08/09/24 | Chronic Care | ▮ MD | Chronic Care | Delayd attention to chronic bleed. Review course of care to date, diagnosis of inflammatory bowel diseae On med, feeling better. To see GI MD. Lab ordered | Deficient | Weight recorededd 203.  Not rechecked prior weight 138.  That was bizarre as well, as weight before was 178. | Adversely | Without following weights adequate patient care is compromised. |
| 19 | ▮ | 08/29/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Rib pain, back pain, facial rash, chest rash. Refer to PCP clinic. | Appropriate | | | |
| 19 | ▮ | 08/30/24 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | GI visit scheduled for inflammatory bowel disease. Chronic LBP, seborheic dermatitis. Tinea corporis. Rx. Meloxicam. Triamsinlone, Continue mesalamine | Deficient | Meloxicam is contrainidicated.  Access to care does not meet community standards where treatment provided is known to be hazardous. | Adversely | NSIAD likely makes bleeding worse. GI doc stops this. |
| 19 | ▮ | 09/06/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | dry eyes.  Normal visutal acuity.  Telehealth orders artificial tears. | Appropriate | | | |
| 19 | ▮ | 09/10/24 | Specialty Services | ▮ MD | Outside Medical Care/Referrals | Report from GI consultation - diagnosis enteriris, ulcerative Procto-colitis. Will continue mesalamine, add prednisone, and check with repeat colonscopy. | Appropriate | | | effective care provided nearly 4 mohtns after first compalint of symptoms. 10/8 colonoscopy confirms diagnosis |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **9/30/2024**

Facility: **MCJ**

Inmate Name (Last, First): ▮▮▮▮▮▮▮

Inmate ID #: ▮▮▮▮▮

Case #: **19**

Physician Auditor: **B. Barnett**

Review Time Period: **April - Sept 2024**

Overall Case Rating: **Inadequate**

Overall Case Percentage Score: **44.4%**

Summary: 53 yo booked 4/25/24, meth abuse, reported"pooping blood ever day, pain in ribs 5/17/24. Initial health inventory incomplete. STD testing delayed. Nurse evaluatoin 6/1/24 with no lab, no MD referral. On 6/2/24 patient sent to ED. Anoscopy showed fissures and hemorrhoids. Treated with steroid suppository. No PCP review until 6/11/24 documents continued bleeding. No in-person exam. No lab. No consultation.

Justification: Nurses did not follow protocols. Recommendations from ED not followed. Recommended, and necessary colonoscopy was delayed. Adequate treatment from GI specialist not provided until nearly 4 months after first complaint of rectal bleeding. MCJ PCP ordered medication known to make GI bleeding worse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | ▮▮ | 06/25/24 | Other | ▮▮ MD | Tuberculosis & Other Infections | QuantiFeron negative | Appropriate | | | had refused PPD |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |
| 19 | ▮▮ | | | | | | | | | |

Created 01-2017

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **9/30/2024**
Facility: **MCJ**
Inmate Name (Last, First): ▇▇▇▇▇
Inmate ID #: ▇▇▇▇▇

Case #: **20**
Physician Auditor: **B. Barnett**
Review Time Period: **April - Sept 2024**

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | 84.2% |

**Summary:** 45 yo female with sickle cell disease. Booked 5/1/24. Rerleased 9/21/24. OUD. Followed closely by USCF and received Adekveo infusions on time  Hospitalization occurred for Sickle cell crisis, possibly induced by Covid infection.

**Justification:** Come care departed from Implementation Plan.  Will discuss with MCJ staff:  1) inappropriate recommendation for fiber to treat acute diarrhea.  2) failure to provide physical exam at Chronic Care visit. 3) Hydroxyurea not continued without interruption after admission.  Care was overall in substantial compliance.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | ▇ | 05/01/24 | Initial Intake Screening | ▇ RN | Intake Screening | Multiple meds, for sickle cell, OUD, asthma. COWS GP, and routine med eval.  Meds ordered. | Deficient | Important meds ordered were not continued without interruption upon entry to jail. Hydroxurea not in stock, and not delivered for 3 days. | Potentially | patient put at risk for sickle cell crisis without hydroxyurea. |
| 20 | ▇ | 05/03/24 | Chronic Care | ▇ MD | Chronic Care | Asthma, SC anemia , Polycystic kidney. On hydroxyurea, opiate for pain control. Lab ordered. Next CC 60 DAY | Appropriate | | | |
| 20 | ▇ | 05/09/24 | Other | ▇ MD | Detoxification/Withdrawal | Patient seeking opiates for pain control. Buprenorphine prescribed. Other med continued. | Appropriate | | | |
| 20 | ▇ | 05/13/24 | Sick Call/Clinic Visit PCP | ▇ MD | Access to Care | Nausea following buprenorphine. Reduce dose | Appropriate | | | |
| 20 | ▇ | 05/23/24 | Sick Call/Clinic Visit PCP | ▇ MD | Access to Care | asthma attack and chest pain.  No wheezing. Atypical chest pain. Rx Tramadol. Review labs at next visit. | Appropriate | | | |
| 20 | ▇ | 05/30/24 | Initial Health Assessment | ▇ RN | Health Care Maintenance | Initial health inventory is overdue, but uses forms. History and med reviewed. | Appropriate | | | Credit for timely CC exam |
| 20 | ▇ | 06/04/24 | Sick Call/Clinic Visit RN | ▇ RN | Access to Care | Acute diarrhea.  Negative exam.  Rx Loperamide, push fluids, increase fiber | Deficient | Increased fiber is wrong way to treat acute diarrhea. OK for chronic..  Knowledge deficit. | Potentially | watery stools need control, if not dehydraton can accentuate SC crisis. |
| 20 | ▇ | 06/10/24 | Chronic Care | ▇ MD | Chronic Care | Follow up. Stable To see Hematology in Children's | Appropriate | | | |
| 20 | ▇ | 06/12/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Received infusion to prevent SC crisis. Adekveo required monthly. | Appropriate | | | |
| 20 | ▇ | 06/25/24 | Chronic Care | ▇ NP | Chronic Care | Hisory reviewed.  Exam performed by telehealth. | Deficient | no direct physical exam.  Lungs not ausculated. Abdomen not palpated. | Potentially | Asthma, spenic infarct, bone pain not assessed. |
| 20 | ▇ | 07/05/24 | Specialty Services | ▇ MD | Outside Medical Care/Referrals | Sent to ER for severe pain left arm. Returned to jail after negative workup. | Appropriate | | | |
| 20 | ▇ | 07/11/24 | Chronic Care | ▇ MD | Chronic Care | Reviewed conditions and meds, stable.  Scheduled for infusion 7/19/24 | Appropriate | | | |
| 20 | ▇ | 07/19/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Monthly infusion. Lab.  Stable.  Recommends next infusion 8/16. | Appropriate | | | |
| 20 | ▇ | 07/24/24 | Specialty Services | ▇ | Outside Medical Care/Referrals | Sent to ER for severe pain face, migraine.  Possible sinusitis.  Admitted for 15 days to treat  sickle cell crisis and acute Covid infection. | Appropriate | | | |

Created 01-2017

**Physician Auditor's Clinical Case Review Worksheet**

| 20 | ■ | 08/16/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Received infusion to prevent SC crisis. Adekveo required monthly. | Appropriate | | | |
| 20 | ■ | 08/26/24 | Chronic Care | ■ MD | Chronic Care | Follow up for chronic diseases. Complains of sinus headache. Exam: boggy nasal mucosa, Diagnose sinusitis. Rx Bactriim | Appropriate | | | aggressive antibiotic may be warranted in sickle cell. But probably not sinusitis. |
| 20 | ■ | 09/13/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Received infusion to prevent SC crisis. Adekveo required monthly. | Appropriate | | | |
| 20 | ■ | 05/09/24 | PCP Diagnostics Review | ■ MD | Tuberculosis & Other Infections | Quantiferon done within one week of admission, negative. | Appropriate | | | |
| 20 | ■ | 09/19/24 | Sick Call/Clinic Visit RN | ■ RN | Access to Care | Hip and leg pain.Toradol helps in past. ■ orders once dose Toradol and PCP follow up. | Appropriate | | N/A | Kertrolac should be used in emergency only, with caution. Patient has normal kidneys. |
| 20 | ■ | 09/21/24 | Other | ? | Continuity of Care After Release | Patient released | Appropriate | No evident instructions or continued prescriptions in EMR. But 30 days of meds prescribed, and ongoing care at UCSF is evident in the medical record. | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |
| 20 | ■ | | | | | | | | | |

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: | **10/1/2024** | |
| Facility: | **MCJ** | |
| Inmate Name (Last, First): | | |
| Inmate ID #: | | |

| | | |
|---|---|---|
| Case #: | **21** | |
| Physician Auditor: | **B. Barnett** | |
| Review Time Period: | **Apr - Sept 2024** | |

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | **81.0%** |

**Summary:** 49 yo female adfmitted March 19, 2024.  Diagnoses include obesity, cardiomyopathy, OUD, hypertension, diabets, asthma, chronic pain. Adjustment disorder, Anxiety, depression.

**Justification:** Early delays in Chronic care with MD oversight but ultimately specialty care leads to improved heart function.  Frequent visits and team meetings address patient's conditions. I will share my concerns regarding use of NSAID  and pushing hydration in CHF, and also Metformin plus Jardiance.  Care is overall complaint with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | 04/05/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return from cardiology for review of LVEF 20%. Also NIDDM, HTN, ASTHMA,. Lab pending | Appropriate | | | |
| 21 | | 04/09/24 | Chronic Care | PA; MD | Chronic Care | Review of labs.  HbA1c 6.3.  Add Metformin 100mg daily in addition to Jardiance. | Appropriate | | Potentially | Adverse side effects from unnecessary  Metformin is avoidable. HbA1c is at target. Rx is excessive |
| 21 | | 04/15/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Complains of low back pain, GERD symptoms.  Rx prilosec.  Check old records | Appropriate | | | |
| 21 | | 04/24/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain. Exam normal. EKG borderline. Assess atypical chest pain per Nurse protocol | Appropriate | | | |
| 21 | | 04/29/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Burning feet. Exam unremarkalbe. Dx diabetic neuropathy diagnosed prior.  Plan to see cardioogy and endocrinoology upon release this week | Appropriate | | | |
| 21 | | 05/07/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Swollen legs for 4 days. LE edema, No signs of SOB grossly. VS:  No weight.  Otherwise unremarkalbe. Called MD provider ___ Lasix now and folow up with provider. | Deficient | Obtaining patient weight when CHF is at issue, and Lasic ordded is necessry vital sign measurement. | Potentially | Unalbe to assess and treat CHF adequately wihtout monitoring weights. |
| 21 | | 05/13/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Called by patient to care for symptoms. Angry, demanding.  VS - weiht 210  (? Up 4 lbs) Reviewed conditions - DM, CHF, pending labs still not done.  CHF.  Ordered. Clinically stable. Continue Lasix. | Deficient | Provider exam for acute deterioration of CHF is delayed.  Should have been days sooner.  Labs inexplicably not performed, re ordered. | Adversely | Increased weight suggests deteriorated CHF |
| 21 | | 05/15/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from PT. Instructions reviewed | Appropriate | | | |
| 21 | | 05/28/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | Wants gabapentin for chronic pain. Exam shows no red flags.  Pedal edema reduced. Meds adjusted. | Appropriate | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 10/1/2024
**Facility:** MCJ
**Inmate Name (Last, First):** ▮▮▮▮▮
**Inmate ID #:** ▮▮▮▮▮

**Case #:** 21
**Physician Auditor:** B. Barnett
**Review Time Period:** Apr - Sept 2024

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 81.0% |

**Summary:** 49 yo female adfmitted March 19, 2024.  Diagnoses include obesity, cardiomyopathy, OUD, hypertension, diabetes, asthma, chronic pain. Adjustment disorder, Anxiety, depression.

**Justification:** Early delays in Chronic care with MD oversight but ultimately specialty care leads to improved heart function.  Frequent visits and team meetings address patient's conditions. I will share my concerns regarding use of NSAID  and pushing hydration in CHF, and also Metformin plus Jardiance.  Care is overall complaint with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | ▮ | 06/18/24 | Chronic Care | ▮ MD | Chronic Care | Patient followed for recurrent swelling lower extremities, chronic pain.  Weight 222. Exam otherwise negative. Plan - INCREASE Meloxicam 7.5 bid, Cymbalta, Increase fursemide 80 mg BID. | Deficient | Insufficient chronic care treatment plan, use of meloxicam at higher doess in CHF contrarry to best practices. Should confer with Dr.▮ cardiology. | Potentially | No lab yet, no lytes to verfiy safety with lasix. Stocck recommendation written "150 minutes exercise per week....7-8 glasses of water each day" are wrong. |
| 21 | ▮ | 06/25/24 | Specialty Services | ▮ DO | Outside Medical Care/Referrals | Weight has gone alarmingly. Specialist recommends closer follow up by PCP to ensure meds are in line with his recommendations. Echocardiogram recommended. | Appropriate | | | |
| 21 | ▮ | 07/03/24 | Chronic Care | ▮ MD | Chronic Care | Recommendatons followed.  Patient BP, weight improved.  Echo pending | Appropriate | | | |
| 21 | ▮ | 08/14/24 | Specialty Services | ▮ PA | Outside Medical Care/Referrals | Echo done 8/12/24 not reported. Patient informed heart failure with reduced ejection fraction. Advises diet, hygiene, hydration | Deficient | Echo is not reported until 8/27/24.  Advive given to patient is inaccurate.  In fact, she is much improved. Hydration is overstressed. | Potentially | Patient shoujld be concerned about excess fluid intake.  PA oversight not evident. |
| 21 | ▮ | 08/16/24 | Chronic Care | ▮ NP | Chronic Care | Review condition, exam. Stable | Appropriate | | | |
| 21 | ▮ | 08/22/24 | Chronic Care | ▮ MD | Chronic Care | Review XR, echo results. L shoulder strain. | Appropriate | | | |
| 21 | ▮ | 08/27/24 | Chronic Care | ▮ MD | Chronic Care | Review asthma, chronic pain, chf.  Heart funciton improved. Shoulder pain.  Patient argumentative. Advised weight gain is likely over eating and not water. | Appropriate | | | |
| 21 | ▮ | 08/29/24 | Chronic Care | ▮ MD | Chronic Care | Team meeting with patient | Appropriate | | | |
| 21 | ▮ | 09/11/24 | Chronic Care | ▮ MD | Chronic Care | numbereous complians.  Exam negative. Shoulder sprain. Patient educated. Med adjusted. | Appropriate | | | |
| 21 | ▮ | 09/18/24 | Other | ▮ RN | Health Care Maintenance | Delayed health care inventory.  Patient complains about night sweats. Chronic pain. Continue chronic care with PCP | Appropriate | | | Marked dely in exam that was due two weeks after Intake. But credit given for multiple CC visits. |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **10/1/2024**

Facility: **MCJ**

Inmate Name (Last, First): ▉

Inmate ID #: ▉

Case #: **21**

Physician Auditor: **B. Barnett**

Review Time Period: **Apr - Sept 2024**

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | 81.0% |

**Summary:** 49 yo female adfmitted March 19, 2024.  Diagnoses include obesity, cardiomyopathy, OUD, hypertension, diabetes, asthma, chronic pain. Adjustment disorder, Anxiety, depression.

**Justification:** Early delays in Chronic care with MD oversight but ultimately specialty care leads to improved heart function.  Frequent visits and team meetings address patient's conditions. I will share my concerns regarding use of NSAID  and pushing hydration in CHF, and also Metformin plus Jardiance.  Care is overall complaint with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | ▉ | 09/24/24 | Chronic Care | ▉ MD | Chronic Care | Exam, lab reviewed re:  shoulder pain,night sweats. Not in menopause.  Lidocaine patch helpful. Imaging studies for shulder, CT chest and abdomen ordered | Appropriate | | | patient symptoms probably related to Anxiety, somatoform disoder.  Frequent visits are appropriate |
| 21 | ▉ | 03/27/24 | RN Diagnostic Services | ▉ RN | Tuberculosis & Other Infections | PPD negative within 7 days of admision | Appropriate | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |
| 21 | ▉ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| **Date of Review:** 10/8/2024 | |
| **Facility:** MCJ | **Case #:** 22 |
| **Inmate Name (Last, First):** ▆▆▆ | **Physician Auditor:** B. Barnett |
| **Inmate ID #:** ▆▆▆ | **Review Time Period:** Apr - Sept 2024 |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 50.0% |

**Summary:** 43 yo male insulin dependent diabetic since early adult. High BS on admission 8/30, uncertain insulin dose administered. Admitted to ED for hyperglycemia 9/2/24 before CC visit. Care complicated by severe mental illness detected after admission. (Reported by patient's mother).

**Justification:** Delayed CC visit. Poor documentation of insulin. Very poor control of diabetes. Eyes and feet not examined. Insufficient MD oversight and insulin adjustment. Possibly needs endocrinology consultation.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ▆ | 08/30/24 | Initial Intake Screening | ▆▆ RN | Intake Screening | Insuline dependent diabetic. BS 381. PA called for orders. Also hypertension. Redness around ankle. On call PCP contacted. Orders Insulin. | Appropriate | | Adversely | Order for 1 unit insulin (probably errant entry); Chronic care ordered for 5+ days. Patient may have been acutely deteriorated, with possible cellulitis or fracture from Charcot foot and needs immediate or urgent MD Patient sent to ED on 9/2/24 before chronic care. |
| 22 | ▆ | 09/02/24 | Specialty Services | ▆▆ RN | Outside Medical Care/Referrals | Report from ER. Monitor glucose more often | Appropriate | | | |
| 22 | ▆ | 09/03/24 | Chronic Care | ▆ MD | Chronic Care | CC exam requested at Intake. Hx and physical documented. Lab ordered | Deficient | PL not updated.No eye exam, no foot exam. | | Problem list not updated |
| 22 | ▆ | 09/01/24 | Other | ▆ RN | Tuberculosis & Other Infections | reported negative | Appropriate | | | should record mm finding |
| 22 | ▆ | 09/20/24 | Other | ▆ NP | Health Care Maintenance | Vist 22 days after Intake to manage DM, seems brittle. Reduce NPH. | Deficient | No lab reported from tests ordered 9/3/24. Needs STD screening. | Potentially | at risk for STD |
| 22 | ▆ | 09/26/24 | Sick Call/Clinic Visit RN | ▆▆ RN | Access to Care | BS 518. Insulin given. | Deficient | Blood sugars 460, 600 days before. Very poor control. Needs referral to MD for urgent care. | Potentially | poor DM control puts patient at risk for complications. |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 22 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **10/8/2024**
Facility: **MCJ**
Inmate Name (Last, First): ■
Inmate ID #: ■

Case #: **22**
Physician Auditor: **B. Barnett**
Review Time Period: **Apr - Sept 2024**

| | |
|---|---|
| Overall Case Rating: | **Inadequate** |
| Overall Case Percentage Score: | **50.0%** |

Summary: **43 yo male insulin dependent diabetic since early adult. High BS on admission 8/30, uncertain insulin dose administered.  Admitted to ED for hyperglycemia 9/2/24 before CC visit.  Care complicated by severe mental illness detected after admission. (Reported by patient's mother).**

Justification: **Delayed CC visit.  Poor documentation of insulin.  Very poor control of diabetes.  Eyes and feet not examined.   Insufficient MD oversight and insulin adjustment.  Possibly needs endocrinology consultation.**

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |
| 22 | ■ | | | | | | | | | |

Monterey County Jail Health Care Monitoring Audit

Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: | 10/10/2024 |
| Facility: | MCJ |
| Inmate Name (Last, First): | ▇▇▇▇ |
| Inmate ID #: | ▇▇▇▇ |

| | |
|---|---|
| Case #: | 23 |
| Physician Auditor: | B. Barnett |
| Review Time Period: | April - Oct |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 33.3% |

**Summary:** 39 yo male with HIV followed by Aids clinic, doing well with weight gain and low or no viral load. STD testing has not been performed. Results of lab from outside and outside progress notes were not placed timely in the EMR. There are no outside notes, but the labs show evidence of Syphilis possibly treated incompletely in past or not treated.

**Justification:** No comments or actions have been taken regarding Syphilis. Patient has not been given anti HIV meds for last three days due to med purportedly out of stock.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | ▇ | 04/12/24 | Initial Health Assessment | ▇▇ RN | Health Care Maintenance | 14 dayhealth inventory for admission in October 2023. (delayed). Patient refused to be seen. Has CC exam and Labs in EMR from 2/27/24. | Deficient | inordinate delay for 14 day exam. STD screening not done. | No Effect | Chronic care exams have been performed. STD screening crucial for HIV patient. |
| 23 | ▇ | 06/04/24 | Chronic Care | ▇▇ NP | Chronic Care | VS normal. Exam by gross visual inspecton is not remarkable. | Appropriate | | | In person exam should occur as well. |
| 23 | ▇ | 08/12/24 | Chronic Care | ▇▇ NP | Chronic Care | VS normal. Exam by gross visual inspecton is not remarkable. | Appropriate | | | |
| 23 | ▇ | 09/09/24 | Specialty Services | ▇▇ RN | Outside Medical Care/Referrals | Patient returned from specialty visit for HIV. Lab reports include 1:4 TITER for RPR. | Deficient | full report from specialist not in EMR. Lab done is not reported until 10/4/24 that shows Syphilis (incompletely treated or new?) is not reviewed at MCJ. | Adversely | patient may have untreaetd syphilis. Will contact medical director. |
| 23 | ▇ | 10/03/24 | Other | ▇▇ MD | Health Care Maintenance | Annual physical. Exam unremarable. Next visit one year. | Deficient | Lab requested, but not followed or acted upon. RPR titer is 1:4. No plan for this findings. | Adversely | may have untreated syphilis. |
| 23 | ▇ | 10/07/24 | Other | ▇▇ MD | Pharmaceutical Administration | anti HIV meds not administered October 7-9 | Deficient | three doses missing in a row, purportedly not in stock | Adversely | increases risk of resistance, med failure. |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |
| 23 | ▇ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | |
|---|---|
| Date of Review: **10/10/2024** | |
| Facility: **MCJ** | Case #: **23** |
| Inmate Name (Last, First): | Physician Auditor: **B. Barnett** |
| Inmate ID #: | Review Time Period: **April - Oct** |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | **33.3%** |

**Summary:** 39 yo male with HIV followed by Aids clinic, doing well with weight gain and low or no viral load.  STD testing has not been performed.  Results of lab from outside and outside progress notes were not placed timely in the EMR.  There are no outside notes, but the labs show evidence of Syphilis possibly treated incompletely in past or not treated.

**Justification:** No comments or actions have been taken regarding Syphilis. Patient has not been given anti HIV meds for last three days due to med purportedly out of stock.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 23 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 10/10/2024 | **Case #:** 24 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▆▆ | **Review Time Period:** Apr - Oct 2024 |
| **Inmate ID #:** ▆▆ | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 75.0% |

**Summary:** 68 yo male with chronic pain, bipolar, past suicide attempts.  Smoker.  Chronic care orders lab.  Health care maintenance exam is delayed.  Needs AAA screening.

**Justification:** Intake should have referred for urgent MH evaluation.  Patinet has chroinc pain syndrome and drug seeking. MCJ care includes medications, and PT. At nurse sick call ibuprofen inappropriately dispensed while patient was taking Meloxiam.I  Medical oversight is monitoring medications.  Health care maintenance for lung cancer, other smoking complications, such as AAA are pending. Shoulder pain is treated with PT.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ▆ | 08/23/24 | Initial Intake Screening | ▆ RN | Intake Screening | No medical problems reported. Has history bipolar, now off meds, and suicide attempt, MH issues. STD panel ordered. | Deficient | Form states that Yes answer to "attempted suicide in past" directs RN to "refer to MH urgently."  No referrals noted in the Intake form. | Potentially | at risk for suicide |
| 24 | ▆ | 08/29/24 | Chronic Care | ▆ NP | Chronic Care | Reported COPD, chronic neck pain. Jock itch. Edentulous, dental visit pending. STD pending. Other labs ordered. | Appropriate | | | Patient described looks like diferent person than on intake. |
| 24 | ▆ | 09/01/24 | Other | ▆ PA | Tuberculosis & Other Infections | History of treatment for LTBI 1991.  Cxr repeaed negative. QuantiFeron test pendding. | Appropriate | | | Will remain positive after treatment. Follow symptoms. |
| 24 | ▆ | 09/10/24 | Sick Call/Clinic Visit PCP | ▆ PA | Access to Care | Gastric pain, Wants med. Exam normal except for mild rhonci (history of COPD).  Discourage NSAID. Lab | Appropriate | | | |
| 24 | ▆ | 09/14/24 | Sick Call/Clinic Visit RN | ▆ RN | Access to Care | Bak pain after fall, history of chornic back pain.  On Meloxicam.  Ibuprofen prescribed in addition to meloxicam. Onsite provider in three days | Deficient | EMR shows prior PA exam recommenda agains ibuprofen.  Contraindicated with meloxicam and history of Gastric disrress | Potentially | excess NSAID can induce ulcer. Unclear if ordered by Dr. ▆▆ after incomplete hisotory from nurse.  Discoontinued on 9/18 |
| 24 | ▆ | 09/17/24 | Chronic Care | ▆ MD | Chronic Care | Chroinc back pain; copd, Smoker x 50 yr. HCV. Lab ordered.  Possible CT chest. Naprosyn for back pain.  And Robaxin. | Appropriate | | | Best practices disfavor Robaxin in elderly, and NSAID because of heart risk and GI side effects.  AAA screening due. Labs reviewed 9/25/24 show Hep B and C immunity. |
| 24 | ▆ | 09/25/24 | Sick Call/Clinic Visit RN | ▆ RN | Access to Care | Back pain, diffiutly urinating. Rash. Calls PCP for orders. | Appropriate | | | |
| 24 | ▆ | 10/09/24 | Sick Call/Clinic Visit PCP | ▆ MD | Access to Care | Hesitancy, dribbling. Neck pain. Shoullder pain. Discourage unnecessary meds, muscle rub. Ordered PT. PSA education.  Continue Flomax one a day. | Appropriate | | | patient appears to be drug seeking. |
| 24 | ▆ | | | | | | | | | |
| 24 | ▆ | | | | | | | | | |
| 24 | ▆ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | 10/10/2024 | Case #: | 24 |
| Facility: | MCJ | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | █████ | Review Time Period: | Apr - Oct 2024 |
| Inmate ID #: | | | |

| Overall Case Rating: | Adequate |
|---|---|
| Overall Case Percentage Score: | 75.0% |

Summary: 68 yo male with chronic pain, bipolar, past suicide attempts.  Smoker.  Chronic care orders lab.  Health care maintenance exam is delayed.  Needs AAA screening.

Justification: Intake should have referred for urgent MH evaluation.  Patinet has chroinc pain syndrome and drug seeking. MCJ care includes medications, and PT. At nurse sick call ibuprofen inapproprialely dispensed while patient was taking Meloxiam.I  Medical oversight is monitoring medications.  Health care maintenance for lung cancer, other smoking complications, such as AAA are pending. Shoulder pain is treated with PT.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |
| 24 | █ | | | | | | | | | |

Physician Auditor's Clinical Case Review Worksheet

Date of Review: **10/10/2024**
Facility: **MCJ**
Inmate Name (Last, First): ▮
Inmate ID #:

Case #: **24**
Physician Auditor: **B. Barnett**
Review Time Period: **Apr - Oct 2024**

| Overall Case Rating: | Adequate |
|---|---|
| **Overall Case Percentage Score:** | **75.0%** |

Summary: 68 yo male with chronic pain, bipolar, past suicide attempts.  Smoker.  Chronic care orders lab.  Health care maintenance exam is delayed.  Needs AAA screening.

Justification: Intake should have referred for urgent MH evaluation.  Patinet has chroinc pain syndrome and drug seeking. MCJ care includes medications, and PT. At nurse sick call ibuprofen inapproprialey dispensed while patient was taking Meloxiam.I  Medical oversight is monitoring medications.  Health care maintenance for lung cancer, other smoking complications, such as AAA are pending. Shoulder pain is treated with PT.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ▮ | | | | | | | | | |
| 24 | | | | | | | | | | |

**Date of Review:** 10/10/2024
**Facility:** MCJ
**Inmate Name (Last, First):** ▮▮▮▮▮
**Inmate ID #:** ▮▮▮▮▮

**Case #:** 25
**Physician Auditor:** B. Barnett
**Review Time Period:** Apr - Oct 2024

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 50.0%

**Summary:** 42 YO MALE admitted 7/7/22. Hypertension. Diabetes. Has complained about visual loss and shoulder pain. Patient sustains injury 5/1/24. X ray not obtained promptly, shows fracture. Delayed immobilization. Urgent ortho referral requested.

**Justification:** PT was delayed for shoulder provided for diagnosis of adhesive capsulitis. Prednisone was inappropriate and complicated control of diabetes and hypertension. X ray to show healing of foot fracture not done. No orthopedic consultation obtained. Chronic care exam was incomplete. Weight was not measured. Foot fracture was not assessed or treated. Problem list was incomplete.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | ▮▮ | 05/01/24 | Sick Call/Clinic Visit PCP | ▮▮ NP | Access to Care | Left shoulder pain persistent. MRI. Limps. Also after volley ball injury yesterday, swelling and bruising of left foot. Exam shows limited ROM of left shoulder and pain left anterior shoulder. Edema and bruising lateral aspect of left foot. Limps. X ray of left foot orteder. Motrin. Review 1 week. Motrin 600 bid and Prednisone 40 daily for 5 days. | Deficient | X ray left foot and knee ordered with folloow up in 1 week inappropriate. Ankle needs immediate immobilization pending X ray asap because Ottawa rules predict high probability of fracture. There is no role for oral prednisone, especially in patient with diabetes and hypertension , | Adversely | Fracture pain not ameliorated, and risk of non union increased. Risk of worsening diabetes, hypertension from prednisone. |
| 25 | ▮▮ | 05/06/24 | Specialty Services | ▮▮ PA | Outside Medical Care/Referrals | 5/4/24 X ray shows acute fracture. | Deficient | X ray ordered 5/1/24 was not done until 5/4/24. The detected fracture was not addressed for 48 hrs. | Adversely | pain for 2 days. Possible worsening risk for non union. |
| 25 | ▮▮ | 05/08/24 | Sick Call/Clinic Visit PCP | ▮▮ NP | Access to Care | Follow up for tendontis, fracture foot. Also adhesive capsulitis of shoulder, knee strain. Ortho shoe, ortho referral high priority., Ibuprofen. Return sick call 10 days. | Appropriate | | | |
| 25 | ▮▮ | 05/20/24 | Sick Call/Clinic Visit PCP | ▮▮ PA | Access to Care | Review snellen re: need for glasses. Last changed 2 years ago. Refer | Appropriate | | | |
| 25 | ▮▮ | 05/20/24 | Specialty Services | ▮▮ NP | Outside Medical Care/Referrals | Left foot fracture. Using orthopedic foot suport. X ray of knee reviewed 5/15/24 normal. | Deficient | Ortrhopedic exam was supposed to be expedited. Not done yet. | Adversely | delay in orthopedic service risks non union of foot fracture. |
| 25 | ▮▮ | 06/04/24 | Chronic Care | ▮▮ NP | Chronic Care | 90 day CC visit for HTN, DM, Hyperlipidemia, low vit D. Optometry scheduled. | Deficient | Physical exam not done. No report regarding Foot fracture. | Adversely | delay in orthopedic service risks non union of foot fracture. |
| 25 | ▮▮ | 06/18/24 | Specialty Services | ▮▮ RN | Outside Medical Care/Referrals | Return from optometry. Recommendds annual dialted exam re: DM. | Appropriate | | | Also seen by MD 6/21. Needs exam in 2-3 months re: family hx glaucoma. |
| 25 | ▮▮ | 06/21/24 | Specialty Services | ▮▮ RN | Outside Medical Care/Referrals | return from PT. Scheduled for further sessions. Advice re: joint rest | Appropriate | | | |

Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: **10/10/2024** | Case #: **25** |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** |
| Inmate Name (Last, First): ▮ | Review Time Period: **Apr - Oct 2024** |
| Inmate ID #: ▮ | |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | 50.0% |

**Summary:** 42 YO MALE admitted 7/7/22. Hypertension. Diabetes. Has complained about visual loss and shoulder pain. Patient sustains injury 5/1/24. X ray not obtained promptly, shows fracture. Delayed immobilization. Urgent ortho referral requested.

**Justification:** PT was delayed for shoulder provided for diagnosis of adhesive capsulitis. Prednisone was inappropriate and complicated control of diabetes and hypertension. X ray to show healing of foot fracture not done. No orthopedic consultation obtained. Chronic care exam was incomplete. Weight was not measured. Foot fracture was not assessed or treated. Problem list was incomplete.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | ▮ | 08/22/24 | Chronic Care | ▮ MD | Chronic Care | HTN, DM. Referred also for infection left elbow. Start on doxycyclinel | Deficient | No weight. (required for CC); no description of foot fracture, healing. | Potentially | Possible non union of foot fracture without ortho eval,X ray evidence of healing. X ray on 5/18/24 suggests foot fracture healed without complication. |
| 25 | ▮ | 10/08/24 | Sick Call/Clinic Visit PCP | ▮ np | Access to Care | patient educaton regarding need for opthalmology evaluation. Continue current therapy for shoulder. | Appropriate | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 25 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **10/10/2024**
Facility: **MCJ**
Inmate Name (Last, First): ██████
Inmate ID #: 

Case #: **25**
Physician Auditor: **B. Barnett**
Review Time Period: **Apr - Oct 2024**

| Overall Case Rating: | Inadequate |
|---|---|
| Overall Case Percentage Score: | **50.0%** |

Summary: **42 YO MALE admitted 7/7/22. Hypertension. Diabetes. Has complained about visual loss and shoulder pain. Patient sustains injury 5/1/24. X ray not obtained promptly, shows fracture. Delayed immobilization. Urgent ortho referral requested.**

Justification: **PT was delayed for shoulder provided for diagnosis of adhesive capsulitis. Prednisone was inappropriate and complicated control of diabetes and hypertension. X ray to show healing of foot fracture not done. No orthopedic consultation obtained. Chronic care exam was incomplete. Weight was not measured. Foot fracture was not assessed or treated. Problem list was incomplete.**

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |
| 25 | ██ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

| | | |
|---|---|---|
| **Date of Review:** 10/21/2024 | | **Case #:** 26 |
| **Facility:** MCJ | | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▇▇▇ | | **Review Time Period:** April - Sept 2024 |
| **Inmate ID #:** ▇▇▇ | | |

| | |
|---|---|
| **Overall Case Rating:** | Inadequate |
| **Overall Case Percentage Score:** | 44.4% |

**Summary:** 33 yo male admitted to MCJ ▇▇▇, diagnoses include.  Urinary urgency,  frequency  unexplained. Patient treated by MH for anxiety. PTSD.

**Justification:** Patient residing in MCJ for three years has not undergone full physical and updating of lab, STD screening, or TB screening.  Persistent urinary tract symptoms and multiple vague complaints of chest discomfort, palpitations, breathing difficulties strongly suggest MH issues that should be followed in chronic care with treatment plan.  Access to care for complaint of groin rash is not provided timely or followed in chronic care visits.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | ▇ | 04/01/24 | Sick Call/Clinic Visit PCP | ▇ MD | Access to Care | Persistent vague urinary tract complaints.  Wants to see urologist (different one).  Dx LUTS.  Urology, non emergent | Appropriate | | | |
| 26 | ▇ | 04/10/24 | Sick Call/Clinic Visit PCP | ▇ NP | Access to Care | Follow up after EKG For palpitations.  EKG normal.  Reassured.  Advised to address anxiety with MH | Appropriate | | | |
| 26 | ▇ | 05/20/24 | Sick Call/Clinic Visit PCP | ▇ PA | Access to Care | Complains of weak urinary flow.  Chest problems - heart slow, EKG not revealing. "Can't breathe."  Exam normal. Omeprazole for possible heartburn. | Appropriate | | | |
| 26 | ▇ | 05/20/24 | Other | ▇ PA | Health Care Maintenance | Annual physical is due.  Last performed 5/15/22. | Deficient | Overdue annual physical | Adversely | Patient needs treatment plan integrated with MH for severe anxiety. |
| 26 | ▇ | 07/23/24 | Chronic Care | ▇ MD | Chronic Care | Review of heartburn symptoms.  Exam negative.  Rx. Pantoprazole, life style advice. | Deficient | Patient has not been fully examined for more than a few years.  Chronic care is incomplete.  No annual lab.  No STD testing. TB testing not repeated annually | Potentially | possible STD, TB not detected. Lab not updated. |
| 26 | ▇ | 08/20/24 | Specialty Services | ▇ PA | Outside Medical Care/Referrals | Urology visit reviewed.  Follow up procedures scheduled. | Deficient | Note returned from urologist with patient is incomplete. | Potentially | Unclear basis for diagnosis or differential diagnosis.  Rash in groin not addressed.  No outreach to obtain full note. |
| 26 | ▇ | 09/16/24 | Sick Call/Clinic Visit PCP | ▇ PA | Access to Care | Complaint issued 8/13/24 re groin rash. Patient refuses visit. | Deficient | Complaint documented 8/13/24.  No face to face visit scheduled until 9/16/24.  No follow up with patient after refusal. | Potentially | possible untreated skin disease. |
| 26 | ▇ | 09/23/24 | Chronic Care | ▇ NP | Chronic Care | 60 day CC follow up. GERD, LUTS. | Deficient | Old records not reviewed. No attention to prior complaints of skin rash, chest and breathing difficulties. Lab not ordered. TB not up to date | Potentially | possible STD, TB not detected. Lab not updated. |
| 26 | ▇ | 09/30/24 | Specialty Services | ▇ RN | Outside Medical Care/Referrals | Returne from optometry.  Full notes provided.  Glasses ordered. | Appropriate | | | |
| 26 | ▇ | | | | | | | | | |
| 26 | ▇ | | | | | | | | | |
| 26 | ▇ | | | | | | | | | |

Monterey County Jail Health Care Monitoring Audit

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **10/21/2024**
Facility: **MCJ**
Inmate Name (Last, First): ▮▮▮▮
Inmate ID #: ▮▮▮▮

Case #: **26**
Physician Auditor: **B. Barnett**
Review Time Period: **April - Sept 2024**

Overall Case Rating: **Inadequate**
Overall Case Percentage Score: **44.4%**

Summary: **33 yo male admitted to MCJ 5/19/21, diagnoses include.  Urinary urgency,  frequency  unexplained. Patient treated by MH for anxiety. PTSD.**

Justification: Patient resideing in MCJ for three years has not undergone full physical and updating of lab, STD screening, or TB screening.  Persistent urinary tract symptoms and multiple vague complaints of chest discomfort, palpitations, breathing difficulties strongly suggest MH issues that should be followed in chronic care with treatment plan.  Access to care for complaint of groin rash is not provided timely or followed in chronic care visits.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 26 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| Date of Review: **10/21/2024** | |
| Facility: **MCJ** | Case #: 26 |
| Inmate Name (Last, First): ▮▮▮ | Physician Auditor: **B. Barnett** |
| Inmate ID #: ▮▮▮ | Review Time Period: **April - Sept 2024** |

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | **44.4%** |

**Summary:** 33 yo male admitted to MCJ 5/19/21, diagnoses include.  Urinary urgency,  frequency  unexplained. Patient treated by MH for anxiety. PTSD.

**Justification:** Patient resideing in MCJ for three years has not undergone full physical and updating of lab, STD screening, or TB screening.  Persistent urinary tract symptoms and multiple vague complaints of chest discomfort, palpitations, breathing difficulties strongly suggest MH issues that should be followed in chronic care with treatment plan.  Access to care for complaint of groin rash is not provided timely or followed in chronic care visits.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | ▮▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit

### Physician Auditor's Clinical Case Review Worksheet

| | |
|---|---|
| **Date of Review:** 10/21/2024 | **Case #:** 27 |
| **Facility:** MCJ | **Physician Auditor:** B. Barnett |
| **Inmate Name (Last, First):** ▇▇▇ | **Review Time Period:** Apr - Oct 2024 |
| **Inmate ID #:** ▇▇▇ | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | 83.3% |

**Summary:** 44 year old booked 4/5/24 with unremarkable intake exam and history. Reported nausea, vomiting, abdominal pain with 3 days worse on 5/14/24. Sent to ER for laparoscopic appendectomy, IV antibiotics. 3 days in hospital, returned to jail with no complications.

**Justification:** Timely diagnosis of appedicitis, and successful intervention. Health inventory, STD screen and test for TB delayed. Care is overall substantially compliant with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ▇ | 04/05/24 | Initial Intake Screening | ▇ RN | Intake Screening | 44 yo male with no medical or MH issues, no referral needed. Housed in GP. | Appropriate | | | |
| 27 | ▇ | 05/14/24 | Other | ? | Health Care Maintenance | Patieint due at 6 weeks for health care inventory. | Deficient | No health care inventory performed. | Potentially | STD screening delayed . TB testing delayed. |
| 27 | ▇ | 05/14/24 | Sick Call/Clinic Visit RN | ▇ RN | Access to Care | Reported 9/10 abdominal pain, worse over 3 days. Rebound tenderness. Refer to MD on call. Sent to ED. | Appropriate | | | |
| 27 | ▇ | 05/17/24 | Specialty Services | ▇ PA | Outside Medical Care/Referrals | Returned from ED visit, hospitalized for laparoxopcy appendectomy without complications. Follow up meds ordered | Appropriate | | | |
| 27 | ▇ | 06/05/24 | Sick Call/Clinic Visit PCP | ▇ MD | Access to Care | Follow up afer hospital care, STD screen and lab ordered | Appropriate | | | |
| 27 | ▇ | 07/06/24 | Other | ▇ PA | Tuberculosis & Other Infections | Lab for STD REVIEWED. BCG history. QF negative | Appropriate | | | Detemination of TB status should be witihin weeks to 10 days of admission |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |
| 27 | ▇ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **10/21/2024** | Case #: | **27** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▮ | Review Time Period: | **Apr - Oct 2024** |
| Inmate ID #: | ▮ | | |

| | |
|---|---|
| **Overall Case Rating:** | Adequate |
| **Overall Case Percentage Score:** | **83.3%** |

**Summary:** 44 year old booked 4/5/24 with unremarkable intake exam and history. Reported nausea, vomiting, abdominal pain with 3 days worse on 5/14/24. Sent to ER for laparoscopic appendectomy, IV antibiotics. 3 days in hospital, returned to jail with no complications.

**Justification:** Timely diagnosis of appedicitis, and successful intervention. Health inventory, STD screen and test for TB delayed. Care is overall substantially compliant with IP.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |
| 27 | ▮ | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 10/22/2024
**Facility:** MCJ
**Inmate Name (Last, First):** ▬▬▬▬
**Inmate ID #:** ▬▬▬▬

**Case #:** 28
**Physician Auditor:** B. Barnett
**Review Time Period:** Apr - Sept 2024

**Overall Case Rating:** Inadequate
**Overall Case Percentage Score:** 66.7%

**Summary:** 32 yo male was admitted 6/29/24 had diagnoses of morbid obesity (BMI > 40 with- BS FS 170) and opiate abuse with mild withdrawal. He denied alcohol abuse at Intake. Intake referred him to routine medical examination, not chronic care. He was placed on CIWA to monitor apparent alcohol withdrawal - score 19. Medication ordered per CIWA protocols. Patient reportedly stabilized within few hours. Leg pain, apparent cellulitis that appears to have deteriorated since Intake, was detected by nurse sick call 7/4/24 and sent to ED for treatment.

**Justification:** Intake was incomplete and failed to report dressing on legs, and leg wounds. Abnormal blood sugar indicating likely diabetes Type 2 was not reported. The evaluaton of withdrawal was not in accordance with the IP. The patient's refusal of vital signs required alert to PCP. Per protocol the PCP should visit daily until PCP determined stability. Emergency care for deteriorated leg infection and risk of sepsis occured because of delayed PCP attention to leg wounds, diabetes and severe alcohol withdrawal.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | ▬ | 06/29/24 | Initial Intake Screening | ▬ RN | Intake Screening | Morbid obese, elevated BS, probably diabetic. Alcohol abuse denied. Prior history of alcoholism not reviewed or reported. Admits abuse of opiates. Sent to GP with routine MH and medical referral 5+ days. | Deficient | Leg wounds (evident 7/4/24) were not examned (skin exam is blank) and thus not reported, treated or referred. No chronic care referral for DM, opiate abuse. | Adversely | Patient requires hospital care on 7/4/24 due to delayed care for leg wounds. |
| 28 | ▬ | 07/01/24 | Other | ▬ RN | Detoxification/Withdrawal | Overt alcohol withdrawal. Scale 19. Medical orders given. | Deficient | Flow sheet does not show hourly score and does not show observation until housing. Patient should be seen next PCP sick call. Is not seen by PCP until 7/5/24. | Potentially | Patient requires hospital care on 7/4/24 due to delayed care for leg wounds. |
| 28 | ▬ | 07/04/24 | Sick Call/Clinic Visit RN | ▬ RN; ▬ RN | Access to Care | Sick call visit for pain and discharge from chronic leg ulcers, venous stasis, possible cellulitis. Med orders by PA. Determination by RN for ED visit as no MD on site | Appropriate | | | |
| 28 | ▬ | 07/04/24 | Specialty Services | ▬ RN; | Outside Medical Care/Referrals | Return from ED with progress note, instructions. | Appropriate | | | |
| 28 | ▬ | 07/05/24 | Chronic Care | ▬ MD | Chronic Care | Venous stasis, morbid obesity. Discussed MAT. Labs ordered. Followup 30 days. | Appropriate | | | |
| 28 | ▬ | 07/11/24 | Facility Transfer | ▬ RN | Continuity of Care After Release | Transfer to NKSP staets needs immedaiate attention. STD not done. | Appropriate | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | 10/22/2024 | Case #: | 28 |
| Facility: | MCJ | Physician Auditor: | B. Barnett |
| Inmate Name (Last, First): | █████████ | Review Time Period: | Apr - Sept 2024 |
| Inmate ID #: | ██████ | Overall Case Rating: | Inadequate |
| | | Overall Case Percentage Score: | 66.7% |

**Summary:** 32 yo male was admitted 6/29/24 had diagnoses of morbid obesity (BMI > 40 with- BS FS 170) and opiate abuse with mild withdrawal. He denied alcohol abuse at Intake. Intake referred him to routine medical examination, not chronic care. He was placed on CIWA to monitor apparent alcohol withdrawal - score 19. Medication ordered per CIWA protocols. Patient reportedly stabilized within few hours. Leg pain, apparent cellulitis that appears to have deteriorated since Intake, was detected by nurse sick call 7/4/24 and sent to ED for treatment.

**Justification:** Intake was incomplete and failed to report dressing on legs, and leg wounds. Abnormal blood sugar indicating likely diabetes Type 2 was not reported. The evaluaton of withdrawal was not in accordance with the IP. The patient's refusal of vital signs required alert to PCP. Per protocol the PCP should visit daily until PCP determined stability. Emergency care for deteriorated leg infection and risk of sepsis occured because of delayed PCP attention to leg wounds, diabetes and severe alcohol withdrawal.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 28 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **10/22/2024** | Case #: | **29** |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | | Review Time Period: | **Apr - Sept 2024** |
| Inmate ID #: | | | |

| | |
|---|---|
| Overall Case Rating: | Adequate |
| Overall Case Percentage Score: | **100.0%** |

**Summary:** 30 yo female, booked 6/28/24. Treated for GC, Chlamydia 2019. Current meds for bacterial vaginosis. Possible Alcohol abuse - withrawal score 0. Refered for routine MH and Medical care (5+ day).

**Justification:** Admitted to MCJ with unremakralbe hsitory and exam.  Seen in ED for acute onset abdomninal pain, negative workup.  Likely gas.  No meds or history for referral upon releasse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 06/28/24 | Initial Intake Screening | RN | Intake Screening | Prior VD Rx, now bacterial vaginosis med. Exam unremarkable.  Routine MH and Med referral | Appropriate | | | |
| 29 | | 07/06/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Severe 9/10 abdominal pain, cramping. Pulse 115, not repeated. BP 158/98. Consult with on call MD when patient not better after 1 hour. Sent to ER. | Appropriate | | | |
| 29 | | 07/06/24 | Specialty Services | RJN | Outside Medical Care/Referrals | Returned from ED with report of normal CT, lab. Follow up with NP | Appropriate | | | |
| 29 | | 07/10/24 | Chronic Care | NP | Chronic Care | Initial CC visit after intake. Abdominal pain resolved. | Appropriate | | | Physical exam not done. Telehealth encpounter. Acceptable in light of recent ER visit with Neg CT. |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 29 | | | | | | | | | | |

## Monterey County Jail Health Care Monitoring Audit
### Physician Auditor's Clinical Case Review Worksheet

**Date of Review:** 10/22/2024
**Facility:** MCJ
**Inmate Name (Last, First):** ███████
**Inmate ID #:** ███████

**Case #:** 29
**Physician Auditor:** B. Barnett
**Review Time Period:** Apr - Sept 2024

**Overall Case Rating:** Adequate
**Overall Case Percentage Score:** 100.0%

**Summary:** 30 yo female, booked 6/28/24. Treated for GC, Chlamydia 2019. Current meds for bacterial vaginosis. Possible Alcohol abuse - withrawal score 0. Refered for routine MH and Medical care (5+ day).

**Justification:** Admitted to MCJ with unremakralbe hsitory and exam. Seen in ED for acute onset abdomninal pain, negative workup. Likely gas. No meds or history for referral upon releasse.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|--------|------|-------------------|-------------------|-----------------|---------------------------|----------------------------------|--------------------------------------------|---------------------------|----------------------------------------------------|-------------------------------------------|
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |
| 29 | █ | | | | | | | | | |

1/7/2025

Created 01-2017

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | |
|---|---|---|
| Date of Review: **10/22/2024** | Case #: **30** | |
| Facility: **MCJ** | Physician Auditor: **B. Barnett** | |
| Inmate Name (Last, First): ▮ | Review Time Period: **Apr - Sept 2024** | |
| Inmate ID #: ▮ | Overall Case Rating: **Inadequate** | |
| | Overall Case Percentage Score: **66.7%** | |

**Summary:** 50 yo male admitted 2/28/24 with history of multiple suicide attempts.  Medical conditions otherwise denied.

**Justification:** Headaches considered due to sinus congestion treated by MD with antihistamines. NP orderes antibiotics with no evidence of infection. Initial chronic care visit  for chronic pain is incomnplete, witih no physical exam. Treatment plan for chronic headaches does not comport with best practices. No apparent collaboration of NP with on site MD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | ▮ | 05/03/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Headache, ? Migraine. History of seasonal allergies. Consulted with MD on call. Orders provided for allergy. | **Deficient** | Request for care submittred 4/27/28.  Access to care not timely. | **Potentially** | diagnosis of headaches and treatment delayed. |
| 30 | ▮ | 06/11/24 | Chronic Care | ▮ NP | Chronic Care | Seen for chronic pain, ? Chronic sinusitis.8/10. Ineerferes with sleep. Antibiotic, decongestants ordered. | **Deficient** | No exam documented (telehealth visit).  Labs not ordered. No indication for antibiotics. | **Potentially** | No diagnosis to justify possible side effects from med. |
| 30 | ▮ | 07/06/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Head cold, racing heart. Exam and treatment plan per PNP for upper airway. Pusle 89.. | Appropriate | | | |
| 30 | ▮ | 07/07/24 | Sick Call/Clinic Visit PCP | ▮ RN | Access to Care | Covid test positive.  Protocols provided  Sent to ED with complaints of chest pain. | Appropriate | | | |
| 30 | ▮ | 07/08/24 | Specialty Services | ▮ RN | Outside Medical Care/Referrals | Returned from ED, Chest pain SOB. Work up negative. Returned to MCJ to continue same med | Appropriate | | | |
| 30 | ▮ | 07/10/24 | Sick Call/Clinic Visit PCP | ▮ MD | Access to Care | Follow u for Covid, chest pain.  ER visit normal. Clinically stable. | Appropriate | | | |
| 30 | ▮ | 09/05/24 | Chronic Care | ▮ NP | Chronic Care | 90 day follow up for chronic pain? Sinusitis.Headaches.  Exam unremarkable. Mobic discontinued. Propanol 10 mg daily. Lab ordered. Follow up 30 days. | Appropriate | | | No indiction for propanolol described. 10 mg is homeopathic dose.No apparent collaboration with on site MD. |
| 30 | ▮ | 09/23/24 | Sick Call/Clinic Visit RN | ▮ RN | Access to Care | Left wrist pain for 3 weeks.  Also strates needs eye glasses.  Snellen normal. Wrist exam, per PNP, normal.  Rx per PNP. | Appropriate | | | |
| 30 | ▮ | 09/27/24 | Other | ▮ RN | Continuity of Care After Release | Transfer to NKSP reports "no medical treatment given prior to transfer".  Lists depression and anxiety, polysubstance dependence. States that RPR, VDRL and GC were not tested. | **Deficient** | Form is grossly inaccurate. Patient waa treaeted for presumed sinsu infections, allergic sinusits, and headaches.  RPR and GC tests were done, and reported negative.  RPR was reported negative 9/20/24. GC was not reported on the day of his transfer, but had been done. | **Potentially** | inaccurate transfer information may impair appropriate medical care. |
| 30 | ▮ | | | | | | | | | |
| 30 | ▮ | | | | | | | | | |
| 30 | ▮ | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

| | | | |
|---|---|---|---|
| Date of Review: | **10/22/2024** | Case #: | 30 |
| Facility: | **MCJ** | Physician Auditor: | **B. Barnett** |
| Inmate Name (Last, First): | ▮▮▮ | Review Time Period: | **Apr - Sept 2024** |
| Inmate ID #: | | Overall Case Rating: | Inadequate |
| | | Overall Case Percentage Score: | **66.7%** |

**Summary:** 50 yo male admitted 2/28/24 with history of multiple suicide attempts.  Medical conditions otherwise denied.

**Justification:** Headaches considered due to sinus congestion treated by MD with antihistamines.  NP orderes antibiotics with no evidence of infection. Initial chronic care visit  for chronic pain is incomnplete, witih no physical exam. Treatment plan for chronic headaches does not comport with best practices. No apparent collaboration of NP with on site MD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 30 | | | | | | | | | | |

**Monterey County Jail Health Care Monitoring Audit**

**Physician Auditor's Clinical Case Review Worksheet**

Date of Review: **10/22/2024**
Facility: **MCJ**
Inmate Name (Last, First): ███
Inmate ID #: ███

Case #: 30
Physician Auditor: **B. Barnett**
Review Time Period: **Apr - Sept 2024**

| | |
|---|---|
| Overall Case Rating: | Inadequate |
| Overall Case Percentage Score: | **66.7%** |

Summary: **50 yo male admitted 2/28/24 with history of multiple suicide attempts.  Medical conditions otherwise denied.**

Justification: Headaches considered due to sinus congestion treated by MD with antihistamines.  NP orderes antibiotics with no evidence of infection. Initial chronic care visit  for chronic pain is incomnplete, witih no physical exam. Treatment plan for chronic headaches does not comport with best practices. No apparent collaboration of NP with on site MD.

| Case # | ID # | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider's Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction NE/Adversely/Potentially | Addt'l Comments/Notes or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | ███ | | | | | | | | | |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider(s) Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 05/13/24 | Initial Intake Screening | RN | Intake Screening | Patient reports multiple cardiovascular meds, history of hypertension, swollen ankles, uncooperative and unsteady. Low grade fever. Contacted PA, "urgent" next day visit with PCP ordered. | Deficient | Information provided to PA is inaccurate, fails to state uncooperative, unsteady gait. Next day NP visit does not occur. | Potentially | Insufficient care may cause deterioration, ED visits, hospitalization or cardiac arrest. |
| 17 | | 05/22/24 | Chronic Care | PA | Chronic Care | Chronic for CAD, multiple other conditions documented. Exam.  VS normal. Labs ordered. Meds continued. | Deficient | Lab tests in the progress note not performed.  Problem list not updated to include history of MI, Diabetes. | 0 | |
| 17 | | 05/29/24 | Chronic Care | MD | Chronic Care | Follow up possible cellulitis, Exam shows edema, no infections. Lasix added.  Labs reordered | Deficient | No follow up evident to ensure ordered labs are drawn, acted upon | Potentially | Insufficient care may cause deterioration, ED visits, hospitalization or cardiac arrest. |
| 17 | | 06/03/24 | Sick Cal/Clinic Visit PCP | MD | Access to Care | Exam after purported fall. Review other DX. No evidence of back injury. Meds continued. Go to GP | Appropriate | 0 | 0 | Lab still not done. |
| 17 | | 07/01/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain. Sent to ED | Appropriate | 0 | 0 | |
| 17 | | 07/02/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ED. Atypical chest pain, anemia. Has large ventricle, reduced VLEF 33%. Recommends Cardiology consultation | Deficient | No indication in EMR that specialty advice noted or attended to | Potentially | Insufficient care may cause deterioration, ED visits, hospitalization or cardiac arrest. |
| 17 | | 07/11/24 | Other | PA | Pharmaceutical Administration | Doses of meds missed, not clearly sequential.  PA alerted. | Appropriate | 0 | 0 | 0 |
| 17 | | 07/17/24 | Chronic Care | MD | Chronic Care | Visit to address multiple concerns.  Exam remarkable trace pedal edema. Health care maintenance issues addressed - FIT screen for colon cancer .  Optometry referral. | Deficient | Problem list not updated to include cardiomyopathy.  No cardiology consultation as was recommended by ED. | Potentially | Insufficient attention to heart disease make lead to hospitalizations or early death. |
| 17 | | 07/23/24 | Sick Cal/Clinic Visit RN | RN | Access to Care | Right 4th digit pain, redness. No assessment. No plan | Deficient | Incomplete exam.  No treatment provided. Patient care does not comport with protocols or with IP | Adversely | Infection became worse. Patient placed at risk of sepsis, loss of limb. |
| 17 | | 07/25/24 | Sick Cal/Clinic Visit PCP | PA | Access to Care | Severe infection with paronycia, cellulitis right ring finger.  I and D, Rocephin and Bactrim | Appropriate | 0 | 0 | |
| 17 | | 08/05/24 | Sick Cal/Clinic Visit PCP | MD | Access to Care | Follow up on finger infection. Resolving. X ray ordered to rule out osteo | Appropriate | 0 | 0 | X ray shows no osteomyelitis. |
| 17 | | 08/11/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain. No apparent distress.  VS normal. EKG unchanged.  Confer with PA on call.  Dx atypical chest pain. Follow up with PCP next day | Appropriate | 0 | 0 | |
| 17 | | 08/16/24 | Emergent/Urgent Visit | RN | Access to Care | Allergic reaction. Facial edeama. Eyes nearly swollen shut. Dr. [ ] consulted. Rx Diphenhydramine. Tylenol Bactrim BID | Deficient | Inappropriate triage;  patient needs to be seen by PCP immediately.  Likely reaction to lisinopril. Needs steroids. Stop lisinopril. | Adversely | Patient deteriorates from 1104 to 1657 and is sent to ED. |
| 17 | | 08/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Facial edema. Worse. Sent to ED. Returned with Rx for prednisone. DC Bactrim. DC lisinopril | Appropriate | 0 | 0 | 0 |
| 17 | | 08/28/24 | Initial Health Assessment | RN | Health Care Maintenance | Health appraisal. | Deficient | Not done within 14 days of admission.  Needs cardiology follow up, FIT testing not done as ordered | Potentially | delayed health inventory may preclude timely lab. |
| 17 | | 08/29/24 | Chronic Care | NP | Chronic Care | 90 DAY CC exam.  Labs pending. Exam unremarkable. | Deficient | Problem list not updated to include cardiomyopathy.  No cardiology consultation as was recommended by ED. | Potentially | Insufficient attention to heart disease make lead to hospitalizations or early death. |
| 17 | | 09/03/24 | Emergent/Urgent Visit | RN | Access to Care | Chest pain. Exam unremarkable. Weogt 178 up about 5 pounds. EKG unchanged. Confer with Dr. [ ] Reassured | Appropriate | 0 | 0 | Recurrent episodes of chest pain, and increased weight consistent with heart failure.  Need cardiology consultation.  ERMA referral 9/30/24 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 07/02/24 | Sick Call/Clinic Visit | RN | Access to Care | Exam by nurse for headaches, eye pain. Vital signs | Appropriate | 0 | 0 | Dr ___ should perform follow up exam after prescribing med. |
| 2 | | 07/08/24 | Sick Call/Clinic Visit | RN, MD | Access to Care | Nurse sick call for complaint of chest pain, vomiting | Deficient | medication ordered by Dr ___ on 7/2/24 without exam. Pulse 118, 30 pound weight loss ignored. Patient needs immediate medical evaluation by Dr ___ or in ED. | Potentially | No diagnosis made by MD. Patient has thyrotoxicosis. |
| 2 | | 07/08/24 | Chronic Care | MD | Health Care Maintenance | Patient resides in MCJ since February 2024 without | Deficient | Needs STD screening at the least. Other labs might be ordered after interview including thyroid | Adversely | Patient is hyperthyroid. Not diagnosed unti 8/26. |
| 2 | | 08/23/24 | Sick Call/Clinic Visit | RN | Access to Care | Back pain. VS abnormal. Pulse 109. Weight not tal | Deficient | incomplete assessment by RN. Should obtain weight. Repeat pulse. Report persistent tachycardia to the telehealth provider. | Adversely | hyperthyroid. Requires emergency care 8/26/24. |
| 2 | | 08/26/24 | Emergent/Urgent Vi | PA | Access to Care | Tremulous, palpable thyomegaly. Notes weight los | Appropriate | 0 | 0 | 0 |
| 2 | | 08/26/24 | Specialty Services | MD | Outside Medical Care/Referrals | Send to ED. Exam and recommendation for treatme | Appropriate | 0 | 0 | 0 |
| 2 | | 08/27/24 | Chronic Care | MD | Chronic Care | Chronic care visit for thyrotoxicosis. | Deficient | Exam is incomplete without weight. No PPD testing in the EMR. | Potentially | Need to follow all vital signs to evaluate effectiveness of therapy. |
| 2 | | 08/27/24 | Other | MD | Tuberculosis & Other Infections | PPD on admission in february is negative | Appropriate | | Potentially | patient may need steroid therapy in future. Must know TB status. |
| 2 | | 09/04/24 | Sick Call/Clinic Visit | PA | Access to Care | Back pain. follow up thyrotoxicosis. Rx ibuprofen | Appropriate | 0 | 0 | 0 |
| 2 | | 09/25/24 | Sick Call/Clinic Visit | RN | Access to Care | Back pain. NP consulted. Ibuprofen | Appropriate | 0 | 0 | 0 |
| 2 | | 10/01/24 | Sick Call/Clinic Visit | PA | Access to Care | Follow up thyrotoxicosis, Symptomatically improve | Deficient | Labs not done. No follow up or patient advocacy to obtain labs. | 0 | 0 |
| 2 | | 10/03/24 | Chronic Care | MD | Health Care Maintenance | 6 months physical exam and Chronic care. Labs or | Deficient | No direct opthalmoscopy. Labs not available. No advocacy to obtain crucial labs. Patient not referred to Opth for possible Graves ophthalmopathy. | 0 | 0 |
| 2 | | 10/03/24 | Specialty Services | MD | Outside Medical Care/Referrals | Patient complains of painful, dry eyes. Redness. | Deficient | Needs specialty care. No referral made | 0 | 0 |
| 2 | | 10/03/24 | Chronic Care | MD | Chronic Care | Evaluation of thyrotoxicosis, symptoms of eye dise | Appropriate | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 04/26/24 | Initial Intake Screen | RN | Intake Screening | Meth use. Exam done, including BS. Refer for chronic care in five days. | Appropriate | 0 | 0 | 0 |
| 3 | | 05/13/24 | Other | RN | Detoxification/Withdrawal | enrolled in synthetics monitoring. | Appropriate | 0 | 0 | 0 |
| 3 | | 05/13/24 | Emergent/Urgent Vi | RN, PA | Access to Care | Laceration exposes extensor tendone. Sent to ER | Appropriate | 0 | 0 | 0 |
| 3 | | 05/13/24 | Specialty Services | | Outside Medical Care/Referrals | Return from ED care. Report and follow up. | Appropriate | 0 | 0 | 0 |
| 3 | | 05/20/24 | Chronic Care | NP | Chronic Care | Referral re: synthetic abuse. Limited exam (telemedicine) documented. "unable to visualize" hand wound. No STD labs ordered. | Deficient | Incomplete CC visit. No STD labs checked or done. | Potentially | At risk for Hep C or other STD that would need treatment. |
| 3 | | 07/04/24 | Sick Call/Clinic Visit | RN | Access to Care | Minor injury to hand, with no over evidence of new fracture or tendon injury. X ray scheduled. Ice. Splint pending X ray. | Appropriate | 0 | 0 | 0 |
| 3 | | 07/06/24 | Specialty Services | RN | Outside Medical Care/Referrals | timely X ray results on new injury. | Appropriate | 0 | 0 | 0 |
| 3 | | 07/10/24 | Sick Call/Clinic Visit | RN | Access to Care | Covid testing timely - requested on 7/9/24. Positive. Instructions given. | Appropriate | 0 | 0 | 0 |
| 3 | | 08/27/24 | Specialty Services | RN | Outside Medical Care/Referrals | Sent to ER for injury after altercation. Reviewed in return timely. Rx recommended prescribed. | Appropriate | 0 | 0 | 0 |
| 3 | | 09/11/24 | Specialty Services | MD | Outside Medical Care/Referrals | Request for hand surgery consultation on non emergent basis. | Appropriate | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 09/11/24 | Other | MD | Tuberculosis & Other Infections | No TB testing done since April intake. Patient had refused PPD, without education or retry. No QuantiFeron. | Deficient | Patient at risk for communicable diseases not screened. And no documentation about informed consent regarding refusal | Potentially | Unknown infectious disease status. |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 08/25/24 | Initial Intake Screen | RN | Intake Screening | History and exam describes patient as stopping his substance abuse.No reports of acute illness or medications. Jail clearance recommends antibiotic to treat leg wound. . Antibiotic ordered by PCP on call. Referred for routine medical evaluation. | Deficient | Patient HEENT exam is reported as unremarkable, but patient is later described as legally blind. Patient known to have vision deficient, and refused ddisability vest in 2021. ADA screening form states patient has no disability. | Potentially | Patient may not be receiving appropriate accomodations for his visual impairment. |
| 4 | | 08/29/24 | Chronic Care | NP | Chronic Care | . chronic care visit . Possible history of diabetes. STD testing and other lab ordered. Physical exam reported as unremarkable. | Deficient | Patient has been legally blind (20/200) for years. No description or diagnosis provided. Patient past alcohol and substance abuse not reported in Problem list. | Potentially | complications from substance abuse not considered. |
| 4 | | 09/06/24 | Sick Call/Clinic Visit R | RN | Access to Care | Snellen 20/200. "sees shadows only" | Deficient | . No PCP exam to assess eyes, or referral | Adversely | patient has known poor vision, has no apparent accomodations. |
| 4 | | 09/09/24 | Sick Call/Clinic Visit R | MD | Access to Care | Follow up for wound care, positive MRSA culture. Wound is improved with local care, antibiotics not ordered. | Appropriate | 0 | 0 | 0 |
| 4 | | 09/10/24 | Initial Health Assessm | RN | Health Care Maintenance | Initial health inventory, No acute illness. Snellen reported as not done. HEENT unremarkable. Skin unermarkable. Lab pending. Rx ordered for positive Trich reported 9/12/24. | Deficient | Exam is incomplete and inaccurate. Snellen has been done; patient eye exam is abnormal with legal blindness. Skiin exam should note leg wound. | Adversely | patient's vision should be assessed, treated with appropriate accomodations. |
| 4 | | 09/21/24 | Sick Call/Clinic Visit R | RN | Access to Care | Wound care. "Open wound dark brown puss." Would cleaned. | Deficient | Persistent infection, non healing. Needs referral to MD on site. | Adversely | prolonged non - healing. Med director aware and considering Plastic consult. |
| 4 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 06/21/24 | Initial Intake Screening | RN | Intake Screening | Hypothyroid condition, and severe mental illness do | Deficient | No medical referral or chronic care visit scheduled. No explanation for why patient is sent to GP with possible infectious disease and acute intoxication. Hypothyroid conditon needs assessment. | Potentially | Inaccurate assessment? Or if accurate placed patients at risk of disease or injury. RN was counselled, no longer on staff. |
| 5 | | 08/29/24 | Chronic Care | NP | Chronic Care | Returned from ED care for mental health crisis. Pa | Deficient | Chronic care visit was delayed. Should have occurred in June. Collaboration with mental health essential to develop a chronic care treatment plan. . | Potentially | patient meets criteria for chronic care, not provided. Inadequate treatment of hypothyroidism may be aggravating mental illness. |
| 5 | | 09/18/24 | Chronic Care | MD | Chronic Care | Refused to come to clinic. Cell site visit. Unable to | Appropriate | 0 | 0 | In MH hands. Patient is overtly psychotic, unable to care for self. May need treatment for syphilis. |
| 5 | | 09/18/24 | Other | MD | Tuberculosis & Other Infections | Not yet due for TB test, negative 11/23/23 | Appropriate | 0 | 0 | 0 |
| 5 | | 10/07/24 | Chronic Care | MD | Chronic Care | Mental illness impaires medical evaluation. "will at | Deficient | Patient's hypothyroidism has not been assessed. 30 days is too long to wait for treatment. Syphillis status not certain. No treament plan described | Adversely | Inadequate treatment of hypothyroidism may be aggravating mental illness. |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 08/25/24 | Initial Intake Screening | RN | Intake Screening | cleared by ED for high blood pressure before booking | Appropriate | 0 | 0 | 0 |
| 6 | | 08/26/24 | Observation Cell | RN | Detoxification/Withdrawal | Synthetics monitoring | Appropriate | 0 | 0 | 0 |
| 6 | | 09/26/24 | Chronic Care | NP | Chronic Care | Chronic care visit delayed. Had been requested on I | Deficient | Chronic care requested at intake, required by IP. Exam incomplete. Problem list incomplete. Does not mention hypertension (on meds) | Potentially | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 09/12/24 | Initial Health Assess? | | Health Care Maintenance | 14 day health inventory not performed. No STD sc | Deficient | Health inventory required by 14 days after admission not done. | Potentially | No STD screening, or other lab tests done. Not done until 12/3/24 |
| 6 | | 08/27/24 | Other | LVN | Tuberculosis & Other Infections | Negative 0X0 | Appropriate | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 05/05/24 | Initial Intake Screenin | RN | Intake Screening | Booked after jail check, possible mental health sc | Appropriate | 0 | 0 | 0 |
| 7 | | 05/09/24 | Sick Call/Clinic Visit P | MD | Access to Care | Patient timely seen for review of testicular mass. S | Appropriate | 0 | 0 | 0 |
| 7 | | 05/25/24 | Chronic Care | RN | Health Care Maintenance | Health inventory done, form used. | Appropriate | 0 | 0 | 0 |
| 7 | | 08/23/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from oral surgery. | Appropriate | 0 | 0 | 0 |
| 7 | | 08/24/24 | Emergent/Urgent Visi | RN | Access to Care | Sent to ED for sudden onset of neurological deficit | Appropriate | 0 | 0 | 0 |
| 7 | | 08/28/24 | Specialty Services | MD | Outside Medical Care/Referrals | ED care reviewed. Patient purportedly diagnosed w | Appropriate | 0 | 0 | Patient's diagnosis is questionable. Dr. ____ is considering alternative diagnoses, including MS. |
| 7 | | 09/17/24 | Specialty Services | MD | Outside Medical Care/Referrals | PT has not been provided pt despite ordered | Deficient | Medical record documents delay in this service | Adversely | Delayed PT impairs recover from neurological event. |
| 7 | | 09/24/24 | Sick Call/Clinic Visit P | MD | Access to Care | Persistent right side weakness. Refer to neurology | Appropriate | 0 | 0 | 0 |
| 7 | | 09/24/24 | Other | MD | Tuberculosis & Other Infections | 5/2024 PPD negative | Appropriate | 0 | N/A | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF    Document 952    Filed 01/13/25    Page 122 of 207

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 07/11/24 | PCP Diagnostics Revi | PA | Access to Care | Patient requested STD testing because exposed to t | Deficient | No follow up on ordered STD. Lab done 10/1/24 | Potentially | Delayed blood draw is frequent problem. |
| 8 | | 08/05/24 | Chronic Care | PA | Chronic Care | Chart review for history of intracranial hypertensio | Deficient | No chronic care visit. No face to face exam documented. Other chronic care issues not addressed. | Potentially | Neurological status not assessed. |
| 8 | | 08/22/24 | Emergent/Urgent Vis | RN | Access to Care | Severe headache for 2 days. Sent to ED to check co | Appropriate | 0 | 0 | Should see actual note from ED in EMR (obtained and scanned 10/8/24) |
| 8 | | 08/23/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ER with prescription for doxycycline | Appropriate | 0 | 0 | |
| 8 | | 08/22/24 | Initial Health Assessi | RN | Health Care Maintenance | Initial health inventory. Describes chronic headac | Deficient | Initial health inventory severely delayed. Should be at 2 weeks. Missed opportunity to test for STD. STD report is inaccurate. See 7/11/24 above. No lab ordered. | Potentially | STD detection may be delayed. Needs PCP follow up for SUD, VP shunt. STD test done 10/2/24. |
| 8 | | 08/30/24 | Specialty Services | PA | Outside Medical Care/Referrals | reviewed eye visit. | Appropriate | 0 | 0 | 0 |
| 8 | | 09/17/24 | Sick Call/Clinic Visit I | MD | Access to Care | Headache. 8/10. Specialty visits to neurology (last | Appropriate | 0 | 0 | 0 |
| 8 | | 10/03/24 | Specialty Services | RN | Outside Medical Care/Referrals | returned from optometry visit. Refraction error. R | Appropriate | 0 | 0 | 0 |
| 8 | | 10/08/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from neurosurgery. No evaluation return | Deficient | Patient's referral and response from consultant is not in the EMR | Potentially | Recommendations from specialist not known. |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 9 | | 05/15/24 | Chronic Care | MD | Detoxification/Withdrawal | Reviewed for OUD treatment. Start subutex | Appropriate | 0 | 0 | 0 |
| 9 | | 06/10/24 | Chronic Care | MD | Chronic Care | Assessment for obesity, opiate abuse. Continue M | Appropriate | 0 | 0 | 0 |
| 9 | | 06/26/24 | Sick Call/Clinic Visit I | | Access to Care | Headache, blurred vision after altercation. Sent to | Appropriate | 0 | 0 | 0 |
| 9 | | 07/02/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review EMR re: ED visit for care, lacerations. Radi | Appropriate | 0 | 0 | 0 |
| 9 | | 07/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from oral surgery. Meds listed, continued. | Appropriate | 0 | 0 | 0 |
| 9 | | 08/02/24 | Sick Call/Clinic Visit I | RN | Access to Care | Constipated all week. Timely response to complain | Appropriate | 0 | 0 | 0 |
| 9 | | 08/06/24 | Other | RN | Pharmaceutical Administration | Released with prescriptions and instructions for fol | Appropriate | 0 | 0 | 0 |
| 9 | | 08/06/24 | Observation Cell | RN | Continuity of Care After Release | Released with prescriptions and instructions for fol | Appropriate | 0 | 0 | 0 |
| 9 | | 08/22/24 | Initial Health Assessi | RN | Intake Screening | Polysubstance abuse, appears intoxicated. CIWA a | Appropriate | 0 | 0 | contradicting intake notes regarding intoxication, may be addressed in future forms. |
| 9 | | 08/23/24 | Observation Cell | RN | Detoxification/Withdrawal | CIWA monitoring. | Appropriate | 0 | 0 | 0 |
| 9 | | 08/26/24 | Chronic Care | MD | Chronic Care | Visit within 5 days (ideally should have been soone | Appropriate | 0 | 0 | 0 |
| 9 | | 09/03/24 | Chronic Care | MD | Detoxification/Withdrawal | Follow up for MAT Rx. Increase subutex. | Appropriate | 0 | 0 | Labs ordered 8/26/24 not yet done. |
| 9 | | 09/03/24 | PCP Diagnostics Revi | MD | Outside Medical Care/Referrals | Lab not drawn as ofered | Deficient | Delayed lab draw not within IP parameters. | Potentially | unknown metabolic status. |
| 9 | | 09/11/24 | Sick Call/Clinic Visit I | RN | Access to Care | Tailbone pain after fall. Exam unremarkable. Tylen | Appropriate | 0 | 0 | 0 |
| 9 | | 08/24/24 | Other | RN | Tuberculosis & Other Infections | 0 MM | Appropriate | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 08/13/24 | Initial Intake Screen | RN | Intake Screening | Recent stab wound with staples placed at hospital | Appropriate | 0 | 0 | 0 |
| | | 08/14/24 | Other | RN | Detoxification/Withdrawal | Synthetics monitor | Appropriate | 0 | 0 | 0 |
| | | 08/14/24 | Chronic Care | PA | Chronic Care | Seen for referral from intake, for next day.  Injury d | Appropriate | 0 | 0 | Problem list in incomplete.  Does not mention substance abuse. |
| | | 08/27/24 | Observation Cell | PA | Tuberculosis & Other Infections | Refuses PPD, CxR and QuantiFeron.  Prior PPD nega | Appropriate | 0 | 0 | 0 |
| | | 09/05/24 | Chronic Care | MD | Chronic Care | Follow up re:  stab wound.  Refused.  Is followed by | Appropriate | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 04/08/24 | Sick Call/Clinic Visit | MD | Access to Care | Evaluation for treatment of cystic acne. Discontinu | Appropriate | 0 | 0 | 0 |
| 11 | | 07/09/24 | Chronic Care | NP | Chronic Care | Chronic care visit with attention to cystic acne. Has | Appropriate | 0 | 0 | Timing and dose of Antibiotic reasonable. Patient still has no STD screen done. |
| 11 | | 08/14/24 | Chronic Care | NP | Chronic Care | Follow up for acne, antibiotics helped.  Has Covid s | Appropriate | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 08/13/24 | Emergent/Urgent Vis | RN | Access to Care | Complains blood in stool for 2 weeks. Abdominal pa | Appropriate | 0 | 0 | 0 |
| 11 | | 08/20/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return from hospital with CT findings show colitis. | Appropriate | 0 | 0 | 0 |
| 11 | | 09/11/24 | Specialty Services | RN, | Outside Medical Care/Referrals | Patient complains of abdominal pain. Patient seen | Appropriate | 0 | 0 | Care in this patient with known colitis is appropriate for 2258 on 9/11/24. Problem is that orders for lab and PCP visit were not followed. |
| 11 | | 09/12/24 | Specialty Services | MD | Outside Medical Care/Referrals | 3 weeks past since recommendation from ED for G | Deficient | System does not provide lab as requeued, or PCP visit after IV on site as ordered or GI consultation. | Adversely | patient's recovery from colitis is delayed without best treatment available from specialist. |
| 11 | | 09/26/24 | Other | RN | Continuity of Care After Release | Transfer for to North Kern State Prison says "no me | Deficient | Grossly inaccurate transfer document. Patient has potentially life-threatening colitis not yet controlled. | Potentially | misinformation. |
| 11 | | 08/27/24 | Other | RN | Tuberculosis & Other Infections | ppd READ form states "negative" no clear when, or | Deficient | Incomplete documentation regarding annual TB testing | Potentially | Patient may need chronic steroid. Mandatory to have accurate TB status. |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 05/29/24 | Initial Intake Screeni | RN | Intake Screening | Readmitted to MCJ, homeless. Assaulted by boyfri | Appropriate | 0 | 0 | 0 |
| 12 | | 06/10/24 | Chronic Care | PA | Chronic Care | Patient expects release in 3 days and will continue | Deficient | Chronic care visit not timely. Delay is mild, but outside of the IP parameters. Patient is not released as she had expected. | Potentially | Patient is high risk for adverse outcomes. PCP visit after booking should be prompt. |
| 12 | | 06/14/24 | Chronic Care | NP | Chronic Care | Pregnant. No physical exam documented. Labs ord | Deficient | Exam is insufficient. Needs fetal tones at least, and abdominal exam. OB referral not expedited. Appropriate perinatal testing not done | Potentially | at high risk for fetal loss. |
| 12 | | 06/27/24 | Other | RN | Health Care Maintenance | Initial health inventory. Pregnancy. 6 months pregn | Deficient | No OB appointment scheduled. | 0 | 0 |
| 12 | | 07/10/24 | Specialty Services | NP | Outside Medical Care/Referrals | Follow up for pregnancy. Has not seen OB. Reorde | Deficient | Needs OB care. If not seeing specialist, then appropriate interval tests need to be performed. No physical exam done. | Potentially | Patient is high risk for adverse outcomes. PCP visit after booking should be prompt. |
| 12 | | 07/16/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from specialist (delayed). Recommendation | Appropriate | 0 | 0 | 0 |
| 12 | | 08/02/24 | Sick Call/Clinic Visit | RN | Access to Care | Abdominal pain, mild. Exam normal. Reassured, fo | Appropriate | 0 | 0 | 0 |
| 12 | | #REF! | Chronic Care | MD | Chronic Care | Follow up for pregnancy. OB recommendations res | Appropriate | 0 | 0 | 0 |
| 12 | | 08/19/24 | Emergent/Urgent Vis | RN | Access to Care | Sent to ED for abdominal pain | Appropriate | 0 | 0 | 0 |
| 12 | | 08/19/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from ED. Diagnosed ear infection. Start on | Appropriate | 0 | 0 | 0 |
| 12 | | 08/21/24 | Other | RN | Continuity of Care After Release | Transfer form filled out for Genesis House. | Appropriate | 0 | 0 | 0 |
| 12 | | 06/26/24 | Other | MD | Tuberculosis & Other Infections | QuantiFeron negative | Appropriate | 0 | 0 | Patient had refused PPD. |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 08/28/24 | Initial Intake Screening | RN | Intake Screening | Reported obese, anxious. Epilepsy, recent seizure. | Appropriate | 0 | 0 | 0 |
| 13 | | 08/28/24 | Other | RN | Detoxification/Withdrawal | entered into synthetics protocol. Followed | Appropriate | 0 | 0 | 0 |
| 13 | | 09/12/24 | Chronic Care | NP | Chronic Care | epilepsy, Migraine, asthma. States family history of | Deficient | No mammogram ordered or follow up on breast lump/history | Potentially | At risk for breast cancer. |
| 13 | | 09/19/24 | Emergent/Urgent Visit | EN | Access to Care | ON site emergency call. Suspected seizure. No evi | Appropriate | 0 | 0 | proof read note. States "he" - should say she. |
| 13 | | 09/19/24 | Sick Call/Clinic Visit | RN | Access to Care | Sudden onset breast pains, mass. ? Prior mass and | Appropriate | 0 | 0 | 0 |
| 13 | | 09/20/24 | Sick Call/Clinic Visit | MD | Access to Care | Follow up on breast  mass, cellulitis.  Continue anti | Appropriate | 0 | 0 | STD testing is delayed, performed 9/26/24 |
| 13 | | 09/20/24 | Initial Health Assessment | RN | Health Care Maintenance | 14 day health inventory.  On proper form. | Appropriate | 0 | 0 | 0 |
| 13 | | 09/23/24 | Specialty Services | MD | Outside Medical Care/Referrals | Breast ultrasound and mammogram ordered as ur | Deficient | Urgent requests should generate specialty care within 72 hours. | Potentially | patient at risk for infiltrative breast cancer, diagnosis should be made ASAP. Also blood tests ordered on 9/5/24 not reported until 9/26/24. |
| 13 | | 09/23/24 | Sick Call/Clinic Visit | MD | Access to Care | Breast infection improved. Nipple retraction noted, | Deficient | 0 | 0 | should expedite lab studies and surgical consultation for cancer. |
| 13 | | 09/26/24 | Other | MD | Tuberculosis & Other Infections | QuantiFeron negative. | Appropriate | 0 | 0 | 0 |
| 13 | | 10/01/24 | Sick Call/Clinic Visit | MD | Access to Care | Had refused offsite appointment for breast exam. | Appropriate | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 08/09/24 | Initial Intake Screening | RN | Intake Screening | few months after serious motorcycle accident. Rep | Appropriate | 0 | 0 | 0 |
| 14 | | 08/14/24 | Chronic Care | PA | Chronic Care | Urgent referral is delayed.  Was supposed to be see | Deficient | VS incomplete. Past syphilis infection not addressed. STD screen not ordered. Problem list incomplete, no mention of neck trauma with fracture C spin and T spine, chronic pain post MVA. | Potentially | inadequate pain relief may promote drug abuse.  History documented by PA           record review. RPR negative on test reported 8/30/24. |
| 14 | | 08/28/24 | Sick Call/Clinic Visit | RN | Access to Care | Patient reports incomplete care for Syphilis, possib | Appropriate | 0 | 0 | 0 |
| 14 | | 09/11/24 | Other | PA | Tuberculosis & Other Infections | Review history of PPD, C x and recent QF negative | Appropriate | 0 | 0 | 0 |
| 14 | | 09/23/24 | Sick Call/Clinic Visit | RN | Access to Care | states dysuria, malodorous urine.Constipated  Con | Appropriate | 0 | 0 | 0 |
| 14 | | 09/25/24 | Sick Call/Clinic Visit | NP | Access to Care | Patient reports burning with urination, sometimes | Appropriate | 0 | 0 | Chlamydia test was negative on 9/5/24. More likely diagnosis is non specific urethritis from mycoplasma genitalium, also consistent with history of unprotected sex.  For this condition, doxycycline is appropriate empiric therapy. |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 07/10/24 | Initial Intake Screening | RN | Intake Screening | Polysubstance abuse - alcohol, and synthetics. VS a | Deficient | Abnormal vs requires medical clearance before GP housing, rule out delirium/withdrawal. | Potentially | patient at risk for harm to self and others. |
| 15 | | 07/18/24 | Emergent/Urgent Visit | RN | Access to Care | Fell off bunk. Exam normal. Rx. Ibuprofen | Appropriate | 0 | 0 | 0 |
| 15 | | 07/19/24 | Sick Call/Clinic Visit | RN | Access to Care | Complains ear infection, prior rx amoxicillin. Ear dru | Deficient | needs referral for chronic care | Potentially | patient at risk forcomplications from SUD. Needs STD. |
| 15 | | 07/24/24 | Chronic Care | NP | Health Care Maintenance | Visit after intake. Low back pain. Denies drug use. | Deficient | 1. Exam does not use form for either Chronic care or for Health Inventory 2. History is incomplete and inaccurate 3. Exam is incomplete, no review of ear infection 4. Lab not done. Needs STD screen 5. Treatment is below community standard and contrary to FDA aproved guidlines. If Robaxin is to be used at all (dubious need with near normal exam) then for no more than 3 days. | Adversely | Robaxin will likely be abused. Staff needs education regarding abuse potential for muscle relaxants such as flexeril, Robaxin. |
| 15 | | 08/12/24 | Sick Call/Clinic Visit | PA | Access to Care | Ear pain, complaining not getting muscle relaxants. | Appropriate | 0 | 0 | vital signs are incomplete. No BP No weight. |
| 15 | | 08/28/24 | Sick Call/Clinic Visit | RN | Access to Care | Left side back and headaches. VS, exam unremarka | Appropriate | 0 | 0 | 0 |
| 15 | | 08/29/24 | Chronic Care | MD | Chronic Care | Chronic care follow up. "No significant PMH", For i | Appropriate | 0 | 0 | 0 |
| 15 | | 08/28/24 | Other | MD | Tuberculosis & Other Infections | No PPD placed.  TB test negative in Alameda 4/25/ | Appropriate | 0 | No Effect | May have latent TB |
| 15 | | 09/25/24 | Sick Call/Clinic Visit | NP | Access to Care | Continued r ear pain. TM view obstructed by debri | Appropriate | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 06/10/24 | Initial Intake Screening | RN | Intake Screening | Pregnancy reported at 5-6 weeks. Jail cleared. Hist | Deficient | Patient not referred for immediate eval by PCP to renew thyroid med, establish clinical condition at early pregnancy. Thyroid med not provided until 16 days after admission. | Potentially | hypothyroid during pregnancy can cause birth defects. |
| 16 | | 06/14/24 | Other | RN | Detoxification/Withdrawal | Synthetic monitoring done | Appropriate | 0 | 0 | 0 |
| 16 | | 06/25/24 | PCP Diagnostics Review | RN | Access to Care | Patient refused essential therapy (lab draw). | Deficient | No indication of contact with provider to address problem,  no thyroid measured. | Potentially | hypothyroid during pregnancy can cause birth defects. Thyroid ordered 6/27/24 |
| 16 | | 07/01/24 | Chronic Care | NP | Chronic Care | Chronic care visit for pregnancy and hypothyroidism | Deficient | CC visit is delayed. Should be within 1 week of admission or earlier.  Lab delayed. | Potentially | miscarriage can occur for lack of thyroid medication |
| 16 | | 07/02/24 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ED.  Refused medical care at ED.  Ha | Appropriate | 0 | 0 | 0 |
| 16 | | 07/27/24 | Other | RN | Continuity of Care After Release | Released with instructions for care to follow pregna | Appropriate | 0 | 0 | 0 |
| 16 | | 07/03/24 | Other | RN | Pharmaceutical Administration | Patient provided Rx for meds to continue upon rele | Appropriate | 0 | 0 | 0 |
| 16 | | 06/13/24 | Other | RN | Tuberculosis & Other Infections | PPD negative (0) | Appropriate | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 06/02/24 | Emergent/Urgent Vis | RN | Access to Care | allergic reaction to inadvertent nut exposure.  Sent | Appropriate | 0 | 0 | 0 |
| 1 | | 06/02/24 | Specialty Services | ? | Outside Medical Care/Referrals | Returned from ER.  Consultation note in the EMR | Deficient | Follow up visit occurs late. | Potentially | Follow up documentation 6/7/24 does not comply with IP. |
| 1 | | 06/05/24 | Emergent/Urgent Vis | RN | Access to Care | Slight swelling right 2nd metacarpal after fight. No | Appropriate | 0 | 0 | 0 |
| 1 | | 06/07/24 | Chronic Care | NP | Chronic Care | Chronic care visit for asthma, does not consider pa | Deficient | No examination.  Physical exam in all parts states "Not Done." | Potentially | 0 |
| 1 | | 07/25/24 | Emergent/Urgent Vis | NP | Access to Care | Hand injury playing basketball.  Old deformity not | Appropriate | 0 | 0 | 0 |
| 1 | | 07/27/24 | Specialty Services | MD | Outside Medical Care/Referrals | X ray left hand, no new injury .  Reviewed in chart | Appropriate | 0 | 0 | 0 |
| 1 | | 07/29/24 | Emergent/Urgent Vis | RN | Access to Care | allergic reaction to inadvertent nut exposure.  Foll | Appropriate | 0 | 0 | 0 |
| 1 | | 08/26/24 | Emergent/Urgent Vis | MD | Access to Care | allergic reaction to inadvertent nut exposure.  Foll | Appropriate | 0 | 0 | 0 |
| 1 | | 08/26/24 | Emergent/Urgent Vis | MD | Outside Medical Care/Referrals | Timely visit to ER for trauma post altercation.  Cont | Appropriate | 0 | 0 | 0 |
| 1 | | 09/03/24 | Emergent/Urgent Vis | MD | Outside Medical Care/Referrals | Return from ED after nut allergy reaction | Appropriate | 0 | 0 | 0 |
| 1 | | 09/06/23 | Chronic Care | RN | Chronic Care | Treatment plan reviewed. Decision to house alone | Appropriate | 0 | 0 | 0 |
| 1 | | 07/30/24 | Other | MD | Tuberculosis & Other Infections | QuantiFeron negative 7/30/24 | Appropriate | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 05/21/24 | Initial Intake Screening | RN | Intake Screening | Denies medical problems or substance abuse. Refe | Appropriate | 0 | 0 | 0 |
| 18 | | 05/29/24 | Chronic Care | NP | Chronic Care | Review re substance abuse as Chronic disease. Is s | Appropriate | 0 | 0 | 0 |
| 18 | | 07/04/24 | Emergent/Urgent Visit | RN | Access to Care | Reports gross blood per urethra. Sent to ED | Appropriate | 0 | 0 | 0 |
| 18 | | 07/04/24 | Specialty Services | PA | Outside Medical Care/Referrals | ER paper work reviewed. Report states ultrasound | Appropriate | 0 | No Effect | Patient seen by urology 7/11/24. States he will follow up when released for cystoscopy. |
| 18 | | 07/22/24 | PCP Diagnostics Review | MD | Access to Care | Patient refuses crucial lab test in refusing follow up | Deficient | Progress note is incomplete.  No documented informed consent regarding risk of renal cell cancer and bladder cancer. Problem list is incomplete | Potentially | Renal Cell cancer detected late is often fatal. |
| 18 | | 09/30/24 | Sick Call/Clinic Visit | MD | Access to Care | Hematuria, had refused chest X ray to R/o TB and a | Appropriate | 0 | 0 | 0 |
| 18 | | 09/30/24 | Other | MD | Tuberculosis & Other Infections | No PPD test, no Chest X ray and no QuantiFeron in | Deficient | Patient needs TB screening | Potentially | at risk for latent or even active TB. |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 04/25/24 | Initial Intake Screening | RN | Intake Screening | Homeless, meth abuse reported as less than one t | Deficient | No Blood sugar measured (writes na). | Potentially | Purpose of required BS testing is to detect complications of drug abuse. |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | 04/26/24 | Other | RN | Detoxification/Withdrawal | synthetics monitoring | Appropriate | 0 | 0 | 0 |
| 19 | | 05/01/24 | Initial Health Assessment | NP | Health Care Maintenance | Initial assessment, not using form. Poly drug abuse | Deficient | Potential infections not considered or screened. STD not ordered. Problem list not updated. | Potentially | Need to screen for STD. |
| 19 | | 05/17/24 | Sick Call/Clinic Visit R? | R | Access to Care | Patient reports heavy rectal bleeding (daily) and rfl | Deficient | No triage, no exam. | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | | 06/01/24 | Sick Call/Clinic Visit R | RN | Access to Care | Pooping blood daily since 5/16. Nurse follows proto | Deficient | Nurse exceeding legal scope of practice. Not following Nursing Protocols. History is incomplete. Does not examine rectum for source of bleeding. Need to consult with PCP, get lab, check hematocrit, and rate. | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | | 06/02/24 | Sick Call/Clinic Visit R | RN | Access to Care | Returned to clinic because bleeding worse and pain | Appropriate | 0 | 0 | Protocol form for minor rectal bleeding used by nurses even when bleeding is considerable. Update should inform nurses to contact PCP for significant, long standing bleeding. |
| 19 | | 06/11/24 | Specialty Services | NP | Outside Medical Care/Referrals | Return from ER reviewed. Internal hemorrhoids no | Deficient | Follow up to specialty visit was not timely. ED recommendation for colonoscopy and treatment of possible colitis not acted upon | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | | 06/20/24 | Sick Call/Clinic Visit | RN | Access to Care | reports 10/10 back pain for weeks. VS abnormal. | Deficient | Incomplete assessment. Elevated pulse requires contact to PCP. Severe pain 10/10 requires PCP contact. Ibuprofen contraindicated | Adversely | ibuprofen can make bleeding worse - no inquiry re: rectal bleed. |
| 19 | | 06/26/24 | Sick Call/Clinic Visit | RN | Access to Care | Common cold symptoms. No fever. Mucinex. | Appropriate | 0 | 0 | No sick call request. Can not determine timeliness of response. |
| 19 | | 07/03/24 | Sick Call/Clinic Visit P | NP | Access to Care | Rectal bleeding continues. Awaiting specialty consu | Deficient | no BP, no weight. Exam incomplete. No rectal exam. Inordinate delay for specialty services | Adversely | Patient bleeding for weeks before attention given to serious complaint. |
| 19 | | 07/07/24 | Specialty Services | PA | Outside Medical Care/Referrals | Review GI consult and instructions for colonoscopy | Deficient | Note is incomplete.No conversation with MD (Colon-rectal surgeon) described. No recommendations received or reviewed regarding treatment of bleeding and pain.Patient has not yet seen GI consultant | Adversely | Patient bleeding for weeks before appropriate attention given to serious complaint. |
| 19 | | 07/15/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return from colonoscopy. Record is incomplte. No | Appropriate | 0 | 0 | Finally receiving appropriate therapy for a diagnosis. |
| 19 | | 08/05/24 | Chronic Care | MD | Chronic Care | Delayed attention to chronic bleed. Revivew course | Deficient | Weight recoreded 203. Not rechecked prior weight 138. That was bizarre as well, as weight before was 178. | Adversely | Without following weights adequate patient care is compromised. |
| 19 | | 08/29/24 | Sick Call/Clinic Visit | RN | Access to Care | Rib pain, back pain, facial rash, chest rash. Refer to | Appropriate | 0 | 0 | 0 |
| 19 | | 08/30/24 | Sick Call/Clinic Visit P | MD | Access to Care | GI visit scheduled for inflammatory bowel disease. | Deficient | Meloxicam is contraindicated. Access to care does not meet community standards where treatment provided is known to be hazardous. | Adversely | NSIAD likely makes bleeding worse. GI doc stops this. |
| 19 | | 09/06/24 | Sick Call/Clinic Visit | RN | Access to Care | dry eyes. Normal visutal acuity. Telehealth orders | Appropriate | 0 | 0 | 0 |
| 19 | | 09/10/24 | Specialty Services | MD | Outside Medical Care/Referrals | Report from GI consultation - diagnosis enteritis, ul | Appropriate | 0 | 0 | effective care provided nearly 4 mohtns after first complaint of symptoms. 10/8 colonoscopy confirms diagnosis |
| 19 | | 06/25/24 | Other | MD | Tuberculosis & Other Infections | QuantiFeron negative | Appropriate | 0 | 0 | had refused PPD |
| 19 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 05/01/24 | Initial Intake Screening | RN | Intake Screening | Multiple meds, for sickle cell, OUD, asthma. COWS | Deficient | Important meds ordered were not continued without interruption upon entry to jail. Hydroxyurea not in stock, and not delivered for 3 days. | Potentially | patient put at risk for sickle cell crisis without hydroxyurea. |
| 20 | | 05/03/24 | Chronic Care | MD | Chronic Care | Asthma, SC anemia , Polycystic kidney. On hydroxy | Appropriate | 0 | 0 | 0 |
| 20 | | 05/09/24 | Other | MD | Detoxification/Withdrawal | Patient seeking opiates for pain control. Buprenor | Appropriate | 0 | 0 | 0 |
| 20 | | 05/13/24 | Sick Call/Clinic Visit | MD | Access to Care | Nausea following buprenorphine. Reduce dose | Appropriate | 0 | 0 | 0 |
| 20 | | 05/23/24 | Sick Call/Clinic Visit P | MD | Access to Care | asthma attack and chest pain. No wheezing. Atypi | Appropriate | 0 | 0 | Credit for timely CC exam |
| 20 | | 05/30/24 | Initial Health Assessment | RN | Health Care Maintenance | Initial health inventory is overdue, but uses forms. | Appropriate | 0 | 0 | 0 |
| 20 | | 06/04/24 | Sick Call/Clinic Visit | RN | Access to Care | Acute diarrhea. Negative exam. Rx Loperamide, pi | Deficient | Increased fiber is wrong way to treat acute diarrhea. OK for chronic. Knowledge deficit. | Potentially | watery stools need control, if not dehydration can accentuate SC crisis. |
| 20 | | 06/10/24 | Chronic Care | MD | Chronic Care | Follow up. Stable To see Hematology in Children's | Appropriate | 0 | 0 | 0 |
| 20 | | 06/12/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Received infusion to prevent SC crisis. Adekveo req | Appropriate | 0 | 0 | 0 |
| 20 | | 06/25/24 | Chronic Care | NP | Chronic Care | Hisory reviewed. Exam performed by telehealth. | Deficient | no direct physical exam. Lungs not auscultated. Abdomen not palpated. | Potentially | Asthma, spenic infarct, bone pain not assessed. |
| 20 | | 07/05/24 | Specialty Services | MD | Outside Medical Care/Referrals | Sent to ER for severe pain left arm. Returned to jai | Appropriate | 0 | 0 | 0 |
| 20 | | 07/11/24 | Chronic Care | MD | Chronic Care | Reviewed conditions and meds, stable. Scheduled | Appropriate | 0 | 0 | 0 |
| 20 | | 07/19/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Monthly infusion. Lab. Stable. Recommends next | Appropriate | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | 07/24/24 | Specialty Services | | Outside Medical Care/Referrals | Sent to ER for severe pain face, migraine.  Possible | Appropriate | 0 | 0 | 0 |
| 20 | | 08/16/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Received infusion to prevent SC crisis. Adekveo req | Appropriate | 0 | 0 | 0 |
| 20 | | 08/26/24 | Chronic Care | MD | Chronic Care | Follow up for chronic diseases.  Complains of sinus | Appropriate | 0 | 0 | aggressive antibiotic may be warranted in sickle cell.  But probably not sinusitis. |
| 20 | | 09/13/24 | Specialty Services | UCSF | Outside Medical Care/Referrals | Received infusion to prevent SC crisis. Adekveo req | Appropriate | 0 | 0 | 0 |
| 20 | | 05/09/24 | PCP Diagnostics Revi | MD | Tuberculosis & Other Infections | Quantiferon done within one week of admission. re | Appropriate | 0 | 0 | 0 |
| 20 | | 09/19/24 | Sick Call/Clinic Visit | RN | Access to Care | Hip and leg pain.Toradol helps in past. | o | Appropriate | 0 | N/A | Kertrolac should be used in emergency only, with caution. Patient has normal kidneys. |
| 20 | | 09/21/24 | Other | ? | Continuity of Care After Release | Patient released | | Appropriate | No  evident instructions or continued prescriptions in EMR.  but 30 days of meds prescribed, and ongoing care at UCSF is evident in the medical record. | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 04/05/24 | Specialty Services | MD | Outside Medical Care/Referrals | Return from cardiology for review of LVEF 20%.  Als | Appropriate | 0 | 0 | 0 |
| 21 | | 04/09/24 | Chronic Care | PA | Chronic Care | Review of labs.  HbA1c 6.3.  Add Metformin 100mg | Appropriate | 0 | Potentially | Adverse side effects from unnecessary  Metformin is avoidable. HbA1c is at target.  Rx is excessive |
| 21 | | 04/15/24 | Sick Call/Clinic Visit | NP | Access to Care | Complains of low back pain, GERD symptoms.  Rx p | Appropriate | 0 | 0 | 0 |
| 21 | | 04/24/24 | Emergent/Urgent Vis | RN | Access to Care | Chest pain. Exam normal. EKG borderline. Assess at | Appropriate | 0 | 0 | 0 |
| 21 | | 04/29/24 | Sick Call/Clinic Visit | NP | Access to Care | Burning feet. Exam unremarkable. Dx diabetic neur | Appropriate | 0 | 0 | 0 |
| 21 | | 05/07/24 | Sick Call/Clinic Visit | RN | Access to Care | Swollen legs for 4 days. LE edema, No signs of SOB | Deficient | Obtaining patient weight when CHF is at issue, and Lasic ordded is necessry vital sign measurement. | Potentially | Unalbe to assess and treat CHF adequately without monitoring weights. |
| 21 | | 05/13/24 | Sick Call/Clinic Visit | MD | Access to Care | Called by patient to care for symptoms. Angry, dem | Deficient | Provider exam for acute deterioration of CHF is delayed.  Should have been days sooner.  Labs inexplicably not performed, re ordered. | Adversely | Increased weight suggests deteriorated CHF |
| 21 | | 05/13/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from PT. Instructions reviewed | | Appropriate | 0 | 0 | 0 |
| 21 | | 05/28/24 | Sick Call/Clinic Visit | MD | Access to Care | Wants gabapentin for chronic pain. Exam shows no | Appropriate | 0 | 0 | 0 |
| 21 | | 06/18/24 | Chronic Care | MD | Chronic Care | Patient followed for recurrent swelling lower extre | Deficient | Insufficient chronic care treatment plan, use of meloxicam at higher doess in CHF contrary to best practices. Should confer with Dr.  cardiology. | Potentially | No lab yet, no lytes to verfiy safety with lasix. Stocck recommendation written "150 minutes exercise per week....7-8 glasses of water each day" are wrong. |
| 21 | | 06/25/24 | Specialty Services | DO | Outside Medical Care/Referrals | Weight has gone alarmingly. Specialist recommend | Appropriate | 0 | 0 | 0 |
| 21 | | 07/03/24 | Chronic Care | MD | Chronic Care | Recommendations followed.  Patient BP, weight im | Appropriate | 0 | 0 | 0 |
| 21 | | 08/14/24 | Specialty Services | PA | Outside Medical Care/Referrals | Echo done 8/12/24 not reported. Patient informed | Deficient | Echo is not reported on 8/27/24.  Advive given to patient is inaccurate.  In fact, she is much improved.  Hydration is overstressed. | Potentially | Patient should be concerned about excess fluid intake.  PA oversight not evident. |
| 21 | | 08/16/24 | Specialty Services | NP | Outside Medical Care/Referrals | Review condition, exam. Stable | | Appropriate | 0 | 0 | 0 |
| 21 | | 08/22/24 | Chronic Care | MD | Chronic Care | Review XR, echo results. L shoulder strain. | | Appropriate | 0 | 0 | 0 |
| 21 | | 08/27/24 | Chronic Care | MD | Chronic Care | Review asthma, chronic pain, chf.  Heart function n | Appropriate | 0 | 0 | 0 |
| 21 | | 08/28/24 | Chronic Care | MD | Chronic Care | Team meeting with patient | | Appropriate | 0 | 0 | 0 |
| 21 | | 09/13/24 | Chronic Care | MD | Chronic Care | numberous complians.  Exam negative. Shoulder sp | Appropriate | 0 | 0 | 0 |
| 21 | | 09/18/24 | Other | RN | Health Care Maintenance | Return from PT.  Instructions reviewed.  Patient com | Appropriate | 0 | 0 | Marked deliy in exam that was due two weeks after intake.  but credit given for multiple CC visits. |
| 21 | | 09/24/24 | Chronic Care | MD | Chronic Care | Exam, lab reviewed re:  shoulder pain,night sweats | Appropriate | 0 | 0 | patient symptoms probably related to Anxiety, somatoform disoder.  Frequent visits are appropriate |
| 21 | | 03/27/24 | RN Diagnostic Service | RN | Tuberculosis & Other Infections | PPD negative within 7 days of admission | | Appropriate | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 08/30/24 | Initial Intake Screening | RN | Intake Screening | Insuline dependent diabetic. BS 381. PA called for r | Appropriate | 0 | Adversely | Order for 1 unit insulin (probably errant entry); Chronic care ordered for 5+ days. Patient may have been acutely deteriorated, with possible cellulitis or fracture from Charcot foot and needs immediate or urgent MD Patient sent to ED on 9/2/24 before chronic care. |
| 22 | | 09/02/24 | Specialty Services | RN | Outside Medical Care/Referrals | Report from ER. Monitor glucose more oftren | Appropriate | 0 | 0 | 0 |
| 22 | | 09/03/24 | Chronic Care | MD | Chronic Care | CC exam requested at Intake. Hx and physical doc | Deficient | PL not updated No eye exam, no foot exam. | 0 | Problem list not updated |
| 22 | | 09/01/24 | Other | RN | Tuberculosis & Other Infections | reported negative | Appropriate | 0 | 0 | should record mri finding |
| 22 | | 09/02/24 | Other | NP | Health Care Maintenance | Vist 22 days after Intake to manage DM, seems brf | Deficient | No lab reported from tests ordered 9/3/24. Needs STD screening. | Potentially | at risk for STD |
| 22 | | 09/26/24 | Sick Call/Clinic Visit | RN | Access to Care | BS 518. Insulin given. | Deficient | Blood sugars 460, 600 days before. Very poor control. Needs referral to MD for urgent care. | Potentially | poor DM control puts patient at risk for complications. |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 04/12/24 | Initial Health Assessment | RN | Health Care Maintenance | 14 dayhealth inventory for admission in October 2( | Deficient | inordinate delay for 14 day exam. STD screening not done. | No Effect | Chronic care exams have been performed. STD screening crucial for HIV patient. |
| 23 | | 06/04/24 | Chronic Care | NP | Chronic Care | VS normal. Exam by gross visual inspecton is not re | Appropriate | 0 | 0 | In person exam should occur as well. |
| 23 | | 08/12/24 | Chronic Care | NP | Chronic Care | VS normal. Exam by gross visual inspecton is not re | Appropriate | 0 | 0 | 0 |
| 23 | | 09/09/24 | Specialty Services | RN | Outside Medical Care/Referrals | Patient returned from specialty visit for HIV. Lab re | Deficient | full report from specialist not in EMR. Lab done is not reported until 10/4/24 that shows Syphilis (incompletely treated or new?) is not reviewed at MCJ. | Adversely | patient may have untreated syphilis. Will contact medical director. |
| 23 | | 10/03/24 | Other | MD | Health Care Maintenance | Annual physical. Exam unremarable. Next visit  on | Deficient | Lab requested, but not followed or acted upon. RPR titer is 1:4. No plan for this findings. | Adversely | may have untreated syphilis. |
| 23 | | 10/07/24 | Other | MD | Pharmaceutical Administration | anti HIV meds not administered October 7-9 | Deficient | three doses missing in a row, purportedly not in stock | Adversely | increases risk of resistance, med failure. |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 08/23/24 | Initial Intake Screening | RN | Intake Screening | No medical problems reported. Has history bipolar, Deficient | | Form states that Yes answer to "attempted suicide in past" directs RN to "refer to MH urgently." No referrals noted in the Intake form. | Potentially | at risk for suicide |
| 24 | | 08/29/24 | Chronic Care | NP | Chronic Care | Reported COPD, chronic neck pain. Jock itch. Edent Appropriate | | 0 | 0 | Patient described looks like different person than on intake. |
| 24 | | 09/01/24 | Other | PA | Tuberculosis & Other Infections | History of treatment for LTBI 1991. Cxr repeaed ne Appropriate | | 0 | 0 | Will remain positive after treatment. Follow symptoms. |
| 24 | | 09/10/24 | Sick Call/Clinic Visit | PA | Access to Care | Gastric pain, Wants med. Exam normal except for r Appropriate | | 0 | 0 | 0 |
| 24 | | 09/14/24 | Sick Call/Clinic Visit | RN | Access to Care | Bak pain after fall, history of chronic back pain. On Deficient | | EMR shows prior PA exam recommends agains ibuprofen. Potentially Contraindicated with meloxicam and history of Gastric distress | | excess NSAID can induce ulcer. Unclear if ordered by Dr __ after incomplete hisotory from nurse. Discontinued on 9/18 |
| 24 | | 09/17/24 | Chronic Care | MD | Chronic Care | Chronic back pain; copd, Smoker x 50 yr. HCV. Lab Appropriate | | 0 | 0 | Best practices disfavor Robaxin in elderly, and NSAID because of heart risk and GI side effects. AAA screening due. Labs reviewed 9/25/24 show Hep B and C immunity. |
| 24 | | 09/25/24 | Sick Call/Clinic Visit | RN | Access to Care | Back pain, diffiulty urinating. Rash. Calls PCP for on Appropriate | | 0 | 0 | 0 |
| 24 | | 10/09/24 | Sick Call/Clinic Visit | MD | Access to Care | Hesitancy, dribbling. Neck pain. Shoulder pain. Dis Appropriate | | 0 | 0 | patient appears to be drug seeking. |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF   Document 952   Filed 01/13/25   Page 133 of 207
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 05/01/24 | Sick Call/Clinic Visit | NP | Access to Care | Left shoulder pain persistent. MRI. Limps. Also afte | Deficient | X ray left foot and knee ordered with follow up in 1 week inappropriate. Ankle needs immediate immobilization pending X ray asap because Ottawa rules predict high probability of fracture. There is no role for oral prednisone, especially in patient with diabetes and hypertension , | Adversely | Fracture pain not ameliorated, and risk of non union increased. Risk of worsening diabetes, hypertension from prednisone. |
| 25 | | 05/06/24 | Specialty Services | PA | Outside Medical Care/Referrals | 5/4/24 X ray shows acute fracture. | Deficient | X ray ordered 5/1/24 was not done until 5/4/24. The detected fracture was not addressed for 48 hrs. | Adversely | pain for 2 days. Possible worsening risk for non union. |
| 25 | | 05/08/24 | Sick Call/Clinic Visit | NP | Access to Care | Follow up for tendonitis, fracture foot. Also adhesis | Appropriate | 0 | 0 | 0 |
| 25 | | 05/20/24 | Sick Call/Clinic Visit | PA | Access to Care | Review snellen re: need for glasses. Last changed 2 | Appropriate | 0 | 0 | 0 |
| 25 | | 05/20/24 | Specialty Services | NP | Outside Medical Care/Referrals | Left foot fracture. Using orthopedic foot suport. X | Deficient | Ortrhopedic exam was supposed to be expedited. Not done yet. | Adversely | delay in orthopedic service risks non union of foot fracture. |
| 25 | | 06/04/24 | Chronic Care | | Chronic Care | 90 day CC visit for HTN, DM, Hyperlipidemia, low v | Deficient | Physical exam not done. No report regarding Foot fracture. | Adversely | delay in orthopedic service risks non union of foot fracture. |
| 25 | | 06/18/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from optometry. Recommendeds annual dial | Appropriate | 0 | 0 | Also seen by MD 6/21. Needs exam in 2-3 months re: family hx glaucoma. |
| 25 | | 06/21/24 | Specialty Services | RN | Outside Medical Care/Referrals | return from PT. Scheduled for further sessions. Ad | Appropriate | 0 | 0 | 0 |
| 25 | | 08/22/24 | Chronic Care | MD | Chronic Care | HTN, DM. Referred also for infection left elbow. St | Deficient | No weight. (required for CC); no description of foot fracture, healing. | Potentially | Possible non union of foot fracture without ortho eval,X ray evidence of healing. X ray on 5/18/24 suggests foot fracture healed without complication. |
| 25 | | 10/08/24 | Sick Call/Clinic Visit | np | Access to Care | patient education regarding need for opthalmology | Appropriate | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 04/01/24 | Sick Call/Clinic Visit | MD | Access to Care | Persistent vague urinary tract complaints. Wants t | Appropriate | 0 | 0 | 0 |
| 26 | | 04/10/24 | Sick Call/Clinic Visit | NP | Access to Care | Follow up after EKG For palpitations. EKG normal. | Appropriate | 0 | 0 | 0 |
| 26 | | 05/20/24 | Sick Call/Clinic Visit | PA | Access to Care | Complains of weak urinary flow. Chest problems - | Appropriate | 0 | 0 | 0 |
| 26 | | 05/20/24 | Other | PA | Health Care Maintenance | Annual physical is due. Last performed 5/15/22. | Deficient | Overdue annual physical | Adversely | Patient needs treatment plan integrated with MH for severe anxiety. |
| 26 | | 07/23/24 | Chronic Care | MD | Chronic Care | Review of heartburn symptoms. Exam negative. Ki | Deficient | Patient has not been fully examined for more than a few years. Chronic care is incomplete. No annual lab. No STD testing. TB testing not repeated annually | Potentially | possible STD, TB not detected. Lab not updated. |
| 26 | | 08/20/24 | Specialty Services | PA | Outside Medical Care/Referrals | Urology visit reviewed. Follow up procedures sche | Deficient | Note returned from urologist with patient is incomplete. | Potentially | Unclear basis for diagnosis or differential diagnosis. Rash in groin not addressed. No outreach to obtain full note. |
| 26 | | 09/16/24 | Sick Call/Clinic Visit | PA | Outside Medical Care/Referrals | Complaint issued 8/13/24. No face to face visit | Deficient | Complaint documented 8/13/24. No face to face visit scheduled until 9/16/24. No follow up with patient after refusal. | Potentially | possible untreated skin disease. |
| 26 | | 09/23/24 | Chronic Care | NP | Chronic Care | 60 day CC follow up. GERD, LUTS. | Deficient | Old records not reviewed. No attention to prior complaints of skin rash, chest and breathing difficulties. Lab not ordered. TB not up to date | Potentially | possible STD, TB not detected. Lab not updated. |
| 26 | | 09/30/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returne from optometry. Full notes provided. Gla | Appropriate | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 04/05/24 | Initial Intake Screening, RN | | Intake Screening | 44 yo male with no medical or MH issues, no referr | Appropriate | 0 | 0 | 0 |
| 27 | | 05/14/24 | Other | ? | Health Care Maintenance | Patient due at 6 weeks for health care inventory. | Deficient | No health care inventory performed. | Potentially | STD screening delayed . TB testing delayed. |
| 27 | | 05/14/24 | Sick Call/Clinic Visit R, RN | | Access to Care | Reported 9/10 abdominal pain, worse over 3 days. | Appropriate | 0 | 0 | 0 |
| 27 | | 05/17/24 | Specialty Services, PA | | Outside Medical Care/Referrals | Returned from ED visit, hospitalized for laparoscopic | Appropriate | 0 | 0 | 0 |
| 27 | | 06/05/24 | Sick Call/Clinic Visit R, MD | | Access to Care | Follow up afer hospital care, STD screen and lab on | Appropriate | 0 | 0 | 0 |
| 27 | | 07/06/24 | Other, PA | | Tuberculosis & Other Infections | Lab for STD REVIEWED. BCG history. QF negative | Appropriate | 0 | 0 | Determination of TB status should be within weeks to 10 days of admission |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 28 | | 06/29/24 | Initial Intake Screening, RN | | Intake Screening | Morbid obese, elevated BS, probably diabetic. A1c | Deficient | Leg wounds (evident 7/4/24) were not examined (skin exam is blank) and thus not reported, treated or referred. No chronic care referral for DM, opiate abuse. | Adversely | Patient requires hospital care on 7/4/24 due to delayed care for leg wounds. |

Case 5:13-cv-02354-BLF   Document 952   Filed 01/13/25   Page 135 of 207
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | | 07/01/24 | Other | RN | Detoxification/Withdrawal | Overt alcohol withdrawal. Scale 19. Medical order | Deficient | Flow sheet does not show hourly score and does not show observation until housing. Patient should be seen next PCP sick call. Is not seen by PCP until 7/5/24. | Potentially | Patient requires hospital care on 7/4/24 due to delayed care for leg wounds. |
| 28 | | 07/04/24 | Sick Call/Clinic Visit | RN; M | Access to Care | Sick call visit for pain and discharge from chronic le | Appropriate | 0 | 0 | 0 |
| 28 | | 07/04/24 | Specialty Services | RN; | Outside Medical Care/Referrals | Return from ED with progress note, instructions. | Appropriate | 0 | 0 | 0 |
| 28 | | 07/05/24 | Chronic Care | MD | Chronic Care | Venous stasis, morbid obesity. Discussed MAT. La | Appropriate | 0 | 0 | 0 |
| 28 | | 07/11/24 | Facility Transfer | RN | Continuity of Care After Release | Transfer to NKSP staets needs immedaiate attentic | Appropriate | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 06/28/24 | Initial Intake Screening | RN | Intake Screening | Prior VD Rx, now bacterial vaginosis med. Exam un | Appropriate | 0 | 0 | 0 |
| 29 | | 07/06/24 | Sick Call/Clinic Visit | RN | Access to Care | Severe 9/10 abdominal pain, cramping. Pulse 115, | Appropriate | 0 | 0 | 0 |
| 29 | | 07/06/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ED with report of normal CT, lab. Fc | Appropriate | 0 | 0 | Physical exam not done. Telehealth encpounter. Acceptable in light of recent ER visit with Neg CT. |
| 29 | | 07/10/24 | Chronic Care | NP | Chronic Care | Initial CC visit after intake. Abdominal pain resolve | Appropriate | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 05/03/24 | Sick Call/Clinic Visit | RN | Access to Care | Headache, ? Migraine. History of seasonal allergies | Deficient | Request for care submitted 4/27/28. Access to care not timely. | Potentially | diagnosis of headaches and treatment delayed. |
| 30 | | 06/11/24 | Chronic Care | NP | Chronic Care | Seen for chronic pain, ? Chronic sinusitis 8/10. Inee | Deficient | No exam documented (telehealth visit). Labs not ordered. No indication for antibiotics. | Potentially | No diagnosis to justify possible side effects from med. |
| 30 | | 07/06/24 | Sick Call/Clinic Visit | RN | Access to Care | Head cold, racing heart. Exam and treatment plan | Appropriate | | 0 | 0 |
| 30 | | 07/07/24 | Sick Call/Clinic Visit | RN | Access to Care | Covid test positive.  Protocols provided | Sent to ED | Appropriate | 0 | 0 | 0 |
| 30 | | 07/08/24 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ED, Chest pain SOB. Work up negati | Appropriate | | 0 | 0 |
| 30 | | 07/10/24 | Sick Call/Clinic Visit | MD | Access to Care | Follow u for Covid, chest pain.  ER visit normal. Clin | Appropriate | | 0 | 0 |
| 30 | | 09/05/24 | Chronic Care | NP | Chronic Care | 90 day follow up for chronic pain? Sinusitis.Headac | Appropriate | | 0 | No indication for propanolol described. 10 mg is homeopathic dose.No apparent collaboration with on site MD. |
| 30 | | 09/23/24 | Sick Call/Clinic Visit | RN | Access to Care | Left wrist pain for 3 weeks.  Also strateis needs eye | Appropriate | | 0 | 0 |
| 30 | | 09/27/24 | Other | RN | Continuity of Care After Release | Transfer to NKSP reports "no medical treament giv | Deficient | Form is grosoly inaccurate. Patient was treated for presumed sinsu infections, allergic sinusitis, and headaches.  RPR and GC tests were done, and reported negative.  RPR was reported negative 9/20/24. GC was not reported on the day of his transfer, but had been done. | Potentially | inaccurate transfer information may impair appropriate medical care. |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |

## Summary of Encounters

| Implementation Plan Category | Case Review Findings | | | | | Medical Chart Review Findings (Audit Tool) | | | | Combined Percentage Compliance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Encounters | Number of Appropriate | Number of Deficient | Number of N/A | Percentage Compliance | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance | |
| Intake Screening | 21 | 12 | 9 | 0 | 57.1% | 20 | 7 | 13 | 35.0% | 46.3% |
| Access to Care | 97 | 72 | 24 | 0 | 75.0% | 17 | 11 | 6 | 64.7% | 73.5% |
| Chronic Care | 57 | 31 | 26 | 0 | 54.4% | 18 | 5 | 13 | 27.8% | 48.0% |
| Health Care Maintenance | 18 | 4 | 14 | 0 | 22.2% | 20 | 3 | 17 | 15.0% | 18.4% |
| Continuity of Care After Release | 7 | 5 | 2 | 0 | 71.4% | 17 | 8 | 9 | 47.1% | 54.2% |
| Outside Medical Care/Referrals | 57 | 41 | 16 | 0 | 71.9% | 16 | 10 | 6 | 62.5% | 69.9% |
| Detoxification/Withdrawal | 11 | 10 | 1 | 0 | 90.9% | 10 | 5 | 5 | 50.0% | 71.4% |
| Tuberculosis | 21 | 18 | 3 | 0 | 85.7% | 20 | 11 | 9 | 55.0% | 70.7% |
| Pharmaceutical Administration | 4 | 3 | 1 | 0 | 75.0% | 10 | 8 | 2 | 80.0% | 78.6% |
| Totals | 293 | 196 | 96 | 0 | 67.1% | 148 | 68 | 80 | 45.9% | 60.0% |

**Summary**

**Percentage of Compliance of Encounters by Medical Quality Indicator**

| | Medical Quality Indicator | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance |
|---|---|---|---|---|---|
| 1 | Intake Screening | 20 | 7 | 13 | **35.0%** |
| 2 | Access to Care | 17 | 11 | 6 | **64.7%** |
| 3 | Chronic Care | 18 | 5 | 13 | **27.8%** |
| 4 | Health Care Maintenance | 20 | 3 | 17 | **15.0%** |
| 5 | Continuity of Care After Release | 17 | 8 | 9 | **47.1%** |
| 6 | Outside Medical Care/Referrals | 16 | 10 | 6 | **62.5%** |
| 7 | Detoxification/Withdrawal | 10 | 5 | 5 | **50.0%** |
| 8 | Tuberculosis & Other Infections | 20 | 11 | 9 | **55.0%** |
| 9 | Pharmaceutical Administration | 10 | 8 | 2 | **80.0%** |
| | **Totals** | **148** | **68** | **80** | **45.9%** |

**MCI**  **Auditor Name:**  **Audit Review Period: Month/Year - Month/Year**

## CHAPTER 1. INTAKE SCREENING

| Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ID #** A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.1 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.2 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 |
| 1.3 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.4 Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.5 Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.6 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.7 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.8 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.9 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.10 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.11 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.12 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.13 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.14 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| 1.15 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 |
| **Overall Encounter Rating** Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 |

## CHAPTER 2: ACCESS TO CARE

| Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ID #** A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 2.1 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.2 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.3 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.4 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.5 Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Overall Encounter Rating** Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 3: CHRONIC CARE

| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 3.1 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.2 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.3 | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.4 | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 4: HEALTH CARE MAINTENANCE

| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 4.1 | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | 0 | 0 | 0 | 0 |
| 4.2 | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | 0 | 0 | 0 | 0 |
| 4.3 | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 |

## CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 5.1 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.3 | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.4 | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 6: OUTSIDE MEDICAL CARE/ REFERRALS

| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 6.1 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CHAPTER 7: DETOXIFICATION/WITHDRAWAL**

| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | | | | | | | | | | | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 7.1 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.12 | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CHAPTER 8: TB AND OTHER INFECTIONS**

| ID # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.1 | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.5 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant |
| Overall Encounter Rating | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient |

**CHAPTER 9: PHARMACEUTICAL ADMINISTRATION**

| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | | | | | | | | | | | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 9.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Summary**

**Percentage of Compliance of Questions/Quality Measures by Medical Quality Indicator**

| | Medical Quality Indicator | Number of Records Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 300 | 128 | 33 | 139 | **79.5%** |
| 2 | Access to Care | 87 | 61 | 19 | 7 | **76.3%** |
| 3 | Chronic Care | 72 | 31 | 26 | 15 | **54.4%** |
| 4 | Health Care Maintenance | 60 | 21 | 38 | 1 | **35.6%** |
| 5 | Continuity of Care After Release | 68 | 21 | 17 | 30 | **55.3%** |
| 6 | Outside Medical Care/Referrals | 64 | 41 | 8 | 15 | **83.7%** |
| 7 | Detoxification/Withdrawal | 120 | 33 | 24 | 63 | **57.9%** |
| 8 | Tuberculosis & Other Infections | 100 | 32 | 12 | 56 | **72.7%** |
| 9 | Pharmaceutical Administration | 30 | 9 | 2 | 19 | **81.8%** |
| | **Totals** | **901** | **377** | **179** | **345** | **67.8%** |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit - Medical Record Review**
**Summary of Findings**

**MCJ** | **Auditor Name:** | **Audit Review Period:** Month/Year - Month/Year

| | Quality Indicator | Q# | Totals: Total # of Records Reviewed | Totals: Total number of YES | Totals: Total number of NO | Totals: Total number of N/A | Totals: % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Intake Screening | 1.1 | 20 | 20 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 1.2 | 20 | 2 | 7 | 11 | 22.2% | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 1.3 | 20 | 20 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 1.4 | 20 | 5 | 9 | 6 | 35.7% | 4 | 2 | 1 | 1 | 66.7% |
| | | 1.5 | 20 | 5 | 8 | 7 | 38.5% | 4 | 1 | 0 | 3 | 100.0% |
| | | 1.6 | 20 | 18 | 2 | 0 | 90.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 1.7 | 20 | 1 | 0 | 19 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 1.8 | 20 | 11 | 0 | 9 | 100.0% | 4 | 2 | 0 | 2 | 100.0% |
| | | 1.9 | 20 | 16 | 0 | 4 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 1.10 | 20 | 2 | 4 | 14 | 33.3% | 4 | 1 | 0 | 3 | 100.0% |
| | | 1.11 | 20 | 2 | 3 | 15 | 40.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 1.12 | 20 | 3 | 0 | 17 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | | 1.13 | 20 | 2 | 0 | 18 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 1.14 | 20 | 1 | 0 | 19 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 1.15 | 20 | 20 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 2 | Access to Care | 2.1 | 17 | 14 | 3 | 0 | 82.4% | 4 | 4 | 0 | 0 | 100.0% |
| | | 2.2 | 17 | 12 | 5 | 0 | 70.6% | 4 | 4 | 0 | 0 | 100.0% |
| | | 2.3 | 17 | 13 | 4 | 0 | 76.5% | 4 | 4 | 0 | 0 | 100.0% |
| | | 2.4 | 17 | 15 | 2 | 0 | 88.2% | 4 | 4 | 0 | 0 | 100.0% |
| | | 2.5 | 19 | 7 | 5 | 7 | 58.3% | 4 | 3 | 0 | 1 | 100.0% |
| 3 | Chronic Care | 3.1 | 18 | 10 | 8 | 0 | 55.6% | 4 | 3 | 1 | 0 | 75.0% |
| | | 3.2 | 18 | 3 | 0 | 15 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | | 3.3 | 18 | 10 | 8 | 0 | 55.6% | 4 | 3 | 1 | 0 | 75.0% |
| | | 3.4 | 18 | 8 | 10 | 0 | 44.4% | 4 | 2 | 2 | 0 | 50.0% |
| 4 | Health Care Maintenance | 4.1 | 20 | 6 | 13 | 1 | 31.6% | 4 | 1 | 2 | 1 | 33.3% |
| | | 4.2 | 20 | 3 | 17 | 0 | 15.0% | 4 | 0 | 4 | 0 | 0.0% |
| | | 4.3 | 20 | 12 | 8 | 0 | 60.0% | 4 | 1 | 3 | 0 | 25.0% |
| 5 | Continuity of Care after Release | 5.1 | 17 | 3 | 2 | 12 | 60.0% | 4 | 0 | 1 | 3 | 0.0% |
| | | 5.2 | 17 | 11 | 2 | 4 | 84.6% | 4 | 1 | 2 | 1 | 33.3% |
| | | 5.3 | 17 | 2 | 7 | 8 | 22.2% | 4 | 1 | 3 | 0 | 25.0% |
| | | 5.4 | 17 | 5 | 6 | 6 | 45.5% | 4 | 1 | 2 | 1 | 33.3% |
| 6 | Outside Medical Care - Referrals | 6.1 | 16 | 14 | 2 | 0 | 87.5% | 4 | 3 | 1 | 0 | 75.0% |
| | | 6.2 | 16 | 13 | 3 | 0 | 81.3% | 4 | 4 | 0 | 0 | 100.0% |
| | | 6.3 | 16 | 0 | 2 | 14 | 0.0% | 4 | 0 | 1 | 3 | 0.0% |
| | | 6.4 | 16 | 14 | 1 | 1 | 93.3% | 4 | 4 | 0 | 0 | 100.0% |

| Q# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.2 | 4 | 0 | 1 | 3 | 0.0% | 4 | 1 | 2 | 1 | 33.3% |
| 1.3 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.4 | 4 | 2 | 1 | 1 | 66.7% | 4 | 0 | 2 | 2 | 0.0% |
| 1.5 | 4 | 1 | 1 | 2 | 50.0% | 4 | 0 | 2 | 2 | 0.0% |
| 1.6 | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% |
| 1.7 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 1 | 0 | 3 | 100.0% |
| 1.8 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 3 | 0 | 1 | 100.0% |
| 1.9 | 4 | 1 | 0 | 3 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.10 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.11 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.12 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.13 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.14 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.15 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 2.1 | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% |
| 2.2 | 4 | 3 | 1 | 0 | 75.0% | 4 | 3 | 1 | 0 | 75.0% |
| 2.3 | 4 | 3 | 1 | 0 | 75.0% | 4 | 3 | 1 | 0 | 75.0% |
| 2.4 | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% |
| 2.5 | 4 | 2 | 1 | 1 | 66.7% | 5 | 0 | 2 | 3 | 0.0% |
| 3.1 | 4 | 3 | 1 | 0 | 75.0% | 4 | 1 | 3 | 0 | 25.0% |
| 3.2 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 3.3 | 4 | 3 | 1 | 0 | 75.0% | 4 | 1 | 3 | 0 | 25.0% |
| 3.4 | 4 | 2 | 2 | 0 | 50.0% | 4 | 2 | 2 | 0 | 50.0% |
| 4.1 | 4 | 1 | 3 | 0 | 25.0% | 4 | 2 | 2 | 0 | 50.0% |
| 4.2 | 4 | 1 | 3 | 0 | 25.0% | 4 | 0 | 4 | 0 | 0.0% |
| 4.3 | 4 | 2 | 2 | 0 | 50.0% | 4 | 2 | 2 | 0 | 50.0% |
| 5.1 | 4 | 1 | 0 | 3 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| 5.2 | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 0 | 1 | 100.0% |
| 5.3 | 4 | 0 | 1 | 3 | 0.0% | 4 | 1 | 1 | 2 | 50.0% |
| 5.4 | 4 | 1 | 2 | 1 | 33.3% | 4 | 1 | 1 | 2 | 50.0% |
| 6.1 | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% |
| 6.2 | 4 | 2 | 2 | 0 | 50.0% | 4 | 3 | 1 | 0 | 75.0% |
| 6.3 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 6.4 | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% |

| Q# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.2 | 4 | 1 | 2 | 1 | 33.3% | 4 | 0 | 2 | 2 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.3 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.4 | 4 | 0 | 2 | 2 | 0.0% | 4 | 1 | 3 | 0 | 25.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.5 | 4 | 1 | 3 | 0 | 25.0% | 4 | 2 | 2 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.6 | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.7 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.8 | 4 | 3 | 0 | 1 | 100.0% | 4 | 3 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.9 | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.10 | 4 | 0 | 2 | 2 | 0.0% | 4 | 1 | 2 | 1 | 33.3% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.11 | 4 | 0 | 2 | 2 | 0.0% | 4 | 2 | 1 | 1 | 66.7% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.12 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 2 | 0 | 2 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.13 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 2 | 0 | 2 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.14 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 1 | 0 | 3 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.15 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.1 | 4 | 2 | 2 | 0 | 50.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.2 | 4 | 1 | 3 | 0 | 25.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.3 | 4 | 2 | 2 | 0 | 50.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.4 | 4 | 3 | 1 | 0 | 75.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.5 | 5 | 1 | 2 | 2 | 33.3% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.1 | 4 | 2 | 2 | 0 | 50.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.2 | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.3 | 4 | 3 | 1 | 0 | 75.0% | 2 | 0 | 2 | 0 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.4 | 4 | 1 | 3 | 0 | 25.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 4.1 | 4 | 2 | 2 | 0 | 50.0% | 4 | 0 | 4 | 0 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 4.2 | 4 | 2 | 2 | 0 | 50.0% | 4 | 0 | 4 | 0 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 4.3 | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.1 | 4 | 1 | 1 | 2 | 50.0% | 1 | 0 | 0 | 1 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.2 | 4 | 2 | 0 | 2 | 100.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.3 | 4 | 0 | 1 | 3 | 0.0% | 1 | 0 | 1 | 0 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.4 | 4 | 1 | 1 | 2 | 50.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.1 | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.2 | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.3 | 4 | 0 | 1 | 3 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.4 | 4 | 3 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

MONITOR'S COURT FILE
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCI | | | Auditor Name: | | | | | Audit Review Period: Month/Year - Month/Year | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Totals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Indicator | QI | | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
| **7** Detoxification/ Withdrawal | 7.1 | | 10 | 2 | 3 | 5 | 40.0% | 4 | 1 | 1 | 2 | 50.0% | 4 | 1 | 2 | 2 | 33.3% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.2 | | 10 | 5 | 2 | 3 | 71.4% | 4 | 4 | 0 | 0 | 100.0% | 4 | 0 | 2 | 2 | 0.0% | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.3 | | 10 | 6 | 4 | 0 | 60.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 2 | 2 | 0 | 50.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.4 | | 10 | 7 | 3 | 0 | 70.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 2 | 2 | 0 | 50.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.5 | | 10 | 2 | 3 | 5 | 40.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 1 | 3 | 0 | 25.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.6 | | 10 | 2 | 3 | 5 | 40.0% | 4 | 1 | 3 | 0 | 100.0% | 4 | 1 | 3 | 0 | 25.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.7 | | 10 | 2 | 0 | 8 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.8 | | 10 | 1 | 1 | 8 | 100.0% | 4 | 1 | 1 | 2 | 100.0% | 4 | 1 | 1 | 2 | 50.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.9 | | 10 | 1 | 1 | 8 | 50.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.10 | | 10 | 2 | 0 | 8 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 2 | 0 | 2 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.11 | | 10 | 0 | 3 | 7 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 3 | 1 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.12 | | 10 | 2 | 2 | 6 | 50.0% | 4 | 0 | 2 | 2 | 0.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| **8** Tuberculosis and Other Infections | 8.1 | | 20 | 13 | 6 | 1 | 68.4% | 20 | 13 | 6 | 1 | 68.4% | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.2 | | 20 | 0 | 0 | 20 | #DIV/0! | 20 | 0 | 0 | 20 | #DIV/0! | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.3 | | 20 | 2 | 3 | 15 | 40.0% | 20 | 2 | 3 | 15 | 40.0% | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.4 | | 20 | 0 | 0 | 20 | #DIV/0! | 20 | 0 | 0 | 20 | #DIV/0! | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.5 | | 20 | 17 | 3 | 0 | 85.0% | 20 | 17 | 3 | 0 | 85.0% | | | | | | | | | | | | | | | | | | | | | | | | |
| **9** Pharmaceutical Administration | 9.5 | | 10 | 2 | 0 | 8 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | | | | | |
| | 9.6 | | 10 | 0 | 0 | 10 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | | | | | |
| | 9.7 | | 10 | 7 | 2 | 1 | 77.8% | 4 | 3 | 0 | 1 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | | | | | |

Revised 2020

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| **2** | **Access to Care** | 2.6 | 3 | 0 | 0 | 100.0% | |
| | | 2.7 | 1 | 0 | 0 | 100.0% | |
| | | 2.8 | 1 | 0 | 0 | 100.0% | |
| | | 2.9 | 1 | 0 | 0 | 100.0% | |
| | | 2.10 | 1 | 0 | 0 | 100.0% | |
| **8** | **TB and Other Infections** | 8.6 | Yes | | 0 | #VALUE! | |
| **9** | **Pharmacetuical Administration** | 9.1 | 1 | 0 | 0 | 100.0% | |
| | | 9.2 | 1 | 0 | 0 | 100.0% | |
| | | 9.3 | 1 | 0 | 0 | 100.0% | |
| | | 9.4 | 1 | 0 | 0 | 100.0% | |
| | | 9.8 | 1 | 0 | 0 | 100.0% | |
| | | 9.9 | 1 | 0 | 0 | 100.0% | |
| | | 9.10 | 1 | 0 | 0 | 100.0% | |
| **10** | **CFMG Staffing** | 10.1 | 3 | 0 | 0 | 100.0% | |
| | | 10.2 | 2 | 0 | 0 | 100.0% | |
| | | 10.3 | 1 | 1 | 0 | 50.0% | |
| | | 10.4 | 2 | 1 | 0 | 66.7% | |
| | | 10.5 | 1 | 0 | 0 | 100.0% | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility Monterey County Jail (MCJ) AUDITOR NAME Bruce Barnett

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Patient Initials | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **1.1 Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted)** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| Date of Patient's Arrival at MCJ | 09/10/24 | 08/30/24 | 06/07/24 | 08/31/24 | 05/08/24 | 09/06/24 | 08/14/24 | 06/07/24 | 08/18/24 | 07/26/24 | 08/06/24 | 08/16/24 |
| Date Initial Health Screening Completed | 09/10/24 | 08/30/24 | 06/07/24 | 08/31/24 | 05/08/24 | 09/06/24 | 08/14/24 | 06/07/24 | 08/18/24 | 07/26/24 | 08/06/24 | 08/16/24 |
| • Obtain a list of inmates who were booked into Monterey County Jail (MCJ) during the audit review period and randomly select up to 20 inmate encounters for review.<br>• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.<br>• Ensure the health care staff completed the Monterey County Jail Medical Intake Questionnaire form during the intake screening process.<br>>> *Note: All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.*<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: Intake fo[redacted] on 7/26/24 vs 8/6/24 looks like different persons, but has same DOB and height. Was 7/26/24 inaccurate intake screening? | | | |
| **1.2 If during the initial intake screening the registered nurse *determined* or *shoulld have determined* that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported to Natividad** | NA | NA | NA | NA | NA | NA | NO | NA | YES | NA | NO | NO |
| Date Initial Health Screening Completed | | | | | | | 08/14/24 | | 08/18/24 | | 08/06/24 | 08/16/24 |
| Date Inmate Transported to Natividad Medical Center | | | | | | | NOT SENT | | 08/18/24 | | not | NOT |
| • Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care. If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.<br>--- *Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows:*<br>*> Arrestees who are unconscious or who cannot walk under their own power.*<br>*> Arrestees who are having or have recently had convulsions.*<br>*> Arrestees with any significant external bleeding.*<br>*> Arrestees with any obvious fracture.*<br>*> Arrestees with signs of head injuries.*<br>*> Arrestees with any signs of serious injury or illness.*<br>*> Arrestees displaying signs of acute alcohol or drug withdrawal.*<br>*> Pregnant women in labor or with other serious problems.*<br>*> Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.*<br>*> Arrestees with complaints of severe pain or trauma.*<br>*> Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."*<br>*Compliance will be determined via the review of the medical records .* | Comments: | | | | Comments: [redacted] 41 yo with inappropriate affect "under the influence"at intake 8/14/24 presumed intoxicated, not cleared by ED or by MD. | | | | Comments: [redacted] NMC jail clear for schizophrenia[redacted] /6/24 was described as under the influence, sent to suicide watch. No medical e[redacted]ation on site or by ER. Labs unknown[redacted] Under the influence, polysubstance abuse, not cleared by RN or PCP or ED before sending to GP. No referral to PCP. | | | |
| **1.3 Did the booking registered nurse take the inmate's vital signs and inquire into the inmate's past and current illnesses and health problems?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire.<br>• The receiving screening shall include vital signs and inquiry into:<br>Current illness and health problems, including medical, mental health, dental and communicable disease.<br>Medications and special health requirements.<br>Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems.<br>History or appearance of suspected mental illness, including suicidal ideation or behavior.<br>Appearance or history of developmental disability.<br>Appearance or history of recent sexual abuse or abusiveness.<br>For females, a history of gynecological problems, possibility of current pregnancy, recent delivery and present use of birth control.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.4 If during the initial intake screening process the inmate was identified with an acute or chronic medical condition deteriorated , did the booking registered nurse refer the inmate to the primary care provider for** | NO | NA | YES | YES | YES | YES | NO | NA | NA | NA | NO | NO |
| • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes or new conditon such as UTI.<br>• Review the inmate's medical record to determine whether the inmate was referred to the primary care provider.<br>• *Compliance will be determined via the review of the medical records .* | Comments: [redacted] has abused alcohol, diagnosed 2022 with alcoholism. Needs Med evaluation by chronic care. | | | | Comments: [redacted] 41 yo with inappropriate affect "under the influence"at intake1354 8/14/24 presumed intoxicated, not cleared by ED or by MD. | | | | Comments: [redacted] 8/6/ see above[redacted] ee above | | | |
| **1.5 Was the inmate with a chronic medical condition referred for primary care and/or seen within seven days of arrival at the facility or reasonably thereafter?** | NA | NA | YES | NA | NA | NO | YES | NA | NA | NA | NO | NO |
| Date of Patient's Arrival at MCJ | 09/10/24 | | 6/7/24 | | | 09/06/24 | 08/14/24 | | | | 08/06/24 | 08/16/24 |
| Date Patient Seen by PCP | pendng | | 06/11/24 | | | [redacted]09/23/24 | 08/22/24 | | | | 08/22/24 | not |
| • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments[redacted] etoh and meth abuse, needs CC exam and lab, not done timely. | | | | Comments: needed prompt attention. Sent out 8/20/24 with no medical evaluation. | | | |
| **1.6 Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES |
| • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities.<br>• *Compliance will be determined via the review of the medical records.* | Comments:this parameter to be evaluated by mental health auditor | | | | Comments: | | | | Comments: Form in chart not filled in. | | | |
| **1.7 If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours?** | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA |
| • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability: Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities.<br>• Per the CFMG's Implementation Plan, Exhibit A:<br>"4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities.<br>5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate.<br>6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met. Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap."<br>• *Compliance will be determined via the review of the medical records.* | | | | | Comments: | | | | Comments[redacted] referred for evaluation by MH within 24 hours. | | | |
| **1.8 If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation?** | YES | YES | NA | NA | NA | NA | NA | NA | YES | NA | YES | YES |
| • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of history of mental illness, was referred to a mental health services staff for further evaluation.<br>• *Compliance will be determined via the review of the medical records.* | Comments:this parameter to be evaluated by mental health auditor | | | | Comments: | | | | Comments: | | | |
| **1.9 Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history?** | YES | YES | YES | YES | YES | NA | NA | NA | YES | YES | YES | YES |
| • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history.<br>• *Compliance will be determined via the review of the medical records.* | Comments:this parameter to be evaluated by mental health auditor | | | | Comments: | | | | Comments: | | | |
| **1.10 If an inmate had an existing medication order upon arrival at the facility, was the medication administered without interruption?** | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy.<br>• The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.11 Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.12 *For inmates prescribed psychotropic medications:* Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions?** | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions.<br>• *Compliance will be determined via the review of the medical records.* | Comments:this parameter to be evaluated by mental health auditor | | | | Comments: | | | | Comments: | | | |
| **1.13 *For inmates prescribed psychotropic medications:* Was an inmate seen by a psychiatrist within seven days of arrival at the facility?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Date of Patient's Arrival at MCJ | 09/10/24 | | | | | | | | | | | |
| Date Patient Seen by Psychiatrist | pending | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications.<br>• *Compliance will be determined via the review of the medical records.* | Comments | | | | Comments: | | | | Comments: | | | |
| **1.14 *For inmates prescribed psychotropic medications:* If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions.<br>• *Compliance will be determined via the review of the medical records.* | Comments | | | | Comments: | | | | Comments: | | | |
| **1.15 At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN. Verification of the nurse's verbal explanation shall be documented on the health screening form. "<br>• Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility Monterey County Jail (MCJ)

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | | |
| Patient Initials | [redacted] | [redacted] | [redacted] *** | [redacted] | [redacted] *** | [redacted] ** | [redacted] | [redacted] *** | | | | |
| **1.1** **Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted)** | YES | YES | YES | YES | YES | YES | YES | YES | | | | |
| **Date of Patient's Arrival at MCJ** | 09/04/24 | 06/10/24 | 05/29/24 | 05/29/24 | 04/17/24 | 08/16/24 | 08/30/24 | 05/17/24 | | | | |
| **Date Initial Health Screening Completed** | 09/04/24 | 06/10/24 | 05/29/24 | 05/29/24 | 04/17/24 | 08/16/24 | 08/30/24 | 05/17/24 | | | | |
| • Obtain a list of inmates who were booked into Monterey County Jail (MCJ) during the audit review period and randomly select up to 20 inmate encounters for review.<br>• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.<br>• Ensure the health care staff completed the Monterey County Jail Medical Intake Questionnaire form during the intake screening process.<br>>> *Note: All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.*<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.2** **If during the initial intake screening the registered nurse *determined* *or shoulld have determined* that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported to Natividad** | NA | YES | NO | NO | NO | NA | NA | NO | | | | |
| **Date Initial Health Screening Completed** | | | 05/29/24 | 05/29/24 | 04/17/24 | | | 05/17/24 | | | | |
| **Date Inmate Transported to Natividad Medical Center** | | | 05/30/24 | | did not | | | 05/20/24 | | | | |
| • Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care. If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.<br>*--- Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows:*<br>*> Arrestees who are unconscious or who cannot walk under their own power.*<br>*> Arrestees who are having or have recently had convulsions.*<br>*> Arrestees with any significant external bleeding.*<br>*> Arrestees with any obvious fracture.*<br>*> Arrestees with signs of head injuries.*<br>*> Arrestees with any signs of serious injury or illness.*<br>*> Arrestees displaying signs of acute alcohol or drug withdrawal.*<br>*> Pregnant women in labor or with other serious problems.*<br>*> Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.*<br>*> Arrestees with complaints of severe pain or trauma.*<br>*> Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."*<br>*Compliance will be determined via the review of the medical records .* | Comments: [redacted] ail check done for pregnancy. [redacted] described as under the influence, nodding off, ? Delusional or really lice in hair?, poly substance abuse, including benzodiazepine, meth, alcohol, opiates. **SENT TO GP WITHOUT MEDICAL CLEARANCE.** [redacted] **pregnant and meth abuse.** | | | | Comments: [redacted] states is withdrawing, under the influence and acutely withdrawing by Nurse assessment, sent to GP with no clearance. [redacted] describes misuse of opiates, benzodiazepine and maybe alcohol. Refferred for urgent MH referral. Not referrred for MD visit (chronic or otherwise). | | | | Comments: | | | |
| **1.3** **Did the booking registered nurse take the inmate's vital signs and inquire into the inmate's past and current illnesses and health problems?** | YES | YES | YES | YES | YES | YES | YES | YES | | | | |
| • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire.<br>• The receiving screening shall include vital signs and inquiry into:<br>Current illness and health problems, including medical, mental health, dental and communicable disease.<br>Medications and special health requirements.<br>Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems.<br>History or appearance of suspected mental illness, including suicidal ideation or behavior.<br>Appearance or history of developmental disability.<br>Appearance or history of recent sexual abuse or abusiveness.<br>For females, a history of gynecological problems, possibility of current pregnancy, recent delivery and present use of birth control.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.4** **If during the initial intake screening process the inmate was identified with an acute or chronic medical condition deteriorated , did the booking registered nurse refer the inmate to the primary care provider for** | NA | NA | NO | NO | NO | NO | YES | NO | | | | |
| • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes or new conditon such as UTI.<br>• Review the inmate's medical record to determine whether the inmate was referred to the primary care provider.<br>*• Compliance will be determined via the review of the medical records .* | Comments: [redacted] referred for regular chronic care (5+ days). [redacted] meth abuse and pregnant needs immediate attention. | | | | Comments: [redacted] states is withdrawing;. No MD consultation. [redacted] - morbid obesity with multiple meds for parathyroid disorder, "sweating" on admission. Uncertain endocrinological status. BS not taken ("na"). [redacted] see above. | | | | Comments: | | | |
| **1.5** **Was the inmate with a chronic medical condition referred for primary care and/or seen within seven days of arrival at the facility or reasonably thereafter?** | NO | NO | YES | NO | NO | YES | NO | YES | | | | |
| **Date of Patient's Arrival at MCJ** | 09/04/24 | 06/10/24 | 05/29/24 | 05/29/24 | 04/17/24 | 08/16/24 | 08/30/24 | 05/17/24 | | | | |
| **Date Patient Seen by PCP** | 09/20/24 | 07/01/24 | 06/05/24 | 06/14/24 | 05/15/24 | 08/21/24 | 09/12/24 | 05/20/24 | | | | |
| • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility.<br>*• Compliance will be determined via the review of the medical records.* | Comments: [redacted] reports chronic pain syndrome on long term flexeril. Was sent to ER for decompensated pain on 9/16/24. PCP consultation for CC not ordered. [redacted] claims pregnant, hypothyroid, meth abuse. No STD screen. No lab or face to face encounter. [redacted] seizing 6/1/24 [redacted] pregnant, meth abuse | | | | Comments: [redacted] polysubstance abuse detected on Utox, not seen for three weeks. STD screen not timely. | | | | Comments: | | | |
| **1.6** **Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?** | YES | YES | YES | YES | NO | YES | YES | YES | | | | |
| • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: No used properly as patient under the influence. | | | | Comments: | | | |
| **1.7** **If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours?** | NA | NA | NA | NA | NA | NA | NA | NA | | | | |
| • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability: Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities.<br>• Per the CFMG's Implementation Plan, Exhibit A:<br>"4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities.<br>5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate.<br>6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met. Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap."<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.8** **If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation?** | NA | YES | YES | YES | YES | YES | NA | YES | | | | |
| • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of history of mental illness, was referred to a mental health services staff for further evaluation.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments | | | | Comments: | | | |
| **1.9** **Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history?** | YES | YES | YES | YES | YES | YES | NA | YES | | | | |
| • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.10** **If an inmate had an existing medication order upon arrival at the facility, was the medication administered without interruption?** | NO | NO | NA | NA | NA | NO | YES | NO | | | | |
| • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy.<br>• The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy.<br>*• Compliance will be determined via the review of the medical records.* | Comments: [redacted] flexeril not reordered. Abrupt withdrawal can induce symptoms. [redacted] levothyroxine not continued, despite claim of pregnancy. Restarted 2 weeks after admission. | | | | Comments: [redacted] Multiple meds for purported parathyroid disorder not provided : Vit D, magensium oxicd, Vit B2 [redacted] - MEDS for OUD, MH problems not provided for four days. | | | | Comments: | | | |
| **1.11** **Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider?** | NO | NO | NA | NA | NA | NO | YES | YES | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order.<br>*• Compliance will be determined via the review of the medical records.* | Comments: [redacted] see above. [redacted] - see above. | | | | Comments: [redacted] NP visit on 8/21/24 does not address hypothyroidism meds. | | | | Comments: | | | |
| **1.12** ***For inmates prescribed psychotropic medications:*** **Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions?** | NA | NA | NA | NA | NA | YES | NA | YES | | | | |
| • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.13** ***For inmates prescribed psychotropic medications:*** **Was an inmate seen by a psychiatrist within seven days of arrival at the facility?** | NA | NA | NA | NA | NA | YES | NA | YES | | | | |
| **Date of Patient's Arrival at MCJ** | | | | | | | | | | | | |
| **Date Patient Seen by Psychiatrist** | | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.14** ***For inmates prescribed psychotropic medications:*** **If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the** | NA | NA | NA | NA | NA | YES | NA | NA | | | | |
| • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.15** **At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | YES | YES | YES | YES | YES | YES | YES | YES | | | | |
| • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN. Verification of the nurse's verbal explanation shall be documented on the health screening form. "<br>• Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate.<br>*• Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | |

**Monterey County Jail**
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY: Monterey County Jail (MCJ)   AUDITOR NAME: Bruce Barnett

| CHAPTER 2: ACCESS TO CARE | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | *** | | | | 7/13 | | | | | | | |
| 2.1 | Did the licensed health care staff review the sick call slip on the day it was received? | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | NO | NO | YES | YES | | | | | | | |
| Date Sick Call Slip Received | | 04/10/24 | 04/19/24 | 09/02/24 | 09/16/24 | 08/27/24 | 09/18/24 | 08/20/24 | 07/28/24 | 09/21/24 | 09/23/24 | 09/01/24 | 08/05/24 | 06/28/24 | 04/09/24 | 06/27/24 | 05/30/24 | 07/13/24 | | | | | | | |
| Date Sick Call Slip Reviewed | | 04/10/24 | 04/19/24 | 09/02/24 | 09/16/24 | 08/27/24 | 09/18/24 | 8/20/21 | 08/21/24 | 09/21/24 | 09/23/24 | 09/01/24 | 08/05/24 | 06/28/24 | 04/14/24 | 07/04/24 | 05/30/24 | 07/13/24 | | | | | | | |
| • Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received.  Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.   Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials.  • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: ▇ seeks attention for poor vision 7/21/24.  No snellen until 8/21/24. | | | | Comments: ▇ difficult to evaluate compliance with same day review because there are no sick call slips in EMR. | | | | Comment: ▇ says "Bleeding real bad from bowels" Visit not timely. | | | | Comments: | | | | Comments: | | | |
| 2.2 | Following the review of the sick call slip, did an appropriate face-to-face assessment occur within the required time frame? | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | NO | YES | NO | NO | NO | YES | YES | | | | | | | |
| Date of Patient FTF Assessment | | 04/10/24 | 04/19/24 | 09/05/24 | 09/17/24 | 08/27/24 | 09/18/24 | 08/21/24 | 08/21/24 | 09/21/24 | 09/25/24 | 09/25/24 | 08/05/24 | 07/17/24 | 04/14/24 | 07/04/24 | 05/30/24 | 07/13/24 | | | | | | | |
| Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame?  • Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.  • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: ▇ seen on 9/2/24 by telehealth RN requests  prompte NF visit, not done for three weeks. | | | | Comments: ▇ - can't see ▇ Snellen three weeks later, no eye exam on site. ▇ - exam 5 days after sick call slip submitted was by telehealth without ability to directly exam ▇ exam incomplete and late. | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| CHAPTER 2: ACCESS TO CARE | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | 7/13 | | | | | | | |
| 2.3 | Did the health care provider document the face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | NO | NO | YES | NO | YES | YES | | | | | | | |
| | • Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format.<br>• Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: ▮ visual complaint not fully evaluated. Snellen alone is insufficient. | | | | Comments: ▮ – no genital exam, or lab tests for STD reviewed, done. | | | | Comments: ▮ – can't see a Snellen three weeks later, no eye exam on site. ▮ – no documented exam. | | | | Comments: | | | | Comments: | | | |

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 2 - ACCESS TO CARE**

AUDITED FACILITY **Monterey County Jail (MCJ)**   AUDITOR NAME **Bruce Barnett**

| CHAPTER 2: ACCESS TO CARE | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | ■■■ | | | | 7/13 | | | | | | | |
| 2.4 Was the treatment plan thorough and within the pertinent scope of practice and supported by Protocols? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | NO | YES | YES | YES | YES | | | | | | | |

• Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.
• Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate".
• *Compliance will be determined via the review of the medical records.*

Comments (col 3): ■ - no genital exam, or lab tests for STD reviewed, done.

Comments (col 4): ■ confered with MD.

**AUDITED FACILITY** Monterey County Jail (MCJ)

**AUDITOR NAME** Bruce Barnett

| CHAPTER 3: CHRONIC CARE | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | -6/26 | 9/5 | | | *** | | | *** | | | | | | | |
| 3.1 Was the inmate's chronic care follow-up visit completed as ordered and/or indicated? | NO | YES | YES | YES | NO | YES | YES | YES | NO | NO | YES | NO | YES | NO | NO | YES | YES | NO | | | | | | |
| 3.2 For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | YES | NA | NA | | | | | | |

Row 3.1 guidance (left column):
- Obtain a list of inmates who have been enrolled in the chronic care clinic during the audit period and review approximately 20 inmates.
- Review the medical record to identify the date of the inmate's most recent chronic care appointment. Locate the progress note for the previous chronic care visit to determine the time frame for the next chronic care visit and determine if an inmate was seen within the recommended time frame.
  For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th.
- *Compliance will be determined via the review of the medical records .*

Row 3.1 comments:
- A: Comments: ▮ booked 2/14/24 with history of meth abuse, and MH reports polysubstance abuse. No chronic care visit.
- A(2): Comments: ▮ medical exam requested within 5 days on 9/6/24 for SUD and morbid obesity; done 9/23/24 ▮ - chronic pain on meds, not seen after intake for more than two weeks.
- A(3): Comments: ▮ Booked 2/24/24 with history of asthma. Prescribed meds 3/18/24 with no auscultation nof lungs, Peak flow on 3/26/24 153 very low. No follow up until 5/13/24, which was incomplete see below ▮ exam 9/5 is delayed. Should be followed monthly until in better control ▮ admitted 6/10/24 with meth abuse, pregnancy, hypothyroidism. CC visit delayed to 7/1/24.
- A(4): Comments: CC visit to remote NP was insufficient to address parathyroid problems, meds. Follow up visit to address parathyroid in 30 days. ▮ - Morbid obesity, chronic migraine., NEEDS prompt CC care.
- A(5): Comments: MC CC visit within 7 days. Exam incomplete, no lab ▮ admit in moderate withdrawal 9/29/24 needs CC within 5 days, not done until 10/9/24.
- A(6): Comments:

Row 3.2 comments: Comments: (multiple empty)

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

| AUDITED FACILITY | Monterey County Jail (MCJ) | | AUDITOR NAME | Bruce Barnett | | | |

| CHAPTER 3: CHRONIC CARE | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | -6/26 | 9/5 | | | | *** | | | *** | | | | | | | |
| 3.3 Was an appropriate chronic care clinic interaction documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition-specific Chronic Care Clinic | NO | YES | YES | YES | NO | YES | YES | YES | NO | NO | NO | YES | YES | YES | NO | YES | NO | NO | | | | | | |
| • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit. • Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum: Inmate's medical history; Systems examination in accordance with the nature of the chronic condition; Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit; Inmate's treatment plan. • *Compliance will be determined via the review of the medical records .* | Comments: | | | | Comments: ▊ needs STD and metabolic testing for SUD and morbid obesity. Not ordered ▊ chronic pain documented at 10 out of 10. Exam benign. Recent evaluation at ED negative. Old pain syndrome. Continue Flexeril for one week, then Amitryptline to follow. | | | | Comments: ▊ exam 6/26 exam not in person. No auscultation. No peak flow. STD screening not done ▊ on 9/5 has poorly controlled asthma, Peak Flow around 250 less than 50% of expected. Still no in person exam. Still no STD screening ▊ no form used for substance abuse CC. | | | | Comments: Risk factors from extreme obesity, including DM (family hisotry) not considered. No BS or other labs ordered/done. | | | | Comments: ▊ - No STD screen ordered or followed up . Patient has evidence of syphilis on lab drawn 7/29/24 ▊ no STD, lab. 15 years alcoholism. | | | | Comments: | | | |
| 3.4 Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | NO | YES | YES | NO | NO | YES | NO | YES | YES | NO | NO | NO | YES | NO | NO | NO | NO | YES | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | Comments: ▊ poly-substance abuse not in the EMR problem list. ▊ - polysubstance abuse not documented in PL. | | | | Comments: PL is empty ▊ problem list not updated with olecranon bursitis that required drainage (minor, probably transitory issue comapred to other problems. ▊ placed on suicide watch for drug induced behavior, synthetics abuse but PL is empty. | | | | Comments: Asthma is poorly controlled. Uses rescue inhaler daily, short of breath at night. Problem list inaccurately states "mild persistent asthma." This patient is more nearly severe persistent ▊ problem list incomplete opiate/heroin abuse not listed. | | | | Comments: ▊ morbid obesity, parathyroid problem not on the PL. ▊ - morbid obesity not on the PL. ▊ - PL empty (SUD; depression ) | | | | Comments: ▊ - problem list does not include syphilis. | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
Chapter 4 - HEALTH CARE MAINTENANCE

| AUDITED FACILITY | Monterey County Jail (MCJ) | | AUDITOR NAME | Bruce Barnett | | | | | | | | | | | | | | | | | | |

**CHAPTER 4: HEALTH CARE MAINTENANCE/SCREENING**

| | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **4.1** | Did the inmate receive a health inventory and/or complete physical examination within 14 days and/or undergo appropriate six months/annual | YES | NO | NO | NA | YES | NO | NO | NO | NO | YES | YES | NO | YES | NO | *** | *** | NO | NO | NO | NO | | | | |
| | Date of Patient's Arrival at Facility or last complete physical | 09/06/23 | 02/14/24 | 02/14/23 | 08/31/24 | 05/08/24 | 09/06/24 | 12/13/21 | 08/18/24 | 08/08/24 | 08/06/24 | 09/04/24 | 01/09/24 | 05/29/24 | 05/29/24 | 05/08/24 | 04/17/24 | 04/13/24 | 08/16/24 | 08/30/24 | 07/01/24 | | | | |
| | Date of Complete Physical Examination Completed | 03/21/24 | NOT | | NOT | 05/16/24 | 09/23/24 | 08/06/24 | NOT | NOT | 08/22/24 | 09/24/24 | NOT | 06/05/24 | 06/14/24 | 08/05/24 | 08/05/24 | 06/27/24 | 09/18/24 | not yet | NOT YET | | | | |

4.1 Comments:
- Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review.
- Review the inmate's medical record for documentation verifying that a complete physical examination was conducted upon inmate's arrival at the facility.
- *Compliance will be determined via the review of the medical records.*

| **4.2** | Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan and Exhibit A? | NO | NO | NO | NO | YES | NO | NO | NO | NO | NO | NO | NO | YES | YES | NO | NO | NO | NO | NO | NO | | | | |

4.2 details:
- Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility.
  - The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner.
  - The physical examination SHALL include:
    - Review of the health inventory and communicable disease screening;
    - Vital signs, height, and weight;
    - A full body system review and assessment consistent with community standards and guidelines.
    - A documented assessment of the individual's health status based on the physical findings;
    - A plan for follow-up, treatment and referral as indicated; and;
    - Review and countersignature by the responsible physician.
- *Compliance will be determined via the review of the medical records.*

| **4.3** | Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? | YES | NO | NO | NO | YES | NO | YES | NO | NO | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | NO | | | | |

4.3 details:
- Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG.
- *Compliance will be determined via the review of the medical records.*

Case 5:13-cv-02354-BLF   Document 952   Filed 01/13/25   Page 154 of 207

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 5 - CONTINUITY OF CARE AFTER RELEASE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett



| CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | **** | | | | ** | | | | | | | | *** | * | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 5.1 For inmates transferring to another detention/corrections system: Was a Transfer of Medical Information form completed for an inmate transferring to another detention/corrections system? | NO | NA | NA | NA | NA | YES | NA | NA | YES | NA | NA | NA | NA | YES | NA | NO | NA | | | | | | | |
| • Obtain a list of inmates who have transferred to another detention/corrections facility within the last six months.<br>• Review the inmate's medical record to determine whether the facility completed a Transfer of Medical Information form for an inmate transferring out of the facility.<br>• *Compliance will be determined via the review of the medical records.* | Comments: ▮ transferred with grossly inaccurate information ( negative skin test - was actually 25x30) No indication of need for medical attention to polysubstance abuse. | | | | Comments: | | | | Comments: ▮ transfer document confused states Hep A + and Hep A - (probably means Hep IgM neg). | | | | Comments: ▮ - Transfer form incomplete, does not mention Syphilis. Misleading. StatesRPR not tested. | | | | Comments: | | | | Comments: | | | |
| 5.2 Was a 30-day supply of medications provided to the patient upon discharge? | NA | YES | NO | NO | YES | YES | YES | YES | NA | YES | YES | YES | YES | NA | YES | NA | YES | | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | Comments: ▮ form does not specify 30 days ▮ - no documented supply ▮ - no report re- release and/or meds. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 5.3 For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? | NO | YES | NO | NO | NA | NA | NO | NA | NA | YES | NO | NA | NA | NA | NO | NA | NO | | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | Comments: ▮ see above ▮ - 40 yo with *Gonorrhea diagnosed by lab 4/26/24. Also HCV, possible hyperthyroid.  Released 4/27/24 with no documented patient education, notice of lab results, follow up  or meds.* | | | | Comments: ▮ - schizophrenia, uncooperative in jail. ? Able to care for self. No apparent referral or instructions to patient for follow up care. | | | | Comments: ▮ sent to residential facility. Instructions are not clear. | | | | Comments: ▮ - no EMR discarge documents. | | | | Comments: ▮ - Form states no medical treatment given prior to transfer | | | | Comments: | | | |
| 5.4 For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? | NA | YES | NO | NO | NO | NA | NO | YES | NA | NA | NO | YES | YES | NA | NO | NA | YES | | | | | | | |
| • *Compliance will be determined via the review of the medical records.* | Comments: ▮ no EMR document showing instructions or meds upon release. | | | | Comments: ▮ - schizophrenia, female to male transgender. Uncooperative in jail. ? Able to care for self.  No apparent referral or instructions to patient for follow up care. **MMH EMR has model version of discharge planning document.** | | | | Comments: ▮ has severe SUD, Polysubstance. Chronic hepatitis C. Will need treatment. EMR is silent about plans for care after release ▮ followed by OB after delivery few days before release. | | | | Comments: ▮ - no EMR discarge documents.Needs continued MAT. | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| CHAPTER 6. OUTSIDE MEDICAL CARE/REFERRALS | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | 7/12 | | | 4/29 | 7/13 | | | | | | | | | | |
| **6.1** For inmates referred to outside provider for higher level of care: Did health care staff complete the CFMG's Medical Referral Form? | NO | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| • Obtain a list of inmates who during the review period were referred by a primary care provider to an outside provider for medical care which could not be provided on-site. Randomly select up to 20 inmates for review. • Review the inmate's medical record to determine if the health care staff completed a Medical Referral Form for outside services ordered by the MCJ's primary care provider. *Compliance will be determined via the review of the medical records.* | Comments: ▪ - referred by PCP, no form in EMR, no documented report to ED. | | | | Comments: Communication with NIDO clinic not clear. Lab tests requested are not done, no follow up to accomplish task. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.2** If an inmate was referred to an outside provider for higher level of care, was the inmate seen within a reasonable time required or specified by the | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ▪ pregnant, dates uncertain when admitted 5/29/24. OB consultation should be within week or so. Seen 7/16/24 | | | | Comments: ▪ No determination made as patient vision was not assessed by PCP. Patient vision significantly impaired for months before eyeglasses prescription issued. Looks like glasses still not provided. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.3** For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company? | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | | | | | | | | |
| *Compliance will be determined via the review of the medical records.* | Comments: ▪ ambulance form not in EMR | | | | Comments: | | | | Comments: | | | | Comments: ▪ sent to ED with gram mal seizure. No ambulance forms. | | | | Comments: | | | | Comments: | | | |
| **6.4** Were recommendations from outside ider timely entered into EMR and reasonably acted upon by MCJ medical staff? | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | NA | YES | YES | YES | | | | | | | | |
| *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: Communication with NIDO clinic not clear. Lab tests requested are not done, no follow up to accomplish task. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | ** | *** | | | | | | | | | | | | | | | | | | |
| 7.1 | *For inmates who were intoxicated at the time of booking into MCJ:* Was the inmate placed in the protective environment of the sobering cell for close care observation by custody and health care staff? | NA | NA | YES | NO | YES | NO | NO | NA | NA | NA | | | | | | | | | | | | | | |
| | • Obtain a list of inmates who were booked into the facility during the audit review period. Select up to 20 inmates who during booking were identified to have been intoxicated or a threat to their own safety or the safety of others. • Review the inmate's medical record to determine if the inmate at the time of booking was placed in the sobering cell for close observation by custody and health care staff. • *Compliance will be determined via the review of the medical records.* | Comments: ▇ Under the influence, sent to GP. | | | | Comments: ▇ "under the influence" sent to GP 5/29/24, has drug withdrawal seizure 23 days later ▇ under the influence sent to GP | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.2 | *For inmates who were intoxicated at the time of booking into MCJ:* Did the medical staff document an assessment/evaluation of the inmate in the SOAP format? | YES | YES | YES | YES | NA | NO | NO | NA | NA | YES | | | | | | | | | | | | | | |
| | • Review the progress notes in the inmate's medical record to determine whether the health care staff documented the FTF assessment/evaluation of an inmate in the SOAP format. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ▇ - no assessment re: under the influence cause. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.3 | Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors | YES | YES | NO | NO | YES | YES | NO | NO | YES | YES | | | | | | | | | | | | | | |
| | • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate. • *Compliance will be determined via the review of the medical records.* | Comments: ▇ - AUD, but not entered into protocol. ▇ - in CIWA, PCP not contacted after refusal of vital signs. | | | | Comments: ▇ patient started to refuse vistals on 5/29/24; MD not contacted or acted to treat. ▇ - scheduled CIOWS not engaged ▇ Patient stated abuse of opioids, benzodiazepine - EMR does not document notice to PCP. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.4 | Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms? | YES | YES | NO | YES | YES | NO | NO | YES | YES | YES | | | | | | | | | | | | | | |
| | *Compliance will be determined via the review of the medical records.* | Comments: ▇ - Synthetics abuse reported. Not entered into protocol. Bizarre, uncooperative, suicidal, daily drug use . At risk for harm from abuse, needs evaluation and monitoring. | | | | Comments: patient started to refuse vistals on 5/29/24; MD not contacted or acted to treat. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: **Monterey County Jail (MCJ)**  AUDITOR NAME: **Bruce Barnett**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | **For inmates withdrawing from Opiates:** In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? | YES | NA | NA | NA | YES | NO | NO | NO | NA | NA | | | | | | | | | | | | | | |
| | Review the inmate's medical record for documentation reflecting that vital signs were taken and an assessment for dehydration was completed. Additionally, determine whether the Clinical Opiate Withdrawal Scale (COWS) was utilized to assess an inmate with history of opiate use and/or withdrawal. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments:  - no COWS. - COWS protocol not followed. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | **For inmates withdrawing from Opiates:** Did the health care staff implement an appropriate opioid monitoring and treatment/plan for an inmate withdrawing from opiates? | YES | NA | NA | NA | YES | NO | NO | NO | NA | NA | | | | | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the health care staff, based on the inmate's COWS score and symptoms, implemented an appropriate opioid withdrawal treatment plan (Level 1, Level 2, or Level 3). • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments:  used CIWA for COWS, and did not follow protocol for CIWA.  - COWS not followed. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | **For inmates withdrawing from Benzodiazepines/Barbiturates:** Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs? | NA | NA | NA | NA | NA | YES | NA | YES | NA | NA | | | | | | | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)    **AUDITOR NAME** Bruce Barnett

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **7.8** For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | YES | NA | YES | NA | NA | | | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.9** For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NO | NA | YES | NA | NA | | | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.10** If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | YES | NA | YES | NA | NA | | | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.11** If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | NA | NA | NO | NO | NO | NA | NA | | | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. Comments: | | | | | Comments: ▮ - medical provider sees patient day after admission. Did not follow up when VS refused. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.12** If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | NO | NO | NA | YES | NA | NA | YES | NA | | | | | | | | | | | | | | |
| • Compliance will be determined via the review of the medical records. Comments: ▮ ments ED evaluation and lab before incarceration ▮ - see above. | | | | Comments: ▮ - patient sent to ER after seizing 6/1/24 | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

| AUDITED FACILITY | Monterey County Jail (MCJ) | AUDITOR NAME | Bruce Barnett |
|---|---|---|---|

**CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS** — Audit Review Period: April - September 2024

| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ID # | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | |
| 8.1 | Did the inmate receive a tuberculosis signs and symptoms screening and appropriate testing (TST or QF) within seven days of inmate's admission to the facility? | NA | NO | YES | NO | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | NO | NO | NO |
| | • Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review. • Review the inmate's medical record for documentation reflecting that the tuberculosis signs and symptoms screening and skin testing (when indicated) was completed within seven days of inmate's admission to the facility. • *Compliance will be determined via the review of the medical records .* | Comment: ▮ - needs QuantiFeron, not done ▮ - designated as positive PPD for induration of 6mm.  Released soon after test read ▮ booked 8/23/24; skin test + 10 mm, QF test needed but not done as of 9/16/24. ▮ - confusing history, uncertain treatment for LTBI negative chest X rays. PPD recently 7mm - probably needs only clinical surveillance. Dr ▮ should put note in chart. ACA 12 mm reaction. QF order or result in chart ▮ - PPD 6 mm. CXR negative. Should not be considered positive PPD (? BCG); ▮ 8 MM should be considered not positive. BCG history, Cxr neg. QF pending.  ? why do PPD with BCG? ▮ ppd 10x10 on 9/5/24 no QF done as of 9/24/24 ▮ - refused PPD 5/8/24, not offered again until August 5 ▮ not tested on 4/17 intake because negative on 4/22/23 (incorrectly waived - IP requires neg within 3 months). ▮ - refuses PPD 4/13/24 not reoffered, QFT on 6/19/24 negative | | | | | | | | | | | | | | | | | | | |
| 8.2 | *For an inmate with positive TB screening findings:* Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | • Review the inmate's medical record to determine if at the time of intake, an inmate exhibited symptoms suggestive of TB disease or had a history of inadequate treatment for TB disease. • Locate documentation of  Airborne Infection Isolation (AII) and thorough medical evaluation by a medical provider. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | | | | | | | | | | | | | | | | |
| 8.3 | *Was positive TB skin tests (unless refuted by QuantiFeron)  followed by X ray within 72 hours and consultation thereafter  regarding latent TB treatment options.* | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | YES | NA | NO | NO | NA | NO | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records .  Patients with positive TB skin test but no symptoms, with no history of prior positive test and/or treatment for TB,  are considered likely to have latent TB infection.* | Comments: ▮ 3x3 mm on positive log, but is not positive. ▮ reportedly "positive" without stating mm response. CXR negative related to patient BY NP ▮ as meaning "no TB." No QF testing. Counseling re: LTBI is misleading.  Patient still housed at MCJ, needs QF ▮ ppd on 8/9/24, ead 18x20 on 8/11/24. X-ray 8/14/24. Possible BCG? No counseling, no QF ordered or entered into EMR. ▮ logged as "positive" for  7mm is not positive. ▮ - 30x25 reading, not followed up and wrongly reported on transfer as negative. | | | | | | | | | | | | | | | | | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
**CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS**

AUDITED FACILITY **Monterey County Jail (MCJ)**    AUDITOR NAME **Bruce Barnett**

| CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS | | Audit Review Period: April - September 2024 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| 8.4 | Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | • Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | | | | | | | | | | | | | | | | | |
| 8.5 | Are inmates screened annually for signs and symptoms of tuberculosis? | YES | NO | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES |
| | • Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review. • Review the inmate's medical record for documentation of a TB screening within the last year. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | | | | | | | | | | | | | | | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION

AUDITED FACILITY **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| CHAPTER 9: PHARMACEUTICAL ADMINISTRATION | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: September-24 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 9.5 | If the inmate did not show or refused the prescribed medication(s) on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | NA | NA | NA | NA | NA | NA | NA | YES | NA | YES | | | | | | | | | | | | | | |
| | • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times. • Compliance will be determined by medical record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.6 | For inmates going out to court: Did the inmate receive the medication as prescribed by provider? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance will be determined by medial record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.7 | For inmates released from jail: Upon release from custody, does the facility provide a 30-day supply of essential medication(s) to the inmate if ordered by the primary care provider? | YES | NO | NO | YES | YES | YES | YES | NA | YES | YES | | | | | | | | | | | | | | |
| | • Compliance will be determined by medial record review. | Comments: no med, follow up documented. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

Facility:  Monterey County Jail

Auditor:

Onsite Audit Date(s):

Audit Review Period:

| ADMINISTRATIVE QUESTIONS | | | | | |
|---|---|---|---|---|---|

| CHAPTER 2 - ACCESS TO CARE | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.6** | **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | **3** | **0** | **0** | **100.0%** |
| | Month #1 | # of Rounds Conducted on Monday, Wednesday, and Friday | 1 | | | |
| | Month #2 | # of Rounds Conducted on Monday, Wednesday, and Friday | 1 | | | |
| | Month #3 | # of Rounds Conducted on Monday, Wednesday, and Friday | 1 | | | |

• Review the Isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday.
• *Compliance will be determined via the review of the isolation log during the onsite audit.*

Comments:

| **2.7** | **Does the facility maintain a sick call roster on file in the clinic?** | **1** | | | **100.0%** |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.
• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.
• *Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

Comments:

| **2.8** | **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | **1** | | | **100.0%** |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.
• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.
• *Compliance will be determined via the review of the Inmate Rules booklet  during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units? | 1 | 0 | 0 | 100.0% |
|---|---|---|---|---|---|
| | Booking Area | | | | |
| | Housing Unit #1 | | | | |
| | Housing Unit #2 | | | | |
| | Housing Unit #3 | | | | |
| | Housing Unit #4 | | | | |
| | Housing Unit #5 | | | | |
| | Housing Unit #6 | | | | |
| | Housing Unit #7 | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.
*• Compliance will be determined via the inspection of the reception area and housing units  during the onsite audit.*

**Comments:  Not all units were inspected.  Spot inspection showed satisfactory compliance.**

| 2.10 | Does the clinic visit location ensure the inmate's visual and auditory privacy? | 1 | | | 100.0% |
|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.
• Assess all locations to determine if visual and auditory confidentiality is maintained.
• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy.  Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed.  If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists.
  Note:  This will require the auditor to use his/her professional judgment.  The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level.  If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.
*• Compliance will be determined via the inspection of the clinic  during the onsite audit.*

**Comments:   PCP numbers improved but not yet sufficient for oversight of RN care.**

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

| CHAPTER 10 - CFMG STAFFING | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10** | **Does the facility have the required provider staffing complement per the CFMG's Staffing Plan?** | | **3** | **0** | | **100.0%** |
| | | PCP | 1 | | | |
| | | PA | 1 | | | |
| | | NP | 1 | | | |

• Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG's Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements.
Compliance will be determined via the review of the health care staffing rosters and contractual requirements .

Comments:

| **10** | **Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan?** | | **2** | **0** | | **100.0%** |
|---|---|---|---|---|---|---|
| | | RN | 1 | | | |
| | | LVN | 1 | | | |

Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG's Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements.
Compliance will be determined via the review of the health care staffing rosters and contractual requirements ..

Comments:  RN and LVN numbers are sufficient but inefficieint deployment seems to impair adequate services.

| **10** | **Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan?** | | **1** | **1** | | **50.0%** |
|---|---|---|---|---|---|---|
| | | CMA | | | | |
| | | MA | 1 | | | |
| | | MRC | | 1 | | |

• Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG's Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements.
Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10 | Does the facility have the required management staffing complement per the CFMG's Staffing Plan? | 2 | 1 | | 66.7% |
|---|---|---|---|---|---|
| | Program Manager | 1 | | | |
| | DON | 1 | | | |
| | MRS | | 1 | | |

• Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:**

| 11 | Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail? | 1 | | | 100.0% |
|---|---|---|---|---|---|

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**  Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **8.6** Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments? | Yes | | | #VALUE! |

Comments:

| CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **9.1** Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated? | 1 | | | 100.0% |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by  onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.
• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.
  If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.
• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).
• *Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:**

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** **Monterey County Jail**

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

---

• *Identify all medication administration/delivery areas, times and medication nurses at the facility.*

• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.

• The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:

  Watching the inmate take the medication.

  Checking for "cheeking" or "palming" to assure that medication has been ingested.

  Having the inmate speak after taking the medication and/or drinks water.

• In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.

• *Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

---

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**  Monterey County Jail

**Auditor:**

**Onsite Audit Date(s):**

**Audit Review Period:**

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*Compliance will be determined via the inspection of the reception area and housing units conducted during the onsite audit.*

**Comments:**

| 9.8 | Management of Controlled Substances: Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Location #1 | | | | |
| | Location #2 | | | | |
| | Location #3 | | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.
  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.

• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.

*Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:   Monterey County Jail

Auditor:

Onsite Audit Date(s):

Audit Review Period:

| 9.9 | **Management of Controlled Substances:**<br>**Are the narcotics inventoried at every shift change by two licensed health care staff?** | **1** | | | **100.0%** |
|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift.  This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately.  For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

**Comments:**

| 9.10 | **Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff?** | **1** | | | **100.0%** |
|---|---|---|---|---|---|

• Identify all clinic locations where prescription and non-prescription drugs are stored and inspect each location to ensure the drugs are stored in a locked area accessible only to the medical staff.
• *Compliance will be determined during the onsite review/observation of the clinic locations.*

**Comments:**

**Summary**
**Percentage of Compliance of Encounters by IP Category**

| | Medical Quality Indicator | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance |
|---|---|---|---|---|---|
| 1 | Intake Screening | 23 | 11 | 13 | **45.8%** |
| 2 | Access to Care | 24 | 10 | 14 | **41.7%** |
| 3 | Chronic Care | 23 | 5 | 19 | **20.8%** |
| 4 | Health Care Maintenance | 24 | 6 | 18 | **25.0%** |
| 5 | Continuity of Care After Release | 24 | 17 | 7 | **70.8%** |
| 6 | Outside Medical Care/Referrals | 24 | 7 | 17 | **29.2%** |
| 7 | Detoxification/Withdrawal | 24 | 15 | 9 | **62.5%** |
| 8 | Tuberculosis & Other Infections | 20 | 12 | 8 | **60.0%** |
| 9 | Pharmaceutical Administration | 10 | 10 | 0 | **100.0%** |
| | **Totals** | **196** | **93** | **105** | **47.0%** |

| MCJ | Auditor Name: | | Audit Review Period: Month/Year - Month/Year |
|---|---|---|---|

**CHAPTER 1. INTAKE SCREENING**

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 1.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.2 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.3 | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.4 | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.5 | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.6 | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant |
| 1.7 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.10 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.13 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.14 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 1.15 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| **Overall Encounter Rating** | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate |

**CHAPTER 2. ACCESS TO CARE**

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 2.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant |
| 2.2 | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant |
| 2.3 | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| 2.4 | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant |
| 2.5 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant |
| **Overall Encounter Rating** | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient |

## CHAPTER 3: CHRONIC CARE

Month/Year Audited: January-00 (6 audits)

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 6/24 | | | | | | | | | | | | | | | | |
| 3.1 | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant |
| 3.2 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| 3.3 | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant |
| 3.4 | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant |
| **Overall Encounter Rating** | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate |

## CHAPTER 4: HEALTH CARE MAINTENANCE

Month/Year Audited: January-00 (6 audits)

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.1 | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant |
| 4.2 | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| 4.3 | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| **Overall Encounter Rating** | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient |

## CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

Month/Year Audited: January-00 (6 audits)

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.1 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 5.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 5.3 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 5.4 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| **Overall Encounter Rating** | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate |

## CHAPTER 6: OUTSIDE MEDICAL CARE/REFERRALS

Month/Year Audited: January-00 (6 audits)

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.1 | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant |
| 6.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant |
| 6.3 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 6.4 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| **Overall Encounter Rating** | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient |

## CHAPTER 7: DETOXIFICATION/WITHDRAWAL

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 7.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.3 | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.4 | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.5 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.6 | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 7.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| Overall Encounter Rating | Deficient | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient |

## CHAPTER 8: TB AND OTHER INFECTIONS

| ID # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.1 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.3 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 8.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| Overall Encounter Rating | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient |

## CHAPTER 9: PHARMACEUTICAL ADMINISTRATION

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | | | | | | | | | | | | |
| 9.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Summary
## Percentage of Compliance Indicator Satisfied by IP Category

| | Medical Quality Indicator | Number of Queries Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 360 | 151 | 32 | 177 | 82.5% |
| 2 | Access to Care | 132 | 73 | 48 | 11 | 60.3% |
| 3 | Chronic Care | 96 | 48 | 29 | 19 | 62.3% |
| 4 | Health Care Maintenance | 72 | 34 | 38 | 0 | 47.2% |
| 5 | Continuity of Care After Release | 96 | 36 | 11 | 49 | 76.6% |
| 6 | Outside Medical Care/Referrals | 96 | 48 | 25 | 23 | 65.8% |
| 7 | Detoxification/Withdrawal | 288 | 71 | 19 | 198 | 78.9% |
| 8 | Tuberculosis & Other Infections | 100 | 32 | 10 | 58 | 76.2% |
| 9 | Pharmaceutical Administration | 30 | 11 | 0 | 19 | 100.0% |
| | Totals | 1270 | 504 | 212 | 554 | 70.4% |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit - Medical Record Review**
**Summary of Findings**

| MCJ | Auditor Name: | | Audit Review Period: Month/Year - Month/Year | | |

**Totals**

| Quality Indicator | Q# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|
| 1 Intake Screening | 1.1 | 24 | 24 | 0 | 0 | 100.0% |
| | 1.2 | 24 | 4 | 2 | 18 | 66.7% |
| | 1.3 | 24 | 19 | 5 | 0 | 79.2% |
| | 1.4 | 24 | 9 | 3 | 12 | 75.0% |
| | 1.5 | 24 | 11 | 6 | 7 | 64.7% |
| | 1.6 | 24 | 18 | 4 | 2 | 81.8% |
| | 1.7 | 24 | 0 | 1 | 23 | 0.0% |
| | 1.8 | 24 | 16 | 1 | 7 | 94.1% |
| | 1.9 | 24 | 19 | 0 | 5 | 100.0% |
| | 1.10 | 24 | 0 | 5 | 19 | 0.0% |
| | 1.11 | 24 | 3 | 2 | 19 | 60.0% |
| | 1.12 | 24 | 1 | 3 | 20 | 75.0% |
| | 1.13 | 24 | 1 | 2 | 21 | 33.3% |
| | 1.14 | 24 | 0 | 0 | 24 | #DIV/0! |
| | 1.15 | 24 | 24 | 0 | 0 | 100.0% |
| 2 Access to Care | 2.1 | 24 | 19 | 4 | 1 | 82.6% |
| | 2.2 | 24 | 15 | 9 | 0 | 62.5% |
| | 2.3 | 24 | 15 | 8 | 1 | 65.2% |
| | 2.4 | 24 | 12 | 12 | 0 | 50.0% |
| | 2.5 | 36 | 12 | 15 | 9 | 44.4% |
| 3 Chronic Care | 3.1 | 24 | 18 | 6 | 0 | 75.0% |
| | 3.2 | 24 | 4 | 1 | 19 | 80.0% |
| | 3.3 | 24 | 12 | 12 | 0 | 50.0% |
| | 3.4 | 24 | 14 | 10 | 0 | 58.3% |
| 4 Health Care Maintenance | 4.1 | 24 | 12 | 12 | 0 | 50.0% |
| | 4.2 | 24 | 9 | 15 | 0 | 37.5% |
| | 4.3 | 24 | 13 | 11 | 0 | 54.2% |
| 5 Continuity of Care after Release | 5.1 | 24 | 9 | 2 | 13 | 81.8% |
| | 5.2 | 24 | 11 | 0 | 13 | 100.0% |
| | 5.3 | 24 | 0 | 2 | 22 | 0.0% |
| | 5.4 | 24 | 10 | 3 | 11 | 76.9% |
| 6 Outside Medical Care - Referrals | 6.1 | 24 | 11 | 13 | 0 | 45.8% |
| | 6.2 | 24 | 8 | 6 | 0 | 75.0% |
| | 6.3 | 24 | 0 | 3 | 21 | 0.0% |
| | 6.4 | 24 | 19 | 3 | 2 | 86.4% |

Revised 2020

MONTEREY COUNTY JAIL
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCJ | Auditor Name: | | Audit Review Period: Month/Year - Month/Year |
|---|---|---|---|

| Quality Indicator | | QI | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Totals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | Detoxification/ Withdrawal | 7.1 | 24 | 0 | 3 | 21 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 4 | 0 | 1 | 3 | 0.0% |
| | | 7.2 | 24 | 24 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 7.3 | 24 | 9 | 5 | 10 | 64.3% | 4 | 0 | 0 | 2 | 0.0% | 4 | 1 | 0 | 3 | 33.3% | 4 | 1 | 2 | 1 | 33.3% | 4 | 2 | 0 | 2 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 1 | 1 | 2 | 50.0% |
| | | 7.4 | 24 | 20 | 4 | 0 | 83.3% | 4 | 3 | 1 | 0 | 75.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 7.5 | 24 | 7 | 3 | 14 | 70.0% | 4 | 1 | 1 | 2 | 50.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 0 | 0 | 4 | 100.0% |
| | | 7.6 | 24 | 6 | 3 | 15 | 66.7% | 4 | 0 | 1 | 3 | 0.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | | 7.7 | 24 | 1 | 0 | 23 | 100.00% | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 7.8 | 24 | 1 | 0 | 23 | 100.00% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 7.9 | 24 | 1 | 0 | 23 | 100.00% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 7.10 | 24 | 1 | 0 | 23 | 100.00% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 7.11 | 24 | 1 | 0 | 23 | 100.00% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | | 7.12 | 24 | 1 | 0 | 23 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| 8 | Tuberculosis and Other Infections | 8.1 | 20 | 14 | 6 | 0 | 70.0% | 20 | 14 | 6 | 0 | 70.0% | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 8.2 | 20 | 0 | 0 | 20 | #DIV/0! | 20 | 0 | 0 | 20 | #DIV/0! | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 8.3 | 20 | 1 | 1 | 18 | 50.0% | 20 | 1 | 1 | 18 | 50.0% | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 8.4 | 20 | 0 | 0 | 20 | #DIV/0! | 20 | 0 | 0 | 20 | #DIV/0! | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 8.5 | 20 | 17 | 3 | 0 | 85.0% | 20 | 17 | 3 | 0 | 85.0% | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | Pharmaceutical Administration | 9.5 | 10 | 1 | 0 | 9 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 9.6 | 10 | 1 | 0 | 9 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 9.7 | 10 | 9 | 0 | 1 | 100.00% | 4 | 3 | 0 | 1 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| **2** | **Access to Care** | 2.6 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 2.7 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 2.8 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 2.9 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 2.10 | **0** | **0** | **0** | **#DIV/0!** | |
| **8** | **TB and Other Infections** | 8.6 | **0** | **0** | **0** | **#DIV/0!** | |
| **9** | **Pharmacetuical Administration** | 9.1 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 9.2 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 9.3 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 9.4 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 9.8 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 9.9 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 9.10 | **0** | **0** | **0** | **#DIV/0!** | |
| **10** | **CFMG Staffing** | 10.1 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 10.2 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 10.3 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 10.4 | **0** | **0** | **0** | **#DIV/0!** | |
| | | 10.5 | **0** | **0** | **0** | **#DIV/0!** | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **1.1** Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted) | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| Date of Patient's Arrival at MCJ | 07/07/24 | 06/28/24 | 08/16/24 | 08/17/24 | 08/02/24 | 05/10/24 | 05/01/24 | 07/03/24 | 05/03/24 | 07/31/24 | 06/23/24 | 06/12/24 | 08/27/24 | 07/20/24 | 06/07/24 | 07/21/24 | 06/13/24 | 06/20/24 | 06/19/24 | 06/23/24 | 07/05/24 | 06/06/24 | 07/25/24 | 08/27/24 |
| Date Initial Health Screening Completed | 07/07/24 | 06/28/24 | 08/16/24 | 08/17/24 | 08/02/24 | 05/10/24 | 05/01/24 | 07/03/24 | 05/03/24 | 07/31/24 | 06/23/24 | 06/12/24 | 08/27/24 | 07/20/24 | 06/07/24 | 07/21/24 | 06/13/24 | 06/20/24 | 06/19/24 | 06/23/24 | 07/05/24 | 06/06/24 | 07/25/24 | 08/27/24 |

• Obtain a list of inmates who were booked into Monterey County Jail (MCJ) during the audit review period and randomly select up to 20 inmate encounters for review.
• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.
• Ensure the health care staff completed the Monterey County Jail Medical Intake Questionnaire form during the intake screening process.
>> Note:  All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.
• Compliance will be determined via the review of the medical records.

Comments (across columns A–D for each audit group)

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1.2** If during the initial intake screening the registered nurse determined or should have determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported for medical clearance? | NA | NA | NO | NA | YES | NO | NA | YES | NA | NA | NA | NA | NA | YES | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA |
| Date Initial Health Screening Completed | | | 08/16/24 | | 08/02/24 | 05/10/24 | | 7/3/2024 | | | | | | 07/20/24 | | | | 06/20/24 | | | | | | |
| Date Inmate Transported to Natividad Medical Center | | | NOT | | 08/02/24 | NOT | | 07/03/24 | | | | | | 7/20/24 | | | | 06/20/24 | | | | | | |

• Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care.  If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.
— Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows:
> Arrestees who are unconscious or who cannot walk under their own power.
> Arrestees who are having or have recently had convulsions.
> Arrestees with any significant external bleeding.
> Arrestees with any obvious fracture.
> Arrestees with signs of head injuries.
> Arrestees with any signs of serious injury or illness.
> Arrestees displaying signs of acute alcohol or drug withdrawal.
> Pregnant women in labor or with other serious problems.
> Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.
> Arrestees with complaints of severe pain or trauma.
> Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."
  Compliance will be determined via the review of the medical records .

Comments (group 1): ███ – Nurse writes: "appears to be intoxicated on meth, constantly shifting refusing all medical care.  VS not taken.  Patient needs clearance by on site PCP or in ED.

Comments (group 2): ███ states can't breathe, "like he's having a heart attack." - Hx of daily opiate and synthetics. States he sees aliens.  Is victim of sexual abuse. Has elevated blood glucose. Emergency MH referral. No medical referral except routine CC.

Comments (group 5): Medically cleared re Etoh buse Mee Memorial.

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.3** | Did the booking registered nurse take the inmate's vital signs as required, and BS as indicated,  and inquire into the inmate's past and current illnesses and | YES | NO | NO | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | NA | YES | YES | NO | NO | YES | YES | YES | YES | YES |
| | • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire.<br>• The receiving screening shall include vital signs and inquiry into:<br>  Current illness and health problems, including medical, mental health, dental and communicable disease.<br>  Medications and special health requirements.<br>  Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems.<br>  History or appearance of suspected mental illness, including suicidal ideation or behavior.<br>  Appearance or history of developmental disability.<br>  Appearance or history of recent sexual abuse or abusiveness.<br>  For females, a history of gynecological problems, possibility of current pregnancy, recent delivery and present use of birth control.<br>• *Compliance will be determined via the review of the medical records.* | Comments: ▮ BP high, should be repeated x 3 for accuracy. Not done. ▮ VS not taken. Patient needs clearance by on site PCP or in ED. | | | | Comments: ▮ has AUD, and polysubstance abuse, 7 Diabetes in the ED lab.  Needs 85 at intake, writes "na" | | | | Comments: | | | | Comments: | | | | Comments: ▮ Pulse 115 not repeated despite instructions on form to document "persistent" abnormals ▮ - polysubstance abuse requires 85, not tested. | | | | Comments: | | | |
| **1.4** | If during the initial intake screening process the inmate was identified with an acute or  chronic medical condition deteriorated , did the booking registered nurse refer the inmate to the primary care provider for immediate care? | NA | NO | NO | YES | NA | NO | NA | YES | NA | NA | NA | YES | YES | YES | NA | YES | YES | YES | YES | NA | NA | NA | NA | NA |
| | • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes or new condition such as UTI.<br>• Review the inmate's medical record to determine whether the inmate was referred to the primary care provider.<br>• *Compliance will be determined via the review of the medical records.* | Comments: hypertensive BP 177/104.  No EMR entry for MD notice, visit or order. BP not repeated. Recent injury ▮ - see above. | | | | Comments: ▮ states can't breathe, "like he's having a heart attack." - Hx of daily opiate and synthetics. States he sees aliens.  Is victim of sexual abuse. Emergency MH referral. No medical referral except routine CC. | | | | Comments: | | | | Comments: ▮ - contacted PCP for orders to treat withdrawal. | | | | Comments: On call PCP issued orders, presumably after being informed of patient condition. | | | | Comments: | | | |
| **1.5** | Was the inmate with a chronic medical condition seen by a primary care provider within seven days of arrival or in reasonable time? | YES | NO | NO | YES | NO | NO | YES | YES | NA | NA | NA | YES | YES | YES | NA | NO | NO | NO | YES | YES | NA | YES | YES | NA |
| | Date of Patient's Arrival at MCJ | 07/07/24 | 06/28/24 | | 8/17/24 | 08/02/24 | 05/10/24 | 05/01/24 | 07/03/25 | | | | 06/12/24 | 08/27/24 | 07/20/24 | 06/07/24 | 07/21/24 | 06/13/24 | 06/20/24 | 06/19/24 | 06/23/24 | | 06/06/24 | | |
| | Date Patient Seen by PCP | 07/19/24 | 07/10/24 | | 8/19/24 | not | 05/24/24 | 05/03/24 | 07/08/24 | | | | 06/17/24 | 08/28/24 | 07/22/24 | 06/13/24 | 08/08/24 | 07/16/24 | 06/28/24 | 06/21/24 | 07/08/24 | | 06/10/24 | | |
| | • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility.<br>• *Compliance will be determined via the review of the medical records.* | Comments: Default is 7 days.  Longer if stable, but this was new onset of hypertension. Visit on 7/10/24 did not include a physical. Migraines not addressed. Next visit 30 days is too long. | | | | Comments: ▮ polysubstance abuse, diabetic ? (85 elevated at jail clearing), hypertension. Booked 8/2/24, needs CC within 7 days, not done before release 8/24/24. ▮ - needs PCP exam within 7 days, seen at 2 weeks post admission. | | | | Comments | | | | Comments: ▮ should be referred for immediate consultation on the Intake form. RL multiple meds, needed verfication and CC exam delayed | | | | Comments: ▮ diabetic, intake 85 371, referred for next day CC. Not seen until more than 4 weeks later ▮ diabetic, unsteady gait, unclear diagnosis or condition not seen for 8 days. Also Alcohol and meth abuse, history of withdrawal. | | | | Comments: ▮ - left MCJ before 7 days. | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.6** Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form? | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | NA | NA | YES | YES | YES | YES | YES | NO | YES | NO | YES | NO | YES | YES |
| • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities. • *Compliance will be determined via the review of the medical records.* | Comments: ▪ - 62 yo male, disabling mental illness, using walker, parkinsonism side effects on medication inaccurately recorded as having no disbilty. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ▪ screen done January 2024▪ - postponed for Withdrawal monitoring, but not done later. | | | | Comments: D▪ - form delayed for withdrawal, not performed before release 6 weeks later. | | | |
| **1.7** If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability. Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities. • Per the CFMG's Implementation Plan, Exhibit A: "4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities. 5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate. 6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met. Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap." • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: JGA - referral postponed after COWS. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.8** If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? | NA | NA | YES | YES | YES | YES | YES | NO | YES | YES | NA | NA | YES | YES | YES | YES | NA | YES | YES | YES | YES | NA | YES | NA |
| • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of history of mental illness, was referred to a mental health services staff for further evaluation. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: ▪ uncooperative 7/3/24, mute. No MH referral. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.9** Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? | NA | NA | YES | YES | YES | YES | YES | NA | YES | YES | NA | NA | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.10 | If an inmate had an existing medication order upon arrival at the facility, was the medication administered without interruption? | NA | NA | NA | NO | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NO | NO | NA | NA | NA | NA | NA |
| | • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy.<br>• The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: - Hydroxyurea for SC disease out of stock for 3 days after admission. | | | | Comments: | | | | Comments: ■ meds delayed 10 days. | | | | Comments: ■ unable to report meds accurately. Haloperidol confirmed 6/31/24 not continued ■ on thyroid med 6/21/24 not provided until 6/28/24. | | | | Comments: ■ very vague regarding meds for TBI. | | | |
| 1.11 | Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? | NA | NA | NA | YES | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NO | YES | NA | NA | NA | NA | NA |
| | • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ■ admit 7/21/24 seen 8/8/24 | | | | Comments: ■ - PCP visit was 8 days after booking. | | | | Comments: | | | |
| 1.12 | *For inmates prescribed psychotropic medications:*<br>Did the booking registered nurse obtain from the inmate a signed release to verify the inmate's current prescriptions? | NA | NA | NA | YES | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | YES | NA | NA | NA | NA | NA | NA |
| | • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.13 | *For inmates prescribed psychotropic medications:*<br>Was an inmate seen by a psychiatrist within seven days of arrival at the facility? | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA |
| | Date of Patient's Arrival at MCJ | | | | 08/17/24 | | | | | | | | | | | | 07/21/24 | | | | 06/20/24 | | | | |
| | Date Patient Seen by Psychiatrist | | | | 08/21/24 | | | | | | | | | | | | 07/29/24 | | | | 07/17/24 | | | | |
| | • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ■ visit to MHP, not psychiatrist, 8 days after booking | | | | Comments: ■ on Haldol, not seen within 7 days. | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility   **Monterey County Jail (MCJ)**

AUDITOR
NAME   **Bruce Barnett**

| CHAPTER 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.14 | *For inmates prescribed psychotropic medications:* **If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.15 | **At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| | • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN.  Verification of the nurse's verbal explanation shall be documented on the health screening form. " • Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate. • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| CHAPTER 2: ACCESS TO CARE | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | - 5/3 | | 5/4 | 5/17 | 5/29 | | | | | | | | | | - 6/20 | 8/19 | | | | | | | | |
| 2.1 | Did the licensed health care staff review the sick call slip on the day it was received? | YES | YES | YES | NA | YES | NO | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | NO | YES | YES | YES |
| Date Sick Call Slip Received | | 05/02/24 | 07/15/24 | 05/04/24 | 05/06/24 | 05/29/24 | 05/03/24 | 05/20/24 | 09/19/24 | 07/24/24 | 05/04/24 | 08/01/24 | 08/19/24 | 09/02/24 | 06/20/24 | 08/19/24 | 08/25/24 | 09/08/24 | 07/26/24 | 05/23/24 | 05/02/24 | 05/09/24 | 06/02/24 | 08/22/24 | 09/08/24 |
| Date Sick Call Slip Reviewed | | 05/02/24 | 07/15/24 | 05/04/24 | 05/17/24 | 05/29/24 | 05/20/24 | 05/23/24 | 09/19/24 | 07/24/24 | 05/05/24 | 08/01/24 | 08/19/24 | 09/02/24 | 06/20/24 | 08/19/24 | 08/25/24 | 09/08/24 | 07/26/24 | 05/23/24 | Not | 05/09/24 | 06/02/24 | 08/22/24 | 09/08/24 |
| | • Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received.  Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call. Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials. • *Compliance will be determined via the review of the medical records.* | Comments: ■ - no sick call slips in EMR, surmise from sumary. ■ visit 5/17 referred to PCP from RN. | | | | Comments: ■ complaint on 5/23/24 re stomach, chest reviewed 5/20 ■ complaint re eye hurt 5/20/24 reviewed 5/23/24 | | | | Comments: | | | | Comments: | | | | Comments: ■ issues multiple complaints about pain at fingernails sounds like peronychia or trauma but no action taken. | | | | Comments: ■ - hernia complaint considered by telemdicine NP without exam | | | |
| 2.2 | Following the review of the sick call slip, did the patient have a face-to-face assessment within a reasonable time in accordance with Implementation Plan? | YES | NO | YES | YES | YES | NO | NO | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | NO | NO | NO | YES | NO | YES |
| Date of Patient FTF Assessment | | 05/03/24 | 08/06/24 | 05/06/24 | 05/17/24 | not done | 06/24/24 | 06/24/24 | 09/19/24 | 07/24/24 | 05/11/24 | 08/01/24 | 08/19/24 | 09/06/24 | 06/20/24 | 08/19/24 | 08/25/24 | 09/11/24 | 08/01/24 | 06/10/24 | Not | 05/23/24 | 06/02/24 | 09/02/24 | 09/11/24 |
| | Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame? • Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call. • *Compliance will be determined via the review of the medical records.* | Comments: ■ -RN notes headache in the initial exam performed late. | | | | 306653 | | | | Comments: ■ toenail fungus, pain and tenderness in Diabetic needs prompt attention. ■ requested COVID test, provided.  Negative | | | | Comments: | | | | Comments: ■ visit for head and upper extremity injury complaint on 5/23/24 not timely. | | | | Comments: ■ time for exam is longer than IP allows ■ - exam for possible abscess on buttock delayed; buttock not inspected. | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| CHAPTER 2: ACCESS TO CARE | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | - 5/3 | | 5/4 | 5/17 | 5/29 | | | | | | - 6/20 | 8/19 | | | | | | | | | | | | |
| 2.3 | Did the face-to-face encounter reasonably document encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? | NO | YES | YES | YES | NO | NO | NO | YES | YES | YES | YES | NA | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES | NO | NO |
| | • Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format.<br>• Compliance will be determined via the review of the medical records. | Comments: - Exam by telehealth did not include temperature, respiratory rate, height, weight. | | | | Comments: - no exam documented to treat complaint of under arm rash. | | | | Comments: | | | | Comments: | | | | Comments: RN note has no documented examination. Does not use PNP form. | | | | Comments: complained of painful cyst "hurts when I try to sit down. I can't even sit down." No exam of buttocks (telemedicine). - complains head hurts, stomach hurts, ear leaking wax, hot... | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| CHAPTER 2: ACCESS TO CARE | | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | - 5/3 | | 5/4 | 5/17 | 5/29 | | | | | | - 6/20 | 8/19 | | | | | | | | | | | | |
| 2.4 | Was the treatment plan appropriate, within the scope of practice and/or supported by applicable protocols/guidelines? | | | | NO | NO | YES | NO | NO | NO | NO | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | NO | YES | NO | YES | NO | NO | NO |

• Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.
• Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate".
• *Compliance will be determined via the review of the medical records.*

Comments: ██ NP provides no diagnosis to explain complaint of bilateral arm numbness. No exam to assess this complaint. Motrin 600 bid is nonsensical as treatment. Assessment of migraine is not in accordance with history or symptoms. Insufficient follow-up with PCP ██. Prednisone for 5 days is not indicated. Drug dangers exceed benefits, and not in accord with

Comments:

Comments: RN exceeds scope of practice in treating diabetic foot.

Comments:

Comments: PNP form not used.

Comments: ██ - No exam, no use of nurse protocols. No referral, ██ - no protocol form used.

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| CHAPTER 3: CHRONIC CARE | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | 5/24 - 6/20 | | 7/8 | 6/17 | 6/24 | 5/3 | 4/30 | 7/19 | 4/8/24 | 7/2 | | 8/13 | | | | | | | | |
| **3.1** Was the inmate's chronic care follow-up visit completed as ordered and /or indicated? | YES | YES | YES | NO | NO | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | NO | NO | NO | YES | YES |

• Obtain a list of inmates who have been enrolled in the chronic care clinic during the audit review period and randomly select 20 minutes for review.
• Review the medical record to identify the date of the inmate's most recent chronic care appointment.  Locate the progress note for the previous chronic care visit to determine the time frame for the next chronic care visit and determine if an inmate was seen within the recommended time frame.
   For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th.
• *Compliance will be determined via the review of the medical records.*

Column A comments: Comments: ▮ meth abuser, referred for routine CC visit and urgent next cc visit after intake 7/11/24. CC visit 7/19/24▮ – booked 6/28/24 dizzy, very high blood pressure, unknown medications.  Needs chronic care exam within 7 days.  Seen for CC visit by telehealth 7/10/24.

Column E comments: Comments: ▮ exam due in 7 days, done at day 14.

Column I comments: Comments: Admitted 3/27/24. DM. BS 534. CC 4/30/24

Column Q comments: Comments: ▮ – intake calls for "routine" but CC requested urgently (next day) - not provided for 3 weeks.

Column R comments: Comments: ▮ – full exam done without form ▮ chronic care  full exam done without form, CC requested urgently (next day) - not provided for 3 weeks.

Column U comments: Comments: ▮ – requested for next day, not done for 4 weeks. GP intake nurse requests urgent, next day medical exam.  Not done for 8 days.

| **3.2** *For patients on psychiatric medications:* Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | YES | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | YES | NA | YES | NA | NA |

• *Compliance will be determined via the review of the medical records.*

Column A comments: Comments:

Column E comments: Comments: ▮ on Remeron 4/25/24 no MD exam before release 8/30/24

Column I comments: Comments:

Column M comments: Comments:

Column Q comments: Comments:

Column U comments: Comments:

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

AUDITED FACILITY **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| CHAPTER 3: CHRONIC CARE | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Patient Initials | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] 5/24 | [redacted] - 6/20 | [redacted] 7/8 | [redacted] 6/17 | [redacted] 6/24 | [redacted] 5/3 | [redacted] 4/30 | [redacted] 7/19 | [redacted] 4/8/24 | [redacted] 7/2 | [redacted] | [redacted] 8/13 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **3.3 Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care** | NO | NO | NO | NO | YES | YES | NO | NO | NO | YES | YES | NO | YES | YES | YES | NO | NO | YES | YES | YES | NO | NO | YES | YES |
| • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>⍰ Inmate's medical history;<br>⍰ Systems examination in accordance with the nature of the chronic condition;<br>⍰ Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit;<br>⍰ Inmate's treatment plan.<br>*• Compliance will be determined via the review of the medical records .* | Comments [redacted] no physical exam performed by telehealth. Contradicting reporrts of alcohol abuse, liver disease. Shoulder pain. PL "visual loss" inaccurate as V acuity is normal. [redacted] - should have physician exam that includes heart and lung ausculation, exam of extremity for which med is ordered. [redacted] has no in person exam, no auscultation or palpation. STD screening not ordered. [redacted] CC visit does not include physical examination. No auscultation, palpation. Thyroid not palpated. Lab ordered 7/11 not done until 8/8/24 | | | | Comments [redacted] diagnosed as pre diabetic, started on Metformin (off label use - possibly not wise in jail, but commonly prescribed in community) [redacted] - No Blood Pressure; labs for STD and DM not done (patient obese, at risk). [redacted] - CC exam does not have auscultation of lungs, for asthma. No Peak Flows at exam. No STD testing. | | | | Comments: [redacted] - hypertension, polysubstance abuse. No physical examination performed. [redacted] - diabetic needs foot exam, eye exam. Abdomen, skin, etc. CC visit performs no physical exam. | | | | Comments [redacted] 4/8/24 Lab, including STD screening not ordred or done. Prior STI negative in May 2021. Syphilis detected blood 7/29/24 - consider annual testing as is guideline for TB. [redacted] 8/13/24 is prescribed omega 3, metformin without indications and contrary to best practices. | | | | Comments: full exam on 8/28/24 - did not use form. | | | | Comments [redacted] - delayed CC telemedicine did not examine patieint (no eye, foot, heart, lung, etc.) [redacted] - NP CC note on 6/28/24 has no physical exam, no BS measured. 1000 bid metformin ordered without lab is not best practice for chronic disease, unncessarily exposes patient to complication of excessive Metformin. (Hb A1c 6.2 = pre diabetes) | | | |
| **3.4 Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List?** | NO | NO | NO | YES | NO | NO | YES | NO | YES | YES | YES | YES | YES | NO | YES | YES | YES | NO | YES | YES | YES | NO | NO | YES |
| *• Compliance will be determined via the review of the medical records.* | Comments [redacted] - problem is not updated to include Hep A, B and C antibodies. [redacted] - meth abuse not on PL. PL is blank. | | | | Comments [redacted] Not on problem list: synthetics abuse, opiate abuse. [redacted] - metformin prescribed for pre diabetes, obesity but neither on Problem List [redacted] chronic back pain, DJD not in PL. | | | | Comments: | | | | Comments:Patient [redacted] Syphillis detected on blood test orderd 7/2/24 and reported 7/29/24. [redacted] - on 10/3/24 PL includes incorrect report of DM and DM opthalmic disease. | | | | Comments: [redacted] alcohol abuse not on problem list. | | | | Comments [redacted] - problem list does not include alcohol and meth abuse. [redacted] - chronic fungal infection on hand, HCV and Hep B infections, polysubstance abuse - not in problem list. [redacted] problem list empty, no clearly established medical or MH problelms. | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)   **AUDITOR NAME** Bruce Barnett

## CHAPTER 4: HEALTH CARE MAINTENANCE

| Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |

ID #

Patient Initials

**4.1 Did the inmate receive a health inventory or chronic care within 14 days, complete PE within six months of incarceration/annually?**

| NO | NO | NO | NO | NO | YES | YES | YES | YES | YES | NO | NO | YES | NO | NO | NO | YES | YES | NO | ** | YES | YES | NO | NO |

Date of Health Inventory/CC Examination and/or Annual Physical

| 07/22/24 | 07/22/24 | 07/22/24 | 07/22/24 | 07/25/24 | 12/27/23 | 12/20/24 | 01/10/24 | 01/13/24 | 12/23/24 | 05/27/24 | 06/05/24 | 06/06/24 | 06/28/24 | 05/10/24 | 05/01/24 | 03/27/24 | | 07/31/24 | 08/27/24 | 07/20/24 | 06/07/24 | 07/21/24 | 06/13/24 |
| not 10/4 | not 10/4 | Not 10/4 | 09/14/24 | Not 10/4 | 06/07/24 | 06/07/24 | 06/24/24 | 07/03/24 | 07/03/24 | NOT | NOT | 06/12/24 | 08/06/24 | 05/24/24 | 05/03/24 | 04/12/24 | | 09/20/24 | NOT | 07/22/24 | 06/13/24 | 08/08/24 | 07/16/24 |

• Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review.
• Review the inmate's medical record for documentation verifying that a complete physical examination was conducted upon inmate's arrival at the facility.
• *Compliance will be determined via the review of the medical records.*

Comments: ▉ - no STD screening.RM compliance ▉/ genitalia rash; No STD screening ▉ - seizure disorder, withdrawal, fentanyl; ▉ CC 6 wk after admit, incomplete. CQF= 8/27, STD screening not done. And Hep C not addressed.

Comments: ▉ - No STD screening. QF pending.

Comments: ▉ intake 5/27/24. Acne, no inventory, no CC. STD screening done ▉ - no exam since admission 6/5/24. No STD screening

Comments: ▉ - CC exam can sufice for 14 day health inventory ▉ - credit for CC exam within 14 days. ▉ - credit for CC in 3 days, labs done.

Comments: ▉ - credit for frequent, timely CC visits. ▉ - initial health inventory delayed; STD testing not timely and not reported or treated until 9/16/24

Comments: ▉ - has multiple med and MH problems, elderly, needs prompt CC and/or health care inventory. ▉ CC exam on 7/16/24. No Health Inventory done.

**4.2 Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A?**

| NO | NO | NO | NO | NO | NO | NO | YES | YES | YES | NO | NO | NO | NO | NO | NO | YES | YES | NO | NO | YES | YES | YES | YES |

• Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility.
   The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner.
   The physical examination SHALL include:
   Review of the health inventory and communicable disease screening;
   Vital signs, height, and weight;
   A full body system review and assessment consistent with community standards and guidelines.
   A documented assessment of the individual's health status based on the physical findings;
   A plan for follow-up, treatment and referral as indicated, and;
   Review and countersignature by the responsible physician.
• *Compliance will be determined via the review of the medical records.*

Comments: ▉ - No inventory, or chronic care. No STD screen. ER admission for seizures 9/16/24

Comments: ▉ No STD testing. Refusal form incomplete, no documented PCP notice of non compliance ▉ - subclinical hypothyroid not on Problem List.

Comments:

Comments: ▉ - STD not screened.RCA health inventory delayed, lab not ordered timely. Late discovery of hypothyroid, syphilis, trichomonas. Also no evaluation of abnormal LFT. ▉ - STD and TB screening not timely done. STD 6/19/24; no TB test (PPD refused, QF not done). (Reported sex abuse and unprotected sex)

Comments: ▉ - Refusal by patient to allow physical is recorded. Flow sheets show BS. ▉ documented refusal to allow lab. ▉ - no STD screen

Comments: ▉ - no STD screen.

**4.3 Were the findings of the physical examination recorded on an approved CFMG'S physical examination form?**

| NO | NO | NO | NO | NO | YES | YES | YES | YES | YES | NO | NO | YES | YES | YES | YES | YES | YES | NO | NO | NO | YES | YES | YES |

• Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG.
• *Compliance will be determined via the review of the medical records.*

Comments: ▉ - Problem list not updated for seizure disorder,

Comments:

Comments:

Comments: ▉ Form with abnormal findings needs to be signed by PCP.

Comments: ▉ chronic care forms.

Comments: ▉ no forms used for CC or HCM/Inventory. ▉ CC form used by NP ▉ CC form used by NP ▉ - NP uses CC form.

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | ** | | | | | | | | | | | | | | |
| **5-1** *For inmates transferring to another detention/corrections system:* **Was a Transfer of Medical Information form completed for an inmate transferring to another detention/corrections system?** | NO | NA | NA | YES | YES | YES | NA | NA | NO | NA | NA | NA | NA | NA | YES | YES | NA | YES | NA | NA | YES | YES | NA | YES |
| • Obtain a list of inmates who have transferred to another detention/corrections facility within the last six months. • Review the inmate's medical record to determine whether the facility completed a Transfer of Medical Information form for an inmate transferring out of the facility. • *Compliance will be determined via the review of the medical records.* | Comments: ▮ inaccurately transmits dat to prison NKSP, states RPR not done. | | | | Comments: | | | | Comments: ▮ transfer form states RPR not tested, but RPR is positive. Patient has syphilis new onset not treated and not communicated to patient or prison transfer. | | | | Comments: ▮ Unclear what is in attachment to the prison. Hypertension not noted on transfer sheet. | | | | Comments: | | | | Comments: | | | |
| **5-2** **Was a 30-day supply of medications provided to the patient upon discharge?** | NA | YES | YES | NA | NA | NA | YES | YES | NA | YES | NA | YES | NA | YES | NA | NA | YES | NA | YES | YES | NA | NA | YES | NA |
| • Compliance will be determined via the review of the medical records. | Comments: | | | | Comments: ▮ | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **5-3** **For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate?** | NA | NO | NO | NA | NA | NA | YES | NO | NO | NO | NO | NA | NA | YES | NA | NA | YES | NA | YES | YES | NA | NA | YES | NA |
| • Compliance will be determined via the review of the medical records. | Comments: ▮ has Syphilis, hyperthention hyperthyroidism, elevated LFT. Per booking nurse email, I/P was D/C'd today & went back to Kern County. Faxed 30 day supply, no refills D/C Meds X 04 into Rite-Aid Pharmacy, 9482 California City Blvd, California City, CA 93505 (760)373-5631 per I/P request. No indication of | | | | Comments: ▮ released with meds Rx, but no EMR document showing referral for ongoing care to treat diabetes | | | | Comments: ▮ - New onset of syphilis not repored to public health. ▮ - New syhilis and Rx not described. Form misleading states RPR "not tested." ▮ - release on Oct 12 with polysubstance abuse, homeless ress., IV drug abuse has no follow up instructions in EMR. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **5-4** **For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care?** | NA | NO | YES | NA | NA | NA | YES | NO | NA | YES | NO | YES | YES | YES | NA | NA | YES | NA | YES | YES | NA | NA | YES | NA |
| • Compliance will be determined via the review of the medical records. | Comments: ▮ has Syphilis, hypertention hyperthyroidism, elevated LFPer booking nurse email, I/P was D/C'd today & went back to Kern County. Faxed 30 day supply, no refills D/C Meds X 04 into Rite-Aid Pharmacy, 9482 California City Blvd, California City, CA 93505 (760)373-5631 per I/P request. No indication of | | | | Comments: ▮ see above | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS

AUDITED FACILITY: Monterey County Jail (MCJ)   AUDITOR NAME: Bruce Barnett

## CHAPTER 6. OUTSIDE MEDICAL CARE/REFERRALS

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month/Year Audited: | January-00 | | | | January-00 | | | | January-00 | | | | January-00 | | | | January-00 | | | | January-00 | | | |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | | |

**6.1** — For inmates referred to outside provider for higher level of care: Did health care staff complete the CFMG's Medical Referral Form?

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NO | NO | YES | NO | 6/7 | NO | YES | jr. | NO | NO | YES | NO | NO | YES | NO | YES | NO | NO | NO | NO | 7/5 | 9/15 | 9/13 | -7/29 |

- Obtain a list of inmates who during the review period were referred by a primary care provider to an outside provider for medical care which could not be provided on-site. Randomly select up to 20 inmates for review.
- Review the inmate's medical record to determine if the health care staff completed a Medical Referral Form for outside services ordered by the MCJ's primary care provider.
- *Compliance will be determined via the review of the medical records.*

Comments (6.1):
- (A) visit on 6/12 with no referral form in EMR - no referral to ED in the EMR.
- (B) form for EGD 7/17 not in EMR.
- (C) request for eye exam not in EMR. Report from eye MD returned with patient - 8/13 Snellen request done 8/21 = OD 20/70. OS 20/200, OU 20/50-2. optometry referral purportedly submitted, not in EMR.
- (D) 4970 referral to opth not in EMR. 7444 referral T to PT not in EMR.
- no request for service in EMR. EMD - referral request not in EMR - no EMR record of request for echocardiogram.
- 7/5- referral for 6/11/24 request to do  endometrial biopsy not produced or in EMR. 9/15 referral has not date referral is made. 7/29 referral request not in EMR.

**6.2** — If an inmate was referred to an outside provider for higher level of care, was the inmate seen within the time frame appropriate and/or specified by the

| | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES | YES | NA | NO | YES | NO | YES | YES | YES | NO | YES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- *Compliance will be determined via the review of the medical records.*

Comments (6.2):
- (C) visual acuity loss not evaluated on site or referred. 7444 referred to PT 5/20/14 - first visit 7/25/24  consultation with BYER'S Eye surgery requested within 30 days from 8/13/24 (form is unclear, with no dates) exam not done by 10/23.
- need for eyeglasses identified 1/11/24. Exam and Rx 7/30/24  unable to tell whether specialty service is timely without request for service and dates.
- biopsy done within a month, negative for cancer - glaucoma for years documented at admission  3/20/24, not timely referred for evaluation;  no glaucoma med prescribed  umntil 7/9/24.

**6.3** — For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company?

| | NA | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- *Compliance will be determined via the review of the medical records.*

Comments (6.3):
- (A) visit on 6/12 with no referral form in EMR - no referral to ED in the EMR. 7/24 trip to ED by ambulance (?) unclear. No form in EMR.
- major trauma to face 8/6/24 with neuro symptoms ? Sent by ambulance. EMR unclear.
- sent by ambulance, no ambulance form in the EMR.

**6.4** — Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider?

| | NO | YES | YES | YES | YES | YES | YES | YES | YES | NA | YES | YES | YES | YES | NA | NA | YES | YES | NO | YES | YES | YES | NO | YES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- *Compliance will be determined via the review of the medical records.*

Comments (6.4):
- (A) 6/12 RETURN. Note in EMR on 6/25  report requested and returned one week after visit.
- 5/7 page 2 of 3 podiatry missing. Page 3 with instructions provided.
- echo results document not provided for 1 month after service.
- 9/5 - scheduled uterine polyectomy, canceled with history of recent chest pain,  returned note on 9/13 is incomplete, no details of exam, plan or prognosis

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

## CHAPTER 7: DETOXIFICATION/WITHDRAWAL

| | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials/ date | 7/7 | - 6/6 | 8/24 | 8/24 | 6/19 | | | | | | | | | | | | | | | | | | | |
| **7.1** | **For inmates who were intoxicated at the time of booking into MCJ: Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health care staff?** | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NO | NA | NA | NA | NA | NA | NO |
| | • Obtain a list of inmates who were booked into the facility during the audit review period. Select up to 20 inmates who during booking were identified to have been intoxicated or a threat to their own safety or the safety of others.<br>• Review the inmate's medical record to determine if the inmate at the time of booking was placed in the sobering cell for close observation by custody and health care staff.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: described as under the influence, unsteady on feet and pulse of 115. Sent to GP.  No confirmation of sobering observation or stable status before release to GP. | | | | Comments: | | | | Comments: uncooperative, agitated, tachypneic, sweating, appears under the influence (contradictory statement "not acutely intoxicated") sent to GP without PCP exam or labs. | | | | Comments: reported under the influence, slurred speech, unsteady gait. Withdrawal score low (1) but no report of resolved intoxication before transfer to GP (conflicting statement that does not refute other signs of neurological impairment. Custody called MH to institute suicide watch. | | | |
| **7.2** | **For inmates intoxicated or at risk for withdrawal  at the time of booking into MCJ: Did the medical staff document an assessment/evaluation of the inmate in** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| | • Review the progress notes in the inmate's medical record to determine whether the health care staff documented the FTF assessment/evaluation of an inmate in the SOAP format.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.3** | **Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors** | NO | NO | NA | NA | NA | NA | NA | YES | NA | YES | YES | NA | NO | NA | NO | YES | YES | YES | YES | YES | YES | NA | NA | NO |
| | • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate.<br>• *Compliance will be determined via the review of the medical records.* | Comments: CIWA monitoring level 0 should be every 4-8 hrs, for 72 hrs. Done approx every 10 hrs. RA - level 0, not monitoring per protocol, not even every 12 hurs. | | | | Comments: | | | | Comments: and  - Could lnterpret requirement for VS q 6 hr for first 72 hrs. Not done.  VS taken q 8 hrs. as patient seems stable upon admission | | | | Comments:  - CIWA and VS not monitored frequently (q6 - 8 hr) as required by IP  - VS not monitored q 6-8 hr. | | | | Comments: . Could lnterpret requirement for VS q 6 hr for first 72 hrs. Not done. VS taken q 8 hrs. as patient seems stable upon admission | | | | Comments: Multiple refusals for vital signs should generate contact with PCP, possible PCP exam. Not done. | | | |
| **7.4** | **Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms?** | NO | YES | YES | YES | NO | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES |
| | *Compliance will be determined via the review of the medical records.* | Comments:  - Intake orders CIWA/COWS. CIWA only is in EMR. | | | | Comments: COWS and synthetic abuse, monitor ordered at intake, no COWS provided. Scored on 6/22.  Synthetics monitoring started 6/22  admitted 5/10 at  0528 states "can't breath..." should be seen in safety cell, observed, assessed (possibly in ED) before | | | | Comments: | | | | Comments: | | | | Comments: synthetics protocol for VS not followed. VS not checked with adequate frequency. | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
Health Care Monitoring Audit Tool - Medical Record Review
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

AUDITED FACILITY **Monterey County Jail (MCJ)**     AUDITOR NAME **Bruce Barnett**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | **For inmates withdrawing from Opiates: In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal?** | NO | NA | YES | NA | NO | YES | NO | YES | YES | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | YES | YES | NA | NA | NA |
| | Review the inmate's medical record for documentation reflecting that vital signs were taken and an assessment for dehydration was completed. Additionally, determine whether the Clinical Opiate Withdrawal Scale (COWS) was utilized to assess an inmate with history of opiate use and/or withdrawal. • *Compliance will be determined via the review of the medical records.* | Comments: – no opiate scale at intake | | | | Comments: – see above. not enrolled in COWS | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | **For inmates withdrawing from Opiates: Did the health care staff implement an appropriate opioid monitoring and treatment/plan for an inmate withdrawing from opiates?** | NO | NA | NA | NA | NO | YES | NO | YES | YES | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | YES | YES | NA | NA | NA |
| | • Review the inmate's medical record to determine whether the health care staff, based on the inmate's COWS score and symptoms, implemented an appropriate opioid withdrawal treatment plan (Level 1, Level 2, or Level 3). • *Compliance will be determined via the review of the medical records.* | Comments: no COWS | | | | Comments: | | | | Comments: not enrolled in COWS | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | **For inmates withdrawing from Benzodiazepines/Barbiturates: Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs?** | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY **Monterey County Jail (MCJ)**    AUDITOR NAME **Bruce Barnett**

| CHAPTER 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.9 | For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | NA |
| • Compliance will be determined via the review of the medical records. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: JMC see above | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

| AUDITED FACILITY | Monterey County Jail (MCJ) | | AUDITOR NAME | Bruce Barnett |

| CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS | | Audit Review Period: | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| ID # | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | |
| 8.1 | Did the inmate receive a tuberculosis signs and symptoms screening and appropriate testing (PPD or QF as indicated) within seven days of inmate's admission to the facility? | NO | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES | NO | YES | NO | YES | YES | NO |
| • Obtain a list of inmates who have been at the facility for the previous six months. Randomly select up to 20 inmates from the list for review. • Review the inmate's medical record for documentation reflecting that the tuberculosis signs and symptoms screening and skin testing (when indicated) was completed within seven days of inmate's admission to the facility. • Compliance will be determined via the review of the medical records . | | Comments: ▪ refused PPD. QF test not ordered.▪ refused skin test and refused QF ▪ - QF test negative 3wks after admission, because patient refused PPD. Ideally QF should be done within 7 days.▪ - last test confirmed negative 1/14/24 more than 3 months, needs TST not done.▪ refuses PPD, QF purportedly ordered, not done and no refusal in EMR.▪ - reports LTBI treated, no symptoms.▪ - admitted 4/30/24. TB screening done 8/1/24.▪ testing insufficient. CxR negative. No Inteferon offered.  Reported negative test 8/14/24 with no mm measure.▪ - admitted 7/7/24, TB test 8/5/24. | | | | | | | | | | | | | | | | | | | |
| 8.2 | For an inmate with positive TB screening findings: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Review the inmate's medical record to determine if at the time of intake, an inmate exhibited symptoms suggestive of TB disease or had a history of inadequate treatment for TB disease. • Locate documentation of  Airborne Infection Isolation (AII) and thorough medical evaluation by a medical provider. • Compliance will be determined via the review of the medical records. | | Comments: | | | | | | | | | | | | | | | | | | | |
| 8.3 | Were positive TB skin tests followed by X ray within 72 hours and consultation thereafter  regarding latent TB treatment options. | NA | NO | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Compliance will be determined via the review of the medical records . Patients with positive TB skin test but no symptoms, with no history of prior positive test and/or treatment for TB,  are considered likely to have latent TB infection. | | Comments:  Chest X ray 4/29/24 delayed by 3 months after booking, history of prior TB ?treated.▪ - uncooperative, QF testing delayed due to refusals of lab.  But eventually done | | | | | | | | | | | | | | | | | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

AUDITED FACILITY **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| CHAPTER 8: TUBERCULOSIS AND OTHER INFECTIONS | | Audit Review Period: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| 8.4 | Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| • Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings.<br>• *Compliance will be determined via the review of the medical records.* | | Comments: | | | | | | | | | | | | | | | | | | | | |
| 8.5 | Are inmates screened annually for signs and symptoms of tuberculosis? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | NO | NO | YES | YES | YES |
| • Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review.<br>• Review the inmate's medical record for documentation of a TB screening within the last year.<br>• *Compliance will be determined via the review of the medical records.* | | Comments: ▉ not tested, still in residence. ▉ resides MCJ since 3/2/23.  Not tested at intake for BCG? C x Ray normal. PPD test 8/8/24 negaative.  No Interferon testing offered. ▉  - repeat TB testing more than a year interval (Janurayr 2023 - Augus 2024). | | | | | | | | | | | | | | | | | | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION

| AUDITED FACILITY | Monterey County Jail (MCJ) | | AUDITOR NAME | Bruce Barnett | |
|---|---|---|---|---|---|

| CHAPTER 9: PHARMACEUTICAL ADMINISTRATION | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 9.5 If the inmate did not show or refused the prescribed medication(s) on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | | | | | | | | | | | | | | |
| • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times. • Compliance will be determined by medical record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.6 For inmates going out to court: Did the inmate receive the medication as prescribed by provider? | NA | NA | NA | NA | NA | NA | YES | NA | NA | NA | | | | | | | | | | | | | | |
| • Compliance will be determined by medical record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.7 For inmates released from jail: Upon release from custody, does the facility provide a 30-day supply of essential medication(s) to the inmate if ordered by the primary care provider? | YES | YES | YES | YES | YES | YES | YES | NA | YES | YES | | | | | | | | | | | | | | |
| • Compliance will be determined by medical record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

**Facility:  Monterey County Jail**

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| ADMINISTRATIVE QUESTIONS | | | | | |
|---|---|---|---|---|---|
| **CHAPTER 2 - ACCESS TO CARE** | | Yes | No | N/A | % Compliance |
| **2.6** | **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | 0 | 0 | 0 | #DIV/0! |

| | Month #1 | # of Rounds Conducted on Monday, Wednesday, and Friday | | |
|---|---|---|---|---|
| | Month #2 | # of Rounds Conducted on Monday, Wednesday, and Friday | | |
| | Month #3 | # of Rounds Conducted on Monday, Wednesday, and Friday | | |

• Review the Isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?

*• Compliance will be determined via the review of the isolation log during the onsite audit.*

**Comments:**

| **2.7** | **Does the facility maintain a sick call roster on file in the clinic?** | | | | #DIV/0! |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.

• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.

*• Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

**Comments:**

| **2.8** | **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | | | | #DIV/0! |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.

• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.

*• Compliance will be determined via the review of the Inmate Rules booklet  during the onsite audit.*

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units? | | 0 | 0 | 0 | #DIV/0! |
|---|---|---|---|---|---|---|
| | Booking Area | | | | | |
| | Housing Unit #1 | | | | | |
| | Housing Unit #2 | | | | | |
| | Housing Unit #3 | | | | | |
| | Housing Unit #4 | | | | | |
| | Housing Unit #5 | | | | | |
| | Housing Unit #6 | | | | | |
| | Housing Unit #7 | | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.
• *Compliance will be determined via the inspection of the reception area and housing units during the onsite audit.*

Comments:


| 2.10 | Does the clinic visit location ensure the inmate's visual and auditory privacy? | | | | | #DIV/0! |
|---|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.
• Assess all locations to determine if visual and auditory confidentially is maintained.
• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy. Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed. If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists.
  Note: This will require the auditor to use his/her professional judgment. The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level. If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.
• *Compliance will be determined via the inspection of the clinic during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| CHAPTER 10 - CFMG STAFFING | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **10.1** | **Does the facility have the required provider staffing complement per the CFMG's Staffing Plan?** | 0 | 0 | | #DIV/0! |
| | PCP | | | | |
| | PA | | | | |
| | NP | | | | |

• Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements .

Comments:

| | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **10.2** | **Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan?** | 0 | 0 | | #DIV/0! |
| | RN | | | | |
| | LVN | | | | |

Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements ..

Comments:

| | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **10.3** | **Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan?** | 0 | 0 | | #DIV/0! |
| | CMA | | | | |
| | MA | | | | |
| | MRC | | | | |

• Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| | | | | | | |
|---|---|---|---|---|---|---|
| **10.4** | **Does the facility have the required management staffing complement per the CFMG's Staffing Plan?** | | | **0** | **0** | **#DIV/0!** |
| | | Program Manager | | | | |
| | | DON | | | | |
| | | MRS | | | | |
| • Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor. <br> • Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements. <br> • Compliance will be determined via the review of the health care staffing rosters and contractual requirements. | | | | | | |
| Comments: | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **10.5** | **Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail?** | | | | **#DIV/0!** |
| Comments: | | | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:   Monterey County Jail                                   Onsite Audit Date(s):

Auditor:                                                          Audit Review Period:

| CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **8.6**   **Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments?** | | | | **#DIV/0!** |

• During the onsite audit, observe where the TB Tracking Log is located in the medical department.
• Obtain a copy of the TB Tracking Log from the Health Services Administrator and review the log to determine whether it is up to date.
• Interview health care staff regarding the annual TB screening and evaluation process and whose responsibility it is to update the TB Tracking Log.
• Compliance will be determined tghrough onsite staff interview process and review of the TB Tracking Log.

Comments:

| CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **9.1**   **Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated?** | | | | **#DIV/0!** |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by  onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail      **Onsite Audit Date(s):**

**Auditor:**      **Audit Review Period:**

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.

• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.

• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.

   If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.

• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).

*• Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:**

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:  Monterey County Jail**

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

---

• *Identify all medication administration/delivery areas, times and medication nurses at the facility.*

• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.

• The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:

  Watching the inmate take the medication.

  Checking for "cheeking" or "palming" to assure that medication has been ingested.

  Having the inmate speak after taking the medication and/or drinks water.

• In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.

• *Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

---

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:  Monterey County Jail

Auditor:

Onsite Audit Date(s):

Audit Review Period:

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*Compliance will be determined via the inspection of the reception area and housing units conducted during the onsite audit.*

Comments:

| 9.8 | Management of Controlled Substances:<br>Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|---|
| | Location #1 | | | | | |
| | Location #2 | | | | | |
| | Location #3 | | | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.

  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.

• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.

*Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:  Monterey County Jail

Auditor:

Onsite Audit Date(s):

Audit Review Period:

| 9.9 | **Management of Controlled Substances:** **Are the narcotics inventoried at every shift change by two licensed health care staff?** | | | | #DIV/0! |
|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift.  This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately.  For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

**Comments:**

| 9.10 | **Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff?** | | | | #DIV/0! |
|---|---|---|---|---|---|

• Identify all clinic locations where prescription and non-prescription drugs are stored and inspect each location to ensure the drugs are stored in a locked area accessible only to the medical staff.
• *Compliance will be determined during the onsite review/observation of the clinic locations.*

**Comments:**