MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge: Beth Labson Freeman |

1   **E.M.S.** was incarcerated at the Monterey County Jail and died on January 16, 2025.
2   Pursuant to the Court's November 1, 2017 Order, Dkt. No. 619, the parties hereby jointly
3   file this stipulation requesting that the Court order the County of Monterey (the "County")
4   to produce to Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County all
5   onsite and electronic records held by Natividad Medical Center relating to medical and
6   mental health services provided to **E.M.S**. The County shall produce the requested records
7   within three days of this stipulated order. The parties agree that this individual was a class
8   member in this action, and that the individual's records are appropriately to be produced,
9   subject to the Protective Order entered in this case, Dkt. No. 401.

DATED: February 10, 2025           Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: /s/ *Maya E. Campbell*
                                        Maya E. Campbell

                                    Attorneys for Plaintiffs

DATED: February 10, 2025           Respectfully submitted,

                                    COUNTY COUNSEL, COUNTY OF
                                    MONTEREY

                                    By: /s/ *Anne K. Brereton*
                                        Anne K. Brereton
                                        Deputy County Counsel

                                    Attorneys for Defendants
                                    COUNTY OF MONTEREY and MONTEREY
                                    COUNTY SHERIFF'S OFFICE

/ / /

/ / /

[4645472.1]

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: February 10, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Maya E. Campbell
Maya E. Campbell

Attorneys for Plaintiffs

### [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **E.M.S** to Plaintiffs' Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED.**

DATED: February 10, 2025

_____
Honorable Beth Labson Freeman
United States District Judge