MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge: Beth Labson Freeman |

Case 5:13-cv-02354-BLF     Document 960     Filed 04/14/25     Page 2 of 3

1       **V.C.G.** was incarcerated at the Monterey County Jail and died on March 30, 2025. Pursuant to the Court's November 1, 2017 Order, Dkt. No. 619, the parties hereby jointly file this stipulation requesting that the Court order the County of Monterey (the "County") to produce to Plaintiffs' Counsel, Counsel for CFMG, and Counsel for the County all onsite and electronic records held by Natividad Medical Center relating to medical and mental health services provided to **V.C.G**. The County shall produce the requested records within three days of this stipulated order. The parties agree that this individual was a class member in this action, and that the individual's records are appropriately to be produced, subject to the Protective Order entered in this case, Dkt. No. 401.

DATED: April 10, 2025        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Caroline E. Jackson*
    Caroline E. Jackson

Attorneys for Plaintiffs


DATED: April 10, 2025        Respectfully submitted,

COUNTY COUNSEL, COUNTY OF MONTEREY

By: */s/ Anne K. Brereton*
    Anne K. Brereton
    Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

/ / /

/ / /

[4679512.1]

1      Case No. 5:13-cv-02354-BLF

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  April 10, 2025                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Caroline E. Jackson*
     Caroline E. Jackson

Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **V.C.G.** to Plaintiffs' Counsel, Counsel for California Forensic Medical Group, and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED.**

DATED:  April 14, 2025                    _____
     Honorable Beth Labson Freeman
     United States District Judge