MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Judge: Beth Labson Freeman |

# JOINT STATUS REPORT

The parties offer this joint status report to update the Court on recent developments in this case, and respectfully request that the Court adopt the parties' agreements as set forth below.

On August 18, 2015, Defendants California Forensic Medical Group, Inc., ("CFMG," a.k.a. "Wellpath"), the County of Monterey, the Monterey County Sheriff's Office ("the County") and Plaintiffs—the class of all persons held at the Monterey County Jail ("Jail"), and a subclass of persons with disabilities (collectively, "the parties")—entered into, and the Court approved, a Settlement Agreement to improve the provision of medical, mental health, and dental care, safety and security, and disability access at the Jail. *See* Dkt. 494, Ex. A.[1] Pursuant to the Settlement Agreement, the Court would retain jurisdiction to enforce the terms of this Settlement Agreement for a period of five years and Plaintiffs could move the Court for an extension of the Court's jurisdiction for a longer period. *See* Dkt. No. 494 ¶ 46.

Pursuant to the parties' stipulation, on May 29, 2020, the Court extended its jurisdiction over this litigation and over all parties to enforce and administer the Settlement Agreement and Implementation Plans through August 31, 2022. *See* Dkt. 671 at 6. Pursuant to another stipulation by the parties, on June 3, 2022, the Court extended its jurisdiction for a two-year period, through August 31, 2024, for safety and security and ADA-architectural monitoring, and for a three-year period, through August 31, 2025, for mental health, medical, dental, and ADA-programmatic monitoring. *See* Dkt. No. 751 at 7. Pursuant to another stipulation by the County and Plaintiffs, on June 26, 2024, the Court extended its jurisdiction for a one-year period, through August 31, 2025, for safety and security and ADA-architectural monitoring. *See* Dkt. No. 888 at 3.

The parties have continued to discuss their disputes regarding all aspects of the

---

[1] All references to page numbers in documents filed in the Court's Electronic Case Filing (ECF system) are to the page number assigned by the ECF system and located in the upper right hand corner of the page.

case. On April 22, 2025, the Monterey County Board of Supervisors approved an extension of monitoring for a two-year period, through August 31, 2027, for mental health, medical, dental, ADA-architectural and ADA-programmatic monitoring; and for an eighteen-month period, through February 28, 2027, for safety and security monitoring.

The parties now stipulate and agree to the following:

1. The parties agree to and hereby request that the Court extend the terms of the Settlement Agreement and Implementation Plans, as well as its jurisdiction over this litigation and over the parties to enforce and administer the Settlement Agreement and Implementation Plans through August 31, 2027, for mental health, medical, dental, ADA-architectural and ADA-programmatic monitoring; and through February 28, 2027, for safety and security monitoring.

2. By this agreement, the parties agree that Defendants do not waive their right to seek termination, and Plaintiffs do not waive their right to enforce the Settlement Agreement and Implementation Plans.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 30, 2025         ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Caroline E. Jackson
    Caroline E. Jackson

Attorneys for Plaintiffs

DATED: April 30, 2025         COUNTY COUNSEL,
                              COUNTY OF MONTEREY

By: /s/ Ellen S. Lyons
    Ellen S. Lyons
    Deputy County Counsel

Attorneys for Defendants County of Monterey and Monterey County Sheriff's Office

| | |
|---|---|
| DATED:  April 30, 2025 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/ Allison J. Becker* |
| | Allison J. Becker |
| | Attorneys for Defendant |
| | CALIFORNIA FORENSIC MEDICAL GROUP, INC. |

Pursuant to General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

| | |
|---|---|
| DATED:  April 30, 2025 | */s/ Caroline E. Jackson* |
| | Caroline E. Jackson |

**[PROPOSED] ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby accepts parties' stipulation.  THE COURT ORDERS THAT:

The terms of the Settlement Agreement and Implementation Plans, as well as the Court's jurisdiction over this litigation and over the parties to enforce and administer the Settlement Agreement and Implementation Plans are extended through August 31, 2027, for mental health, medical, dental, ADA-architectural and ADA-programmatic monitoring; and through February 28, 2027, for safety and security monitoring.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Beth Labson Freeman
United States District Judge