1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  VAN SWEARINGEN – 259809
   CAROLINE E. JACKSON – 329980
3  MAYA E. CAMPBELL – 345180
   ROSEN BIEN
4  GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
5  San Francisco, California  94105-1738
   Telephone:   (415) 433-6830
6  Facsimile:   (415) 433-7104
   Email:       mbien@rbgg.com
7               egalvan@rbgg.com
                vswearingen@rbgg.com
8               cjackson@rbgg.com
                mcampbell@rbgg.com
9
   CORENE KENDRICK – 226642
10 KYLE VIRGIEN – 278747
   ACLU NATIONAL PRISON PROJECT
11 425 California St., Ste. 700
   San Francisco, CA 94104
12 Telephone:   (202) 393-4930
   Facsimile:   (202) 393-4931
13 Email:       ckendrick@aclu.org
                kvirgien@aclu.org
14

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493
Facsimile:   (415) 255-8437
Email:       afrey@aclunc.org

Attorneys for Plaintiffs

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18  JESSE HERNANDEZ et al., on behalf of       Case No. 5:13-cv-02354-BLF
    themselves and all others similarly situated,
19                                             **JOINT STATUS REPORT AND
                   Plaintiffs,                 [~~PROPOSED~~] ORDER**
20
           v.                                  Judge:  Beth Labson Freeman
21
    COUNTY OF MONTEREY; MONTEREY
22  COUNTY SHERIFF'S OFFICE;
    CALIFORNIA FORENSIC MEDICAL
23  GROUP, INCORPORATED., a California
    corporation; and DOES 1 to 20, inclusive,
24
                   Defendants.
25

26

27

28

**JOINT STATUS REPORT**

The parties offer this joint status report to update the Court on recent developments in this case, and respectfully request that the Court adopt the parties' agreements as set forth below.

On August 18, 2015, Defendants California Forensic Medical Group, Inc., ("CFMG," a.k.a. "Wellpath"), the County of Monterey, the Monterey County Sheriff's Office ("the County") and Plaintiffs—the class of all persons held at the Monterey County Jail ("Jail"), and a subclass of persons with disabilities (collectively, "the parties")— entered into, and the Court approved, a Settlement Agreement to improve the provision of medical, mental health, and dental care, safety and security, and disability access at the Jail. *See* Dkt. 494, Ex. A.[1]  Pursuant to the Settlement Agreement, the Court would retain jurisdiction to enforce the terms of this Settlement Agreement for a period of five years and Plaintiffs could move the Court for an extension of the Court's jurisdiction for a longer period.  *See* Dkt. No. 494 ¶ 46.

Pursuant to the parties' stipulation, on May 29, 2020, the Court extended its jurisdiction over this litigation and over all parties to enforce and administer the Settlement Agreement and Implementation Plans through August 31, 2022.  *See* Dkt. 671 at 6. Pursuant to another stipulation by the parties, on June 3, 2022, the Court extended its jurisdiction for a two-year period, through August 31, 2024, for safety and security and ADA-architectural monitoring, and for a three-year period, through August 31, 2025, for mental health, medical, dental, and ADA-programmatic monitoring.  *See* Dkt. No. 751 at 7.  Pursuant to another stipulation by the County and Plaintiffs, on June 26, 2024, the Court extended its jurisdiction for a one-year period, through August 31, 2025, for safety and security and ADA-architectural monitoring.  *See* Dkt. No. 888 at 3.

The parties have continued to discuss their disputes regarding all aspects of the

---

[1] All references to page numbers in documents filed in the Court's Electronic Case Filing (ECF system) are to the page number assigned by the ECF system and located in the upper right hand corner of the page.

1  case.  On April 22, 2025, the Monterey County Board of Supervisors approved an

2  extension of monitoring for a two-year period, through August 31, 2027, for mental health,

3  medical, dental, ADA-architectural and ADA-programmatic monitoring; and for an

4  eighteen-month period, through February 28, 2027, for safety and security monitoring.

5      The parties now stipulate and agree to the following:

6      1.    The parties agree to and hereby request that the Court extend the terms of the

7  Settlement Agreement and Implementation Plans, as well as its jurisdiction over this

8  litigation and over the parties to enforce and administer the Settlement Agreement and

9  Implementation Plans through August 31, 2027, for mental health, medical, dental, ADA-

10  architectural and ADA-programmatic monitoring; and through February 28, 2027, for

11  safety and security monitoring.

12      2.    By this agreement, the parties agree that Defendants do not waive their right

13  to seek termination, and Plaintiffs do not waive their right to enforce the Settlement

14  Agreement and Implementation Plans.

15      IT IS SO STIPULATED.

16                                      Respectfully submitted,

17  DATED:  April 30, 2025              ROSEN BIEN GALVAN & GRUNFELD LLP

18                                      By:  /s/ Caroline E. Jackson

19                                           Caroline E. Jackson

20                                      Attorneys for Plaintiffs

21

22  DATED:  April 30, 2025              COUNTY COUNSEL,
                                        COUNTY OF MONTEREY
23

24                                      By:  /s/ Ellen S. Lyons

25                                           Ellen S. Lyons
                                             Deputy County Counsel
26
                                        Attorneys for Defendants County of Monterey and
27                                      Monterey County Sheriff's Office

28

1  DATED:  April 30, 2025                    GORDON REES SCULLY MANSUKHANI, LLP

2                                            By:  */s/ Allison J. Becker*

3                                                 Allison J. Becker

4                                            Attorneys for Defendant
                                             CALIFORNIA FORENSIC MEDICAL GROUP,
5                                            INC.

6

7          Pursuant to General Order 45(X)(B), I hereby attest that I have on file approvals for

8  any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

9

10 DATED:  April 30, 2025                    */s/ Caroline E. Jackson*

11                                           Caroline E. Jackson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby accepts parties' stipulation.  THE COURT ORDERS THAT:

The terms of the Settlement Agreement and Implementation Plans, as well as the Court's jurisdiction over this litigation and over the parties to enforce and administer the Settlement Agreement and Implementation Plans are extended through August 31, 2027, for mental health, medical, dental, ADA-architectural and ADA-programmatic monitoring; and through February 28, 2027, for safety and security monitoring.

IT IS SO ORDERED.

DATED: ____April 30____, 2025

_____
Honorable Beth Labson Freeman
United States District Judge