SUSAN K. BLITCH, SBN 187761
County Counsel
ELLEN S. LYONS, SBN 136011
Deputy County Counsel
TUCKER WISDON-STACK, SBN 300927
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: lyonse@countyofmonterey.gov
wisdom-stacktn@countyofmonterey.gov

Attorneys for Defendants COUNTY OF MONTEREY
and MONTEREY COUNTY SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354 BLF<br><br>**DECLARATION OF ELLEN S. LYONS IN SUPPORT OF DEFENDANT COUNTY OF MONTEREY'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND IMPLEMENTATION PLANS**<br><br>Date: July 24, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1<br><br>Judge: Hon. Beth Labson Freeman |

I, Ellen S. Lyons, do hereby declare and affirm as follows:

1.      The matters within this declaration are based upon my own personal knowledge and I can competently testify to these matters if I were called upon to do so.

2.      I am a Deputy County Counsel for the County of Monterey and am admitted to practice before the United States District Court, Northern District of California and the Ninth

1

1  Circuit of Appeals.  I am one of the attorneys of record in the above-captioned action for

2  Defendants County of Monterey and Monterey County Sheriff's Office.

3      3.    I make this declaration in support of County of Monterey's Opposition to

4  Plaintiffs' Motion to Enforce the Settlement Agreement and Implementations Plans.

5      4.    On August 10, 2023, Plaintiffs moved to enforce the Settlement Agreement and

6  hold California Forensic Medical Group ("CFMG") in contempt of Court based on CFMG's

7  failure to comply with the Settlement Agreement and CFMG's implementation plan.

8      5.    The motion was not brought against the County, and the County did not oppose

9  Plaintiffs' motion or actively participate in the contempt proceedings, which the Court explicitly

10  recognized in open court in considering oral argument.

11      6.    Attached hereto as Exhibit A is a true and correct excerpt from the transcript of

12  the August 24, 2023 hearing.

13      7.    The County's participation was limited to the issue of filing the neutral monitors'

14  reports on the public docket. Doc. 782.

15      8.    On September 26, 2023, the Court found CFMG in contempt and ordered

16  coercive civil sanctions. The Court granted CFMG six months to purge the contempt by coming

17  into substantial compliance with the requirements set forth in Plaintiffs' motion to enforce

18  against CFMG.

19      9.    Thereafter, over the course of the next 13 months, CFMG filed a show cause

20  response to the Court's contempt order, and Plaintiffs and CFMG conducted discovery including

21  written interrogatories, requests for documents, and depositions of experts retained by CFMG to

22  evaluate CFMG's compliance with the requirements set forth in the Court's Order.

23      10.    The discovery was focused on CFMG's show cause response to the Court's

24  contempt order.

25      11.    On October 29, 2024, Plaintiffs and CFMG entered into a Stipulation regarding

26  the contempt sanctions awarded against CFMG and the Court signed the Order the same day.

27      I declare under penalty of perjury under the laws of the State of California and the United

28

2

1    States that the foregoing is true and correct.  Executed this 22nd day of May, 2025, at Salinas,

2    California.

3                                                    /s/ *Ellen S. Lyons*

4                                                    ELLEN S. LYONS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    3

# Exhibit A

1

2                 IN THE UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                         SAN JOSE DIVISION

5

   HERNANDEZ, ET AL,               )   CV-13-2354-BLF
6                                   )
                    PLAINTIFFS,     )   SAN JOSE, CALIFORNIA
7                                   )
              VS.                   )   AUGUST 24, 2023
8                                   )
   COUNTY OF MONTEREY, ET AL,       )   PAGES 1-50
9                                   )
                    DEFENDANTS.     )
10                                  )
   _____)
11
                     TRANSCRIPT OF PROCEEDINGS
12          BEFORE THE HONORABLE BETH LABSON FREEMAN
                 UNITED STATES DISTRICT JUDGE
13

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:     **BY:  CARA ELIZABETH TRAPANI**
                                   **R. VAN SWEARINGEN**
16                          ROSEN BIEN GALVAN GRUNFELD LLP
                            101 MISSION STREET, 6TH FLOOR
17                          SAN FRANCISCO, CA 94105

18   FOR THE DEFENDANT:     **BY:  PETER G. BERTLING**
                            BERTLING LAW GROUP
19                          21 EAST CANON PERDIDO STREET
                            SUITE 204B
20                          SANTA BARBARA, CA 93101

21
                  APPEARANCES CONTINUED ON THE NEXT PAGE
22

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER

1    <u>APPEARANCES CONTINUED:</u>

2    FOR THE DEFENDANT:      **BY:  SUSAN K. BLITCH**
     COUNTY OF MONTEREY      OFFICE OF THE COUNTY COUNSEL,
3                            COUNTY OF MONTEREY
                             168 WEST ALISAL STREET, THIRD FLOOR
4                            SALINAS, CA 93901

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          SO MS. TRAPANI, DO YOU HAVE ANY OBJECTION TO THAT

2     SCHEDULE?

3               MS. TRAPANI:  NO, YOUR HONOR.

4               THE COURT:  ALL RIGHT.

5           MR. BERTLING, ANY OBJECTION?

6               MR. BERTLING:  NO.  I THINK IT'S REASONABLE,

7     YOUR HONOR.

8               THE COURT:  ALL RIGHT.

9           THEN I THINK THAT'S WHERE WE ARE.  YOU CAN EXPECT MY ORDER

10    SOON, BUT YOU UNDERSTAND WHERE WE WILL BE HEADED.

11          MS. BLITCH, YOU HAVE BEEN HERE, THE MOTION WAS NOT BROUGHT

12    AGAINST THE COUNTY, BUT ULTIMATELY THIS IS A CONVERSATION THAT

13    YOUR BOARD OF SUPERVISORS NEEDS TO BE ON THE GROUND AND

14    INVOLVED IN, AND I HOPE THAT THAT'S THE CASE.

15               MS. BLITCH:  YES.  CERTAINLY, YOUR HONOR.

16    AND EVEN BEFORE THIS, THEY WERE MADE AWARE OF THIS MOTION.

17               THE COURT:  GOOD.  ALL RIGHT.

18          ALL RIGHT.  I THINK THAT'S EVERYTHING FOR TODAY.

19               MR. BERTLING:  THANK YOU FOR YOUR TIME, YOUR HONOR.

20               MS. TRAPANI:  THANK YOU, YOUR HONOR.

21               THE COURT:  ALL RIGHT.

22               MS. BLITCH:  THANK YOU, YOUR HONOR.

23          (THE PROCEEDINGS WERE CONCLUDED AT 11:08 A.M.)

24

25

1

2

3

4                          **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM

15   THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED

16   MATTER.

17

18

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 8/28/23