1  LINDSEY M. ROMANO  (SBN: 337600)
   lromano@grsm.com
2  ALLISON J. BECKER (PRO HAC VICE)
   abecker@grsm.com
3  ELIZABETH B. MCGOWAN (PRO HAC VICE)
   emcgowan@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, CA 94111
   Telephone:  (415) 875-4126
6  Facsimile:  (415) 986-8054

7  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP, INC.
8

                    UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  JESSE HERNANDEZ et al., on behalf of    )  CASE NO.  5:13-cv-02354-BLF
    themselves and all others similarly situated,  )
                                            )
12                    Plaintiffs,           )  **NOTICE OF UNAVAILABILITY OF**
                                            )  **WELLPATH DEFENDANTS'**
13          vs.                             )  **COUNSEL ALLISON J. BECKER**
                                            )
14  COUNTY OF MONTEREY; MONTEREY            )
    COUNTY SHERIFF'S OFFICE;                )
15  CALIFORNIA FORENSIC MEDICAL             )
    GROUP, INCORPORATED, a California       )
16  corporation, and DOES 1-20             )
                                            )
17                    Defendants.           )
                                            )
18

19        **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF**

20  **RECORD HEREIN:** PLEASE TAKE NOTICE that Wellpath Defendants' Counsel, Allison J.

21  Becker, will be out of the state and unavailable for any purpose from **September 28, 2025,**

22  through **October 11, 2025**. *See, Tenderloin Housing Clinic v. Sparks,* 8 Cal. App.4th 299 (1992).

23

24  Dated: May, 28, 2025.                   GORDON REES SCULLY MANSUKHANI,
                                            LLP

25                                          By:   */s/ Allison J. Becker*
26                                                Lindsey M. Romano
                                                  Allison J. Becker (pro hac vice)
27                                                Elizabeth M. McGowan (pro hac
                                                  vice)
28                                                Attorneys for Wellpath
                                                  Defendants

                              -1-
NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER

*(left margin)* Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**<u>CERTIFICATE OF SERVICE</u>**

*JESSE HERNANDEZ; et al. vs. County of Monterey, et al.*

USDC Northern District of California Case No.:  5:13-cv-02354-BLF

    I, Todd S. Yoho, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: May 28, 2025                  By: */s/Todd S. Yoho*

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER