MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT**<br><br>Judge: Hon. Beth Labson Freeman |

1  Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to
2  Enforce Settlement Agreement, Dkt. 838 at 27, the parties hereby respectfully submit the
3  12th neutral monitor dental report prepared by Dr. Viviane Winthrop (received by the
4  parties on May 26, 2025 and amended on June 4, 2025) (**Exhibit A**).  Exhibits included
5  with this report are filed as **Exhibits B-D**.
6  In accordance with the filing of previous neutral monitor reports subject to this
7  Court's prior orders, Dkts. 802, 819 & 867, the following information has been redacted:
8      1. Incarcerated persons' names, dates of birth, and booking numbers
9         (initials are used to identify deceased class members); and
10     2. The names of health care staff employed by CFMG/Wellpath, who are
11        directly involved in providing or supervising patient care at the Jail.

13  DATED: June 9, 2025      Respectfully submitted,

14       ROSEN BIEN GALVAN & GRUNFELD LLP

16       By: */s/ Ben Hattem*
17          Ben Hattem

18       Attorneys for Plaintiffs

20  DATED: June 9, 2025      GORDON REES SCULLY MANSUKHANI

22       By: */s/ Allison J. Becker*
23          Allison J. Becker

24       Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC.

| | | |
|---|---|---|
| DATED: June 9, 2025 | COUNTY COUNSEL, COUNTY OF MONTEREY | |
| | By: | */s/ Ellen S. Lyons* |
| | | Ellen S. Lyons |
| | | Deputy County Counsel |

Attorneys for Defendants COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE