

**Winthrop Dental Consulting, LLC**
Viviane G. Winthrop, DDS, CEO
Dental Neutral Court Monitor

## Dental Audit Tour

## Monterey County Jail (MCJ) and Wellpath

On Site Audit Review: October 23-24, 2024

<u>FINAL</u> Dental Report #12

---

**See the Attachments below which are an Integral part of this <u>Final Report</u> #12:**

1. Dental Audit Tool Excel Spreadsheet contains the following:
   a. Dental Audit Tool Results
   b. Summary
   c. Dental Schedule
   d. Statistics
   e. Database
   f. Findings - Sources, Monitor Findings, Recommendations and Methodology
2. Dental Corrective Action Plan (CAP)
3. Dental Class Case Reviews (CCR)
4. Court-Designated Dental Monitoring Provisions – within the Final Dental Report #12

---

Jesse Hernandez et al

v.

County of Monterey,
Monterey County Sheriff's Office,
California Forensic Medical Group, Incorporated.
(Now Wellpath)

Case No. 5:13-cv-02354-PSG



## Table of Contents

**Introduction** ...................................................................................................................6

    **Objective and Purpose for Dental Tour #12 – October 23-24, 2024** ........................6

    **Site Overview** ..............................................................................................................6

    **In Attendance for Dental Tour #12** ...........................................................................7

    **Previous Reports and the Current Attachments** ......................................................7

**How to Understand and Navigate the Attached Dental Audit Tool - See Appendix I** .............8

**Logistics for MCJ/Wellpath Dental Department - See Appendix II** ....................................8

    **Chart and Statistics Span of Review** .........................................................................9

    **Enhanced Monitoring Sessions** ................................................................................9

    **Next Planned Upcoming Dental Audit Tour #13** .......................................................9

**Summary Results - Dental Audit Tour #12** ...................................................................11

**Category Results** ..........................................................................................................12

**Executive Summary** .....................................................................................................13

    **Highlights of the Dental Audit Tour #12** .................................................................13

    **Action Items for Dr. ▓▓▓▓ to Complete Due March 14th, 2025** .............................17

    **Monthly Production Reports – Requested and Still Not Receiving** ...........................19

    **Statistical Review of MCJ's Dental Clinical Program** ...............................................19

    **"If you can't measure it, you can't improve it."** .....................................................22

    **The Dental Standard of Care, Informed Consents and Informed Refusals** ..............24

    **Continuous Quality Improvement (CQI)** .................................................................26

    **Methodology for the Chart Audits within the Dental Audit Tool** ............................29

        **Systems and Chart Audit Questions** ...................................................................29

        **Methodology for Chart Pulls for the Chart Audit Reviews** ...................................30

        **Scoring Criteria** ................................................................................................30

        **Wellpath Randomized Samples** .........................................................................31

        **Statistics Methodology** ....................................................................................31

        **Dental Class Case Reviews Methodology** ..........................................................32

**Deficiencies & Recommendations** ................................................................................33

    **Access to Dental Care: Sections A.1 through A.20** ...................................................34

        **A.1**    **Certified Language Interpreter/Translator Services – 26.8% - NC** ...............34

        **A.2**    **Oral Hygiene Supplies – 83.3% - PC** ................................................................35

        **A.3**    **Oral Hygiene Instruction/Education – 75.0% - PC** ...........................................37

**A.4** **Inmate Handbook – 92.9% - SC** ...................................................................................38

**A.5** **Intake Form – 76.0% - PC** ...........................................................................................39

**A.6** **Intake - Urgent/Emergent Dental Level 1 – 57.1% - NC** .............................................43

**A.7** **Intake - Routine Dental Level 2 – 68.5% - NC** ...........................................................44

**A.8** **14-Day Exam / Health Appraisal Form – 26.7% - NC** ..................................................45

**A.9** **Health Assessment / 14-Day Exam - Urgent/Emergent Dental Level 1 – 37.5% - NC** .........49

**A.10** **Health Assessment / 14-Day Exam - Routine Dental Level 2 – 20.8% - NC** ....................50

**A.11** **Dental Sick Call Requests – 28.1% - NC** .....................................................................50

**A.12** **Dental Sick Call - Urgent/Emergent DL1 – 50.0% - NC** ................................................53

**A.13** **Dental Sick Call - Routine DL2 – 63.6% - NC** .............................................................55

**A.14** **Physician on Call (POC) – 76.9% PC** ...........................................................................57

**A.15** **Referred to Outside Specialist/Specialty Care – 78.6% - PC** ......................................58

**A.16** **Chronic Care – 6.9% - NC** ............................................................................................62

**A.17** **Comprehensive Dental Examination – 27.3% - NC** .....................................................65

**A.18** **Periodontal Disease Program – 22.7% - NC** ...............................................................66

**A.19** **Refusals and Refusal Form – 60.0% - NC** ...................................................................71

**A.20** **Grievances – 45.5% - NC** .............................................................................................75

**Timeliness of Dental Care: Sections B.1 through B.9** ................................................................76

**B.1** **Dental Level Priority 1 - Urgent/Emergent – 63.9% - NC** ............................................76

**B.1A** **Dental Level Priority 2 – Routine – 73.8% - NC** ..........................................................77

**B.2** **Dental Priority Code (DPC) - Priority 1 thru 5 – ~~61.1%   NC~~ – 72.2% - NC**...........................78

**B.3** **Chronic Care – NA - (No patients referred)** ...............................................................79

**B.4** **Comprehensive Dental Care – 72.7% - NC**..................................................................80

**B.5** **Periodontal Disease Program – 37.5% - NC** ...............................................................82

**B.6** **Refusals – 90.0% - SC** .................................................................................................85

**B.7** **Reschedules – 90.9% - SC** ...........................................................................................86

**B.8** **Cancelled by Staff – 75.0% - PC** ..................................................................................86

**B.9** **Custody – 100% - SC** ...................................................................................................87

**Quality of Dental Care: Sections C.1 through C.13** ...................................................................89

**Informed Consent** ..................................................................................................................89

**Radiograph Interpretation** .....................................................................................................91

**C.1** **Dental Triage from a Dental Sick Call Request – 75.0% - PC** ......................................93

**C.2** **Comprehensive Dental Care - Examination & Treatment Plan – 65.7% - NC**...................95

C.3    Chronic Care – HIV – NA – No patients referred ...........................................................100

C.4    Chronic Care – Seizures – NA – No patients referred .......................................................100

C.5    Chronic Care – Diabetes – NA – No patients referred .......................................................100

C.6    Chronic Care – Pregnancy – 66.7% - NC ........................................................................101

C.7    Chronic Care – SMI – NA – No patients referred .............................................................101

C.8    Periodontal Treatment - DF ........................................................................................102

C.9    Restorative and Palliative Care – 70.8% - NC .................................................................102

C.10    Extractions / Oral Surgery – 92.9% - SC – Override - PC ...............................................105

C.11    Endodontics (Root Canal Treatment) – 87.5% - SC ......................................................107

C.12    Prosthodontics (Dentures) - NA..................................................................................108

C.13    Progress Notes (SOAPE) – 50.0% - NC ........................................................................109

**Infection Control and Regulatory Compliance: Sections D.1 through D.85 – 92.0% - SC** ....110

**Dental Management and Self-Governance: Sections E.1 through E.17** ...............................115

E.1    Chief Dental Officer, Corporate and Local Management – 66.7% - NC ...............................116

E.2    Dashboard & Documented Qualitative Self Review Process – 50.0% - NC .......................117

E.3    Electronic Dental Record System (EDRS) – 50.0% - NC ...................................................118

E.4    Digital X-Rays – 100.0% - SC .......................................................................................120

E.5    Panoramic X-Ray Unit – 66.7% - NC ............................................................................121

E.6    Equipment and Supplies – 100.0% - SC ........................................................................122

E.7    Nurse Training by DON, HSA and Dentist – 50.0% - NC ...................................................123

E.8    Staffing and Staffing Analysis – Clinical and Administrative – 50.0% - NC........................126

E.9    Illness and Injury Prevention Plan (IIPP) – 62.5% - NC....................................................128

E.10    Policies and Procedures, Including Dental, Corporate and Local – 50.0% - NC.............130

E.11    Licenses, Credentialing, CURES & Job Performance – 100.0% - SC................................131

E.12    OSHA Review and Infection Control Training – 100.0% - SC..........................................131

E.13    Hepatitis B Vaccination Record – 50.0% - NC...............................................................132

E.14    Pharmacy & Medication Management – 87.5% - SC.......................................................132

E.15    Peer Review and Monthly Supervisory Audit Reports – 50.0% - NC ..............................133

E.16    Monthly Dental Subcommittee Meeting – 50.0% - NC...................................................134

E.17    Quality Assurance (QA) – 50.0% - NC ..........................................................................135

**Dental Class Case Reviews (CCR): 12** ..............................................................................136

**Court-Designated Dental Monitoring Provisions**..............................................................137

**Priorities and Phasing** ..................................................................................................164

**Post-Implementation Monitoring, Self-Monitoring and Self-Governance** .............................167

**Risk Elimination / Corrective Action Plan (CAP)** .......................................................................168

**Closing Statement** .............................................................................................................................171

**Appendix I – How to Understand and Navigate the Dental Audit Tool** ...................................173

**Appendix II – Logistics for MCJ/Wellpath Dental Department** .................................................175

**Appendix III – Email from Van Swearingen** .................................................................................178

**Appendix IV – Email from Allison Becker** ....................................................................................180

**Appendix V – Statistical Evaluation of Methodology and Scoring** ...........................................181

## Introduction

### Objective and Purpose for Dental Tour #12 – October 23-24, 2024

The purpose and objectives remain the same as identified in the previous report(s). Therefore, I restate here:

- Self-Governance is to be established and documented through Monterey County Jail's (MCJ's) monthly Dental Subcommittee and Quality Assurance (QA) meetings, minutes and attachments.

- Develop and utilize Policies and Procedures (P&P), Local Operating Protocols (LOPs), Continuous Quality Indicators (CQIs) to establish repeatable systems of care, data transparency through statistics, continuous feedback and training, to assist MCJ in maintaining and improving all aspects of their dental care delivery to the incarcerated persons at MCJ.

*Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have **(a)** implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and **(b)** that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance.* (Settlement Agreement ¶ 10)

*Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Implementation Plan. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.* (Wellpath IP, Exhibit A, p. 8)

### Site Overview

This audit was conducted in person at MCJ. The audit was performed with "read only access" to CorEMR. The assessment for quality of dental care is made primarily through:

1. Chart reviews, tasks, reports from CorEMR, Wellpath and MCJ provided data,
2. Access to the incarcerated person requests for dental care services and grievances was denied and no access was granted to this Monitor for ViaPath (formerly Intelmate) or ERMA.
3. Clinical and management data was provided by the Operations Specialist, Implementation Specialist and the Chief Dental Officer (CDO).
4. Custody participated fully in the audit tour and provided data and statistics as requested.
5. The Clinical Dental Facility, located in the newer portion of the jail was reviewed and evaluated – See Section D for Infection Control and Regulatory Compliance.

No incarcerated persons were clinically examined by me or my colleague during any part of Dental Audit Tour #12. Three (3) incarcerated persons were questioned in the presence of Dr. ███ Chief Dental Officer (CDO) on their ability to request and receive dental care at Monterey County Jail. See the Executive Summary for additional information.

## In Attendance for Dental Tour #12

The main onsite and corporate dental staff graciously, enthusiastically and professionally participated in the two day Dental Tour:

- Dr. ███ and Dental Assistant ███ on Wednesday October 23rd.
- Dr. ███ and Registered Dental Assistant ███ ███ on Thursday October 24th.
- Dr. ███ Chief Dental Officer (CDO).
- ███ Operations Specialist for Dental.
- Thank you to the countless others who also participated in the Dental Audit Tour.

The following attended the exit interview, either in person or by Zoom on October 24th, 2024:

**Wellpath:** Dr. ███ Chief Dental Officer (CDO); Dr. ███ Dentist; ███ Dental Assistant; ███ ███ Director of Nursing; ███ Operations Specialist; ███ Implementation Specialist; Hector Ruiz, RDO; Tinishia Branch, Director of Partner Risk Strategies; ███, Regional VP Local Government.

**MCJ:** Captain Rebecca Smith, Monterey County Sheriff's Office Jail Operations Division; Chief Garrett Sanders, Chief Deputy Monterey County Sheriff's Office Corrections Operations Bureau.

**Counsel for the Plaintiffs:** Caroline Jackson, Senior Counsel, RBGG; Maya Campbell, Associate Counsel, RBGG.

**Counsel for the Defendants:** Katherine TeBrock, Vice President Associate General Counsel Regulatory Compliance; Allison J. Becker, Managing Partner – North Carolina GRSM50; and Elizabeth B. McGowan, Associate Counsel GRSM50.

**Counsel for Defendant County of Monterey and Monterey County Sheriff's Office:** Ellen S. Lyons, Deputy County Counsel.[1]

**Monitor:** Dr. Viviane G. Winthrop, Dental Neutral Court Monitor. Accompanied by Dr. Harjeet Dhillon, assistant and monitor in training, previous Chief at the Bureau of Prisons and current Dentist and Acting Supervising Dentist with the California Correctional Health Care Services (CCHCS) of the California Department of Corrections and Rehabilitation (CDCR).

## Previous Reports and the Current Attachments

Please refer to this and all prior dental audit reports for any and all additional information. The attached three Excel documents: Dental Audit Tool, Dental Class Case Reviews and the Dental Corrective Action Plan (CAP) are a fundamental and central part of this report and are to be reviewed in conjunction with this Dental Audit Tour Final Report #12. In particular the tab

---

[1] County Response to Dr. Winthrop, Draft Report #12_04-18-25, p.2

labeled Dental Audit Tool Results has the Source, Monitor Findings, Monitor Recommendations and Methodology attached to each section and outcome measure and can be reviewed as a whole. However, if you want to view these areas in greater detail, look in the Database tab and Findings tab to print or copy. If you want the password to get into the spreadsheet, please email me separately.

## How to Understand and Navigate the Attached Dental Audit Tool - See Appendix I

Please review and refer to **"How to Understand and Navigate the Dental Audit Tool"** in Appendix I. The Dental Audit Tool is an intrinsic component of this Final Report #12 which includes a review of the systems implemented at MCJ, an evaluation of the dental clinical facility as well as individual chart reviews.

The outcome measure categories are divided into six (6) sections, as seen in the Dental Audit Tool Results and Findings tab:
- Section A – Access to Care
- Section B – Timeliness of Care
- Section C – Quality of Care
- Section D – Infection Control and Regulatory Compliance
- Section E – Dental Management and Self-Governance – Section E
- Section F – Class Case Reviews – in a separate attachment

The data is disseminated into the Dental Audit Tool Results, identifying the system questions and individual chart audit questions, found in the Database tab of the Dental Audit Tool. The Summary tab contains the summarized grading from the Dental Audit Tool Results, and the Dental Schedule shows the daily patient activity, with the Statistics tab showing the statistics of MCJ's system of dental care as a whole.

## Logistics for MCJ/Wellpath Dental Department - See Appendix II
- **Priority Dental Level (DL) / Priority 1 and 2**
  - Is assigned by the Nurses (RN), Nurse Practitioners (NP), Physician Assistants (PA) and Physicians after screening the incarcerated person for a referral to the dental clinic.
  - DL Priority 1 – Urgent/Emergent condition - is scheduled for a Dental Sick Call for the next dental day.
  - DL Priority 2 – Routine condition - is scheduled for a Dental Sick Call within 14 calendar days.
- **Dental Priority Code (DPC) / Priority 1 through 5**
  - Is assigned by the Dentists(s) at the time of diagnosis and treatment planning.
  - Each line item of treatment receives a DPC to identify the condition (when that treatment needs to be done) and scheduled accordingly. [Wellpath IP, p. 100-103].
- **Statistical Parameters for the Assessment of Compliance**
  - Grading guide to compliance.

**Chart and Statistics Span of Review**

- The scope of review and the charts audited span April 1st, 2024, through September 30th, 2024. The review of charts and systems of care continue to be evaluated consecutively and chronologically as seen in this and all previous reports.

- Two charts are randomly selected for each month of the audit period, beginning April 1st through September 30th, 2024, therefore twelve charts for each clinical outcome measure category as seen in the Dental Audit Tool Results. Consequently, there are approximately 250 patient charts reviewed this audit period.[2]

- See the "Methodology for the Chart Audits within the Dental Audit Tool, section on "Systems and Chart Audit Questions" as well as "Chart Pulls for the Chart Audit Reviews" starting on page 28 for how the charts are picked for each month.[3] Also please review the attached Statistician Report also referenced in Appendix V.
    - The methodology outlined in each of the clinical outcome measure categories, is found within the Dental Audit Tool, in both the Dental Audit Tool Results tab Column U and Findings tab Column H.
    - **When provided for the specific Outcome Measures, the second (2nd) chart of each month is a Wellpath Randomized Sample chart.**

- The parameters outlined in the Implementation Plan, Settlement Agreement, Federal, State, County and OSHA guidelines, as well as in the statewide dental standard of care, are used to review and evaluate both the systems and the individual patient's dental care in the overall assessment of the dental program and dental care provided at MCJ.

**Enhanced Monitoring Sessions**

- Training, Mentoring, Shadowing, Guidance[4] did not occur *onsite or offsite* for this audit period. The proposed dates did not match the facilities and the Operations Specialists scheduling availability.

**Next Planned Upcoming Dental Audit Tour #13**

- As in the previous tours, I am requesting at a minimum the presence of Dr. ███ Chief Dental Officer (CDO) and ███ ███ Operations Specialist. If possible, having the H.S.A, DON and the Implementation Specialist there as well would be beneficial.

- The on-site dental audit tour is planned for March 26-27, 2025, Wednesday and Thursday respectively, to coincide with both the Monday through Wednesday dental team and the Thursday through Friday dental team.

---

[2] CFMG response to draft 12th dental report 041825, p.2, first paragraph
[3] CFMG response to draft 12th dental report 041825, p.2, second paragraph
[4] [Dkt 751] Joint Status Report and ORDER_ 6-3-2022_ 1187-8

- **The charts and statistics to be reviewed for the Dental Audit Tour #13 will be for a six (6) month span from October 1st, 2024, through March 31st, 2025.**

- Two (2) charts for each month, therefore, 12 charts for each clinical outcome measure, will be selected as mentioned in the methodology section of the Executive Summary.

- **When provided for the specific Outcome Measures, the second (2nd) chart of each month will be a Wellpath Randomized Sample chart.**

- Off-site Enhanced Monitoring sessions for Dental Audit Tour #13 began by a Zoom meeting on February 17th, 2025, with the CDO, Operations Specialist and Defendant's Counsel. Other dates to be determined after this initial meeting.

  - The first goal is to focus on the quality of care area, updating the content and format of the informed consent forms and other clinical forms necessary for efficient access, timeliness and quality of dental care at MCJ. Additionally, the process and workflows will be reviewed including the documentation and processes for self-governance of these systems, including reviewing the flowcharts and other clinical global P & P and onsite LOPs and training for consistent clinical dental care at MCJ.

  - I make myself available to review the methodology for each outcome measure category, so all are familiar with obtaining the statistics and doing their own chart pulls for their internal audits. It is paramount the dental staff be able to find and identify deficiencies themselves within the systems of care. This must be a clinic process and one where the problems and solutions are presented to the monthly Dental Subcommittee meeting and subsequently to the Quality Assurance (QA) meeting for continuous feedback and improvement.

- On-site Enhanced Monitoring at MCJ to occur in March 2025. *One week of onsite was requested for* Training, Mentoring, Shadowing, and Guidance[5] preferably when Ms. ▮▮▮▮ is available to be onsite and Dr. ▮▮▮ can join via Zoom. Dates for future Enhanced Monitoring days have been sent to MCJ and am waiting for the definitive dates to be agreed upon.

---

[5] [Dkt 751] Joint Status Report and ORDER_ 6-3-2022_ 1187-8

## Summary Results - Dental Audit Tour #12

| Category | Category Title | # Of Questions | % Compliance Report #11 | % Compliance Report #12 | SC, PC, NC, N/A |
|----------|----------------|----------------|-------------------------|-------------------------|-----------------|
| A | Access to Care | 20 questions - 20 questions evaluated | 55.8% | 50.0% | NC |
| B | Timeliness of Care | 10 questions - 8 questions evaluated | 47.4% | 67.4% | NC |
| C | Quality of Care | 13 questions - 13 questions evaluated | 73.0% | 77.0% | PC[6] |
| D | Infection Control/ Regulatory Compliance | 85 questions - 80 questions evaluated | 93.8% | 92.0% | SC |
| E | Dental Program Management / Self-Governance | 17 questions - 17 questions evaluated | 64.9% | 66.0% | NC |
| F | Class Case Reviews | 12 class case reviews - 11 evaluated | 50.5% | 47.6% | NC |
| | | **OVERALL TOTAL:** | 64.2% | 66.7% | NC |

- The Summary Results above and the Category Results below are both available to be visualized in the <u>Summary</u> **tab** of the attached **Dental Audit Tool**.

- The Class Case Reviews (CCRs) in Category F above are attached in a separate Excel spreadsheet and are graded separately. The Class Case Reviews account for 1/6[th] of the overall Summary results as seen above. Should the Class Case Reviews not be factored into the score, the overall grade would be 70.5% rather than 66.7%, which still is non-compliance overall.[7,8,9]

---

[6] CFMG response to draft 12th dental report 041825, p.2-3, 5
[7] CFMG response to draft 12th dental report 041825, p.2-3, 8
[8] CEJ-Winthrop Pls' Updated Response to Defs Comments to 12th Dental Rpt 4-25-2025 1187-8, p.3,4
[9] Defendants have requested the class case reviews not be included in the overall score as they feel it "is an unbalanced and biased review that only looks at negative outcomes." The Plaintiffs state, "The Class Case Reviews section is the only portion of the report that intentionally reviews the patients requested by Plaintiffs' counsel.

## Category Results

| Class | Category | Name | Percent Compliance | Substantial Compliance (Y / N) |
|-------|----------|------|--------------------|-------------------------------|
| A | A.1 | Access to Care Audit Tool Data - Certified Language Interpreter/Translator Services | 26.8% | N |
| A | A.2 | Access to Care Audit Tool Data - Oral Hygiene Supplies | 83.3% | N |
| A | A.3 | Access to Care Audit Tool Data - Oral Hygiene Instruction/Education | 75.0% | N |
| A | A.4 | Access to Care Audit Tool Data - Inmate Handbook | 92.9% | Y |
| A | A.5 | Access to Care Audit Tool Data - Intake Form | 76.0% | N |
| A | A.6 | Access to Care Audit Tool Data - Intake - Urgent/Emergent Dental Level 1 | 57.1% | N |
| A | A.7 | Access to Care Audit Tool Data - Intake - Routine Dental Level 2 | 68.5% | N |
| A | A.8 | Access to Care Audit Tool Data - 14-Day Exam (Health Appraisal) Form | 26.7% | N |
| A | A.9 | Access to Care Audit Tool Data - 14-Day Exam - Urgent/Emergent Dental Level 1 | 37.5% | N |
| A | A.10 | Access to Care Audit Tool Data - 14-Day Exam - Routine Dental Level 2 | 20.8% | N |
| A | A.11 | Access to Care Audit Tool Data - Dental Sick Call Requests | 28.1% | N |
| A | A.12 | Access to Care Audit Tool Data - Dental Sick Call - Urgent/Emergent DL1 | 50.0% | N |
| A | A.13 | Access to Care Audit Tool Data - Dental Sick Call - Routine DL2 | 63.6% | N |
| A | A.14 | Access to Care Audit Tool Data - Physician on Call (POC) | 76.9% | N |
| A | A.15 | Access to Care Audit Tool Data - Referred to Outside Specialist/Specialty Care | 78.6% | N |
| A | A.16 | Access to Care Audit Tool Data - Chronic Care | 6.9% | N |
| A | A.17 | Access to Care Audit Tool Data - Comprehensive Dental Examination | 27.3% | N |
| A | A.18 | Access to Care Audit Tool Data - Periodontal Disease Program | 22.7% | N |
| A | A.19 | Access to Care Audit Tool Data - Refusals and Refusal Form | 60.0% | N |
| A | A.20 | Access to Care Audit Tool Data - Grievances | 45.5% | N |
| B | B.1 | Timeliness of Care Audit Tool Data - Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe? | 63.9% | N |
| B | B.1A | Timeliness of Care Audit Tool Data - Dental Level Priority 2 - Routine - Seen Within Timeframe? | 73.8% | N |
| B | B.2 | Timeliness of Care Audit Tool Data - Dental Priority Code (DPC) - Priority 1 thru 5 | 72.2% | N |
| B | B.3 | Timeliness of Care Audit Tool Data - Chronic Care | NA | NA |
| B | B.4 | Timeliness of Care Audit Tool Data - Comprehensive Dental Care | 72.7% | N |
| B | B.5 | Timeliness of Care Audit Tool Data - Periodontal Disease Program | 37.5% | N |
| B | B.6 | Timeliness of Care Audit Tool Data - Refusals | 90.0% | Y |
| B | B.7 | Timeliness of Care Audit Tool Data - Reschedules | 90.9% | Y |
| B | B.8 | Timeliness of Care Audit Tool Data - Cancelled by Staff | 75.0% | N |
| B | B.9 | Timeliness of Care Audit Tool Data - Custody | 100.0% | Y |
| C | C.1 | Quality of Care Audit Tool Data - Dental Triage | 75.0% | N |
| C | C.2 | Quality of Care Audit Tool Data - Comprehensive Dental Care | 65.7% | N |
| C | C.3 | Quality of Care Audit Tool Data - Chronic Care - HIV | NA | NA |
| C | C.4 | Quality of Care Audit Tool Data - Chronic Care - Seizures | NA | NA |
| C | C.5 | Quality of Care Audit Tool Data - Chronic Care - Diabetes | NA | NA |
| C | C.6 | Quality of Care Audit Tool Data - Chronic Care - Pregnancy | 66.7% | N |
| C | C.7 | Quality of Care Audit Tool Data - Chronic Care - SMI | NA | NA |
| C | C.8 | Quality of Care Audit Tool Data - Periodontal Treatment | DF | DF |
| C | C.9 | Quality of Care Audit Tool Data - Restorative and Palliative Care | 70.8% | N |
| C | C.10 | Quality of Care Audit Tool Data - Extractions / Oral Surgery | 92.9% | Y |
| C | C.11 | Quality of Care Audit Tool Data - Endodontics (Root Canal Treatment) | 87.5% | Y |
| C | C.12 | Quality of Care Audit Tool Data - Prosthodontics | NA | NA |
| C | C.13 | Quality of Care Audit Tool Data - Progress Notes | 50.0% | N |
| D | D.1 | Clinic 1: Infection Control / Regulatory Compliance Audit Tool Data - Summary Table of Compliance - Facility | 92.0% | Y |
| E | E.1 | Dental Program Management Audit Tool Data - Chief Dental Officer, Corporate and Local Management | 66.7% | N |
| E | E.2 | Dental Program Management Audit Tool - Dashboard & Documented Qualitative Self Review Process | 50.0% | N |
| E | E.3 | Dental Program Management Audit Tool - Electronic Dental Record System (EDRS) | 50.0% | N |
| E | E.4 | Dental Program Management Audit Tool - Digital X-Rays | 100.0% | Y |
| E | E.5 | Dental Program Management Audit Tool - Panoramic X-Ray Unit | 66.7% | N |
| E | E.6 | Dental Program Management Audit Tool - Equipment and Supplies | 100.0% | Y |
| E | E.7 | Dental Program Management Audit Tool - Nurse Training by DON, HSA and Dentist | 50.0% | N |
| E | E.8 | Dental Program Management Audit Tool - Staffing and Staffing Analysis – Clinical and Administrative | 50.0% | N |
| E | E.9 | Dental Program Management Audit Tool - Staffing – Illness and Injury Prevention Plan (IIPP) | 62.5% | N |
| E | E.10 | Dental Program Management Audit Tool - Policies and Procedures, Including Dental, Corporate and Local | 50.0% | N |
| E | E.11 | Dental Program Management Audit Tool - Licenses, Credentialing, CURES & Job Performance | 100.0% | Y |
| E | E.12 | Dental Program Management Audit Tool - OSHA Review and Infection Control Training | 100.0% | Y |
| E | E.13 | Dental Program Management Audit Tool - Hepatitis B Vaccination Record | 50.0% | N |
| E | E.14 | Dental Program Management Audit Tool - Pharmacy & Medication Management | 87.5% | Y |
| E | E.15 | Dental Program Management Audit Tool - Peer Review | 50.0% | N |
| E | E.16 | Dental Program Management Audit Tool - Monthly Dental Subcommittee | 50.0% | N |
| E | E.17 | Dental Program Management Audit Tool - Quality Assurance (QA) | 50.0% | N |

## Executive Summary

There continues to be improvements and increased consistency in multiple areas of the delivery of dental care at the Monterey County Jail. Although MCJ's Dental Department was found to be in **Non-Compliance (NC) overall with a score of 66.7%,** compliance is up from 64.2%.

MCJ's Dental Clinic did continue to achieve Substantial Compliance (SC) with a score of 92.0%, down from 93.8%, this audit period in the area of Infection Control and Regulatory Compliance!

Congratulations to the dental team and supporting staff for this continuing achievement in Infection Control and Regulatory Compliance. Patient safety and the prevention of transmission of infectious diseases is paramount in a dental clinical setting!

*All dental services will be provided in a safe and sanitary environment. (Wellpath IP, p. 103)*

Please review the areas marked in pink in the Dental Audit Tool's Database tab for the section on Infection Control and Regulatory Compliance and continue to work and refine your LOPs for continued success within this category. Additionally, the most immediate action you must take is to rectify the Dosimetry area monitoring section as this increases your compliance monitoring for another full year from the date the new control and area monitoring badges are put into play, with their respective radiation reporting.

### Highlights of the Dental Audit Tour #12

Please carefully review all tabs in the attached Dental Audit Tool, the Class Case Reviews and the Dental Corrective Action Plan (CAP).

The processes being developed by the CDO, Operations Specialist and the on-site Dental Staff, are improving the systems of dental care at MCJ. They are creating and finalizing both their global (corporate) P & Ps and the onsite Local Operating Protocols (LOPs). The combination of both will eventually provide repeatable systems of care from which new and existing staff can be trained against. These steps with the P&Ps and the LOPs are essential for self-governance and will help to establish consistent, transparent, safe, effective and quality dental program management protocols, documented in their monthly Dental Subcommittee meetings.

That said, please do not be disheartened or discouraged by this report as I am focusing on the remaining deficiencies rather than pointing out what is accomplished and truly good about the care being provided during this audit period. **Please continue your upward march towards success using this report** to locate and correct the deficiencies which continue to create barriers to access, timeliness and quality of care for the incarcerated persons at MCJ.

There are five items I want to highlight from the Dental Audit Tour #12:

1. One week following the onsite tour, we, the Court-Appointed Neutral Monitors, were advised that, "Wellpath agreed to file the attached stipulated order stating that it failed to meet its burden to prove it had come into compliance", from Plaintiff's Counsel Appendix III. See also Appendix IV for the Defendants response and Appendix V for the Statistician documentation which was submitted to address scoring and methodology. For this dental audit tour #12, the patient charts were randomly selected. See the section on Methodology for the Chart Audits within the Dental Audit Tool. See also p. 29 of this report.

2. Two weeks following the onsite dental tour, Wellpath filed for Chapter 11 Bankruptcy on November 12th. On November 14th, I reached out to Defendant's Counsel requesting, "I saw that Wellpath filed for bankruptcy protection. Please let me know how this will affect health care, including dental care, at MCJ." The response was, "We do not anticipate that the bankruptcy will have any impact on the delivery of care at MCJ. As of the writing of this report, other than a few expected possible supply chain issues, Dr. ██████ CDO for Wellpath states all is moving forward with dental care at MCJ.

3. Thirdly, an excellent development occurred. An Operations Specialist position was made available by Wellpath to Dental, and I am happy to report that ██████ ██████ applied and was subsequently hired by Wellpath.  This Operations Specialist position will be solely dedicated to Dental. This will be an immense help to both Dr. ██████ and to the Dental Department at MCJ as ██████ ██████ is an excellent all around professional person, highly organized, skilled in Excel, a critical thinker with the ability to follow through with projects and loved by the dental staff. Congratulations![10]

    These skills will come in useful as ongoing nursing workflows and dental referral issues have worsened in both practice and compliance this audit period. There is a new pattern where few Nurse Sick Calls are completed for incarcerated persons' requests for dental care. This removes the audit trail and the ability to monitor for compliance more easily.

4. Incarcerated person requests for dental care (made using ViaPath, formerly Intelmate) are rarely scanned into the patient's document section of CorEMR. Without this document the date and time the patient made the request is not immediately visible. From these patient requests there are only sporadic Nurse Sick Calls completed prior to making the Dental Sick Call task appointment.

    The patient requests dental care by either filling out a request manually on a slip of paper or electronically on their tablet through ViaPath (soon to become Smart Communications). Without access to ViaPath and the subsequent lack of an audit trail and transparency from completed Nurse Sick Calls, it makes it a lengthier and a more convoluted task to monitor compliance in this mandated area.

---

[10] CFMG response to draft 12th dental report 041825, p.6, 2nd paragraph

I request the file in ViaPath for requests for dental care and grievances is made available with the monthly production reports or provide this Monitor with access to this system.

Hence dental self-governance cannot occur as well in an area where the process is not working efficiently. Defendants have not provided a different process within the parameters of the Implementation Plan, but I was told they are preparing another training. **I would like to listen to this training and request to be invited. As of the date of this report, I have not been invited to any training.**

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and* referred *to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

The situation must be resolved, with joint efforts from the Director of Nursing (DON) and the Dental Operations Specialist, where the requests for dental care are scanned into the patient's document section of CorEMR. Dental CQIs to identify the problem and trainings must be developed for a resolution to this lack of consistency in the area of patient referrals to dental.

The Nursing staff work very hard screening patients day in and day out and must have an established process to correctly assign the priority dental level to a patient's request for care in order to schedule the patients within the Implementation Plan's timeframe for emergent/urgent and routine conditions. Yet, they struggle after years of multiple trainings to make the process transparent, smooth and correct from the original point of the request to the creation of the Dental Sick Call.

Here is an example from one of Wellpath's Randomized Sample where patient ███████ had a Nurse Sick Call completed on 05/14/24, but the request was initiated on 04/26/24. Patient's request was rescheduled 04/26, 04/27, 04/28, 04/29, 04/30, 05/02, 05/03, 05/06, 05/07, 05/08, 05/09, 05/10, 05/11, 05/13 (rescheduled 14 times) and completed on 05/14/24. After being rescheduled repeatedly, the Dental Sick Call was assigned a priority dental level 2 (routine appointment), but there is neither a specified pain scale nor any description of the problem's effect on the patient, to substantiate the priority 2 assignment. The task states, "5/14 - Right Upper rear molar #2 Per pt has cavity".  Although the patient was scheduled within timeframe from the completed Nurse Sick Call, the patient <u>was not seen within one day of the request per the IP.</u> Not being seen one day from the request for dental care subsequently affects when the patient is scheduled for the care itself.

On January 27, 2025, I received the last of the requested production reports for the Dental Audit Tour #12 which is the list of incarcerated persons requests for health care and grievances. Regarding the requests for care, there were 6540 overall requests for medical, mental health and dental and through a word search of dental terms found there are 970

requests for dental care. **Therefore 14.8% of the overall requests for health care were requests for dental care.** Ideally there should be one request for a dental concern to equal one completed Nurse Sick Call for that dental concern, to then equal one Dental Sick Call for the original request for dental care.

During this audit period, there were 1450 scheduled Dental Sick Calls – of which 362 were for DL1 emergent/urgent referrals and 1076 were for DL2 routine referrals.

- o 970 were Dental Sick Call requests for dental care. These include requests for problem focused (episodic) dental problems, annual exams and the periodontal disease program.
- o 214 referrals were from Intake.
- o 59 were from the 14-Day Exam. Of these 59 referrals from the 14-Day Exam, approximately 8 Dental Sick Calls were created using the CorEMR referral form however 51 were not counted nor referred to Dental by CorEMR due to a forms issue within CorEMR. Therefore 51 patients who were identified as needing dental care where not seen in Dental from this referral source.
- o 11 referrals appear to be from the MD/NP/PA and approximately
- o 30 were from the Physician on Call (POC) for after-hours emergency referrals.
- o 281 were Cancelled by Staff, deleted, which include mostly duplicate tasks.

**Knowing the origination point of your patients, from what source and how many, is like doing accounting which requires cross-footing to verify the sources.** Understanding where your patients come from and from what source, can illuminate if there are any barriers to access to care that may exist and if and where some processes can be improved.

Now there is some good news. From the incarcerated persons' list of requests for care, including the dental care, it appears that of the 970 requests for dental care, 12 or 1.2% were late being read. The question is how many of the 970 patient requests were seen within one day of the request per the IP and were these visits in compliance? This is an area where more research is needed, as the audit trail is missing due to not many Nurse Sick Calls being created and completed from these requests for dental care, and the requests being scanned into CorEMR. This will require additional investigation.

If the lack of processes to address and see the incarcerated persons for their requests for dental care, as outlined in the IP, is due to lack of nursing staff, the IP states:

*There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan. (Wellpath IP, p. 115)*

5. Lastly, with the workflow analysis performed by Dr. ███ in September 2023 and the subsequent hires of the PRN Dentist and Dental Assistant, since January 2024, **full time dental care is occurring at MCJ.** All the programs identified in the Implementation Plan and the Settlement Agreement are functioning except for Chronic Care referrals to dental when indicated for patients with HIV, Diabetes, Seizures, Pregnancy and for those patients on four

or more psychotropic medications and/or with severe mental illness (SMI). Dr. ███ the Medical Director at MCJ, stated during the audit tour she will begin performing the oral health care screenings at the Chronic Care initial and follow-up visit to refer patients to dental when they are indicated.

The new PRN dental team is seeing patients with over one year of incarceration for their requested annual comprehensive dental examination and for requests for the Periodontal Disease Program. Although not yet within compliance, the patient requests for both the comprehensive dental examinations and the periodontal disease program are being scheduled and seen more reliably.

The new PRN Dentist and Dental Assistant, however, are not yet incorporated as a permanent position as part of the Monterey Staffing Plan. Although hiring the PRN Dentist and Dental Assistant is a wonderful step taken by Wellpath, on their own volition, to comply with the mandates of the Implementation Plan and Settlement Agreement, making them part of the Monterey's Staffing Plan must be the next move.

**Therefore, moving forward, this new dental staffing arrangement must be approved by MCJ's Staffing Plan and the PRN positions ratified to permanent positions in the new contract with MCJ.** As such the two PRN positions play a vital role in providing mandated dental care to the I/Ps but are at greater risk of having their positions eliminated if not accepted into MCJ's Staffing Plan. This is especially important considering that Wellpath is in Chapter 11 Bankruptcy.

### Action Items for Dr. ███ to Complete Due March 14th, 2025

Please carefully review each entry in the <u>Database</u> tab of the Dental Audit Tool highlighted in **<u>red and pink</u>** and provide a written response to the clinical situations found within these highlighted areas. It was found that some areas of care continue to negatively impact patients at MCJ. There were even some cases which departed from the dental standard of care.

See the Dental Audit Tool, MCJ/Wellpath Updates, where Dr. ███ provided his comments. Defendants Counsel within their response to the draft report made comments as well.[11] These comments were added to the MCJ/Wellpath Updates columns with the Monitor response below Defendants comments in the <u>database</u> tab of the Dental Audit Tool.

I have included a new section, tab, in the Dental Audit Tool called "Dental Schedule" which highlights the daily patient flow at MCJ. Please also provide a written response to the clinical situations found within these highlighted areas in the <u>Dental Schedule</u> tab as well.[12]

---

[11] CFMG response to draft 12th dental report 041825, p. 9 through 18
[12] CFMG Cover Letter re Dental CAP and Database Comments.

Additionally, I request that the Dentists participate in this forensic exercise and place an addendum in the correlating charts where indicated. **Although time consuming to review the individual patients in the <u>database</u> tab as well as the systems of dental care, it is a valuable exercise to identify patterns of practice that can negatively impact the dental program and the patients at MCJ.** Understanding the barriers to care and finding ways to eliminate them is the pathway to a more stable, consistent and autonomous dental care program.

There are departures from the dental standard of care which are concerning. Processes, flowcharts and documented training must continue to be developed and complied with to correct these and other deficiencies. See the Deficiencies and Recommendation section of this report.

- You will find there was a failure to provide medication following oral surgery to at least three (3) patients and the patients suffered without medication from an extraction(s) until medical was able to address the patient's requests for pain medication. The Physician on Call (POC) was not contacted so this could be a prime opportunity to review this interdepartmental service.

- There were missing informed consent forms either not filled out by the patient and clinician or not scanned into CorEMR. In one case, there was a patient's case where enamelplasty of several lower teeth, an irreversible procedure, was performed without written informed consent and also without radiographs. This is a significant departure from the standard of care, and must be addressed, documented and resolved.

- Identifying all the pathology within an x-ray is mandated by the Dental Board of California and is identified in the Dental CAP #46 as a previous deficiency.

- There were several notable deviations and omissions regarding diagnoses. For example, there were missing identification of deeply decayed teeth and periapical lucencies during a comprehensive dental examination, with subsequent lack of a diagnosis and treatment plan for the pathology not identified at the time of the exam.

- There were also several variations of discrepancies in documentation which the dental management must review for improvement in the staff's patterns of practice.

Dr. ▮▮▮▮ the Chief Dental Officer, continues to face these challenges head on and uses the biweekly strategic meeting with those in his chain of command, as well as his dental staff meetings and the monthly Dental Subcommittee meeting and the Quality Assurance meetings to keep "forming," "storming," and then "norming" until the indicated changes occur. I am highly encouraged that many areas of dental care deficiencies and deviations from the Implementation Plan and the standard of dental care will continue to improve with the Dental Operations Specialist coming on board full time.

Lastly, in addition to receiving the Database and the Dental Schedule tab responses by March 14th, 2025, I am also requesting that the supervisory monthly chart audits and subsequent resulting trainings, indicated in CAP #102, are reinstated and sent to me monthly. If documented training does not resolve those unsuccessful patterns of practice which fall below the standard of care, progressive discipline is to be discussed and implemented by the CDO.

## Monthly Production Reports – Requested and Still Not Receiving

Please provide the **Monthly Dental Production Reports** listed below as soon as possible.

Receiving monthly production reports is vital to reviewing charts and data timely. Receiving the monthly production reports in a timely manner will also significantly decrease the accumulation of data all at once needed prior to a dental audit tour. Requesting October 1st, 2024, through March 31st, 2025, and every month thereafter.

- **Also please include me in the existing distribution list so I may receive MCJ's monthly production reports timely as well.**
- **For Dental's production reports, please provide the following information monthly:**

1. Dental Subcommittee: Monthly Agenda, Minutes, Statistics and CQIs
2. QA Meeting: Agenda, Minutes, Statistics and PowerPoints
3. Offsite Referrals:
   a) ERMA Care Management Report Dental Specific and,
   b) Referrals and Return to the Facility from an outside specialist report
4. ER Send Outs Dental Specific and Physician on Call logs for referrals to Dental
5. Grievances file from ViaPath (Smart Communications)
6. Incarcerated Persons Requests for Dental Care Excel file from ViaPath (Smart Communications)
7. Infection Control and Regulatory Compliance logs
8. Training logs
9. Dental Schedule and Hours Worked
10. Custody Staffing log for Dental
11. Dental Compliance reports from World of Wellpath (Wow) for:
    a) Referrals from Nursing - Intake, 14-Day Health Appraisal, Sick Calls
    b) Referrals from Physicians, after hours POC as well as referrals from Chronic Care to Dental
    c) Timeliness of care report for Dental Priority Code System (DPC) compliance.

## Statistical Review of MCJ's Dental Clinical Program

- Please refer to the "Statistics" tab of the Dental Audit Tool for additional information.

- For this six (6) month audit period, April 1st, 2024, through September 30th, 2024, there were **5060 total bookings.** Of the 5060 total bookings, it is unknown how many are for the same person, as the rate of recidivism is not disclosed, nor I believed measured by the County. This may mean there could be several tasks for one patient.

- There were **2715 scheduled dental tasks and 1699 completed (seen in) dental tasks**. The percentage of the scheduled tasks compared to the number of bookings is 2715/5060 **= 53.7%.** Although this looks as if dental is being highly accessed by the booked incarcerated persons, there may be more than one task scheduled per patient, with not all patients having a dental task.

- There was a total of **124 dental days** on an eight (8) hour per day schedule. On average, with opening and closing of the dental clinic, sterilization processes and accessible custody hours, the dental staff see patients for an average of 6.5 to 7.0 hours per day for their eight (8) hour shift.

- Dental scheduled on average 21.9 patients per day and saw 13.6 patients per day. Using 7.0 hours per day, the Dental staff completed **on average 2.0 patients per hour. For one operatory this is a significant number of patients seen and this is commendable!**

- Per the Operations Specialist, there is consistent and timely Custody coverage with no Interruptions of Service identified during this six month timespan. **However, Custody is scheduled in Dental an hour later than the dental staff's shift start, as Custody is assigned elsewhere earlier in the morning.** I believe the H.S.A. makes the determination of which officer is allocated what hours once Custody has assigned their personnel to Medical. Therefore, the CDO with the H.S.A. can discuss the hours for Custody dental coverage.

- Of the **2715 scheduled** dental tasks, **1699 incarcerated person tasks were seen (completed) and 1016 tasks were not.** Therefore **62.6%** of the patients were scheduled and seen during this six month audit period. Conversely **37.5% were not seen as scheduled due to Refusals (8.4%), Reschedules (2.2%) and Cancelled by Staff (26.8%).**

- The high number of Cancelled by Staff is mostly made of up tasks stating the eligibility of the patients for a comprehensive examination (380) and duplicate tasks. The number of duplicate tasks is unknown and needs additional review. The incarcerated person must now request their annual comprehensive dental after one year of incarceration. This number of cancelled by staff tasks should decrease as the computer, I was told, no longer automatically schedules patients for their comprehensive dental examinations. The Operations Specialist will perform a deep dive into all of the Cancelled by Staff tasks and make sure no patients were cancelled in error and not seen in dental.

- On October 23rd, 2024, there were **809 incarcerated persons** at MCJ. **12.0% or 97** were incarcerated for more than 1 year and are eligible for an annual comprehensive dental exam.

- Note that the number of patients with over one year of incarceration is a **fluid** number which changes depending on the number years the patient is sentenced. As more patients reach their 365th day of incarceration, more patients become eligible and can therefore request comprehensive dental care.

- Overall, 16.0% (435) of the 2715 scheduled tasks were for comprehensive dental examinations but since 87.4% (380) of these tasks were cancelled by staff, as the patients are no longer automatically scheduled for their annual dental exam, 51 incarcerated persons received this mandated service, which is closer to 3.0%. Of the remaining annual dental exam tasks, four (4) refused, none (0) were rescheduled and **three (3) were completed by Nursing in error. When an RN completes a dental procedure, the patient is not seen. If these patients,** ██████████████ **and** ████████ **are still at the MCJ please schedule them.**

- **53.4% (1450)** of the overall scheduled tasks (2715) were for **Dental Sick Calls. Twelve (11) Dental Sick Calls were completed by Nursing in error.** See table 4A. Please perform a deep dive into these patients' records to make sure they were rescheduled or seen by the Dentists. RNs are not to complete any dental tasks as this is outside the scope of their license.

- **16.6% (452)** of the overall scheduled tasks were for **Dental Treatment and of those 82.7% (374) were seen/completed by the dental staff.** See Table 4B.

- **6.9% (187)** of the overall scheduled tasks were for the **Dental Periodontal Program (DPP).** However, as both the exams and treatments were included in this category (instead of just the exam), the number of patients seen for a periodontal examination is much smaller than 6.9%.

- **0% (0) of the Chronic Care patients with HIV, Seizures, Diabetes, Pregnancy and Severe Mental Illness were referred to dental.** During the Audit Tour, the Medical Director stated she will begin referring patients to dental through chronic care when indicated. Per the Operations Specialist, the Chronic Care forms, both initial and follow-up, have been updated to reflect an area for patients to be referred to dental by the physicians. The forms still need to be updated to contain an oral evaluation for the physicians to place a note during their assessment.

- **6% (214) of the overall Intakes (3869)** performed at MCJ were referred to dental.

- In contrast there were 1450 Dental Sick Calls scheduled in dental for only 970 dental requests for dental care. See page 16 for the source and breakdown of the other 480 Dental Sick Calls. **The dental requests accounts for 15% (970) of the overall number of requests (6540) for health care in Medical, Mental Health and Dental.**

- **The 14-Day Exam/Health Assessment dental screening portion is required to be performed by Wellpath's Implementation Plan, p. 98 and p.99**. The medical portion of the screening must include the dental portion of the screening; however, the forms are not melded together. Therefore, the two forms must be used together, in conjunction, for each 14-Day Exam. Of the 5060 bookings, there are no statistics provided to show how many patients were present 14 days from booking. **Only 366 incarcerated persons in this six month audit timeframe were seen for a 14-Day Exam/Health Assessment.** Please provide the number of patients still incarcerated 14 days from booking for April 1st through September 30th, 2024. See table 9B of the Statistics tab in the Dental Audit Tool.

- The <u>Initial Health History & Physical Exam Dental Screening</u> form was used 44.3% of the time in conjunction with the <u>Initial Health History and Physical Exam (NCCHC) form</u>. From the dental form, 59 patients or 36.4% were referred to dental; from the medical form eight (8) patients, or 2.2% were referred to dental. **The dental form does not automatically create a task for the referral to dental, and it appears that the 59 patients were never seen in dental for that referral. I request for the Operations Specialist to track all 59 patients and schedule them in dental if they are still at MCJ.**

- From the data provided on January 27th, 2025, there were 1073 overall grievances of which 86 were for dental, which is 8.0% of the overall grievances submitted. 59% were addressed within timeframe and conversely 41% were not.

- The Operations Specialist has begun working on updating and testing the Monterey Compliance Report per the Dental CAP. Although currently not fully vested for accuracy, solutions to tracking Dental Level (DL) and Dental Priority Code (DPC) timeliness of care compliance for their self-monitoring obligations is in progress.

- When manually evaluating the timeliness of dental treatment, **DPC 1, to be seen the same day as diagnosed, and DPC 3, to be seen within 30 days of diagnosis, are seen within timeframe 95.8% and 98.2% respectively. This is a wonderful accomplishment!** There were no DPC 4 assigned for treatment to be completed within 60 days of diagnosis. DPC 2, to be seen within 24 hours of diagnosis and DPC 5, to be seen within 120 days of diagnosis, were seen outside of the timeframe 61.5% and 79.0% respectively.

### "If you can't measure it, you can't improve it."[13]

Certainly, the goal for MCJ and Wellpath is to self-govern itself without oversight once they reach and maintain substantial compliance. Verifying their own steps of compliance by providing their proof of practice is one of the steps by which Wellpath and MCJ can show they understand their metrics and statistics. Continuous Quality Improvement (CQI) data has been formulated for some aspects of the IP. The sooner this is practiced for the entire IP, the sooner they can substantially improve their program by identifying and removing any barriers to

---

[13] A Peter Drucker quote. https://www.growthink.com/content/two-most-important-quotes-business

access, timelines and quality of care; and the sooner they can focus on efficiency while addressing the IP and the dental standard of care, all using the principle of **"If you can't measure it, you can't improve it."** [14]

Since CorEMR is not an Electronic Dental Record System (EDRS), it does not have the built-in capabilities of being a full clinical EDRS with easy-to-access reports. It is important for MCJ/Wellpath to understand CorEMR's positive and negative attributes, and to find ways to measure, understand and subsequently improve their dental delivery system. Understanding where and how to gather the data and how the data is organized and entered into CorEMR for data integrity and consistency is an important part of using data to make sound clinical and administrative decisions.

"The ethical statistical practitioner seeks to understand and mitigate known or suspected limitations, defects, or biases in the data or methods and communicates potential impacts on the interpretation, conclusions, recommendations, decisions, or other results of statistical practices."[15]

"Maintaining data consistency can help ensure that data remains uniform across all systems, preventing discrepancies that could lead to inaccurate conclusions. Similarly, data integrity can help ensure that data remains accurate, reliable and error-free as it is entered, stored and retrieved. This allows organizations to improve data quality and make better data-driven decisions."[16]

Dentrix Enterprise updated for correctional institutions, remains a viable option to evaluate and integrate radiographs, enter diagnoses; enter, phase and schedule treatment plans; and assess for compliance. Evaluating a clinician's treatment notes and radiographs as well as pulling reports for the management of the dental clinic can be done onsite and/or remotely.[17] An EDRS such as Dentrix Enterprise can minimize errors and omissions, have a real-time odontogram with visible clinical dental history, existing pathology, diagnoses and treatment plans, find unscheduled patients and treatment plans, and more easily identify barriers to access, timeliness and quality of care through accurate reporting and statistics.

Other than purchasing an EDRS such as Dentrix Enterprise, in particular, the version already programmed for a correctional facility, there is little to do but try to understand the existing software, CorEMR. Continue to create LOPs and flowcharts for tracking care and document these data pathways to minimize inflated numbers and any lack of data integrity in the monthly Dental Subcommittee meeting. Discuss these issues in the QA as well and work as a unit to solve any continuing issues.

---

[14] A Peter Drucker quote. https://www.growthink.com/content/two-most-important-quotes-business
[15] https://www.amstat.org/your-career/ethical-guidelines-for-statistical-practice
[16] https://www.ibm.com/blog/data-consistency-vs-data-integrity/
[17] This Dental Monitor has no stake nor shares in this company.

## The Dental Standard of Care, Informed Consents and Informed Refusals

"Clinicians need to understand the concept of the standard of care. The standard of care is the benchmark that determines whether professional obligations to patients have been met. Failure to meet the standard of care is negligence, which can carry significant consequences for clinicians."[18]

The dental standard of care is statewide and not regional by county[19]. The Dental Practice Act[20], published by the Dental Board of California[21], is statewide, supported on page 508 of the Judicial Council of California Civil Jury Instructions[22], which only references statewide cases. Therefore, MCJ's dental standard of care is statewide and not localized by county.[23]

*Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20)*

**Informed Consents and Informed Refusals**

As there are numerous issues to prioritize, I found it best to start next with a discussion of the first step in the Quality of Care process and discuss the need for a wider understanding of the Informed Consents and their requirements to discuss the risks, benefits, alternatives and consequences (RBACs) of obtaining consent and refusing dental care.

Since I am not an attorney, I am only sharing where I look for additional information. These following references might also be a great place for any dental staff to look into, who may have further questions about the importance of informed consent and the dental standard of care. Here are some key sources I have referred to for further clarification:

- American Dental Association (ADA) – Code of Ethics and Standards of Care
  The ADA's Principles of Ethics and Code of Professional outlines the duties and responsibilities of dentists, emphasizing that patient welfare should always be the primary concern, and that dentists must adhere to the standard of care. You can review the ADA's code and relevant standards at: **ADA Code of Ethics**.

- The Eighth Amendment and Medical Care - **Estelle v. Gamble, 429 U.S. 97 (1976)**:
  This U.S. Supreme Court case ruled that deliberate indifference to the serious medical needs of prisoners constitutes a violation of the Eighth Amendment.

---

[18] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8667701/

[19] *https://www.professionals-law.com/attorneys/ Mr. Curley is on faculty at the University of the Pacific, Arthur A. Dugoni School of Dentistry and UCSF and has contributed to dental textbooks."*

[20] https://www.dbc.ca.gov/about_us/lawsregs/index.shtml

[21] https://www.dbc.ca.gov/

[22] https://www.courts.ca.gov/partners/317.htm

[23] https://www.courts.ca.gov/partners/documents/Judicial_Council_of_California_Civil_Jury_Instructions.pdf.

In California, the principles regarding the dental standard of care and legal obligations are outlined in both **California state law** and the guidelines provided by the **California Dental Association (CDA)**, along with relevant legal precedents. Below are key resources and references specific to California that discuss these issues. Since I am not an attorney, I am only sharing where to look for additional information:

- **California Business and Professions Code – Dental Practice Act - Section 1680:**
  The **Dental Practice Act** (California Business and Professions Code, Division 2, Chapter 4) establishes the standards of care that California dentists must adhere to, including duties to provide competent care to patients. The Act provides a framework for licensing, ethical obligations, and legal duties. Specifically, **Section 1680** of the Dental Practice Act requires that a licensed dentist provide care that meets the standards of practice as recognized in California. Deviation from the standard of care can lead to disciplinary actions by the **Dental Board of California**.
    - "The practice of dentistry includes all of the following: ... (a) The diagnosis, treatment, and prevention of diseases of the teeth, mouth, and gums, and the management of tissues adjacent to the oral cavity, as well as the restoration and maintenance of the functions and appearance of the dentition."
    - **For the Full Text of the Dental Practice Act see:** California Business and Professions Code – Dental Practice Act

- **California Dental Association (CDA) – Code of Ethics - CDA Code of Ethics**
  The CDA Code of Ethics outlines the ethical duties of California dentists and emphasizes that patient care and professional competence are paramount. Dentists must act in the best interest of the patient, and this includes adhering to the standard of care in all circumstances. According to the CDA, even when complying with legal obligations, **patient welfare must come first**. This means if a legal settlement or agreement conflicts with the standard of care, a dentist is ethically bound to prioritize the patient's health and safety.

- **California Civil Code – Informed Consent and Legal Obligations**
  In California, **informed consent** is a critical element of the standard of care**.** Dentists are required to ensure that patients are fully informed about the nature of proposed treatments, risks, and benefits. Even in a correctional or contractual setting, the dentist's duty to obtain informed consent remains.

  Dentists must obtain informed consent before performing any procedures, explaining the risks, benefits, and alternatives of treatment. The patient's autonomy should still be respected, even if they are incarcerated.

- **California Civil Code Section 56.10 (confidentiality) and Section 1798.82 (privacy)**
  require that healthcare professionals, including dentists, protect the confidentiality of patient information and that patients' medical rights are respected, regardless of legal agreements.

- **California Civil Code Section 4 (duty to provide care)**

ensures that healthcare providers, including dentists, must provide competent care and avoid harm to patients.

- **California Civil Code – Informed Consent: California Civil Code Section 4**
- **California Case Law – Legal Precedents**
  **Estelle v. Gamble (429 U.S. 97, 1976)**: While this is a **U.S. Supreme Court case**, it set a national precedent regarding the constitutional right to adequate healthcare for incarcerated individuals. California courts follow this principle in interpreting inmate care. In **California**, the case holds that correctional facilities must provide adequate medical and dental care to inmates, and these obligations cannot be bypassed by legal settlements or agreements that might violate patient safety.

  **California Courts**: Legal cases within California will often examine whether standard of care has been upheld, especially in situations involving inmate care or where a settlement agreement impacts care delivery. The state will not allow any legal agreement to override constitutional rights or professional standards in healthcare.

  **Inmate Healthcare and Settlement Agreements**: California courts have addressed cases where settlements or agreements might limit access to appropriate care. In these cases, the legal system ensures that agreements do not undermine the constitutional rights of incarcerated individuals to receive the standard of care.

- **California State Law on Healthcare in Corrections**
  The **California Correctional Health Care Services (CCHCS)** provides oversight for the healthcare of inmates in state prisons. This includes dental care, and the dental standard of care must be followed, even when working under a settlement agreement with the state. Any legal agreement or implementation plan related to healthcare delivery in correctional facilities must comply with the constitutional rights of inmates, including the right to receive adequate dental care as established in both federal and state laws.
  **CCHCS Website**: California Correctional Health Care Services

## Continuous Quality Improvement (CQI)

When there are any departures from the dental standard of care, (i.e., lack of medication prescribed and dispensed following an extraction, lack of informed consent) or just inefficiencies within the system of care, a good place to start is with a CQI. The purpose of Continuous Quality Improvement (CQI) is to systematically improve processes, products, and services. CQI is a cyclical process that uses data to identify problems, test solutions, and learn from the outcomes.

"Continuous Quality Improvement (CQI) is a progressive incremental improvement of processes, safety, and patient care. The goal of CQI may include improvement of operations, outcomes, systems processes, improved work environment, or regulatory compliance. Process improvement may be "gradual" or "breakthrough" in nature. CQI project development

commonly includes defining the problem, benchmarking, setting a goal, then iterative quality improvement projects. Through the iterative process, improvements are made, the effect of the improvements is measured, then the process is repeated until the desired outcome is achieved."[24]

When the CDO and Operations Specialist started the CQI process for tracking some of the dental care outcome measures relating to the referral of patients at MCJ to the Dental Clinic, (i.e., referrals to dental from intake, sick calls and the 14-Day Exam), CQI tracking gained momentum in January and February 2024 and became well established in April 2024.

When reviewing the CQIs, it becomes apparent that both the <u>quality of the questions </u>posed, and the number of charts reviewed monthly are important components in identifying the deficiencies the system was created to evaluate.

**Kudos to Dr. ██████ CDO and ███████ ███████ Operations Specialist for beginning and continuing this CQI process of self-governance** and having a weekly staff meeting to discuss the results of the CQIs with the onsite dental staff.

Moving forward, I would like to see them expand their internal audits using the CQI process to other outcome measures mandated by the Implementation Plan and continue to evolve the questions within their CQI for more nuanced and focused evaluations of the dental program.

In particular, the nursing process has taken a downward shift this audit period with fewer completed Nurse Sick Calls and rarely submitted scanned requests for care. <u>Often the completed Nurse Sick Call for a requested dental problem is either rescheduled, sometimes multiple times, prior to the patient being seen by the RN or is missing from CorEMR's task history although one can see the Dental Sick Call task.</u>

Without a clear audit trail, the timeliness of care for a Nurse Sick Call for a subsequent Dental Sick Call cannot be tracked for compliance as the two systems are not connected. The CQI has not yet been fully implemented for the whole Dental Sick Call process.

Although the CQI is one of the tools for improvement, it does not necessarily convey an overall view of the care occurring at MCJ, from the initial patient's request for dental care through to treatment. On the surface, and without looking at statistics and other metrics, the CQI can look like it represents success; but it is one of many factors for MCJ to review in response to a specific issue.

Therefore, these CQI parameters utilized by the CDO and Operations Specialist are a valuable tool to assess the health of the systems from which the dental management is working towards finding and solving barriers to access and timeliness of care, especially during the Nurse Sick Call process for a Dental Sick Call request.

---

[24] https://pubmed.ncbi.nlm.nih.gov/32644665/

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

Currently, the Dental Priority Code (DPC) compliance is not being evaluated by Wellpath using their CQI system but is on their list to implement.

Once the patient is scheduled with the Dentist for their Dental Sick Call appointment, from the RN's Priority Dental Level assignment of a 1 or 2, the patient is provided by the Dentist with a diagnosis and treatment plan. The diagnoses and treatment plan is provided, if and when clinically and radiologically indicated, for the patient's chief complaint. The Dentist will assign a Dental Priority Code (DPC) to each line of prescribe dental treatment.

Note the patient may state to the RN they have multiple chief complaints, which the RN writes in the task referring the patient to Dental. The Dentists will address the patient's chief complaint(s) and may bring the patient back to continue the list of problems. Generally, the most active problem is addressed by the Dentist first during episodic care.

The DPC is separate and different from the Priority Dental Level assigned by the RN at the Nurse Sick Call. Only a Dentist can assign a DPC and complete a Dental Treatment task. A patient's dental treatment, prescribed by the Dentist at the time of the diagnosis, is assigned a DPC and the dental treatment must be completed within the timeframe set forth by the DPC. [Wellpath IP, p. 101 and 102]

The Dentist has full dental autonomy to change a DPC, assigned at the time the patient <u>is seen</u> for diagnosis and treatment planning by the Dentist. Seen by the Dentist is the key. The DPC cannot be extended past the initial date of diagnosis but can be shortened for a change in the clinical presentation of the tooth/oral condition in question. For example, the full treatment plan in a comprehensive dental examination must be all completed by the longest assigned DPC.

Conversely, the Priority Dental Level (DL 1 or DL 2), assigned by the RN at the time the patient presents for screening of his/her dental request, <u>should not be changed by the Dentist as the Dentist did not see the patient on that day to provide the evaluation.</u> The RN assigned priority DL system is in place by the Implementation Plan so the Dentist can see the patient within the assigned timeframe of the RN screening to then diagnose the patient for the appropriate treatment plan when indicated. <u>The Dentist is not to "paper triage" and change the RN assigned Dental Level. If there is a disagreement where the Dentist does not think the RN is evaluating and assigning the appropriate priority Dental Level, then bring this to the attention of the Director of Nursing (DON) and CDO and schedule a time for an addition RN training.</u> Provide

documented training, identify what exactly was trained including any training materials, and include the training provided in the monthly Dental Subcommittee meeting minutes.

When looking at the statistics outlined earlier, inaccurate and inconsistent data can skew statistics and create a false sense that compliance is achieved. **It is MCJ's responsibility to self-monitor and identify issues within its data even when looking through the lens of a CQI.**

CorEMR is not set up, nor is it capable of, tracking episodic or comprehensive dental treatment plans visualized on an odontogram. It is also not capable of locating unscheduled patients or pressing a button to see the level of compliance and how to schedule the patients to improve compliance to the mandates of the Implementation Plan and Settlement Agreement. Please continue to expand the performance of the CQIs and expand the list to include other outcome measures.

Only a few CQIs are currently being used to internally track compliance. Resolving barriers to access, timeliness and quality of care will increase as the Defendants become more proficient at asking more targeted questions within the CQIs. This should assist and reflect the Defendants overall compliance over time.

## Methodology for the Chart Audits within the Dental Audit Tool

Please review Appendix III, IV and V as well as the Court's request in *Case No. 5:13-cv-02354-BLF STIPULATION AND [PROPOSED] ORDER RE CIVIL CONTEMPT Filed 10/29/24 Page 1 of 7*, in particular article 7. Note that "CFMG did not admit to being non-compliant with dental care". This is included for historical purposes in order to better relate to the Statistician's report in Appendix V.[25]

The following is the summary of the methodology used in this report for the linked Dental Audit Tool, Dental CAP and Class Case Review Excel documents.

### Systems and Chart Audit Questions

As Monitor, I believe that an evaluation of the systems used to provide dental care at MCJ is an important component of the audit process. In the Dental Audit Tool, you will see both Systems questions and Chart Audit questions, plus the facility Clinic Audit to substantiate the established systems. Creating global policies and procedures (P&P) with local operating protocols (LOPs) and making these available to train existing and new staff in their system of dental care is instrumental to a solid dental program system based on defined and repeatable processes.

The System questions are in the Monitor Comments #1. The Chart Audits start in Monitor Comments #2 through #13 for a total of 12 charts **per metric of the outcome measure categories.** Essentially, 2 charts per month for each month of the six month period are audited

---

[25] CFMG response to draft 12th dental report 041825, p.6, 1st paragraph

**per each metric of the outcome measure categories.** Overall, approximately 250 individual patients are reviewed within the Dental Audit Tool.

For a more in-depth review of specific <u>System</u> questions and individual <u>Chart Audit</u> evaluations with the booking numbers, see the <u>Database</u> tab in the Dental Audit Tool Excel spreadsheet. Refer to Appendix I, "How to Understand and Navigate the Dental Audit Tool". Also review the attached <u>Class Case Reviews</u> and the <u>Dental Corrective Action Plan</u> (CAP).

## Methodology for Chart Pulls for the Chart Audit Reviews

The **methodology** for each outcome measure section is, located to the right of the Findings and Recommendations, within the <u>Dental Audit Tool Results</u> tab, **Column U.**

A list of potential patients is run **for each outcome measure**, as detailed in the methodology section of the Dental Audit Tool Results tab in <u>Column U</u>. Since not all clinical outcome categories have a corresponding task in CorEMR, then a word search is done in the Task Report within CorEMR or another method, **as outlined in the Dental Audit Tool Results, Column U, Methodology.**[26]

For this audit tour, once the parameters of the outcome measure category being audited have been located, the monthly data set of the applicable selection of the located queried charts, unless otherwise stated, <u>are placed in Excel's Random Generator</u>. **The count of records in the data set is applied to the MS Excel RANDBETWEEN() function: RANDBETWEEN(1, recount).** This function uses the Mersenne Twister (M19937 variant) pseudo-random number generator to produce a high quality randomized result.[27]

## Scoring Criteria

Substantial Compliance (SC) = 86% - 100%
Partial Compliance (PC) = 75% - 85%
Non-Compliance (NC) = 74% and below

I modeled my scoring criteria on NCCHC standards.[28] Please refer to Appendix II for additional information on my scoring criteria.[29]

"To earn accreditation, a facility must demonstrate compliance with 100% of applicable essential standards and at least 85% of applicable important standards. Compliance plays a crucial role in improving the quality of care and can lead to better patient outcomes. We have

---

[26] CEJ-Winthrop Pls' Updated Response to Defs Comments to 12th Dental Rpt 4-25-2025 1187-8, p. 2
[27] CFMG response to draft 12th dental report 041825, p.2, paragraph 2
[28] https://www.ncchc.org/the-many-benefits-of-accreditation/
[29] CFMG response to draft 12th dental report 041825, p.2-4, please refer to the NCCHC standards and to the Appendix V - Statistician report

found consistent application reduces variability, thus minimizing errors, while efficient processes lead to quicker diagnoses. Patient safety also is promoted by establishing policies and procedures for infection control, medication administration, suicide prevention, emergency preparedness, and more, reducing the risk of medical errors and adverse events. The standards facilitate interoperability in health information technology, streamline administrative processes, and foster accountability."[30]

### Wellpath Randomized Samples

Wellpath provided <u>Wellpath Randomized Samples</u>, and these samples are used throughout the audit, where applicable, in the outcome measure categories within the Dental Audit Tool, <u>database</u> tab. For the specific charts from the Wellpath Randomized Samples, without additional randomization, are found in Monitor Comments #3, 5, 7, 9, 11, and 13. As a reminder Monitor Comments #1 are for the <u>System questions</u> and the <u>Chart Audit questions</u> start in Monitor Comments #2 through 13 of the Dental Audit Tool.

The location of the chart draw within Wellpath's Randomized Sample is identified within the chart audit information.

The "Wellpath Randomized Sample – 3.1 Dental Treatment" did not contain any charts of patients who had received endodontic care during the audit period, despite the fact that there were at least three patients who received such treatment."[31,32] I request that for the next audit, Wellpath **identify their methodology for their chart pulls and provide charts within each of the categories** evaluated in the Quality of Care section C of the Dental Audit Tool Results, including those for patients receiving endodontic care.

### Statistics Methodology

The methodology for each statistical table is located to the right of the Findings and Recommendations in the **Dental Audit Tool, <u>Statistics </u>tab, in Column L.**

The statistics provided in the **Statistics** tab measure different parameters than those captured by the Dental Audit Tool database. Specifically, the Statistics tab reflects a count of patient charts that document specific events as recorded in CorEMR. For example, it includes counts for the total number of patients scheduled for comprehensive care, those seen in the dental clinic, and those who refused an exam, were rescheduled, or had appointments canceled (deleted) by staff.

This Statistical data is not intended to assess the quality of care delivered, nor does it track multiple events per patient chart. As such, the figures in the Statistics tab are not expected to

---

[30] https://www.ncchc.org/the-many-benefits-of-accreditation/

[31] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p.8

[32] CEJ-Winthrop Pls Comments to Updated Draft Dental Report 04-11-2025 1187-08, p.2

align with the percentages presented in the Dental Audit Tool, as the two tools serve distinct purposes and measure different aspects of care.

The primary function of the Statistics section is descriptive. It offers a high-level overview of how the dental program operates and can help identify systemic issues or operational gaps that may not be evident through the sampled chart review process.[33]

## Dental Class Case Reviews Methodology

The Class Case Review patients are evaluated and graded separately from the Dental Audit Tool patients. The results of this evaluation are summarized in Summary Results for the Dental Audit Tour #12, page 11 of this report. Class Case Reviews account for 1/6th of the overall grade. For this tour there are 12 charts reviewed.

Typically, the Class Case Reviews are selected based on the Plaintiff's requests, which are provided in their pre-tour letter.[34] Additional requests may come from the Plaintiff's emails seeking a dental opinion report on a particular patient's dental care or from death reviews. I may also include other patients if deemed necessary.

Due to the sampling technique, it is possible to randomly draw a chart that also appears on the list which Plaintiff's counsel have provided. In those cases, I exclude the chart from the Class Case Review as seen for patient ▮▮▮▮▮▮ If a segment of the chronological aspect of care, not the dental portion, is randomly selected then it is flagged and made not applicable in the Dental Audit Tool or if a SC compliance was given, then I left the grade as is.

There is a Methodology tab within the Class Case Reviews where you can find additional information about the chronological analysis of the Class Case Reviews. See the attached Excel file for Class Case Reviews. Each review includes the chronological history of the patient within this audit period with a cumulative grade for each patient, followed by a list of deficiencies, recommendations and conclusion.

The Defendants, both CFMG and Monterey County have requested copies of the Plaintiff's Pre-Tour letter(s).  This request is outside the scope of my monitor duties; therefore, I request the Plaintiffs and Defendants discuss this amongst themselves.[35],[36],[37]

A chronological overview of a patient's dental care history is shown in the Class Case Reviews. Relevant clinical notes, forms, documents, and tasks—along with the patient's completion dates of dental treatment, reschedules and/or refusals—are gathered and organized sequentially within the spreadsheet for each patient. The Dentists do not place a progress note

---

[33] CEJ-Winthrop Pls' Updated Response to Defs Comments to 12th Dental Rpt 4-25-2025 1187-8, p. 3-4
[34] CEJ-Winthrop Pls' Updated Response to Defs Comments to 12th Dental Rpt 4-25-2025 1187-8, p. 3
[35] CFMG response to draft 12th dental report 041825, p.2, 3rd paragraph
[36] County Response to Dr. Winthrop, Draft Report #12_04-18-25, p.3
[37] CFMG response to draft 12th dental report 041825, p.2, 4th paragraph, p.5 last paragraph

for refusals, reschedules or cancelled by staff tasks but this is shown chronologically within this review. The Priority Dental Levels 1 and 2 assigned by the RN and the Dental Priority Codes (DPC) assigned by the Dentist are also reviewed within the Class Case Reviews.

This review process also helps identify any barriers to access, timeliness issues, and the overall quality of care provided to the incarcerated persons at MCJ. The goal is to visualize patterns that may interfere with the effective delivery of care, such as issues with referrals, timeliness, treatment, and continuity of care. By organizing the information chronologically, it is easier to identify potential gaps in the dental care delivery process at MCJ and answer the questions posed by the Plaintiffs.

Currently, there is no comprehensive, chronological report that tracks all of an incarcerated person's dental care in one area of CorEMR, i.e., requests for dental care, subsequent nurse screenings, dental triages, and treatment within CorEMR. Since requests for dental care are entered into a separate software system, ViaPath, and are not linked to CorEMR, there is no mechanism to track these requests in a unified way either. If an inmate's request is not scanned into CorEMR, the request and chief complaint cannot be identified without going into ViaPath itself.

Furthermore, there is no unified chronological report that consolidates all identified dental issues from various screenings. To track referrals from the RN, NP/PA, MD, Intake, 14-Day Exam, Sick Call, Physician referrals, Chronic Care, and outside specialists, information must be manually reviewed across several sections in CorEMR. The World of Wellpath Monterey Compliance Report may alleviate some of the excessive time it takes to look at a patient's chronological dental history from various area of CorEMR's software.

## Deficiencies & Recommendations

An overall compliance score has been determined by averaging the scores within each of the sections in the Dental Audit Tool Results. Averaging however does not consider individual incidents that are problematic and therefore **averaging could still be a risk to patient health even if a section of the audit achieves substantial compliance.** For example, see the Extraction section in C.10.

For each section below, review the Dental Audit Tool, Dental Audit Tool Results **tab** for:
- Source (**Column Q**),
- Monitor Findings/Deficiencies (**Column S**),
- Monitor Recommendations (**Column T**) and
- Methodology (**Column U**).

The deficiencies and recommendations are also seen in the Findings **tab** of the Dental Audit Tool, Columns E, F, G, H respectively.

See the individual patient charts audited in the <u>Database</u> **tab** of the Dental Audit Tool:
System Audit Questions– Monitor Comments #1
Chart Audit Questions - Monitor Comments #2 through #13.

Several of the deficiencies are the same as in previous audit tour reports and are included here with the same or similar language until the deficiencies are rectified.

Also see the Risk Elimination / Corrective Action Plan (CAP) section of the report and the separately attached Dental CAP for additional information.


## Access to Dental Care: Sections A.1 through A.20


### A.1    Certified Language Interpreter/Translator Services – 26.8% - NC

**Section 1557 of the Affordable Care Act (ACA)** prohibits discrimination on the basis of national origin in healthcare including in dental care. One form of national origin discrimination is failure to provide meaningful access to individuals with limited English proficiency (LEP) when required by law.

In dental settings, it is important to distinguish between a Spanish speaker and a certified Spanish interpreter.
- A Spanish speaker may assist with basic communication, but certified interpreters are necessary for critical interactions, such as explaining informed consent, treatment options, and clinical diagnoses. This ensures accurate understanding of medical terminology and prevents misinterpretations.
- Legal requirements (under Title VI of the Civil Rights Act) mandate that healthcare providers offer qualified interpreters for patients with limited English proficiency (LEP). Certified interpreters are trained to ensure clear, accurate communication, especially for sensitive information and legal documentation.
- Using a Spanish speaker who is not certified for complex or clinical conversations can lead to misunderstandings and legal issues, undermining the validity of informed consent and creating potential risks for the provider.

Therefore, use a certified interpreter for critical care discussions, informed consent, and documentation, while Spanish speakers can be used for non-clinical or administrative tasks.

---

**Deficiency:**
- **There is a lack of an Alert in CorEMR for those stating their preferred form of communication is sign language.**
- During Intake, there is a question in the Receiving Screening Monterey County stating: "Translation need and provided": Yes or No. An Alert will be generated if the answer is Yes and Interpreter Needed will be visible in the Alerts within the Report section of CorEMR.

---

- If No is selected but the preferred form of communication with the following option of "Sign Language" is selected. (The options are Spanish, Sign Language, Other)", then no Alert is generated but the patient's preferred form of communication still needs to be honored.
  - In other words, there are instances where the "Translation need and provided" is stated as "No" but the preferred language is marked, Sign Language, for the incarcerated persons ██████ and ██████ but no Alert is generated.

**Recommendation:**
- If there is an LOP which states that the preferred language when checked, does not require an alert for sign language, then please advise, as only the patients with an Interpreter Needed will be visualize by the Dental staff during a dental appointment/task and they won't know that sign language is the preferred form of communication prior to the patient's dental visit.

---

**Deficiency:**
- Dental staff has failed to use a certified language interpreter, as identified in CorEMR with "interpreter needed", to ensure patient understanding occurs during their dental related visits.
- Language may be a barrier to access to dental care as 19 of the 528 patients, or only 3.6%, with an Alert in CorEMR for Interpreter Needed", between April 1st, 2024, through September 30th, 2024, were seen for a dental triage and/or dental treatment appointment.

**Recommendation:**
- Identify when the patient requires an interpreter.
- Legal requirements (under Title VI of the Civil Rights Act) mandate that healthcare providers offer qualified interpreters for patients with limited English proficiency (LEP). Certified interpreters are trained to ensure clear, accurate communication, especially for sensitive information and legal documentation.
- Use a certified language interpreter for critical care discussions, informed consent and documentation.
- Use the certified interpreter on the language line service or a certified interpreter on site.
- Note the interpreter's name and certificate number in the clinical notes.
- Perform an internal audit (CQI - Continuous Quality Improvement) to identify any barriers to access to dental care and document the results in the Dental Subcommittee meeting minutes.

---

## A.2   Oral Hygiene Supplies – 83.3% - PC

**Deficiency:**
- Observed and confirmed with Commissary that the toothpaste carries the ADA Seal of Acceptance. They have small tubes of FreshMint toothpaste given out to incoming incarcerated persons (I/Ps) and larger tubes of Colgate available for purchase which also carries the ADA Seal of Acceptance.

- Through the Intake screening, only patients with partial dentures are identified because the "full denture" option on the intake form is missing, and there is no list or report available in CorEMR to identify which patients have full dentures and who can receive denture adhesive. <u>It appears that there are no limitations for indigent incarcerated patients with or without dentures to request and receive denture adhesive.</u>
- Per the Operations Specialist, Denture adhesive is no longer distributed in the commissary but is available, with a zinc-free formulation and with the ADA Seal of Acceptance, through med pass. I understand that they have a one for one exchange for each tube of denture adhesive, although anyone at this time can request the denture adhesive.
- The County's and Wellpath's oral care policy is not complete yet. An Oral Care policy is available, but it does not include the following:
  - o It does not include how patients, including indigent patients, with dentures, are issued the zinc-free formulation of the denture adhesive with the ADA Seal of Acceptance either in the Commissary and/or through Med Pass and how this is ordered by the patient and/or indigent patient. There is no mention of a <u>one for one exchange</u> for each tube of denture adhesive issued.
  - o It does not state how indigent incarcerated persons can request floss loops at no charge.
  - o The policy also does not have language to state that the oral hygiene care supplies, i.e., toothpaste, denture adhesive and mouthwash will always be ordered and purchased with the ADA Seal of Acceptance for patient protection.
- Commissary carries correctional toothbrushes and floss loops as well which are available for purchase. The toothpaste, toothbrush and requested floss loops are free for those who are indigent when requested. I have not observed how the indigent patient requests the floss.
- The Policy and Procedures (P & P) and the Local Operating Protocols (LOPs) are not completed for indigent patients, nor for those patient with dentures, including indigent patients, and how they are issued denture adhesive.

**Recommendation:**

- Write and have an approved P & P and LOP for both Dental and the County regarding oral hygiene care supplies. Address the provisioning and ordering of oral hygiene supplies for all patients, including ensuring indigent patients receive necessary oral hygiene products without a fee including floss loops and denture adhesive.
- Include that products will always be ordered with the ADA Seal of Acceptance, i.e., toothpaste, mouthwash, and zinc-free denture adhesive. This will ensure that safe dental health care products are consistently available to the incarcerated person at MCJ. to
  - o The benefit of using the ADA Seal of Acceptance is that the process of validating products the incarcerated persons will utilize for their oral health care needs is already done by having a product which meets the following criteria:
  - o "The ADA Seal of Acceptance is awarded to products that meet the ADA's rigorous guidelines for testing, acceptance, and marketing. These guidelines include:

> - o Providing evidence of proper supervision of manufacturing and laboratory facilities
> - o Submitting objective data from clinical and/or laboratory studies
> - o Providing scientific proof to support the product's claims".[38]
> - Therefore, have in your Oral Care Policy a section indicating that all toothpaste, mouthwash and zinc-free formulation denture adhesive will be purchased with the ADA Seal of Acceptance.
> - Reinstate "full denture" in the Intake form with the option of marking upper and lower full denture or a combination of upper denture and lower partial for example.
> - Update the Form Question Report to be able to query who has a full or partial upper and/or a full or partial lower removable denture.
> - Include how denture adhesive will be dispensed to incarcerated person with partial or full dentures, indigent or not. Also include how indigent patients can request correctionally approved floss loops when eligible.
> - Only mouthwash with the ADA Seal of Approval is to be sold through the Commissary.

## A.3   Oral Hygiene Instruction/Education – 75.0% - PC

> **Deficiency:**
> - ADA Accepted brochures are available to patients on the tablet for oral hygiene education. However, no videos on oral care instruction are available on the tablet at this time.
> - For those with learning disabilities who cannot process the information from a brochure, there are no videos on oral care instruction available on the tablet at this time. Having instructional videos would also minimize the amount of staff time used for providing meaningful oral hygiene instruction.
> - No meaningful oral hygiene instruction is given at Intake, 14-Day Exam or Dental Sick Call.
> - "Videos are processed by the brain 60,000 times faster than text and are overall easier to cognitively process, which helps you consume large amounts information in shorter periods of time. Videos are also much more dynamic because they can explain things in much simpler forms through engaging graphics." "Videos create a more engaging sensory experience than using print materials alone."
> - Visual aids are available in the dental clinic for one on one instruction and are utilized by the Dental Assistants to provide meaningful oral hygiene education to the patients, when instructed by the Dentists to do so, following cleanings, exams and other dental services.
> - The Incarcerate Person Orientation Manual does not have an entry to state, "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99]. Per the Implementation Plan (IP) patients can request oral hygiene instruction through the dental sick call system. This is not listed as an available service in the 06/28/23 Incarcerated Person Orientation Manual.

---

[38] https://www.ada.org/-/media/project/ada-organization/ada/ada-org/files/resources/research/seal/ada_seal_chairside_guide.pdf?rev=0bf1ac3f769c4a15adeb1de017f2048b&hash=7E6B3570C9E7989D49E468B66AD23BF6

- Brushing is an Activity of Daily Living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals, especially older adults.[39]

**Recommendation:**

- To assist the nurses in providing effective oral hygiene instructions place a video on the I/P tablet at a minimum in English and in Spanish explaining how to care for their oral hygiene, to include brushing and flossing, preferably how to use the floss loops available in the Commissary.
- Dr. ████ to decide which videos to install on the tablet, preferably one approved by the American Dental Association (ADA).
- Once the brushing and flossing video is uploaded to the tablet, then nursing can refer the patients to this educational guide as well as the pamphlets.
- Amend the Incarcerated Person Orientation Manual to state I/Ps can request oral hygiene instruction through the dental sick call system upon request.
- Provide meaningful oral hygiene instruction to the I/P during the 14-day exam.
- Patients should be advised that they can request additional OHI by submitting a dental sick call request. Please update the Incarcerated Persons Orientation Manual to reflect this IP mandate.
- Meet with Mental Health during your monthly Dental Subcommittee meeting and discuss any patients having difficulty with their ADLs who may need additional OHI, as brushing is an activity of daily living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals especially older adults.[40]
- Visual aids are available in the dental clinic for one on one instruction and are utilized by the Dental Assistants to provide meaningful oral hygiene education to the patients when instructed to do so following cleanings, exams and other dental services.
- For those patients who need more individualized one on one oral hygiene instruction, create a task within CorEMR for them to return and receive this more dedicated time of OHI instructions when requested by the patient, nurse or identified by the dental staff.

## A.4    Inmate Handbook – 92.9% - SC

**Deficiency:**

- Received the digital and printed version of the Incarcerated Persons Orientation Manual revised 06/28/23. There is a mention in the Manual on page 7 that they will post any new changes to the Orientation Manual on bulletin boards, in the housing and in the tablet.
- Observed the registered nurse, during the intake process, advise the patient of the sick call system using effective communication.
- The Incarcerated Person Orientation Manual on page 14 states patients refusing care, can reinstate care by placing a new dental sick call request.
- It states that every patient no matter the length of incarceration is eligible for a "Periodontal Screening" as part of the Periodontal Disease Program on page 14.

---

[39] https://pmc.ncbi.nlm.nih.gov/articles/PMC7864224/
[40] https://pmc.ncbi.nlm.nih.gov/articles/PMC7864224/

- It also states on page 14 that I/Ps incarcerated for 12 months or more can receive a comprehensive dental examination and eligible treatment upon request.
- It was agreed that the handbook will not explicitly state that those I/Ps with chronic care diseases (HIV, Seizures, Diabetes, Pregnancy, patients on more than 4 psych meds, special needs and or Severe Mental Illness (SMI)) are eligible for comprehensive care within 90 days of their referral to dental from the physician's chronic care appointment.
- It was agreed however that they will have a local operating procedure identifying the process for physicians to perform an oral evaluation for those patients stated above and refer the patients if/when indicated. This LOP has yet to be submitted.
- The Manual does not have an entry to state, "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].

**Recommendation:**
- Create a local operating procedure for physicians to perform as part of their chronic care exam an intraoral evaluation and refer the patients to dental if/when indicated at the time of the chronic care appointment for patients with HIV, Seizures, Diabetes, Pregnancy, and patients on 4 or more psych meds, special needs and/or those with Severe Mental Illness (SMI).
- Update the Chronic Care forms to reflect a dental intraoral screening for all chronic care patients and a place for referrals to dental.
- Please update the Incarcerated Persons Orientation Manual to include that I/Ps can request additional oral hygiene instruction (OHI) by submitting a dental sick call request. "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99]

## A.5    Intake Form – 76.0% - PC

Think of the Intake dental screening process as the "first" catch of dental problems to be resolved by the Dentist prior to the 14-Day Exam.

*A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the* Receiving Health Screening at intake *with follow up to positive findings. (Wellpath IP, p. 98)*

*If the medical staff/licensed health care professional determines the dental issue to be* urgent*, the patient shall be referred to and evaluated by the dentist at the* next scheduled dental clinic*. (Wellpath IP, p. 99)*

- There were 5060 bookings between 04/01/24 through 09/30/24.
- According to the Form report there were 3869 intakes performed using the Receiving Screening Monterey County form.
- There were 1089 forms with a dental condition marked in the "Evidence or complaints…" with most of these marking the Missing/broken teeth.

- And only 214 referrals to dental occurred, which is 6% from intakes overall.
- Of the 214 referrals, 20 were for Priority 1 Emergent/Urgent conditions and 194 were for Priority 2 Routine conditions.

---

**Deficiency:**

- Failure to update the Intake Form - Full Upper and/or Lower Denture options are not on the Intake form and affect future access to denture adhesive.
- The Denture(s) section listing for the types of dentures contains a partial upper and/or lower denture but not a Full Denture with those same options.
- There are discrepancies between RNs for evaluations of dentures.
- For example, during a Dental Sick Call one RN states, "Loose FUD. No FLD" but the intake RN filled out the form stating, "None" for dentures. Additional training is necessary to identify denture types.
- "Missing/Broken teeth" are in one category in the Intake form and should be separated for clarity.
- Pain scale is missing from the form.
- Per the IP, include in the form a place for if the patient are taking any medications for a dental problem when arriving at Intake.
- **Missing teeth may not always be an indicator of a referral to dental however visibly evident decayed/broken teeth are an indicator for a referral to dental.**
- Missing an area for the pain scale to be entered into the form, which automatically requests the patient's pain scale if pain is identified as a yes or no in the form.
- There is no area for if patient is arriving with medication for a dental condition prescribed prior to Intake.
- The intake form has not been updated in CorEMR to reflect yes or no answers to the dental questions, such that no question goes unanswered. There is much variation in how the RN's answer the form and what they place or don't place as a description within it.
- Failure to document:
    - The nurses fail to routinely provide a pain scale in the description of the patient's dental problems. There is a lack of consistent description, history, location and pain scale of the dental condition(s) found during the intake screening.
    - The dental problem is not always written on the intake form nor in the referral task.
    - The intake form is often showing no dental conditions at all and no referral to dental, but a separate task is created from intake with the conditions listed on the task. The form and the task should have the same issues stated clearly within them.
    - **Referrals made outside of the Intake form are not visible through the Form Question Report when evaluating for compliance.** Not filling out the intake form and creating a separate referral task at intake, creates duplicate tasks.
    - Creating a duplicate tasks affects the statistics of care, causes extra work and confusion as one of the duplicate tasks is deleted and shows as cancelled by staff.
- Failure to refer to dental when indicated during the Intake screening process.

- o Not all of the patients were referred to dental for an identified dental condition because the form wasn't filled out, a separate task was created, the referral on the form says it's a priority 1 and the separate task says it's a priority 2. There is lack of consistency in the screening process and in the assignment of the stated on the intake form.
- o Failure to refer correctly from the Intake form. In the case of patient ███████ two tasks were created and both tasks were deleted, the patient was never seen in dental as one stated "Delete Appointment" and the other one stated "duplicated" By RN. This is a departure from the IP and directly affects the patient's access to dental care.
- Failure to accurately document, assign, and schedule the correct dental condition screened at intake is a departure from the Implementation Plan Mandates.
- Not all Priority Dental Level 1 conditions for an urgent/emergent conditions are identified correctly and/or is scheduled for the next dental day.
- Not all Priority Dental Level 2 conditions for routine conditions are scheduled within 14 calendar days.
- Not all Urgent referrals were assigned a Priority 1 Task as is indicated on the Intake form. Conversely an urgent referral is made for patient ███████████ and ████████ and later changed to a routine priority 2 task. There is a risk the patient can be made to wait unnecessarily with pain and discomfort to see the dentist.
- There is no audit trail to indicate who made the changes above and why. This change of priority dental levels affects when the patient is seen in dental and may leave the patient in unnecessary pain or at risk for a dental condition to become more severe over time.
- When reviewing the intake section for patient ███████████ which showed the intake was scheduled within a Priority 1 designation for 08/08/24, the task shows it was completed within timeframe, however, the patient is not actually seen until 08/15/24, out of compliance.
- **The Priority Level is not always indicated in the task in the same way it is mentioned in the Intake form.** The referral task from Intake automatically defaults to a Priority I. Therefore, the timeframe for scheduling patients in dental are affected as the timelines are based on the Priority dental level.

**Recommendation:**

- Reinstall Denture(s) Type "Full" as an option, with upper and/or lower which was previously there on the form.
- The form must be able to allow for a clear combination of dentures. For example, an upper and lower full denture or a full upper denture and a lower partial denture or two upper and lower partial dentures.
- Without the Full Denture option, self-governance cannot occur as the dental staff are unable to pull from the Form Question Report to find who has a full (complete) upper and/or lower denture at Intake. Subsequently, they are unable to ascertain who can have denture adhesive through med pass without this information.

- Separate Missing teeth from Broken Teeth. <u>Broken teeth are an indicator for a referral to dental.</u> Separate Missing and Broken teeth into two separate categories in the Intake form and place a description when checked.
- Provide training on dentures, including the differences between full and partial upper and lower dentures, upper as well as when to refer for what conditions and how to fill out the form correctly.
- In some of charts, a condition is found and listed in the intake form, but the dental referral box is not checked and therefore an automatic task is not created. A separate task is then created listing a dental problem. This not only affects the ability of the program to track referrals, but it also creates a lack of communication at intake identifying the dental problem. An audit trail is missing when the referral is not sent from intake. Please provide documented nurse training.
- All RNs should use the same former when identifying a dental condition in the intake form. At a minimum state the 1. Description of the condition, 2. History of the problem, 3. Duration, 4. Location, and 5. Pain scale of the dental condition(s) found during the intake screening process. Write a pain scale for every screening as part of the description above. Please provide documented nurse training for this area.
- Enter the description, history, duration, location and pain scale identified during the intake process and fill out the form so both the task and the form are uniform.
- Amend the form to include an area for what medications are being taken for a dental condition prior to intake.
- Remove this barrier to access to dental care by updating the Intake form within CorEMR so the RNs are obligated to answer each dental question. If one of the questions is a Yes answer, then make it mandatory for the answer to be entered into the form.
- Identify the correct priority dental classification for the conditions identified in the Intake form. Refer accordingly and schedule within timeframe.
- Do no create a separate task at intake. The intake form creates the task when the referral box is checked. Eliminate duplicate tasks.
- Filling out the intake form completely, checking the correct referral to dental is make according to the screening conditions found – Emergent, Urgent or Routine. Once the referral priority level is checked, schedule the referral to dental according to the timeframes of the priority dental level 1 or 2.
- A lack of communication at intake affects the patient's referral to dental. Losing the audit trail affects the dental department to track their own compliance as they begin to transition to self-governance. Please provide documented nurse training for the intake form.
- Eliminate duplicate tasks by filling in the intake form and referring from the form. Eliminate duplicate tasks so there are no chances of deleting (cancelling by staff) a task for dental care.
- Check the correct box for the referral to Dental – Priority 1 or 2.
  - Priority 1 – urgent/emergent dental condition – schedule next dental day.
  - Priority 2 – routine dental condition – schedule within 14 days.

> - Fix the 14-Day Exam form so referrals automatically occur like it does for intake. This will eliminate the confusion of when to create a separate task or not. Ideally fix the 14-Day Exam form ASAP so the RN's all have the same format when screening and referring patients to dental.

## A.6    Intake - Urgent/Emergent Dental Level 1 – 57.1% - NC

**Deficiency:**
- Failure to schedule according to Priority 1 designation.
- A Priority 2 was given on the Task originally created as a Priority 1 emergent/urgent task for the next dental day for patients ████████ and ████████ Instead, the patients are not scheduled according to the Urgent DL1/Priority 1 marked on the intake form and were seen outside of the timeframe for compliance.
- The nurses are routinely unsuccessful in identifying and subsequently scheduling for the next dental day Urgent/Emergent Priority 1 dental conditions at intake.
- Lack of visualizing the oral environment during the intake screening. A Dental Sick Call for a painful toothache, which was requested by the patient soon after Intake, shows a dental condition at the Dental Sick Call which would have been visible during Intake but was not documented nor referred to dental.
- Failure to document the pain scale on the intake form and referral task.
- Lack of any documentation of a dental problem on the Intake form but a separate referral task is completed for an Urgent Priority 1 problem.
- For example, a dental concern is written on the task but not on the Intake form for patient ████████
- For patient ████████ Two Priority 1 tasks are created and both are completed on 09/30/24.

**Recommendation:**
- Train the nursing staff to fill out the intake form with the dental problem, description, history, duration, location, and pain scale. Screen, identify, assign and schedule urgent/emergent priority dental level 1 conditions at Intake. The intake form and the task must be the same, including the priority level.
- Please provide training to the RN so only one task from intake is created through the form so that a duplicate task is not created, as the two completed tasks for the same thing affect the statistics.
- Schedule the patients according to their assigned priority level.
  - Priority 1 is next scheduled for the next dental clinic day.
  - Priority 2 is scheduled within 14 days.
- Priority Dental Level 1 delineation is for urgent and emergent cases, not only emergent problems.
- CorEMR is not an electronic dental record system (EDRS). Please provide resources to program CorEMR in order to quickly find the data necessary to run a transparent dental program with the ability to self-monitor. Or purchase an EDRS such as Dentrix Enterprise already programmed for correctional care.

> • Complete the LOP for Intake and referrals to dental and train according to the LOP. Provide documentation of training.

## A.7   Intake - Routine Dental Level 2 – 68.5% - NC

**Deficiency:**
- Failure to place the dental problem, description, history, location, and pain scale on the intake form, but marking the Routine referral box to dental.
- The intake form has no description, but the task does. The intake form and the task should identify the identical dental problem.
- For example, with patient ▆▆▆▆▆ no problem is listed on the intake form, but the task listed the Priority 2 problem.
- Failure to refer. The dental referral box for a condition listed on the intake form is not checked. Patient is not scheduled and therefore not seen in dental for a referrable condition.
- For patient ▆▆▆▆▆ for a 05/10/24 priority 2 condition listed on the intake form, the referral box was not checked. However, a separate task for a Priority 2 was created two months later for a new booking on 07/30 and this one is scheduled within timeframe for 08/08/24.
- Failure to refer and schedule a patient to dental from Intake when a documented condition is written on the form.
- This occurred for patients ▆▆▆▆▆ and ▆▆▆▆▆ where missing/broken teeth are checked on the form but there is no description of which is the issue, missing teeth or broken teeth, and the patient was not referred to dental.
- Departure from the standard of care. There were two (2) Dental Sick Call tasks created at Intake completed by the RN.
- This can affect a patient's ability to access dental care if a dental sick call is completed by the nurse without the patient being seen for that condition.
    - ○ See patients ▆▆▆▆▆ and ▆▆▆▆▆
- There was a pattern of a patient, ▆▆▆▆▆ repeatedly requesting and refusing dental care, stating that she is "scared" on the refusal form. When this type of pattern occurs, please do not let this go unattended. Contact mental health to assist the patient in obtaining dental health care. This is the beauty of having integrative care between medical, mental health and dental.

**Recommendation:**
- Please provide training to the nursing staff to fill out the intake form completely so that it has the same description, history, location and pain, and pain scale as the task used to schedule the patient to dental. The form and the task must both state the same dental problem, description, history, location, and pain scale as well as the same priority level.
- Fill out the intake form and check the referral box when a referrable dental condition is stated in the form. Do not create a separate task as the form automatically creates a task

> when the referral box is checked on the form. Duplicate tasks create more work for the
> dental staff and affect the statistics of the dental care provided at MCJ.
> - Clearly describe any condition marked on the intake form. Missing teeth may not always
>   be an indicator of a referral to dental however visibly evident decayed and /or broken
>   teeth are an indicator for a referral to dental.
> - The RN is not to complete a Dental Sick Call no matter the reason. Provide one on one
>   training. Only a dentist is to mark a dental appointment complete. When this type of
>   pattern occurs where the patient wants to be seen but refuses due to fear, please do not
>   let this go unattended. Please contact mental health to assist the patient in obtaining
>   dental health care. This is the beauty of having integrative care between medical, mental
>   health and dental.

## A.8    14-Day Exam / Health Appraisal Form – 26.7% - NC

*Perform an initial health screening on each inmate at the time of the <u>health inventory and communicable disease screening</u>, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. All screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with on-site or on call medical provider and/or dental provider (if on-site) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98)*

*At the time of the <u>health inventory</u>, examination includes notation of the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, evidence of infection, recent trauma, difficulty swallowing, chewing or other functional impairment. (Wellpath IP, p. 99)*

*Results of the Initial Health Screening: a. In the case of a dental/medical emergency, in which a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider staff. If in the opinion of the medical staff/licensed health care provider, the dental condition is likely to respond to immediate administration with antibiotic and/or analgesic medication this will be given. If in the opinion of the medical staff person/licensed health care professional in charge, the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital to protect the life of the patient. The contracted dentist will be notified and provide necessary post-discharge dental care at the next scheduled dental clinic. (Wellpath IP, p. 98 & 99)*

*If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)*

Think of the 14-Day Exam dental screening process as the "second" catch of dental problems to be found by the RN and resolved by the Dentist following any issues found during Intake.

The 14-Day Exam, the Health Appraisal, the Health Assessment, the Health Inventory and Communicable Disease Screening are one and the same terminology for the exam which is to be completed within 14 days of booking. I use the term 14-Day Exam to more easily understand the timeline expected from this exam.

It is important to note that multiple dental issues may be referred to Dental from this 14-Day Exam/Health Appraisal screening and must be addressed in Dental accordingly.

---

**Deficiency:**
- Failure to perform and use the Initial Health History & Physical Exam Dental Screening form in conjunction with the Initial Health History and Physical Exam (NCCHC) form at the time of the 14-day exam.
- Of the 5060 bookings this audit period, 366 patients were evaluated for only the Medical portion of the 14-Day Exam. Of the 366 patients, 162 or 44.%3 of the patients who received the 14-Day Exam had both the medical and dental forms used concurrently.
- Failure to screen, refer and schedule all patients still incarcerated at the time of their 14-day exam.
- Failure to understand the statistics relating to the 14-Day Exam and Wellpath's IP mandates for screening all patients still incarcerated at MCJ for their 14-Day Exam. See Table 9B in Statistics tab of the Dental Audit Tool.
- In a six (6) month time span, eight (8) patients, 2.2% of the 366 screened for the Health Appraisal, were referred to dental at the time of their 14-Day Exam.
- Of the 162 who received the dental screening using the Initial Health History & Physical Exam Dental Screening form, 59 were referred to dental. For those nurses who believe that the task is created automatically, it does not appear to be the case. It does not appear that any of the 59 patients, not listed in conjunction with the 8 from the those referred from the medical form were referred or seen in dental.
- In contrast, there were 1450 referrals from Nurse Sick Calls for a Dental Sick Call. How many of those requests were for dental conditions which could have been screened at the 14-Day Exam, prior to the patient putting in a sick call request for dental care?
- The lack of referrals, due to the medical and dental forms not being combined, due to the lack of an automatic task creation from the dental form when the referral to dental box is check, all provide a barrier to access to dental care.
- Being unaware of a problem is still a problem.
- Failure to refer. The referral box is checked but the referral is not done nor scheduled within the priority assignment.
- The 14-Day Exam form - Initial Health History & Physical Exam Dental Screening form, does not automatically create a task when the box is checked for referral to dental. This is for both <u>Priority 1 Emergent/Urgent</u> conditions where the RNs are to schedule the

---

patients for the next dental day and for <u>Priority 2 Routine referrals</u> to dental where the RNs are to schedule the patients within 14 calendar days of the 14-Day Exam.

- The 14-Day Exam is comprised of two forms, which it has been requested of CorEMR IT to consolidate for several years. Nursing performs the Initial Health History and Physical Exam and uses a separate form entitled the Initial Health History and Physical Exam Dental Screening in order to satisfy the mandates set forth in the Implementation Plan.
- It must be noted that, unless fixed, an automatic task is not generated from the Dental Screening form. A LOP has not been created to identify the steps necessary for the Nurses to have a successful referral to dental from the 14-Days Exam.
- A referral request identified in the Dental Screening form may also need to be marked on the Initial Health History and Physical Exam form for the task to be generated. This must be decided with CorEMR, so the patients have an audit trail for their referrals to dental from the 14-Day Exam.
- Per the Wellpath IP, page 98, "*All screening findings will be documented on the health inventory form including the odontogram*". There is an odontogram on the Initial Health History & Physical Exam Dental Screening form, but it is not fillable.
- Failure to document. Several different iterations of this problem are listed below:
- No problem is listed in the form, but the task is created, and the patient is seen the next dental day for a problem not identified at the health appraisal.
- The form is not consistently filled out. Rarely is a pain scale included in the form. The description, history, location, pain scale at a minimum is not always placed when a dental condition is identified on the form nor in the task.
- For patient ████████ an urgent referral box is checked but is given a Priority 2 task designation. Had the patient been scheduled per the initial Priority 1 assignment, the patient would have been seen April 3rd, but the patient was released on 04/12/24 and was never seen in dental.
- Wellpath has not completed the update to CorEMR's reporting ability for referrals to dental from the 14-Day Exam. There is a Form Question Report for the Initial Health History & Physical Exam Dental Screening. If a task is created outside of the referral from the Initial Health History & Physical Exam Dental Screening, then it cannot be tracked using the Form Question Report.
- There is no place on the Initial Health History & Physical Exam Dental Screening form for the multiple dental issues which may be found and referred to Dental from this 14-Day Exam/Health Appraisal screening.
- There is no dental LOP to address multiple referrals for episodic care to dental. This implies that multiple triages are scheduled, or a long dental triage appointment may be needed to address the referrals from the 14-Day Exam. This is to be determined by the CDO and written in the LOP.

**Recommendation:**
- Perform the 14-Day Exam on all I/Ps still incarcerated within 14 days of their booking.
- Request Custody to provide a daily sheet of who is expected to be at MCJ within 14 days of incarceration so the patients can be seen within the timeline and criteria identified in the Implementation Plan.

- Perform the 14-Day Exam using the Initial Health History & Physical Exam Dental Screening form in conjunction with the Initial Health History and Physical Exam (NCCHC) form.
- Work with CorEMR to combine the two forms into one.
- Work out a system where in the meantime, one of the forms is used to refer the patient to dental since both forms have a section for referral to dental but only the medical form has possibly the automatic creation of the task for the referral to dental. Operations Specialist to determine if this is happening or if CorEMR needs to be contacted to make the referral an automatic task creation as is Intake.
- For those I/Ps who are still at the Jail and who did not receive a dental evaluation during this period, schedule the I/Ps to receive the 14-Day Exam screening as soon as possible. During the screening, look in each I/P's mouth, regardless of their pain status and answer the questions listed in the 14-Day portion of Wellpath's Implementation Plan on p. 98 and 99.
- If I as Monitor can spot these issues, then the dental staff and management must also be able to spot these issues and be transparent about any findings and any departures from the Wellpath IP and/or the dental standard of care.
- Any findings are to be listed in the monthly Dental Subcommittee meeting where they are to have a running action list and status of unresolved dental issues, of which this 14-Day Exam is one of them.
- Self-governance is to benefit the patients receiving care at MCJ. CorEMR does not automatically pull these statistics for the dental team to utilize but since Defendant's are not willing or able to switch to a full electronic dental records system to run their dental program, then a concerted effort should be made to address deficiencies within their dental program and attach the statistical relevance to each deficiency when attempting to find a solution to resolve the deficiency.
- Understand and identify issues using P & Ps, LOPs and statistics to identify any barriers to access to dental care. Not having the 14-Day Exam for all those patients still incarcerated at MCJ.
- PLEASE AMEND THE FORM ASAP as this is a barrier to access to dental care. There were 59 patients referred from this form, and it appears that 0 (zero) had a task created automatically for the referral to dental. It is unknown if any of the 59 patients were seen in dental with the creation of a separate task. Please review all 59 of the referrals and ensure they are scheduled in dental. Note that this is confusing to nursing as they are told don't create a separate task for intake but do it for the 14-Day Exam.
- While working with CorEMR to amend the form, work with them also to combine the medical and dental forms into one. Medical's Initial Health History and Physical Exam (NCCHC) form is closed at the end of the 14-Day Exam, but the Initial Health History & Physical Exam Dental Screening form is not and is not completed as it is in the medical form.
- Provide a fillable odontogram per the mandates of the Implementation Plan on page 98.
- CorEMR is not an electronic dental record system and is not capable at this time of providing a fillable odontogram per the mandates of the Implementation Plan. An active,

fillable odontogram where the RNs can identify conditions found during the 14-Day Exam screening creates a visual audit trail with the patient's dental history available for review.
- The Form and the Task must be united in its information to Dental. Please include this in the LOP and provide nurse training for how to fill out the form and task.
- When amending the Initial Health History & Physical Exam Dental Screening to either - combine with the medical form and have one area for referring the patients to dental or - amending the dental form to also allow for automatic task creation, update the Form Question Report to query the referrals.
- Write the dental LOP (with the nursing component) to address multiple referrals for episodic care to dental from the 14-Day Exam and how referring and scheduling will be done within the dental clinic. This implies that either multiple triages are scheduled, or a long dental triage appointment is needed to address the referrals from the 14-Day Exam. This is to be determined by the CDO and written in the LOP.
- Please submit this LOP as soon as possible for review once CorEMR has amended the 14-Exam form.

## A.9   Health Assessment / 14-Day Exam - Urgent/Emergent Dental Level 1 – 37.5% - NC

**Deficiency:**
- Urgent referral from the 14-Day Exam form however the task is changed to a priority 2. It is unknown who changed the rating to a priority 2 and why for Patient ███████
  - For patient █████████ the patient is seen outside of the timeframe of the 14-Day Exam. An Urgent referral is made during the 14-Day Exam, but the form shows no indication of a problem. The Tasks states "9/11 -c/o **8/10 tooth pain** bottom back" but given a Priority 2 instead of a priority 1 as checked on the form. Where is the audit trail to see where the change in the priority assignment occurred and why. The patient had 8/10 pain and would have been seen the next dental day on 09/11/24 from the original referral but wasn't seen until 09/24/24.
- Inconsistent documentation. No pain scale, sometimes no description in the form but seen in the task. For patient ██████████ two tasks are created, one with a priority 2 and refused on 07/03/24. The other with a priority 1 refused on 06/28/24.
- Inconsistent RN findings in describing the dental level, priority designation and pain scale between the form and the task.

**Recommendation:**
- Provide nurse training for uniform documentation of the form, task and priority level, for the creation of the task from the referral and scheduling according to the assigned timeframe.
- Train staff when making a dental referral, to identify the Priority Level so that an Emergent/Urgent referral is marked as a Priority 1 referral and scheduled for the next dental clinic day; and a Routine/Dental Level 2 referral is marked Priority 2 and scheduled within 14 calendar days.

- Training is needed for nursing staff, and reinforced by dentist, such that instances of pain, toothache, hurt, hurting, abscess, bleeding or swollen gums and so forth receive a pain scale with the description, history, location, and duration of the dental chief complaint.
- Train staff so separate tasks are not created aside from the form unless the form does not automatically create a Task. Contact IT if the form does not automatically generate a Task and have that amended.
- Track any task that comes from the 14-Day Exam as well as from Intake, Sick Call and Physicians and make sure they are scheduled and seen in dental as referred.

## A.10  Health Assessment / 14-Day Exam - Routine Dental Level 2 – 20.8% - NC

See A.8 and A.9 above for additional information.

**Deficiency:**
- Failure to document, refer and schedule a routine referral to dental.
  - Patients ███████████ and ███████ were given a routine referral as checked on the form but minimal or no explanation as to why the patient is referred, no description of the dental problem.
  - No pain scale to justify the priority dental level assignment.
  - No task was created from the referral, nor scheduled or seen for the identified routine referral to dental marked on the form.

**Recommendation:**
- Provide nurse training for uniform documentation of the form, task and priority level, for the creation of the task from the referral and scheduling according to the assigned timeframe.
- Train staff when making a dental referral, to identify the Priority Level so that an Emergent/Urgent referral is marked as a Priority 1 referral and scheduled for the next dental clinic day; and a Routine/Dental Level 2 referral is marked Priority 2 and scheduled within 14 calendar days.
- Training is needed for nursing staff, and reinforced by dentist, such that instances of pain, toothache, hurt, hurting, abscess, bleeding or swollen gums and so forth receive a pain scale with the description, history, location, and duration of the dental chief complaint.
- Train staff so separate tasks are not created aside from the form unless the form does not automatically create a Task. Contact IT if the form does not automatically generate a Task and have that amended.
- Track any task that comes from the 14-Day Exam as well as from Intake, Sick Call and Physicians and make sure they are scheduled and seen in dental as referred.

## A.11  Dental Sick Call Requests – 28.1% - NC

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and referred to Dental Sick call as deemed necessary.*

*Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

- Nursing must create a Nurse Sick Call and see the patient within one day, 24 hours from the request for dental care per the Implementation Plan above.
- The incarcerated person fills out the request for dental services in ViaPath which will become Smart Communication or on a slip of paper which is handed to the RN.
- Once the request for the dental service is addressed, the Nurse Sick Call task must be created.
- The patient must be seen by the RN before the Nurse Sick Call task is completed.
- The patient is evaluated, screened for their chief complaint and the priority dental level assigned.
  - The condition of the dental problem, location, history and pain scale as well as the selected Priority dental level 1 or 2 is to be entered in the Nurse Sick Call task.
  - The Nurse Sick Call is completed in CorEMR.
- A Dental Sick Call task is created with the information from the Nurse Sick Call, entered into the Dental Sick Call task. The NSC and the DSC have the same information for continuity of care.
  - The condition of the dental problem, location, history and pain scale as well as the selected Priority dental level 1 or 2 is to be entered in the DSC task.
  - Schedule according to the priority designation in the referral.
  - Priority 1 = Emergent – schedule for the same day as the RN screening is done.
  - Priority 1 = Urgent – schedule next dental clinic day
  - Priority 2 = Routine - scheduled in Dental within 14 calendar days of the completed Nurse Sick Call.
- <u>To re-emphasize, the Nurse Sick Call from evaluating the patient in person must be completed within 24 hours of the request for the dental services.</u>

---

**Deficiency:**
- Failure to scan the incarcerated person request, for a dental sick call, into the document section of CorEMR.
- Without scanning this information into the document section of CorEMR, unable to determine compliance without access to ViaPath. Determine for self-governance, if the incarcerated person is seen within 24 hours of the request for dental care by the nursing staff. (Wellpath IP p. 101).
- Lack of a nursing audit trail to confirm the RN sees the patient, who submitted a request for dental care, within one day of their request.
- Lack of a completed Nurse Sick Call task for seeing the patient within one day of their request.
- Not all requests for dental care are seen by the RN within 24 hours.
- Failure to create a task, refer the patient to dental for a screened problem and schedule a patient for their dental health care request. Failure to visualize the audit trail from request to NSC to DSC.

---

- For patient ▮▮▮▮▮ the Nurse Sick Call was rescheduled 05/17/24, 05/19/24, 05/20/24, completed 05/23/24. No dental sick call task was created nor scheduled from the nurse sick call.
- In another instance patient ▮▮▮▮▮ placed a request on 04/26/24 and was rescheduled 14 times until the Nurse Sick Call was completed on 05/14/24. The patient was then given a priority 2 for "5/14 - Right Upper rear molar #2 Per pt has cavity" and scheduled for 5/21/24 when the patient refused. This is 18 days from the request which is outside of the mandates of the IP for patient to be seen within one day of the request. Wellpath IP p. 101.

- There is no policy or LOP nor is there a case ID attached to each inmate requests for a specific issue which can be tracked from ViaPath to CorEMR, as these softwares do not interface from the nurse sick call to the dental sick call triage and subsequent dental treatment. Therefore, there currently is no way to know and confirm, for self-governance and self-audit, if all the patients who submitted a dental request for pain, abscess, toothache, etc. were eventually seen in dental.
- The Nurse Sick Call is not always completed prior to the Dental Sick Call.
  - Patient ▮▮▮▮▮ No Nurse Sick Call.
- This lack of an audit trail affects the ability to understand the patient's access and timeliness of dental care.
- The lack of consistent documentation on the task, to include at a minimum the chief complaint, description and condition of problem, location, and pain scale, is not always stated and not included in the Nurse Sick Call notes.
- Wellpath does not have a report for inmate requests sent for dental sick call and this has not been created to date in Wow and if it has, it has not been submitted for review. There is no Form Question Report for the referrals from Dental Sick Calls for Emergent/Urgent priority DL1 patients and Routine priority DL2 patients as there is for Intake and the 14-Day Exam.
- In the files provided by Wellpath, there is no identification of the request being segregated individually into Dental, Medical and Mental Health. There is a drop down which can be selected for dental, but it was not in the files sent to this Monitor. When a request for dental services is in both the medical and dental or mental health and dental for example, and the dental request is not placed in the dental drop down, then a word search is used to identify the dental requests found within medical. By doing a heuristic search, it is also possible that not all dental inmate requests are addressed if the spelling is not the word searched.

**Recommendation:**
- Scan the incarcerated person requests for dental care timely into the Document section of CorEMR, best would be right after the completion of the NSC for that patient's request.
- Address the request and <u>see</u> the incarcerated persons who submitted the request within one day of their request per the IP on page 101.
- Complete the Nurse Sick Call screening and task and create the Dental Sick Call task.
  - The Nurse Sick Call task and the Dental Sick Call task must have the same documentation when referring a patient to dental.

> - ○ Include a description of the dental problem, history, location and pain scale.
> - ○ Assign the priority dental level and schedule accordingly
>   - ▪ Priority Dental Level 1 – Emergent – schedule same day
>   - ▪ Priority Dental Level 1 – Urgent – schedule next dental day
>   - ▪ Priority Dental Level 2 – Routine – schedule within 14 calendar days.
> - ○ Track the referrals for compliance.
> - Schedule the Dental Sick Call per the assigned Priority level and schedule with Dental accordingly and within timeframe.
> - Finish the LOP for the Nurse Sick Call to Dental Sick Call process.
> - Train the RN, MD, NP, PA according to the LOP.
> - Determine if there is a way to link the ID generated in ViaPath to be tracked in CorEMR so that the requests for dental care are accounted for and tracked for compliance.
> - Provide this Monitor access to ViaPath, soon to be Smart Communication.

## A.12  Dental Sick Call - Urgent/Emergent DL1 – 50.0% - NC

> **Deficiency:**
> - Failure to schedule within timeframe.
>   - ○ Patients ████ and ████ are not scheduled by nursing for the next dental day when originally assigned a priority 1 dental level.
> - Failure to make a Dental Sick Call referral. No Dental Sick Calls are made from these Nurse Sick Calls. **Not referred to Dental are barriers to access to care.**
>   - ○ For patient ████ no Dental Sick Call task is made from this Nurse Sick Call.
>   - ○ For patient ████ no Dental Sick Call task is created nor scheduled from the nurse sick call for, "5/16 - Need to see someone asap my mouth is killing me (did not specify if this is dental related)".
>   - ○ For patient ████ rescheduled by Nursing 03/31/24, 04/01/24 and completed 04/02/24 for " i need left back tooth pulled". A priority dental level 3 is then assigned which is not an indicated priority dental level. No Dental Sick Call is made from this Nurse Sick Call.
>   - ○ For patient ████ not referred to dental for the pain med request. No dental sick call for the 09/10/24 request for meds for his jaw, "9/9 - Level 1 Had oral Left lower jaw surgery 5 days ago". Seen by medical. The patient requested again on 09/16/24 and still not seen by dental until the sergeant on 09/23/24 requested the patient be seen.
> - Failure to refer to Dental due to an RN completing the Dental Sick Call.
> - There is inconsistent assignment of the priority level and therefore patients are not always scheduled within timeframe. There were instances when an urgent referral was stated but a priority 2 was assigned. Inconsistent use of the priority system and subsequent scheduling of a dental referral is a barrier to access to care.
> - Lack of documentation. The pain scale is not always given. A description of the condition of the tooth or mouth is not always given to substantiate the priority designation.

- A Dental Sick Call on 09/02/24 for patient ▮▮▮▮▮ is created for a Priority 2 referral that should have been a priority 1 referral.
  - "9/2 - ip having toothache pain 9/10 requesting to get seen asap not able to chew or sleep.
  - 9/2 - The bottom right back of my tooth is really in pain I haven't slept in two days and haven't eaten in two days also I really wanna do something about this pain its very tiring and exhausting".
- The Dental Sick Call was completed by the RN and the patient is not referred to dental until another sick call is placed by the patient for 09/05/24 with a priority 1 designation this time. This is a <u>deep departure from the IP and the dental standard of care</u>, causing the patient to have pain for several days and having to request another sick call.
- Priority designation is changed from Priority 1 to Priority 2 after it was assigned as a priority 1 during the nurse sick call process. Who and why the change is made is not stated. Changing an assigned priority level from nursing defeats the purpose of screening for dental conditions. If training is needed, please provide the training to the RNs and identify the issues along with the documented training within the monthly Dental Subcommittee meeting.
- Lack of an easily to follow audit trail. Not all Nurse Sick Calls are completed prior to creating the Dental Sick Call.

**Recommendation:**

- Include a description of the dental problem, history, location and pain scale at the Nurse Sick Call.
- Complete the Nurse Sick Call. Create a Dental Sick Call with the assigned priority dental level and schedule accordingly:
  - Priority Dental Level 1 – Emergent – schedule same day
  - Priority Dental Level 1 – Urgent – schedule next dental day
  - Priority Dental Level 2 – Routine – schedule within 14 calendar days.
- Remove the barriers to access to care.
- Create the LOP for the Nurse Sick Call to Dental Sick Call process.
- Train the RN, MD, NP, PA according to the LOP.
- The Nurse Sick Call is to have, for consistency, the same description, condition, location and pain scale and the priority dental level as the Dental Sick Call, which is to be created from the Nurse Sick Call.
- Update CorEMR's reporting capabilities per the Dental CAP, to report on emergent, urgent and routine referrals to dental from the Dental Sick Call request. Track any task that comes from Intake, Sick Call, 14-Day Exam, Physicians and Physicians on Call and make sure the patients are scheduled and seen in dental as referred and within timeframe.
- When making a dental referral, identify the Priority Level so that an Emergent/Urgent referral is marked a Priority 1 and scheduled for the next dental clinic day and a Routine / Dental Level 2 referral is marked Priority 2 and scheduled in dental within 14 days.
- Priority 1/Dental Level 1 delineation is for urgent and emergent cases, not only emergent problems.

- Dental is to provide documented training, internal self-audit, documented retraining to the nurses in order to accurately assign and schedule the priority 1 or 2 assignment. Include these internal audits, results and type of training given in the Dental Subcommittee meeting minutes.
- RNs are not to complete any Dental Sick Call tasks.
- Provide documented training and review the reasons for these continuing problems.
- Do a root cause analysis of these issues and provide a solution to this barrier to access to care.

### A.13 Dental Sick Call - Routine DL2 – 63.6% - NC

**Deficiency:**
- Delay of dental care is a barrier to access to care. Wellpath's IP on page 101. Not all Nurse Sick Calls from requests for dental care are completed within timeframe.
    - Patient ████████ submitted a request for dental care on 04/26/24 but was rescheduled 14 times and wasn't seen by the nurse until 05/14/24 when the Nurse Sick Call was completed. Then the Dental Sick Call was created on 05/14/24. Without seeing the original sick call request, one would not have easily seen the 14 reschedules between the request for dental care and the completed Nurse Sick Call.
    - Patient ████████ put in for a request on 05/16/24, "Need to see someone asap my mouth is killing me (did not specify if this is dental related)" and the nurse sick call was rescheduled 4 times and completed seven (7) days from the request on 05/23/24.
    - For patient ████████ the patient request is on 08/28/24 and the Nurse Sick Call is not completed until 09/13/24.
- Lack of an easy to follow audit trail can cause a delay in achieving compliance and self-governance. Without carefully assessment of the underlying system of CorEMR, these reschedules occurring between the request for dental care and the Nurse Sick Call can easily be missed as the dental care history is not chronological in the dental progress notes.
    - If you query a task report for nurse sick call and do a dental search, then will find where a nurse sick call is completed. HOWEVER, the majority of the dental sick calls do not have a completed nurse sick call this audit period, and this is only found by auditing the charts as there's no mechanism in place to identify that the completed Nurse Sick Call is missing.
    - In other words, if counting the Nurse Sick Call query from the Form Question Report then it appears there are no problems. It is not until you look at the audit trail from reviewing a chart that one sees the lack of completed Nurse Sick Calls.
    - The lack of scanned documentation to assess when the patient wrote the request for dental care is also part of the missing audit trail.
- There is no Form Question Report for the referrals from Dental Sick Calls for Routine DL2 patients as there are for Intake and the 14-Day Exam. However, one can run a Task report

and word search for pain, toothache, swelling, abscess, jaw, gums or swollen as some examples and screen for the priority dental level.

- Failure to place the Dental Sick Call in the right dental category within CorEMR.
  - For patient ██████ a priority 2 Dental Sick Call is made, "8/7 - I have a toothache". No history, location and pain scale are noted in this DSC. The clinical notes say this appointment is for the "Periodontal Program" rather for a Dental Sick Call category. No x-rays are taken by dental for this toothache. The toothache is not addressed.
- Failure to refer to Dental due to an RN completing the Dental Sick Call.
- "If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." [Wellpath IP, p. 99]
  - For patient ██████ the RN completed the dental sick call and didn't create a new one until the next day for, "Pt complaining of pain 10/10 and swelling in mouth from right upper side."
  - 10/10 and swelling is not a priority 2 condition; it is a priority 1 condition.
- Failure to refer and schedule the patient timely for a Dental Sick Call from a Nurse Sick Call.
  - For patient ██████ a priority dental level 2 is given for:
  - "8/14 - Root canal extraction. I have a severe toothache root canal please see asap".
  - This should be a priority 1 designation for "severe toothache following a root canal" if further description is not given or stating why the patient is given a priority 2.
- Lack of an easy to follow audit trail can cause a delay in achieving compliance as mandated in the Implementation Plan and a delay in achieving self-governance.
- The requests for dental services are generally not scanned into CorEMR.
  - For patient ██████ a Nurse Sick Call is not completed although a Dental Sick Call is created.

**Recommendation:**

- Create an audit trail.
- Identify when the incarcerated person's request for dental care is submitted for a Nurse Sick Call.
- See the patient and complete the Nurse Sick Call.
- Create the Dental Sick Call from the Nurse Sick Call and schedule according to the selected Priority Dental Level.
- Provide training to the RNs regarding what category of dental care the requests for care belong in.
- Continue to update the LOP for situations such as these.
- Include a flowchart within the LOP to assist with training.
- A definition of urgent dental needs is to be written so there is no confusion by the nurses as to what a priority dental level is assigned is for urgent priority 1 assignment.

- A description is given but the condition of the problem, location and pain scale are not. These descriptives should be to be included in the referral to remove any doubt that this request for care is not a priority dental level 1.
- Create and complete the LOP for patient flow to dental.

## A.14  Physician on Call (POC) – 76.9% PC

This metric reviews the referrals to Dental from the POC. Physician referrals can also come from various sources:

- <u>Health & Physical</u> which occurs within 6 months of the patient's incarceration.
- <u>Chronic Care exam</u> which can also include urgent/emergent and routine referrals as well. The Chronic Care exam occurs five to seven days from booking.
- <u>Referral from Nursing Sick Call to physicians</u> for emergency onsite dental care issues when dental is not available.
- <u>Physician on Call (POC)</u> for after-hours dental emergencies.
- <u>Physicians, NP, PA</u> for referral to higher levels of care, ER send outs.

---

**Deficiency:**
- The log for patient referrals from a MD, NP and PA are not available through CorEMR for physician referrals for after-hours care. This is located in the Wellpath Now software and must be sent by Wellpath for review rather than being accessed directly.
- Therefore, there is no immediate log from CorEMR for after-hours emergency care/POC dental issues, nor a log of physician referrals for send outs to a higher level of care, hospital, dental emergency or urgent/emergent DL1 referrals back to dental from after-hours Physician on Call.
- There is no completed P&P and LOP available to train physicians on how to schedule a follow-up in dental after a POC emergency and/or priority DL1 conditions.
- Nor is there an LOP to teach nurses when to call the POC.
  - Patient ▮▮▮▮▮▮ was not given pain medication following a tooth extraction and had to wait over 20 hours for pain medication following extractions of teeth #30 & #31 on 09/13/24.
  - Patient received medications from medical, the following day, "Subjective: 9/14 - I got surgery yesterday around 10:30am from the dentist and still have not gotten anything for the pain. I've been in excruciating pain all night long".
  - Unknown at what time the request came in for pain and may have been able to contact the POC to help this patient. CDO please review.
- Lack of scheduling an after-hours POC with dental for the next dental day.[Wellpath IP, p.98 & 99]
  - For example, patient ▮▮▮▮▮ was seen by the after-hours POC for "Facial Cellulitis: Sudden onset of diffuse and spreading swelling and/or redness of the face, jaw or cervical areas caused by an infected tooth"

---

> o Was given a Priority 2 dental designation instead of a Priority 1 for the above condition.
>
> **Recommendation:**
> - There is a POC system in place however with frequent change of personnel, the consistency and training should be repeated in order for the physicians to know how to schedule patients with the dentist for a priority 1 assignment for the next dental day, following an after-hours call to the POC.
> - Please provide the Physician On Call logs for physician referrals, dental emergencies and after-hours dental emergencies.
> - After hours Physician on Call patients should be referred as a priority 1 and seen in dental by a Dentist at the latest the next dental day.
> - Provide training to the medical staff as to when to contact the POC for dental issues, especially as it relates to pain from procedures which occurred during the day.
> - Create a Policy and Procedure and LOP to outline the POC process as it relates to dental emergencies. Have a local operating policy and procedure available for physician training in order to make training easier for staff as they might be the ones to schedule the dental follow-up.

## A.15  Referred to Outside Specialist/Specialty Care – 78.6% - PC

The patients are not always scheduled and seen within 30 days of the referral to the outside specialist.

The original report to the OS or any offsite specialist from ERMA is not scanned into CorEMR and should be scanned so it can be viewed in the treatment record.

**The <u>report and enclosed radiographs</u> from the offsite specialist are not always reviewed,** with any pathology and/or other findings identified and discussed with the patient in a congruent and systematic way. The appropriate course of action is not always determined and integrated into the treatment plan based on the specialist's recommendations and the patient's individual needs; although a chronological SOAPE progress note is entered in the patient's record during the incarcerated person's patient's follow-up appointment on the next dental day when there is a follow-up from the return from offsite.

*The return report from the offsite specialist is not co-signed by either the RN or the Dentist.
*Often the review of the specialist documentation does not include a review of the radiograph with the patient.

The focus should be on ensuring the patient receives the best possible care through effective communication and collaboration between all members of the dental team. When reviewing the post-op follow-up notes, the Dentist does not always review the offsite specialist's report and/or radiographs in their progress notes. This should be more clearly addressed in the LOP.

Upon the patient's return to Monterey County Jail from the offsite specialist, the patient is seen by the RN who fills out the Return From Offsite form and follows the orders listed by the outside specialist. The report is stamped received and is scanned into CorEMR. The audited reports are all scanned timely.

The RN confirms there is a Priority Dental Level 1 task created so the patient is to be seen the next dental day by the Dentist. Patients were generally seen for their follow-up appointment on the next dental day following the return from offsite.

**Registered nurses and physicians may assist with administrative duties, but they cannot independently review, approve, or make clinical decisions regarding dental reports.** The dentist's oversight ensures that the care plan and treatment are appropriate and legally compliant. The RN may flag the report for review by the dentist, but they wouldn't typically have the authority to sign off on it.

Therefore, it is the dentist's role to acknowledge the content of the report and enclosed radiograph(s) and clinically document the review with the patient in the patient's dental record.

**California Dental Practice Act (California Business and Professions Code § 1600 et seq.):**
- The California Dental Practice Act governs the practice of dentistry in California and outlines the responsibilities of dentists, including reviewing and signing off on clinical reports related to dental care.
- According to the Act, dentists are required to assess and approve documentation that pertains to their practice. This includes external specialist reports that may affect patient treatment.
- According to the California Dental Practice Act, a dentist is legally responsible for evaluating and overseeing the diagnosis and treatment of dental conditions. If a report from an external dental specialist (e.g., an oral surgeon, endodontist, prosthodontist) is received, the dentist must review the report to determine how it impacts the patient's treatment plan. Only a dentist would be expected to make decisions regarding the relevance and integration of a dental specialist's report.

**California Code of Regulations (CCR), Title 16, Division 10, § 1005:**
- This regulation provides further details on what is expected of licensed dentists, including guidelines on the professional judgment and duties of a dentist when reviewing patient records and reports. Dentists are tasked with ensuring that the treatment plans and patient records are accurate.

**California Health and Safety Code § 123100-123149 (Electronic Health Records and Medical Records):**
- This code outlines guidelines for medical records and includes provisions that affect how documents like specialist reports are handled within a patient's record, ensuring that only qualified professionals (in this case, a dentist) approve the documentation that is specific to the dental practice.

**The American Dental Association (ADA) and Licensing Boards:**
- The ADA and state licensing boards further outline the role of dentists in reviewing and approving records related to dental care. Their ethical guidelines emphasize the importance of professional responsibility in reviewing and approving clinical records.

**HIPAA (Health Insurance Portability and Accountability Act) Compliance and Documentation:**
- HIPAA mandates that only authorized individuals are allowed to access and make clinical decisions regarding health records. In a dental practice, this responsibility falls to the licensed dentist, as per both HIPAA guidelines and the **California Dental Practice Act**.
- Both California law and the HIPAA ensure that only authorized individuals (e.g., a licensed dentist) can sign off on documents within a dental record. This ensures accountability and maintains the integrity of the patient's health information.

**Therefore,** the offsite specialist's report and enclosed radiograph(s) must be clearly reviewed by the Dentist at the patient's follow-up appointment, the next dental day following an offsite visit.

Any x-rays and/or panoramic radiograph which accompany the report must also be reviewed for any pathology and/or other findings and noted and integrated in the progress notes and treatment plan, with a DPC, and the patient informed of any findings.

The date of the completed treatment from offsite must be entered in the Dental Treatment form and scanned back into CorEMR.

---

**Deficiency:**
- Offsite referrals use a system called ERMA which is not accessible to this Monitor. There is no separate dental priority code (DPC) assigned to the patients referred to outside specialists in order to track them to and from dental, however they are using a DPC 3 to assess for timeliness of the referral which is great.
- The patient is not always scheduled and seen within 30 days of the referral to the outside specialist.
  - # ▮▮▮▮▮ is rescheduled and not scheduled and seen within 30 days of the original referral.
  - ▮▮▮▮▮ referred 06/06/24, scheduled outside of the 30 days.
  - # ▮▮▮▮ originally referred on 06/08/23. Referred again on 04/25/24 and then referred on 07/16/24. The final referral was scheduled within timeframe, but the previous two were not.
- Only one incarcerated person is not seen the next dental day for their follow-up with the Dentist, after the return from the offsite specialist this audit tour. This area is much

improved. The following patient was not seen the next dental day and does not have a progress note for the follow-up visit.

- o   Patient #███ scheduled 05/06/24 in dental instead of 04/26/24 and there are no dental clinical notes for that task. It appears the RN assigned a priority 2 instead of a priority 1, therefore the patient was not seen the next dental day. The completed dental sick call task says, "Patient is still waiting for his upper stayplate. Will see patient for adjustments after he has received his stayplate." Patient seen 05/09/24 for a comprehensive exam.

- **The <u>report and enclosed radiographs</u> from the offsite specialist are not always reviewed,** with any pathology and/or other findings identified and discussed with the patient. The appropriate course of action is not always determined and integrated into the treatment plan based on the specialist's recommendations and the patient's individual needs; nor a chronological SOAPE progress note entered in the patient's record during the incarcerated person's patient's follow-up appointment on the next dental day following the return from offsite.

- o   See patients #███ ███ (could not locate the patient for a second review),

- Patients were generally seen for their follow-up appointment on the next dental day following the return from offsite except for patient #███.

- The date of the completed treatment from the outside specialist on the dental treatment form is not always entered in the Dental Treatment record and scanned into CorEMR.

- Failure of the Dentist to refer the incarcerated person for outside specialty care as indicated in the dental progress notes for an identified dental condition requiring an outside specialist to perform the treatment plan per the IP.

- o   Patient ███ was referred on 03/29/24 but doesn't seem to be accepted into ERMA system until 05/01/24 and then scheduled outside of timeframe for 06/04/24. Patient was released 05/10/24 therefore was not seen with the outside specialist but could have been seen if had been scheduled at the time of the original referral. There's also a clinical note about re-evaluating the wisdom teeth added on 06/27/24 when the patient was already released.

- o   Patient ███ ERMA sent OS referral for extraction of #17,18,19,20,21 on this day to be completed in addition to #28,29,30,31,32 however the referral did not appear to go through as stated on 06/25/24. Patient only received OS extractions for #28,29,30,31,32. Please review.

- As CorEMR is not an EDRS, there is no way to track in CorEMR if a referral is identified and treatment planned but actually not referred.

**Recommendation:**

- Schedule and see the patient with the outside specialist within 30 days of the referral.

- A draft LOP has been created and is effective in training the new offsite clerk. Include that the Dentist must review and sign the outside specialist's report per the California Dental Practice Act.

- One can see the scheduled offsite dental referrals by running a report from offsite in CorEMR using the Dentists' names. However, referrals made directly from nursing or physicians to the outside dental specialist are not clearly accessible as one must do a

word search and look through all the offsite appointments to find the dental referrals if they are not made by the Dentists.

- For self-governance, please discuss how MCJ/Wellpath will assess for overall compliance with referrals to offsite. Can you include this area of monitoring compliance in the Monterey Compliance Report?
- Also include in the LOP how biopsies will be handled onsite and offsite and the flow of patient care including the reading to the patient of the biopsy results and any subsequent care and follow-up with the oral surgeon will be scheduled.
- The Dentist must see the patient at the next dental day following the offsite appointment per the IP.
- Acknowledge and review the report and integrate any findings into the treatment plan, including a DPC. Include the discussion the Dentist had with the patient in the progress notes.
- The Dentist is to evaluate any radiograph and/or panoramic x-ray returned with the report and identify any pathology and/or any other findings in the progress notes. Inform the patient and discuss the follow-up care. Document this in the progress notes.
- Show the date of the completed treatment from the outside specialist on the dental treatment form and scan it into CorEMR.
- If further care is indicated, identify it in the progress notes and treatment plan with a DPC and inform the patient of any and all findings. Make sure any follow-up care task is scheduled.
- Refer the patient to the specialist when indicated on the day the patient is diagnosed; treatment planned and assigned the DPC.
- Please provide the audit trail by scanning the original referral into CorEMR's document section. The referral report to ERMA is not scanned into CorEMR to confirm compliance that the patient is referred and scheduled within the 30 days of the referral.
- See Section B for timeliness of care to see if the patients are then seen within this timeframe.
- For a referral from the Comprehensive Exam, Chronic Care and/or the Periodontal Disease Program, document the referral in the progress notes and in the Dental Treatment Plan form including the DPC. When the treatment is completed, add the date of the treatment and scan the form back into CorEMR.
- Requesting access to ERMA and/or the ability to see how ERMA tracks the referrals and links them to CorEMR when the patient returns and how compliance can be monitored overall as a system.

### A.16  Chronic Care – 6.9% - NC

Patients with HIV, Seizures, Diabetes, Pregnancy and those on four (4) or more psychotropic medications and/or with serious mental illness (SMI) are to be evaluated and referred by the Physician for the Dentist to diagnose and treat the patient' identified dental conditions within this subset of co-morbidities.

"Chronic systemic illnesses or medical conditions such as diabetes, human immunodeficiency virus (HIV), seizures, pregnancy, or other conditions often affect the oral cavity. Dental pathology related to such chronic systemic illnesses or medical conditions should be ruled out or identified at the earliest opportunity in order to receive definitive dental care."[41]

*Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival."* (Wellpath IP, p. 13)

*Chronic illness is any health problem/condition lasting at least six months which has the potential to, or actually does, impact an individual's functioning and long term prognosis. Such conditions may include, but are not limited to, cardiovascular disease, diabetes mellitus, gynecological disorders or diseases, chronic infectious diseases, chronic pulmonary diseases, seizure disorders and psychiatric disorders."* (Wellpath IP, p. 27)

*Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider."* (Wellpath IP, p. 27)

---

**Deficiency:**
- As of this audit tour, no patients with HIV, Seizures, Diabetes, Pregnancy and for patients on four or more psych meds and/or Serious Mental Illness (SMI) were identified as referred to dental from the 5-7 day Chronic Care initial or follow-up exam.
  - To see if any patients were referred to dental from chronic care, a search of patients with each condition was located through the Report function and then an audit of the chart's task to see if a referral was made to dental. No patients were found to have been referred to Dental from Chronic Care.
- Spoke with the Medical Director during the audit tour and she indicated that she would start on this day to refer patients to dental, when indicated, for those patients with HIV, Seizures, Diabetes, Pregnancy and for patients on four or more psych meds and/or Serious Mental Illness (SMI).
- There is no training showing the Dentist has reviewed the parameters for referral to dental with the Physician for urgent, emergent and routine conditions.
- There are very few chronic care forms, for the patients mentioned above, which have an area for a meaningful oral evaluation.
  - The current Chronic Care forms utilize the HEENT/NECK evaluation for the head and neck evaluation.
    - The HEENT (Head, Ears, Eyes, Nose, and Throat) /NECK examination does not look as closely at the oral environment as the HEENOT.

---

[41] See *page 143 IDSP 3. Chronic Systemic Illnesses or Medical Conditions.* Also review *page 18 IDSP Chapter 2.3-3 IV. B. 3 and A1b.*

- The HEENOT looks at "teeth, gums, mucosa, tongue, and palate examination (HEENOT) for assessment, diagnosis, and treatment of oral–systemic health."[42]
- While a traditional HEENT exam doesn't explicitly include a comprehensive dental evaluation, there's a growing movement to incorporate oral health assessment into what's being called HEENOT (adding "O" for oral cavity).[43,44]
  - The HEENOT is a newer approach which advocates for integrating oral health into the head and neck assessment, recognizing the connection between oral health and overall well-being. It promotes a more comprehensive evaluation of the oral cavity, including teeth, gums, tongue, palate, and mucosa.
- In essence, while a traditional HEENT/NECK exam might involve a brief look at the mouth and throat, a comprehensive dental evaluation is typically considered separate. However, the HEENOT/NECK approach aims to bridge this gap and integrate oral health assessment into routine clinical practice.
- Oral health is increasingly recognized as a crucial component of overall health. MCJ is a setting where interprofessional collaboration between medical, mental health and dental professionals is emphasized. Conditions like periodontal disease have been linked to various systemic health problems, highlighting the need for a more integrated approach to assessment.
  - Oral health is increasingly recognized as a crucial component of overall health. The World Health Organization (WHO) emphasizes that oral health is a key indicator of overall health, well-being, and quality of life.[45]
  - Similarly, the Mayo Clinic highlights that your oral health offers clues about your general health, noting that problems in the mouth can affect the rest of the body.[46]
  - Furthermore, the National Institutes of Health (NIH) asserts that oral health plays a vital role in the physical, mental, social, and economic well-being of individuals and populations.[47]
- Patient seen for "Mental Health-Special Needs" on the Mental Health Initial Assessment, have no mention of oral hygiene habits, or review of patient's mouth as part of patient's mental health goals of good self-care.
- The Mental Health Initial Assessment does not have a section for referral to dental.
- No patients on 4 or more psych meds or with SMI were referred to dental. My concern has always been that this patient population may not always be able to advocate for their oral health care needs nor be always able to request dental care services.

---

[42] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4330841/
[43] https://pubmed.ncbi.nlm.nih.gov/25602900/
[44] https://www.ada.org/-/media/project/ada-organization/ada/ada-org/files/about/current-policies-and-historical-publications/20_ar_supp_02.pdf
[45] https://www.who.int/health-topics/oral-health?utm_source=chatgpt.com#tab=tab_1
[46] https://www.mayoclinic.org/healthy-lifestyle/adult-health/in-depth/dental/art-20047475?utm_source=chatgpt.com
[47] https://www.ncbi.nlm.nih.gov/books/NBK578297/?utm_source=chatgpt.com

> o  For example, patient #███ has been in custody for over one year. Please determine if this patient understands the annual comprehensive dental examination is available and/or is able to request it.
>
> **Recommendation:**
> - Provide documented training to the MD, PA, NP showing the Dentist has reviewed the parameters for referral to dental for urgent, emergent and routine conditions.
> - Complete a self-audit of patients and communication with the physician(s) who perform the chronic care exam for those patients with the above mentioned conditions. Ensure there are no barriers to access to care.
>   - o  Track the referrals from chronic care to dental so patients are seen within timeframe. CAP #101.
> - Refer I/Ps to dental with these chronic care issues when indicated by the physician (HIV, Diabetes, Seizures, Pregnancy, and patients on 4 or more psychiatric medications and/or with serious mental illness/SMI) during the initial 7 day chronic care appointment or during the follow up chronic care appointment when indicated.
> - Finalize the LOP for referrals from Chronic Care and include the training module.
> - Include a training for the Dentists per the Comprehensive Care Program LOP so the Dentists do not decline patient's dental health nor decline referrals from Chronic Care. ██████ on 04/18/24.
> - There also is no real place within the form, initial and/or follow up chronic care, for an oral screening. Please update the chronic care forms to include a section for the oral evaluation to include teeth, gums, mucosa, tongue, and palate examination (HEENOT/NECK).
> - It was found that there is no easy way to see if a patient is referred to dental from Chronic Care, as there is no space in the form for a dental referral. Complete the update of the Chronic Care forms to include a section for referral to dental.
> - Please update the Mental Health Initial Assessment to include a referral to dental section.

### A.17  Comprehensive Dental Examination – 27.3% - NC

> **Deficiency:**
> - Failure to schedule the Comprehensive Dental Annual Examination (DAE) within the 30 day timeframe.
>   - o  For compliance purposes, a Priority Dental Level 3 is given by the RN for those examination requests which are to be scheduled within 30 days of the request.
>   - o  For example, these patients were scheduled outside of the 30 day timeframe. ██████ (34 days), ██████ (48 days), ██████████████ (51 days), ██████ (69 days), ██████ (128 days).
> - For the requests from the incarcerated person for their comprehensive dental annual examination, following one year of incarceration, rarely is there an audit trail such as a completed Nurse Sick Call, with the request available in the document section of CorEMR.
>   - o  No completed Nurse Sick Call. See patients ███████ █ ███████.

- Departure from the standard of care. The RN incorrectly completed the comprehensive dental examination appointment, and the patient was never scheduled for the requested and eligible exam and cleaning.
  - Please schedule the patients ████████ ███████████████ as soon as possible if they are still in custody.
- There is a general failure to state and schedule the exam recall and frequency in the progress notes and on the dental treatment form.
- There is a general failure to state and schedule the periodontal recall and frequency (3 months recall, 4 months recall, 6 months recall).
  - No tasks were created for exams or periodontal recall and frequency in order for there to be continuity of dental care for the patients.

**Recommendation:**
- Per the Wellpath IP, see the patients within one day of the request.
- Schedule the patients for their comprehensive dental examinations within 30 days of the request.
- Again, per the Wellpath IP, see the patients within one day of the request and schedule the patients for their comprehensive dental examinations within 30 days of the request.
- Only the Dentist is to complete a dental task.
- Provide documented training and perform routine self-audits to make sure this never happens again.
- For each comprehensive dental examination:
  - Identify and place the exam recall and frequency in the Dental Treatment form and in the progress notes.
- Identify and place the periodontal recall and frequency in the Dental Treatment form and in the progress notes.
- Please update the draft LOP on Comprehensive care and SOAPE and include the Periodontal Disease program. Include workflows/diagrams, if possible, to assist the Dentists in selecting the categories for care within CorEMR. Train the Dentist to place the comprehensive dental exam in the "Dental Annual Exam" category for those patients with more than one year of incarceration requesting the exam. Place the completed exam in the "Dental Periodontal Program" category for those requesting a cleaning who have not received an annual comprehensive exam. Place completed dental treatment in the Dental Treatment category of CorEMR. Run a statistical analysis monthly.
- Review the findings of the comprehensive dental examination with the patient and note the discussion in the progress notes. Phase and schedule the treatment plan according to the findings.

## A.18  Periodontal Disease Program – 22.7% - NC

The periodontal examination (ADA CDT Code D0180), with diagnosis, treatment plan and DPC, is not performed within 30 days of the request for the Periodontal Disease Program.

Currently, this is what is happening in the Periodontal Disease Program at MCJ. A patient requests a cleaning for example and the patient is to be scheduled within 30 days for a screening, although currently they are scheduling outside of the timeframe. A screening PSR is taken but a diagnosis is not completed as they are only screening the patient and not completing the periodontal examination. The patient is given a form to sign with their periodontal diagnosis listed on the form. The actual diagnosis, given without doing the full periodontal examination and obtaining a formal diagnosis, is written in the progress notes at the screening task. Generally, what is given to the patient as a diagnosis also differs from what is written in the progress notes. **Giving a diagnosis without the objective findings necessary to substantiate the diagnosis is a departure from the standard of care.[48]**

Then the patient is scheduled, from the screening task, within 120 days for the full probing, x-rays and sometimes the cleaning. However, on average the patient is then scheduled another 120 days later for the cleaning which 30+120+120=270 days (9 months) from the date of the request. **This current protocol is a barrier to access to dental care.** See patients, ██████ ████████

See below for a review of PSR vs Full Mouth Probings. To obtain a diagnosis the periodontal examination should include **probing depths** for full mouth probing, including charting any areas with **bleeding on probing** (BOP), **attachment loss**, and **mobility**. Bleeding on probing, attachment loss and mobility are rarely if ever charted when the patient returns for the diagnosis.

"Periodontitis is a chronic bacterial infection of the oral cavity that is marked by swollen and inflamed gums (gingivitis). Periodontal disease is the most prevalent disease among humans and is linked to obesity, smoking, diabetes mellitus, osteoporosis, heart disease, stroke, pulmonary infections, and renal disease. Periodontal disease is a chronic condition and is classified among the routine care needs of inmates." [Guidelines for a Correctional Dental Health Care System].[49]

*MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS).* (Wellpath IP, p. 100 and p.103).

In California, the rules for **periodontal examinations** are influenced by both state regulations and professional guidelines. The periodontal examination is a crucial part of dental care, particularly for assessing gum health and diagnosing conditions like gingivitis, periodontitis, and

---

[48] https://www.rdhmag.com/patient-care/article/14074016/standard-of-care-for-periodontal-charting?utm_source=chatgpt.com

[49] "https://www.ncchc.org/wp-content/uploads/Dental-Health-Care-2014.pdf

other periodontal diseases. To better comprehend the deficiencies mentioned below, it is helpful to understand the relevant terminology.

The Periodontal Screening and Recording (PSR) vs the Full Mouth Periodontal Probing[50]

The **PSR** is a **screening tool** designed to quickly assess a patient's periodontal health. It is less detailed than a full mouth periodontal probing and is typically used as an initial assessment to determine if further, more detailed evaluation is necessary.

The purpose of a PSR is to identify early signs of periodontal disease and determine whether further periodontal evaluation is needed. It also helps to identify areas of concern in the mouth without taking up extensive time, making it a practical tool for routine exams.

The PSR involves the use of a special periodontal probe (e.g., the PSR probe) to measure pocket depths in six areas of each tooth (buccal and lingual surfaces). The probe is marked with a color-coded scale to help identify potential issues quickly. The PSR uses a **score of 0 to 4** for each sextant of the mouth:
- o   **0**: Healthy – No bleeding, no calculus, and no probing depths greater than 3 mm.
- o   **1**: Bleeding after probing but no calculus, probing depths still less than 3 mm.
- o   **2**: Bleeding and calculus present but no probing depths > 3 mm.
- o   **3**: Probing depths between 3.5 to 5.5 mm.
- o   **4**: Probing depths greater than 5.5 mm.

PSR is commonly used during **dental cleanings** and **routine check-ups**. It's part of the preventive care protocols that many dental practices follow. **California law** does not mandate specific use of PSR, but it is a widely accepted practice in dentistry, especially in assessing periodontal health during routine visits. In California, **registered dental hygienists** (RDH) are authorized to perform PSR as part of their duties during regular cleanings and checkups, provided they are working under the supervision of a licensed dentist.

The **full mouth periodontal probing** on the other hand is a more **comprehensive procedure** that involves probing each tooth in the entire mouth in a more detailed way compared to the PSR. It is a thorough assessment that provides a complete picture of the patient's periodontal condition, which may take 2-15 minutes to perform.

**The purpose of full mouth periodontal Probing is used to diagnose periodontal disease**, measure pocket depths, and assess the **severity of gum disease**; therefore, it is used in diagnosing the severity of periodontal disease. This procedure gives the dentist or periodontist

---

[50]https://pmc.ncbi.nlm.nih.gov/articles/PMC9374809/#:~:text=The%20PSR%20index%20divides%20the,range%20from%200%20to%204.

detailed information regarding the pocket depth at multiple sites around each tooth, which helps in diagnosing the stage and severity of periodontal disease (gingivitis, periodontitis, etc.).

Probing depths are measured at **six sites per tooth** (mesial, distal, buccal, lingual, and two interproximal areas). A probe is inserted into the gum sulcus, and the depth of the pocket is recorded. The pocket depth helps determine if the patient has periodontal disease and whether treatment is needed.

Other clinical signs are recorded, including **bleeding on probing (BOP), attachment loss**, **mobility**, **and the presence of pus**.

**Full mouth periodontal probing** is required for **diagnostic purposes** and is necessary for patients who show signs of periodontal disease, as it helps determine the extent of the disease and the appropriate treatment plan.[51] This procedure is typically performed when the PSR screening shows concerns or when a patient presents with periodontal issues**.**

The **California Dental Association (CDA)** and other dental regulatory bodies recommend performing full mouth periodontal probing if PSR results indicate potential issues or if the patient has risk factors for periodontal disease (e.g., smoking, diabetes).

**Legal documentation** in California, according to the Dental Board of California requires accurate recording (charting) of probing depths as well as conditions such as bleeding on probing, suppuration (pus), clinical attachment level, furcation involvement and tooth mobility in the patient's dental records for both diagnostic and treatment planning purposes. "These assessments are crucial for developing effective treatment plans and monitoring periodontal health."[52]

Full mouth probing must be performed by a **licensed dentist** or a licensed registered dental hygienist under the direction and supervision of a dentist. However, diagnostic interpretation and treatment planning are the responsibilities of the dentist.

**Therefore,** I recommend the periodontal examination as mentioned above, along with clinically indicated diagnostic radiographs, identified pathology, be accomplished and charted in order to establish the diagnosis. Additionally, the treatment plan and DPC should be commensurate with the diagnosis and be completed within 30 days of the I/P's request. Schedule the treatment plan task(s) according to the assigned DPC.

| **Deficiency:** |
| --- |

---

[51] https://www.rdhmag.com/patient-care/article/14074016/standard-of-care-for-periodontal-charting?utm_source=chatgpt.com

[52] https://www.dbc.ca.gov/formspubs/1120noarar.pdf?utm_source=chatgpt.com

- See B.5 for the steps to be performed when the patient is first seen. Additional updates to the LOP regarding the timeliness of care in these areas are necessary to improve the efficiency of the program.
- Periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are to be charted at the time of the periodontal dental examination.
- Failure to schedule the periodontal exam (D0180) within 30 days of the request.
  - See patients ███████ (72 days), ███████ (101 days), ███████ (128 days), ███████ (81 days), ███████ (43 days), ███████ (86 days).
- Lack of a completed Nurse Sick Call for an I/P's request for the periodontal disease program, i.e., cleaning.
  - See patients ████████████████████████████████████████
  ████████████████████████████████████
- Lack of scanning the I/P's request into CorEMR. The request for the dental care (cleaning) is not scanned into CorEMR. The completed Nurse Sick Call for the request is often missing from the audit trail.
- The DPC does not always reflect the severity of the periodontal diagnosis.
- There is a lack of charting and filling out an exam/treatment form with the DPC.
  - See patient ███████ (09/20/24) and ███████ (09/26/24).
- General failure to document and chart existing restorations, caries and all visible pathology seen in a radiograph. This also includes the lack of informing the patient of the findings and to submit a dental sick call if the patient wants to proceed with incidental findings other than their periodontal condition.
- Part of the comprehensive periodontal examination per the Dental CDT code D0180 is not being completed at the Dental Periodontal Program exam and the periodontal diagnosis written in the clinical notes often differs from what is given to the patient. Clinical training is necessary to rectify this deficiency.
- Medications (Peridex) which is given during the deep cleaning (SRP) treatment is not consented to in the general or periodontal consent forms. The General informed consent form does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments. There is no place identified for the witness to print name although the signature line is there.
- When radiographic calculus is visible on the x-ray, it is not always stated in the objective portion of the clinical note.
- The next visit with the appropriate DPC is not listed. For example, a patient was eligible for a comprehensive annual exam which the patient had requested multiple times, but it was not listed as NV. Additionally, there is no mention that the patient was advised to submit a sick call slip if has pain and or problems.

**Recommendation:**
- Per the Wellpath IP, see the patients within one day of the request for dental care.
- Schedule the patients for their periodontal examinations within 30 days of the request.

- Provide documented training to the RN and include the training in the monthly Dental Subcommittee meeting.
- Complete a Nurse Sick Call as part of the audit trail to evaluate for compliance.
- Scan the request into CorEMR.
- Chart accurately and scan the treatment form into CorEMR.
- Chart all visible pathology seen in a radiograph and inform the patient of the findings and to submit a dental sick call if the patient wants to proceed with this information.
- Caries and periapical lucencies must be in the charting as seen in the radiograph. Chart existing restorations.
- Establish the treatment plan and DPC at the time of the periodontal examination and schedule the tasks accordingly.
- Should a patient have more severe and active periodontal disease, please schedule accordingly. Not all treatments have a DPC 5, the DPC is per the patient's condition.
- Make sure the Periodontal staging form has the same diagnosis as what is written in the clinical notes.
- Complete the task request for this service in the Dental Periodontal Program category in CorEMR and complete the treatment in the Dental Treatment category for statistical relevance.
- Update the P & P and LOP. Provide documented training to the Dentist and staff and include it in the monthly Dental Subcommittee meeting.
- Update the Periodontal Consent form to include a space for the treatment being rendered. Update the General Informed consent to include a space for the RBACs of receiving medication and local anesthetic. Include an area for gross debridement, as well as occlusal and denture adjustments.

## A.19  Refusals and Refusal Form – 60.0% - NC

This metric audits refusals for Dental Treatment only. No evaluation or review of refusals have been done for Dental Sick Call (DSC), Dental Annual Exam (DAE), Dental Periodontal Program (DOO) or Dental Chronic Care (DCC).

"Before a patient can provide an informed refusal, the informed consent discussion must take place."[53] For more information on Informed Consent, see the section on Informed Consent in the Quality of Care section of this report.

There is no chronological progress note written in a SOAPE format for cellside refusals. There is only a completed task and not a progress note. There are however chronological progress notes for chairside refusals.

---

[53] https://www.thedoctors.com/articles/informed-refusal

The California Dental Practice Act requires that informed consent (or refusal) be obtained from a patient before any treatment is initiated. It is typically required that the dentist ensure the patient has all the information necessary to make an informed decision.

Informed refusal for Dental Treatment means the patient has been fully informed of the treatment options, the risks of not proceeding with the treatment, and any consequences of refusal.

**The dentist** doesn't necessarily need to be physically present when the informed refusal is signed but MUST ensure that the patient has been adequately informed, has the necessary information about the RBACs and understands their decision to refuse.

The process often involves the dental assistant discussing the options with the patient and having them sign a document. However, the dentist should ensure the patient is given adequate time and opportunity to ask questions and understand the consequences of refusing treatment.

**Witness** to an informed refusal for dental treatment is **best done by a healthcare professional** or a neutral third party trained in the informed consent process to serve as the witness to best protect the integrity of the process. While a custody officer could be a witness to an informed refusal for dental treatment or DSC, it is not ideal and could raise concerns regarding neutrality and coercion.

A refusal progress note should contain:
- "Information the practitioner gave to the patient concerning the patient's condition and the proposed treatment or test. Also note the reasons for the treatment or test.
- Documentation that the patient was advised of the possible risks and consequences of failing to undergo the treatment or test, including the loss of life or impairment of bodily functions adversely affecting the routine activities of daily living, if appropriate.
- Details about the practitioner's referral to a specialist, including the reasons for the referral and the possible risks of not seeing the specialist.
- A record of the patient's refusal of the treatment/testing plan or advice. In this circumstance, consider asking the patient to sign a specific refusal form. Although a form is optional, it offers practitioners the strongest protection against subsequent claims that allege a lack of informed refusal."[54]

**Therefore,** when self-auditing, make sure there is a signed informed consent for the prescribed treatment addressed in the progress note and scanned into CorEMR. Identify the discussion with the patient including any questions the patient may have in regard to understanding the Risks, Benefits, Alternatives and Consequences (RBACs). **Consequently, there must also be a discussion in the progress note identifying that the patient was informed of the consequences**

---

[54] https://www.thedoctors.com/articles/informed-refusal

**of not doing the treatment so that if the patient refuses, there is full understanding of the RBACs.**

---

**Deficiency:**
- See the Statistics Table 3, Row 27 and 37 - Overall the refusal rate is 8.4%.
- This metric audits Dental Treatment and has not reviewed refusals for Dental Sick Call, Annual Exam, Periodontal Disease Program.
- For all <u>cellside</u> refusals there is a lack of a chronological progress note in a SOAPE format.
- Chairside refusals do however have a chronological progress note in a SOAPE format as the patient is able to ask the Dentist questions face to face of their understanding of the informed consent and the informed refusal discussion.
- **Please review refusal** ████████ This is a <u>Departure from the dental standard of care</u> for not identifying nor removing the caries on 01/12/24. On 06/20/24 the patient was seen for a re-evaluation #19. There is also a Departure from the dental standard of care on 02/01/24 for continuing to not remove the caries while obtaining a refusal for an extraction rather than explaining to the patient would that temporizing the tooth could then give the patient a better outcome as the Dentist states would "need build up and crown for best treatment".
  - On 01/12/24 the patient received an FMX, comprehensive exam and a treatment plan. Evident on the radiograph, #19 decay was not charted nor treatment planned for, at a minimum, caries removal for distal recurrent decay #19.
  - On 02/01/24 an additional periapical radiograph was taken. "Percussion pulp test on #19, Dx with pulpitis, patient said the discomfort is slight and goes away in seconds. PA taken showing large amalgam filling with recurrent distal decay." "Let patient know #19 would **need build up and crown for best treatment, if it continues to bother patient it can be extracted. Patient signed waiver not to extract today."**
  - The diagnosis doesn't specifically state the patient has reversible pulpitis although the patient explains that the pain does not linger and "goes away in seconds". **<u>The patient is eligible for the removal of caries and even if an indirect pulp cap is placed under a sedative filling, it is much better than watching a tooth decay to the pulp that could still be viable. Additionally, a composite buildup and a stainless</u>** steel crown are benefits of the Implementation Plan. Watching a tooth decay is not the standard of care! Possibly leading a patient to sign a refusal is also not the standard of care, especially for a tooth which could have received a sedative filling which is an eligible benefit outlined in the Implementation Plan.
- This metric audits Dental Treatment only and has not reviewed refusals for Dental Sick Call (DSC), Dental Annual Exam (DAE), Dental Periodontal Program (DOO), Dental Chronic Care (DCC), etc. The LOP for informed refusal is in process of being completed. The patient must understand the informed consent for Risks, Benefits, Alternatives and Consequences (RBACs) of the treatment and also must be informed of the consequences of not doing the treatment so that if the patient refuses, there is full understanding of RBACs.

---

- The new refusal form has the updated RBACs of refusing the prescribed dental treatment and has an area for what procedure is being refused and the reason for the refusal.
- The task shows that it's a refusal but there is no chronological progress note for the cellside refusal, only chairside refusals.

**Recommendation:**

- According to the ADA, "The recording of accurate patient information and treatment in the dental record, sometimes referred to as the patient chart, is essential for good risk management. **As a result, the value of maintaining thorough and accurate dental records cannot be overstated.**"[55]
- Write a chronological progress note regarding the refusal in the SOAPE format, rather than just a task.
- Refer to the ADA's guide to writing the informed refusal.[56]
- I am requesting the CDO to provide training on caries identification and treatment planning. If any accommodations or workflow analysis can assist the Dentist, please provide it.
- Include the procedure(s) being refused and the reason on the refusal form.
- Place a discussion of the patient's individualized risk, benefit, alternative and consequences in the patient's clinical notes and in the refusal form. Make sure to have all this information explained to the patient so that it is an "informed refusal". Although a task is part of the overall record, a clinical note (progress note) should be written so anyone looking at the chart can see the chronological progression of care.
- Use effective communication when discussing any RBACs and refusals with the patient.
- The California Dental Practice Act requires that informed consent (or refusal) be obtained from a patient before any treatment is initiated. It is required that the dentist ensure the patient has all the information necessary to make an informed decision.
  - Informed refusal for Dental Treatment means the patient has been fully informed of the treatment options, the risks of not proceeding with the treatment, and any consequences of refusal.
  - The dentist doesn't necessarily need to be physically present when the informed refusal is signed but MUST ensure that the patient has been adequately informed, has the necessary information about the RBACs and understands their decision to refuse.
  - The process often involves the dental assistant discussing the options with the patient and having them sign a document. However, the dentist should ensure the patient is given adequate time and opportunity to ask questions of the dentist and understand the consequences of refusing treatment.
  - Witness to an informed refusal for dental treatment or DSC is best done by a healthcare professional or a neutral third party trained in the informed consent process to serve as the witness to best protect the integrity of the process. While a custody officer could be a witness to an informed refusal for dental treatment or DSC, it is not ideal and could raise concerns regarding neutrality and coercion.

---

[55] https://www.ada.org/resources/practice/practice-management/writing-in-the-dental-record
[56] https://www.ada.org/resources/practice/practice-management/managing-patients-informed-consent-refusal

## A.20  Grievances – 45.5% - NC

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

---

**Deficiency:**

- See Table 12 in the Statistics tab for Grievances for additional information. Dental grievances account for approximately 8% of the overall grievances at MCJ. It appears that 59% of the dental grievances were read, but the patient not always seen for a resulting Nurse Sick Call within 24 hours as stated in the Implementation Plan.
- Grievances for dental, mental health or medical sick calls are not always separated independently by individual categories. For example, there are times when a dental grievance is in a medical category. The file sent did not have dental grievances independent of other grievances. Perhaps this happens but was not identified in the ViaPath file sent for review.
- The main deficiency is due to the patient not being seen for a Nurse Sick Call by the RN within 24 hours of the complaint as per Wellpath IP, page 101.
  - **Although the grievance itself may have been read, these patients were not seen by the RN within the Wellpath IP timeframe:** ██████████████████ ████████████████████ ████████.
  - Please review patient ████████████ who states, "wrong procedure" was done on him. Patient repeatedly was seen in dental for pain in the lower wisdom teeth, but no radiographs were taken of these areas.
  - Please review patient ████████ as patient submitted two grievances, "My pain level is at 15 on a scale from 1 thru ten and my mouth is bleeding" but wasn't seen in dental since 12/03/2019. Patient was seen for a physician sick call regarding recent jaw surgery but not referred to dental.
- Please review parameters and objective findings needed to substantiate a priority 2 referral from the RN screening.
  - For patient ████████ who states, "I'm having severe tooth pain. I can't eat from this pain I'm experiencing. Its too sensitive and tender on my gums."
  - Please also review patient ████████ states, "9/29 - On Friday I was told by the dentist I would receive ibuprofen and antibiotic mouth wash twice a day. I have not received a single dose.**Meds not ordered". "10/1 - Med ordered for Dr ████████ GC".
- For individual reviews of compliance to this Implementation Plan mandate, few if any requests for dental services were scanned into the document section of CorEMR.
- Without an audit trail, determining individual compliance is more research intensive and cumbersome.

**Recommendation:**
- Provide the overall grievance file performed by Wellpath monthly with the production reports.
- See the grievances within one day of the grievance request per Wellpath's IP.
- Complete a Nurse Sick Call, assign a Priority Dental Level 1 or 2 per the conditions screened during the NSC. Schedule in accordingly.
- Schedule the patient in the dental clinic by assigning a priority dental level 1 or 2 according to the patient's condition.
- Dentist is to address the patient's chief complaint(s).
- Please review parameters and objective findings needed to substantiate a priority 2 referral and include them in the P & P and LOP for grievances.
- Scan the grievance into CorEMR to provide an audit trail.
- Perform a self-audit and enter the results into the monthly Dental Subcommittee meeting.

## Timeliness of Dental Care: Sections B.1 through B.9

### B.1  Dental Level Priority 1 - Urgent/Emergent – 63.9% - NC

**Deficiency:**
- The Operations Specialist has begun working on testing the Monterey Compliance Report per the dental CAP #51 to include Priority Dental Levels as well as Dental Priority Codes (DPC). Due to improvements in both the Form Question Report and in the Form Report, they can track tasks created within the forms **but not track care scheduled and seen outside of the forms.**
- Therefore, the timeliness of care compliance reports for all referrals to dental from Intake, Sick Call, 14-Day Exam, Physician visit and Physician on Call (POC) have not been completed yet by CorEMR per the Dental CAP #51, although it is in the testing and vetting stages per the Operations Specialist.
- The 14-Day Exam using the Initial Health History & Physical Exam Dental Screening form is not always completed for every incarcerated person at their 14 day timeframe.
- Patients with assigned Priority 1 Urgent/Emergent conditions from Intake, 14-Day, Sick Call and Physician referrals to dental are not always seen within timeframe, which is for the patient to be seen the next dental day.
    - See Intake patients ▮▮▮▮▮ and ▮▮▮▮▮
    - See Dental Sick Call ▮▮▮▮▮
    - Also, patient ▮▮▮▮▮
- The task is initially selected as a Priority 1 task and then later changed to a Priority 2. Unknown who and why they are changing from a nursing designated Priority 1 to a Priority 2. No audit trail. Patient not seen within the original Priority 1 timeframe.
    - See Intake patients ▮▮▮▮▮
    - See 14-Day Exam patients ▮▮▮▮▮ and ▮▮▮▮▮

- For patient ▮▮▮▮ the RN completed the Dental Sick Call for the Priority 1 Dental complaint. The following day created a Priority 2 task. The patient wasn't seen within timeframe of the original Priority 1 condition.
  - Also see ▮▮▮▮
    - "Patient ▮▮▮▮ refused treatment, therefore, he was not seen within the required timeframe. As stated in this response, refusals should not count against CFMG's compliance." CFMG Resp@p.5[57]
    - Monitor response: There is a refusal for 05/29/24 but there is no refusal for 06/30/24, which is the date for this evaluation. Therefore, the grades for this section remain unchanged.
- An incidental finding occurred when reviewing the intake section for patient ▮▮▮▮ ▮▮▮▮ which showed the intake was scheduled within a Priority 1 designation for 08/08/24 and the task shows it was completed within timeframe however the patient is not actually seen until 08/15/24, out of compliance.

**Recommendation:**

- Update CorEMR to report timeliness of care compliance for Dental Level referrals from nursing to dental, to also include if the patients are seen within timeframe.
- If possible, include the referrals from the outside specialist in the Monterey Compliance Report, CAP #31-35.
- Perform the Initial Health History & Physical Exam and the Initial Health History & Physical Exam Dental Screening within timeframe (within 14 days of booking) so patients are referred to dental for identified Priority Dental Level 1 and 2 conditions.
- See screened, identified and scheduled urgent/emergent patients within the Priority 1 timeframe on the next dental day.
- Please provide the audit trail for why patients with a Priority 1 timeframe are changed to a Priority 2.
- Dental Sick Calls can only be completed by the Dentists.
- Documented training is still needed.
- Please review and let me know how this situation can happen in CorEMR to see if there are any flags to attach to the task when tracking compliance.
- Make sure that each and every patient has a visual inspection of their oral cavity in order to assess their mouth condition, irrespective of pain. Assign a priority level commensurate with the evaluation and refer and schedule accordingly.

## B.1A  Dental Level Priority 2 – Routine – 73.8% - NC

**Deficiency:**

- Priority 2 designation by the RN and scheduled for Routine conditions from Intake, 14-Day, Sick Call and Physician referrals to dental, are not always seen within timeframe.
  - Patient ▮▮▮▮ not referred for missing/broken teeth and not stated which it is, missing or broken, and why not referred.

---

[57]

> o Patient # ███████ is not referred to dental within timeframe.
> o Patient # ███████ has a rescheduled task not seen within timeframe.
> • Perform the Initial Health History & Physical Exam and the Initial Health History &
>   Physical Exam Dental Screening within timeframe, within 14 days of booking, so patients
>   are referred to dental for care when appropriate and seen within the Priority Dental Level
>   1 and 2 designation.
> **Recommendation:**
> • See the patients in dental within the Priority 2 Dental Level timeframe, and within 14 days
>   of the referral.
> • Make sure that each and every patient has a visual inspection of their oral cavity in order
>   to assess their mouth condition, irrespective of pain. Assign a priority level
>   commensurate with the evaluation and refer and schedule accordingly.

### B.2  Dental Priority Code (DPC) - Priority 1 thru 5 – ~~61.1% – NC~~[58] – 72.2% - NC

*"Dental Priority System*
*a. Dental treatment will be provided in accordance with the following Dental Priority System:*
*(1) Emergency Care (Immediate Treatment):*
*Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely*
*to remain acute, worsen, or become life threatening without immediate intervention.*
*(2) Treatment within 1 calendar day:*
*Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents*
*them from carrying out essential activities of daily living.*
*(3) Treatment within 30 calendar days:*
*Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely*
*to become acute without early intervention.*
*(4) Treatment within 60 calendar days:*
*Inmate-patients requiring early treatment for any unusual*
*hard or soft tissue pathology.*
*(5) Treatment within 120 calendar days:*
*Advanced caries or advanced periodontal pathology requiring the use of intermediate*
*therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical*
*intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment*
*(scaling and/or root planing)."* (Wellpath IP, p. 101 and 102)

> **Deficiency:**
> • The Operations Specialist has begun working on creating and testing the Monterey
>   Compliance Report per the dental CAP to include priority dental levels as well as dental
>   priority codes. Due to improvements in both the Form Question Report and in the Form
>   Report, they can track tasks created within the forms but not yet track care scheduled

---

[58] 2025-05-30 -- Letter to Dr. Winthrop 12th Dental Report Mistakes. See Response from Dr. Winthrop Letter.

and seen outside of the forms. This report is currently being vetted for accuracy by the Operations Specialist.

- **DPC 1 overall is within timeframe with a <mark>95.8%</mark> and therefore substantial compliance** for patients seen for treatment the same day as diagnosis.
- **DPC 2 overall is not within timeframe with a <mark>61.5%</mark> and non-compliance** for patients seen for treatment within one day of diagnosis.
- **DPC 3 overall is within timeframe with a <mark>98.2%</mark> and therefore substantial compliance** for patients seen for treatment within 30 days of diagnosis.
- **DPC 4 overall is not used this audit period.**
- **DPC 5 overall is not within timeframe with a <mark>79.0%</mark> and therefore partial compliance** with patients seen for treatment within 120 days of diagnosis.
- The DPC and next visit are not always listed in the progress notes.

**Recommendation:**

- See the patients within the DPC parameters.
- All treatment plans are to be completed within the longest DPC.
- For continuity of care and consistency in the SOAPE notes, please list the DPC and the next visit in the progress notes.
- Provide training when necessary.
- Update CorEMR to report on treatment compliance using the DPC timeframes.
- Once the report is fully available, utilize it to locate barriers to timeliness of care for dental treatment and dental referrals from Intake, 14-Day, Sick Call, Physicians and POC. Perform self-audits to identify any inefficiencies to the timeliness of dental care. Include this information into the monthly Dental Subcommittee minutes.
- Now that all the programs are implemented, there may be increased barriers to the timeliness of care. Perform a workload analysis prior to and after the workflows in the LOPs have all been drafted. Report the results to the monthly Dental Subcommittee.

### B.3  Chronic Care – NA - (No patients referred)

**Deficiency:**

- See A.16.
- There were no identified patients referred and seen in dental from Chronic Care.
- The chronic care forms are varied, and not all the chronic care forms have a place for a review of normal or abnormal findings in the Oral/Dental portion of the chronic care exam. Please add this section or add the HEENOT to the HEENT/NECK examination.
- Dr. ▮▮▮, Medical Director, stated during this audit tour that she will begin referring patients to dental when indicated.
- There are still some of the chronic care forms missing a referral to dental section. I understand that CorEMR IT and the Operations Specialist is working on adding this dental referral section to the forms.
- Complete the LOP for timeliness of care to include Chronic Care and the procedures and workflows the Dentists will use to treat patients referred from this area.

**Recommendation:**

- Training by Dentist or CDO is recommended for the physician(s) who performs the Chronic Care Examinations to review the criteria for referral to dental for patients with HIV, Seizures, Diabetes, Pregnancy and Serious Mental Illness to Dental when indicated.
- Please update the chronic care form(s) to include a section for oral evaluation if it is not already in the form. If that is not possible with CorEMR, then please add the HEENOT to the HEENT/NECK examination as the HEENOT look at "teeth, gums, mucosa, tongue, and palate examination (HEENOT) for assessment, diagnosis, and treatment of oral–systemic health." https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4330841/
- Finding patients who were referred to dental from chronic care was challenging. I request a review of CorEMR with the Operations Specialist to locate how to find the patients for auditing.
- Please update the LOP for dental chronic care. If a patient's condition warrants an earlier appointment, please schedule accordingly.

### B.4  Comprehensive Dental Care – 72.7% - NC

**Deficiency:**
- See Table 4C in the Statistical portion of this audit tour for additional information.
- See A.17
- 48 (51 but 1 was a test patient and 2 were completed by RN for eligibility for comp exam) incarcerated persons received a requested comprehensive annual dental examination (DAE). It appears 435 were eligible for this service.
- It is unknown how many requested the exam. Without doing a word search in the inmate requests in ViaPath and Nurse Sick Calls, there is no report to show the exact number of patients who requested the DAE nor the exact number of completed Nurse Sick Calls for a DAE. More than 51 may have requested an annual comprehensive dental examination but without the list of patients referred to dental it is an unknown.
    - Since there is virtually no scanned incarcerated person request in CorEMR, nor is there a completed Nurse Sick Call, compliance for the overall system of compliance is not currently something CorEMR can calculate.
- From this timeliness of care audit 100% of the patients were seen within 30 days of the patient's request.
- However, this question for compliance also asks if they received the full exam including radiographs, periodontal probing, an individualized treatment plan and DPC.
- Most of the patients did not receive the following items:
    - Missing the full mouth periodontal probings, especially when there is a measurement of 3 or more in the PSR. (See p. 62-65, A.18).
    - Missing perio mobility (also attachment loss, bleeding on probing, furcation involvement) in the perio probing form.
    - Missing the 4-6 weeks periodontal re-evaluation timeframe for establishing frequency of periodontal maintenance or another round of SRPs.

- ▪ Generally, the periodontal recall frequency could be every 3, 4, 6 month recall. First however, the periodontal 4-6 week re-evaluation is to establish if the periodontal disease program therapy was successful.
- The timeliness of care can only use scheduled tasks to build the compliance report for dental treatment; therefore, any unscheduled tasks are not measured in CorEMR.
  - ○ If a treatment is left unattended and not scheduled, there is no way in CorEMR to find unscheduled dental tasks and the timeliness of care cannot be measured.
  - ○ See the DPC section B.2.
- There is a general failure to state and schedule the exam and periodontal, recall and frequency, in the progress notes and on the dental treatment form.
  - ○ The exam recall is yearly unless stated otherwise.
  - ○ The periodontal frequency can be (3 months recall, 4 months recall, 6 months recall).
  - ○ No tasks were created for exam or periodontal, recall and frequency, in order for there to be continuity of dental care for the patients.

**Recommendation:**
- Every incarcerated request for dental care in ViaPath should have the same number of completed Nurse Sick Calls and subsequently the same number of Dental Periodontal Examinations.
- Without this full audit trail, the timeliness of care cannot be fully identified in the system of dental care. This is an important aspect of compliance for self-governance to achieve as this is a primary mandate in the Wellpath Implementation Plan.
- Therefore, see if the DAE, as well as the DPP and DCC referrals can be included in the Monterey Compliance Report and separated into these different categories as you will be doing for Intake, 14-Day, Sick Call, MD and POC referrals to Dental.
- Perform the full periodontal probings for the diagnosis. (See p. 62-65, A.18).
  - ○ Fill out the periodontal evaluation fully to the periodontal probings, mobility, attachment loss, bleeding on probing and furcation involvement.
- Perform the 4-6 week periodontal re-evaluation. This section in also in the Dental CAP.
- Once the periodontal re-evaluation is completed and assign the recall frequency.
- If another round of SRP's is indicated during the perio re-evaluation, state the reasons why and if the diagnosis has changed.
- Schedule all the treatment plan tasks in the appropriate timeframe understanding that all treatment must be completed by the longest DPC in the treatment plan.
- For each comprehensive dental examination:
  - ○ Identify and place the exam recall and periodontal recall and frequency in the Dental Treatment form and in the progress notes.
- Establish a system of recall such that periodontal treatment received includes the ability for the patients to receive a periodontal re-evaluation, periodontal recall and maintenance on a schedule prescribed by the Dentist, in conjunction with their individualized treatment received during their incarceration at MCJ.
- Provide a clinical and periodontal examination, provide a pulpal diagnosis when appropriate, phase the treatment plan with a Dental Priority Code (DPC ) for each line of

> treatment. Utilize the DPC to schedule and see the patients within timeframe. The timeframe is all treatment is to be completed no later than the longest DPC. Also be mindful when placing the DPC that often the clinician will want to schedule the deep cleaning prior to any restorations**. As of this audit most all DPCs were set at DPC 5 although some treatment should have been done within 30 days due to the severity of the dental problem.**
>
> - Perform a workflow analysis to see if there are any barriers to timeliness of care by looking in the incarcerated persons request for dental care file and by making sure there is just as many completed Nurse Sick Calls and subsequent Dental Sick Calls scheduled in order for comprehensive dental care examination and treatment to occur timely.

## B.5  Periodontal Disease Program – 37.5% - NC

See also A.18.

Essentially, the workflow is unacceptable and needs to be reframed and changed. Also Dr. ███████ is giving the patient a periodontal diagnosis without the full periodontal exam and x-rays on the patient's first visit. Some patients have gone as long as 8 to 9 months before receiving the mandated treatment from the time of the request for a cleaning and this also is unacceptable.

Review the American Dental Association 2024 CDT codes D0180 and also the Diagnostic Imaging section. For the comprehensive periodontal evaluation: "D0180 comprehensive periodontal evaluation - new or established patient. This procedure is indicated for patients showing signs or symptoms of periodontal disease and for patients with risk factors such as smoking or diabetes. It includes evaluation of periodontal conditions, probing and charting, an evaluation for oral cancer, the evaluation and recording of the patient's dental and medical history and general health assessment. It may include the evaluation and recording of dental caries, missing or unerupted teeth, restorations, and occlusal relationships." [ADA CDT 2024 - Code on Dental Procedures and Nomenclature - Current Dental Terminology, Diagnostic p. 5]

These are the steps which must occur on the first appointment. Depending on the clinical presentation, the following takes between 15-30 minutes:
- The Dentist is to see the patient within 30 days of the request. Therefore, the RN is to schedule a patient for a DPP within 30 days of the request, where generally the patient requests a cleaning.
- Obtain written consent prior to the exam and radiographs.
- The Dentist is to obtain diagnostic radiographs. At a minimum four bitewings and upper and lower anterior teeth, canine to canine.
- From the radiographs, chart existing restorations, identify and chart pathology, note the bone level and determine if there is any radiographic calculus.
- Perform and chart the full periodontal probings. See the discussion at A.18.

- Perform and chart mobility, furcation involvement, attachment loss and any bleeding on probing.
- Perform an oral cancer check. Describe the condition of the gingiva and other findings and note these in the treatment record as well.
- Review the objective findings and provide a diagnosis.
- Determine the treatment plan. Generally, in most cases, the treatment plan will either be a prophy/cleaning or a deep cleaning/Scaling and Root Planning (SRP).
- Assign a DPC to each line of treatment plan. Not all treatment is going to be a DPC 5 (within 120 days). All treatment DPCs must be substantiated by the patient's gingival and periodontal condition. All treatment must be completed by the longest DPC.
- Inform and document the conversation with the patient of the diagnosis and treatment plan and provide the diagnosis paperwork for the patient to understand and sign.
- Write the progress note in a SOAPE format, including the RBACs and discussion with the patient.
- If there is time, perform the prophy/cleaning, floss and polish. Assign a recall schedule.
- For those patients who receive an SRP, assign a task for the patient to return in 4-6 weeks for a periodontal re-evaluation if the patient is having a deep cleaning/SRP. This is where the patient will be evaluated for either another round of SRP if indicated or placed on recall.
- If the patient who received an SRP is placed on recall, vs receiving another round of SRP, then polish the patient's teeth and assign a clinically relevant recall. 3 months, 4 months or 6 months is generally the accepted standard of care recall for a periodontal diagnosis.

---

**Deficiency:**
- Failure to see the scheduled patient within 30 days of the request for a cleaning and/or the periodontal disease program.
    - This can be seen with patient ███████████████████ ███████████████ and ██████████
- The exam, diagnosis and treatment plan with DPC, is to be completed in the DPP category. Any resulting dental treatment is to be completed in the Dental Treatment category. The treatment from the Dental Periodontal Program is included in this category rather than in Dental Treatment. This makes compliance scores for the DPP not accurate as the only thing to calculate in this area is how many patients are accessing this program.
- To calculate compliance to the timeliness of care for the Dental Periodontal Program (DPP), use the same parameters as with the comprehensive dental exams above.
    - Every incarcerated request for dental care in ViaPath should have the same number of completed Nurse Sick Calls and subsequently the same number of Dental Annual Examinations. Without this full audit trail, the timeliness of care cannot be fully identified in the system of dental care.
    - Create the audit trail by scanning the request for the DPP program into CorEMR. Complete a Nurse Sick Call. Schedule appropriately within 30 days of the request. See the patient within this timeframe.
- There is no system to see overall compliance in CorEMR as it is not an EDRS.

---

- - DPP, DAE and DCC referrals to Dental are not included in the Monterey Compliance Report although they may be working on this as well.
- Not all radiographs were of diagnostic value.
- Radiographs were not taken.
  - See patient █████████
- Compliance also asks if they received the full exam including radiographs, periodontal probing and other objective findings, diagnosis, an individualized treatment plan and DPC. Most of the patients did not receive the following items:
  - Missing the full mouth periodontal probings, especially when there is a measurement of 3 or more in the PSR.
  - Missing perio mobility (also attachment loss, bleeding on probing, furcation involvement) in the perio probing form.
  - Missing the 4-6 weeks periodontal re-evaluation timeframe for establishing frequency of periodontal maintenance or another round of SRPs.
  - Missing the recall exam frequency (generally yearly) and the recall periodontal frequency which could be every 3, 4, 6 month recall.
  - Missing any notation of pathology within a radiograph and missing the charting of existing restorations and pathology.
- There is a general failure to state and schedule the periodontal recall frequency in the progress notes and on the dental treatment form.
  - The periodontal exam recall is yearly unless stated otherwise.
  - The periodontal frequency can be generally (3 months recall, 4 months recall, 6 months recall).
  - No tasks were created for exam or periodontal recall and frequency in order for there to be continuity of dental care for the patients.

**Recommendation:**
- See the patients within timeframe.
- Change the workflow so the DPP has the full diagnosis with radiographic interpretation as part of the objective findings for the diagnosis of the periodontal condition on the date the patient is first scheduled. The subsequent dental treatment plan with the appropriate DPC is to be scheduled and completed within timeframe. For example, provide education such that placing a DPC 5, 120 days, is not the appropriate timeframe/DPC for a patient whom the Dentist states has generalized actively bleeding gums and severe inflammation and pain.
- Review the American Dental Association 2024 and 2025 CDT codes D0180 and the Diagnostic Imaging section. Part of the periodontal program is a system of re-evaluation to see if the diagnosed treatment worked and to determine the frequency of the recall care. The periodontal re-evaluation is also in the CAP and must be part of the system for the periodontal disease program.
- Review all pathology within the radiographs, only accept a diagnostic radiograph, and note the results in the treatment form and clinical notes. Advise the patient of the findings. Review the periodontal diagnosis and proposed treatment plan. Assign a dental priority code and complete treatment within the timeframe. Make sure the periodontal

diagnosis is the same as what is stated in the clinical diagnosis as it is on the form given to the patient for their understanding of their periodontal condition.
- Have the patients sign a periodontal informed consent form and scan it into CorEMR.
- Complete the LOP and flowcharts for this area and provide documented training.
- **Every incarcerated request for dental care in ViaPath should have the same number of completed Nurse Sick Calls and subsequently the same number of Dental Periodontal Examinations.**
- Without this full audit trail, the timeliness of care cannot be fully identified in the system of dental care. This is an important aspect of compliance for self-governance to achieve as this is a primary mandate in the Wellpath Implementation Plan.
- Place the examination in the DPP category and the dental treatment in the Dental Treatment category.
- Therefore, see if the DPP referrals can be included in the Monterey Compliance Report and separated into these different categories as you will be doing for Intake, 14-Day, Sick Call, MD and POC referrals to Dental.
- Only accept a diagnostic radiograph and note any pathology and treatment plan in the odontogram, treatment form and clinical notes.
- Advise the patient of the findings.
- Make sure the periodontal diagnosis is the same as what is stated in the clinical diagnosis and the same as what is on the form given to the patient for their understanding of their periodontal condition.
- For each dental periodontal program dental examination:
  - Identify and place the periodontal recall frequency in the Dental Treatment form and in the progress notes.

## B.6 Refusals – 90.0% - SC

**Deficiency:**
- See Statistics Table 3, Row 28 and 38 - Overall Refusal rate is 8.4%.
- See also A.19.
- Refused, Rescheduled and Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patients dental record.
- Generally, the dental staff have the refusals signed the same day as the day of the refusal. **If the patient does not refuse at the dental clinic the dentist does not have a face to face discussion with the patient cell side.** Please address this in the LOP as an informed refusal is an important part of discussing the RBACs associated with the refusal of a prescribed treatment.
- The refusal forms are generally scanned timely into the document section of CorEMR.

**Recommendation:**
- Under California law and Title 22, patients have the right to refuse treatment (as long as they are mentally competent to do so).

- This documentation in the patient's medical record helps ensure the refusal is acknowledged and that there is no misunderstanding or confusion about the patient's decision and protects both the healthcare provider and the patient legally.
- Monitoring refusals can help identify recurring trends and patterns or areas where patients are frequently refusing treatments, which could point to larger systemic issues and subsequently improve patient care practices.
- CCR Title 22, Section 72511 – Patient Rights
- CCR Title 22, Section 70707 – Medical Records
- CCR Title 22, Section 72513 – Informed Consent
- California Code of Regulations (CCR), Title 16, Section 1005 – Professional Conduct
- California Business and Professions Code – Section 1680-1690 (Dentist's Code of Ethics)
- California Health and Safety Code – Section 123100-123149 (Patient Rights)
- Create the LOP for refusals. Include refusals for treatment as well as dental sick call, comprehensive dental exam, etc.
- Write what procedure is being refused on the form and review the RBACs with the patient for the informed refusal.
- Scan the refusal form and write the date of the refusal on the comprehensive treatment plan form when applicable.

## B.7  Reschedules – 90.9% - SC

**Deficiency:**
- See Statistics Table 3, Row 28 and 38 - Overall reschedule rate is 2.2%. Congratulations!
  - Of the 2715 scheduled dental patient appointments, 61 or 2.2% were not seen due to a reschedule – excellent job!
- Oftentimes the reason for a reschedule is not always given in the task notes. Reschedules as well as Refused and Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patients dental record progress notes.
- Rescheduled, Refused and Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patient's dental record progress notes.

**Recommendation:**
- Write a progress note in chronological order to identify why the specific scheduled patient wasn't seen, identify the DPC and next visit. Do not extend the DPC. See the patient within the original identified timeframe.
- Continue to minimize dental reschedules and state the reason why the dental appointment was rescheduled. Create a new task to reappoint them.
- Minimize nursing sick call reschedules for dental appointments. See the patients within one day of the inmate requests per the Wellpath IP, p. 101.

## B.8  Cancelled by Staff – 75.0% - PC

**Deficiency:**

- See Statistics Table 3, Row 29 and 39 - Overall Cancelled by Staff rate is **727 patients or 26.8% of the tasks were deleted in a six month period.**
- The majority of these, 380, are due to previously set up automatic eligibility tasks for the annual comprehensive dental examination. Per the Operations Specialist this setting has been turned off.
  - The Incarcerated Persons Orientation Manual now states that the comprehensive dental exams are for those patients who request it after one year of incarceration.
  - By removing these automatic tasks, a more accurate number of scheduled vs seen tasks will come to light during the next audit tour.
- Another set of reasons for a high number of patients cancelled by staff may be due to duplicate tasks, created outside of the intake form. The actual number of duplicate tasks is not measured by CorEMR.
- For the remaining Cancelled by Staff reasons, the Operations Specialist stated she will do a deep dive into those who remain, and this will be reviewed during the Dental Audit Tour #13.
  - See #_____. This was stated as a duplicate, but the patient was never seen in dental. There does not appear to be an original sick call slip, therefore this was not a duplicate task.
  - There are still those tasks deleted in error which does affect access to dental care. I recommend the dental staff evaluate thoroughly this category and address any issues that occur outside of the duplicate and eligibility for annual exam tasks.
- Cancelled by Staff are only found in the **Task notes and are not listed chronologically in the patients progress notes.**
  - **Every scheduled patient encounter should have a clinical note to see the full chronological aspect of a patient's dental history without having to go to various tasks to see the care previously provided.**

**Recommendation:**
- Minimize Cancelled by Staff appointments, see the patients within timeframe and state in the clinical notes the reason why the dental appointment was cancelled by staff.
- Hopefully by addressing these issues and providing training, a more accurate number of scheduled vs completed (seen) tasks will come to light by the next audit tour and there will be fewer cancelled by staff. The Operations Specialist will do a deep dive into the Cancelled by Staff to identify if any patients were cancelled inadvertently.
- Minimize duplicate appointments by providing more nurse trainings in this area.
- Do a deep dive into the remaining reasons for the deleted / cancelled by staff task and begin to eliminate any barriers to access and timeliness of care.

## B.9  Custody – 100% - SC

**Deficiency:**

- The officer stays outside the dental operatory but within the dental clinic and is able to visualize both the patient receiving a dental exam or treatment as well as visualize the patients in the waiting room.
- Although there appears to be no interruption of dental care due to Custody, **this area does not have a proof of practice from Custody.**
    - Per the Counsel for Defendant County of Monterey and Monterey County Sherriff's Office response to the draft report, "There are daily rosters that confirm a deputy is assigned to dental escort duties."[58]
    - There were no attendance logs provided to review if there were any Custody delays or missed days affecting the delivery of patients to the dental clinic for this six (6) month audit period.
    - Plaintiffs requested "a rating of "partial compliance" in this area, until Defendants can provide proof of practice." Rather than changing the compliance, I am requesting Custody provide the daily rosters and any Interruption of Service forms to use as proof of practice, monthly with the monthly production documents from now on.[59]
- Per the Operations Specialist, Dental's proof of practice for Custody is an "**Interruption of Services" form.**
    - "In the event of a service interruption or an inability to access the patient for care provision due to circumstances beyond the control of healthcare personnel, the Dental team documents in the patient's medical record within CorEMR the reason. If there is not Deputy available, they also document in a **"Interruption of Services" form."** Per the Operations Specialist, Deputies have been available with no disruption of Deputy services during this audit timespan.[60]
    - The dental staff stated they have not had any difficulty getting their patients to come for their appointments and have not had to use the Interruption of Service form during this audit review period.
    - From the Custody Captain, a digital log may be forthcoming to further substantiate this category of access to care.
- In the County of Monterey's response to the draft report, Counsel states, "In addition, Plaintiffs' comment that the dental escort deputy is scheduled one hour later than the start of the dental staff's shift "appeared to be entirely due to custody staffing" is pure speculation. The dental staff have created this schedule, with deputy escorting starting one hour into their shift by design. This allows dental staff to prepare for their day, huddle to discuss the day's appointments and tasks, and prepare for their patients. Dental staff have determined this is the best schedule."[61]
    - This statement appears incorrect as I was informed that the "one hour later than the start of the dental staff's shift" is due to the Psychiatrist utilizing this hour for patient care.

---

[58] County Response to Dr. Winthrop, Draft Report #12_04-18-25, p.2
[59] CEJ-Winthrop Pls Comments to Updated Draft Dental Report 04-11-2025 1187-08, p.1-2
[60] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.7
[61] County Response to Dr. Winthrop, Draft Report #12_04-18-25, p.2-3

<div style="border:1px solid black">

    o   Therefore, it will be the CDO's responsibility to discuss with the HSA how the Custody Officers will be allocated to the Dental Clinic.[62]

**Recommendation:**
- In order to verify substantial compliance moving forward, please have the daily rosters and/or the digital attendance logs available for review to confirm there are no interruption of dental care due to Custody.
- Operations Specialist to provide the Interruption of Services form, if any, during future dental audit tours.
- CDO to discuss with the H.S.A., and Custody if additional information is needed, how the Custody Officers will be allocated to the Dental Clinic.
- Continue to establish open lines of communication with Custody by having a Custody representative at the Dental Subcommittee meeting in order to discuss any Custody related barriers to access and timeliness of care.

</div>

## Quality of Dental Care: Sections C.1 through C.13

### Informed Consent

To recap from the earlier discussion on Informed Consent:

In California, informed consent is a legal requirement for all dental procedures, including irreversible treatments. Failure to obtain proper informed consent can lead to malpractice claims or disciplinary actions from the California Dental Board if complications arise from the procedure.

**California Business and Professions Code, Section 1600**: Outlines the practice of dentistry and the standard of care, including the need for informed consent.
**California Civil Code Section 33**: Are the requirements for expressed and informed consent in healthcare settings.
**California Code of Regulations, Title 16, Section 1025**: Is the standard of care in the dental profession, which includes obtaining informed consent.
**California Dental Association (CDA) Guidelines**: This ensures that the patient is fully aware of what's happening, the risks involved, and their right to make an informed choice. Provides best practice recommendations for obtaining informed consent in dental practice.

Obtaining an informed consent for a procedure(s) must include a discussion of RBACs with the patient. Obtaining general consent means the patient has given permission to proceed with the exam and x-rays and/or treatment mentioned in the general consent and releases the Dentist from the possibility of being charged with malpractice.[63,64]

---

[62] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p.12
[63] https://journalofethics.ama-assn.org/article/informed-consent-what-must-physician-disclose-patient/2012-07
[64] https://www.ada.org/resources/practice/practice-management/types-of-consent

**Deficiency:**
- The general informed consent form has not been updated to include a discussion of risks, benefits, alternatives and consequences (RBACs) for prescribed medications and local anesthetic.
  - There are multiple examples in various areas of this report. For dental sick call triage patients see ██████████████████████████████████████████████
- I would also include gross debridement in the update for the general consent as it may be needed to remove large supragingival calculus so periodontal measurements can be performed.
  - You should also be clear that the informed consent for examinations include focused exams to address episodic care, periodontal and comprehensive exams and x-rays.
- The general consent form has not been updated to include consent for both prosthodontic (denture) and occlusal adjustments (enamelplasty).
  - See patient ████████ who received an enamelplasty without consent or x-rays. **This is a significant departure from the dental standard of care.** This is also seen in the extraction section C.10.
- The general consent form has not been updated to include a line for the witness to print their name.
- There is no available, established or approved consent form created for the removal of orthodontic braces, brackets and wires.
- For mentally incapacitated or incompetent patients, or if a patient is unable to understand the proposed exam, x-rays and/or treatment (i.e., due to a disability, cognitive impairment, or language barrier), consent must be obtained from a **legally authorized representative, such as a guardian or conservator.**

**Recommendation:**
- Update the informed consent forms with RBACs for medication, local anesthetic, prosthodontic adjustment, occlusal adjustment (enamelplasty) and gross debridement so there can be a documented review, discussion between the patient and dentist, and is witnessed by the dental assistant.
- Add a print line for the witness, in addition to the existing signature line.
- Consent form discussion between the patient and healthcare provider should be noted in the progress note (SOAPE format) that the patient attests to understanding the information in the consent form and treatment agreement.[65]
- Performing a procedure on an incarcerated person without a documented, completed, accurate, reviewed and signed informed consent form, can become a liability for MCJ and Wellpath.
- Have a separate orthodontic removal consent form completed and implemented (all approved by the forms committee), and provide documented training and use consistently, as directed by the CDO in the dental clinic. Within this informed consent,

---

[65] https://www.thedoctors.com/articles/informed-consent-substance-and-signature/

there should be a place where a discussion occurred with the orthodontist informing the clinician of the status of their patient and the plan within MCJ.
- If in doubt as to how to handle a particular situation, contact your Chief Dental Officer (CDO) for additional information.

## Radiograph Interpretation

It is the dentist's responsibility under the **California Dental Practice Act to review all diagnostic records**, including radiographs, to make an accurate diagnosis and treatment plan. This includes identifying any pathology shown in an x-ray and informing the patient of the finding.

**California Code of Regulations (CCR), Title 16, Division 10**, requires that radiographs taken as part of a patient's care must be reviewed by the treating dentist. This is implied through regulations regarding record-keeping, clinical judgment, and the need for the dentist to ensure the accuracy of diagnosis. The dentist must interpret the radiographs to identify any abnormalities or pathology that could affect the patient's treatment.

**California Business and Professions Code, Division 2, Chapter 4 starting with Section 1600. The California Dental Practice Act** is the section of the Code above which governs the licensure, regulation, and practice of dentistry in California, outlining the responsibilities and regulations for dental professionals.

- **Section 1625** provides a broader legal framework for the practice of dentistry in California, allowing licensed individuals to perform any procedure included in the field of dentistry, subject to the regulations of the chapter.
- **Section 1646** focuses more specifically on the ability of a dentist to diagnose conditions of the teeth, jaws, and mouth and administer necessary treatment. The review of any diagnostic records, including x-rays, falls within this duty of making a diagnosis and prescribing treatment.

  The review of radiographic images and any pathology seen therein is necessary for an accurate diagnosis. If pathology exists in an X-ray, it must be addressed as part of the diagnosis and treatment plan.

This section of the **Dental Practice Act** outlines the general duties of a dentist, particularly around diagnosis and treatment planning. The Act specifies that a dentist must make an accurate diagnosis based on all available diagnostic tools, including X-rays. While it does not explicitly mention pathology in X-rays, the responsibility for accurate diagnosis implies that any abnormalities seen in the X-rays must be addressed.

  "A dentist licensed under this chapter is authorized to practice dentistry, including the making of a diagnosis of the condition of the human teeth, jaws, and mouth, and to prescribe and administer treatment as necessary."

**Section 1680** indicates that a dentist has the ultimate responsibility for any clinical decisions made, even if performed by auxiliary personnel (like dental hygienists or dental assistants). This includes reviewing diagnostic materials such as x-rays.

The **California Dental Practice Act** requires that all clinical procedures be under the direct supervision of a licensed dentist, especially when it comes to the interpretation of diagnostic records such as X-rays.

> "A dentist is responsible for the diagnosis, treatment planning, and treatment provided to a patient. All work performed by auxiliary personnel must be done under the supervision of a licensed dentist."

> This regulation establishes that the dentist is ultimately responsible for interpreting and addressing **any findings** in radiographs, including pathology, to ensure that the patient receives appropriate care.

> According to the **California Dental Practice Act** and **American Dental Association (ADA) guidelines**, the dentist is required to use appropriate radiographs to detect conditions like caries, bone loss, or other pathologies. If the patient is due for a comprehensive evaluation, then it would be considered standard practice to take both a PA and bitewings, particularly for detecting interproximal decay.

**California Code of Regulations (CCR), Title 16, Division 10, Section 1005 (Practice of Dentistry**
While this regulation primarily focuses on standards for dental procedures, it emphasizes the responsibility of the dentist in diagnosing dental conditions, including the interpretation of radiographs.

> "A dentist shall conduct and be responsible for all examinations and diagnoses of the oral cavity and associated structures, including the interpretation of diagnostic records, such as X-rays."

> This regulation reinforces the idea that dentists are responsible for interpreting diagnostic materials, which include dental X-rays, and addressing any pathology found within them.

**California Dental Association (CDA) and Ethical Guidelines:**

> The **California Dental Association** (CDA) outlines ethical standards and best practices for dental professionals in the state. Though the CDA does not provide specific laws, it provides guidance that dentists must exercise reasonable care in interpreting diagnostic tools like X-rays and addressing any potential pathology.

> **CDA Ethical Guidelines:** The CDA's standards emphasize that dental professionals have an ethical obligation to diagnose and treat all conditions that could potentially impact a patient's health, including those seen on diagnostic images.

"Dentists have a responsibility to ensure that all diagnostic images, including radiographs, are interpreted and acted upon in a manner that safeguards the patient's health."

This aligns with the expectation that pathology detected in a dental x-ray must be recognized, addressed, and incorporated into the treatment plan.

**Therefore,** failure to address pathology in an x-ray could be considered negligent, and it may violate both professional standards and the duty of care owed to the patient. For example, if a dentist neglects to notice a condition like a tumor, cyst, or infection visible on an x-ray, it could be considered a breach of the standard of care.

### C.1  Dental Triage from a Dental Sick Call Request – 75.0% - PC

---

**Deficiency:**

- **Failure to identify and document radiographic findings.** Radiographs, per the Dental Practice Act, must be of diagnostic quality and the clinician must address any pathology within the radiograph.
  - For patient ████████ tooth #13's pathology is not discussed in the progress notes.
  - No episodic treatment plan is placed on an odontogram or paper charting form. They are not using a treatment plan form for episodic care, only for comprehensive care. The patient was not informed to submit a request for further treatment for one of the cavities visible on the radiograph. If it was identified on a treatment form or on an electronic treatment form, it is possible that the pathology would not have been missed when writing the clinical note.
- The general informed consent is not scanned into CorEMR.
  - See patient ████████
- There is no discussion of the RBACs of the informed consent in the progress notes although it does say "Exam and x-ray consent obtained and signed." This may be an administrative scanning omission however without the consent form in the electronic health record, it is assumed not completed.
  - An incidental finding shows the refusal for #18 is listed as #16. Please amend.
- Some radiographs are not fully of diagnostic quality although this area has much improved since digital x-rays have been installed.
  - See patient ████████ Occlusal not completely visible in the radiograph. Ideally there should be 1-2mm visibility past the crown and apex of the tooth.
- **An RN completed a Dental Sick Call which is a deviation from the dental standard of care.**
  - See patient ████████ who was not seen in dental for, "7/9 - I had fillings done about 3 weeks ago and they are still sensitive, and the doctor told me to put another sick call".
  - The RN completed the dental sick call on 07/10/24. Not seen in dental for this dental sick call. Patient was given medication by the physician but not referred to dental. If a filling is high, it may hurt and need to have the occlusion reduced. Pain

---

medication only may not address this chief complaint.  A referral to the dentist is indicated.
  - o No dental task is ever to be completed by an RN.
- **Failure to treat due to failure to schedule for dental treatment.**
  - o For patient ▮▮▮▮▮▮ Both times the patient was seen on 07/23/24 and 08/03/24 and was told to put in another sick call for a cleaning which is prescribed at both appointments. "SRP recommended" but never scheduled. This is a departure from the dental standard of care for Dr. ▮▮▮▮▮ to state the following but not provide treatment. "On 08/03/24 - "**Papilla is red and swollen. Bleeding upon compression**. Radiographic calculus noted."
  - o For patient ▮▮▮▮▮ the nightguard and cleaning were diagnosed but not scheduled for treatment.
  - o For patient ▮▮▮▮▮ diagnosed for SRP but not scheduled for treatment for, "Papilla is red and swollen. Bleeding upon compression. Radiographic calculus noted."

**Recommendation:**
- **Caries identified early and treated early can prevent a patient from losing a tooth.**
- Obtain open contacts and radiographic apex and crown of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization.
- When anticipating a tooth will need a restoration, take a periapical (PA) and a bitewing (BWX) x-ray to assess for caries. Use this objective finding with the other objective findings to provide an accurate assessment and diagnosis for the patient's chief complaint. Identify all pathology in a radiograph and inform the patient. Add the DPC and schedule accordingly. See the discussion above on radiographic interpretation.
- Update the consent form. The General informed consent form should include dental examination and radiographs which it does. However, it does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments or gross debridement. There is no place identified for the witness to print their name although the signature line is there.
- Make sure to have the RBAC discussion identified in the progress notes regarding informed consent prior to beginning the exam and x-rays.
- Review and provide documented training to the clinician to address all pathology within the radiograph. Include this training and expectation of care in the monthly Dental Subcommittee meeting.
- Scan all documents and x-rays in a timely manner within CorEMR, preferably within 24 hours. Provide an accurate description of the scanned item to facilitate identifying the document.
- List the Objective findings in the SOAPE notes so they are used to substantiate the Assessment/Diagnosis, i.e., pain or sensitivity, duration, pain scale, hot/cold (lingering or not), percussion, palpation, swelling, exudate, lymphadenopathy, condition of tooth, decay, etc.

- Some of the reported medical history identified during the dental visit is not listed in the problem list of the medical file. *Shortness of breath with limited activity or when resting and *Chest pains or angina pectoris. Please review and advise the Medical provider in cases of inconsistent information and include the information in the clinical progress notes including if there are any contraindications to dental treatment.
- Only the Dentist can complete a Dental Sick Call. Provide training to the RNs.
- Document the objective findings, identify the diagnosis, treatment plan, assign a DPC, schedule the task for the patient.
- As with any program, Dental should not operate in a vacuum and the results of internal audits and self-monitoring should be memorialized in their Dental Subcommittee meeting minutes and given to the Quality Assurance committee meeting for their input and accountability.
- **For all the items listed in the findings, please address them,** and also provide documented training to remedy any deficiencies. Provide self-audits and self-monitoring to continuously re-evaluate training and re-train when indicated. List items in the policies and procedures and local operating protocol to minimize continuous oversights. Success leaves clues. Identify the successes and make them repeatable and place systems that work in the P&P and LOPs.
- Give the pulpal diagnosis when appropriate during episodic care/dental sick call:
  - https://www.aae.org/specialty/wp-content/uploads/sites/2/2017/07/endodonticdiagnosisfall2013.pdf
  - https://www.aae.org/specialty/wp-content/uploads/sites/2/2017/07/aaeconsensusconferencerecommendeddiagnosticterminology.pdf

## C.2  Comprehensive Dental Care - Examination & Treatment Plan – 65.7% - NC

Per the American Dental Association (ADA), these Current Dental Terminology (CDT) codes are used during the Comprehensive Dental Examination: D0150, D0180 and D0210.[66]

There were 51 patients who received a comprehensive dental examination from April 1st, 2024, through September 30th, 2024. Three (3) of these were stated as completed by the RN and the patient may have not been seen for a requested Comprehensive Dental Examination and treatment. Only a Dentist can complete a Dental Annual Examination. Training has been provided however this practice still continues. Four patients refused.

As mentioned previously, if a dentist **fails to diagnose caries (tooth decay)** from a **full-mouth X-ray (FMX)**, it could be considered a **departure from the standard of care** in dentistry.

**Delayed treatment is one consequence of failing to diagnose caries.** Caries that go undiagnosed and untreated can lead to more severe dental issues, including tooth pain**,**

---

[66] ADA CDT 2024 I. Diagnostic p. 4 and 5

abscesses, or loss of the tooth. This delay in diagnosis and treatment may result in greater harm to the patient's oral health, which is a critical concern for the dentist.

Even if a dentist is inexperienced, due to a lack of training or familiarity with reading radiographs, this would not absolve the dentist from meeting the standard of care, as all dentists are expected to have competence in radiographic diagnosis.

If the dentist lacks proper training in interpreting radiographs or has inadequate equipment, this might be considered a contributing factor. However, the dentist may still be held accountable for not ensuring proper diagnostic procedures were followed or for failing to seek consultation from a more experienced colleague.

There may be mitigating factors such as if the x-ray is of poor quality or if the caries are in very early stages and are not easily detectable. However, in most situations, failing to diagnose easily visible caries on an FMX would still likely be seen as substandard care.

The following should be done if caries are identified later. The dentist can take corrective actions such as providing treatment of the caries, providing appropriate follow-up care, and documenting the missed diagnosis to avoid future liability. Missed caries and missed pathology should not be a repeating pattern of practice.

**Therefore, not diagnosing caries from an FMX can be considered a departure from the standard of care in California**. This is particularly true if the caries were visible on the radiograph and the failure to diagnose them resulted in harm or delayed treatment. It may be classified as substandard care**,** negligence, or even malpractice if it leads to more significant dental problems for the patient. **Dentists are expected to thoroughly evaluate radiographs and make accurate diagnoses to ensure that patients receive proper and timely treatment.**

---

**Deficiency:**
- Failure to provide general informed consent for exam and x-rays.
  - See patient ███████████ and ████████ No informed consent form signed or scanned although the progress notes state, "all consents signed".
- The General informed consent form does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments. There is no place identified for the witness to print name although the signature line is there. Medications (i.e. Peridex which is used during the deep cleaning treatment, Ibuprofen or Tylenol which is given for pain control) is not consented to in the general, periodontal, restorative or surgical consent forms. An irreversible procedure, enamelplasty of several lower teeth, was performed without an informed consent form.
- Not all radiographs are of diagnostic quality.
  - ████████ where there are areas of overlap with the radiographs.
  - ████████ has missing root apices #10 & #11.
  - ████████ has left and right lower mesial aspect of not visible.

---

- o ▮▮▮▮▮ has lower anterior apices missing, all four.
- o ▮▮▮▮▮ #6 is missing distal aspect and apex. #11 missing apex.
- o ▮▮▮▮▮ missing apices of wisdom teeth.
- o ▮▮▮▮▮ has several non-diagnostic areas.
- o ▮▮▮▮▮ has areas of overlap and angulation on the UR.

- All pathology visible in a radiograph is not consistently identified, documented, treatment planned with the appropriate DPC in the chart and/or the information shared with the patient. CAP #46.
- The patients are entitled per the IP to a comprehensive dental examination to include the ADA CDT code D0150, D0180 and D0210.
  - o **See patient** ▮▮▮▮▮ Missing caries #31 DO, #13 DO and #17 occlusal caries. Also #32 extraction with the OS not on treatment plan form and not scheduled.
  - o **See patient** ▮▮▮▮▮ Missing #14 distal caries. Missing #5 DO and #7 MBL recurrent decay. #10 MBL recurrent decay with existing RCT, possible endo scar or periapical lucency so would need objective findings to rule out a failed RCT. Broken down with gross decay #4 with periapical lucency should have been a DPC 3, not a DPC 5.
  - o **See patient** ▮▮▮▮▮ Upper and lower partial not discussed or treatment planned.
- The Dentist is routinely failing to chart existing restorations during the comprehensive dental examination.
  - o See patient ▮▮▮▮▮ Existing not charted on 05/09/24 but was done on 07/04/24. There is no clinical entry for 07/04/24.
  - o See patient ▮▮▮▮▮ Existing restorations not charted.
  - o See patient ▮▮▮▮▮ Missing restorations on anterior teeth.
  - o See patient ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ No existing restorations charted.
- There is failure to document. The periodontal diagnosis stated in the clinical notes is often not the same as what is given to the patient.
  - o See patient ▮▮▮▮▮ for example. The clinical notes are not always consistent. See most of the audited charts for this error. For example, the periodontal diagnosis is listed as moderate periodontitis but, on the form, given to the patient, the periodontal diagnosis is slight periodontitis. Please confirm the diagnosis prior to performing a treatment.
- The treatment plan is not always updated to reflect the new dates of completion.
- A task is not always created for future treatment planned dental care. If a task is not created, the patient is essentially "lost" in the system. CorEMR does not have the ability to locate unscheduled treatment plans.
  - o See patient ▮▮▮▮▮ NG which is prescribed 11/14/24 not on treatment plan.
- Failure to perform and document the 4-6 week periodontal re-evaluation and provide continuity of care following the results.
- There is no recall exam and periodontal recall type, and frequency listed on the treatment plan, stated for the next visit or scheduled.

- Mobility and furcation involvements are not always charted on the periodontal form.
- The Annual Exam treatment form does not handle perio well. Please adjust the form for conformity.
- The medical history is not always reviewed, and the review of the health history is not always noted in the clinical note. Review the medical history, allergies, medications and lab work. Document the findings in the clinical notes.
- When radiographic calculus is visible on the x-ray, it is not always stated in the objective portion of the clinical note.
- Failure to document. When the treatment is completed, the treatment dates are not always entered and rescanned into CorEMR. This type of documentation is labor intensive, however CorEMR is not an electronic dental record system so there must be accountability in this manner to show the progress of the treatment plan. Note any changes to the treatment plan and state it in the clinical notes.
  - The clinical notes are not always consistent. For example, the periodontal diagnosis is listed as moderate periodontitis but, on the form, given to the patient, the periodontal diagnosis is slight periodontitis. Please confirm the diagnosis prior to performing a treatment.
  - Place the periodontal diagnosis in the Assessment portion of the clinical note when performing a comprehensive dental examination. Mobility and furcation involvements are not always charted on the periodontal form. The Annual Exam treatment form does not handle perio well. It states periodontal health on one side of the form but on the other area states mild periodontitis. Please adjust the form for  conformity.
  - Failure to document and provide continuity of care. The treatment plan is missing the periodontal probings with mobility, the perio re-eval at 4-6 weeks, the recall exam and periodontal type and frequency. The next visit procedure(s) and DPC are not always included in the clinical progress notes. The tasks are not always created and scheduled for each line of the treatment plan. Treatment must be phased and completed by the longest DPC assigned.

**Recommendation:**
- Update the general informed consent form as previously discussed.
- All pathology in a radiograph is to be charted, documented, treatment planned and a DPC included as well as discussed with the patient.
- Review the radiographs and clinical presentation and indicate all the pathology clinically and from the radiographs on the treatment form. Please chart existing restorations in blue pen and problems (caries, etc.) in red. Indicate on the form the treatment and assign the DPC code. Remember that all treatment is to be concluded within the DPC 5 (120 days). Phase accordingly.
- Review and discuss the risks, benefits, alternatives and consequences (RBACs) for the periodontal diagnosis and proposed treatment plan with the patient and indicate the discussion in the clinical progress notes.
- Perform the informed consent conversation, sign, date, witness. Add a line for the witness's printed name.

- Refer to an outside provider or specialist when a panoramic x-ray is necessary, as this type of x-ray is not available on-site. [See Wellpath IP at p.103]
- To prevent harm to the patient, chart existing restorations in blue and problems, decay, and pathology in red. Obtain the proper diagnosis and thus the proposed dental treatment must correlate with the established diagnosis. Dr. ████ CDO to provide training in charting.
- Update the Annual Dental Exam especially the periodontal section. Contradictory form development. Remove the existing shading for occlusal restorations.
- Some of the x-rays have overlap, are foreshortened, or elongated. Obtain the apex of wisdom teeth prior to extractions in order to visualize the clinical field and not miss any pathology. ***Discuss between Dental Assistant and Dentist if any retakes are necessary prior to releasing the patient. Utilize feedback and ask for training when necessary.
- Make sure the wisdom teeth are included in the radiographic series and treatment planned if indicated on the treatment form. The radiographic visualization of the wisdom teeth is part of the comprehensive dental examination to include the ADA CDT codes D0150, D0180 and D0210.
- Send out for a panoramic x-ray when indicated per the Wellpath IP, p. 103. "Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning."
- Print the dental treatment form and enter the date of the completed treatment and rescan into CorEMR. Without an EDRS, this scanning method keeps track of completed treatment.
- Periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are to be charted at the time of the periodontal and comprehensive dental examination.
- At the comprehensive dental examination, place the periodontal diagnosis in the assessment portion of the SOAPE note. Review the previous clinical notes for consistency and accuracy.
- Assign the DPC to each line of treatment. Please provide training to the dentists that all the treatment plans must be completed within the longest assigned DPC. Please phase and create tasks/appointments for the treatment plan.
- Set a periodontal maintenance recall schedule for those who received a comprehensive dental examination. Also set the annual exam recall on the treatment plan, and schedule accordingly. Periodontal maintenance recall is not limited to yearly. Here are some recommended options per the clinical situation and assign a DPC:
  - 3 months recall (3MRC),
  - 4 months recall (4MRC),
  - 6 months recall (6MRC).
- Perform the periodontal probings as one of the objective factors for diagnosis.
- Place the periodontal diagnosis in the Assessment portion of the clinical note when performing a comprehensive dental examination.

> - The perio re-eval at 4-6 weeks, the recall exam and periodontal type and frequency. The next visit procedure(s) and DPC are not always included in the clinical progress notes. The tasks are not always created and scheduled for each line of the treatment plan.
> - Treatment must be phased and completed by the longest DPC assigned.
> - Train from the P&P and LOP. Submit the training records to the monthly Dental Subcommittee meeting and have it noted in the minutes. Continue to strive for continuous improvement.

### C.3 Chronic Care – HIV – NA – No patients referred

None of the patients who were evaluated in this audit period to have been diagnosed with HIV were referred to dental from chronic care.

Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.

The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.

### C.4 Chronic Care – Seizures – NA – No patients referred

None of the patients who were evaluated in this audit period to have been diagnosed with seizures were referred to dental from chronic care.

Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.

The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.

### C.5 Chronic Care – Diabetes – NA – No patients referred

None of the patients who were evaluated in this audit period to have been diagnosed with diabetes were referred to dental from chronic care.

Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.

The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.

### C.6  Chronic Care – Pregnancy – 66.7% - NC

No pregnant patients were found to have been referred to dental from chronic care. Two were brought in by the Dentist for an evaluation for a cleaning.

According to the American Pregnancy Association, "Pregnancy and dental work questions are common for expecting moms. Preventive dental cleanings and annual exams during pregnancy are not only safe but are recommended. The rise in hormone levels during pregnancy causes the gums to swell, bleed, and trap food causing increased irritation to your gums. Preventive dental work while pregnant is essential to avoid oral infections such as gum disease, which has been linked to preterm birth."[67]

Perform an oral assessment at the Chronic Care Initial and Follow-up appointment and refer the patients when indicated.

The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.

### C.7  Chronic Care – SMI – NA – No patients referred

None of the patients who were evaluated in this audit period to have been diagnosed with a serious mental illness (SMI) and/or are on 4 or more psych meds were referred to dental from chronic care.

Perform an oral assessment at the Chronic Care Initial and Follow-up appointment and refer the patients when indicated.

The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.

---

[67] https://americanpregnancy.org/healthy-pregnancy/is-it-safe/dental-work-and-pregnancy/

## C.8  Periodontal Treatment - DF

See A.18 and B.5

## C.9  Restorative and Palliative Care – 70.8% - NC

---

**Deficiency:**

- Missing restorative informed consent.
  -  Also missing a general informed consent. This falls below the standard of care.
  - The General informed consent form does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments which includes an enamelplasty. There is no place identified for the witness to print name although the signature line is there.
- Missing Dental Material Fact Sheet. This is a mandatory form for California. This falls below the standard of care.
  - ▮▮▮
- Missing informed consent for medication.
  - ▮▮▮ and ▮▮▮ Received fluoride treatment without consent. This falls below the standard of care.
  - ▮▮▮ Received Oraqix numbing gel without informed consent.
- Inaccurate or inadequate documentation.
  - ▮▮▮ Says #11 ML instead of DL. Says #19 instead of #18.
  - ▮▮▮ Says #5DO but the progress notes state #4DO.
  - ▮▮▮ There is a discrepancy as the Dental Service and Treatment Record states a Permanent Filling but the consent and assessment state it's a sedative filling. Please amend the chart.
  - ▮▮▮ Permanent Filling informed consent signed except that #3 is missing. #4 has DO caries. Please state which tooth received the filling and amend the chart.
  - ▮▮▮ The consent states it's for a temporary filling but the clinical notes state it's for a permanent filling. #12 DO composite placed on a temporary filling informed consent. The clinical notes and the Dental Service and Treatment Record state differently, "Objective: Dental treatment #12 DO permanent filling, limited exam any incidental findings noted." Please amend the clinical note regarding the temporary filling informed consent.
- The medical history including allergies is not reviewed nor documented prior to performing an irreversible procedure.
  - ▮▮▮ ▮▮▮ ▮▮▮ Medical history not stated as reviewed.
- If the dentist takes only a periapical (PA) x-ray and **does not adequately assess the interproximal areas, it could be considered a failure to meet the standard of care** in a

routine or preventive care scenario. Bitewings are typically necessary for detecting cavities between teeth that aren't visible in a PA radiograph. If there is a failure to detect caries or another issue because bitewings were not taken when they were clinically indicated, it could lead to misdiagnosis, delayed treatment, or harm to the patient.

- o ███████ PA taken 08/20/24 Overlapped contacts. No bitewing taken. **Possible wedge remaining from previous treatment on 05/24/24 remaining.** Originally, PA taken 04/22/24 with distal filling missing. Also overlapped and missing a bitewing. The clinical notes state, ""Recommend replacing filling". If that is the recommendation, then schedule the patient for the replacement. Patient is still at the facility, therefore possible dental annual exam and redo filling #29. **Please send me the radiographs.**

- All pathology visible in a radiograph is not consistently identified, documented and treatment planned in the chart and/or the information shared with the patient. CAP #46.
  - o ███████ The caries are listed differently in the clinical notes vs the treatment plan #11. No mention of the periapical lucency at the apex #10 and #14.
  - o ███████ FMX taken 02/15/24 for filling 06/21/24. Missed distal caries #7 & #8. X-ray of #9, 10 have crown cut off and cannot see the incisal edge.
  - o ███████ Missing distal aspect #8 and full apex #8.
- The "Dental Consent for Temporary Filling" does not have a future task created to place a permanent filling.
  - o ███████
- The Dental Priority Code (DPC) is not always identified. The phasing and DPC assignment is not always identified correctly.
  - o ███████ The SRP (deep cleaning) was not performed prior to the filling.
- No pulpal objective finding performed prior to diagnosis. No pulpal diagnosis of the tooth/teeth to receive a composite restoration performed prior to the procedure. Make sure the correct DPC is assigned.
  - o ████████████████
- The pulpal diagnosis is not confirmed when 3 or more months have elapsed since the initial diagnosis. Make sure the correct DPC is assigned.
  - o ███████████
- The time out protocol is not always used and stated in the clinical notes. Utilize a timeout protocol for all irreversible procedures.
  - o ███████████████
- Place the time out protocol in the Plan section of the SOAPE note.
  - o ███████
- The manufacture of the flowable and packable composite material is not always listed in the clinical notes.
  - o ████████████████████

**Recommendation:**
- Update the restorative form so that there is only one form to include temporary and permanent filling with a space for the diagnosis, tooth number and type of restorative

procedure being completed. This will take care of many of these recurrent issues surrounding temporary and permanent fillings.

- Create a task to place a permanent filling following a sedative or temporary filling.
- Update the general informed consent form to include at a minimum medications and Include a line for the witness to print their name although the signature line is there.
- Fill out the appropriate informed consent form. Scan the consent forms and updated the dental treatment record into CorEMR. Be accurate between the informed consent form, progress notes and DSTR.
- Fill out and scan the Dental Material Fact Sheet (DMFS) acknowledgment, which is mandated by the Dental Board of California. Providing patients with comprehensive information about the materials used, including potential risks and benefits, aligns with California's commitment to informed consent and patient autonomy in dental care.
- Review the medical history, allergies medications and lab work results prior to performing an irreversible procedure.
- When indicated, take a diagnostic bitewing radiograph to assess for interproximal caries. See the radiographic interpretation section.
- Obtain open contacts and radiographic apex and crown of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization.
- Describe all the pathology in the x-ray that is taken and inform the patient. All pathology within a radiograph is to be charted, documented, treatment planned and assigned a DPC as well as discussed with the patient.
- Place the adequate DPC as well as schedule a task using the DPC parameters.
- Complete a pulpal diagnosis prior to performing a restoration.
- Assess the pulpal condition first prior to placing a temporary or permanent restoration. Place the pulpal diagnosis in the assessment portion of the SOAPE note.
- Confirm the pulpal diagnosis if 3 or more months since the initial diagnosis.
- Perform a time out protocol to make sure the proper tooth is restored.
- Include the manufacture of the restorative material used during a procedure. Identifying the material that was placed in the patient's mouth is **helpful in case of a recall of the material or an allergy.**
- Additionally, the Dental Board of California oversees the licensure and regulation of dental professionals in the state, ensuring adherence to standards that prioritize patient health and safety.[68]
- Buildups and stainless steel crowns are part of the allowable restorative procedures. Please do not let a tooth decay to the pulp because it needs a buildup and crown. Caries removal is key. A stainless steel crown although technique sensitive is a viable long term temporary option.
- Please provide documented training and place in the monthly Dental Subcommittee meeting.

---

## C.10  Extractions / Oral Surgery – 92.9% - SC – Override - PC

An overall compliance score has been determined by averaging the scores. Averaging does not consider individual incidents that are problematic and therefore averaging could still be a risk to patient health.

**There were significant departures from the dental standard of care due to failing to prescribe an analgesic (pain medication) following oral surgery. Post-surgical care is the responsibility of the Dentist.**

Deficiency:
- **Significant departure from the standard of care. Lack of medication following oral surgery.**
  - ▇▇▇▇▇▇▇ No medication following surgery on 09/13/24. Patient received medications the next day from medical, "Subjective: 9/14 - I got surgery yesterday around 10:30am from the dentist and still have not gotten anything for the pain. I've been in excruciating pain all night long".
  - ▇▇▇▇▇▇▇ Patient experienced significant and delayed pain management for an additional 2 days before he was seen by medical for pain relief.
  - ▇▇▇▇▇▇▇ The patient put in a dental sick call slip four days later on 08/20/24 and received a medication order on 08/21/24, five (5) days after the surgery.
- **Inaccurate or inadequate documentation**, a failure to confirm the teeth number for extraction on the consent form, progress notes and radiographs.
  - The standard of care in dentistry requires dentists to maintain accurate and legible records that reflect the patient's treatment history, including the specific tooth or teeth that were treated.
  - ▇▇▇▇▇▇▇ (04/16/24). Please confirm the correct teeth were removed. The consent form says #2 & #30 and the clinical notes says #3 & #30. The radiographs taken do not fully show the relationship with the other teeth in the quadrant.
  - No matter if it were the Dentist or the Dental Assistant who entered the inaccurate teeth number on the consent form, the Dentist signed the consent form and ultimately did not perform the timeout protocol.
- **All pathology** visible in a radiograph is not consistently identified, documented and treatment planned in the chart and/or the information shared with the patient. CAP #46.
  - ▇▇▇▇▇▇▇ Patient on 10/07/24 has PA #17 & #18. #18 had decay to the pulp but not mentioned in the clinical notes. Patient is repeatedly putting in sick calls for pain. Although may be from the dry socket, please evaluate #18.
- **No consent was reviewed or signed; or x-rays were taken; prior to enamelplasty, an irreversible procedure. This is a significant departure from the standard of care.**
  - ▇▇▇▇▇▇▇ An irreversible procedures was performed without documented informed consent and radiographs to show the existing condition of the dentition prior to enamelplasty.

- X-rays are typically necessary to ensure there are no underlying issues, such as decay, structural weaknesses or pathology in the tooth that isn't visible during a clinical exam. Diagnostic imaging before irreversible procedures like enamelplasty are necessary to meet the standard of care. Without an X-ray, the dentist may miss hidden decay or other pathologies, potentially leading to complications like further damage to the tooth or pain.

- **The General informed consent form** does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments. There is no place identified for the witness to print their name although the signature line is there.
    - General consent does not always have the witness/Dental Assistant's signature.
- **For x-ray capture** and diagnosis, include the entire tooth in question, including the apex and at least half of the adjacent teeth for good visualization of the clinical area.
    - ▮▮▮▮▮▮ The radiograph does not include the surrounding dentition for better accuracy of the teeth number.
    - ▮▮▮▮▮▮ There is no mention of the lucency at the apex #29. Generally, the mental foramen is located on the anterolateral surface of the mandible, typically between the apices of the mandibular premolars. Also, no bitewing radiograph was taken for the detection of caries. Best to identify the angulation of the radiograph and clearly identify the objective findings to show #29 is vital.
- When providing an objective finding and subsequent diagnosis, please evaluate the opposing occlusion for any trauma from occlusion which could contribute to the mobility of a tooth, prior to recommending an extraction.
- Please be mindful when using templates to fill in the progress notes otherwise it will look like this:
    - "RBAC was discussed, and informed consent for the extraction of tooth #X was obtained."
- **Continuity of care** was not always followed.
    - ▮▮▮▮▮▮ Clinical notes state no more treatment to be completed however broken down #17 & #18 have decay to the pulp. No mention #18. Bring patient back if still at MCJ.
- **Sutures** are listed but does not state if the suture is resorbable. Place this information in the clinical note so will know if patient needs to return for suture removal.
    - ▮▮▮▮▮▮▮▮▮▮

**Recommendation:**
- Provide Wellpath's plan to address this departure from the standard of care for the lack of prescribing medication following oral surgery.
- Confirm which teeth are to be extracted by performing a time out protocol.
- The standard of care in dentistry requires dentists to maintain accurate and legible records that reflect the patient's treatment history, including the specific tooth or teeth that were treated.
    - Be mindful that all areas have the same information, the progress notes, the consent form and the Dental Service Treatment Record (DSTR).

- All pathology in a radiograph is to be charted, documented, treatment planned, a DPC assigned and discussed with the patient.
- Provide informed consent and radiographs before performing an irreversible procedure.
- Provide continuity of care by placing next visit and DPC in the progress notes.
- Include the suture type in the progress notes and if the patient needs to return for suture removal. listed but does not state the type of suture and if it is resorbable. Identify the number of sutures placed and the type and if resorbable.
- Review the medical history, including information provided by the patient in the medical history form, allergies, medications and laboratory findings and document in the clinical notes. Obtain a medical consultation when indicated.
- "Indicate the tooth number(s) or mark the tooth site or surgical site on the odontogram or radiograph to be included as part of the patient record. Ensure that radiographs are properly oriented and visually confirm that the correct teeth or tissues have been charted. Conduct a time out to verify patient, tooth, and procedure, with assistant present at the time of the extraction." -Joint Commission.
- Please update the DSTR to indicate both verbal and written post-op instructions are to be given.
- Create a new task, if it is not already done so, to appoint patients for future care indicated in the progress notes and or the dental treatment record.

### C.11  Endodontics (Root Canal Treatment) – 87.5% - SC

**Deficiency:**
- Failure to refer.
  - ▢ #13 referral to the endodontist on 09/03/24 not referred.
  - ▢ Incidental Finding from Restorative: Per the progress notes, the patient was referred to the Endodontist for tooth #13 on 09/03/24. There is no offsite referral for #13 although the progress notes state ERMA referral done.
- Lack of update to the Dental Treatment record.
  - ▢ #8 RCT is listed on the odontogram however on the treatment plan it states, "filling and pulp cap". Please place an addendum and update the treatment plan to reflect #8 RCT and buildup.
  - ▢ No post-op radiograph taken as indicated in the progress notes following #8 RCT.
  - ▢ Decision to place or not place a post is also <u>not</u> discussed in the clinical progress notes.
- There is no endodontic consent form which includes pulpotomy and pulpectomy to relieve acute pain.
  - ▢ *"All patients in custody of county detention centers with CFMG dental contracts shall be eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth. Endodontic services shall be performed in accordance with established criteria and within the specific guidelines of this section. Palliative endodontic therapy-the procedure in which pulpal debridement is performed to*

> *relieve acute pain shall be provided to all inmate-patients."* (Wellpath IP, Exhibit A, p. 108)

- Wellpath denied the CDO from obtaining the root canal equipment for root canals to be performed at MCJ. However, the onsite dental team recently found an outside general dentist willing to perform these procedures. The Implementation Plan states a specialist will be located *""A local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist."* (Wellpath IP, p. 109)

**Recommendation:**

- Please verify the referral was sent to ERMA as cannot locate the referral for #13. Scan the referrals from ERMA into the document section of CorEMR.
- Be mindful of following through and completing referrals when indicated during a dental appointment.
- Update the endodontic consent form to include pulpotomy and pulpectomy to relieve acute pain. Review and update the endo consent form when updating the other consent forms for consistency.
- CDO to address within the endodontic LOP how the recommendation for a crown following a root canal from the specialist will be handled at MCJ.
- When performing a restorative procedure following a root canal, scan the DMFS, if not there from a previous restoration and the restorative consent form with the specific procedure the patient is consenting to into the document section of the patient record in CorEMR.

## C.12  Prosthodontics (Dentures) - NA

**Deficiency:**

- No patients were stated by MCJ/Wellpath as referred to the prosthodontist for this audit period.
- Patients were not offered dentures in the Comprehensive Annual Dental Examination. This is a departure from the standard of care for comprehensive dental exams and is a benefit of the Implementation Plan.
  - See patient ▮▮▮▮▮ in comp exam section C.2. Upper and lower partial dentures not discussed, or treatment planned.
- The patient's chief complaints was not addressed.
  - ▮▮▮▮▮ "Fix loose dentures" was not addressed in the progress notes.
- The General Informed Consent form does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments. Consent was not given for the denture adjustment. Please amend the form to include this prosthodontic (denture) adjustment.

**Recommendation:**

- Full and partial dentures are benefits of the Implementation Plan if the patient meets certain timeframes. [Wellpath IP, p.104-106]

- Address all the patient's chief complaints and note them in the progress notes.
- Please identify if a denture laboratory has been located for "fix loose dentures".
- Update the general informed consent form to include denture adjustment.
- Add to the Comprehensive Care LOP, denture adjustment, repair and fabrication of dental prosthetics including the lab and number of appointments to schedule.
- A patient can be offered the opportunity to pay for their own transportation to a dentist or prosthodontist for the denture fabrication if they have less than one year of incarceration. A note should be placed in the clinical progress notes indicating this was offered and the status of the patient's decision.
- Recommend that referrals with the outside specialist for the fabrication of partial and full dentures is tracked by dental so that all of the steps necessary to obtain the dentures are documented and the patient is seen timely.

## C.13  Progress Notes (SOAPE) – 50.0% - NC

**Deficiency:**
- There are times when the clinician uses a templated progress note which is not patient and/or procedure specific.
- Not all SOAPE clinical notes have a next visit and DPC listed.
- A chronological progress note in a SOAPE format is not written for an informed refusal or a medication prescription.
- A chronological progress note is not written for a rescheduled or cancelled by staff task, (located in the Task but not in the clinical note of the Dental Sick Call notes).
- The assessment is not always substantiated by the objective findings for pulpal and periodontal diagnosis.
- The SOAPE progress note is not always completely filled out. The areas of continuing lack of consistency include the objective findings, the pulpal and periodontal diagnosis, as well as the education component.
- A clinical progress notes does not always have an "late entry" for progress notes written on a different day than the day the patient was seen.
- The DSTR is not always filled out to reflect the appointment. The SOAPE LOP does not indicate how the DSTR is to be filled out by the clinician.
- If a patient is sent to the ER post extraction for excessive bleeding or pain, the review of the medical notes is not stated as being reviewed.

**Recommendation:**
- Update the SOAPE and Comprehensive Care LOP to reflect the areas of deficiencies. Include workflows for training purposes, within the SOAPE and Comprehensive care LOP.
- Fill out the SOAPE progress notes according to the updated LOP.
- If using a template for the progress notes, make sure to make it patient and procedure specific, otherwise the progress note can become below the standard of care.
- For chronological purposes, it is easier to follow sequential progress notes rather than chart notes, tasks, and documents in various locations as it is time consuming to go back

and forth to see the events. Write a clinical notes for refused, rescheduled, cancelled by
staff and medication refills or initial medication requests, (located in the task but not the
clinical note). Include these standards in the SOAPE LOP.
- Provide documented training and include the training in the monthly Dental
  Subcommittee meeting minutes.
- The SOAPE LOP does not have an instruction for the clinician to enter "late entry" in the
  progress note and state when the patient is seen for the completed dental appointment.
  If the clinical progress notes are entered late, enter "late entry" and when the patient
  was seen for the completed dental appointment.

## Infection Control and Regulatory Compliance: Sections D.1 through D.85 – 92.0% - SC

*All dental services will be provided in a safe and sanitary environment.* (Wellpath IP, p. 98)

Congratulations on achieving substantial compliance in this area again! There are certain items
marked as non-compliance and partial compliance within the clinical review, and these still
need to be addressed. Please see the Dental Audit Tool Results tab, Section D Infection Control
and Regulatory Compliance, for these specific findings and recommendations.

*The parties or any party may agree or request a finding that Defendants are in substantial
compliance with a particular Implementation Plan or any material part thereof and have
maintained substantial compliance for a period of twelve months. [See definitions and
monitoring sections.] Such a finding will result in a reduction or suspension of monitoring of
that issue. If Plaintiffs present evidence that Defendants are no longer in substantial
compliance with requirements previously found in substantial compliance, the Court may order
additional relief including but not limited to reinstating full monitoring. (Settlement
Agreement, Paragraph 50, p. 18)*

Generally, the next step for this area of compliance, per the Settlement Agreement, is to
maintain this level of substantial compliance for a period of twelve months for the Court to
reduce or suspend monitoring of this issue. Although this has been achieved, **due to the failure
to correct the radiological monitoring using the dosimetry badges, it appears that this area
requires additional monitoring.**

**Deficiency:** D.1.13A[69] - PC
- There is no mixing valve still, as recommended in report #10.
- Although the water stayed within tepid range of 60 - 100 degrees Fahrenheit after several
  minutes of continuous running. Per the Maintenance crew, the high temp was 92.7
  degrees Fahrenheit, and the low was 68 degrees Fahrenheit. They obtained this
  information by using an industrial infrared thermometer.

---

[69] See CFMG Resp@p.10. Also see CEJ Updated Resp@p.7

- There is however no temperature measurements during either really cold or really hot summer/winter months which could provide an above or below measurement.
- Also, the velocity has not been verified.

**Recommendation:**

- Therefore, the recommendation remains the same as in prior audits. Install a thermostatic mixing valve to ensure the temperature stays in the tepid range of 60 - 100 degrees Fahrenheit.
- See Monitor Response in the Dental Audit Tool Database.
- The eyewash station and the mixing valve fall under the Cal/OSHA under CCR Title 8, Section 5162 and OSHA's requirements under 29 CFR 1910.151(c). Even without a specific thermostatic "mixing valve" mandate, Cal/OSHA inspectors will likely ask how the temperature is maintained consistently.
- Facilities must conform to ANSI Z358.1-1981.
- Equipment delivers flushing fluid in sufficient quantity and pressure.
- The water used must be tepid (per ANSI Z358.1-2014, defined as 60–100°F).
- If a mixing valve is absent, but no other control mechanism exists, and tepid water cannot be guaranteed at all times, your facility may still be cited for noncompliance with ANSI standards (which CCR Title 8, Section 5162 incorporates).
- **Therefore, since I cannot guarantee the water from the eyewash station will always be within tepid range, the PC remains.**
- Please review the following – OSHA Standard 29 CFR 1910.151 C:
  - https://blog.ansi.org/when-to-use-safety-showers-and-emergency-eyewashes/
  - https://www.eyewashdirect.com/collections/ansi-eyewash-z358-eyewash-standard-guide
  - https://www.dir.ca.gov/title8/5162.html

---

**Deficiency:** D.1.31A - PC

- Safety cover was loose and not fully attached to the amalgamator during the site visit.

**Recommendation:**

- Make sure the amalgamator/triturator cover is attached to the unit and is not broken. Order a new safety cover part if the hinges are broken.
- There may be a clinician or clinical situation where amalgam or a composite buildup material dispensed using a triturator may be the material of choice. If the CDO states in a P&P and LOP that a triturator will never be utilized in the dental clinic, no matter the clinician or clinical situation, then I will make this question not applicable, N/A, and the triturator can be removed from the dental clinic. Until then, please fix or replace the broken cover.
- The Occupational Safety and Health Administration (OSHA) and similar regulations specify guarding requirements for machinery, including triturators, to prevent employee and/or patient injuries. OSHA's regulations, such as 1910.212, focus on guarding the point of operation of machines, which would include the moving parts of a triturator.

---

**Deficiency:** D.1.40A - PC

- Per Custody, the Evacuation Plan cannot be posted for safety and security reasons and cannot be posted in the dental clinic or kept in a binder where it can or could be seen. Custody has declined to allow them to post the plan in the clinic or store it in the binder as it could be seen by incarcerated persons, thereby endangering the safety and security of the facility.
- The facility does have regular drills to keep staff aware of evacuation routes and emergency exits however there is no signed attestation of this training.

**Recommendation:**

- Provide an attestation of training.
- Provide confirmation that staff has been trained on the evacuation route in their disaster preparedness training.
- Confirm staff receives this training at least yearly for disaster preparedness.
- Keep training records for a period of three years showing when drills are performed to show that staff has been trained in the evacuation procedures.

---

**Deficiency:** D.1.42A[70] - NC

- No proof of practice for the Emergency Response Protocol was provided at the time of the audit tour.
- There was no proof of practice for the Emergency Response protocol at the time of the audit. The man down drill was given to Dr. ███ and DA on 11/28/23 but not for the other dental team. The P&P for the Emergency Response Plan was made effective 10/15/24 which is outside of the audit period. I am concerned that you think that focus on patient care during an emergency is "wasteful". I continue to recommend a dental specific LOP accompany the P&P. Have you tested the backup generator? Please also include this in your LOP. See also CAP #114.

**Recommendation:**

- Provide confirmation that staff has been trained on the evacuation route in their disaster preparedness training.
- Confirm staff receives this training at least yearly for disaster preparedness.

---

**Deficiency:** D.1.57A & D.1.60A - **Dosimetry Testing and Reports** - NC

- A control badge is being used as the area monitoring badge. Please discontinue this practice and order both an area monitoring badge and control badge. The dosimetry monitoring results reports were published on 08/24/24. **The control badge was used as the area monitoring badge. This, as stated below, affects the result of the individual badges.**
- "The control badge should be kept in a low background location at your facility, never in the room where your source of radiation is located. Also, as the control badge is used in the calculation of dose, it should never be worn or re-assigned."[71]

---

[70] See CFMG Resp@p.17. Also see CEJ Updated Resp@p.8-9
[71] Radiation Detection Co.

- Therefore, one full year of radiation monitoring is to begin anew when both a control badge is placed in a draw in the administrative portion of the clinic (DA or Dentist desk) and an area monitoring badge is placed no more than 6 feet from the source of the beam.
- "Monitoring shall be performed for a period of 12 consecutive months. Radiation monitoring badges shall be worn at chest level by participating staff and the badges are not to be worn outside the dental treatment area."[72] Please review:
  - Dental Board of California, Dental Practice Act, Chapter 4 Dentistry, Article 3, and Section 1656, Radiation Safety Requirements
  - Code of Federal Regulations Title 10 (Energy), Chapter 1 (Nuclear Regulatory Commission), Part 20 (Standards for Protection Against Radiation), Subpart F (Surveys and Monitoring) Sec. 20.1502
  - California Health and Safety Code, Section 114870, Subdivision (b) or (c), or Section 114885

**Recommendation:**
- Order the appropriate dosimetry badges. Perform one full year of radiation monitoring to begin anew when both a control badge is placed in a draw in the administrative portion of the clinic (DA or Dentist desk) and an area monitoring badge is placed no more than 6 feet from the source of the beam. Include dosimetry monitoring protocols, including those for pregnant staff, in the site specific radiation safety LOP.
- Include dosimetry protocols, including for pregnant staff, in the site specific radiation safety LOP.
- Please provide the dosimetry results from the Radiation Monitoring company timely to the staff and document the results in the monthly Dental Subcommittee meeting minutes.

---

**Deficiency:** D.1.66A - **Spore Test – Biological Indicator Test**[73] - SC
- Although Substantial Compliance is given for this metric, I suggest that you update the Spore Test Biological Indicator Test log to reflect the directives of the CDC below:
  - The current logs are printouts from the sterilization biological monitoring company and not what the CDC recommends for log keeping protocols. "For each sterilization cycle, record the type of sterilizer and cycle used; the load identification number; the load contents; the exposure parameters (e.g., time and temperature); the operator's name or initials; and the results of mechanical, chemical, and biological monitoring."
  - https://www.cdc.gov/oral health/infection control/FAQs/monitoring. Html
  - https://www.cdc.gov/oral health/infection control/pdf/safe-care2.pdf
- Regarding the spore test, it was discovered during the dental audit tour, that the average length of time for MCJ to receive the results of the spore test, from mailing the spore test to receiving the results, is between 11 days to 15 days.
- This long of a turnaround time could potentially expose the dental clinic to unnecessary risks should the spore test come back as failed. Based on this time period there is a

---

[72] https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art3.3.3.pdf
[73] CFMG Resp@p.13. Also see CEJ Updated Resp@p.7-8

potential where contaminated, unsterilized instruments could be used on patients in the dental clinic before any corrective action could be taken and for the protocol for a failed spore test to be initiated.

- "Critical items, such as surgical instruments and periodontal scalers, are those used to penetrate soft tissue or bone. They have the greatest risk of transmitting infection and should always be sterilized using heat." In the unlikely event of a confirmed breach, please review the following for healthcare facilities. Healthcare-Associated Infections (HAIs).
  - o https://www.cdc.gov/hai/outbreaks/steps_for_eval_ic_breach.html
- It takes only one day following the receipt of the spore test for the monitoring company to issue a pass or fail, therefore, although not mandatory, I recommend Wellpath finds a solution to minimize the time it takes for the spore test monitoring company to receive the spore test itself.
- Spore tests are crucial for ensuring the effectiveness of sterilization procedures and preventing infections. Lost or mishandled spore tests can lead to inaccurate readings and potential infection control failures. Taking extra precautions to prevent a spore test from being lost or mishandled is essential for maintaining effective sterilization procedures and reducing the risk of infections. It is a proactive step that can contribute to safer patient care and better infection control practices.
  - o https://www.cdc.gov/dental-infection-control/hcp/dental-ipc-faqs/sterilization-monitoring.html
  - o https://www.cdc.gov/dental-infection-control/hcp/summary/sterilization-disinfection.html#:~:text=A%20spore%20test%20should%20be,monitoring%20should%20also%20be%20performed.

**Recommendation:**

- My recommendation is to make a copy of the envelope that the tests are sent in as well as use a tracking method for the envelope. This can be achieved by using Certified Mail, Fed Ex or UPS Express to send the tests to the biological monitoring laboratory. This method will show that tests have been mailed out and will keep the dental clinic in compliance if tests get lost in the mail or are delivered to an incorrect address. It will also allow the tests to be received earlier by the laboratory, with results generally within 3 days.
- If an overnight carrier is utilized to send the spore test, rather than the mail, then a maximum of 3 days is a better timeline than 15 days of recalling instruments if there is a confirmed breach. At the very least take a picture and make a copy of the two envelopes with the date completed before sending to the mail room. This method will show that tests have been mailed out and will keep the dental clinic in compliance if tests get lost in the mail or are delivered to an incorrect address.
- I suggest you update your logs per the CDC; they recommend the following log keeping protocols, "For each sterilization cycle, record the type of sterilizer and cycle used; the load identification number; the load contents; the exposure parameters (e.g., time and temperature); the operator's name or initials; and the results of mechanical, chemical, and biological monitoring."

o  https://www.cdc.gov/oral health/infection control/FAQs/monitoring. Html
o  https://www.cdc.gov/oral health/infection control/pdf/safe-care2.pdf

---

**Deficiency:** D.1.70A[74] -
- For stock medications within the dental clinic. Amend the log of pharmaceuticals to include prescribed medications including antibiotics and analgesics and note the specific patient to whom the medication is prescribed.

**Recommendation:**
- For stock medications within the dental clinic. Amend the log of pharmaceuticals to include prescribed medications including antibiotics and analgesics and note the specific patient to whom the medication is prescribed and the dosage.
- See the following links for pharmacy stock medication accountability:
  o  https://www.cdcr.ca.gov/hcdom/dom/chapter-3-health-care-operations/article-3-dental-care-5-dental-clinic-operations/3-3-5-12-pharmaceuticals/
  o  https://cchcs.ca.gov/policies/
  o  See 1.3.2 Clinic Stock for stock medication accountability: https://corrections.az.gov/sites/default/files/documents/Medical%20Services/TM%201101%20-%20MDSTM%20-%20Eff.%2010-1-24.pdf.
- Include this metric in the Pharmacy LOP for the dental clinic stock medication accountability. Report the results of any training in the Dental Subcommittee meeting minutes.

---

## Dental Management and Self-Governance: Sections E.1 through E.17

**Regulatory compliance** in a dental clinic involves following all local, state, and federal laws, regulations, and standards to ensure safe, ethical, and legal operations. Key areas include:

- **Licensing**: Ensuring all dental professionals are properly licensed.
- **Infection Control**: Adhering to protocols for sanitation and sterilization.
- **HIPAA Compliance**: Protecting patient privacy and medical records.
- **Treatment Documentation**: Maintaining accurate records and providing care according to standards.
- **Radiation Safety**: Ensuring safe use of X-ray equipment.
- **Emergency Preparedness**: Having protocols and equipment for medical emergencies.
- **Billing Compliance**: Following ethical billing practices and insurance regulations.
- **Workplace Safety**: Adhering to OSHA regulations to ensure a safe environment.
- **Quality Control**: Continuously improving patient care and clinic operations.

Compliance ensures legal protection, patient safety, operational efficiency, and ethical practices within the clinic.

---

[74] CFMG Resp@p.12. Also see CEJ Updated Resp@p.7

### E.1  Chief Dental Officer, Corporate and Local Management – 66.7% - NC

**Deficiency:**
- At the corporate level, Dr. ███ Chief Dental Officer, is actively supporting MCJ's dental program and is the clinical supervisor in the chain of command. Dr. ███ recently was assigned the Operations Specialist full time to assist him in finding solutions in regard to the dental program. He reports to Tom Pangborn, and the clinical VP.
- ███████████, Regional VP, continues to attend Dr. ███████ weekly and biweekly alignment meetings with medical, mental health and dental.
- The Medical Director, Director of Nursing (DON), HSA and the Implementation Specialist positions are all permanently filled.
- Dr. ███████ is not provided a budget to run the dental department however he states that he is given resources when needed. Operations controls the budget.
- The CDO may have more resources assigned to him in the next budget year in order for MCJ operations to run more smoothly. With Wellpath in bankruptcy filing, it is unknown at this time how this will affect dental's resources moving forward.
- At the time of this audit, Dr. ███████ does not appear to have complete autonomy nor the power over his position to fully affect the changes he wants to make due to corporate restrictions. Nor does he have autonomy regarding hiring and firing. However, per Dr. ███████ this continues to improve as he states he is given more resources to effect change.
- Wellpath Operations has an organizational chart but not clinical. Dr. ███████ was not in the org chart until recently where the organizational chart now includes the chain of command. There is no identification of who will fill in for the CDO when the CDO is on vacation or leave.
- Per the Dental CAP #102, which has not been complied with yet this audit period, "A supervisory audit report from the CDO is due to this monitor as part of Wellpath's monthly document production and is to include two of each of the following categories: triages and diagnoses, comprehensive dental examinations, periodontics, restorative, oral surgery, endodontics, as available, as well as an evaluation of refusals, reschedules, OTM, OTC and NIC. Dr. ███████, Chief Dental Officer (CDO) to audit multiple charts as well as provide routine, monthly supervisory oversight.  The H.S.A. may perform these tasks, as appropriate. ***Use the Peer Review audit tool as a guideline when performing the supervisory audit review."
- The CDO was providing monthly supervisory audits however the last one was from Aug 15 to Sept 15, 2023. The new PRN Dentist, who started seeing patients in January 2024, has not received a supervisory chart audit review nor has the existing Dentist. Per the Operations Specialist, the new Dentist has received a supervisory chart audit review beginning in August 2024 however this documentation has not been sent for review.

**Recommendation:**
- Provide who is filling in for the CDO when the CDO is on vacation or leave.
- Continue the monthly supervisory oversight and chart auditing by the CDO as it is important for him to stay current with the clinical picture at MCJ.

- Send these supervisory chart audits timely as part of the requested monthly dental production.
- I request that a supervisory chart audit of at least 10 charts be sent to this Monitor monthly until improvements can be seen and compliance is routinely achieved. When performing the Supervisory Chart Audit, please report on the review of the patient's chief complaint, x-rays, objective findings, diagnoses, treatment plans, DPC assignment, completed treatment, continuity of care as well as identifying that all documents relating to the visit are reviewed, signed and scanned into CorEMR.
- Complete the draft LOP for self-governance and list how the expectations will be achieved consistently. Have systems in place to provide capable, durable and sustained compliance with corporate and local support. Establish a system where key positions are filled during another employee's leave of absence in order for Dental to continue seeing patients and providing dental care.
- Continue to support Dr. ████ in his ability to support change and improvement for the dental program at MCJ. I recommend corporate provide Dr. ████ with a budget, and full autonomy as the Chief Dental Officer in order for him to effect the changes he wants to make to bring MCJ into full compliance, and then to maintain it without oversight.

## E.2  Dashboard & Documented Qualitative Self Review Process – 50.0% - NC

**Deficiency:**
- CorEMR does not have a current dashboard to quickly visualize the areas of self-monitoring, self-auditing and self-governance for the CDO's analysis of compliance. However, the monthly Dental Subcommittee is the receptacle for their data.
- There is no dashboard to track metrics, statistics, priority dental levels or dental priority codes timeframes, trends and other outcome measures in order to get a bird's eye view of any barriers to a. access to care, b. timeliness of care and c. quality of dental care at MCJ.
- There is no transparency within the dental program as clinical, management data and statistics are not easily available within CorEMR.
- CorEMR uses the "form question report" to calculate some of the clinical statistics, however it is a cumbersome process which necessitates several steps in order to get some information. This does not capture all information and only works when the RNs use and enter data in the forms to refer the patients to dental.
- The report which Wellpath is to construct per the dental CAP, the Monterey Compliance Report, is to have the ability to extricate data from CorEMR to quickly evaluate compliance for the Priority Dental Levels and all the Dental Priority Codes. Per the Operations Specialist it is in the final stages of being vetted for accuracy.
- MCJ Dental now uses CQI reports, refining the questions as they advance in their investigation of compliance.
- Regarding the CQIs, they are gathering information from different places and are keeping the data in a google spreadsheet. The various CQI graphs of the available information is

submitted to the Dental Subcommittee as PowerPoints. More CQI data is to be developed by the Operations Specialist and CDO.
- For the documented qualitative self-review process, clinically and administratively, there is a history of supervisory audit performance reviews and peer review. The Chief Dental Officer mainly performs the Peer Review but has started a peer review committee where peer review is performed by the clinician's peers rather than by their supervisor. There have been no supervisory audit reviews of the new PRN Dentist nor of the existing Dentist until August 2024.
  - They also have a weekly dental strategy meetings, consistent monthly dental subcommittee, and quarterly QA meetings. They are refining the CQI every month. The first draft of the P & P and LOP for self-governance, is in process by the CDO.

**Recommendation:**
- With the CQI process, continue to update the questions to be as relevant to the clinical issues as possible.
- Establish a dashboard within CorEMR to visualize the current metrics/statistics relevant to finding barriers to access, timeliness and quality of care at MCJ.
- Note that the Dental staff are working very hard to keep statistics manually which should be done for them through an electronic dental records system and/or pulled and placed in a dashboard.

### E.3  Electronic Dental Record System (EDRS) – 50.0% - NC

**Deficiency:**
- There is no active clinical dental record system for charting episodic and comprehensive dental care. CorEMR is not an EDRS and is not capable of fully charting clinically relevant information. There are no full clinical charting capabilities or dental management applications available in CorEMR.
  - That being said, the CDO and the Operations Specialist are trying to find solutions to many of the barriers to access and quality of care issues by finding ways within CorEMR to track dental care using the dental levels (for nurses) and the dental priority codes (for dentists).
- Additionally, there is also no way of locating and retrieving unscheduled patients as the system runs on Tasks created by the clinicians. The dental management is attempting to create ways of using the Tasks to schedule dental care more effectively as well as examinations and dental treatments but are hampered by the lack of completed Nurse Sick Calls.
- The tracking of Urgent/Emergent and Routine referrals is minimal, through the Form Question Report and although cumbersome there is some improvement in the data being tracked. The dental management is now using a CQI to track multiple areas of referral to dental, in particular intake, the 14-day health assessment and offsite referrals and returns from offsite.

- CorEMR began tracking referrals through a forms process, but their IT has not continued any upgrading of the system and the reports they have started in World of Wellpath are not functional nor accurate as of yet.
- CorEMR has not been programmed to have reports easily available in order to search for compliance. Currently some reports are available through the Forms Question Report, but this requires several steps, and not all parameters are available in this type of reporting.
- Data and statistics are necessary for operational decisions to be made and for self-audits to be effective in understanding where there are any barriers to access, timeliness and quality of care.
- The dental staff now collects data manually. Although they collect limited data, they have been consistent with accumulating this monthly data. It does not always match with what CorEMR states is completed.
- On at least one occasion, a patient was treatment planned and determined to require treatment, was given a DPC, but the treatment was never scheduled.

**Recommendation:**

- Update CorEMR to provide reports for compliance on every level. For dental program information to be evaluated for compliance and self-auditing, it should be fully accessible, easily searchable and fully transparent. Course corrections can be made when data and statistics can be viewed, decided, and acted upon easily and effortlessly. Although CorEMR at MCJ does not provide these reports at this time, there are many reports currently in the process of being written into CorEMR. Please make these reports available and easily accessible as soon as possible.
- The system of chart audits and peer review put into place only catches errors after the fact. An electronic dental records system (EDRS) contains safeguards that can prevent continuing errors from happening. See CAP #60, 62, 63. Seeing the dental x-rays adjacent to the clinical odontogram assists in visualizing the complete clinical field. I continue to recommend the purchase and implementation of an electronic dental record system (EDRS) which can integrate digital x-rays into the clinical record and where the diagnosis and treatment plan is visible on an odontogram and actively charted to the patient's individualized clinical situation. Strong search functions are also available in an EDRS to schedule patients per their DPC. An EDRS also can be programmed to have drop-down menus that limit available diagnoses to only those options that correspond with the objective findings entered.
- At a minimum, institute a clinical dental charting system for episodic dental care. Comprehensive dental care is currently charted on a clinical form, scanned into CorEMR and then rescanned with every change. Currently a task is created to schedule for every treatment planned item. At a minimum, use this clinical form with an odontogram to chart the diagnosis and treatment plan for current and future episodic clinical dental care, individualized for each patient.
- There must be a system in place to catch the error if a treatment is prescribed but is not scheduled. Create or purchase a system where patients receive their mandated dental treatment as prescribed in a timely manner and no patients are lost in the system.

- There is a system/software using ERMA to refer patients to the outside specialist. Some documentation is available through a task report in CorEMR. If another clinician, other than the Dentist, makes a referral to an outside dental specialist, then a word search must occur to locate a dental patient. I recommend the ERMA dental referral is scanned into CorEMR and that there is a dental specific referral system in place to track dental referrals to the outside specialist.
- Update the LOP and train using the LOP for any deficiencies in the system. Perform internal self-audits to make sure the system is working, and the patients are scheduled in dental the next dental day following the referral to an offsite specialist. Report any barriers to access to this care to the Dental Subcommittee and provide training when indicated.

### E.4  Digital X-Rays – 100.0% - SC

**Deficiency:**
- There is no LOP to address the step by step process to correctly upload/export the radiograph(s) into the right patient's chart in CorEMR thereby, ensuring the patient records are accessible and secure, with a mechanism to prevent alterations once inputted.
- Per the Dental Practice Act of California, x-rays should be of diagnostic quality, which includes capturing the root apex of teeth as well as noting any pathology found in the radiograph.
- In essence, the quality of the dental x-rays is directly related to the accuracy of the diagnosis and the effectiveness of treatment.[75]
- Removing teeth without full radiographic visualization can cause potential harm to the patients by increasing the possibility of jaw fracture, root fracture, damage to the mandibular nerve, having undiagnosed pathology, which may increase liability to MCJ.
- Planmeca is the digital x-ray system utilized at MCJ. The x-rays are taken in the Planmeca digital system and then following the acquisition of the radiograph, the x-rays are exported into CorEMR.
- The Dental Board of California (DBCA) mandates that if electronic recordkeeping systems are used, they must include offsite backup storage. CorEMR is cloud based and therefore, backs up the x-ray(s) to its' servers.
- There is no back up system for the stand alone laptop which takes the digital x-rays and stores them, but the x-rays are being uploaded to CorEMR routinely, ideally following each patient now, therefore, CorEMR's cloud back up provides the safe data backup for the digital x-rays.
- The digital radiographs are not integrated directly into CorEMR as one would with an electronic dental records system, however the DA is uploading the radiographs into CorEMR generally after each patient encounter.

---

[75] https://www.ada.org/resources/ada-library/oral-health-topics/x-rays-radiographs#:~:text=Dentists%20use%20X%2Drays%20to,or%20symptoms%20of%20oral%20disease.

- Once the digital x-rays are transferred to CorEMR, the DA links them to the clinical record of the patient, so the Dentist can review the x-ray within the patient's record.
- Once the x-ray is exported into CorEMR it can no longer be adjusted to increase or decrease contrast and/or color.

**Recommendation:**

- Complete the LOP to address the California Dental Practice Act requirements to back up the original radiographs, and how to identify if there are any radiographs not scanned into CorEMR. Address who is to repair and provide maintenance to this Planmeca system when it is needed.
- I recommend the Dentist provide the DA with instant feedback following the capture of the radiograph(s), so the DA may continue to improve with the new system and provide ongoing diagnostic x-ray quality. Per the CDO, quality of care training is occurring in regard to diagnostic radiographs.
- Continue to identify, inform the patient and write in the progress notes of any pathology noted in an x-ray taken at the dental clinic.

## E.5  Panoramic X-Ray Unit – 66.7% - NC

**Deficiency:**

- There is no leased or purchased panoramic x-ray available onsite for the dentist to utilize at this time. The oral surgeon who is utilized by MCJ for complex extractions, biopsies and other oral surgery needs, has a panoramic radiograph at this office. The panoramic x-ray copy would be returned and scanned into CorEMR, when the I/P returns to MCJ.
- For patients with over 12 months or greater of incarceration, patients can be sent offsite to the oral surgeon's office for a radiograph. "Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning."[Wellpath IP, Exhibit A, p. 103]
- Although MCJ Dental can also send patients out to a higher level of care, if indicated, for a specific radiographic series depending on the nature and reason for the radiograph, this is to be discussed and approved by the CDO.
- There is a system called ERMA, not linked with CorEMR, which is utilized for referrals to outside specialists, including to the oral surgeon.
- For referrals to the oral surgeon for specialty care, the dental clinic now receives the panoramic radiograph from the oral surgeon's office, with the report, upon return from the offsite surgery and/or a consultation.
  - Upon return from offsite appointment, the RN fills out a "Return from Offsite" form and processes the patient, report and orders from the outside specialist/OS, including scanning of the panoramic x-ray upon return from the offsite appointment.
  - The clerk handling offsite appointments schedules a priority 1 (DL1) appointment with the Dentist for a post op checkup for the next dental day following the patient's return from offsite.

> o  The Dentist is to review and note the results and discussion with the patient of any radiographic discovery, in the progress notes, preferably in a SOAPE format. This review of the panoramic x-ray, or other type of radiograph is not always performed and/or documented.
>
> **Recommendation:**
> - Please update the Offsite Referral LOP to include the expectation that the review of any radiograph, including a panoramic x-ray, will be reviewed and noted in the progress notes during the next dental day's post-op task following the patient's return from the oral surgeon's office or higher level of care.
> - The Dentist is to review, identify pathology, and discuss the results of the radiograph with the patient as well as record the review and results in a SOAPE format in the progress notes, at the time of the follow-up patient's Return From Offsite. Also advise the patient to submit a Dental Sick Call for any follow-up or continuity of care.

## E.6  Equipment and Supplies – 100.0% - SC

> **Deficiency:**
> - Dental orders from Henry Schein and McKesson are ordered prior to running out of the supplies. They also have enough room for supplies, and they track materials dates.
> - Except for unexpected supply chain issues, there appears to be sufficient supplies available, including PPE. The dental clinic is purchasing in advance of their need in order not to be out of supplies.
> - Although MCJ needs two dental operatories, the Dentist on staff is working within the parameters of the limitation of only one chair.
> - Dr. ▮▮▮▮ has a direct relationship with Henry Schein's equipment repair head of equipment purchase and repair. They have come to MCJ routinely to provide maintenance and repair when called. Per Dr. ▮▮▮▮ efforts, MCJ/Wellpath has an account number with Henry Schein and can order per his instructions and per OSHA parameters.
> - The Dental Assistant is key to maintaining the equipment and works preventatively to keep the equipment in good order.
> - Scheduled maintenance is performed and logged into the Housekeeping log.
>
> **Recommendation:**
> - I recommend a site specific local operating protocol be formulated to address how a supply chain issue, or an unexpected delay or unavailability of supplies and/or equipment is handled at MCJ.
> - One operatory is not ideal but they are making it work with the space they are given. Two dental assistants per day would be more effective to handle the one operatory limitation and could potentially increase production and patient flow.
> - Although there is no repair contract with Henry Schein or another dental supply/equipment at this time, MCJ is able to schedule repairs when needed, although sometimes extra pressure from Dr. ▮▮▮▮ is necessary for the repairs to occur timely.

When the repairs do not occur timely, patient care cannot occur when the equipment is down.
- I recommend Wellpath at a minimum review the benefits and possible cost savings of a repair/service contract with Henry Schein, which would guarantee responsiveness and timely repairs and maintenance in the event of an unexpected equipment breakdown.

## E.7  Nurse Training by DON, HSA and Dentist – 50.0% - NC

**Deficiency:**
- Some RNs are still marking a dental task "complete" without the patient being seen by the Dentist. This can cause harm to the patient, especially if the error isn't caught early and the patient does not receive a new task for their requested dental care.
- If a **nurse** completes a **dental sick call** in the computer but fails to schedule the patient for a follow-up dental appointment, it can lead to several issues:
  - **Patient Care Delays**: The patient may not receive timely treatment, allowing dental conditions to worsen or go untreated.
  - **Safety Risks**: Undiagnosed dental issues, such as infections or abscesses, could progress, causing further complications or chronic pain.
  - **Legal and Ethical Concerns**: Inaccurate documentation could result in liability if the patient suffers harm, and failure to schedule care could undermine patient trust and care continuity.
  - **Regulatory Violations**: The facility could face regulatory scrutiny for poor documentation and failure to follow protocols, especially in a monitored setting.
  - **Operational Disruption**: Missed appointments and incomplete sick calls may lead to inefficiencies in the clinic's workflow, causing delays for other patients.
- Individualized one on one training occurred 04/22/24, 05/01/24 and 09/19/24. In particular it was to address that the RNs are not to complete Dental Sick Calls, which are for the Dentist(s) to complete. Looking ahead, this training did not last as the RNs started completing Dental Sick Calls again, which is outside the scope of their license.
- The practice of an RN completing Dental Sicks and/or Dental Annual Exams, is practicing outside the scope of the RN's license.
  - Some individual nurses who have completed a Dental Sick Call, did not assign the correct Priority Dental Level. For example, patient ███████ - RN Completed Dental Sick Call. Created: "7/21 - I am suffering from EXTRME tooth pain its either a rear molar or a wisdom tooth. It is throbbing 24/7 became unbearable this morning could not work - rest or anything" and patient was given a Dental Priority 2. This type of patient complaint is a Priority Dental Level 1 issue, not a Priority 2. Additional documentation must be written in the nursing sick call notes and task to justify assigning a Priority 2 to a Priority 1 condition.

**Recommendation:**
- Provide clear protocols and staff training on completing Nurse Sick Calls but not for the RNs to complete a Dental Sick Call. Continued documented training as necessary for the Nurses to permanently refrain from completing dental tasks.

- Dental management can pull a report weekly to see if RNs are completing dental care and run a CQI to evaluate this area for continuing deficiencies.
- Completing a Dental Sick Call, Dental Annual Exam or any other dental task is only for the Dentist to perform.
- Provide documented nurse training so No Dental Sick Calls and/or Dental Annual Exams are ever completed by an RN.

---

**Deficiency:**
- There are 14 permanent RNs hired at MCJ, with 7 RNs on the day shift and 7 RNs on the evening/night shift.
- The training appears to not be fully successful as there continues to be barriers to access to care relating to the assignment of the Priority Dental Levels 1 and 2, following a patient's oral screening.
    - The nurses have continued to receive dental specific training from the Dentist, Operations Specialist, DON and Implementation Specialist to address identified deficiencies in the designation of Priority Dental Level 1 and 2 conditions.
    - Per the CDO, the Dentist is also providing individualized dental training to the nurses although it is not documented. With the permanent DON position filled, the Dentist is also reaching out to the DON, and including the Operations Specialist, to communicate when additional training is needed. The Dentist is not given the time to perform this function on a regular basis.
    - Due to the waves of nursing shortages, there has been no documented one on one training provided from internal self-auditing. However, I understand that Dr. ▇▇▇ is writing emails to the nurses advising them of any deficiencies he is finding and including Dr. ▇▇▇ and ▇▇▇ in the email.
    - Training to the Physicians, Nurse Practitioners and Physician Assistants is not documented, therefore include them in the dental related trainings.
- I found that patients with pain, toothaches, swelling, infection, bleeding and abscesses are not always referred timely to Dental by using the Dental Level 1 parameter, to be seen next dental day. They are often assigned a Priority Dental Level 2 (patients to be scheduled within 14 calendar days) without describing why it is a Priority 2.
    - For example, train the nurses to provide a pain scale, as one of the factors used to justify the assignment of a priority dental level.
- The chief complaint, history and duration of the dental problem(s), location of the problem(s) and pain scale are not always consistently place on the form or in the referral task.
    - There is also still inconsistency in placing a pain scale as part of the description of the dental problem. There were instances where no description was given on the forms but a task referring the patient to dental occurred. There are several times when only partial information is noted.
- From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have

previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care".

- o Therefore, additional training is needed to identify the correct dental level, which is important in order for patients to receive care in the appropriate timeframe and without delay.

- Some RNs have stated they don't want to over burden the Dental Clinic, but the RNs must remember that it is about the patient's care and condition and not about the Dental Clinic's schedule. Wellpath's IP states that, There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan". [Wellpath IP, Exhibit A, p.115]
- There is a failure of the RN to complete a Nurse Sick Call and to see the patient within one day of the patient's dental request. [Wellpath's IP, Exhibit A, p.101]
- There is also a failure to scan the request for the dental care into CorEMR's Document Section to calculate compliance to the Implementation Plan's mandate above.
- Dental is using their CQIs to see if their training is effective. Dental management is performing their CQI and placing the information in their monthly Dental Subcommittee. As of April 2024, Dental is in its fourth month of using CQIs. They are reporting on referrals from Intake, 14 day exams and Dental Sick Calls where they are noting deficiencies and improvements. They are updating the CQI questions as compliance is achieved in some of their initial parameters.
- o The CDO and Operations Specialist stated that as improvements and compliance occurs, they will improve upon their questions and adapt their training to rectify noted deficiencies. The CQIs do not provide alerts as to individuals who require specific training, they continue to provide generalized training during the monthly nurse staff meetings when identified problems come up in the CQIs.
- Focused dental training has been given in April, May and June 2024, with signed sign-in sheets and the Operations Specialist stated she cross checked the training with the nurses. It appears that only 3 of the new nurses did not receive training. However, Dental calendars the monthly trainings during staff meetings where everyone has the chance of receiving the dental training. Annual training is planned as well.
- o The Operations Specialist has created a flowchart, and it is posted at intake. Training has been shown to occur and is repeated during staff meetings. The DON has attended the dental trainings and provided trainings to the RNs.
- o There is no feedback from the RNs to see what the main barrier to their consistent and accurate performance in assigning a Priority Dental Level and in consistently identifying the chief complaint, history and duration of the problem, location and pain scale, in CorEMR's forms and tasks.
- o The main challenge is identifying quickly who has received and who has not received the training as this cross checking of training is done manually by the HSA and in part by the Operations Specialist. This appears to be time consuming, tedious and not always easy to find out which training was given as the training is not provided in a written format attached to the sign-in sheet.

**Recommendation:**

- The nurse training is an ongoing issue as there continues to be a nursing turnover. Training and retraining is necessary to achieve consistency.
  - Update the global (headquarter) P & Ps and MCJ's onsite LOPs when indicated for nurse training and include the flow chart and clinic scenarios. Provide training using the LOPs and ask for feedback to the training.
  - Provide documented nurse training for correctly assigning the dental priority level.
- From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care".  Therefore, identifying the correct dental level is important in order for patients to receive care in the appropriate timeframe and without delay.
- Flow charts are recommended to be updated when necessary to assist the nursing staff in more easily and correctly using the Priority Dental Level 1 and 2 in CorEMR. The RNs must select, following a screening of the patient's mouth, the Priority Dental Levels 1 and 2 which aligns to the selection of the referral type - Emergent, Urgent, or Routine.
- According to the Operations Specialist. Further training occurred in late May 2024 and monthly during the nursing staff meetings.
- Review the questions within the CQI in an attempt to offer more focused training for the nurses in the specific areas where they do not correctly assign the Priority Dental Level.
- More training is necessary and a greater coordination between Nursing and Dental is necessary for the patients to be scheduled and seen within timeframe for their Emergent/Urgent and Routine dental conditions.
- I suggest using specific situations from the audit tool reviews in the RN trainings. These specific clinical situations may help the RNs identify the correct Priority Dental Level for that specific situation.
  - Patients assigned a Routine Dental Level Priority 2 for Intake and Dental Sick Call, were scheduled timelier 68.5% and 63.6% respectively, than those assigned an Emergent and Urgent Dental Level Priority 1 from Intake and Sick Calls, 57.1% and 50.0% respectively.
- Request feedback from the nurses to see what main barrier to consistent accurate performance is providing the bottleneck of understanding and the lack of placing the same information structure, i.e., chief complaint, history and duration of the problem, location and pain scale, in CorEMR's forms and tasks.

## E.8  Staffing and Staffing Analysis – Clinical and Administrative – 50.0% - NC

**Deficiency:**
- Not all requested comprehensive dental examinations and cleanings are seen timely even with the addition of PRN staff.
  - *Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for*

*the identification, diagnosis, and treatment of dental pathology which impacts the health and welfare of inmate patients.* (Wellpath IP, p. 103)

- The Periodontal Disease Program is implemented and is generally provided by the new PRN Dentist and Dental Assistant. The flow of patients into the Periodontal Disease Program is causing a barrier to access to care as there is a significant delay in patients being scheduled and seen for this program. Therefore, not all requested periodontal disease program requests are seen timely despite the PRN staff.
  - *MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS).* (Wellpath IP, p. 103)
- There is no rescue plan in place for dental staffing emergencies.
  - See the Dental CAP #113. "Add dental services to Wellpath's existing 'rapid response team' for staffing shortages."
  - One of the Dental Assistants has left for a new position and therefore, the PRN Dental Assistant is working to fill in the vacant Dental Assistant position.
- The Hygienist position, per the Implementation Plan, is not filled and continues to be a vacant position. It was being advertised previously. Rather, the staffing analysis was conducted by Dr. ▮▮▮▮ in September 2023. Full dental care was recommended. Therefore, noting the CDO's concern of only one dental chair, Wellpath hired a PRN Dentist and Dental Assistant.
  - The PRN Dentist is providing hygiene services, including deep cleanings with local anesthesia. This is allowing the patient's comprehensive dental examination and the Periodontal Disease Program treatment plans for periodontal care, to be fulfilled.
- The County has not officially accepted nor ratified into their contract the full time dental care recommendation into their staffing plan. Therefore, these PRN positions are not permanent at this time and may be eliminated at the discretion of the County or Wellpath.

**Recommendation:**

- Have a staffing plan in place and ready to be implemented as it is currently unknown if the new PRN Dentist and Dental Assistant position will be ratified and included in the Monterey County staffing plan.
- CAP #122. Perform another Staffing Analysis and timed Workflow Analysis when the Periodontal Disease Program, Chronic Care and the Comprehensive Dental Examinations are having their exam and subsequent dental treatment completed in the right category.
- Conduct a thorough Staffing Analysis and Workflow Analysis with someone experienced in this process and who has dental knowledge. Consider the increased dental demand expected by the increased compliance with the IP. Adjust the staffing (including hiring) if/as necessary, including hiring the Hygienist position as recommended in the IP. Include the new dental staff into the Wellpath Staffing plan so this is ratified in the new contract with MCJ.

- Dr. ▇▇▇ and Dr. ▇▇▇ are working towards a plan to optimize the flow of patients requesting dental care. Dr. ▇▇▇ is asking for the dentists to perform quadrant dentistry whenever possible. They still have a small backlog although many of the patients have been released, and their incomplete treatment plans have dropped off from the backlog.
- Schedule and see the patients timely within the Dental Periodontal Program, for the requested Annual Comprehensive Examination and Chronic Care referrals.
- Schedule and see the patients timely for Intake referrals, Dental Sick Call requests, the 14-Day examination Health Appraisal. As well as for Returns From Offsite from visits to specialists, POC, and returns from higher levels of dental care. And for any and all referrals from providers within MCJ.
- Complete and provide training using the LOPs.

---

**Deficiency:**
- The Operations Specialist is working on the job descriptions for the Dentist, Dental Assistant and Hygienist to include a list of expectations and adherence to the IP and any forthcoming policies, procedures and local operating protocols.
- There is no plan/policy and procedure at this time to handle the provisioning of dental care locally at MCJ, but they do have a disaster plan from which a PRN Dentist and/or Dental Assistant from San Benito and Santa Cruz can be called, although this will leave those Counties without a dentist.

**Recommendation:**
- The hygienist position has not been filled per the Implementation Plan; however, a new PRN Dentist and Dental Assistant have been hired. The Dentist is currently providing hygiene services, fulfilling patient's comprehensive dental examination's treatment plans for periodontal care and providing dental services for the Periodontal Disease Program.
- Complete the job description including a list of expectations and adherence to the IP and any forthcoming policies, procedures and local operating protocols.
- Complete Dental CAP #113 and add Wellpath's Dental Clinic to the Rapid Response Team for staffing shortages.
- There are verbal options identifying that other clinicians through Wellpath can fill in if the local dentist or dental assistant are on leave, but nothing is formalized, therefore, create an LOP to handle the provisioning of dental care at MCJ.

### E.9  Illness and Injury Prevention Plan (IIPP) – 62.5% - NC

---

**Deficiency:**
- The IIPP is completed, and the site specific dental portion is also completed utilizing the California Dental Association's Regulatory Compliance Manual. The binder is in the dental clinic. No injuries are reported from April 1st, 2024, through September 30th, 2024. There is a worker's comp process, and a global policy is in place.
- However, there is no training documentation identifying that staff have been trained on the IIPP and the site specific dental portion of the IIPP. There is an emergency medical response training on 11/28/23 but only for half the dental team.

- The DA stated she has been trained on transporting waste per Stericycle but there is no site specific LOP to indicate the protocol, nor documentation of training.
- There is no site specific LOP or training on the transportation of waste, sharps, amalgam and pharmaceutical waste by the Dental Assistant from the Dental Clinic to the area where Stericycle picks up the waste. One of the two DA has stated being trained on transporting of waste per Stericycle and there is a draft site specific LOP to indicate the protocol. Provide documentation of training.
- No documentation in the Dental Subcommittee or in QA meeting of any training relating to the IIPP. Staff need to acknowledge being trained in the IIPP and how to handle an emergency and/or needlestick.
- The evacuation plan is not posted in the dental clinic, nor in the Emergency Procedures binder as requested by Custody.  The evacuation plan is not allowed to be posted in plain view of incarcerated persons as it could jeopardize the safety and security of the institution.
- No attestation of training has been provided, that the dental staff have been trained for an evacuation.
- Training through World of Wellpath has occurred in this area under OSHA training although there is no site specific training documented.
- The new x-ray unit is in the new dental clinic and is officially registered with CDPH with the certificate posted appropriately. It is due to be renewed in January 2025.
- The x-ray unit in the previous rotunda dental clinic, now closed, is being removed and will be disposed of according to the state guidelines.
- The dosimetry monitoring results reports were sent on 04/30/24. The control badge was used as the area monitoring badge for the new staff in the new dental clinic therefore the past year cannot be used as the adequate one year of monitoring per the
  - "The control badge should be kept in a low background location at your facility, never in the room where your source of radiation is located. Also, as the control badge is used in the calculation of dose, it should never be worn or re-assigned."

**Recommendation:**
- Provide the training documentation that all dental staff have been trained.
- Please provide an attestation from the dental staff that they have been trained and know what to do and where to meet in case of an emergency or a disaster.
- Review this link from the ADA for additional information: https://www.ada.org/-/media/project/ada-organization/ada/ada-org/files/publications/guidelines-for-practice-success/gps-regulatory/exposure_control_plan.pdf?rev=e2702a78c47d4c69aeaba9d896f78e7f&hash=9E4378C9314B033F0BC0D3039878C3BE
- A written policy and procedure is written but the site specific local operating procedures does not include how the wastes are being transported from the Dental Clinic to the area where Stericycle is picking up the medical waste, sharps, biohazard and universal waste.
- Place the dosimetry badge results, current and past in the radiation safety binder, informing the employees of any radiation exposures. Provide the site specific LOP for the

> radiation safety and include the protocol for the dosimetry badges and radiation monitoring.
> - The dosimetry monitoring results reports were sent on 04/30/24. The control badge was used as the area monitoring badge for the new staff in the new dental clinic. Therefore, one full year of dosimetry monitoring is to begin when both a control badge is placed in a draw outside the clinic (DA or Dentist desk) and an area monitoring badge is placed no more than 6 feet from the source of the beam.

### E.10 Policies and Procedures, Including Dental, Corporate and Local – 50.0% - NC

> **Deficiency:**
> - Not all Global (Wellpath headquarter) policies and procedures, and draft site specific local operating protocols are completed but they are nearing draft completion.
> - See CAP #114. Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs).
>   - Per the National Commission on Correctional Health Care, "Policies and procedures are essential to outlining a facility's mission and providing clarity when dealing with correctional health care issues. An up-to-date, accurate manual is an important reference for new and established health staff alike."[76]
> - Policies and Procedures and Local Operating Protocols are foundational to day to day operations. They ensure compliance with the Implementation Plan, Settlement Agreement and state and federal laws and regulations. They also help to streamline internal processes. I am happy to report that MCJ's Dental Program now has many global policies and procedures and draft local operating protocols, incorporating updates and improvements.
>   - "Well-written policy and procedure is the core of modern correctional operations. It **informs and governs staff behavior, sets clear expectations, and confirms that the administration has performed its role**. It is also the basis for staff supervision, training, and supporting a defense when things go wrong."[77]
> - "The Policies and Procedures standard (A-05) requires that a manual or compilation of written policies and defined procedures regarding health care services at the facility addresses each applicable standard, and that the policies and procedures are site specific."[78]
> - "The site-specific policies should be viewed as documents that would provide clarity as to what services are provided at the facility if read by an individual who knows nothing about your operation (e.g., new hires, attorneys, surveyors)."[79]
> **Recommendation:**
> - Wellpath and MCJ to formulate and approve localized dental P&Ps and LOPs, train staff upon these consistently and document the training accordingly. (Settlement Agreement ¶

---

[76] https://www.ncchc.org/spotlight-on-the-standards/policies-and-procedures/
[77] https://nicic.gov/resources/resources-topics-and-roles/topics/correctional-policy-and-procedure
[78] CorrectCare Volume 23, Issue 3, Summer 2009
[79] https://www.ncchc.org/standards-q-a-corporate-vs-site-specific-policies/

10). Continue improvements with completing the draft LOPs and link to the global policies and procedures.
- Continue to draft and update your global policies and procedures and site specific local operating protocols.
- Continue to create and standardize the local operating protocols based on the Implementation Plan, Settlement Agreement, and community standards. CAP #114.
- P&Ps and LOPs are foundational to an established, systematic, efficient, transparent, standardized and functioning dental program.
- Once approved by Wellpath, have the dental staff read, state their understanding by showing a signed documented training for each policy and procedures and LOP.

### E.11  Licenses, Credentialing, CURES & Job Performance – 100.0% - SC

**Deficiency:**
- A joint performance evaluation by the clinical and administrative supervisors have been completed per the Operations Specialist, however, there is no record of this, and no attestation of the review placed in the binder for the date of the performance review.
- The Dentist's dental license is current and unrestricted and posted in the dental clinic. The other licenses and certifications are in the binder including the CURES 2.0 registration.
- A joint performance evaluation by the clinical and administrative supervisor have been completed, however there is no record of this. Attestation for will be placed in the binder of the data of the performance review.
- The Dental Assistant obtained the 8 hours of CE for infection control per the Dental Board. This and the other certificate and x-ray licenses for the DA and Registered Dental Assistant (RDA) are in the binder.
- There is no hygienist currently hired at MCJ per the Implementation Plan.

**Recommendation:**
- Perform a clinical and administrative job performance review for the Dentists annually.
- Perform a clinical and administrative job performance review for the Dental Assistants annually.
- Submit for review the licensing information for the hygienist once hired.

### E.12  OSHA Review and Infection Control Training – 100.0% - SC

**Deficiency:**
- The Wellpath dental staff have a completed certificate showing they took the OSHA and Infection Control classes from World of Wellpath education.
- The proof of practice certificates are located in the training binder. ███ ███ Operations Specialist and DA Arroyo have done a tremendous job organizing the dental clinic!

**Recommendation:**

- Please continue to provide certificates for annual training in infection control and OSHA or provide access to the World of Wellpath (Wow) for proof of practice.
- Recommend reviewing OSHA Review as it is a good source of dental information where they also provide all necessary and timely regulatory posters and as well as the necessary trainings with updated information. https://oshareview.com/

### E.13   Hepatitis B Vaccination Record – 50.0% - NC

**Deficiency:**
- An attestation has not been submitted to show the Hepatitis B Vaccination was offered, and/or a declination form was made available.
- It is unknown if the new PRN Dentist and Dental Assistant were offered the Hepatitis B vaccination, as there is no attestation, and therefore, there is no the proof of practice.[80]
**Recommendation:**
- An attestation is to be submitted to show a record of the Hepatitis B Vaccination has been offered, and a declination form was made available if indicated.

### E.14   Pharmacy & Medication Management – 87.5% - SC

**Deficiency:**
- Although substantial compliance is given as an overall grade, the stock medications are not accounted and not logged in the Dental Clinic when dispensed directly to the individual patients.
- There is a medication room. The main pharmacy is offsite. The back up pharmacy is the Safeway Pharmacy behind the jail, where the patients pick up their medications upon discharge. Should there be a problem with the prescription or patient compliance, the Dentists communicate through the MAR and the LVN calls dental if there are any issues.
- There are no opioids used as stock medications, but the Dentists do prescribe analgesics and antibiotics, when indicated, and dispenses these medication dental chairside, to a specific patient within the dental clinic. These prescriptions are not logged nor is there accountability for each medication prescribed.
- The analgesics and antibiotics, which the Dentists prescribe, are dispensed by the Pharmacy to the Dental Clinic. The pharmacy LVN and DA sign for the receipt of the large bubble packs of various analgesics and antibiotics. The medications are held in the fire cabinet, which is double locked.
- Although the MARS is available to look at individual patients, accountability for the overall stock medications dispensed in the Dental Clinic is not. There is no log of the patients who receive a prescribed analgesic or antibiotic available, as the stock meds are not logged daily. Nor are the medications counted or accounted for, for each type of stock medication given to a patient in the dental clinic. Without knowing which patient

---

[80] CFMG response to draft 12th dental report 041825, p. 9

received the stock medications from the pharmacy's large bubble pack, there is no accountability or proof of practice that the patients received medication.

- An LOP for stock meds has not been completed for the dental clinic stock medication accountability, nor has the Pharmacy P&P been updated to reflect dental's stock medication count and accountability.
- For the charts audited this audit period in the Extraction portion of the Quality of Care Section C in the Dental Audit Tool, and the Class Case Reviews, the Dentist has on several occasions failed to submit a prescription for analgesic coverage following oral surgery. Should this be due to the need for additional training on the MARs in CorEMR, please provide the training.

**Recommendation:**

- Perform the daily itemization and recording of the stock medications within the Dental Clinic.
- Due to the failure to prescribe post-operative pain medication for several patients following oral surgery, I recommend Pharmacy provide an updated documented training on the use of the MAR, to assist the Dentist(s) should there be any difficulty in using the system to prescribe medications.
- Complete the LOP and update the pharmacy P&P for the dispensing and accountability of stock medications in the Dental Clinic and provide documented training.
- Stock medications of analgesics and antibiotics are provided by Pharmacy and should be fully accounted for including to whom they are prescribed in both the on-site log and in CorEMR.
- The pharmacy must have an open line of communication with the dental department in order for patient communication to occur timely. This is to include any problems with prescription orders. Please provide the pharmacy and dental LOP for pharmacy to include how the dental staff is informed of a patient's refusal to take their prescribed medication and the responsibility of the Dentist to enter a note into the dental record.
- Review the following links for accountability of stock medications given as prescriptions in the Dental Clinic.
  - https://www.cdcr.ca.gov/hcdom/dom/chapter-3-health-care-operations/article-3-dental-care-5-dental-clinic-operations/3-3-5-12-pharmaceuticals/
  - https://cchcs.ca.gov/policies/
  - See 1.3.2 Clinic Stock https://corrections.az.gov/sites/default/files/documents/Medical%20Services/TM%201101%20-%20MDSTM%20-%20Eff.%2010-1-24.pdf.

### E.15  Peer Review and Monthly Supervisory Audit Reports – 50.0% - NC

**Deficiency:**

- There is a Peer Review system in place. Dr. ▇▇▇ performs the peer review. There is a policy and procedure in place however the policy does not conform to the Dental CAP #117 which states, "Establish a peer review system with a peer review performed at least once every 6 months on the dentist at MCJ, using dentist peer from other Wellpath

facilities or hire a contracted Peer Review examine." They are only performing a Peer Review every year.

- There are no written Peer Review minutes.
- The Peer Review minutes, nor any training recommendations from the Peer Review, are not being submitted to the monthly Dental Subcommittee.
- The new PRN Dentist has not received a Peer Review during this audit period. Dr. ▮▮▮ conducts peer review on the existing permanent Dentist but has not completed any Peer Review or Supervisory Chart Audits for the new Dentist, who started seeing patients in January 2024.
- The grading system within the sample peer review is nonsensical and the form does not allow much space for comments. I understand they will be updating the form for better evaluation of the clinicians during Peer Review. This has not been completed as of this audit tour.
- Include in the Policy and Procedure how corrective action is to be taken, should a serious clinical violation arise through the Peer Review system.

**Recommendation:**

- Update the Peer Review P & P for Peer Review to occur twice a year and not only once a year per the Dental CAP #117. Perform the Peer Review once every six month, twice per year.
- Provide the Peer Review minutes, including if any training is necessary or was given. An attestation of peer review and training was requested but the minutes of the meeting were not completed nor submitted for review.
- Submit the Peer Review minutes to the monthly Dental Subcommittee with any requested training and documented the receipt of any training received. These Peer Review minutes (not the worksheets) are to be included in the Dental Subcommittee meeting minutes and sent QA.
- Although there is a peer review system established, it is more of a supervisory audit as it is performed by the CDO to his subordinate. Establish a peer to peer system of peers for peer review. Include the frequency of this peer to peer, peer review to be once every six months and twice per year in the policy and procedure.
- Include in the Policy and Procedure how corrective action is to be taken, should a serious clinical violation arise through the peer review system.
- Update the peer review worksheet to include adequate grading parameters for the consistent evaluation and grading of the clinician during peer review.

### E.16  Monthly Dental Subcommittee Meeting – 50.0% - NC

**Deficiency:**

- The monthly Dental subcommittee meeting minutes, statistics, CQIs and other PowerPoints are being submitted to the QA meeting beginning in April 2024.
- I look forward to receiving the Production documents including the minutes of both meetings along with the PowerPoints, statistics and other supporting documentation

resulting from the incorporation of the Dental Subcommittee meeting minutes, statistics and CQI into the QA meeting.
- They are regularly meeting for the monthly Dental Subcommittee.
- They will need to increase the number of CQIs for the various mandates in the Implementation Plan. They are "Storming, forming, and norming" to bring consistency and quality to the dental clinic processes. The are doing internal self-audits through the CQI.
- Monthly Dental Subcommittee minutes are not given to this Monitor in a timely manner however the monthly Dental Subcommittee is occurring monthly.

**Recommendation:**
- Continue to improve the Dental Subcommittee meeting with the agenda, minutes and PowerPoints.
- Invite the recommended facility members to attend the monthly dental meeting, including Custody.
- Provide meaningful data and statistics to support the transparency of the dental program. Self-monitor and self-audit various portions of the dental program including the screening provided by the Nurses and include the results and resolution in the Dental Subcommittee meeting minutes.
- Provide the minutes, supporting documentation, PowerPoints and Statistics, recommendations from the QA meeting, as well as the agenda of the following monthly Dental Subcommittee meeting, to this Monitor in a timely manner for review, within a week of the meeting.
- Submit the minutes, documentation and statistics monthly to the Quality Assurance meeting for continuous improvement of the dental program.
- I request to be present via zoom or phone to the monthly Dental Subcommittee. Please provide a meeting invitation.

## E.17  Quality Assurance (QA) – 50.0% - NC

**Deficiency:**
- There are no dental action items listed in the agenda. The QA does meet routinely now. The Implementation Specialist is in charge of the QA. The QA has meeting minutes from the Dental Subcommittee meeting beginning in April 2024, for the QA to review in the dental portion of their meeting.
- The QIT (Quality Improvement Team) is not fully implemented yet.
- Dental CQIs for some of the Implementation Plan mandates are being used to identify barriers to access, timeliness and quality of care. Dental CQI for various quality improvement processes are in progress and are being sent to the QA committee. However, there are many more areas of the Implementation Plan which need to have work CQIs to meet the compliance requirements of the IP.
- There is a lack of meaningful information in the dental portion of the QA minutes regarding the review of the minutes of the Dental Subcommittee minutes and attached PowerPoints.

**Recommendation:**
- The QA Committee is to develop key performance indicators for the dental program. Review all the Dental Subcommittee meetings during the QA meeting. If QA meets quarterly, then they should have 3 months of Dental Subcommittee meetings to review. Provide feedback to the Dental Subcommittee and have it noted in the minutes of the QA for review at the Dental Subcommittee.
- Improve the content and meaningful dental information within QA meeting minutes. Include the PowerPoint presentations for this Monitor. Include the Dental Subcommittee meeting minutes into the QA meeting including action items which the QA needs to address and return to the Dental Subcommittee meeting for review.
- Establish a dental Quality Improvement Team (QIT), with ongoing studies conducted to improve the quality and quantity of dental care at MCJ.
- The CDO has been present for the QA meetings although a local dental staff representation has not always been present at the QA meeting. Update the LOP to reflect the expected attendance and what is needed for a quorum to vote and accept the minutes of the meeting.
- This Monitor reserves the right to present information at the QA meetings as well as at the Monthly Dental Subcommittee meetings if the Dental Subcommittee and QA minutes are not informational, structured with usable data, or content.
- Use the peer review, dental subcommittee, and quality assurance functions to assess the conditions of the dental program. Perform internal audits to highlight court mandates, achieve the standard of care and increase the health of the dental program. Put systems in place for self-governance.

## Dental Class Case Reviews (CCR): 12

Please see and carefully review the attached Excel file containing the content, deficiencies, comments, recommendations and conclusion summaries for the Class Case Reviews requested by the Plaintiffs.

Many of the deficiencies found in the various sections of this audit are also found in the Class Case Reviews. Please use the deficiencies and recommendations to formulate solutions to any barriers to access to care, timeliness and quality of dental care.

Please locate and amend any identified charting errors within the Dental Audit Tool Database and in the Class Case Reviews.

**Deficiency:**
- Failure to prescribe an analgesic following a surgical procedure such as an extraction. **This is a significant deviation from the dental standard of care and can cause patient harm.**
  - See patients ████ and ████

- Failure to adhere to the recommendation of the cardiologist. Lack of prescribing a prophylactic antibody for a patient with a previous MI prior to the subgingival periodontal examination.
  - See patient ███████
- Failure to document the "Courtesy Form for Reporting Dental Patient Death or Hospitalization" form was filled out and sent to the Dental Board of California within seven days of the event.
  - See patient ███████

**Recommendation:**

- Identify how Wellpath will rectify this issue regarding the provision of an analgesic following onsite oral surgery. This is the third such event. Due to the frequency that which this has occurred, this could be viewed as a pattern of practice not conducive with the California Dental Practice Act.
- Provide documented training on using the medication management software to make sure the Dentist is fully aware of how to navigate this program.
- Identify how Wellpath will rectify this issue regarding the prescription of premedication prior to dental care when indicated by the cardiologist. This can cause harm to the patient by causing a bacteria endocarditis and further affect the heart.
- Make sure the Oral Surgeon has been contacted regarding this case, as the OS will be the one to report on the form following the patient's possible TIA and resulting hemiplegia.

## Court-Designated Dental Monitoring Provisions

| No. | Requirement | Implementation Plan Provisions | Finding |
|---|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | The Settlement Agreement requires Wellpath to maintain adequate [dental] staff sufficient to ensure compliance with the Implementation Plan and must evaluate its staffing levels on an ongoing basis. See Dkt. 494 at 16; Dkt. 532 at 116. Wellpath's current staffing plan requires Wellpath to maintain, at minimum, a 0.6 FTE dentist, a 0.8 FTE dental | **Partial Compliance**<br>• At the corporate level, Dr. ███ is the Chief Dental Officer and clinical supervisor to the Dentists and Dental Assistants. He is instrumental in MCJ Dental's upcoming success.<br>• He performed a staffing analysis in September 2023 and recommended full time dentistry at MCJ, with an updated staffing plan of 1.0 FTE Dentist and 1.4 Dental Assistant. He was instrumental in the new hires of a PRN Dentist and PRN Dental Assistant.<br>• This new staffing plan however has not been accepted by the County into |

| | | assistant, and a 0.1 FTE dental hygienist. | its Staffing Plan at this point. Dr. ▮ is fighting for this updated staffing plan to be accepted into the "Wellpath Staffing Plan", stating the updated plan is needed for success and compliance. Since the PRN Dentist and PRN Dental Assistant are not permanent, they are in a more precarious retention situation, should the PRN positions be eliminated especially if taking Wellpath's Chapter 11 Bankruptcy filing into account. <br>• There is a Dentist, Dr. ▮ who works Monday through Wednesday, with a Dental Assistant, who works Monday through Thursday. <br>• Wellpath's hire, PRN Dentist, Dr. ▮ works Thursdays and Fridays with the PRN Dental Assistant, who works Wednesday through Fridays. <br>• Since these are PRN positions, the stability of the dental program is yet to be determined. <br>• The HSA position, which is a vital administrative component of the dental program, has been filled. The Operations Specialist, ▮ is working with the H.S.A. to bring her up to speed regarding the Dental Program. <br>• When the Comprehensive Dental Annual Dental Examination, patients referred from Chronic Care and the Periodontal Disease Program are seeing patients within timeframe; and more incarcerated persons request care, Wellpath may need additional staff depending on the utilization of these program. <br>• When considering that there are 124 dental days this audit period and 214 patients were referred to Dental from Intake, 59 from 14-Day Exam and 1450 |

| | | | from Sick Call, this is a daily average of 13.9 patients per day just for triage. This does not take into account dental treatment and other areas of referral. Another dental staffing analysis is warranted. |
|---|---|---|---|
| 29 | Dental Intake Screening | The Settlement Agreement requires Defendants to specify "standards and timelines to ensure that arriving prisoners are promptly screened for urgent … dental needs, with prompt follow-up." Dkt. 494 at 13.

The Settlement Agreement further provides that "Defendants shall develop and implement a Dental Care Implementation Plan to ensure timely access to necessary treatment for dental and oral health conditions, including but not limited to Intake Screening." Id. at 18.

Wellpath's Implementation Plan requires that: "A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to | **Non-Compliance**[81,82] ~~Partial Compliance~~ • When combining the Audit Tool's Intake evaluations for this audit period[83], 1. Intake form: 76.0%. 2. Urgent/Emergent DL1: 57.1%. 3. Routine DL2: 64.8%. The overall grade for this area of Intake is 65.97%, which is below the partial compliance cut-off of 75%. • There were 5060 bookings. 214 or 4.2% of the booked patients, were referred to dental from Intake during this audit time period. • Dental screenings at Intake now occur routinely, with the nurses looking inside the patient's mouth, no matter if the patient states they have pain or not. • However, nurses failed to consistently provide a description, history, duration, location and pain scale of the patient's dental chief complaint and dental condition(s) found during the intake screening. There are also failures of the RN to finish the documentation, refer and schedule a patient in dental from Intake when a documented condition is written on the form. • 42.9% of Priority Dental Level 1 conditions for emergent/urgent |

---

[81] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 1-2
[82] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.1
[83] Dental Audit Tool Results Sections A5, A6 and A7

positive findings." Dkt. 532 at 99.

Wellpath's Implementation Plan further requires that: "If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." Id. at 100.

conditions are not identified correctly and/or are not scheduled for the next dental day.
• 35.2% of Priority Dental Level 2 routine conditions are not scheduled within 14 calendar days.
• The Intake Form has not been updated. The Full Upper and/or Full Lower Denture options are not on the Intake form and affect future access to denture adhesive; "Missing/Broken teeth are in one category in the Intake form and should be separated for clarity; the pain scale is missing from the form as a question to be answered.
• CorEMR has not been updated for the priority designation to be automatically assigned to match the referral within the form, so the nurses must do this manually.
• Nurse training has occurred in February 2024 and May 2024 with additional dental trainings provided monthly by the Operations Specialist during their staff meetings. Flowcharts were created to assist the nurses when screening patients for Dental Priority Levels 1 (Emergent/Urgent conditions, to be scheduled and seen the next dental day) and Dental Priority 2 (Routine conditions, to be scheduled and seen within 14 calendar days).
• There was an improvement in September 2024 in the nurse's ability to screen for the dental conditions and assign an appropriate priority level when a task in CorEMR is created. It appears the RNs may be scheduling the patients within the assigned Dental Priority Level designations more consistently.

| | | | Therefore, this may be a promising rise for the next audit period.<br>• There was individually, one on one, documented training, occurring in April, May and June. Per the Dentist, he is emailing the Operations Specialist and the new DON when training is indicated.<br>• The nurses are the interface between the patients and the dental clinic. Therefore, how they assign the Dental Priority Level designations and schedule within these parameters is important for the patients to be seen within these assigned timeframes. |
| 30 | Initial Health Inventory | Wellpath's Implementation Plan requires that "[a] complete gender specific health history inventory and communicable disease screening shall be completed on all inmates within 14 days of arrival at the facility by a Registered Nurse who has completed appropriate training that is approved or provided by the responsible physician." Dkt. 532 at 33-34. The registered nurse at the 14-day exam identifies patients' urgent and emergent dental conditions as a Dental Level 1, Dental Level 2, or as a non-urgent/emergent dental condition. See, e.g., Ex. 41 (4th Dental Report) at 17.<br><br>Wellpath's Implementation Plan provides further requirements concerning the 14-day exam:<br>"A qualified health care | **Non-Compliance**<br>• From April 1st, through September 30th, 2024, there were 366 14-Day Exams (Health Assessments) completed, and 162 dental screenings were completed in conjunction with medical's 366 forms. Although there were 5060 bookings during this audit period, Custody has not provided, nor may they have the number of patients in custody at their 14-Day Exam date.<br>• There were eight (8) referrals to Dental from the medical form and they were issued a task to be seen in dental. However, 59 patients identified as needing a dental referral, from the dental form were not referred to dental. Due to an error with the dental form, zero (0) of the 59 patients from the dental screening form received a task to refer and schedule the patients for a dental triage. For perspective, there were 5060 bookings during this audit period.<br>• There is no data provided by Custody yet stating how many incarcerated persons were at MCJ at |

| | | professional who has been trained by the dentist shall … perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. All screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation." Dkt. 532 at 99. | 14 days in order to correlate how many 14-Day exam (Health Appraisals, also called Health Assessments) dental screenings are expected.<br>• The referral to dental within the 14-Day Exam screening form does not create an automatic referral to dental when marked on the form. Therefore, the dental referral must also be checked on the main Initial Health History and Physical Exam form for a task to be created in CorEMR and the patient to be scheduled in Dental.<br>• As the Initial Health History & Physical Exam does not have an appropriate dental screening portion within that medical form itself, the Health History and Physical Exam Dental Screening form was created at least 2 years ago to accommodate this situation.<br>• The Operations Specialist stated that she has asked CorEMR's IT to merge the dental screening form into the main Initial Health History & Physical medical form; however, this has not occurred yet.<br>• Additional Nurse training will need to be completed for this aspect of the 14-Day Exam referrals to Dental. |
| 31 | Dental Training for Intake Staff | All CFMG health services staff will participate in classroom orientation and training regarding compliance with all aspects of [Wellpath's] Implementation Plan. | **Partial Compliance**[84,85,86]<br>• There are 14 permanent RN positions, 7 day and 7 night, at MCJ.<br>• Training is given monthly to the RNs, who perform the dental component of the Intake process, during their RN |

[84] CEJ-Winthrop Pls Comments to Updated Draft Dental Report 04-11-2025 1187-08, p.2
[85] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p.2-3
[86] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.1-2

| | | Orientation and training will be conducted by a qualified health services instructor. Counseling, training or appropriate discipline may ensue from failure to comply with the Implementation Plan. Dkt. 532 at 9.<br><br>The Plan further provides that the registered nurse who performs the intake screening and the 14-day dental evaluation during the initial health history must be trained by the dentist. Id. at 99. | staff meetings by the Operations Specialist.[87]<br>• More specified dental intake training was given on April 30, May 2, May 30, June 25, June 27 and August 28, 2024.<br>• At the end of the audit period, three (3) new nurses had not received the specific dental training for MCJ's provision of routine and dental specific training for Intake screening.<br>• Nurse training continues to not be fully effective during this audit period. Individual training for some of the nursing staff was provided and documented. Additional individualized training has been verbally stated but not officially documented in the monthly Dental Subcommittee. For example, when reviewing the Dental Schedule within the Dental Audit Tool, Nurses continue to complete some dental tasks outside of their scope of practice, which is reserved for the Dentist to complete. When the RNs complete these dental tasks, patients are not always tasked again to see the Dentist. Some of those patients were essentially lost in the system and not seen for their mandated dental care requests.<br>• Individualized one on one training occurred on 04/22/24, 05/01/24 and 09/19/24. In particular it was to address that the RNs are not to complete Dental Sick Calls which is for the Dentist to complete.<br>• Additionally, there are a multitude of situations showing the RNs have a lack of understanding of some of the components of the referral process. Please refer to the Dental Audit Tool Results and the list of deficiencies |

---

[87] Data from the Operations Specialist and HSA

which must be corrected. Although there is a list of issues, I am keeping the partial compliance for this provision as there is a concerted effort to provide the training. Perhaps more example based training may be useful.

• The challenge of identifying who in particular has received or not received the training, is that not all nurses are present at each meeting, nor are all nurses still hired at MCJ. With the Operations Specialist providing more routine dental training to the nurses, this is an improvement in MCJ's provision of dental specific training. This is another reason that partial compliance is given. Per the Operations Specialist, there is an administrative assistant manually attaching the roster of nurses to their training to ensure training reaches both day and night staff.

• The annual nurse training did not fall within this audit period. Per the Operations Specialist, it is scheduled for some time in 2025.

• The Operations Specialist has created a flowchart that is posted at intake for the Nurses to use as a reference. Training has been shown to occur and is repeated during staff and other nurse meetings. The Implementation Specialist who is heavily involved in the quality processes of the nursing staffing and training, works with the Operations Specialist to provide additional trainings when indicated.

• However, there is no written documentation that nurse training was provided by the Dentist since October 2023. There is also variability in the DON position, so any nurse issues the Dentists experiences with

| | | | patient referrals to dental from Intake and other sources, are emailed through to the Operations Specialist now. |
|---|---|---|---|
| 32 | Treatment for Urgent and Emergent Conditions | Wellpath's Implementation Plan requires that when a patient is found in the initial health screening to be experiencing a dental emergency, and "a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider staff." Dkt. 532 at 99. If "the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital." Id. at 99-100. If the dental issue is found "to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." Id. at 100.<br><br>The Implementation Plan further requires Wellpath to give its highest treatment priority to "[r]elief of pain and treatment of acute infections and other urgent conditions." *Id.*<br><br>The Implementation Plan also requires "Emergency Care (Immediate Treatment)" for any "acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or | **Non-Compliance[88],[89]**<br>~~Partial Compliance~~<br>• I found that patients with pain, toothaches, swelling, infection, bleeding and abscesses are not always referred timely to Dental by using the Dental Level 1 parameter, to be seen the next dental day. They are often assigned a Priority Dental Level 2 (patients to be scheduled within 14 calendar days) without describing why it is a Priority 2. For example, I have requested the nurses be trained to provide a pain scale with every referral to dental and although the training has occurred, not all RNs provide a pain scale for all dental concerns.<br>• From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care". Therefore, identifying the correct dental level is important in order for patients to be scheduled and then seen in dental for their dental conditions in the appropriate timeframe and without delay.<br>• When taking the three areas below into consideration, the average score |

[88] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 3
[89] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.2

| | | | |
|---|---|---|---|
| | | become life threatening without immediate intervention," as well as treatment within one calendar day for patients "with a dental condition of sudden onset or severe pain, which prevents them from carrying out essential activities of daily living." Id. at 102.<br><br>It additionally requires treatment within 30 days for patients with "a sub-acute hard or soft tissue condition that is likely to become acute without early intervention," id. at 103, a requirement that refers to urgent treatment, see Ex. 40 (3rd Dental Report) at 18. | is 48.2% for Emergent/Urgent referrals to dental from:<br>Intake – 57.1%<br>14-Day Exam – 37.5%<br>Sick Call – 50.0%<br>• Emergent/Urgent patients from the sources above are seen within timeframe = 63.9%<br>• This provision also includes the treatment of these urgent/emergent conditions as well. The Dental Priority Code (DPC) assigned to the patient after the triage and diagnosis is completed; the cumulative score for this area is 85.2% to indicate the patients were treated within the following timelines.<br>DPC 1 – Seen Same Day - 95.8%,<br>DPC 2 – Seen within 24 hours - 61.5%,<br>DPC 3 – Seen within 30 days 98.2%.<br>• Therefore, the cumulative score between 48.2%, 63.9 % and 85.2% = 65.8% which is below the 75% cut off for partial compliance.<br>• Nonetheless, there are "numerous efforts"[90] in this area, in particular training, which are acknowledged and hopefully will bring improvement during the following audit tour. |
| 33 | Dental Sick Call | Wellpath's Implementation Plan requires that: "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of | **Non-Compliance[91,92]**<br>~~Partial Compliance~~<br>• The main evaluation of this provision is if the patients were "seen within one day of the request".[93]<br>• Access to the system used to verify this timeline (ViaPath, formerly Intelmate) has been denied this Monitor. The patient submits a Dental |

---

[90] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.2
[91] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 3-4
[92] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.2-3
[93] Wellpath IP, Exhibit A, p. 101

| | | the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." Dkt. 532 at 102. | Sick Call requests and also a Grievance through this system. There is no automated connection to CorEMR, from ViaPath/Intelmate (soon to be Smart Communications). Therefore, once the request is processed, the Dental Sick Call is then entered into CorEMR where the Nurse is mandated to see the patient within one day of the complaint. |
|---|---|---|---|
| | | | • There is a difference between "reading" the Dental Sick Call requests within one day of the request vs "seeing" the patient face to face to screen the patient's dental condition "within one day of the request". The data shows that the requests are read 98.8% of the time within one day of the request but there are no reference IDs to show the percentage of patients seen face to face for the patient's dental requests. |
| | | | • In the Dental Audit Tool, question A.11.5 shows of the 12 charts reviewed, the patient's request were seen by the RN 37.5% of the time within one day of the request. |
| | | | • 50.0% of emergent/urgent referrals and 63.6% of routine referrals are scheduled within timeframe for Dental Sick Calls. |
| | | | • 61.1% and 81.8% of Dental Sick Calls for DL1 and DL2 respectively were seen in dental within timeframe. |
| | | | • All these scores combined 37.5% + 50.0% + 63.6% + 61.1% + 81.8% = 58.8% which is non-compliance. |
| | | | • The Nurse Sick Call tasks for dental care requests are not all being routinely "completed" in CorEMR and therefore, the timeline and audit trail of the request are not always available for review to determine the compliance to this timeframe. |

|  |  |  | • Additionally, the actual incarcerated person's complaint and/or request for dental care is not routinely scanned into the document section of CorEMR. Therefore, the timeframe from the request to the completion of the Nurse Sick Call cannot be verified. Without this documentation, there is no substantiation of compliance.<br>• There is no system to easily calculate this timeframe between the two systems. Therefore, part of their ability for self-governance is to evaluate this provision and meet the requirements for compliance.<br>• This also includes training the nurses to not complete a DSC as this is outside the scope of their license.<br>• Once the Nurse has screened the patient for the Dental Sick Call request, the nurse is to assign a Priority Dental Level 1 for emergent/urgent conditions and schedule the patient on the next dental day.<br>• If a Routine dental condition is screened, then the RN is to assign a Priority Dental Level of 2 and the patient is to be scheduled within 14 calendar days to see the Dentist.<br>• Within CorEMR, there were 1450 scheduled Dental Sick Call tasks and 948 were  this completed this audit period. There were 124 dental days, therefore, 13.1 patients on average were seen for just a Dental Sick Call triage per day with one dental operatory. This does not take into account dental treatment, comprehensive dental examinations, chronic care referrals, the periodontal disease program and referrals from the MD. A staffing analysis is |
|--|--|--|--|

| | | | recommended to evaluate the flow of care to the Dental clinic.<br>• Per the Operations Specialist, the nursing sick call process was revamped towards the end of May 2024; however, Nurse Sick Call tasks are still rarely completed for dental conditions, removing an important aspect of the audit trail and the ability to determine compliance to this mandate of the Implementation Plan. |
|---|---|---|---|
| 34 | Chronic Care | Wellpath's Implementation Plan requires that "[i]nmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines." Dkt. 532 at 28.<br><br>Pursuant to the Court's May 2020 Order (Dkt. 671), Wellpath created a dental care CAP, which was approved by Dr. Winthrop, that required Wellpath to "[p]erform and chart a full comprehensive dental examination for patients referred from chronic care with the following issues: HIV, Seizures, Diabetes, Pregnancy, and Patients on over 4 psych medications." Ex. 49 (Dental CAP) at 5. | **Non-Compliance**[94,95]<br>• There has been little progress in this area. The Dental Audit Tool shows a score of 0% of the patients with HIV, Diabetes, Seizures and for those with Serious Mental Illness (SMI) and/or on four (4) or more psychotropic medications, referred to dental when indicated.<br>• Patients with pregnancy received a score of 66.7% and were not actually referred through Chronic Care but were identified by the Dentist and referred through that venue.<br>• A new category called Dental Chronic Care was added to the list of CorEMR's Dental categories for tracking compliance.<br>• Generally, the Medical Director performs the chronic care exams, including those for patients with HIV, Seizures, Diabetes, Pregnancy, and for patients on 4 or more psychotropic medications and/or with serious mental illness (SMI). Not all of these chronic care conditions listed above received an oral evaluation during the Chronic Care examination. |

---

[94] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 4-5
[95] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.3

| | | | • The flow of patient care from chronic care to dental is not made easily possible as the forms did not yet have a section for referral to dental.<br>• The Operations Specialist worked with CorEMR IT to update all the chronic care forms, both initial and follow up, to carry a box for referrals to Dental. This CorEMR IT update is nearly completed which should make it easier for the patients to be referred to Dental when indicated by the Medical Director.<br>• Per the Operations Specialist, the Dentists will be receiving training and a flowchart on how to manage patients coming from Chronic Care with either an acute or chronic referral for dental care. |
| 35 | Comprehensive Care | The Settlement Agreement requires Wellpath "to ensure timely access to necessary treatment for dental and oral health conditions, including … periodic dental care for long-term prisoners." Dkt. 494 at 18.<br><br>Wellpath's Implementation Plan requires that: "Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for the identification, diagnosis, and treatment of dental pathology which impacts the | **Non-Compliance[96,97]**<br>~~Partial Compliance~~<br>• The Defendants stated that, "you found that 100% of patients were seen within 30 days of the patient's request."[98] This is an incorrect statement. See A.17.1 where 40.9% of those audited were <u>scheduled</u> within the 30 day timeframe.<br>• See B.4.1 where 72.7% were <u>seen as scheduled but less than 50% of the patients were seen within 30 days of their request.</u> See also the Statistics table 4C which shows that 51 were seen, but 3 exams were completed by the RN erroneously, therefore 48 were seen and 4 refused.<br>Defendants have also stated that, "The reason for your partial compliance finding is because you |

---

[96] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 5-6
[97] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.3
[98] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.3

| | | health and welfare of inmate patients." Dkt. 532 at 104.<br><br>Wellpath's Implementation Plan further requires that "[e]xamination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record." Id. | have included cancellations due to duplicate tasks, which are not true cancellations; the statistics tab demonstrates that the vast majority of patients requested a comprehensive annual exam received the exam in a timely manner."[99] This is also incorrect as 435 were scheduled tasks and 380 were due to patients automatically scheduled for their exam, which is no longer a parameter reviewed in this area.<br>• The updated Incarcerated Person Orientation Manual now clearly states that the patients are to request their exam and therefore the 87.4% cancelled by staff is not taken into account regarding this provision. This provision reviews the 51 identified as requesting an exam.<br>• A new PRN Dentist and PRN Dental Assistant have been hired mainly to provide care for the patient's Comprehensive Annual Dental Examinations, and Periodontal Disease Program; and the resulting dental treatment from these programs.<br>• 27.3% of the patients were not scheduled for their request for comprehensive examination within timeframe.<br>• 13.6% received a recall exam within timeframe.<br>• 72.7% of the patients were seen in the Dental Clinic as scheduled but not within timeframe of the request for the exam. These combined parameters make comprehensive Care fall below the parameters for partial compliance, therefore non-compliance is issued. |
|---|---|---|---|

---

[99] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.3

• Patients are no longer scheduled automatically for their comprehensive exam and must go through the Sick Call process to request their annual comprehensive examinations, following a year of incarceration. Therefore, there remains a barrier to access to care for the annual exams as the patients are not seen within timeframe.

• A portion of the barrier to care was the completion of the back log of patients requesting their comprehensive annual examination.

• Additionally, the Dental Audit Tool also reflected some of the quality of care issues found during this audit period with a score of 65%, also below the level of partial compliance. Mainly missing periapical lucencies (abscesses), the lack of charting existing restorations, missing carious lesions (decay) and therefore lacking the placement in the treatment plan and lack of a diagnosis supported by objective findings. Training and supervisory chart audit reviews are requested of the CDO.

• The Dental Priority Codes (DPC) are being added to each line of the treatment plan now and tasks are being generally created to schedule the care within timelines. This part is good. However, there are instances when the treatment plan is not completed within timeframe. Additional training regarding the continuity of care is in progress.

• There is an instance where a patient during their comprehensive dental examination was not offered prosthodontic care or at least discussed the option of prosthodontic care per the IP. It is a recommended

| | | | practice within the broader standard of care and the Implementation Plan.<br>• There are portions of the Dental Annual Exam (Comprehensive Dental Examination) which have not been instituted. In particular the exam recall examination and frequency, as well as the periodontal recall frequency. Included is the 4-6 week periodontal re-evaluation following scaling and root planing (SRP). This portion of the recall system must be implemented ASAP for continuity of care. |
| 36 | Restorative and Palliative Care | Wellpath's Implementation Plan requires that patients "with comprehensive examinations and treatment plans" must be "eligible to receive permanent restorations in accordance with their established treatment plan." Dkt. 532 at 107.<br><br>The Plan further requires dental staff to verify that patients have received the Dental Material Fact Sheet "[p]rior to initiating any restorative procedure." Id. at 108. | **Partial Compliance[100,101]**<br>• There is a fall in compliance in this area. The Dental Audit Tool Results reflect a quality of care score of 70.8% which is below the 75% cutoff for partial compliance.<br>• The Dental Material Fact Sheet (DMFS) continues to be filled out and scanned per the Dental Practice Act.<br>• However, there are several missing restorative consent forms as well as inconsistencies in identifying which teeth and surfaces the patient is consenting to for treatment. This is a departure from the dental standard of care.<br>• It is noted that the deep cleaning, SRP, is not often completed prior to placing the restorations. The DPC appears to be given equally for the periodontal condition as it is for the restorative condition. Having healthy, or healthier, gingiva makes for a better adapted restoration, especially as only composite restorations are being placed at MCJ (silver fillings are |

[100] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 6
[101] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.3-4

| | | | not being placed, only the "white" fillings). Therefore, it is recommended that the phasing using the DPC is adjusted so the cleaning is done prior to the restorations.<br>• When a sedative restoration is place, a follow-up appointment for a permanent filling is rarely treatment planned or scheduled.<br>• Additional training to the dental staff is necessary to instruct them that a composite buildup and stainless steel crowns are an allowable alternative to fixed prosthodontics. Not the most ideal and very technique sensitive however in certain circumstances it is better to use these IP stated procedures than lose a tooth. A patient should not have to wait until the decay is into the dental pulp and forgo saving a tooth if the pulp is still viable and a restorative procedure could have been placed. *"Fixed prosthetics: a. Shall not be utilized to restore missing or defective teeth **if an adequate restoration can be placed, (e.g., a stainless steel crown, polycarbonate crown, a bonded composite, or an amalgam with cuspal coverage**), or if a removable partial denture can be fabricated to replace the missing teeth."* (Wellpath IP, p. 110) |
| 37 | Extractions | Wellpath's Implementation Plan requires dental staff to "provide necessary oral surgery services to all inmate-patients onsite or through a local community | **Partial Compliance[102,103]**<br>~~Substantial Compliance~~<br>• This area of extractions encountered several issues in regard to the lack of medication prescribed following surgery. When evaluating the overall |

---

[102] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 6
CEJ-Winthrop Pls Comments to Updated Draft Dental Report 04-11-2025 1187-08, p.3
[103] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.4

provider." Wellpath Implementation Plan at 101. The plan also requires Wellpath to provide "[e]xtraction of unsalvageable teeth" as a treatment priority. Id. at 100-01.

Dr. Winthrop found that Wellpath is noncompliant with these requirements in multiple reports, observing in her latest report that the dental team performing a surgical extraction without the use of a sterile irrigant, and that such procedure risked infection. Trapani Decl. ¶ 133 & Ex. 45 (8th Dental Report) at 13.

dental audit tool for simple and surgical extractions, substantial compliance was achieved at 93.5% but due to several missing informed consent forms, lack of accuracy in documentation and failure to provide medications, this area has been downgraded to partial compliance.

• There were three (3) patients whom the PRN Dentist did not provide timely post-operative pain control following onsite oral surgery. One of the patients who experienced a departure from the dental standard of care when on 09/13/24 the patient was not prescribed pain medications following the extractions of two lower posterior molars. The other two patients noted to not have received post-operative analgesics also received oral surgery.

• Defendants are concerned that decisions regarding this provision are taken from the Class Case Reviews. The patients identified in the Class Case Reviews brought to light deviations from the standard of care and ignoring this finding cannot occur. There were a few cases of failure to provide post-operative medication in the patient's pain management. This is harm to the patient no matter where it is found.

• Additionally, there was also a lack of informed consent for a case of several teeth receiving an enamelplasty. There were times when the PRN Dentist stated in the progress notes that a referral is sent through ERMA for an OS referral, but the referral is not completed.

• The Dentist are referring patients, generally timely, to the oral surgeon when needed for more complex dental situations when needed. The

| | | | Dentists are also providing onsite oral surgical treatment, oftentimes on the same day as diagnosis, which helps the patients minimize the long term use of antibiotics and analgesics. |
|---|---|---|---|
| 38 | Specialty Care Referrals | Wellpath's Implementation Plan requires Wellpath to "provide necessary oral surgery services to all inmate-patients onsite or through a local community provider." Dkt. 532 at 101. "Complicated dental problems" must be "referred to an oral surgeon as deemed necessary." Id. at 103. The Plan also requires that "[r]eferral to and priority of offsite oral surgeon" must be conducted in accordance with the timelines and treatment priorities required by the Implementation Plan. Id. at 102.<br><br>For root canal services, procedures that "cannot be accomplished by [Wellpath's] dentist at MCJ will be referred to a contracted dentist in the outside facility" and that "[a] local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist." Id. at | **Partial Compliance[104,105]**<br>• The Dental Audit Tool shows an overall partial compliance score of 78.6%, with improvements noted throughout the audit period with the patient receiving a post-op appointment following the return from offsite and the reports are generally scanned into CorEMR.<br>• MCJ does provide the necessary offsite oral surgery through a community provider and does so for complicated dental problems.<br>• The offsite clerk routinely schedules the post-op appointment following the patient's return from the specialist for the next dental clinic day.<br>• When the Dentists correctly send the ERMA referral to the offsite clerk for an offsite appointment request, the clerk, especially in the last several months of the audit, schedules the patient to be seen within the 30 day timeframe.<br>• Unfortunately, there are also several areas which do need improvement. There was a patient who was **not** seen by the Return from Offsite RN, and the oral surgeon's orders were not executed. The patient went a full day after oral surgery without pain medication, until the Dentist was called on the weekend for an order for an analgesic. This also brings into question why the Physician on Call |

---

[104] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 6
[105] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.4

| | | 109-10. Patients with failing dental implants "shall be referred to a dental specialist experienced in the management and placement of dental implants" for evaluation. Id. at 112. | (POC) was not called earlier. These errors where the patient is returned to MCJ without being seen by the Return from Offsite RN must no longer happen. Additional measures must be placed in the LOP to rectify these types of healthcare errors. |

• The reports from the oral surgeon and other offsite specialists are being scanned timely by the RN. However, the Dentist do not always fully review the report and the attached radiograph(s) with the patient's discussion noted in their progress notes. By ensuring a clear understanding between the dentist and specialist, co-signing or acknowledging the report can help improve the overall quality of care for the patient. It can also help to alleviate any concerns the patient may have had about the treatment and/or treatment plan.

• The patient is to be instructed about any remaining areas of pathology visible on the returned panoramic radiograph from the oral surgeon. When pathology is visualized, the Dentist is to indicate it in the clinical notes and advise the patient of the information as well as inform the patient to submit a sick call slip when they are ready to address the areas shown to them by the Dentist.

• A prosthodontist, a denture specialist, has been found to offer denture fabrication when prescribed by the Dentist. Should an existing denture break or is need of a denture repair, they have not identified a dental laboratory to perform the denture repairs.

• Training by the CDO in conjunction with the LOP is required to address

| | | | how implants, from cleaning to removal, if indicated, are to be handled at MCJ.<br>• A general dentist who performs endodontic procedures was located but it is not an "endodontic specialist". Therefore, I recommend MCJ continue to look for an endodontic specialist. |
|---|---|---|---|
| 39 | Endodontics | Wellpath's Implementation Plan requires that all patients at the Jail must be "eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth." Dkt. 532 at 109. Individuals incarcerated for 12 months or longer must also be "eligible to receive root canal therapy limited to upper and lower anterior teeth." Id. Both palliative endodontic therapy and root canal treatments must be "performed in accordance with established criteria and within the specific guidelines" of the Implementation Plan. Id. The Implementation Plan imposes a series of requirements for when and how these procedures must be performed. Id. at 109-10. | **Partial Compliance[106,107]**<br>• Wellpath declined Dr. ████'s request for root canals to be performed at MCJ. Dr. ███ is well versed in providing this service. The Implementation Plan states, "*Any routine root canal procedure that cannot be accomplished by CFMG dentist at MCJ will be referred to a contracted dentist in the outside facility.*" [Wellpath IP, p.108]<br>Since Wellpath denied the equipment necessary to perform root canals onsite, the Dental Clinic has located an outside clinician, not an endodontic specialist, to perform endodontic care.<br>• The Wellpath randomized samples 3.1 Dental Treatment were not differentiated into the different dental treatment types. Therefore, none of the samples provided by Wellpath were for endodontics.<br>• There have been instances where patients would have benefited from palliative endodontic therapy of the upper and lower anterior dentition, prior to a root canal appointment; however, I did not note this benefit was provided. |

[106] CEJ-Winthrop Pls Comments to Updated Draft Dental Report 04-11-2025 1187-08, p.2,
CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 7-8
[107] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.5

| 40 | Periodontics | Wellpath's Implementation Plan requires that: "MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS)." Dkt. 532 at 104. | **Partial Compliance[108,109]**<br>• The Periodontal Disease Program has been implemented with the hiring of the new PRN Dentist and Dental Assistant. This is the main reason for maintaining the PC rating. There are however multiple reasons why this should be lowered to non-compliance but am honoring that Wellpath has hired outside of the staffing matrix to implement this program.<br>• That said there are many out of compliance issues which will need to be rectified. See the list of deficiencies within the Dental Audit Tool Results and noted in this report.<br>• The screening process from nursing to dental should be placed in a workflow so that training can be provided for the access, timeliness and quality of care for the Periodontal Disease Program.<br>• For those with treatment planned cleaning appointments, a periodontal re-evaluation and recall frequency has not been given yet. This is one area which requires improvement.<br>• They are providing a periodontal diagnosis for each patient before a planned treatment is performed. However, the information they have |

Above row 40, a continuation cell:
• There is no endodontic consent form for onsite pulpotomies and pulpectomies to relieve acute pain, which is a benefit outlined in the IP.
• I recommend that an LOP be drafted by the CDO to handle different clinical situations, e.g., palliative and endodontic services, to relieve pain for those patients eligible to receive these services.

[108] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 8-9
[109] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.5

| | | | given the patient regarding their diagnosis is often different than the diagnosis outlined in the progress notes.<br>• For those with more complex periodontal disease, further care is being provided although this needs to be outlined in a local operating protocol, so everyone is one the same page regarding phasing of periodontal care and the assignment of the Dental Priority Code (DPC). |
|---|---|---|---|
| 41 | Informed Consent | Wellpath's Implementation Plan contains numerous provisions concerning informed consent related to dental procedures. See Dkt. 532 at 21 ("Written informed consent shall be obtained for all invasive and other procedures in accordance with established [Wellpath] procedure and community standards of practice");<br>23 ("Inmates retain all the recognized rights of an ordinary citizen relative to informed consent and self-determination of health care"); 108 ("[Wellpath] dental staff shall verify that every patient has received a copy of the Dental Materials Fact Sheet. Prior to initiating any restorative procedure the patient shall sign the Acknowledgment of Receipt of Dental Material Fact | **Partial Compliance**[110],[111]<br>• The general informed consent only contains consent for a dental examination and x-rays. There is neither mention of informed consent for anesthetic or medication, nor gross debridement or prosthodontic (denture) or occlusal adjustments.<br>• The general informed consent only has the risks, benefits, alternatives and consequences (RBACs) listed for examination and x-rays and none for the other areas listed above.<br>• There were several instances of a general consent form and even a surgical consent form which were not filled out prior to an irreversible procedure.<br>• Implant, orthodontic removal and endodontic consent forms have not been reviewed yet. Although rare, when a consent for the above is necessary, it should be available for use.<br>• The oral surgery, restorative and periodontal consents have an area of consent for local anesthetic but do not have consents for medications. This |

---

[110] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 9
[111] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p.5-6

| | | | |
|---|---|---|---|
| | | Sheet. This signature acknowledges acceptance of possible risks, denial of alternate procedures, and consents to the proposed procedure and use of the materials as recorded in the dental record."); 110 ("A Consent for Root Canal Treatment Form must be completed by the dentist and signed by the patient and witness (dentist) prior to the provision of root canal treatment"); 112 (Wellpath "shall obtain informed consent from all inmates who request removal of orthodontic bands/brackets and discontinuation of their orthodontic treatment"); 114 ("The health record of an inmate contains the following items as applicable to his/her case: … Consent and Refusal forms"). | should be entered into the general consent form.<br>• There is no area for the witness to print their name on the general consent form.<br>• There is no area dedicated on the Periodontal consent form for what quadrants are being performed or if it is periodontal maintenance or prophy.<br>• The Dental Material Fact Sheet (DMFS) acknowledgement form has been updated in both English and Spanish and is being offered with the Dental Material Fact Sheet prior to a restorative treatment.<br>• The Operations Specialist is now permanent and full-time assigned to Dental and will begin working on formatting and updating consent forms. The first priority is to format the general consent form to include consent to medications, local anesthetic, gross debridement, occlusal adjustments and denture adjustments. |
| 42 | Sanitary Treatment Space | The Settlement Agreement requires "a safe and sanitary on or off-site facility for necessary dental care." Dkt. 494 at 18. Wellpath's Implementation Plan similarly requires that "[a]ll dental services will be provided in a safe and sanitary environment." Dkt. 532 at 99. | **Substantial Compliance**<br>• They achieved an overall compliance score of 93.9% for the Dental Audit Tour #11 and 92.0% for #12. Well done!<br>• Some areas remain which need to be addressed, as found in the section of Infection Control and Regulatory Compliance, found in the Dental Audit Tool.<br>• Even with Substantial Compliance, the Radiation Safety program was not addressed either during the latest tour and neither for this tour. This is an issue which must be resolved and an issue which could prevent them from |

| | | | being released from the Settlement Agreement for an extra year depending on when they start correcting this deficiency.<br>• Radiation Monitoring needs to start again for their period of 12 consecutive months of monitoring as the control badge was used for area monitoring. In addition to the individual clinician's and ancillary staff's badges for proper radiation monitoring, two separate badges are also needed: an area monitoring badge and a separate control badge.<br>• They are to provide the dosimetry reports timely for review. |
|---|---|---|---|
| 43 | Electronic Medical Records | The Settlement Agreement requires Defendants to ensure "that appropriate and complete medical records are maintained to ensure adequate treatment of prisoners' serious medical and mental health needs. Medical records shall include all records, results, and orders received from off-site consultations and treatment conducted while the prisoner is in the Jail custody." Dkt. 494 at 17.<br><br>Wellpath's Implementation Plan requires that: "Health care staff will use the [electronic medical record] to closely track all requests for health care including the date of submission, date of | **Partial Compliance[112],[113]**<br>•CorEMR is not an EDRS and is not capable of fully charting clinically relevant information. There are no full clinical charting capabilities or dental management applications available in CorEMR.<br>• That being said, the CDO and the Operations Specialist are trying to find solutions to many of the barriers to access and quality of care issues by finding ways within CorEMR to track dental care using the dental levels (for nurses) and the dental priority codes (for dentists).<br>• Additionally, there is also no way of locating and retrieving unscheduled patients as the existing system runs on Tasks created by the clinicians. The dental management is attempting to create ways of using the Tasks to schedule dental care more effectively as well as examinations and dental treatments. |

---

[112] CEJ-Winthrop Re Pls Comments to 12th Draft Dental Report 03-12-2025 1187-8, p. 10
[113] CFMG reply to plaintiffs response to draft 12th Dental report 041825, p. 6

| | | triage, date of evaluation, disposition and date of any necessary follow-up care. ... The [electronic medical record] will identify any inmates who require Chronic Disease Management and health care staff will use it to closely track the condition/s that need to be monitored, the nature of the treatment required and the frequency of any required follow-up care." Dkt. 532 at 113.<br><br>Wellpath's Implementation Plan also provides for a "Dental Priority System" that determines when patients will be seen for immediate treatment or treatment within 1, 30, 60, or 120 days, with scheduling for follow up appointments. Id. at 103. | •The tracking of Emergent/Urgent and Routine referrals is minimal and done primarily through the Form Question Report. Although cumbersome, there is some improvement in the data being tracked. The dental management is now using a CQI to track multiple areas of referrals to dental, in particular intake, the 14-day health assessment, offsite referrals and returns from offsite.<br>• CorEMR began tracking referrals through a forms process, but their IT department has not continued any upgrading of the system. As a result, the reports they have initiated in World of Wellpath are neither fully functional nor fully vetted for accuracy as of yet.<br>• Data and statistics are both necessary for operational decisions to be made and for self-audits to be effective in identifying any barriers to access, timeliness and quality of care. |
| 44 | Dental Quality Assurance | Wellpath's Implementation Plan requires "[a]ll monitoring and audit findings" to be "reported to the Quality Management Committee at its quarterly meetings." Dkt. 532 at 9.<br><br>The Dental CAP further requires that "Daily, weekly and monthly data is to be included in the Dental Subcommittee meeting and taken from the dental excel spreadsheet and CorEMR to be reviewed, discussed and | **Partial Compliance**<br>•Dental Subcommittee minutes, statistics and CQI PowerPoints were submitted to the QA meeting beginning in April 2024.<br>•The CQI internal audits are in progress, and they are actively working on this through the Dental Subcommittee and will have more CQIs for the areas of non-compliance in the near future. Dental CQI for various quality improvement processes are in progress and will be sent to the QA committee in this next quarter.<br>•The QA has been meeting routinely now. The Implementation Specialist is |

| | | provided to the dental monthly subcommittee meeting minutes and given to the Quality Assurance (QA) meeting." Ex. 49 (Dental CAP) at 8. | in charge of the QA. There are no dental action items listed in the agenda nor returned to dental via action items in the QA minutes.<br>•Dental is using the CQI in the dental monthly subcommittee for intake, 14 days and dental sick calls and is noting deficiencies and improvements within that process. They are updating the CQI questions as compliance is achieved within some of the initial parameters.<br>•Dental will continue to submit the results of the CQIs, Dental Subcommittee meeting minutes and statistics to the QA meeting quarterly.<br>•QA is improving in their feedback to dental for unresolved issues, but this will take some time to gain more momentum between the two programs. |
|---|---|---|---|

## Priorities and Phasing

While there are several simultaneous areas requiring attention, I recommend focusing on the following key priorities to ensure continuous improvement, while still maintaining compliance with all other requirements:

- **Build on the Infection Control and Regulatory Compliance Successes**
  - o Continue the progress made in infection control and ensure that a safe and sanitary environment as well as regulatory compliance remain a top priority.
  - o Address Radiation Safety and begin the one year monitoring process for the dosimetry requirements for area monitoring.
  - o The control badge must not be used for the area monitoring as this affects the results of the individual badge results.
- **Enhance the Quality of Dental Care for Episodic, Comprehensive & Periodontal Care**
  Focus on ensuring quality dental care with consistent SOAPE documentation and with the appropriate prescription when applicable.
  - o Revise **Informed Consent Forms** to ensure they comprehensively capture the required consents and provide patients with the opportunity to ask questions prior to procedures.

- o Revise the **Annual Exam** and **Health (Medical) History** forms to ensure all information is properly recorded.
- o Have the system of request for medical consults written in an LOP and train the dental staff accordingly.
- o Ensure accurate documentation of relevant clinical notes using the SOAPE format.
- o List objective findings to arrive at the **pulpal** and **periodontal diagnoses** when applicable and place in the **Assessment** section of the clinical notes.
- o Utilize a check sheet if it helps to remind staff of the steps necessary for compliance.
- o Place the DPC for episodic, comprehensive care and periodontal program so there is no confusion using the Dental Priority System. Schedule and see the patients accordingly.
- o Be mindful when treatment planning such that abscesses and other more urgent dental conditions are given a DPC commensurate with the observed dental condition and not necessarily all DPC 5s.
- o Establish the recall system for exam and periodontal frequency.
- o Refer to the **Dental Audit Tool** for further comments on the quality of care.
- **Nurse Sick Call and the Dental Sick Call Process**
  - o Track the Incarcerated Person Requests so each dental request is seen by an RN within one day of the request. Complete the Nurse Sick Call for that request.
  - o Create the Dental Sick Call and schedule the patient within timeframe of the assigned priority dental level 1 or 2.
  - o The Nurse Sick Call task and the Dental Sick Call task must have the same documentation when referring a patient to dental.
  - o Include a description of the dental problem, history, location and pain scale.
  - o Assign the priority dental level and schedule accordingly
    1. Priority Dental Level 1 – Emergent – schedule same day
    2. Priority Dental Level 1 – Urgent – schedule next dental day
    3. Priority Dental Level 2 – Routine – schedule within 14 calendar days.
  - o Track the referrals for compliance.
  - o Write the LOP
- **Intake**
  - o The form and the task must have the same documentation when referring a patient to dental.
  - o Include a description of the dental problem, history, location and pain scale.
  - o Assign the Priority Dental Level and schedule accordingly:
    1. Priority Dental Level 1 – Emergent – schedule same day
    2. Priority Dental Level 1 – Urgent – schedule next dental day
    3. Priority Dental Level 2 – Routine – schedule within 14 calendar days.
  - o Track the referrals for compliance.
  - o Eliminate duplicate tasks for the same issue.
    1. Collaborate with the **Medical**, **DON**, **HSA**, and **Implementation Specialist** teams to streamline this process and resolve task duplication issues.
  - o Write the LOP

- o **Update CorEMR:**
    1. Address the denture section to allow nurses to quickly identify whether a patient has a full or partial denture, and whether they are maxillary (upper) or mandibular (lower). Make denture information easily searchable in the Form Question Report.
    2. Make the dental questions yes or no, so no question goes unanswered.
- **14-Day Exam / Health Appraisal**
    - o Perform the 14-Day Exam within timeframe.
    - o Work with the medical team so the medical and dental form are performed on the same day.
    - o The form and the task must have the same documentation when referring a patient to dental.
    - o Include a description of the dental problem, history, location and pain scale.
    - o Assign the Priority Dental Level and schedule accordingly:
        1. Priority Dental Level 1 – Emergent – schedule same day
        2. Priority Dental Level 1 – Urgent – schedule next dental day
        3. Priority Dental Level 2 – Routine – schedule within 14 calendar days.
    - o Track the referrals for compliance.
    - o Write the LOP
    - o **Update CorEMR:**
        1. Make the dental questions yes or no, so no question goes unanswered.
        2. Ensure the **Initial Health History and Physical Dental Screening** form prompts an automatic creation of a task for the referral of the patient to dental when indicated.
        3. Merge the medical form to include the dental form.
            1. Until this occurs the medical and dental forms must be utilized at the time of the 14-Day Exam.
        4. Address how the referral will look for multiple problems found during the 14-Day Exam and train Dentists to see the multiple referrals from the RNs.
- **Nurse Training**
    - o Create and implement a **Local Operating Protocol (LOP)** for training nurses to accurately identify urgent/emergent conditions versus routine dental issues at intake, 14 Day, Sick Call, including for the MD, PA, NP referrals to dental.
    - o The form and the task must have the same documentation when referring a patient to dental.
    - o Include a description of the dental problem, history, location and pain scale.
    - o Assign the Priority Dental Level and schedule accordingly:
        1. Priority Dental Level 1 – Emergent – schedule same day
        2. Priority Dental Level 1 – Urgent – schedule next dental day
        3. Priority Dental Level 2 – Routine – schedule within 14 calendar days.
    - o Track the referrals for compliance.
- **Comprehensive Dental Examinations**

- o Ensure all patients with one year of incarceration who requests their dental annual exam receive their Comprehensive Dental Annual Examination within 30 days of the request.
- o Create the treatment plan with the appropriate DPC at the time of the dental annual exam and schedule accordingly remembering that the treatment plan must be all completed within 120 days of the diagnosis date.
- **Periodontal Examination**
  - o Ensure all patients who request a cleaning and/or periodontal exam during any time of incarceration receive the periodontal exam within **30 days of the request.**
  - o Create the periodontal treatment plan at the time of the exam (within 30 days of the request) with the appropriate DPC and schedule accordingly remembering that the treatment plan must be all completed within 120 days of the diagnosis.
- **Chronic Care Examination for those with HIV, Seizures, Diabetes, Pregnancy and SMI**
  - o Ensure all patients with referrals from Chronic Care receive their comprehensive dental Examination within 30 days of the request from the physician.
  - o Create the treatment plan with the appropriate DPC at the time of the dental annual exam and schedule accordingly remembering that the treatment plan must be all completed within 120 days of the diagnosis date.
- **Dental Subcommittee Meetings**
  - o Hold the monthly **Dental Subcommittee** meetings to address ongoing issues, share progress, and strategize solutions.
  - o Distribute meeting minutes in a timely manner to ensure transparent communication and follow-up on action items. Provide the agenda prior to the meeting.
  - o Have a library of the CQIs, P&Ps and LOPs. Know when they are due for updating.
  - o Work on the statistics
- **Quality Assurance Meeting (QA)**

By prioritizing these areas, measurable improvements in the dental care program can be achieved, thereby establishing a strong foundation for sustained success. Through coordinated efforts, ongoing training, and data-driven decision-making, quality dental care can be consistently provided to all patients at MCJ.

## Post-Implementation Monitoring, Self-Monitoring and Self-Governance

*Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Implementation Plan. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8)*

The issues contributing to non-compliance identified in this report are similar to those found in previous reports, though some progress has been made, particularly in the area of timeliness of care and continuing success in infection control and regulatory compliance. While many of the

same deficiencies remain as noted in the **Dental Audit Tool Results,** the improvements are encouraging and provide a solid foundation for continued progress. More detailed findings and recommendations are available within the tool.

Self-assessment, self-auditing, and self-monitoring are critical functions that require time and resources, but they are essential steps toward achieving self-governance. Performing thorough internal and external audits, embracing transparency through data collection, and using key outcome measures to identify and address clinical deficiencies are all integral to driving meaningful improvements. The **monthly Dental Subcommittee and Quality Assurance** meetings plays a key role in tracking and fostering progress through regular discussion and action.

As the saying goes, "If you can't measure it, you can't improve it." Currently, data and statistics identifying areas for improvement in the dental system are not yet fully and accurately compiled into a functional report within **CorEMR**. Unfortunately, the system has not yet been updated to generate the compliance report required by the **Dental Corrective Action Plan (CAP)**. As a result, many of the items related to the timeliness of care were not updated during this audit and were therefore marked as **non-compliant (NC)**. However, I am optimistic that progress is on the horizon, as addressing these challenges remains a priority.

Continued improvement in the dental department will depend on the quality data provided to the **Quality Assurance (QA) Committee** by the **Dental Subcommittee**. By addressing dental-related issues in a structured and accountable manner, we can ensure that MCJ's dental care continues to improve, with a focus on collaboration, transparency, and positive change. Together, they are making great strides toward a more efficient and effective dental care program!

## Risk Elimination / Corrective Action Plan (CAP)

The CAP requirements and its implementation and progress toward compliance are tracked in the enclosed Dental CAP spreadsheet.

*Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame.* (Wellpath IP, p. 8)

For Custody, there is a 3.8% improvement towards full compliance of their 13 CAP items, #1-12 and #49. Huge gains were accomplished with the update and release of the 06/28/23 version of their Incarcerated Person Orientation Manual both printed and digitally available in English and in Spanish. Ten (10) are "Complete" and the remaining four (3) CAP items are in "Progress".

For Wellpath, there was a 11.8% improvement towards compliance of their 108 CAP items in September 2024 as compared to April 2024. Ninety (43) CAP items are in "Progress", zero (0) has "No plan", two (2) have a "Plan" and sixty (63) are "Complete".

The overall completion of the CAP Items for both Custody and Wellpath is in the Table below. Eleven (11) of the combined 121 CAP items have reached Substantial Compliance (SC) for over one year. There is also improvement such that now two (2) are in non-compliance.

The chart below identifies there is forward movement if correcting deficiencies listed in the Dental Corrective Action Plan.

| Apr '24 | Comp Score | Oct '24 | Comp Score |
|---|---|---|---|
| SC>1 yr | 0 | SC>1 yr | 11 |
| SC | 12 | SC | 14 |
| PC | 102 | PC | 94 |
| NC | 7 | NC | 2 |

Please see the charted CAP progress below: The first two charts are MCJ and Wellpath's self-assessment, followed by the next two charts being this Court Monitor's report for MCJ and Wellpath respectively.

### MCJ Custody Self-Assessment Report (13)

| Implementation Specialist Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 |
|---|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 0 | 0 | 0 | 0 | 0 | 0 |
| Plan | have developed a plan | 10 | 0 | 0 | 0 | 1 | 0 |
| Progress | have started to implement the plan | 3 | 13 | 12 | 3 | 2 | 3 |
| Complete | achieved the goal of the CAP item | 0 | 0 | 1 | 10 | 10 | 10 |



### Wellpath Self-Assessment Report (108)

| Implementation Specialist Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 |
|---|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 0 | 1 | 0 | 0 | 0 | 0 |
| Plan | have developed a plan | 3 | 2 | 1 | 4 | 1 | 0 |
| Progress | have started to implement the plan | 101 | 102 | 92 | 72 | 55 | 17 |
| Complete | achieved the goal of the CAP item | 4 | 3 | 15 | 32 | 52 | 91 |



### Court Monitor Report - MCJ Custody (13)

| Court Monitor Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 |
|---|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 0 | 0 | 0 | 0 | 0 | 0 |
| Plan | have developed a plan | 11 | 2 | 0 | 0 | 0 | 0 |
| Progress | have started to implement the plan | 2 | 11 | 12 | 12 | 4 | 3 |
| Complete | achieved the goal of the CAP item | 0 | 0 | 1 | 1 | 9 | 10 |



### Court Monitor Report - Wellpath (108)

| Court Monitor Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 |
|---|---|---|---|---|---|---|---|
| No Plan | not started, not completed | 5 | 20 | 6 | 1 | 0 | 0 |
| Plan | have developed a plan | 13 | 12 | 5 | 4 | 1 | 2 |
| Progress | have started to implement the plan | 87 | 74 | 95 | 90 | 70 | 43 |
| Complete | achieved the goal of the CAP item | 3 | 2 | 2 | 13 | 37 | 63 |



## Closing Statement

The objectives of **Continuous Quality Improvement (CQI)** in a dental clinic focus on enhancing patient care, improving operational efficiency, and fostering a culture of collaboration and growth. These objectives include:

1. **Enhancing Patient Care and Safety**: Improving treatment outcomes and addressing safety concerns.
2. **Increasing Efficiency**: Streamlining processes to reduce wait times and optimize resource use.
3. **Patient Satisfaction**: Gathering feedback to improve the patient experience and meet their needs effectively.
4. **Staff Training and Development**: Promoting continuous education and fostering a culture of improvement.
5. **Compliance with Standards and Regulations**: Ensuring adherence to legal and regulatory requirements.
6. **Monitoring and Measuring Performance**: Using data to track clinic performance and drive improvements.
7. **Fostering a Culture of Improvement**: Encouraging feedback from staff to continuously refine care delivery.

In my role as a neutral dental court monitor, my method of assessing for compliance involves a comprehensive review of the "systems" created by the facility to establish care mandated by the **Implementation Plan**, **Settlement Agreement**, and relevant **County, State, and Federal guidelines**, in addition to the **dental standard of care**. Evaluating these systems includes reviewing their **global Policies and Procedures (P&P)** and **Local Operating Protocols (LOP)**, which should be completed, reviewed, approved, and updated annually by the facility.

Utilizing P&Ps and LOPs as foundational training modules for staff is essential to ensure the successful, ongoing training of personnel, with documentation for feedback and improvement. These systems of care are crucial to MCJ and Wellpath's ability to **self-monitor**, **self-audit**, and **self-govern** itself effectively, once court-appointed monitoring concludes. This self-governance will ensure that the facility is equipped to maintain quality standards of care independently, with a robust framework for continuous improvement.

Internal chart audits are critical in assessing the staff's ability to perform mandated care and ensuring that systems are working efficiently. These audits are essential for identifying areas that may need improvement or additional training and can validate the facility's ability to maintain self-governance in providing quality care, ensuring patient safety, and maintaining a sanitary clinical environment. Due to some aspects of care which continue to be below the level of compliance, I request access to the weekly chart audits which were mentioned as occurring.

The **monthly Dental Subcommittee meetings**, including a review of key statistics, serve as an essential space for collaboration, problem-solving, and driving continuous quality improvement

(CQI). By using key performance measures and integrating the Quality Assurance program into these meetings, the clinic can ensure accountability and create a sustainable, transparent dental care program.

The **expectations of continuous improvement** must remain a cornerstone of MCJ's dental care program. This involves regular evaluation of performance, identifying areas for further enhancement, and implementing changes based on data and staff feedback. Continuous improvement requires a proactive approach to anticipate and resolve emerging challenges in patient care, operational efficiency, and staff development.

Two key areas for focus in the upcoming audit is addressing the issues surrounding incarcerated individuals' access to the 14-Day Exam. Delays in receiving this exam, as mandated by the Implementation Plan, is having a negative impact on access and timeliness of care. I understand that a nurse training session is scheduled, and I look forward to being invited to this session and seeing the improvements made in this system and process.

Quality dental care is the other focus of the next audit tour. To achieve substantial compliance and ongoing improvements, **MCJ and Wellpath** must allocate the necessary resources (as outlined in **Settlement Agreement ¶ 10**) to create a culture centered on access, timeliness, and quality care. Enhanced coordination between nursing, medical, mental health, and dental professionals is essential to obtain and sustain compliance and improve overall dental care services. The commitment to **self-governance** and **continuous improvement** will be key to the long-term success and sustainability of the dental care program at MCJ.

## Appendix I – How to Understand and Navigate the Dental Audit Tool

The specific information, including booking numbers, evaluation of the system and individual chart audits, are located within the Excel Spreadsheet entitled Dental Audit Tool. The <u>Dental Audit Tool Results</u> is a conglomeration of the results for each of the outcome measure categories as well as the Source, Monitor Findings, Monitor Recommendations and Methodology.

Please refer to the **Dental Audit Tool** Excel spreadsheet.
- The <u>Dental Audit Tool Results</u> **tab** contains the following sections in Column A:
    - Access to Care (A1 through A20)
    - Timeliness of Care (B1 through B9)
    - Quality of Care (C1 through C13)
    - Infection Control/Regulatory Compliance (D1 through D85) and
    - Dental Management/Self Governance (E1 through E17)

- In the <u>Dental Audit Tool Results</u> **tab**, Column B differentiates between "System", "Chart Audit" and "Clinic Audit" type of questions.

- In the <u>Database</u> **tab**, "System", "Chart Audit" and "Clinic Audit" type of questions are identified in Column I.
    - "System" questions are reported in the Monitor Comments #1 and Monitor Recommendations #1 (Column Z and AB respectively of the Database tab).
    - By scrolling to the right of the Monitor Comments #1 you will locate the chart audits.
    - "Chart Audit" questions and the specific charts audited begin in Monitor Comments #2 (Column AI) through to Monitor Comments #13 (Column ED).
    - A "System" question is only one question/item, vs a "Chart Audit" is comprised of a review of 12 charts for this Dental Audit Tour #12.
    - Two (2) charts are reviewed for every month.
    - **When provided for the specific Outcome Measure, the second (2nd) chart of each month is a Wellpath Randomized Sample chart.**

- In the <u>Database</u> **tab** there is space for the MCJ/Wellpath Updates from #1 through #13. #1 are for comments to be placed regarding the "System" questions and the MCJ/Wellpath Updates #2 through 13 are for the "Chart Audit" questions.

- In the <u>Dental Audit Tool Results</u> **tab** the number of charts and items reviewed is located in Column F.
    - The number of Substantial Compliance (SC), Partial Compliance (PC), Non Compliance (NC), Not Applicable (NA), Deferred Finding (DF), Not Measured by the Dental Staff (NM) items are located in Columns G, H, I, and J respectively.

- The information is coalesced in the <u>Findings</u> **tab**. The Findings tab is then made visible in the <u>Dental Audit Tool Results</u> tab – Source (**Column Q**), Monitor Findings (**Column S**), Monitor Recommendations (**Column T**) and Methodology (**Column U**), for each of the outcome measures.
- The <u>Summary</u> tab in the Dental Audit Tool is a consolidation of the grade of the individual sections of the Dental Audit Tool Results tab.

- The <u>Class Case Reviews</u> are in a separately attached Excel spreadsheet and the summary "Percent Compliance" is manually entered in **Row 73/Column N** of the Dental Audit Tool Summary tab. For specific information regarding each individual patient for the Class Case Reviews, see enclosed attachment.

- The <u>Statistics</u> **tab** in the Dental Audit Tool is a retrieval of data from CorEMR (MCJ's electronic health system) with the Dental Monitor Findings located in Column J, the Dental Monitor Recommendations in Column K and the Methodology for finding the statistical information in Column L.

- The <u>Dental Schedule</u> **tab** was entered this audit period to show the daily activities of the dental clinic. It is also used to calculate how many dental days are worked at MCJ. which also is

- The grading is already mathematically calculated for each section "Total", tabulated at the end of each identified section, and the **grading scale** can be referenced by looking in **Row 4** of the Dental Audit Tool Results tab. You can also review the Logistics For MCJ/Wellpath Dental Department – See Appendix 1.

## Appendix II – Logistics for MCJ/Wellpath Dental Department

**Dental/Priority Levels and Dental Priority Code - Overview**

Dental uses *two* main tracking systems for scheduling incarcerated persons (I/Ps) according to their emergency, urgent/emergent and routine dental needs:

- **Dental Level (DL) / Priority 1 and 2**
    - Provided by the Nurses (RN), Nurse Practitioners (NP), Physician Assistants (PA) and Physicians.
- **Dental Priority Code (DPC) / Priority 1 through 5**
    - Provided by the Dentist.
- The **DL** and **DPC** are used for monitoring compliance in the Access to Care, Timeliness of Care and Quality of Dental Care sections of the Dental Audit Tool, respectively.

**Dental Levels (DL) / Priority 1 and 2 – Nursing Enters DLs**

- A Priority level in CorEMR, also known as a Dental Level (DL), is assigned by a non-dentist when an incarcerated person (I/P):
    - Is referred from Intake, 14-Day Exam, or Sick Call by an RN, NP, PA, or Physician.
    - Is referred from a Physician visit, Physician led Chronic Care exam or a Physician on Call
    - Requests dental care through the dental sick call system, either via the tablet or by writing their request on paper.
        - These patients who submit a request for dental care must be seen, screened and assigned a Priority Level/Dental Level 1 or 2 depending on the severity of their symptoms, **within one day of the request for dental care.**
        - *All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to <u>be seen within one day of the request</u>. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist.* <u>(Wellpath IP, p. 101)</u>.
- The DL classification is used to assess the severity of a patient's dental problem(s). <u>(Wellpath IP, p. 98-99, 101)</u>:
- The Priority Dental Level classification of DL1 or DL2 is then used to refer the patient to the dental clinic within the prescribed timeframe listed below.
    - **Emergency –** Scheduled the same day with the dentist. If the dentist is not on site, then the patient is sent to the medical provider or sent to a higher level of care.[114]
    - **Priority 1** – Urgent/Emergent problem(s) – **formally DL 1** – Scheduled for the next dental day.[115]

---

[114] <u>Wellpath IP, p. 98-99, X1, A.1.a</u>
[115] <u>Wellpath IP, p. 99, X1, A.1.b</u>

- **Priority 2 –Routine/Non-Urgent problem(s) – formally DL 2 –** Scheduled within 14 calendar days.[116]

## Dental Priority Code (DPC) / Priority 1-5 - Dentist Enters DPCs

- The DPC is assigned by the Dentist for each dental treatment planned item, for both Episodic & Comprehensive Dental Care (Wellpath IP, p. 100-103).
- It is the system utilized for identifying the severity of a patient's dental problem(s) at the dental triage/diagnosis appointment and assigned as the timeframe in which the diagnosed dental treatment is to be performed.[117]
- The potential error(s) occur if the dentist does not enter the DPC correctly for each patient's individualized dental treatment planned item. The default is a 1 in CorEMR's Priority Code drop-down menu (same day treatment), which then affects compliance and compliance monitoring.
- Note that the same drop down priority classification codes in CorEMR are used by the RNs for the DL assignment (Priority 1 and 2) and the DPC, assigned by the Dentist (Priority 1 through 5). This can create some confusion when identifying timelines, so awareness is key.

| NEW CorEMR DPC Priority Code | DPC Timeframe | DPC Treatment Plan |
|---|---|---|
| 1 | Emergency Care – Treated immediately Emergent Care – Seen today | Incarcerated patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention. |
| 2 | Urgent Care – Treatment within 1 calendar day/24 hours | Incarcerated patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living. |
| 3 | Treatment within 30 calendar days | Incarcerated patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention. |
| 4 | Treatment within 60 calendar days | Incarcerated patients requiring early treatment for any unusual hard or soft tissue pathology. |
| 5 | Treatment within 120 calendar days | Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). |

---

[116] Although "Routine Referrals" in CorEMR is scheduled for 5+ days, the patient is seen within 14 calendar days.
[117] Additional definition: "To ensure that all patients have equal access to dental services based upon the occurrence of disease, significant malfunction, or injury and medical necessity." https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art3.5.3.pdf

**Statistical Parameters for Assessment of Compliance**
**Grading parameters:**
Substantial Compliance (SC) = 86% - 100%
Partial Compliance (PC) = 75% - 85%
Non-Compliance (NC) = 74% and below

**For grading purposes:**
SC = a grade/weight of "1" is given on the audit tool when all parameters of the audit question has been fully and completely answered.
PC = a grade/weight of "0.5" is given on the audit tool when one or more areas of the audit tool question is not fully answered.
NC = a grade/weight of 0 is given on the audit tool when the question is not answered or not clinically favorable.

**Abbreviations:**
NM = Items not measured/not evaluated by Wellpath/MCJ
NE = Items not evaluated by Monitor
DF = Deferred findings by Monitor

**Weight of each question:**

- Other than the spore test and the incarcerated person[118] requests, all questions carry equal weight at this time and a total is given following each of the graded sections. A grand total compiling all the data is found in the Summary Results section of the Dental Audit Tool attachment.

- If a spore test is not performed during a week in which the dental clinic was open, then it constitutes an overall failure for the entire Infection Control and Regulatory Compliance section. Patient safety and the prevention of infectious diseases (e.g., HIV, Hepatitis B, Hepatitis C) is paramount in a dental clinical setting. (Wellpath IP, p. 98)

- Incarcerated person requests for dental services and the mandated timeline of that screening currently carries equal weight however **please note that this area may be weighted more stringently in the future if the nurses do not see and triage incarcerated person requests for dental care (e.g., pain, toothache, swelling, etc.) within the IP timeline.**

  - o *All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN **to be seen within one day of the request**.* (Wellpath IP, p. 101)

- An overall compliance score has been determined by averaging the scores. Averaging does not consider individual incidents that are problematic and therefore averaging could still be a risk to patient health.

---

[118] Previously named "inmate requests".

## Appendix III – Email from Van Swearingen

Regarding: "Monterey County Jail - agreement that Wellpath did not meet its burden to prove it had come into compliance [IMAN-DMS.FID40388]"

Drs. Barnett, Vess, and Winthrop –

Wellpath will not rely on its own expert reports in connection with the Court imposing monetary sanctions for failing to come into compliance with the terms of the Court's enforcement order.  Evidence developed in discovery showed that the methodology used in Wellpath's audits was unreliable.  Wellpath agreed to file the attached stipulated order stating that it failed to meet its burden to prove it had come into compliance.  As a result, there will be no evidentiary hearing on December 16-17.

We remind you that the Court does not question your methodology.  Indeed, on August 1, we had a hearing before Judge Freeman on the issue of whether Wellpath would pay fines for remaining in contempt for not coming into compliance.  Wellpath's counsel specifically raised concerns about the neutral monitors' methodologies, stating:

> I do think if there are going to be ongoing duties of the monitors to be monitoring specifically for the purpose of compliance with a contempt or a sanctions order, we do need to have a -- a discussion about whether the methodologies need to be changed so that we're getting  fair snapshot in time, so that they're not averaging over time, so that they are taking a fair representative sample, and that may be a discussion for a later date, but I did just want to raise it because we weren't sure if that was something you were contemplating, you know, an ongoing evaluation of -- of sanctions.

Judge Freeman rejected Wellpath's position, stating:

> No. Excuse me. Ms. Becker, I think that argument is frivolous. On September 26th of 2023, I issued this order of contempt, and I ordered further reports from the monitors. You have known for almost a year that those monitors were going to be presenting the evidence, and any argument you have now that, Oh, it's just occurred to us that their -- that their process may be wrong falls on deaf ears quite frankly, because this is a court-sanctioned monitor who has been using criteria for years, and what you're really telling me is if it's going to cost me money, then maybe I don't like it, but if I were going to get a free pass year after year after year, I don't care what these people say because it doesn't -- it doesn't hit my bottom line. And now all of a sudden your client is waking up and says, Wait a minute? I'm sorry. This -- you should have filed that motion on September 27th, the day after my -- my order. And, so, you can make any request you want, but I have to tell you this is -- I think that's bad faith on your client's part.

The transcript from that hearing is attached, and the above colloquy can be found on pages 20-22.

Thank you for your continued work on this important case.
Van


Van Swearingen
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830
VSwearingen@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

## Appendix IV – Email from Allison Becker

"Re: Monterey County Jail - agreement that Wellpath did not meet its burden to prove it had come into compliance [IMAN-DMS.FID40388]"

Drs. Barnett, Vess, and Winthrop,

We take issue with some of the language in counsel's email below, but do not need to belabor that here. However, we wanted to direct your attention to paragraph 6 and 7 of the stipulation he attached.

Paragraph 6 of the stipulation explains that the parties have agreed that the sanctions for mental health and dental will be determined by your upcoming reports. As such we will need to know whether you found CFMG to be in non-compliance, partial compliance, or substantial compliance with each enforcement requirement so that we can understand how fines will be paid pursuant to paragraph 6.

Paragraph 7 states that:

"The Parties agree to ask the neutral monitors to include in their monitoring reports going forward in this case a separate section of the report describing the information considered and the scoring methodology used."

If you could please include such a section in your forthcoming final reports, we would appreciate it.

We thank you for your continued efforts in this case.

Sincerely,
Allison

_____

**ALLISON J. BECKER**  |  Managing Partner - North Carolina


150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
D: 984-242-1796  |  abecker@grsm.com
Website  |  Bio  |  Book Time to Meet With Me

## Appendix V – Statistical Evaluation of Methodology and Scoring

See the attached Statistician's report for review of methodology and scoring.