| Class | Category | Name | Number Charts or Items Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Number Charts/Items NA | Number Charts/Items DF | Number Charts/Items NM | Percent Compliance | Substantial Compliance (Y / N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | Dental Class | Case Reviews | 12 | 13 | 30 | 19 | 60 | 60 | 0 | 0 | 47.6% | NC |

| Case # | BID | Patient Name | Number Charts or Items Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Number Charts/Items NA | Number Charts/Items DF | Number Charts/Items NM | Percent Compliance | Substantial Compliance (Y / N) | Row |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | CR | | 13 | 2 | 3 | 4 | 4 | 4 | 0 | 0 | 38.9% | NC | 19 |
| F2 | CR | | 18 | 3 | 4 | 3 | 8 | 8 | 0 | 0 | 50.0% | NC | 25 |
| F3 | CR | | 18 | 1 | 3 | 6 | 8 | 8 | 0 | 0 | 25.0% | NC | 24 |
| F4 | CR | | 11 | 1 | 4 | 0 | 6 | 6 | 0 | 0 | 60.0% | NC | 17 |
| F5 | CR | | 9 | 0 | 3 | 0 | 6 | 6 | 0 | 0 | 50.0% | NC | 15 |
| F6 | CR | | 13 | 1 | 6 | 0 | 6 | 6 | 0 | 0 | 57.1% | NC | 20 |
| F7 | CR | | 2 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | NA | NA | 8 |
| F8 | CR | | 8 | 0 | 2 | 3 | 3 | 3 | 0 | 0 | 20.0% | NC | 14 |
| F9 | CR | | 8 | 2 | 2 | 1 | 3 | 3 | 0 | 0 | 60.0% | NC | 14 |
| F10 | CR | | 8 | 0 | 2 | 0 | 6 | 6 | 0 | 0 | 50.0% | NC | 14 |
| F11 | CR | | 8 | 2 | 1 | 1 | 4 | 4 | 0 | 0 | 62.5% | NC | 14 |
| F12 | CR | | 6 | 1 | 0 | 1 | 4 | 4 | 0 | 0 | 50.0% | NC | 12 |