# Exhibit A

# MONTEREY COUNTY JAIL

## MEDICAL CARE AUDIT REPORT June 20, 2025

## For Site Visit April 7-8, 2025



Bruce P. Barnett, MD, JD – expert medical monitor

# TABLE OF CONTENTS

INTRODUCTION .............................................. ............................................................................3

METHODOLOGY ................................................................................................................3

BRIEF REPORT OF FINDINGS - SUMMARY TABLES ............... ............................................... ...............7

FINDINGS ...................................................................................................14

SUMMARY OF CASE REVIEWS; OTHER NOTABLE CASES............................................. ...............................27

DEATHS ............................................................... ................................................ ...............32

 PLAINTIFF'S INQUIRIES              ...................       ................... ...   ............... ...........................................30

STAFF INTERVIEWS.............................................................................................................30

INMATE/PATIENT INTERVIEWS             ..................................................................................31

RECOMMENDATONS............................................................................................... ......31

DISCUSSION AND CONCLUSIONS ................................. ............................................................33

LIST OF ATTACHMENTS ...................................................................................................36

## INTRODUCTION

Based upon my review of medical records and visits on April 7-8, 2025 (19th site visit),  I find that medical care services at Monterey County Jail (MCJ) for the period of October 2024 through April 2025 were not in substantial compliance with the Implementation Plan (IP) requirements,

This report includes:  a) assessment of MCJ performance regarding implementation plan categories, as cited in the court-approved Implementation Plan,[1] b) analysis of care provided to the target population of incarcerated persons requiring medical care[2]  c) care provided to a sample of incarcerated persons at MCJ selected from logs submitted to me by the Defendants for my review[3] d) review of care provided to patients deceased in 2025 while in custody or in immediate proximity to custody at MCJ, e) notable departures from Implementation Plan f) matters brought to my attention by party attorneys, g) adequacy of quality assurance (QA) including supervisors' audits of MCJ healthcare providers (Peer Review) and death reviews, h) interview of MCJ patients on site, i) interviews of MCJ/Wellpath staff,  j) facility inspection and k) recommendations for actions to bring MCJ performance into substantial compliance with IP provisions.

## METHODOLOGY

I determine compliance with the Implementation Plan by reference to CFMG Implementation Plan (2015), Wellpath Policy and Procedure Manual Monterey County California (2020) and Wellpath Professional Nursing Protocols (2023). Wellpath Policies make frequent reference to guidelines from the  National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails (2018), and to California Code of Regulations, Title 15, Minimum Standards for Local Detention Facilities 2019.

The Court order dated September 26, 2023, identified the following Implementation Plan Categories for medical care:  Medical Staffing, Medical Intake, Sick Call (Access to Care), Chronic Care, Health Care Maintenance, Continuity of Care After Release, Outside (specialty and hospital) Care, Treatment of Intoxicated Patients/Withdrawal, Communicable Disease Control (especially Tuberculosis),  Pharmaceutical Services and Medical Quality Assurance.

---

[1] See September 26, 2023, Order Granting Plaintiffs' Motion to Enforce Settlement Agreement and Wellpath Implementation Plan, page 9 – 13; see also, Settlement Agreement (August 18, 2015) page 8-10, 13- 15.
[2] See "Physician Case Review" (Ex. A) and "Monitoring Tool" (Ex. B).
[3] See "Random Defendant Audit Tool" (Ex. C).

The Implementation Plan describes within each of these categories applicable performance components also known as "compliance indicators."[4] Care is "substantially compliant" with the IP when all or nearly all indicators are satisfactorily performed, Serious departures from the IP regarding as few as one or two indicators may preclude a finding of substantial compliance.

The Settlement Agreement does not direct me to look at any specific number of cases to reach a determination of compliance with the Implementation Plan.[5] However, the Agreement does direct my attention to incarcerated people who evidently need care. "Defendants shall develop and implement a Health Care Plan to expand the provision of <u>care for inmates with serious medical and/or mental health need</u>s …"  (emphasis added). Settlement Agreement, Paragraph 31.

Accordingly, I employed "non-statistical sampling" or "targeted review" to ensure that I reported on all the medical care parameters specifically cited in the Implementation Plan. Thus, this audit primarily assesses the adequacy of care provided to the inmates most likely to need medical care, such as those sent to the hospital, and patients brought to my attention by Plaintiffs' attorneys.[6]

Exhibit A summarizes my findings regarding the care provided to 30 individual patients while residing in MCJ, from October 2024 through April 2025.[7]  These "case reviews" describe individual encounters and assess the adequacy of health care management for a sample of  inmate/patients with serious medical issues. In these  case reviews and other assessments, I consider whether MCJ patient care meets applicable standards.[8]

---

[4] "Compliance Indicator"  is a term of art used by accrediting agencies to describe performances required to meet a defined standard of care.

[5] This audit reports findings from my review of 565 encounters documented in the EMR.

[6] For a brief description of sampling techniques see "Good Practice for Quality Assurance Reviewers:  Audit Sampling Planning, Documentation and Reporting,"   June 2021,The United States Department of Health and Human Services.

[7] Medical records were reviewed mostly for the first quarter of 2025 to emphasize current performance.

[8] See Implementation Plan page 8. (medical services shall  be provided "in accordance with community standards"). I understand there may be differences in opinion regarding such standards.  Publications I refer to in determining applicable community standards of care include but are not limited to UpToDate, Centers for Disease Control (CDC), United States Preventive Task Force (USPTF), Cochrane Reviews/Cochrane Library, American Family Physician and New England Journal of Medicine

Exhibit B (Monitoring Tool) reports on MCJ performance regarding compliance indicators for encounters grouped according to IP category.

Exhibit C (Random Defendant Audit) reports on the same categories as Exhibit B but differs insofar as the patients therein are sampled from patient logs that Defendant has submitted for my review.

Table 1 summarizes for each IP category <u>the percentage of clinical encounters in which all pertinent compliance indicators are satisfied.</u>  Encounters are "appropriate" where virtually all quality indicators are met  or "deficient" where one or more significant quality indicator is not met.  See Exhibit A, spreadsheet 1 (Summary of Encounters).

Table 2 summarizes for each IP category <u>the percentage of compliance indicator performance meeting IP requirements.</u>  Table 2 shows the degree of compliance with indicators notwithstanding lapses that may have precluded a finding of "appropriate" in Table 1. Because the criterion for appropriate care is more stringently applied in Table 1, the percentage of compliance is generally higher for each category in table 2.    See Exhibit A, spreadsheet 2 (Percentage of Compliance of Questions/Quality Measures by Medical Quality Indicator).

Table 3 lists <u>percentages of appropriate performances combining Exhibit A, B  and C.</u>

The calculated scores provided are imperfect measures provided to facilitate comparison with prior audits and track improvements. Compliance rates above 50% demonstrate partial compliance with the Implementation Plan. Compliance rates above 80% may be considered in substantial compliance, providing that observed departures do not place inmates at unnecessary risk of harm.  Examples of care that I believe placed patients at increased risk of harm included insufficient screening for communicable disease, delays in specialty services,  inattention to alarming vital signs, departures from withdrawal protocols, inaccurate transfer documents, and incomplete counseling upon release.

MCJ care need not be perfect to substantially comply with the Implementation Plan. But the court requires evidence that robust quality assurance protocols make repeat lapses unlikely.

*"Substantial compliance" shall mean adherence to the requirements of the Settlement Agreement and the Implementation Plans **in all material respects**, (emphasis added)  recognizing that 100% compliance is not required. Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have (a) implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in*

*response to instances of non-compliance, and (b) that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance.*

Settlement Agreement, page 2, paragraph 10.

MCJ performance is currently partially compliant with the Implementation Plan requirements in all IP categories.    However, based upon the court's criteria reiterated above, and for reasons explained further below, I found no categories of care in substantial compliance with the Implementation Plan for the period of this audit.

## Defendants Concerns Regarding Methodology

Defendants have objected (in this and prior audits) to my focus on patients with apparent medical needs as manifest in their expressed grievances and documented visits to the hospital.  Defendants posit that this process emphasizes negative outcomes and thus mischaracterizes overall care.  Defendants have agreed that the operative court order requires that Defendants "expand provision of care for inmates with serious medial and/pr mental health needs…." The court leaves to my expertise how to measure this required performance. I believe the sampling methodology I have deployed is reasonable.

| Defendants'  Concern | Explanation of Process |
|---|---|
| Exhibit A, B and C entries should not "grade" same performance twice. | Exhibits A, B and C attached to this report do not have duplicate entries. |
| The case selection (sampling) process deployed in the past called for reviewing 20 patients for each compliance category. This has been changed in the current audit. | Over time, I have refined my sampling to include random selections from patient lists submitted by CFMG, in addition to reviewing care to patients with apparent medical needs. The combined number of patient encounters reviewed in this fashion is more than 30 for each of the compliance categories.[9] |
| Table 1 reports on MCJ performance in terms of how often all Implementation Plan parameters are met. This requirement,  essentially seeking perfection in each encounter, is too stringent and contrary to the spirit of the Implementation Plan | Table 1 is not the sole determinant of my assessment regarding substantial compliance. Table 2 describes performance in terms of how many of the requirements are met for each encounter. |

[9] I report on fewer Pharmaceutical Administration metrics that address relatively uncommon events (refusal of medications, court appearances during med pass, evaluation following drug diversion).

| Table 2 reports MCJ performance in terms that differ from Table 1. There should be only one standard. The blended results from multiple data sources does not represent overall compliance. | I explain in the report how I look at MCJ care from the perspectives of case reviews (Exhibit A), patients with evident medical needs (summarized in Table 1) , and encounters randomly selected from logs submitted by Defendants (summarized in Table 2). I summarized the combined results in Table 3. |
|---|---|
| The designation of many requirements in the Exhibits as "not applicable" (NA) makes compliance assessment inaccurate. | The exhibit format for the past 19 audits was developed by deconstructing the Implementation Plan requirements, not all of which were relevant to medical monitoring. |

I have stated in each of my audit reports that the percentage calculations are imperfect measures of performance,  presented only for the purpose of comparison to prior audits and to track improvement

## BRIEF REPORT OF FINDINGS – SUMMARY TABLES

## TABLE 1 – Percentage of Encounters in Substantial Compliance with IP

| | Summary of Encounters | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Review Findings | | | | Medical Chart Review Findings (Audit Tool) | | | | Random Def. Chart Review Findings (Audit Tool) | | | | Combined Percentage Compliance |
| Medical Quality Indicator | Number of Encounters | Number of Appropriate | Number of Deficient | Number of N/A | Percentage Compliance | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance | |
| Intake Screening | 33 | 19 | 13 | 0 | 59.4% | 14 | 7 | 7 | 50.0% | 15 | 7 | 8 | 46.7% | 54.1% |
| Access to Care | 104 | 75 | 28 | 0 | 72.8% | 22 | 11 | 11 | 50.0% | 15 | 9 | 6 | 60.0% | 67.9% |
| Chronic Care | 55 | 33 | 22 | 0 | 60.0% | 13 | 7 | 6 | 53.8% | 17 | 10 | 7 | 58.8% | 58.8% |
| Health Care Inventory | 25 | 14 | 11 | 0 | 56.0% | 12 | 8 | 4 | 66.7% | 18 | 9 | 9 | 50.0% | 56.4% |
| Continuity of Care After Release | 11 | 6 | 5 | 0 | 54.5% | 14 | 7 | 7 | 50.0% | 17 | 12 | 5 | 70.6% | 59.5% |
| Outside Medical Care/Referrals | 58 | 44 | 14 | 0 | 75.9% | 10 | 3 | 7 | 30.0% | 10 | 7 | 3 | 70.0% | 69.2% |
| Detoxification/Withdrawal | 31 | 20 | 11 | 0 | 64.5% | 8 | 6 | 2 | 75.0% | 10 | 8 | 2 | 80.0% | 69.4% |
| Tuberculosis & Other Infections | 17 | 11 | 6 | 0 | 64.7% | 14 | 5 | 9 | 35.7% | 17 | 6 | 6 | 50.0% | 51.2% |
| Pharmaceutical Administration | 8 | 5 | 3 | 0 | 62.5% | 5 | 4 | 1 | 80.0% | 3 | 2 | 1 | 66.7% | 68.8% |
| Totals | 342 | 227 | 113 | 0 | 66.8% | 112 | 58 | 54 | 51.8% | 122 | 70 | 47 | 59.8% | 62.4% |

## TABLE 2 – Percentage of Compliance Indicators Meeting IP Requirements

| | Summary | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Percentage of Compliance of Questions/Quality Measures by Medical Quality Indicator | | | | | | | | | | |
| | MCJ HC Monitoring Audit Tool | | | | | MCJ HC Random Defendant Audit Tool | | | | | Combined Percentage Compliance |
| Medical Quality Indicator | Quality Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance | Quality Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance | |
| Intake Screening | 210 | 94 | 12 | 104 | 88.7% | 225 | 100 | 11 | 114 | 90.1% | 89.4% |
| Access to Care | 128 | 85 | 33 | 10 | 72.0% | 76 | 56 | 10 | 10 | 84.8% | 76.6% |
| Chronic Care | 52 | 29 | 11 | 12 | 72.5% | 68 | 43 | 9 | 16 | 82.7% | 78.3% |
| Health Care Inventory | 36 | 26 | 10 | 0 | 72.2% | 54 | 36 | 14 | 4 | 72.0% | 72.1% |
| Continuity of Care After Release | 56 | 15 | 12 | 29 | 55.6% | 68 | 26 | 7 | 35 | 78.8% | 68.3% |
| Outside Medical Care/Referrals | 40 | 16 | 10 | 14 | 61.5% | 40 | 26 | 4 | 10 | 86.7% | 75.0% |
| Detoxification/Withdrawal | 96 | 32 | 4 | 60 | 88.9% | 120 | 30 | 4 | 86 | 88.2% | 88.6% |
| Tuberculosis & Other Infections | 70 | 28 | 9 | 33 | 75.7% | 85 | 29 | 8 | 48 | 78.4% | 77.0% |
| Pharmaceutical Administration | 18 | 6 | 1 | 11 | 85.7% | 9 | 3 | 1 | 5 | 75.0% | 81.8% |
| Totals | 706 | 331 | 102 | 273 | 76.4% | 745 | 349 | 68 | 328 | 83.7% | 80.0% |

//

## TABLE 3 – Combined Encounter Compliance  Ex.  A, B and C [10]

| TABLE 3             IP  Category | Compliant/Not Compliant | % Compliant | Comments |
|---|---|---|---|
| 1.  Intake Screening | Partially  Compliant | 54.1% | see text and worksheets |
| 2.  Access to Care | Partially Compliant | 67.6% | see text and worksheets |
| 3. Chronic Care | Partially Compliant | 58.8% | see text and worksheets |
| 4. Health Care Inventory | Partially Compliant | 56.4% | see text and worksheets |
| 5. Continuity of Care | Partially Compliant | 59.5% | see text and worksheets |
| 6. Outside Care Referrals | Partially Compliant | 69.2% | see text and worksheets |
| 7. Detox/Withdrawal | Partially  Compliant | 69.4% | see text and worksheets |
| 8. Tuberculosis/Infection Control | Partially Compliant | 51.2% | see text and worksheets |
| 9. Pharmaceutical Storage, refusals and dispensing upon release | Partially  Compliant | 70.6% | distinguished from dispensing |
| 10.Operational Aspects:  Administration and Medical Staff, Facilities, Quality Assurance | Partially Compliant | NA | see text |
| 11. RN Medication Dispensing On Site | Substantially Compliant | 100.0% | see text and worksheets |
| 12. Physician/Provider Case Review | Partially Compliant | NA | I found 9 out of 30 cases described in Ex A to be managed adequately |
| Overal Audit Score | | 65.7% | |

Briefly, MCJ departures from the Implement Plan included the following:[11]

A. Patients were not consistently or timely screened for sexually transmitted diseases, including HIV, HCV, Hepatitis B and syphilis.
B. Required PPD and/or QuantiFERON testing to screen for tuberculosis infection was not consistently performed. Patients were not consistently counseled following positive test results.
C. Patients did not consistently and/or timely receive appropriate medical care for chronic medical conditions.  Chronic care visits were sometimes delayed or incomplete.  Problem lists were incomplete.
D. MCJ did not consistently provide patients with access to care in accordance with the IP guidelines.  Nurses did not consistently follow applicable protocols. Sick call visits were at times delayed and incomplete. PA, NP and RN services were not sufficiently monitored by supervising physician(s). Examinations for eye complaints were notably insufficient. Serious oral pathology, including possible

---

[10]  I continue the same categories in these tables as described in the initial audits.  The court-designated categories I address below differ slightly.

[11]  MCJ reports corrective actions instituted since April 2025 that address some of these lapses.

abscesses, did not receive appropriate, timely attention.  Medical care did not consistently comport with community standards.

E. Patients appearing intoxicated, withdrawing, or otherwise suffering acute illness at admission illness (sometimes manifest by abnormal vital signs) were referred by intake nurses for housing in GP without documented symptom resolution. Withdrawal protocols were not consistently followed.

F. Specialty care was unduly delayed for serious conditions, including possible Lisfranc fracture and possible Achilles tendon rupture.   Frequently referrals were not documented in the EMR with proper forms, and/or sufficient report of consultation recommendations.

G. Important chronic medications were interrupted, including prescriptions to treat hypertension, leukemia, atrial fibrillation and opiate use disorder.

H. EMR documentation and instructions upon release and/or transfer were at times incomplete and/or inaccurate.

I. The MCJ/Wellpath documentation of its QA/QM process was not in substantial compliance with the IP, including peer review and documentation of critical clinical events.

## SUMMARY [12]

| Category | Requirements | Monitor Findings |
|---|---|---|
| 1. Medical Staffing | MCJ must maintain "adequate staffing to provide all necessary medical and mental health care[.]" Settlement Agreement at 16. Wellpath's Implementation Plan requires Wellpath to maintain "sufficient staff to ensure compliance" with the other mandates of the Plan. Wellpath Implementation Plan at 116. | **Partially  Compliant** Increased staffing has not provided services in substantial compliance with IP requirements.  MCJ hired a director of nursing in May 2025, after my audit visit.  The medical records department has not ensured timely lab tests and specialists' reports. Discharge documentation is much improved but is not yet substantially compliant with IP. [13] |
| 2. Intake | The intake screening must include, among other things, taking of vital | **Partially  Compliant** Intake evaluations are not |

---

[12] This summary reiterates court designated categories and definitions.

[13] See apparent lapses below in *Findings, Continuity of Care after Release*.

| | | |
|---|---|---|
| | signs and inquiry into medical issues, medications, and substance use. Id. at 13-14, 29; Dkt. 494 at 15 (same); Dkt. 460 at 11-12. "Inmates with medical … conditions identified during intake screening … shall be assessed by the Booking RN who will begin initial treatment planning … and schedul[e] referrals for follow up evaluation | consistently accurate, and on occasion occasions fail to refer patients for necessary acute and/or chronic care. I report instances of ill and impaired inmates prematurely approved for general population housing. [14] |
| 3 Access to Care – Sick Call | Inmates must have timely access to necessary treatment by Qualified Medical Professionals for prisoners with medical issues. Health complaints shall be collected, processed, and documented daily, and patients must be scheduled for the next sick call. Sick call must be conducted Monday through Friday in a private clinical environment. Sick call slips must be "filed in the inmate's medical record." MD or RN must visit individuals housed in holding and isolation cells on Monday, Wednesday, and Friday. | **Partially Compliant.** Inmates' requests for sick call are not scanned into the medical record. I rely upon the paraphrased requests reiterated in Tasks and Summary portions EMR tabs to assess adequacy of attention provided to sick call requests.<br><br>Examples of delayed attention to serious complaints included rectal bleeding, markedly elevated pulse rates, swelling in neck and airways, persistent ear infections, and interruptions critical medications.<br><br>RN encounters did not consistently adhere to established protocols. Abnormal vital signs were not or acted upon in accordance with policy. Visual disturbances were not timely evaluated with direct ophthalmoscopy. |
| 4 Chronic Care | "Inmates with chronic medical conditions will be referred to and | **Partially Compliant** Chronic care visits did not |

---

[14] See implementation Plan, Intake Health Screening, page 10, barring acceptance into custody prior to clearance for inmates with **any** sings of serious injury or illness. (emphasis added).

| | | |
|---|---|---|
| | seen by a medical provider within five to seven days of arrival, " to be " managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines." Chronic care visits shall (1) assess the patient's medications, complaints, and compliance with the treatment plan; (2) examine vital signs and weight; (3) assess diagnosis, degree of control, compliance with the treatment plan and clinical status as compared to prior visits; and (4) conduct lab and diagnostic tests as necessary, develop strategies to improve outcomes if the condition has worsened, educate the patient, and refer to an MD or specialist, and/or conduct discharge planning as necessary. | consistently satisfy the requirements set forth in the IP. Visits and treatment plans required by the IP were delayed or not performed. Screening tests and laboratory studies recommended by national practice guidelines were frequently not ordered. Treatment plans were not developed with necessary input from on-site medical and mental health experts. [15] MCJ has developed training programs to promote appropriate use and maintenance of problem lists. |
| 5. Health Care Maintenance | All patients must receive both a 14-day health inventory and communicable disease screening, using designated forms to record temperature, pulse, respirations, blood pressure, height and weight. Assessment shall include screening for sexually transmitted diseases, noting all positive findings on a "problem list. The six-month physical examination, documented on a designated form, must include: i) review of the health inventory and communicable disease screening; ii) vital signs with height and weight; iii) a full body system review and assessment | **Partially Compliant.** Some health inventory screening and health maintenance exams were incomplete. STD screening orders accompanying 14-day health inventory evaluations were frequently delayed or not performed. Exams due at 6 months or yearly were occasionally delayed. (See recommendations below to modify interval exam requirements). |

[15] See Implementation Plan, Chronic Care, page 27. MCJ is required to engage in treatment consistent with national practice guidelines. Patients with chronic health conditions complicated by mental illness require multidisciplinary team approaches.

| | and iv)  assessment of the individual's health | |
|---|---|---|
| 6. Continuity of Care After Release | Inmates released to the community will be provided with written instructions for the continuity of essential care, including, but not limited to, name and contact information of community providers for follow up appointments, prescriptions and/or adequate supply of medication for psychiatric patients. | **Partially  Compliant.** Education for patients released to the community was much improved.  But on some occasions the EMR failed to document referrals or continuation of medications. I found inaccurate and incomplete transfer reports. See text below. |
| 7. Outside Care | Inmates will have access (presumed timely) to outside health care providers; records, results, and orders received from [such]off-site consultations and treatment shall be maintained in the patient's medical record. | **Partially  Compliant** Specialty services were seriously delayed in two notable orthopedic cases.   Lab tests were not performed timely, especially for sexually transmitted disease screening and QuantiFERON) .  Referral forms and records from outside care were sometimes not scanned into jail medical records. |
| 8. Treatment of Intoxicated Patients - Detoxification/ Withdrawal | Medical providers shall be timely involved in assessing and treating inmates potentially undergoing withdrawal, and non-provider medical staff shall timely refer to providers those inmate undergoing withdrawals when clinically indicated. | **Partially  Compliant.** MCJ patients did not consistently undergo the monitoring called for by the Implementation Plan and required by Wellpath policies. I describe below two instances of inappropriate abupt detoxification from high dose methadone. |
| 9. Communicable Disease (Tuberculosis, Infection Control) | MCJ shall provide appropriate infectious disease screening and follow-up, including but not limited to screening for tuberculosis and methicillin resistant staphylococcus aureus (MRSA).The tuberculosis identification, control and treatment program shall comply with [U.S. | **Partially  Compliant.** Some patients at obvious risk for STD and LTBI do not undergo timely screening and/or counseling. |

| | | |
|---|---|---|
| | Centers for Disease Control and Prevention ("CDC")guidelines]. MCJ shall have a reliable system to track whether all newly booked inmates have received tuberculosis screening and appropriate follow-up testing and treatment. | |
| 10. Pharmaceutical Services

The requirement for dispensing necessary medications upon release is addressed as an element in the "continuity of care" category. | Monterey County Jail pharmaceuticals shall be managed to ensure appropriate containers, and labels.  Inmates on essential medications will receive medication while in court.  Controlled substances will be kept under maximum security storage and counted at each shift change by the nursing going off duty together with the nurse coming on duty. The medication nurse is responsible for and will verify whether each patient takes their prescribed medication, including by recording it on the inmate's medication administration record. | **Partially Compliant**

Some multi-dose vials that had no expiration dates.

This audit reports instances of medications inappropriately delayed or interrupted. These breaches also represent departures from Intake and Access to Care requirements. |
| 11. Medical Quality Assurance | All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.  There must be corrective action measures to address lapses in the application of the policy. The responsible physician must provide appropriate supervision of the PA, NP, and RNs.  Wellpath must provide access to death reviews of post-Settlement in-custody deaths within thirty days from the date the review is completed. | **Partially Compliant**
MCJ corrective actions have not achieved substantial compliance with STD and TB testing.  Critical Clinical Events (CCE) do not seem to be consistently reported and/or acted upon in accordance with community standards, IP requirements  and  Wellpath policy. Death Reviews submitted for my perusal appear incomplete, as described below.

PA, NP and RN care did not appear to be adequately supervised by Wellpath physicians and managers. Following my site visit, MCJ |

| | | has instituted more regular audits of PA, NP, and RN care. |
|---|---|---|

## FINDINGS [16]

**Intake Screening** was <u>partially compliant</u>[17] with the Implementation Plan.

I noted the following departures from the IP:  a) abnormal vital signs were not repeated; b) patients described as intoxicated or otherwise unstable were approved for general population without appropriate medical clearance; c) Intake was incomplete in some cases, lacking blood sugar test, Adaptive Needs Screen or other detail.

1.1 - <u>Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted). IP I</u>. **Yes.** But see case 24, (no intake screening in the EMR).  See also ███████ (Intake delayed 3 days for no apparent reason).

1.2 - <u>If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported for medical clearance? IP I A.</u>  **No.**   Multiple patients described as intoxicated, or otherwise unstable did not have immediate attention and medical clearance:[18]  Cases 2, 7, 8, 18, 25, 26, ██████

1.3 - <u>Did booking include accurate vital signs, finger-stick blood sugar (FBS) as indicated,  and electronic medical record (EMR)  inquiry regarding past and current health problems? IP I C, and intake Form.</u> **No.** Required blood sugars were not always measured, and/or abnormal vital signs were sometimes not repeated or reported.  Case 11, ██████

---

[16] Please refer to attached Exhibits for more information about detected deviations from IP requirements.   My findings are issued after consideration of the responses by Plaintiffs and Defendants to the draft version of this report.

[17] "Partial compliance" does not amount to "substantial compliance."  A finding of "substantial compliance" requires that MCJ performance meet the Implementation Plan requirements in all material respects.  I list notable departures from the Implementation Plan requirements in the audit document and exhibits.

[18] "…[O]bvious and acute conditions which would preclude acceptance into custody prior to 'outside' medical evaluation and clearance [include] arrestees with any signs of serious injury or illness… [and] arrestees displaying signs of acute alcohol or drug withdrawal." CFMG IP page 1.   Patients must be examined by qualified medical staff to discern whether patients who appear "under the influence" have acute illness or are suffering from alcohol/drug withdrawal that merit immediate hospital care.

1.4 - <u>If during the initial intake screening process the inmate was identified with an acute or  chronic medical condition deteriorated, did the booking nurse refer the inmate to the primary care provider for immediate care? IP I C 1,2,3; See also Wellpath Policy and Procedure (hereinafter WPP) E-02 .</u>  **No**. See details for 1.2 above.

1.5  <u>Was the inmate with a chronic medical condition seen by a primary care provider within seven days or reasonably after arrival at the facility? IP I C 1,2,3; See also WPP E-02 .</u> **No.** Cases 2, 14, 23, 26, ▉▉▉▉▉  ▉▉▉▉

1.6 <u>Did  booking screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?– IP I D.</u>  **No**. Case 11, ▉▉▉▉▉  ▉▉▉▉▉  ▉▉▉▉  Also see Case 7 (severe kyphosis needs accommodations). ▉▉▉▉ (patient dependent upon wheelchair listed as having no disability).

1.7  <u>If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? IP I D.</u>  –  **I refer this question to the ADA monitor.**

1.8 <u>If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? IP I E 1.</u> **Yes.**

1.9  <u>Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? IP I E 2.</u> **Yes.**

1.10   <u>If an inmate had an existing medication order upon arrival at the facility, was the medication administered without undo interruption? IP II.</u> **No.**  Cases 3, (meds to treat leukemia withheld for 5 days); Case 23 (meds for blood pressure taken in prison withheld 10 days); ▉▉▉▉ (BP and MH meds withheld 3 days); ▉▉▉▉ (high dose methadone abruptly discontinued). ▉▉▉▉ (high dose methadone abruptly discontinued)

1.11   <u>Was the inmate (with verified and/or unverified medication order) seen by a medical provider within seven days of the registered nurse's consultation with the facility's primary care provider? IP II</u> **Yes.**

1.12   <u>For inmates prescribed psychotropic medications: Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions?</u>   **Deferred to Mental Health expert.**

1.13   <u>For inmates prescribed psychotropic medications:Was an inmate seen by a psychiatrist within seven days of arrival at the facility?</u>  **Deferred to Mental Health expert.**

1.14   <u>For inmates prescribed psychotropic medications: If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?</u> **Deferred to Mental Health expert.**

1.15    At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?  **Yes.**

**Access to Care** was underlined partially compliant with the Implementation Plan.

Assessments were at times incomplete or not in accord with applicable protocols. Many assessments and treatments were provided without appropriate physical examination, especially when care was provided by telehealth encounter,   Patients needing PCP appointments were sometimes not timely referred.  The care for complex patients was frequently provided by physician extenders without sufficient physician collaboration.

2.1 - Did the licensed health care staff review the sick call slip on the day it was received? IP III D 1. **Yes.**  Exceptions: ███████

2.2 – Following the review of the sick call slip, did the registered nurse or PCP complete a face-to-face assessment of the inmate within the required time frame? IP D2 ("emergency requests are seen immediately … and.or transported to NMC") **No.**
████████  ████████  ████████  ████████  ████████

2.3 –  Did the registered nurse or PCP document the face-to-face encounter in Subjective, Objective, Assessment, and Plan (SOAP) format? IP III A (care "shall be provided…in accordance with community standards); See, also WPP HCD 110-E-08 (requires SOAPE documentation of "subjective, objective, assessment, plan and education.) **No.** ████ ████ ████ ████ ████ ████ ████
████ ████

2.4 Did the registered nurse or PCP document an appropriate treatment plan including appropriate referral to PCP that is within the practitioner's scope of practice and supported by the sick call Nursing Protocols? IP III F.  **No.** Case 1, 5, 7, 9, 10, 11, 13, 14, 15, 16, 19, 20, ████████

2.5  If the registered nurse determined a referral to the primary care provider was necessary, was the inmate seen within the specified time frame? IP III A, B1, D 1,2; F1 G 12  (Health services shall be provided in accordance with community standards, pursuant to physician approved protocols consistent with scope of practices. Urgent conditions will be referred to on-site or on-call provider resources.) **No.**  Multiple delays for evaluation of impaired vision (████████  ████████  Case 11)

2.6 - Does the registered nurse or provider conduct rounds in administrative segregation, holding, isolation cells and infirmary as needed ?  See IP III E4 (Inmates housed in holding and isolation are visited by MD or RN every Monday, Wednesday and Friday);  MPP HCD 110 F-02 (frequency of physician and nursing rounds for patients

who need infirmary-level care is specified based upon clinical acuity and the categories of care provided.)  **Not reviewed**.  Nurse documentation was previously noted compliant with IP.


**Chronic Care**  was <u>partially compliant</u> with the Implementation Plan.

Major medical problems were not consistently documented in the problem list.  The care for complex patients was sometimes provided by nurses and physician extenders without physician collaboration.  Patients at high risk for HCV, HIV and STD were not consistently screened in accord with community standards.  Chronic care services for the population of substance abusing patients are not yet in substantial compliance with the IP. The management of 2 patients admitted with methadone dependence did not comport with community standards.

3.1  <u>Was the inmate's chronic care follow-up visit completed as indicated and/or following 14 day health inventory if needed or as ordered? IP III C, G  (chronic medical conditions observed at intake will see medical provider within 5-7 days of arrival or next medical provider line); III G 2, 5  (requires 14 day health inventory & communicable disease screening).</u>  **No.** See 1.5 above.

3.2 <u>For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days?</u>
**Deferred to Mental health monitor.**

3.3 <u>Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care Clinic form? IP III G 3,4.</u>.[19]  **No.**
Cases 1,3,10,13, 15, 16, 19, 23.

3.4 <u>Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? IP III G 4b (Chronic medical/mental conditions and other pertinent problems will be recorded on the Patient Problem List).</u>  **No.**

---

[19] See IP page 18, "chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines."  PCP has an obligation to ensure lab tests ordered have been completed, and that abnormal results are acted upon and/or communicated to the patient. The many instances in which lab tests are not performed as ordered represent noncompliance with this IP provision.



**Healthcare Maintenance**  was  _partially compliant_ with the Implementation Plan.[20]

The initial health inventory called for by the Implementation Plan was not consistently performed within 14 days of admission.  STD screening ordered at the intake exam was often not performed for many weeks and on occasion not done at all before the patient was released.

4.1 <u>Did the inmate receive the  required 14- day health inventory and/or complete physical examination within six months of the date of incarceration? IP III I.</u> **No.** Instances are many.  See detailed descriptions of lapses in Ex, A, B and C.

4.2 -  <u>Did the physical examination include all the required components as listed in CFMG's Implementation Plan, Exhibit A? IP III I 3.</u>  **No.** STD screening was not provided for many patients.  .

4.3 - <u>Were the findings of the physical examination (when performed) recorded on an approved CFMG'S physical examination form? IP III I 4</u>   **Yes.**

**Continuity of Care after Release** was  _partially compliant_ with the Implementation Plan.

MCJ has improved compliance with IP by including in EMR documentation of medications and follow-up care for nearly all the patients released to the community with significant medical needs  However, prison transfer forms were sometimes incomplete or inaccurate.

5.1 <u>For inmates transferring to another detention/corrections system:</u>
<u>Was a Transfer of Medical Information form accurately completed for an inmate transferring to another detention/corrections system? IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information);</u>
**No.**  ▮▮▮ (incorrect transfer information stating negative TB test that was positive); ▮▮ (failure to mention chronic hepatitis C infection); ▮▮▮ (inaccurately states no medical care provided; does not communicate syphilis recently treated). ▮▮▮ (inaccurately states RPR not done, was in fact negative); Case 12 (inaccurately states RPR not tested, which was tested positive from prior treated disease).

---

[20] The Implementation Plan seems to create duplicative and/or confusing obligations for health care screening at intake, 14 days, after 6 month's incarceration and chronic care. See discussion below suggesting modifications to the Implementation Plan.

5.2 <u>Was there a documented 30-day supply of medications provided to the patient upon discharge? IP IX F (nursing and medical staff  will notify custody of the need to ensure up  to 30 days supply of essential medication or a prescription upon release.</u>  **Yes.**

5.3 <u>For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? IP III G J2; G 3b (4) c vi (Chronic care includes discharge planning in preparation for release and transfer of information);</u>  **Yes.** Exceptions ███████  ██████  ████████ (no documentation that patients informed upon release of possible latent TB) .  This is also a departure for TB monitoring requirements.

5.4 <u>For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care</u>?  IP III G J2; G 3b (4) c vi  **Yes**.


**Outside Referrals** were <u>partially compliant</u> with the Implementation Plan.

Many inmates are receiving appropriate specialty care outside of the jail.  However referral forms and written reports from outside providers (including laboratory and radiological tests) were frequently not available in the EMR.  Thus, outside referrals were not managed in substantial compliance with the Implementation Plan.


6.1 - <u>For inmates referred to outside provider for higher level of care:</u>
<u>Did health care staff complete the CFMG's Medical Referral Form? IP III L</u>. **No.** I cite in exhibits A, B and C. instances where these forms were not in the medical record.

6.2 -  <u>If an inmate was referred to an outside provider for a higher level of care, was the inmate seen within the time frame specified by the ordering physician? IP III A (Medically necessary services which are not provided on site shall be made available by referral… in accordance with community standards).  NCCHC Standards for Health Services in Jails 2018 J-D-08 (standard of care services include appropriate and timely access to necessary hospital and specialist care).</u> **No.** Case 5 (delayed attention by orthopedic surgery for possible Lisfranc fracture;); Case 29 (MRI delayed for assessment of achilles tendon rupture);  ████████ (following ED recommendation on 11/2/24 for 10/31/24 finger fracture patient not seen by an orthopedic surgeon until 11/19/24);  ████████ (optometry referral on 1/9/25 for poor vision with no visit documented as of 4/25/25

6.3 - <u>For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the</u>

ambulance company?  IP III L2.  **Unknown.**  I found no ambulance referral forms in the EMR. [21]

6.4 - <u>Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider with appropriate follow up on these recommendations? IP III A, NCCHC Standards for Health Services in Jails 2018 J-E-09 (standard of care services include visit to jail health staff upon return from hospital or specialty visit to review recommendations)</u> **No.** I cite in exhibits A, B and C. instances where these forms were not in the medical record. Also, see Case 29 (GI specialty request for lab tests not honored, MRI reports not obtained as requested by orthopedic surgeon).


 **Detoxification and Withdrawal Care** was <u>partially compliant</u> with the Implementation Plan.

Patients displaying signs of withdrawal  (uncooperative, ataxia, abnormal vital signs) or described as overtly impaired were sometimes approved by intake nurses for housing in the general population (GP) before medical consultation ensured that such placement was safe. I describe two instances of methadone withdrawal that MCJ did not manage in accordance with prevailing community standards.[22]

7.1 - <u>For inmates who were intoxicated at the time of booking into MCJ:
Was the inmate placed in the protective environment of the sobering cell for close observation by custody and health staff? IP V.A. ("[patients] placed in the protective environment of the sobering cell will be under close observation by custody and health services staff.").</u> **No.**  Cases 2, 8,

7.2 - <u>For inmates who were intoxicated at the time of booking into MCJ:
Did the medical staff document an assessment/evaluation of the inmate in the SOAP format? IP I C3 (Assessment shall include vital signs and inquiry into substance abuse including type/methods/amount/etc)  IP V.D. (note must provide following data    or Subjective, Objective, Assessment and Plan).</u> **Yes.**

7.3 - <u>Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors? IP V.</u> **No.**  Case 14, 16,17, 20, 25 ( Monitoring for CIWA/COWS not performed with frequency required by IP; seriously abnormal vital signs not attended to).

---

[21] I am informed that ambulance forms are kept by custody.  I have not seen copies of these forms.
[22] Patients habituated to high doses of methadone are especially prone to severe withdrawal symptoms, and merit careful management by addiction specialists and/or detoxification over months of supervision at licensed methadone clinics.

7.4 - Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms?  IP VI. **No.** ███████ ███████  (Methadone withdrawal was inappropriately monitored using "short term" protocols).

7.5 - For inmates withdrawing from Opiates: In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? IP VI C. **Yes.**

7.6 - For inmates withdrawing from Opiates: Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? IP VI C 1. **No.**  See 7.4.

7.7 - For inmates withdrawing from Benzodiazepines/Barbiturates: Prior to starting the withdrawal protocol, did the health care staff conduct an initial assessment of the inmate that included current symptoms, physical findings, and full vital signs? IP VI C 2. **Yes**

7.8 - For inmates withdrawing from Benzodiazepines/Barbiturates: Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? IP VI C 2. Page 58.    **Yes.**

7.9 - For inmates withdrawing from Benzodiazepines/Barbiturates:Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated.  **Yes.**

7.10 - If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? IP VI C 2. Page 58. **Yes.**

7.11 - If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? IP VI C 2. Page 58. **Yes.**

7.12 - If the inmate exhibited signs of severe drug withdrawal, was the patient immediately transported to the emergency room with notification of the on call medical provider as needed? IP I A, IP VI. See also MPP HCD 110-E-02 6.4 (Purpose of receiving screening is to identify patients requiring emergency treatment and wil will require immediate care upon entry to the jail).  **Yes.**  Exception:  Case 17 (worsening CIWA score not immediately brought to attention of PCP)

## Communicable Disease Management (Tuberculosis Control) was
<u>partially compliant</u> with the Implementation Plan.

MCJ attention to patients with possible latent tuberculosis is improved at this audit, and thus partially compliant, whereas prior audits found non-compliance.  However, patients with positive PPDs or unable to be screened for TB infection with PPD (many of whom had received a  BCG vaccine)  were still not consistently referred for QuantiFERON (QF) testing to confirm diagnosis of latent TB.  Requested QF testing was often delayed and/or not provided prior to release.

8.1 <u>Did the inmate receive appropriate STD  screening not later than 14 days after booking, and tuberculosis screening within seven days of inmate's admission to the facility? ( IP  1; III G 5 (Health inventory and communicable disease screening shall be completed within 14 days of arrival); VIII H,  I (screen for active TB upon arrival, test for latent TB within 7 days of arrival).</u> **No .** See Health Care Inventory lapses regarding STD screening delayed or not done. Also, ▮▮▮▮▮ ▮▮▮▮▮ (mistakenly allowed negative TB test more than 3 months before admission to excuse TB testing for current admission).

8.2 - <u>For an inmate screening positive for active TB: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation?</u> **NA.** I did not see any such cases.

8.3 - <u>Were positive TB skin tests followed by X ray and/or Quantiferon testing within 72 hours and consultation thereafter  regarding latent TB treatment options. or an inmate screening positive for active TB:</u> **No.** Patients with possible latent TB infections did not receive counseling before release. ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮
▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮

8.4  - <u>Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen?</u> **NA.**  I did not see such cases.

8.5  <u>Are inmates screened annually for signs and symptoms of tuberculosis with TB skin tests as indicated? IP VII H (screen for TB symptoms annually with skin testing as indicated annually);  HCD 110 B-03 (after positive skin test, screen for symptoms annually).</u> **Yes.** Exception: ▮▮▮▮▮ (TB testing incorrectly waived for negative test one year prior)

## Pharmaceutical Administration and Dispensing was <u>partially compliant</u>
with the Implementation Plan. I combine in this assessment a) medication storage/management.  and b) drug dispensing.

I observed departures from required pharmacy administrative services, possibly due to the engagement of a new pharmacy management team "getting up to speed."  The quarterly medication inspection report due in or around March has not  been performed. I found some vials/tubes of multidose medications in use after expiration dates.

Important medications were in some instances not provided to patients:

Case 3 – medications prescribed before admission to treat leukemia were withheld for 5 days

Case 23 - medications for blood pressure taken in prison withheld at MCJ for 10 days

Case 30 - medications prescribed by cardiology to control heart rate after cardioversion were not provided upon return to MCJ

███████  -  medications for mental health and blood pressure control were not continued after admission for 3 days

██████  – miconazole cream was dispensed instead of ordered metronidazole cream (entirely different substances).  Metronidazole cream was reportedly out of stock.

I observed nurses dispensing medications.  Patients were properly identified and observed to ensure drug ingestion.  Accordingly, I report that, notwithstanding lapses in pharmacy administration (which I found was in partial compliance),  nurses dispensed medications in substantial compliance with the Implementation Plan.

## Administration, Facilities,  Staffing and Quality Assurance Processes

were  not compliant with the Implementation Plan.

**Staffing – Administrative, PCP, RN, medical records, and support**  –   MCJ hired  a Director of Nursing in May, 2025.  Notwithstanding the recent hiring of a discharge planner, I found inaccurate and incomplete transfer forms.   MCJ has not appointed a full-time manager/director/supervisor for medical records.

Sick call inefficiencies that I noted in past audits have not been addressed.  The newly hired  health services administrator reported that efforts are underway to increase the number of patients that can be seen each hour, and each day.

**Clinic Facilities** – In my observation of Nurses and nurse-practitioners, I noted that they did not use exam tables and did not access patient medical records during their patient encounters.  I did not observe wall mounted ophthalmoscopes in use/  I have been told that nurse and nurse-practitioners were not trained to use ophthalmoscopes.  Although Snellen eye charts are posted in clinic sites, my review of medical records found that visual acuity  was often performed days or weeks following patients' complaints regarding eyes or visual acuity. For examples, see ▮▮▮▮▮ (encounter 2/3/25) ; ▮▮▮▮▮ (encounter 12/14/25)

## Quality Assurance[23] –

### Physician Chart Review:

The Implementation Plan requires that "a minimum of ten percent (10%) of all [charted] protocol/standardized procedures [and/or] … treatment provided by a physician assistant, nurse practitioner and registered nurse …shall be reviewed and countersigned by the responsible physician."  IP page 14.  This directive is reportedly being enforced following my April 2025 site visit.

### Peer Review

Wellpath Monterey County California Policies & Procedures requires regular "assessment of a health care professional's compliance with discipline-specific and community standards." HCD-110_C-02, Clinical Performance Enhancement.  I was not provided with documentation to show enforcement of this directive during this audit cycle.  I will review peer review documents at my next audit.

### Critical Clinical Events

In accordance with national standards for monitoring critical clinic events (CCE, also known as "Sentinel Events") Wellpath instructs MCJ staff to timely refer for quality assurance review and possible corrective actions the following matters:

1) Any death
2) Serious physical or psychological injuries.  The examples provided of some relatively common injuries (stroke,  testicular torsion, priapism, dehydration, insulin pump dysfunction, strangulated hernia, diabetic ketoacidosis, overdose/Narcan, new diagnosis of Hep C, myocardial infarction) are not exhaustive as many other circumstances may arise that injury or pose risk of serious injury.
3) Clinical events requiring admission to the emergency room.  Examples provided are: alcohol/benzo withdrawal, polysubstance withdrawal, altered mental state, sepsis, anaphylaxis, musculoskeletal emergencies (not specified), chest pain/arrhythmia, opiate withdrawal, trauma (self injury, accidents, assault, fall, drowning) and delay in care.

---

[23] Also referred to as "Quality Management" or "Quality Improvement."

4) Patients treated involuntarily by Wellpath providers
5) New diagnoses of gender dysphoria
6) occurrences placing a patient a risk of serious injury
7) Suicide attempts
8) Hunger strikes over 72 hours
9) Infectious diseases, transmitted sexually or by blood borne pathogens (STD), influenza, chicken pox, monkey pox, shingles, COVID, MRSA, TB (active or latent) and "Other."
10) Medication errors that require on site evaluation and/or ER/hospital admission.
11) Pregnancy complicated by active opiate addiction, fetal demise, prematurity, live births in facility or "other."
12) Any significant variance from clinical norms or events raising concerns.

MCJ has not provided me with documents that show CCE monitoring for the following cases:

██████        (Case 2 ) 37-year-old female with polysubstance abuse including daily methamphetamine for past year was at **high risk for medical and MH disease** when admitted.  But no chronic care or initial health inventory performed from ██████ to date of **death 10 days later**.

██████  (Case 3)  - 54-year-old male **treatment for Chronic Myelogenous Leukemia was interrupted for no apparent reason.**

██████  (Case 5)  - 47-year-old male with serious ankle **injury requiring emergency room treatment,** did not have prompt CT scan that orthopedic referral needed for optimal management of Lisfranc fracture.

██████  (Case 7)  -  60-year-old male **required emergency room admission for chest pain,** had decompensated heart failure not addressed promptly after intake.

██████  (Case 8) – 38-year-old male with carcinoid syndrome was **admitted to the emergency room** to treat poorly controlled diabetes.

██████  (Case 14) – 28-year-old female with **polysubstance abuse, discovered pregnant while incarcerated had buprenorphine abruptly discontinued without cause**, and **abdominal cramping treated without appropriate examination.**

██████  (Case 16) – 45-year-old female was **admitted to the emergency room** after fainting spell that followed **multiple abnormally high pulse readings at MCJ without timely PCP interventions.**

██████  (Case 17 )  - 27-year-old female was **admitted to the emergency room** for apparent withdrawal seizures following **deteriorated condition and rising pulse rates at MCJ** not timely brought to PCP attention.

███████ **(Case 19)** - 29-year-old female with **opiate use disorder and MAT with pregnancy and delivery of baby while incarcerated had a**bdominal pain, nausea and constipation **treated inappropriately with Zofran**.

███████ **(Case 21)** - 42-year-old male **died after an altercation in his 6th month of incarceration**.  Lapses in care at MCJ, not related to death, included **improper treatment for otitis externa, X ray ordered not performed, and no STD screening**.

███████ **(Case 23)** - 69-year-old male **admitted to the emergency room after a fall**, was prescribed **excessive dose of metformin.  Medications were not continued at MCJ without explanation** for hypertension and hyperlipidemia until two weeks after admission.   Lab tests ordered, and needed to assess status of 69 year old were not performed. Records from Emergency Room visit are not in the EMR.

███████ **(Case 25) -** 43-year-old **male admitted to the emergency room for possible rhabdomyolysis** was **prescribed Augmentin mistakenly by MCJ** upon his return to jail.

███████ **(Case 30)** - 70-year-old male was **not provided medications ordered by cardiologist to maintain normal heart rhythm**.

## SUMMARY OF CASE REVIEWS [24]

I found the care was inadequate[25]  for 21 out of 30 patients described in Exhibit A (case reviews).

Case 1,  **Adequate care**

Case 2  **Inadequate care**. 37-year-old female admitted █████ with meth abuse for past year also had a history of opioid abuse and  bipolar psychosis. She was found unresponsive and died ██████  from an  overdose.  Autopsy report concluded cause of death was fentanyl overdose. No chronic care or initial health inventory was performed from █████ to date of death 10 days later.  The  MCJ death review does not address the departure from the Implementation Plan regarding the apparent failure to provide chronic care services.

Case 3 **Inadequate care**. 54-year-old male admitted ██████ with leukemia, gout and hypertension had lab testing was inordinately delayed.  His cancer medications were withheld for 5 days  for no apparent reason.

Case  4.  **Inadequate care**. 54-year-old male with delusional disorder transferred to MCJ  from Santa Cruz had no STD labs, or recent TB skin testing. MCJ failed to screen for TB.  A podiatry referral requested by a MCJ PCP was not performed.

---

[24]  Please see Exhibit A for details.

[25] I deem medical care that does not comport with community standards and also places a patient at substantial risk of harm to be "inadequate."

Case  5    **Inadequate care.** 47-year-old male injured his leg shortly after admission was deemed on ██████ X ray have possibly suffered a Lisfranc fracture. The CT scan requested by belated orthopedic consultation on ██████ was not performed until ██████. Surgery was performed ██████, far outside the ideal time favored for optimal results. While awaiting surgery, his wheelchair request was unreasonably denied.

Case 6  **Adequate care.**

Case 7. **Inadequate care.**  60-year-old male admitted on ██████ did not have identified by the intake nurse his medical problems and disabilities that were detailed in the EMR. An appropriate PCP evaluation of his decompensated CHF was delayed.  Necessary medications were not provided to this patient immediately after intake. He was not screened for STD during stay at MCJ from ██████ to ██████.  EMR documents show 30-day supply of medications ordered for this patient 2 days after his release date.

Case 8.  **Inadequate care.** 38-year-old male was booked on ██████ seemed under influence of drugs or withdrawing with urine toxicology positive for THC, AMPH/Meth, Methadone and benzodiazepines.  His first PCP visit was on 2/3/25.   He needed immediate on-site PCP medical attention at Intake, unless Jail cleared before admission.  There is no STD testing, and no lab in the EMR.  Specialty care for carcinoid syndrome, diabetes was delayed.

Case 9:  **Adequate care.** [26]

Case 10.  **Inadequate care.** 23 year old male (morbidly obese, BMI 40.3)   was admitted ██████ after MVA while drunk.  The health care inventory was incomplete as his risk for diabetes was not considered, and labs ordered were not obtained.  The prescription of a Truss was ill advised, especially in jail where weaponization is a problem. The EMR does not document  advice provided to the patient upon release regarding unresolved problems - in this case 1) risk of diabetes  2) inguinal hernia 3) asthma  4) constipation

Case 11. **Inadequate care.**  31-year-old male was booked on ██████ with schizoaffective disorder. STD screening was not done after January admission and delayed following readmission in February. Adaptive needs evaluation was not timely performed after February admission.  Eye examination was incomplete following complaints of blurry vision. Care provided for eye complaints unnecessarily exposed this patient to risks of harm from prescribed steroid eye drops not recommended by the

---

[26] 53-year-old male was examined by physicians and nurse practitioner for a mouth infection.  The imprecise description of "tonsillitis by nurse practitioner was not corrected. STD screening was not provided before discharge from jail.   However, adequate care was provided for the infection that included attention at the hospital for incision and drainage of the abscess

specialist. The apparent impetigo skin infection was not identified by PCP exam on 3/27/25 and treated with inappropriate antibiotic on 4/25/25. There was no evident oversight by collaborating physician(s) of Nurse Practitioner services provided to this patient.

Case 12. **Adequate care**

Case 13. **Inadequate care.** 61-year-old female admitted ▉▉▉ with polysubstance abuse, COPD and depression/anxiety, had been transferred from SLO county jail reporting that her last drug use had been around 10 days ago, before incarceration. Chronic care and health maintenance was incomplete.  Lab tests ordered were not performed.  A likely tooth abscess was not provided with urgent dental care. Probable iron deficiency anemia evident in lab tests on 4/1/25 was not addressed when examined 4/16/25.  STD screening was not done.

Case 14. **Inadequate care**. 28-year-old obese female was admitted ▉▉▉ with polysubstance abuse  (opiate, meth and alcohol). Her Urine HCG was positive on 11/22/24. The adaptive support assessment was delayed at intake was not done later. MAT was started at intake, but the required chronic care assessment and initial health inventory was unduly delayed.  A possible tooth abscess on 11/23/25 was not referred for prompt dental services.   The assessment of her abdominal cramping during early pregnancy was incomplete.

Case 15. **Inadequate care.** 54-year-old female was readmitted on ▉▉▉ after emergency room jail clearance on 2/16/25. TB testing incorrectly was not done on ▉▉▉, as negative test was not within 3 months. Doxycycline and Zofran were ordered for nausea and possible abscess on buttock without a prescriber's exam, assessment or progress note.

Case 16. **Inadequate care**. 45-year-old female was admitted ▉▉▉ after ED clearance that followed MVA, with diagnoses including AUD, chronic pancreatitis, IBS. GERD and depression on Psych meds.  Her chronic care was incomplete.  Worsening anemia was not addressed.  A Pelvic exam was not done to exclude GYN and GI pathology that could cause low weight and anemia. Necessary lab tests, including STD and Thyroid studies, were not done.  Confusing and possibly inaccurate chart entries reporting chronic pancreatitis, gluten sensitivity and IBS were not verified. She was released without explicit instructions and/or follow-up for falling blood count.

Case 17  **Inadequate care**. 27-year-old female admitted ▉▉▉ and readmitted ▉▉▉ with polysubstance abuse (opiates, meth)  morbid obesity, and depression did not have intake  TB testing and STD screening.  Her visit to emergency room on 1/6/25  with apparent seizures followed unstable vital signs and deteriorating withdrawal that had not been attended to by PCP.  After the ▉▉▉ admission much the same occurred: abnormal vital signs indicating a more severe withdrawal were not brought to attention of PCP, and hospital admission followed. She had a positive skin test for TB on this

admission.  Labs purportedly ordered for STD and QuantiFERON at admission were not offered until 3/4/25 and then refused by patient who was released ███.  Counseling regarding LTBI was not provided. Discharge instructions are not documented. This patient may have been released with no instructions regarding the need to seek care for latent TB.

Case 18. **Inadequate care.** 61-year-old was admitted ████ with HTN, Left AK amputation and DM.  I noted the following serous departures from IP:  1) delayed visit to PCP after intake with BS over 500;  2) Telehealth DM exam without direct observation of feet, or eye exam.  The patient's poorly controlled DM was not managed promptly 3) Inappropriate use of steroid-containing eye drops for viral conjunctivitis, and insufficient follow up of eye complaint.  4) Inexpert treatment of otitis externa leading to worsened infection, and abscess.

Case 19 **Inadequate care**.  29-year-old female admitted ██████ had normal vaginal delivery of health baby boy.  Subutex started for OUD during this incarceration.   She had multiple visits for anxiety of fetal welfare, and constipation.  No exam was performed to assess her complaint of severe bleeding with stool and possible hemorrhoids. Treatment with Zofran may  have aggravated her constipation related to Subutex.

Case 20**. Inadequate care**. 48 year old female with Chronic HCV infection, IV heroin abuse, heavy alcohol abuse, chronic low back pain and bipolar disorder was admitted ████. Monitoring for withdrawal did not include VS at the frequency required by IP. The health care inventory was incomplete and failed to obtain STD screening, including tests for hepatitis until 3 weeks after admission.  She was treated with antibiotics for presumed STD despite having no evidence of infection.  Counseling was not provided to her for non-compliance with medications. Low back pain assessment by RN was incomplete and not in accordance with PNP.  Her transfer form to another jail did not provide explicit notice of her chronic hepatitis C infection.

Case 21.  **Inadequate care**.  42 year old male with unremarkable medical history at admission ,expressed anxiety over circumstances of arrest and incarceration.  While incarcerated he was provided NSAID for mild musculoskeletal pain.  X ray to assess his low back X ray was ordered but not performed.   Ear infection treatment was suboptimal with oral antibiotics instead of topical treatment for external otitis.  He was not  screened for STD. He died from blood loss after an altercation in jail.

Case 22  **Adequate care.**

Case 23 **Inadequate care.**  69-year-old male was admitted ████ with  known diabetes, transferred from Soledad Prison on lisinopril, atorvastatin, Imodium and meclizine and was referred in the jail for routine chronic care.  The medications known to have been provided to this patient in prison were inexplicably not continued until 10 days after his transfer to MCJ.   Chronic care and health screening on ████ was

incomplete and insufficient.  Lab tests ordered, and needed to assess status were not done at MCJ.  Records from Emergency Room visit are not in the EMR.  PCP assessment of the patient after return from the Emergency Room was incomplete.

Case 24 – **Adequate Care.**

Case 25 – **Inadequate Care.** 45 year old male was admitted ▮▮▮▮, ▮▮▮▮ and again on ▮▮▮▮ with AUD.  PCP assessment or jail clearance was not done in accordance with the IP. CIWA protocols were not followed, as VS were not checked with appropriate frequency.  His Chronic Care visit was delayed.  TB screening was not up to date.  Patient was mistakenly prescribed Augmentin by NP Bastien. Possible causes of intermittent psychosis such as hyperthyroid and syphilis were not considered. STD tests ordered were not done.

Case 26 – **Adequate Care.**

Case 27 – **Adequate Care**

Case 28 – **Adequate Care.**

Case 29 – **Inadequate Care**. 42 yo male was admitted to MCJ ▮▮▮▮ with chronic hepatitis B.   Tests to monitor Hep B infection were not performed for 3 weeks after requested.  MRI results regarding Achilles tendon tear did not accompany the patient upon his return.  Orthopedic care was delayed by late report  Despite appropriate recommendation by NP Bastien to withhold NSAIDs out of concern for liver toxicity, the patient was prescribed  Meloxicam 7.5 mg twice daily.  Meloxicam is a NSAID available only by prescription.

Case 30 – **Inadequate Care.** 70 yo male was admitted to MCJ ▮▮▮▮ with heart failure due to stimulant abuse causing cardiomyopathy, diabetes, COPD and hypertension. His chronic atrial fibrillation was cardioverted 1/9/25. When he returned to jail on ▮▮▮▮, MCJ did not continue the medications necessary for heart rate control. Notes from specialists were not timely placed in the EMR.

## OTHER NOTABLE DEPARTURES FROM IMPLEMENTION PLAN  –

▮▮ ▮▮▮ – Patient with remarkably elevated blood sugar (368) at admission was referred for routine chronic care visit rather than expedited care.

▮▮ ▮▮▮ – Patient's daily methadone dose of 60 mg was abruptly discontinued. He was monitored according to short term OUD protocol instead of long-term protocol.

▮▮ ▮▮▮  On call physician responded to report that patient has pulse of 122 with an order for one dose of metoprolol. Withdrawal from high dose methadone was not

addressed. The patient was not examined to rule out other causes of tachycardia, and possible therapies.

███ ████ – Finger infection in diabetic was not attended to, with no instructions for follow up provided upon release.

███ ████ – Patient transferred to prison after positive PPD (QF ordered but not done) was mistakenly reported as having a negative TB test.

██ █████ – Patient was released from MCJ after positive PPD without QF confirmation, and no STD screening. No counseled upon release about possible latent tuberculosis infection.

███ █████ – Patient did not see orthopedic surgeon for more than 2 weeks after ED recommended visit.

███ ████ - Abnormal vital sign (pulse 114) was not repeated or otherwise addressed.

███ █████ – Incorrect  PNP form was used for exam of traumatic injury; x ray ordered was delayed.

██ █████ – Topiramate was improperly prescribed prn (as needed, instead of daily) for migraine.

███ ████ – Patient is not examined 3/4/25 when seen for abdominal pain in nurse sick call. This patient's hypothyroidism was not treated.

███ ███ – Patient was treated inappropriately with high potency steroid that could worsen fungal infection, and was prescribed antibiotics without evidence of a bacterial infection.

## PATIENT DEATHS,  in 2023 and 2024 –

Deaths in 2025 are described in case reviews[27]

**Case 2 – ES.  37-year-old female, with death following apparent Fentanyl overdose** ████. MCJ has provided me with documents titled ("Part 1: Patient Information Report" and Part 2: "Administrative Review." [28]This review failed to clearly

---

[27] The process for notifying next of kin following inmate death is not addressed in the Implementation Plan regarding medical services.  Wellpath Policies & Procedures explicitly state such notification is a custody matter.

[28] The death review documents provided to me for this audit are subtitled "This is an auto-generated report from a Mortality and Morbidity Review."

identify areas of patient care that could be improved.  The review failed to explicitly note lack of attention and assessment of medical condition following her jail admission until her death, notwithstanding her risks and health care needs arising from chronic disease (opiate and methamphetamine abuse).  The improvement plan was generic.  Delivering Narcan by subcutaneous route when nasal route fails is not addressed.

**Case 21 – VG.  42-year-old male, death following altercation in jail on** ▓▓▓▓▓▓ .  MCJ provided Part 1: Patient Information Report".  This review document did not list attendees at the meeting.  That care for  otitis externa may have been improved, and the delayed STD screening was not addressed. [29]

I do not find MCJ compliant with Wellpath protocols (Wellpath Monterey County California Policies & Procedures HCD-110-A-09, Procedure in the Event of a Patient Death) and state law (Title 15 section 1046 Death in Custody)  that requires 1) death review performed within 30 days of demise; 2) responsible physicians attend death reviews; 3) death reviews clearly  identify areas of patient care that can be improved.

## PLAINTIFFS'  INQUIRIES AND COMMENTS

Plaintiffs' attorneys have raised the following concerns:

| Plaintiffs' expressed concerns | Expert Medical Monitor Response |
| --- | --- |
| Has Wellpath provided lists of patients sufficient to satisfactorily perform the medical audit? | I believe that data MCJ has provided me with sufficient data to produce a meaningful audit report. |
| Is the Jail adhering to the appropriate death review procedures outlined in the Implementation Plan, and in adherence to state law? | No.  MCJ death reviews do not comport with Wellpath Policies and Procedures, which reiterate the requirements enumerated state rules and regulations, Title 15, section 1046. |
| Does MCJ staffing and training substantially comply with the Implementation Plan requirements?  provided chronic care that is in substantial compliance with Implementation Plan directives? | MCJ hired a DON in May 2025, but has not yet hired a full-time medical records supervisor. Provisions for training and monitoring new staff have not been substantially compliant with the Implementation Plan.   Adequacy of the recently enhanced nurse and PCP performance review will be assessed considered at my next audit. |

---

[29] It is possible that more aggressive care, including use of IV to replace blood loss would have prevented the cardiac arrest following the assault. But immediate IV therapy on site may be impractical.  EMT response was prompt.  Pending autopsy reports, whether death was caused by blood loss, or other possibly untreatable condition is not known.

| Has MCJ provided sufficient care to patients who required visits to the emergency room, have delayed screening for STD and delayed administration of necessary medications. | It appears that CCE reviews are not performed for all emergency room visits, substantially delayed STD screening and/or medications delays.   I would like to see the CCE reports for January through March before I submit my final audit report. |
|---|---|

## STAFF  INTERVIEWS -  During my visit I discussed with MCJ staff the following concerns:

1. Formal review of nurse and PCP performance has not been recorded for 10% of all encounters.  The medical director, director of nurses and/or their designees will comply with this requirement going forward.
2. Clinic facilities are not used efficiently.  Patients are examined seated, without use of the exam table.  Nurse and PCP exams are performed without accessing data available on the computer to confirm patients' prior exams, medications, and history. Encounter reports may be inaccurate and incomplete when entered into the medical record long after the exam instead of contemporaneously.
3. MCJ acknowledged that blood draws and reports are not timely.  Clinicians do not generally look for the results of the lab tests ordered.  MCJ does not automatically return lab results to the clinicians who ordered the tests.
4. The MCJ medical director, Wellpath supervisors and/or designees do not routinely inspect all ED visits, grievances and other potential critical clinical events.
5. Notices to inmates about patient rights are not posted behind barriers, and thus may be removed by inmates.  Custody will remedy this. .
6. The newly developed discharge form should be used for all patients released to the community.  The form for transfers to other facilities should accurately communicate the inmate's significant medical conditions.

## INMATE/PATIENT  INTERVIEWS -

I interviewed 6 female inmates and 6 male inmates.  They reported problems related to accessing timely care and continuity of medications after admission to MCJ, as described in the text and Exhibits attached to this report.

## RECOMMENDED CORRECTIVE ACTIONS

### Deficiency                                    Expert's Recommendation

| Intake processes did not comply with the IP.   Intake nurses | MCJ leadership may need to deploy "appropriate discipline" to ensure compliance |
|---|---|

| | |
|---|---|
| approved housing patients in the general population who were described as under the influence. Medications taken before admission were sometimes not continued. Medical care ordered "urgently" or "next day" was not consistently provided timely. | with the Implementation Plan." Staff should aim for 100% compliance in seeking jail clearance and/or PCP authorization before housing admission with alarming vital signs or other signs of acute illness. MCJ should designate a pharmacy manager on site or available 24/7 to deliver the necessary medications. |
| Access to care is not sufficient to meet the demands. Clinic facilities are not used efficiently. Care provided by RN, PA and NP are not reviewed by supervising physicians in the manner required by the IP. Encounters without physical examination do not satisfy IP requirements. | Daily "huddles" and weekly staff meetings should address areas of concern raised in this report, including but not limited to: <br> -appropriate use of nurse protocols <br> -withdrawal flow sheet vital sign frequency <br> -STD testing, and lab follow up responsibility <br> -headache diary and treatment <br> -medications for external otitis <br> -misuse of dextromethorphan <br> -steroids inappropriate for conjunctivitis <br> -tooth abscess <br> -women's health <br> -avoid inappropriate/unnecessary antibiotics <br> -proper use of exam table, ophthalmoscope and other medical equipment.[30] <br> -how using computers during encounters improves patient care and record keeping |
| Chronic care and health care maintenance did not consistently comply with the IP. The problem lists were not up to date. Patients with long standing drug abuse diagnoses did not always receive needed attention from PCP after booking. The mental health team and medical providers are not collaborating to develop a treatment plan for patients with comorbid medical and mental health issues. Direct ophthalmoscopy has not been performed on site, even when | MCJ needs to assess and improve accuracy of problem lists. National guidelines from CDC and United States Preventative Services Task Force (USPSTF) should be incorporated (as practicable) into the chronic care and health maintenance protocols. Best practices can be researched by accessing UpToDate and other authoritative resources using office computers. Mental health and medical teams should meet weekly to discuss the most challenging patients and develop multi-disciplinary treatment plans. Patients with diabetes or visual complaints should have a direct ophthalmoscopic exam and Snellen visual acuity check on site and be |

[30] The lack of ophthalmoscopy is evident in medical records and confirmed at each of my site visits. I site visits I observed multiple instances in which patients were examined while seated in ordinary chairs instead of upon an exam table.

| | |
|---|---|
| visual acuity is very poor and for diabetics. | scheduled to see optometry according to the findings. |
| Continuity of Care after Release did not Comply with the IP. Documentation of care for released patients did not meet Implementation Plan requirements or applicable community standards. | Discharge planning should document instructions given to all inmates released with active medical problems.  Transfer forms should be audited to ensure completeness and accuracy. |
| Patients are not consistently assessed for STD in accord with best practices and community standards.  Inmates do not receive counseling following positive TB screening.  Necessary lab tests are not timely performed | MCJ should aim to achieve 100% compliance with national guidelines for STD and TB screening.  Abnormal lab results (especially positive STD screens) should be reported to the ordering PCP and/or medical director for prompt action. |
| Patients are not consistently provided with necessary specialty care. Full progress notes from outside providers are sometimes not provided to MCJ. | Wellpath leadership should assist MCJ staff to obtain timely expert care by telephone or video link if local resources are insufficient. The medical record department should ensure that reports from specialists are timely filed in the EMR. |
| Quality assurance programs were not performed in accordance with Wellpath policies and the Implementation Plan. Peer review has not been documented. | Peer review should include an evaluation of clinical performance within the first month of hire and no less than annually thereafter.   The medical director or assignee should audit and countersign  10% of the patient encounters with physician assistants, nurse practitioners and registered nurses. Critical Clinical Events should be submitted for Wellpath analysis and actionis as  required by Wellpath Monterey County Policies & Procedures. |
| MCJ Staffing is not in substantial compliance with the Implementation Plan. | MCJ needs to hire a full-time medical records supervisor.  The medical director, director of nurses and health services administration should oversee the pharmacy  consultant and ensure adequacy of pharmacy services. |

## DISCUSSION

MCJ performance observed in this audit, as summarized below shows, has improved somewhat overall compared to the prior audit.  Intake, health inventory, chronic care and continuity of care were remarkably improved.  I attribute this to intensified nurse

training, better compliance with the requirement for 2-week health exams, and use of discharge instruction forms.

Access to care, outsride care, detoxification, TB screening and pharmacy management have not noticeably improved.  I have recommended corrective actions to address these findings.

Table 6 – Comparison of MCJ Performance in October 2024 and April 2025.[31]

| IP Categories | *% Encounter Compliance 4/25* | % Encounter Compliance 10/24 | *% Indicator Compliance 4/25* | % Indicator Compliance 10/24 |
|---|---|---|---|---|
| Med Staff | *See text* | See text | *NA* | NA |
| Intake | *54.1* | 46.3 | *86.4* | 78.4 |
| Access | *67.6* | 75.3 | *76.6* | 76.3 |
| Chronic Care | *58.8* | 48.0 | *78.3* | 54.4 |
| Health Inventory | *56.4* | 18.4 | *72.1* | 35.6 |
| Continuity | *59.5* | 54.2 | *68.3* | 55.3 |
| Outside Care | *69.2* | 69.9 | *75.0* | 83.7 |
| Detoxification | *69.4* | 71.4 | *88.6* | 57.9 |
| TB/Infection | *51.2* | 70.7 | *77.0.* | 72.7 |
| Pharmacy Management | *70.6* | 78.6 | *81.0* | 81.8 |
| Medication Dispensing | *100.0* | 100.0 | *NA* | NA |
| QA | *Partially Compliant* | Not Compliant | *NA* | NA |
| Facilities | *Partially Compliant* | Not Compliant | *NA* | NA |
| **TOTALS** | *62.4%* | 59.7% | *80.0%* | 67.5% |

I suggest the parties consider modifying the Implementation Plan to ease some requirements in accordance with evolving community standards.

| Current Implementation Plan | Proposed Changes |
|---|---|
| Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival. | Inmates with stable chronic medical conditions will be referred to and seen by a medical provider within seven days of arrival, or later as deemed necessary by the medical director. |

[31] See methodology above for discussion about how compliance is determined for encounters versus compliance indicators.

| Section G (2) and (5) has redundant and confusing language regarding 14-day health inventory requirements. | Incorporate the "14 day Health Inventory and Communicable Disease Screening" into Intake Screening (which already accomplishes nearly all of the "14-Day" objectives). |
|---|---|
| Health care maintenance exam is to be scheduled for 6 months after admission, but IP is not clear about frequency thereafter. | The IP can conform to state law Title 15 1208.5. by requiring a full history and physical exam within 2 years of incarceration. |
| TB screening is required for all admissions excepting inmates rebooked or transferring with a documented TST (tuberculin skin test, also called PPD (purified protein derivative) within the "last three months… and symptoms free | Documented negative TB tests within the last 12 months is a sufficient screen for TB in patients without symptoms. |
| Inmates with history of BCG vaccination should undergo skin testing with usual norms | TST should not be applied to persons with history of BCG vaccination. Screening should be accomplished for those persons with QuantiFERON. |
| Positive TST reaction (5mm for patients at highest risk, or 10 mm in all others) requires Chest X ray within 72 hours to rule out active TB. | A negative QuantiFERON test performed soon after the TST means that the TST was falsely positive. If the QuantiFERON test is positive, then a chest X ray should be done as soon as practicable. |

## CONCLUSIONS

MCJ medical services for the audit period were partially compliant but, in their aggregate, not yet substantially compliant with the Implementation Plan.

I have provided the following recommendations:

- Screen all inmates for STD and TB. Counsel patients accordingly.
- Promote precision in completion of forms at Intake, sick calls, chronic care, transfer and release. Update Problem Lists
- Obtain jail clearance or explicit PCP authorization before admitting intoxicated persons to jail.
- Obtain specialty reports on the same day as inmates return from outside care.
- Review by medical director, or designee, inmate medical grievances, emergency room admissions and other critical clinical events to determine adequacy of care and/or need for corrective actions.

- Review by Medical Director or designee of 10%  of nurse and physician extender (PA, NP) encounters,  and provide appropriate training.
- Engage pharmacy management to improve inmates' timely access to necessary medications.  The medical director, director of nurses and health services administration should ensure accurate quarterly pharmacy audits.

MCJ has informed me that corrective actions, including hiring a director of nurses in May and increased patient care audits, are addressing these recommendations.  I anticipate continued improvements will bring MCJ into substantial compliance with the Implementation Plan.

## Attachments:

Ex. A:  MCJ HC Case Review

Ex. B:  MCJ HC Audit Monitoring Tool (targeted)

Ex. C MCJ HC Audit Monitoring Tool (randomly selected)

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | 01/04/25 | Intake Screening | RN | Intake Screening | opiate, meth abuse. Exam - BS 68; morbid obesity. Refered for routine MH, CC. COWs, STD screening ordered. | Appropriate | 0 | 0 | 0 |
| 17 | | 01/04/25 | RN Diagnostic Services | RN | Tuberculosis & Other Infections | Test planted 1/4/25 left arm. Not read | Deficient | Patient released on 1/10/25. TB test not read | Potentially | increased TB rates, at risk. Is tested again 1/25, and postive 1/28/25. |
| 17 | | 01/05/25 | Observation Cell | RN | Detoxification/Withdrawal | COWS/CIWA/ meth scores low. Pulse under 110 | Appropriate | 0 | 0 | 0 |
| 17 | | 01/06/25 | Observation Cell | RN | Detoxification/Withdrawal | Pulse under 110, COWS score 15 requires consultation with PCP, engaging SBAR. | Deficient | Needs repeat scoring. Not done. PCP not consulted. | Adversely | Patient "seizing" 1932 (about 90 minutes later. Hospital visit might have been prevented with MD order for buprenorphine. |
| 17 | | 01/06/25 | Emergent/Urgent Visit | RN | Access to Care | Apparent seizure. Send to ED. | Appropriate | 0 | 0 | 0 |
| 17 | | 01/07/25 | Specialty Services | RN | Outside Medical Care/Referrals | Return from hospital. Exam and studies negative. Not likely true seizure. | Appropriate | 0 | 0 | 0 |
| 17 | | 01/07/25 | Observation Cell | RN | Detoxification/Withdrawal | COWS, synthetics protocol. Score 0. | Appropriate | 0 | 0 | Pulse 58, not repeated. Techincally should generate call to MD. |
| 17 | | 01/08/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Nausea while detox. Exam negative. Rx Zofran | Appropriate | 0 | 0 | 0 |
| 17 | | 01/10/25 | Facility Transfer | | Continuity of Care After Release | Form filled out and signed by patient on release, instructions. No meds needed. | Appropriate | 0 | 0 | 0 |
| 17 | | 01/26/25 | Intake Screening | RN | Intake Screening | 45683 | 0 | 0 | 0 | Adaptive needs exam postponed, done 2/11/25 |
| 17 | | 01/26/25 | Observation Cell | LVN | Detoxification/Withdrawal | at 091 BP 150/100. score is worsening. 7. | Deficient | PCP should be contacted for worsening statge | Adversely | patient admitted for withdrawal seizures 2/1/25. |
| 17 | | 01/27/25 | Observation Cell | RN | Detoxification/Withdrawal | Pulse 119. Score 2 | Appropriate | 0 | 0 | . Score sheet requies notifying PCP of pulse over 110 . PCP not contacted by RN, but seen by Dr ▮ later that day for MAT |
| 17 | | 01/27/25 | Chronic Care | MD | Chronic Care | Review history, exam. MAT ordered. | Deficient | No STD, no admitting lab ordered. | Potentially | at risk for complications of SUD, not assessed. |
| 17 | | 01/28/25 | Observation Cell | RN | Detoxification/Withdrawal | Pulse 134. | Deficient | PCP not contacted, Likely impending DT | Adversely | Sent to hospital 1/30/35 |
| 17 | | 01/29/25 | Emergent/Urgent Visit | RN | Access to Care | Seizure. Send to ED | Appropriate | 0 | 0 | 0 |
| 17 | | 01/30/25 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ED with normal exam, labs. Normal EEG. Diagnosed withdrawal seizure, vs behavioral | Appropriate | 0 | 0 | Full records sent later, but basic infor accompanied patient. |
| 17 | | 01/31/25 | PCP Diagnostics Review | MD | Tuberculosis & Other Infections | Chest X ray done after positive TB skin test. No active TB. QuantiFeron ordered | Deficient | QuantiFeron results not in chart. No confirmation of TB status, no counseling provided. | Potentially | patient at risk for active TB and spread in future. |
| 17 | | 02/01/25 | Observation Cell | RN | Detoxification/Withdrawal | Pulse 112. Not repeated. | Deficient | PCP not informed. | Adversely | Sent to hospital 2/2/25 |
| 17 | | 02/02/25 | Emergent/Urgent Visit | RN | Access to Care | Seizure, injry to neck, skull. Send to ED by ambulance | Appropriate | 0 | 0 | no ambulance records in the EMR. |
| 17 | | 02/03/25 | Specialty Services | MD | Outside Medical Care/Referrals | Reviewed medical care at hospital. Prescribed meds as recommended for epilepsy | Appropriate | 0 | 0 | ED and teleneuro differential diagnosis includes PNES. |
| 17 | | 02/17/25 | Emergent/Urgent Visit | RN | Access to Care | Seizure like activities. Exam normal. Deemed chronic condition,. Follow up with PCP | Appropriate | 0 | 0 | Pulse 112 not repeated. |
| 17 | | 02/28/25 | Chronic Care | MD | Chronic Care | Seizure follow up. Exam negative. Possible LTBI. Continue Vimpat. Neruo consult pending. Quantiferon test pending | Appropriate | 0 | 0 | 0 |
| 17 | | 03/04/25 | Facility Transfer | | Continuity of Care After Release | Discharge planner (DP) meets to give instructions regarding medications and follow up | Appropriate | 0 | 0 | why are the actual instructions rarely documented. |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/06/25 | Observation Cell | L RN | Intake Screening | Placed on sobering protocol, apparently under the influence. Dishveled. Unable to complete Intake. | Deficient | Pulse 114, no documented contact with PCP. Not clear that PCP decided patient was safe to remain in MCJ for sober vs. ED evaluation | Potentially | Delirium untreated can be fatal. |
| 2 | | 01/07/25 | Intake Screening | RN | Intake Screening | Postponed intake, patient now more cooperative. VS stable. Meth abuse. STD screening. Placed on meth protocol. At cell door cannot measure FBS. Treatment for lice ordered. | Deficient | Chronic care visit not scheduled. | Potentially | chronic drug abuse (>1 yr.) puts patient at great risk of chronic disease. Drug use is chronic disease. |
| 2 | | 01/07/25 | Other | RN | Tuberculosis & Other Infections | PPD negative within 3 months of admission. No repeat testing | Appropriate | 0 | 0 | 0 |
| 2 | | 1/9-12/25 | Other | RN | Detoxification/Withdrawal | Synthetics monitoring performed | Appropriate | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 01/13/25 | Chronic Care | MD | Chronic Care | Patient with chronic disease, decompensated at admission was supposed to be seen for medical clearance/initial chronic care | Deficient | Not seen by PCP within 5+ days of admission. Lab work, including STD not done. Also, no Psychiatric evaluation performed yet. When done on 1/14 by telehealth is identified as prior bipolar, current delusional state. | Potentially | Meth abuse, homelessness puts patient at serious risk of metabolic abnormality, STD not tested. |
| 2 | | 01/15/25 | Medication Renewal | RN | Pharmaceutical Administration | Second lice treatment provided. | Appropriate | 0 | 0 | 0 |
| 2 | | 01/16/25 | Emergent/Urgent Visit | RN | Access to Care | Found unresponsive by custody. CPR attempts unsuccessful. Narcan given x 6 nasal. EMS unable to resuscitate | Appropriate | no itramuscular Narcan administered | N/A | Narcan IM may resuscitate individuals not helped by nasal adminstration. Cause of death reported on 3/11/25 is toxic effects of fentayl. |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 11/19/24 | Intake Screening | RN | Intake Screening | Reviewed meds for CML, gout, HTN, Intake lab | Appropriate | 0 | 0 | 0 |
| 3 | | 11/20/24 | Health Inventory | MD | Health Care Inventory | Proper form used, lab and exam | Appropriate | | 0 | 0 |
| 3 | | 11/20/24 | Chronic Care | MD | Chronic Care | Chronic care visit for leukemia, HTN | Appropriate | 0 | 0 | 0 |
| 3 | | 12/06/24 | Chronic Care | NP | Chronic Care | Telehealth exam, unremarkable. | Deficient | No labs in chart, no refusal | Potentially | needs lab to monitor, treat CML; no STD screening |
| 3 | | 01/06/25 | Sick Call/Clinic Visit PCP | PA | Access to Care | Suspects gout flare. No pain med. Exam normal. Refill gout meds | Appropriate | 0 | 0 | 0 |
| 3 | | 02/27/25 | Medication Renewal | MD | Pharmaceutical Administration | Awaiting records from Olive view | Deficient | Medication for CML not administered for 5 days. | Potentially | interruptin in cancer treatment may aggravate condition. |
| 3 | | 02/27/25 | Chronic Care | MD | Chronic Care | Reviewed meds for CML. Notes that labs need to be performed. | Appropriate | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 02/07/25 | Intake Screening | RN | Intake Screening | Santa Cruz jail transfer. No medical issues. Lab ordered | Appropriate | 0 | 0 | 0 |
| 4 | | 02/07/25 | Other | RN | Tuberculosis & Other Infections | TB assessment 3/6/24 neg. No TB testing | Deficient | IP requires TB test if not done within 3 mo of intake | Potentially | TB not screened |
| 4 | | 02/10/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Nail fungus, podiatry referral. Ketoconazole topical | Appropriate | 0 | 0 | 0 |
| 4 | | 02/10/25 | Specialty Services | NP | Outside Medical Care/Referrals | Podiatry referral stated in progress note | Deficient | No referral form made out, no evident referral made | Potentially | necessary foot care delayed may lead to infection |
| 4 | | 02/15/25 | Specialty Services | NP | Outside Medical Care/Referrals | patient wants special shoes. Denied by custody as steel inserts were securitiy hazard | Appropriate | 0 | 0 | flat feet do not present medical necessity |
| 4 | | 02/15/25 | Specialty Services | PA | Outside Medical Care/Referrals | Visual acuity 20/100 . Refered for optometry | Appropriate | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/14/25 | Intake Screening | RN | Intake Screening | Admission remarkable for PTSD, Poor dentition, Medically stable. STD screen order | Appropriate | 0 | 0 | 0 |
| 5 | | 01/14/25 | Other | RN | Tuberculosis & Other Infections | Past treatment with INH. No skin testing ordered. Chest X ray and Interferon ordered. | Appropriate | 0 | | Not clear that staff understands TB can only be followed clinically after treatment as QuantiFeron may remain positive. |
| 5 | | 01/14/25 | Emergent/Urgent Visit | RN | Access to Care | Confrontation with custody, "take down" injury to right lateral ankle. Head, wrist and forearm laceration. Foot swollen. R little finger deformed. NPPA sick call | Deficient | Nature of injury fracture, severe strain and/or dislocation. Needs urgent - same day PCP evaluation. X ray should be ordered. Extremities should be immobilized | Adversely | Inadequate PCP attention for significant injury following use of force. |
| 5 | | 01/16/25 | Clinic Follow-up | NP | Access to Care | Seen for exam after use of foce. Swelling documented and limited ROM right foot. X ray ordered, ice pack | Deficient | Serious ankle injury, late for ice. Needs immobilization, crutches. | Potentially | Should be immobilized |
| 5 | | 01/17/25 | Specialty Services | RN | Outside Medical Care/Referrals | Return from ED visit for syncope, underwent evaluation of foot injury. X ray detects non displaced fracture and possible Lisfranc injury. Orthopedic review recommended. . Placed in splint, crutches. | Appropriate | 0 | 0 | 0 |
| 5 | | 01/21/25 | Specialty Services | PA | Outside Medical Care/Referrals | ED services reviewed. Referrred for orthopedic surgery evaluation. | Appropriate | | N/A | Optimal time for surgery may be 7-14 days affer injury. |
| 5 | | 01/21/25 | Health Inventory | NP | Health Care Inventory | Initial health history, physical Trauma history. Tatoos | Deficient | Exam is incomplete. Does not address headache complaints. No STD screening ordered. No advocacy for orthopedic care needed to treat acute fracture and LisFranc injury. | Adversely | Ideally surgery should be performed within  2 weeks. |
| 5 | | 01/27/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Chest pain, productive cough. Exam negative.l URI care provided | Appropriate | 0 | 0 | 0 |
| 5 | | 01/29/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Right foot in case, wheel chair request refused | Deficient | Needs non-weight bearing. Wheel chari reasonable, probably needed to avoid further injury while awaiting surgery. | Adversely | NP statement that wheelchair will "exacerbate physical condition" is nonsensical. |
| 5 | | 02/03/25 | Specialty Services | MD | Outside Medical Care/Referrals | Return from orho visit, requests no weight bearing, elevate foot. CT scan before surgery | Deficient | ADA need not acted upon. Wheelchair request by patient unreasonably denied. | Adversely | injury exacerbated.  CT scan done 2/20/25 confirms Lisfranc fracture. |
| 5 | | 02/16/25 | Sick Call/Clinic Visit RN | RN | Access to Care | heart burn, Exam and rx per protocol | Appropriate | 0 | 0 | 0 |
| 5 | | 02/25/25 | Chronic Care | NP | Chronic Care | form filled out. Pain treated with higher does Nortryptiline | Deficient | no follow up ordered to ensure effectiveness of pain relief. Wheelchair need not considered. | Adversely | patient pain increased NP seems poorly prepared to treat LisFranc injury.  See ortho recommendation 1/31 |
| 5 | | 03/04/25 | Specialty Services | RN | Outside Medical Care/Referrals | ortho recommendations for surgery documented. | Appropriate | 0 | 0 | will follow to see if surgery obtained, and result. |
| 5 | | 04/02/25 | Specialty Services | ? | Outside Medical Care/Referrals | Scheduled surgery for 4/16/25 | Appropriate | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF    Document 970-1    Filed 06/27/25    Page 44 of 139
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 01/00/00 | 0 | 0 | 0 | | Meth abuse, prior ortho surgery. Sz disorder on Keppra.  BS normal. Exam neg. Chronic care ordered 5+ days. | Appropriate | 0 | 0 | 0 |
| 6 | | 01/19/25 | Intake Screening | RN | Intake Screening | Meth abuse, prior ortho surgery. Sz disorder on Keppra.  BS normal. Exam neg. Chronic care ordered 5+ days. | Appropriate | 0 | 0 | 0 |
| 6 | | 01/20/25 | Other | RN | Detoxification/Withdrawal | Meth protocol, stable | Appropriate | 0 | 0 | 0 |
| 6 | | 01/24/25 | Chronic Care | NP | Chronic Care | CAM boot, synthetics monitor, LAB pending | Appropriate | 0 | 0 | 0 |
| 6 | | 01/24/25 | Health Inventory | NP | Health Care Inventory | initial exam done | Appropriate | 0 | 0 | 0 |
| 6 | | 01/27/25 | Other | PA | Tuberculosis & Other Infections | Review prior BCG, PPD neg 1/21/25 | Appropriate | 0 | 0 | 0 |
| 6 | | 02/05/26 | Sick Call/Clinic Visit PCP | NP | Access to Care | Pain calcaneus, post surgery.  On no pain meds.  Wants boot. Limps.  Some edema noted at heel. Surgical boot ordered to size | Appropriate | 0 | 0 | 0 |
| 6 | | 02/06/25 | Medication Renewal | NP | Pharmaceutical Administration | Refusal of Keppra, patient counseled | Appropriate | 0 | 0 | 0 |
| 6 | | 02/11/25 | PCP Diagnostics Review | PA | Outside Medical Care/Referrals | Ultrasound LLE 2/11/25 no evidence DVT | Appropriate | 0 | 0 | 0 |
| 6 | | 03/04/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | Follow up for chronic knee pain, Meds adjusted. PT ordered No need for special shoes | Appropriate | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/23/25 | Intake Screening | RN | Intake Screening | Uncooperative, angry at intake. Needs walker. States lower abdominal pain.Medical chronic care routine 5+ day. MH urgent (tomorrow) | Deficient | Intake incomplete, without reviewing old records.Obvious disability (severe kyphosis) not mentioned. Needs ADA accomodations.  Abdominal pain could be emergency. Needs urgent, same day consultation with PCP for this and mental status aberration | Potentially | Unknown cause of abdominal pain. In 60 yo could be infectious, circulatiory. |
| 7 | | 01/24/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Swelling lower limbs. History of CHF, off meds. Contacted MD on call, Lasix stat and previous meds. | Deficient | Orders follow up with provider, but not necessarily same day or next day . Patient is acutely ill, decompensated.  Needs PCP. | Adversely | RN care without direct MD oversight is beyond scope. No weight, which is needed to treat CHF |
| 7 | | 01/28/25 | Sick Call/Clinic Visit PCP | RN | Access to Care | Reports walker is broken. Custody states unsafe behavior led to breakage.  Deny walker | Deficient | Patient needs PCP exam, not yet done. | Potentially | overdue for post admission exam |
| 7 | | 01/29/25 | Health Inventory | MD | Health Care Inventory | Form filled out.  Lab tests, stool occult blood | Appropriate | 0 | 0 | 0 |
| 7 | | 01/29/25 | Chronic Care | MD | Chronic Care | CC form filled out. | Appropriate | 0 | 0 | 0 |
| 7 | | 02/02/25 | Emergent/Urgent Visit | RN | Outside Medical Care/Referrals | Chronic back pain. Returned same day .  EMR has materials provided to patient, but no reports from the ED physician. | Deficient | No document in EMR for trip to ED.  No report from ED in the EMR. | Potentially | PCP describes findings 2/4/25.  did he call? |
| 7 | | 02/04/25 | Clinic Follow-up | MD | Chronic Care | Chronic back pain, follow up from hospital that found no acute heart disease.  Cardiology consult ordered. Accomodations for low back pain. PT | Appropriate | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | 02/28/25 | Specialty Services | PT | Outside Medical Care/Referrals | PT evaluation. End stage DJD, severe kyphosis.  Prognosis guarded | Appropriate | 0 | 0 | 0 |
| 7 | | 04/04/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from visit for nuclear stress test! Refused. | Appropriate | 0 | 0 | 0 |
| 7 | | 04/10/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Chest pain on 4/9/25, and continued.  EKG done, and sent to ED | Appropriate | 0 | 0 | 0 |
| 7 | | 04/10/25 | Specialty Services | RN | Outside Medical Care/Referrals | Review report from ED diagnosed atypical chest pain, no heart disease | Appropriate | 0 | 0 | 0 |
| 7 | | 04/11/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Review recurrent chet pain, apparently due to overuse (75 pushups).  Continue meds | Appropriate | 0 | 0 | 0 |
| 7 | | 04/19/25 | Observation Cell | DP | Continuity of Care After Release | Discharge planning done, but 30 day supply of meds does not seem to be provided upon release | Deficient | documented fax to pharmacy for 30 day supply of meds is dated 4/21/25 - two days after release. | Potentially | delayed access to medications may be problematic. |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/31/25 | Intake Screening | RN | Intake Screening | Under influence or withdrawing, benzo and opiates.  BS 180. Neuroendocrine tumor in EMR history Reportedly insulin dependent diabetes.  Orders from NP telehealth.  Orders for next day MH and Medical (urgent) | Deficient | protocol requires admission to ED and/or  PCP consultation on same day regarding possible withdrawal especially for combination of benzo and alcohol. And diabetes, carcinoid. . | Potentially | Possible delirium not treated. Urgent exam for next day by PCP not done until 3 days later. |
| 8 | | 02/01/25 | Other | RN | Detoxification/Withdrawal | Under influence or withdrawing, benzo and opiates. CIWA and COWS protocols. | Appropriate | 0 | 0 | request to be seee next day was not honored. |
| 8 | | 02/03/25 | Chronic Care | MD | Chronic Care | Known from previous admission for neuro-endocrine tumor. Multiple medical diagnoses including OUD. Willstart on MAT. Continue other meds, insulin.  Cloinpin per MH | Appropriate | 0 | 0 | 0 |
| 8 | | 02/03/25 | Health Inventory | MD | Health Care Inventory | Initial screening not reviewed.  Lab tests ordered noit done | Deficient | Initial screening not reviewed.  Lab tests ordered noit done | Potentially | Delayed diagnosis for lack of labs. Patient has rash, not described. |
| 8 | | 02/05/25 | Emergent/Urgent Visit | RN | Access to Care | Blood sugar hi, ?over 400 - off scale on glucometer.  Ketones in UA. Send to ER | Appropriate | 0 | 0 | 0 |
| 8 | | 02/06/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from hospital. | Deficient | No record in EMR of note sent to ED or notes upon return. | Potentially | patient has carcinoid syndrome, polysubstance abuse.  Lab is crucial, not reported. |
| 8 | | 02/07/25 | Chronic Care | NP | Chronic Care | Followup chronic carfe for DM, carcinoid turmor - carcinoma. Lab ordered. | Deficient | No lab obtained.  Clinician ordering labs has duty to inspect resultws. | Potentially | patient has carcinoid syndrome, polysubstance abuse.  Lab is crucial, not reported. |
| 8 | | 02/10/25 | Other | MD | Detoxification/Withdrawal | MAT monitoring. Increase Subutex. | Appropriate | 0 | 0 | labs still not obtained. |
| 8 | | 02/14/25 | Medication Renewal | MD | Pharmaceutical Administration | Medication management for refused, or withheld medication. Metformin resumed after diatthea subsides. | Appropriate | 0 | 0 | 0 |
| 8 | | 02/19/25 | Specialty Services | NP | Outside Medical Care/Referrals | Blood sugars not contolled. On max metformin, Glipizied. Insuline sliding scale. | Deficient | management of diabetes in carcinoid patient outside scope of care for NP without MD collaboration.  Should consult with oncology and endocrinology, | Potentially | at minimum, physician needs to manage on site |
| 8 | | 02/24/25 | Chronic Care | MD | Chronic Care | Chroinc pain, MAT, reportedly trying to get appoint ment with UCSF. | Appropriate | 0 | 0 | 0 |
| 8 | | 03/05/25 | Sick Call/Clinic Visit RN | RN | Access to Care | BS 500. Contact PCP for orders | Appropriate | 0 | 0 | 0 |
| 8 | | 03/12/25 | Chronic Care | NP | Chronic Care | Review DM, diet. Chronic pain. Exam unremarkable. | Deficient | no lab in EMR.  Scheduled to see specialist | Potentially | no excuse to explain why lab tests not done or reported. |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 02/04/25 | Emergent/Urgent Visit | MD | Access to Care | Refered by dentist for left lip swelling, sudden. Start Augmentin. Follow up in 24 hours. | Appropriate | 0 | 0 | 0 |
| 9 | | 02/05/25 | Clinic Follow-up | NP | Access to Care | Follow up abscess face. Pain is worse. Continue antibiotic. Increase pain meds. Diagnoses include Acute tonsillitis. | Deficient | NP reports"L Tonsillitis" while stating oropharynxx is normal. Does not collaborate with Dr ▮ or Dr ▮ | Potentially | True tonsilitis with external facial swelling suggests peritonsillar abscess which needs immediate hospitalization. |
| 9 | | 02/05/25 | Health Inventory | NP | Health Care Inventory | Form filled out that was due many months earlier. | Deficient | Form incomplete. Weight and  height not provided. No STD testing ordered. Neck exam - tonsillitis, "Left from Left face abscess" | Potentially | Inexact, inaccurate and inexpert reporting impairs medical care.., Needs STD screen. |
| 9 | | 02/06/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | Abscess in left upper lip, worse. Unable to drain in jail.  Send to ER. | Appropriate | 0 | 0 | 0 |
| 9 | | 02/06/25 | Specialty Services | RN | Outside Medical Care/Referrals | returned after drainage of abscess, Rx Bactrim DS x 7 days. And Augmentin. ED referral and response returned with patient. | Appropriate | 0 | 0 | full report from hospital not obtained.  Culture results delayed. |
| 9 | | 02/13/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | Follow up care for abscess after ED treatment. Feels much better. Sensitivity reports from hospital pending. | Appropriate | 0 | 0 | MCJ needs better access to ED and hospital records. |
| 9 | | 02/20/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | follow up for abscess.  Resolved.  Return PRN | Appropriate | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 9 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | | 01/10/25 | Intake Screening | RN | Intake Screening | Morbidly obese. Admitting lab ordered | Deficient | Not scheduled for chronic care despite possible alcoholism and morbid obesity. | Potentially | Morbid obesity is chroinc disease.  Diabetes needs to be screened. |
| 10 | | 01/23/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Suspects abdominal pain. Exam unremarkable. Schedule PCP visit | Appropriate | 0 | 0 | 0 |
| 10 | | 12/24/25 | Emergent/Urgent Visit | RN | Access to Care | Sudden abdominal pain, elevated pulse. Sent to ED | Appropriate | 0 | 0 | 0 |
| 10 | | 01/25/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ED with form reporting small right inguinal hernia. Recommend surgery follow up as needed. | Appropriate | | 0 | Full ER note not in the EMR. |
| 10 | | 01/27/25 | Health Inventory | RN | Health Care Inventory | Morbid obesity, family history of diabetes. Smokes tobacco and marijuana. | Deficient | Obvious significant illness - morbid obesity with BMI 43, family history of diabetes, recent diagnosed inguinal hernia. Needs assessment of reviewing Provider. | Potentially | Possible diabetes not assessed.  No blood sugar measured. No plans to treat hernia. |
| 10 | | 01/29/25 | Chronic Care | NP | Chronic Care | Review inguinal hernia, pain. Constipation. Rx fiber, Dulcolax, Tylenol, Ibuprofen. Labs | Deficient | labs ordered but not done. | Potentially | Provider ordering labs has duty to review results. Possible diabetess, hypothyroid, other conditions not diagnosed. |
| 10 | | 02/04/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Pain right lower abdomen, from hernia? Exam unremarkable excpet for obesity. Also reports mild asthma. Prescribed Truss belt "to manage hernia size and avoid progression." Albuterol prn. | Deficient | Assessment of asthma incomplete.  Needs Peak Flow.  Blood sugar should be screened with FBS and other lab ordered need to be drawn. Truss is worthless, and should not be ordered | Potentially | Truss belt is worthless as a treatment for hernia in this extremely obese individual, and it may be weaponized. See also ███████ ███ |
| 10 | | 02/28/25 | Other | DP | Continuity of Care After Release | Discharge instructions, 30 day med supply | Appropriate | 0 | 0 | WHERE ARE THE NOTES DESCRIBING INSTRUCTIONS PROVIDED TO PATIENT? |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | 0 | | | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 10 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/09/25 | Intake Screening | RN | Intake Screening | Mental health meds, TB testing. Referral to MH | Appropriate | 0 | 0 | Looks like psychiatrist did not see patient within time frame required by IP. Will defer to MH. Also olazipine not continued. |
| 11 | | 01/09/25 | Other | RN | Tuberculosis & Other Infections | Assessment, PPD negative | Appropriate | 0 | 0 | 0 |
| 11 | | 02/26/25 | Other | ? | Health Care Inventory | Released on 2/26/25 after 6 weeks incarceration | Deficient | no health inventory performed, and no STD screening. | Potentially | high incidence of syphilis not screened. |
| 11 | | 02/27/25 | Intake Screening | RN | Intake Screening | readmitted after jail check, schizoaffective, synthetics abuse. Entered into protocol | Deficient | No FSBG despite + drug use; Adaptive needs delayed not performed timely after protocol monitoring. STD screening not done | Potentially | Not following IP requirements. ADA screen delayed until 4/14/25.STD screening done 4/14/25 |
| 11 | | 03/04/25 | Other | RN | Detoxification/Withdrawal | Protocol for Synthetics followed. | Appropriate | 0 | 0 | 0 |
| 11 | | 03/04/25 | Chronic Care | NP | Chronic Care | Form, labs reviewed. | Appropriate | 0 | 0 | 0 |
| 11 | | 03/04/25 | Health Inventory | NP | Health Care Inventory | Form filled out, labs reviewed. | Appropriate | 0 | 0 | No STD tests ordered on form, but done at admission? No visual acuity assessed. (what is protocol)? |
| 11 | | 03/17/25 | Sick Call/Clinic Visit PCP | PA | Access to Care | Complaint of blurry vision 3/12/25. Snellen test reported 3/12/25 as 20/200 OS. No direct optahlmoscopic exam done. Referral ordered for optometry based upon chart review. | Deficient | No examination of eye peformed by nurse or by PCP. Snellen testing may not be performed properly. | Potentially | risk of reinat detachment, seious eye pathology not assessed. |
| 11 | | 03/27/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Complaints of multiple wounds on ears, neck with scabbing. No drainage, edema, warmth or erythema. Appear to be healing. Rx Hydrocortisone 1% bid, Bacitrasin ointment. Wash daily, avoid touching. Monitor for 14 days. Problem list states "benign neoplasm of ski" | Adversely | As described, the rash sounds like impetigo. Proper care is Penillin or Erthryomycin. Topical treatment and washing was insufficient for cure. | | The rash worsened, as would occur with inadequate care. See encounter 4/25/25. Besides discomfort and disfiguring rash, potential complications include spread of rash on patient and to others, heart disease and kidney disease. |
| 11 | | 04/04/25 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from optometry with instructions for corrective lenses, and OTC care to treat itchy eyes. | Deficient | Medications recommended not prescribed | Potentially | Patient given drug not recommended by specialist, see Access to care lapse. |
| 11 | | 04/04/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | itchy eyes, seen by optometrist, who recommends OTC med. Dr ▓ prescribed prednisolone eye drops. | Deficient | Prednisilone eyed drops prescribed without exam, and contary to specialist recommendation | Potentially | steroid eye drops disfavored as they can potential viral infection or lead to glaucoma. |
| 11 | | 04/25/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Skin rash has worsened. Diagnosed as "non specific ski eruption." Treated with Doxycycline 100 mg bid for 10 days. | Deficient | Tetracyclines are not first line drugs for impetigo. NP does not document rationale for not using first line drugs such as penicillins or cephalosporins. | Potentially | Tetracycline unnecessarly exposes patient to side effects, whereas penicillin is safer and more effective. |
| 11 | | 05/14/25 | Other | illegible dischard planner | Continuity of Care After Release | Discharge instructions provided with follow up medications | Appropriate | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 11 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 12 | | 01/08/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Jock itch. PNP protocol. | Appropriate | 0 | 0 | 0 |
| 12 | | 01/17/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Fell from bunk. Exam normal. Ice pack to back of headd. | Appropriate | 0 | 0 | 0 |
| 12 | | 01/17/25 | Specialty Services | RN | Outside Medical Care/Referrals | Return from shoulder surgery | Appropriate | 0 | 0 | 0 |
| 12 | | 01/27/25 | Chronic Care | NP | Chronic Care | Follow up for HTN, obesity, shoulder repair. Stable. Meds for pain Tylenol, Ibuprofen | Appropriate | 0 | 0 | 0 |
| 12 | | 03/10/25 | Facility Transfer | RN | Continuity of Care After Release | Transfer to Wasco, with form stating RPR not tested | Deficient | Gross error in transfer information. RPR is tested, and positive, but not from active infections | Adversely | Receiving institution may be unnecessarily alarmed when seeing positive result, which is not acute and probably needs to treatment. |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/13/25 | Intake Screening | RN | Intake Screening | Transferred from SLO jail with meds, history of polysubstance abuse. Stable with no signs of withdrawal. Meds continued. MH and CC referral routine. | Appropriate | 0 | 0 | 0 |
| 13 | | 01/30/25 | Chronic Care | NP | Chronic Care | Initial CC evaluation for COPD, MAT. | Deficient | Exam is incomplete. No GU, Rectal or breast exam. No mammogram, stool occult blood, mamogram. Lab panel ordered, not done | Potentially | unknown status regarding diseases common for patients with substance abuse, advanced age. |
| 13 | | 01/30/25 | Health Inventory | NP | Health Care Inventory | health care inventory from filled out. | Deficient | No STD screening. Needs stool occult blood and breast exam | Potentially | unknown status regarding diseases common for patients with substance abuse, advanced age. |
| 13 | | 02/05/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Constipation, no BM for 2 weeks. Exam unremarkable. Rx Lactulose, fiber tab | Deficient | assessment is incomplete without pelvic/rectal examination. | Potentially | Probably Subutex issue, but differential diagnoses include rectal fissure, hemorrhoid. Tumor, not assessed. |
| 13 | | 02/26/25 | Chronic Care | NP | Chronic Care | MAT, COPD, reviewed. Chronic care form used. | Deficient | blood work ordered weeks ago not done. | Potentially | incomplete chronic care and health maintenance. No refusals in the EMR. |
| 13 | | 03/21/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Lump left side cheek, pain. Exam: "lower mandibular molars edematous" Rx Amoxicillin 875 mg bid for 7 days. Problem listed as "localized edema." Patient referred to dentist. | Deficient | "Localized edema has no meaning. Exam consistent with tooth abscess. Dental visit on 3/5/25 described root tip infection and need for extraction refused by patient. Should be scheduled for urgent DDS. | Adversely | patient at risk for complications from tooth abscess. Amoxicillin may quiet symptoms. Needs urgent dental care. |
| 13 | | 04/16/25 | Chronic Care | MD | Chronic Care | Follow up for MAT. On Subutex 20 mg. Physical exam unremarkable. | Deficient | Lab tests done 4/1/25 (belated) show iron deficiency anemia (HCT 30, MCV 78) and no STD screening | Potentially | Insufficient exam when lab results are not reviewed or acted upon. |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 11/18/24 | Intake Screening | RN | Intake Screening | Polysubstance abuse - opiate, meth and alcohol. CIWA/COWS, Sytththetics.  MH and CC routine referrals. Urine pregancy tests, STD screen pending. | Appropriate | 0 | 0 | Adaptive support assessment delayed while withdrawing, not done later. |
| 14 | | 11/18/24 | Other | RN | Detoxification/Withdrawal | protocol for alcohol, OUD, meth begun.  Pulse on 11/23/24 115 | Deficient | Protocol not followed properly.  Should monitor q 8 hr for 5 days.  Abnormal pulse 115 not repeated, no contact to PCP. | Adversely | tooth abscess possibly causes elevated pulse,  treatment delayed .  Withdrawal risk not mitigated by early detection. |
| 14 | | 11/22/24 | Specialty Services | NP | Outside Medical Care/Referrals | Timely referral for early 1st trimester pregnancy .  Is estimated as about 5 weeks pregant at this time. | Appropriate | 0 | 0 | 0 |
| 14 | | 11/23/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Facial swelling. Toothache.  7/10 pain. Provider contacted. Tylenol. | Deficient | PNP incomplete.  If provider contacted, details of instruction not included.  Patient symptoms are consistent with tooth abscess, which needs antibiotics and prompte dental care.  No dental appointment made | Adversely | Not seen by dentist until 12/19/24 - more than 3 weeks later. Will review on dental monitor. |
| 14 | | 12/02/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Leg cramp. Exam normal.  Education re pregancy symptoms, pains.  Tylenol 2 tab BID prn | Appropriate | 0 | 0 | Need for Tylenol? |
| 14 | | 12/09/24 | Chronic Care | MD | Chronic Care | Unduly dealyed CC, should have been within one week of intake.  MAT treatment with buprenorphine started at intake.  Follow up not provided as intended.  STD tests ordered. | Deficient | tapered doses of buprenorphine abruptly discontinued in error. Exam incomplete.  Patient now probably 8 weeks pregnant. | Adversely | patient at risk not receiving timely care.  Team not able to monitor high risk patients? |
| 14 | | 12/09/24 | Health Inventory | MD | Health Care Inventory | Form filled out for health inventory. STD scrren ordered. | Appropriate | 0 | 0 | 0 |
| 14 | | 12/13/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | complains of cramps (leg? Or abdominal?) wants Tylenol.  Renewed. | Deficient | Patient at risk in pregant state should undergo examination to determine cause of cramps before renewing Tylenol. No pelvic exam done yet. | Potentially | undiagnosed problems possible, including DVT, ectopy or missed abortion. |
| 14 | | 12/16/24 | Sick Call/Clinic Visit PCP | MD | Access to Care | constipation.  Tolerating Subutex otherwise. Exam negative. Add Lactulose | Appropriate | 0 | 0 | still needs pelvic exam. |
| 14 | | 12/18/24 | Specialty Services | int medicine | Outside Medical Care/Referrals | Referral and return recommendations for first OB VISIT . Perinatal labs pending in 11 weeks by date, confirmed by ultrasound | Appropriate | 0 | 0 | Requests return visit for physical exam by OB. Labs reviewed 12/23/24 negative. |
| 14 | | 01/08/25 | Chronic Care | NP | Chronic Care | Pregnancy with OUD.  Intermittent abdominal cramps relieved by tylenol.  Contiue same med.´ Due for lab, ob visits before 18 weeks. | Appropriate | 0 | 0 | still no pelvic exam, despite cramps.  Need to rule out Mild, absence of bleeding and normal US is reassuring. |
| 14 | | 01/22/25 | Specialty Services | NP | Outside Medical Care/Referrals | OB visit FROM 1/16/25 reviwed. . Lab unremarkable. Pelvic exam normal.  Follow prenatal studies ordered.  ASA to prevent preeclampsia. Continue prenatal vitamins and iron. | Deficient | review of high risk ob instructions not timely. Patient did not return with instruction on 1/16/25 but was requested on 1/21/25 and sent by fax on 1/22/25. s. Aspirin was started on 1/17/25 but taken only 6 days from Janurary 17 - 31, refused 4 times and not offered 5 times. Iron recommended on 1/16/25 first provided on 1/22/25 | Potentially | Incomplete information from specialist impairs care in jail. |
| 14 | | 01/30/25 | Chronic Care | NP | Chronic Care | Increased opiate cravings. Referred for MAT evaluatoin | Appropriate | 0 | 0 | Seems like long time to get counseling for non compliance.  Is hoarding common at MCJ.  How carefully are patients checked to prevent cheeking. |
| 14 | | 02/12/25 | Medication Renewal | PA | Pharmaceutical Administration | Patient hoarding meds discovered by custory 2/3/25. Meds now crushed where possible. On review of medicaton administration, i see patient refusing meds multiple times, often 3 days in row. PCP visit on 2/12/25 addresses and counsels. | Appropriate | 0 | 0 | |
| 14 | | 02/12/25 | Specialty Services | NP | Outside Medical Care/Referrals | Follow up from OB visit 2/26/25. Stable. Return to OB 4 weeks.  Labs pending | Appropriate | 0 | 0 | seems like long time for follow up after outside med visit. |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/16/25 | Facility Transfer | CAN | Continuity of Care After Release | Transfer form accurately reports condition | Appropriate | 0 | 0 | adaptive screen postponed, done 3/4/25. Is this unduly delayed after CIWA/COWS completed? |
| 15 | | 02/17/25 | Intake Screening | RN | Intake Screening | After ED clearance, patient uncooperative and appears intoxicated. CIWA/COW scores 2 or 3. Urgent - same day - MH eval puts patient in suicide watch. STD panel ordered | Appropriate | 0 | 0 | adaptive screen postponed, done 3/4/25. Is this unduly delayed after CIWA/COWS completed? |
| 15 | | 02/22/25 | Observation Cell | RN | Detoxification/Withdrawal | 5 DAYS observation completed. No withdrawal symptoms. | Appropriate | 0 | 0 | I note vital signs not being taken at frequncy (BID or more) called for by IP . . |
| 15 | | 02/17/25 | RN Diagnostic Services | RN | Tuberculosis & Other Infections | No PPD test beccause of negative prior | Deficient | Negatgive skin test in October 8 2024, more than 3 montsh before admission. Need to retest unless negative within 3 months | Potentially | TB on rise. Need to screen. Staff needs education. |
| 15 | | 02/25/25 | Health Inventory | MD | Health Care Inventory | copd, polysubstance abuse. Leg fracture post op, now with boot. Possible lung lesion found in Stanford? Exam remarkable for healing ankle incision, mild edema. Chest X ray, labs, Stanford records. | Appropriate | 0 | 0 | X ray shows COPD, no mass. IP recommendation for breast exam is outdated. Mamogram should be recommended annually |
| 15 | | 02/25/25 | Chronic Care | MD | Chronic Care | Chronic care exam form filled out. Problem list complete. Lab pending | Appropriate | 0 | 0 | 0 |
| 15 | | 03/04/25 | Sick Call/Clinic Visit RN | NP | Access to Care | Nausea and dry heaves. RN reports discoloration of L foot in boot post op, Swelling and redness at right glute. VS - tem 100.4 (oral). No exam documented by NP. Rx Zofran BID prn for 7 days; fiber lax, Doxycycline bid for 10 days | Deficient | Assessment is incomplete. Prescription of Zofran and antibiotrics without exam or articulated diagnosis is unprofessonal conduct disfavored by B&P code 2242. | Potentially | Serious illness may be untreated if not examined to rule out sepsis, deep infection, hypoxia and more. A note by prescribing NP will be sufficient to adhere to IP, and prompt follow up. |
| 15 | | 03/12/25 | Clinic Follow-up | NP | Chronic Care | COP, concerned re tumor detected in Stanford. Records reviewed, show lesion likely benign Schwanoma on 2/1/25. Prior infection seemingly resolved (adequately treated with doxycline?). Exam normal except for healing ankle surgery. Orto appointment pending. | Deficient | Problem list is not updated to reflect finding tumor on CT, uncertain etiology, requires follow up studies. Also ortho appointment not made? | Potentially | Incomplete problerm list and poor follow up of CT discovered lesion may delay treatment of cancer. |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 15 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/24/24 | Intake Screening | RN | Intake Screening | ED cleaered after MVA, low weight, elevated BS, placed on CIWA. Prior history of suicide attempt. Urgent MH, routine CC | Appropriate | 0 | 0 | MH consult requested urgently not provided until 48 hrs Should have appropriate lab tests.   Adaptive needs  postponed and not done later. |
| 16 | | 01/24/25 | RN Diagnostic Services | RN | Tuberculosis & Other Infections | No PPD placed as recent negative tests confirmed. | Deficient | No recent test evident in the EMR | Potentially | TB increased in community. Patient at risk. |
| 16 | | 01/25/25 | Emergent/Urgent Visit | RN | Access to Care | Palpitations.  Pulse elevated. Otherwise normal exam. EKG reviewed with PCP on call. Meds ordered. | Appropriate | 0 | 0 | 0 |
| 16 | | 01/25/24 | Other | RN | Detoxification/Withdrawal | CIWA score 0 | Appropriate | 0 | 0 | ? Frequency monitored? |
| 16 | | 01/26/25 | Observation Cell | LVN | Detoxification/Withdrawal | CIWA score 7 | Deficient | Monitoring every 12 hours, should be q 6hr. | Potentially | DT may not be timely detected. |
| 16 | | 01/27/25 | Observation Cell | RN | Detoxification/Withdrawal | CIWA score 0 | Appropriate | 0 | 0 | ? Frequency monitored? |
| 16 | | 01/27/25 | Health Inventory | MD | Health Care Inventory | Notes AUD, anemia, GERG, low BMI, post MVA. STD screening. | Appropriate | 0 | 0 | 0 |
| 16 | | 01/27/25 | Chronic Care | MD | Chronic Care | AUD, anemia, GERG, low BMI, post MVA. STD screening. | Deficient | Repeat lab testing not ordered to assess cause of low BMI, no follow up with nutritionist. | Potentially | Causes for low weight, including thryotoxicosis not investigated. |
| 16 | | 01/28/25 | Observation Cell | LVN | Detoxification/Withdrawal | Pulse is 120. | Deficient | PCP consultation is required for significantly abnormal pulse rates.  Pulse later that day is 102, still elevated. | Potentially | markedly elevated pulse shows increased autonomic nervous deterioration, possibly preceding DT. |
| 16 | | 01/29/25 | Observation Cell | RN | Detoxification/Withdrawal | Pulse is 129. Not repeated. | Deficient | PCP not consulted. | Potentially | markedly elevated pulse shows increased autonomic nervous deterioration, possibly preceding DT. |
| 16 | | 01/30/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Fell in court, abrasions treated. | Appropriate | 0 | 0 | 0 |
| 16 | | 02/01/25 | Emergent/Urgent Visit | RN | Access to Care | Reported syncope. Sent to hospital by ambulance | Appropriate | 0 | 0 | 0 |
| 16 | | 02/02/25 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from ED with grossly abnormal lab tests, | Deficient | Review of outside care not performed.  No PCP encounter  in follow up for 2 days (2/3/25) . | Potentially | falling hematocrit may be fatal. |
| 16 | | 02/03/25 | Chronic Care | NP | Chronic Care | Severe anemia, low weight acknowledged. | Deficient | No work up.  No lab. No pelvic examination. No STD screening in chart.  No TB test in chart. | Potentially | differential diagnoses includes: GI/GYN cancer, hyerthyroidism. Chronic infection. |
| 16 | | 02/12/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Nausea with medications. Exam unremarkable.  Weight 125, BMI 17.9. Is taking ensure. | Deficient | no lab ordered to assess anemia. Confusing reports of colitis, pancreatitis, gluten intolerance not sorted out. | Potentially | falling hematocrit may be fatal. |
| 16 | | 02/13/25 | Facility Transfer | RN | Continuity of Care After Release | Transfer form filled out, with attachments (unclear what those are) 30 day meds supplied. | Deficient | The EMR does not explicitly show that patient received education and instructions to address severe and worsening anemia | Potentially | falling hematocrit may be fatal. |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 16 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add't'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 01/30/25 | Intake Screening | RN* | Intake Screening | Multiple MH medications, suicide attempt history, synthetics abuse. Obese. Referred for monitoring of synthetics abuse; urgent MH, routine Chronic care | Appropriate | 0 | 0 | Adaptive screen delayed is done 2/11/25 |
| 1 | | 01/31/25 | Other | RN | Detoxification/Withdrawal | Monitored on flow sheet | Appropriate | | 0 | 0 |
| 1 | | 01/31/25 | Chronic Care | NP | Chronic Care | Complaints: cough, eye red, pain left leg; EXAM: borderline BP elevation, overweight. Mild conjunctival injection. Plan - treat URI - Mucinex DM, conjuctiviti - Cipro opth. LAB with STD check | Appropriate | 0 | 0 | Consider option of mucinex without DM to reduce risk of abuse. |
| 1 | | 02/03/25 | Other | LVN | Detoxification/Withdrawal | Monitored on flow sheet | Appropriate | 0 | 0 | 0 |
| 1 | | 02/03/25 | Other | MD | Detoxification/Withdrawal | MAT evaluation, treatment for OUD | Appropriate | 0 | 0 | 0 |
| 1 | | 02/03/25 | Health Inventory | MD | Health Care Inventory | Initital health care inventory perofrmed | Appropriate | 0 | 0 | 0 |
| 1 | | 02/10/25 | Other | PA | Tuberculosis & Other Infections | PPD refused. Quantiferon pending. HCV test pending | Appropriate | 0 | 0 | 0 |
| 1 | | 02/21/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Complains of breathing difficulties and hemorrhoids with blood on toilet paper. Also joint pain. Exam is normal .BUT no reported exam of rectum.  Peak flow not determinative (poor effort?) Consulted with MD.  Lactulose prescribed. Non traumatic muscle pain protocol invoked by RN.  Ibuprofen for musculoskeletal pains. | Deficient | Exam is incomplete.  Needs rectal exam or referral to MD for further evaluation | Potentially | Uncertain diagnosis, could be thrombosed hemorrhoid or rectal fissure needing treatment.  Multiple MD visits thereafter without complaint. |
| 1 | | 02/26/25 | Chronic Care | NP | Chronic Care | Review MAT, constipatio, HTN, HCV (no virus) chronic foot pain. Lab reviewed.  Laxatives. | Appropriate | 0 | 0 | 0 |
| 1 | | 03/18/25 | Medication Renewal | MD | Pharmaceutical Administration | diversion of drug observed. Patient counseled | Appropriate | 0 | 0 | 0 |
| 1 | | 03/27/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | States swelling lower extermities. Exam shows L>R  mild lower ext edema. Is taking amlodipine. Reports 16 cups fluid daily. Plan, restrict water, lab pending. Continue amlodipine. | Appropriate | 0 | 0 | Does NP⬛ need training re amlodipine swelling. |
| 1 | | 03/31/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | Persistent edema. Water intake is same for 5 years. Lab 2/17/25 unremarkable .  Possible amoldipine effect.  Will DC and treat HTN with lisinopril | Appropriate | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 11/05/24 | Intake Screening | RN | Intake Screening | DM, amputation HTN.  FSBS 575 RX with insulin.  From states needs no referral. | Deficient | patient has chronic disease deteriorated and acutely ill.  Needs immediate sick call referral to medicine. | No Effect | Form filled out incorrectly, patient is seen for CC 11/8/24. |
| 18 | | 11/07/25 | RN Diagnostic Services | RN | Tuberculosis & Other Infections | PPD Negative but QuantiFeron positive in August 2024.  Counseling offered.  Refuses treatment for LTBI | Appropriate | 0 | 0 | 0 |
| 18 | | 11/08/25 | Chronic Care | RN | Chronic Care | Has refused labs ordered, STD screen. | Deficient | exam incomplete by telehealth connection.  No physical exam of feet, no direct opthalmoscopy. No referral for either.  FBS 485. Frequently over 400. | Adversely | uncontrolled diabetes needs on site management by MD to prevent complications including loss of vision or limbs. |
| 18 | | 11/26/24 | PCP Diagnostics Review | PA | Access to Care | Complains needs glasses.  Poorly controlled DM.  Snellen OD 20/40, OS 20/200 OU 20/40.  Refer to opthamology | Appropriate | 0 | 0 | Ideally should have direct opthalmoscopy on site at time of initial chronic care exam. Why is snellen delayed.I |
| 18 | | 11/26/25 | Health Inventory | MD | Health Care Inventory | Reviews HTN, DM, LTBI. Chronic pain.  Counseled regarding lab needed. | Appropriate | 0 | 0 | 0 |
| 18 | | 11/26/28 | Chronic Care | MD | Chronic Care | refuses blood sugar measurement, has been around 300.  Mild conjunctival injecdtion one eye.  Maxitrol drops tid for 10 days.  Increase insulin.  Return 30 days. | Deficient | Maxitrol is inappropriate treatment, see comements.  Best practice is aritbiotic ointment with no steroid.  30 day to next exam is too long. Need to verify improvement in eye, and blood sugars. | Potentially | Maxitrol not best practice:  1) no evidence of bacterial infection 2) may increase blood sugars in poorly controlled diabetic 3) increases risk of glaucoma especially before eye exam has been done. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add't'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | 12/11/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Ear pain. Seen same day as complained. Diagnosed otitis externa. Also onychomycosis of hands. Rx. Ofloxacin 3% BID x 7 days; Terbinafine po x 6 weeks. Continieu meds for DM, BP | Appropriate | | 0 | Med listss opthalmic preparation. ? What was delievered. |
| 18 | | 12/13/24 | Clinic Follow-up | MD | Access to Care | Ear, eye complains improved. | 0 | 0 | 0 | 0 |
| 18 | | 12/18/24 | Chronic Care | MD | Chronic Care | Conditions improving | Appropriate | 0 | 0 | 0 |
| 18 | | 12/31/24 | PCP Diagnostics Review | NP | Access to Care | Chronic pain. Rx lidocain patch. Vit D level removed. Rx for low (26/9) 2000 IU daily. | Appropriate | 0 | 0 | Vit D deficiency and treatment is controversial. |
| 18 | | 01/22/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Ear pain. Complaint issued 1/9/25. Evaluation incomplete. Treatment Tylenol. Bacitracin ointment for scab. | Deficient | Delayed access to care for likely chronic otitis externa with itching, needs prolonged rx with anti-fungal otic preparation. | Adversely | Insufficient treatment for typical DM complication. Leads to absess - see 2/13/25. Staff needs education. |
| 18 | | 01/29/25 | Chronic Care | NP | Chronic Care | reviewed conditions. Stable. Continue med. Return 90 days. | Appropriate | 0 | 0 | 0 |
| 18 | | 02/03/25 | Specialty Services | MD | Outside Medical Care/Referrals | Review status of replacement for BKA prostehesis | Appropriate | 0 | 0 | 0 |
| 18 | | 02/13/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | Ear pain. And external swelling. I & D of abscess | Appropriate | 0 | 0 | was preventable by adequate care for external otitis. - not provided. |
| 18 | | 02/17/25 | Clinic Follow-up | NP | Chronic Care | Follow up. Chronic care issues stable | Appropriate | 0 | 0 | 0 |
| 18 | | 03/25/25 | Specialty Services | NP | Outside Medical Care/Referrals | Waiting for orthotics appointment.. Exam unremarkable. Explained to patietnt appointment pending | Appropriate | 0 | 0 | 0 |
| 18 | | 02/13/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from optometry with report | Appropriate | 0 | 0 | 0 |
| 18 | | 02/15/25 | Emergent/Urgent Visit | RN | | Dizzy. Low blood glucose (54) sugar tablets provided. Improved. Patient ed | Appropriate | 0 | 0 | 0 |
| 18 | | 02/20/25 | Clinic Follow-up | MD | Access to Care | Ear infection improved. | Appropriate | 0 | 0 | 0 |
| 18 | | 03/27/25 | Emergent/Urgent Visit | RN | | Blood sugar 69. Glucose tablets given | Appropriate | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 12/20/24 | Intake Screening | RN | Intake Screening | 5-6 months pregnant, history of suicide attempts. Urgent (next day) medical and MH care requested . STD screening lab ordered. | Appropriate | 0 | 0 | 0 |
| 19 | | 12/23/24 | Chronic Care | NP | Chronic Care | Initial chronic care for pregnancy. Prenatal vitamins, labs ordered. Referral for OB | Appropriate | 0 | 0 | Not "next day" but reasonably prompt CC |
| 19 | | 12/23/24 | Chronic Care | MD | Detoxification/Withdrawal | Review history of OUD, suitability for MAT. Subutex prescribed. To see OB. Labs ordered priority - pr ental, QuantFeron, HIV, std. Abdominal ultrasound. Follow up 30 days | Appropriate | 0 | 0 | 0 |
| 19 | | 12/24/24 | Health Inventory | MD | Health Care Inventory | Form filled out for initial health inventory. | Appropriate | 0 | 0 | 0 |
| 19 | | 12/31/24 | Sick Call/Clinic Visit RN | RN | Access to Care | Did not feel fetus movement. Heart rate checked, normal | Appropriate | 0 | 0 | 0 |
| 19 | | 01/03/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | 7 mo. Pregant, not feeling fetal movements. No nausea or vomitting now though on occasion is nauseated. . Constipation. Heart rate checked normal. Metamucil. Zofran bid prn | Deficient | Inadequate indication for Zofran. | Potentially | Zofran not considered without risk. Disfavored unless other means of controlling nausea not effective. |
| 19 | | 01/09/25 | Specialty Services | PA | Outside Medical Care/Referrals | Ultrasound report shows normal fetus 28 wks gestation, EDD 4/1/25. | Appropriate | 0 | 0 | 0 |
| 19 | | 01/11/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Blood in stool ("a lot"), baby not moving much. FH normal. Stool sample requested. Extra mattress | Deficient | No exam performed. No PNP deployed. Should at least visually inspect for hemorroids. No orders or consultation with PCP, perhaps to check hematocrit. Zofran is not first line drug. Best practice is non pharmacologic. Or H2 blocker or ant acid. | Potentially | significant bleed not detected or treated. Protocols not followed. |
| 19 | | 01/16/25 | Sick Call/Clinic Visit RN | RN, NP | Access to Care | Nausea, wants Zofran renewed. Zofran ordered BID by        NP | Appropriate | 0 | 0 | side effects for Zofran include heart arrhytmias, severe constipation, possible increased incidence of birth defects compared to antacids, famotidine. |
| 19 | | 01/22/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | abdominal pain, nausea. Exam normal. Constipation. Stat fleet enema. Albuterol, increase DSS, Zofran. Is on Subutex. | Deficient | Zofran may aggravate patient's constipation. It is not a first line drug for mild, intermittent nausea in pregnancy | 0 | NP and PA interventions are not being reviewed by supervising/collaborating physician(s) |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add't'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | 01/23/25 | Sick Call/Clinic Visit RN | RN | Access to Care | URI. Consults Dr ▪ . Order Zyrtec, Robtussin | Appropriate | 0 | 0 | 0 |
| 19 | | 01/30/25 | Sick Call/Clinic Visit RN | RN | Access to Care | "pooping straingt blod" VS "stable" pulse 95. BP 106/71. No postural signs. | Deficient | Exam incomplete. No physical exam. No explanation for diagnosis for abdominal pain. No PNP deployed. No consultation with PCP | Potentially | Significant bleed or cause of bleeding not determined. |
| 19 | | 01/31/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from OB . Specialty report provided | Appropriate | 0 | 0 | 0 |
| 19 | | 02/12/25 | Chronic Care | NP | Chronic Care | Review pregnancy. BM hard. No other complaints. Exam normal | Appropriate | 0 | 0 | 0 |
| 19 | | 02/14/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from OB . Specialty report provided | Appropriate | 0 | 0 | 0 |
| 19 | | 02/26/25 | Chronic Care | NP | Chronic Care | Review pregnancy. Constipation and intermittent nausea. Zofran one dose. Zofran can aggravate constipation. | Deficient | inappropriate care for constipation and nausea | Potentially | not getting care in accordance with best practices. Not conferring with MD. |
| 19 | | 02/27/25 | Specialty Services | RN | Outside Medical Care/Referrals | Ultrasound report shows normal fetus 35 wks gestation, EDD 4/1/25. | Appropriate | 0 | 0 | 0 |
| 19 | | 03/04/25 | Chronic Care | NP | Chronic Care | Review pregnancy. Stable. OB note reviewed | Appropriate | 0 | 0 | 0 |
| 19 | | 03/14/25 | Specialty Services | RN | Outside Medical Care/Referrals | returned from vaginal delivery | Appropriate | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/22/25 | Intake Screening | RN | Intake Screening | OUD, IV drug abuse, alcohol abuse. Referred for MH, CC and MD sick call within 5 days. CIWA/COWS protocol. Utox POS benzo, amph, metamph, marijuana, | Appropriate | 0 | 0 | Adaptive Screen deferred, copleted 1/30/25. TB skin test refused, QuantiFeron ordered. |
| 20 | | 01/22/25 | Other | RN | Tuberculosis & Other Infections | Quantiferon ordered when refuses PPD. | Appropriate | 0 | 0 | QF negative 2/15/25 |
| 20 | | 01/23/25 | Observation Cell | RN | Detoxification/Withdrawal | COWS 5; CIWA 4 | Appropriate | 0 | 0 | need to review protocol regarding monitor frequency |
| 20 | | 01/27/25 | Observation Cell | RN | Detoxification/Withdrawal | No vital signs. | Deficient | assessment incomplete, not according to IP | Adversely | unable to assess withdrawal status. |
| 20 | | 01/30/25 | Emergent/Urgent Visit | RN | Detoxification/Withdrawal | Late entry for 19:00 1/29? Sharp chest pain, vomitting. EKG normal. PNP 1/30 reports "30 mg Subutex". Deemed low risk. | Deficient | | N/A | inaccurate report. 30 mg dose of Subutex is virtually impossible. |
| 20 | | 01/30/25 | Chronic Care | NP | Chronic Care | Poly substance use, IV drugs. Exam negative except mild elevated BP. Not eligible for MAT. Labs ordered. | Appropriate | | 0 | 0 |
| 20 | | 01/30/25 | Emergent/Urgent Visit | RN | Access to Care | Chest pain with sob, nausea. Wheezing. Sent to ED | Appropriate | 0 | 0 | UTOX in ED reveals fentanyl. Started on subutex. |
| 20 | | 01/30/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ED with recommendations for MAT, albuterol inhaler. | Appropriate | 0 | 0 | 0 |
| 20 | | 02/03/25 | Chronic Care | MD | Chronic Care | MAT evaluation, with polysubstance abuse. Fentanyl in utox. Prior history of HCV. New labs pending including repeate Trich. Will deploy tapering suboxone protocol. | Appropriate | 0 | 0 | 0 |
| 20 | | 01/30/25 | Health Inventory | NP | Health Care Inventory | history taken, includes Gastric bypass. Reports stomach pain. | Deficient | Exam incomplete. Type of gastric bypass not explained. Stomach pain not elucidated. No STD testing ordered despite history of sexual victimhood. No sex abuse form filled out. | Potentially | Incomplete exam impedes care. See 2/8/25 treatment for STD given absent information. |
| 20 | | 02/08/25 | Sick Call/Clinic Visit RN; NP | RN; NP | Access to Care | lower abdominal pain and discharge. Rx by NP order acetaminophen, Rocephin, Doxycycline. UA for HCG only neg. | Deficient | no physical exam. Incomplete history. No use of PNP form. | Adversely | Unnecesary antibiotics. See MAR, not taken as directed. See log inaccuracy |
| 20 | | 02/12/25 | Medication Renewal | MD | Pharmaceutical Administration | Patient has not been taking doxycline 2/8-2/11 doses. | Deficient | Should see PCP to review non compliance - drug probably not needed | Adversely | side effects from antibiotics include vaginal moniliasis. |
| 20 | | 02/13/25 | Chronic Care | MD | Chronic Care | review need for MAT, Also HCV + with substantial viral load, June 2024 lab shows iron deficiency. Resume iron supplement. Need minimum stay in jail to treat HCV. Plan: naltrexone, follow up after release for HCV Rx. | Appropriate | 0 | 0 | Dr ▪ should note inappropriate Rx with Rocephin, Doxy 2/8/25 and provide staff training/oversight. Lab report 2/15/25 confirms HCV and liver dysfunction. |
| 20 | | 02/18/25 | Sick Call/Clinic Visit RN | RN | Access to Care | PNP form for musculo skeletal non-traumatic. Should use form for back pain. UA negative. Exam of back unremarkable. | Deficient | Wrong PNP form. Form used is incomplete. Does not address IV drug use. | Potentially | patient at high risk for epidural abscess due to IV drugs. Unless RN is certain about diagnosis, rx without PCP approval exceeds scope of practice. |

**Monterey County Jail Health Care Monitoring Audit**
**Physician Auditor's Clinical Case Review Findings - List of All Encounters**

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | 03/28/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | reports retained tampon in vagina x 2 days. History reviewed. Full exam, including pelvic done. Negative. Lab reviewed. Will repeat tomorrow. | Appropriate | 0 | 0 | 0 |
| 20 | | 04/04/25 | Hospital Transfer | RN | Continuity of Care After Release | Is transferred to another jail with no notice on form about chronic hepatitis C, or substance abuse. | Deficient | What is "attached" is not clear in the EMR. | Potentially | If jail not aware of hepatitis C, may miss opportunity to treat. Lab test at MCJ (Necroinflammation Activity Score 0.23) shows mild disease amenable to treatment. |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 09/26/24 | Intake Screening | RN | Intake Screening | No medical or MH issues. VS normal.  No referral | Appropriate | 0 | 0 | 0 |
| 21 | | 09/26/24 | Other | RN | Tuberculosis & Other Infections | Negative test in 8/30/34.  No need for PPD | Appropriate | 0 | 0 | 0 |
| 21 | | 10/17/24 | Health Inventory | R | Health Care Inventory | Form filled. No medical conditions identified. | Deficient | STD screening not ordered | 0 | 0 |
| 21 | | 10/17/24 | Sick Call/Clinic Visit RN | R | Access to Care | Shoulder pain after injury.  Exam normal.  Ibuprofen per PNP | Appropriate | 0 | 0 | 0 |
| 21 | | 10/24/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Persistent low back pain after MVA,  Lumbar spine  X ray orderd | Appropriate | 0 | 0 | 0 |
| 21 | | 10/25/24 | Specialty Services | NP | Outside Medical Care/Referrals | X ray purportedly completed 10/25. | Deficient | no X ray in the EMR.  No follow up regarding back pain | 0 | 0 |
| 21 | | 11/08/25 | Sick Call/Clinic Visit PCP | MD | Access to Care | Consulted regarding ear pain, telephone order for Naprosyn | Deficient | No exam, no follow up | 0 | 0 |
| 21 | | 11/18/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Ear pain, swelling in canal.  ? Performated TM.  Rx Amoxicillin | Appropriate | 0 | 0 | Better care is topical for otitis externa Ciprodex |
| 21 | | 11/26/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | Ear pain, swelling in canal.  Not better from Amoxicillin.  Rx Cipro | Appropriate | 0 | 0 | Plan is insufficient, Evident otitis externa.  Needs topical. Should be reviewed by consulting MD |
| 21 | | 12/13/24 | Sick Call/Clinic Visit PCP | NP | Access to Care | stuffy ears.  Cerument impacted.  Deborx | Appropriate | 0 | 0 | 0 |
| 21 | | 01/22/25 | Sick Call/Clinic Visit RN | RN | Access to Care | URI, Tension HA.  Rx per PNP | Appropriate | 0 | 0 | 0 |
| 21 | | 03/28/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Anxiety  4/10 neck pain. Exam negative. Call to     - orders ibuprofen 400 BID .  MH referral | Appropriate | 0 | 0 | Ibuprofen is essentially placebo. Does see MH |
| 21 | | 03/30/25 | Emergent/Urgent Visit | RN | Access to Care | Victim of assualt.  Sent to hospital | Appropriate | 0 | 0 | Stabbing fatal. |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 5:13-cv-02354-BLF    Document 970-1    Filed 06/27/25    Page 57 of 139
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 02/05/25 | Intake Screening | RN | Intake Screening | Post jail clearance for MVA. Denies medical issues. Sent to GP, routine medical follow | Appropriate | 0 | 0 | 0 |
| 22 | | 02/05/25 | Other | RN | Tuberculosis & Other Infections | No testing done at admission, but chest X ray negative at jail check, and neg QuantiFeron 3/9/25 | Appropriate | 0 | 0 | 0 |
| 22 | | 02/12/25 | Health Inventory | NP | Health Care Inventory | Timely health care inventory, lab ordered | Appropriate | 0 | 0 | 0 |
| 22 | | 02/25/25 | Sick Call/Clinic Visit RN | NP | Access to Care | Patient complains nausea, dizzyness.  Prescribe fiber tabs, increase fluids, exercise. | Deficient | No physical exam documented. No PNP form for nausea, dizziness.  Urine ordered 2/27/25.  Associated visit not documented. | Adversely | symptoms of pregnancy, but diagnosis delayed. UA 2/27/25 HCG positive. . |
| 22 | | 02/28/25 | Chronic Care | NP | Chronic Care | Pregnancy, first visit. Refer to OB. Prenatal vitamins | Appropriate | 0 | 0 | 0 |
| 22 | | 03/05/25 | Specialty Services | NMC | Outside Medical Care/Referrals | Initial prenatal visit. | Appropriate | 0 | 0 | 0 |
| 22 | | 03/30/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Follow up early pregnancy | Appropriate | 0 | 0 | 0 |
| 22 | | 04/09/25 | Specialty Services | RN | Outside Medical Care/Referrals | Review OB care, instructions for 13 wk pregnancy, lab to be done. | Appropriate | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | 01/00/00 | 0 | | 0 | 0 | | 0 | 0 | 0 |
| 22 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 03/05/25 | Intake Screening | RN | Intake Screening | 69 yo. DM, HTN. Hyperlipidemia. Referred for routine CC. BS 115 | Deficient | Meds from prison - lisinopril, atorvastatin, not continued for 10 days after admission. | Potentially | CC visit requested at intake not scheduled for few weeks, and then refused. |
| 23 | | 03/07/25 | Sick Call/Clinic Visit | RN | Access to Care | Patient reports sudden loss vision, heart attack. Pulse 110. Seen by PCP on video. Billegerent. Heart sounds regular, lungs clear. EKG ordered stat | Appropriate | 0 | 0 | Exam documented by telemedicine provider is sufficient. I did not see EKG. |
| 23 | | 3/13/258/202 5 | Emergent/Urgent Visit | RN | Access to Care | Reports diffuse 10/10 pain. Patient refuses to describe pain or location. VS normal. Discussed with PCP, EKG obtained. Order for Tylenol, ibuprofen. | Appropriate | 0 | 0 | 0 |
| 23 | | 04/04/25 | Chronic Care | NP | Chronic Care | Visit rescheduled after refusal 3/28/25, with HTN. BS ranges 120-130. Continue BP meds, metformin pending lab results. Orders snellen to determine need for glasses. | Deficient | CC visit delayed, even when considering refusal on 3/28/25. Without lab tests to confirm kidney funciton, and with controlled BS below 150, Metformin prescribed at 2000 mg is not best chronic care practice. Should do eye exam for DM, and foot exam. Or send to optometist/podiatris. | Potentially | Metformin dose is high. NP should be counseled. and exposes patient unnecessarily to risk of harm. |
| 23 | | 04/04/25 | Health Inventory | NP | Health Care Inventory | form used. STD screening not ordered. | Deficient | Lab tests purportedly ordered not done. | Potentially | age 69, lab tests very important especially with meds. Patient sent to hosptial 4/5/25 after fall. |
| 23 | | 04/09/25 | Emergent/Urgent Visit | | Outside Medical Care/Referrals | Returned from emergency room after visit for fall. Reportedly normal head CT. | Deficient | No records returned with patient to confirm CT exam, or show results of any blood tests | Potentially | uncertain if patient is medically stable. |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 23 | | 01/00/00 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| 24 | | 01/14/25 | Intake Screening | ? | Intake Screening | no intake | Deficient | No intake | Potentially | Uncertain condition, or plan for CC, etc. Patient had MI in Sept 2024. |
| 24 | | 01/14/25 | Observation Cell | RN | Detoxification/Withdrawal | CIWA score 0 | Appropriate | 0 | 0 | 0 |
| 24 | | 01/19/25 | Sick Call/Clinic Visit | RN | Access to Care | PNP followed for non trauma muscle pain. Tylenol | Appropriate | 0 | 0 | atypical chest pain possibly cardiac, not discerned at this time. |
| 24 | | 01/30/25 | Chronic Care | RN | Chronic Care | history of HTN, hyperlipidemia. Labs ordered, EKG. . | Appropriate | 0 | 0 | CAD not appreciated. Understandable. Presentation atypical, young. EKG 2/4/25 was not remarkable. |
| 24 | | 02/07/25 | Emergent/Urgent Visit | RN | Access to Care | Chest pain 4/10, intermittent since morning. VS normal. Exam unremakralbe. Continue Tylenol. Avoid aggravating activities | Appropriate | 0 | 0 | |
| 24 | | 02/25/25 | Chronic Care | MD | Chronic Care | Review lab, HCV resolved. Exam normal. On Vit D | Appropriate | 0 | 0 | probably does not need Vit D. No lab to support. |
| 24 | | 03/01/25 | Emergent/Urgent Visit | RN | Access to Care | Chest pressure, tightness. Sent to ed | Appropriate | 0 | 0 | |
| 24 | | 03/04/25 | Specialty Services | NP | Outside Medical Care/Referrals | Returned from ED with report after chest pain. Determined to be chest wall pain. Stable. Continue meds. | Appropriate | 0 | 0 | |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 03/16/25 | Other | DP | Continuity of Care After Release | Discharge planning documented. | Appropriate | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 02/20/25 | Intake Screening | RN | Intake Screening | 45 YO male appears intoxicated, unkempt. Acknowledges alcohol abuse without specifying amounts. Custody to determine housing. CIWA protocol. Next day psychiatry. Next day chronic care. | Deficient | Patient is acutely ill. Patient needs clearance at hospital unless instructed by PCP otherwise. IP does not allow for next day PCP or MH determination of fitness for admission visit in this circumstance. | Potentially | Patient could have life threatening delirium due to toxic ingestion, metabolic derangment, mental illness, infections or trauma. Diagnosis is beyond scope of RN practice. |
| 25 | | 02/21/25 | Observation Cell | RN | Detoxification/Withdrawal | VS documented once in 24 hours stay. | Deficient | VS are required every 8 hours. | Potentially | released at 2100 but should have at least 2 VS readings. |
| 25 | | 02/22/25 | Intake Screening | RN | Intake Screening | Readmission without a day, use abbreviated screening. Pulse 119. Appears intoxicated, incoherent. History of prior tremors fro withdrawal. Sent to GP referred for routine MH and CC. | Deficient | Patient is acutely ill. Pulse above 110. Patient needs clearance at hospital unless instructed  otherwise after face to face by PCP, or fully informend and documented PCP assessment. IP does not allow for next day PCP or MH determination of fitness for admission visit in this circumstance. | Potentially | Patient could have life threatening delirium due to toxic ingestion, metabolic derangment, mental illness, infections or trauma. Diagnosis is beyond scope of RN practice. Requested PCP exam on 2/25/25 is negative |
| 25 | | 02/22/25 | Other | RN | Tuberculosis & Other Infections | TB screening reportS PPD SONE 2/20/25. No reading in chart. But negative test documented in August 2024. | Deficient | is due for repeat PPD notwithstanding August 2024 - more than 3 months prior | Potentially | TB is on rise in California. |
| 25 | | 02/24/25 | Observation Cell | RN | Detoxification/Withdrawal | Monitored BID, with elevated pulse. CIWA score low. | Deficient | Protocol requires VS every 8 hours. | Potentially | early signs of DT may be missed if VS not monitored closely. |
| 25 | | 02/28/25 | Chronic Care | NP | Chronic Care | Visit refused. No entry in the EMR | Deficient | Some assessment regarding clinical status can be made by cell visit or at least reference to medical record. | Potentially | Refusal form is incomplete. No orders issued for lab testing. |
| 25 | | 02/28/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Reports nausea, abdominal pain. Presumed withdrawal symptoms. Pulse 124. CIWA score 11. NP contacted, orders CIWA protocol. | Deficient | No evident physical exam performed to explain abdominal pain, and elevated pulse. RN PNP requires examination to fully inform NP about patient condition. | Potentially | Acutely elevated pulse and abodminal pain may have many causes that need acute therapy including pancreatitis, peptic ulcer, heart disease, infection. |
| 25 | | 03/01/25 | Observation Cell | RN | Detoxification/Withdrawal | Pulse 134. Physical exam is negative. PCP and MD contacted. Continue CIWA protocol and also synthetics. | Appropriate | 0 | 0 | 0 |
| 25 | | 03/01/25 | Emergent/Urgent Visit | RN | Access to Care | Continues to complaint of pain, all over. Pulse 127. BP 166/108. Sent to ED with concern re rhabdomyolysis | Appropriate | 0 | 0 | 0 |
| 25 | | 03/02/25 | Specialty Services | RN | Outside Medical Care/Referrals | Sent with form. Extensive Radiology scans, and lab in ED remarkable for mildly elevated LFT. ED recommends jail medical provider evaluation in next one or two days. | Appropriate | 0 | 0 | 0 |
| 25 | | 03/04/25 | Chronic Care | NP | Chronic Care | Follow up from ED visit. ED note reviewed. No abnormal findings except small calcification 5mm right hepatic lobe. Notes orders for antibiotics and opioid. Orders Augmentin. IS scheduled for release in few days | Deficient | NP misreads the ED note, and cannot state any disease for which Augment is prescribed. In fact, the note only stated that he used to take Augmentin. | Adversely | Wrong medication given, and continued after release. Can have deleterious effects. Concern over 5mm calcification is misguided. |

Case 5:13-cv-02354-BLF    Document 970-1    Filed 06/27/25    Page 60 of 139
Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 03/04/25 | Medication Renewal | NP | Continuity of Care After Release | Supply of antibiotic called into pharmacy. | Deficient | Patient released with prescription for drug not supposed to be taking. | Adversely | Wrong medication given, and continued after release. |
| 25 | | 03/08/25 | Intake Screening | RN | Intake Screening | Readmission using abbreviated form. Described as insensible and incoherrent. P:ulse 120. Sent to GP.  Med, MH in 5 + days. | Deficient | Abnormal vital sign not reported to PCP; Immediae evaluation for abnormal mental status and VS is required by  IP, by jail clearance or direct PCP immediate evaluaion | Potentially | Possible dlierium unattended can be fatal.  Potention diagnoses not yet considered include hyperthyroid. Also STD screening not yet done. |
| 25 | | 03/12/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Rib pain following old MVA.  Exam unremarkable.  NP orders NSAID. | Appropriate | 0 | 0 | 0 |
| 25 | | 03/16/25 | Health Inventory | NP | Health Care Inventory | Timely inventory (within 2 weeks) includes order for STD screening. | Deficient | STD screening ordered is not done.  No refusal in EMR.  Thyroid not tested | Potentially | Patient has been delusional, psychotic.  Differential diagnoses not yet explored include untreated hyperthyroidism, tertiary syphillis. |
| 25 | | 03/28/25 | Sick Call/Clinic Visit RN | RN | Access to Care | URI symptoms, evaluated and treated per PNP. | Appropriate | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 02/24/25 | Intake Screening | RN | Intake Screening | Diabetes, Meth abuse daily. Depression, ADHD. FBS 356.  No med history, states is non compliant. Homeless.  Unable to void for UTOX.  GP with routine MH eval, routine CC (5+ days) | Deficient | homeless, meth abuse, DM poor control needs immediate medical attention, not 5+ days | Potentially | uncertain |
| 26 | | 02/24/25 | Observation Cell | RN | Detoxification/Withdrawal | Stable vital signs, no clinical alarm | Appropriate | 0 | 0 | 0 |
| 26 | | 02/26/26 | RN Diagnostic Services | RN | Intake Screening | Negative PPD | Appropriate | 0 | 0 | 0 |
| 26 | | 02/28/25 | Chronic Care | NP | Chronic Care | Refuses chronic care. Reschedule 30 day | Deficient | No documented informed refusal, or attempted conversation with PCP | Adversely | Poorly managed DM leads to ED visit. |
| 26 | | 03/01/25 | Observation Cell | RN | Detoxification/Withdrawal | Refuses VS. Other observations unremarkable | Appropriate | 0 | 0 | 0 |
| 26 | | 03/01/25 | Emergent/Urgent Visit | RN | Access to Care | reports dizzy, BS 485,diaphoretic.  Insulin administered unable to give IV fluids. Send to ED | Appropriate | 0 | 0 | 0 |
| 26 | | 03/01/25 | Specialty Services | RN | Outside Medical Care/Referrals | Return same day after insulin, IV fluids.  Recommend follow up with MD in 1 or 2 days. HgbA1 over 14 | Appropriate | 0 | 0 | patient refuses follow up with Dr. 3/3/25. |
| 26 | | 03/04/25 | Emergent/Urgent Visit | RN | Access to Care | Fell off bunk. BS is over 500. Sliding scale lantus administered. Small cut on forehead, exam otherwise unremarkable.  X ray ordered for ribs, follow up with PCP. Tylenol PRN | Appropriate | | No Effect | Reasonable management since patient recently in hospital. Rib X ray negative. |
| 26 | | 03/05/25 | RN Diagnostic Services | RN; PA | Access to Care | BS over 400 after giving insulin.  Consultation with telehealth PA.  Gives 14 units regular, check  back in 2 hours. | Appropriate | Attention by PCP telehealth insufficient.  Needs IV fluids and PCP eval. | N/A | Reasonable management since recently in hospital |
| 26 | | 03/06/25 | Emergent/Urgent Visit | RN | Access to Care | bs 563.  Sent to ED for evaluation. | Appropriate | | 0 | 0 |
| 26 | | 03/07/25 | Specialty Services | MD | Outside Medical Care/Referrals | Review ED note, patient non compliant with recommended DM care.  Will place in infirmary, obtain MH consultation | Appropriate | | 0 | 0 |
| 26 | | 03/11/25 | Health Inventory | MD | Health Care Inventory | Timely health inventory, lab ordered. Patient uncooperative.  Education given regarding non compliance risks. | Appropriate | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 02/25/25 | Intake Screening | RN | Intake Screening | no reported medical conditions aside from cannabis habituation. Housed GP, referred for routine CC eval. | | 0 | 0 | 0 |
| 27 | | 02/28/25 | Chronic Care | NP | Chronic Care | Review of patient complaining of intermittent nausea since 2021. Has been purportedly diagnosed as "cyclical nausea" without root cause. Takes Zofran PRN. Rx issued. | Appropriate | 0 | 0 | Cyclic vomiting syndrome = CVS, can be caused by chronic cannabis, and resolves with cessation. |
| 27 | | 02/28/25 | Health Inventory | NP | Health Care Inventory | History and exam per CC. STD screening, lab pending | Appropriate | 0 | 0 | 0 |
| 27 | | 02/27/25 | RN Diagnostic Services | RN | Tuberculosis & Other Infections | ppd negative | Appropriate | 0 | 0 | 0 |
| 27 | | 03/01/25 | Emergent/Urgent Visit | RN | Access to Care | sent to hospital for 10/10 abdominal pain and intractable vomiting. | Appropriate | 0 | 0 | 0 |
| 27 | | 03/02/25 | Specialty Services | NP | Outside Medical Care/Referrals | Returned from ED, with report. Gastritis in association with CVS, possibly cannabis induced. Continue Rx with Zofran, famotidine | Appropriate | 0 | 0 | 0 |
| 27 | | 03/08/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Vomiting. Reviewed with telehealth MD. Better after Zofran IM | Appropriate | 0 | 0 | 0 |
| 27 | | 03/11/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Follow up from ED., CVS management. Continue meds, diet ordered. | Appropriate | 0 | 0 | 0 |
| 27 | | 03/25/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Follow up from ED., CVS management. Change from Zofran to Meclizine | Appropriate | 0 | 0 | Note by PA▓▓ approriately notes patient may have cannabis hyperemisis (CHS). TO be discussed in huddle. |
| 27 | | 03/25/25 | Chronic Care | NP | Chronic Care | Exam, labs reviewed. Patient improved. Using meclizine instead of Zofran. | Appropriate | 0 | 0 | Might update Problem list to CHS - seems likely since improved with cessation in jail. |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Monterey County Jail Health Care Monitoring Audit
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add't'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/02/25 | Intake Screening | RN | Intake Screening | No medical conditions apparent on Intake | Appropriate | 0 | 0 | 0 |
| 28 | | 01/26/25 | Intake Screening | RN | Intake Screening | Jail cleared.  No medical conditions. No referral. | Appropriate | 0 | 0 | 0 |
| 28 | | 01/26/25 | RN Diagnostic Services | RN | Tuberculosis & Other Infections | TB confirmed negative PPD November | Appropriate | 0 | 0 | 0 |
| 28 | | 02/05/25 | Health Inventory | RN | Health Care Inventory | Form used.  STD screening not noted, but is done | Appropriate | 0 | 0 | 0 |
| 28 | | 03/02/25 | Emergent/Urgent Visit | NP | Access to Care | Acute ankle injury, unable to bear weight. Sent to ED for x RAY | Appropriate | 0 | 0 | X ray negative. Diagnosis is spreain, returned |
| 28 | | 03/02/25 | Specialty Services | NP | Outside Medical Care/Referrals | Reviewed care in ED.  Continue immobilizer for sprain | Appropriate | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 12/26/25 | Specialty Services | RN | Outside Medical Care/Referrals | Achilles tendon tear, need MRI before deciding further treatment. | Deficient | . Patient access to othropedic specialist after injury on 9/14/24 was delayed.  A full speciality report didi not accompany patient. The MRI rquested was done 1/23/25 but not reported to MCJ until 3/6/25. | Adversely | delayed treatment has reduced likelihood of optimal outcome. |
| 29 | | 01/07/25 | Specialty Services | MD | Outside Medical Care/Referrals | Returned from GI referral with recommendations for lab, ultrasound, continue tenofivir. | Deficient | tests were not performed for 3 weeks, and did not include requested studies for quantitative B DNA and quantitative D RNA. | Potentially | Optimal patient therapy relies on results of quantitative study. Dearly detection o f Hepatitis D is very important to prevent liver failure. |
| 29 | | 01/24/25 | Specialty Services | MD | Outside Medical Care/Referrals | Patient returned from MRI on 1/23/25 with no report. | Deficient | No apparent effort being made to obtain MRI results. Orthopedic followup is delayed. | Adversely | delayed treatment has reduced likelihood of optimal outcome. |
| 29 | | 02/18/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from radiology, US results shows extesive hepatic fibrosis.  Report issued 2/25/25 | Appropriate | 0 | 0 | Delayed reporting of study, does not affect treatment. |

**Monterey County Jail Health Care Monitoring Audit**
Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Addt'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | 02/24/25 | Sick Call/Clinic Visit PCP | NP | Access to Care | Nose bleed. Has occurred before. Pressure applied, stops bleeding. DC NSAID. Rx Tylenol 2 grams daily. | Appropriate | 0 | 0 | Correct to stop the Meloxicam. Tylenol should be used carefully. 2 grams is max dose for patients with hepatic disease. |
| 29 | | 03/07/24 | Specialty Services | RN | Outside Medical Care/Referrals | Return from ortho with recommendation for Physical Therapy | Appropriate | 0 | 0 | full ortho report not in the EMR. |
| 29 | | 03/07/25 | Chronic Care | NP | Chronic Care | Multiple issues reviewed. Nose bleed stable. Ankle injury scheduled for PT. Complaint re thumb reviewed. Plan to avoid NSAIDS to reduce risk of nose bleeds. | Appropriate | 0 | 0 | Unclear how patient is prescribed ibuprofen by PA ___ 3/15 - 3/21/25 |
| 29 | | 03/15/25 | Emergent/Urgent Visit | RN | Access to Care | Gash left eyebrow after altercation. Sent to ED | Appropriate | 0 | 0 | 0 |
| 29 | | 03/15/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from ED after laceration repair | Appropriate | 0 | 0 | 0 |
| 29 | | 03/17/25 | Chronic Care | NP | Chronic Care | Reviewed conditions. Stable. Except nose bleed three time. Referred to ENT. | Appropriate | 0 | 0 | 0 |
| 29 | | 03/27/25 | Health Inventory | MD | Health Care Inventory | "6 month  Physical" Condition and meds reviewed. Notes patient is on Meloxicam 7.5 mg bid - started by NP ___ ?. Has frequent epistaxis, scheduled for ENT.  Serious liver disease, to see GI in follow up.  PT for achilles tendon tear. | Deficient | Meloxicam is contraindicated in patients with serious liver disease. Also, NSAIDS had been wisely stopped to reduce risk of nose bleed. | Adversely | Meloxicam may damage liver, and puts patient at risk for fulminant hepatitis. |
| 29 | | 03/28/25 | Specialty Services | PT | Outside Medical Care/Referrals | Full report of PT offered for Achilles tendon strain, also detects thumb subluxation. | Appropriate | 0 | 0 | 0 |
| 29 | | 04/09/25 | Chronic Care | NP | Chronic Care | Reviewed conditions.  Continue current care | Deficient | no notice taken of Meloxicam prescribed, despite plan in past by this PCP to not give NSAID | Adversely | NSAIDS increase risk of nose bleed, and contraindicated in liver disease. Did NP not look at medications taken? |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/09/25 | Medication Renewal | MD | Pharmaceutical Administration | Cardioversion done.  Medications held without apparent reason upon return from specialty care. | Deficient | No PCP contact in the EMR to explain or correct | Adversely | Successful cardioversion on 1/9/25 reverts o AF witout continued amiodarone |
| 30 | | 1/14/2025 | Specialty Services | MD | Outside Medical Care/Referrals | Review of cardioversion.  Full records of 1/9/25 specialty encounter not in EMR. | Deficient | Specialty progress notes not timely provided. | Potentially | Should be communicating with specialist. Delayed reinstitution of needed meds undermines cardioversion. See 1/15/25 note. |
| 30 | | 01/15/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from cardiology visit.  Request repeat cardioversion in one month. | Appropriate | 0 | 0 | 0 |
| 30 | | 01/22/25 | Chronic Care | NP | Chronic Care | Review chroinc medical conditions. Also has left upper back furuncle. Warm compress, Amoxicillin. Repeat cardioversion pending. Lab ordered | Appropriate | 0 | 0 | would be good idea to check FBS when patient has infection. |
| 30 | | 01/29/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Reports visit by NP ___ in infirmary. Prescribed Doxyclinox for infected cyst | Appropriate | 0 | 0 | NP ___ need to place progress note in EMR to document treatments prescribed. |
| 30 | | 02/12/25 | Sick Call/Clinic Visit RN | RN | Access to Care | Dizzy, diaphoresis.  Improved after water with electrolytes. Observed in infirmary 2 hours. | Appropriate | 0 | 0 | 0 |
| 30 | | 02/14/25 | Clinic Follow-up | MD | | Infection in back reviewed. Healed. | Appropriate | 0 | 0 | 0 |
| 30 | | 02/20/25 | Specialty Services | RN | Outside Medical Care/Referrals | Returned from cardioversion. To continue meds | Appropriate | 0 | 0 | 0 |
| 30 | | 02/21/25 | Specialty Services | RN | Outside Medical Care/Referrals | returned from podiatry with paper work | Appropriate | 0 | 0 | 0 |
| 30 | | 03/05/25 | Specialty Services | RN | Outside Medical Care/Referrals | Cardiology report rerturns with patient. AF has returned after two cardioversions.  Asks to reduce amiodarone and schedule for ablation. | Appropriate | 0 | 0 | 0 |
| 30 | | 03/08/25 | Chronic Care | NP | Chronic Care | review chroinc atrial fibrillation, heart failure. Will schedule ablation as requested | Appropriate | 0 | 0 | Chart has typo error? "Afib has resolved," should state has recurred.. |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Monterey County Jail Health Care Monitoring Audit**

Physician Auditor's Clinical Case Review Findings - List of All Encounters

| Case Number | ID Number | DATE of Encounter | TYPE of Encounter | Provider's Name | Medical Quality Indicator | Description of Provider's Action | Provider Action(s) Appropriate/ Deficient | Description of Deficiency | Effect of Action/Inaction No Effect/ Adversely/Potentially | Add't'l Comments or Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | | 01/00/00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Summary
## Percentage of Compliance of Encounters by Medical Quality Indicator

| | Medical Quality Indicator | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance |
|---|---|---|---|---|---|
| 1 | Intake Screening | 14 | 7 | 7 | **50.0%** |
| 2 | Access to Care | 24 | 12 | 12 | **50.0%** |
| 3 | Chronic Care | 13 | 7 | 6 | **53.8%** |
| 4 | Health Care Inventory | 12 | 8 | 4 | **66.7%** |
| 5 | Continuity of Care After Release | 14 | 7 | 7 | **50.0%** |
| 6 | Outside Medical Care/Referrals | 10 | 3 | 7 | **30.0%** |
| 7 | Detoxification/Withdrawal | 8 | 6 | 2 | **75.0%** |
| 8 | Tuberculosis & Other Infections | 14 | 5 | 9 | **35.7%** |
| 9 | Pharmaceutical Administration | 6 | 5 | 1 | **83.3%** |
| | **Totals** | **115** | **60** | **55** | **52.2%** |

| MCI | Auditor Name: | Audit Review Period: Month/Year - Month/Year |
|---|---|---|

## CHAPTER 1. INTAKE SCREENING

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 1.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.2 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.6 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.8 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.13 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.14 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.15 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 2. ACCESS TO CARE

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 2.1 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 2.2 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| 2.3 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant |
| 2.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant |
| 2.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant |
| Overall Encounter Rating | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate |

## CHAPTER 3: CHRONIC CARE

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 3.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.3 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 4: HEALTH CARE INVENTORY

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 4.1 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.3 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 5.1 | Compliant | | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.3 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.4 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 6: OUTSIDE MEDICAL CARE/REFERRALS

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 6.1 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.3 | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 7: DETOXIFICATION/WITHDRAWAL

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 7.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 8: TB AND OTHER INFECTIONS

| ID # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 8.3 | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 8.5 | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 9: PHARMACEUTICAL ADMINISTRATION

| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
| 9.5 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Compliant | Compliant | Compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Summary
## Percentage of Compliance of Questions/Quality Measures by Medical Quality Indicator

| | Medical Quality Indicator | Quality Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 210 | 94 | 12 | 104 | 88.7% |
| 2 | Access to Care | 128 | 85 | 33 | 10 | 72.0% |
| 3 | Chronic Care | 52 | 29 | 11 | 12 | 72.5% |
| 4 | Health Care Inventory | 36 | 26 | 10 | 0 | 72.2% |
| 5 | Continuity of Care After Release | 56 | 15 | 12 | 29 | 55.6% |
| 6 | Outside Medical Care/Referrals | 40 | 16 | 10 | 14 | 61.5% |
| 7 | Detoxification/Withdrawal | 96 | 32 | 4 | 60 | 88.9% |
| 8 | Tuberculosis & Other Infections | 70 | 28 | 9 | 33 | 75.7% |
| 9 | Pharmaceutical Administration | 18 | 6 | 1 | 11 | 85.7% |
| | Totals | 706 | 331 | 102 | 273 | 76.4% |

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| 2 | Access to Care | 2.6 | 1 | 0 | 0 | 100.0% | |
| | | 2.7 | 1 | 0 | 0 | 100.0% | |
| | | 2.8 | 1 | 0 | 0 | 100.0% | |
| | | 2.9 | 1 | 0 | 0 | 100.0% | |
| | | 2.10 | 1 | 0 | 0 | 100.0% | |
| 8 | TB and Other Infections | 8.6 | 1 | | 0 | 100.0% | |
| 9 | Pharmacetuical Administration | 9.1 | 1 | 0 | 0 | 100.0% | |
| | | 9.2 | 1 | 0 | 0 | 100.0% | |
| | | 9.3 | 1 | 0 | 0 | 100.0% | |
| | | 9.4 | 1 | 0 | 0 | 100.0% | |
| | | 9.8 | 1 | 0 | 0 | 100.0% | |
| | | 9.9 | 1 | 0 | 0 | 100.0% | |
| | | 9.10 | 1 | 0 | 0 | 100.0% | |
| 10 | CFMG Staffing | 10.1 | 3 | 0 | 0 | 100.0% | |
| | | 10.2 | 2 | 0 | 0 | 100.0% | |
| | | 10.3 | 3 | 0 | 0 | 100.0% | |
| | | 10.4 | 1 | 2 | 0 | 33.3% | |
| | | 10.5 | 1 | 0 | 0 | 100.0% | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCJ | Auditor Name: | | Audit Review Period: Month/Year - Month/Year | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Quality Indicator | QI# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Totals** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | Intake Screening | 1.1 | 14 | 14 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.2 | 14 | 2 | 3 | 9 | 40.0% | 4 | 1 | 1 | 2 | 50.0% | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 1 | 1 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.3 | 14 | 14 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.4 | 14 | 5 | 2 | 7 | 71.4% | 4 | 3 | 0 | 1 | 100.0% | 4 | 1 | 1 | 2 | 50.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.5 | 14 | 9 | 2 | 3 | 81.8% | 4 | 4 | 0 | 0 | 100.0% | 4 | 0 | 1 | 3 | 0.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.6 | 14 | 12 | 1 | 1 | 92.3% | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.7 | 14 | 0 | 0 | 14 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.8 | 14 | 7 | 1 | 6 | 87.5% | 4 | 4 | 0 | 0 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 3 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.9 | 14 | 10 | 0 | 4 | 100.0% | 4 | 3 | 0 | 1 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.10 | 14 | 1 | 2 | 11 | 33.3% | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 1 | 1 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.11 | 14 | 5 | 0 | 9 | 100.0% | 4 | 3 | 0 | 1 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 1 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.12 | 14 | 1 | 0 | 13 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.13 | 14 | 0 | 1 | 13 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.14 | 14 | 0 | 0 | 14 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 1.15 | 14 | 14 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 2 | Access to Care | 2.1 | 24 | 23 | 1 | 0 | 95.8% | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 4 | 4 | 0 | 0 | 100.0% |
| | | 2.2 | 24 | 22 | 2 | 0 | 91.7% | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 4 | 0 | 0 | 100.0% |
| | | 2.3 | 24 | 15 | 9 | 0 | 62.5% | 4 | 3 | 1 | 0 | 75.0% | 2 | 2 | 2 | 0 | 50.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 1 | 3 | 0 | 25.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 1 | 3 | 0 | 25.0% |
| | | 2.4 | 24 | 16 | 8 | 0 | 66.7% | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 1 | 3 | 0 | 25.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 3 | 1 | 0 | 75.0% |
| | | 2.5 | 32 | 9 | 13 | 10 | 40.9% | 4 | 3 | 0 | 1 | 100.0% | 5 | 1 | 1 | 3 | 50.0% | 5 | 2 | 2 | 1 | 50.0% | 7 | 0 | 4 | 3 | 0.0% | 6 | 1 | 3 | 2 | 25.0% | 5 | 2 | 3 | 0 | 33.3% |
| 3 | Chronic Care | 3.1 | 13 | 12 | 1 | 0 | 92.3% | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 3.2 | 13 | 0 | 1 | 12 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% | 1 | 0 | 0 | 1 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 3.3 | 13 | 9 | 4 | 0 | 69.2% | 4 | 2 | 2 | 0 | 50.0% | 4 | 3 | 1 | 0 | 75.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 3.4 | 13 | 8 | 5 | 0 | 61.5% | 4 | 3 | 1 | 0 | 75.0% | 4 | 3 | 1 | 0 | 75.0% | 1 | 0 | 1 | 0 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 4 | Health Care Inventory | 4.1 | 12 | 9 | 3 | 0 | 75.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 4.2 | 12 | 8 | 4 | 0 | 66.7% | 4 | 3 | 1 | 0 | 75.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 3 | 1 | 0 | 75.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 4.3 | 12 | 9 | 3 | 0 | 75.0% | 4 | 3 | 1 | 0 | 75.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 4 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 5 | Continuity of Care after Release | 5.1 | 14 | 4 | 3 | 7 | 57.1% | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 1 | 1 | 2 | 50.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 5.2 | 14 | 5 | 2 | 7 | 71.4% | 4 | 2 | 2 | 0 | 50.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 5.3 | 14 | 3 | 3 | 8 | 50.0% | 4 | 2 | 2 | 0 | 50.0% | 4 | 1 | 1 | 2 | 50.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 5.4 | 14 | 3 | 4 | 7 | 42.9% | 4 | 2 | 2 | 0 | 50.0% | 4 | 1 | 1 | 2 | 50.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6 | Outside Medical Care Referrals | 6.1 | 10 | 5 | 3 | 2 | 62.5% | 4 | 1 | 1 | 2 | 50.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 6.2 | 10 | 6 | 4 | 0 | 60.0% | 4 | 2 | 2 | 0 | 50.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 6.3 | 10 | 0 | 2 | 8 | 0.0% | 4 | 0 | 2 | 2 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | | 6.4 | 10 | 5 | 1 | 4 | 83.3% | 4 | 3 | 0 | 1 | 100.0% | 2 | 0 | 1 | 1 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCJ | | | | |
|---|---|---|---|---|
| Auditor Name: | | | | |
| Audit Review Period: | **Month/Year - Month/Year** | | | |

**Totals**

| | Quality Indicator | QI# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|
| 7 | Detoxification/ Withdrawal | 7.1 | 8 | 1 | 0 | 7 | 100.0% |
| | | 7.2 | 8 | 8 | 0 | 0 | 100.0% |
| | | 7.3 | 8 | 5 | 0 | 3 | 100.0% |
| | | 7.4 | 8 | 4 | 2 | 2 | 66.7% |
| | | 7.5 | 8 | 6 | 1 | 1 | 85.7% |
| | | 7.6 | 8 | 6 | 1 | 1 | 85.7% |
| | | 7.7 | 8 | 0 | 0 | 8 | #DIV/0! |
| | | 7.8 | 8 | 0 | 0 | 8 | #DIV/0! |
| | | 7.9 | 8 | 0 | 0 | 8 | #DIV/0! |
| | | 7.10 | 8 | 0 | 0 | 8 | #DIV/0! |
| | | 7.11 | 8 | 0 | 0 | 8 | #DIV/0! |
| | | 7.12 | 8 | 2 | 0 | 6 | 100.0% |
| 8 | Tuberculosis and Other Infections | 8.1 | 14 | 11 | 3 | 0 | 78.6% |
| | | 8.2 | 14 | 0 | 0 | 14 | #DIV/0! |
| | | 8.3 | 14 | 3 | 6 | 5 | 33.3% |
| | | 8.4 | 14 | 0 | 0 | 14 | #DIV/0! |
| | | 8.5 | 14 | 14 | 0 | 0 | 100.0% |
| 9 | Pharmaceutical Administration | 9.5 | 4 | 3 | 1 | 2 | 75.0% |
| | | 9.6 | 6 | 0 | 0 | 6 | #DIV/0! |
| | | 9.7 | 6 | 3 | 0 | 3 | 100.0% |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | Patient Initials | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | |
| 1.1 | Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted) | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | |
| | Date of Patient's Arrival at MCJ | 01/10/25 | 03/05/25 | 01/18/25 | 03/09/25 | 12/30/24 | 01/02/25 | 01/13/25 | 11/25/24 | 03/05/25 | 01/11/25 | 02/01/25 | 02/28/25 | 03/14/25 | 03/07/25 | | | | | | | | | | |
| | Date Initial Health Screening Completed | 01/10/25 | 03/13/25 | 01/18/25 | 03/09/25 | 12/30/24 | 01/02/25 | 01/13/25 | 11/25/24 | 03/05/25 | 01/11/25 | 02/01/25 | 02/28/25 | 03/14/25 | 03/07/25 | | | | | | | | | | |

• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.
>> Note: All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.

Comments: ■ delayed for uncooperativeness, jail cleared. But no ER note is in the EMR.

Comments:

Comments:

Comments:

Comments:

Comments:

| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.2 | If during the initial intake screening the registered nurse determined OR SHOULD HAVE determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported to Natividad Medical Center for medical clearance? | NA | NO | YES | NA | NA | NA | NA | NA | YES | NA | NO | NA | NO | NA | | | | | | | | | | |
| | Date Initial Health Screening Completed | | 03/05/25 | 01/23/25 | | | | | | 03/05/25 | | 02/01/25 | | 03/14/25 | | | | | | | | | | | |
| | Date Inmate Transported for Jail Check or exam | | not EMR | 01/23/25 | | | | | | 03/05/25 | | not done | | NOT | | | | | | | | | | | |

• Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care. If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.
--- Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows:
> Arrestees who are unconscious or who cannot walk under their own power.
> Arrestees who are having or have recently had convulsions.
> Arrestees with any significant external bleeding.
> Arrestees with any obvious fracture.
> Arrestees with signs of head injuries.
> Arrestees with any signs of serious injury or illness.
> Arrestees displaying signs of acute alcohol or drug withdrawal.
> Pregnant women in labor or with other serious problems.
> Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.
> Arrestees with complaints of severe pain or trauma.
> Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."

Comments: ■ delayed for uncooperativeness, hypothyroid hisory. Purportedly jail cleared. But no ER note is in the EMR. First PCP exam 3/12/25.

Comments:

Comments: recent meth and fentayl use, discussed with on call physician.

Comments: ■ Pulse 122. Response by Dr. ■ (as documented, by phone only) to give one dose of metoprolol is insufficient to excuse medical clearance. Patient's report of daily methadone use 165 mg needs prompt attention.

Comments:

Comments:

**Monterey County Jail**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 1 - INTAKE SCREENING**

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

## 1. INTAKE SCREENING

| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.3 | Were all appropriate portons of the Intake Questionnaire/Form (Exam, lab, past and current history) filled out? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | YES | YES | | | | | | | | | | |
| | • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire. • The receiving screening shall include vital signs, gross exam, pertinent lab (blood sugar) and inquiry into: Current illness and health problems, including medical, mental health, dental and communicable disease. Medications and special health requirements. Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems. History or appearance of suspected mental illness, including suicidal ideation or behavior. Appearance or history of developmental disability. Appearance or history of recent sexual abuse or abusiveness. For females, a history of gynecological problems, current pregnancy, recent delivery and birth control. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.4 | If during the initial intake screening process the inmate was identified with an acute or chronic medical condition deteriorated , did the booking registered nurse refer the inmate to the primary care provider for immediate care? | YES | YES | YES | NA | NA | NA | NA | NA | YES | NA | NO | NA | NO | YES | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes, chronic drug use, or new condition such as UTI. • Review the inmate's medical record to determine whether the inmate was referred to the primary care provider for immediate attention or timely visit after intake. | Comments: | | | | Comments: | | | | Comments: ■ symptoms consistent with delirium not assessed by PCP or by ED jail clearance to rule out head injury, dangerous overdose, infection, metabolic abnormality. | | | | Comments: ■ **confirmed methadone dose at 165 mg daily is extraordinarily high usage and needs immediate attention to taper. Before Subutex, should have dose reduced to 30 mg. MCJ care was ill advised, ensuring discomfort.** | | | | Comments: | | | | Comments: | | | |
| 1.5 | Was the inmate with a chronic medical condition seen by a primary care provider within seven days of arrival at the facility or reasonably thereafter? | YES | YES | YES | YES | NA | NA | NA | NO | YES | NA | NO | YES | YES | YES | | | | | | | | | | |
| | Date of Patient's Arrival at MCJ | 01/10/25 | 3/5/2025 | 01/18/24 | 03/09/25 | | | | 11/25/24 | 03/05/25 | 01/11/25 | 02/01/25 | 02/28/25 | 03/15/25 | 03/07/25 | | | | | | | | | | |
| | Date Patient Seen by PCP | 01/15/25 | 03/12/25 | 01/24/25 | TBD | | | | NOT | 03/10/25 | 01/27/25 | 03/18/25 | 03/06/25 | 03/19/25 | 03/08/25 | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility. . | Comments: | | | | Comments | | | | Comments | | | | Comments: patient sent out within 24 hours before PCP evaluation | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 1 - INTAKE SCREENING**

Facility **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | |
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.6 | Did the booking registered nurse accurately screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form? | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | D | YES | NA | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities. | Comments: ▮ reported wheelchair dependency and provided a wheelchair on admission, but is listed as not having any disability. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.7 | If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | |
| | • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability. Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities.<br>• Per the CFMG's Implementation Plan, Exhibit A:<br>  "4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities.<br>  5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate.<br>  6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met.  Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap."<br>• Determination of Compliance may be deferred to ADA monitor | Comments: I am unable to assess.  Deferred to ADA monitor. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.8 | If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? | NO | NA | NA | NA | NA | NA | NA | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of history of mental illness, was referred to a mental health services staff for further evaluation. | Comments:TXR polysubstance abuse needs MH care, not referred. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.9 | Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? | YES | YES | YES | NA | NA | NA | NA | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | |
| | • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 1 - INTAKE SCREENING**

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.10** If an inmate had an existing medication order upon arrival at the facility, was the medication reviewed and when appropriate administered without | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | | NO | NO | NA | | | | | | | | | | |
| • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy. • The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy. | Comments: | | | | Comments: | | | | Comments:  lisinpril and Zoloft (sertraline) not continued until 3-4 days after admission. | | | | Comments:  Methadone not continued or tapered. | | | | Comments: | | | | Comments: | | | |
| **1.11** Was the inmate taking medications prior to admission (verified and/or unverified) seen by a medical provider within seven days of intake ? | NA | YES | YES | YES | NA | NA | NA | NA | NA | NA | NA | YES | YES | NA | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.12** *For inmates prescribed psychotropic medications:* Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | NA | | | | | | | | | | |
| • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions. • *Compliance may be determined by MH Monitor* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.13** *For inmates prescribed psychotropic medications:* Was an inmate seen by a psychiatrist within seven days of arrival at the facility? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | | | | | | | | | | |
| Date of Patient's Arrival at MCJ | | | | | | | | | | | | 02/28/25 | | | | | | | | | | | | |
| Date Patient Seen by Psychiatrist | | | | | | | | | | | | 03/08/25 | | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications. • *Compliance may be determined by Mental Health Monitor* | Comments: | | | | Comments: | | | | Comments:  engagement by Psychiatrist by telephone contact only, refill of medicine, but no face to face | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**

AUDITOR
NAME **Bruce Barnett**

| 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.14 | *For inmates prescribed psychotropic medications:* **If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions. • *Compliance may be determined by the Mental Health monitor.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.15 | **At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | |
| | • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN. Verification of the nurse's verbal explanation shall be documented on the health screening form. " • Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 2. ACCESS TO CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | 3/4 | 2/27 | 4/26 | | | | | | | | | | | | | | | | |
| 2.1 | Did the licensed health care staff review the sick call slip on the day it was received? | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| | Date Sick Call Slip Received | 02/25/25 | 01/18/25 | 01/19/25 | 02/11/25 | 03/02/25 | 03/04/25 | 02/27/25 | 04/26/25 | 12/14/24 | 04/15/25 | 05/10/25 | 02/06/25 | 02/03/25 | 02/07/25 | 01/23/25 | 01/25/25 | 02/03/25 | 02/13/25 | 02/11/25 | 02/18/25 | 02/24/25 | 04/15/25 | 01/07/25 | 02/11/25 |
| | Date Sick Call Slip Reviewed | 03/14/25 | 01/18/25 | 01/19/25 | 02/11/25 | 03/02/25 | 03/04/25 | 02/27/25 | 04/26/25 | 12/14/24 | 04/15/25 | 05/10/25 | 02/06/25 | 02/03/25 | 02/07/25 | 01/23/25 | 01/25/25 | 02/03/25 | 02/13/25 | 02/11/25 | 02/18/25 | 02/24/25 | 04/16/25 | 01/07/25 | 02/11/25 |
| | • Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received. Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.  Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials. | Comments: ▮ - multiple submitted stomach complaints noted but no visit for nearly 3 wks. ▮ refused appt for rash 1/19/25. See visit on 1/27/25. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ▮ - nursing care appropriate. However inappropriate medical care by NP and MD shows lack of oversight for QA:  a) high potency steroid for undiagnosed rash, likely fungal; b) antibiotic despite scrotal ultrasound without evidence of infection  c) truss, disfavored and can be weaponized. | | | |
| 2.2 | Following the review of the sick call slip, was there a complete a face-to-face assessment of the inmate within the required (reasonable) time frame? | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES |
| | Date of Patient FTF Assessment | 03/14/25 | 01/18/25 | 01/27/25 | 02/11/25 | 03/02/25 | 03/04/25 | 02/27/25 | 04/26/25 | 12/14/24 | 01/30/25 | 02/18/25 | 02/06/25 | 02/07/25 | 01/23/25 | 01/25/25 | 02/03/25 | 02/13/25 | 02/11/25 | 02/18/25 | 02/24/25 | 04/16/25 | 01/14/25 | 02/11/25 | |
| | Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame? • Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call. | Comments: patient reports symptoms resolved by time seen. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Created 2017

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett



| 2. ACCESS TO CARE | | | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | 3/4 | 2/27 | 4/26 | | | | | | | | | | | | | | | | | | | | |
| 2.3 | Was the patient encounter documented in an accurate/appropriate Subjective, Objective, Assessment, and Plan (SOAP) format? | | | | | YES | YES | NO | YES | YES | NO | NO | NO | YES | YES | YES | NO | YES | YES | YES | NO | YES | NO | NO | NO | YES | YES | NO | YES |
| | • Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format that accurately and reasonably described condition. | | | | | Comments: ▮ Rash not described. Unclear whether longstanding rash is better, stable. | | | | Comments: ▮ 3/4/25 abdominal pain. Form not used. Exam not described ▮ 2/27/25 examination for rash on face not described; application of hydrocortisone witout diagnosis is inappropriate. | | | | Comments: ▮ says trouble with vision. Exam limited to reading hand held eye chart. | | | | Comments: ▮ on 2/3/25 reports significant eye injry and alterred vision, with no direct opthalmoscopy and/or vision at this time. (snellen normal 2/10/25) ▮ see above | | | | Comments: ▮ PNP form for "non-traumatic" is incorrect as this is trauma, and needs prompt ▮ ray. X ray not done until 10 days later ▮ incomplete report re ear exam ▮ prescribed topiramate PRN for migraine relief outside of best practices: a) need for daily preventive treatment not clear b) topiramte not first line drug (used mostly in patients with epilepsy) c) is not a prn drug as was ordered | | | | Comments: ▮ complaints about woman issue and face rash not addressed. | | | |



Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 2. ACCESS TO CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | 3/4 | 2/27 | 4/26 | | | | | | | | | | | | | | | | |
| 2.4 | Was the treatment plan appropriate, and if issued by RN within the nurse's scope of practice and supported by the sick call Nursing Protocols? | YES | YES | YES | YES | YES | YES | NO | | NO | YES | YES | YES | NO | YES | YES | YES | NO | NO | NO | | YES | NO | NO | YES |
| | • Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.<br>• Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate". | Comments: Order given by PCP. | | | | Comments: Re 2/27 see above. | | | | Comments: says trouble with vision. Exam limited to reading hand held eye chart. Needs eye exam and proper Snellen on wall. | | | | Comments: No onsite done on 2/3/25. (scheduled for 2/10/25) see above | | | | Comments: see above RE 2/3/25. 2/13/25 PNP for non trauma incorrect. Is traumatic injury. Ear pain eval and treatment without SOAP or PNP form. | | | | Comments: patients abnormal vital signs not addressed with pule 114 not repeated. Persistent elevated pulse and sore throat can be due to acute thyroiditis. No lab testing for STD or thyroid - nurse does not deploy protocols to address woman issue or face rash | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 3. CHRONIC CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | 1/13 | 2/10 | 2/5 | | | | | | | | | | | | | | | | | | | |
| 3.1 | Was the patient's chronic care visit completed timely as ordered and/or needed? | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | | | | | | | | | | | | |
| | • For an inmate with an identified chronic illness, determine whether chronic care visit occured within the recommended time frame.   For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th. Timeliness of first visit after admission is assessed under Intake. | Comments: | | | | Comments: ▮ chronic care exam ordered 11/25/24 never provided (still resides in MCJ) | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 3.2 | For patients on psychiatric medications: Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | | | | | | | | | | | | |
| | • Compliance may be determined by MH monitor. | Comments: ▮ injuries hand in association with assault, altercation. No Psychiatry visit UNTIL 3/17/25despite being prescribed MH meds. - Will defer assessment of compliance to MH monitor. | | | | Comments: | | | | Comments: ▮ - to Rx for sertraline by Psychiatry, but no face to face visit. | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 3. CHRONIC CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | 1/13 | 2/10 | 2/5 | | | | | | | | | | | | | | | | | | |
| 3.3 | Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care | YES | YES | NO | YES | YES | NO | YES | NO | YES | YES | NO | YES | YES | | | | | | | | | | | | |
| | • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>  Inmate's medical history;<br>**Systems examination in accordance with the nature of the chronic condition;**<br>  Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit **including lab**<br>  Inmate's treatment plan.<br>• *Complete evaluations for Health Care Maintenance (including annual history/physical) and PCP progress notes may  satisfy requirements for timely chronic care visit.* | Comments:  – asthma with rescue inhaler and Alvesco not properly evaluated with questions, exam and peak flow. | | | | Comments:  2/25/25 no labs are recorded, including STD screen and no refusals in EMR since admission 10/17/25. | | | | Comments:  prior noted abnormal liver functions, chronic hep c and mild inflammatory findings not addressed. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 3.4 | Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | YES | YES | NO | YES | YES | YES | YES | NO | YES | YES | NO | NO | NO | | | | | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments:  asthma not on problem list, despite meds prescribed. | | | | Comments:  bleeding hemorroids (reported by patient) not examined, not in problem list. STD screening not done. | | | | Comments:  CC visit 12/30/24 with follow up on 1/16/25, problem list  incomplete without notice of UT and hepatomegaly.   abnormal liver functions, chronic hep c and mild inflammatory findings **not** addressed.  - HTN (on meds) and depression (on meds) not on problem list | | | | Comments:  problem list empty. Has OUD, methadone dependence and HTN. | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
Chapter 4 - HEALTH CARE MAINTENANCE

**AUDITED FACILITY** Monterey County Jail (MCJ)    **AUDITOR NAME** Bruce Barnett

| 4: HEALTH CARE INVENTORY | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **4.1** Did the inmate receive a health inventory or full exam within 2 weeks of intake or later if reasonable/excused? | YES | YES | NO | YES | YES | NO | NO | YES | YES | YES | YES | YES | | | | | | | | | | | | |
| Date of Patient's Arrival at Facility or last complete physical | 03/05/25 | 12/30/25 | 01/02/25 | 01/13/25 | 10/08/24 | 08/20/24 | 11/25/24 | 03/05/25 | 10/09/24 | 01/11/25 | 10/06/25 | 03/14/25 | | | | | | | | | | | | |
| Date of Complete Physical Examination Completed | 03/12/25 | 01/06/25 | not done | 01/21/25 | 10/27/24 | Not done | not done | 10/10/25 | 01/16/25 | 01/27/25 | 02/03/25 | 03/20/25 | | | | | | | | | | | | |
| • IP requires health inventory on all persons within 2 weeks of intake.  The health inventory may be performed by RN, but must have PCP cosignature and management for abnormal findings.<br>• A full exam performed as part of a chronic care visit, or otherwise documented full history and physical with appropriate lab suffices to meet this requirement. | Comments:█ released with positive PPD, no QF and no STD screening. Also not counseled. | | | | █ has no EMR documented evaluation that comports with community standards.  No testing for occult blood to screen for colon cancer • Labs delayed (not done as of 4/24/25) . No health inventory form used. | | | | Comments:█ 27 yo, delayed initial intake. No findings.Refused lab tests | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **4.2** Did the physical examination include all the required components as listed in CFMG'S's Implementation Plan, Exhibit A? | YES | YES | NO | YES | YES | NO | NO | YES | YES | NO | YES | YES | | | | | | | | | | | | |
| • Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility.<br>  The examination may be completed by the responsible physician, physician assistant or nurse practitioner.<br>  The physical examination SHALL include:<br>  Review of the health inventory and communicable disease screening;<br>  Vital signs, height, and weight;<br>  A full body system review and assessment consistent with community standards and guidelines.<br>  A documented assessment of the individual's health status based on the physical findings;<br>  A plan for follow-up, treatment and referral as indicated, and;<br>  Review and countersignature by the responsible physician. | Comments: | | | | Comments: | | | | Comments:█ Past history and lab showing hepatitis C, abnormal liver function not reviewed. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **4.3** Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? | YES | YES | NO | YES | YES | NO | NO | YES | YES | YES | YES | YES | | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 5 - CONTINUITY OF CARE AFTER RELEASE**

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| 5: CONTINUITY OF CARE AFTER RELEASE | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **5.1** *For inmates transferring to another detention/corrections system:* Was a Transfer of Medical Information form appropriately completed for the inmate transferring to another detention/corrections system? | NA | NA | NA | NA | NO | NA | NA | YES | NA | YES | YES | NO | YES | NO | | | | | | | | | | |
| • Did the facility accurately complete a Transfer of Medical Information form for an inmate transferring out of the facility. • Was each part of the transfer form filled out accurately | Comments: | | | | Comments: ▇ transfer form is incomplete and inaccurate. Reports no need for immediate attention and no medical care provided. Need to immediately or soon confirm adequacy of care for syphilis. Form needs to transmit info re: recent surgery, treatment for putative migraine. | | | | Comments: ▇ complaint about yellow skin made day of transfer, transfer form calls for immediate attention ▇ - transfer form to state hospital reports RPR not done, when it was tested negative during latest incarceration period. | | | | Comments: ▇ - transfer form does not list positive RPR findings in jail, and treatment before release. | | | | | | | | Comments: | | | |
| **5.2** Was a 30-day supply of medications provided to the patient upon discharge, or other appropriate dosage? | NO | YES | YES | NO | NA | YES | YES | NA | NA | NA | YES | NA | NA | NA | | | | | | | | | | |
| • Patients sent to other facilities need only have records accompanying to indicate medications. Non crucial, or OTC meds need not be provided upon discharge | Comments: ▇ needs meds and follow up for ▇ - positive PPD, might need treatment for LTBI, no QFT done, no counseling provided. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **5.3** For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? | NO | YES | YES | NO | NA | YES | NO | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | |
| • Compliance requires documentation of appropriate instructions and/or appointments for follow up outside of jail. | Comments: ▇ see above. ▇ see above. Not provided notice of positive PPD, need to confirm with QF. | | | | Comments: ▇ - report in EMR of instructions, but the actual instructions are not reproduced in the EMR. I presume the patient is told he needs to follow up regarding abnormal LFT and diffuse liver enlargement. ▇ - form to sun street does not address chronic hep C. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **5.4** For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? | NO | YES | YES | NO | NA | YES | NO | NA | NO | NA | NA | NA | NA | NA | | | | | | | | | | |
| • Compliance requires documentation of appropriate instructions and/or appointments for follow up outside of jail. | Comments: ▇ see above. ▇ see above. Not provided notice of positive PPD, need to confirm with QF. | | | | Comments: ▇ form to sun street does not address chronic hep C. Unknow content of Discharge instructions given in person 2/26/25. | | | | Comments: ▇ in EMR | | | | Comments: ▇ no discharge documents found | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS

**AUDITED FACILITY** Monterey County Jail (MCJ)  **AUDITOR NAME** Bruce Barnett

| 6. OUTSIDE MEDICAL CARE/REFERRALS | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | 1/18 | 2/2 | | | | - ED | orth | 1/29 | | | | | | | | | | | | | | |
| 6.1 | For inmates referred to outside provider for higher level of care: Did health care staff complete the CFMG's Medical Referral Form? | NA | NA | NO | YES | YES | NO | YES | YES | NO | YES | | | | | | | | | | | | | | |
| | • Did health care staff complete a Medical Referral Form for outside services ordered by the MCJ's primary care provider. • Documented conversation wit h the specialist will suffice to meet this requirement | Comments: ___ has positive Syphilis at relatively high titer, is not referred to on site ID specialist ___ needs ref___ral for chronic hepatitis C, none sent. ___ sent to ED for acute abdomen, no referral form. | | | | Comments: ___ has poor vison 20/100 referred for optometry 1/9/25. No form/request or appointment made or accomplished as of 3/18/25. | | | | Comments: ___ - Ortho referral to Stanford not documented. Purportedly refused to see and no follow up local referral made. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 6.2 | Was the inmate seen by an outside provided care as required/recommended ? | NO | NO | YES | YES | YES | NO | YES | YES | NO | YES | | | | | | | | | | | | | | |
| | • Compliance requires that speciality services are preformed within a reasonable time frame | Comments: ___ has positive Syphilis at relatively high titer, is not referred to on site ID specialist ___ admitted 2/21/25 with history of chronic HCV and abnormal lab. No informed consent documented regarding refusal to submit blood in MCJ. No consultation with on site ID physician. | | | | Comments: | | | | Comments: ___ receives ortho eval and timely surgical repair within 3 weeks of injury. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 6.3 | For inmates transported to outside provider via ambulance, did the health care staff prepare two medical referral forms, one for the hospital and one for the ambulance company? | NA | NA | NO | NO | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance with this item may be established by reference to custody documents. | Comments: ___ went to ED by custody car - ambulance form not in EMR. ___ on 2/2/25 EMS activated, no document in EMR. | | | | Comments: ambulance forms not in EMR, kept by custody? | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 6.4 | Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider? | NA | NA | YES | YES | YES | NA | YES | YES | NA | NO | | | | | | | | | | | | | | |
| | • Documented review of outside records, or conversations with specialist in a reasonable time following return to jail may suffice to meet this requirement. | Comments: ___ records for 2/2 visit faxed on 2/3/25 | | | | Comments: | | | | Comments: tendon repair was timely but there are no operative notes and surgical progress notes about non compliance are also not in the EMR. | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

**AUDITED FACILITY** Monterey County Jail (MCJ)          **AUDITOR NAME** Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **7.1** | Were inmate intoxicated at booking placed in the protective environment of the sobering cell for close observation by custody and health care staff? | NA | NA | NA | YES | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Medical records and/or custody records should document at the time of booking placement in the sobering cell for close observation by custody and health care staff. | Comments: ▮ on suicide watch, has hx of meth abuse for more than a year. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.2** | Did the medical staff document an assessment/evaluation of inmate reported as intoxicated, in the SOAP format? | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | | | | | | | |
| | • Did health care staff documented a face to face assessment of the inmate in the SOAP format. • RN assessment using guidelines for this task , and/or in consultation with on call PCPs sufficient to meet the requirement. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.3** | Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors | YES | YES | NA | NA | YES | YES | NA | YES | | | | | | | | | | | | | | | | |
| | • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate. • Compliance requires notification of physician for unstable patients or patients refusing monitoring. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.4** | Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms? | YES | NA | NA | NO | YES | YES | NO | YES | | | | | | | | | | | | | | | | |
| | Compliance is established by referral to one or more protocols to monitor possible withdrawal from opiates, methamphetamine/stimulants and/or sedatives in accordance with t he Implementation Plan, jail guidelines and community/o standards. | Comments: ▮ on suicide watch, has hx of meth abuse for more than a year. But no meth withdrawal protocol or PCP exam done. | | | | Comments: ▮ sates taking methadone 165 mg daily. Needs COWS long term protocol to last 10 days minum during which time he should be tapered from methadone. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: Monterey County Jail (MCJ)    AUDITOR NAME: Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | For inmates withdrawing from Opiates: In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? | YES | YES | YES | NA | YES | YES | NO | YES | | | | | | | | | | | | | | | | |
| | the medical record should document vital signs and the Clinical Opiate Withdrawal Scale (COWS). | Comments: | | | | Comments: ▉ needs COWS long term protocol to last 10 days; | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | For inmates withdrawing from Opiates: Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? | YES | YES | YES | NA | YES | YES | NO | YES | | | | | | | | | | | | | | | | |
| | • The opioid withdrawal treatment plan (Level 1, Level 2, or Level 3) should be based upon the COWS score and symptoms. • Compliance requires notification of on call physician for medically unstable patients. | Comments: | | | | Comments: ▉ needs COWS long term protocol to last 10 days; | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | For inmates withdrawing from Benzodiazepines/Barbiturates: Did the Initial Assessment include vital signs, physical findings, and symptoms? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance requires notification of physician on call for orders to prevent acute withdrawal from sedatives. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: Monterey County Jail (MCJ)  
AUDITOR NAME: Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.9 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance for this requirement may be determined by mental health monitor. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance requires immediate consultation with PCPand/or hospital evluation if the patients appears unstable or at risk of delirium tremens. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance requires immediate consultation with PCPand/or hospital evluation if the patients appears unstable or at risk of delirium tremens. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | NA | NA | YES | NA | NA | YES | | | | | | | | | | | | | | | | |
| | • Compliance is not established by hospital clearnace before booking if the patient appears medically unstable after the purported clearance. Comments: | | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
Health Care Monitoring Audit Tool - Medical Record Review
**CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS**

AUDITED FACILITY **Monterey County Jail (MCJ)**     AUDITOR NAME **Bruce Barnett**



| **8: TUBERCULOSIS SCREENING (SCREENING FOR OTHER INFECTIONS IS ASSESSED AS PART OF HEALTH CARE MAINTENANCE)** | | **Audit Review Period:** | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | |
| **8.1** Did the inmate receive a tuberculosis signs and symptoms screening and skin testing or blood test as indicated within seven days of inmate's admission to the facility? | | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | NO | NO | YES | | | | | | |

• tuberculosis signs and symptoms screening and may not be required if already done within 3 months of admission.
• *Screening by blood test (QuantiFeron) should be performed timely, with results not more than a few weeks after admission.*

Comments: ▉ admitted 1/11/25 (with hisory of polysubstance abuse) has no blood or skin testing, based mistakenly on verified negative test 2/16/24.▉ refused PPD and ordered QF test not done.▉ has skin test planted, purported read on 3/7/25 not documented.

| **8.2** *For an inmate with positive TB screening findings:* **Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation?** | | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | |

• Inmates exhibiting symptoms suggestive of TB disease, especially with a history of inadequate TB treatment, must be immediately reported to PCP on call and isolated from other inmates and staff.
•

Comments:

| **8.3** *Was a positive TB skin tests followed by QuantiFeron testing and/or X ray within 72 hours, along with consultation to explain options for treating latent TB?* | | YES | NO | NO | NO | NO | NA | NO | YES | YES | NO | NA | NA | NA | NA | | | | | | |

• Patients with positive TB skin test but no symptoms, with no history of prior positive test and/or treatment for TB,  are considered likely to have latent TB infection unless infection is ruled out  by negative QuantiFeron result.

Comments: ▉ positive PPD, and QF positive but is released without notification or counseling. ▉ positive, 1/15/25; CXR 1/31/25 neg,  counseled on 3/4/25.▉ ppd positive /15/25, CXR neg 3/5/25.  Has prior TB treated.▉ ppd + 1/15/25 Cxr 1/29/25.  Counseled 3/4/25.TO +PPD 1/28/25 Cxray 1/31/ neg, no counseling, QF ordered but not done.▉ ppd+ 2/6/25, CxR neg 2/14/25.  QF neg. Counseled.▉ 1/1/25  ppd +, Cxr NEG 1/8/25. QF positive, counseled.▉ ppd+ 1/4/25; CXR 1/8/25 neg. No counseling. QF ordered, not done.

**MONTEREY COUNTY JAIL**
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

| AUDITED FACILITY | Monterey County Jail (MCJ) | | | | AUDITOR NAME | Bruce Barnett | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 8: TUBERCULOSIS SCREENING (SCREENING FOR OTHER INFECTIONS IS ASSESSED AS PART OF HEALTH CARE MAINTENANCE) | Audit Review Period: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| **8.4** Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | |
| • Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | | | | | | | | | | | | | | | | |
| **8.5** Are inmates screened annually for signs and symptoms of tuberculosis? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | |
| • Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review.<br>• Review the inmate's medical record for documentation of a TB screening within the last year.<br>• *Compliance will be determined via the review of the medical records.* | Comments: | | | | | | | | | | | | | | | | | | | |

Created 2017

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| 9: PHARMACEUTICAL RECORDS (Regarding Meds Dispensed also see tab for RN Review Onsite; providing meds upon released assessed in tab for Continuity of Care. | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **9.5** Are medications dispensed as written? Is non-compliance (including refusal to be seen by PCP to assess need for meds) addressed by visit to PCP? | YES | NA | NA | YES | NO | YES | | | | | | | | | | | | | | | | | | |
| • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. Referral to provider required after medication refused three consecutive times. • *Compliance will be determined by medical record review.* | Comments: ▓ reported being on low dose BP meds lisinopril/hctz 10-12.5. These drugs are not provided or addressed by staff until 2 weeks after admission. ▓ - referred for chronic care 11/25/24. Refused visit 12/2/24. No follow up visits, no STD testing offered. | | | | Comments: ▓ - incorrect medication dispensed for some days (miconazole instead of metronidazole cream - out of stock). | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **9.6** *For inmates going out to court:* Did the inmate receive the medication as prescribed by provider? | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | | | |
| • *Compliance will be determined by medical record review.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **9.7** Was an inmate suspected of diverting medication referred for timely visit to PCP and/or mental health services? | NA | YES | YES | NA | NA | YES | | | | | | | | | | | | | | | | | | |
| • *Compliance will be determined by medical record review.* | Comments: ▓ diverting Subutex 3/17/25, is reviewed and counseled by PCP. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

**Facility:** **Monterey County Jail**　　　　　　　　**Onsite Audit Date(s):**

**Auditor:**　　　　　　　　　　　　　　　　　　**Audit Review Period:**

## ADMINISTRATIVE QUESTIONS

### 2 - ACCESS TO CARE

| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| 2.6 | **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | | 1 | 0 | 0 | 100.0% |
| | Month #1 | # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |
| | Month #2 | # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |
| | Month #3 | # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |

• Review the Isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?
• *Compliance will be determined via the review of the isolation log during the onsite audit.*

Comments:

| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| 2.7 | **Does the facility maintain a sick call roster on file in the clinic?** | | 1 | 0 | | 100.0% |

• During the onsite audit, the auditor is to request to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.
• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.
• *Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

Comments:

| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| 2.8 | **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | | 1 | 0 | | 100.0% |

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.
• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.
• *Compliance will be determined via the review of the Inmate Rules booklet  during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units? | 1 | 0 | 0 | 100.0% |
|---|---|---|---|---|---|
| | Booking Area | | | | |
| | Housing Unit #1 | | | | |
| | Housing Unit #2 | | | | |
| | Housing Unit #3 | | | | |
| | Housing Unit #4 | | | | |
| | Housing Unit #5 | | | | |
| | Housing Unit #6 | | | | |
| | Housing Unit #7 | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*• Compliance will be determined via the inspection of the reception area and housing units during the onsite audit.*

Comments:

| 2.10 | Does the clinic visit location ensure the inmate's visual and auditory privacy? | 1 | | | 100.0% |
|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.

• Assess all locations to determine if visual and auditory confidentially is maintained.

• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy.  Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed.  If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists.
  Note:  This will require the auditor to use his/her professional judgment.  The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level.  If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.

*• Compliance will be determined via the inspection of the clinic during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10 - CFMG STAFFING | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **10** | **Does the facility have the required provider staffing complement per the CFMG's Staffing Plan?** | **3** | **0** | | **100.0%** |
| | PCP | 1 | | | |
| | PA | 1 | | | |
| | NP | 1 | | | |

• Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements .

Comments:

| 10 | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **10** | **Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan?** | **2** | **0** | | **100.0%** |
| | RN | 1 | | | |
| | LVN | 1 | | | |

Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements ..

Comments:

| 10 | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **10** | **Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan?** | **3** | **0** | | **100.0%** |
| | CMA | 1 | | | |
| | MA | 1 | | | |
| | MRC | 1 | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

• Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk.

• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements.

• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10 | Does the facility have the required management staffing complement per the CFMG's Staffing Plan? | | 1 | 2 | | 33.3% |
|---|---|---|---|---|---|---|
| | | Program Manager | 1 | | | |
| | | DON | | 1 | | |
| | | MRS | | 1 | | |

• Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

Comments:

| 11 | Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail? | 1 | | | 100.0% |
|---|---|---|---|---|---|

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail          **Onsite Audit Date(s):**

**Auditor:**                                **Audit Review Period:**

| 8 - TUBERCULOSIS LOGS | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **8.6** Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments? | 1 | | | FALSE |

• During the onsite audit, observe where the TB Tracking Log is located in the medical department.
• Obtain a copy of the TB Tracking Log from the Health Services Administrator and review the log to determine whether it is up to date.
• Interview health care staff regarding the annual TB screening and evaluation process and whose responsibility it is to update the TB Tracking Log.
• Compliance will be determined tghrough onsite staff interview process and review of the TB Tracking Log.

Comments: Tracking log maintained, but not effectively acted upon as patients with documented positive screening tests are no consistently counseled.

| 9 - PHARMACEUTICAL DISPENSING | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **9.1** Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated? | 1 | | | 100.0% |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.

• Observe different nurses and administration times/

• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.

  If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.

• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).

*• Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:**

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |
| | Nurse Observed: | | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:  Monterey County Jail**

**Auditor:**

**Onsite Audit Date(s):**

**Audit Review Period:**

---

• *Identify all medication administration/delivery areas, times and medication nurses at the facility.*
• Observe differeent nurses and administration times.
• The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:
  Watching the inmate take the medication.
  Checking for "cheeking" or "palming" to assure that medication has been ingested.
  Having the inmate speak after taking the medication and/or drinks water.
• In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.
• *Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

---

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**  Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |

• Observe different nurses and administration times.
• *Include in this report errors in drug administration, which should be noted and corrected.*

**Comments:**

| 9.8 | Management of Controlled Substances:<br>Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Location #1 | | | | | |
| | Location #2 | | | | | |
| | Location #3 | | | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.
  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.
• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.
• *Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

**Comments:**

# MONTEREY COUNTY JAIL

## Health Care Monitoring Audit Tool - Nurse Expert Onsite

**Facility:** Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.9 | Management of Controlled Substances: Are the narcotics inventoried at every shift change by two licensed health care staff? | | 1 | | | 100.0% |
|---|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift. This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately. For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

**Comments:**

| 9.10 | Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff? | 1 | | | 100.0% |
|---|---|---|---|---|---|

**Comments:**

| Summary | | | | |
|---|---|---|---|---|
| **Percentage of Compliance of Encounters by Medical Quality Indicator** | | | | |
| **Medical Quality Indicator** | **Number of Encounters** | **Number of Appropriate** | **Number of Deficient** | **Percentage Compliance** |
| 1 | Intake Screening | 15 | 7 | 8 | 46.7% |
| 2 | Access to Care | 15 | 9 | 6 | 60.0% |
| 3 | Chronic Care | 17 | 10 | 7 | 58.8% |
| 4 | Health Care Inventory | 18 | 9 | 9 | 50.0% |
| 5 | Continuity of Care After Release | 17 | 12 | 5 | 70.6% |
| 6 | Outside Medical Care/Referrals | 10 | 7 | 3 | 70.0% |
| 7 | Detoxification/Withdrawal | 10 | 8 | 2 | 80.0% |
| 8 | Tuberculosis & Other Infections | 17 | 11 | 6 | 64.7% |
| 9 | Pharmaceutical Administration | 3 | 2 | 1 | 66.7% |
| | **Totals** | **122** | **75** | **47** | **61.5%** |

| MCI | Auditor Name: | | Audit Review Period:  Month/Year - Month/Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CHAPTER 1. INTAKE SCREENING**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | |
| 1.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | |
| 1.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | |
| 1.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | |
| 1.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | |
| 1.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.13 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.14 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| 1.15 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Appropriate | Deficient | |

**CHAPTER 2: ACCESS TO CARE**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | |
| 2.1 | Compliant | Compliant | Compliant | | Compliant | Compliant | Compliant | | Compliant | Compliant | Compliant | | Compliant | Compliant | Non-compliant | |
| 2.2 | Compliant | Compliant | Compliant | | Compliant | Compliant | Compliant | | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | |
| 2.3 | Compliant | Compliant | Compliant | | Compliant | Compliant | Non-compliant | | Compliant | Compliant | Compliant | | Non-compliant | Compliant | Compliant | |
| 2.4 | Compliant | Compliant | Compliant | | Compliant | Compliant | Non-compliant | | Compliant | Compliant | Compliant | | Compliant | Compliant | Compliant | |
| 2.5 | Compliant | Compliant | Compliant | | Compliant | Compliant | Compliant | | Compliant | Non-compliant | Compliant | | Compliant | Compliant | Compliant | |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | |

## CHAPTER 3: CHRONIC CARE

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 3.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.4 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 4: HEALTH CARE INVENTORY

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 4.1 | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.2 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| 4.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 5.1 | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.3 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.4 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 6: OUTSIDE MEDICAL CARE/ REFERRALS

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 6.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.4 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CHAPTER 7: DETOXIFICATION/WITHDRAWAL**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CHAPTER 8: TB AND OTHER INFECTIONS**

| ID # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| 8.3 | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 |
| 8.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 |
| Overall Encounter Rating | Deficient | Deficient | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | 0 | 0 | 0 |

**CHAPTER 9: PHARMACEUTICAL ADMINISTRATION**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 9.5 | Compliant | Non-compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Compliant | Compliant | Compliant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Appropriate | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Summary
### Percentage of Compliance of Questions/Quality Measures by Medical Quality Indicator

| | Medical Quality Indicator | Quality Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 225 | 100 | 11 | 114 | **90.1%** |
| 2 | Access to Care | 76 | 56 | 10 | 10 | **84.8%** |
| 3 | Chronic Care | 68 | 43 | 9 | 16 | **82.7%** |
| 4 | Health Care Inventory | 54 | 36 | 14 | 4 | **72.0%** |
| 5 | Continuity of Care After Release | 68 | 26 | 7 | 35 | **78.8%** |
| 6 | Outside Medical Care/Referrals | 40 | 26 | 4 | 10 | **86.7%** |
| 7 | Detoxification/Withdrawal | 120 | 30 | 4 | 86 | **88.2%** |
| 8 | Tuberculosis & Other Infections | 85 | 29 | 8 | 48 | **78.4%** |
| 9 | Pharmaceutical Administration | 9 | 3 | 1 | 5 | **75.0%** |
| | **Totals** | **745** | **349** | **68** | **328** | **83.7%** |

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| 2 | Access to Care | 2.6 | 3 | 0 | 0 | 100.0% | |
| | | 2.7 | 1 | 0 | 0 | 100.0% | |
| | | 2.8 | 1 | 0 | 0 | 100.0% | |
| | | 2.9 | 1 | 0 | 0 | 100.0% | |
| | | 2.10 | 1 | 0 | 0 | 100.0% | |
| 8 | TB and Other Infections | 8.6 | 1 | 0 | 0 | 100.0% | |
| 9 | Pharmacetuical Administration | 9.1 | 1 | 0 | 0 | 100.0% | |
| | | 9.2 | 10 | 0 | 0 | 100.0% | |
| | | 9.3 | 10 | 0 | 0 | 100.0% | |
| | | 9.4 | 10 | 0 | 0 | 100.0% | |
| | | 9.8 | 1 | 0 | 0 | 100.0% | |
| | | 9.9 | 0 | 0 | 0 | #DIV/0! | |
| | | 9.10 | 1 | 0 | 0 | 100.0% | |
| 10 | CFMG Staffing | 10.1 | 3 | 0 | 0 | 100.0% | |
| | | 10.2 | 2 | 0 | 0 | 100.0% | |
| | | 10.3 | 3 | 0 | 0 | 100.0% | |
| | | 10.4 | 1 | 2 | 0 | 33.3% | |
| | | 10.5 | 1 | 0 | 0 | 100.0% | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit - Medical Record Review**
**Summary of Findings**

**MCJ** | **Auditor Name:** | **Audit Review Period:** Month/Year - Month/Year

| Quality Indicator | Q# | Totals: Total # of Records Reviewed | Totals: Total number of YES | Totals: Total number of NO | Totals: Total number of N/A | Totals: % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Intake Screening | 1.1 | 15 | 15 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | 1.2 | 15 | 1 | 0 | 14 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | 1.3 | 15 | 12 | 3 | 0 | 80.0% | 4 | 4 | 0 | 0 | 100.0% |
| | 1.4 | 15 | 0 | 2 | 13 | 0.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | 1.5 | 15 | 12 | 0 | 3 | 100.0% | 4 | 2 | 0 | 2 | 100.0% |
| | 1.6 | 15 | 11 | 4 | 0 | 73.3% | 4 | 4 | 0 | 0 | 100.0% |
| | 1.7 | 15 | 0 | 0 | 15 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 1.8 | 15 | 4 | 0 | 11 | 100.0% | 4 | 2 | 0 | 2 | 100.0% |
| | 1.9 | 15 | 10 | 1 | 4 | 90.9% | 4 | 4 | 0 | 0 | 100.0% |
| | 1.10 | 15 | 8 | 1 | 6 | 88.9% | 4 | 2 | 0 | 2 | 100.0% |
| | 1.11 | 15 | 9 | 0 | 6 | 100.0% | 4 | 2 | 0 | 2 | 100.0% |
| | 1.12 | 15 | 1 | 0 | 14 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | 1.13 | 15 | 2 | 0 | 13 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | 1.14 | 15 | 0 | 0 | 15 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 1.15 | 15 | 15 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 2 Access to Care | 2.1 | 15 | 14 | 1 | 0 | 93.3% | 4 | 4 | 0 | 0 | 100.0% |
| | 2.2 | 15 | 11 | 4 | 0 | 73.3% | 4 | 4 | 0 | 0 | 100.0% |
| | 2.3 | 15 | 12 | 2 | 1 | 85.7% | 4 | 4 | 0 | 0 | 100.0% |
| | 2.4 | 15 | 11 | 1 | 3 | 91.7% | 4 | 4 | 0 | 0 | 100.0% |
| | 2.5 | 16 | 8 | 2 | 6 | 80.0% | 4 | 2 | 0 | 2 | 100.0% |
| 3 Chronic Care | 3.1 | 17 | 17 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| | 3.2 | 17 | 4 | 0 | 13 | 100.0% | 4 | 3 | 0 | 1 | 100.0% |
| | 3.3 | 17 | 12 | 2 | 3 | 85.7% | 4 | 3 | 0 | 1 | 100.0% |
| | 3.4 | 17 | 10 | 7 | 0 | 58.8% | 4 | 4 | 0 | 0 | 100.0% |
| 4 Health Care Inventory | 4.1 | 18 | 13 | 5 | 0 | 72.2% | 4 | 3 | 1 | 0 | 75.0% |
| | 4.2 | 18 | 9 | 7 | 2 | 56.3% | 4 | 2 | 1 | 1 | 66.7% |
| | 4.3 | 18 | 14 | 2 | 2 | 87.5% | 4 | 3 | 0 | 1 | 100.0% |
| 5 Continuity of Care after Release | 5.1 | 17 | 7 | 1 | 9 | 87.5% | 4 | 1 | 1 | 2 | 50.0% |
| | 5.2 | 17 | 8 | 0 | 9 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | 5.3 | 17 | 6 | 3 | 8 | 66.7% | 4 | 1 | 1 | 2 | 50.0% |
| | 5.4 | 17 | 5 | 3 | 9 | 62.5% | 4 | 0 | 1 | 3 | 0.0% |
| 6 Outside Medical Care - Referrals | 6.1 | 10 | 8 | 2 | 0 | 80.0% | 4 | 4 | 0 | 0 | 100.0% |
| | 6.2 | 10 | 8 | 1 | 1 | 88.9% | 4 | 4 | 0 | 0 | 100.0% |
| | 6.3 | 10 | 1 | 0 | 9 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | 6.4 | 10 | 9 | 1 | 0 | 90.0% | 4 | 4 | 0 | 0 | 100.0% |

| Q# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.2 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.3 | 4 | 4 | 0 | 0 | 100.0% | 4 | 2 | 2 | 0 | 50.0% |
| 1.4 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 1 | 3 | 0.0% |
| 1.5 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.6 | 4 | 1 | 3 | 0 | 25.0% | 4 | 3 | 1 | 0 | 75.0% |
| 1.7 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.8 | 4 | 2 | 0 | 2 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.9 | 4 | 4 | 0 | 0 | 100.0% | 4 | 2 | 0 | 2 | 100.0% |
| 1.10 | 4 | 1 | 0 | 3 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.11 | 4 | 1 | 0 | 3 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 1.12 | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.13 | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.14 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| 1.15 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 2.1 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 2.2 | 4 | 4 | 0 | 0 | 100.0% | 4 | 1 | 3 | 0 | 25.0% |
| 2.3 | 4 | 3 | 1 | 0 | 75.0% | 4 | 3 | 0 | 1 | 100.0% |
| 2.4 | 4 | 2 | 1 | 1 | 66.7% | 4 | 2 | 0 | 2 | 100.0% |
| 2.5 | 5 | 1 | 1 | 3 | 50.0% | 4 | 2 | 1 | 1 | 66.7% |
| 3.1 | 4 | 4 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% |
| 3.2 | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| 3.3 | 4 | 3 | 0 | 1 | 100.0% | 4 | 3 | 0 | 1 | 100.0% |
| 3.4 | 4 | 0 | 4 | 0 | 0.0% | 4 | 3 | 1 | 0 | 75.0% |
| 4.1 | 4 | 1 | 3 | 0 | 25.0% | 4 | 3 | 1 | 0 | 75.0% |
| 4.2 | 4 | 0 | 3 | 1 | 0.0% | 4 | 3 | 1 | 0 | 75.0% |
| 4.3 | 4 | 2 | 1 | 1 | 66.7% | 4 | 3 | 1 | 0 | 75.0% |
| 5.1 | 4 | 3 | 0 | 1 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| 5.2 | 4 | 1 | 0 | 3 | 100.0% | 4 | 3 | 0 | 1 | 100.0% |
| 5.3 | 4 | 0 | 1 | 3 | 0.0% | 4 | 2 | 1 | 1 | 66.7% |
| 5.4 | 4 | 0 | 1 | 3 | 0.0% | 4 | 2 | 1 | 1 | 66.7% |
| 6.1 | 4 | 2 | 2 | 0 | 50.0% | 2 | 2 | 0 | 0 | 100.0% |
| 6.2 | 4 | 2 | 1 | 1 | 66.7% | 2 | 2 | 0 | 0 | 100.0% |
| 6.3 | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 1 | 0 | 1 | 100.0% |
| 6.4 | 4 | 3 | 1 | 0 | 75.0% | 2 | 2 | 0 | 0 | 100.0% |

| Q# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 3 | 3 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.2 | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.3 | 3 | 2 | 1 | 0 | 66.7% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.4 | 3 | 0 | 1 | 2 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.5 | 3 | 2 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.6 | 3 | 3 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.7 | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.8 | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.9 | 3 | 0 | 1 | 2 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.10 | 3 | 1 | 1 | 1 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.11 | 3 | 2 | 0 | 1 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.12 | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.13 | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.14 | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 1.15 | 3 | 3 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.1 | 3 | 2 | 1 | 0 | 66.7% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.2 | 3 | 2 | 1 | 0 | 66.7% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.3 | 3 | 2 | 1 | 0 | 66.7% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.4 | 3 | 3 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 2.5 | 3 | 3 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.1 | 4 | 4 | 0 | 0 | 100.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.2 | 4 | 0 | 0 | 4 | #DIV/0! | 1 | 0 | 0 | 1 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.3 | 4 | 2 | 2 | 0 | 50.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 3.4 | 4 | 2 | 2 | 0 | 50.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 4.1 | 4 | 4 | 0 | 0 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 4.2 | 4 | 2 | 2 | 0 | 50.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 4.3 | 4 | 4 | 0 | 0 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.1 | 4 | 2 | 0 | 2 | 100.0% | 1 | 0 | 0 | 1 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.2 | 4 | 2 | 0 | 2 | 100.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.3 | 4 | 2 | 0 | 2 | 100.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 5.4 | 4 | 2 | 0 | 2 | 100.0% | 1 | 1 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.1 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.2 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.3 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| 6.4 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCJ | Auditor Name: | | | | Audit Review Period: Month/Year - Month/Year |

| Quality Indicator | QI# | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7 Detoxification/ Withdrawal** | 7.1 | 10 | 1 | 0 | 9 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.2 | 10 | 10 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 2 | 0 | 0 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.3 | 10 | 6 | 1 | 3 | 85.7% | 4 | 4 | 0 | 0 | 100.0% | 4 | 0 | 0 | 3 | 100.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.4 | 10 | 9 | 1 | 0 | 90.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 0 | 0 | 3 | 100.0% | 2 | 1 | 1 | 0 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.5 | 10 | 2 | 1 | 7 | 66.7% | 4 | 1 | 0 | 3 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 2 | 0 | 1 | 1 | 0.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.6 | 10 | 1 | 1 | 8 | 50.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 1 | 3 | 0.0% | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.7 | 10 | 0 | 0 | 10 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.8 | 10 | 0 | 0 | 10 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.9 | 10 | 0 | 0 | 10 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.10 | 10 | 0 | 0 | 10 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.11 | 10 | 0 | 0 | 10 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 7.12 | 10 | 1 | 0 | 9 | 100.0% | 4 | 1 | 0 | 3 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! | 2 | 0 | 0 | 2 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| **8 Tuberculosis and Other Infections** | 8.1 | 17 | 14 | 2 | 1 | 87.5% | 17 | 14 | 2 | 1 | 87.5% | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.2 | 17 | 0 | 0 | 17 | #DIV/0! | 17 | 0 | 0 | 17 | #DIV/0! | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.3 | 17 | 1 | 3 | 13 | 25.0% | 17 | 1 | 3 | 13 | 25.0% | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.4 | 17 | 0 | 0 | 17 | #DIV/0! | 17 | 0 | 0 | 17 | #DIV/0! | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8.5 | 17 | 14 | 3 | 0 | 82.4% | 17 | 14 | 3 | 0 | 82.4% | | | | | | | | | | | | | | | | | | | | | | | | | |
| **9 Pharmaceutical Administration** | 9.5 | 3 | 2 | 1 | 0 | 66.7% | 3 | 2 | 1 | 0 | 66.7% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 9.6 | 3 | 1 | 0 | 2 | 100.0% | 3 | 1 | 0 | 2 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |
| | 9.7 | 3 | 0 | 0 | 3 | #DIV/0! | 3 | 0 | 0 | 3 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**        AUDITOR NAME **Bruce Barnett**

| 1. INTAKE SCREENING | | Month/Year Audited A | B | C | D | Month/Year Audited A | B | C | D | Month/Year Audited A | B | C | D | Month/Year Audited A | B | C | D | Month/Year Audited A | B | C | D | Month/Year Audited A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 1.1 | Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted) | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | |
| | Date of Patient's Arrival at MCJ | 02/07/25 | 02/07/25 | 08/15/25 | 12/26/24 | 12/03/24 | 02/24/25 | 02/27/25 | 02/24/25 | 01/09/25 | 12/04/24 | 02/06/25 | 02/27/25 | 03/05/25 | 11/08/24 | 10/26/24 | | | | | | | | | |
| | Date Initial Health Screening Completed | 02/07/25 | 02/07/25 | 08/15/25 | 12/26/24 | 12/03/24 | 02/24/25 | 02/27/25 | 02/24/25 | 01/09/25 | 12/04/24 | 02/06/25 | 02/02/25 | 03/05/25 | 11/08/24 | 10/26/24 | | | | | | | | | |
| | • Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility. >> Note: All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire. | Comments: | | | | Comments: | | | | Comments: reason stated for delayed Intake Screen ▮ completion date 3/2/25 may be mistaken as orders and other forms show completion 2/27/25. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.2 | If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance prior to incarceration, was the inmate transported to Natividad Medical Center for medical clearance? | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | |
| | Date Initial Health Screening Completed | | | | 12/26/24 | | | | | | | | | | | | | | | | | | | | |
| | Date Inmate Transported to Natividad Medical Center | | | | 12/26/24 | | | | | | | | | | | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care. If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance. — Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows: > Arrestees who are unconscious or who cannot walk under their own power. > Arrestees who are having or have recently had convulsions. > Arrestees with any significant external bleeding. > Arrestees with any obvious fracture. > Arrestees with signs of head injuries. > Arrestees with any signs of serious injury or illness. > Arrestees displaying signs of acute alcohol or drug withdrawal. > Pregnant women in labor or with other serious problems. > Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding. > Arrestees with complaints of severe pain or trauma. > Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours." | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**    AUDITOR NAME **Bruce Barnett**

| 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.3 | Were all appropriate portions of the Intake Questionnaire/Form (Exam, lab, past and current history) filled out? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | NO | NO | YES | YES | | | | | | | | | |
| | • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire. • The receiving screening shall include vital signs, gross exam, pertinent lab (blood sugar) and inquiry into: Current illness and health problems, including medical, mental health, dental and communicable disease. Medications and special health requirements. Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems. History or appearance of suspected mental illness, including suicidal ideation or behavior. Appearance or history of developmental disability. Appearance or history of recent sexual abuse or abusiveness. For females, a history of gynecological problems, current pregnancy, recent delivery and birth control. | Comments: | | | | Comments: | | | | Comments: ▇ transferred from SQ with OUD, on subutex. Not described in intake ▇ has OUD, fentanyl and subutex drugs listed with no explanations of use, amount, route, frequency. Are both used currently? Clarification needed. | | | | Comments: ▇ polysubstance abuse, blood sugar not tested ▇ - apparently not forthcoming about drug use at intake, does discuss at health inventory. | | | | Comments: | | | | Comments: | | | |
| 1.4 | If during the initial intake screening process the inmate was identified with an acute or chronic medical condition deteriorated , did the booking registered nurse refer the inmate to the primary care provider for immediate care? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NO | | | | | | | | | |
| | • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes, chronic drug use, or new condition such as UTI. • Review the inmate's medical record to determine whether the inmate was referred to the primary care provider for immediate attention or timely visit after Intake. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: **Blood sugar 363 more than 2 hours post prandial should generate expedited attention rather than routine care in 5 or more days.** | | | | Comments: | | | | Comments: | | | |
| 1.5 | Was the inmate with a chronic medical condition seen by a primary care provider within seven days or as reasonable/practical after arrival at the facility? | YES | NA | NA | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NA | YES | | | | | | | | | |
| | Date of Patient's Arrival at MCJ | 02/07/25 | | | 12/26/25 | 12/03/24 | 02/24/25 | 02/27/25 | 02/24/25 | 01/09/25 | 12/04/24 | 02/06/25 | 02/27/25 | 03/05/25 | | 10/25/24 | | | | | | | | | |
| | Date Patient Seen by PCP | 02/12/25 | | | 12/31/24 | 12/11/24 | 03/05/25 | 03/04/25 | 03/04/25 | 01/10/25 | 12/10/24 | 02/10/25 | 02/28/25 | 03/06/25 | | 10/30/24 | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility. . | Comments: | | | | Comments: ▇ refused initial chronic care exam. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.6 | **Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form?** | YES | YES | YES | YES | YES | NO | NO | NO | YES | YES | NO | YES | YES | YES | YES | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities. | Comments: | | | | Comments: ■ Delayed while CWA, but not done after released from CWA ■ Delayed while CWA, but not done after released from CWA ■ ADA assessment delayed for CWA, not provided when out of CWA. | | | | Comments: ■ Form not filled in for no discernable reason ■ form delayed to 3/17/25 | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.7 | **If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours?** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | |
| | • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability. Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities.<br>• Per the CFMG's Implementation Plan, Exhibit A:<br> "4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities.<br> 5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate.<br> 6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met. Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap."<br>• *Determination of Compliance may be deferred to ADA monitor* | Comments: | | | | Comments: I am unable to assess. Defer to ADA monitor. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.8 | **If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation?** | YES | YES | NA | NA | NA | YES | YES | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence or history of mental illness, was referred to a mental health services staff for further evaluation. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.9 | **Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history?** | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NA | NA | NO | NA | NA | | | | | | | | | |
| | • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**     AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.10** If an inmate had an existing medication order upon arrival at the facility, was the medication reviewed and when appropriate administered without... | YES | NA | NA | YES | NA | YES | NA | NA | YES | YES | YES | YES | NO | NA | YES | | | | | | | | | |
| • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy. • The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ▮ on methadone 60 mg daily, should be tapered.  But is stopped abruptly. | | | | Comments: | | | | Comments: | | | |
| **1.11** Was the inmate taking medications prior to admission (verified and/or unverified) seen by a medical provider within seven days of intake? | YES | NA | NA | YES | NA | YES | NA | NA | YES | YES | YES | YES | YES | NA | YES | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.12** *For inmates prescribed psychotropic medications:* Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions? | NA | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | |
| • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions. • *Compliance may be determined by MH monitor.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.13** *For inmates prescribed psychotropic medications:* Was an inmate seen by a psychiatrist within seven days of arrival at the facility? | YES | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | |
| Date of Patient's Arrival at MCJ | 02/07/25 | | | | 02/26/25 | | | | | | | | | | | | | | | | | | | |
| Date Patient Seen by Psychiatrist | 02/07/25 | | | | 03/06/25 | | | | | | | | | | | | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications. • *Compliance may be determined by Mental Health Monitor* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.14 | *For inmates prescribed psychotropic medications:* If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | |
| | • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions. • *Compliance may be determined by the Mental Health monitor. - Deferred to mental health monitor* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.15 | At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | |
| | • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN.  Verification of the nurse's verbal explanation shall be documented on the health screening form. " • Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY: Monterey County Jail (MCJ)
AUDITOR NAME: Bruce Barnett

## 2. ACCESS TO CARE

| | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **2.1** Did the licensed health care staff review the sick call slip on the day it was received? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | | | | | | | | | |
| Date Sick Call Slip Received | 02/21/25 | 03/03/25 | 01/30/25 | 01/10/25 | 03/01/25 | 01/09/25 | 01/27/25 | 01/31/25 | 01/19/25 | 02/22/25 | 02/15/25 | 12/07/24 | 03/19/25 | 02/16/25 | 01/18/25 | | | | | | | | | |
| Date Sick Call Slip Reviewed | 02/21/25 | 03/03/25 | 01/31/25 | 01/10/25 | 03/01/25 | 01/10/25 | 01/27/25 | 01/31/25 | 01/19/25 | 02/22/25 | 02/15/25 | 12/07/24 | 03/19/25 | 02/17/25 | 01/29/25 | | | | | | | | | |

• Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received.  Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.
  Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials.

Comments (Group 1): Comments:
Comments (Group 2): Comments:
Comments (Group 3): Comments:
Comments (Group 4): Comments: [redacted] - Sick call delayed for complaint of headache and nose bleed.

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.2** Following the review of the sick call slip, was there a complete face-to-face assessment of the inmate within the required (reasonable) time frame? | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | NO | NO | YES | YES | NO | | | | | | | | | |
| Date of Patient FTF Assessment | 02/21/25 | 03/03/25 | 01/30/25 | 01/10/25 | 03/01/25 | 01/10/25 | 01/27/25 | 01/31/25 | 01/19/25 | not done | 02/25/25 | 12/10/25 | 03/19/25 | 02/17/25 | 01/29/25 | | | | | | | | | |

Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame?
• Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call.

Comments (Group 3): Comments: [redacted] 2/22 complains of finger infection, is diabetic on insulin.  No exam done before released on 2/24/25. No EMR documentation of instructions for this problem [redacted] - 10 days longer than allowed per IP except if excused [redacted] - next sick call for painful infection should not be 3 days.

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 2. ACCESS TO CARE | | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | | | | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2.3 | Was the patient encounter documented in a Subjective, Objective, Assessment, and Plan (SOAP) format? | | | | YES | YES | YES | YES | YES | YES | NO | YES | YES | NA | YES | YES | NO | YES | YES | | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format. | | | | Comments: | | | | Comments:☐ no PNP for condition used/documented in the EMR | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY **Monterey County Jail (MCJ)**        AUDITOR NAME **Bruce Barnett**

| 2. ACCESS TO CARE | | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID # | | | | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2.4 | Was the treatment plan appropriate, and if issued by RN within the nurse's scope of practice and supported by the sick call Nursing Protocols? | | | | YES | YES | YES | YES | YES | YES | NO | NA | YES | NA | YES | NA | YES | YES | YES | | | | | | | | | | |
| | • Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.<br>• Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate". | | | | Comments: | | | | Comments: pulse 110 not repeated no<br>PNP for condition used/documented in the EMR | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 3. CHRONIC CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 3.1 | Was the patient's chronic care visit completed as ordered and/or needed? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | |
| • For an inmate with an identified chronic illness, determine whether chronic care visit occurred within the recommended time frame.  ◙ For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th. Timeliness of first visit after admission is assessed under intake. | | Comments:        has multiple MH and medical problems, most recently admitted 9/9/24 without intake screening. Was due for CC exam within 7 days. CC on 1/6/25 is belated understandably because of patient's multiple trip to hospital. | | | | Comments:        refuses exam on multiple attempts to schedule | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 3.2 | For patients on psychiatric medications:  Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | YES | YES | YES | NA | NA | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | |
| • Compliance may be determined by MH monitor. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

## 3. CHRONIC CARE

| | | Month/Year Audited | | | | Month/Year Audited | | | | Month/Year Audited | | | | Month/Year Audited | | | | Month/Year Audited | | | | Month/Year Audited | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3.3 | Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care | YES | NA | YES | YES | YES | YES | NA | YES | NA | YES | YES | YES | NO | NO | YES | YES | YES | | | | | | | | |
| | • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>▢ Inmate's medical history;<br>▢ Systems examination in accordance with the nature of the chronic condition;<br>▢ Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit;<br>▢ Inmate's treatment plan.<br>• *Complete evaluations for Health Care Maintenance (including annual history/physical) and PCP progress notes may  satisfy requirements for timely chronic care visit* | Comments: _ refused scheduled CC visit. Is transferred shortly thereafter | | | | Comments: | | | | Comments: | | | | Comments: _ multiple lab tests before and after CC exam date show elevated random BS consistent with prediabetes, glucose intolerance or frank diabetes.  Not followed and not in problem list. _ - care for methadone taper dangerous with Subutex only; enrolled in short term OUD protocol.  Should be slow taper over weeks and long term protocol. Withdrawal complications included protracted insomnia. | | | | Comments: | | | | Comments: | | | |
| 3.4 | Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | YES | YES | YES | YES | NO | NO | NO | NO | YES | NO | YES | YES | NO | NO | YES | YES | YES | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: RPR not noted. | | | | Comments: _ problem list does not include alcoholism, previous withdrawal and _ does not list alcoholism. _ FSBG are above 100, suggesting glucose intolerance and pre diabetes not listed _ is alcoholic, abuses meth not on problem list. | | | | Comments: _ does not include meth abuse on problem list. | | | | Comments: _ pre diabetes not in problem list _ problem list is blank. Should note OUD and meth abuse. | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
Chapter 4 - HEALTH CARE MAINTENANCE

AUDITED FACILITY: Monterey County Jail (MCJ)    AUDITOR NAME: Bruce Barnett

## 4: HEALTH CARE INVENTORY

| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 4.1 | Did the inmate receive a health inventory or full exam within 2 weeks of Intake and within 6 months after admission? | YES | YES | NO | YES | NO | YES | NO | NO | YES | NO | YES | YES | YES | YES | NO | YES | YES | YES | | | | | | |
| | Date of Patient's Arrival at Facility | 02/08/24 | 01/22/25 | 03/13/25 | 12/26/24 | 12/03/04 | 03/21/24 | 10/11/24 | 06/06/24 | 02/26/25 | 02/27/25 | 02/24/25 | 01/09/25 | 08/09/24 | 02/06/25 | 02/27/25 | 03/05/25 | 11/08/24 | 10/26/04 | | | | | | |
| | Date of Complete Physical Examination Completed | 02/17/25 | 01/30/25 | Not yet | 12/31/24 | Not done | 03/05/25 | not yet | 01/31/25 | 03/05/25 | Not done | 03/04/25 | 01/09/25 | 01/07/24 | 02/10/25 | 03/28/25 | 03/06/25 | 11/13/24 | 11/01/24 | | | | | | |
| | • IP requires health inventory on all persons within 2 weeks of intake to assess patient conditions and risk of infectious disease. The health inventory may be performed by RN, but must have PCP cosignature and management for abnormal findings. <br>• A full exam performed as part of a chronic care visit, or otherwise documented full history and physical with appropriate lab suffices to meet requirement for health inventory at or before 2 weeks. In addition, patients shall undergo full exam within 6 months of admission as required by the Implementation Plan for health maintenance, including cancer surveillance. | Comments: Related exam as was initially refused. STD testing incomplete, not performed even belatedly. ▉ Inventory overdue. No medical problems or referral. Delay may be excusable, but needs inventory and STD screening soon. | | | | Comments: ▉ multiple refusals of STD screening CC exams. No inventory form filled out. | | | | Comments: ▉ credit given for CC care exam within 2 weeks, with lab testing and TB done. - CC visit refused. No subsequent efforts for CC or for inventory, no forms filled out. No lab or STD since 10/30/24 despite IV meth abuse. | | | | Comments: ▉ initial exam did not meet requirement for inventory at 2 weeks, but is before 6 months. | | | | Comments: | | | | Comments: | | | |
| 4.2 | Did the physical examination include all the required components as listed in CFMG's's Implementation Plan, Exhibit A? | NO | YES | NA | YES | NA | NO | NO | NO | YES | NO | YES | YES | YES | NO | YES | NO | YES | YES | | | | | | |
| | • Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility. <br>▉The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner. <br>▉ The physical examination SHALL include: <br>▉ Review of the health inventory and communicable disease screening; <br>▉ Vital signs, height, and weight; <br>▉ A full body system review and assessment consistent with community standards and guidelines. <br>▉ A documented assessment of the individual's health status based on the physical findings; <br>▉ A plan for follow-up, treatment and referral as indicated, and; <br>▉ Review and countersignature by the responsible physician. | Comments: positive findings, including SUD/amphetamine requires oversight by PCP, not provided in the EMR. Necessary communicable disease screening not ordered. | | | | Comments: ▉ had refused lab, STD screen in 3/24 despite polysubance abuse. Not offered again 3/3/25 or documented refusal ▉ initial inventory not done, CC visits for chronic sinusitis do not address STD screening ▉ - Issue is not much delayed inventory as lack of attention to STD screening not ordered and not done. Also TB testing not done, contrary to IP requirements. See TB | | | | Comments: ▉ - STD screening ordered, but not done - STD ordered, not done. | | | | Comments: ▉ - STD screening ordered, but not done. | | | | Comments: | | | | Comments: | | | |
| 4.3 | Were the findings of the physical examination recorded on an approved CFMG'S physical examination form? | YES | YES | NA | YES | NA | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | |
| | • Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG. | Comments: | | | | Comments: | | | | Comments: ▉ credit given for CC care exam within 2 weeks, with lab testing and TB done. | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)

**AUDITOR NAME** Bruce Barnett

## 5: CONTINUITY OF CARE AFTER RELEASE

| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | 11/25 | | | | | | | | | | | | | | | | | | | | | | |
| 5.1 | *For inmates transferring to another detention/corrections system:* Was a Transfer of Medical Information form properly completed for an inmate transferring to another detention/corrections system? | NA | NO | YES | NA | NA | YES | YES | YES | NA | NA | YES | NA | NA | YES | NA | YES | NA | | | | | | | |
| | • Did the facility completed a Transfer of Medical information form for an inmate transferring out of the facility. • Was each part of the transfer form filled out accurately | Comments: ▓ transferred on 2/13/25 with positive TB skin test documented 2/9/25. QF ordered but not done. Report is sent to new jail incorrectly stating that patient hs a negative TB test (in fact is positive). | | | | Comments: | | | | Comments: | | | | Comments: ▓ transfer form lists conditions. ▓ refers to problem list, MARS, . Not clear whether labs are being sent showing fibrosis and HCV viral load. | | | | Comments: | | | | Comments: | | | |
| 5.2 | Was a 30-day supply of medications provided to the patient upon discharge, or other appropriate dosage? | NA | NA | NA | YES | YES | NA | NA | NA | YES | YES | NA | YES | YES | NA | YES | NA | YES | | | | | | | |
| | • Patients sent to other facilities need only have records accompanying to indicate medications. Non crucial, or OTC meds need not be provided upon discharge | Comments: | | | | Comments: | | | | Comments: ▓ released with clear written discharge instructions. | | | | Comments: ▓ released with clear written discharge instructions ▓ discharge instructions clear. | | | | Comments: ▓ discharge instructions clear and detailed. | | | | Comments: | | | |
| 5.3 | For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? | NO | NA | NA | YES | NO | NA | NA | NA | NO | YES | NA | YES | YES | NA | YES | NA | YES | | | | | | | |
| | • Compliance requires documentation of appropriate instructions and/or appointments for follow up outside of jail. | Comments: ▓ has positive TB skin test, unreleased without consultation or QF verification. | | | | Comments: ▓ patient needs follow up MH care, and medical care for possible hypothyroidism. | | | | Comments: ▓ recommendation from ED to follow up with neurology not addressed. | | | | Comments: | | | | Comments: | | | |
| 5.4 | For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? | NA | NA | NA | NO | NO | NA | NA | NA | NO | YES | NA | YES | YES | NA | YES | NA | YES | | | | | | | |
| | • Compliance requires documentation of appropriate instructions and/or appointments for follow up outside of jail. | Comments: ▓ 21 yo with DM, abnormal LFT suggesting Fatty Liver on 2/4/25 lab, not reviewed by PCP and not clearly communicated. (Is told generally to seek out PCP upon release) | | | | Comments: ▓ No written instructions are in the EMR . | | | | Comments: ▓ No written instructions regarding use of anti convulsant meds, need to follow up with neurology or psych meds/psych care. | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| 6. OUTSIDE MEDICAL CARE/REFERRALS | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | 11/19 | 11/2 | | | | | | | | | | | | | | | | | | |
| **6.1** For inmates referred to outside provider for higher level of care: Did health care staff complete the CPMG's Medical Referral Form? | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES | | | | | | | | | | | | | | |
| • Did health care staff complete a Medical Referral Form for outside services ordered by the MCJ's primary care provider. • Documented conversation wit h the specialist will suffice to meet this requirement | Comments: | | | | Comments:___ on 11/1/25 sent to ED with no referral note in the EMR,___ referral form not in the EMR, but order for transfer and Emergency room report is in record___ - no referral in the medical record to describe need for ultrasound and CT studies; | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.2** Did the inmate seen by outside provider(s)  receive care upon return as recommended and/or needed ? | YES | YES | YES | YES | YES | NO | YES | NA | YES | YES | | | | | | | | | | | | | | |
| • Compliance requires that speciality services are performed within a reasonable time frame | Comments: | | | | Comments:___ returned from ER visit 11/1/25 with clear recommendation for orthopedic follow up for fimigar fracture sustained on or arouds 10/31/24. No eval/discussion with ortho until 11/19/25, possibly missing 2 week window of opportunity for optimal fracture care. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.3** For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company? | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | | | | | | | | | | | | | | |
| • Compliance for this item may be established by reference to custody documents. | Comments:EMR unclear as to what kind of transport. Ambulance forms  (EMT) are in custody files. | | | | Comments:EMR unclear as to what kind of transport. Ambulance forms  (EMT) are in custody files. | | | | Comments:EMR unclear as to what kind of transport. Ambulance forms  (EMT) are in custody files. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.4** Did the Medical Referral Form with recommendations for follow-up accompany the inmate upon his/her return from outside provider? | YES | YES | YES | YES | NO | YES | YES | YES | YES | YES | | | | | | | | | | | | | | |
| •Documented review of outside records, or conversations with specialist in a reasonable time following return to jail may suffice to meet this requirement. | Comments: | | | | Comments:No ortho notes in EMR from 11/19/25 visit | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY: Monterey County Jail (MCJ)   AUDITOR NAME: Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 7.1 | Was an inmate intoxicated at booking placed in the protective environment of the sobering cell for close observation by custody and health care staff? | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| • Medical records and/or custody records should document at the time of booking placement in the sobering cell for close observation by custody and health care staff. | | Comments: was described as under the influence, but had been jail cleared and seemed medically stable and appropriate in his conversation. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.2 | Did the medical staff document an assessment/evaluation of inmate in the SOAP format to assess intoxication? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | | | | | |
| • Did health care staff documented a face to face assessment of the inmate in the SOAP format. • RN assessment using guidelines for this task , and/or in consultation with on call PCPs sufficient to meet the requirement. | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.3 | Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors | YES | YES | YES | YES | YES | NA | NA | NA | NO | YES | | | | | | | | | | | | | | |
| • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate. • Compliance requires notification of physician for unstable patients or patients refusing monitoring. | | Comments: | | | | Comments: | | | | Comments: patient detox from Methadone 3/5/25 staus on 60 mg daily. But placed on short term protocols, instead of appropriate long term taper and monitoring. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.4 | Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified symptoms? | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | | | | | | | | | | | | | | |
| Compliance is established by referral to one or more protocols to monitor possible withdrawal from opiates, methamphetamine/stimulants and/or sedatives in accordance with t he Implementation Plan, jail guidelines and community standards. | | Comments: | | | | Comments: | | | | Comments: patient detox  from Methadone subjected to short term protocols, instead of appropriate long term taper and monitoring. | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)    **AUDITOR NAME** Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | For inmates withdrawing from Opiates: In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? | YES | NA | NA | NA | NA | NA | NA | YES | NO | NA | | | | | | | | | | | | | | |
| | the medical record should document vital signs and the Clinical Opiate Withdrawal Scale (COWS). • | Comments: | | | | Comments: | | | | Comments: patient detox from Methadone subjected to short term protocols, instead of appropriate long term taper and monitoring. | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | For inmates withdrawing from Opiates: Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? | YES | NA | NA | NA | NA | NA | NA | NO | NA | NA | | | | | | | | | | | | | | |
| | • The opioid withdrawal treatment plan (Level 1, Level 2, or Level 3) should be based upon the COWS score and symptoms. • Compliance requires notification of on call physician for medically unstable patients. | Comments: | | | | Comments: ▉   VS supposed to measure q 8 hrs.  Not even measured daily.  No explanation | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | For inmates withdrawing from Benzodiazepines/Barbiturates: Did the Initial Assessment include vital signs, physical findings, and symptoms? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance requires notification of physician on call for orders to prevent acute withdrawal from sedatives. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
**Health Care Monitoring Audit Tool - Medical Record Review**
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

AUDITED FACILITY **Monterey County Jail (MCJ)**   AUDITOR NAME **Bruce Barnett**

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* Comments: | | | | | | | | | | | | | | | | | | | | | | | | |
| 7.9 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance for this requirement may be determined by mental health monitor. Comments: | | | | | | | | | | | | | | | | | | | | | | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance requires immediate consultation with PCPand/or hospital evluation if the patients appears unstable or at risk of delirium tremens. Comments: | | | | | | | | | | | | | | | | | | | | | | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance requires immediate consultation with PCPand/or hospital evluation if the patients appears unstable or at risk of delirium tremens. Comments: | | | | | | | | | | | | | | | | | | | | | | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | |
| | • Compliance is not established by hospital clearnace before booking if the patient appears medically unstable after the purported clearance. Comments: | | | | | | | | | | | | | | | | | | | | | | | | |

Created 2017

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

| AUDITED FACILITY | Monterey County Jail (MCJ) | AUDITOR NAME | Bruce Barnett |
|---|---|---|---|

| 8: TUBERCULOSIS SCREENING (SCREENING FOR OTHER INFECTIONS IS ASSESSED AS PART OF HEALTH CARE MAINTENANCE) | | Audit Review Period: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| | ID # | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | |
| 8.1 | Did the inmate receive a tuberculosis signs and symptoms screening and skin testing or blood test as indicated within seven days of inmate's admission to the facility? | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | NA | | | |
| • tuberculosis signs and symptoms screening and may not be required if already done within 3 months of admission. • Screening by blood test (QuantiFeron) should be performed timely, with results not more than a few weeks after admission. | | Comments: ___ admitted 7/25/23 - no EMR documented PPD or screen, no repeat PPD at annual intervals ___ admitted 6/24 was not tested because negative test on 12/23 (incorrectly excused as testing required unless negative within 3 months) | | | | | | | | | | | | | | | | | | | |
| 8.2 | For an inmate with positive TB screening findings: Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | |
| • Inmates exhibiting symptoms suggestive of TB disease, especially with a history of inadequate TB treatment, must be immediately reported to PCP on call and isolated from other inmates and staff. • | | Comments: | | | | | | | | | | | | | | | | | | | |
| 8.3 | Was a positive TB skin tests followed by QuantiFeron testing and/or X ray within 72 hours, along with consultation to explain options for treating latent TB? | NO | NO | YES | NO | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | |
| • Patients with positive TB skin test but no symptoms, with no history of prior positive test and/or treatment for TB, are considered likely to have latent TB infection unless infection is ruled out by negative QuantiFeron result. | | Comments: ___ positive TB test 2/9/25. Was released ___ without notification. ___ ppd positive on 2/9/25. Not reported to patient directly and incorrectly reported to transfer facility as negative ___ skin test newly positive on 3/15/25. Chest X ray and QF purportedly ordered but not done as of 3/20/25. No counselled as of 3/20/25. | | | | | | | | | | | | | | | | | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

AUDITED FACILITY  Monterey County Jail (MCJ)          AUDITOR NAME  Bruce Barnett

| 8: TUBERCULOSIS SCREENING (SCREENING FOR OTHER INFECTIONS IS ASSESSED AS PART OF HEALTH CARE MAINTENANCE) | | Audit Review Period: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| 8.4 | Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | |
| | • Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings. <br> • *Compliance will be determined via the review of the medical records.* | Comments:t. | | | | | | | | | | | | | | | | | | | | |
| 8.5 | Are inmates screened annually for signs and symptoms of tuberculosis? | YES | YES | YES | YES | YES | NO | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | NO | | | |
| | • Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review. <br> • Review the inmate's medical record for documentation of a TB screening within the last year. <br> • *Compliance will be determined via the review of the medical records.* | Comments:       - no TB testing done at admission or annually therafter.        Last test done 12/13/23.  Testing now overdue.        - incarcerated at MCJ since          .QuantiFeron negative 2/27/24. Is overdue for repeat yearly TB screening | | | | | | | | | | | | | | | | | | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION

**AUDITED FACILITY** Monterey County Jail (MCJ)

**AUDITOR NAME** Bruce Barnett

| 9: PHARMACEUTICAL RECORDS (Regarding Meds Dispensed see tab for RN Review Onsite); Supply of meds upon released assessed in tab for Continuity of Care. | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 9.5 | If the inmate did not show or refused the prescribed medication(s) on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | YES | NO | YES | | | | | | | | | | | | | | | | | | | | | |
| | • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times.<br>• Compliance will be determined by medical record review. | Comments: ___ has refused allopurinol most days in March 2025, but no counseling or reconsideration of need for this drug (probably unnecessary medication since no uric acid measured and CT scan shows no stones) . | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.6 | For inmates going out to court:<br>Did the inmate receive the medication as prescribed by provider? | YES | NA | NA | | | | | | | | | | | | | | | | | | | | | |
| | • Compliance will be determined by medical record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.7 | Was an inmates suspected of diverting medication referered for timely visit to PCP and/or mental health services? | NA | NA | NA | | | | | | | | | | | | | | | | | | | | | |
| | • Compliance will be determined by medical record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

## MONTEREY COUNTY JAIL
### Health Care Monitoring Audit Tool - Administrative Onsite

**Facility:  Monterey County Jail**

**Auditor:**

**Onsite Audit Date(s):**

**Audit Review Period:**

| ADMINISTRATIVE QUESTIONS | | | | | |
|---|---|---|---|---|---|

| 2 - ACCESS TO CARE | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.6** | **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | 3 | 0 | 0 | 100.0% |
| | Month #1 — # of Rounds Conducted on Monday, Wednesday, and Friday | 1 | | | |
| | Month #2 — # of Rounds Conducted on Monday, Wednesday, and Friday | 1 | | | |
| | Month #3 — # of Rounds Conducted on Monday, Wednesday, and Friday | 1 | | | |

• Review the Isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?
• *Compliance will be determined via the review of the isolation log during the onsite audit.*

Comments:

| **2.7** | **Does the facility maintain a sick call roster on file in the clinic?** | 1 | | | 100.0% |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.
• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.
• *Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

Comments:

| **2.8** | **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | 1 | | | 100.0% |
|---|---|---|---|---|---|

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.
• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.
• *Compliance will be determined via the review of the Inmate Rules booklet  during the onsite audit.*

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | **Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units?** | 1 | 0 | 0 | 100.0% |
|---|---|---|---|---|---|
| | Booking Area | | | | |
| | Housing Unit #1 | | | | |
| | Housing Unit #2 | | | | |
| | Housing Unit #3 | | | | |
| | Housing Unit #4 | | | | |
| | Housing Unit #5 | | | | |
| | Housing Unit #6 | | | | |
| | Housing Unit #7 | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*• Compliance will be determined via the inspection of the reception area and housing units during the onsite audit.*

Comments:

| 2.10 | **Does the clinic visit location ensure the inmate's visual and auditory privacy?** | 1 | | | 100.0% |
|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.

• Assess all locations to determine if visual and auditory confidentially is maintained.

• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy.  Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed.  If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists.   Note:  This will require the auditor to use his/her professional judgment.  The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level.  If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.

*• Compliance will be determined via the inspection of the clinic during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10 - CFMG STAFFING | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10** | **Does the facility have the required provider staffing complement per the CFMG's Staffing Plan?** | | **3** | **0** | | **100.0%** |
| | | PCP | 1 | | | |
| | | PA | 1 | | | |
| | | NP | 1 | | | |

• Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements .

Comments:


| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10** | **Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan?** | | **2** | **0** | | **100.0%** |
| | | RN | 1 | | | |
| | | LVN | 1 | | | |

Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements ..

Comments:


| | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10** | **Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan?** | | **3** | **0** | | **100.0%** |
| | | CMA | 1 | | | |
| | | MA | 1 | | | |
| | | MRC | 1 | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

- Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk.
- Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements.
- Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 10 | Does the facility have the required management staffing complement per the CFMG's Staffing Plan? | | 1 | 2 | | 33.3% |
|---|---|---|---|---|---|---|
| | | Program Manager | 1 | | | |
| | | DON | | 1 | | |
| | | MRS | | 1 | | |

• Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor.

• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements.

• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

| Comments: |
|---|
| |

| 11 | Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail? | 1 | | | 100.0% |
|---|---|---|---|---|---|
| Comments: | | | | | |
| | | | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:  Monterey County Jail                          Onsite Audit Date(s):

Auditor:                                                 Audit Review Period:

| 8 - TUBERCULOSIS LOGS | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **8.6**  **Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments?** | 1 | | | **FALSE** |

• During the onsite audit, observe where the TB Tracking Log is located in the medical department.
• Obtain a copy of the TB Tracking Log from the Health Services Administrator and review the log to determine whether it is up to date.
• Interview health care staff regarding the annual TB screening and evaluation process and whose responsibility it is to update the TB Tracking Log.
• Compliance will be determined tghrough onsite staff interview process and review of the TB Tracking Log.

Comments:  Tracking log maintained, but not effectively acted upon as patients with documented positive screening tests are no consistently counseled.

| 9 - PHARMACEUTICAL DISPENSING | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **9.1**  **Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated?** | 1 | | | **100.0%** |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by  onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | | 10 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.
• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.
  If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.
• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).
• *Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

| Comments: |
|---|
| |

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | | 10 | 0 | | 100.0% |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |
| | Nurse Observed: | | 1 | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**  **Monterey County Jail**                                    **Onsite Audit Date(s):**

**Auditor:**                                                                      **Audit Review Period:**

---

*• Identify all medication administration/delivery areas, times and medication nurses at the facility.*

• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.

• The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:

  Watching the inmate take the medication.

  Checking for "cheeking" or "palming" to assure that medication has been ingested.

  Having the inmate speak after taking the medication and/or drinks water.

• In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.

*• Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

---

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | 10 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |
| | Nurse Observed: | | 1 | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*Compliance will be determined via the inspection of the reception area and housing units conducted during the onsite audit.*

Comments:

| 9.8 | Management of Controlled Substances:<br>Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | 1 | 0 | | 100.0% |
|---|---|---|---|---|---|
| | Location #1 | | 1 | | |
| | Location #2 | | | | |
| | Location #3 | | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.
  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.
• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.

*Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail

**Onsite Audit Date(s):**

**Auditor:**

**Audit Review Period:**

| 9.9 | Management of Controlled Substances:<br>Are the narcotics inventoried at every shift change by two licensed health care staff? | | | | | #DIV/0! |
|---|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | 1 | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift. This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately. For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

**Comments:**

| 9.10 | Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff? | 1 | | | 100.0% |
|---|---|---|---|---|---|

• Identify all clinic locations where prescription and non-prescription drugs are stored and inspect each location to ensure the drugs are stored in a locked area accessible only to the medical staff.
• *Compliance will be determined during the onsite review/observation of the clinic locations.*

**Comments:**