# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., | Case No. 13-cv-02354-BLF |
| Plaintiffs, | |
| v. | **ORDER RESETTING HEARING ON MOTION TO ENFORCE FROM JULY 24, 2025 AT 9:00 AM TO JULY 23, 2025 AT 9:00 AM** |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | [Re: ECF 963] |

The hearing on Plaintiffs' Motion to Enforce (ECF 963), currently set for July 24, 2025 at 9:00 a.m., is HEREBY RESET for July 23, 2025 at 9:00 a.m.

This hearing will be conducted in person in Courtroom 1 of the United States District Court, 280 S. First Street, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California