LINDSEY M. ROMANO – 337600
ALLISON J. BECKER – *pro hac vice*
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
Email: lromano@grsm.com
abecker@grsm.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

(*counsel continued on following page*)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**JOINT STIPULATION** |

1  (*counsel continued from preceding page*)

2

3  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   VAN SWEARINGEN – 259809
4  CAROLINE E. JACKSON – 329980
   MAYA E. CAMPBELL – 345180
5  ROSEN BIEN
   GALVAN & GRUNFELD LLP
6  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
7  Telephone:  (415) 433-6830
   Facsimile:   (415) 433-7104
8  Email:         mbien@rbgg.com
                  egalvan@rbgg.com
9                 vswearingen@rbgg.com
                  cjackson@rbgg.com
10                mcampbell@rbgg.com

   AVRAM D. FREY
   (*admitted pro hac vice*)
   AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA, INC.
   39 Drumm Street
   San Francisco, California  94111-4805
   Telephone:  (415) 621-2493
   Facsimile:   (415) 255-8437
   Email:         afrey@aclunc.org

11 CORENE KENDRICK – 226642
   KYLE VIRGIEN – 278747
12 ACLU NATIONAL PRISON PROJECT
   425 California St., Ste. 700
13 San Francisco, CA 94104
   Telephone:  (202) 393-4930
14 Facsimile:   (202) 393-4931
   Email:         ckendrick@aclu.org
15                kvirgien@aclu.org

16

17
   Attorneys for Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

In 2013, Plaintiffs sued Defendants County of Monterey, Monterey County Sheriff's Office, and California Forensic Medical Group, Inc. ("Defendants"), regarding medical, mental health, and dental care at the Monterey County Jail, as well as issues related to safety and security and disability access. In August 2015, the Court approved the parties' Settlement Agreement and entered the Settlement Agreement as a court order. Dkt. 494 at 4. The Court approved Implementation Plans in May 2016 (Dkts. 528-1 & 532) and ordered that the Implementation Plans "will be enforceable by the Court as part of the Settlement Agreement." Dkt. 494 at 4.

On September 26, 2023, the Court found Defendant California Forensic Medical Group, Inc. ("CFMG") in contempt of forty-three requirements of the Settlement Agreement and CFMG Implementation Plan. Dkt. 838 at 26. The Court ordered CFMG to comply with these requirements and granted CFMG six months to purge the contempt by coming into substantial compliance. *Id.* The Court ordered that if CFMG did not purge the contempt within six months, CFMG would be required to show cause why it should not be ordered to pay $25,000 per requirement for its noncompliance during the purge period. *Id.* at 27. The Court further ordered that the neutral monitors for medical, mental health, and dental care would continue to evaluate CFMG's compliance with these requirements, and that CFMG would be required to show cause why it should not be ordered to pay an additional $25,000 per noncompliant requirement after each round of neutral monitoring reports until CFMG attained full compliance with the Court's order. *Id.*

The parties entered into a stipulation on October 29, 2024, in which CFMG agreed that it could not meet its burden of proof to establish that it purged the contempt by coming into substantial compliance within six months of the Court's September 2023 order. Dkt. 945 at 4. The parties further stipulated to a process for determining the amount of the contempt fines that CFMG would pay for noncompliance during the purge period of September 26, 2023 to March 25, 2024. *Id.* at 3–5.

Pursuant to the Court's September 2023 order, after the next round of neutral monitoring reports was filed with the Court (*see* Dkts. 952, 957 & 969-1), Plaintiffs informed

CFMG of their intent to request an order to show cause why CFMG should not be ordered to pay an additional $25,000 for each of the forty-one requirements found noncompliant in those reports. The parties met and conferred thereafter and participated in a mediation with Judge Cousins on July 18, 2025, to discuss a global settlement for all of CFMG's further potential noncompliance fines through the end of CFMG's contract with Monterey County Jail, which will expire on December 31, 2025. CFMG and Plaintiffs now stipulate as follows to resolve all disputes regarding CFMG's noncompliance:

1. CFMG agrees to pay $620,000 in fines within 30 days of filing this Stipulation in full satisfaction of its purge period obligations pursuant to the October 29, 2024 Stipulation (Dkt. 945).

2. CFMG agrees to pay $1,850,000 ("Global Settlement") in fines in full resolution of any additional past, ongoing, and future sanctions that may be issued pursuant to the Court's September 2023 order (Dkt. 838) regarding its compliance with the requirements of the Settlement Agreement and CFMG Implementation Plan through December 31, 2025.

3. Plaintiffs agree not to seek additional contempt fines stemming from the September 2023 order (Dkt. 838) nor file any other motion seeking monetary sanctions against CFMG for care through December 31, 2025. Plaintiffs reserve any and all other rights to enforce the Settlement Agreement and Implementation Plans through non-monetary remedies, including enforcement of Defendants' obligations under the Settlement Agreement and Implementation Plans through injunctions and corrective action plans.[1]

4. CFMG will issue the Global Settlement payment in two installments of $625,000 and one installment of $600,000 to be paid within 60 days, 90 days, and 120 days, respectively, of filing this stipulation.

5. All payments made pursuant to this stipulation will be made to the Community Foundation for Monterey County to establish the Monterey County Jail Litigation Fund, a

---

[1] Nothing in this stipulation relates to or impairs Plaintiffs' rights to attorneys' fees under the Settlement Agreement.

grantmaking fund that will provide funding to nonprofits whose work benefits currently and formerly incarcerated individuals in Monterey County—individuals who are past and current members of the Plaintiff class.

6. Plaintiffs will work with the Community Foundation to establish the Monterey County Jail Litigation Fund as a non-endowed Field of Interest Fund. The parties understand that the Community Foundation will accept grant applications and distribute money in line with the scope of funding identified above, with the aim of distributing all of the money placed into the Monterey County Jail Litigation Fund rather than maintaining a fund endowment.

7. The parties understand that the Monterey County Jail Litigation Fund will provide three rounds of grantmaking each year on a schedule aligned with the Foundation's grantmaking cycles for other funds.

8. The parties understand that the Community Foundation will provide accounting reports to Plaintiffs and the County after each cycle indicating the grant recipients for that cycle, the amount distributed, and any amount remaining in the Monterey County Jail Litigation Fund.

9. In the event that CFMG fails to make any payment obligation pursuant to this stipulation, including because CFMG files for bankruptcy, Plaintiffs may disavow their promise in the first sentence of Section 3, and may seek additional contempt fines stemming from the September 2023 order (Dkt. 838) and file any other motion seeking monetary sanctions against CFMG for care through December 31, 2025.

10. The payment obligations under this agreement shall constitute payment of civil contempt fines for the period of September 26, 2023, to December 31, 2025.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED:  August 22, 2025 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 3 | | By: */s/ Van Swearingen* |
| 4 | | Van Swearingen |
| 5 | | Attorneys for Plaintiffs |
| 7 | | |
| 8 | DATED:  August 22, 2025 | GORDON REES SCULLY MANSUKHANI |
| 9 | | By: */s/ Allison J. Becker* |
| 10 | | Allison J. Becker |
| 11 | | Attorneys for Defendant CFMG |

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

| | | |
|---|---|---|
| 18 | DATED:  August 22, 2025 | GORDON REES SCULLY MANSUKHANI |
| 20 | | By: */s/ Allison J. Becker* |
| | | Allison J. Becker |
| 22 | | Attorneys for Defendant CFMG |