# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, et al., <br>     Defendants. | Case No. 13-cv-02354-BLF <br><br> **ORDER RE FURTHER PROCEEDINGS ON JOINT STIPULATION FILED AUGUST 22, 2025** <br><br> [Re: ECF 981] |

On August 22, 2025, Plaintiffs and Defendant California Forensic Medical Group ("CFMG") filed a Joint Stipulation (ECF 981) containing a proposed resolution of this Court's contempt sanctions against CFMG. The Joint Stipulation provides that CFMG will make payments 30 days, 60 days, and 90 days after the filing of the Joint Stipulation, in a total amount of $2,470,000.

The Court must approve any resolution of contempt sanctions it has imposed in this class action case. The Joint Stipulation entered into by the parties is not self-executing. Plaintiffs and CFMG SHALL FILE a Joint Status Report by September 2, 2025, advising the Court how and when they propose to present their request for judicial approval of the Joint Stipulation.

The Court is concerned about the proposed payments of the contempt sanctions to organizations unknown to the Court, and specifically whether that proposal is in the best interest of the class. The Court also is concerned that the parties apparently contemplate that distribution of the sanctions funds will be untethered to Court approval.

**IT IS SO ORDERED.**

Dated: August 25, 2025

_____
BETH LABSON FREEMAN
United States District Judge