# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER RE JOINT STATUS REPORT; REQUESTING BRIEFING; AND SETTING PRELIMINARY HEARING FOR 9:00 A.M. ON OCTOBER 16, 2025**<br><br>[Re: ECF 983] |

Plaintiffs and Defendant California Forensic Medical Group, Inc. ("CFMG") have filed a Joint Status Report regarding a proposed settlement of CFMG's liability for contempt sanctions, under which CFMG would pay $2,470,000 to the Community Foundation for Monterey County. *See* Joint Stipulation, ECF 981; Joint Status Report, ECF 983. Plaintiffs and CFMG disagree whether notice to the class is required before the Court considers the proposed settlement.

Plaintiffs and CFMG each SHALL FILE a brief, not to exceed 3 pages, by September 23, 2025, addressing what notice (if any) should be provided to the class before the Court considers whether to approve the proposed settlement of CFMG's liability for contempt sanctions. The briefing shall address how the class should be defined and the form of any class notice. The County MAY FILE an additional 3-page brief if it wishes to do so.

The matter is HEREBY SET for a preliminary hearing on the issue of class notice at 9:00 a.m. on October 16, 2025. Briefing and hearing on the remaining issues relating to the proposed settlement of CFMG's liability for contempt sanctions are deferred pending disposition of the issue of class notice.

IT IS SO ORDERED.

Dated: September 9, 2025

_____
BETH LABSON FREEMAN
United States District Judge