MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
       egalvan@rbgg.com
       vswearingen@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
NATIONAL PRISON PROJECT of the
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
       kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND EXPENSES FOR THE PERIOD ENDING MAY 26, 2025**<br><br>**Local Rule 7-12**<br><br>Judge: Hon. Hon. Beth Labson Freeman |

**THE PARTIES THROUGH THEIR COUNSEL HEREBY STIPULATE AS FOLLOWS:**

1  On May 14, 2015, the Court approved a Settlement Agreement in this class action. (Docket No. 483-2.) The Settlement Agreement provides for post-judgment monitoring by Plaintiffs' counsel, and provides that "Plaintiffs may petition the Court for an award of no more than $250,000 per year in fees and expenses arising from monitoring work, inspections, negotiations, meet and confer processes, mediation, review of documents, and correspondence with class members . . . ." (*Id.* at ECF 21, lines 24-27.) The Settlement Agreement also provides for a separate cap of $150,000 per year for attorneys' fees and expenses in connection with enforcement motions. (*Id.* at ECF 22.)

Plaintiffs' counsel has provided counsel for the Defendants with documentation of fees and expenses exceeding $250,000 for monitoring work and exceeding $150,000 for enforcement work incurred during the one-year period from May 27, 2024 to May 26, 2025. Plaintiffs have also initiated a meet and confer process regarding updating of the caps, including as to the fees and costs incurred during this period. Regardless of the results of the meet and confer process regarding amounts above the caps, the parties agree that the capped amounts are now payable.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the amount of $400,000 is due and payable by Defendants to Plaintiffs' counsel in the above-captioned action as of 45 days from the date of this Order. Interest on these fees and costs will start accruing on any amount unpaid on the 45th day after this Order is entered, at the rate provided by 28 U.S.C. § 1961.

**Civil L.R. 5-1(*i*)(3) Attestation.** The ECF filer of this document (Ernest Galvan), attests that each of the other signatories below have concurred in the filing of the document.

//
//
//
//
//

| | |
|---|---|
| DATED: September 15, 2025 | Respectfully submitted, |
| | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | By: */s/ Ernest Galvan*<br>Ernest Galvan |
| | Attorneys for Plaintiffs |
| DATED: September 16, 2025 | COUNTY COUNSEL, COUNTY OF MONTEREY |
| | By: */s/ Ellen S. Lyons*<br>Ellen S. Lyons<br>Deputy County Counsel |
| | Attorneys for Defendants<br>COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE |
| DATED: September 16, 2025 | GORDON REES SCULLY MANSUKHANI |
| | By: */s/ Allison J. Becker*<br>Allison J. Becker |
| | Attorneys for Defendant<br>CALIFORNIA FORENSIC MEDICAL GROUP, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _____, 2025

Beth Labson Freeman
United States District Judge