1  SUSAN K. BLITCH, SBN 187761
   County Counsel
2  ELLEN S. LYONS, SBN 136011
   Deputy County Counsel
3  TUCKER WISDOM-STACK, SBN 300927
   Deputy County Counsel
4  County of Monterey
   168 West Alisal Street, Third Floor
5  Salinas, California 93901-2653
   Telephone: (831) 755-5045
6  Facsimile: (831) 755-5283
   Email: lyonse@countyofmonterey.gov
7  wisdom-stacktn@countyofmonterey.gov

8  Attorneys for Defendants COUNTY OF MONTEREY
   and MONTEREY COUNTY SHERIFF'S OFFICE
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    San Jose Division

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>       v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>                    Defendants. | Case No. 5:13-cv-02354 BLF<br><br>**COUNTY OF MONTEREY'S JOINDER IN CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S RESPONSE TO COURT DOCKET 984 RE ISSUE OF CLASS NOTICE**<br><br>Judge: Hon. Beth Labson Freeman |

    While Defendant County of Monterey ("County") did not participate in the confidential

settlement discussions between Plaintiffs and Defendant California Forensic Medical Group, Inc.

("CFMG") regarding the amount of sanctions and where the sanctions would be paid, County

/ / /

/ / /

1

*Hernandez, et al. v. County of Monterey, et al.*                                                                Case No.  13-cv-02354 BLF
County of Monterey's Joinder in CFMG's Response to Court Docket 984 re Issue of Class Notice

1  hereby files this joinder in CFMG's response (Dkt. 987) to this Court's Order (Dkt. 984)

2  regarding the issue of class notice.

3

4  Dated:  September 23, 2025                Respectfully submitted,

5                                             SUSAN K. BLITCH
                                              County Counsel
6

7                                             By /s/ *Ellen S. Lyons*
                                              ELLEN S. LYONS, Deputy County Counsel
8                                             Attorneys for Defendant COUNTY OF
                                              MONTEREY
9

2