# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFFS TO SUBMIT PROPOSED NOTICE PLAN; AND DIRECTING PLAINTIFFS TO SUBMIT PROPOSED SCHEDULE FOR BRIEFING AND HEARING ON MOTION FOR APPROVAL OF SETTLEMENT** |

As stated on the record at the hearing on October 16, 2025, IT IS HEREBY ORDERED that:

(1) The notice requirements of Federal Rule of Civil Procedure 23 do not apply to the proposed settlement of Defendant CFMG's liability for civil contempt sanctions. However, given the amount of civil contempt sanctions at issue, the Court finds it appropriate to require notice to the class, or possibly a subset thereof, before considering whether to approve the parties' proposed settlement.

(2) Plaintiffs SHALL file a proposed notice plan by October 23, 2025, addressing: the definition of the class; whether notice should be directed to the entire class or a subset thereof; the methods for providing notice; the contents of the notice; and the timing of the notice.

(3) As soon as is practicable, Plaintiffs shall file a propose a schedule for briefing and hearing on a motion for approval of the proposed settlement of CFMG's liability for civil contempt sanctions.

Dated: October 16, 2025

_____
BETH LABSON FREEMAN
United States District Judge