# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No. 13-cv-02354-BLF

**ORDER ADMINISTRATIVELY CLOSING CASE**

As discussed at the hearing on October 16, 2025, the Court finds it appropriate to administratively close this settled case while retaining jurisdiction to enforce the settlement.

Accordingly, the Clerk SHALL administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The Court retains jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated: October 16, 2025

_____
BETH LABSON FREEMAN
United States District Judge