MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN**<br><br>Judge: Beth Labson Freeman |

[4772332.1]

Case No. 5:13-cv-02354-BLF

PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN

**REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN**

The Court has ordered Plaintiffs to develop and submit a plan by October 23, 2025, for a "broad based community notification process" regarding the proposed settlement of Defendant California Forensic Medical Group, Inc. ("CFMG")'s sanctions arising from the Court's September 2023 contempt order.  *See* Dkt. 995 at 10; *see also* Dkt. 993 (order setting deadline to submit proposed notice plan).  Since the October 16, 2025 hearing on the proposed settlement, Plaintiffs have been identifying and contacting community organizations in Monterey County where notice of the proposed settlement might be displayed in order to ensure appropriate notification of formerly incarcerated people in Monterey County who may be affected by the settlement.  *See* Decl. of Ben Hattem in Supp. of Pls.' Unopposed Req. for Extension of Time, filed concurrently herewith ("Hattem Decl.") ¶ 2.

Plaintiffs are continuing to research and communicate with community organizations whose assistance will help ensure that the affected class is notified of the proposed settlement.  *Id.* ¶¶ 2–4.  Some of the organizations Plaintiffs have contacted have already agreed to display notice of the proposed settlement, and Plaintiffs are currently awaiting responses from other organizations.  *Id.* ¶ 3.  To allow sufficient time for Plaintiffs to communicate with and receive responses from all of these organizations and provide the Court with a complete list of entities that will assist with disseminating robust community notice to the affected class, Plaintiffs respectfully request a six-day extension of the deadline to file the proposed notice plan, to October 29, 2025.  Counsel

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | for Defendants the County of Monterey and CFMG have informed Plaintiffs that they do
2 | not oppose this request. *Id.* ¶ 5.

4 | DATED: October 22, 2025           Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ben Hattem*
    Ben Hattem

Attorneys for Plaintiffs