MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
  egalvan@rbgg.com
  vswearingen@rbgg.com
  cjackson@rbgg.com
  bhattem@rbgg.com
  mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
  kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF BEN HATTEM IN SUPPORT OF PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN**<br><br>Judge: Beth Labson Freeman |

[4772404.1]

Case No. 5:13-cv-02354-BLF

DECLARATION OF BEN HATTEM IN SUPPORT OF PLAINTIFFS' UNOPPOSED REQUEST FOR
EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN

I, Ben Hattem, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Unopposed Request for Extension of Time to File Proposed Notice Plan.

2. Since the October 16, 2025 hearing, I have been working to identify and contact community organizations that serve formerly incarcerated people in Monterey County to request that these organizations agree to display notices of the proposed settlement where people formerly incarcerated at the Jail are likely to see the notice.

3. To date, I have contacted five community organizations that serve formerly incarcerated people in Monterey County. Two have agreed to display notice of the proposed settlement, and I am awaiting responses from the other three organizations.

4. I and another attorney in my office are continuing to research community organizations who may be able to assist with the notice process. We intend to contact further organizations in the coming days.

5. On October 22, 2025, I spoke by phone with Ellen Lyons, counsel for Defendant County of Monterey, and communicated by email with Allison Becker, counsel for Defendant CFMG. Ms. Lyons and Ms. Becker have represented to me that Defendants do not oppose Plaintiffs' request for an extension of time to file the proposed notice plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 22nd day of October, 2025.

*/s/ Ben Hattem*
Ben Hattem