MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     mbien@rbgg.com
           egalvan@rbgg.com
           vswearingen@rbgg.com
           cjackson@rbgg.com
           bhattem@rbgg.com
           mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email:     ckendrick@aclu.org
           kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email:     afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN**<br><br>Judge: Beth Labson Freeman |

# [PROPOSED] ORDER

Having considered Plaintiffs' Unopposed Request for Extension of Time to File Proposed Notice Plan, and good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' Unopposed Request for Extension of Time to File Proposed Notice Plan is GRANTED.

2. The deadline for Plaintiffs to file a proposed notice plan regarding the proposed settlement of Defendant CFMG's liability for civil contempt sanctions shall be extended to October 29, 2025.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Beth Labson Freeman