| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>BEN HATTEM – 335232<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>cjackson@rbgg.com<br>bhattem@rbgg.com<br>mcampbell@rbgg.com<br><br>CORENE KENDRICK – 226642<br>KYLE VIRGIEN – 278747<br>ACLU NATIONAL PRISON PROJECT<br>425 California St., Ste. 700<br>San Francisco, CA 94104<br>Telephone: (202) 393-4930<br>Facsimile: (202) 393-4931<br>Email: ckendrick@aclu.org<br>kvirgien@aclu.org | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: afrey@aclunc.org |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED NOTICE PLAN<br><br>Judge: Beth Labson Freeman |

## [PROPOSED] ORDER

Having considered Plaintiffs' Unopposed Request for Extension of Time to File Proposed Notice Plan, and good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' Unopposed Request for Extension of Time to File Proposed Notice Plan is GRANTED.

2. The deadline for Plaintiffs to file a proposed notice plan regarding the proposed settlement of Defendant CFMG's liability for civil contempt sanctions shall be extended to October 29, 2025.

IT IS SO ORDERED.

DATED: October 23, 2025

_____
Honorable Beth Labson Freeman