# Exhibit A

# NOTICE OF PROPOSED SETTLEMENT
## Monterey County Jail: CFMG Contempt Fines

**If you are or were incarcerated at the Monterey County Jail between May 27, 2016 and December 31, 2025, a proposed class action settlement may benefit you. Please read this notice to learn more.**

*Hernandez v. County of Monterey* is a class action lawsuit about conditions at the Monterey County Jail (the "Jail"). The case does not seek money damages and none have been awarded.

In September 2023, the Court found the Jail's health care provider California Forensic Medical Group, Inc. ("CFMG") in contempt for disobeying Court orders about medical, mental health, and dental care. There is a proposed settlement of the contempt in which CFMG will pay **$2,470,000** to benefit people incarcerated at the Jail between May 27, 2016 and December 31, 2025.

The Court is considering **two ways** the money could be used.

**Option 1**: The money would be given to people who were incarcerated at the Jail between May 27, 2016 and December 31, 2025. The amount of money each person gets might depend on the number of people who apply for the money and the amount of time each person was at the Jail, along with other possible factors.

**Option 2**: The money would go to the Community Foundation for Monterey County, a nonprofit organization. The Foundation would then give the money to other nonprofits that help people who are incarcerated in the Jail or who used to be in the Jail. The money could support programs at the Jail, employment and re-entry services for people who have left the Jail, or similar benefits.

**If you are or were incarcerated at the Jail between May 27, 2016 and December 31, 2025**, you can write to the Court about whether you think the settlement is fair, whether you object to the settlement, and which of the two options you prefer. Your letter MUST include at the top of the first page the case name (*Hernandez v. County of Monterey*) and case number (**No. 5:13-cv-02354-BLF**). Your letter must be postmarked by November 28, 2025, and sent to the following address:

> Clerk of the Court
> United States District Court
> Northern District of California
> 280 South 1st Street
> San Jose, CA 95113

The Court will hold a hearing at **9:00 a.m.** on **December 18, 2025** in Courtroom 1, 280 South 1st St., San Jose, CA 95113 to decide whether to approve the settlement.