MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF ERRATA TO PLAINTIFFS' PROPOSED CLASS NOTICE PLAN**<br><br>Judge: Beth Labson Freeman |

**NOTICE OF ERRATA**

Plaintiffs respectfully submit this notice of errata to the proposed class notice plan filed on October 29, 2025, as Docket No. 1002. Page 4 of the proposed class notice plan stated that "Plaintiffs and CFMG have agreed to include in the proposed settlement agreement for the Court's consideration an option for direct distribution of the funds to affected class members," and that "Plaintiffs and CFMG intend to include this direct distribution option in the proposed settlement alongside the *cy pres* option referenced in the parties' previous joint stipulation." These statements were based on a misunderstanding of CFMG's position regarding the inclusion of this term in Plaintiffs' and CFMG's proposed settlement of CFMG's liability for civil contempt sanctions. Counsel for CFMG has clarified that CFMG does not object to the inclusion of this option as a term of the proposed settlement, but takes no position on it and does not affirmatively agree to it. Plaintiffs are concurrently filing a corrected proposed class notice plan that corrects this error and makes no other changes.

DATED: October 31, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ben Hattem*
Ben Hattem

Attorneys for Plaintiffs