MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>[~~PROPOSED~~] ORDER APPROVING PLAINTIFFS' PROPOSED CLASS NOTICE PLAN<br><br>Judge: Beth Labson Freeman |

**[~~PROPOSED~~] ORDER**

Having reviewed Plaintiffs' Proposed Class Notice Plan and the documents attached thereto, and good cause appearing, it is hereby ORDERED as follows:

1. The class of individuals entitled to benefit from the contempt sanctions ordered by this Court in September 2023 (Dkt. 838), and to receive notice of Plaintiffs' and Defendant California Forensic Medical Group, Inc. ("CFMG")'s proposed settlement thereof, shall be defined as "all adult individuals who are or have been incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025."

2. Plaintiffs and Defendant County of Monterey shall ensure that notice of the proposed settlement is displayed in both English and Spanish in all locations in the Monterey County Jail where the 2015 Settlement Agreement in this matter (Dkt. 494) is currently displayed. This notice shall be in substantially the form attached to Plaintiffs' Proposed Class Notice Plan as Exhibit A. The notice shall be displayed until at least November 28, 2025.

3. Plaintiffs shall distribute notice of the proposed settlement in both English and Spanish to the community organizations identified in Plaintiffs' Proposed Class Notice Plan. This notice shall be in substantially the form attached to Plaintiffs' Proposed Class Notice Plan as Exhibit A. Plaintiffs shall request that each of these organizations display the notice until at least November 28, 2025. Following this Order, Plaintiffs shall continue to communicate with additional community organizations to request that such organizations display this notice as well.

4. Plaintiffs and Defendant County of Monterey shall ensure that notice of the proposed settlement is also displayed in both English and Spanish in County-operated facilities where formerly incarcerated people are likely to see the notice. These locations may include the re-entry center operated by the Monterey County Sheriff's Office and the offices of the Monterey County Probation Department.

5. The parties shall timely provide the Court and all other parties with any comments or objections received from members of the above-identified class regarding the

1  proposed settlement.  To facilitate the parties' briefing of the joint motion for approval
2  discussed below, the Court will provide all parties with any comments or objections
3  received from members of the above-identified class.

4     6.   On or before December 4, 2025, Plaintiffs and CFMG shall file a joint
5  motion for approval of the proposed settlement, along with a final version of the proposed
6  settlement for the Court's consideration.  The joint motion shall not exceed 15 pages and
7  shall respond to all substantive objections received by December 3, 2025.

8     7.   The Court will hold a hearing on the morning of January 15, 2026 to
9  consider final approval of the proposed settlement.

10     IT IS SO ORDERED.

12  DATED: October 31, 2025

     _____
     Honorable Beth Labson Freeman
     United States District Judge