MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      mbien@rbgg.com
            egalvan@rbgg.com
            vswearingen@rbgg.com
            cjackson@rbgg.com
            bhattem@rbgg.com
            mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
Email:      ckendrick@aclu.org
            kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:      afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT**<br><br>Judge:  Beth Labson Freeman |

# JOINT MOTION FOR EXTENSION OF TIME

The parties hereby jointly request an extension of time until December 18, 2025, for Plaintiffs and Defendant California Forensic Medical Group, Inc. ("CFMG") to file their joint motion for final approval of the proposed settlement of CFMG's civil contempt liability.

Plaintiffs and CFMG's joint motion for final approval is currently due on December 4, 2025. Dkt. 1004 at 3. This date was proposed by Plaintiffs to ensure that the Court would have two weeks to consider the motion before the anticipated hearing date of December 18, 2025, for the hearing on final approval of the proposed settlement. Decl. of Ben Hattem in Supp. Joint Mot. for Extension of Time ("Hattem Decl.") ¶ 2. The Court indicated at the preliminary hearing on October 16, 2025, that the Court preferred to hold the final approval hearing before the end of the year and stated that December 18 would be the latest available date for the hearing on the Court's calendar. Oct. 16, 2025 Hearing Tr. (Dkt. 995) at 13–14. The Court further requested that the joint motion for final approval be filed at least two weeks before the hearing date. *Id.* at 16.

Plaintiffs' undersigned counsel will be the primary drafter of the joint motion for final approval, but will be out of the country and unavailable from November 22 to December 6, 2025. Hattem Decl. ¶ 3. To ensure that counsel is available to assist with preparation of the joint motion for final approval—which will include consideration and discussion of class member responses to the settlement notice—the parties respectfully request a two-week extension of time to file the motion until December 18, 2025. Because the Court scheduled the hearing on final approval for January 15, 2026, this extension should not impact the Court's consideration of the joint motion prior to the final approval hearing. *Id.* ¶ 4. This extension will also ensure that the parties have sufficient time to

/ / /
/ / /
/ / /
/ / /

respond to comments or objections from class members submitted near the end of the notice period on November 28, 2025, if there are any delays in receiving such comments. *Id.* ¶ 5.

Respectfully submitted,

DATED:  November 5, 2025          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ben Hattem*
    Ben Hattem

Attorneys for Plaintiffs

DATED:  November 5, 2025          OFFICE OF THE COUNTY COUNSEL
COUNTY OF MONTEREY

By: */s/ Ellen S. Lyons*
    Ellen S. Lyons
    Deputy County Counsel

Attorneys for Defendants
COUNTY OF MONTEREY and
MONTEREY COUNTY SHERIFF'S OFFICE

DATED:  November 5, 2025          GORDON REES SCULLY MANSUKHANI

By: */s/ Allison J. Becker*
    Allison J. Becker

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL
GROUP, INCORPORATED

[4777962.1]

2   Case No. 5:13-cv-02354-BLF
JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF
CFMG CIVIL CONTEMPT SETTLEMENT

1  As required by Local Rule 5-1, I, Ben Hattem, attest that I obtained concurrence in
2  the filing of this document from Ellen S. Lyons and Allison J. Becker, counsel for
3  Defendants, and that I have maintained records to support this concurrence.

5  DATED:  November 5, 2025        */s/ Ben Hattem*
                                    Ben Hattem