MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF BEN HATTEM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT**<br><br>Judge: Beth Labson Freeman |

[4777993.1]

Case No. 5:13-cv-02354-BLF

DECLARATION OF BEN HATTEM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT

I, Ben Hattem, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of the parties' Joint Motion for Extension of Time to File Motion for Final Approval of CFMG Civil Contempt Settlement ("Motion").

2. Following the preliminary hearing on October 16, 2025, counsel anticipated that the Court would schedule the hearing on final approval of the proposed settlement of CFMG's civil contempt sanctions for December 18, 2025. Based on that expected hearing date, the proposed notice plan indicated that the parties' joint motion for approval of the settlement should be due on December 4, 2025, to allow two weeks for the Court to consider the motion before the hearing.

3. I have been the primary attorney in my office drafting Plaintiffs' filings related to the proposed settlement of CFMG's civil contempt sanctions, and I will be the primary drafter of the joint motion for final approval. It would materially assist Plaintiffs' preparation of the joint motion for final approval if I were available to work on the motion. I will be out of the country for a long-planned overseas vacation from November 22 to December 6, 2025. Extending the deadline for the joint motion for final approval to December 18, 2025 will allow me to consider comments from class members that are received on or after November 22, 2025 and to discuss those comments in the joint motion for final approval.

4. The Court indicated at the preliminary hearing on October 16 that the briefing schedule should ensure that the Court has at least two weeks to consider the joint motion for final approval before the final approval hearing. Because the final approval hearing has been scheduled for January 15, 2026, extending the deadline for the joint motion to December 18, 2025, should not affect the Court's consideration of the motion prior to the hearing.

5. The period for providing notice to the class of the proposed settlement is scheduled to end on November 28, 2025. Extending the filing deadline for the joint motion to December 18, 2025 should ensure that the parties have sufficient time to respond to any substantive comments or objections sent near the end of the notice period if delays arise in the parties' receipt of the comments, or if comments are a few days late due to the vagaries of institutional mail systems.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Berkeley, California this 5th day of November, 2025.

                                        */s/ Ben Hattem*
                                        Ben Hattem