MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:  mbien@rbgg.com
        egalvan@rbgg.com
        vswearingen@rbgg.com
        cjackson@rbgg.com
        bhattem@rbgg.com
        mcampbell@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email:  afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email:  ckendrick@aclu.org
        kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT**<br><br>Judge: Beth Labson Freeman |

[4778001.1]

Case No. 5:13-cv-02354-BLF

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT

Having considered the parties' Joint Motion for Extension of Time to File Motion for Final Approval of CFMG Civil Contempt Settlement, and good cause appearing, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. Plaintiffs' and Defendant CFMG's deadline to file the joint motion for approval of the proposed settlement of CFMG's liability for civil contempt sanctions shall be extended to December 18, 2025.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Beth Labson Freeman