MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT**<br><br>Judge: Hon. Beth Labson Freeman |

[4778113.1]

Case No. 5:13-cv-02354-BLF

NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt. 838 at 27, the parties hereby respectfully submit the 13th neutral monitor dental report prepared by Dr. Viviane Winthrop (received by the parties on October 31, 2025) (**Exhibit A**).  Exhibits included with this report are filed as **Exhibits B-D**.

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, Dkts. Notice of Filing Dental Neutral Monitor Report 11-10-2025 1187-8802, 819 & 867, the following information has been redacted:

1. Incarcerated persons' names, dates of birth, and booking numbers (initials are used to identify deceased class members); and
2. The names of health care staff employed by CFMG/Wellpath, who are directly involved in providing or supervising patient care at the Jail.

DATED:  November 10, 2025         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Maya E. Campbell*
     Maya E. Campbell

Attorneys for Plaintiffs


DATED:  November 10, 2025         GORDON REES SCULLY MANSUKHANI

By:  */s/ Allison J. Becker*
     Allison J. Becker

Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC.

| | | |
|---|---|---|
| 1 | DATED: November 10, 2025 | COUNTY COUNSEL, COUNTY OF MONTEREY |
| 2 | | |
| 3 | | By: */s/ Ellen S. Lyons* |
| 4 | |     Ellen S. Lyons<br>    Deputy County Counsel |
| 5 | | |
| 6 | | Attorneys for Defendants COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE |