(Hernandez v. County of Monterey)
(No. 5:13-cv-02354-BLF)

Hello,

Nov 4 2025 4:15 pm

My name is Jacob Anthony Bustamantez. I was incarcerated into Monterey County jail from July 2022 - 2024 of Oct. I believe the settlement is fair. I think option 1, where the money would be given to people who were incarcerated between May 27, 2016 - Dec 31, 2025 is the best option. I want to apply for my cut of the settlement if that desicion is made.

**FILED**
NOV 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE