Jacob A. Bustamante, BY7537
SATF/State Prison DL-213
P.O Box 5246
Corcoran, CA 93212

SANTA CLARITA CA 913
6 NOV 2025 PM 6 L

RECEIVED
NOV 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

