Jimmy Pacheco Fierro 11/05/25

(Hernandez V. County of Monterey)
Case number (no. 5:13-cv-02354-BLF)

I Think The settlement is Fair. and I prefer option 1

My name is Jimmy Pacheco Fierro Booking # 2506959 Im curently incarcerated in Monterey County Jail but my Addrees is Po Box 1735 Gonzales, CA 93926

I prefer option 1 and if its Approved send me the money to Po Box 1735 Gonzales CA 93926

**FILED**
NOV 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE



Name: Jimmy Fierro
Booking # 2506959
Loc/Cel: D-Dorm bed-12

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

**RECEIVED**
NOV 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE CA 950
7 NOV 2025 PM 3 L

Clerk of the court
united States District court
northern District of California
280 south 1st Street
San Jose, CA 95113

INSPECTED BY NOV 08 2025 U.S. MARSHALS SERVICE

Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items