Anthony S[...]
ID: 2407205
B Dorm

Page 1

Hernandez vs. County of Monterey        Nov 06, 2025
No. 5:13-cv-02354-BLF

Option 1
Decision is fair

**FILED**
NOV 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

I am currently incarcerated at the Monterey County Jail. I have been here for 13.5 months (404 days). I was arrested on Sep 28, 2024. I have been in contact with Rosen Bien Galvan & Grunfeld, LLP 5 or 6 times since I have been incarcerated in reference to issues reguarding the medical services here. I especially felt that my complaints were important because I worked in the medical field in the military and I was in charge of a pharmacy while stationed in the military. 4 issues that I remember were:

1. I was prescribed 650 mg acetaminophen twice a day. They were dispensed 2-325s, for a total of 650mg. One day they were out of the 325s so the medical cart tech gave me 2-500s. I know they are not allowed to dispense a higher dosage than what is prescribed, but he did it anyways.

2. Somehow they were able to produce chest x-ray results without x-ray film!?

over →

3. A physician wanted to look into my left nostril using the otoscope. He couldn't get the light to come on so he just kept turning the switch on and off and slapping it on the palm of his hand. I looked down and noticed it "wasn't plugged in". I said, excuse me doctor, let me plug it in for you. I reached down, plugged it in and he seemed almost startled when the light came on. The reason I asked him to look into my left nostril was because I had a really bad nose bleed that lasted more than an hour. He looked into my left nostril and said: "I don't see anything". How could he "not see anything" when I knew for a fact my left nostril was filled with dried blood?

4. They prescribed me medication that had a "common side affect" of constipation. I had severe constipation by the second day. On the 2nd day I sent a notice on sick call. I was sick in bed for 4 days. They didn't prescribe me a laxitive until the "11th day".

Feel free to contact me. Thank you for your time.

Respectfully, Anthony Aiello

Anthy Aiello

Name: Anthony Aiello
Booking # 2407205
Loc/Cel: B Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

(Legal Mail)

**RECEIVED**

NOV 10 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE CA 950
7 NOV 2025 PM 4

Clerk of the Court
United States District Court
Northern District of California
280 S. 1st Street
San Jose, CA 95113

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions
mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items