11-6-2025

Case # (Hernandez vs County of Monterey
Case # 5:13-CV-02354-BLF)

Michael Michmali (inmate) Monterey County Jail
Inmate # 2507450

I have been incarcerated May 2023, Dec 2024 - May 2025 also Oct 2025 to present.

To be honest I think the settlement isn't fair considering the horrible treatment we have experenced with medical staff. I think it should be more.
I would like option #1 a payment settlement to go towards the individuals that experenced improper treatment.

Inmate: Michael Michmali
home address, 1840 Woodview Ct
Ceres, Ca 95307
Benifitiary: Samer Michmali
(209) 996-9105
(209) 996-9105

Sinerlly,

Michael Michmali

FILED
NOV 13 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Michael Michmali
Booking # 2507450
Loc/Cel: A-dorm,
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



To: Clerk of the Court United States District Court, Northern District of California, 280 South 1st Street San Jose, Ca 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items