(No. 5:13-cv-02354-BLF)

9/30/77 DOB

Maria Clementina DelToro #25005

November 6, 2025

FILED
NOV 13 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am writing in regards the settlement at MCJ. I select option 1 & believe there should be a higher amount.

I have been incarcerated since JAN, 2025-present. I was injured & ruptured a tendon/nerve in May 2025 while working kitchen detail, I have not been treated & have lost all function of my right hand, pinky finger & can't sleep due to the pain. The jail tells me they are waiting for a hand surgeon to take my case, however the doctor that saw me, said that is improbable because the nerve/tendon ruptured & since they have not fixed it already might have retracted. I'm right handed & can't shampoo eat, write or close my fist I have no strenghth & extreme pain. also I was sick from the flu & coughing up chunks - I had to call my mom to call the jail in order to get a cold pack. I have various Dr. visit requests that just continue ignored.

Mothers # 805-313-(...)
Maria Torres Del Toro

*lost conciousness & being dragged.*
*Taken to ER*

I have been given medications not for me. I was hospitalized after being dragged by guards after I injured my back because Deputy Robles instructed me to kick a cot across the floor since I could not carry it due to my hand injury. I have not had any post ER visits for my injuries & only given tylenol. There is a long trail of paperwork. Also, when returning from the hospital Deputy Hernandez made me push myself in circles in a wheelchair because of my hand injury then she nearly had me fly off it by pulling the wheelchair herself. I have been forced to clean feces infested rooms with no bunny suits & had a rash in my vagina that went untreated for months after being reported daily to Deputies.

Thank you for assisting in getting a fair settlement to us.

Maria Del Toro # 2500574



Name: Maria C. Del Toro
Booking # 2500574
Loc/Cel: U-Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of CA
280 S. 1st St
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.