FILED
NOV 13 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- HERNANDEZ VS COUNTY OF MONTEREY
- CASE NO. 5:13-CV-02354-BLF

My name is CHRISTopher DEAN born 12/12/1990 and in between May-17-2016 through DEC 31, 2025 I've been in Monterey County Jail numerous times. Of May and through to November of 2016 I was in Monterey County Jail and also February through December of 2017 and March through October of 2018 and returned in 2019 of April to do a in House Prison term in the County Jail served Four years, so from 2019 till 2023 in July 20th I was released. And then came back January 2024 and been here ever since, Todays date is November 6 2025, and since 2017 till now which is November 2025, I've been neglected, I dealt with mental health issue that I never recovered from, Im in constant fear and paronia. and never got helped. My family checks up on Me and haves to leave work to see if Im okay. I've been sick multiple times and have gotten bit by spider and I have scar marks that will never go away.

→ see page 2

I never have any appitite due to depression and another reason is my wisdom teeth is always causing me pain. And this been going since May – November of 2016, February – December of 2017, March – October of 2018, and return in 2019 of April until July of 2023 to complete a four year term, and came back January 2024 until now which is November 2025. And during that time in Jail all those years damage me and I'm still in recovery. I want the compensation I deserve from all those years. I would like "option ONE" please and my Address is

Christopher Dean
124 Casentini St Apt F
Salinas CA 93901

Email – DINGOCEN831@gmail.com
Dingo831cen@gmail.com

Cell – 831-800-6102
831-756-5919

Name: CHRISTOPHER DEAN
Booking # 2502479
Loc/Cel: A-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



FIRST-CLASS MAIL
IMI
$000.74
11/10/2025  ZIP 93901
043M32207009

US POSTAGE

CLERK OF THE Court
UNITED STATE DISTRICT COURT
280 SOUTH 1st STREET
San Jose, CA 95113

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items