Humboldt v/s County of Monterey

#5:13-CV-02354-BLF

My name is Lawrence Mason and I was in Monterey County jail 2018, 2019, 2023  2025

and I feel option 1 is good for me.

**FILED**
NOV 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lawrence Mason
2507578

Nov 6, 2025

Mailing address

1124 Trinity ave #A
Seaside, CA 93955
Lawrence Mason
My Out-date
12/7/25



Name: Lawrence Mason
Booking # 2507570
Loc/Cel: Y-Block #118
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the County
U.S.D.C. Dist. of Cali.
Northern Dist. of Cali. San Jose, CA 95113
280 South 1st St

Legal Mail

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.