Hernandez vs County of Monterey
Case # 5:13-CV-02354-BLF

My name is Veronica M Romero I have been incarcerated 02/27/2018 Released 10/18/2018 and 02/24/2024 Released 04/22/2024 including currently 10/21/2025 (Date of arrest), I am Considered a chronic care patient being I am Type 2 Diabetic (Insulin Dependant) Rheumatiod Arthritis I have had several issues with Medical including my Medication, I am choosing option 1

Thank you

Veronica M Romero

Veronica Melissa Romero / D.O.B. 09/15/1980
522 Towt St
Salinas CA, 93905

(831) 214-9506 (Message Number)
Kaydee Romero (Mother)

ATTN: Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

[FILED NOV 14 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Name: Darlene Meneses
Booking # 2506369
Loc/Cel: U-Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District
of California
280 South 1st St
San Jose CA
95113

FIRST-CLASS MAIL
IMI
$000.74
11/10/2025 ZIP 93901
043M32207009
quadient
US POSTAGE

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items