Hernandez v. County of Monterey
# 5:13-13-CV-02354-BLF

I'm Darlene Meneses
d.O.B. 10-25-77  Last soc. 5812
I do not know my dates at this poing; you could look into it.

My address is
545 Roosevelt st apt. C
Salinas  CA 93905

FILED
NOV 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My expirience here in Monterey County Jail is to deal with people dying and grief of seing girls rolled in a Body bags I waz depressed for a long time. You could check my record on dates....

I also belive in settlement be higher. Reason being that I am constantly having issues with the Medical staff. Well as Mental Health. I also have a paper trail through the jail Monterey County Jail.