(Hernandez v. County of Monterey)
Case # (No. 5:13-CV-02354-BLF)
Case 5:13-cv-02354-BLF   Document 1019   Filed 11/14/25   Page 1 of 4
FILED
NOV 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom this may concern

My name is Henry Garcia. Booking # 2504269

I think the court is making the correct verdict on failure to comply w/ court order, and I want to choose (Option 1).

Put all compensation awarded on my books. I'm incarcerated in the Monterey County Jail in Salinas Ca.

1414 Natividad Rd.
Salinas Ca. 93906

address of Jail M.C.J in Monterey Co.

Henry Garcia
Name x [signature]
Date: 11-7-25
Initials: [initials]

(Hernandez v. County of Monterey)
CASE # (C.No. 5:13-CV-02354-BLF)

Since Summer of this year I've reported many Issues Hernandez Notice. A major Issue was a older man named Dutra Staff allowed Dutra Beat me. the Second Ocation wast not even a mont later Lett me with a bad Shoulder. Lack of Safety I ask for medicine for Pain but Give me It Just for day's. So I Left with a hurting shoulder. Staff say's a Crime report was generated but I Never seing nothing Done

I was Jail for Probation Violation March 20 - June 16 2025 I was serve 86 Days But I count 87 Days Can you Look Into that for me Please.

If I am sent Prison will State take restitution?

Ask Agela of the Hernandez Notice about ME

Henry Garcia



**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items