Thursday 6 2025

Hernandez Vs. County of Monterey

Att
Clerk of Courts

My Name is Guillermo Dorado

United States District Court
North District of California

To Whom it may Concern:

FILED
NOV 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I would like to strongly [protest] the conditions of this Jail facility especialy Medical Treatment

I have Acute pancreatitis, and had some flare up's of my pancreas.

They would not attend to me in the manner a hospital would.

I asked to be taken to hospital with severe pain. To no avail.

The food is barley enough to keep a person alive.
I've been incarceated plenty of Times Between 2016 - 2025 with same Problems

I would like the Court to rule in my favor to seek option 1

Thank you so much

(Guillermo Robles Dorado #2506727)
Home Address 10420 Geil St
Castroville Ca 95012



Name: Daniel Pace
Booking # 2505880
Loc/Cel: Z-202
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Courts
US District Court
Northern District of California
280 South 1st Street
San Jose Ca, 95113

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items