Hernandez V. County of Monterey
No. 5:13-CV 02354-BLF

To:
Clerk of Courts
United States District Court
Northern District of California

FILED
NOV 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

I would like to express my opinion to the court that damages should be awarded to those whom were explicitly affected by the appalling conditions at Monterey County Jail between 2016-2025.

Plainly I would like the court to **Seek OPTION I.**

Thank You for Your Time;

Robert Louis Malcolm
2506790

resident of Monterey County
-incarcerated in MCJ between 2016-2025
multiple (5-7) times. (24+ months)

Name: Robert Malcolm
Booking # 2506790
Loc/Cel: Z101

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

legal Mail



FIRST-CLASS MAIL
IMI
$000.74
11/10/2025  ZIP 93901
043M32207009

US POSTAGE

Clerk of the Courts
US District Court
Northern District of California
280 South 1st Street
San Jose, California 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items