Hernandez vs. County of Monterey
No. 5:13-CV-02354-BLF

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name is Nicole Rankins, I've been incarcerated in Monterey County Jail July 1, 2025. During my sentence I have experienced serious heart related problems on numerous different occasions. These heart problems most definitely need to be addressed by a doctor who specializes in this other area. I have been told on several incidents that I will be set up and or referred to be seen outside Monterey County Jail, but it's currently the beginning of November and no appointment or steps forward have been made to address this serious health matter I've been facing. I choose #1 as my option if this is approved.

My mailing address is as followed:
1185 Monroe Street #14.
Salinas, CA 93906

Thank you for your consideration,

Nicole Rankins

Name: Nicole Rankins
Booking # 2504544
Loc/Cel: A-Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
12 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of CA
280 S. 1st San Jose CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.