FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Hernandez v. County of Monterey)
Case #: (No. 5:13-cv-02354-BLF)                Nov 11, 2025

My name is Andres Ramirez (D.O.B) 09/14/2005, My Inmate Number #2503964, Home Address 267 Oxford Ave King City CA. Curruently incarcerated at the Monterey County Jail. I have Incarcerated here at this facility numerous of times since March 03, 2025.

In September 2023, the court found the Jail's health care provider California Forensic Medical Group, Inc ("CFMG") In Contempt for disobeying Court orders about Medical, Mental Health, and dental care. "which I agree on". For lack of Medical attention. I think that this settlement is fair, but I insist that the settlement should be reinburst or consider to be spread out as ("option 1".) which consist of the money would be given to the people who were incarcerated at the Jail between May 27, 2016 and Dec 31, 2025. The amount of money each person gets might depend on the number of people who apply for the money and the amount of time each person was at the Jail.

So I do believe its a fair settlement and I prefer "option 1". This is Dated Tuesday Nov 11, 2025. Thank you very much for your assistance & time, have a blessed Day.

Respectfully, Andres R
Nov, 11, 2025