(Hernandez v. County of Monterey) Nov. 11, 2025
Case# (NO. 5:13-CV-02354-BLF)

My Name is Vicente Franco Pascual (D.O.B) 02/07/1994 House address 5300 south 1st AP#100 Oxnard CA 93033 Phone NO# (805) 743-9708 email: VicenteFranco06@gmail.c My Inmate# FN2505207, I'm currently incarcerate at the Monterey County Jail. I have incarcerated here at this facility numerous of times since 12/19/24 and 08/28/25. My release date is 01/24/2026 if I get realeased before this letter gets to you, I would like for you guys to contact me

In September 2023, the court found the jail's health care provider California Forensic Medical group, INC ("CFMG") in contempt for disobeying court orders about medical, mental Healt, and dental care "which I agree on" for lack of medical attention. I think that this settlement is fair, but I Insist that the settlement should be reinburst or consider to be spread out as (option 1=) which consist of the money would be given to the people who were incarcerated at the Jail between May 27, 2016 and Dec 31, 2025. the amount of money each person gets might depend on the number of people who apply for money and the amount of time each person was at the Jail.

So I do believe its a fair settlement and I prefer "option 1=" this is Dated Tuesday Nov 11, 2025, Thank you very much for your assistance x time, have a blessed Day

Respectfully, [signature] Nov, 11, 2025



Name: Vicente Franco Pascual
Booking # fN250520F
Loc/Cell: M1 114
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
14 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

