Mailing Address: 224 5th St Pacific Grove CA 93950

Trey Young Booking # 25003 58 DOB: 2-9-93

Case #5:13-cv-02354-BLF

Hernandez V. County of Monterey

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name is Trey Alexander Young born 02/09/1993 I have been an inmate at Monterey County Jail a pretrial detanee since January 14th 2025 todays date is November 9th 2025 & I still do not have a release date. I have a Mental Health Eligability Hearing on December 18th 2025. I have not been released since I was booked on 1-14-25. I have been bitten by a venomous spider 3 times since being here. The first time in May & I was hospitalized for 3 days the 2nd time I was bitten was in July & was denied the proper medical treatment I needed & was administered a antibiotic shot that gave me an extreme allergic reaction after I told Dr. I couldn't take that medicine. I was isolated in a cell & forced to go through my reaction without getting a requested antihistamine. The reaction lasted 4 days. The 3rd time I was bitten was October 4th & I was hospitalized for 5 days. Each bite caused cellulitis & I had opened holes where I was bitten, I now have 3 scars & chronic pain (Lvl.10) & pin n needle numbness. I have also contracted Hepatitis A while being in jail from ingesting fecal matter unwillingly.
 I think the settlement is fair & I vote for option 1 as the payout method

Page 2

Fair Option 1

Hernandez V. County of Monterey

Trey Young
11-9-25
BN: #2500338

Case #No. 5:13-CV-02354-BLF

Name: Trey Alexander Young

DoB: 02/09/1993

**FILED**
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Booking #: #2500338

[FAIR]
[OPTION ONE]

Booking Date: 1/14/2025 ¢ 6 days in october 2024

Release Date: case still not resolved next court date is 12/18/25 (Mental Health Diversion Eligibility Hearing) be in custody 344 Days by then

Inmate Status: Pretrial Detance since 1/14/25

Mailing Address: 224 5th street Pacific Grove, CA 93950

[Fair $ Option 1]

Settlement offer opinion: FAIR

Settlement Payment option: OPTION 1

*(signature)*

Trey Alexander Young
02-09-1993
Booking #: 2500338
Mailing: 224 5th St Pacific Grove, CA 93950
Represented by: Criminal Lawyer William V. Purnik
(831-222-3922)

Page 1

Name: Trey Alexander Young
Booking # 250338
Loc/Cel: A-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

RECEIVED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

SAN JOSE CA 950
13 NOV 2025 PM 4 L

Clerk of The Court
United States District court
Northern District of California
280 South 1st Street
San Jose, CA 95113

9511382706 0060

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence.
No drawings or unnecessary writing on the front of the envelope is not authorized.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No cash or personal checks. Hardcover or Spiralbound books. Lipstick stains, glitter, stickers, Notebooks, Calendars. Greeting cards, postcards, cardstock paper, scented items. Manilo Inmate forwarded mail. Postage stamps, blank paper, laminated items. Photos larger than 5x7 inches, polaroid photo. No images of drugs, Sexually suggestive, or gang related. Manila Envelopes, Priority mail envelope, Bubble mailer. Items available to purchase from Jail Commissary.

### Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019