CASE # Hernandez J. County of Monterey
(No. 5:13-cv-02354-BLF)

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Adrian Guy Martinez #2506017 X-BLK 208, was incarcerated in the Monterey County Jail between the time of May 27, 2016 and December 31, 2025 I was in and out numerous times and medical staff medical group dental care neglected my aide on one occasion pulled out teeth that needed not be pulled. Gave me a "Root Canal" unfinished and never cleaned my teeth. Also knee surgery without x-rays fractured here in a basketball game.

In this case I think it's fair and choose:

OPTION 1: The money would be given to the people who were incarcerated at the jail between May 27 2016 and December 31, 2025

Thank you
And I humbly await reply

Yours truly

Martinez Guy Adrian
[signature]
#2506017
X-BLK 208

Name: Martinez Adrian
Booking # 2506017
Loc/Cel: X BLK 208
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
13 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

© USPS 2019
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC® C137131