Nov 11, 2025

(Hernandez v. County of Monterey)
Case # (No. 5:13-cv-02354-BLF)

My name is Rogelio Juarez Jr. (D.O.B) 09-16-1991, My Inmate # 2507473, I am currently incarcerated at the Monterey County Jail. I have been Incarcerated here at this facility numerous of times since May 27, 2016.

In September 2023, the court found the jails health care Provider California forensic medical Group, Inc ("CFMG") in contempt for disobeying court orders about medical, mental health, and dental care, "which I agree on" for lack of medical attention. I think that this settlement is fair, but I insist that this settlement should be reimburst or consider to be spread out as ("option 1") which cosist of the money would be given to the people who were incarcerated at the Jail between May 27, 2016 and Dec 31, 2025. The amount of money each person gets might depend on the number of people who apply for the money and the amount of time each person was at the Jail.

So I do believe it's a fair settlement and I prefer "option 1". This is dated, Tuesday Nov. 11, 2025. Thank you very much for your assistance. Have a blessing Day

Respectfully [signature]

Nov. 11, 202[5]

Name: Rogelio Juarez
Booking # 2507473
Loc/Cel: M-115
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

FIRST-CLASS
IMI
$000.74
11/12/2025  ZIP 93901
043M32207009
US POSTAGE
quadient



### Inmate Outgoing Mail

Do not seal envelope.

Correspondence is not authorized by writing on the front of the envelope.

A... include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

*refer to unauthorized items