(Hernandez v. County of Monterey)
Case #: (No: 5:13-CV-02354-BLF)

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name is Joseph David Ramirez (DOB 04/20/1993), my inmate number is (#2506954). I'm currently incarcerated at the Monterey County Jail. I have been incarcerated at this facility several times since May 27, 2016.

In September 2023 the court found the jail's health-care provider California Forensic Medical Group Inc. (CFMG) in contempt for disobeying court orders about medical, mental health, & dental care 'which I agree', for lack of medical attention. I believe this settlement is fair, I insist this settlement be reimbursed or considered to be spread out as "option 1", which consists of the money being given to the people who were incarcerated at the jail between the dates of May 27, 2016 & Dec. 31, 2025. The amount of money may depend on the number of times each person was at the jail, or how many people apply for it.

I believe it's a fair settlement, & prefer "option 1". This is dated, 11/11/2025

'Thank you for your time, God Bless.'

Joseph David Ramirez

Name: Joseph David Ramirez
Booking #: 250695A
Loc/Cel: M-216

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

FIRST-CLASS MAIL
IMI
$000.74
11/12/2025 ZIP 93901
043M3220T009
US POSTAGE
quadient FRANK

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

- Cash or personal checks.
- Hardcover or Spiralbound books, Notebooks, Calendars.
- Lipstick stains, glitter, stickers, scented items.
- Greeting cards, postcards, cardstock paper, laminated items.
- Inmate to Inmate forwarded mail.
- Postage stamps, blank paper, blank envelopes.
- Photos larger than 5x7 inches, polaroid photo.
- Photo images of drugs, sexually suggestive, or gang related.
- Manila Envelopes, Priority mail envelope, Bubble mailer.
- Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items