11-6-2025

Case # (Hernandez vs County of Monterey
Case # 5:13-CV-02354-BLF

inmate: Gary Barron II
# 2506771
incarcerated 2018-2019, and Oct

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I feel that the settlement should be more, and I also pick option #1 with payment going to the individuals who experienced unfair treatment.

Inmate: Gary Barron II
address: 1840 Woodview ct
currently incarcerated. Please check CDCR records.

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/12/2025 ZIP 93901
043M322207009

Name: Evin Barren II
Booking #: 2506771
Loc/Cel: A-dorm
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

INSPECTED BY
NOV 14 2025

U.S. MARSHALS SERVICE
POSTAGE NEEDED
Funds Available
Exceeds No Funds Limit

To: Clerk of the Court, United States
District Court, Northern District of
California, 280 South 1st Street
San Jose, Ca 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to ⸺ ⸺ correspondence is not authorized
No drawin⸺ ⸺riting on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items