(Hernandez v. County of Monterey)
case# (No. 5:13-cv-02354-BLF)

Nov, 11, 2025

My name is Mauricio Salinas Carmona
(D.O.B) 09/03/1990 My inmate #2507...
I am currently incarcerated at the Monterey
County Jail I have been incarcerated here at
this facility a couple of times since May 27, 2016

In September 2023 the court found the jails
health care provider California forensic medical
group, inc ("CFMG") in contempt for disobeying
court orders about medical, mental health and
dental care "which I agree on" for lack of
medical attention I think that this
settlement should be reinburst or concider
to be spread out as (option 1) which
consist of the money would be given to the
people who were incarcerated at the jail
between May, 27, 2016 and Dec, 31, 2025
The amount of the money each person gets
might depend on the number of people who
apply for the money and the amount of time
each person was at the jail

So I do belive its a fair settlement and
I prefer ("option 1") This is Dated Tuesday
Nov, 11, 2025 Thank you very much for ur
assistance Have a Blessing Day.

Name: Mauricio Salinas Carmona
Booking # 2503508
Loc/Cel: M2/210

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of court
United States District court
Northern District of California
280 South 1st Street
San Jose, CA 95113

FIRST-CLASS MAIL
IMI
$000.74
11/12/2025 ZIP 93901
043M32207009
quadient
US POSTAGE

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items