Case # (NO. 5:13-cv-02354 BLF)

**FILED**
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Hernandez V. County of Monterey)

My name is Robert Sosa and I was incarcerated in 2022 and currently incarcerated now. I feel the settlement is fair and only right. This facility is not clean and is filthy. The condition the room's and showers are in is just horrible. The way the medical team just ignores our needs and requests is wrong. I feel only being compisated is only right. For me I think option 1 is good and fair. If any questions and concerns please feel free to reach out and ask for I will still be here. Thank you for your attention and time.

~Robert Sosa

Name: Robert Sosa
Booking # 2504476
Loc/Cel: X-block 112

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA  950

13 NOV 2025 PM 4  L

1775 ★ 2025



San Jose, CA 95113

280 South 1st Street

Clerk of the Court United States District Court
Northern District of California

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

*refer to unauthorized items