Nov 17, 2025

(Hernandez V. County of Monterrey)
Case # (NO. 5:13-cv-02354-BLF)

Mario Alvarez Duarte
(D.O.B) 10/03/1981, My Inmate # FN2506262
I'm currently Incarcerated at the Monterrey County jail.

I believe it's a fair settlement and "Option #1" is the option I think is more apropiet, That way the people that sufer the injustice of geting the proper Medical treatment be Recompens for there time with out The proper treatment. thank you

Mario

FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case 5:13-cv-02354-BLF    Document 1032    Filed 11/17/25    Page 2 of 3



Name: Alvarez, David D.
Booking # FU2506062
Loc/Cel: M-1-113

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court United States District Court N.D.o&C
280 South 1st Street
San Jose, CA 95113

### Inmate Outgoing Mail

... seal envelope.
Inmate to Inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions
mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items