(Hernandez v. County of Monterey)
CASE# No. 5:13-cv-02354-BLF

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Whom It may concern, I think Money should Be gevin to the Inmates who reach out or should I say respond to your Notice. What's point of gevin to NonProfit that didn't go through what us Inmates do. I think

From 2016 - December 31 2025 I've Been Jail atleast 10 times. I was A San Quinten when covid. I was never gevin Stimulis money for My time there I dont think IT's fair. I Should still be gevin that money even If It's bee Long time. Since Somner I've mentioned my Issues the Hernandez Notice I think I'm Just allowed speak with Angela of the Hernandez Notice

Stop taking restitution People from this Jail think Can Posibly Condition of Settlement

Henry Garcia
Garcia
FH# 2504269

US POSTAGE

No Fu——nds

quadient
FIRST-CLASS MAIL
IMI
$000.74°
11/12/2025  ZIP 93901
043M322007009

Name: Henry Garcia

Booking # 25042269

Loc/Cel: B-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

0513-CV-02354 0090

## Inmate Outgoing Mail

Do not seal envelope.

Inmate to inmate correspondence is not authorized

No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**

Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.

Hardcover or Spiralbound books, Notebooks, Calendars.

Lipstick stains, glitter, stickers, scented items.

Greeting cards, postcards, cardstock paper, laminated items.

Inmate to Inmate forwarded mail.

Postage stamps, blank paper, blank envelopes.

Photos larger than 5x7 inches, polaroid photo.

Photo images of drugs, sexually suggestive, or gang related.

Manila Envelopes, Priority mail envelope, Bubble mailer.

Any items available for purchase from Jail Commissary.