FILED

NOV 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Hernandez v. County of Monterey)
Case # : (No. 5:13-CV-02354-BL)

My name is Gilberto Gomez (DOB: 10-21-81)
My inmate # is (#2566225). I'm currently
incarcerated at the Monterey County Jail.
I've been incarcerated several times at
this facility since May 27, 2016.

In September 2023, the court found
the jail's health care provider California
Forensic Medical Group Inc. (CFMG) in contempt
for disobeying court orders about medical,
mental health and dental care, "which I
agree with" for lack of medical attention.
I think this settlement is fair and I insist
this settlement should be reinbursed or
consider to be spread out as "option 1",
which consists of the money to be distributed
to the people who were incarcerated at the
jail between the dates of May 27, 2016
and December 31, 2025. The amount of
money may depend on the number of times
each person was at the jail, or how many
people apply for it.

I Believe it's a fair settlement and
prefer "option 1". This is dated 11-11-25

Thank You Very Much, God Bless.

Gilberto Gomez X

US POSTAGE
FIRST-CLASS MAIL
IMI
$000.74°
11/12/2025  ZIP 93901
043M32207009

FRANK

Name: Gilberto Loomer

Booking # A566225

Loc/Cel: M-217

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court United States District Court

Northern District of California

280 South 1st Street

San Jose, CA 95113

9511383035 0060

## Inmate Outgoing Mail

Do not seal envelope.

Inmate to inmate correspondence is not authorized

No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**

Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.

Hardcover or Spiralbound books, Notebooks, Calendars.

Lipstick stains, glitter, stickers, scented items.

Greeting cards, postcards, cardstock paper, laminated items.

Inmate to Inmate forwarded mail.

Postage stamps, blank paper, blank envelopes.

Photos larger than 5x7 inches, polaroid photo.

Photo images of drugs, sexually suggestive, or gang related.

Manila Envelopes, Priority mail envelope, Bubble mailer.

Any items available for purchase from Jail Commissary.