Lawrence Michael Shawn Sobel
November 7, 2025
Monterey Co Jail

"HERNANDEZ V. County of Monterey"
Case - #M 5:13-CV-02354-BLF

To whom it may concern

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am writing this letter to inform you that there is no amount of compensation when it comes to negligence especially on a level such as large as M.C.J. I believe the settlement should be more due to lives that have lost during the process. I have personally on many occasions had to deal with these people I've been in and out since 1999-2025. I would prefere a cash pay out from person to person who has been thru it.

Thanks for your time

Lawrence Michael Shawn Sobel

Lawrence Michael Shawn Sobel
FN 250767 / V block cell 203
M.C Jail

or home address
Lawrence Michael Shawn Sobel
4179 crest Rd
Pebble beach CA 93953
831-624-2401

Name: Lawrence Sobel
Booking # 2507671
Loc/Cel: V block 203

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
12 NOV 2025 PM 4 L

Clerk of the Courts
United States district Court
Northern District of California
280 South First Street
San Jose, CA 95113

95113-305599





## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, Sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019