NOV, 10, 2025

(Henandez v. County of Monterey)
Case# : No. 5:13-CV-02354-BLF

My Name is Hugo Guido (D.O.B) 11/30/1984, My inmate # 2407792. I am writing this letter in regards of the Settlement. I been Incarcerated here at this facility numerous times since May 27, 2016.

Now I agree with (option 1)

Respectfully, Hugo Guido

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: HUGO Guido
Booking # 2407792
Loc/Cel: M-103

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of The Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not se— —pe.
—ite corre— —nce is not authorized —riting on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.