FILED

NOV 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOV. 11. 2025

( HERNANDEZ V. County of Monterey )
CASE # ( NO. 5:13- CV- 02354- BLF)

MY NAME IS JUAN, GALVAN RIOS
(DOB) 04/09/1986 My INMATE #2506310
I AM currently Incarcerated at the
Monterey County Jail I been Incarcerated
at this facility numerous of time's
Since May 27, 2016.

In September 2023 the court found the
Jails health Care Provider California forensic
medical Group, Inc ("CFMG") In Contempt
For disobeying court orders about medical
mental health and dental Care." Which I
agree on" for lack of medical attention, I
Think that this settlement is fair, but
I insist that this settlement should be
reinburst or consider to be spread out
as ("Option 1") Which Cosist of the money
would be given to the people who were
incarcerated at the jail between May 27, 2016
and DEC 31, 2025 The amount of Money
each person gets might depend on the
number of people who apply for the
money and the amount of time each
person was at the Jail

So I do believe it's fair settlement
and I prefer "Option 1" This is dated
tuesday NOV 11, 2025, Thank you very
much for your assistance, have a blessing
day Respectfully ____ NOV. 11. 2025

Name: Juan, Galvan Rios

Booking # 2506310

Loc/Cel: TOC m-IOE

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

quadient

NF

FIRST-CLASS MAIL
IMI

$000.74 ⁹

11/12/2025   ZIP 93901
043M12009769

US POSTAGE

Clerk of the Court United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

9Ei13$3002 C060

ïi¡ïi¡i¡¡¡p¡¡]]ïïïi¡ï¡i¡¡¡¡¡¡¡]¡¡¡¡]¡¡¡¡¡ïïïï¡¡¡¡¡¡ï]ï¡¡¡¡¡¡ï]ï¡¡¡¡¡ïïi]]]]ïïï

## Inmate Outgoing Mail

Do not seal the tape.

Inmate to inmate correspondence is not authorized

No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**

Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.

Hardcover or Spiralbound books, Notebooks, Calendars.

Lipstick stains, glitter, stickers, scented items.

Greeting cards, postcards, cardstock paper, laminated items.

Inmate to Inmate forwarded mail.

Postage stamps, blank paper, blank envelopes.

Photos larger than 5x7 inches, polaroid photo.

Photo images of drugs, sexually suggestive, or gang related.

Manila Envelopes, Priority mail envelope, Bubble mailer.

Any items available for purchase from Jail Commissary.