(Hernandez v. County of Monterey) NOV/11/2025

Mi nombre es Emmanuel Chavez Beltrán Vera (D.O.B.) (05/09/2001) Mi inmate FN-2505930-Male-ID:205231 Actualmente me encuentro encarcelado en la carcel de Monterey County Jail,

Creo que el acuerdo de la (opcion 1) es justo ya que este condado no cuenta con las medidas de igiene y medicas de la carcel California Forensic Medical Group, inc. (CFMG) en desacato por no cumplir con las órdenes Judiciales sobre atención dental, Existe una propuesta de acuerdo de desacato en la que CFMG pagara $2.470.000 para beneficiar a las personas encarceladas en la carcel entre el 27 de mayo de 2016 y el 31 de diciembre del 2025

estoy deacuerdo y es justo (opcion 1) les agradesco la concideración que nos estan tomando en cuenta de las condiciones las cuales nos encontramos en esta carcel en el condado de Monterey County Jail, Nov/11/25



Name: Emmanuel Chavez Beltran
Booking #: 25-05930
Loc/Cel: M2-213
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
14 NOV 2025 PM 4 L

Clerk of the court united states
District court northern District of california
280 south 1st street
San Jose, ca 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.