NOV. 9, 2025

HERNANDEZ v. COUNTY OF MONTEREY, NO. 5:13-CV-02354 BLF

TO WHOM IT MAY CONCERN, I HAVE BEEN INCARCERATED IN MONTEREY COUNTY JAIL SINCE April 10, 2025. I WOULD LIKE TO PICK OPTION 1 OF THIS CLASS ACTION. I BELIEVE IT IS A GREAT LAWSUIT AND HOPEFULLY IT CHANGES THINGS AROUND HERE!!

Thank you
BERNARDINO R. SANCHEZ
2502539

FILED

NOV 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: BERNARDINO R. SANCHEZ

Booking # 25025394

Loc/Cel: X 209

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIF.
280 SOUTH 1ST STREET
SAN JOSE, CAL. 95113

quadient
FIRST-CLASS MAIL
IMI
$000.74°
11/12/2025 ZIP 93901
043M32207009

US POSTAGE

In  ate Outgoing M

Do not seal en
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items