Hernandez v. County of Monterey

No 5:13-CV-02354-BLF

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Oscar Barrera Mendoza think the settlement is good and I think option 1 is the best way to go. If we get some of the settlement It will help us a lot.

Thank you

Oscar Barrera Mendoza

FN# 2504204
D-Dorm

Option #1

US POSTAGE
quadient NF
FIRST-CLASS MAIL
IMI
$000.74
11/12/2025 ZIP 93901
043M32207009

Name: O. Mendoza, OSCAR
Booking # 2504204
Loc/Cel: D-Dorm
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United states District Court
Northern District of California
280 South 1st street
San Jose CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback Books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items