HERNANDEZ V. COUNTY OF MONTEREY

CASE NO. (NO. 5:13-CV-02354-BLF)

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— I × COSME RAMOS #2308064 HAVE BEEN INCARCERATED SINCE 2022 TO 2025 WITHIN THIS TIME I'VE BEEN NEGLECTED MENTAL HEALTH ALONG MY MEDICINE THEY DISOBEYED MY PRESCRIPTION AND REFUSED TO RETRIEVE MY TRANSCRIPTS FROM LANCASTER

— I AGREE WITH SETTLEMENT

OPTION 1:

— THE MONEY WOULD BE GIVEN TO THE PEOPLE WHO WERE INCARCERATED AT THE JAIL BETWEEN MAY 27 2016 AND DECEMBER 31 2025 THE AMOUNT OF MONEY EACH PERSON GETS MIGHT DEPEND ON THE NUMBER OF PEOPLE WHO APPLY FOR THE MONEY AND THE AMOUNT OF TIMES EACH PERSON WAS AT THE JAIL.

THANK YOU
SINCERLY

COSME RAMOS
#2308064

× Cosme Ramos

Name: Cosme Ramos
Booking # 236 8084
Loc/Cel: X 20B

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA
95113

FIRST-CLASS MAIL
IMI
$000.74°
11/12/2025 ZIP 93901
043M32207009
US POSTAGE
quadient

Inmate Outgoing Mail

Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**

Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items