FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(State of California, County of Monterey) Nov 11, 2025
Case #: (NO. 5:13-cv-02354-BLF)

My name is Edgar Barrios Rodriguez (D.O.B) 02/15/1988, My Inmate # FN2504031. I am currently incarcerated at the Monterey County Jail. I have been Incarcerated here at this facility numerous of times since May 27, 2016.

In September 2023, the court found the jail's health care provider California Forensic Medical Group, Inc ("CFMG") in contempt for disobeying court orders about Medical, menthal health, and dental care. "Wich i agree on". For lack of medical attention. I think that this settlement is fair, but I insist that this settlement should be reinburst or concider to be spread out as ("option 1"). Which consist of the money would be given to the people who were incarcerated at the Jail between May 27, 2016 and Dec 31, 2025. The amount of money each person gets might depend on the number of people who apply for the money and the amount of time each person was at the Jail.

So i do believe it's a fair settlement and i prefer ("option 1"). This is Dated, Tuesday NOV 11, 2025. Thank you very much for your assistance, Have a Blessing Day.

Respectfully, [signature] Nov 11, 2025



SAN JOSE CA 950
14 NOV 2025 PM 4 L

Name: Edgar Barrios Rodriguez
Booking # FN 2504031
Loc/Cel: M-Pod #109
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court United States District Court
Northern District of California
280 South 1st street
San Jose, Ca 95113

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items