Hernandez vs County of Monterey
ND. Cal. No. 5:13-CV-02354-BLF

Nov. 12, 2025

My name is Alfredo Amezquita
Booking # 2407581  cel # M-208

I'm currently incarcerated at the Monterey County Jail. I've been hear for 13 months. I did read the letter posted in our block.

I personally believe that some of the money should go to the inmates, that have had health issues. I've written and spoken over the phone with Angela Laureano from (Rosen Bien Galvan & Grunfeld LLP.) about some health issues I had. So I do support (option 1). It would only be fair. For the inmates. (Females & Males) that have had health issues to.

Well, I just want to Thank you for fighting for justice.

Sincerly:

Alfredo Amezquita

Home Address: 24785 Calle El Rosario
Salinas, Ca. 93908
Tel. (831) 578-9464

Name: Alfredo Amezquita
Booking # 2403581
Loc/Cel: M-208

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
15 NOV 2025 PM 1 L

Northern District of California
280 South 1st Street
San Jose, Ca. 95113

95113-300299

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, Sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019