Hernandez v. County of Monterey (No. 5:13-cv-02354-BLF)

My name is Darrell Eugene Hare Jr.
Mailing Address for additional updates about the case matter (1156 Saint Clare Pl, Tracy CA, 95304)

I believe the settlement is fair, I have been incarcerated here since April 14, 2025. And I have experienced some of the issues this case revolves around, I am pleased to be informed about some type of resolution.

I would prefer Option 1, the money to be distributed amongst us individuals. Monterey County has enough money to improve it's own community. So I am applying for the money myself.

FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Darrell Eugene Hare Jr
Booking # 2502720
Loc/Cel: Y106
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
13 NOV 2025 PM 4 L

1775

Clerk of the court
United States District Court
Northern District of California
280 South 1st Street, San Jose CA 95113

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items