(Hernandez V. County of Monterey)
Case #: (No. 5:13-CV-02354-BLF)

My name is Carlos Alfredo Sanchez Ponce (D.O.B 06/28/96) and my inmate #2504505. I'm currently incarcerated at the Monterrey County Jail. I have been incarcerated here at this facility a couple of times since May 27, 2016.

In September 2023 the court found the jails health care provider CALIFORNIA FORENSIC MEDICAL GROUP INC. (CFMG) in contempt for disobeying court orders about medical, mental health, and dental care "to which I agree on," for lack of medical atention. I think this settelment is fair, but I insist that this settelment should be reinburst or concider to be spread out as "option 1" Which consist of the money would be given to the people who were incarcerated at the jail between May 27, 2016 and Dec. 31, 2025. The amount of money each person gets might depend on the number of people who apply for the money and the amount of time each person was at the jail.

I do belive it's a fair settelment and I prefer "option 1" this is dated Nov. 13, 2025 thank you very much have a blessing day.

Name: Carlos Sanchez
Booking # 2504505
Loc/Cel: M-219

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
15 NOV 2025 PM 4 L

Clerk of the Court
United Stats District Court
Northern District of CAlifornia
280 South 1st Street
San Jose CA 95113

95113-300837



## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2019