FILED
NOV 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hernandez v County of Monterey no. 513-cv-02354-BIF 11-8-25

Goodmorning or afternoon whichever one is more suitable to whom it may concern my name is Victor Lynell Rowe FN2504495 X-204 I'm currently awaiting sentenceing at the Monterey County Jail I have PTSD High blood pressure prediabetic and nerve damage in the past 36 months alone I've spent 15 months incarcerated dealing with multiple medical Issue and complication I've seen physic and medical doctors numerous time for numerous reason I've had almost 7 teeth removed by the dentist and honestly speaking medical and mental help has taken a draptic decline the wait time to be seen is unbelievable the medical emergency button is total ignored having multiple complications with my health and being here is very scary I have dizzy spells and become light headed and weak at least 3 or 4 times a week and honestly speaking until I contacted Rosen bien and talk to angela and let them advocate for me I was basically ignored and overlooked I've expressed multiple times to doctors and beside blood pressure check and a increase in meds nothing is done I also have a bullet lodged in my back and was scheduled for surgery prior to being incarcenated the doctor order xrays and since the fragement is not touching my spine or heart they won't remove it due to risk of numerous affects and infections so basically I've been told no matter how uncomfortable or painful it is nothing can be done so yes I agree with option 1 and think us Inmates deserve compensation for medical dental and physicatric malpractice not to mention accessive force reoulting in injury's from deputy's beening aggressive

Sincerely Victor Lynell Rowe FN2504495

Name: Victor Lionell Bowe
Booking # EN2554495
Loc/Cel: X-204
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
13 NOV 2025 PM 4 L

Clerk of the court
United States District court
Northern District of California
280 South 1st street
San Jose, CA 95113

95113-80959

## Inmate Outgoing Mail

- Do not seal envelope.
- Inmate to inmate correspondence is not authorized
- No drawing/ ~~necess~~ ~~ry~~ writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

- Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

### Unauthorized Items

- No Cash or personal checks.
- Hardcover or Spiralbound books, Notebooks, Calendars.
- Lipstick stains, glitter, stickers, scented items.
- Greeting cards, postcards, cardstock paper, laminated items.
- Inmate to Inmate forwarded mail.
- Postage stamps, blank paper, blank envelopes.
- Photos larger than 5x7 inches, polaroid photo.
- Photo images of drugs, sexually suggestive, or gang related.
- Manila Envelopes, Priority mail envelope, Bubble mailer.
- Any items available for purchase from Jail Commissary.

*refer to unauthorized items