Hernandez v. County of Monterey
NO 5:13-cv-02354 BLF

I Jaime E. Linares think the settlement is good and I think option 1 is the best way to go. If we get some of the settlement it will help u! a lot.

Thank-you.

Jaime E. Linares
#2501690

Option 1

FILED
NOV 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Jaime Linares
Booking # 2501690
Loc/Cel: D. Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
13 NOV 2025 PM 4 L



Clerk of the Court.
United States District Court
Northern District of California
280 South 1st Street.
San Jose CA 95113

95113-270680

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions
mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2019