Hernandez v. County of Monterey
No 5:13-cv-02354 BLF

I Joel Hernandez think the settlement is good and I think option 1 is the best way to go. If we get some of the settlement it will help us.

Thank-you.

Joel Hernandez
+2502170
D. Dorm.

I pick option 1

FILED
NOV 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: J. Herrera
Booking # 2502170
Loc/Cel: D. Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
13 NOV 2025 PM 4  L
1775



Clerk of the Court.
United States District Court.
Northern District of California
280 South 1st Street.
San Jose CA 95113

95113-270680

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*.

### Incarcerated Person Commissary Trust Account

Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.