TO: HERNANDEZ VS CO. OF MONTEREY
CASE # NO. 5:13 CV 02354 BLF

TO: WHOM IT MAY CONCERN I JASON TURNER WAS INCARCERATED FROM FEBRUARY OF 2022 UNTIL NOVEMBER OF 2022 IN THE MONTEREY COUNTY JAIL I WITNESS SEVERAL INCIDENTS OF MALPRACTICE BY THE HEALTH CARE DEPARTMENT AND EVEN HAD MY OWN MALPRACTICE AND WAS DENIED ADEQUATE HEALTH CARE I WITNESSED A INMATE HAVE A SEIZURE SIZURE AND DUE TO THE LACK OF RESPONSE BY MEDICAL I WAS FORCED TO INTERVENE AND HELP THE INMATE BY TURNING ON HIS SIDE AND PLACING A T-SHIRT IN HIS MOUTH SO HE WOULDN'T FURTHER INJURE HISELF ALSO I HAD A ASTHMA ATTACK AND WAS TOLD I HAD TO FILL OUT A MEDICAL FORM OVER THE TABLET TO BE SEEN ALSO CAUGHT COVID AND WAS TOLD THE SAME THING TO FILL OUT A MEDICAL FORM OVER A TABLET I DIDN'T HAVE ACCESS TO ALL THE TIME. WHATEVER THIS CASE MAY BRING HOPEFULLY THE HEALTH CARE OF ANY FUTURE INMATE WILL BE ADEQUATE AND IN A TIMELY MANNER. THANK YOU FOR YOUR TIME

Sincerly JASON TURNER