FILED
NOV 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The 17th day of November 2025
Hernandez vs. Co. of Monterey
CASE # (NO. 5:13-CV-02354-BLF)

My name is Regina C. Budiao, and I was incarcerated 3 or 4 different times between May 27 2016 and was just released again yesturday. There are multiple reasons for me to reach out pertaining to the inadequate Health care and neglect, as well as slow response to emergency situations. For example recently I had to submit a grievance to medical in M.C.J. Reasons being that I was noticing symptoms of my iron levels dropping so I asked to have them checked on the tablet, that was Sept 21, 2025. I was informed that I was placed on a waiting list to be seen. In the meantime I asked to recieve electrolytes, to stay hydrated and was told I had to first be seen for my iron

I DID NOT GET MY blood drawn OR RECIEVE ELECTROLYTES AT ALL UNTIL NOVEMBER 6, 2025 AND THEN WAS RELEASED THE 16TH of NOV. THEREFORE AWAITING TO BE SEEN FOR AN EMERGENCY INFUSION This WEEK from MY PRIMARY CARE PROVIDER.

I ALSO WITNESSED ANOTHER INMATE free fall FACE FIRST THREE STEPS from THE BOTTOM COMING DOWN the STAIRS IN R pod IN SEPTEMBER while cuffed behind her back, without ANY ASSISTANCE from the floor deputy ON duty AND did not CALL MEDICAL to check for INJURIES, INMATES NAME is ALEXIA CARDOVA.

YOUR ASSISTANCE with ~~further~~ PREVENTING future ACCURANCES IS greatly APPRECIATED.

REGIINA BUDIAO
*Regina Pugliao*
11/17/25