

INSPECTED BY
NOV 21 2025
U.S. MARSHALS SERVICE

Regina Buelno
Robert's OSH #333
Greinent CA. 9390l

Clerk of the Court
United States District Court
Northern District of CA.
280 South 1st Street
San Jose CA. 95113

95113-309599

SAN JOSE CA 950
19 NOV 2025 PM 3 L