MY NAME IS ERNIE ZUNIGA BK# 2506499
I AM AN INMATE HERE AT MONTEREY
COUNTY JAIL AND AM WRITING IN REGARDS
TO

CASE # (NO. 5:13-CV-02354-BLF)

I WANT OPTION (1)

ERNIE ZUNIGA
635 LIVINGSTON AVE
KING CITY CA 93930

FILED
NOV 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Eric Banks
Booking # 2301408
Loc/Cel: Y-206
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court, United States District Court
280 South 1st Street
San Jose, CA 95113

95113

FIRST-CLASS MAIL
IMI
$000.74
11/12/2025 ZIP 93901
043M322207009
US POSTAGE

Inm Outgoing Mail

velope.
Inrate to inmate correspondence is not authorized
No drawing or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items