Hernandez V. County of Monterey
No 5:13 CV 02354 BLF.

Yo Pedro Quezada pienso que la oferta esta
bien. Yo digo que la option 1 es la que
prefero yo. El dinero me ayudaria

Gracias

Pedro Quezada

2405828

Option 1

FILED

NOV 21 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Pedro Quezada

Booking # 2405828

Loc/Cel: D. Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA  950

13 NOV 2025  PM 4  L

1775

U.S. MARSHALS SERVICE

INSPECTED BY

NOV 7 2025

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

95113-270680

Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items