Hernandez v. County of monterey
NO. 5:13-cv-02354-BLF

**FILED**
NOV 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hello my name Joshua Ortega. I am currently incarcerated in the monterey county Jail. I previously just got done doing a whole year and had issues with the medical staff with them not coming to see me on numerous ocations.

With that said I feel like this setlment is more then fair

As well, as I do agree with option #1 (one)

Thank you for your time

Joshua D. Ortega
BK#: 2506329
ADress: 1050 EAST Laurel DR #A
Salinas, CA 93905

Name: Joshua Ortega
Booking # 2506329
Loc/Cel: L-Block L-102

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950

13 NOV 2025 PM 4  L



1775

Clerk of the Court
United States District Court
Northern District Court
280 South 1st Street
San Jose, CA 95113

95113-300299

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items