"Herrera vs Monterey County"

Case no: 5:13-CV-02354-VLF

Hi my name is Christopher M Smith D.O.B 09/28/1982 I was incarcerated on March 26, 2023 and Released on Nov 16 2024. While incarcerated I suffered a Broken hand which I recieved No pain medication For and took 6 months to be x-rayed Daily notes to the Doctors was ignored. My Booking # 2302282

Christopher Smith
3090 n. Cielas Ln #7
Marina, Ca 93933

tele #: 8312561908

FILED
NOV 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christopher Smith
3090 Nicelas Ln #7
Marina, Ca 93933

RECEIVED
NOV 24 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the court
U.S District court
northern District of Ca.
280 south First St
San Jose, Ca   95113

