(Hernandez vs Monterey County Jail
No. 5:13-CV-02354-BLF)

"Nov 8, 2025

I "Tony Angel Hernandez" has been incarated in Monterey County jail multiple times since 2016 to 2025. I agree with option 1 for the money to be distribute along personal that been incarated who sign up for compesation of malpractice of Monterey county jail. I'm a Army Veterans & have suffer from this matter at hand personally please send me a response back & if possible compesation check to my mail of records to my parents home address

Tony A. Hernandez
481 Reindollar Ave
Marina CA 92,933

X [signature]

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Hernandez, Tony A.
Booking # 2504584
Loc/Cel: X Block #213

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
13 NOV 2025 PM 4 L
1775

Clerk of the court
United States District court
Northern District of California
280 South 1st Street
San Jose, CA 95113