Ruben Henderson  
Booking #2506840  
A DORM

Hernandez v. Court of Monterey  
No. 513-cv-0234-BLF

To whom it may concern, pertaining to this settlement I, Ruben Henderson, given my choice for Option 1, on this matter. The medical, Dental and Mental treaments, ill-served, if ever given, time-delayed but always given with an air of disdainment, please see that this maltreatment should never take presidence in any correctional institution, in this Great State of California. The monetary damages should be distributed to the ones that were hurt or slighted, if ever were treated and not to those non-profits that were not involved whatsoever. I apprieciate further good news on this matter. Thank you, Ruben Henderson

FILED  
NOV 25 2025  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Ruben Henderson  
11241 Geil Street  
Castroville, CA.  
95012

Name: Henderson, Ruben
Booking # 2506840
Loc/Cel: A DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950

17 NOV 2025 PM 4  L



Clerk of the Court US District Court
Northern District of California
280 South 1st Street
San Jose, CA. 95113

95113-300299