HERNANDE V.
COUNTY OF MONTERREY   5:13-CV 02354-BLF

UNITED STATES DISTRICT COURT NORTH-CALIFORNIA
YOUR HONOR,
MY NAME IS NATHANIEL BROWN
I WAS IN JAIL AT MONTERREY COUNTY JAIL IN 2022, AND 2025.
I VOTE FOR OPTION 2
SIR/MADAM PLEASE SEND A CLEAR MESSAGE THAT THIS TYPE OR ANY TYPE OF MALPRACTICE IS NOT GOOD WITH THE COURTS OF AMERICA.
THANK YOU. PLEASE SEND YOUR VERDICT TO ME AT.
THAN YOU AGAIN
NATHANIEL BROWN
1620 SAN LUCES ST #5
SEASIDE CA. 93955
MCJ INMATE # FN2506601

Nathaniel Brown
11-21-25

**FILED**
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: NAT BROWN
Booking # 2506601
Loc/Cel: A-DORM
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

LEGAL MAIL



SAN JOSE CA 950
17 NOV 2025 PM 4 L

CLEARK OF THE COURT
UNITED STATES DISTRICT COURT
NORTH DISTRCT CALIFORNIA.
280 SOUTH 1ST STREET
SAN JOSE, CA. 95113

95113-300299