Joseph Morris Esteen
Book # 2507713  ID# 04121  CDCR# BY0295    page 1
Current Date: Thursday November 13, 2025
Current occupation: Student, Hartnell College Salinas, CA

I, Joseph Esteen, have compiled a list of case numbers, where I have been booked, detained, and housed at the Monterey County Jail between May 27, 2016 to November 2025 where I have been a defendant, not including the numerous times I've served time for parole violations. I will list all CDCR#'s, for the violations are several. I would like to thank the Clerk of the Court for taking the time to read and process my experience of wrongful and cruel treatment at the Monterey County Jail. Which include: Treatment, unfair commissary pricing, medical, food, and housing conditions, and also poor, deplorable mental health services, dental.

Esteen vs County of Monterey

Case # 25008881, 24CR001877, P1T097833, P126054, C2102766, 24PS000025, 21CR003792, 21CR000717, 20CR009993, 19CR010253, C21027166, C2101575, 20CR000585, 20CR001259, 19CR003316, 19CR010253, 19HP000103, 19CR011035, 18PH000009, 17PH00023, 17TR03869

Joseph Esteen  Joseph Esteen  11/13/25

Joseph Morris Esteen
Book # 2507713  ID# 04121  CDCR# BY0295   page 2
Current Date: Thursday November 13, 2025
Current Occupation: Student Hartnell College

My name is, Joseph Esteen and I would like to select option 1, where people at the monterey county jail would recieve money if they were incarserated between May 27, 2016 - December 13, 2025 for deplorable conditions at the Monterey County Jail.

Joseph Esteen   /s/ Joseph Esteen   11/12/25

Joseph Morris Esteen
Book # 2507713  ID # 04121  CDCR # BY0295    page 3
Current Date: Thursday November 13, 2025
Current occupation: Hartnell College Salinas, CA Student

Contact info: <u>Mailing Address</u>

301 9th street # 252
Marina, CA 93933

Adult Probation
Monterey County    <u>Email Address</u>
Salinas, CA         josephesteensr88@gmail.com
Probation P.O: Antonio
Officer Gutierrez    <u>Alternative Email</u>

josephmesteen@student.hartnell.edu

Joseph Esteen    Joseph Esteen [signature]    11/13/25

Joseph Morris Esteen                                                                                page 4
Book# 2507713  ID# 04121  CDCR# BY0295
Current Date: Thursday November 13, 2025
Current occupation: Student, Hartnell College Salinas, CA

CDCR #'s that can be used as references to parole violations served in Monterey County Jail:

Esteen vs County of Monterey

AR98352
AV64169
BR4342
BY0295

Between 2016-2019 I've served time for over 20 violations, and a few parole revocations.

Joseph Esteen            *[signature]* Joseph Esteen   11/13/25

Name: Joseph M. Esteen
Booking # 2507113
Loc/Cel: A-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail

SAN JOSE CA 950
17 NOV 2025 PM 4 L



Clerk of the Court   United States District Court
Northern District Court of California
280 South 1st Street
San Jose, CA 95113

95113-300299