HERNANDEZ V. COUNTY OF MONTEREY CA.

CASE # 513-CV-02354-BLF

U.S. DISTRICT COURT OF CALIFORNIA. NORTH.

Your Honor my name is Edwin Harris I vote for option 1. I was in Monterey County Jail in 2022, 2024, 2025. Please send my check to

Edwin Harris
30 Soledad St
Salinas CA. 93901

*Edwin Harris*
11-11-25

**FILED**
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: EDWIN HARRIS
Booking # 250 7799
Loc/Cel: A-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

LEAGAL MAIL
SAN JOSE CA 950
17 NOV 2025 PM 4 L

CLERK - UNITED STATES DISTRIC COURT
NORTHERN DISTRIC CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA. 95113

95113-300299