1 of 5

Wednesday Nov 12, 2025

Claim #
Defendant:

Re: Hernandez v County of Monterey
Case number No. 5:13-CV-02354-BLF

TO: The Respected Courts of:
Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95112

Plaintiff: Nilesh Neil Prasad    Inmate number FM2502218
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906.

CC: mail to Home mailing Address:
Nilesh Neil Prasad
20 Del Monte Ave #112
Monterey, CA 93940.

Info: Nilesh Neil Prasad   DOB 8/5/1981
SS# 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   CDL# B7117401
Current Monterey County Jail Inmate # 2502218

Current Date of Incarceration / In-custody Claim

- March 27, 2025 - Current (11 months)

Prior Dates of Incarceration / Custody Claims Duration

| | | Duration |
|---|---|---|
| Year | 2015 - 2016 | 5 months |
| Year | 2017 - 2019 | 11 months |
| Year | 2020 - 2021 | 8 months |
| Year | 2021 - 2022 | 5.5 months |
| Year | 2022 - 2024 | 17 months |

Grievances of Record w/ Reference # Monterey C.Jail
Current Claim - 1 (Allegations of negligence)
(Mental Health)

| Grievances Ref # | Date Filed | |
|---|---|---|
| 26.587.732 | 9/22/2025 | mental |
| 26.102.937 | 8/22/2025 | mental |

Grievances Ref #    Date Filed.
Mental Health w/ Medical Grievances filed

| 25.908.612 | 8/11/2025 | Medical w/ mental |
| 25.879.326 | 8/8/2025 | Medical w/ mental |
| 25.526.430 | 7/17/2025 | Medical w/ mental - |

Hernandez v County of Monterey
Case number NO: 5:13-CV-02354 BLF

Claim continued
Grievances Ref #  Date Filed:
25,046,722  6/17/2025

Mental Gaslighting / harassment: labeling
Bullying, Gang Stalking

Grievances Ref #  Date Filed
25.502.670  7/16/2025  Mental / Custody
25.524.007  7/16/2025

Dear Northern District of California

My name is Nilesh Neil Prasad:

I am submitting my claim for funds on behalf of the Award / Penalty enforced against CFMG.

Due to extenuating circumstances beyond my control Regarding what occured to me in this County of Monterey, state of California, I am submitting my legitamiate claim for funds. The money will help me with my Maslow Gaps, PTSD as a result of gas lighting, harassment, bullying, labeling and negligence.

Respectfully,
Nilesh Neil Prasad

SAN JOSE CA 950

15 NOV 2025 PM 4 L

Name: Ralph Nil Board
Booking # 25022 18
Loc/Cel: B/12

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95112

— Confidential —
— Privileged Mail —