HERNANDEZ V. COUNTY OF MONTEREY  NO. 5:13-CV-02354-BLF

THIS LETTER IS IN REGARDS TO CALIFORNIA FORENSIC MEDICAL GROUP, INC. BEING FOUND IN CONTEMPT FOR DISOBEYING COURT ORDERS ABOUT MEDICAL, MENTAL HEALTH, AND DENTAL CARE AT THE MONTEREY COUNTY JAIL. I AM CURRENTLY INCARCERATED AT SAID FACILITY AND I HAVE BEEN AT THE JAIL FOR OVER TWO YEARS ON SEPERATE OCCASIONS SINCE 2016. I BELIEVE THE PROPOSED SETTLEMENT OF $2,470,000 IS FAIR AND CONCERNING THE TWO OPTIONS THE COURT IS CONSIDERING AS TO WHAT OR HOW THE MONEY CAN BE USED I PREFER OPTION 1 THAT THE MONEY SHOULD BE GIVEN TO PEOPLE WHO WERE INCARCERATED AT THE JAIL BETWEEN MAY 27, 2016 AND DECEMBER 31, 2025. THANK YOU FOR YOUR TIME IN THIS MATTER.

MAILING ADDRESS:

—Bryan Zenteno
11/13/2025

BRYAN ANTONIO ZENTENO
1897 CHEROKEE DR. APT #4
SALINAS, CA 93906

FILED

NOV 25 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: BRYAN ZENTENO

Booking # 2507105

Loc/Cel: N1-102

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

951382706 0060

CLERK OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

280 SOUTH 1ST STREET

SAN JOSE, CA 95113

quadient

FIRST-CLASS MAIL
IMI
$000.74⁰
11/17/2025  ZIP 93901
043M0520075924

US POSTAGE