HERNANDEZ v. County of Monterey
No. 5:13-CV-02354-BLF

November 9, 2025

MODESTO A. URQUIDEZ
FN. 2506172

Home ADDRESS
107 MARKET St
Soledad CA, 93960
#Phone
831-744-2128

To whom it MAy concern

I agree and do belive the settlement is fair. I would like to decide with option 1. I was incarcerated in Dec 10, 2022 – MAy 9, 2023 Also in Jun 2025 and now again in Sep 3, 2025 – Nov 29 – 2025. I have experianced a leangthy process in Being Seen By Staff to recive Pills that offer no help. Also for minor skin issuse clear up By the Time I was seen And had them reacure and clear up again Before Being Seen again. I have tried to treat with State tooth paste and had significant skin irritation and peeling Due to the tooth paste. I feel that problems should be addressed sooner to Avoid any problems such as what I had experianced in my time at monterey county Jail. thank you for taking time to read this letter

Sincearly, Modesto Urquidez

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: URQUIDEZ, MODESTO
Booking # EN 2506172
Loc/Cel: X 202

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

NO funds

FIRST-CLASS MAIL
IMI
$000.74
11/17/2025  ZIP 93901
043M32207604

Clerk of the Court, United States District Court
Northern District of California
280 South 1st Street, San Jose, CA 95113