Hernandez Vs County of Monterey
No: 5:13-CV-02354-BLF

Sherrell Stanley-Walker
#250680
790 Lahonda Court Salinas, Ca 93905
(831) 917-5066

Incarceration dates
Aug 5th 2025
Jan 13th 2025
Sep 3rd 2025

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Select option #1
for medical, dental, mental

I have been to the suicide tank more than 47 times and i have been ignored by the mental health staff.

Thank you

Sherrell Stanley-Walker

Name: Shervell Stanley-Walker
Booking # 2506d80
Loc/Cel: Upod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



Clerk of the Court
United States District Court
Northern District of CA
280 S. 1st St,
San Jose Ca 95113