Hernandez vs County of Monterey
(NO 5:13 CV-02354-BLF)

Selecting Option #1
This amount should be higher however thankful because I have been a victim of lack of care. I was injured ruptured a nerve and have not received appropriate care. I'm right handed & no longer have use of my right finger & suffering from intense nerve pain.

The doctor saw my private parts by him. I was sent to ER after being dragged by officers & hurt my back

I was coughing up tissue & not given antibiotics & many other issues. Suffering awful side effects. Given wrong medication &

Maria Del Toro
1/2025 - 1/2026

#2500574
Address Monterey County Jail
1410 Natividad
Salinas CA 93906

