(Hernandez V. County of Monterey)
(No. 5:13-cv-02354-BLF)

I belive the settlement is fair, i think option 1 makes more sense for the people who were truly affected by the Jails medical Staff neglegence. i was givien meds that i did not want for a period of time cause they would not perscibe me with what i told them i was perscibed by my doctor on the streets and there is paper trails to prove my perscipitions i would take for my bipolar. also had 3 teeth pulled out in this jail when all i needed was a simple filling. So option 1 makes sense to me. i was in custody here July 2016- 2017 and 2018 up till around Sep. also in 2022-2023-2024-2025 of a talol of around 1 year or more. thank you for your time.

This is my mailing Address.

John A. Calderon
111 Lewis St #.213
Gilroy, CA 95020

