HERNANDEZ v. COUNTY OF MONTEREY   NO. 5:13-cv-02354-BLF

THIS LETTER IS IN REGARDS TO CALIFORNIA FORENSIC MEDICAL GROUP, INC. BEING FOUND IN CONTEMPT FOR DISOBEYING COURT ORDERS ABOUT MEDICAL, MENTAL HEALTH, AND DENTAL CARE AT THE MONTEREY COUNTY JAIL. I AM CURRENTLY INCARCERATED AT SAID FACILITY AND I HAVE BEEN AT THE JAIL FOR OVER TWO YEARS ON SEPERATE OCCAISONS SINCE 2016. I BELIEVE THE PROPOSED SETTLEMENT OF $2,470,000 IS FAIR AND CONCERNING THE TWO OPTIONS THE COURT IS CONSIDERING AS TO WHAT OR HOW THE MONEY CAN BE USED I PREFER OPTION 1 THAT THE MONEY SHOULD BE GIVEN TO PEOPLE WHO WERE INCARCERATED AT THE JAIL BETWEEN MAY 27, 2016 AND DECEMBER 31, 2025. THANK YOU FOR YOUR TIME IN THIS MATTER.

MAILING ADDRESS:

JOVANY MORALES
1638 PIAZZA DRIVE
SALINAS, CA 93905

— Jovany Morales
11/13/2025

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/17/2025  ZIP 93901
043M322207804

Name: JOVANY MORALES
Booking # 2506370
Loc/Cel: N-106
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA 95113