Hernandez v. County of Monterey
No. 5:13-CV-02354-BLF

I Martin Hernandez JR choose
option 1.

I was incarcerated here in
C-Wing - B-wing - F-pod
in Monterey County Jail from
2018 to 2020 and now
incarcerated agin unfortunatly and
expreicend Mal Practice and
housing conditions have not
changed. Medical Staff is
under trained and does not
respond in timely matter. My
sick call still havent such a
nurse in 2 weeks, and still
coughing and getting worse.
I never expreicend this
and feel abandoned. I have came
in detox from drug abuse and vomitt
and couldnt breathe and nurse did nothing
Martin Hernandez JR
2951 Harvey Court, Marina, California

Book # 2507126   MCJ

FILED

NOV 25 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I have seen countless
people die in the holding
tank due to vomit and
choking. I've done 190
days, 240 days and
recently incarcerated and
nothing has changed. I
would like my check written
out to myself

Martin Hernandez JR
SS- 563 - 91 · 1572
Home Address  2957 Hamey Ct.
                    Marina, CA
                         93933

Name: Martin Hernandez Jr

Booking # 2507126

Loc/Cel: A dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail

SAN JOSE CA 950

17 NOV 2025 PM 4 L

Clerk of th Court
United States District Court

Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-309599