FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Give Me Some Meaning in My Life

Hernandez v County of Monterey
(NO. 5:13-cv-02354-BLF).

Dear United States District court NORTHERN District of California. I write to you, Today, To attach my name in to the settlement class action lawsuit of THe proposed Settlement of $2,470,000. To benefit people at the jail Between May 27, 2016 and December 31, 2025. THe courts are considering Two ways the money could be used. Option ONe, The money would be given to the people (2507251 Moises Padilla), Option Two. We Have no way in burdaning each people (person) as to Discovery upon release from jail to feel comforted to go seek for justice. Typicly we walk out with our Heads Held hi but with fear and weigh THe burdain of re occuring inmates due To a flawed system. To THink some Has our best interest would be to settlement with option ONe. I am Mr. Padilla Moises AOD Advocate ; Graduate of AOD program at San Francisco Community College leading with a 3.8 GPA and in continuence to leap in to A University once I see my fit to be adopted after incarceration. Sincerely, From A Person who

Name: Moises Padilla
Booking # 2507251
Loc/Cel: V 209
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Priority Mail



Clerk of The Court
Unite States District Court
NORTHERN District of California
280 South 1st Street
San Jose, CA 95113