Hernandez vs County of Monterey
(No. 5: BCV-02354-BLF)

Re: Jacqueline Aguilar Zamora
#2508145
2024-2025

I agree to Option #1 & the amount should be higher. my address/contact info:

2310 San Juan Rd
Hollister, CA 95023

Jacqueline Aguilar Zamora

Jacqueline Aguilar Zamora

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Jacqueline Aguilar Zamora
Booking # 2508145
Loc/Cel: U pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



Clerk of the Court
United States District of CA
280 S 1st St
San Jose, CA 95113