Hernandez vs County of Monterey
(NO 5:13-CV-02354-BLF)

Select Option #1 — Should be more funds as there are many medical dental & mental issues.

Emma Galindo #2504797
961 Acosta Plaza #19
Salinas CA, 93905

Emma Galindo

Emma Galindo

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Emmee Galindo
Booking # 2504797
Loc/Cel: U pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



Clerk of the Court
United States District
Northern District of CA
280 S. 1st St
San Jose, CA 95113