Nov. 12/25

I'm Willmark Dison #2505447 at the Monterey County Jail I was Arrested by Monterey PD. Monterey PD brouth me to the Jail on 8/8/25 I was sentence on Oct. 8/25 and I think 16 months is to much time for a misdemeanor case

I'm writting this letter because I feel that everything is unfair I have a socail security disability case going out there and I have layers in Utah that helping me with the socail security disability case and my attery name is Ms. Hannah Pears her and I are going to appeal for my socail security disability case Nov. 2025 but I'm still here at the Jail. Thank you

my socail security # 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

(Notice of proposed settlement Monterey County Jail: CFMG Contempt Fines Hernandez v County of Monterey No. 5:13-cv-02354-BLF)

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: WILLMARK DISON
Booking # 2505447
Loc/Cel: mblock m214

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



FRANK
FIRST-CLASS MAIL
IMI
$000.74
11/17/2025  ZIP 93901
043M32207804
US POSTAGE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA. 95113

9511383095 C060