Hernandez vs County of Monterey
(NO.5:13CV-02354-BLF)

Re:
Yulma Yolanda Rico
# 250 6058

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2019 - Present

I Believe amount should be higher select option #1. address is:

645 Central Ave
Salinas CA 93901

831-210-9568

Yulma Yolanda Rico,
YULMA Yolanda RICO

Hernandez vs County of Monterey
(NO: 5:13-CV-02354-BLF)

Rosa Angela Alvarez
#2507890
570 Viejo Gabriel St
Soledad, 93960

831-279-3207

I select Option #1

2018 - Present

Rosa Angela

Rosa Angela Alvarez

Name: Yulma Yolanda Rico
Booking # 2506058
Loc/Cel: D Pod
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
quadient NF
FIRST-CLASS MAIL
IMI
$000.74
11/17/2025 ZIP 93901
043M322207804

Clerk of the Court
United States District of CA
280 S. 1st St
San Jose, CA 95113