(Hernandez v. County of Monterey)
(No. 5:13-cv-02354-BLF)

Whom It may Concern,
I'm regards of proposed settlement
I suggest going Option One
money to Inmates. from MAY 2016
- December 31, 2025 I've bee[n]
Jailed At MCJ about 8 times

ZACHARY LOPEZ
FN2507751

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: ZACHARY LOPEZ
Booking #: 250775)
Loc/Cel: B-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail

US POSTAGE
No Funds
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/17/2025 ZIP 93901
043M32207804

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113