Hernandez vs Monterey (No. 5:13-CV-02354)

In Regards to this case

I select option #1, the amount should be higher.

Erica Mendez #2507883

2015 - Present

Address:
935 Broadway St #16
King City, CA 93930

209-589-3302

831-525-2225

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Erica Mendez
Booking # 2507883
Loc/Cel: U Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



FIRST-CLASS MAIL
IMI
$000.74
11/17/2025  ZIP 93901
043M32207804

Clerk of the Court
United States District
Northern District of CA
280 S. 1st St
San Jose, CA 95113