(Hernandez v. County of Monterey)
case # - (5:13-CV-02354-BLF)

My name is Christina Ann Haught and I have unfortunately been incarcerated multiple times, for no less than 3 months at a time, since May 27, 2016. I am currently serving a prison term here in Monterey County jail, I've been here since March 2025 and my outdate is currently in March. I am a type 1 diabetic and have always been, so my medical file is probably thick. I've had the medicine man give me the wrong type of insulin, I have a hole in my back due to a spider bite they didn't properly treat. I think the settlement is fair and if I qualify for any amount I would prefer option #1.

Respectfully,
Christina Haught
Christina Ann Haught
2502037
06-16-93

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Christina Haught
Booking # 2502037
Loc/Cel: Q-POD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

— NO FUND —

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/17/2025  ZIP 93901
043M32207804
US POSTAGE

Clerk of the court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

9611383006 C060