November 14, 2025

(HERNANDEZ v. County of Monterey) case number-

(NO. 5:13-CV-02354-BLF).

Dear Courts,

I JEROME michael Endsley II feel and believe the case-settlement is fair and I Dont object to the settlement and I choose "Option 1" to be used in my case. I've been incarcerated in monterey County Jail since March 21, 2025 and

FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: JEROME ENDSLEY
Booking # 25D2066
Loc/Cel: L-2/206

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113