Hernandez v. County of Monterey
Case # No. 5:13-cv-02354-BLF

11-15-25

FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name is Jennifer M. Vazquez D.O.B 09/24/1983 I am writing in regards to the Hernandez V. County of Monterey lawsuit.

To my understanding there is a $2,470,000 lawsuit to benefit incarcerated individuals. I was incarcerated 2017-2019 and 2022 and I would like to take part in this action.

I believe us who were incarcerated during May 27, 2016 – December 31, 2025 should be entitled to payment.

As to whether or not this settlement is fair, I can not say. However, what I can say is that as long as: mental health, Dental, and medical becomes suitable for us; then we are at a good start.

My mental health, physical health, and dental health have been neglected at Monterey County Jail. I recently have seen an improvement with Dental, but not for medical or mental health.

My well being continues to be neglected. I've also contracted hepatitis A from dirty water while incarcerated here at MCJ. Furthermore, the majority of deputies do not know what to do during a mental health crisis. This is concerning to me and I'd like to request additional training for staff.

Page 1 of 2

Hernandez v. County of Monterey
(NO. 5:13-cv-02354-BLF)

If you have any further questions I will be incarcerated until December. After that I can be reached by email: jennavazquez2024@gmail.com or mailing address: 715 Amador Ave Seaside CA 93955

Sincerely,

Jennifer Vazquez
BK# 2503262  R-101
1410 Natividad Rd
Salinas CA 93506

Page 2 of 2

Name: Jennifer Vazquez
Booking # 2503262
Loc/Cel: R-101
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 1 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113