(HERNANDEZ v. COUNTY OF MONTEREY)
(No. 5:13-cv-02354-BLF)

11/12/2025

TO WHOM IT MAY CONCERN,

MY NAME IS JESSI HERNANDEZ PEREZ DOB: 01-26-93 EN # 2503778. THIS IS CONCERNING THE SETTLEMENT WHICH I BELIEVE IS FAIR. THE OPTION I WOULD CHOOSE (PREFER) IS OPTION 1 TO GIVE THE MONEY TO THE PEOPLE WHO WERE INCARCERATED BETWEEN MAY 27, 2016 AND DECEMBER 31, 2025. THE MAIN REASON I PREFER THIS OPTION IS BECAUSE IF IT IS GIVEN TO A "NON PROFIT" IS WE WILL NEVER SEE WHERE AND WHEN THE MONEY GOES OR BE USED. THE COUNTY OF MONTEREY WANTS TO PAY THEMSELVES THE SETTLEMENT. POINT BLANK, PERIOD! THEY WILL NOT AND WONT CARE ABOUT THE HARM AND DAMAGE THEY CAUSED TO PEOPLE WHO WERE UNDER THEIR SUPERVISION. THEY NEED TO BE HELD ACCOUNTABLE!

SINCERELY,

JESSI PEREZ

FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: JESSI HERNANDEZ PEREZ
Booking # 2503778
Loc/Cel: X-BLOCK, X-110
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

LEGAL MAIL

SAN JOSE CA 950
18 NOV 2025 PM 4 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA, 95113