HERNANDEZ V. COUNTY OF MONTEREY

NO. 5:13-cv-02354-BLF

NOVEMBER 9 2025

JESUS ERIS PEREZ

F.N. 2505878

I.D. 178523

FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Good day,

HOME ADDRESS:
761 ARCHER St.
APT. 3
Salinas Ca 93901

Phone #
8316761116

I do agree with the settlement and think it is fair. I want option I. I was incarcerated in the beginning of 2023 and am now incarcerated in the END of 2025 and I have found the medical to be poor and not cared by them well. Thank You for taking the time to read my letter that is very Important to me, the feed back I am relaying. I hope my feed back helps.

Have a great DAY

Name: Jesus Cris Perez
Booking # 2505978
Loc/Cel: X-202
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113