CASE # Hernandez v. County of Monterey
(NO. 5:13-CV-02354-BLF)

To Whom It May Concern,

My name is Juan Rojas #2503328 at Monterey County Jail. I was incarcerated between May of 2016 - December 31, 2025 multiple times between those dates. My address today is

Juan Rojas
809 Willow Unit 4
King City CA 93930

I'm hoping not to this class action law suit uses for option # ONE where they send an amount disclosed to inmate this is my address above if the lawsuite settles. Thank you.

Juan Rojas #2503328

Incarcerated - May 2016 - Feb 2017
October 2024 - November 2025

Juan Rojas
809 Willow St. Unit #4
King City CA 93930

FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Juan Rojas
Booking # 2503328
Loc/Cel: X-113

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

No: 5:13-CV-02354-BLF

SAN JOSE CA 950
18 NOV 2025 PM 4 L

To: Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113