HERNANdez V.S. MONTEREY

No. 5:13-cv-02354-BLC

Benny Antonio Vasquez

I would like to apply for the money. I have been incarcerated at the Jail for 460+ days between May, 27, 2016 and December 31, 2025 and think the settlement is fair. I prefer Option one and think it to be the most Justifiable action.

FILED
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERNANDEZ V.S. COUNTY OF MONTEREY

No. 5:13-CV-02354-BLF

Anthony Acosta

I would like to apply for the money. I have been incarcerated at the jail for 365 plus days between May 27th 2016 and Dec. 31st 2025. I think the settlement is fair. I prefer option one and think it to be the most justifiable action.



Name: Benny Vasquez
Booking #: 2408053
Loc/Cel: X14

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 4 L

Clerk of the Court
United States district court
Northern district of California
280 South 1st Street
San Jose CA, 95113