Hermino. Ramirez
Booking # 2505847

(Hernandez V. County of Monterey)
(No. 5:13-CV-02354-BLF)

**FILED**
NOV 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hello, My Name is Hermino. Ramirez And I was Writting to you Regarding About the Hernandez V. — County of Monterey, Case # No. 5:13-CV-02354-BLF). I Have Been Comeing In And out of this Jaill A while now. I Could say this County dose have A very poor Medicle Presidure that they whern't Able to Help Me, when they could've. Right Now I Am going on 4 weeks Knowing that i have a broken tooth, that is infected And They still haven't done nothing About it. I jest hope they come to take it out befor thanksgiving. IF i had A choice to pick between 1 or 2 i wold say Number 1. Thank you for your time And Careing for us. I hope to hear from you very soon.

Sincerly, Hermino. Ramirez

Name: Herminio Ramirez
Booking # 25058147
Loc/Cel: V-264

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/18/2025 ZIP 93901
043M32207009
US POSTAGE