v. monterey county
case # 5:13-cv-02354-1
11/24/25 BLF

Priscilla Barron
I am writing to the court
stating my opion on this
action law suit. I was
incarcerated between
2018 thru 2025. at the monterey
county jail in Salinas, CA 93940
I choose option I. I dont
object to this settlement.
I belive this action to be fair
because alot of many inmate
including myself werent heard
at times. I only think its fair
espeacially if the didnt obey
court orders. This would really
benefit us in many ways.
espeacially if our mental
ill, illnesses etc. werent
heard. I apprieciate this
disicion for we all need
to be treated fairly.

**FILED**

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Priscilla Barron
526 Anthony Apt B
Monterey, CA 93940

RECEIVED

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

95113-309599

SAN JOSE CA 950

25 NOV 2025 PM 1

FOREVER / USA



© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131