NOV/24/2025

Hernandez vs Conty of Monterey Case No. 5:13-CV-02354-BLF

Clerk of the Court: My name is Enoc Sanchez and I was incarcerated in the Monterey County Jail from 2019 to 2021 and I am currently serving time from September 2025 to March 2026.
I believe te settlement is fair and prefence is option #1

Sincerely,

Enoc Sanchez. FN#2506405.

3109 Seacret Ave Apt P1, Marina CA 93933
(831) 884-2259

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Enoc Sanchez FN#2506405
339 Seacrest Ave, Apt P1
Marina CA, 93933



Clerk of the Court United States District
Court Northern District of California
280 South 1st St.
San Jose CA. 95113

