NOV. 20, 2025

HERNANDEZ V. COUNTY OF MONTEREY (No. 5:13-CV-02354-BLF)

To whom it may concern,

I am writing you in regards to the inadequate healthcare accomodations and protection of the Monterey County Jail healthcare service. I was a victim of being apart of the Service that was by far under par and unfair. I would like to choose option 1 of this settlement Below is my mailing address where I recieve my mail. Thanks for your service in advance.

— Adam Alaniz

Adam Alaniz
1375 W. Tefft ST.
Nipomo, Ca. 93444

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADAM ALANIZ CDC# BV4506
CTF / CENTRAL YARD / ZW 206L
P.O. BOX 689
SOLEDAD, CA. 93960

SAN JOSE CA 950
25 NOV 2025 PM 1 L

FREEDOM FOREVER / USA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET
SAN JOSE, CA. 95113

RECEIVED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

95113-309599

11-24-25