Hernandez vs County of Monterey Case NO. 5:13-CV-02354-BLF

Clerk of the Court: My name is Pablo Politron Estrada and I have been incarcerated in the Monterey County Jail since 2023 an will continue until 2027. I belive the settlement is fair and my prefrence is option #1.

Sincerely,

Pablo Politron Estrada. Fn #2406330

255 E Bolivar space #12 Salinas Ca. 93906
(831) 224-2506

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pablo Politron Estrada, FN.# 2406336
2025 E. Bolivar space #12
Salinas, CA. 93906

RECEIVED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the Court United States
District Court Northern District of
California
280 South 1st St.
San Jose CA. 95113