Hernandez V. County of Monterey
Case # (NO. 5:13-CV-02354-BLF)

Howdy folks my name is Giuseppi Abbruzzetti. I would like to be included in this lawsuit as I fit the criteria and was affected by the jail and Counties failure to adhere to the Codes they had been given. I was incarcerated in the Monterey County Jail in 2018, 2024 & 2025. I would like to chose option 1 to receive the funds personally. My Contact info - A good phone # is (831) 574-9216, or (831) 521-5863. My address is 480 David ave #½ Monterey CA, 93940. For any questions please mail me at the address above. I hope I have included enough information to qualify. Thank you and God Bless.

Sincerely, Giuseppi Gomes Abbruzzetti

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Return Address

**North Kern State Prison**
Name: Giuseppi Abbruzzetti  CDCR#: CC3638
Facility: D   Bldg.: 3   Cell: 228
P.O. Box: 5005
Delano, CA 93216

Inmate Indigent Mail

STATE PRISON
GENERATED MAIL

SANTA CLARITA CA 913
24 NOV 2025 PM 2 L
FIRST-CLASS

US POSTAGE — PITNEY BOWES
ZIP 93215 $ 000.74⁰
02 7W
0008041139 NOV 24 2025

Clerk of the Court
Northern District of California
United States District Court
280 South 1st Street
San Jose CA, 95113

RECEIVED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

95113-309599

G. Martinez ggm #AH1579

11/21/25

INDIGENT

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

These items, if discovered within inmate mail will cause a delay in processing or Return to Sender:

- No padded envelopes.
- No musical greeting cards, videos, CD's and/or cassette tapes.
- **No Cash or Traveler Checks.**
- No Identification Cards, Credit Cards, Bankcards, and Phone Cards, etc.
- No Polaroid photographs, negatives, slides and photo albums. No photos depicting drugs and/or drug paraphernalia. No photographs, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts displays, or describes sexual penetration and such in a pervasive theme.
- NO gang related material, including gang signs and or affiliation.
- No items of clothing or food. No hard plastic, metal, wood items, magnets, rubber glue and/or glitter.
- No tattoo patterns or trace paper. No jewelry
- No mail containing unknown substance, any powder, liquid, and/or solids.
- No items which may threaten the safety and security of the Institution, or any correspondence deemed circumventing of mail procedures.
- No Solicitation of funds (Money/Currency). No Pens or Pencils allowed.
- No Lipstick, Perfume, Cologne, or scents on the contents and/or envelope.
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

These items are allowed with inmate incoming mail and should not cause a delay in processing.

- 40 Postage Stamps (Write Inmate's Name & CDCR# on stamps in case they are lost).
- 40 Blank or Embossed envelopes and plain white or yellow lined paper.
- 100 Sheets Paper, (lined). White or Yellow.
- Personal letters, Greeting cards (NO Musical cards allowed).
- 1 Black or Blue Ballpoint Pen, non-metal, clear plastic only.
- 15 Photographs (NO Polaroids with backing attached)
- Books, magazines and newspapers MUST be shipped/mailed directly from vendor (NO hardcover books).