Hernandez v. County of Monterey
(No. 5:13-cv-02354-BLF)

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

November 10th 2025

To whom it may concern:

My name is Rebecca D. Soto Nieves. I was incarcerated at the Monterey County Jail in November of 2023 and am also currently incarcerated at the Monterey County Jail since October 10th 2025. As it stands my current release date is March of 2026.

In regards to the class action settlement in Hernandez v. County of Monterey, I believe the health care for the incarcerated individuals is by far under par. It is very delayed and insufficient when delivering timely appropriate care.

The proposed settlement amount should be more as many of us incarcerated individuals have been victims of this lack of health care.

I would like to choose option 7 in the settlement. Some of the individuals have had life altering changes as a result of this poor health care.

I myself am currently experiencing problems with being cared for adequately. In the event of settlement

desbeerments. my address is as follows

Rebecca D. Soto Fuller
3056 CALIFORNIA AVE APT 1
MARINA CA 93933

OR

Rebecca D Soto Fuller
1375 W. TEFFT ST
NIPOMO CA 93444

Thank you in advance

Rebecca Soto Fuller

medical request refrences
27,528,249  11/19/25
27,503,561  11/17/25
27,500,172  11/17/25
27,407,908  11/11/25
27,352,058  11/08/25
27,351,759  11/08/25
27,281,310  11/04/25
27,281,290  11/04/25
27,192,707  10/29/25
27,991,282  10/16/25
26,966,436  10/15/25
26,918,627  10/12/25

ombudsperson refrence
27,548,374  11/19/25

grievences refrences
27,548,352  11/19/25
27,423,350  11/12/25

My dates of incarceration at the Monterey County jail are as follows:

10/13/13 - 10/13/13 - FN1309381
11/7/13 - 11/7/13 - FN1310179
01/11/14 - 01/12/14 - FN14000348
11/13/15 - 11/19/15 - FN1511543
04/03/17 - 04/04/17 - FN1703091
01/15/20 - 01/17/20 - FN2000478
11/03/23 - 11/05/23 - FN2308146
09/13/24 - 09/13/24 - FN2406772
10/10/25 - Current - FN2507172

In my current incarceration I am already having problems with lack of medical care and have had to grieve and go as far as requesting help from the ombudsperson. I have included the reference numbers for all of the request to medical as well as grievance reference. There are twelve medical requests, two grievances, and one final last ditch request to the ombudsperson. I was seen via telehealth and prescribed a cream for ringworm. have had no cream given to me.

Name: Rebecca [illegible]
Booking # 2507172
Loc/Cel: Union Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 4 L

Clerk of the Court
United STATES DIstrict Court
NORTHERN District OF CALIFORNIA
280 S. 1st Street
San Jose CA 95113

95113-300299

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2019