Hernandez vs Monterey County Jail

(No. 5:13-cv-02354-BLF)

Jose Ramiro Rodriguez Guzman

Nov-20-2025

Hola Buenas Tardes, mi nombre es Jose Guzman, actualmente estoy preso en la carcel de el condado de Monterey y estoy interesado en la resolucion de la demanda de "Hernandez contra el condado de Monterey."

Yo propongo la opcion 1 y que el dinero de el acuerdo sea repartido entre los presos que emos estado aqui bajo estas injustas sircunstacias. La atencion medica no a sido buena entre otras cosas que la carcel esta asiendo de mala manera. Nos venden nuestro higuiene entre otras cosas.

De nuevo pido la opcion 1 y que los fondos sean repartidos entre los presos que emos sufrido estas injusticias

Espero que esta carta allude a que se apruebe el acuerdo.

Mi nombre es, Jose Guzman #2502462

att. Jose Guzman
#314 NOR Sanborn RD
Salinas CA
93905

Name: Jose G. Guzman
Booking # 2502462
Loc/Cel: N-206

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA, 95113

95113-300299

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items