To whom it may concern;   11-8-25

I Joseph R. Brown, would like to respectfully request that I may be included in the settlement for Hernandez v County of Monterey Case # 5:13-CV-02354-BLF. I have been incarcerated in Monterey County Jail since October 6, 2023. I am due for release December 5, 2025. I Thank for informing me of the possible monetary award, as I have been subjected to a number of injustices during my incarceration.

Sincerely,
Joseph R. Brown
#2307444

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Joseph R Brown
Booking # 2307444
Loc/Cel: Y-Block 214

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 4 L

Legal Mail

Clerk of The Court
United States District Ct.
Northern District Ca.
280 1st. St.
San Jose, Ca. 95113

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

*refer to unauthorized items



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT        © USPS 2019