FILED DEC 01 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Case (No. 5:13-CV-02354-BLF)

· 11-12-25 ·

My Name is Daniel James Rossel #2500849
I Am Currently Housed At The Monterey County Jail in Salinas California.
I Have been here since FEB 4, 2025, Currently Awaiting Trial for fire arm Posession.
During My Time Here I Have Been A victim of Medical Neglect Aswell As Cruel & unusual punishment not Related To The case Mentioned Above.
I Believe The Courts were Correct in Holding The Jail in Contempt, But I believe The Medical and Mental Health victims, caused or ignored By The Jail, should be entitled to A fAR Greater sum of compensation.
The Abuse To peoples Mental Health Alone should warrant A criminal investigation of Those in charge of The Jail As well As The Health care Providers. But sense That isn't A likely option, I would personally like To vote To Have The folks who were The (Actual victims) of (The County of Monterey) Be The Recipricants of The 2.4 Million dollar purse.

I Am Against The purse being Donated To Any programs The County offers, 1st Because The County of monterey Historically & intentionally Does not Help Those in need. especially Those with A criminal Record.
They (very Recently) built A "Rentry program" on Jail property & I believe That money

will simply be used to find a program the County of Monterey was already suppose to fund. Clearly the County of Monterey does not believe being held in contempt is a big deal, otherwise they would have fixed the problem. But corruption breeds further corruption. None of the inmates believes that the "Purse" will actually do any good in the hands and will of the County.

At least if the inmates get their piece of the pie, then we will know for certain what is happening with "our" money. The money should be unaccessable to the County in every capacity.
- The Monterey County Jail website should have clear instructions on how to claim your share for those entitled. - Those entitled should be the actual victims of the County & not just those who were in jail & had no complaints.

With that being said I wish you a great day & Happy Holidays. May God bless you & whoever reads this letter.

Truely,

Daniel James Rossel

Name: Daniel James Rassel
Booking # 2500849
Loc/Cel: X-110

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

LEGAL Mail

Clerk of The Court
United States District Court
Northern district of California
280 South 1st Street
San Jose, CA 95113



**Inmate Outgoing Mail**
- Do not seal envelope.
- Inmate to inmate correspondence is not authorized
- No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

LEGAL