F I L E D

DEC 01 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Hernandez v. County of Monterey)

Case # ( NO. 5:13 - cv - 02354 - BLF)

To whom It may concern,

My Name is Nicole Naomi Okamura
my Booking # 240-1908 at
Monterey county Jail. I have
been here since March 19, 2024
and my out date currently is
April 6, 2026, When I came to
Monterey county Jail very very
sick and I am still sick! I
came here with congested heart
faliure and charcot Marie Tooth
disease I also have left solistic
heart faliure. I have spoke with
the Hernandez lawyers many times
since I have been at Monterey
county Jail! Without your attorneys
and someone fighting for us
inmates for better health
care its still not perfect but
its a little better but still many
issues with our health care.
So my OPTION IS NUMBER 1
I WOULD LIKE To pay out
Please! So Please send me a
CHECK FOR My PART of THE PAY
OUT! I have filled many sick calls
and many more Grievences over my time here.

I spoke to your Lawyers several times. I felt I was punished when they asked me to testify I was treated diffrently and I have had a big fight while I have been here! I have been my own advocate to get health care and so has my daughter we have stayed on them. My billing codes are not even correct! I had a Dr. Tell me to Go away Go Home Go To Prison I dont want you here.

Thank you for helping
us and caring about
us inmates! I'm going to
finally be able to go to
Stanford Medical Hospital
and all my other DRS. for
much needed Good medical
Care I really Need!
    This is a Blessing my
stress and grief I have
experienced while in Monterey
County Jail!


Thank you.


Nicole Naomi Okamura
        831 236 2951
1139 Wheeler St Unit A

Seaside CA 93955

Sentance March 19, 2024 to
    April 6, 2026

Questions or Concerns Contact

Doughter  Charette A. Nanney
        831 869-0970  1354 Waring St
                    Seaside CA 93955



Print Date
10/12/2025

# Sentence Computation

Sked Event & Status
00037

Booking Number
FN2401908

NICOLE

TypeIConcurrent=0
TypeIConsecutive=1

| Court Case | Type | Start Date | Serve | End Date | Sentenced | Suspend | Conduct | Served | Good Time | Work Time | Prgms | Court Kick | Sheriff Kick | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22CR011023 | 0 | 06/05/2024 | 641 | 03/09/2026 | 1440 | 0 | 80 | 81 | 319 | 319 | | | | |
| 20CR009917 | 1 | 03/10/2026 | 120 | 07/07/2026 | 240 | 0 | 0 | 0 | 60 | 60 | | | | |
| CREDIT SK-1 | ADJ | | | 07/04/2026 | | | | | | | | | 3 | COMPLETION OF 10 WEEK SUBSTANCE USING BEH JOU |
| CREDIT PC-1 | ADJ | | | 06/27/2026 | | | | | | | 7 | | | |
| 20CR009917A | 0 | 03/19/2024 | 90 | 06/16/2024 | 180 | 0 | 0 | 0 | 45 | 45 | | | | |
| 20CR003961 | 0 | 03/19/2024 | 87 | 06/14/2024 | 180 | 0 | 4 | 5 | 42 | 42 | 7 | | | |
| CREDIT PC-2 | ADJ | | | 06/26/2026 | | | | | | | 1 | | | KP/WORKER CREDITS (14) |
| CREDIT PC-3 | ADJ | | | 06/19/2026 | | | | | | | 7 | | | COMPLETION OF RJP-VIP |
| CREDIT PC-4 | ADJ | | | 06/12/2026 | | | | | | | 7 | | | COMPLETION OF PARTNERS FOR PEACE LOVING SOLUT |
| CREDIT PC-5 | ADJ | | | 06/05/2026 | | | | | | | 7 | | | COMPLETION OF KBC VOL IV PROGRAM |
| CREDIT PC-6 | ADJ | | | 05/29/2026 | | | | | | | 7 | | | COMPLETION OF 10 WK SUBSTANCE USING BEH JOURN |
| CREDIT PC-7 | ADJ | | | 05/22/2026 | | | | | | | 7 | | | COMPLETION OF 10 WK REENTRY PLANNING CLASS |
| CREDIT ST-1 | S | | | 05/15/2026 | | 7 | | | | | 7 | | | COMPLETION OF 10 WK OF RECOVERY MAINTENANCI |
| DEDUCT PC-8 | ADJ | | | 05/22/2026 | | | | | | | 1 | | | INCORRECT JOURNAL NAME ENTERED. NOT SUBSTANCI |
| CREDIT ST-2 | S | | | 05/15/2026 | | 7 | | | | | 1 | | | COMPLETION OF 10 WK FEELINGS JOURNAL PROGRAM |
| CREDIT PC-9 | ADJ | | | 05/14/2026 | | | | | | | 1 | | | KP WORKER KICKS (24) |
| CREDIT PC-10 | ADJ | | | 05/13/2026 | | | | | | | 1 | | | KP/WORKER KICK (35) |
| CREDIT PC-11 | ADJ | | | 05/06/2026 | | | | | | | 7 | | | COMPLETION OF 10 WEEKS OF LIFE MANAGEMENT JOU |
| CREDIT PC-12 | ADJ | | | 04/22/2026 | | | | | | | 14 | | | COMPLETION OF HARTNELL BUS-34 ENTREPRENEURSH |
| CREDIT PC-13 | ADJ | | | 04/21/2026 | | | | | | | 7 | | | KP/ WORKER KICKS (44) |
| CREDIT PC-14 | ADJ | | | 04/14/2026 | | | | | | | 7 | | | KP WORKER KICKS (56) |
| CREDIT PC-15 | ADJ | | | 04/13/2026 | | | | | | | 1 | | | COMPLETION OF 10 WEEK KP RELATIONSHIP JOURNAL |

Reviewed By

Reviewed Date

SAN JOSE CA 950

18 NOV 2025 PM 4 L

USA ★ FOREVER

Name: Nicole Okamura

Booking # 240 1908

Loc/Cel: @ 200

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
280 South 1st Street
San Jose CA 95113

95113-300299



**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5×7 inches, polaroid photo.
Photo images of drugs, Sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019