(Hernandez v. County of Monterey)   Nov/11/2025
Case #: (No. 5:13-CV-02354-BLF)

My name is Mauricio Salinas Carmona (D.O.B) 09/03/1990
My inmate #2503508
I am currently incarcerated at the Monterey County Jail
I have been incarcerated here at this facility a couple of times since May 27, 2016

In September 2023 the court found the jails health care provider California Forensic Medical Group, Inc ("CFMG") in contempt for disobeying court orders about medical, mental health and dental care "which I agree on" for lack of medical attention
I think that this settlement should be reinburst or concider to be spread out as (Option 1) which consist of the money would be given to the people who were incarcerated at the jail between May 27, 2016 and Dec, 31, 2025 The amount of the money each person gets might depend on the number of people who apply for the money and the amount of time each person was at the jail.

So i do belive its a fair settlement and i prefer ("Option 1") This is dated Tuesday Nov, 11, 2025 Thank you very much for ur assistance Have a Blessing Day.



FILED

DEC 01 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Mauricio Carmona
Booking # 2503508
Loc/Cel: M2/210
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 4  L



Clerk of The court
United States District court
Northern District of california
280 South 1st Street
San Jose, CA 95113

95113-300299