(Hernandez v. County of Monterey)
Case #: (No. 5:13-cv-02354-BLF)

NOV/11/2025

My Name is Jesus Camacho Castillo
(D.O.B) 03/06/1999  My Inmate # 240 95 25
I am currently incarcerated at the
Monterey County Jail. I have been
incarcerated here at this facility
a couple of times since May 27, 2018

In September 2023 The court found
The Jails health care provider california
forensic medical group, inc ("CFMG")
in contempt for disobeying court orders
about medica, mental health, and dental care
"which I agree on", for Lack of medical
attention. I think that this settlement
should be reinburst or concider to be
spread out as (option 1) which consist
of the money would be given to the
people who were incarcerated at the
Jail between may 27, 2016 and Dec. 31, 2025
The amount of the money each person gets
might depend on the number of people who
apply for the money and the amount
of time each person was at the Jail.

So i do belive its a fair settlement
and i prefer ("option 1") This is dated
Tuesday Nov 11, 2025 Thank you very
much for ur assistance Have a
Blessing Day.

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Jesus Castillo
Booking # 2109525
Loc/Cel: M2/210

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299