5/24

TO: CLERK OF COURT

**FILED**

DEC 01 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: HERNANDEZ V. COUNTY OF MONTEREY

CASE NO: 513-CV-02354 BLF

HELLO COURT AND HONORABLE JUDGE, I AM WRITING IN REGARDS TO HERNANDEZ CASE. I REQUEST OPTION #1 FUNDS TO INMATES. I WAS INCARCE-RATED IN SEP 2018 TO DEC. 2018 MONTERREY CO. JAIL, AND SUFFERED CONDITIONS AT JAIL VERY MUCH. THANK YOU

LORETO ARIZPE #2507472
  ↓
 GUERRERO

Name: Vokkho Peshae
Booking # 260 74 72
Loc/Cel: X M

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
18 NOV 2025 PM 4 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street.
San Jose, CA · 95113