Hernandez vs. County of Monterey
No: 5:13-CV-02354-BLF

Andrea Salazar
#2505557
392 Longhorn Dr. Gonzales Ca 93926
(831) 821-0639

Incarceration dates: In
2018, 2024, 2024, 2024, 2025, 2025

Select Option #1
for medical, dental, and mental.

Thank you,
Andrea Salazar

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE CA 950
18 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of CA
280 S. 1st St.
San Jose Ca 95113

95113-300269

Name: Andrea Salazar
Booking # 2505557
Loc/Cel: Upod
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906