HERNANDEZ V.
COUNTY OF MONTEREY
5:13-CV-02354-BLF

GREETING YOUR HONOR MY NAME IS
AUSTIN LINDSEY, I WAS AN
INMATE AT MONTEREY COUNTY JAIL
IN 2023, 2024, + 2025.
I VOTE FOR OPTION 1.
PLEASE SEND MY CHECK TO
191 PATTON PL. # 15
MARINA CALIFORNIA 93933
831-277-2270.
THANK YOU

Austin Lindsey    FN2503806
11-15-2025

**FILED**

DEC 01 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: *AUSTIN LINDSEY*

Booking # *2503806*

Loc/Cel: *A-DORM*

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

*LEGAL* SAN JOSE CA 950

18 NOV 2025  PM 4  L

1775 ★ 2025



★ USA ★ FOREVER ★

*CLERK, UNITED STATES DISTRICT COURT*

*NORTHERN DISTRICT OF CALIFORNIA*

*280 SOUTH FIRST STREET.*

*SAN JOSE, CALIFORNIA 95113*

95113-300299