JOSEPH ESTEEN                    November 16, 2025
# 2507713   ID# 041241
Monterey County Jail


Hernandez v. County of Monterey
Case number No. 5:13-CV-02354-BLF

**FILED**
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph M. Esleen
#2507713   ID# 041241
Monterey County Jail

I would like to select option #1 where the people at the jail receive money but I don't think that 2,470,000 is enough because of the amount of people. I would need an accurate account of how many people actual.

I've been incarserated numerous times since 2016 and have been under the care of CFMG Medical & Mental Health Services everytime.

Name: Joseph Esteen
Booking # 2507713
Loc/Cel: A-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail



quadient
FIRST-CLASS MAIL
IMI
$000.74
11/18/2025  ZIP 93901
043M32207009
US POSTAGE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95013