Nov/16/2025
12:30 pm

OPTION #1

To: Hernandez vs County of Monterey
Case # NO 5:13-CV-02354
Inmate Michael Raymond Valle FN250 7693
ID 208398
Adress 42045 granite view DR san Jacinto California 92583

Option #1 ★   Cell # 951 217 0384 mom
              951 217 0886 dad

I Michael Raymond Valle am writing this Letter, due to my month of May to June in Monterey County jail 28 days. Also I been in here as well today 18 days since oct 30 2025.

I wanted to Let alot of issues Be announced to the Lawyer Hernandez about the things I have experienced and have witnessed here while serving my time here. with dates/times as well as my celly writing to u as well about all his mishaps plus ours together they failed to realize first off Back in May 2025 they failed to help me for 2 and a half weeks with a very bad cavity I had as well as meds also my well being protection and security while being in there custody. I have had situations as well as recent them switching up my identity with my cell mate and us not recieving

The proper attention and Medical attention - I would like to speak with the lawyer about Case # 5:13 CV 02354 asap!!! I feel very Validated. I can relay and supply u with personal information about this specific case with references dates and times and locations here in M unit L2 unit

Grievance # 27,482,075 / # 27,487,030
# 27,269,1265 / Recent todays
Nov 16 2025

Medical Grievance # 24,606,363 May 19, 2025 to
and Sick calls # # 74,836,429   06 03 2025

And much more things I'd like to talk to an attorney about. no hot water! dirty cells! very mistreated. Thank u for your time

Nov/16/2025

attorneys name → najin yamin

P.S. I have a real attorney as well whom knows some things. I am recently incarcerated here to feb 2026 please contact me or family

Name: Michael Raymond Valle
Booking # 2507693   ID: 208398
Loc/Cel: L2 202

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



Clerk of the Court
United States District
Court Northern District
of California 280 South
1st Street San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items