HERNANDEZ V. COUNTY OF MONTEREY
NO. 5:13-CV-02354-BLF

1) ALEXIS AGUILAR
2) FN: 2506144
3) ID: 184632
4) 1621 UKIAH WAY SALINAS, CA, 93906

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Think The Settlement Is Fair.
I want option 1.

I Have Been Incarcerated Here In Monterey County Jail Since September 2nd, 2025 & Will Be Here Up Until April 12th 2025. I Have Also Been Here In Monterey County In The Previous Years.

- K-Block December, 2024
- L-Block April, 2023
- C-Dorm 2022
- K-POD K-4 2021
- K-POD K-16 2020
- K-POD K-17 2019

Name: Alexis Aguilar
Booking # FN: 2506144
Loc/Cel: X-2  X210
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
19 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113