11/15/24

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(HERNANDEZ V. COUNTY OF MONTEREY)(NO. 5:13-CV-02354-BLF)

My name is Bernardo Gabriel Gomez, #2502439 DOB 1/30/91. Currently house in Monterey County Jail M Block cell 104, I have read the class action lawsuit (Hernandez v. County of Monterey) and I do think its a fair settlement. It is fair because till this day medical does not do what they have to. I'm speaking from my own experience. I have a physical condition that effects my everyday life. Thrue out the years the pain I go thrue has gotten more intense. At the end of the day I dont blam no one els for the choices that got me here in jail. But I belive thats not an excus for us to get neglected the way we do from medical. They supposed to held us out, not give us their back. Thanks to you guys, I resently got accommodated with some orthopedics shoes I need due to the physical condition I have. It helpd out a lot. I really appreciate what you guys did for me. This is the first time that I've been in this county (monterey) that I get shoes. Everytime I asked for them, there answer was I dont qualify. I prefer option 1 due to the fact everything is so expensive in here. Thank you guys for careing about us.

Sincerly
Bernard G. Gomez

Name: BERNARDO GOMEZ
Booking # 25024439
Loc/Cel: M 104

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

U.S. MARSHAL SERVICE
NOV 2 2025



SAN JOSE CA 950
19 NOV 2025 PM 4 L

CLERK OF THE COURT, UNITED STATES
DISTRICT COURT, NORTHER DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE CA, 95113

95113-270680