(HERNANDEZ V. COUNTY OF MONTERAY) 11/15/25
(NO. 5:13-CV-02354-BLF)

My name is MIGUEL ANGEL SEBASTIAN. BKN#: 2406752. DOB 10/16/92. I'm writing in regards of the (HERNANDEZ V. COUNTY OF MONTEREY) lawsuit. I do think its a fair lawsuit. And I belive OPTION 1 would be the right option. Thanks for your time.

SINCERLY Miguel Sebastian

Name: Miguel Sebastian
Booking # 2406752
Loc/Cel: M-Block #110

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
19 NOV 2025 PM 4 L



Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, Ca. 95113

95113-270680