Hernandez V. County of Monterey

No. 5:13-CV-02354-BLF

Dear CFMG                                    Nov. 10. 2025

I disagree with the settlement amount because it should be more. I select option 1 my name Martha Cecilia HERNANDEZ Moreno my date of birth is August, 12 1991. My ID# is 2506915 and my address is 102 Dolores St Salinas CA 93905. I was incarcerated Nov. 2019 to 2021.

Sincerely

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hernandez V. County of Monterey

No. 5:13-cv-02354-BLF

Dear CFMG,                             NOV. 10, 2025

   I disagree with the settlement amount it should be a higher amount. I select option 1 my name is Kimberly Gutierrez ID # is 2506597 and my date of birth is August 25, 1994 my address is 722 East St Apt 19 Salinas CA 93905 and I was incarcerated July, 2025 to November 2025. I believe the County of Monterey should do a lot better if they obeyed the law correctly.

                    Sincerely,

                    KMG

Name: Yulma Rico
Booking # 2508058
Loc/Cel: UPOD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



quadient
FIRST CLASS MAIL
IMI
$000.74
11/19/2025  ZIP 93901
043M32207009
US POSTAGE

Clerk of the Court United States
District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

95113$3002 C060