

Nov. 15, 2025

Hernandez v. County of Monterey
(No. 5:13-cv-02354-BLF),

My name is Joseph Andrew Garcia Bk# 2101112 I have been incarcerated in the Monterey County Jail since Feb. 13, 2021 this time around and also previously on (2) other cases (1) March of 2016 released August 2016 and another back in Nov. 19 2017 released Nov. 19 2019 during each stay it has always been issues with the medical treatment in this facility despite the scrutiny they face from back then even till present day nothing has changed everything from given wrong medication to delayed response time to incident to even no response at all towards medical request or mandown calls that I have personally experienced myself recently this year (April 24, 2025) when I was in a transport van alone during route for the reason the deputy said it "was a yellow light" he slammed on the brakes that sent me flying from the back of the van to the front and because I was shackled I was not able to catch myself and went head first into the wall upon return I was sent back to my housing unit with severe neck pain in which I had notified deputies of, who said they would notify medical staff who I had to go mandown for them to come because they had never came I waited to have x-rays taken which never happened once I was finally seen by medical staff about (2) days later they diagnosed it as severe muscle damage I was for those (2) days left unable to move at all due to this pain I was told I needed to be seen by an actual doctor this too never happened I requested to go mandown per floor deputies because I wanted to go to the hospital due to this severe pain to have my neck checked for a fractured vertebra I attempted to go mandown (2) times this night to go to the hospital but was told medical staff needed to determine that and were notified to come but never did I filed numerous grievances on these occurances and attempted

to build a case to sue the county in which I did reach out to the Hernandez v. County of Monterey's Rosen Bien and Galvan firm who gave me references from the "Prison Law Office" for "lawsuits for money damages against Cal. Jail officials" which spoke about Federal Section 1983 and state torts but based on my limited resources I was not able to meet the (6) month claim time frame which just passed I was pulled out by command staff here in Monterey County Jail to make a statement but didn't because I wanted to consult with a lawyer first which also never happened all filings of body cam footage for incident are on file as well as all grievances I feel as though option #1 is best suitable in this situation based on the fact that during my almost (5) year stay here currently and other previous stays this county jail is very closed to all outside resources, aid, inmate benefitting opportunities, or other help remedies obviously apparent for example even while under scrutiny no positive change has been made for option #2 to be of major assistance or inmate benefit also option #1 would be very helpful towards the cost of living in here because all costs for anything in here are through the roof probably the highest priced county of all of California I pray my letter does not fall into deaf ears and if any assistance could be offered to me it would be very much appreciated at this time I would like to thank you for the time took into reading this letter as well as for future time if any is put into any investigation revolving my past experiences here in Monterey County Jail

P.S. If any response to this letter can be made it would be highly appreciated

Sincerely,
[signature]



Name: JOSEPH GARCIA
Booking # 2101112
Loc/Cel: N·BLK #115

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

CONFIDENTIAL LEGAL MAIL

SAN JOSE CA 950
19 NOV 2025 PM 4  L
1775

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA 95113

CONFIDENTIAL LEGAL MAIL

95113-300299

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions
mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items