NOV. 19. 2025

Hernandez vs County of Monterey
(No 5:13-CV-02354-BLF)

This is Regards to the Hernandez trial: I was incarcerated between May 2016 and December 31 2025
I'm voting for Option 1 please
Send my check to

808 north main
Unit 154, Salinas Ca 93906

Arthur Martinez
FN: 2504880

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: Arthur Martinez
Booking #: 2504880
Loc/Cel: C-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court,
Northern District of California
280 South 1st Street
San Jose Ca 95113