11/19/25

I'm writing in regards to the Hernandez V. County of Monterey class action lawsuit No: 5:13-CV-02354-BLF

I choose option 1 for the settlement. I was incarcerated in the monterey county jail between the dates of may 2016 and December 25, 2025 I would like to receive the payment at.
837 Ahern Drive la puente CA. 91746

My name is ELENO JAVIER MARTINES
My F.N. 2503214

Hope that this letter is received and reviewed.

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: ELENO JAVIER MARTINES
Booking #: 2503214
Loc/Cel: C-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA. 95113