Hernandez vs. County of Monterey
No: 5:13-cv-02354-BLF

My name is Andres Mclaren & I was incercerated in the Monterey County Jail from August – November 2024 and July – December 31 2025

I want my voting for option 1 please send my check to PO Box 641 Pacific Grove CA 93950

831-595-0020
McLarenAndres5@gmail.com

— Mandrees 11/18/25

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

