Raymond, Bernardo, Perez
FN2409316
ID: 183735

(Hernandez v. County of Monterey)
(No. 5:13-cv-02354-BLF).

I think the settlement is fair
I choose option 1

Raymond Perez
1603 madrin St.
Salinas Ca 93906

FILED

DEC 01 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Raymond Perez
Booking # 2409316
Loc/Cel: C. DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/20/2025  ZIP 93901
043M32207009
US POSTAGE

POSTAGE NEEDED
___ Funds Available
___ Exceeds No Funds Limit

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose Ca 95113

9511383002 C060