11/19/25

Hernandez vs. County of Monterey
No: 5:13-CV-02354-BLF

I choose option 1 for the settlement. I was incarcerated in the monterey county jail between the dates of may 2016 and December 25, 2025. I would like to receive the payment at

1040 John St. APT. 49
Salinas CA. 93905

My name is Ismael Avendano López
My FN. is 2504196

Hope that this letter is received and reviewed

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/20/2025 ZIP 93901
043M322007009

Name: Ismael Avendano
Booking #: 2504196
Loc/Cel: C-DORM
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113