(Hernandez V. County of Monterey)
(No 5:13-CV-02354-BLF)

This is in Regards to the Hernandez trial: I was incarcerated between May 2016 and December 31 2025 I'm voting for Option **1** please send my check to

431 Rainier Dr
Salinas CA 93906

Contact Info 831 737-3126

Cortez Lewis


Name: Corter Lewis
Booking #: 2506629
Loc/Cel: C-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail / Confident

US POSTAGE
FIRST-CLASS MAIL
IMI
$000.74
11/20/2025  ZIP 93901
043M322207009

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113