(Hernandez V. County of Monterey)
case # (NO. 5:13-CV-02354 BFL)

I've been in Jail in that time
I choose optition 1

My name is Lupe G. Vasquez
Booking # Q504715

Lupe Vasquez
Send check to P.O. Box 633
Castroville CA 95012

*Lupe Vasquez* (signature)

**FILED**
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA