19, noviembre 2025

Hernandez vr. County of monterrey

case # No. 5:13-CV-02354

BLF

Option I, I thing the settlment is fair for the time that I was in carcerate

clert    PO Box 672
         Greenfield CA 93927

FILED
DEC 01 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: Ricardo Ayala
Booking # EN 2506363
Loc/Cel: C - Dorm
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the court
United States District Court
Northern District of California
280 South 1st street,
San Jose, California 95113