Hernandez vs County of Monterey

Case # 5:13-CV-02354-BLF

Inmate: Alexis Rivera
Booking # 2507658
DOB: 12.5.1990
Monterey County Jail 1410 Natividad rd
Salinas, C.A.

To whom it may concern,

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

I am currently housed at the Monterey County Jail, I have experienced since 2023 the worst, unbelievable treatment by the medical staff (WellPath) I have contacted the Law Firm thats representing Hernandez and they have record. I choose option 1 that the money should go to the inmates that delt with the corrupt medical staff. Thank you for your Help.

* Address: 1237 Cabernet Dr. Gonzales C.A. 93926
* Phone: 831-744-9957
* Email: AlexxisRivera@Yahoo.com

From: Alexis Rivera

Name: Alexis Rivera
Booking # 2507656
Loc/Cel: A-Dorm
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail

SAN JOSE CA 950
25 NOV 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose C.A. 95113

Legal Mail

Legal Mail

Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

Legal Mail

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019