DATE: 11-18-2025

(Hernandez vs County of Monterey
case# 5:13-CV-02354BLF)

Inmate: IAN PETER VANDYKE
Booking# FN2507740
D.O.B 11-26-1985
address: Monterey County Jail 1410 Natividad, Salinas Ca

In response to your disclaimer I choose option 1, for the money to be dispenced to the people who were incarcerated (self) during the prescribed dates, May 27th 2016 - December 31 2025.

Sincerly
IAN PETER VANDYKE
Booking# FN2507740

*Ian VanDyke*

**FILED**
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE



Name: IAN PETER VANDYKE
Booking # 2507740
Loc/Cel: A-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 3 L

Legal Mail

Clerk of the court United States
District Court Northern District of California
280 South 1st St
San Jose, Ca 95113

Legal Mail

Legal Mail

Legal Mail

Legal

### Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Money Order/Cashier Check
Inmate Prisoner Trust Fund

*refer to unauthorized items

© USPS 2019

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC® C137131