**FILED**

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

(Hernandez v. County of Monterey)
Case # (No. 5:13-CV-02354-BLF)

Mi nombre es Juan Carlos Ramos (D.o.B) 4/17/1991
mi inmate FN-2507714  Make I.D-193712
Actual mente me encuentro encarcelado en la
Corcel de Monterey County Jail,

Creo que el acuerdo de la (Opción 1) es justo
ya que este condado no cuenta con las medidas
de igiene y medicas de la carcel, (California
forensic Medical Group, inc. ("CFMG") en desacto
por no cumplir con las órdenes judiciales sobre
atención dental, Existe una propuesta de acuerdo
de desacato en la que CFMG pagara $2.470.000
Para beneficiar a las personas en carceladas en la
carcel entre el 27 de mayo de 2016 y el 31 de
diciembre de 2025.

Estoy deacuerdo y es justo (Opción #1)
les agradesco la Concideración que nos esten
tomando en cuenta de las condiciones en las
Cuales nos encontramos en esta carcel en el
Condado de Monterey County Jail, No/11/25



Name: Juan Ramos Carlos
Booking # 25077714
Loc/Cel: M-2 211
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 3 L

Clerk of the Court
United States District Court
northern District of California

280 South 1st Street
San Jose CA 95113

## Inmate Outgoing Mail

Do not seal envelope.

No drawings or unnecessary writing on the front of the envelope.

Inmate to inmate correspondence is not authorized

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

**No** Cash or personal checks.

**Hardcover or Spiralbound** books, Notebooks, Calendars.

**Lipstick** stains, glitter, stickers, scented items.

**Greeting** cards, postcards, cardstock paper, laminated items.

**Inmate** to Inmate forwarded mail.

**Postage** stamps, blank paper, blank envelopes.

**Photos** larger than 5x7 inches, polaroid photo.

**Photo** images of drugs, sexually suggestive, or gang related.

**Manila** Envelopes, Priority mail envelope, Bubble mailer.

**Any** items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**

Money may be deposited into the Trust Account using one of the following methods:

* Kiosk machine in the jail lobby
* Using the approved commissary provider
* By phone at 888-998-4768

commissary provider website of web.connectnetwork.com

*refer to unauthorized items