Hernandez V. County of Monterey
NO. 5:13-cv-02354-BLF

November 9, 2025

I Mia Anne Guenero, DO NOT Agree with the proposed settlement amount in the Hernandez V. County of Monterey. Many individuals have recieved substandard Medical care or none at All, when it was requested. The State of California currently has a $250 Million Dollar Contract, with wellpath. The suggested settlement of $2,470,000.00 is NOT Acceptable, after 9 years of litigation. Many people have been affected by the Lack of medical services that were or were NOT provided to them while being encarcerated in the Monterey County Jail, From May 27, 2016 thru December 31, 2025.

As the court is aware of, litigation in this case has taken 9 years. This Needs to be reflected in the settlement Amount. Relatives of Hernandez have been waiting for Justice. $2,470,000. Million Dollars, is a Disrespectful monatary amount being offered to settle this case. Considering the amount of individuals that have suffered due to the Neglagance of the Medical care being provided or Lack of Care.

The Settlement amount needs to coenside with the amount of money that was charged by and paid out to ALL the Medical Companies that have been Contracted with the State of CAlifornia and Monterey County. During this time period May 27, 2016 thru December 31, 2025

Wellpath currently has a $250 million Dollar Contract with the State of CA to provide medical services to prisons & Jails that are in the States perameters. Monterey County Jail in Salinas, CA being one of them.

I Mia A. Guenero Find this settlement UNFAIR. Due to having to make a choice of the two options offered I choose option #1

Sincerely Outraged

Mia A. Guenero
BK# 2505287
2009 Watsonville Rd
Castroville, CA 95012
# 831-585-5234

Name: Mia A. Guerrero
Booking # 2505287
Loc/Cel: T-pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/25/2025 ZIP 93901
043M32207072

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

- No Cash or personal checks.
- Hardcover or Spiralbound books, Notebooks, Calendars.
- Lipstick stains, glitter, stickers, scented items.
- Greeting cards, postcards, cardstock paper, laminated items.
- Inmate to Inmate forwarded mail.
- Postage stamps, blank paper, blank envelopes.
- Photos larger than 5x7 inches, polaroid photo.
- Photo images of drugs, sexually suggestive, or gang related.
- Manila Envelopes, Priority mail envelope, Bubble mailer.
- Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items