11/20/25

Hernandez v. County of Monterey
No. (5:13-CV-02354-BLF).

I am writing this letter on behalf of Sammy M. Gonzales. He was incarcerated at Monterey County Jail within the timeline and wants to apply for the settlement.

(YES) The settlement is fair

(NO) Do not object to the settlement.

(Yes to Option # 1) — Where money would be distributed to people incarcerated at Monterey Co. Jail.
FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Thank you.

*Sammy Gonzales* (signature)

11359 Del Monte Ave
Castroville, CA
95012

Name: S. MAGANA
Booking # 250 7515
Loc/Cel: N 11D

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/25/2025 ZIP 93901
043M322070072

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
SAN JOSE, CA. 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

*refer to unauthorized items