FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Hello my name is Joanna Herrera
I am currently incarcerated in the
Salinas Monterey County Jail I wrote
before regarding my situation and
also about the civil law suit
Hernandez v. County of Monterey.
I had not or rather have not
heard back reguarding any thing
so hopefully with this again
touching base and reaching out
maybe you will go back and take
a look again regarding my situation

Joanna Herrera

831

Dorthy's Place
30 Soledad St
Salinas Ca
93901

Name: Joanna Herrera
Booking # 250 7920
Loc/Cel: R-Pod 203
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906




Clerk of the Court
United States distract court
Northern district of California
280 South first St
San Jose Ca 95113

9511383095 C060

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items