Hernandez  Vs  Monterey  Couty  Jail

No.  5:13 - CV02354 - BLF

**FILED**

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Noviembre  19-2025

Buenos dias mi nombre es
Luis Miguel de la torre Lopez, actualmente,
me encuentro en carcelado en Monterey,
Ca. Y estoy Interesado en la
resolucion de la demanda de.
" Hernandez  contra el condado,
de Monterey ".
    Yo propongo la opción numero 1
y que el dinero de el acuerdo sea
repartido entre los presos. que Injustas
hemos estado aqui bajo estas
Circustancias.
    La atencion Medica no asido
buena entre otras cosas que la
Carcel esta haciendo de mala manera.
    Nos Venden nuestras cosas de
hyiene personal entre otras cosas
    Tambien no tienen el servicio
de la vista yo estoy perdiendo
la vista de un ojo por falta de
servicio de la vista profecional. entre
otras cosas.
    De nuevo pido la opcion 1 y que
los fondos sean repartido entre los
presos que hemos sufrido estas
Injusticias,

Espero que esta carta ayuda
a que se apruebe el acuerdo. gracias

ATT:

Luis Miguel de la torre lopez

FN # 2500269
ID # 203430        N2
     Celda # 218

19-NOV-2025

Name: Luis Miguel de la torre Lopez

Booking # 2500269

Loc/Cel: No. 218

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

95113-270680

Clerk of the Court
United State District Court
Northern District of California
280 South 1st Street
San Jose, CA. 95113

SAN JOSE CA 950

25 NOV 2025 PM 3 L

1775

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

*No Cash* or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
postage stamps, blank paper, blank envelopes.
photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items