FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

HERNANDEZ v. County of Monterey
No. 5:13-cv-02354-BLF

11-23-25

To whom it may concern,

I am writing in regards to the above case. I am currently incarcerated at the Monterey County Jail. I do find the settlement to be fair and I prefer option #1. I appriciate your consideration.

Sincerely,
Andrea Sandoval

Andrea Sandoval
Booking # 2506179
Womens Tpod

Name: ANDREA SANDOVAL
Booking # 2506179
Loc/Cel: Womens Tpod
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 3 L

95113-270680

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of California
280 South 1st STREET
SAN JOSE, CA 95113

**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Authorized Items**

Money Order/Cashier Check Paid

*refer to unauthorized items

**Unauthorized Items**

Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Note to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Items available for purchase from Jail Commissary.

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC® C137131 MIX