Hernandez v County of Monterey
#5:13-CV-02354-BLF

11/23/25

I believe the settlement is fair and I'm going with option 1

My release date is 12/7/25 so if y'all happen to respond to me after 12/7/25

My address 1124 Trinity ave #A Seaside, CA 93955

and you can reach me on my wife number 831-594-9450 or my number 831 641-2876

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Lawrence Mason
Booking # 2507578
Cell # V-118

Thank you for your time and attention

Name: Lawrence Mason
Booking # 2307578
Loc/Cel: V-118
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Co
Northern District of Ca
280 South 1st Street
San Jose, CA 95113

Legal mail

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

ecks.
nd books, Notebooks, Calendars.
stickers, scented items.
ls, cardstock paper, laminated items.
ded mail.
aper, blank envelopes.
ches, polaroid photo.
exually suggestive, or gang related.
ity mail envelope, Bubble mailer.
urchase from Jail Commissary.