Hernandez v. County of Monterey
No. 5:13-cv-02354-BLF

11-23-25

To Whom it May Concern,

I am writing in regards to the above case. I am currently incarcerated at the Monterey jail. I do find the settlement to be fair and I prefer option #1.

I appreciate your consideration.

Sincerely,

Jenny R. Lesch

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Ms. Jenny Rebecca Lesch
Booking # 2507403
Womens TPOD

Name: Janny Roberts [illegible]
Booking # 2507403
Loc/Cel: Womens TPOD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.

## Authorized Items

*refer to unauthorized items