Hernandez v. County of Monterey
No. 5:13-cv-02354-BLF

11/22/25

Hello,
My name is Mika Yoneda and I am currently incarcerated in the Monterey County Jail. My Booking Number is 2507898. I am writing to give my opinion on how the settlement should be spent. I believe you should choose Option 1: giving the money to people who were/are incarcerated.

In addition to being currently incarcerated, I was also in Monterey County Jail in January of 2025. During my time here, I was not seen for medical issues in a timely manner. I was also denied glasses and contact lens care, forcing me to leave my contacts in for 6 days. Additionally, I was not given my medication for 3 days, and then given a different prescription. I strongly feel that those of us affected by this type of maltreatment should receive compensation.

If I am no longer incarcerated at the time the settlement is approved, you can reach me at mikayoneda1@gmail.com. My forwarding address is 1148 Kentfield Drive, Salinas, CA 93901.

Thank you,
Mika Yoneda
*Mika Yoneda*

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Mika Yoneda
Booking # 2507898
Loc/Cel: R201

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

25 NOV 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items