

November 24, 2025

Hernandez V. County of Monterey
No. 5:13-CV-02354-BLF

I Carlos Alvarez, do believe this settlement is fair. I myself been subjected to poor medical care during this time and previously times incarcerated. I am currently dealing with a situation where they have me on hold to see the Optometrist and its been 5 months. Therefor, I do agree with Option 1 that has been proposed by the court.

Sincerly, Carlos Alvarez

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Carlos Alvarez
Booking # 2504304
Loc/Cel: Y-112

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items