11-22-2025

Hernandez CONTRA EL CONDADO DE MONTERREY

(NO. 5:13-cv-02354 BLF)

Rutilio de la Cruz Garcia
9 Little Way Line
Watsonville ca 95076

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Yo he estado detenido, 2024, 8 meses, ahora 26 de Septiembre hasta 8/26/26 tengo Salida, si llega acuerdo de repartir benificio, me pueden avisar la direccion de arriba. por favor. Gracias

Rutilio de la Cruz Garcia
Booking # 2506797
Loc/cel # K 206

Monterrey county Jail
1410 Natividad road
Salinas. ca. 93906

Rutilio de la Cruz Garcia

Name: Rutilio de la cruz Ospino
Booking # 2506797
Loc/Cel: K 206

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

clerk of the court united states
district court Northern District of California
280 south, 1st street,
San Jose ca. 95113.

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768