(Hernandez v. County of Monterey)
(No. 5:13-cv-02354-BLF)

I, Aaron I. Colon was incarcerated at Monterey County Jail between the dates of May 27, 2016 & December 31, 2025, whitch would make me elligable for this class action settlement. Its in my strong opinion that the people directly should benefit from the mal practices of C.F.M.G., and should not be placed at the disposal of Monterey County Jail. I believe Option 1 is the more practical and benifitual option for the people directly effected by C.F.M.G. during the time between May 27, 2016 & December 31, 2025. I do not object to the settlement so long as it is Option 1 to be propossed. This alone is the only fair option.

My personal mailing address is

Cecel Bailey ct
Marina Ca. 93933

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Aaron T. Colon
Booking #: 2306817
Loc/Cel: Y Blk / Cel: 109

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

(Hernandez v. County of Monterey)
(No. 5:13-CV-BLF)

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.