Hernandez r. County of Monterey
No. 5:13-cv-02354-BLF

To whom it may concern, 11/23/25
I am writting in regards to the above case. I'm currently incarcerated at the monterey county jail. I do find the settlement to be fair and perfer option #2

I appreciate your consideration.

Sincerely,
Idery Villalba

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Idery Villalba
Booking # 2501936
Housed - Pod



US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/25/2025 ZIP 93901
043M322207072

Clerk of the Court
United States District Court
280 South 1st Street
San Jose CA 95113

Name: Deny Villalba
Booking #: 250 1954
Loc/Cel: TDD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items