Hernandez V. County of Monterey
NO. 5:13-CV-02354-BLF

Nov. 23, 2025

To whom it may Concern,

I am writing in regards to the above case. I am currently incarcerated at the Monterey County Jail, in Salinas, Ca. I do find that the settlement is Unfair. Due to having to make a choice, I chose Option #1

**FILED**

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

BK# 2506497
T-POD



FILED

NOV 2 8 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Marissa Regalado

Booking # 2506497

Loc/Cel: T-POD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

quadient

FIRST-CLASS MAIL
IMI

$000.74

11/25/2025   ZIP 93901
043M32207072

US POSTAGE

Clerk of Court
United States District Court
Northern District of California
280 South 1st. Street.
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items