Hernandez v. County of Monterey

Case Number: (NO. 5:13-CV-02354-BLF)

I Shaunne Nuusila Katoa, believe it is fair in option 1 for the settlement. I believe those that were incarcerated deserve the money. Thank you, also I have roughly twenty-one months in monterey county Jail From 2016-2025.

**FILED**
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Forward Address:
Shaunne Nuusila Katoa
586 ingman ct.
Marina, ca 93933