Hernandez v. County of Monterey

Case Number: (NO. 5:13-CV-02354-BLF)

I, Sheranda Marie Quarles Mooring, believe it is fair in option 1 for the settlement. I believe that those who were incarcerated deserve the money. Thank you, also I have six months of being incercerated in Monterey County Jail in 2016 From May to September.

FILED

NOV 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Forward Address:
Sheranda Quarles Mooring
285 Carmel Ave.
Marina, CA 93933