Name: Shaun[...]shua Katon
Booking # 2506512
Loc/Cel: X-Block / cell: 117

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 4 L

Clerk of the Court
United States District of California
280 South 1st Street
San Jose, CA 95113

95113-270650

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items