Page: 1

November 20th 2025

Hernandez v. County of Monterey
No. 5:13-cv-02354-BLF

My name is Benjamin Carl Brandl, and I am currently incarcerated at the Monterey County Jail. I have been incarcerated at this jail before. I will include in this letter the times I have been incarcerated and breif events that have huppened to me persanally, that pretains to improper medical, mental, and dental care. I am able to further elaborate each point that I list if requested to do so. For the purpose of this letter I will keep the facts of these events and times breif. First of all, I would like to state that I think the settlement against the CFMG is fair and that I would prefer the courts to approve of the money to go to individuals who were incarcerated during this legal process. I will now list the times and provide bullet points to show throughout each period of my incarceration how I received inadequate care in respect to the times they are bulleted under.

- December, 2018
  • A few hours after being booked, I was brought to the hosipatal (Natividad) and was diagnosed with Pneumonia and

FILED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

was prescribed an antibiotic treatment that was to be administered regularly (a couple times daily). As I was brought back to Monterey County Jail, after that evening passed into the early morning, during a medical check I was given a visibly different medication and my condition worsened. I then had to be brought back to the hospital a second time to receive a steroid injection and a more concentrated antibiotic. I told the doctor there what was given to me at the jail, and was told that what I received doesn't do anything for my condition. I was soon placed in general population shortly after my return that day.

- October, 2019 to July 2021
- I was diagnosed with Covid during the heart of the pandemic. I was tested for the disease during a mass testing in which I witnessed medical personel not changing dressing such as gloves between those of which who were tested, it was also done in a hallway, not medical quarters or exam rooms. The entire room of sixety plus persons were read the results in an open setting and we were told we all had it en-

Page:3

mass. We received practically no care or medicines for our symptoms.
- I was diagnosed with a serious mental disorder and received absolutely zero care towards it. No counciling, nothing.
- During Covid masks were handed out and they did not meet the standard requirements for protection ratings at the time. In fact they were not even real medical or commercial masks. They were homemade or "jail-made" masks. Two peices of spare fabrics stitched together with hair ties on the ends to loop around my ears. This is what was handed out to help prevent contamination.

- I was incarcerated in the summer of 2022 for a day. I was incarcerated at different times from April to June and early July for a total of thirty sum days, in 2024.

- I have been currently incarcerated since mid-July 2024, and will be released in January 2026.
- I requested bloodwork be done a few times earlier in the year 2024 while I was here and never received it until I came back in

July. I informed medical staff that I had blood work done by a local urgent care as well as had a refferal made for further tests for nuerolagial disorders and brain health before I was incarcerated so that they could get the refferal and continue the care I was seeking here. They never got the records from the other healthcare provider, my primary, and when they decided to do the blood draws themselves, it took a month after my request for the results to be told my blood samples were lost here at the jail and they would have to draw more.

- While talking to a care provider here via video chat, my records were looked over from natividad when I had a injury and was told I have a tbi (traumatic brain injury), later by a different on site physician, during a six month physical, I was told the records they have say otherwise.

- I had received a sports related injury (a cut to the surface of my eye) I put in a request immediately but was not seen until a month later, although there is visible scarring slightly on the surface I was told nothing was there.

- I have signed papers that are indicating that I have a learning cognitive impairment and that I have been informed of certain placement assistance by housing staff but do not receive any help or assistance by medical because nothing is offered or available.
- I was diagnosed with Covid a second time and it took medical staff a week to offer treatment or a test to see if it is Covid after symptoms began and persisted. I actually had a lapse of emotional stability and had to cause a disturbance to even be seen by medical staff and be tested for Covid during this time. The results were immediate, and positive for the disease.

In conclusion I hope this letter is sufficient in proving that improper and inadequate treatment has affected my health at the Monterey County Jail since day one, and has continued to my final days here. I am also still awaiting a mandatory dental cleaning after all this time...

Name: Benjamin Carl Brandt
Booking # 2404993
Loc/Cel: B-Dorm 08

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

[Legal Mail]

SAN JOSE CA 950
25 NOV 2025 PM 3 L
1775

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, Ca 95113

9511383095 C060

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

110248

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items