FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11-21-2025.

Whom concern this letter.

C 13-2354 BLF

Hi my name is Jorge Guadalupe Quiroz Jr my date of birth is 04-02-1990 I was in ~~the~~ jail From July 25 2022 thru December 30 2023 the reason I'm writting this letter to let you know I agree on the lawsuit (Hernandez V. County of monterey) My case number is 22CR006436 I hope I get heard because I got a bad health treament I will get the first proposed I will like to ~~recei~~ receive the money thank you for taking your time on reading this letter. if you need more information feel free to contac me; they have all my information ones again Thank you.

Att: Jorge G Quiroz Jr.

11-21-2025

You can send me mail at
711 meyers CT Apt B
Salinas CA 93905.



Jorge Guadalupe Quirol Jr.
711 Meyers CT APT B
Salinas CA 93905.

SAN JOSE CA 950
25 NOV 2025 PM 3 L

RECEIVED
NOV 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the court United States
District court Northern District
Of California
280 South 1st Street
San Jose CA 95113.