November 24th 2025

Hernandez v. County of Monterey
No. 5:13-cv-02354-BLF

My name is Luis Gallegos and I've been coming in and out of Monterey County Jail for the past two years. Not sure of my dates, but I've done around 150 to 200 day, am currently in custody. I've been here to months I'm to be released to a drug treatment program as one becomes available

I choose option one or first option.

Thank you.

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

