Hernandez vs. County of Monterey
NO: 5:13-CV-02354-BLF

I choose option 1 for the settlement. I was incarcerated in the Monterey County Jail between the dates of May 2016 and December 31 2025. I would like to receive the payment at

18810 N Shower St
Salinas CA. 93906

My name is Robelio Menon Cruz
FN: 2506532

Hope that this letter is received and reviewed.

X
_____

**FILED**

DEC 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Rebelio Moran Cruz
Booking #: 2506532
Loc/Cel: C dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
SAN JOSE CA 950
21 NOV 2025 PM 1L
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/21/2025  ZIP 93901
043M322070072

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113