Ronnie Joe Hartley II
FN 2503430

(Hernandez v County of Monterey)

No. 5:13-CV-02354-BLF

Between May 27th 2016 and December 31st, 2025 I was incarcerated multiple times and would like to vote on option 1

Please send my check to me at
Ronnie Joe Hartley II
30 Soledad Street, Salinas, CA, 93901

Option 1 please

**FILED**
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/21/2025 ZIP 93901
043M32207072

SAN JOSE CA 950
21 NOV 2025 PM 1 L

Name: Ronnie Joe Hartley II
Booking # EN 2503430
Loc/Cel: L Dorm
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113