November 19 2025

Hernandez vs. County of Monterey
No: 5:13-CV-02354-BLF

I choose Option 1 for the settlement. I was incarcerated in the Monterey County Jail between the dates of May 2016 and December 25, 2025. I would like to receive the payment at

519 Chapparal
Salinas CA. 93906

My name is Jose Manuel Zavala
FN-2503719

Hope that this letter is reviewed and received.

**FILED**
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Jose manuel 20'VUI0
Booking # 2502719
Loc/Cel: C dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/21/2025  ZIP 93901
043M322207072

SAN JOSE CA 950
21 NOV 2025 PM 1 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299