Case 5:13-cv-02354-BLF   Document 1168   Filed 12/03/25   Page 1 of 2

November 19, 2025

Hernandez vs. County of Monterey
No: 5:13-CV-02354-BLF

I choose option 1 for the settlement. I was incarcerated in the Monterey County Jail between the dates of May 2016 and December 25, 2025. I would like to receive the payment at.

San Juan Road Apt 4
Watsonville CA. 95076

My name is Marcelino Sorroza Cortez
FN: 2504690

**FILED**
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: Marcelino Sorroza cortez
Booking #: 250460
Loc/Cel: C dorm
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113