Nov 19, 2025

I'm writing in regards to the Hernandez V. County of Monterey class action Lawsuit (NO. 5:13-CV-02354-BLF)

I was Incarcerated Between May 2016 through December 2025. I'd Like to Vote on OPTION 1

Send check to

591 Madera Ave Greenfield CA 93927

Juan de Jesus Osorio
FN#2505766

Inmate ID
FN 2505766

OPTION 1

Opcion 1

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: Juan De Jesus Osorio
Booking #: EN 2505766
Loc/Cel: Dorm C

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, Ca. 95113

SAN JOSE CA 950
21 NOV 2025 PM 1 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/21/2025 ZIP 93901
043M32207072
US POSTAGE

95113-300299