Hernandez v County of Monterey

Case # NO. 5:13-cv-02354-BLF

Option 1

This is in regards to the Hernandez trail I was incarcerated between May 2016 and December 3, 2025 I'm voting for option 1 please send my check to

↳ 328 Roberts Ave
Seaside CA 93955

Luis Escobedo
FN: 2505279

*[signature]*

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Luis Escobedo
Booking # 2505279
Loc/Cel: C-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
21 NOV 2025 PM

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/21/2025  ZIP 93901
043M32207072
US POSTAGE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose 95113

95113-300299