Hernandez v. County of Monterey
# 5:13-cv-02354-BLF

11-20-25

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Michael Balesteri have been incarcerated frequently during said time frame. I believe that the settlement is not fair by any means and option 2 should be removed.

Conditions in the jail have yet to begin getting better, yet they are still leaving an option to take the settlement and give it right back to the jail. That is the same as saying its ok that they disobeyed court orders, and all the mental health, physical, emotional trauma caused is excusable. Plain and simple people died in this facility during this time period. Between no oversight of "in house" dealings. Little to no actual unbiased treatment and constant bending or ignoring of implemented Title 15 standards. Most believe the saying that if you dont like it, dont come to jail. That luxury is not afforded to everyone and is discriminatory to all incarcerated persons.

Currently I have been incarcerated since October 6, 2025 and am still waiting to see the mental health doctor in order to confirm my perscription that I have gone without for my anxiety and depression. The new proposed settlement should have an amended section for families who's lovedones died in custody, contracted illness', disease from constant exposure to black mold, etc. etc.

↓

ALSO THE SETTLEMENT AMOUNT IS FAR TOO LOW AND NEEDS TO HAVE A MORE RELEVANT AND FAIR NUMBER FOR MONETARY RELIEF. MY OPINION 10.5 MILLION IS IN ACTUAL RELEVANCE TO THE NUMBER OF AFFECTED I.P.'S.

— THANK YOU

Name: M. BALESTERI
Booking # 2507065
Loc/Cel: Y-211

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



SAN JOSE CA 950
21 NOV 2025 PM 1 L

FRANK
FIRST-CLASS MAIL
IMI
$000.74
11/21/2025  ZIP 93901
043M32207072
US POSTAGE

CLERK of THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CA.
280 S. 1ST ST
SAN JOSE, CA 95113

95113-300299

**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items