Hernandez v. County of Monterey

No 5:13-CV-02534-BLF

Dear CFMG,

My name is Angelina Ramirez (2501680) I choose option 1 because I disagree with the amount they are offering it should be more I've been incarcerated from 2017 to November 2025. I believe that they need to pay more attention to all the health orders the inmates submit.

Sincerely,
Angelina Ramirez

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: Maria DelToro
Booking # 2500574
Loc/Cel: O Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
21 NOV 2025 PM

quadient
FIRST-CLASS MAIL
IMI
11/21/2025 $000.74
043M3220707Z ZIP 93901
US POSTAGE

NF

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299