Nov. 11, 2025

Hernande vs County of Monterey

No. 5:13-cv-02354-BLF

FILED
DEC 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name is Anthony Arevalo Galvan #2506710. I was incarcerated in Monterey County Jail (Mens) October 13, 2024 through December 30, 2024 in Y-Block and am currently Incarcerated in the M-Block. This letter is in response to the California Forensic Medical Group, Inc (CFMG) being held in contempt for disobeying Court orders about Medical, Mental Health and Dental Health. I was personally affected, the lack of Mental Health Care caused my Mental Health to be greatly affected. As far as Dental Health I strongly feel my tooth could have been saved had they followed orders, now I am left without a tooth for their negligence.

Therefore I believe this settlement should be awarded to the Inmates. I fully support (option 1).

Thank You.

Sincerely,

Anthony Arevalo Galvan    Nov. 11, 2025

Name: Anthony A. Galvan
Booking # ~~2650~~ 6710
Loc/Cel: M209

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

FIRST-CLASS MAIL
IMI
$000.74
11/24/2025  ZIP 93901
043M32207009

POSTAGE NEEDED
☐ Funds Available
☐ Exceeds No Funds Limit

Clerk Of The Court United States District Court
280 South 1st Street
San Jose CA, 95113