Nov. 11. 2025

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hernande vs County of Monterea

No. 5:13-cv-02354-BLF

Mauricio Vasquez #2504145

My name is Mauricio. I'm currety icarecerated in the Monterey Jail. I have read the letter posted by the Deputies in M. Block. Regarding the lawsuit where the court found the jail health care provider California Forensic Medical Group, Inc. (CFMG) in contempt for disubeying court orders about Medical, Mental Health and Dental Care

I do believe this settament should go tu the inmates (Female or male). So I support (option 1). It would only be fair for the inmates that have been affected by this medical issues.

Well thank you for fighting for Justice
Sincerly.

Name: MAURICIO VASQUEZ GOMEZ
Booking # M2209
Loc/Cel: 2SOMUS

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of The Court United States District Court
280 South 1st Street
San Jose CA 95113

FIRST-CLASS MAIL
IMI
$000.74
11/24/2025 ZIP 93901
043M32207009
quadient
US POSTAGE