CASE NO. Hernandez V. County of Monterey
5:13-cv-02354-BLF

To whom it may concern my name is Justin Duke Meeks and I was incarcerated and currently am incarcerated at the Monterey County Jail year of 2020, 2021, 2025.
I think the settlement is fair depending on how much I and/or every person receives, I Justin Duke Meeks would prefer the first option.

Option 1

The money would be given to the people who were incarcerated at the jail between may 28, 2016 and December 31 2025

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thank you

Justin Meeks
JUSTIN MEEKS

Name: Justin D Weeks
Booking # 25061902
Loc/Cel: L - Block 207
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District of California
280 South 1st Street
San Jose CA. 95113

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/24/2025  ZIP 93901
043M322207009
US POSTAGE