1/18/25

Hernandez vs County of Monterey

Case # 5:13-CV-02354-BLF

Inmate: Michael Michmali
Booking # 2507450
DOB: 12/18/1982
Monterey County Jail 1410 Natividad rd
Salinas, Ca

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern,

I am currently housed at the Monterey county jail I have experienced since 2023 the worst, unbelievable treatment by the medical staff (WellPath). I have contacted the (law firm that's representing Hernandez and they have record. I choose option 1 that the money should go to the inmates that dealt with the corrupt medical staff. Thank you for your help.

Thanks,

MICHAEL MICHMALI
Booking # FN2507450

address:
1840 Woodview cr
Conos, Ca 95307
Benificiary:
Sam Michmali
(209)996-9105

Name: Michael Michmali
Booking # 2507450
Loc/Cel: A-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

☆ Legal Mail ☆

Clerk of The Court
United States District Court
Northern District of California
280 South 1st St
San Jose Ca 95113