11/22/25

••• HERNANDEZ VS. COUNTY OF MONTEREY.
(NO. 5:13-CV-02354-BLF).

MY NAME IS RIANE BERNARD (2508113)
I CHOOSE OPTION #1 IT SHOULD GO TO THE PERSONAL INDIVIDUAL - WHICH WOULD BE MYSELF IN THIS MATTER. IVE BEEN INCARCERATED OVER 10 TIMES AND ALOT HAS BEEN ILLEGALLY ARRESSTED. IVE SPOKEN TO YOU GUYS ON NUMEROUS OCCASIONS AND HAVE GIVEN MY INPUT ON DIFFERENT SITUATIONS THAT I FEEL THE JAIL IS LACKING IN. I FEEL W/ ALL OF THE INFORMATION/SITUATIONS THAT HAVE HAPPEND TO ME, I FEEL I SHOULD GET A SETTLEMENT.

I AM CURRENTLY BEING HOUSED IN MONTEREY COUNTY JAIL AND SHOULD BE HERE FOR A COUPLE MONTHS. IF I AM NO LONGER HERE INCARCERATED THEN YOU MAY BE ABLE TO REACH ME VIA EMAIL @

bernardrmb88@gmail.com
riane.btcmb@gmail.com

Sincerely

RIANE BERNARD

**FILED**
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALOT OF THE MEDICAL STAFF HAVE NO IDEA WHAT THEY ARE DOING WHAT SO EVER. THE MENTAL HEALTH SIDE HAS EVEN MORE ISSUES. THESE PEOPLE SHOULD BE TAKING INMATES TO THE HOSPITAL IF THEY GET HURT OR IF THERE IS ANY REASONING.

I WAS PUT IN lockDOWN -"THE HOLE" COVERED IN PEE BECAUSE THEY ATTACKED ME. I WAS NOT ALLOWED TO SHOWER FOR 3 WEEKS THAT I WAS IN THERE. I MADE SURE TO GRIEVE EVERYTHING AND TAKE NOTES SO THAT I WOULD BE ABLE TO PRESS CHARGES OR OBTAIN SOME SORT OF A SETTLEMENT. FOR MY PAIN + SUFFERING THE RETALIATION THAT I HAVE ENDOURED IN HERE IS SO SAD.

I COULD SAY SO MUCH MORE. BUT I WONT... ONLY IF YOU NEED ME TOO.

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/24/2025 ZIP 93901
043M322007009

Name: LIANE BERNARD
Booking #: 2508113
Loc/Cel: R209

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST. STREET
SAN JOSE, CA. 95113

9513827060060

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*.

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

### Unauthorized Items

- No Cash or personal checks.
- Hardcover or Spiralbound books, Notebooks, Calendars.
- Lipstick stains, glitter, stickers, scented items.
- Greeting cards, postcards, cardstock paper, laminated items.
- Inmate to Inmate forwarded mail.
- Postage stamps, blank paper, blank envelopes.
- Photos larger than 5x7 inches, polaroid photo.
- Photo images of drugs, sexually suggestive, or gang related.
- Manila Envelopes, Priority mail envelope, Bubble mailer.
- Any items available for purchase from Jail Commissary.

*refer to unauthorized items