Anthony Mauro
11/20/25
C.C.
U.S.D.C.
N.D.C.

(Hernandez v. County of Monterey)
(NO. 5:13-CV-02354-BLF)

Option 1: yes I want to take part to apply for the money and amount of time I spent in and still spending in this jail, along with me not getting proper Mental Health, medical care, dental, release with medications which the judge granted and stated which upon release in April, 24 2024 that I would get Mental Health medication and I never got medication as directed and ordered by Jennier O'Keefe courtroom 4 Judge at Monterey County Superiour Court Salinas California 93901.

Sincerely,
Anthony Joseph Mariano Mauro

FN: 2402993

X-1 X-118

**FILED**
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Anthony Joseph Mauro
Booking # 2402993
Loc/Cel: X-1 X-118

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



Frank

Clerk of the Court
United States District Court
Northen District of California
280 South 1st Street
San Jose, CA 95113