Pg.# ①

JOHN WILLIAM ROTGABER
F.N. # 2401092
LOC/CEL: I.Pod/CELL#07
DATE: Nov. 21ST, 2,025.

CASE NAME (HERNANDEZ V. COUNTY OF MONTEREY)
CASE NUMBER (No. 5:13-CV-02354-BLF).

TO WHOM IT MAY CONCERN:
HELLO MY NAME IS JOHN WILLIAM ROTGABER AND I SAW A MESSAGE ON MY TABLET. WERE IT WAS MENTIONING WHETHER OR NOT I WAS INCARCERATED IN BETWEEN MAY 27, 2016 AND DECEMBER 31, 2025. AND THE ANSWER IS YES AND I AM CURRENTLY INCARCERATED RIGHT NOW AT THIS POINT. I DO BELIEVE THE SETTLEMENT IS FAIR AND I AM ALSO GOING WITH OPTION 1 ON THE MATTER'S. I AM VERY INTERESTED IN WHAT IS TAKING PLACE IN THIS SITUATION AND WOULD LIKE TO BE MORE BRIEFED ON WHAT IS HAPPENING WITH THIS MATTER. I CAN NOT LIE I WOULD ALSO LIKE TO KNOW CAN I RECIEVE ANY KIND OF MONEY OUT OF THE SETTLMENT? PLEASE WRITE ME BACK IN RESPONCE TO WHAT IS GOING ON O.K.! I ALSO READ AND KNOW A HEARING AT 9:00 A.M. ON JANUARY 15, 2026 IN COURTROOM 1, 280 SOUTH 1ST ST., SAN JOSE, CA. 95113 TO DECIDE WHETHER TO APPROVE THE SETTLEMENT. IF IT DOES GET APPROVED AND I AM ALLOWED TO BE A RECIPIENT OF THE MONEY PLEASE LET ME KNOW O.K.! GOD
OVER ↓

Pg. #2

SURE DOES KNOW THAT I SURE COULD USE SOME OF THAT MONEY RIGHT NOW. 😊 (BIG SMILE'S) PLEASE GET BACK AT ME (A.S.A.P.) AS SOON AS POSSIBLE. THANK YOU! AND GOD BLESS YOU ALL!

SINCERELY,

John W. ROTGABER

Name: JOHN WILLIAM ROTGABER
Booking # 2401092
Loc/Cel: I. Pod / CELL #107

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal
Mail

US POSTAGE
No-FUND'S
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/24/2025  ZIP 93901
043M322070009

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 SOUTH 1ST STREET

SAN JOSE, CA. 95113

## Inmate Outgoing Mail

JG  11/21/25
G09390
2117

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

### Incarcerated Person Commissary Trust Account

Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

*refer to unauthorized items