Date 11/18/25

Hernandez vs County of Monterey
Case # 5:13-CV-02334-BLF

Inmate: DAVID LANE WILLIAMSON
Booking # FN2506692
DOB: 12/27/68
Monterey County Jail 1410 Natividad rd
Salinas, Ca 93906

To whom it may concern,

In response to your notice, I choose option 1 to have the money be paid to current and former inmates. I feel the settlement is fair. I apreciate something being done.

Thank you,

DAVID LANE WILLIAMSON
Booking # FN2506692
David Willi[signature]
address: 2240 del monte AVE
phone 831-657-5070

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

