November 19, 2025

Steven James Jones
FN 2506741

Hernandez v County of Monterey

NO. 5:13-CV-02354-BLF

I was and am currently Incarcerated between May 27, 2016 and december 31, 2025 I would like to vote for option 2 please & thank you

Please send check or response to my actual Address

Steven Jones
348 Carpenteria Rd
Aromas, CA., 95004

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Steven Jones
Booking # 2506741
Loc/Cel: C-Dorm Bed 45

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



quadient
FIRST-CLASS MAIL
IMI
$000.74
11/24/2025  ZIP 93901
043M32207009
US POSTAGE

Clerk of the court
United states district court
Northern District of California
280 South 1st street
San Jose, CA. 95113