Hernandez vs County of Monterey
Case # 5:13-CV-02334-BLF

Inmate: Ramses Terrazas Perez
Booking # FN 2506678
DoB # 28/06/95
Monterey County Jail 1410 Natividad.
Salinas, Ca 93906

To whom it may concern, In responce to your notive I choose option 1 to have the money be paid to corrent and former inmates. I feel the settlament is fair. I apreciate something being done.

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

thank you,

Ramses Terrazas Perez
Boking # FN 2506678

adress:

8 Sun St
Salinas Ca. 93905
(831) 663 7520
Eml RP260814 a@gmail.com

Name: Ramses Terrazas Perez
Booking #: 256678
Loc/Cel: A-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
11/24/2025
045M322207009
$002.74
Legal Mail

District Court
Northern District of
California 280 South 1st St
San Jose C.A. 95113