DATE 11-18-2025

RE: Hernandez vs County of Monterey case# 5:13-cv-02354-BLF

Inmate: DELAMETER, BILL EVANS
Booking#: FN 250 8041
D.O.B 3-7-1979
address, Monterey County Jail 1410 Natividad Salinas Ca, 93906

To whom it may concern,

In responce to your disclaimer I choose option 1, for the money to be dispenced to the people who were incarcereated (self included) during the prescribed dates, May 27th 2016 ⊥ December 31 2025.

Sincurly

BILL, EVANS DELAMETER
Booking# FN250841

*[signature]*

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

