Agostin Montalvo Carrera
Z505556  Dormitovio A

Hernandez contra el condado de monterey
(No 5:13-CV-02354-BLF)

Y OPCION 1 El dinero se aplicaria a las personas que estuvieron encarceladas en la carcel entre el 27 de mayo de 2016 y el 31 de diciembre del 2025 la cantidad de dinero recibiria cada persona podría depender del numero de personas que soliciten el dinero y del tiempo que cada persona haya permanecido en la carcel jonto con otros posibles factores

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: Montalvo Carrera Agustin
Booking # 2505556
Loc/Cel: A Dormitorio

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

United State District Court/Clerk of the court
Northen District of california
280 South 1st Street
San Jose Ca, 95113