(HerNANDez v. County of MoNTerey)    Nov.2025
Case #(No.5:13-CV-02354-BLF)

MY Name is Silvano Valencia JR.
(D.O.B)05-27-2003, MY iNMATE #2501522, I
am currently incarcerated at the
Monterey County Jail. I have been
incarcerated at the Monterey County
Jail facility Since THe Beginning of MARCH,
2025.

FILED
DEC 05 2025
CLERK, U.S. ...
NORTHERN DIST. ... California

IN September 2023, the Court found
the jails Health care provider.... California
forensic medical GRoup, INC ("CFMG") in
Contempt for disobeying Court orders about
Medical, mental Health, and dental care.
"which I Agree oN": for LACK of Medical
attention, I think that this sTATement
is fair, but i insist that this Settlement
Should be reinburst or consider to
be Spread out AS ("OptioN 1"), wHich Consist
of the Money Should be given to the
who were incarcerated at the Jail
between MAY 27,2016 and Dec 31,2025.
The amount of Money each person
gets Might depend on the Number of
People who Apply for the Money and
the amount of time each person was
at the Jail.

So i do believe its a fair Settlement and
i prefer "OptioN 1". This is dated, Tuesday Nov. 11, 2025.
Thank you very much for your Assistance, Have

A blessed day.

Respectfully  S. V.

Nov. 11, 2025

Name: Silvano Valencia
Booking # 2501022
Loc/Cel: M-block/129 cel.

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950

29 NOV 2025 PM 4 L



USA ★ FOREVER

Clerk of the court
United States District Court
Northern District of California
280 South 1st street
San Jose, CA 95113

95113-270650



Inmate Outgoing Mail

Do not seal envelope.

Inmate to inmate correspondence is not authorized

No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

Authorized Items

Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT ♻

© USPS 2019