Hernandez VS Monterey County Jail

(No. 5:13-cv 02354-BLF) Nov.-20-2025

Hola Buenas tardes, mi nombre es Nicolas Hernandez Bautista actualmente estoy en la Carcel de el Contado de Monterey y estoy interesado en la resolución de la demanda de "Hernandez Contra el contado de Monterey" yo propongo la opción 1 y que el dinero de el acuerdo sea repartido entre los presos que hemos estado aquí bajo estas injustas circunstancias la atención medica no ha sido buena entre otras cosas que la carcel esta aciendo de mala manera. Nos venden nuestros higiene entre otras cosas

De nuevo pido la opción 1 y que los fondos sean repartidos entre los presos que hemos sufrido estas injusticias Espero esta carta ayude a que se apruebe el acuerdo

Mi nombre es: Nicolás Hernandez Bautista

#FN.2506295

Esta es mi nueva Dirección
1571 Atherton Way
Salinas CA 93906



Name: Nicolas Hernandez Bautista
Booking #: EN.2506295
Loc/Cel: N 2 R

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
29 NOV 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA, 95113

95113-305569