(Hernandez v. County of Monterey)
Case #: (No. 5:13-CV-02354-BLF)

My name is Adrian Hernandez (D.O.B) 07/21/2005. My inmate #23090. I am currently incarcerated at the Monterey county Jail. I have been incarcerated here at this facility for about 2 years now.

In September 2023, the court found the jail's health care provider California forensic Medical Group, Inc ("CFMG") in contempt for disobeying court orders about Medical, Mental health, and dental care. "wich i agree on". For lack of medical attention. I think that this settlement is fair, But I insist that this settlement should be reinburst or concider to be spread out as ("option 1"). Which consist of the money would be given to the people who were incarcerated at the Jail between May 27, 2016 and Dec 31, 2025. The amount of money each person gets might depend on the number of people apply for the money and the amount of times each person was at the jail.

So i do believe it's a fair settlement and I perfer "Option 1". this dated, wensday Nov 12, 2025. Thanks you very much for your assistance, Have a Blessed day.

Respectfully, Adrian

FILED
DEC 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Adrian Hernandez
Booking # 2309038
Loc/Cel: M. Block CELL # 101

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
21 NOV 2025 PM 3  L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE CA 95113

95113-270680

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT   © USPS 2019