November 9, 2025

Hernandez vs. County of Monterey
NO: 5:13-CV-02354-BLF

I choose option 1 for the settlement. I was incarcerated in the Monterey County Jail between the dates of May 2016 and December 25, 2025. I would like to receive the payment at

595 John St. #E
Salinas, CA. 93905

my name is Fernando Bravo
FN: 2501737

Hope that this letter is received and reviewed.

X [signature]

FILED
DEC 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Fernando E. Bravo Garcia
Booking # 2501737
Loc/Cel: C-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
21 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

JG  11/20/25
0032
G09380

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items