HERNANDEZ V. COUNTY OF MONTEREY

NO. 5:13-CV-02354-BLF

FILED
DEC 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1. Gerardo Anthony Lopez
2. FN2506340
3. ID: 201333
4. 1021 Polk St Apt 6 Salinas CA, 93906

To My Understanding I Personally feel The Settlement Is fair. I Chose Option 1. Their Is A lot Of Thing's Monterey County Jail Needs Improvement With! Specially Regarding Mental Health.

— *Anthony* (signature)

11/18/25

Name: Gerardo Lopez
Booking # 2506340
Loc/Cel: X-Block 210

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
21 NOV 2025 PM 4 L
1775

Clerk of The Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items