Nov. 19, 2025

Hernandez Vs. County of Monterey
(NO 5:13 – CV – 02354 – BLF)

This is Regards to the Hernandez
trial: I was in Cateerated Between
May 2016 and December 31, 2025

Im Voting for Option 1 please
Send my check to

270 Espinosa Rd
Salinas CA 93907

Waldo Espinoza (DOB) 9/27/82
FN 2407538

Vote For
OPTion One   1

FILED

DEC 04 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE



Name: Waldo Espinoza

Booking # 2407538

Loc/Cel: C - Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950

21 NOV 2025 PM 3 L

USA FOREVER

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299

JD (20938)
11/20/25
0035

Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

FSC
Envelope
FSC® C137131