Sept 19, 2025

Jose Juan Campos

(Hernandez) vs. (County of Monterey)
Case # 5:13-CV-02354-

Option 1#

I think that the settlement is fair and i choose option 1

My home Mailing adress is

Jose Juan Campos
13724 Monte Bello
Castroville, CA 95012

& My Booking # is
FN2506607 ID# 018441

FILED
DEC 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Jose Juan Campos
Booking # FN2506607
Loc/Cel: C-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
21 NOV 2025 PM 1 L

FIRST-CLASS MAIL
IMI
$000.74
11/21/2025 ZIP 93901
043M32207072

Clerk of the Court
United States District Court
northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299

**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Money Order/Cashier Check Paid to the order of: MCSO Prisoner Trust Fund
(Include Inmate name and booking number on the top left corner)
Paperback books, Newspaper and/ or Magazine subscriptions
mailed directly from vendors ONLY*
(Shipping label MUST include inmate name and booking number)
Letters/Photos in standard letter size envelopes ONLY.*

*refer to unauthorized items