Hernandez V. Court of Monterey Court

No. 5:13-CV-02354 BLF

Porfirio Daniel Gonzalez
#2507167

My home address is
133 7th St
Greenfield CA 93927

I think the settlement is Fair
Hello court, Honorable Judge
Ia writing in regaurd to hernandez case
I Request option 1st Fund to Inmate,
and suffered condition in (Salinas)
Monterey county jail. the medical
care is very poor I almost died
from an encarcerated hernia

Name: Porfirio Daniel Gonzalez
Booking # 2507167
Loc/Cel: X 117

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

- No Cash or personal checks.
- Hardcover or Spiralbound books, Notebooks, Calendars.
- Lipstick stains, glitter, stickers, scented items.
- Greeting cards, postcards, cardstock paper, laminated items.
- Inmate to Inmate forwarded mail.
- Postage stamps, blank paper, blank envelopes.
- Photos larger than 5x7 inches, polaroid photo.
- Photo images of drugs, sexually suggestive, or gang related.
- Manila Envelopes, Priority mail envelope, Bubble mailer.
- Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**

Money may be deposited into the Trust Account using one of the following methods:

- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items