Hernandez vs monterey county jail
(No. 5:13-CV02354-BLF)

Nov-23-2025

Hola Buenas Tardes Mi nombre es Jesus Castro acosta actualmente estoy preso en la Carcel de el condado de Monterey y estoy interesado en la resolucion de la demanda de "Hernandez contra el contado de Monterey".

Yo propongo la opcion 1 y que el dinero de el acuerdo Sea repartido entre los presos que emos estado aqui bajo estas injustas sircunstancias. la antencion medica no a sido buena entre otras cosas que la Carcel esta asiendo de mala manera. Nos Venden nuestro higuiene entre otras cosas

De nuevo pido la opcion 1 y que los fondos Sean repartido entre los presos que emos sufrido estas injusticias espero esta carta allude a que se pruebe el acuerdo

Mi nombre es Jesus Castro acosta
#2505913
N2, 212

Name: Jesus Castro(sta)
Booking # 2505913
Loc/Cel: N2, 212

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA, 95113

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768