Hernandes VS Monterey Contr jail
(No. 513-CV023-54-BLF)

NOV-21-2025

ola buenas Tardes mi nombre es Guillermo Aguilar aTualmente estoy preso en la carsel de el condado de Monterey y estoy interesado en la resolución de la demanda de "Hernandez contra el condado de Monterey yo propongo la oxion 1 y que el dinero de el acuerdo sea repartido entre los presos que emos estado aqui bajo estas injustas sircustansias la aTension medica no asido buena entre otras cosas que la carsel esta asiendo de mala manera nos benden nuestro hijiene entre otras cosas Denuebo pido la opcion 1 y que los Fondos sean repartidos entre los presos que emos sufrido estas injusticias espero esta carta ayude aque se proebe el acuerdo Minonbre es Guillermo Aguilar

HZ50-39-02

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Guillermo Aguilar
Booking # 250 39 02
Loc/Cel: N-207

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

N/F
FIRST-CLASS MAIL
IMI
$000.74
12/01/2025  ZIP 93901
043M32207009
US POSTAGE

Clerck of The Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA, 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mail

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768