My Name is Joseph Harper
#2507308,
I'am incarcerated in Monterey canty Jail Now and was incarcerated 2 other times with in the Time frame of this proposed settlement

please ad me to list to get paid

Thank you

My address is
7601 Via Guiseppe lane
Salinas Ca 93907

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Joseph Harper
Booking # 250 7308
Loc/Cel: B - dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



SAN JOSE CA 950
1 DEC 2025 PM 3 L

Clerk of the United States District
Court Northern District of California
280 South 1st Street
San Jose Ca 93113

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2019