HERNANDEZ V COUNTY OF MONTEREY       NOV. 24, 2025
NO. 5:13-CV-02354-BLF

I Armando Boyso JR, do believe this settlement is fair, for I myself been subjected to poor medical care while in custody during Nov, 4 2025, 11/09/25, 11/10/25, 11/11/25 until I had to push the emergency button, the kind of medical I needed was brushed off, the nurse on duty just shrugged until I told him I was in severe pain. My nose was swollen and infected bleeding and leaking pus. Therefore I strongly agree with option 1, that has been proposed by the courts. Thank you for your time.

Sincerely,
Armando Boyso JR

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Armando Reyes JR
Booking # 2507816
Loc/Cel: Y-102

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
1 DEC 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items