(Hernandez v. County of Monterey)
Case # (NO. 5:13-CV-02354-BLF)
Mi Nombre es Luis Antonio Sanchez (D.O.B
Mi Inmate I.D. 250-8082, FN-2506788
Actualmente me encuentro encarcelado en
la Carcel de Monterey County Jail.

creo que el acuerdo de la opcion 1) es Justo
ya que es recondado no cuenta con las medidas
de ijiene y medidas de la carsel, califonia
forense Medical Group, inc ("CFMG") en desacato
por no cunplir con las ordenes judisiales sobre
atension dental. Existe una propuesta de acuerdo
de descato en la que CFMG pagara $2,470,000
para benefisiar a las personas encarseladas en
en carsel. entre en 27 de mayo de 2016 y el
31 de disiembre del 2025

es Toy de acuerdo y es Justo (opcion #1)
Les agradesco la concideracion que nos estan
Tomando en cuenta de las condiciones en las
cuales nos encontramos en esta carsel en el
condado de monterey county Juil, No/15/2025

Name: Luis Sanchez
Booking # 2506788
Loc/Cel: M-212

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906




SAN JOSE CA 950
1 DEC 2025 PM 3 L
1775

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768