Hernandez v. County of Monterey No. 5:13-cv-02354-BLF

Your Honor:

I am writing to say I feel the settlement proposed $2,470,000 to benifit people incarcerated at the jail between 5-27-16 and 12-31-25 is fair I was incarcerated there these dates an times

Gregory James Smith      D.O.B. 1-27-1971
7-11-17 to 9-6-17       FN# 1706623
12-11-17 to 3-12-18     FN# 1711876
7-22-19 to 12-17-19     FN# 1907168
4-13-20 to 8-10-20      FN# 2003035
4-7-21 to 11-5-21       FN# 2108531
2-7-22 to 2-8-22        FN# 2200974
3-6-23 to 9-20-23       FN# 2301662
7-23-25 - current       FN# 2301642

I would like to take option #1 that states money will be given to people who were incarcerated between 5-17-16 to Dec 31, 2025. I'd also like the court to know I have been sentenced to 120 months and would like my funds forwarded to me. My case # USDC case number CR-22-00344-001 BLF, BOP case number DCAN522CR00344-001. I will be headed to federal prison after my 12-2-25 court date is done. Thank you for your time in this matter,

Sincerely
Gregory Smith   [signature]

FILED DEC 05 2025 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA SAN JOSE OFFICE

Name: GREGORY SMITH
Booking # 2301662
Loc/Cel: A DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
"LEGAL MAIL" 1 DEC 2025 PM 3

"LEGAL MAIL"

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
280 SOUTH 1st ST.
SAN JOSE, CA. 95113

95113-300299

Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

11/25/25

All mail must include inmate full name and booking number in designated area.

Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019