11/19/2025

Sonny Velasco

(Hernandez v. County of monterey) Case(No. 5:13-CV-02354-BLF)

Booking # 2402705

**FILED**
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

My name is Sonny Lobos Velasco I have Been incarcerated here in monterey County Jail Since April 20, 2024 and still here incarcerated Todays date is November 19, 2025 I have Been proccessed and held at least five different instances Between dates MAY 27, 2016 and December 31, 2025 I have Suffered Each iTime and currently Still experiencing Terrible medical, mental health Services To the point of legal Complaint with an legal representative from The Hernandez office. Which Should be on file. I feel The Settlement amount which will Be paid By CFMG is Fair and should Be paid To The incarcerated individuals who has suffered By The neglegence of Monterey County Jail and Forensic medical group Inc. The money That we should recieve will not only benifit us The incarcerated, but our familys who has also been effected Threw The neglegence of The Jail, Each family and incarcerated individual Still desurves to Be treated with respect and as a human being from my experiences with The Jail and "CFMG" I have Been Treated and Cared for like property with un-human like Care We Should recieve reperations for The Suffering we have endured Thank you for your Time in reading This letter and I hope you concider my opinion.

Name: Sonny Velasco
Booking # 2410270S
Loc/Cel: B-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal MAIL

DG

Clerk of Court, United
States District Court, Northern District
of California, 280 South 1st Street
San Jose, Ca 95113

SAN JOSE CA 950
1 DEC 2025 PM 3 L
1775

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods.
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.