Hernandez v. County of Monterey
No. 513-cv-02354-BLF

I, Edwin Quintanilla, do believe this settlement is fair. I myself have been subject to poor medical care during October 9th 2025 through June 7th 2025. Therefore I agree with option 1 that has been proposed by the courts.

Sincerely, Edwin Quintanilla

November 24, 2025

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

my home adress
1367 mingo ave
Seaside CA 93955

Name: Edwin Quintanilla
Booking # 250 7159
Loc/Cel: Y111

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the court
United States District Court
Northern District of California
280 South 1st street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768