Hernandez v.s County of Monterey
Case # No. 5:13-cv-02354-BLF

Clerk of Court:

Mi nombre es Jose Armando Gonzalez,
mi numero FN es 2502120
Yo estube encarcelado en la carcel
del condado de Monterey entre las
fechas del 27 de Mayo 2016 al
31 de Diciembre 2025. La accion me
parese justa y voto a favor de la
opcion #1.

Sinceramente,

x Jose Armando Gonzalez

- Nombre - Jose Armando González
- Direccion 15.A. Calle 5 Greefield CA 93927
- # Telefono 831 808 9882
- # FN 2502120


- Mandar a Direccion -

Clerk of the Court
United States District Court
Northern District of California
280 South 1st St.
San Jose CA. 95113

Hernandez vs. County of Monterey

Case # NO 5:13-cv-02354-BLF

**FILED**
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

CLERK of the Court:

My name is Jose Armando my FN # 2502120  I was/have been incarcerated at the Monterey County jail during the time period May 27th 2016 - December 31st 2025. The settlement is fair and my preference is option 1.

Sincerly

name Jose Armando Gonzalez
address 15. A. Calle 5 Greefield CA 93927
phone number 831 808 9882
FN # 2502120


Adress to:

CLERK of the Court
United States District Court
Northern District of California
280 South 1st St
San Jose 95113

Name: Jose Armando L  
Booking # 256 2120  
Loc/Cel: L.213

Monterey County Jail  
1410 Natividad Road  
Salinas, CA 93906

SAN JOSE CA 950  
1 DEC 2025 PM 3 L



ATTN: Clerk of The Court  
United States District Court  
Norther District of California  
280 South 1st St.  
San Jose CA. 95113

95113-300299

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2019