11/20/25

HERNANDEZ v. COUNTY of MONTEREY
(NO 5:13-CV-02354-BLF)

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

I AM WRITING THIS LETTER ON BEHALF OF
RENÉ JIMENEZ #2508401
                    #2506045
(831) 402-7096
WHO WAS INCARCERATED AT THE MONTEREY CO. JAIL WITHIN THE WINDOW OF OPPORTUNITY AND WANTS TO APPLY FOR THE SETTLEMENT.

(YES) THE SETTLEMENT IS FAIR
(NO) DO NOT OBJECT
(YES TO OPTION #1) WHERE THE FUNDS WOULD BE DISTRIBUTED TO INCARCERATED PERSON

RENÉ JIMENEZ
301 9TH ST. UNIT 112
MARINA CA 93933

Name: RENE J[...]
Booking # 250 8401
Loc/Cel: N 103

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

FIRST-CLASS MAIL
IMI
$000.74
12/01/2025 ZIP 93901
043M32207009

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items