(Hernandez V. County of Monterey)
(No. 5:13-CV-02354-BLF)

I VOTE OPTion 1 money for Inmates
And If I am sent Prison send it
Jpay.com

X Miguel Vargas
FN 2504529

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Miguel Vargas
Booking # 2504529
Loc/Cel: B-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Cort
Northern District of CAlifornia
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

<u>All mail must include inmate full name and booking number in designated area.</u>

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of <u>web.connectnetwork.com</u>
- By phone <u>at 888-988-4768</u>

*refer to unauthorized items