Case # No. 5:13-cv-02354-BLF

Nov 26th 2025     Hernandez v. County of Monterey

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

To whom it may concern:

My name is Benjamin Behena writing the court to inform that I choose option number one. I am also writing to state my opinion that the "settlement" amount should be increased & given to inmates.

Not only have I experienced first hand the abuses & negligence of medical care at the Monterey County Jail in Salinas, CA; other inmates have suffered equal or greater neglect/abuses while incarcerated.

By increasing the amount given to inmates, not to some tax-evading "non-profit" (non-profits being notorious for embezzling funds) the court will send a precedent that will inhibit that such abuses or negligence do not happen again. The money should not come from tax payers but rather the institution that perpetrated the abuse.

Once again, I choose option One & request that the settlement amount be increased. Those of us that have suffered should be compensated, NOT some random "Non-profit"

Name: Benjamin Osheku
Booking # 2507474
Loc/Cel: 21/2-103

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Legal Mail

SAN JOSE CA 950
1 DEC 2025 PM 3 L

Clerk of the court
United States Dist. Court Northern Dist of CA
280 South 1st Street
San Jose, CA 95113

95113-309599

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items