FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

11-26-25

My Name is Douglas Guyot 2508172, ID: 083282 Guyot, Douglas Anthony. I am incarcerated in Monterey County Jail now and was incarcerated 2 other times within the Time frame of this "Aposed Settlement" Please ad me to your list of people on this Settlement Thank You

Douglas Guyot
#2508172

My Home address is:
Douglas Anthony Guyot
1972 San Miguele Canyon
Salinas, Ca. 93907

Name: Douglas Goyer
Booking # FN2508172
Loc/Cel: B-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



SAN JOSE CA 950
1 DEC 2025 PM 3 L

Clerk of the Court, United state Districted Court
Northern District of California
280 South 1st Street
San Jose, Ca. 93113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items