To whom it may concern:

I hope this letter finds you well. My name is Letxia Guzman Cordova. My time in custody at Monterey Jail began September 11, 2025, and continues as of November 26, 2025. My hometown is San Jose, CA. I would prefer to receive mail at 1723 Quesada Ave, Apartment A, San Francisco CA 94124. I will update any mailing address changes to the address provided for San Jose's Clerk of the Court, and to Rosen Bien Galvan.

The option that I prefer is Option 1 with an amendment that suggests two criteria be met in order for the settlement to be fair. The settlement is fair, and I agree with the settlement only if two criteria are met:

<u>Criteria 1)</u> That the amount every inmate receives is a minimum of $170/day for every day we inmates have been in custody at Monterey Jail.

<u>Criteria 2)</u> That, should there be any money left over, that it will be given towards mitigating current dental, mental health, and health issues at the jail, with enough money allocated for quality assurance, to assure this money is effectively used to help the population it should serve as quickly and efficiently as possible. Should the settlement money be insufficient to address both criteria, then the settlement amount is too meager and negotiations should continue until these costs are covered, both for Criteria 1 and Criteria 2.

Funds to support the jail should be allocated towards more conscientious staffing, healthier food options, mental health classes and print-outs, basic, adequate dental support, and actual cleaning and maintenance staffing.

Funds should be allocated towards healthier food and better dental care, that which in conjunction, better support their inmates. To specify, this means less sugar and bread in meals and instead healthier food supplements like sugar-less grains, veggies, legumes, and spreads. The combination of sugar-full meals with a complete absence of effective dental floss or dental care until an inmate has served one year, has caused infections and an alarming influx of teeth-pulling to mitigate poor dental care at the jail. The "floss" provided by the jail are rubber bands for braces, which keep teeth thick with food and sugar, allowing bacteria to rapidly build up. The flossing video on the tablet is duplicitous by demonstrating flossing using regular floss instead of the rubber bands provided by the jail. Within 2-4 months, most inmates need dental attention, that which is usually solved by reccommended teeth-pulling instead of providing effective floss or flossing services, better dental care, and healthier food.

Better mental health support means providing inmates with consistent, safe, well-meaning, well-funded, attentive support. When on suicide watch, mental health provides spaces that retraumatize or perpetuate those feelings, by having inmates strip nude in a public space (in holding, the area

where all inmates are provided a used, tattered, thin, and dirty, woven blanket - that both smell like old, musty bodily fluids - and have their food thrown on the ground, often making it inedible when the containerless items seep through the brown, paper bags. Aside from regular custody cruelty, even when on suicide watch are inmates under deputies' care. Deputies' cruel and neglectful behavior exacerbate feelings of weakness and low self-worth. At the jail, there is an extensive pattern of abusive practices wherein deputies yell when inmates are being compliant, enact violence to enforce rules, and enjoy looking down on and ignoring their inmates requests for help and support. In addition, consistent mental health support at the jail should include wellness classes, plenty of mental health print-out support material, and perfunctory weekly check-ins with a professional of their choice, for all inmates. Wellness classes and mental health packets are currently only provided for "lockdown" inmates, and only for 8 people that deputies select, when there are vulnerable inmates that need that support in all pods. Moreover, the majority of physical copies of books provided by the jail are religious, centered on law enforcement, crime, and violence, violating our right for seperation of church and state, and contributing to poor mental health due to trauma from the violent, oppressive topics. Although the tablet provides educational videos and a smattering of outdated, often misogynistic and violent educational e-books, ADA needs more accomodation to include physical copies of educational books, that which, alarmingly, there are none. There are no educational classes, either. NA and AA center religious practices very heavily as well, the only programming offered to open pods. Since September 11, 2025, I have submitted ~86 grievances, most of them addressing custody for their abusive, hurtful practices and tendencies. Most commanders and sergeants defend their deputies' actions. All of these factors steadily contribute to inmates' poor mental health, anxiety and instability when re-entering regular society, and the recurrence of their appearance in jail.

    Health funding for the jail should go towards faster medical response time, more professional, conscientious medical staffing, and designated cleaning staff to stay above board for regular cleaning procedures. There are several health code violations present at the jail, including mold in the showers, biohazards on the floors and walls (each of my lockdown rooms included either dried, bloody boogers on the wall or a sewage leak from the ceiling to the floor, both of which deputies generally seemed to ignore or were slow to respond to, though they were aware), and musty, smelly laundry. Health is slow to respond to inmates' requests for services. When I fell down the stairs due to my ADA nearsightedness, missing 2-3 steps and falling face-forward while handcuffed, after submitting a medical request only an hour after, medical came by 2 days later to address my injuries. During that time, however, medical came by several times to ask me for a urine sample, and every time, staff seemed oblivious to the incident. In addition, many medical staff exhibited a pattern of behavior that was negligent, cruel, and disdainful, often ignoring their inmates if they need additional support, scoffing at their pleas, and/or offering bare minimum support at an alarmingly much later date. Funding for

the jail should be distributed towards mitigating these myriad medical issues at Monterey County Jail, that which there is a hefty amount, but all manageable if the will is strong and benevolent. (Page 2/2)

  Both criteria are important to thoroughly and effectively address problems that have been prevalent at this jail well beyond the 9 years this lawsuit has been going on for. Criteria 1 attempts to address the distress that inmates go through when in custody at Monterey Jail, hopefully offering them the support they should have received when at the jail. Criteria 2 addresses the ongoing issues that SHOULD have been fixed long ago, with regard to dental, mental health, and medical support for inmates in custody at Monterey Jail going forward.

  Thank you for providing the opportunity to weigh in on such an important matter. Please keep me updated by correspondence at the address I provided. ~~I appreciate your time and look forward to hearing from you.~~

Best,
 Letxia Guzman Cordova
  *Letpia Guzman Cordova*
 You may call me "Gosie," pronounced "Josie."

Booking Number: 2506397

Name: Letxia Guzman Cordova
Booking # 2506397
Loc/Cel: U-Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
1 DEC 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st St.
San Jose, CA 95113

95113-309599

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items