Hernandez vs Monterey county jail
(No. 5:13-CV02354-BLF)

Nov. 22-2025

Hola buenas Tardes mi nombre es Miguel romero vasquez actualmente estoy preso en la carcel de el condado de Monterey y estoy interesado en la resolucion de la demanda de " Hernadez contra el condado de monterey
yo propongo la opcion 1 y que el dinero de el acuerdo de monterey
Yo propongo la opcion 1 y que el dinero de el acuerdo sea repartido entre los presos que emos estado aqui bajo estas injustas sircunstancias la antencion medica no a sido buena entre otras cosas que las Carcel esta asiendo de mala manera. Nos venden nuestro higuiene entre otras cosas
De nuevo pido la opcion 1 y que los fondos sean repartidos entre los presos que emos sufrido estas Injusticias espero estas carta ayude a que se pruebe el acuerdo
Mi nombre es Miguel Romero Vasquez
# 2506125

FILED

DEC 05 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Miguel Ro[...]
Booking # 2506125
Loc/Cel: HN 213

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of The Courts
United State District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items