Hernandez Vs Monterey County Jail
(No. 5:13-cv02354-BLF)

Nov-23-2025

Hola Buenas Tordes, mi nombre es Omar martinez, actualmente estoy preso en la carcel de el condado de Monterey y estoy interesado en la resolucion de la demanda de "Hernandez" contra el condado de Monterey".
Yo propongo la opcion 1 y que el dinero de el acuerdo sea repartido entre los presos que emos estado aqui bajo estas injustas sircunstacias. La atencion medica no a sido buena entre otras cosas que la carcel esta asiendo de Mala Manera. Nos venden nuestro higuiene entre otras cosas
De nuevo pido la opcion 1 y que los fondos sean repartidos entre los presos que emos sufrido estas injusticias
Espero esta carta allude a que se apruebe el acuerdo.
Mi nombre es Omar martinez
# 250 3662

att. Omar martinez

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Omar Martinez
Booking # 2503662
Loc/Cel: # 213

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items