FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

(Hernandez v. County of Monterey)
Case # (No. 5:13-CV-02354-BLF)
Mi Nombre es Marco Antonio Hernandez Jimenez
(D.o.B) 01/04/1999
Mi Inmate I.D. 250-8082
Actualmente me encuentro encarcelado en la Carcel de Monterey County Jail.

Creo que el acuerdo de la (opcion I) es Justo ya que este condado no cuenta con las medidas de igiene y medicas de la Carcel, California Forensic Medical Group, inc, ("CFMG") en desacato por no Cumplir con las ordenes Judiciales sobre atencion dental, Existe una propuesta de acuerdo de descato en la que CFMG pagara $2,470,000 Para beneficiar a las personas encarceladas en la Carcel entre en 27 de Mayo de 2016 y el 31 de Diciembre de 2025.

Estoy de acuerdo y es justo (opcion #1) les agradesco la Concideracion que nos estan tomando en Cuenta de las Condiciones en las Cuales nos encontramos en esta Carcel en el Condado de Monterey County Jail, No/15/2025

Name: Marco A. Hernandez Jimenez
Booking # 2508082
Loc/Cel: M-2 211

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-270680

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

<u>All mail must include inmate full name and booking number in designated area.</u>

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of <u>web.connectnetwork.com</u>
- By phone at 888-988-4768

*refer to unauthorized items