Hernandez vs County of Monterey
Case # No. 5:13-CV-02354-BLF

Clerk of Court:

Mi nombre es Regino De Jesus, mi numero FN es 2503610, y yo estube encarcelado en la Carcel del Condado de Monterey entre las fechas del 27 de Mayo 2016 a Diciembre 31, 2025. La accion me paresc justa y voto a favor de la opcion #1.

Sinceramente,

x Regino De Jesus

Nombre - Regino De Jesus
Direccion - 433 calavera way GreenField CA 93927
#Telefono - 831-292-7537
FN# - 2503610

— Mandar a Direccion —

Clerk of the Court
United States District Court
Northern District of California
280 South 1st St.
SAN JOSE CA. 95113



Hernandez v.s County of Monterey
Case # No. 5:13-CV-02354-BLF

Clerk of Court:

Mi nombre es: Celestino Jorge Cruz Cruz mi numero FN es 250 2340, y yo estube encarcelado en la Carcel del Condado de Monterey entre las fechas del 27 de Mayo 2016 a Diciembre 31, 2025. La accion me parese justa y voto a favor de la opcion #1.

Sinceramente,

x_____

- Nombre Celestino Jorge Cruz Cruz

- 1280 RIVER SP 41
Salina CA. 93095

- (863) 832 8130

- FN# - 250 2340

- Mandar a Direccion -

Clerk of the Court
United States District Court
Northern District of California
280 South 1st St.
San Jose CA. 95113

Name: Regino De Jesus
Booking # 2503610
Loc/Cel: L217

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
1 DEC 2025 PM 3 L

ATTN: CLERK OF THE COURT
United States District Court
Northern District of California
280 South 1st.
San Jose CA. 95113

2 Letters

95113-309599

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019