November 24, 2025

FILED

DEC 05 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE-OFFICE

Hernandez v. County of Monterey

No. 5:13-cv-02354-BLF

I Juan Pedro Zepeda Castaneda, do believe this settlement is fair. I myself been subjected to poor medical care during my incarcerations in previous years including my current incarceration of November 6 of 2025, They have yet to look or treat a broken molar I have and told them about. Therefor I agree with option 1 that has been proposed by the Courts.

Sincerly Juan Pedro Zepeda Castaneda

Juan Pedro Zepeda Castaneda

Booking # 2507901

Loc/Cel: Y216

Monterey County Jail

1410 Natividad RD.

Salinas, CA 93906

Name: Juan Pedro Zarate Carrizosa

Booking # 2507901

Loc/Cel: Y216

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



FRANK
FIRST-CLASS MAIL
IMI
$000.74
12/01/2025  ZIP 93901
043M32207009
US POSTAGE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113830O2 C060

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items