Hernandez v. County of Monterey
No. 5:13-CV-02354-BLF

Nov 23, 2025

To whom it may concern,

My name is Stacy Forstell and I currently am incarcerated @ the Monterey County Jail in Salinas CA. I choose option 1 if having to choose. I believe the amount is unfair and not enough.

My current info is as follows for all mailings:

Stacy Forstell  #2508037 T Pod
111 Carlton Dr
Del Rey Oaks, CA 93940
(831) 899-0403
(831) 324-3327

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE



Name: Gordon, Nicole
Booking # 2507984
Loc/Cel: Q Pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Re: Forstell, Stacy
AKA Castaldo, Stacy

Clerk of the Court
United States District Court
Northern District of California
280 South 1st St
San Jose CA 95113

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

<u>All mail must include inmate full name and booking number in designated area.</u>

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer