HERNANDEZ V. COUNTY OF MONTEREY    11/20/25

( NO 5:13-CV-02354-BLF )

FILED

DEC 05 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

THIS LETTER IS ON BEHALF

OF QUINTONIA ANDERSON (831) 241-1702

(DOB 7.18.99) WHO WAS INCARCERATED

AT THE MONTEREY COUNTY JAIL

WITHIN THE TIMELINE AND WOULD LIKE

TO APPLY FOR THE SETTLEMENT,

( YES ) THE SETTLEMENT IS FAIR.

( NO ) DO NOT OBJECT

( YES TO
OPTION #1 )    WHERE FUNDS WOULD
            BE DISTRIBUTED TO
            INCARCERATED PERSONS.

Name: RENE JIMENEZ
Booking # 2508401
Loc/Cel: N 103

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

"CLERK OF THE COURT"
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA. 95113

quadient
FIRST-CLASS MAIL
IMI
$000.74 ℠
12/01/2025  ZIP 93901
043M0000000

US POSTAGE

95113830986 C080

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items