HERNANDEZ VS COUNTY OF MONTEREY NO. 5:13-CV-02354-BLF

MY NAME IS JULIUS ISAAC SANTACRUZ, I AM 24 YEARS OLD DOB 02/01/2001. I HAVE CURRENTLY BEEN AN INMATE AT THIS FACILITY IN MONTEREY COUNTY JAIL SINCE OCTOBER 28, 2019 AND THE WHOLE TIME I HAVE BEEN HERE THE JAIL HAS BEEN UNDER SCRUTINY REGARDING THE MANNER IN WHICH THEY HANDLE/MAINTAIN THEIR MEDICAL/DENTAL/AND MENTAL HEALTH SERVICES. NOW I HAVE EXPERIENCED ISSUES IN EACH OF THESE AREAS. WITH MEDICAL I HAVE HAD ISSUES ADDRESSING MY HIGH BLOOD PRESSURE CONDITION, AND OTHER TIMES WHERE I'M EXPERIENCING ILLNESSES SUCH AS COVID-19, AND BEING TOLD I HAVE TO BE SEEN BY THE DOCTOR BEFORE GIVEN ANY FORM OF MEDICATION WHICH WOULD TAKE 4-6 WEEKS. NEVERTHELESS IT WOULD BE NICE TO RECEIVE A PAYMENT FOR ALL OF THESE THINGS AS I'M STILL EXPERIENCING DIFFICULTIES IN THESE AREAS. SO OPTION 1 WOULD BE BEST WHERE INDIVIDUALS WHO WERE INCARCERATED RECEIVE A SUM OF MONEY, FOR THE PAIN AND SUFFERING WE HAD TO ENDURE HERE IN THIS JAIL.

THANK YOU FOR YOUR TIME,

SINCERELY,

JULIUS ISAAC SANTACRUZ
BOOKING # FN: 1916685.

**FILED**
DEC 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Julius Santacruz
Booking # 1910685
Loc/Cel: N-BLOCK CELL 109

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
29 NOV 2025 PM 3 L



Clerk of the Court
United States District Court
Northern District of California

280 South 1st Street

San Jose, CA 95113

95113-300299