(Hernandez V. County of Monterey)
CASE # (No. 5:13-CV-02354-BLF)

I would like to be intersted.
in the money included in the
settlement.

If Release I will contact
the office so you can send
me the cash to my new
adress.

1784 truckeway
Salinas CA, 93906

Leonardo Jaurgui

FILED
DEC 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

