Hernandez vs Monterey county Jail
(No. 5:13-cv-02354-BLF)

Nov-20-2025

Hello, My name is Angel Lopez, I am currently incarcerated at the Monterey county Jail, I was also here back in 2023, I am interested in the settlement from the "Hernandez vs The Monterey county Jail"

I propose option 1 and for the money from the settlement to be shared among the inmates from the jail, because we are the ones that have had to suffer these unjust actions from the jail and its bad medical staff. Among other things that I think the jail is doing super wrong. So they do not provide us with hygiene, if we have money sent in we must buy our own, that among other things.

Again I propose option 1 and that the funds get divided among the inmates that have been suffering these injustices here at the jail

I hope this letter helps with the settlement

My name is Angel Lopez
#2503944

Att. A. Lopez

FILED
DEC 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA