November 25, 2025

Hernandez V. County of monterey
No. 5:13-CV-02354-BLF

I Brayan Miguel Gutierrez, Do Believe this settlement is fair. I myself have Been subjected to poor medical care during my time from November 12th, 2025 to December 31st, 2025 a medical Request and It took 7 day to get seen therefore I agree with option 1 that has Been Proposed by the courts.

Sincerly
Brayan M. Gutierrez

**FILED**
DEC 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Braylon M. Gutierrez
Booking # 2508050
Loc/Cel: Y 202
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
29 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 1st Street
San Jose, CA 95113

95113-300269