November 24, 2025

Hernandez v. County of Monterey
No. 5:13-cv-02354-BLF

I Fernando Vasquez, do believe this settlement is fair. I myself have been subjected to poor medical care during my time from October 3, 2025 to December 30, 2025 as I have filed many sick call slips for my pain and injuries I recieved while incarcerated and was never seen by medical to adress my sick call slips, and I also filed a greivance to be seen and have ended up with the same result. Therefore I agree with option 1 that has been proposed by the courts.

Sincerly,

Fernando Vasquez

FILED
DEC 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Fernando J Vasquez
Booking # 2500996
Loc/Cel: Y-202
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
29 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 1st Street
San Jose, CA 95113