11-24-2025

Hernandez V. County of Monterey
No. 5:13-CV-02354-BLF

I Alfredo R Gallegos do believe this settlement is fair. I myself have been subject to poor medical care during the time I have been incarcerated in 2024 and 2025, therefor I Agree with option 1 that has been proposed by the Courts.

Sincerly, Alfredo Gallegos

Home Address

605 Hartnell Street Salinas CA 93901 Apt # F

Name: Alfredo Gallegos
Booking # 2506061
Loc/Cel: Y-111

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
29 NOV 2025 PM 4 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300837