Hernandez v. County of Monterey

No. 5:13-cv-02354-BLF

This letter is regards to California Forensic Medical Group, Inc. being found in contempt for disobeying court orders about medical, mental health, and dental care at the Monterey County Jail. I am currently incarcerated at said facility and I have been at the jail for over two years on saperate occations since 2016. I belive the proposel settlement of $2,470,000 is fair and concerning the two options the court is considering as to what or how the money can be used, I perfer option 1 that money should be given to people who were incarcerated at the jail between May 27, 2016 and December 31, 2025. Thank you for your time in this matter.

Mailing Address:

Lalo Oscar Lemus Dominguez
160 D Espinosa Rd,
Salinas, CA 93907

11/13/2025

FILED
DEC 08 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Lalo Oscar Lemus Dominguez
Booking #: 250 8025
Loc/Cel: N-106

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
25 NOV 2025 PM 1 L

Clerk of The Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-231080