Nov. 11, 2025

(Hernandez V. County of Monterey)
Case # (No. 5:13-CV-02354-BLF)

My name is Julio Armendariz
(D.O.B) 12-23-1990, My Inmate #2507178,
I am currently incarcerated at the Monterey
County Jail. I have been Incarcerated here
at this facility numerous FILEDs since
May 27, 2016,

FILED

DEC 08 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In September 2023, the _____ the
jails health care provider California forensic
medical group. Inc ("CFMG") in contempt
for disobeying Court orders about medical,
mental health, and dental care." Which I agree on"
for Lack of medical attention, I think that this
Settlement is fair, but I insist that this
settlement should be reinburst or consider to
be spread out as ("option 1") which consist of the
money would be given to the people who were
incarcerated at the Jail between May 27, 2016
and Dec 31, 2025. The amount of money each
person gets might depend on the number of people
who apply for the money and the amount of time
each person was at the Jail

So I do believe it's a fair settlement
and I prefer "option 1" This is dated,
Tuesday Nov 11, 2025. Thank you very
much for your assistance, have a blessing
Day
        Respectfully  Julio G
                              Nov. 11, 2025

Name: Julio Armendariz

Booking # 25071718

Loc/Cel: M-118

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

9513-3002199

SAN JOSE CA 950

29 NOV 2025 PM 3 L

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113