Hernandez V. County of Monterey       Nov. 12 2025
Case # (No. 5:13-cv-02354-BLF)

My name is Troyshawn Joseph (D.O.B) 01-18-1991
Inmate # 2502216

I am currently in Jail at the Monterey County
Jail. I've been incarcerated here in this Facility
a Few times since May 27. 2016.

In September, 2023. The court found the Jails
health care provider, California Forensic medical
group, inc ("CFMG") In contempt for disobeying court
Orders about medical, Mental health and dental care
Which I agree on for lack of medical attention. I
think that this settlement should be given to the
people, or at least considered like in (option 1) which
consist of given the money to the people who were
incarcerated here at the Jail between the time of
May 27, 2016 and Dec 31, 2025. The amount of
money each person might get depends on the number
of people who apply for the money and the amount
of time each person spent at the Jail during this
time.
        So I do belive this is a Fair settlement
and I preFer (option 1) the date this letter
is writen on is Nov. 12. 2025 Thank you
and God Bless.

FILED

DEC 08 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Troyshawn Joseph
Booking # 2502216
Loc/Cel: M - 203

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



quadient
FIRST-CLASS MAIL
IMI
$000.74 ⁰
11/25/2025  ZIP 93901
043M32207072

US POSTAGE

Clerk of the Court United State District court
Northern District of California
290 South 1st Street
San Jose, CA 95113

95113$2706 C060    ⅰⅰ·ｌⅰⅰⅰ·ｌ·ⅰ·ⅰ·ⅰⅰⅰ·ⅰⅰ·ⅰⅰ·ⅰⅰⅰⅰⅰ·ⅰⅰ·ⅰⅰⅰ·ⅰ·ⅰ·ⅰ·ⅰⅰⅰ·ⅰ·ⅰ·ⅰⅰⅰ·ⅰ·ⅰ·ⅰ·ⅰⅰⅰ·ⅰⅰ