Hernandez V. Country of Monterey

NO 5:13-CV-02354-BLF

This is in regards to the Hernandez trial I was incarcerated between 2019 and December 31 2025 I'm voting for option 1 Please send my check to

1168 Olympia AV Apt B
Seaside   CA 93955

Irving Antonio Flores Portillo

FN 2300704

FILED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Irving Antonio Flores Portillo
FN: 2500704
Housing Unit: C-Dorm

880 Oklahoma Ave
San Luis Obispo, CA 93405

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose Ca 95113

RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Case 5:13-cv-02354-BLF   Document 1243   Filed 12/09/25   Page 3 of 3




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022