Hernandez vs County of Monterey
Case # 5:13-cv-02354-BLF          11/24/25

To honorable Judge,

My name is Noemi Cindy Sanchez. I was in Monterey County Jail in 2024, 2025, I feel that option #1 would be best to choose from for all the inmates who suffered in this. You can contact me on my email noemisanchez9390555@gmail.com or reach me at (951) 534-2253 ~~(951) 534-2253~~
(951) 534-2253

Thank you for your time

*Noemi Sanchez*

**FILED**
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Noemi C Sanchez
62 Boronda Rd
Salinas CA 93907

SAN JOSE CA 950
3 DEC 2025 PM 4

US POSTAGE (IMI) PITNEY BOWES
ZIP 93901
02 7H
0006216002
$ 000.74⁰
DEC 01 2025

RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

95113-309599

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113