Hernandez vs County of Monterey
Case # 5:13-cv-02354-BLF

11/24/25

To honorable judge,

My name is Cynthia Gonzales I was in Monterey County jail in June 2024, Nov 2024 and Aug 2025 I feel that Option #1 would be best to choose from for all the inmates who suffered in this you can contact me on my email gonzalescynthia7@gmail.com or im able to be reached at 7602243388 thank you for your time.

*Cynthia Gonzales*

FILED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cynthia Gonzales
165 Clay St
Salinas CA 93901

RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

SAN JOSE CA 950
3 DEC 2025 PM
FIRST-CLASS
US POSTAGE (IM) PITNEY BOWES
ZIP 93901
02 7H
0006216002
$ 000.74
DEC 01 2025

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

95113-309599

