Hernandez V Monterey County
Case # No. 5:13-CV-02354-BLF
11-26-25

To whom this may concern,

My name is Samantha Brents but at the time of incarserations I was under my maiden name of Tomasini. I was in Monterey County from August 2016 to October 25th 2016, then I went to prison. My next incarseration was from ~~April~~ May 2019 - March 20th 2019. Then again from Jan 20th to May 3rd 2022.

I can be reached at temporialy at 831-422-6226

or

18876 Eisenhower St
Salinas, CA 93906

I'm interested in option #1
Thank you.

My DOB is 11/01/1989

FILED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cynthia Gonzales
165 Clay St
Salinas CA 93901

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113

RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

SAN JOSE CA 950
3 DEC 2025 PM

US POSTAGE IMI PITNEY BOWES
ZIP 93901
02 7H
0006216002
$ 000.74⁰
DEC 01 2025