11-26-25

Cynthia Venegas

234 Borzini Cir

Greenfield, CA 93927

cindyvenegas43@gmail.com / (831) 578-6334

**FILED**

**DEC 09 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 28, 2025

Clerk of the Court

United States District Court

Northern District of California

280 South 1st Street

San Jose, CA 95113

Re: Hernandez v. County of Monterey (Case No. 5:13-cv-02354-BLF)

Objection/Comment on Proposed Settlement

To the Honorable Court,

I am writing in response to the Notice of Proposed Settlement regarding conditions and medical care at the Monterey County Jail. My loved one, my daughter, DOB 7/20/87 Elisa Marie Sanchez died while in the custody of this facility, and I am submitting this letter to express my concerns, my objection, and the deep harm caused by the failures of the Jail and its medical provider, CFMG.

My daughter was incarcerated at the Monterey County Jail and did not receive the medical care, attention, or protection that she urgently needed. The negligence and lack of timely medical intervention directly contributed to her death. No parent should ever have to learn that their child died in a place where the county and its contracted medical provider were legally obligated to keep them safe.

The loss of my daughter has changed my life forever. She was a human being, not an inmate number, and she deserved adequate medical care, dignity, and a chance to live. The failures

described by the Court in finding CFMG in contempt mirror exactly what my family experienced firsthand.

Because of this, I respectfully ask the Court to consider:

1. That any settlement must truly reflect the seriousness of the harm caused, especially to families like mine who suffered the ultimate loss.
2. That the Court ensure stronger, enforceable oversight and accountability to prevent these tragedies from continuing.
3. That the voices of families who lost loved ones be acknowledged, not treated as an afterthought.

Regarding the two options presented for use of settlement funds, I believe that no amount of money can ever make up for the loss of my daughter. However, I strongly feel that the Jail's systemic failures harmed real people, and those harmed, including families of those who died, should be directly recognized. At the same time, I support funding community-based programs that meaningfully protect incarcerated individuals from further harm.

Thank you for allowing me the opportunity to speak on behalf of my daughter, Elisa Marie Sanchez. I hope that this Court's decision leads to meaningful change so no other family has to go through what we did.

Respectfully,

Cynthia Venegas

Cynthia Vargas
234 Borzini Circle
Greenfield Ca 93927

1 DEC 2025 AM 5

RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the Court.
United States District Court.
Northern District of California
280 South 1st Street
San Jose Ca 95113

95113-309599