Hernandez vs. County of Monterey
(Case # 5:13-CV-02354-BLF)

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

I Lizet Jacinta Martinez vote for Option 1. on this settlement case. I was incarcerated Jan 10, 2024 – Dec. 25, 2024 also 2020 for my addiction/disease alcohol. I am currently at a Rehabilitation Center in Salinas, CA Door too Hope 165 Clay St, Salinas, CA 93901. I have been sober 10 months now and want my future to be bright and life back. I would appreciate the help.
D.O.B/ 7/29/1990
Vote: Option #1

Lizet Jacinta Martinez

FILED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lizet Martinez
165 Clay St.
Salinas, CA 93901

SAN JOSE CA 950
3 DEC 2025 PM 4
FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 93901
02 7H
0006216002

$ 000.74⁰
DEC 01 2025

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

95113-309599