Hernandez vs County of Monterey
Case # 5:13-CV-02334-BLF

Inmate: JONATHAN CONRAD DUENAS
Booking # FN: 2502273
DOB: 03/23/1999
Monterey County Jail. 1410 Natividad RD
Salinas, Ca 93906

To Whom It May Concern,

In Response to your notice, I choose Option 1. To have The Money be paid To Current and Former inmates. I feel The Settlement is Fair. I Appreciate Something being done.

Thank you,

JONATHAN DUENAS
Booking # FN2507658

Address:

1454 FALCON. DR
SALINAS, CA 93905
# 831-262-5287
Email: AFLORES4JD@YAHOO.COM

FILED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Jonathan Conrad Duenas
Booking # 2502273
Loc/Cel: A. DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906


SAN JOSE CA 950
3 DEC 2025 PM 1 L
1775



RECEIVED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

District Court
Northern District of
California 280 South 1st
Street, San Jose CA. 95113

LEGAL MAIL

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items