Hernandez V. County of Monterey
No: 5:13-CV 02354-BLF

To: Clerk of Courts

Dear Sir or Madam:

I am writing to express my opinion that the court exercise option I in the above entitled case. The damages awarded should be given to those that have suffered in the Monterey County Jail between 2016-2025.

I anxiously await the courts ruling on this matter. I trust that they will do the right thing and award the monetary damages to the incarcerated peoples affected by the horrid conditions <u>still</u> present at the Monterey County Jail.

Sincerely,
Fred Pierce
2501778
P.O. Box 876 Castroville, CA 95012

FILED
DEC 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Frederick Pinz<br>
Booking # FN2501778<br>
Loc/Cel: Z102

Monterey County Jail<br>
1410 Natividad Road<br>
Salinas, CA 93906



SAN JOSE CA 950

3 DEC 2025 PM 1 L

**RECEIVED**

**DEC 09 2025**

CLERK, U.S. DISTRICT COURT<br>
NORTH DISTRICT OF CALIFORNIA<br>
SAN JOSE OFFICE

United States District Court<br>
Northern District of California<br>
280 South 1st Street<br>
San Jose, California 95113

AMICUS Brief

95113-309599

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

*refer to unauthorized items



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT   © USPS 2019