CASE NAME: (HERNANDEZ v. COUNTY OF MONTEREY)
CASE NUMBER: NO. 5:13-cv-02354 BLF)

MY NAME IS Jorge Pineda MORALES
I WAS IN JAIL AT THE TIME MAY 27, 2016
AND DECEMBER 31, 2025

Option, 1

Please write me asap. A HERE IS
MY Home Address in case im not here

1553 BOYLE CT
Salinas CA 93906

FILED

DEC 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Jorge P. Morales

Booking # 2508375

Loc/Cel: B. DoRm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

**RECEIVED**

**DEC 09 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

quadient

FIRST-CLASS MAIL
IMI
$000.74
12/04/2025  ZIP 93901
043M32207072

US POSTAGE

Clerk of the court united states District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113@3002 c060

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items