Hernandez v County of Monterey
Monterey County Jail: CFMG Contempt Fines
case number: (No. 5:13-cv-02354 BLF)
Hearing: 9:00am January 15, 2026

FILED
DEC 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Court and to whom it may concern,
I am currently incarcerated and was also incarcerated between the dates May 27, 2016 & December 31, 2025. During my stay i experienced what i believe to be medical malpractice on behalf of the MCJ Mental health System. I am diagnosed with Major Depression with Psychotic symptoms (auditory hallucinations, Suicidal ideations, Delusions and anxiety disorders) Mostly due to childhood Sexual and physical Abuse due to child sexual and physical abuse and worsened by the Care of the Psychiatric Medical care of MCJ. My medication regiment was changed to lower doses and i wasnt able to recieve my medications for weeks at the start of my incarceration causing me too become Suicidal and Worsening my symptoms. When i would file a Mental Health request on the tablet it would be up to three to four weeks to see psychatrist who was no relief and also offering no personalized treatment. Also just to be told to take medications that would cause me have negative reactions and then having to wait weeks to see dr. to change to another medication. I wasnt told the negative side-effects resulting in permanent twitching in my face and Body also

while i was experiencing Overwhelmingly and Severe Negative Symptoms of Hallucinations and Suicidal ideations, should of been hospitalized. Instead i was put into a roughly 6 by 9 cell Naked with a security blanket freezing alone with no psychiatric treatment for 3 days. I was also on anti-opioid medication by the name of By name of Subutex or Buprenorphine. But was denied it because i didnt have an active prescription by only a few weeks. The doctor by the name of Dr Reb Close even advocated for me and was denied. leading to a relapse on release and a Overdose in which i expired for 8 minutes needing 5 Narcan and hospitalization. Before being incarcerated in the McJ facility I suffered only psychosis, depression and moderate anxiety. After i have permanent Major Depressive disorder with permanent psychotic symptoms needing fairly expensive treatment involving Constant Medicated psychiatric care, Therapists and specialized Medication I cannot afford. I can no longer Hold a Job or Concentrate on a better education and have become indigent. I have lost family, friends, Employment oppurtunities, Educational and overall quality of life that every human is afforded in this Country. I am left with little hope of Fruitful future i dreamed for by me and my family.

continued on page 2.

I am pleading for the assistance that would be the required beneficial financial award for the proposed settlement. I chose option one because it is only fair in the down right disregard for incarcerated persons with mental disorders. People with disabilities both physical and psychological disorders, hearing impaired, elderly who require assistance are housed together with violent sex offenders. I am greatly distraught with the inhumane treatment I recieved in the McJ system. I humbly ask for financial assistance to pay for medical, housing and basic life requirements for daily living with my Conditions. Thank you for your consideration and timely response.

— Joshua Michael Adauto
McJ inmate # 2507447

Ways to reach me

My Email: AdautoJoshua1@Gmail.com
Psychiatrist Dr. Johal Behavioral health Salinas
Substance disorder Doctor: Reb Close M.D. 831-200-1936
Case worker: Sinea Sanchez Behavioral health Salinas
Probation officer: Ana Yoneda Salinas Adult probation
Interim Inc. Trozski and Jesse shaw 831-800-7530 ext 461
Monterey County Jail Salinas California E-dorm Mat Program.

