Hernandez V. County of Monterey
No. 5:13- CV 02354 - BLF

To:

Clerk of Courts
United States District Court
Northern District of California

Dear Sir or Madam;

I would like to express my opinion to
the court to EXERCISE OPTION 1
CONCERNING DAMAGES IN HERNANDEZ V.
MONTEREY COUNTY. DAMAGES SHOULD BE
AWARDED TO THOSE DIRECTLY AFFECTED
BY THE APPALLING CONDITIONS WHEN
ENCARCERATED IN THE MONTEREY COUNTY
JAIL, ESPECIALLY BETWEEN 2016 - 2025

PLAINLY: I EMPLORE THE COURT TO

EXERCISE   OPTION ①

Thank You for your time

Joseph Onteverio

2505 285
8-104
Resident of Monterey Co.

FILED

DEC 1 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

