HERNANDEZ V.
COUNTY OF MONTEREY
CASE # 5:13-CV 02354-BLF

YOUR HONOR MY NAME IS JOHN LLOYD OSBORNE IV I HAVE BEEN INCARCERATED AT MONTEREY COUNTY JAIL MEDICAL UNIT A-DORM SINCE 8-4-2022 TO CURRENT. I AM HERE TO VERIFY THAT MOST OF THE MEDICAL STAFF HERE AT MONTEREY COUNTY JAIL HAVE NOT PROVIDED GOOD HEALTH CARE FOR THE PRISONERS
I VOTE FOR OPTION 1.

PLEASE SEND MY CHECK TO
JOHN L. OSBORNE
407 W. IOWA AVE
APT # 306
SUNNY VALE CALIFORNIA
94086

FILED
DEC 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THANK YOU VERY MUCH!!
MAY GOD CONTINUE TO BLESS AMERICA AND THE COURT SYSTEM

MOST SINCERELY
*John Lloyd Osborne IV*
JOHN LLOYD OSBORNE
11-22-2025

Name: J.L. OSBORNE
Booking # 22059981
Loc/Cel: A-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

LEGAL MAIL

SAN JOSE CA 950
28 NOV 2025 PM 3 L

CLERK, UNITED STATES
DISTRICT COURT OF NORTHERN CALIFORNIA
280 South 1st STREET
SAN JOSE, CALIFORNIA
95113

95113-300299