November 24, 2025

Hernandez v. County of Monterey
No. 5:13-CV-02354-BLF

FILED
DEC 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Valentin Vasquez, do believe this Settlement is fair. I myself been subjected to poor medical care during this time and previouly times incarcerated. I currently dealing with a situation where they have me on hold to see the Optometrist and its been 5 months, therefor, I do agree with Option 1 that has been proposed by the Court.

Sincerly, Valentin Vasquez
Santana
Valentin Vasquez s

Name: Valentin Vasquez Santana
Booking # 2507574
Loc/Cel: Y 215
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
28 NOV 2025 PM 3 L



Clerk of Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299