11/22/2025

Hernandez V. County of Monterey case #: NO. 5:13-CV-02354-BLF

Claims Administrator - CMFG settlement Hernandez V. County of Monterey
Subject: Verification of Eligibility and Health-Related impact for CMFG settlement

**FILED**
DEC 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern,

I am writting to confirm my elegibility for the CMFG settlement related to Hernandez V. County of Monterey and to provide additional detail regarding the Health-care conditions and concerns I experienced during my incarceration.

I verify that I was incarcerated in Monterey county facilities during the years 2016 through 2025, which falls within the settlement's class period. During my time in custody, I personally encountered the types of medical and mental-health issues that were central to the Hernandez lawsuit.

• Medical care concerns: Delays in receiving medical evaluations after submitting sick-calls slips or reporting symptoms. Long waiting periods for follow up appointments even when symptoms persisted or worsened. Inconsistent access to prescribed medications including delays, missed doses, or changes without explanation.

• Housing, safety, and health conditions: living conditions that at times affected health, such as overcrowed housing, Booking Tank overcrowed, sanitation issues, or limited access to hygiene items.

• Environmental factors: including exposure to individuals with untreated medical or mental health needs which contributed to stress and health risks.

These issues align with the systemic concerns raised in the Hernandez settlement regarding the adequacy of medical and mental-health care provided within Monterey county's correctional facilities. Based on my incarceration history and the health-related impacts I experienced, I respectfully

request that my claim be accepted and processed with option #1: The money would be giving to people who were incarcerated at the jail between May 27, 2016 and December 31, 2025. Please let me know if you required any further information, additional documentation, or verification.

My home address is 1381 Circle Ave, Seaside CA 93955

My phone numbers where you can reach out to me are (831) 915-7002 or (831) 383-6941 Email: majco831@yahoo.com

Thank you! For your time and consideration.

-Sincerely, Mayco Arango Guzman

Mayco Arango

Name: MAYCO ARRANED GUZMAN
Booking # 2506619
Loc/Cel: L-Block /cell 115
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
28 NOV 2025 PM 3 L

Clerk of the court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-300299

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

*refer to unauthorized items

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT        © USPS 2019