MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF BEN HATTEM IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT**<br><br>Judge: Beth Labson Freeman<br><br>Date: Jan. 15, 2026<br>Time: 9:00 a.m.<br>Crtrm.: 1 |

I, Ben Hattem, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' and CFMG's Joint Motion for Final Approval of CFMG Civil Contempt Liability Settlement.

2. On June 11, 2025, I emailed Allison Becker, counsel for Defendant California Forensic Medical Group, Inc. ("CFMG"), stating Plaintiffs' view that CFMG was subject to civil contempt fines under the Court's September 2023 contempt order based on the medical, mental health, and dental monitoring reports filed with the Court at docket numbers 952, 957, and 969-1. I requested in my email that CFMG stipulate to civil contempt fines for those reports to avoid litigation of an order to show cause.

3. Following a series of email conferrals between the parties, I and my colleague Van Swearingen met with counsel for CFMG on July 15, 2025, to discuss a global settlement of CFMG's civil contempt liability through the anticipated end of CFMG's contract at the Jail on December 31, 2025. Plaintiffs provided a written settlement proposal to CFMG on July 14, 2025, and CFMG provided a responsive written settlement proposal to Plaintiffs on July 17, 2025.

4. On July 18, 2025, I and other members of Plaintiffs' counsel participated in a mediation session with CFMG's counsel to discuss this global settlement. The mediation session was facilitated by Magistrate Judge Nathanael Cousins. During this mediation session, the parties reached an agreement on a total payment by CFMG of $2,470,000 to resolve its civil contempt liability for care provided at the Jail through December 31, 2025.

5. Following the Court's approval of Plaintiffs' proposed class notice plan on October 31, 2025, the parties were able to execute all aspects of the notice plan.

6. Plaintiffs prepared a Spanish translation of the notice of proposed settlement

and provided both the English and Spanish notices to counsel for the County of Monterey on November 3, 2025.  County counsel informed Plaintiffs' counsel that the English and Spanish notices were posted in all housing units in the Jail and the re-entry center operated by the Monterey County Sheriff's Office starting on November 4, 2025.  The notice was also sent to all people incarcerated at the Jail via the Jail's tablet system on that date.  County counsel informed Plaintiffs' counsel that the notice was additionally posted at the Salinas and Monterey offices of the Monterey County Probation Department starting on November 7 and 8, 2025.

7. Plaintiffs' counsel communicated with the organizations identified in the proposed class notice plan and with additional organizations in Monterey County that serve formerly incarcerated people to request that they provide notice of the proposed settlement as well.  Plaintiffs' counsel sent the English and Spanish notices to each of these organizations.  The following thirteen organizations agreed to assist with providing notice to the Settlement Class:

- Access Support Network of Monterey County
- Dorothy's Place – Salinas
- Helping Empower Reentry Services (HERS)
- I-HELP Monterey Bay
- Pacific Rehabilitation and Pain Clinic
- Project Rebound at California State University Monterey Bay
- Sun Street Centers
- The Bridge Restoration Ministry
- The Boys & Girls Clubs of Monterey County
- The Village Project – Seaside
- Transformative Justice Center
- Valley Health Associates
- Veterans Transition Center

I declare under penalty of perjury under the laws of the United States of America

1 | that the foregoing is true and correct, and that this declaration is executed at San Francisco,
2 | California this 18th day of December, 2025.

3

4 |        /s/ Ben Hattem
       Ben Hattem

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4794641.1]

3

Case No. 5:13-cv-02354-BLF

DECLARATION OF BEN HATTEM IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT