MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF SCOTT M. FENWICK IN CONNECTION WITH JOINT MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT**<br><br>Judge: Beth Labson Freeman |

I, Scott M. Fenwick, hereby declare:

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"), the designated settlement administrator in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working with me and/or under my general supervision. This declaration is being filed in connection with the Joint Motion for Final Approval of CFMG Civil Contempt Liability Settlement.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities, labor and employment, consumer and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3. Kroll is prepared to provide a full complement of notification and claims administration services in connection with the *Proposed Settlement of CFMG Civil Contempt Liability* (the "Settlement Agreement") entered into in this action, including dissemination of notice and claims forms by mail (as requested), publication/media, and through the use of a settlement website to be created in connection with this matter.

4. It is Kroll's understanding that it will be provided with a Settlement Class list pursuant to the Settlement Agreement, which will contain a combination of names, days incarcerated, and other data elements pertinent to the administration of the settlement.

5. Based on Kroll's current understanding of the Settlement Class List size and requested claims administration services, estimated notice and administration fees are approximately $112,094 for fees, costs and other expenses incurred pursuant to the Settlement Agreement. The current estimate is subject to change depending on factors such as the actual Settlement Class List size, and/or any administration services scope change not currently under consideration.

**Notice by Mail**

6. Kroll will work with Plaintiffs' counsel and to format the notice and claim form for mailing when requested. The notice will also be translated and available in Spanish.

**Print Publication**

7. The summary notice will be published once as an approximate half-page ad unit in *Prison Legal News.*

8. *Prison Legal News* is a monthly magazine from the Human Rights Defense Center that reports on criminal justice issues and prison- and jail-related civil litigation.

9. The summary notice will also be published as approximate quarter- or third-page ad units in the *Carmel Pine Cone, Monterey County Herald, Monterey County Weekly, Salinas Californian, and Salinas Valley Tribune*.

**Online Media Campaign**

10. Kroll will implement an online media campaign consisting of display banner, paid search, and social media advertisements over a period of thirty (30) days.

11. Display banner ads will be targeted to men 25-64 years old in Monterey County, California. A portion of the ads will be targeted specifically to African American and Hispanic audiences. Additional ads will be targeted broadly to adults eighteen (18) years of age or older in California with lower household incomes, as well as appear alongside content or websites related to local news and information.

12. Social media ads will appear on Facebook and Instagram users' Newsfeeds.[1] Ads will be targeted to men 25-64 years old in Monterey County, California, as well as broadly to adults 18 years of age or older in California. Impressions will also be targeted to people on Facebook and Instagram who have liked, followed or interacted with relevant pages, accounts, and/or groups, including Monterey County Sheriff's Office, Monterey County District Attorney's Office, CalMatters.org, Salinas News & Community Events, Soledad crime and Community News, La Tricolor 99.5 FM, Salinas Neighborhood Watch, and others.

---

[1] Newsfeeds are where Facebook and Instagram users look for information about friends, family, news and brand information.

13. Keyword search advertising will be used to display advertisements to users in their Google Search results. When a user conducts a search for content relevant to the litigation, such as "Monterey county jail condition," "Monterey county inmate search," "Monterey county booking," "Monterey county misdemeanor," among other similar terms, a sponsored ad link may appear, which will provide brief information about the litigation and direct users to the settlement website.

14. All digital media advertising will include relevant information for the user to self-identify. If the user clicks on the banner or social media ad, an embedded link takes them to the settlement website where they can learn more about the settlement relief.

15. Ads will appear in both English and Spanish.

16. In total, more than 3 million impressions will be served via the online media campaign.

**Press Release**

17. A press release will be distributed over Cision PR Newswire's California Newsline as well as the California Hispanic Newsline. Kroll intends to monitor the media for news mentions resulting from the press release and will provide a final report to the Court on the results at the conclusion of the notice plan.

18. The press release will be distributed in both English and Spanish.

**Settlement Website**

19. Kroll will work with Plaintiffs' counsel to create a dedicated settlement website. The settlement website URL will be determined and approved by counsel. The settlement website will contain a summary of the settlement, will allow Settlement Class members to contact the administrator with any questions or changes of address and provide notice of important dates such as the claim deadline. The settlement website will also contain downloadable copies of relevant documents including the Settlement Agreement, the notice (in English and Spanish), claim form, and any other materials agreed upon by counsel for the parties and/or required by the Court. Kroll will maintain the settlement website for nine months.

**Toll-Free Telephone Number**

20. Kroll will also establish a toll-free telephone number for the settlement. The toll-free telephone number will allow members of the Settlement Class to call and obtain information about

the settlement through an Interactive Voice Response system and a live operator option. Settlement Class members may also request copies of the notice and claim form, as well as the Settlement Agreement.

### Post Office Box

21. Kroll will designate a post office box with the mailing address *Hernandez v CFMG Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box <<####>>, New York, NY 10150-####, in order to receive claim forms and correspondence from Settlement Class members.

### Data Use Limitation

22. Kroll will solely use Settlement Class member data for notice and settlement administration, award calculations, and issuing settlement payments to claimants.

### Technical Controls, Data Security

23. Kroll is an industry leader in data security. Kroll is CCPA, HIPAA, and GDPR compliant and maintains numerous industry certifications related to data security, including SOC2 and ISO 2700 certification. Kroll has technical, physical, and procedural protocols and safeguards in place to ensure the security and privacy of the Settlement Class member data. These include standards related to data retention and document destruction; fully redundant environmental systems and redundant storage; regular audits; and documented plans for both incident and crisis response, including breach protocols and physical controls. Kroll's information security program includes vulnerability management, compliance, security monitoring and security engineering supported by a team of information security professionals, including a Chief Information Security Officer and Chief Privacy Officer.

### Business/Liability Insurance

24. Kroll maintains standard business insurance, including professional liability insurance, cyber insurance, and crime insurance.

### Administrative and Ethical policies

25. Kroll has employee administrative and ethical policies that all employees are required to follow. These include, but are not limited to:

- Pre-hire background checks;

- Controls for accessing systems, data and applications, along with processes for assigning access;
- Annual Code of Ethics training and certification;
- Annual Information Security training and certification; and
- HIPAA training for all staff.

### Crisis and Risk Management

26. Kroll has defined and tested incident response and disaster recovery plans that it employs across the organization. Should an incident occur, Kroll will take immediate action, which will include notification to clients and claimants of the incident consistent with privacy laws and regulations or as otherwise provided in any contractual agreements with its clients. Kroll also has detailed vendor on-boarding and management policies.

### Physical Access Controls

27. Security keycard access is required to enter Kroll's facilities. Additionally, keycard access is required for employees to use the facility elevators and to enter Kroll's office spaces.

### Data Collection, Retention and Destruction

28. Kroll only requires the collection of data necessary to effectively administer the settlement. If personally identifiable information ("PII") (e.g., Social Security Numbers, account information, dates of birth, etc.) are not necessary for administration, Kroll will not request such PII. Kroll does not and will not share the Settlement Class member data with third parties unless authorized or directed to do so by counsel for the Parties or the Court. Internally, access to data is limited to only those employees working on the particular matter. In addition, Kroll has standard practices for data retention and destruction. However, to the extent there are data retention and destruction requirements specific to the settlement that differ from Kroll's standard policies, Kroll will follow the settlement guidelines.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on December 18, 2025, in Inver Grove Heights, Minnesota.

SCOTT M. FENWICK