Hernandez v. County of Monterey
NO. 5:13-CV-02354-BLF

**FILED**
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Taylor Johnson
IP# 2508826
1/20/25 - present

Select option #1

Contact information
916-370-9402
224 Cypress Ave #8
Marina, CA 95833

Various Complaints:

Sexual Assault
Abuse
Health Grievances
Discrimination
Neglect

X [signature]

From:
Taylor Johnson
Booking # 2508826
Loc/Cel: V Pod
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

US POSTAGE
FIRST-CLASS MAIL
$000.74
12/18/2025 ZIP 93901
043M322007009

SAN JOSE CA 950
18 DEC 2025 PM 3 L

RECEIVED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To:
Clerk of the Court
United States District Court
Northern District of CA
280 S. 1st St
San Jose, CA 95113