Hernandez V. County of Monterey    11/26/25
Notice for Proposed settlement,
Case # 5:13-cv-02354-BLF,
  I Italia Lizeht Tellez Salgado, have been incarcerated at Monterey County Jail since July 26, 2025. I will be released January 26, 2026. Medical & the Mental Health department are aware with my intense insomnia and Medical & Mental health background & failed to assit and treat my Mental health behavior, & treatment.

  I Italia Lizeht Tellez Salgado, agree & Approve with the lawsuit about conditions against the California forensic Medical group in Monterey County Jail. The Court should considerd option one. The Money should be given to the people who were incarcerated at Jail between May 27, 2016 and December 31, 2025.

*[signature: Italia Salgado]*

**FILED**
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Contact # 831-319-1011
Mailing Address: 2030 Pajaro LN Apt 1314 Freedom CA 95019

Name: Italia Tellez Salgado
Booking # 250577
Loc/Cel: SPOD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



**RECEIVED**
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
280 South 1st San Jose, CA 95113