I Mike Grewell was remanded in court November 14th 2025.

Hernandez vs. County of Monterey

(No. 5:13-cv-02354-BLF)

I have been incarcerated in the monterey county jail at least a total of over a year since 2016 on several different cases. I have had several medical conditions Infections and sicknesses while in this jail. It always takes way longer than it should to be seen. However the health care now in my opinion is 100% better now, but in the past it was not functional at all in my opinion, and it seemed almost predjudice in my opinion, or just lack of compassion and care. I was unaware of this suit and I just learned of this now that I was Issued reading glasses. up until now I've been basically blind, and couldnt even navigate my tablet. Thank you

Mike Grewell

Name: Michael Ronald Grawell
Booking # FN2508247
Loc/Cel: A Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

**RECEIVED**
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(No. 5:13-cv-02354-BLF)
Hernandez vs. County of Monterey
Clerk of the Court
United States District Court
Northern District of California
280 S. 1st St.
San Jose, CA.
95113

FIRST-CLASS MAIL
IMI
$000.74
12/15/2025 ZIP 93901
043M32207072
quadient
US POSTAGE