Incarcerated in Monterey Jail since Sept 6th, 2023 for 80 days, currently incarcerated since Nov 24th, 2025.
(No. 5:13-CV-02354-BLF
Hernandez vs. County of Monterey)

Hello, My name is Joseph Chavez, and I have been denied necessary medical treatment numerous times at Monterey County Jail. I was brought into this jail with contacts in and I made the jail staff aware that I cannot sleep with them in my eyes, and that the contacts were only week-long contacts. They did not give me a case or any solution for the contacts for over a day. After a week I filed a request to see an optometrist after my mother was denied to drop off my glasses and they told me that the optometrist would not be available for 3 to 4 months! I have extremely poor eyesight, I cannot drive without my lenses. I do not understand why it would be so bad to have my family drop off my glasses. The jail staff frequently denies my requests or blatantly ignores me.
I vote for option 1.
Thank you.
Joseph Chavez

FILED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Case 5:13-cv-02354-BLF   Document 1261   Filed 12/22/25   Page 2 of 2

Name: Joseph Chavez
Booking # FN 2508407
Loc/Cel: A Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

RECEIVED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Clerk of the Court
United States District Court
Northern District Court of California
280 South 1st Street.
San Jose, CA 95113