Hernandez vs County of Monterey
Case # 5:13-CV-02

Inmate: DANIEL PATRICK FOSTER
Booking # FN2507457
DOB: 8/9/1966
Monterey County Jail 1410 Natividad
Salinas, Ca 93906

FILED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern:

In responce to your notice, I choose option 1, to have the money be paid to current and former inmates. I feel the settlement is fair. I appreciate something being done.

Thank you;

DANIEL PATRICK FOSTER
Booking # FN2507457

address:
2240 DEL MONTE AVE Suite C
Monterey Ca. 93940

FILED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: DANIEL FOSTER
Booking # 2507457
Loc/Cel: A-DORM

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

RECEIVED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



quadient
FIRST-CLASS MAIL
IMI
$000.74
12/15/2025  ZIP 93901
043M32207072
US POSTAGE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose CA 95113