December 21, 2025

Hernandez V. County of Monterey
NO. 5:13-CV-02354-BLF

I Danuelle McDonalds, <u>Do Not Agree</u> with the proposed settlement Amount in the Hernandez V. County of Monterey. Many Individuals have recieved SUBSTANDER Medical Care or none at All, when it was requested. The State of California Currently has a $250 Million Dollar Contract, with WELLPATH. The suggested settlement of $2,470,000. is NOT Acceptable, after 9 years of Litigation. Many people have been affected by the <u>Lack</u> of Medical Services that were provided or were not provided to them while being Incarcerated in The Monterey County Jail from May 27, 2016 thru December 31, 2025.

Sincerely Outraged
Danuelle McDonald
BK # 2508659

FILED
DEC 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Gisela Serrano
Booking #: 2508135
Loc/Cel: T-pod

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

RECEIVED
DEC 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113