DECEMBER 18/2025

HERNANDEZ V. COUNTY OF MONTERREY
NO. 5:13-CV-02354-BLF

YO GILBERTO JACOBO GARCIA, SI CREO QUE ESTE ACUERDO ES JUSTO. YO MISMO HE SIDO OBJETO DE MALA ATENCION MEDICA DURANTE (TIEMPO QUE ESTUVO ENCARCELADO, EJEMPLO DE MALTRATO). POR LO TANTO, ESTOY DE ACUERDO CON LA OPCION 1 QUE HA PROPUESTO EL TRIBUNAL

ATENTAMENTE

(GILBERTO JACOBO GARCIA)



**FILED**

DEC 26 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Name: GILBERTO JACOBO GARCIA
Booking #: FN:2506156
Loc/Cel: V2-204

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

RECEIVED
DEC 26 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE COURT UNITED STATES
DISTRICT COURT NORTHERN DISTRICT
OF CALIFORNIA 280 SOUTH 1ST STREE
SAN JOSE, CA 95113