Hernandez V. County of Monterey
NO. 5:13-CV-02354-BLF

Nov. 19, 2025

I Grisela Romero Serrano, Do not agree with the proposed settlement amount in the Hernandez V. County of Monterey. Many individuals have received substandard medical care or none at ALL, when it was requested. The State of California currently has a $250 million Dollar contract with Wellpath. The suggested settlement of $2,470,000 is not acceptable after years of litigation. Many people have been affected by the LACK of medical services that were not provided while being encarcerated in Monterey County Jail. from May 27, 2016 thru December 31, 2025.

I. Grisela Romero Serrano choose option # 1 so I can receive the monetary money awarded to me.

Grisela Serrano
Monterey County Jail
1410 Natividad Rd.
Salinas, CA 93906.

or

Grisela Serrano
5106 Sunrise St.
Salinas CA 93905

FILED
DEC 26 2025
US DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Name: Grisela Serrano
Booking # 2508135
Loc/Cel: TPOD

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906



**RECEIVED**

DEC 26 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court.
United States District Court
Northern District of California
280 South 1st St.
San Jose CA. 95113.