Name: Travis Eugene Warden
Booking # 2505164
Loc/Cel: N1-114

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
29 DEC 2025 PM 3 L



CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

RECEIVED
DEC 31 2025

Clerk Of The Court
United States District Court
Northern District Of California
280 South 1st Street
San Jose, Ca 95113

95113-300299

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

Hernandez V. County of Monterey
No. 5:13-CV-02354-BLF

This Letter Is In Regards To California Forensic Medical Group, Inc. Being Found In Contempt For Disobeying Court Orders About Medical, Mental Health, And Dental Care At The Monterey County Jail. I Am Currently Incarcerated At Said Facility And I Have Been At The Jail For Over Two Years On Seperate Occasions Since 2016. I Belive The Proposed Settlement Of $2,470,000 Is Fair And Concerning The Two Options The Court Is Considering As To What Or How The Money Can Be Used I prefer Option Number (1) One That The Money Should Be Given To People Who Were Incarcerated At The Jail Between May 27, 2016 And December 31, 2025. Thank you For your Time In This Matter.

Travis Eugene Warden

Mailing Address:

Travis Eugene Warden

271 Alvin Dr. Unit #C
Salinas, Ca 93906