MARCELLO ALVAREZ ID: 2508911              DEC, 30, 2025
CASE NAME (HERNANDEZ V. COUNTY OF MONTEREY)
CASE NUMBER (NO. 5:13-CV-02354-BLF)

I AM AN INMATE INCARCERATED HERE AT
THE MONTEREY COUNTY JAIL BETWEEN MAY 27,
2016 AND DECEMBER 31, 2025  MY NAME IS
MARCELLO ALVAREZ  ID: 2508911, AND THE CLASS
ACT SETTLEMENT WOULD BENEFIT ME, KEEP ME
INFORMED OF ANY CHANGES. OPTION 1

THANK YOU!   MARCELLO ALVAREZ
             ID: 2508911

