HERNANDEZ.V. COUNTY OF MONTEREY NO 5:13-CV-02354-BLF

THIS LETTER IS IN REGARDS TO CALIFORNIA FORENSIC MEDICAL GROUP, INC. BEING FOUND IN COMTEMPT FOR DISOBEYING COURT ORDERS ABOUT MEDICAL, MENTAL HEALTH, AND DENTAL CARE AT THE MONTEREY COUNTY JAIL. I AM CURRENTLY INCARCERATED AT SAID FACILITY AND I HAVE BEEN AT THE JAIL FOR OVER TWO YEARS ON SEPERATE OCCASIONS SINCE 2016. I BELIEVE THE PROPOSED SEATTLEMENT OF 2,470,000 IS FAIR AND CONCERNING THE TWO OPTIONS THE COURT IS CONCERNING AS TO WHAT OR HOW THE MONEY CAN BE USED I PREFER OPTION ONE THAT THE MONEY SHOULD BE GIVEN TO PEOPLE WHO WHERE INCARCERATED AT THE JAIL BETWEEN MAY 27, 2016 AND DECEMBER 31, 2025. THANK YOU FOR YOUR TIME IN THIS MATTER.

— Ramon Romero
11/10/2025

MAILING ADDRESS:

RAMON DE JESUS ROMERO
1923 PALM AVE. LETTER C
SOLEDAD, CA, 93960

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74⁹
01/02/2026 ZIP 93901
043M32207072

RECEIVED
JAN 0 5 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET
SAN JOSE, CA, 95113

Name: RAMON D. ROMERO
Booking # 2506674
Loc/Cel: M1-N119
Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

## Inmate Outgoing Mail

Do not seal envelope.

All mail must include inmate full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items