| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>CAROLINE E. JACKSON – 329980<br>MAYA E. CAMPBELL – 345180<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:          mbien@rbgg.com<br>                     egalvan@rbgg.com<br>                     vswearingen@rbgg.com<br>                     cjackson@rbgg.com<br>                     mcampbell@rbgg.com | AVRAM D. FREY<br>(*admitted pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493<br>Facsimile:    (415) 255-8437<br>Email:          afrey@aclunc.org |

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:   (202) 393-4930
Facsimile:    (202) 393-4931
Email:          ckendrick@aclu.org
                     kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING OF MEDICAL NEUTRAL MONITOR REPORT**<br><br>Judge:   Beth Labson Freeman |

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt. No. 838 at 27, the parties hereby respectfully submit the 20th medical care neutral monitor dental report prepared by Dr. Bruce Barnett (received by the parties on December 31, 2025) (**Exhibit A**). Exhibits included with this report are filed as **Exhibits B-D**.

In accordance with the filing of previous neutral monitor reports subject to this Court's prior orders, Dkt. Nos. 802, 819 & 867, the following information has been redacted:

1. Incarcerated persons' names, dates of birth, and booking numbers, (initials are used to identify deceased class members); and

2. The names of health care staff employed by CFMG/Wellpath, who are directly involved in providing or supervising patient care at the Jail.

DATED: January 9, 2026          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Maya E. Campbell
    Maya E. Campbell

Attorneys for Plaintiffs

DATED: January 9, 2026          GORDON REES SCULLY MANSUKHANI

By: /s/ Allison J. Becker
    Allison J. Becker

Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC.

1  DATED: January 9, 2026          COUNTY COUNSEL, COUNTY OF
2                                                        MONTEREY

3                                                        By:   */s/ Ellen S. Lyons*
4                                                                  Ellen S. Lyons
                                                                   Deputy County Counsel
5
6                                                        Attorneys for Defendants COUNTY OF
                                                         MONTEREY and MONTEREY COUNTY
7                                                        SHERIFF'S OFFICE