# Exhibit C

**Summary**

**Percentage of Compliance of Encounters by Medical Quality Indicator**

| | Medical Quality Indicator | Number of Encounters | Number of Appropriate | Number of Deficient | Percentage Compliance |
|---|---|---|---|---|---|
| 1 | Intake Screening | 16 | 5 | 11 | 31.3% |
| 2 | Access to Care | 24 | 18 | 6 | 75.0% |
| 3 | Chronic Care | 14 | 4 | 10 | 28.6% |
| 4 | Health Care Inventory | 15 | 7 | 8 | 46.7% |
| 5 | Continuity of Care After Release | 13 | 8 | 6 | 57.1% |
| 6 | Outside Medical Care/Referrals | 9 | 6 | 3 | 66.7% |
| 7 | Detoxification/Withdrawal | 8 | 6 | 2 | 75.0% |
| 8 | Tuberculosis & Other Infections | 15 | 14 | 1 | 93.3% |
| 9 | Pharmaceutical Administration | 4 | 3 | 1 | 75.0% |
| | Totals | 118 | 71 | 48 | 59.7% |

| MCJ | Auditor Name: | Audit Review Period: Month/Year - Month/Year |
|---|---|---|

**CHAPTER 1. INTAKE SCREENING**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.5 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.6 | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.13 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.14 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.15 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Deficient | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**CHAPTER 2. ACCESS TO CARE**

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 2.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 2.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant |
| 2.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant |
| 2.4 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant |
| 2.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient |

### CHAPTER 3: CHRONIC CARE

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 3.1 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | | | 0 | 0 | | | 0 | 0 |
| 3.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | | | 0 | 0 | | | 0 | 0 |
| 3.3 | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Compliant | 0 | 0 | | | 0 | 0 | | | 0 | 0 |
| 3.4 | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Non-compliant | Compliant | 0 | 0 | | | 0 | 0 | | | 0 | 0 |
| Overall Encounter Rating | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Deficient | Appropriate | 0 | 0 | | | 0 | 0 | | | 0 | 0 |

### CHAPTER 4: HEALTH CARE INVENTORY

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 4.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | | | 0 | 0 | | | 0 | 0 |
| 4.2 | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | | | 0 | 0 | | | 0 | 0 |
| 4.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | 0 | | | 0 | 0 | | | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Appropriate | Deficient | Deficient | Deficient | Appropriate | Appropriate | Deficient | Appropriate | 0 | | | 0 | 0 | | | 0 | 0 |

### CHAPTER 5: CONTINUITY OF CARE AFTER RELEASE

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 5.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.3 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.4 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Deficient | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### CHAPTER 6: OUTSIDE MEDICAL CARE/ REFERRALS

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 6.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6.4 | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 7: DETOXIFICATION/WITHDRAWAL

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.5 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.7 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.8 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.9 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.10 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.11 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7.12 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 8: TB AND OTHER INFECTIONS

| ID # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| 8.1 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.2 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.3 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.4 | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| 8.5 | Compliant | Compliant | Compliant | Compliant | Non-compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Appropriate | Deficient | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | Appropriate | 0 | 0 | 0 | 0 | 0 |

## CHAPTER 9: PHARMACEUTICAL ADMINISTRATION

| ID # | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | | Month/Year Audited: January-00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.5 | Compliant | Compliant | Compliant | Non-compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.6 | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9.7 | Compliant | Compliant | Compliant | Compliant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overall Encounter Rating | Appropriate | Appropriate | Appropriate | Deficient | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

<table>
<tr><td colspan="6"><strong>Summary</strong><br><strong>Percentage of Compliance of Questions/Quality Measures by Medical Quality Indicator</strong></td></tr>
</table>

| | Medical Quality Indicator | Quality Indicators Reviewed | Number of Yes (Compliant) | Number of No (Non-compliant) | Number of N/A | Percentage Compliance |
|---|---|---|---|---|---|---|
| 1 | Intake Screening | 240 | 101 | 18 | 121 | **84.9%** |
| 2 | Access to Care | 125 | 97 | 25 | 3 | **79.5%** |
| 3 | Chronic Care | 56 | 24 | 18 | 14 | **57.1%** |
| 4 | Health Care Inventory | 45 | 34 | 11 | 0 | **75.6%** |
| 5 | Continuity of Care After Release | 56 | 19 | 10 | 27 | **65.5%** |
| 6 | Outside Medical Care/Referrals | 36 | 22 | 4 | 10 | **84.6%** |
| 7 | Detoxification/Withdrawal | 96 | 28 | 2 | 66 | **93.3%** |
| 8 | Tuberculosis & Other Infections | 75 | 28 | 1 | 46 | **96.6%** |
| 9 | Pharmaceutical Administration | 12 | 3 | 1 | 8 | **75.0%** |
| | **Totals** | **741** | **356** | **90** | **295** | **79.8%** |

**Monterey County Jail**
**Onsite Questions Summary**

**Onsite Audit Date(s):**
**Audit Review Period:**

| Chapter / Quality Indicator | | Q# | Total Number of YES | Total number of NO | Total number of N/A | % Compliance | Comments |
|---|---|---|---|---|---|---|---|
| **2** | **Access to Care** | 2.6 | 0 | 0 | 0 | #DIV/0! | |
| | | 2.7 | 0 | 0 | 0 | #DIV/0! | |
| | | 2.8 | 0 | 0 | 0 | #DIV/0! | |
| | | 2.9 | 0 | 0 | 0 | #DIV/0! | |
| | | 2.10 | 0 | 0 | 0 | #DIV/0! | |
| **8** | **TB and Other Infections** | 8.6 | 0 | 0 | 0 | #DIV/0! | |
| **9** | **Pharmacetuical Administration** | 9.1 | | 0 | 0 | #VALUE! | |
| | | 9.2 | 0 | 0 | 0 | #DIV/0! | |
| | | 9.3 | 0 | 0 | 0 | #DIV/0! | |
| | | 9.4 | 0 | 0 | 0 | #DIV/0! | |
| | | 9.8 | 0 | 0 | 0 | #DIV/0! | |
| | | 9.9 | 0 | 0 | 0 | #DIV/0! | |
| | | 9.10 | 0 | 0 | 0 | #DIV/0! | |
| **10** | **CFMG Staffing** | 10.1 | 0 | 0 | 0 | #DIV/0! | |
| | | 10.2 | 0 | 0 | 0 | #DIV/0! | |
| | | 10.3 | 0 | 0 | 0 | #DIV/0! | |
| | | 10.4 | 0 | 0 | 0 | #DIV/0! | |
| | | 10.5 | | 0 | 0 | #VALUE! | |

| MCI | Auditor Name: | | | Audit Review Period: Month/Year - Month/Year | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(This page consists of a very large, dense audit summary spreadsheet ("Health Care Monitoring Audit – Medical Record Review, Summary of Findings") with numerous columns grouped under repeated headings: "Total # of Records Reviewed", "Total number of YES", "Total number of NO", "Total number of N/A", "% Compliance". Rows are organized under Quality Indicators numbered 1–6: Intake Screening, Access to Care, Chronic Care, Health Care Inventory, Continuity of Care after Release, and Outside Medical Care Referrals, with sub-item numbers such as 1.1–1.15, 2.1–2.5, 3.1–3.4, 4.1–4.3, 5.1–5.4, 6.1–6.4. The individual numeric cell values are not legibly resolvable at this image resolution.)*

MONTEREY COUNTY JAIL
Health Care Monitoring Audit - Medical Record Review
Summary of Findings

| MCI | | Auditor Name: | | | | Audit Review Period: Month/Year - Month/Year |

| | | | Totals | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quality Indicator | QI | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | Total # of Records Reviewed | Total number of YES | Total number of NO | Total number of N/A | % Compliance | ... |
| **7** Detoxification/ Withdrawal | 7.1 | 8 | 2 | 0 | 6 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.2 | 8 | 8 | 0 | 0 | 100.0% | 4 | 4 | 0 | 0 | 100.0% | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.3 | 8 | 5 | 1 | 2 | 83.3% | 4 | 4 | 0 | 0 | 100.0% | 4 | 1 | 1 | 2 | 50.0% |
| | 7.4 | 8 | 7 | 1 | 0 | 87.5% | 4 | 4 | 0 | 0 | 100.0% | 4 | 3 | 1 | 0 | 75.0% |
| | 7.5 | 8 | 3 | 0 | 5 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | 7.6 | 8 | 3 | 0 | 5 | 100.0% | 4 | 3 | 0 | 2 | 100.0% | 4 | 1 | 0 | 3 | 100.0% |
| | 7.7 | 8 | 0 | 0 | 8 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.8 | 8 | 0 | 0 | 8 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.9 | 8 | 0 | 0 | 8 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.10 | 8 | 0 | 0 | 8 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.11 | 8 | 0 | 0 | 8 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| | 7.12 | 8 | 0 | 0 | 8 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! |
| **8** Tuberculosis and Other Infections | 8.1 | 15 | 15 | 0 | 0 | 100.0% | 15 | 15 | 0 | 0 | 100.0% | | | | | |
| | 8.2 | 15 | 0 | 0 | 15 | #DIV/0! | 15 | 0 | 0 | 15 | #DIV/0! | | | | | |
| | 8.3 | 15 | 5 | 0 | 10 | 100.0% | 15 | 5 | 0 | 10 | 100.0% | | | | | |
| | 8.4 | 15 | 1 | 0 | 14 | 100.0% | 15 | 1 | 0 | 14 | 100.0% | | | | | |
| | 8.5 | 15 | 7 | 1 | 7 | 87.5% | 15 | 7 | 1 | 7 | 87.5% | | | | | |
| **9** Pharmaceutical Administration | 9.5 | 4 | 1 | 1 | 2 | 50.0% | 4 | 1 | 1 | 2 | 50.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| | 9.6 | 4 | 2 | 0 | 2 | 100.0% | 4 | 2 | 0 | 2 | 100.0% | 0 | 0 | 0 | 0 | #DIV/0! |
| | 9.7 | 4 | 0 | 0 | 4 | #DIV/0! | 4 | 0 | 0 | 4 | #DIV/0! | 0 | 0 | 0 | 0 | #DIV/0! |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| **1.1** Did the inmate receive an initial health screening upon arrival at the facility by the registered nurse? (on same day unless otherwise noted) | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| Date of Patient's Arrival at MCJ | 06/18/25 | 08/05/25 | 06/01/25 | 08/27/25 | 07/04/25 | 07/05/25 | 06/30/25 | 08/18/25 | 07/10/25 | 07/16/25 | 09/18/25 | 08/11/25 | 09/16/25 | 10/03/25 | 08/10/25 | 07/24/25 | | | | | | | | |
| Date Initial Health Screening Completed | 06/18/25 | abbrev. | 06/01/25 | 08/27/25 | 07/04/25 | 07/05/25 | 06/30/25 | 08/18/25 | 07/10/25 | 07/16/25 | 09/18/25 | 08/11/25 | 09/16/25 | 10/03/25 | 08/10/25 | 07/24/25 | | | | | | | | |

• Review the inmate's medical record to determine if an inmate received an initial health screening on the same day the inmate arrived at the facility.
>> Note:  All arrestees detained in the MCJ shall be screened by a registered nurse (RN) at the time of intake using the Monterey County Jail Medical Intake Questionnaire.

Comments (group 1): ___ did not have full intake evaluation. Was placed in CIWA.

Comments (groups 2–6): Comments:

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1.2** If during the initial intake screening the registered nurse determined that the inmate required medical evaluation and clearance, was the inmate seen by Natividad Medical Center or otherwise medically cleared? | NA | YES | NA | NA | YES | NA | NA | NA | NO | NA | NA | NA | NA | NA | NO | NA | | | | | | | | |
| Date Initial Health Screening Completed | | 08/05/25 | | | 07/04/25 | | | | 07/10/25 | | | | | | 08/10/25 | | | | | | | | | |
| Date Inmate Transported for Jail Check or exam | | 08/05/25 | | | 07/04/25 | | | | NOT | | | | | | 08/20/25 | | | | | | | | | |

• Review the inmate's medical record to determine whether the inmate, based on the initial screening findings, required a higher level of care.  If the inmate required medical evaluation prior to incarceration, review the medical record for documentation reflecting an inmate was transported to Natividad Medical Center for medical evaluation and clearance.
--- Note: Per CFMG's Implementation Plan, Exhibit A "Obvious and acute conditions which would preclude acceptance into custody prior to "outside" medical evaluation and clearance are as follows:
> Arrestees who are unconscious or who cannot walk under their own power.
> Arrestees who are having or have recently had convulsions.
> Arrestees with any significant external bleeding.
> Arrestees with any obvious fracture.
> Arrestees with signs of head injuries.
> Arrestees with any signs of serious injury or illness.
> Arrestees displaying signs of acute alcohol or drug withdrawal.
> Pregnant women in labor or with other serious problems.
> Arrestees who display symptoms of possible internal bleeding or with abdominal bleeding.
> Arrestees with complaints of severe pain or trauma.
> Arrestees who by reason of mental health disorder are a danger to others or themselves, or gravely disabled except for arrestees who have been released from a County-designated LPS involuntary detention facility within the previous 12 hours."

Comments (group 1 A): ___ is intoxicated, withdrawing. ER checked and in Sobering cell appears mentally intact, oriented and performs serial additions.

Comments (group 2 A): ___ next dose exam request satisfied by ED jail clearance.

Comments (group 3 A): ___ intake form states patient either has mental issues or is withdrawing.  No determination made . Also recent suicidal gesture. Needs immediate assessment. Was placed on suicide watch, but do not see clinical assessment or lab.

Comments (group 4 A): ___ referred for emergent- same day PCP evaluation not done for 10 days. Patient was jail checked, but remained uncooperative, fresh lacerations. Meth abuse. Jail check was incomplete, discharged to jail AMA.

Comments (group 5): Comments:

Comments (group 6): Comments:

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

## 1. INTAKE SCREENING

| | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.3** Were all appropriate portions of the Intake Questionaire/Form (Exam, lab, past and current history) filled out? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| • On the Monterey County Jail Medical Intake Questionnaire check to see if the RN has filled out the "Questions to ask Arrestee" section of the questionnaire. • The receiving screening shall include vital signs, gross exam, pertinent lab (blood sugar) and inquiry into: Current illness and health problems, including medical, mental health, dental and communicable disease. Medications and special health requirements. Substance use, including type, methods, amount, frequency, date or time of last use, and history of withdrawal problems. History or appearance of suspected mental illness, including suicidal ideation or behavior. Appearance or history of developmental disability. Appearance or history of recent sexual abuse or abusiveness. For females, a history of gynecological problems, current pregnancy, recent delivery and birth control. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: should repeat abnormal BP. | | | | Comments: | | | | Comments: | | | |
| **1.4** If during the initial intake screening process the inmate was identified with an acute or chronic medical condition deteriorated, did the booking registered nurse refer the inmate to the primary care provider for immediate care? | NA | NA | YES | NA | NA | NA | NA | NA | NO | NA | NA | NA | NA | NA | YES | NA | | | | | | | | |
| • Review the inmate's medical record to determine whether during the initial intake process, the inmate was identified/claimed to have a chronic medical condition such as diabetes, chronic drug use, or new condition such as UTI. • Review the inmate's medical record to determine whether the inmate was referred to the primary care provider for immediate attention or timely visit after intake. | Comments: ▮ checked in ER ▮ has acute rash, homelessness, possible cardiomyopathy and polysubstance abuse. Non emergent referral, is seen within 48 hours. | | | | Comments: | | | | Comments: ▮ intake reports withdrawal or MH issue, not assessed by medical. No lab done. | | | | Comments: ▮ admitted 10/3/25 alcoholic, meth abuse. Blood Sugar 240. VS and subsequent BS controlled. | | | | Comments: | | | | Comments: | | | |
| **1.5** Was the inmate with a chronic medical condition seen by a primary care provider within seven days or reasonably after arrival at the facility? | YES | YES | YES | NO | NA | NA | NA | NO | NO | NO | NO | NO | NO | YES | NO | YES | | | | | | | | |
| Date of Patient's Arrival at MCJ | 06/18/25 | 8/5/2025 | 06/01/25 | 08/27/25 | | | | 08/18/25 | 7/10/25 | 07/16/25 | 09/18/25 | 08/11/25 | 09/16/25 | 10/03/25 | 10/10/25 | 07/24/25 | | | | | | | | |
| Date Patient Seen by PCP | 06/23/25 | 08/24/25 | 06/03/25 | NOT | | | | not yet | not done | 07/27/25 | NOT | 08/22/25 | 09/30/25 | 12/13/25 | 10/20/25 | 07/30/25 | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate, who during the initial intake screening was identified with a chronic medical condition, was seen by a primary care provider within seven days of arrival at the facility. | Comments: ▮ was seen on day of admission in ER and cleared for jail residence ▮ - chronic care visit ordered at intake, not done. | | | | Comments: ▮ admission 6/30/25 release before 2 weeks ▮ has synthetics, SUD. No seen in chronic care. | | | | Comments: ▮ polysubstance abuse, needs PCP evaluation within few days. No CC exam, only health inventory. Lab reported 8/24/25, ▮ has chronic meth abuse, not seen after admission by PCP. No lab done. ▮ OTD screen last 5/17/25, CC lab 6/1/25 ▮ - OUD, bipolar. | | | | Comments: ▮ needs review of MAT, and DM | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| **1.6** Did the booking registered nurse screen the inmate utilizing the Quick Reference Guide to Developmental Disabilities form? | YES | NO | NA | YES | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| • Review the inmate's medical record to determine whether the booking registered nurse utilized the Quick Reference Guide to Developmental Disabilities form to screen and document the inmate's developmental disabilities. | Comments: ▮ delayed until after CIWA, not done at that time ▮ on COWS up to release. | | | | Comments: ▮ - ADA form not filled out. | | | | Comments: ▮ delayed until after CIWA ▮ - ada delayed until after detix | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.7** If during the intake screening process an inmate was believed to have a developmental disability, did the facility contact San Andreas Regional Center within 24 hours? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | |
| • This question applies to inmates, who during the initial intake screening process, were believed to have a developmental disability. Review the inmate's medical record for documentation reflecting that the facility notified the San Andreas Regional Center within 24 hours of the presence of inmate believed to have developmental disabilities.<br>• Per the CFMG's Implementation Plan, Exhibit A:<br>"4. The CFMG Program Manager or designee will notify the San Andreas Regional Center within 24 hours of the presence of inmates believed to have developmental disabilities.<br>5. If the San Andreas cannot be reached by phone, a letter will be sent notifying them of the developmentally disabled inmate.<br>6. The San Andreas Regional Center is mandated by law to assure provision of services to individuals in whom developmental disability criteria are met. Criteria include: I.Q. of 70 or lower with epilepsy, autism, or significant neurological impairment which occurred before the age of 18 and resulted in a significant handicap."<br>• *Determination of Compliance may be deferred to ADA monitor* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **1.8** If during the intake screening process an inmate exhibited or testified to presence or history of mental illness, was the inmate referred to a mental health services staff for further evaluation? | NA | YES | YES | NA | NA | NA | NA | YES | YES | NO | NO | YES | YES | NO | YES | YES | | | | | | | | |
| • Review the inmate's medical record to determine whether the inmate, which exhibited or testified to presence of history of mental illness, was referred to a mental health services staff for further evaluation. | Comments: | | | | Comments: | | | | Comments: ▮ polysubstance abuse, not referred to MH . Did have routine MH initial eval, ▮ meth abuse x 1 year, no MH eval until 10/3/25 (2 weeks after admission) | | | | Comments: ▮ polysubstance abuse, no referral made at intake 10/3 , Ssen by MH 10/9 | | | | Comments: | | | | Comments: | | | |
| **1.9** Did the booking registered nurse complete a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history? | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| • Review the inmate's medical record to determine if the booking RN completed a Nursing Assessment of Psychiatric & Suicidal Inmate form on an inmate with a positive mental health history. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility **Monterey County Jail (MCJ)**

AUDITOR NAME **Bruce Barnett**

| 1. INTAKE SCREENING | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.10 | If an inmate had an existing medication order upon arrival at the facility, was the medication reviewed and when appropriate administered without | YES | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | YES | NA | YES | NA | | | | | | | | |
| | • If upon arrival at the facility the inmate had an active medication prescription, the facility shall attempt to verify and confirm the medication with the prescribing physician or pharmacy. • The auditor is to review the inmate's medical record to determine if the facility made an attempt to obtain from the inmate all pertinent information about the medication and confirmed this information with the prescribing physician or pharmacy. | Comments: | | | | Comments: | | | | Comments: | | | | Comments:J | | | | Comments: | | | | Comments: | | | |
| 1.11 | Was the inmate taking medicatons prior to admission (verified and/or unverified) seen by a medical provider within seven days of intake ? | YES | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NO | NA | NO | NA | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate was seen by a medical provider within five to seven days of an RN contacting the provider for a medication order. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: ▇ - see above, ▇ placed on reflex with no exam for 10 days. | | | | Comments: | | | | Comments: | | | |
| 1.12 | *For inmates prescribed psychotropic medications:* Did the booking registered nurse obtain from the inmate a signed release for medical records to verify the inmate's current prescriptions? | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | |
| | • Review the inmate's medical record to ensure the RN obtained a signed release for records from the inmate in order to verify the inmate's claimed current medication prescriptions. • *Compliance may be determined by MH monitor.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.13 | *For inmates prescribed psychotropic medications:* Was an inmate seen by a psychiatrist within seven days of arrival at the facility? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | |
| | Date of Patient's Arrival at MCJ | | | | | | | | | | | | | | | | | | | | | | | | |
| | Date Patient Seen by Psychiatrist | | | | | | | | | | | | | | | | | | | | | | | | |
| | • Review the inmate's medical record to determine whether the inmate was seen by a psychiatrist within five to seven days of an RN contacting the psychiatrist regarding inmate's verified or unverified psychotropic medications. • *Compliance may be determined by Mental Health Monitor* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 1 - INTAKE SCREENING

Facility  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 1. INTAKE SCREENING | | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 1.14 | *For inmates prescribed psychotropic medications:* **If an inmate refused prescribed psychotropic medication on three consecutive occasions, did the registered nurse refer the inmate to the psychiatrist?** | | | | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | |
| | • Review the inmate's medical record to determine whether a psychiatrist was contacted after the inmate refused the psychotropic medication on three consecutive occasions. • *Compliance may be determined by the Mental Health monitor.* | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 1.15 | **At the time of booking, was the inmate verbally and in writing informed by a registered nurse of the sick call procedures?** | | | | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | |
| | • Per CFMG's Implementation Plan "Verbal explanations of the sick call procedure shall be communicated to all detainees at the time of booking by the booking RN. Verification of the nurse's verbal explanation shall be documented on the health screening form. " • Review the inmate's medical record for documentation on the Monterey County Jail Medical Intake Questionnaire reflecting that an RN explained the sick call procedure to the inmate. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)  **AUDITOR NAME** Bruce Barnett

| 2. ACCESS TO CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | 9/11 | | 9/29 |
| 2.1 | Did the licensed health care staff review the sick call slip or urgent call on the day it was received? | YES | YES | YES | YES | YES | YES | YES | YES | NA | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| | Date Sick Call Slip Received | 06/20/25 | 07/11/25 | 06/05/25 | 05/29/25 | 06/04/25 | 06/15/25 | 09/12/25 | 07/16/25 | 07/31/25 | 09/04/25 | 09/16/25 | 07/28/25 | 08/19/25 | 06/04/25 | 06/29/25 | 06/11/25 | 06/20/25 | 06/22/25 | 07/16/25 | 09/29/25 | 09/29/25 | 09/11/25 | 09/29/25 | 07/20/25 |
| | Date Sick Call Slip Reviewed | 06/20/25 | 07/11/25 | 06/05/25 | 05/30/25 | 06/04/25 | 06/15/24 | 09/12/25 | 07/16/25 | 07/31/25 | 09/04/25 | 09/16/25 | 07/28/25 | 08/19/25 | 06/04/25 | 06/29/25 | 06/11/25 | 06/20/25 | 06/22/25 | 07/16/25 | 09/29/25 | 09/29/25 | 09/11/25 | 09/29/25 | 07/20/25 |
| | • Review the inmate's medical record to determine if the sick call request form was reviewed by an RN on the day the form was received.  Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call. Note: Documentation on the sick call request form must include the date and time of review with the RN's signature/initials. | Comments:no requests for services in the EMR. Assessing response by review of summary. | | | | Comments:■ had emergency referral for SC | | | | Comments:■ did not issue sick call, this action was for lab review | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 2.2 | Following the review of the sick call slip, was there a complete a face-to-face assessment of the inmate within the required (reasonable)  time frame? | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | NO | NO | YES | YES | YES | YES | YES | YES | YES | YES | YES |
| | Date of Patient FTF Assessment | 06/20/25 | 07/11/25 | 06/05/25 | 05/31/25 | 06/04/25 | 06/15/25 | 09/12/25 | 07/16/25 | 07/31/25 | 09/04/25 | 09/16/25 | 07/29/25 | 08/20/25 | NOT SEEN | 07/08/25 | 06/11/25 | 06/20/25 | 06/22/25 | 07/16/25 | 09/29/25 | 09/29/25 | 09/11/25 | 09/29/25 | 07/20/25 |
| | Review the inmate's medical record to determine if the inmate was seen by an RN for a face-to-face assessment within the required time frame? • Note: Sick call slips received prior to 2300 hours will be scheduled for the next sick call. | Comments: | | | | Comments: ■ - why rx for DM, no cough. | | | | Comments:■ needed face to face before treating for asymptomatic mycoplasma | | | | Comments:■ - telemedicine visit states skin lesion cannot be seen, or palpated. Med prescribed nonetheless without adequate PCP assessment. | | | | Comments: | | | | Comments: | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 2. ACCESS TO CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | 9/11 | 9/29 | | |
| 2.3 | Was the patient encounter documented in a Subjective, Objective, Assessment, and Plan (SOAP) format? | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | NO | NO | YES | YES | NO | YES | NO | YES | YES | NO | NO |
| | • Review the inmate's medical record to determine whether the RN documented the FTF encounter with the inmate in SOAP format. | Comments: | | | | Comments: | | | | Comments: **NO NEED TO TEST FOR MYCOPLASMA IN URINE OF ASYMPTOMATIC. No SOAP note accompanied decision to treat with TCN and Erythormycin.** | | | | Comments: ▪ - telemedicine visit states lesion cannot be seen, or palpated▪ 7/8 no auscultation, review of asthma. | | | | Comments:▪ exam incomplete, no palpation or range of motion for shoulder pain. No history. No▪ diagnosis. | | | | Comments: 9/29▪ visit incomplete, no NP in EMR ▪ - evaluation requires UA, not done! | | | |

Created 2017

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 2 - ACCESS TO CARE

AUDITED FACILITY  Monterey County Jail (MCJ)

AUDITOR NAME  Bruce Barnett

| 2. ACCESS TO CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | 9/11 | | 9/29 | |
| 2.4 | Was the treatment plan appropriate, and if issued by RN within the nurse's scope of practice and supported by the sick call Nursing Protocols? | YES | YES | YES | YES | YES | YES | YES | YES | NO | YES | YES | YES | YES | NO | NO | YES | YES | YES | YES | NO | YES | YES | YES | NO |
| | • Review the inmate's medical record to determine if the RN documented an appropriate nursing action based upon the subjective/objective assessment data and that it is within the RN's scope of practice or supported by the sick call Nursing Protocols.<br>• Per CFMG's Implementation Plan: "Treatment plans shall include specific medical and/or psychiatric problem, nursing interventions, housing, dietary, medication, observation and monitoring, and follow-up referral and/or evaluation as appropriate". | Comments: | | | | Comments: - sent to ER | | | | Comments: No authoritative guideline supports treatment with antibiotics of mycoplasma found in urine of asymptomatic persons. | | | | Comments: ▮ treatment by PA with mucipro ▮ non sensical without evidence of impetigo. ▮ 7/8 nocturnal asthma beyond RN. | | | | Comments: - Nursing protocol not used or documented. | | | | Comments: RN refers to PCP sick call | | | |

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 3 - CHRONIC CARE

**AUDITED FACILITY** Monterey County Jail (MCJ)

**AUDITOR NAME** Bruce Barnett

| 3. CHRONIC CARE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 3.1 | Was the patient's chronic care visit completed as ordered and/or needed? | YES | YES | YES | NO | YES | YES | YES | YES | NO | NO | YES | YES | NO | YES | | | | | | | | | | |
| • For an inmate with an identified chronic illness, determine whether chronic care visit occured within the recommended time frame. For example, if an inmate was seen on December 10th and the progress note states that the next visit will be in 90 days, the auditor will review the progress notes for documentation of a chronic care visit that occurred on or before March 10th. Timeliness of first visit after admission is assessed under Intake. | | Comment: ▮ - patient reports endocarditis, breast cancer with right mastectomy, polysubstance abuse. No chronic care form or exam in the EMR for these complaints. | | | | Comment: ▮ alcoholic. No CC, no lab. | | | | Comment: ▮ - polysubstance abuse. No CC visit, lab delayed ▮ - meth abuse, chronic, not seen after 9/18/25 admission or since June 1, 2025 ▮ cc delayed was due before 9/23but clinically stable ▮ polysubstance abuse, diabetes - BS under 200, monitored. CC by 7 business days. | | | | Comment: ▮ - urgent CC visit required, not done until 8/10/25 | | | | Comments: | | | | Comments: | | | |
| 3.2 | **For patients on psychiatric medications:** Was an inmate seen by the psychiatrist every thirty days until determined stable and then at least every 60 to 90 days? | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | |
| • Compliance may be determined by MH monitor. | | Comments: | | | | Comments: ▮ defer to MH, and released within 30 day | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**AUDITED FACILITY** Monterey County Jail (MCJ)    **AUDITOR NAME** Bruce Barnett

| 3. CHRONIC CARE | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 3.3 | Was the inmate's chronic care clinic interaction appropriately documented in the Subjective, Objective, Assessment, and Plan (SOAP) format on the progress note or on approved, standardized, condition specific Chronic Care | YES | YES | YES | NO | YES | YES | NO | YES | NO | NO | YES | YES | NO | YES | | | | | | | | | | | |
| | • Review the inmate's medicate record for progress note reflecting the inmate's most current chronic care clinic visit.<br>• Review the progress note to ensure the provider documented the inmate's chronic care encounter in the SOAP format and assessed at a minimum:<br>  Inmate's medical history;<br>  Systems examination in accordance with the nature of the chronic condition;<br>  Diagnosis, degree of control, compliance with treatment plan and clinical status in comparison to prior visit;<br>  Inmate's treatment plan.<br>• *Complete evaluations for Health Care Maintenance (including annual history/physical) and PCP progress notes may satisfy requirements for timely chronic care visit* | Comment: ▮ - no breast exam. Assessment regarding endocarditis, polysubstance abuse is incomplete | | | | Comment:▮ has asthma, uses albuterol 3 times daily, needs peak flow, better history, long acting rx. | | | | Comments: ▮ - CC visit at 10 days (7 business; lab pending | | | | Comments:Seizure disorder inadequately described. No lab obtained. No STD screening. | | | | Comments: | | | | Comments: | | | |
| 3.4 | Are the patient's chronic medical/mental conditions and other pertinent problems recorded on the Patient Problem List? | NO | YES | YES | NO | YES | NO | YES | NO | NO | NO | NO | NO | NO | YES | | | | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comment:▮ Morbid obesity, polysubstance abuse, Diabetes on oral meds and insulin not in the problem list. ▮ - **problem list empty, should include pre diabetes, syphilis, polysubstance abuse.** | | | | Comments: ▮ lists mycoplasma infection 7/31/25 with no sign of infection (asymptomatic); Asthma and GERD not in problem list although prescribed meds. MH diagnosis (polysubstance abuse, mood disorder) medicated, also not listed. Also there is not a clear statement regarding status of prior Syphilis infection. ▮ - alcoholism | | | | Comments: ▮ - alcoholism, abuse of meth and opiacs, not on problem list ▮ meth abuse not listed. ▮ meth abuse and MAT for opiate abuse, umbilical hernia, MH conditions not listed. ▮ problem list inaccurate. Does not have Type 1 DM, it is type 2. And polysubstance abuse not noted. | | | | Comments:▮ problem list not updated, no Meth abuse. ?Seizure disorder stated, not described. | | | | Comments: | | | | Comments: | | | |

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

## 4: HEALTH CARE INVENTORY

| | Group 1 A | B | C | D | Group 2 A | B | C | D | Group 3 A | B | C | D | Group 4 A | B | C | D | Group 5 A | B | C | D | Group 6 A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Patient Initials** | | | | | | | | | | | | | | | | | | | | | | | | |
| **ID #** | | | | | | | | | | | | | | | | | | | | | | | | |

**4.1 Did the inmate receive a health inventory or full exam within 2 weeks of intake?**

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.1 | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | NO | | YES | YES | YES | |
| Date of Patient's Arrival at Facility or last complete physical | 06/18/25 | 01/09/25 | 08/05/25 | 06/01/25 | 05/28/25 | 08/27/25 | 07/04/25 | 07/05/25 | 05/04/25 | 07/16/25 | 09/18/25 | 09/16/25 | 10/03/25 | 08/10/25 | 07/24/25 | |
| Date of Complete Physical Examination Completed | 06/23/25 | 03/21/25 | 08/24/25 | 06/03/25 | 06/05/25 | 09/12/25 | 07/21/25 | 07/30/25 | 06/17/25 | 07/27/25 | NOT | 09/30/25 | 10/13/25 | 08/20/25 | 07/30/25 | |

4.1 guidance:
- IP requires health inventory on all persons within 2 weeks of intake (allowed a few days later if no evident need for exam). The health inventory may be performed by RN, but must have PCP cosignature and management for abnormal findings.
- A full exam performed as part of a chronic care visit, or otherwise documented full history and physical with appropriate lab suffices to meet this requirement.

4.1 Comments:
- Group 1: Comments: [redacted] - delayed inventory, did not obtain STD screening. Released 8/26/25
- Group 2: Comments: [redacted] examined by RN just past 2 weeks; VS monitored. STD ordered. Form not used see below. Problem list not corrected (no evidence of HTN)
- Group 3: Comments: [redacted] delayed from earlier refusal.
- Group 4: Comments:
- Group 5: Comments:
- Group 6: Comments:

**4.2 Did the examination include all the required components as listed in CFMG's Implementation Plan, Exhibit A?**

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.2 | YES | YES | NO | NO | YES | NO | YES | YES | NO | NO | NO | YES | YES | NO | YES | |

4.2 guidance:
- Review the inmate's medical record for documentation reflecting that a complete physical examination was conducted upon inmate's arrival at the facility. The physical examination may be completed by the responsible physician, physician assistant or nurse practitioner.
  The physical examination SHALL include:
  Review of the health inventory and communicable disease screening;
  Vital signs, height, and weight;
  A full body system review and assessment consistent with community standards and guidelines.
  A documented assessment of the individual's health status based on the physical findings;
  A plan for follow-up, treatment and referral as indicated, and;
  Review and countersignature by the responsible physician.

4.2 Comments:
- Group 1: Comments: [redacted] STD screen not ordered [redacted] no breast exam. No treatment plan or patient education regarding claim of endocarditis.
- Group 2: Comments: [redacted] problem list not updated to show no hypertension at this time.
- Group 3: Comments: [redacted] - STD lab ordered, but not done. Unclear why. No refusals in EMR. [redacted] std screen not ordered, not done until 8/24/25.
- Group 4: Comments: STD screening ordered, not done. No refusals in the EMR for lab.
- Group 5: Comments:
- Group 6: Comments:

**4.3 Were the findings of the physical examination recorded on an approved CFMG'S physical examination form?**

| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.3 | YES | YES | YES | YES | YES | NO | NO | YES | YES | YES | NO | YES | YES | YES | YES | |

4.3 guidance:
- Review the inmate's medical record to determine whether the physical examination was documented/recorded on the form approved by CFMG.

4.3 Comments:
- Group 1: Comments: breast cancer not reported or examined.
- Group 2: Comments: [redacted] does no CC or Health Inventory forms filled out [redacted] for used is not filled out properly. No clarification of seizure or asthma history. STD testing not ordered. Not follow up for asthma
- Group 3: Comments:
- Group 4: Comments:
- Group 5: Comments:
- Group 6: Comments:

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 5 - CONTINUITY OF CARE AFTER RELEASE

AUDITED FACILITY: Monterey County Jail (MCJ)

AUDITOR NAME: Bruce Barnett

| 5: CONTINUITY OF CARE AFTER RELEASE | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| | ID | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 5.1 | For inmates transferring to another detention/corrections system: Was An accurate Transfer of Medical Information form completed for an inmate transferring to another detention/corrections system? • Did the facility completed a Transfer of Medical Information form for an inmate transferring out of the facility. • Was each part of the transfer form filled out accurately | NA | YES | NA | NA | NA | NA | NA | NA | NA | NO | NA | NO | NA | NO | | | | | | | | | | |
| | Comments: | Comments: | | | | Comments: | | | | Comments: Transfer form 8/20/25 inaccurate, incorrectly states STD testing not done, but it is done and reported as negative on 8/6/25. - STD screening negative, reported on form as not tested. | | | | Comments: - form does not report possible urinary tract infection. | | | | Comments: | | | | Comments: | | | |
| 5.2 | Was a 30-day supply of medications provided to the patient upon discharge, or other appropriate dosage? • Patients sent to other facilities need only have records accompanying to indicate medications. Non crucial, or OTC meds need not be provided upon discharge | YES | NA | YES | YES | YES | NO | YES | YES | YES | NA | YES | NA | YES | NA | | | | | | | | | | |
| | Comments: | Comments: refuses meds, is documented. | | | | Comments: - 30 day supply not documented. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 5.3 | For an inmate who was released prior to resolution of a continuing medical/mental health condition, was the referral to public health and/or community clinic completed by the facility as appropriate? • Compliance requires documentation of appropriate instructions and/or appointments for follow up outside of jail. | YES | NA | NA | NA | NO | NO | NA | YES | YES | NA | NA | YES | NO | NA | | | | | | | | | | |
| | Comments: | Comments: HRM see above | | | | Comments: - follow up for BKA wound care, multiple medical conditions not documented. has newly documented Syphilis, needs clearly documented referral to public health. | | | | Comments: | | | | Comments: - no r eferral for lab on syphillis, | | | | Comments: | | | | Comments: | | | |
| 5.4 | For an inmate who was released to community, was the inmate provided with written instructions for the continuity of essential care? • Compliance requires documentation of appropriate instructions and/or appointments for follow up outside of jail. | YES | NA | NA | YES | NO | NO | NA | YES | YES | NA | YES | NA | NO | NA | | | | | | | | | | |
| | Comments: | Comments: chart documents instruction. Patient refused to review option for follow up care. | | | | Comments: documentation of chronic health not specific to give notice to patient about Syphilis. | | | | Comments: referred to other agency | | | | Comments: written instructions about syphillis (did sign for re LTBI) | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 6 - OUTSIDE MEDICAL CARE-REFERRALS

AUDITED FACILITY: **Monterey County Jail (MCJ)**

AUDITOR NAME: **Bruce Barnett**

| 6. OUTSIDE MEDICAL CARE/REFERRALS | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | opt | 7/18 | 8/10 | 8/30 | | | | | | | | | | | | | | | |
| **6.1** For inmates referred to outside provider for higher level of care: Did health care staff complete the CFMG's Medical Referral Form? | YES | YES | YES | YES | YES | NO | YES | YES | YES | | | | | | | | | | | | | | | |
| • Did health care staff complete a Medical Referral Form for outside services ordered by the MCJ's primary care provider. • Documented conversation with the specialist will suffice to meet this requirement | Comments: | | | | Comments: 7/18 needs referral to podiatry | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.2** Was the inmate seen by an outside provided as specified or should be ordered ? | YES | YES | YES | YES | YES | NO | YES | YES | YES | | | | | | | | | | | | | | | |
| • Compliance requires that speciality services are preformed within a reasonable time frame | Comments: | | | | Comments: obesity and symptoms strongly suggest plantar fasciitis. If NP unfamiliar needs referral to MD or to specialist. Not done. Treatment with nortriptyline for diabetic foot pain ill advised without evidence of diabetes (prediabetes only) | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.3** For inmates transported to outside provider via ambulance, did the health care staff complete two medical referral forms, one for the hospital and one for the ambulance company? | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | |
| • Compliance for this item may be established by reference to custody documents. | Comments: went to ED by custody car. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **6.4** Did the Medical Referral Form with recommendations for follow-up accompany the inmate and get addressed upon his/her return from outside | YES | YES | NO | YES | YES | NA | YES | YES | NO | | | | | | | | | | | | | | | |
| • Documented review of outside records, or conversations with specialist in a reasonable time following return to jail may suffice to meet this requirement. | Comments: returned with rx for Keflex , but given doxycycline without explanation instead. | | | | Comments: | | | | Comments: no NMC report, any format, in EMR | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Medical Record Review**
**CHAPTER 7 - DETOXIFICATION/WITHDRAWAL**

| AUDITED FACILITY | Monterey County Jail (MCJ) | | | AUDITOR NAME | Bruce Barnett | | |

| 7: DETOXIFICATION/WITHDRAWAL | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | | | | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | 10/3 | 10/5 | | | | | | | | | | | | | | | | | | |
| **7.1** Were inmate intoxicated at booking placed in the protective environment of the sobering cell for close observation by custody and health care staff? | YES | YES | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| • Medical records and/or custody records should document at the time of booking placement in the sobering cell for close observation by custody and health care staff. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.2** Did the medical staff document an assessment/evaluation of inmate reported as intoxicated, in the SOAP format? | YES | YES | YES | YES | YES | YES | YES | YES | | | | | | | | | | | | | | | | |
| • Did health care staff documented a face to face assessment of the inmate in the SOAP format. • RN assessment using guidelines for this task , and/or in consultation with on call PCP/s sufficient to meet the requirement. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.3** Was the appropriate alcohol withdrawal treatment protocol followed by medical staff based on the identified risk factors | YES | YES | YES | YES | YES | NO | NA | NA | | | | | | | | | | | | | | | | |
| • Review the inmate's medical record to determine if health care staff implemented an appropriate alcohol withdrawal treatment plan (Level 0 through III) based on the initial assessment and somatic and behavioral symptoms exhibited by an inmate. • Compliance requires notification of physician for unstable patients or patients refusing monitoring. | Comments: | | | | Comments: on 10/5 pulse 121 not repeated, not reported. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| **7.4** Did the facility initiate an appropriate drug withdrawal treatment protocol based on the identified history and symptoms? | YES | YES | YES | YES | YES | YES | YES | NO | | | | | | | | | | | | | | | | |
| Compliance is established by referral to one or more protocols to monitor possible withdrawal from opiates, methamphetamine/stimulants and/or sedatives in accordance with t he Implementation Plan, jail guidelines and community standards. | Comments: | | | | Comments: ▉ uses heroin, a short acting opiate. Protocol long acting score is wrong form. (Is there a short acting form?) | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Created 2017

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

**AUDITED FACILITY** Monterey County Jail (MCJ)  **AUDITOR NAME** Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.5 | **For inmates withdrawing from Opiates:** In addition to taking vital signs and completing an assessment for dehydration, did the medical staff utilize the Clinical Opiate Withdrawal Scale to assess the inmate with history of opiate use and/or withdrawal? | NA | YES | YES | NA | NA | NA | NA | YES | | | | | | | | | | | | | | | | |
| | the medical record should document vital signs and the Clinical Opiate Withdrawal Scale (COWS). • | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.6 | **For inmates withdrawing from Opiates:** Did the health care staff implement an appropriate opioid withdrawal monitoring and treatment/plan for an inmate withdrawing from opiates? | NA | YES | YES | NA | NA | NA | NA | YES | | | | | | | | | | | | | | | | |
| | • The opioid withdrawal treatment plan (Level 1, Level 2, or Level 3) should be based upon the COWS score and symptoms. • Compliance requires notification of on call physician for medically unstable patients. | Comments: | | | | Comments: ▇ - if short acting form exists, that is the better/correct for? | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.7 | **For inmates withdrawing from Benzodiazepines/Barbiturates:** Did the Initial Assessment include vital signs, physical findings, and symptoms? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance requires notification of physician on call for orders to prevent acute withdrawal from sedatives. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

Created 2017

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 7 - DETOXIFICATION/WITHDRAWAL

**AUDITED FACILITY** Monterey County Jail (MCJ)          **AUDITOR NAME** Bruce Barnett

| 7: DETOXIFICATION/WITHDRAWAL | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| 7.8 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a medical provider within three days the Benzodiazepine and Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • *Compliance will be determined via the review of the medical records.* | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.9 | *For inmates withdrawing from Benzodiazepines/Barbiturates:* Was the inmate seen by a psychiatrist or psychiatric nurse practitioner for evaluation within seven days the Barbiturate Withdrawal treatment was initiated? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance for this requirement may be determined by mental health monitor. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.10 | If the inmate was using both alcohol and benzodiazepines, was the alcohol withdrawal protocol followed and was the inmate seen by a provider within three days? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance requires immediate consultation with PCPand/or hospital evaluation if the patients appears unstable or at risk of delirium tremens. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.11 | If the inmate was using both opioids and benzodiazepines, was the opiate withdrawal protocol utilized and the on-call provider contacted? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance requires immediate consultation with PCPand/or hospital evaluation if the patients appears unstable or at risk of delirium tremens. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 7.12 | If the inmate exhibited signs of severe drug withdrawal, was the medical provider immediately notified for possible transport to the emergency room? | NA | NA | NA | NA | NA | NA | NA | NA | | | | | | | | | | | | | | | | |
| | • Compliance is not established by hospital clearnace before booking if the patient appears medically unstable after the purported clearance. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

MONTEREY COUNTY JAIL
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS

AUDITED FACILITY  **Monterey County Jail (MCJ)**    AUDITOR NAME  **Bruce Barnett**

| 8: TUBERCULOSIS SCREENING (SCREENING FOR OTHER INFECTIONS IS ASSESSED AS PART OF HEALTH CARE MAINTENANCE) | | Audit Review Period: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| ID # | | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | |
| **8.1** Did the inmate receive a tuberculosis signs and symptoms screening and skin testing or blood test as indicated within seven days of inmate's admission to the facility? | | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | YES | | | | | |

• tuberculosis signs and symptoms screening and may not be required if already done within 3 months of admission.
• *Screening by blood test (QuantiFeron) should be performed timely, with results not more than a few weeks after admission.*

Comments: ▮ refuses skin test, QunatiFeron ordered but not done

| **8.2** *For an inmate with positive TB screening findings:* Was the inmate seen by PCP and moved to an Airborne Infection Isolation room for isolation and further evaluation? | | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | |

• Inmates exhibiting symptoms suggestive of TB disease, especially with a history of inadequate TB treatment, must be immediately reported to PCP on call and isolated from other inmates and staff.
•

Comments:

| **8.3** *Was a positive TB skin tests followed by QuantiFeron testing and/or X ray within 72 hours, along with consultation to explain options for treating latent TB?* | | YES | YES | NA | NA | YES | NA | NA | NA | NA | NA | NA | YES | YES | NA | NA | | | | | |

• Patients with positive TB skin test but no symptoms, with no history of prior positive test and/or treatment for TB, are considered likely to have latent TB infection unless infection is ruled out by negative QuantiFeron result.

Comments: ▮ - positive QuantiFeron explained. Patient refuses meds for LTBI ▮ - ppd 6 mm reported as "positive" and needs QuaniFeron. It is not positive. And no QuantiFeron test done.

**MONTEREY COUNTY JAIL**
Health Care Monitoring Audit Tool - Medical Record Review
**CHAPTER 8 - TUBERCULOSIS AND OTHER INFECTIONS**

AUDITED FACILITY **Monterey County Jail (MCJ)**    AUDITOR NAME **Bruce Barnett**

| 8: TUBERCULOSIS SCREENING (SCREENING FOR OTHER INFECTIONS IS ASSESSED AS PART OF HEALTH CARE MAINTENANCE) | Audit Review Period: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
| **8.4** Did the facility contact the local public health department within 24 hours of inmate's positive TB symptom screen or other reportable disease? <br>• Review the inmate's medical record for documentation reflecting the facility contacted the local public health department within 24 hours of becoming aware of the inmate's positive TB screen findings. <br>• *Compliance will be determined via the review of the medical records.* | NA | NA | YES | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | | | | | |
| Comments: ▮ Syphillis positive test 5/12/25 reported to healt department 5/12/25 | | | | | | | | | | | | | | | | | | | | |
| **8.5** Are inmates screened annually for signs and symptoms of tuberculosis? <br>• Obtain a list of inmates who have been at the facility for the previous 12 months. Randomly select up to 20 inmates for review. <br>• Review the inmate's medical record for documentation of a TB screening within the last year. <br>• *Compliance will be determined via the review of the medical records.* | YES | YES | YES | YES | NO | YES | NA | NA | NA | YES | NA | NA | NA | NA | YES | | | | | |
| Comments: ▮ not tested; | | | | | | | | | | | | | | | | | | | | |

Created 2017

Monterey County Jail
Health Care Monitoring Audit Tool - Medical Record Review
CHAPTER 9 - PHARMACEUTICAL ADMINISTRATION

AUDITED FACILITY  **Monterey County Jail (MCJ)**

AUDITOR NAME  **Bruce Barnett**

| 9: PHARMACEUTICAL RECORDS (Regarding Meds Dispensed see tab for RN Review Onsite); Supply of meds upon released assessed in tab for Continuity of Care. | | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | | Month/Year Audited: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D | A | B | C | D |
| ID # | ██ | ██ | ██ | ██ | | | | | | | | | | | | | | | | | | | | |
| Patient Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| 9.5 | If the inmate did not show or refused the prescribed medication(s)/treatments on three consecutive occasions, was the inmate referred to a primary care provider for medication non-compliance? | YES | NA | NA | NO | | | | | | | | | | | | | | | | | | | |
| • Review the inmate's MARs for the review period and identify whether the inmate met the criteria for referral. If the inmate met the criteria for referral, review the inmate's medication record for documentation of the RN's referral to provider after inmate refused the medication three consecutive times. Patients should be offered on no less than three occasions drug, therapy and/or tests previously refused.<br>• Compliance will be determined by documented informed refusal and referral to PCP. | Comments: ██ refusals noted, commented by PA but no face to face encounter. | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.6 | For inmates going out to court:<br>Did the inmate receive the medication as prescribed by provider? | NA | YES | YES | NA | | | | | | | | | | | | | | | | | | | |
| • Compliance will be determined by medial record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |
| 9.7 | Was an inmates suspected of diverting medication referered for timely visit to PCP and/or mental health services? | NA | NA | NA | NA | | | | | | | | | | | | | | | | | | | |
| • Compliance will be determined by medial record review. | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | | Comments: | | | |

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

**Facility:** Monterey County Jail        **Onsite Audit Date(s):**

**Auditor:**        **Audit Review Period:**

| ADMINISTRATIVE QUESTIONS | | | | | |
|---|---|---|---|---|---|

| 2 - ACCESS TO CARE | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|
| **2.6** | **Does the registered nurse or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?** | 0 | 0 | 0 | #DIV/0! |
| | Month #1 — # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |
| | Month #2 — # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |
| | Month #3 — # of Rounds Conducted on Monday, Wednesday, and Friday | | | | |

• Review the Isolation log book to determine whether the RN or provider conduct rounds in holding and isolation cells every Monday, Wednesday, and Friday?
*• Compliance will be determined via the review of the isolation log during the onsite audit.*

Comments:

| | | Yes | No | | % Compliance |
|---|---|---|---|---|---|
| **2.7** | **Does the facility maintain a sick call roster on file in the clinic?** | 0 | 0 | | #DIV/0! |

• During the onsite audit, the auditor is to request to review the sick call roster, observe where in the clinic the sick call roster is located, and inquire with medical staff as to who is responsible for updating the log.
• Review the sick call roster to ensure the facility is recording and documenting the sick call requests submitted and triaged on the daily basis.
*• Compliance will be determined via the observation/inspection of the clinic, review of the sick call monitoring log, and staff interviews during the onsite audit.*

Comments:

| | | Yes | No | | % Compliance |
|---|---|---|---|---|---|
| **2.8** | **Does the Inmate Rules booklet contain information regarding access to medical and mental health services in English and Spanish?** | 0 | 0 | | #DIV/0! |

• During the onsite audit, the auditor is to request the Inmate Rules booklet for review.
• Determine whether the Inmate Rules booklet contains sufficient information regarding access to medical and mental health services, both in English and Spanish.
*• Compliance will be determined via the review of the Inmate Rules booklet during the onsite audit.*

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Administrative Onsite**

| 2.9 | Does the facility have the signs posted in English and Spanish describing sick call availability and procedure processes in booking area and housing units? | | 0 | 0 | 0 | #DIV/0! |
|---|---|---|---|---|---|---|
| | Booking Area | | | | | |
| | Housing Unit #1 | | | | | |
| | Housing Unit #2 | | | | | |
| | Housing Unit #3 | | | | | |
| | Housing Unit #4 | | | | | |
| | Housing Unit #5 | | | | | |
| | Housing Unit #6 | | | | | |
| | Housing Unit #7 | | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.
• *Compliance will be determined via the inspection of the reception area and housing units  during the onsite audit.*

**Comments:**



| 2.10 | Does the clinic visit location ensure the inmate's visual and auditory privacy? | | | | | #DIV/0! |
|---|---|---|---|---|---|---|

• During the onsite audit, identify all locations where inmates are seen for health care appointments/visits.
• Assess all locations to determine if visual and auditory confidentially is maintained.
• Determine if clinical triage areas that are set up in clinical hallways or common areas (i.e., not in an exam room) provide reasonable auditory privacy.  Verify that the location is a sufficient distance from areas where other inmates cannot over-hear the triage nurse's communication with the inmate being assessed.  If possible, observe two to three triage encounters to ascertain whether audio privacy reasonably exists.
  Note:  This will require the auditor to use his/her professional judgment.  The judgment will be based on the inmate's physical distance from other inmates and the area's normal ambient noise level.  If the physical distance between the inmate being assessed and the location where other inmates are waiting or loitering is less than five feet, there is a strong possibility that auditory privacy is not assured.
• *Compliance will be determined via the inspection of the clinic  during the onsite audit.*

**Comments:**

# MONTEREY COUNTY JAIL

## Health Care Monitoring Audit Tool - Administrative Onsite

| 10 - CFMG STAFFING | | | Yes | No | N/A | % Compliance |
|---|---|---|---|---|---|---|
| **10** | **Does the facility have the required provider staffing complement per the CFMG's Staffing Plan?** | | 0 | 0 | | #DIV/0! |
| | | PCP | | | | |
| | | PA | | | | |
| | | NP | | | | |

• Review the provider staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Provider staff includes: primary care provider (PCP), physician, physician's assistant (PA), and/or nurse practitioner (NP).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum provider staffing requirements.
Compliance will be determined via the review of the health care staffing rosters and contractual requirements .

**Comments:**

| **10** | **Does the facility have the required nurse staffing complement per the CFMG's Staffing Plan?** | | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|---|
| | | RN | | | | |
| | | LVN | | | | |

Review the nurse staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Nursing staff includes: registered nurse (RN) and licensed vocational nurse (LVN).
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum nurse staffing requirements.
Compliance will be determined via the review of the health care staffing rosters and contractual requirements ..

**Comments:**

| **10** | **Does the facility have the required clinical support staffing complement per the CFMG's Staffing Plan?** | | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|---|
| | | CMA | | | | |
| | | MA | | | | |
| | | MRC | | | | |

• Review the clinical support staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Clinical support staff includes: certified medical assistant (CMA), medical assistant (MA), and medical record clerk.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum clinical support staffing requirements.
Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**MONTEREY COUNTY JAIL**
**Health Care Monitoring Audit Tool - Administrative Onsite**

Comments:

# MONTEREY COUNTY JAIL
## Health Care Monitoring Audit Tool - Administrative Onsite

| 10 | Does the facility have the required management staffing complement per the CFMG's Staffing Plan? | | 0 | 0 | | #DIV/0! |
|----|----|----|----|----|----|----|
| | | Program Manager | | | | |
| | | DON | | | | |
| | | MRS | | | | |

• Review the management staffing requirements outlined in the CFMG'S Staffing Plan section of the CFMG'S's Implementation Plan.  Management staff includes: program manager, director of nursing (DON), and medical record supervisor.
• Obtain a copy of the MCJ's current health care staffing roster and compare to the CFMG'S Staffing Plan to ensure the facility is meeting the minimum management staffing requirements.
• Compliance will be determined via the review of the health care staffing rosters and contractual requirements.

**Comments:**



| 11 | Does the facility maintain current Delegated Services Agreements on file for all physician assistant and nurse practitioners seeing inmates in Monterey County Jail? | | | | | #VALUE! |
|----|----|----|----|----|----|----|

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail          **Onsite Audit Date(s):**

**Auditor:**                                 **Audit Review Period:**

| 8 - TUBERCULOSIS LOGS | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **8.6**  **Does the facility maintain a TB Tracking Log in their medical department tracking all inmates' TST results, chest x-ray results, and treatments?** | | | | **#DIV/0!** |

• During the onsite audit, observe where the TB Tracking Log is located in the medical department.
• Obtain a copy of the TB Tracking Log from the Health Services Administrator and review the log to determine whether it is up to date.
• Interview health care staff regarding the annual TB screening and evaluation process and whose responsibility it is to update the TB Tracking Log.
• Compliance will be determined tghrough onsite staff interview process and review of the TB Tracking Log.

Comments:

| 9 - PHARMACEUTICAL DISPENSING | Yes | No | N/A | % Compliance |
|---|---|---|---|---|
| **9.1**  **Does the facility administer the prescribed and over-the-counter medications twice daily at intervals approximately 12 hours apart or more frequently as medically indicated?** | | | | **#VALUE!** |

• During the onsite audit, interview the Health Services Administrator regarding the frequency of medication administration and delivery processes.
• Compliance will be determined by  onsite review/observation of the medication administration/delivery process.

Comments:

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**  Monterey County Jail

**Auditor:**

**Onsite Audit Date(s):**

**Audit Review Period:**

| 9.2 | Does the medication nurse confirm the identity of the inmate prior to the delivery and/or administration of medication(s)? | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |

• Identify all medication administration/delivery areas, times and medication nurses at the facility.
• Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
• Observe the medication nurse for obtaining the inmate's identification (ID) badge or checking the inmate's armband and comparing the inmate's first and last name against the medication administration record (MAR) prior to administering or delivering the medication to the inmate.
  If the inmate is not wearing an armband/ID badge, the medication will be held until the inmate is identified by correctional staff and armband/ID badge is obtained.
• If there are no patients receiving medications at the time of the onsite audit, the auditor will interview as many nurses possible and ask them to describe the process for confirming the inmate's identity prior to delivery or administration of medication(s).
• *Compliance will be determined by onsite review/observation of the medication administration/delivery process at various locations and times.*

**Comments:**

| 9.3 | Does the medication nurse take every reasonable precaution to assure that the inmate ingests the medication? | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |
| Nurse Observed: | | | | | |

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:**  **Monterey County Jail**                          **Onsite Audit Date(s):**

**Auditor:**                                                            **Audit Review Period:**

---

- *Identify all medication administration/delivery areas, times and medication nurses at the facility.*
- Observe as many different nurses and administration times as possible, ensuring all medication nurses are observed at least once.
- The medication nurse is responsible for taking every reasonable precaution to assure the inmate actually ingests the medication by:
  Watching the inmate take the medication.
  Checking for "cheeking" or "palming" to assure that medication has been ingested.
  Having the inmate speak after taking the medication and/or drinks water.
- In the absence of observing a medication pass, the auditor will interview as many nurses as available during the onsite audit and ask them to describe the medication administration process.
- *Compliance will be determined by  onsite review/observation of the medication administration/delivery process at various locations and times.*

---

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

**Facility:** Monterey County Jail

**Auditor:**

**Onsite Audit Date(s):**

**Audit Review Period:**

| 9.4 | Does the medication nurse document the administration of the prescribed medication on the Medication Administration Record once the medication is given to the inmate? | | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|---|
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |
| | Nurse Observed: | | | | | |

• During the onsite audit, inspect the booking and common areas of the living units to see if signs in English and Spanish describing sick call availability and procedure are posted in these areas.

*Compliance will be determined via the inspection of the reception area and housing units conducted during the onsite audit.*

**Comments:**

| 9.8 | Management of Controlled Substances:<br>Does the facility employ medication security controls over narcotic medications assigned to its clinic areas? | | 0 | 0 | | #DIV/0! |
|---|---|---|---|---|---|---|
| | Location #1 | | | | | |
| | Location #2 | | | | | |
| | Location #3 | | | | | |

• Identify all clinic locations where narcotics are stored and inspect each location to ensure narcotics are stored in a locked cabinet/container/cart.
  All controlled substances are to be kept in a locked narcotics drawer/cabinet, inside a locked medication room, within the locked medical office.
• Interview the Health Services Administrator to find out the number of staff who has keys to the narcotics storage locations.

*Compliance is determined by inspection of the clinic locations and the narcotic lockers/storage units and health care staff interviews.*

**Comments:**

**MONTEREY COUNTY JAIL**

**Health Care Monitoring Audit Tool - Nurse Expert Onsite**

Facility:  **Monterey County Jail**                    Onsite Audit Date(s):

Auditor:                                                          Audit Review Period:

| 9.9 | **Management of Controlled Substances:** <br> **Are the narcotics inventoried at every shift change by two licensed health care staff?** | | | | #DIV/0! |
|---|---|---|---|---|---|
| | # of shifts narcotics were inventoried | | | | |

• Identify all clinic locations where narcotics are stored.
• Observe the count of narcotics to verify that it is being completed by two licensed health care staff at the beginning and end of each shift and documented on the End of Shift Narcotics Inventory Form.
• Review each End of Shift Narcotics Inventory log for the previous full month (for a total of 30 or 31 days) to determine if documentation of narcotics count is being completed by two licensed health care staff at the beginning and end of each shift.  This should be evidenced by two health care staff signatures and documented time.
• Score each clinic and shift separately.  For example, if the facility has two clinics where narcotics are stored, a total of 120 shifts (30 days x 2 clinic locations x 2 shifts) will be reviewed.
• Compliance will be determined by inspection of the clinic locations and the review of the End of Shift Narcotics Inventory log.

**Comments:**

| 9.10 | **Are all prescription and non-prescription drugs stored in a locked area and/or refrigerators located in treatment area accessible only to the medical staff?** | | | | #DIV/0! |
|---|---|---|---|---|---|

• Identify all clinic locations where prescription and non-prescription drugs are stored and inspect each location to ensure the drugs are stored in a locked area accessible only to the medical staff.
• *Compliance will be determined during the onsite review/observation of the clinic locations.*

**Comments:**