United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

REVISED SETTLEMENT
CFMG CONTEMPT FINES
Case No. 5:13-cv-02354 BLF
Hernandez v. County of Monterey

Claimant: Martin Lee Foster
Booking #: 2508426
Address: 7376 Franklin Blvd. #3
         Sacramento, CA 95825
Telephone Number: (916) 834-1579 or (916) 821-1021
E-mail address: uzamerica14@yahoo.com
Social Media: Instagram: governer_u.z

Dear Court,

I, Martin Lee Foster meet the criterion of the persons eligible for an amount of the $2,470,000 class action lawsuit settlement for damages concerning conditions at the Monterey County Jail.

Claimant seeks to be awarded thus, the Court decides to render judgment on **Option 1.** and money is distributed to those who have entered to claim for an amount of the $2,470,000.

Between May 27, 2016 and December 31, 2025 doctor's at the Monterey County Jail found cause to admit claimant to Natividad hospital for an urgent hip replacement surgery. Claimant's post-surgery recovery process was under the conditions the Court found Monterey County Jail in contempt.

Date: 01/04/26
Claimant's name: Martin Lee Foster
Signature:

Name: Martin Lee Tooker
Booking # 2508926
Loc/Cel: Z-101

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

RECEIVED
JAN 09 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

LEGAL MAIL

quadient
FIRST-CLASS MAIL
IMI
$000.74
01/07/2026 ZIP 93901
043M32207072
US POSTAGE

## Inmate Outgoing Mail

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include in full name and booking number in designated area.

### Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

### Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items