# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT A PROPOSED NOTICE AND CLAIM FORM** |

The parties' Joint Motion for Final Approval of CFMG Civil Contempt Liability Settlement (ECF 1257) is set for hearing at 9:00 a.m. on January 15, 2026.

Plaintiffs are directed to bring to the hearing a proposed Notice and Claim Form for distribution of the settlement funds. The proposed Notice and Claim Form should indicate what the minimum and maximum recoveries will be for an individual claimant. The proposed Notice and Claim Form also should advise that the settlement does not compensate individuals for their personal medical conditions, but instead resolves Defendant CFMG's contempt liability for failure to comply with the Court's orders regarding minimum standards of care at the Monterey County Jail.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
BETH LABSON FREEMAN
United States District Judge