FILED
JAN 16 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: Hernandez v County of Monterey

Number: No. 5:13-cv-02354-BLF

Whom it may concern. I just came across a Notice of Proposed settlement regarding Monterey County Jail: CMFG Contempt Fines posted on the window of Dorothy's Kitchen in Salinas, Ca. I ask and request to be allowed into the settlement. I was incarcerated during the time frame stated between May 27, 2016 and December 31, 2015. I'm not sure the settlement was fair. You can not put a dollar amount to unfair treatment or lack of treatment. It's not easy being in jail, but what makes it worse is when there are people employed and payed to do a good job and do not. Caring for lives and doing a good job at it is a duty we all have and we all have a duty to care about that. I know for a fact that duty to care for the incarcerated individuals at the

Monterey County Jail is neglected. Staff doesn't care at all from going in to exiting. It's a shame. I was in terrible mental duress and strain and was extremely mistreated by most all staff on duty. I wondered how they ever were employed and how their rudeness and lack of care got to the extreme level it did. Respect is not something an individual is granted at Monterey County Jail. Laws put into place for inmates well being and protection are violated all over the place and I thought it strange that other staff rather join in in not respecting those laws than stand up and enforce them out of a feeling from within one's self to do the right thing. I thank God and Jesus that though care and justice be disregarded by some entrusted to uphold it, that they will be held accountable though they believe they get away with it. All I could think was, "Oh my God! My people! My poor

people but no one knows how bad they get treated and no one will believe them when they cry out for help or to let people know." Most people never incarcerated think the justice system is just and that the inmates are trying to make excuses or just being crooks and cons.

As far as which option I choose, I choose Option 1. The people that experienced the injustice should be remedied. I also think the money should be given to everyone who was incarcerated during the time frame. I think it's unfair how I just found out about the settlement. There has got to be a better way to notify people. I feel it might be an unpresedented amount of people who are not included in the settlement do to only being unaware it even occurred. I thank you for your time and for those involved in bringing justice to come to pass. I think all facilities need to be silently audited to assure staff is fair, just, and

no one needs to feel like no one cares to being cared for

My name is Amy Dillard
My date of birth is December 7th, 1980

My address is:
946 Heather Circle #37
Salinas, CA
93906

My phone number is:
(209) 857-0707

Thank you for your time.

Respectfully,

V Am

Amy Dillard
12/07/1980

Amy Dillard
946 Heather Circle #37
Salinas, CA 93906

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113


