Hernandez v. County of Monterrey
Case # NO 5:13-CV-02354-BLF

Option 1

this is in regard to the Hernandez trail I was encarceleted between May 2016 and December 31 2025 I'm voting for option 1 please please send my respont here In jail or 412 north 3rd st King city CA 93930 Juan Diaz I am in jail Now tank's

FN: 250 6141
Juan Alberto Diaz
C Dorm

FILED
JAN 20 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Juan Alberto Diaz
Booking # 250 6191
Loc/Cel: C Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

**FILED**

JAN 20 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**RECEIVED**

JAN 20 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE CA 950
17 JAN 2026 PM 4 L



FOREVER / USA

Clerk of the Court
United States District Court
Northern District of California
280 South 1st street
San Jose CA 95113

95113-309599

**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

**Unauthorized Items**

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

**Authorized Items**

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items

© USPS 2022