Hernandez v. County of Monterey

N.D. Cal. No. 5:13-cv-02354-BLF

FILED
JAN 15 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

January 7, 2026

Dear Sir or Madam:

I would like the court to impose OPTION ONE in the above entitled case before it.

Please allow me to apologize for my tardy Amicus Brief. My original letter stating my position was sent back due to insufficient postage. I would still like to be considered part of the class affected by conditions at the Monterey County Jail between 2016-2025. Thank You,

Vicente Arroyo
2406449
X _____

prepared by: Robert Malcolm
2506790
Robert L. Malcolm
DATE 1-7-26

