Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

PROPOSED SETTLEMENT
CFMG CONTEMPT FINES
Case No. 5:13-cv-02354-BLF
Hernandez v. County of Monterey

Claimant: Anthony Edward Acosta
Booking: 2508821
Address: 1357 Garner Ave. Apt. 23, Salinas, Ca. 93905

Telephone Number: (801) 360-8929
E-mail Address: TrustInDreamsy@gmail.com

Dear Court,

I, ANTHONY E. ACOSTA (Name) meet the criterion of the persons who are eligible for an amount of the $2,470,000 class action lawsuit settlement for damages concerning conditions at the Monterey County Jail.

Claimant seeks to be awarded thus, the Court decides to render judgment on **Option 1**, and money is distributed to those who have entered to claim for an amount of the $2,470,000.

Date: Jan. 4, 2026
Claimant's name: Anthony E. Acosta
Signature: [signature]

FILED
JAN 14 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**From:** Anthony Edward Acosta
Booking #2508321
1357 Garner Ave #33
Salinas CA, 93906

**ReadyPost**
Document Mailer

RECEIVED
JAN 14 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE CA 950
13 JAN 2026 AM 4 L

**To:** Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

9513-300299