# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>COUNTY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-02354-BLF<br><br>**ORDER REQUESTING MODIFICATION TO PROPOSED ORDER AND NOTICE OF SETTLEMENT**<br><br>[Re:  ECF 1283] |

　　　　The Court request that Plaintiffs modify their proposed Order (ECF 1283) and Notice of Settlement (ECF 1283-1) as follows:

(1) The proposed Order shall be modified to add Plaintiffs' proposed notice plan, which shall include community distribution, and to specify at paragraph 7 that the County is obligated to give notice of settlement to adults incarcerated at the Jail during the "notice period" rather than the "claims period"; and

(2) The Notice of Settlement shall be modified to provide that claims may be submitted by mail, consistent with the Claim Form (ECF 1283-2).

**IT IS SO ORDERED.**

Dated:  January 23, 2026

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge