# Exhibit A

## NOTICE OF SETTLEMENT AND CLAIM PROCESS
### CFMG Contempt Fines – *Hernandez v. County of Monterey*

**If you were incarcerated at the Monterey County Jail between May 27, 2016 and December 31, 2025, a settlement may provide you with money. Please read this notice to learn more and submit a claim.**

*Hernandez v. County of Monterey* is a class action lawsuit about conditions at the Monterey County Jail (the "Jail"). In September 2023, the Court found the Jail's health care provider California Forensic Medical Group, Inc. ("CFMG") in contempt for violating Court orders about medical, mental health, and dental care.

CFMG has agreed to pay **$2,470,000** to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Period") to compensate for its violations of Court orders about minimum standards of care at the Jail. This settlement is **only** about CFMG's liability for contempt for violating the Court's orders. The settlement does **not** compensate people for personal medical conditions, and it does **not** affect any individual claims you might have about health issues or injuries you may have experienced at the Jail.

**If you were incarcerated at the Jail between May 27, 2016 and December 31, 2025**, you can submit a claim online at [url] <u>or</u> submit a paper claim form by mail to *Hernandez v. County of Monterey* c/o Kroll Settlement Administration LLC, P.O. Box XXX, New York, NY 10150. You can call [phone # for settlement hotline] to request a paper claim form.

To receive money, you must make a claim by [date]. If you are currently incarcerated, you can request that the money be sent to an address outside the Jail.

### *How much money will I receive?*

It is estimated that the minimum amount each person will receive may be as much as **$110**, depending on how many valid claims are submitted. This minimum amount will be the full payment if you were incarcerated for 10 days or fewer during the Settlement Period. If you were incarcerated for more than 10 days, you will receive an additional payment based on the number of days you were incarcerated.

The exact amount that each person receives may be changed by a further order of the Court once the number of valid claims is known.

### *How can I learn more and submit a claim?*

**For more information**, go to the settlement website at [url]. The website has links to the settlement documents and claim form. You can also call [phone # for settlement hotline] or contact the attorneys who represent incarcerated people in this case at Rosen Bien Galvan & Grunfeld, LLP, P.O. Box 390, San Francisco, CA 94104.

[4813909.1]