# Exhibit B

| | | |
|---|---|---|
| **Your claim must be submitted online or postmarked by:** **[DATE]** | **CLAIM FORM**<br>*Jesse Hernandez, et al., v. County of Monterey, et al.*<br>Case No.: 13-cv-02354-BLF<br>United States District Court<br>Northern District of California San Jose Division | |

## GENERAL INSTRUCTIONS

California Forensic Medical Group, Inc. has agreed to pay $2,470,000 to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Class") to compensate for its violations of Court orders about minimum standards of care at the Jail. As an adult who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025, you may submit a claim for compensation from the Settlement fund as outlined below. Please refer to the Detailed Notice posted on the Settlement Website, www.XXXXXXXXX.com for more information on submitting a Claim Form.

**To receive benefits from this Settlement, you must submit a Claim Form by [DATE].**

To receive a payment, you must submit a Claim Form online via the Settlement Website at www.XXXXXXXXX.com or complete and mail a paper Claim Form to the address below by **DATE**. If you choose to complete a paper Claim Form, please type or legibly print all requested information in blue or black ink. Mail your completed Claim Form by first-class mail to:

*Hernandez v. County of Monterey*
c/o Kroll Settlement Administration LLC
P.O. Box XXX
New York, NY 10150-XXXX

If you are currently incarcerated at the Monterey County Jail, the Jail will notify you about how to submit a Claim Form, including whether you can submit a Claim Form on your tablet by visiting the Settlement Website at www.XXXXXXXXX.com. If you are not able to submit a Claim Form on your tablet, paper copies of the Claim Form will be provided to you and will be collected by Jail staff. If you are able to submit a Claim Form on your tablet, you do <u>not</u> need to submit a paper Claim Form as well to receive a payment from the Settlement fund.

**You may submit a claim for the following compensation:**

All members of the Settlement Class are eligible to receive payments from the Settlement fund. Each claimant who is determined by the Settlement administrator to be a member of the Settlement Class will receive a fixed minimum amount from the Settlement fund. People who were incarcerated for more than 10 days during the period of May 27, 2016 to December 31, 2025 (the "Settlement Period") will receive an additional amount based on the number of days the claimant was incarcerated at the Jail. The amounts of the minimum award and additional payments based on length of incarceration will be determined based on the number of claims received.

To the extent feasible, any unclaimed amount of the Settlement fund at the conclusion of the claims period may be distributed proportionately to all members of the Settlement Class who submitted valid claims.

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. To ensure that you receive your payment from the Settlement fund, you must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

_____  _____
**First Name**                           **Last Name (at time of incarceration)**

_____
**Address 1**

_____
**Address 2**

_____  ____  ____  ____  ____
**City**                                   **State**       **Zip Code**

**Telephone Number (optional): ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____**

## II. PROOF OF SETTLEMENT CLASS MEMBERSHIP

Provide one or more of the following details to support membership in the Settlement Class.

_____
**Booking Number**

_____
**Year of Most Recent Release from the Monterey County Jail**

_____
**Approximate Number of Days Incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025**

☐ Check this box to certify that you are an adult individual who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025.

## III. PAYMENT SELECTION

If you would like to elect to receive your Settlement money through electronic transfer, please visit the Settlement Website and timely file your Claim Form. Valid claims submitted using a paper Claim Form will be paid by check to the address provided by the claimant.

Claimants who are currently incarcerated may elect to have their award sent to an address outside the Jail or may designate another individual to receive the funds on their behalf.

☐   I am currently incarcerated and want to have my award sent to an alternative address as outlined below.

_____   _____
**Designated Payee First Name**                          **Designated Payee Last Name**

_____
**Designated Payee Address 1**

_____
**Designated Payee Address 2**

_____   ____ ____   ____ ____ ____ ____ ____
**Designated Payee City**                                                **State**              **Zip Code**

## IV. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_____   ____ ____ / ____ ____ / ____ ____ ____ ____
**Signature**                                                                         **Date**

_____
**Print Name**