Hernandez v. County of Monterey (No. 5:13-CV-02354-BLF)

To whom this may concern,

I would prefer option 1 - The money would be given to people who are incarcerated at the jail between May 27, 2016 and December 31, 2025.

I am also seeking information and the support programs outside the jail, employment and re-entry services. Thank you and God Bless

Jesus loves you

Nicholas Martin Ramos.

FILED

JAN 26 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Name: Nicholas Ramos
Booking #: 2505475
Loc/Cel: Z-Block 218

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

SAN JOSE CA 950
24 JAN 2026 AM 3 L

FILED
JAN 26 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

RECEIVED
JAN 26 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk US District Court for the Northern District of California
280 South 1st St. Room 2112
San Jose, Ca 95113