FILED -nmc   13-CV-2354-BLF
JAN 26 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Jan 19, 26

Dear Clerk,

My name is Charles N. Gaskins. I have just been informed about the settlement. I have been her numerous times in the given time frame, and I have had problems before with CFMG. Please place me on the list.

Sincerely,
Charles Gaskins