Name: _Neisvn / Thompson_

Booking # _2600293_

Loc/Cel: _K≠ / / /_

Monterey County Jail
1410 Natividad Road
Salinas, CA 93906

RECEIVED

FEB 09 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SAN JOSE CA 950

5 FEB 2026  PM 4 L

quadient

FIRST-CLASS MAIL
IMI

$000.74

02/04/2026  ZIP 93901
043M32207009

US POSTAGE

CLERK OF THE COURT

UNITED STATES DISTRICT COURT

280 SOUTH 1ST STREET

SAN JOSE CA. 95113

95113-309599

**Inmate Outgoing Mail**

Do not seal envelope.
Inmate to inmate correspondence is not authorized
No drawings or unnecessary writing on the front of the envelope.

All mail must include inmate full name and booking number in designated area.

## Unauthorized Items

No Cash or personal checks.
Hardcover or Spiralbound books, Notebooks, Calendars.
Lipstick stains, glitter, stickers, scented items.
Greeting cards, postcards, cardstock paper, laminated items.
Inmate to Inmate forwarded mail.
Postage stamps, blank paper, blank envelopes.
Photos larger than 5x7 inches, polaroid photo.
Photo images of drugs, sexually suggestive, or gang related.
Manila Envelopes, Priority mail envelope, Bubble mailer.
Any items available for purchase from Jail Commissary.

## Authorized Items

Paperback books, Newspaper and/or Magazine subscriptions mailed directly from vendors ONLY*

**Incarcerated Person Commissary Trust Account**
Money may be deposited into the Trust Account using one of the following methods:
- Kiosk machine in the jail lobby
- Using the approved commissary provider website of web.connectnetwork.com
- By phone at 888-988-4768

*refer to unauthorized items