MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
  egalvan@rbgg.com
  vswearingen@rbgg.com
  cjackson@rbgg.com
  bhattem@rbgg.com
  mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
  kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**SUPPLEMENTAL DECLARATION OF TARA TRAPANI IN CONNECTION WITH JOINT MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT**<br><br>**REDACTED – PUBLIC FILING**<br><br>Judge: Beth Labson Freeman |

[4831382.4]

Case No. 5:13-cv-02354-BLF

SUPPLEMENTAL DECLARATION OF TARA TRAPANI IN CONNECTION WITH JOINT MOTION FOR FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT

I, Tara Trapani, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"), the designated settlement administrator in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration supplements the *Declaration of Scott M. Fenwick in Connection with Joint Motion for Final Approval of CFMG Civil Contempt Liability Settlement*, filed on December 18, 2025 (the "Initial Declaration"), in order to provide information to the Court regarding Kroll's procedures for identifying and preventing fraudulent claims for this matter. The Initial Declaration is incorporated herein by reference in its entirety.

## BACKGROUND

3. As advancements in technology have facilitated the administration of large and complex class action settlements, it has also provided the means by which bad-faith actors, often operating out of foreign countries, are able to "game the system" and file thousands of fraudulent claims in any one settlement.

4. Such fraudulent claims are often submitted through the use of automated software applications, commonly known as "bots," that can perform repetitive tasks at rates far beyond human capability. Bots are capable of generating and submitting thousands of fraudulent claims on settlement websites by creating false identities, using stolen identities obtained from the dark web or by other means, and by creating fake or disposable email addresses – all in a very short amount of time.

5. In order to address these concerns, Kroll, in consultation with the parties, performs an extensive initial analysis of claims in order to preliminarily identify and reject

fraudulent claims prior to performing a more traditional review of claim eligibility. Kroll's proprietary method of review for fraud is centered on technology and automation and is bolstered by its extensive experience in administering thousands of other settlements. Kroll continually reviews and adjusts its fraud review process to keep pace with evolving tactics used by bad-faith actors and believes that its methods represent the best practical way to identify fraudulent claims filed electronically.

## FRAUD PREVENTION

*Online Platform Security*

6. Kroll takes the security of our online platforms seriously and maintains a layered security posture designed to protect against fraudulent and malicious activity, including automated abuse. Our technology environment is designed and operated in accordance with generally accepted industry best practices for information security and infrastructure protection. As part of this posture, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ While no security control can eliminate all risk, these measures are intended to mitigate the risk of automated fraud and abuse and to support the integrity and availability of Kroll's online platforms.

*No Digital Payment Option for Claimants*

8. While digital payment options are a very efficient and cost-effective method of transmitting funds to claimants, bad-faith actors have become more prevalent as the use of digital payment options have become increasingly popular, thus eliminating many of the

1  traditional barriers to fraud inherent in paper checks or direct deposit into a traditional
2  bank account.
3      9.    Several factors particular to this Settlement contribute to the risk of utilizing
4  digital payment options for transmitting funds to claimants, including that: (a) members of
5  the Settlement Class do not need to provide any documentation with their claims;
6  (b) members of the Settlement Class do not require a Class Member ID to access and
7  submit a claim form electronically; and (c) class notice was distributed via publication,
8  including social media ads on Facebook and Instagram.
9      10.    Due to the open nature of the electronic claim form requested by class
10 counsel and the inability to provide direct notice to the majority of the Settlement Class, as
11 an additional measure to prevent fraud, Kroll will issue only paper checks to claimants for
12 this matter.

## REVIEW FOR FRAUD

14     11.    While, as noted above, Kroll's specific methodologies for detecting,
15 preventing and identifying fraudulent claim submissions is proprietary, the following is a
16 description of Kroll's standard review for fraud that will be implemented in this
17 Settlement. Based on its review, Kroll will categorize claims into the following risk levels:
18 high, medium, and low.
19     12.    Claims assessed at a high risk of fraud ███████████████████
20 ████████████████████████████████████████████████████████, as
21 further described below.
22 ████████████████████
23     13.    In order to submit a claim form online for this Settlement, ███████
24 ████████████████████████████████████████████████████████
25 ████████████████████████████████████████████
26 ████████████████████████████████████████████████████████
27 ████████████████████████████████████████████
28 ████████████████████████████████████████████████████████



3. [redacted] While the methods of detection vary as new methods are deployed, [redacted]

14. Kroll requires a number of pieces of identifying information on the online claim form, including the claimant's name, mailing address, and email address.

15. [redacted]

[redacted paragraphs 1–6]

**Other Fraudulent Claims**

17. In addition to the foregoing, Kroll routinely conducts a manual review of claims data to gain new insights on how to detect fraud for a particular settlement. This often includes clear patterns in how the claim form is completed that are inconsistent with human filing.

/ / /

/ / /

/ / /

/ / /

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on February 26, 2026 in Port Washington, NY.

*/s/ Tara Trapani*
TARA TRAPANI