MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
MAYA E. CAMPBELL – 345180
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com
mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT<br><br>**AS MODIFIED BY THE COURT**<br><br>Judge: Beth Labson Freeman |

[4831769.1]   Case No. 5:13-cv-02354-BLF

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON FINAL APPROVAL
OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT

**[~~PROPOSED~~] ORDER**

Having considered Plaintiffs' Unopposed Motion to Continue Hearing on Final Approval of CFMG Civil Contempt Liability Settlement, and good cause appearing, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. The hearing on final approval of the CFMG civil contempt liability settlement currently scheduled for March 26, 2026, is continued to **June 18, 2026**, at 9:00 a.m., in Courtroom 1 of the Robert F. Peckham Federal Building & United States Courthouse, San Jose, California.

IT IS SO ORDERED.

DATED: February 27, 2026

Beth Labson Freeman

[4831769.1]

1

Case No. 5:13-cv-02354-BLF

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT