5:13 CV-02354 BLF

3-25-26.

TO WHOM IT MAY CONCERN.

MY NAME IS JUAN ROJAS DOB: 4-11-84
IM WRITING ON BEHALF OF CASE# (S:13-CV-02354 BLF)
I WAS INCARCERATED ALL THOSE YEARS OF BREACH ?
DURING SET INCIDENT. ? WAS VICTIM TO THE AFOREMENTION
I WROT THE CLERK OF NORTHERN DISTRICT OF CALIFORNIA
THAT IS WAS INCARCERATED IN MONTEREY COUNTY JAIL
FROM ALL THEM SET YEARS 2016 - 2026. AM
NOW IN AVENAL STATE PRISON. I WOULD LIKE TO
KNOW MORE ON THE SITUATION PERTAINING TO THE
LEGAL SETTLEMENT. PLEASE SEND COMPENSATION
TO MY HOME ADDRESS

**FILED**

MAR 30 2026 - VX     HOME
                     ADDRESS →

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

JUAN ROJAS
809 WILLOW ST. #4
KING CITY, CA 93430

BUT PLEASE WRITE ME ✗ FOR MORE INFORMATION
AND ABLEGASTMENTS REGARDING THIS CASE.

CURRENT
INCARCERATED
ADDRESS ✗→

JUAN ROJAS CC5474
C-310-19-4-UP
PO BOX: 903
AVENAL, CA 93204

THANK YOU -
JUAN ROJAS
CC 5474

PLEASE WRITE BACK. ON
THE SETTLEMENT.