Juan M. Rojas - # CC5474
Avenal State Prison
C-310-19-4-up
P.O. Box: 903
Avenal, CA 93204

FORE/EVE/USA

Settlement Court.
Clerk of the Northern District of California
280 South 1st Street
San Jose, CA 95113

**RECEIVED**

MAR 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

95113-300837

cv-02354-BLF     Document 1303-1     Filed 03/30/26

INDIGENT MAIL