MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              cjackson@rbgg.com
              bhattem@rbgg.com
              mcampbell@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

AVRAM D. FREY
(admitted pro hac vice)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF NATIVIDAD MEDICAL CENTER RECORDS**<br><br>Judge:  Hon. Beth Labson Freeman |

[4876682.1]

Case No. 5:13-cv-02354-BLF

**A.Z.** was incarcerated at the Monterey County Jail and died on April 22, 2026. **A.C.** was incarcerated at the Monterey County Jail and died on March 29, 2026. Pursuant to the Court's November 1, 2017 Order, Dkt. No. 619, the parties hereby jointly file this stipulation requesting that the Court order the County of Monterey (the "County") to produce to Plaintiffs' Counsel and Counsel for the County all onsite and electronic records held by Natividad Medical Center relating to medical and mental health services provided to **A.Z.** and **A.C.** from January 1, 2025 to the present. The County shall produce the requested records within three days of this stipulated order. The parties agree that these individuals were class members in this action, and that the individuals' records are appropriately to be produced, subject to the Protective Order entered in this case, Dkt. No. 401.

DATED: May 14, 2026                    Respectfully submitted,

                                                   ROSEN BIEN GALVAN & GRUNFELD LLP

                                                   By: */s/ Caroline E. Jackson*
                                                        Caroline E. Jackson

                                                   Attorneys for Plaintiffs

DATED: May 14, 2026                    Respectfully submitted,

                                                   COUNTY COUNSEL, COUNTY OF MONTEREY

                                                   By: */s/ Marina S. Pantchenko*
                                                        Marina S. Pantchenko
                                                   Deputy County Counsel

                                                   Attorneys for Defendants
                                                   COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S OFFICE

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  May 14, 2026              Respectfully submitted,

                                  ROSEN BIEN GALVAN & GRUNFELD LLP

                                  By:  /s/ Caroline E. Jackson
                                       Caroline E. Jackson

                                  Attorneys for Plaintiffs

**[PROPOSED] ORDER**

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS as follows:

The County shall produce all above-identified records for **A.Z.** and **A.C.** to Plaintiffs' Counsel and Counsel for the County of Monterey, within three days of this Order, subject to the Protective Order entered in this action.

**IT IS SO ORDERED.**

DATED:  _____, 2026

                                  _____
                                  Honorable Beth Labson Freeman
                                  United States District Judge