MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:           mbien@rbgg.com
                       egalvan@rbgg.com
                       vswearingen@rbgg.com
                       cjackson@rbgg.com
                       bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:     (202) 393-4930
Facsimile:      (202) 393-4931
Email:           ckendrick@aclu.org
                       kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:     (415) 621-2493
Facsimile:      (415) 255-8437
Email:           afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED., a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**NOTICE OF FILING OF MENTAL HEALTH NEUTRAL MONITOR REPORT**<br><br>Judge:  Beth Labson Freeman |

[6008388.1]                                                                                  Case No. 5:13-cv-02354-BLF

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt. No. 838 at 27, the parties hereby respectfully submit the 15th mental health neutral monitoring report prepared by Dr. E. Carolina Montoya (received by the parties on May 18, 2026) (**Exhibit A**).

In accordance with this Court's prior orders, Dkt. Nos. 802, 819 & 867, and the parties' filing of previous neutral monitor reports, the parties reviewed the report and identified no information requiring redaction.[1]

Respectfully submitted,

DATED:  May 28, 2026        ROSEN BIEN GALVAN & GRUNFELD LLP

By:   /s/ Ben Hattem
        Ben Hattem

Attorneys for Plaintiffs

DATED:  May 28, 2026        GORDON REES SCULLY MANSUKHANI

By:   /s/ Allison J. Becker
        Allison J. Becker

Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC.

---

[1] Such information includes: incarcerated persons' names, dates of birth, and booking numbers (initials are used to identify deceased class members), and the names of health care staff employed by CFMG/Wellpath who are directly involved in providing or supervising patient care at the Jail.

DATED:  May 28, 2026               COUNTY COUNSEL, COUNTY OF
                                   MONTEREY

                              By:  */s/ Marina S. Pantchenko*
                                   Marina S. Pantchenko
                                   Deputy County Counsel

                                   Attorneys for Defendants COUNTY OF
                                   MONTEREY and MONTEREY COUNTY
                                   SHERIFF'S OFFICE