# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

JESSE HERNANDEZ, et al.,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No.  13-cv-02354-BLF

**ORDER REQUESTING BRIEFING AND MATERIALS RE FINAL APPROVAL OF SETTLEMENT OF CFMG'S CONTEMPT LIABILITY BY JUNE 10, 2026**

On January 26, 2026, this Court issued an order approving the parties' proposed settlement of the amount of CFMG's liability for civil contempt.  *See* Order, ECF 1288.  The Court appointed Kroll Settlement Administration LLC ("Kroll") as the settlement administrator and directed CFMG to transmit the settlement funds to Kroll.  *See id*.  The Court also approved a notice plan to be followed by Kroll in providing notice to the Settlement Class of individuals entitled to benefit from the contempt sanctions against CFMG, defined as "all adult individuals who were incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025."  *Id*.

Final approval of the settlement of CFMG's contempt liability has been set for an in-person hearing at 9:00 a.m. on June 18, 2026.  *See* Order, ECF 1296.  The parties are requested to submit their briefing and other materials in support of final approval by June 10, 2026.  The Court expects that the parties will explain how the notice plan was implemented, advise the Court how many individuals filed claims to the settlement funds, and propose a plan for distribution of the settlement funds.

**IT IS SO ORDERED.**

Dated:  June 5, 2026

_____
BETH LABSON FREEMAN
United States District Judge