MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              cjackson@rbgg.com
              bhattem@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**SUPPLEMENTAL DECLARATION OF BEN HATTEM IN SUPPORT OF FINAL APPROVAL OF CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT**<br><br>Judge:  Hon. Beth Labson Freeman |

[6015751.2]

Case No. 5:13-cv-02354-BLF

I, Ben Hattem, declare:

1.    I am an attorney duly admitted to practice before this Court.  I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of the parties' Joint Motion for Final Approval of CFMG Civil Contempt Liability Settlement.

2.    After the Court approved the *Notice of Settlement and Claim Process* and the *Claim Form* on January 26, 2026, I and others in my office worked with staff from Kroll Settlement Administration LLC ("Kroll") to prepare final English and Spanish versions of the notice and claim form, as well as separate English and Spanish notice documents intended for posting at the Jail that described the process for people incarcerated at the Jail to submit claims.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the English language version of the Notice of Settlement and Claim Process for the CFMG civil contempt settlement.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the Spanish language version of the Notice of Settlement and Claim Process for the CFMG civil contempt settlement.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the English language version of the Claim Form for the CFMG civil contempt settlement.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Spanish language version of the Claim Form for the CFMG civil contempt settlement.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the English language version of the Notice of Settlement and Claim Process for the CFMG civil contempt settlement that was distributed by my office to counsel for the County of Monterey to be posted at the Monterey County Jail.

8.    Attached hereto as **Exhibit F** is a true and correct copy of the Spanish language version of the Notice of Settlement and Claim Process for the CFMG civil

contempt settlement that was distributed by my office to counsel for the County of Monterey to be posted at the Monterey County Jail.

9.     Attached hereto as **Exhibit G** is a true and correct copy of the large print version of the Claim Form for the CFMG civil contempt settlement, which was created by staff in my office and which I provided to Kroll and to counsel for the County of Monterey to be distributed to class members with vision disabilities.

10.     I and other staff in my office also provided the English and Spanish language versions of the Notice of Settlement and Claim Process to the following community organizations in Monterey County: Access Support Network of Monterey County; Dorothy's Place; Helping Empower Reentry Services (HERS); I-HELP Monterey Bay; Pacific Rehabilitation and Pain Clinic; Project Rebound at CSU Monterey Bay; Sun Street Centers; The Boys & Girls Club of Monterey County; The Village Project; Transformative Justice Center; Valley Health Associates; and the Veterans Transition Center.  I also provided the Notice of Settlement and Claim Process to counsel for the County of Monterey to post in the offices of the Monterey County Probation Department and the Re-Entry Resource Center operated by the Monterey County Sheriff's Department.

11.     On January 8, 2026, I received a spreadsheet from Ellen Lyons, former Deputy County Counsel for the County of Monterey, that Ms. Lyons indicated to be a list of all individuals incarcerated at the Monterey County Jail between May 27, 2016 and December 31, 2025.  This spreadsheet included names, booking numbers, and dates of incarceration for the people listed therein, but it did not include mailing addresses for them.  I provided the spreadsheet to Kroll that same day.

12.     Using publicly available information from the California Incarcerated Records and Information Search ("CIRIS") online tool maintained by the California Department of Corrections and Rehabilitation ("CDCR"), staff in my office, acting under my direction and oversight, created a list of all individuals who were then incarcerated in CDCR facilities and who were listed in CIRIS records as having Monterey as their county of commitment.  I provided this list to Kroll on January 30, 2026.

[6015751.2]

SUPPLEMENTAL DECLARATION OF BEN HATTEM IN SUPPORT OF FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT

13.    During and after the claims period that ended on April 20, 2026, my office regularly received claims by mail from individuals who claimed to be settlement class members.  When we received claims by mail, I provided scanned copies of the claims promptly to Kroll through Kroll's secure file sharing portal.  My office also received many requests for claim forms from people who stated that they were formerly incarcerated at the Jail, and we diligently provided claim forms to those individuals upon request.

14.    On June 10, 2026, Plaintiffs' counsel received from Kroll a declaration including estimated figures for the amounts of the settlement fund that would be used to make the baseline payments to all claimants and per diem payments to claimants incarcerated for more than ten days during the settlement period.  While reviewing the figures in this declaration prior to filing, Plaintiffs determined that the number provided by Kroll for the baseline payment amount may be incorrect, and that the correct figure for the amount of the settlement fund to be used to make the baseline payments should be $773,801.44, rather than $733,801.44 as indicated in Kroll's declaration.  This was not discovered until substantially after hours in the Eastern time zone where Kroll is headquartered.  After discovering this issue, I called Plaintiffs' two primary points of contact at Kroll to attempt to address it before filing, but I was unable to reach them. Plaintiffs have provided in footnote 1 of the accompanying supplemental brief what I believe to be accurate information about the estimated baseline payment amounts, and Plaintiffs can provide corrected figures from Kroll if so instructed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Berkeley, California this 10th day of June, 2026.


                                        /s/ Ben Hattem
                                        Ben Hattem


[6015751.2]                                    3                      Case No. 5:13-cv-02354-BLF

SUPPLEMENTAL DECLARATION OF BEN HATTEM IN SUPPORT OF FINAL APPROVAL OF CFMG CIVIL CONTEMPT SETTLEMENT

# Exhibit A

## NOTICE OF SETTLEMENT AND CLAIM PROCESS
### CFMG Contempt Fines – *Hernandez v. County of Monterey*

**If you were incarcerated at the Monterey County Jail between May 27, 2016 and December 31, 2025, a settlement may provide you with money. Please read this notice to learn more and submit a claim.**

*Hernandez v. County of Monterey,* is a class action lawsuit about conditions at the Monterey County Jail (the "Jail"). In September 2023, the Court found the Jail's health care provider California Forensic Medical Group, Inc. ("CFMG") in contempt for violating Court orders about medical, mental health, and dental care.

CFMG has agreed to pay **$2,470,000** to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Period") to compensate for its violations of Court orders about minimum standards of care at the Jail. This settlement is **only** about CFMG's liability for contempt for violating the Court's orders. The settlement does **not** compensate people for personal medical conditions, and it does **not** affect any individual claims you might have about health issues or injuries you may have experienced at the Jail. Administration costs will be paid from the settlement amount.

**If you were incarcerated at the Jail between May 27, 2016 and December 31, 2025**, you can submit a claim online at **www.montereyjailsettlement.com** or submit a paper claim form by mail to *Hernandez v. County of Monterey* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391. You can call **833-319-5926** to request a paper claim form.

To receive money, you must make a claim by **April 20, 2026**. If you are currently incarcerated, you can request that the money be sent to an address outside the Jail.

### *How much money will I receive?*

It is estimated that the minimum amount each person will receive may be as much as **$110**, depending on how many valid claims are submitted. This minimum amount will be the full payment if you were incarcerated for 10 days or fewer during the Settlement Period. If you were incarcerated for more than 10 days, you will receive an additional payment based on the number of days you were incarcerated.

The exact amount that each person receives may be changed by a further order of the Court once the number of valid claims is known.

### *How can I learn more and submit a claim?*

**To learn more**, go to the settlement website at **www.montereyjailsettlement.com**. The website has links to the settlement documents and claim form. You can also call **833-319-5926** or contact the attorneys who represent incarcerated people in this case at Rosen Bien Galvan & Grunfeld, LLP, P.O. Box 390, San Francisco, CA 94104.

# Exhibit B

**AVISO DE ACUERDO Y PROCESO DE RECLAMO**

Multas por desacato de CFMG – *Hernandez v. County of Monterey*

# Si estuvo detenido en la cárcel del condado de Monterey entre el 27 de mayo de 2016 y el 31 de diciembre de 2025, podría obtener dinero de un acuerdo de conciliación.

### *Lea este aviso para obtener más información y presentar un reclamo.*

*Hernandez v. County of Monterey* es una demanda colectiva sobre las condiciones en la cárcel del condado de Monterey (la "Cárcel"). En septiembre de 2023, el Tribunal declaró al proveedor de atención médica de la Cárcel, California Forensic Medical Group, Inc. ("CFMG"), en desacato por violar las órdenes judiciales relativas a la atención médica, mental y odontológica.

CFMG ha acordado pagar **$2.470.000** a las personas que estuvieron detenidas en la Cárcel entre el 27 de mayo de 2016 y el 31 de diciembre de 2025 (el "Período del Acuerdo") para compensar por sus violaciones de las órdenes judiciales relacionadas con los estándares mínimos de atención en la Cárcel. Este acuerdo se refiere **exclusivamente** a la responsabilidad de CFMG por desacato por violar las órdenes judiciales. El acuerdo **no** indemniza a las personas por sus afecciones médicas personales y **no** afecta a ningún reclamo individual que usted pueda tener sobre problemas de salud o lesiones que haya sufrido en la Cárcel. Los gastos administrativos se pagarán con cargo al monto del acuerdo.

**Si estuvo detenido en la Cárcel entre el 27 de mayo de 2016 y el 31 de diciembre de 2025,**, puede presentar un reclamo en línea en **www.MontereyJailSettlement.com**. Para recibir dinero, debe presentar un reclamo a más tardar el **20 de abril de 2026**. Si estuvo detenido durante ese período y se encuentra detenido en la actualidad, puede solicitar que el dinero se envíe a una dirección fuera de la Cárcel.

### ¿CUÁNTO DINERO RECIBIRÉ?

Se estima que la suma mínima que recibirá cada persona puede ascender a **$110**, según la cantidad de reclamos válidos que se presenten. Esta suma mínima será el pago total si estuvo detenido durante 10 días o menos durante el Período del Acuerdo. Si estuvo detenido durante más de 10 días, recibirá un pago adicional en función de la cantidad de días que haya estado detenido.

El importe exacto que reciba cada persona podrá modificarse mediante una nueva resolución del Tribunal una vez que se conozca el número de reclamos válidos.

### ¿CÓMO PUEDO OBTENER MÁS INFORMACIÓN Y PRESENTAR UN RECLAMO?

**Para obtener más información**, visite el sitio web del acuerdo **www.MontereyJailSettlement.com**. El sitio web contiene enlaces a los documentos completos del acuerdo y un formulario para presentar un reclamo. También puede llamar al **833-319-5926** o ponerse en contacto con los abogados que representan a las personas detenidas en este caso en Rosen Bien Galvan & Grunfeld, LLP, P.O. Box 390, San Francisco, CA 94104.

# WWW.MONTEREYJAILSETTLEMENT.COM
# (833) 319-5926

# Exhibit C

8 3 3 4 8 0 0 0 0 0 0 0 0

<table>
<tr><td>**Your claim must be submitted online or <u>postmarked by</u>: April 20, 2026**</td><td>**CLAIM FORM**<br>*Jesse Hernandez, et al., v. County of Monterey, et al.*<br>Case No. 13-cv-02354-BLF<br>United States District Court<br>Northern District of California San Jose Division</td><td></td></tr>
</table>

## GENERAL INSTRUCTIONS

California Forensic Medical Group, Inc. (CFMG) has agreed to pay $2,470,000 to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Period") to compensate for its violations of Court orders about minimum standards of care at the Jail. As an adult who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025, you may submit a claim for compensation from the Settlement fund as outlined below. Please refer to the Notice of Settlement and Claim Process, available in English and Spanish at **www.montereyjailsettlement.com**, for more information on submitting a Claim Form.

**<u>To receive benefits from this Settlement, you must submit a Claim Form by April 20, 2026.</u>**

To receive a payment, you must submit a Claim Form online via the Settlement Website at **www.montereyjailsettlement.com** or complete and mail a paper Claim Form to the address below by **April 20, 2026**. If you choose to complete a paper Claim Form, please type or legibly print all requested information in blue or black ink. Mail your completed Claim Form by first-class mail to:

*Hernandez v. County of Monterey*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

If you are currently incarcerated at the Monterey County Jail, the Jail will notify you about how to submit a Claim Form, including whether you can submit a Claim Form on your tablet. If you are not able to submit a Claim Form on your tablet, you can ask custody staff for a paper copy of the Claim Form. Paper copies of the Claim Form will be collected in your housing unit. If you are able to submit a Claim Form on your tablet, you do <u>not</u> need to submit a paper Claim Form as well to receive a payment from the Settlement fund.

**<u>You may submit a claim for the following compensation:</u>**

All members of the Settlement Class are eligible to receive payments from the Settlement fund. Each claimant who is determined by the Settlement Administrator to be a member of the Settlement Class will receive a fixed minimum amount from the Settlement fund. If you were incarcerated for more than 10 days during the Settlement Period, you will receive an additional amount based on the number of days you were at the Jail. The amounts of the minimum award and additional payments based on length of incarceration will be determined based on the number of valid claims. Administration costs will be deducted from the Settlement before claims are paid.

If possible, any unclaimed amount of the Settlement fund at the conclusion of the claims period may be distributed proportionately to all members of the Settlement Class who submitted valid claims.

8 3 3 4 8 0 0 0 0 0 0 0 0

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. To update your address, you may use the *Contact Us* form on the Settlement Website, call the Toll-Free Number, or write to the Settlement Administrator.

**First Name**                                    **Last Name (at time of incarceration)**

**Address 1**

**Address 2**

**City**                                    **State**              **Zip Code**

**Telephone Number (optional): ( ____  ____  ____ ) ____  ____  ____ - ____  ____  ____  ____**

## II. PROOF OF SETTLEMENT CLASS MEMBERSHIP

Provide one or more of the following details to support membership in the Settlement Class.

**Booking Number**

**Year of Most Recent Release from Monterey County Jail**

**Approximate Number of Days Incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025**

☐ Check this box to certify that you are an adult individual who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025.

8 3 3 4 8 0 0 0 0 0 0 0

## III. PAYMENT SELECTION

All valid claims submitted will be paid by check to the address you provided above. Claimants who are currently incarcerated may choose to have their award sent to an address outside the Jail or may designate another individual to receive the funds on their behalf. If you select this option, please complete the following:

☐    I am currently incarcerated and want to have my award sent to an alternative address as outlined below.

_____    _____
**Designated Payee First Name**    **Designated Payee Last Name**

_____
**Designated Payee Address 1**

_____
**Designated Payee Address 2**

_____  _____  _____
**Designated Payee City**    **State**    **Zip Code**

## IV. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_____  ____ ____ / ____ ____ / ____ ____ ____ ____
**Signature**    **Date**

_____
**Print Name**

# Exhibit D

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
8 3 3 4 8 0 0 0 0 0 0 0 0

**Su reclamación debe presentarse en línea o por correo postal con matasellos fechado a más tardar el:**
**20 de abril de 2026**



### FORMULARIO DE RECLAMACIÓN
*Jesse Hernández, et al., contra el condado de Monterey, et al.*
Caso n.° 13-cv-02354-BLF
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
Distrito Norte de California, División de San José

### INSTRUCCIONES GENERALES

California Forensic Medical Group, Inc. (CFMG) acordó pagar $2,470,000 a las personas que estuvieron detenidas en la cárcel entre el 27 de mayo de 2016 y el 31 de diciembre de 2025 (el "Período del Acuerdo") para compensarlos por sus violaciones de las órdenes judiciales relacionadas con los estándares mínimos de atención en la cárcel. Como adulto que estuvo recluido en la cárcel del condado de Monterey en cualquier período entre el 27 de mayo de 2016 y el 31 de diciembre de 2025, puede presentar una reclamación por compensación del fondo de liquidación como se describe a continuación. Consulte la Notificación del acuerdo y del proceso de reclamación, disponible en inglés y español en **www.montereyjailsettlement.com**, para obtener más información sobre la presentación de un formulario de reclamación.

**Para recibir beneficios en virtud de este acuerdo, debe presentar un formulario de reclamación a más tardar el 20 de abril de 2026.**

Para recibir un pago, debe presentar un formulario de reclamación en línea a través del sitio web del acuerdo en **www.montereyjailsettlement.com** o completar y enviar un formulario de reclamación en papel a la siguiente dirección a más tardar el **20 de abril de 2026**. Si decide completar un formulario de reclamación en papel, escriba o imprima de forma legible con tinta azul o negra toda la información solicitada. Envíe por correo de primera clase su formulario de reclamación completado a:

*Hernandez v. County of Monterey*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

Si se encuentra actualmente recluido en la cárcel del condado de Monterey, la cárcel le notificará sobre cómo presentar un formulario de reclamación, incluyendo si puede presentarlo utilizando su tableta. Si no puede presentar un formulario de reclamación utilizando su tableta, puede solicitar al personal de custodia una copia en papel de dicho formulario. Se recogerán las copias en papel del formulario de reclamación en su unidad de vivienda. Si puede presentar un formulario de reclamación utilizando su tableta, <u>no</u> necesita enviar uno también en papel para poder recibir un pago del fondo del acuerdo.

**Puede presentar una reclamación para recibir la siguiente compensación:**

Todos los miembros del colectivo del acuerdo son elegibles para recibir pagos del fondo del acuerdo. Cada solicitante que el administrador del acuerdo determine que es miembro del colectivo del acuerdo recibirá un monto mínimo fijo del fondo del acuerdo. Si estuvo encarcelado durante más de 10 días durante el Período del Acuerdo, recibirá un monto adicional basado en el número de días que estuvo en la cárcel. Los montos de la asignación mínima y los pagos adicionales basados en la duración del encarcelamiento se determinarán en función del número de reclamaciones válidas. Los costos administrativos se deducirán del acuerdo antes de que se paguen las reclamaciones.

Si es posible, cualquier monto no reclamado del fondo del acuerdo al final del período de reclamación podrá distribuirse proporcionalmente a todos los miembros del colectivo del acuerdo que hayan presentado reclamaciones válidas.




‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
8 3 3 4 8 0 0 0 0 0 0 0 0

## I. NOMBRE E INFORMACIÓN DE CONTACTO DEL MIEMBRO DEL COLECTIVO

Proporcione su nombre e información de contacto a continuación. Para actualizar su dirección, puede utilizar el formulario *Contáctenos* en el sitio web del acuerdo, puede llamar al número sin cargo o escribir al administrador del acuerdo.

_____    _____
**Primer nombre**                          **Apellido (al momento de ser encarcelado)**

_____
**Dirección 1**

_____
**Dirección 2**

_____    ___ ___   ___ ___ ___ ___ ___
**Ciudad**                                            **Estado**      **Código postal**

**Número de teléfono (opcional):** ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ _____

## II. PRUEBA DE QUE ES MIEMBRO DEL COLECTIVO DEL ACUERDO

Proporcione uno o varios de los siguientes datos para respaldar su condición de miembro del colectivo del acuerdo.

_____
**Número de registro de ingreso**

_____
**Año de la liberación más reciente de la cárcel del condado de Monterey**

_____
**Número aproximado de días recluido en la cárcel del condado de Monterey entre el 27 de mayo de 2016 y el 31 de diciembre de 2025**

☐   Marque esta casilla para certificar que usted es un adulto que estuvo recluido en la cárcel del condado de Monterey en cualquier período entre el 27 de mayo de 2016 y el 31 de diciembre de 2025.





8 3 3 4 8 0 0 0 0 0 0 0 0 0

## III. SELECCIÓN DEL PAGO

Todas las reclamaciones válidas presentadas se pagarán mediante cheque enviado a la dirección que usted proporcionó arriba. Los solicitantes que actualmente se encuentren encarcelados pueden optar por enviar su asignación a una dirección fuera de la cárcel o designar a otra persona para recibir los fondos en su nombre. Si selecciona esta opción, complete lo siguiente:

☐  Actualmente me encuentro encarcelado y deseo que mi concesión se envíe a una dirección alternativa como se describe a continuación.

_____  _____

**Primer nombre del beneficiario designado**     **Apellido del beneficiario designado**

_____

**Línea 1 de la dirección del beneficiario designado**

_____

**Línea 2 de la dirección del beneficiario designado**

_____  ____ ____  ____ ____ ____ ____ ____

**Ciudad del beneficiario designado**                     **Estado**          **Código postal**

## IV. CERTIFICACIÓN Y FIRMA

Declaro bajo juramento y afirmo, de conformidad con las leyes de mi estado, que la información que proporcioné en este formulario de reclamación es verdadera y correcta según mi leal saber y entender, y que este formulario se firmó en la fecha indicada a continuación.

_____     ____ ____ / ____ ____ / ____ ____ ____ ____

**Firma**                                                 **Fecha (DD/MM/AAAA)**

_____

**Nombre en letra de imprenta**



83348



CF



# Exhibit E

## NOTICE OF SETTLEMENT AND CLAIM PROCESS
### CFMG Contempt Fines – *Hernandez v. County of Monterey*

**If you were incarcerated at the Monterey County Jail between May 27, 2016 and December 31, 2025, a settlement may provide you with money. Please read this notice to learn more and submit a claim.**

*Hernandez v. County of Monterey,* is a class action lawsuit about conditions at the Monterey County Jail (the "Jail"). In September 2023, the Court found the Jail's health care provider California Forensic Medical Group, Inc. ("CFMG") in contempt for violating Court orders about medical, mental health, and dental care.

CFMG has agreed to pay **$2,470,000** to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Period") to compensate for its violations of Court orders about minimum standards of care at the Jail. This settlement is **only** about CFMG's liability for contempt for violating the Court's orders. The settlement does **not** compensate people for personal medical conditions, and it does **not** affect any individual claims you might have about health issues or injuries you may have experienced at the Jail. Administration costs will be paid from the settlement amount.

**If you were incarcerated at the Jail between May 27, 2016 and December 31, 2025**, you can submit a claim on your tablet <u>or</u> complete a paper Claim Form by **April 20, 2026**. You can ask custody staff for a paper copy of the Claim Form if you are not able to complete the form on your tablet. Paper copies of the Claim Form will be collected in your housing unit.

If you are released from the Jail before submitting a Claim Form, you can also submit a claim online via the Settlement Website at **www.montereyjailsettlement.com**. If you are able to submit a Claim Form on your tablet or via the Settlement Website, you do <u>not</u> need to submit a paper Claim Form as well to receive a payment.

To receive money, you must make a claim by **April 20, 2026**.

### *How much money will I receive?*

It is estimated that the minimum amount each person will receive may be as much as **$110**, depending on how many valid claims are submitted. This minimum amount will be the full payment if you were incarcerated for 10 days or fewer during the Settlement Period. If you were incarcerated for more than 10 days, you will receive an additional payment based on the number of days you were incarcerated. The exact amount that each person receives may be changed by a further order of the Court once the number of valid claims is known.

### *How can I learn more and submit a claim?*

**To learn more**, please review the Claim Form on your tablet and submit a claim. You can also call **833-319-5926** or contact the attorneys who represent incarcerated people in this case at Rosen Bien Galvan & Grunfeld, LLP, P.O. Box 390, San Francisco, CA 94104.

# Exhibit F

## NOTIFICACIÓN DE ACUERDO Y PROCESO DE RECLAMO
### Multas por desacato de CFMG – Hernández contra el condado de Monterey

**Si estuvo preso en la cárcel del condado de Monterey entre el 27 de mayo de 2016 y el 31 de diciembre de 2025, un acuerdo podría proporcionarle dinero. Lea este aviso para obtener más información y presentar un reclamo.**

Hernández contra el condado de Monterey es una demanda colectiva sobre las condiciones en la cárcel del condado de Monterey (la "cárcel"). En septiembre de 2023, el tribunal declaró al proveedor de atención médica de la cárcel, California Forensic Medical Group, Inc. ("CFMG"), en desacato por violar las órdenes judiciales sobre atención médica, salud mental y atención dental.

CFMG acordó pagar **2,470,000 dólares** a las personas encarceladas en la Cárcel entre el 27 de mayo de 2016 y el 31 de diciembre de 2025 (el "Período del Acuerdo") para compensar sus violaciones de las órdenes judiciales sobre los estándares mínimos de atención en la Cárcel. Este acuerdo **solo** se refiere a la responsabilidad de CFMG por desacato por violar las órdenes judiciales. El acuerdo **no** compensa a las personas por sus condiciones médicas personales y **no** afecta a ninguna reclamación individual que usted pueda tener sobre problemas de salud o lesiones que haya sufrido en la cárcel. Los gastos administrativos se pagarán de la cantidad del acuerdo.

**Si estuvo preso en la cárcel entre el 27 de mayo de 2016 y el 31 de diciembre de 2025**, puede presentar un reclamo desde su tableta o llenar un formulario de reclamo en papel antes del **20 de abril de 2026**. Si no puede llenar el formulario en su tableta, puede pedirle al personal de custodia una copia en papel del formulario de reclamo. Las copias en papel del formulario de reclamo se recogerán en su unidad de alojamiento.

Si sale de la cárcel antes de presentar el formulario de reclamo, también puede presentar un reclamo en línea a través del sitio web del acuerdo en **www.montereyjailsettlement.com**. Si puede presentar un formulario de reclamo en su tableta o a través del sitio web del acuerdo, no es necesario que presente también un formulario de reclamo en papel para recibir un pago.

Para recibir el dinero, debe presentar un reclamo antes del **20 de abril de 2026**.

### *¿Cuánto dinero recibiré?*

Se estima que la cantidad mínima que recibirá cada persona puede ser hasta 110 dólares, dependiendo del número de reclamos válidos que se presenten. Esta cantidad mínima será el pago total si estuvo encarcelado durante 10 días o menos durante el Período del Acuerdo. Si estuvo encarcelado durante más de 10 días, recibirá un pago adicional basado en el número de días que estuvo encarcelado. La cantidad exacta que recibirá cada persona puede ser modificada por una nueva orden del Tribunal una vez que se conozca el número de reclamos válidos.

### *¿Cómo puedo obtener más información y presentar un reclamo?*

**Para obtener más información**, revise el formulario de reclamo en su tableta y presente un reclamo. También puede llamar al **833-319-5926** o ponerse en contacto con los abogados que representan a las personas encarceladas en este caso: Rosen Bien Galvan & Grunfeld, LLP, P.O. Box 390, San Francisco, CA 94104.

# Exhibit G

\*8334800000000\*

| | | |
|---|---|---|
| **Your claim must be submitted online or <u>postmarked by</u>: April 20, 2026** | **<u>CLAIM FORM</u>** <br> *Jesse Hernandez, et al., v. County of Monterey, et al.* <br> Case No. 13-cv-02354-BLF <br> United States District Court <br> Northern District of California San Jose Division | |

# <u>GENERAL INSTRUCTIONS</u>

California Forensic Medical Group, Inc. (CFMG) has agreed to pay $2,470,000 to people incarcerated at the Jail from May 27, 2016 to December 31, 2025 (the "Settlement Period") to compensate for its violations of Court orders about minimum standards of care at the Jail. As an adult who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025, you may submit a claim for compensation from the Settlement fund as outlined below. Please refer to the Notice of Settlement and Claim Process, available in English and Spanish at **www.montereyjailsettlement.com**, for more information on submitting a Claim Form.

# <u>To receive benefits from this Settlement, you must submit a Claim Form by April 20, 2026.</u>

*8334800000000*

To receive a payment, you must submit a Claim Form online via the Settlement Website at **www.montereyjailsettlement.com** or complete and mail a paper Claim Form to the address below by **April 20, 2026**. If you choose to complete a paper Claim Form, please type or legibly print all requested information in blue or black ink. Mail your completed Claim Form by first-class mail to:

*Hernandez v. County of Monterey*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

If you are currently incarcerated at the Monterey County Jail, the Jail will notify you about how to submit a Claim Form, including whether you can submit a Claim Form on your tablet. If you are not able to submit a Claim Form on your tablet, you can ask custody staff for a paper copy of the Claim Form. Paper copies of the Claim Form will be collected in your housing unit. If you are able to submit a Claim Form on your tablet, you do <u>not</u> need to submit a paper Claim Form as well to receive a payment from the Settlement fund.

## **You may submit a claim for the following compensation:**

All members of the Settlement Class are eligible to receive payments from the Settlement fund. Each claimant who is determined by the Settlement Administrator to be a member of the Settlement Class will receive a fixed minimum amount from the Settlement fund. If you were incarcerated for more than 10 days

\*8334800000000\*

during the Settlement Period, you will receive an additional amount based on the number of days you were at the Jail. The amounts of the minimum award and additional payments based on length of incarceration will be determined based on the number of valid claims. Administration costs will be deducted from the Settlement before claims are paid.

If possible, any unclaimed amount of the Settlement fund at the conclusion of the claims period may be distributed proportionately to all members of the Settlement Class who submitted valid claims.

# I. CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. To update your address, you may use the *Contact Us* form on the Settlement Website, call the Toll-Free Number, or write to the Settlement Administrator.

_____    _____
**First Name**                                      **Last Name**
**(at time of incarceration)**

_____
**Address 1**

_____
**Address 2**

*8334800000000*

_____   _____   _____
**City**                          **State**              **Zip Code**

**Telephone Number (optional):**

**( __ __ __ ) __ __ __ - __ __ __ __**

---

## II. PROOF OF SETTLEMENT CLASS MEMBERSHIP

Provide one or more of the following details to support membership in the Settlement Class.

_____
**Booking Number**

_____
**Year of Most Recent Release from Monterey County Jail**

_____
**Approximate Number of Days Incarcerated at the Monterey County Jail from May 27, 2016 to December 31, 2025**

☐ Check this box to certify that you are an adult individual who was incarcerated at the Monterey County Jail at any time between May 27, 2016 and December 31, 2025.

*8334800000000*

## III. PAYMENT SELECTION

All valid claims submitted will be paid by check to the address you provided above. Claimants who are currently incarcerated may choose to have their award sent to an address outside the Jail or may designate another individual to receive the funds on their behalf. If you select this option, please complete the following:

☐  I am currently incarcerated and want to have my award sent to an alternative address as outlined below.

_____     _____
**Designated Payee First Name**     **Designated Payee Last Name**

_____
**Designated Payee Address 1**

_____
**Designated Payee Address 2**

_____   _____   _____
**Designated Payee City**     **State**          **Zip Code**

*8334800000000*

# IV. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.


_____
**Signature**

\_\_\_ \_\_\_ / \_\_\_ \_\_\_ / \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Date**


_____
**Print Name**