**FILED**

JUN 12 2026 CH

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pg. 1

TO: Judge Beth L. Freeman
From: James Paul Andrew Torfason; CDCR # BM9887
Re: Hernandez v. County of Monterey, Case No. 5:13-cv-02354-BLF

  I was incarcerated at the Monterey County jail between Dec. 4, 2014 to apex. 2nd week of March 2021, when I was transfered to CDCR. at Delano Reception Center.

  I only just heard about the settlement agreement in regards to the above case by another inmate here on the same yard I'm on at R.J.D. Correctional Facility who was also at the Monterey county jail, he told me about it toward the end of May 2026.

  I then contacted Rosen, Bien, Galvan & Grunfeld and asked for them to send me a paper claim form. I received it on June 2, 2026 and mailed it out that night. with a cover letter explaining why I am sending it past the April 20, 2026 deadline. In your Jan. 26, 2026 order, it says that the county of Monterey is required to notify all individuals who were incarcerated during the specific ~~period~~ time frame. But they never contacted me to inform me of anything. If it were not for me running into the other inmate here on the yard, I would of never known about the settlement.

  I would appreciate it if you will be able to make sure that the Kroll settlement Administration will process my paper claim form I sent out to them

Pg. 2

on the night of June 2, 2026.

Also, you should know, I have no family/friends who live in Monterey county that may of heard about the settlement and then told me about it,

Thank you for your time in this matter.

James P.A. Tayl
6-9-2026