Torfason, James
C.D.C.R # BM9887
R.J.D. Correctional Facility
480 Alta Rd.
San Diego, Ca 92179

RECEIVED
JUN 12 2026  CH
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Norther District of California
San Jose Division
Attn: Judge Beth L. Freeman
280 South 1st St.
San Jose, Ca 95113

California Department of
Corrections and Rehabilitation

LEGAL MAIL
Date Processed/Received
CONFIDENTIAL
Per Title 15 CCR § 3141

quadient
FIRST-CLASS MAIL
IMI
$000.74
06/10/2026  ZIP 92179
043M32208127
US POSTAGE

INSPECTED BY
JUN 12 2026
U.S. MARSHALS SERVICE

U. RODRIGUEZ #89359

6/9/26

RJD INDIGENT



LEGAL MAIL
Date Processed/Received
CONFIDENTIAL
Per Title 15 CCR § 3141

California Department of
Corrections and Rehabilitation