LINDSEY M. ROMANO  (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20 <br><br> Defendants. | CASE NO.  5:13-cv-02354-BLF <br><br> **NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:** PLEASE TAKE NOTICE that Wellpath Defendants' Counsel, Allison J. Becker, will be out of the state and unavailable for any purpose from **September 27, 2026,** through **October 3, 2026**. *See, Tenderloin Housing Clinic v. Sparks,* 8 Cal. App.4th 299 (1992).

Dated: June 26, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

By:     */s/ Allison J. Becker*
        Lindsey M. Romano
        Allison J. Becker (pro hac vice)
        Elizabeth M. McGowan (pro hac vice)
        Attorneys for Wellpath Defendants

-1-

NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

### CERTIFICATE OF SERVICE

*JESSE HERNANDEZ; et al. vs. County of Monterey, et al.*

USDC Northern District of California Case No.: 5:13-cv-02354-BLF

I, Madison Hall, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: June 26, 2026                    By: */s/ Madison Hall*

NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER