ROBERT TOURLAND
B53359 IN PROPER
C/STATE PRISON AT
CORCORAN P.O. BOX 5246
CORCORAN CA 93212

UNITED STATES DISTRICT
COURT OF CALIFORNIA
SAN JOSE DIVISION C.D
NOTICE OF MOTION

**FILED**

JUL 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF
    JESSE HERNANDEZ
        V

DEFENDANT
    COUNT OF
    MONTEREY

CFMG CLASS ACTION

JUDGE BETH LABSON FREEMAN

CASE NO 5:13-CU-02354-BLF
THIS MOTION WAS MADE
ON THE BELOW
DATE 7-16-26 FILED ON 7-17-26
NOTICE OF MOTION
TO BE FILED BY FED COURT CLERK

FEDERAL RULES OF CIVIL PROCEDURE
RULE 24(b)
PERMISSIVE INTERVENTION

I AM MOVING IN PROPER AND I REQUEST
LEAVE BY THE COURT INTERVENE IN THIS ACTION.
I am currently a party to this action and am a class
member who has filed a timely claim form on the date of
3-20-26. It was filed online by a marvin J Henderson
who I had co-sign for me in care of me. I even made him
my official designated payee. On the very same day it
was confirmed by the class action claim form recipient
that my electronic claim was received and that it was
valid since no further action was needed on my behalf.
My request to file the electronic claim form was made by me
from prison to marvin J Henderson who at the time was at
his residence. I've enclosed a copy of the same exact
electronic claim form as evidence that I filed a valid claim that

# TABLE OF CONTENTS

FEDERAL RULES OF CIVIL PROCEDURE RULE 24(b) PERMISSIVE INTERVENTION

FEDERAL RULES OF CIVIL PROCEDURE RULE 5 PROOF OF SERVICE

28 USCA

U.S CONST ART 3 § 2 CL.1

FEDERAL RULES OF CIVIL PROCEDURE RULE 23 CLASS ACTIONS

FEDERAL RULES OF CIVIL PROCEDURE RULE 11

FEDERAL RULE 25(d)

PRISONER MAILBOX RULE

COPY OF ELECTRONIC CLAIM FORM FILED ON 3-20-26

DONNELLY V GLICKMAN (9th CIR (1998) 159 F.3d 405

PERRY V PROPOSITION 8 OFFICIAL PROPONENTS (9th CIR 2008) 587 F3d 947 955

THOMPSON V WOODFORD US DIST COURT N.D CALIFORNIA 2006 WL889391

SUMMERS V EARTH ISLAND INSTITUTE (2009) 173 L.Ed 2d

KATZ-LACABE V ORACLE AMERICA INC UNITED STATES DIST COURT N.D CALIFORNIA 668 F SUPP 3d 928

CHEVRON ENVIRONMENT MANAGEMENT COMPANY V ENVIRONMENTAL PROTECTION CORP US DIST COURT CALIFORNIA E.D (2020) 106 FED R SERV 3d 1045.

is timely. on 3-20-26 I received in the mail several paper claim forms by my settlement administrator along with the actual notice that this settlement was taken place. I filed all the paper claim forms before April 20th 2026. I even filed my electronic claim form that I printed out along with my personal signature and sent it to the settlement administrator as proof that I filed a timely claim online I verified that marvin J Henderson is my official designated payee in the matter. I have properly followed all the correct procedures as far as filing my claim form. I am therefore entitled to relief from this class action settlement. I should be compensated since I meet the criteria set forth in this class action settlement. I suffer from mental illness and I have served 883 actual days time served in the monterey county jail that was during the actual class action settlement period. I filed promptly in good faith and without any delay this was by both electronic claim form and paper claim form. It was stated that my claim form was valid by the recipient. I filed and submitted my claim when marvin

did. Marvin my designated payee has already received his payment.

This motion to intervene is based on the following factual questions and points

(1) I filed a timely claim form before April 20th 2026 that was the last day to file a claim form

(2) I meet the criteria in this action and

(3) I am entitled to a payment in this class action.

My question is am I ever going to receive a payment by the settlement administrator and if so how much?

I totally understand that class actions are complex and are a long process. Under Rule 24(b) permissive intervention permits anyone upon timely motion to intervene in a action if

(1) there are independent grounds for jurisdiction (2) the motion

is timely and (3) the applicants claim or defense and the main action have a question of law or a question of fact in common

see perry v proposition 8 official proponents 587 F.3d 947 955 (9th cir 2009) Though my motion maybe untimely and after judgment I believe its relevant to the subject matter

Independent grounds for jurisdiction I am a california resident. this is a california class action I have filed a timely claim form and the time and point of this action is in the stage where the court will determine who gets how much for the amount of days and the other criteria set forth in the action. I believe that jurisdiction is not a problem since I filed a timely claim form. The 2nd prong is that I do have a factual question that's important to the action that does share a common interest and is very important. My questions relate to the exact same issues the court is taking care of at the time in the proceedings. This is relevant because this is practically the only time I can find out if I will be compensated since the class action is

coming to a closure. The intervention will not enlarge the issues or prejudice the defendants. I say this because the parties have settled already in favor of the defendants therefore its a question of who will be compensated. I don't believe the motion would likely complicate and slow any resolution since the courts have already finalized judgment

see Chevron Environment Management Company v Environmental protection corp us Dist court E.D California (2020) 106 Fed R Serv 3d 1045 Timely motion is a requirement to a motion to intervene

See Donnelly v Glickman (9th Cir 1998) 159 F 3d 405 The court considers (1) the stage of the proceedings at which an applicants motion to intervene is filed or seeks to intervene (2) the prejudice to the existing parties and (3) the reason for and length of delay The stage is late but my motion is

For a proper reason and there are grounds to intervene. I filed a timely claim form as as far as being prompt. once I was given notice I submitted my claim forms. This is a timely request to intervene since my questions are again relevant. I have a right to intervene and I come within the definition of

FED RULES OF CIV PROC RULE 23

As a class member who has filed a timely claim form gives me federal standing causation

as a element OF Article III standing requires a casual connection between the injury and the conduct complained of

see U.S Const art 3 §2 Cl.1

An injury in fact is an invasion of a legally protected interest that is concrete and particularized and actual or imminent not conjectual or hypothetical see

Katz-Lacabe v Oracle America Inc
US states District Court ND California 668 F.supp 3d 928

INJURY-IN-FACT defined. I have suffered a personal injury.

I have satisfied the criteria and I am entitled to the relief sought in this motion. Although I am currently being represented by class counsel I'm moving in proper to intervene. See Thompson v Woodford US Dist Court N.D California 2006 w2889391

The case states in part that intervention can be supported by Rule 23 which provides that in the conduct of Rule 23 class actions. The Court may make appropriate orders requiring for the protection of the members of the class or otherwise for the fair conduct of the action that notice be given of the opportunity of members to intervene and present claims or defenses or otherwise to come into the action. I'm seeking punitive damages or just general damages. Actually whatever damages this class action has settled I'm grateful for. standing plaintiff must prove (1) that plaintiff suffered an injury in fact (2) that is fairly traceable to the challenged conduct of defendant and (3) that is likely to be redressed by a favorable judicial decision see Summers v Earth Island Institute (2009) 173 L. Ed 2d 1. The 3 elements are shown since I have sustained a injury at the M.C.J given the criteria I have set forth. The injury is traceable to the challenged conduct of the defendant that has been settled and addressed by the courts decision. I submit this motion on the merits of this motion Respectfully Robert T Murrand.

Robert Durrand

9 OF 10

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| ROBERT DURRAND | BS3359 | 04/03/26 17:45 PDT | Black/White | C-6 | SATF,Facility C,C 006 2-216001U |

From: Marvin Joseph Henderson on 03/20/26 23:04 PDT



## Hernandez v. County of Monterey: Claim Confirmation   Inbox   ☆

no-reply@mail.ksa...  8:24 PM  ☺  ↩  ⋮
to me ⌄

Robert Durrand,

Your claim has been received in the Hernandez v. County of Monterey class action settlement.

Your claim number is: **WCF0000593**

No further action is required by you at this time.

Please check the settlement website for updates and additional details.



ATTACHMENT D

INMATE NAME (PRINT) ROBERT T DURRAND

CDC NUMBER B53759

HOUSING UNIT YARD/BUILDING NUMBER C-8-21L

# FEDERAL RULES OF CIVIL PROCEDURE RULE 5

## PROOF OF SERVICE BY MAIL

I UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF 18 YEARS OF AGE. THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT: A MOTION TO INTERVENE SEE FEDERAL RULES OF CIVIL PROCEDURE 24(6) PERMISSIVE INTEVENTION LEGAL/CONFIDENTIAL MAIL ADDRESSED TO:

UNITED STATES DISTRICT COURT OF CALIFORNIA CLERK'S OFFICE ROBERT F PECKHAM FEDERAL BUILDING UNITED STATES COURTHOUSE # 280 SOUTH 1ST STREET ROOM 2112 2ND FLOOR SAN JOSE CA 95113

BY PLACING THE LEGAL/CONFIDENTIAL DOCUMENTS IN AN ENVELOPE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND LEAVING IT IN THE CUSTODY OF THAT SAME OFFICER AT THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON (CSATF/SP) TO BE MAILED VIA THE UNITED STATES MAIL.

THIS HAS BEEN EXECUTED ON (DATE) 7-17-26 AT CSATF/SP ON C YARD.

I (INMATE PRINT NAME AND CDCR NUMBER) ROBERT T DURRAND B5335q DECLARE UNDER THE PENALTY OR PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

_Robert T Durrand_
SIGNATURE OF INMATE

CORRECTIONAL OFFICER HAS SIGNED THE ENVELOPE FOR THIS MOTION
SIGNATURE OF HOUSING OFFICER

I AM INVOKING THE PRISONER MAILBOX RULE MANNER OF SERVICE BY MAIL ALSO THIS POS IN PURSUANT O ANY LOCAL RULES IN THE N.D.