ROBERT T OURLAND BS3359
CSATF STATE PRISON AT
CORCORAN PO BOX 5246
C-8-212
CORCORAN CA 93212

SANTA CLARITA CA 913

21 JUL 2026 PM 2 L

INSPECTED BY

JUL 24 2026

NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT
COURT CLERK'S OFFICE
ROBERT F PECKHAM
FEDERAL BUILDING UNITED
STATES COURTHOUSE
#280 SOUTH 1st STREET ROOM 2112
2ND FLOOR SAN JOSE CA 95113

**RECEIVED**

JUL 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

CONFIDENTIAL
LEGAL MAIL

7-17-26  99905