UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; AND CALIFORNIA FORENSIC MEDICAL GROUP, INC.,<br><br>Defendants. | Case No.  13-cv-02354-BLF<br><br>**ORDER REQUESTING STATUS REPORT FROM CLASS COUNSEL RE MOTION TO INTERVENE**<br><br>[Re:  ECF 1326] |

On July 27, 2026, an individual named Robert Durrand filed a motion to intervene in this case. *See* Mot. to Intervene, ECF 1326.  Mr. Durrand states that he is a class member who has filed a claim to share in the settlement of CFMG's contempt liability. *See id*.

Class Counsel shall review Mr. Durrand's filing and file a status report on or before August 10, 2026, advising the Court of Class Counsel's position on the request to intervene.  Class Counsel may wish to communicate with Mr. Durrand to better understand the gravamen of his request.

**IT IS SO ORDERED.**

Dated:  July 27, 2026

_____
BETH LABSON FREEMAN
United States District Judge