MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              cjackson@rbgg.com
              bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**PLAINTIFFS' STATUS REPORT RE ROBERT DURRAND'S MOTION FOR PERMISSIVE INTERVENTION [ECF 1326]**<br><br>Judge:  Hon. Beth Labson Freeman |

[6047414.3]

Case No. 5:13-cv-02354-BLF

On July 27, 2026, Robert Durrand filed a Motion for Permissive Intervention pursuant to Federal Rule of Civil Procedure Rule 24(b).  ECF 1326.  In his Motion, Mr. Durrand states that he timely submitted a claim form in connection with the settlement of CFMG's contempt liability, and that he designated an official payee.  ECF 1326 at 3.  Mr. Durrand contends that he may intervene because he "ha[s] a factual question that's important to the action."  ECF 1326 at 5.  Specifically, Mr. Durrand wanted to know whether he is "going to receive a payment by the settlement administrator and if so how much."  *Id.* at 4.  Mr. Durrand is a member of the Plaintiff class in the above-captioned matter.

That same day, this Court entered an Order Requesting Status Report from Class Counsel re Motion to Intervene.  ECF 1327.  This Order required Class Counsel to "review Mr. Durrand's filing and file a status report on or before August 10, 2026, advising the Court of Class Counsel's position on the request to intervene."  *Id.*  The Court stated that "Class Counsel may wish to communicate with Mr. Durrand to better understand the gravamen of his request."  *Id.*

Plaintiffs' counsel has consulted with Kroll Settlement Administration LLC ("Kroll"), the settlement administrator, regarding whether Mr. Durrand filed a valid claim, the amount of the claim (if valid), and the identity of the payee.  *See* Decl. of Caroline E. Jackson ISO Pls' Status Report re ECF 1326 Motion for Permissive Intervention ("Jackson Decl.") ¶¶ 2.  Plaintiffs' counsel have sent Mr. Durrand two letters, the content of which is protected by attorney-client privilege.  *Id.* ¶ 5.  Plaintiffs' counsel have also scheduled a confidential legal call with Mr. Durrand for August 17, 2026, which was the earliest time available.  *Id.* ¶¶ 6-7.  During that call, Plaintiffs' counsel anticipate being able to ascertain the gravamen of Mr. Durrand's request and ensure that he receives all requested information.  *Id.* ¶ 8.

At present, it appears that Plaintiffs' counsel can provide Mr. Durrand all of the information he seeks through his Motion without his intervention in the case.  For this reason, Plaintiffs ask the Court to order another status report update by August 21, 2026—

PLAINTIFFS' STATUS REPORT RE ROBERT DURRAND'S MOTION FOR PERMISSIVE INTERVENTION
[ECF 1326]

following the completion of the August 17, 2026 call with Mr. Durrand.  Jackson Decl. ¶ 8.  At that time, Plaintiffs' counsel can confirm whether they were able to communicate by phone with Mr. Durrand, and if so, whether Plaintiffs' counsel has addressed Mr. Durrand's concerns.

DATED:  August 7, 2026                    Respectfully submitted,

                                          ROSEN BIEN GALVAN & GRUNFELD LLP


                                          By:  */s/ Caroline E. Jackson*
                                               Caroline E. Jackson

                                          Attorneys for Plaintiffs

PLAINTIFFS' STATUS REPORT RE ROBERT DURRAND'S MOTION FOR PERMISSIVE INTERVENTION
[ECF 1326]