MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
              egalvan@rbgg.com
              vswearingen@rbgg.com
              cjackson@rbgg.com
              bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone:    (202) 393-4930
Facsimile:    (202) 393-4931
Email:        ckendrick@aclu.org
              kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493
Facsimile:    (415) 255-8437
Email:        afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:13-cv-02354-BLF<br><br>**DECLARATION OF ATTORNEY CAROLINE E. JACKSON IN SUPPORT OF PLAINTIFFS' STATUS REPORT RE ROBERT DURRAND'S MOTION FOR PERMISSIVE INTERVENTION [ECF 1326]**<br><br>Judge:  Hon. Beth Labson Freeman |

[6044602.2]

Case No. 5:13-cv-02354-BLF

I, Caroline E. Jackson, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Status Report re Robert Durrand's Motion for Permissive Intervention [ECF 1326].

2. After receiving Mr. Durrand's motion and the Court's Order, we communicated with Kroll Settlement Administration LLC ("Kroll"), the settlement administrator. Kroll provided information as to whether Mr. Durrand submitted a valid claim, the amount of the claim (if valid), and the payee. Out of concern for Mr. Durrand's privacy, we are not disclosing in this public filing whether Mr. Durrand will be receiving settlement funds, nor the amount or payee.

3. We have further determined that Mr. Durrand is currently housed at the Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF").

4. On July 29, 2026, a paralegal acting on my behalf reached out to SATF to schedule a confidential legal call.

5. On July 30 and on August 6, 2026, a paralegal acting on my behalf sent letters to Mr. Durrand. Because Mr. Durrand is a member of the Plaintiff class, the content of these letters is protected by attorney-client privilege.

6. On August 3, 2026, we learned that the earliest available date for a confidential call with Mr. Durrand was August 17, 2026, which is after the due date for the Court's requested status update.

7. We have scheduled the confidential call for August 17, 2026.

8. During our August 17, 2026 call, Plaintiffs' counsel anticipate being able to ascertain the gravamen of Mr. Durrand's request and ensure that he receives all requested information.

/ / /

/ / /

[6044602.2]

1    Case No. 5:13-cv-02354-BLF

DECLARATION OF ATTORNEY CAROLINE E. JACKSON IN SUPPORT OF PLAINTIFFS' STATUS REPORT
RE ROBERT DURRAND'S MOTION FOR PERMISSIVE INTERVENTION [ECF 1326]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 7th day of August, 2026.

*/s/ Caroline E. Jackson*
Caroline E. Jackson

DECLARATION OF ATTORNEY CAROLINE E. JACKSON IN SUPPORT OF PLAINTIFFS' STATUS REPORT RE ROBERT DURRAND'S MOTION FOR PERMISSIVE INTERVENTION [ECF 1326]