**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; AND CALIFORNIA FORENSIC MEDICAL GROUP, INC.,<br><br>　　　　　Defendants. | Case No.  13-cv-02354-BLF<br><br>**ORDER DIRECTING CLASS COUNSEL TO FILE FURTHER STATUS REPORT BY AUGUST 21, 2026**<br><br>[Re:  ECF 1328] |

On July 27, 2026, an individual named Robert Durrand filed a motion to intervene in this case.  *See* Mot. to Intervene, ECF 1326.  Mr. Durrand states that he is a class member who has filed a claim to share in the settlement of CFMG's contempt liability.  *See id*.

At the Court's request, Class Counsel filed a status report setting forth Class Counsel's position on the request to intervene.  *See* Status Report, ECF 1328.  Class Counsel intends to discuss the issue with Mr. Durrand in a telephone call scheduled for August 17, 2026.

Class Counsel SHALL file a further status report by August 21, 2026.

**IT IS SO ORDERED.**

Dated:  August 10, 2026

_____
BETH LABSON FREEMAN
United States District Judge