United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; AND CALIFORNIA FORENSIC MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 13-cv-02354-BLF<br><br>**ORDER REQUESTING RESPONSE TO CLASS COUNSEL'S SECOND STATUS REPORT FROM CLASS MEMBER ROBERT DURRAND**<br><br>[Re: ECF 1331] |

On July 27, 2026, class member Robert Durrand filed a motion to intervene in this case to obtain information relevant to his class claims. *See* Mot. to Intervene, ECF 1326. At the Court's request, Class Counsel filed a status report, and then a second status report, setting forth Class Counsel's position on the motion to intervene. *See* Status Report, ECF 1328; Second Status Report, ECF 1331. Class Counsel state that they held a legal call with Mr. Durrand on August 17, 2026, during which the information Mr. Durrand requests in his motion to intervene was provided to him. *See* Second Status Report, ECF 1331. Class Counsel also provided that information in a follow-up letter to Mr. Durrand, and advised Mr. Durrand of Class Counsel's willingness to answer future questions he may have. *See id*. Under those circumstances, Class Counsel takes the position that Mr. Durrand's motion to intervene should be denied. *See id*.

The Court requests that Mr. Durrand file a response to Class Counsel's Second Status Report by September 14, 2026, advising the Court whether he still wishes to intervene in this case.

Dated: August 24, 2026

BETH LABSON FREEMAN
United States District Judge