UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CLASS MEMBER
ROBERT DURRAND
BS3359 PO BOX 5246
C/SATF PRISON
CORCORAN CA 93212

FILED
SEP 09 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ PLAINTIFF<br>V<br>COUNTY OF MONTEREY AND CALIFORNIA FORENSIC MEDICAL GROUP INC. | JUDGE BETH LABSON FREEMAN<br>CASE NO 13-CV-02354-BLF<br>DATE 9-4-26<br>U.S COURTHOUSE ROOM 2112 CLERK'S OFFICE |

MY RESPONSE TO MOTION TO INTERVENE

On July 27th 2026 I did file a motion to intervene pursuant to Fed Rule 24(b) see permissive intervention.

On the very same your honor you so ordered that my counsel contact me to discuss the questions I had asked in the motion to intervene.

Since then I have spoken with class counsel and a status report was given to me about my current position in the class action. I was told by class counsel on 8-17-26 during a phone visit that I would be compensated a certain amount of money basically the call was a update on my status.

I found out all I needed to know about the class action settlement

I was told I am a class member who has filed a timely claim form and that my designated payee was a Marvin Henderson. I was given how much I'm entitled to and even given information about a W-9 form being involved and that at the end of it all the only tax money that maybe deducted from my check was 24%. I will now from this point on if I do have anymore questions just contact my class counsel.

This response is the answer to the court's request for me made out on Aug 26th 2026. This is a timely response to the order requested.

I did receive the District court's order today and I submit that I allow the court to deny my motion to intervene based on the fact that I have been given a status report and that all my answer or question's about my current status in the class action have been fulfilled threw my counsel's phone visit last month.

I do not contest any further and therefore do not wish to intervene in the matter. I take the position of class counsel that my motion be

Robert Durrand BS3359
California State Prison, Corcoran
P.O. Box 5246
C-8-212
Corcoran, CA 93212

denied. Or if easier for the court withdrawn by me pursuant to Rule 36 requests for admission this rule permits a plaintiff to amend or withdraw any admission made prior in earlier proceedings. within the Fed Rules subdivisions its states that a motion may be made. permission is at the discretion of the court and the elements to withdraw are set forth in this Rule I therefore ask to withdraw my motion to intervene or to order it denied whatever may be best for the court to save time and expense. see also Fed Rule 16(K) disposing of pending motion.

I respectfully
Submit this to the Court
Date 9-2-26 Robert T Durrand.

As a class member in this action I would like to say I am grateful for this suit and for your help and order to be given a update of my place in the action. It has been along time coming for everyone all the class members class counsel senior counsel, from the settlement administrator and the great US district court. Thank you very much your Honor I am pleased with being a member of this suit.

# PROOF OF SERVICE BY MAIL BY PERSON IN STATE CUSTODY

FED R CIV 5 28 USC § 1746

I Robert T Durand declare I am over 18 years and a party to this said action. I am a resident of

CSATF STATE PRISON AT CORCORAN
PO BOX 8246 C-4-111
CORCORAN CA 93212 This is my current address.

ON 8 9-2-2026

I served the attached document

A response to my motion to intervene that was ordered on 8-24-26. Also a motion to withdraw pursuant to federal civil rule 36. Rule 16

On the parties herein by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully paid in the U.S mail in a deposit box so provided at the above-named correctional institution in which I am presently confined This envelope was addressed as follows

OFFICE OF THE CLERK
U.S DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
# 280 SOUTH 1st STREET ROOM 2112
SAN JOSE CA 95113-3095.

I am invoking the prisoner mail box rule I declare under penalty of perjury under the laws of the U.S.A that the forgoing is true and correct.

Executed on
9-2-26

By Robert T Durand

ROBERT T DURAND
BS3359-C-4-111
CSATF STATE PRISON AT
CORCORAN PO BOX 5246
CORCORAN, CA 93212

SANTA CLARITA CA 913
4 SEP 2026 PM 6 L
Thinking




TO OFFICE THE CLERK
U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
#280 SOUTH 1ST ST ROOM 2112
SAN JOSE CA 95113-3095

**RECEIVED**
SEP 09 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

95113-300837

LEGAL MAIL