UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; AND CALIFORNIA FORENSIC MEDICAL GROUP, INC.,

Defendants.

Case No. 13-cv-02354-BLF

**ORDER TERMINATING CLASS MEMBER ROBERT DURRAND'S MOTION TO INTERVENE**

[Re: ECF 1326]

On September 9, 2026, class member Robert Durrand filed a withdrawal (ECF 1334) of his motion to intervene (ECF 1326) in this case. Accordingly, Mr. Durrand's motion to intervene is hereby TERMINATED.

IT IS SO ORDERED.

Dated: September 10, 2026

BETH LABSON FREEMAN
United States District Judge