United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JESSE HERNANDEZ, et al.,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No. 13-cv-02354-BLF

**ORDER RESETTING STATUS HEARING FROM OCTOBER 29, 2026 TO OCTOBER 30, 2026**

The Status Hearing previously set for October 29, 2026 at 9:00 a.m. is HEREBY RESET for October 30, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 2, 2026

BETH LABSON FREEMAN
United States District Judge