LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO. 5:13-cv-02354-BLF<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP, INC'S MOTION TO DISMISS**<br><br>Judge: Hon. Beth Labson Freeman |

Defendant California Forensic Medical Group, Inc ("CFMG"), by and through its undersigned attorneys moves for an entry of an order dismissing it with prejudice from the present litigation. CFMG is no longer contracting with the County of Monterey to provide services at the Monterey County Jail, and CFMG's obligations under the relevant settlement agreements and implementation plans have concluded. In support of this Motion to Dismiss, CFMG states as follows:

1. On May 23, 2013, Plaintiffs Jesse Hernandez, et al. filed a Complaint against California Forensic Medical Group, County of Monterey, and Monterey County Sheriff's Office alleging violations of constitutional rights under 42 U.S.C. § 1983. *See* Dkt. 1.

2. On April 29, 2014, Plaintiffs filed a motion to certify the class. *See* Dkt. 48.

3. On January 29, 2015, the Court granted Plaintiffs' motion to certify the class. *See* Dkt. 431.

4. On August 18, 2015, the Court approved the Settlement Agreement submitted by the Parties. *See* Dkt. 494.

5. On May 27, 2016, the Court granted-in-part the Defendants; motions for approval of the Implementation Plan. *See* Dkt. 549.

6. On August 10, 2023, Plaintiffs filed a motion to enforce the Settlement Agreement and Implementation Plan against CFMG. *See* Dkt. 825.

7. On September 26, 2023, the Court granted Plaintiffs' motion to enforce. The Court imposed a $25,000 fine per each of the forty-three requirements of the Implementation Plan that remained out of compliance by March 25, 2024. *See* Dkt. 838.

8. The Parties engaged in litigation and mediation over whether CFMG had come into compliance for the forty-three requirements identified in the Court's order.

9. On October 29, 2024, the Parties settled their dispute over any monetary sanctions that would flow from the September 2023 Order, including potential fines that might be incurred through the end of CFMG's contract on December 31, 2025. *See* Dkt. 945.

10. On August 22, 2025, the Parties filed a stipulation outlining this Global Settlement agreement. *See* Dkt. 981. Pursuant to the stipulation, Plaintiffs agreed "not to seek additional contempt fines stemming from the September 2023 order (Dkt. 838) nor file any other motion seeking monetary sanctions against CFMG for care through December 31, 2025." Id at 4.

11. On October 31, 2025, the Court approved Plaintiffs' plan to notify the class of the Global Settlement. *See* Dkt. 1004.

12. On December 31, 2025, CFMG's contract with the County of Monterey expired.

13. On July 14, 2026, the Court granted final approval of the Global Settlement and authorized distribution of the fund to the class. *See* Dkt. 1324. The Global Settlement did not resolve Plaintiffs' claims for attorneys' fees incurred for monitoring and enforcement pursuant

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

to the terms of the Settlement Agreement. *See* Dkts. 981, 986.

14. On August 28, 2026 CFMG and Plaintiffs' counsel signed a separate settlement agreement and release resolving all of Plaintiffs' claims for past and future attorneys' fees from CFMG.

15. As of the date of this Motion, CFMG has paid all attorneys' fees to Plaintiffs' counsel.

16. CFMG's contract with the County of Monterey expired on December 31, 2025.

17. As of January 1, 2026, CFMG is no longer responsible for healthcare operations at the Monterey County Jail.

18. As outlined above, CFMG has no outstanding obligations to provide services at the Monterey County jail, and has has no more remaining obligations in this matter. Therefore, CFMG respectfully requests that this Court dismiss it with prejudice.

19. Undersigned counsel has conferred with Plaintiffs and they do not oppose CFMG's request for dismissal.

Dated: October 14, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Allison J. Becker*
Lindsey M. Romano
Allison J. Becker (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for CFMG

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**[PROPOSED] ORDER**

Having considered California Forensic Medical Group, Inc.'s ("CFMG") Motion to Dismiss, the Court finds that there is good cause to dismiss CFMG from *JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated v. County of Monterey, et al*, CASE NO. 5:13-cv-02354-BLF, with prejudice.

IT IS SO ORDERED.

____________________________

Hon. Beth Labson Freeman