LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
ELIZABETH B. MCGOWAN (PRO HAC VICE)
emcgowan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation, and DOES 1-20,<br><br>Defendants. | CASE NO. 5:13-cv-02354-BLF<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP, INC'S NOTICE OF MOTION TO DISMISS**<br><br>Judge: Hon. Beth Labson Freeman |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2027, at 9:00 a.m. in Courtroom 1, 5th Floor, of the Robert F. Peckman Federal Building & United States Courthouse in San Jose, California, or as soon as thereafter as the matter may be heard, in the above-entitled Court, Counsel for Defendant California Forensic Medical Group, Inc. ("CFMG") will bring for hearing their Motion to Dismiss moving the Court for an order dismissing CFMG from the above-referenced matter. CFMG's Notice of Motion is accompanied by its Motion to Dismiss.

///

///

Dated: October 14, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

By: *<u>/s/Allison J. Becker</u>*
Lindsey M. Romano
Allison J. Becker (pro hac vice)
Elizabeth B. McGowan (pro hac vice)
Attorneys for CFMG

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111