MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,

Defendants.

Case No. 5:13-cv-02354-BLF

**DECLARATION OF BEN HATTEM IN SUPPORT OF UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING ON CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT**

Judge: Hon. Beth Labson Freeman
Date: Oct. 30, 2026
Time: 9:00 a.m.
Crtrm.: 1

I, Ben Hattem, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Unopposed Motion to Reschedule Status Hearing on CFMG Civil Contempt Liability Settlement.

2. On June 16, 2026, I received from Kroll Settlement Administration LLC a spreadsheet containing Kroll's claim matching data analysis for claims submitted to Kroll in relation to the CFMG Civil Contempt Liability Settlement. Kroll subsequently confirmed to me by email that its data matching process was completed on June 17, 2026, one day before the final approval hearing on June 18, 2026. Kroll has informed me that all of its claims processing was completed on June 26, 2026, after the Court set a final deadline of June 25, 2026, for individuals to submit valid claims to the settlement.

3. According to the final distribution calculation that I received from Kroll on August 7, 2026, Kroll's claim validation process identified a total of 1,984 valid claims to be paid from the settlement fund.

4. Following the claim validation, Kroll also needed to review the mailing address information submitted with settlement claims to develop the final distribution lists for mailing the settlement checks. My understanding is that many claimants submitted claims with missing or incomplete address information, or filed multiple claims listing different addresses or designating different payees. During this period, Kroll also identified and resolved an issue with the booking and incarceration data provided by the County regarding the Settlement Class, in which the data for some class members incarcerated near the end of the settlement period included days of incarceration in early 2026, after the settlement period ended. Resolving this issue was necessary to ensure that the per diem awards for these class members were accurate.

5. On August 7, 2026, Kroll provided its final distribution calculation with data

on all of the validated claimants to me and other attorneys in my office who are counsel for Plaintiffs in this matter. Van Swearingen, a partner in my office, approved the distribution calculation by email to Kroll on that date.

6. According to the final distribution calculation, 283 of the 1,984 validated claimants were eligible for awards of $2,000 or more. On August 10, 2026, Mr. Swearingen approved the final version of a letter Kroll subsequently sent to these individuals requesting Form W-9 information. I had previously approved an initial draft of the letter on July 13, 2026.

7. On August 12, 2026, Kroll sent the Form W-9 letters to claimants eligible for awards of $2,000 or more. Kroll established a postmark deadline of September 11 for claimants to respond to these letters with the requested tax information.

8. On August 18, 2026, I spoke with Jeff Gallo, a senior manager at Kroll responsible for administering the CFMG Civil Contempt Liability Settlement. Mr. Gallo informed me that Kroll planned to distribute the settlement checks in a single mailing because it would be most cost effective to do so. Mr. Gallo informed me by email the following day that the anticipated mailing date for the settlement checks would be October 15, 2026, to allow time for the W-9 letters to be returned to Kroll and processed.

9. On August 19, 2026, I requested an estimate from Kroll of the increased administrative costs that would be incurred from conducting an earlier mailing for claimants receiving less than $2,000, who would not be subject to the W-9 letter requirement. I requested this information because I was concerned that some class members might change addresses or otherwise become unavailable before the anticipated October 15 mailing date.

10. On August 26, 2026, Kroll informed me by email that checks could be mailed on September 15 to claimants receiving less than $2,000, and that the only direct cost related to this change would be an additional $1,500 in administrative fees due to generating a second distribution list. I approved the September 15 mailing that same day. The checks to these claimants were mailed on September 15, 2026.

11. On October 15, 2026, I was informed by Kroll via email that the expected mailing date for checks to individuals receiving $2,000 or more is now October 27, 2026, following review of the information received from the W-9 letters.

12. On October 15, 2026, I spoke by phone with Tucker Wisdom-Stack, counsel for Defendants the County of Monterey and Monterey County Sheriff's Office, and communicated by email with Allison Becker, counsel for Defendant California Forensic Medical Group, Inc., to discuss this motion. Mr. Wisdom-Stack and Ms. Becker informed me that Defendants do not oppose this motion.

13. On October 16, 2026, I was informed by Kroll via email that 935 checks totaling approximately $867,575.81 of settlement funds have been cashed or deposited by claimants as of October 8, 2026, the most recent date for which this information was available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 16th day of October, 2026.

*/s/ Ben Hattem*
Ben Hattem