MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; and DOES 1 to 20, inclusive,

Defendants.

Case No. 5:13-cv-02354-BLF

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING ON CFMG CIVIL CONTEMPT LIABILITY SETTLEMENT**

Judge: Hon. Beth Labson Freeman
Date: Oct. 30, 2026
Time: 9:00 a.m.
Crtrm.: 1

Having considered Plaintiffs' Unopposed Motion to Reschedule Status Hearing on CFMG Civil Contempt Liability Settlement, and good cause appearing, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. The status hearing currently scheduled for October 30, 2026, is continued to January 29, 2027, at 9:00 a.m., in Courtroom 1 of the Robert F. Peckham Federal Building & United States Courthouse, San Jose, California.

3. Plaintiffs shall file a status report by December 18, 2026, regarding the status of the settlement funds at that time.

IT IS SO ORDERED.

DATED: ____________, 2026

______________________________
Honorable Beth Labson Freeman