**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JESSE HERNANDEZ, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY, et al.,

Defendants.

Case No. 13-cv-02354-BLF

**ORDER GRANTING CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S MOTION TO DISMISS**

[Re: ECF 1338]

Defendant California Forensic Medical Group, Inc. ("CFMG") has filed a motion to dismiss, seeking entry of an order dismissing it from this case with prejudice. *See* Mot., ECF 1338. The basis for the motion is that CFMG is no longer contracted with the County of Monterey to provide services at the Monterey County Jail, and CFMG has settled its obligations in this case. CFMG represents that Plaintiffs do not oppose the motion. The County has not filed an opposition to the motion and the deadline to do so has expired.

Accordingly, CFMG's motion to dismiss is GRANTED. CFMG is DISMISSED from this case WITH PREJUDICE.

The hearing on CFMG's motion, previously noticed for March 11, 2027, is VACATED.

**IT IS SO ORDERED.**

Dated: October 30, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California