MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
CAROLINE E. JACKSON – 329980
BEN HATTEM – 335232
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
cjackson@rbgg.com
bhattem@rbgg.com

CORENE KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

AVRAM D. FREY
(*admitted pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: afrey@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE HERNANDEZ et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; and DOES 1 to 20, inclusive,

Defendants.

Case No. 5:13-cv-02354-BLF

**NOTICE OF FILING DENTAL NEUTRAL MONITOR REPORT**

Judge: Hon. Beth Labson Freeman

Pursuant to this Court's September 26, 2023 Order Granting Plaintiffs' Motion to Enforce Settlement Agreement, Dkt. No. 838 at 27, Plaintiffs hereby respectfully submit the 14th dental neutral monitoring report prepared by Dr. Viviane G. Winthrop (received by the parties on November 6, 2026) (**Exhibits A-D**).

In accordance with this Court's prior orders, Dkt. Nos. 802, 819 & 867, and the parties' filing of previous neutral monitor reports, the following information has been redacted:

1. incarcerated persons' names, dates of birth, and booking numbers, (initials are used to identify deceased class members);
2. the names of health care staff employed by CFMG/Wellpath, who are directly involved in providing or supervising patient care at the Jail; and,
3. all other personal contact information, including those of the court-appointed neutral monitors.

DATED: November 17, 2026

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Caroline E. Jackson*
Caroline E. Jackson

Attorneys for Plaintiffs

# Exhibit A

**Winthrop Dental Consulting, LLC**
Viviane G. Winthrop, DDS, CEO
Dental Neutral Court Monitor



# Dental Audit Tour

# Monterey County Jail (MCJ) and Wellpath

**On Site Audit Review: December 2-3, 2025**

**Final Dental Report #14**

---

**See the Attachments below which are an Integral part of this Final Report #14:**

1. Dental Audit Tool Excel Spreadsheet containing the following:
    a. Dental Audit Tool Results
    b. Summary
    c. Dental Schedule
    d. Statistics
    e. Database
    f. Findings - Sources, Monitor Findings, Recommendations and Methodology
2. Court-Designated Dental Monitoring Provisions – within the Final Dental Report #14
3. Dental Class Case Reviews (CCR)
4. Dental Corrective Action Plan (CAP)

---

Jesse Hernandez et al

v.

County of Monterey,
Monterey County Sheriff's Office,
California Forensic Medical Group, Incorporated.
(Now Wellpath)

Case No. 5:13-cv-02354-PSG



## Table of Contents


**Opening Statement** ........ 7

- **Objective and Scope for Dental Audit Tour #14 – December 2 - 3, 2025** ........ 7
- **Self-Governance Framework** ........ 7
- **Site Overview** ........ 8
- **In Attendance** ........ 9
- **Previous Reports, Current and Past Excel Spreadsheet Attachments** ........ 9
- **Addendum 09-21-2026** ........ 10
- **Chart and Statistical Span of Review for Dental Audit Tour #14** ........ 10
- **Enhanced Monitoring Sessions** ........ 11
- **Dental Audit Tour #15 TBD** ........ 11

**Executive Summary** ........ 11

- **Summary Results for Dental Audit Tour #14** ........ 12
- **Outcome Measure Category Results** ........ 13
- **Dental Audit Tool – A Summary of Use** ........ 14
- **Advanced Materials, Dental CAP, Monthly Production Reports, Action Items** ........ 15
- **Timeline - Requested Access to CorEMR** ........ 16
- **The Dental Standard of Care** ........ 16
- **Patient Eligibility for Emergency & Urgent Dental Care, Including Dental Treatment** ........ 17
- **Methodology for the Chart Audits – A Recap** ........ 19
  - **Priority Dental Level (DL) - Priority DL1 and DL2** ........ 19
  - **Dental Priority Code (DPC) - Priority 1 through 5** ........ 20
  - **Dental Priority Code (DPC) Compliance of Assigned DPC 1 through 5** ........ 20
  - **Scoring Criteria** ........ 21
  - **Methodology for the Chart Pulls** ........ 22
  - **Statistical Methodology** ........ 22
- **Global/Corporate Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs)** ........ 23
- **Continuous Quality Improvement (CQI) Processes and Progress at MCJ** ........ 23
- **Nurse Training** ........ 24
- **Referrals to Dental From the 14-Day Exam Health Assessment** ........ 25
- **Preserving Humanity When Using Statistical Data** ........ 26
- **Dentist Productivity, Dental Days and Dental Staffing** ........ 27
- **Data Integrity, Clinical Information and Reporting Concerns** ........ 28

Statistical Review of MCJ's Dental Clinical Program ........ 29
Bookings: ........ 29
Dental Utilization: ........ 29
Dental Days: ........ 30
Average number of patients seen per dental day: ........ 30
Custody Patient Escort to the Dental Clinic: ........ 30
Scheduled vs Seen Patients: ........ 30
Tasks Cancelled by Staff: ........ 30
Referrals from Intake: ........ 31
Referrals from the 14-Day Exam/Health Appraisal: ........ 31
Dental Sick Call requests: ........ 32
Dental Sick Calls: ........ 32
Dental Treatment: ........ 32
Comprehensive Dental Examination: ........ 33
Dental Periodontal Program (DPP): ........ 33
Chronic Care ........ 33
Grievances: ........ 34
Monterey Compliance Report: ........ 34
CorEMR versus an Electronic Dental Record System (EDRS) ........ 34
Data-Integrity Considerations ........ 35
Example of Clinical and Data Integrity Comparison ........ 35
System Limitation and Compliance Implication ........ 36
Oral Hygiene Supplies – P & P and LOP ........ 37
Incarcerated Person Interviews ........ 37
Periodontal Disease Program, Periodontal Re-evaluation, Recall, and Maintenance ........ 38
Dentist Ordered X-Rays ........ 40
Dentist Ordered Medication ........ 41
Deficiencies & Recommendations – Refer to the Dental Audit Tool ........ 42
Access to Dental Care: Sections A.1 through A.20 ........ 43
A.1 Certified Language Interpreter/Translator Services – 100.0% - SC ........ 43
A.2 Oral Hygiene Supplies – 83.3% - PC ........ 44
A.3 Oral Hygiene Instruction/Education – 75.0% - PC ........ 45
A.4 Inmate Handbook – 92.9% - SC ........ 46

A.5 Intake Form – 50.0% - NC ........ 48
A.6 Intake - Urgent/Emergent Dental Level 1 – 50.0% - NC ........ 51
A.7 Intake - Routine Dental Level 2 – 50.0% - NC ........ 51
A.8 14-Day Exam / Health Appraisal Form – Deferred Findings - DF ........ 52
A.9 Health Assessment / 14-Day Exam - Urgent/Emergent Dental Level 1 – 50.0% - NC ........ 54
A.10 Health Assessment / 14-Day Exam - Routine Dental Level 2 – 50.0% - NC ........ 55
A.11 Dental Sick Call Requests – 12.5% - NC ........ 55
A.12 Dental Sick Call - Urgent/Emergent DL1 – 50.0% - NC ........ 58
A.13 Dental Sick Call - Routine DL2 – 50.0% - NC ........ 59
A.14 Physician on Call (POC) – 50.0% - NC ........ 60
A.15 Referred to Outside Specialist/Specialty Care – 100.0% - SC ........ 60
A.16 Chronic Care – Deferred Findings - DF ........ 62
A.17 Comprehensive Dental Examination – Deferred Findings - DF ........ 64
A.18 Periodontal Disease Program – 50.0% - NC ........ 65
A.19 Refusals and Refusal Form – Deferred Findings - DF ........ 66
A.20 Grievances – Deferred Findings - DF ........ 68
Timeliness of Dental Care: Sections B.1 through B.9 ........ 68
B.1 Dental Level Priority 1 - Urgent/Emergent – 37.5% - NC ........ 68
B.1A Dental Level Priority 2 – Routine – 33.3% - NC ........ 69
B.2 Dental Priority Code (DPC) - Priority 1 thru 5 – 62.5% - NC ........ 70
B.3 Chronic Care – Deferred Findings - DF ........ 71
B.4 Comprehensive Dental Care – Deferred Findings - DF ........ 71
B.5 Periodontal Disease Program – Deferred Findings - DF ........ 73
B.6 Refusals – 50.0% - NC ........ 74
B.7 Reschedules – 50.0% - NC ........ 75
B.8 Cancelled by Staff – 50.0% - NC ........ 75
B.9 Custody – 100% - SC ........ 76
Quality of Dental Care: Sections C.1 through C.13 ........ 77
C.1 Dental Triage from a Dental Sick Call Request – Deferred Findings - DF ........ 77
C.2 Comprehensive Dental Care - Examination & Treatment Plan – Deferred Findings - DF ........ 79
C.3 Chronic Care – HIV – Deferred Findings - DF ........ 82
C.4 Chronic Care – Seizures – Deferred Findings - DF ........ 83
C.5 Chronic Care – Diabetes – Deferred Findings - DF ........ 83

C.6 Chronic Care – Pregnancy – Deferred Findings - DF ..... 84
C.7 Chronic Care – Deferred Findings - DF ..... 84
C.8 Periodontal Treatment - Deferred Findings - DF ..... 85
C.9 Restorative and Palliative Care – Deferred Findings - DF ..... 85
C.10 Extractions / Oral Surgery – Deferred Findings - DF ..... 87
C.11 Endodontics (Root Canal Treatment) – Deferred Findings - DF ..... 88
C.12 Prosthodontics (Dentures) – Deferred Findings - DF ..... 89
C.13 Progress Notes (SOAPE) – Deferred Findings - DF ..... 89
Infection Control and Regulatory Compliance: Sections D.1 through D.85 – 97.5% - SC ..... 90
Dental Management and Self-Governance: Sections E.1 through E.17 ..... 93
E.1 Chief Dental Officer, Corporate and Local Management – 83.3.% - PC ..... 93
E.2 Dashboard & Documented Qualitative Self Review Process – 50.0% - NC ..... 95
E.3 Electronic Dental Record System (EDRS) – 50.0% - NC ..... 98
E.4 Digital X-Rays – 83.3% - PC ..... 100
E.5 Panoramic X-Ray Unit – 83.3% - PC ..... 101
E.6 Equipment and Supplies – 100.0% - SC ..... 103
E.7 Nurse Training by DON, HSA and Dentist – 50.0% - NC ..... 104
E.8 Staffing and Staffing Analysis – Clinical and Administrative – 62.5% - NC ..... 109
E.9 Illness and Injury Prevention Plan (IIPP) – 100.0% - SC ..... 112
E.10 Policies and Procedures, Including Dental, Corporate and Local – 50.0% - NC ..... 114
E.11 Licenses, Credentialing, CURES & Job Performance – 100.0% - SC ..... 115
E.12 OSHA Review and Infection Control Training – 100.0% - SC ..... 116
E.13 Hepatitis B Vaccination Record – 100.0% - SC ..... 116
E.14 Pharmacy & Medication Management – 100.0% - SC ..... 117
E.15 Peer Review and Monthly Supervisory Audit Reports – 50.0% - NC ..... 118
E.16 Monthly Dental Subcommittee Meeting – 66.7% - NC ..... 120
E.17 Quality Assurance (QA) – 50.0% - NC ..... 123
Dental Class Case Reviews (CCR): 4 Class Members Reviewed – DF ..... 124
Court-Designated Dental Monitoring Provisions ..... 126
Priorities and Phasing for Self-Governance ..... 147
Stabilize Core Compliance ..... 148
Strengthen Quality of Care ..... 148
Sustain Through Self-Governance ..... 149

**Risk Elimination / Corrective Action Plan (CAP)** ... 149
**CAP Completion Rate** ... 149
**CAP Compliance Scores** ... 151
**Post-Implementation Monitoring, Self-Monitoring and Self-Governance** ... 152
**Closing Statement** ... 152
**Appendix I – Emailed MCJ Agenda for Onsite Enhanced Monitoring, Focus on the Transition Process and Dental Care** ... 155

# Opening Statement

## Objective and Scope for Dental Audit Tour #14 – December 2 - 3, 2025

The objective of this audit is to evaluate Monterey County Jail's Dental Program's capacity for sustained self-governance. This is to include the ability to independently maintain clinical standards of care, provide statistical transparency, access and timeliness of care, patient safety, ethical and quality dental practice, infection control, regulatory compliance, and operational accountability.

The review for this report focuses on whether policies, procedures, protocols, monitoring systems, and quality management processes have been sufficiently implemented and operationalized to identify noncompliance, continue corrective action, evaluate outcomes, and sustain improvement without reliance on external oversight.

This assessment is consistent with the Settlement Agreement's standard for substantial compliance:

> *Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have **(a)** implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and **(b)** that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance.* (Settlement Agreement ¶ 10)

Accordingly, this audit evaluates not only whether individual requirements are being met at a particular points in time, but whether MCJ has established durable systems capable of achieving and maintaining compliance without oversight. Particular emphasis is placed on the program's ability to identify deficiencies through self-assessment, using reliable data to measure performance, implement and document corrective action, and verify with documentation that improvements are sustained and sustainable.

## Self-Governance Framework

For purposes of this review, self-governance is demonstrated when the dental program can effectively evaluate and regulate its own clinical, operational, ethical, quality and compliance performance through established internal systems rather than dependence upon external monitoring. Effective self-governance requires:

- Clinically competent, evidence-based care;
- Adherence to professional, ethical, regulatory, and infection control standards;
- Reliable Quality Assurance and Continuous Quality Improvement processes;
- Routine internal chart reviews, auditing, monitoring, performance measurement, statistical and trend analysis;

- Timely identification and correction of deficiencies;
- Documented accountability and follow through;
- Informed clinical and operational decision making; and
- An organizational culture committed to transparency, learning, and continuous improvement.

The **purpose** of these functions is not simply to demonstrate compliance during an audit period, but to **establish an ongoing process** through which the dental program can recognize risk, correct deficiencies, measure the effectiveness of interventions, maintain safe access, timeliness, and appropriate quality patient care.

This approach is also consistent with the Implementation Plan requirement that:

> *Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Implementation Plan. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings.* (Wellpath IP, Exhibit A, p. 8)

Accordingly, the present review considers both current compliance as well as the effectiveness of the systems established to sustain it. The ultimate measure of successful implementation is the dental program's demonstrated ability to monitor its own performance, identify and correct deficiencies, maintain accountability through its quality management structure, and sustain improvement regardless of changes in court-appointed monitoring or contracted healthcare vendors.

## Site Overview

This audit is conducted in person at MCJ. The audit is performed with "read only access" to CorEMR, although access to CorEMR was no longer made available following the new health care vendor transition on 01/01/2026. The assessment for quality of dental care is made primarily through:

1. Chart reviews, tasks and reports from CorEMR, Wellpath and MCJ and data provided primarily by the Dental Operations Specialist.
2. The Smart Communication software, which is the system where incarcerated persons request dental care services and submit grievances. Although access is denied this Monitor, the files from Smart Communication, formerly ViaPath and Intelmate, were provided for review.
3. ERMA, a Wellpath software whose access is also denied this Monitor, is the system for scheduling outside referrals. Requested information was provided for review.
4. Clinical and management data, provided by the Dental Operations Specialist, Implementation Specialist and the Chief Dental Officer (CDO).
5. Custody participated fully in the dental audit tour and provided data and statistics as requested.

6. The Clinical Dental Facility, located in the newer portion of the jail is reviewed and evaluated – See Section D for Infection Control and Regulatory Compliance.

No incarcerated persons were clinically examined by me or my assistant during any part of Dental Audit Tour #14. Three (3) incarcerated persons (I/Ps) were selected to answer questions about accessing dental care at Monterey County Jail. See the discussion in the Executive Summary under Incarcerated Person Interviews.

## In Attendance

The onsite dental, Custody and offsite corporate staff graciously, enthusiastically and professionally participated in the two day Dental Audit Tour:

- Dr. [redacted] Dentist for Wellpath, PRN Dentist Dr. Troung and Registered Dental Assistant (RDA) Elizabeth Zambrano for Wellpath.
- Dr. [redacted] Chief Dental Officer (CDO) for Wellpath.
- [redacted] Dental Operations Specialist for Wellpath.
- And thank you to all the other staff who participated in the Dental Audit Tour.

The following attended the exit interview, either in person or by Zoom on December 3rd, 2025:

**Wellpath:** Dr. [redacted] Chief Dental Officer (CDO); [redacted] Dental Operations; Leo Rangel, DON; Hector Ruiz, Chief Deputy; Tinishia Branch, Director of Partner Risk Strategies; Tausha Mitchell, Vice President of Partner Risk Strategies.
**MCJ:** Chief Timothy Lanquist, Chief Deputy, Monterey County Sherriff's Office, Corrections Operations Bureau and Sergeant Murillo, Medical Custody Officer.
**Counsel for the Plaintiffs:** Maya Campbell, Associate Counsel, RBGG.
**Counsel for the Defendants:** Katherine TeBrock, Vice President Associate General Counsel Regulatory Compliance.
**Counsel for Defendant County of Monterey and Monterey County Sherriff's Office:** Ellen S. Lyons, Deputy County Counsel.
**Monitor:** Dr. Viviane G. Winthrop, Court Appointed Dental Neutral Monitor, accompanied by Paige York, RDA.

## Previous Reports, Current and Past Excel Spreadsheet Attachments

<u>Please refer to this and all prior dental audit reports and attachments for any and all additional information.</u>

The three attached Excel spreadsheets to this final report are the Dental Audit Tool, Dental Class Case Reviews and the Dental Corrective Action Plan (CAP). These spreadsheets are a fundamental and central part of this Dental Audit Tour #14 and are to be reviewed in conjunction with this Dental Audit Tour #14 final report.

## Addendum 09-21-2026

The report and accompanying attachments were not transmitted within the anticipated timeframe due to several significant IT related disruptions. Following receipt of the guidance from Plaintiffs' Counsel on March 23rd, 2026, regarding how to address the lack of access to CorEMR after the transition team changeover, I prepared the report and attachments for transmission on March 28, 2026. However, the email containing the report and attachments did not successfully transmit as intended.

Therefore, I resubmitted the draft report on 09-21-2026, together with the three accompanying attachments. The report and supporting Excel materials have also been reformatted and updated to correct compatibility and formatting issues associated with the prior versions of Microsoft Word and Excel. The findings remain as reflected in the report, except for any revisions specifically identified in the updated materials.

## Chart and Statistical Span of Review for Dental Audit Tour #14

- The scope of review and the charts audited span April 1st, 2025, through September 30th, 2025.
- The review of charts and systems of care continue to be evaluated consecutively and chronologically as seen in this and all previous reports.
- Two charts are randomly selected for each month of the audit period; therefore, twelve (12) charts are audited for each clinical outcome measure category as seen in the Dental Audit Tool Results. When provided, for the specific Outcome Measures, the second (2nd) chart of each month is a Wellpath Randomized Sample chart.
- **Consequently, there are approximately 318 unique patient charts reviewed and audited this audit period.** See the Unique Chart Counts tab in the Dental Audit Tool.
- See the "Methodology for the Chart Audits – A Recap" section for a short review of key aspects of data collection and randomized chart pulls for each month.
- The methodology outlined in each of the clinical outcome measure categories, is found within the Dental Audit Tool, in both the Dental Audit Tool Results tab Column V and Findings tab Column H.
- The parameters outlined in the Implementation Plan, Settlement Agreement, Federal, State, County and OSHA guidelines, as well as in the statewide dental standard of care, are used to review, evaluate and provide recommendations to both the systems of care and the individual patient's dental care, in the overall assessment of MCJ's Dental Program.

### Enhanced Monitoring Sessions

- Training, Mentoring, Shadowing, Guidance[1] (Enhanced Monitoring) occurred onsite for this audit period.

- Onsite Enhanced Monitoring sessions for Dental Audit Tour #14 originally scheduled for December 15-19, 2025, were compressed to December 15-17, 2025, with Sergeant Murillo or an available Custody officer escorting me at MCJ. Dr. [redacted] CDO and [redacted] Dental Operations Specialist were on Zoom using the media equipment in MCJ's conference room.

- See Appendix 1 for the emailed letter sent to Defendant's Counsels, originally sent on October 20th, 2025, updated following comments and input from the Dental Operations Specialist and resent to Defendant's Counsels on December 11th, 2025.

### Dental Audit Tour #15 TBD

- The charts and statistical data to be reviewed for the Dental Audit Tour #15 will be for a six (6) month period, spanning October 1st, 2025, through March 30th, 2026.

- The review of charts, clinical and systems of care will continue to be evaluated consecutively and chronologically as seen in this and all previous reports.

- Dates of the dental audit tour to be determined.

- A new healthcare vendor for Dental, Medical and Mental Health begin operations on 01/01/2026.

## Executive Summary

Access to CorEMR was not provided following the healthcare transition on December 31, 2025; therefore, the Chart Audit findings are deferred and excluded from the current compliance calculations below. **Accordingly, the compliance scores reflect only the System and Clinic Audit findings**.

MCJ's Dental Department was found to be in **Non-Compliance (NC) overall with a score of 67.9%,** up from 67.1% found during the last dental audit tour.

In the area of Infection Control and Regulatory Compliance, MCJ's Dental Clinic achieved Substantial Compliance (SC) with a score of **97.5%, up from 94.4%. Excellent job!**

[1] [Dkt 751] Joint Status Report and ORDER_ 6-3-2022_ 1187-8

*All dental services will be provided in a safe and sanitary environment. (Wellpath IP, p. 103)*

**Ensuring patient safety and minimizing the risk of infectious disease transmission must continue** to be one of Monterey County Jail's top priority, as protecting patients and preventing the spread of infectious diseases is the fundamental responsibility of the dental team and management.

## Summary Results for Dental Audit Tour #14

| Category | Category Title | # Of Questions | % Compliance Report #11 | % Compliance Report #12 | % Compliance Report #13 | % Compliance Report #14 | SC, PC, NC, N/A |
|---|---|---|---|---|---|---|---|
| A | Access to Care | 20 questions and 20 questions evaluated | 55.8% | 50.0% | 58.7% | **68.2%** | **NC** |
| B | Timeliness of Care | 10 questions and 8 questions evaluated | 47.4% | 67.4% | 61.6% | **50.0%** | **NC** |
| C | Quality of Care | 13 questions and 13 questions evaluated | 73.0% | 77.0% | 74.8% | **50.0%** | **NC** |
| D | Infection Control/ Regulatory Compliance | 85 questions and 81 questions evaluated | 93.8% | 92.0% | 94.4% | **97.5%** | **SC** |
| E | Dental Program Manageme nt / Self-Governance | 17 questions and 17 questions evaluated | 64.9% | 66.0% | 69.1% | **73.9%** | **NC** |
| F | Class Case Reviews | 4 class case reviews and 4 evaluated | 50.5% | 47.6% | 43.7% | **DF** | **DF** |
| **OVERALL TOTAL:** | | | 64.2% | 66.7% | 67.1% | **67.9%** | **NC** |

## Outcome Measure Category Results

## Dental Audit Tool – A Summary of Use

One of the three attachments to this report is the **Dental Audit Tool** Excel spreadsheet, an intrinsic component of this Final Dental Audit Report #14. The Dental Audit Tool includes the total scores from the combination of the review of **systems** implemented at MCJ, an audit of the dental **clinic** facility as well as individual **chart** audits.

The other Excel spreadsheet attachments are the Corrective Action Plan (CAP) and the Class Case Reviews.

As stated above, **the compliance scores reflect only the System and Clinic Audit findings this audit period**. Because access to CorEMR was not provided following the healthcare vendor transition on December 31, 2025, Chart Audit findings are deferred and excluded from the current compliance calculations.

**Aggregate scores (averaging scores)** may mask significant individual incidents; therefore, an audit section may achieve substantial compliance while still containing findings that pose a risk to patient health or even result in patient harm.

The Dental Audit Tool has multiple tabs below:

- Dental Audit Tool Results tab is divided into **six (6) sections**:
  - Section A – Access to Care
  - Section B – Timeliness of Care
  - Section C – Quality of Care
  - Section D – Infection Control and Regulatory Compliance
  - Section E – Dental Management and Self-Governance
  - Section F – Class Case Reviews – in a separate Excel spreadsheet attachment
- Dental Audit Tool Results tab. Please review the location of the categories below:
  - Column B **-** System, Chart Audit, or Clinic Audit questions
  - Column N **-** Overall compliance score – **scores are averaged** within each section
  - Column P **-** Harm to the Patient
  - Column Q **-** Potential Harm
  - Column R **-** Source
  - Column T **-** Monitor Findings/Deficiencies – See also in the Findings tab Column F
  - Column U **-** Monitor Recommendations – See also in the Findings tab Column G
  - Column V **-** Methodology
- Summary tab is a summary of all the data from the audited outcome measures. See the Category Results on page 12, and the Summary Results on page 11 of this report.
- Dental Schedule tab displays daily patient activity for each Dentists, including Dental Sick Calls that were inadvertently completed by nursing. Scroll to the right to find the overall statistics of the dental schedule report.

- Statistics tab are statistics pulled from CorEMR's software. This is a non-graded section which highlights MCJ's Dental Program as a whole. Statistics help to understand trends in care.
- Database tab includes the individual patient chart reviews. The database information is disseminated into the Dental Audit Tool Results tab.
    - System Audit and the Clinic Audit data is located respectively in the Monitor Comments #1 (Column Z) and the Monitor Recommendations #1 (Column AB).
    - Chart Audit data for individual patients is located in Monitor Comments #2 (begins with Column AI) through Monitor Comments #13 (ends with Column ED).
- Findings tab coalesces the Deficiencies and Recommendations found in the database tab, into the Dental Audit Tool Results tab**. The Monitor Findings and Recommendations can be printed or copied from the Findings tab, rather than from the Dental Audit Tool Results tab.**
- Unique Chart Count tab shows which of the 4 Class Case Review's booking numbers, if any, are seen in the Dental Audit Tool. Since the charts are picked at random, these are the number of times and the specific rows the Class Case Reviews where the patients are seen within the database tab of the Dental Audit Tool.

## Advanced Materials, Dental CAP, Monthly Production Reports, Action Items

**Advanced Materials:** The list of Advance Material requests, as well as the documentation and production report requests were emailed to the Wellpath Dental Operations Specialist on October 17th, 2025, in preparation for this Dental Audit Tour #14.

The proposed agenda and the Dental CAP were also included in the email, with the request that the CAP and Advance Materials be returned to this Monitor by November 14th, 2025.

On October 31st, the Dental Operations Specialist requested an extension, "I hope this email finds you well. I am writing to kindly request an extension for the submission of the advanced material. If possible, I would greatly appreciate the opportunity to submit the required materials by November 21st, 2025." The request was approved.

On November 21st 89 files were delivered through TitanFile and on November 25th, 44 files of advanced material requested files were successfully submitted by the Defendants via TitanFile.

**Dental CAP:** As of the second day of the Dental Audit Tour on December 3rd, 2025, no entries into the Dental CAP were completed by the Defendants, nor submitted for review. On December 29th, 2025, @ 9:09 am, the link to the Dental CAP was submitted by the Defendants via TitanFile, however, the Dental CAP's self-assessment (Column P) and the written portion for commentary (Column Q) was not filled in by the Defendants. Therefore, when reviewing the Dental CAP, the self-assessment is left blank and I entered into Defendants' commentary, "12/03/25 – No self-assessment or written commentary provided by Defendants for this audit period."

**Monthly Production Reports:** Receipt of dental documentation, meeting minutes and production reports on a monthly basis would facilitate the review of, and substantially reduce the volume of, accumulated data requiring analysis prior and right before the onsite Dental Audit Tour. See the previous reports for the list of the requested monthly documentation and production reports.

**Actions Items:** Should you want to provide any comments to any findings in the Database tab of the Dental Audit Tool, you can provide a written response in the corresponding MCJ/Wellpath Updates (beginning in Column AC) of the spreadsheet.

Provide the monthly supervisory chart audits, see Dental Cap #102, as well as any corresponding, documented training.

## Timeline - Requested Access to CorEMR

Following my tour, my access to CorEMR was removed and was not restored, despite multiple requests. Subsequently, unrelated technical problems delayed the production of my report.

## The Dental Standard of Care

The dental standard of care is statewide and not regional by county[2]. The Dental Practice Act[3], published by the Dental Board of California[4], is statewide, supported on page 508 of the Judicial Council of California Civil Jury Instructions[5], which only references statewide cases. Therefore, MCJ's dental standard of care is statewide and not localized by county.[6]

> *Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, Exhibit A, p. 20)*

"Clinicians need to understand the concept of the standard of care. The standard of care is the benchmark that determines whether professional obligations to patients have been met. Failure to meet the standard of care is negligence, which can carry significant consequences for clinicians."[7]

---

[2] https://www.professionals-law.com/attorneys/ Mr. Curley is on faculty at the University of the Pacific, Arthur A. Dugoni School of Dentistry and UCSF and has contributed to dental textbooks."
[3] https://www.dbc.ca.gov/about_us/lawsregs/index.shtml
[4] https://www.dbc.ca.gov/
[5] https://www.courts.ca.gov/partners/317.htm
[6] https://www.courts.ca.gov/partners/documents/Judicial_Council_of_California_Civil_Jury_Instructions.pdf.
[7] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8667701/

## Patient Eligibility for Emergency & Urgent Dental Care, Including Dental Treatment

Despite established provisions for problem-focused, episodic dental care addressing emergent and urgent dental conditions, existing workflows do not always consistently support the timely processing of the patient requests, with the subsequent nurse triage evaluation for the assignment of the priority dental level. Once the triage is completed by the nurse and the correct priority dental level is assigned to the patient, then is step in the audit trail makes it possible to assess for compliance for a priority Dental Level 1 scheduled for the next dental clinic day.

Continued inefficiencies within these processes adversely affect timely access to dental services and may delay clinical evaluation, diagnosis, development of an appropriate treatment plan, and delivery of indicated treatment.

Per the Implementation Plan, incarcerated persons are entitled to **Emergency and Urgent Dental Care**, see below**:**

*Results of the Initial Health Screening:*
*a. In the case of a dental/medical emergency, in which a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider sta**ff.** If in the opinion of the medical staff/licensed health care provider, the dental condition is likely to respond to immediate administration with antibiotic and/or analgesic medication this will be given. If in the opinion of the medical staff person/licensed health care professional in charge, the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital to protect the life of the patient. The contracted dentist will be notified and provide necessary post-discharge dental care at the next scheduled dental clinic.*
*b. If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, Exhibit A, p. 98 and 99)*

Per the Implementation Plan, there is a method for patients to **request dental care and have their requests addressed timely through the Dental Sick Call system**, see below:

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, Exhibit A, p. 101)*

Per the Implementation Plan, incarcerated Persons, incarcerated for less than one year, are entitled to **Dental Treatment:**

*B. Services for Inmates Incarcerated for less than One Year*
*2. Dental Treatment:*

*a. Treatment provided is based on the inmate's needs, length of stay and the priorities listed below:*
*(1) Relief of pain and treatment of acute infections and other urgent conditions. This would include hemorrhage, toothaches, broken, loose or knocked out teeth, abscesses, dry sockets after extractions and severe periodontal disease.*
*(2) Extraction of unsalvageable teeth.*
*(3) Treatment of bone and soft tissue diseases.*
*(4) Repair of injured or carious teeth.*
*(5) Removal of irritation conditions which may lead to malignancies.*
*(6) Replacement of lost teeth and restoration of function, if dental function is markedly limited. The attending dentist will determine necessity and priority.*
*(Wellpath IP, Exhibit A, p. 99 and 100)*

As indicated above, incarcerated patients are eligible to receive problem-focused, episodic dental services for emergent and urgent dental conditions, including clinically indicated treatment. This particular section of the dental audit tour report comments only on emergent and urgent dental care. Routine dental evaluations found during the nurse evaluation where a Dental Level 2 is assigned, and the patient is subsequently scheduled in dental within 14 calendar days; is previously discussed and can be reviewed in previous dental reports.

Findings from the initial audit review identify persistent deficiencies in established dental access to care workflows, including delays in nursing triage and inconsistent application of nurse assigned priority Dental Level 1 classification. These deficiencies continue to present barriers to timely dental evaluation and treatment. Potential contributing factors may include insufficient nursing staff availability and inconsistent understanding or application of the established dental triage protocols.

Under the Wellpath Implementation Plan, patients presenting with urgent dental conditions are to be assigned a Dental Level 1 priority by nursing staff to provide a dentist's evaluation of the patient's condition at the next scheduled dental clinic. This initial nursing dental level classification is distinct from the Dental Priority Code (DPC 1–5) system subsequently assigned by the dentist following clinical examination. The dentist assigned DPC establishes treatment priority and informs the scheduling of an appropriate dental treatment plan based on the patient's identified diagnosis and clinical needs.

Delays in the initial nursing assessment or inaccurate assignment of dental urgent classifications may impede timely referral and subsequent dental evaluation, diagnosis, and treatment planning. Such deficiencies may affect compliance with Wellpath's Implementation Plan governing timely access to urgent dental care. As part of the Defendant's internal oversight and quality assurance responsibilities, the dental management team utilizes a Continuous Quality Improvement (CQI) process to monitor compliance with established dental care requirements. However, the lack of integration between Smart Communication, the software used by the patients to request dental care services, and CorEMR may limit the effectiveness of existing CQI

monitoring activities, particularly when evaluating the timeliness and continuity of patient evaluation and subsequent examination across both systems.

It is important to note that the absence of direct system integration between Smart Communication and CorEMR does not necessarily establish that the dental management team cannot adequately monitor compliance. However, if CQI reviews do not reconcile the timestamps and documentation maintained in both systems, they may fail to identify delays occurring before a request enters the clinical record.

A comprehensive self-assessment identified and performed for inclusion in the monthly Dental Subcommittee meeting minutes of the audit trail for the dental access to care process, should incorporate key performance indicators at each critical point along the patient care pathway, beginning with the initial request for dental services in Smart Communication, and when the patient's request for care is opened and read by the nurse, then triaged at dental sick call by the nurse within one day of the request as shown in CorEMR; and continuing through the nursing assessment and assignment of the priority dental level 1 for the scheduling of the patient at the next dental day where they are to be seen by the dentist.

The audit trail should be created such that it can be used by the dental team for proof of practice during their self-governance assessment for compliance. The audit trail should also identify when the dental referral was completed by the nurse and if and when the dentist saw the patient within timeframe to perform the clinical examination, diagnosis, treatment plan and assignment of the DPC by the dentist. This assessment of the workflows is to include reconciliation of relevant timestamps and documentation maintained within both systems to identify processing delays, gaps in communication, and other barriers to access and timeliness of care. Any action plan determined by any delay in care is to be noted and discussed in the monthly Dental Subcommittee meeting and the information submitted to the Quality Assurance committee for review and feedback.

The resulting findings, stated in the monthly Dental Subcommittee meeting minutes should inform targeted corrective actions including training and ongoing CQI monitoring to support timely assessment, appropriate clinical prioritization, and documented disposition of <u>all patients</u> dental complaints and requests for dental care in accordance with the established Implementation Plan.

## Methodology for the Chart Audits – A Recap

**Review any and all prior dental audit tour reports and attachments for any and all information.**

### Priority Dental Level (DL) - Priority DL1 and DL2

- Assigned by:
  - <u>Nurses (RN),</u>

- Nurse Practitioners (NP),
- Physician Assistants (PA),
- Physicians,
- Physicians when referring episodic care from Chronic Care,
- Physician on Call (POC), for a DL1 follow-up - scheduled for the next dental day.

- Assigned by Nursing after evaluating the incarcerated person for a dental screening at:
  - Intake,
  - 14-Day Exam/Health Appraisal,
  - Dental Sick Call requests,
  - Nurse Sick Call,
  - Return from Offsite for a DL1 follow-up for the next dental day,
  - Dental Periodontal Program,
  - Annual Comprehensive Dental Exam,
  - By Physicians when referring episodic care from Chronic Care,
  - By Physician on Call (POC), to schedule for a follow-up DL1 referral for the next dental day.

- Priority 1 - Dental Level 1 (DL1) - **Emergent** – schedule in dental – **the same day**
- Priority 1 - Dental Level 1 (DL1) - **Urgent** – schedule in dental - **next dental day**
- Priority 2 - Dental Level 2 (DL2) - **Routine** – schedule in dental - **within 14 calendar day**.

### Dental Priority Code (DPC) - Priority 1 through 5

The DPC is assigned by the Dentist(s) at the time of diagnosis during the Dental Sick Call visit. For each line item of prescribed treatment, found during episodic and/or comprehensive dental care, a DPC is assigned to each treatment item, and the procedural task is scheduled accordingly. See the DPC compliance table below.

If there are multiple line items in the treatment plan, the treatment plan must be completed by the longest DPC, therefore, all treatment must be completed no longer than by the DPC 5 or 120 days from the date of diagnosis.

If the task for the diagnosed treatment plan is not assigned a DPC and not scheduled, then the patient may be "lost in the system" and not seen by the Dentist as **CorEMR does not have a function to locate unscheduled treatment plans.** This is an important area to monitor, where the CQIs must be used for self-audits of this metric. All patients are eligible for emergency care per the Implementation Plan.

### Dental Priority Code (DPC) Compliance of Assigned DPC 1 through 5

Per the Implementation Plan:

*Dental treatment will be provided in accordance with the following Dental Priority System: (Wellpath IP, Exhibit A, p. 101)*

When evaluating the timeliness of care for **Dental Treatment**, the overall compliance score of all five priority levels = **82.8% - Partial Compliance.**

| | | | |
|---|---|---|---|
| **DPC 1** | Emergency Care – Treated immediately Emergent Care – **Seen today** | Incarcerated patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention. | To be seen the same day as diagnosed – **80.0% compliance** |
| **DPC 2** | Urgent Care – **Treatment within 1 calendar day/24 hours** | Incarcerated patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living. | To be seen within 24 hours of diagnosis – **95.0% compliance** |
| **DPC 3** | Treatment within **30 calendar days** | Incarcerated patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention. | To be seen within 30 days of diagnosis – **90.3% compliance** |
| **DPC 4** | Treatment within **60 calendar days** | Incarcerated patients requiring early treatment for any unusual hard or soft tissue pathology. | To be seen within 60 days of diagnosis – **0.0% compliance** |
| **DPC 5** | Treatment within **120 calendar days** | Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). | To be seen within 120 days of diagnosis – **61.0% compliance** |

(Wellpath IP, Exhibit A, p. 101 and 102)

## Scoring Criteria

Substantial Compliance (SC) = 86% - 100%
Partial Compliance (PC) = 75% - 85%
Non-Compliance (NC) = 74% and below

I modeled my scoring criteria on NCCHC standards.[8]

[8] https://www.ncchc.org/the-many-benefits-of-accreditation/

"To earn accreditation, a facility must demonstrate compliance with 100% of applicable essential standards and at least 85% of applicable important standards. Compliance plays a crucial role in improving the quality of care and can lead to better patient outcomes. We have found consistent application reduces variability, thus minimizing errors, while efficient processes lead to quicker diagnoses. Patient safety also is promoted by establishing policies and procedures for infection control, medication administration, suicide prevention, emergency preparedness, and more, reducing the risk of medical errors and adverse events. The standards facilitate interoperability in health information technology, streamline administrative processes, and foster accountability."[9]

### Methodology for the Chart Pulls

Wellpath did not provide specific randomized samples for this audit period. Therefore, the randomized chart pulls, for both charts pulled per month per clinical outcome measure, is used. As mentioned previously there are approximately 318 individual charts reviewed this audit period.

A list of potential patients is run for each clinical outcome measure, as detailed in the methodology section to the right of the Monitor Findings and Monitor Recommendations in the Dental Audit Tool Results, Statistics and Findings tab.

Since not all clinical outcome measure categories have a corresponding task in CorEMR, a word search may be performed to identify the potential patients fitting the clinical outcome measure parameters, using the data in the Task Report, Form Report, Form Question Report within CorEMR or within the Smart Communication files for Grievances and Dental Sick Call requests.

For this audit tour, once the parameters of the clinical outcome measure category being audited is located, the monthly data set of the applicable selection of the located queried charts, unless otherwise stated, are placed in Excel's Random Generator. **The count of records in the data set is applied to the MS Excel RANDBETWEEN() function: RANDBETWEEN(1, recount).** This function uses the Mersenne Twister (M19937 variant) pseudo-random number generator to produce a high quality randomized result.

### Statistical Methodology

The primary function of the Statistics section is descriptive. It offers a high-level overview of the dental program and can help identify systemic trends and issues or operational gaps that may not be evident through the sampled chart review process.

The statistics provided in the **Statistics** tab of the Dental Audit Tool measures different parameters than those captured by the Dental Audit Tool Database tab. Specifically, the

[9] https://www.ncchc.org/the-many-benefits-of-accreditation/

Statistics tab reflects a count of patient tasks **pulled from various locations within CorEMR, (i.e., Task Report, Form Report, Form Question Report).**

This Statistical data is not intended to assess the quality of care delivered, nor does it track multiple events per patient task. The methodology within the Statistics tab is located in the Excel table, to the right of the Monitor Findings and Monitor Recommendations.

## Global/Corporate Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs)

Progress is evident in the self-governance of Global/Corporate Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs). An increasing number of P&Ps and draft LOPs are now coordinated, updated, incorporated into the Dental Subcommittee meeting and some in the agenda for annual review, and used in the training of new and existing staff. These practices support a more defined, repeatable, and sustainable operating model.
Further development, maturation, of the self-governance framework would be demonstrated by a comprehensive P&P/LOP master inventory and document control, management and approval tracking process. I believe this master inventory and document control process has been started, although, the location of this master file has not been made accessible to this Monitor, although the content of the inventory was given through TitanFile for review.

At present, there does not appear to be a consolidated schedule identifying draft documents through review, approval, finalization, implementation, version control, training and a corrective action process when necessary, nor a complete gap list identifying LOPs that remain to be developed. Establishing this visibility, together with assigned owners, target completion dates, approval status, and implementation verification, would allow Dental leadership to measure progress, identify overdue or missing protocols, and demonstrate that required corporate policies have been translated consistently into local operating practice.

## Continuous Quality Improvement (CQI) Processes and Progress at MCJ

CQIs provide a structured, cyclical method for identifying problems, testing solutions, measuring results, and repeating improvements until goals are achieved. CQIs focus on progressive, incremental improvement in processes, safety, patient care, work environment, and regulatory compliance. CQI projects typically involve defining the problem, benchmarking, setting goals, and conducting iterative quality improvement cycles.

The CQI questions are driving useful discussions and represent an encouraging step toward self-governance, demonstrating dental leadership in using CQI to drive improvements. Chart reviews for the CQI process provide insights into recurring deficiencies and areas of improvement. The quality of CQI questions and the number of charts reviewed directly impact usefulness. CQIs currently cover only a few outcome measures; and **broader coverage is needed**.

CQI alone does not provide a comprehensive picture of care—statistics, metrics, and internal self-audits and self-monitoring must also be integrated.

CQI identified gaps remain, especially in the area of **Priority Dental Level (DL1 and DL2)** tracking and compliance, as also mentioned in prior audit reports. CQIs has not been fully implemented for **Incarcerated Person's Dental Sick Call Requests to the Nurse Sick Call to the referral for a Dental Sick Call process**. There is a lack of an audit trail and scanned dental sick call requests, which prevents tracking timeliness of dental referrals from the request for dental care, to the Nurse Sick Call, through to the Dental Sick Call and diagnosis and treatment planning using the DPC.

Concerns about priority **DL1 and DL2** accuracy (assigned by the RNs) should be addressed through RN training, the DON, the onsite Dentist, the Dental Operations Specialist and the Chief Dental Officer (CDO). Documentation of the workflows and steps taken to assess for DL1 and DL2 during self-monitoring for self-governance, is to be documented and discussed during the monthly Dental Subcommittee meeting and action items are to be assigned and followed for resolution of found barriers or gaps in care.

The CQI process does not yet evaluate the **Dental Priority Code (DPC) system,** tracking for compliance the dental treatment and timeliness of care once the diagnosis and treatment plan has been established by the Dentist. The **DPC** assigned by the Dentist after diagnosis and treatment planning dictates treatment completion timelines. The Dentist may adjust a DPC based on clinical changes but is not to extend the completion of the treatment date beyond the longest assigned DPC at the time/date of diagnosis.

I recommend CQI expansion is used to broaden the scope to cover the outcome measures required by the Implementation Plan, including DPC compliance. **Refining Questions** will help to develop more nuanced and targeted CQI questions to identify specific system weaknesses.

Strengthen audit trails and enhance data integrity by addressing inconsistencies and inaccuracies in data entry that may create a false perception of compliance. Additionally, integration of CQI findings into the established Quality Assurance (QA) process should be a standing agenda item at Dental Subcommittee and QA Committee meetings to promote accountability and ensure coordinated, system-level responses to identified deficiencies.

## Nurse Training

The Dental Operations Specialist has shifted to a **case-based, deficiency-driven training model** which should make the education and training more relevant. This model should in the best case scenarios, help nurses connect the training to real-world scenarios by directly addressing the gaps and continued lapses in specific areas of dental referrals and scheduling.

For example, if an internal audit shows missing pain scales or the location and/or history of the chief complaint, or even the continuing issue with duplicate tasks, then holding a short in-

service where nurses practice documenting descriptions and running through scenarios should show a pattern of improvement from practicing with real MCJ sample cases. Incorporating feedback and group discussions to reinforce correct practices can be used to track ongoing successes in removing barriers to access and timeliness of care.

Therefore, integrating and addressing a CQI for nurse training for the most common or high-risk deficiencies and monitoring effectiveness by measuring improvements in compliance rates for the identification of the correct DL1 and DL2 assignment for the specific issue trained on.

A living, responsive documented training program, with ongoing review and refinement of the LOPs, version control and evidence of completion of training, that adapts to the very problems this audit continues to identify, will be an important measure to ensure local processes remain current, consistently implemented, and aligned with corporate and regulatory requirements.

## Referrals to Dental From the 14-Day Exam Health Assessment

The Implementation Plan states that all incarcerated persons are to receive an initial health screening, to include a dental screening, at the 14-Day Health Assessment, previously called the health inventory and communicable disease screening.

**Not all patients still in custody 14 days of booking have received their 14-Day Exam Dental Screening.**

> *Perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. All screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with on-site or on call medical provider and/or dental provider (if on-site) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98)*
>
> *At the time of the health inventory, examination includes notation of the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, evidence of infection, recent trauma, difficulty swallowing, chewing or other functional impairment. (Wellpath IP, p. 99)*
>
> *A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings. (Wellpath IP, p. 98)*
>
> *Results of the Initial Health Screening: a. In the case of a dental/medical emergency, in which a licensed dentist is not present, the patient will be seen, treated and managed immediately*

*by medical provider staff. If in the opinion of the medical staff/licensed health care provider, the dental condition is likely to respond to immediate administration with antibiotic and/or analgesic medication this will be given. If in the opinion of the medical staff person/licensed health care professional in charge, the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital to protect the life of the patient. The contracted dentist will be notified and provide necessary post-discharge dental care at the next scheduled dental clinic. (Wellpath IP, p. 98 & 99)*

*If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, Exhibit A, p. 99)*

I suggest working with Custody to identify compliance with this metric, where statistics can be pulled to identify how many incarcerated persons are still at the facility 14 days from booking, to determine a statistical evaluation of compliance to the Health Assessment screening.

## Preserving Humanity When Using Statistical Data

Lord Kelvin observed that meaningful understanding is strengthened by the ability to measure and express observations quantitatively.[10] This principle has long influenced scientific inquiry and remains highly relevant to contemporary quality improvement. Building on this principle, I offer the following formulation as my own: **Reliable and accurate measurement is foundational to meaningful and sustainable quality improvement.**

Keeping this in mind, statistical measurements should remain a means of deepening our understanding rather than narrowing it. Measurements should sharpen our understanding of people, not reduce them, their experiences, or their actions to numbers.

However, the numbers I present, as I do with every report, remains connected to the individuals, experiences, decisions and circumstances they represent. Quantitative data is essential to identifying patterns, trends, evaluating performance, and guiding improvement.

For example, dental utilization data should be interpreted in the context of both operational efficiency and the completeness of reporting. If utilization appears low in relation to identified clinical need, the findings may reflect underutilization of available dental services, incomplete task tracking, or underreporting of care provided, rather than a true barrier to patient access to care. Distinguishing among these possibilities is essential before conclusions are drawn or corrective action is taken.

---

[10] Paraphrased from William Thomson, Lord Kelvin, *Electrical Units of Measurement* (1883). https://en.wikiquote.org/wiki/William_Thomson

Conversely, failing to explore what the data may be signaling can allow an underlying barrier to access to care to remain unidentified or unaddressed. Data should therefore prompt further inquiry when observed patterns are inconsistent with clinical need, expectation utilization or known service capacity.

Statistics provide evidence and credibility; trends provide context; people give the data meaning. Together, these concepts support sound, evidence-based decision making consistent with the principles of evidence-based dentistry. The expectation remains that statistical measurement and transparency is to be provided by the Defendants for self-monitoring and self-governance.

## Dentist Productivity, Dental Days and Dental Staffing

There were 127 possible dental days this audit period calculating that Dr. [redacted] works three (3) days per week and the PRN Dentist works 2 days per week, prior to his dismissal on June 6th, 2025.

Remembering that adherence to the Implementation Plan and Dental CAP remain non-negotiable, dental's leadership worked towards transparency and acknowledgment of non-compliance, which reflects a maturing culture of accountability. For example, the Defendants from their own prior workflow analysis, canvased for a new PRN Dentist to replace the dentist who was dismissed in June 2025. The newly hired PRN dentist began seeing patients in late August.

> *There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan". (Wellpath IP, Exhibit A, p.115)*

Although the recruitment and hiring of a new PRN dentist was successfully completed, only **94 of the anticipated 127 dental clinic days were utilized during this audit period**, representing a shortfall of 33 potential dental clinic days. Based on the current average of 19.5 dental tasks completed per clinic day[11], this staffing shortfall represents an **estimated reduction in clinical capacity equivalent to 643.5 dental tasks**. This capacity could otherwise have supported

[11] See the Statistics tab within the Dental Audit Tool.

additional dental examinations and treatment for patients incarcerated at MCJ, including but not limited to dental sick calls, comprehensive dental examinations, and clinically indicated dental procedures.

The absence of an established contracted staffing registry or alternative contingency staffing mechanism further limits the ability to maintain continuity of dental services during clinician vacancies, unexpected staffing shortages, or extended medical leaves of absence. See the Dental CAP #113.

The Wellpath Implementation Plan establishes the following staffing requirement: *"There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan"* [Wellpath IP, Exhibit A, p. 115]. Formalizing supplemental dental staffing resources and establishing contingency coverage mechanisms supports the continuity of dental services, reducing the risk of staffing-related disruptions, and strengthens ongoing compliance with contractual staffing requirements.

However, the PRN supplemental positions have not been formally incorporated into the ratified MCJ staffing plan. Consequently, the long-term stability and sustainability of the additional dental staffing resources remain uncertain.

## Data Integrity, Clinical Information and Reporting Concerns

Dental staff compile clinical and operational data for presentation at the monthly Dental Subcommittee meeting. **A review of the reported data, however, identified material discrepancies among different sources purporting to measure the same dental performance metric.**

For example, monthly dental refusal totals reported in the CFMG minutes do not consistently reconcile either with one another or with the corresponding data extracted from CorEMR. The discrepancies are illustrated below:

| **Refusals** | **April** | **May** | **June** | **July** | **Aug.** | **Sept.** | **Six-Month Total** |
|---|---|---|---|---|---|---|---|
| **CorEMR – Line 27** | 53 | 56 | 48 | 41 | 52 | 61 | **311** |
| **Staff Report – p. 84** | 51 | 49 | 41 | 51 | 48 | 61 | **301** |
| **Staff Report – p. 85** | 56 | 49 | 52 | 40 | 46 | 51 | **294** |

No month during this six-month period contains complete agreement among all three reported values. CorEMR and the staff data on page 85 of the Dental Subcommittee meeting minutes differ in every month; CorEMR and page 84 differ in five of six months; and the two staff-reported sources differ in five of six months. The cumulative six-month totals range from 294 to 311 refusals—a difference of 17 events for what is represented as the same underlying measure.

These inconsistencies raise concerns regarding the **accuracy, consistency, reproducibility, and traceability of the dental program's reported performance data**. Before such data are relied upon for quality assurance, compliance monitoring, staffing analysis, or the methodology used to calculate each metric should be clearly defined and independently reproducible.

CorEMR is an electronic medical record system rather than a dental-specific electronic dental record system (EDRS). To the extent that dental metrics are derived from CorEMR forms, the validity of the resulting data is dependent upon dental personnel consistently using the designated form(s), completing the required fields, and applying standardized definitions and documentation practices. When the designated CorEMR form or structured field is not used, the corresponding clinical event may not be captured accurately in subsequent reporting.

In addition, some dental performance measures are reportedly obtained by extracting information through the CorEMR Forms Question Report. Obtaining a relatively small number of dental metrics through a multistep manual extraction and review process creates additional opportunities for inconsistent inclusion criteria, data abstraction errors, transcription errors, and variation between reporting periods.

**A reliable quality-management process requires data that is accurate, complete, consistent, transparent, reproducible, timely, and auditable**. When different sources produce materially different results for the same metric, confidence in a trend analysis and hence possible conclusions in performance is diminished. Until the discrepancies are reconciled and a standardized source of the truth methodology is established, decisions affecting the dental program should be made cautiously and with recognition of these data limitations.

**I repeat, reliable and accurate measurement is foundational to meaningful and sustainable quality improvement.**

## Statistical Review of MCJ's Dental Clinical Program

Please refer to the Statistics tab of the attached **Dental Audit Tool** for additional information.

**Bookings:** For this six (6) month audit period, April 1st, 2025, through September 30th, 2025, there were **3629 total bookings.** A unique incarcerated person may be booked several times during this six month period and receive a new booking ID for every new period of incarceration. Therefore, 3629 total bookings **does not necessarily equal** 3629 total unique incarcerated persons.

**Dental Utilization:** More than one task (i.e., exam, cleaning, filling, extraction) can be scheduled per patient and there may be individual patients booked more than one time. **There were 1837 completed dental tasks seen in the dental clinic**. The total number of completed dental tasks compared to the total number of bookings, **1837/3629 = 50.6%,** may not wholly reflect dental utilization at MCJ and may overestimate true utilization.

**Dental Days:** As mentioned previously, there are a total of **94 dental days** on an eight (8) hour per day schedule. On average, with opening and closing of the dental clinic, sterilization processes and accessible custody hours, the dental staff see patients for an average of 6.5 to 7.0 hours per day for their eight (8) hour shift.

**Average number of patients seen per dental day:** Dental completed an average of 19.5 patients per day. Using 7.0 hours per day, the Dental staff completed an average 2.8 patients per hour. **For one operatory this is a significant number of patients seen and this is commendable!**

**Custody Patient Escort to the Dental Clinic:** Per the Dental Operations Specialist, there is consistent and timely Custody coverage with no Interruptions of Service identified during this six month timespan. No proof of practice was submitted by Custody for this statement.

Once Custody has assigned their personnel to Medical, the H.S.A. makes the determination of which officer is allocated to what department and for what hours. Custody remains scheduled in Dental one hour later than the dental staff's start of their shift, as Custody is assigned elsewhere earlier in the morning. This may be to provide dental with enough time for their morning task preparations; however, I recommend the CDO, with the H.S.A., discuss the hours for Custody's Dental coverage in addition to the time the dental staff are ready to see their first patient. Please forward the result of this discussion with the resulting beginning and end times Custody is assigned to Dental.

**Scheduled vs Seen Patients:** For this audit period, the full CorEMR statistics are seen in the Tables 2 and 3, which includes the Cancelled by System statistics. These numbers are provided by CorEMR to illustrate the total flow of patient tasks within the dental program.

Therefore, this is the reason the percentage of patients not seen as scheduled is high at 39.5%, as CorEMR includes the number of patients cancelled by the system. **When removing the 25.3% Cancelled by System, the overall not seen as scheduled is 14.2%.** See Table 3 for additional reasons patient not seen. Combined cellside and chairside dental Refusals (10.2%), *Reschedules (1.4%) and Cancelled by Staff (2.6%).

**Tasks Cancelled by Staff:** Of the 79 total cancelled by staff, 57 were cancelled by staff for a Dental Sick Call (DSC), 10 for Dental Treatment, two (2) for the annual comprehensive dental examination, six (6) for the periodontal disease program, three (3) for chronic care see Table 4A-G.

The rate of cancelled by staff has improved significantly from the previous audit. I still recommend that a deep dive is performed as some tasks are still cancelled by staff due to being duplicate tasks and others were for Emergent/Urgent and Routine dental needs, not due to duplicate tasks. Determining the reason and making sure all patient tasks are referred and seen in dental is a worthwhile exercise to prevent harm to patients from lack of a follow through.

**Referrals from Intake:** There were 29 Emergent/Urgent DL1 and 176 Routine DL2 referrals to dental from Intake, 0.7% and 4.3% respectively of all the 4128 intake forms completed. There were more forms completed than bookings per the query from the Form Report. Unknown at this time as to why the discrepancy.

Of the 3629 bookings and subsequent intake screenings performed at MCJ there were 1144 Evidence or complaints of the following: pain, difficulty swallowing, etc. but only 205 Dental Level 1 and Dental Level 2 referrals were made to dental. This may be a barrier to access to care, and a deep dive should be evaluated for the reason(s) those patients were not referred to dental.

**Referrals from the 14-Day Exam/Health Appraisal:** This dental screening is mandated by Wellpath's Implementation Plan, p. 98 and p.99. To complete the 14-Day Exam, also called the Health Assessment, must be completed within 14 days of booking. There are currently two forms in CorEMR, a medical and dental form, which must be used in conjunction to complete the exam.

Of the 3629 bookings, there are no statistics provided to show how many patients were present 14 days from booking. Within this six month audit period, 1038 incarcerated persons received a screening using the medical form and 997 received the dental portion of the 14-Day Exam. **Therefore, the Initial Health History & Physical Exam Dental Screening form (dental form) was used in conjunction with the medical form 96.1% of the time.** See table 9B of the Statistics tab in the Dental Audit Tool.

From the medical form 32 patients, or 3.1%, of the 1038 patients screened during the medical portion of the 14-Day Exam were referred to dental. From the dental form 165 patients, or 16.5% of the 997 patients screened with the dental form during the Health Assessment were referred to dental from the dental form.

The medical form within CorEMR automatically creates the referral task for the Dental Sick Call. The dental form does not, therefore, if the RN does not create a manual task, then the patient is not referred to dental and the patient is not seen for their mandated Dental Sick Call.

Review of the Dental Subcommittee meeting minutes did not demonstrate that an internal self-audit was conducted to determine whether patients identified as requiring a dental referral during the 14-Day Examination were appropriately scheduled and referred for care. The documentation also did not establish whether any identified deficiencies were tracked through to resolution.

The absence of a documented monitoring process may represent a continued barrier to timely access to dental services and limits the facility's ability to demonstrate effective oversight of the referral process. MCJ should establish and document a routine audit process to evaluate compliance with dental referral requirements, identify missed or delayed referrals, verify

completion of required follow-up, and implement corrective action when deficiencies are identified.

**Dental Sick Call requests:** See Table 8. There were 10666 total medical, medical and dental requests for health care during this audit period. 1360 dental requests were found in the dental drop down menu category and through a word search of dental terms within the medical and mental health categories, 573 and 29 dental requests for dental care respectively. Therefore, a total of 1962 dental requests were located, which is 18.4% of the overall incarcerated persons request for health care service requests.

Through a word search using the same dental terms, there were a total of 402, or 20.5% of the 1962 requests for dental care, completed in Nurse Sick Calls, NP/PA Sick Calls, or MD Sick Calls.

Of the 1962 dental sick call requests, there are 1135 completed Dental Sick Calls tasks or 57.9% of the requests. There is no data within Smart Communication, from which the data is derived, or within CorEMR to determine how many are duplicate requests for dental care. Therefore, the completed Dental Sick Calls from the request for dental care may be much higher. The Dental Department should conduct an internal audit to verify that all requests for dental care are screened timely, addressed, referred, and scheduled as clinically indicated. Identified delays or gaps should be documented, corrected, and any trends should be identified and discussed in the Dental Subcommittee meeting minutes as well as in the QA meeting to support ongoing compliance and timely access to care.

*There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan". (Wellpath IP, Exhibit A, p.115)*

There is no audit trail within CorEMR to identify if all dental requests were seen by the MD, PA or RN within one day of the request as stated in Wellpath's IP below.

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and* referred *to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

**Dental Sick Calls:** There are 1135 completed Dental Sick Calls tasks which is equivalent to 61.8% of all the completed dental tasks (1837) seen in dental this audit period. Seven (7) Dental Sick Calls are completed by Nursing in error. See table 4A. **RNs are not to complete any dental tasks as this is outside the scope of their license.** Only Dentists are to complete a Dental Sick Call.

**Dental Treatment:** Dental Treatment accounts for 513 tasks or 27.9% of all the completed 1837 dental tasks**.** See Table 4B and Table 10. A combined compliance rate of 82.8% of diagnosed treatment given a DPC at the time of the prescribed treatment plan, (DPC1 80.0%, DPC2 95.0%, DPC3 90.3%, DPC4 0%, DPC5 61%) was seen within timeframe.

**Comprehensive Dental Examination:** On December 2nd, 2025, there were 863 incarcerated persons at MCJ of which the number of patients incarcerated for longer than one year and therefore eligible for an annual comprehensive dental examination statistics was 65 in March 2025. The December 2025 data was not captured. As written in the Incarcerated Persons Orientation Manual, the incarcerated person must request their annual comprehensive dental examination after one year of incarceration. **32 patients with over one year of incarceration received a completed annual Comprehensive Dental Examination**.

Note that the number of patients with over one year of incarceration is a **fluid** number which changes depending on the number of years the patient is sentenced. As more patients reach their 365th day of incarceration, more patients become eligible and can therefore request comprehensive dental care.

**Dental Periodontal Program (DPP):** As both the exams and treatments are still included in this category (instead of just the DPP exam as previously requested), the number of patients seen for a periodontal examination smaller than the 5.1% of the overall patients seen for the Periodontal Disease Program.

**Chronic Care for patients with HIV, Seizures, Diabetes, Pregnancy and Severe Mental Illness Referred to Dental.** Per the Dental Operations Specialist, the Chronic Care forms, both initial and follow-up, have been updated to reflect an area for patients to be referred to dental by the physicians. It was requested that a section for the intra and extra oral exam be added to the initial and follow-up forms so an audit trail can be reviewed for documentation of dental screenings. There were 19 patients referred to dental from Chronic Care, of which 11 refused, three (3) were cancelled by staff and five (5) were seen for a Chronic Care dental examination. See table 4E.

*Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival."* (Wellpath IP, Exhibit A, p. 13)

*Chronic illness is any health problem/condition lasting at least six months which has the potential to, or actually does, impact an individual's functioning and long term prognosis. Such conditions may include, but are not limited to, cardiovascular disease, diabetes mellitus, gynecological disorders or diseases, chronic infectious diseases, chronic pulmonary diseases, seizure disorders and psychiatric disorders."* (Wellpath IP, Exhibit A, p. 27)

*Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider."* (Wellpath IP, Exhibit A, p. 27)

*MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority*

*code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS).* (Wellpath IP, Exhibit A, p. 100 and p.103).

**Grievances:** See Table 12. There are several differences comparing the information within Smart Communication, and from Wellpath's dental grievance data. Just as with Dental Sick Call requests, there is a difference between when a grievance is "read" and when the patient is "seen" face to face for the complaint during a Nurse Sick Call.

Of the 966 grievances submitted related to medical, mental health, and dental services, 131 (13.6%) were dental-related grievances. This was obtained by performing a word search of dental terms. As with Dental Sick Call requests, if a word is used to search for dental grievances is stated in a different language, the word search may not identify that particular grievance.

Due to the unavailability of CorEMR access following the healthcare transition, further evaluation, validation and analysis of the data is deferred until system access is provided.

**Monterey Compliance Report:** Required by the Dental CAP, the Monterey Compliance Report currently has limitations affecting its accuracy and reliability, as it does not appear to fully reconcile with CorEMR data. The report is not currently capable of isolating timeliness of care compliance for dental referrals originating from Intake, the 14-Day Examination, Dental Sick Call, Priority Levels 1 and 2, or applicable Dental Priority Codes, including data contained within the Task Report, Form Report, and Form Question Report. This may reflect a data-mapping issue or an incomplete reporting product still under development.

The Dental Operations Specialists stated, "In relation to the Monterey Compliance report, I wanted to mention that it may take a long time to attempt syncing this report with CorEMR. This particular report does not reside in CorEMR, and our IT team had to create a custom backend process to extract that information, so we would have to work with them to make that happen. Also, given the transition, the new vendor might not have something like this available or will need to design their version of this report within their platform."

## CorEMR versus an Electronic Dental Record System (EDRS)

There is a substantive difference between an electronic medical record that accommodates dental documentation and an electronic dental record system (EDRS) designed around dental clinical data.

CorEMR is designed for correctional health care and supports patient management, medical workflows, forms, tasks, medications, diagnostic services, and reporting. Dental information can be documented through configured forms and workflows; however, the available technical documentation reviewed does not demonstrate the same native dental data structure found in a dedicated EDRS.

Dentrix Enterprise for example and by contrast, is designed specifically for dental clinical documentation and practice management. Its functionality includes tooth and surface specific charting, periodontal charting, treatment planning, clinical notes, continuing care, dental imaging, scheduling, and dental-specific reporting. Current vendor documentation also identifies correctional specific functionality and implementation materials, including workflows developed for correctional facilities.

### Data-Integrity Considerations

The principal advantage of an EDRS is not that it eliminates human error, but that its data structure aligns directly with dental clinical care. Conditions, treatment plans, scheduling, procedures, refusals, and outcomes can be recorded as related dental data rather than reconstructed from separate generalized forms.

This distinction is particularly important for compliance reporting. Metrics involving treatment timeliness, unscheduled care, refusals, priority classifications, periodontal examinations, or incomplete treatment plans are more readily reproduced when the underlying information is stored in standardized dental fields.

A generalized EMR may also generate these metrics, but reliability depends on consistent form selection, standardized definitions, complete entry into the forms and tasks, accurate report logic, and appropriate reconciliation. Each additional step between the clinical event and the reported metric introduces potential for duplication, omission or inconsistent priority classification.

### Example of Clinical and Data Integrity Comparison

| Function | CorEMR | Dentrix Enterprise – Correctional |
|---|---|---|
| **Primary design** | Correctional electronic medical record | Electronic dental record / enterprise dental management system |
| **Correctional workflow** | Designed for correctional health, booking, and medical workflows | Correctional specific dental workflows and implementation documentation |
| **Odontogram / tooth-level charting** | Public documentation reviewed does not identify a native dental odontogram comparable to an EDRS | Native charting of conditions, treatment, tooth, and surface |
| **Periodontal charting** | May be documented through configured forms | Dedicated periodontal chart with longitudinal comparison |
| **Treatment planning** | General forms and tasks may support workflow | Dedicated dental treatment planning functionality |

| | | |
|---|---|---|
| **Dental procedure data** | Dependent on configured forms and consistent data entry | Structured dental fields, including tooth, surface, and ADA procedure data |
| **Longitudinal dental history** | Maintained within the broader clinical record and forms | Dental conditions and treatment history maintained as structured dental data |
| **Dental imaging** | Supports general radiology/document integration | Integrates dental imaging with the dental clinical record |
| **Refusal workflow** | Reliability depends on form configuration and consistent use | Correctional documentation includes dental refusal workflows |
| **Data standardization** | Dependent on configuration, definitions, and consistent form use | Dental specific structured data and reporting can be standardized |
| **Auditability** | User/form metadata and reporting capabilities | Detailed audit trails and user access controls |
| **Enterprise reporting** | Dental metrics may require extraction from generalized forms/reports | Dental specific clinical, operational, audit, and custom reporting |
| **Medical interoperability** | Designed for correctional system integrations | Supports HL7 and medical/dental information exchange |

### System Limitation and Compliance Implication

CorEMR remains an important correctional medical record; however, its dental functionality should not be considered equivalent to a dedicated EDRS. Until a dental specific system is implemented, MCJ should strengthen CorEMR workflows through standardized Local Operating Protocols, data definitions, flowcharts, required fields, validation processes, and routine and documented internal audits.

CQI should encompass the full Dental Implementation Plan and be integrated with Dental Subcommittee and Quality Assurance review. Each reported metric should have a defined source of truth, including the definition, inclusion/exclusion criteria, responsible reviewer, and reconciliation process.

A properly configured correctional EDRS, such as Dentrix Enterprise or a comparable system, would provide a stronger technical foundation for dental documentation, treatment plan management, scheduling, compliance monitoring, auditing, and reproducible reporting. Implementation alone would not guarantee accurate data. Staff training, standardized definitions, validation, and routine reconciliation would remain essential.

The long term objective should be a reliable, auditable dental information system capable of demonstrating compliance through proof of practice and supporting sustainable self-governance of the dental program.

## Oral Hygiene Supplies – P & P and LOP

**Absence of Governing Policy and Local Operating Protocol (LOP)**
There is no established Policy and Procedure (P&P) or Local Operating Protocol (LOP) governing the ordering, procurement, and distribution of oral hygiene supplies, including products bearing the American Dental Association Seal of Acceptance. The risk implication is there may be inconsistent future procurement practices, potential use of non-compliant or substandard products, and lack of standardized oversight and accountability.

**Intake Form Data Captures Deficiency with Unverified Denture Adhesive Exchange Process**
The intake form does not include a “Full Denture (upper and lower)” option, limiting the ability to accurately identify patients eligible for denture adhesive. The risk implication is inaccurate patient eligibility tracking, inefficient or inappropriate supply allocation, gaps in continuity of care, and reduced ability to generate reliable reports for clinical and operational use.

Additionally, a one-for-one exchange process for denture adhesive was reported; however, this practice was not observed, and no supporting LOP was available for review. The risk implications is inconsistent application of exchange practices, lack of inventory control and tracking, risk of over or under distribution with a lack of auditability and accountability.

**Develop and approve a comprehensive P&P and LOP governing oral hygiene supply** management to include procurement standards requiring the ADA Seal of Acceptance. The identified gaps represent a systemic deficiency in governance, standardization, and data capture related to oral hygiene supply management. Implementation of formalized policies, standardized procedures, and monitoring mechanisms will mitigate clinical and operational risks, strengthen accountability, and support consistent delivery of care aligned with accepted standards.

## Incarcerated Person Interviews

Patient #2205490, here since 2022, reported prior access to dental care, including an examination, cleaning, and crown re-cementation, and believed his treatment plan had been completed. He described his overall dental care and oral hygiene instruction positively. Current monitoring concerns include a newly dislodged crown, inconsistent oral hygiene practices, limited flossing due to an upper bridge, and the need to submit a new sick call request for evaluation. Follow-up should confirm timely access for the current crown issue and reinforce appropriate preventive oral-hygiene measures.

Patient #2305324 reported accessing dental care two to three times, including a routine examination, cleaning, and deep cleaning. He did not recall being advised of a recall interval

and has not returned since the cleaning. Although he denied current dental pain, he reported bleeding gums. He stated that he brushes regularly, has difficulty with flossing, and received brushing and flossing instruction from the dental assistant. The patient demonstrated awareness of the tablet-based dental sick call process and expressed overall satisfaction with dental services, stating, "Dental is good," and that the care "makes me feel like I'm on the outside" and "doesn't make me feel like I'm a prisoner." Follow-up should verify the date of the last periodontal treatment, appropriate recall scheduling, and evaluation of the reported gingival bleeding.

Patient #2308429 incarcerated since December 2023 reported no current dental complaints and stated she had previously received dental care in the community, including a comprehensive examination. She was unaware that she was eligible to request comprehensive dental care at the facility and stated she intends to do so now that she understands the process. The patient reported indigent status and receipt of a toothbrush and toothpaste weekly, with supplies distributed each Friday. A notable fecal odor was observed during the interview. The Dental Operations Specialist contacted the housing unit to advise them of the status of the patient's hygiene. Follow-up should confirm access to routine dental evaluation, preventive care, and any additional hygiene or health needs requiring attention.

## Periodontal Disease Program, Periodontal Re-evaluation, Recall, and Maintenance

The existing Periodontal Disease Program and the Periodontal portion of the annual comprehensive dental examination do not currently demonstrate an effective, standardized process for post-treatment periodontal re-evaluation and subsequent periodontal maintenance recall.

> *MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS). (Wellpath IP, Exhibit A, p. 100 and also 103)*
>
> *Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record. (Wellpath IP, Exhibit A, p. 103)*

The program does not reliably demonstrate continuity or completion of periodontal care, nor can it determine whether treated periodontal disease has stabilized, requires additional treatment, or is progressing without appropriate follow-up.

Completion of active periodontal treatment does not, by itself, establish that periodontal disease has been successfully controlled. Following an appropriate healing interval, a periodontal re-evaluation is necessary to objectively assess the patient's response to treatment, including changes in probing depths, bleeding on probing, clinical attachment, inflammation,

oral hygiene effectiveness, residual periodontal disease, and other relevant clinical findings. Those findings provide the clinical basis for determining whether additional periodontal therapy is required and for establishing an individualized periodontal maintenance interval.

Where a post-treatment periodontal re-evaluation is not performed, the treating clinician lacks objective post-treatment findings from which to determine the patient's residual disease status and appropriate frequency of supportive periodontal care. If no periodontal recall interval is subsequently established, entered as an active treatment or recall task, tracked, and scheduled, there is no reliable mechanism to ensure that the patient receives clinically indicated periodontal follow-up.

Accordingly, the deficiency is not limited to the absence of a single follow-up examination. It represents a break in the continuum of periodontal care between active treatment, evaluation of treatment outcome, determination of additional treatment needs, establishment of maintenance frequency, and delivery of ongoing supportive periodontal care.

This is particularly significant in a correctional environment, where patients generally cannot independently obtain alternative dental care and must rely upon the institution's clinical and scheduling systems for access to follow-up treatment.

The dental program should establish a standardized protocol requiring: (1) creation of a post-treatment periodontal re-evaluation task at a clinically appropriate interval; (2) objective documentation of treatment outcomes; (3) determination and documentation of residual treatment needs; (4) assignment of an individualized periodontal maintenance/recall interval based upon the patient's clinical findings and risk factors; and (5) creation, tracking, and scheduling of the corresponding recall task, making the periodontal treatment plan auditable.

NCCHC describes its jail and prison standards as the nationally recognized framework for constitutionally acceptable correctional health services. The current standards address patient care, treatment, quality improvement, clinical performance, and patient safety. NCCHC began using its new 2026 jail/prison standards for accreditation on January 1, 2026.[12]

NCCHC's standard on Continuity, Coordination, and Quality of Care During Incarceration explains that medical, mental health, and dental care should be coordinated and monitored from admission through discharge, specifically recognizing that correctional environments create a risk of fragmented care. It states that facilities should have clearly defined policies, procedures, forms, and communication processes to maintain continuity.[13]

NCCHC's public guidance on its continuity standard also emphasizes that treatment plans and clinical results must be acted upon and communicated rather than simply generated and left unresolved.[14] Taken together, NCCHC supports the proposition that a correctional dental

---

[12] https://ncchc.org/jails-and-prisons/
[13] https://ncchc.org/correctional-nursing-practice-what-you-need-to-know/cnp-continuity-of-care/
[14] https://ncchc.org/q-a/continuity-of-care/

program should not merely perform an intervention; it needs a system capable of following the patient through the clinical course and documenting the disposition of the treatment plan.

**Accordingly, a periodontal program that provides active periodontal treatment but lacks an effective process to generate, track, complete, and document a clinically appropriate post-treatment re-evaluation, and thereafter does not establish and schedule an individualized periodontal maintenance interval, does not reliably demonstrate continuity or completion of periodontal care.**

The incarcerated patient cannot compensate for a defective institutional recall system by independently selecting a periodontist, calling another dental office, or arranging routine periodontal maintenance. The institution controls access. That creates a correspondingly strong professional responsibility to ensure that clinically indicated follow-up is generated by the health care system rather than leaving the burden on the patient to rediscover or repeatedly request care.

## Dentist Ordered X-Rays

Pursuant to California Business and Professions Code § 1684.5(b), a dental patient of record is an individual who has been examined by the licensed dentist, whose medical and dental histories have been completed and evaluated, whose oral conditions have been diagnosed, and for whom the dentist has developed a written treatment plan.

Within the correctional healthcare setting, an incarcerated patient's enrollment in the facility's healthcare system, completion of an initial health screening, or submission of a dental sick call request does not independently establish patient-of-record status under this definition.

Additionally, consistent with California Code of Regulations, Title 15, § 1214, applicable informed-consent requirements must be observed for dental examinations, diagnostic radiographs, and treatment, including appropriate documentation of consent or refusal in the patient's dental record.

Review of available records during the audit tour identified instances where problem focused radiograph(s) appear to be obtained for newly admitted patients, before the patient becomes a patient of record without documentation to establish whether the imaging is performed as emergency radiography, specifically directed by the dentist.

California BPC § 1684.5 permits a dental auxiliary to take emergency radiographs at the dentist’s direction before the dentist examines the patient. Emergency radiographs should be reviewed by the dentist without unnecessary delay and within a timeframe consistent with the urgency of the presenting condition.

MCJ should ensure the health record’s clinical progress notes clearly documents the dentist’s order and direction before pre-examination emergency radiographs are taken. The dentist

should timely review and document in the clinical record any pathology evident in the radiograph(s) and see the patient to evaluate and treat the condition which necessitated pre-examination emergency radiography.

MCJ does not have a documented process in an LOP format ensuring emergency radiographs obtained at the direction of the dentist are reviewed, interpreted, and acted upon within a clinically appropriate timeframe. The LOP for the dentist directed emergency onsite radiography, when the dentist is offsite and prior to the patient becoming a patient of record, should be drafted to include the protocol to be used to review and document the patient's health history prior to the patient's initial oral examination.

MCJ should also evaluate whether established clinical local operating protocols adequately define responsibilities, documentation expectations, and timelines for radiographic interpretation and follow-up, to support continuity of care and patient safety.

For self-governance, MCJ should conduct targeted dental chart reviews to evaluate compliance with California Business and Professions Code § 1684.5(a), which permits authorized dental auxiliary personnel to obtain emergency radiographs at the direction of the dentist prior to the patient's initial dental examination.

The review should verify that a documented dentist-directed order precedes the acquisition of the radiograph(s) and clearly identifies the source of the referral, the presenting dental complaint, the clinical justification for emergency imaging, and the rationale for directing dental auxiliary personnel to obtain the radiograph(s) before the dentist's in-person evaluation.

As part of the self-audit process, MCJ should confirm that the dentist's order is appropriately documented within the patient's dental record, with accurate chronological entries reflecting the clinical decision making and sequence of care.

Additionally, the review should verify that the completed radiograph(s) are interpreted by the dentist in a timely manner, with relevant radiographic findings, including all identifiable pathology, chronologically documented in the clinical progress notes. The record should also clearly identify the resulting clinical recommendations, necessary follow-up actions, and arrangements for the patient's in-person dental evaluation and subsequent treatment plan and treatment.

## Dentist Ordered Medication

During the dental audit tour and through initial chart reviews, it was noted that the dentist was occasionally prescribing antibiotics and/or prescription analgesics for a newly booked, not a patient of record who has never been seen nor examined in the dental clinic. This practice warrants particular scrutiny under California Business and Professions Code (BPC) § 1684.5.

The dentist historically has written a chart task note for these prescriptions but does not write a chronological progress note written in a SOAPE format in the patient's clinical progress notes for the reason for the medication order, nor does he routinely list the medication itself, the reason for the prescription, the dosage, frequency and length of treatment nor list the next visit follow up information for when the patient will be seen in the dental clinic.

BPC § 1684.5 states that it is unprofessional conduct for a dentist to perform or allow treatment on a person who is not a patient of record. A "patient of record" is one who has been examined, had the medical and dental history completed and evaluated, had oral conditions diagnosed, and a written plan developed by the dentist. [15]

Prescribing medication for a dental condition is reasonably characterized as dental treatment because BPC § 1625 defines dentistry to include treatment of oral disease and the use of drugs. Importantly, § 1684.5 expressly allows certain activities before the dentist's examination, such as dentist directed emergency radiographs, but it does **not** create a comparable pre-examination exception for prescribing antibiotics or analgesics.

**Therefore, if the prescribing dentist has never examined or otherwise adequately evaluated the patient for a condition warranting an antibiotic and/or analgesic, routinely ordering an antibiotic or prescription analgesic solely from a nurse's report, dental sick call slip, or standing protocol presents a significant compliance concern.**

The analysis is different for an established patient of that dentist. California does not appear to require a new in-person examination before every medication order, provided the dentist has sufficient current clinical information to make the diagnosis and prescribing decision consistent with the standard of care.

Therefore, a dentist should not routinely prescribe antibiotics or prescription analgesics for a newly booked, not a patient of record, presenting with a dental condition to the nursing staff without first documenting an adequate clinical evaluation, a diagnosis or a clinically supported assessment, for the indication of the medication treatment, and resulting prescribing decision.

Consequently, a chronological progress note should be written in the patient's clinical record in a SOAPE format to indicate who and from what location the reason for the medication order occurred, the medication itself, dosage, frequency and length of treatment as well as listing the patient's next visit follow up for this condition.

## Deficiencies & Recommendations – Refer to the Dental Audit Tool

As previously stated, access to CorEMR was not provided following the healthcare transition on December 31, 2025; therefore, the Chart Audit findings are deferred and excluded from the

[15] https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=BPC&sectionNum=1684.5.

current compliance calculation. **Accordingly, the compliance score reflects only the System and Clinic Audit findings**.

Several of the deficiencies are the same as in previous audit tour reports and are included with the same or similar language until the deficiencies are rectified. Therefore, please review all previous dental audit reports and attachments, for any and all information.

## Access to Dental Care: Sections A.1 through A.20

### A.1 Certified Language Interpreter/Translator Services – 100.0% - SC

**Deficiency:**

- The Form Question Report identified **five incarcerated persons as preferring sign language**.
  - During Intake, there is a question in the Receiving Screening Monterey County stating: "Translation need and provided": Yes or No.
  - An Alert is generated if the answer is yes.
  - Spanish, Sign Language or Other:" are the available options.
  - **In some instances, the answer is stated as "No" for translation needed, but the preferred language is checked. When this happens, an Alert is not generated, CorEMR does not show that an interpreter is needed. This can prevent an incarcerated person from having meaningful access to dental care.**
- Dental staff have failed to use a certified language interpreter when "interpreter needed" is stated in the patient's chart.
- There may be a **barrier to access to dental care** for effective communication for patients who needed interpreter services between April 1st, 2025, through September 30th, 2025:
  - There appears to be a data discrepancy between the number of patients requiring an interpreter as reported in the **Form Question Report (598)** (875 minus the ZZZ numbers = 598) vs the **Alerts Report (502).**
  - Of the 598 patients, 64 had a dental task of which 1 was cancelled by staff, 30 were cancelled by system and 33 had a completed dental task. **Therefore, 5.5% of the 598 patients found in the Form Question Report, who needed an interpreter service utilized dental services.**
  - Of the 502 patients in the Alerts Report, four (4) had a completed dental task and 9 were cancelled by system. **Therefore, 0.8% of the 502 who needed interpreter services from the Alerts Report utilized dental services.**

**Recommendation:**

- Follow the mandates of Section 1557 of the Affordable Care Act (ACA) and provide meaningful access to dental care to individuals with limited English proficiency (LEP) when required by law.
- Title VI of the Civil Rights Act mandates that healthcare providers offer qualified interpreters for patients with limited English proficiency (LEP). Certified interpreters are

trained to ensure clear, accurate communication, especially for sensitive information and legal documentation.

- In dental settings, for example, it is important to distinguish between **a Spanish speaker** and **a certified Spanish interpreter.** A Spanish speaker may assist with basic communication, but **certified interpreters are necessary for critical interactions,** such as explaining informed consent, treatment options, and clinical diagnoses. This ensures accurate understanding of medical terminology and prevents misinterpretations. A Spanish speaker who is not certified for complex or clinical conversations can lead to misunderstandings and legal issues, undermining the validity of informed consent and creating potential risks for the provider.
- **Utilize a certified sign language interpreter and/or a certified language interpreter and translator for all critical care discussions, informed consent, diagnosis, treatment, continuity of care and documentation.** Also use for all dental referrals and dental requests for services, when "Interpreter needed" is indicated in the alerts section of CorEMR as well as when "language or preferred form of communication" is stated by the patient.
- When using the certified sign language and language interpreter services, **note both the name and certification number of the interpreter in the clinical notes,** in order to assure the accuracy of the translation.
- Continue to perform internal audit (CQI - Continuous Quality Improvement) to identify any barriers to access to dental care and document the results in the Dental Subcommittee meeting minutes. Review the questions asked in the CQI to see if they address other areas of barriers to care.

### A.2 Oral Hygiene Supplies – 83.3% - PC

**Deficiency:**

- The Full Denture (upper and lower) option in the Intake form has still not been added. During the Intake screening, only patients with partial dentures are identified because the “full denture” option on the intake form is missing. There is no eligibility list or report available in CorEMR to identify patients with full dentures who can receive denture adhesive.
- It appears there are no limitations for indigent incarcerated patients with or without full or partial dentures to request and receive denture adhesive. There is no formal Policy and Procedure (P&P) and Local Operating Protocol (LOP) specifically addressing the eligibility, distribution, frequency and one for one exchange, for the use of denture adhesive for indigent patients.
- There is no Policy & Procedure (P&P) and Local Operating Protocol (LOP) for the purchase and distribution of oral hygiene supplies, including toothpaste, zero-alcohol fluoridated mouthwash, denture adhesive, carrying the ADA Seal of Acceptance. This is not included in the existing oral care policy.
- Observed that the denture adhesive, with a zinc-free formulation and the ADA Seal of Acceptance, is no longer distributed in the Commissary but is available to incarcerated

patients, including those who are indigent, through Med Pass. There is no P&P and LOP for eligibility and distribution and one for one exchange of denture adhesive for patients with full or partial dentures.

**Recommendation:**

- Reinstate "full denture" in the Intake form with the option of marking upper and lower full denture or a combination of upper denture and lower partial for example.
- Update the Form Question Report to be able to query who has a full or partial upper and/or lower removable denture.
- Denture adhesive is for incarcerated persons with full or partial dentures.
- Provide the P&P and LOP, or amend the existing oral care policy, to address ordering and distributing oral hygiene supplies with the ADA Seal of Acceptance.
    - When ordering toothpaste (mouthwash and zinc-free formulation of denture adhesive) for incarcerated individuals, staff must ensure that all products carry the American Dental Association (ADA) Seal of Acceptance. The ADA Seal confirms that the product meets safety and efficacy standards as defined by dental professionals.
    - Ordering toothpaste, mouthwash or denture adhesive without the ADA Seal of Acceptance poses a potential risk to patient health, including the possibility of providing substandard or ineffective products. To maintain the standard of care and mitigate risk, only ADA-accepted oral hygiene products are to be purchased and distributed.
    - The ADA Seal of Acceptance is awarded to products that meet the ADA's rigorous guidelines for testing, acceptance, and marketing. These guidelines include:
        - Providing evidence of proper supervision of manufacturing and laboratory facilities
        - Submitting objective data from clinical and/or laboratory studies
        - Providing scientific proof to support the product's claims".
- Train staff per the LOPs. LOPs serve as the foundational framework for self-governance and form the basis for the development of training modules. They are intended to establish standardized, repeatable procedures that staff can consistently rely upon in the delivery of care to incarcerated individuals at MCJ.

## A.3 Oral Hygiene Instruction/Education – 75.0% - PC

**Deficiency:**

- The following is not listed as an available service in the Incarcerated Person Orientation Manual. Per the Implementation Plan (IP). Patients can request oral hygiene instruction through the dental sick call system, "Inmates are given toothbrushes and can receive

instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99]. Also, should an RN notice a patient has difficulty with brushing and flossing as an ADL at the 14-Day Exam or at any other time, the patient can be referred to dental for assistance with their oral care needs.

- No meaningful oral hygiene instruction is given at 14-Day Exam during this audit period however the brushing and flossing video endorsed by the American Dental Association (ADA) is uploaded to the tablet. ADA Accepted brochures are also available to patients on the tablet for oral hygiene education. The number of OHI given is not a query the Form Question Report is able to provide at this time.
- Brushing and flossing as an ADL is not listed in all the screening documentation pertaining to the ADLs at MCJ. Brushing is an Activity of Daily Living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals, especially older adults.[16]

**Recommendation:**

- To assist the nurses in providing effective oral hygiene instructions, review the oral hygiene video and brochures on brushing and flossing with the incarcerated person and ask them if they have any questions or barriers to performing this Activity of Daily Living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals, especially older adults.
- Meet with Mental Health during your monthly Dental Subcommittee meeting and discuss any patients having difficulty with their ADLs who may need additional OHI, as brushing and flossing is an activity of daily living (ADL). Locate the areas relating to ADLs which do not list brushing and flossing, and discuss with medical and mental health to have it incorporated.
- Please update the Incarcerated Persons Orientation Manual to state I/Ps can request oral hygiene instruction through the dental sick call system upon request. For those patients who need more individualized one on one oral hygiene instruction, when requested by the patient, nurse or identified by the dental staff, create a task within CorEMR for them to return and receive this more dedicated time of OHI instructions.

### A.4 Inmate Handbook – 92.9% - SC

**Deficiency:**

- The following is not listed as an available service in the Incarcerated Person Orientation Manual. Per the Implementation Plan (IP), patients can request oral hygiene instruction through the dental sick call system, "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].
- Not all patients with over one year of incarceration are aware of their eligibility for an annual comprehensive dental examination although it is stated in the Incarcerated Persons Orientation Manual. The Manual states that incarcerated individuals held for 12 months or more may request a comprehensive dental examination, which will result in an

[16] https://pmc.ncbi.nlm.nih.gov/articles/PMC7864224/

individualized treatment plan and appropriate dental care. The dental care will be completed within a timeframe identified in the Implementation Plan.

- It was agreed that the handbook would not explicitly stated that those I/Ps with chronic care diseases (HIV, Seizures, Diabetes, Pregnancy, patients on more than 4 psych meds, special needs and or Severe Mental Illness (SMI)) are eligible for comprehensive care within 90 days of their referral to dental from the physician's chronic care appointment. **From this premise, it was agreed that the Dental Department would develop a Local Operating Protocol (LOP) to guide physicians during chronic care in referring, when clinically indicated, the identified patients listed above for further dental care following an oral evaluation.**
    - The Wellpath Monterey County Jail Dental Clinic Policies & Procedures, DEN – Monterey Access To Care – Routine Care has been submitted, and it includes referrals to dental by the physicians during the patient's chronic care exam.
    - **The LOP incorrectly states, "Chronic care patients are seen within 90 days after any emergent/urgent conditions are resolved." The referral was agreed to be within 90 days of the referral. The emergent/urgent conditions are to be resolved during this time period and should not affect the 90 day referral period for the Periodontal Disease Program.**
- Training has not been documented as being given by the dentist to the physicians to equip physicians with the foundational knowledge to recognize signs and symptoms of common and potentially serious dental conditions.

**Recommendation:**

- Amend the LOP for physicians to perform, as part of their chronic care exam, an intraoral evaluation and refer the patients to dental if/when indicated at the time of the chronic care appointment for patients with HIV, Seizures, Diabetes, Pregnancy, and patients on 4 or more psych meds, special needs and/or those with Severe Mental Illness (SMI).
- Update the Incarcerated Persons Orientation Manual to include that I/Ps can request additional oral hygiene instruction (OHI) by submitting a dental sick call request. "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99]
- **Regarding referrals by the physicians at the Chronic Care visit, the Chief Dental Officer is well positioned to recommend or help develop a targeted training program for physicians where early identification of dental issues by non-dental providers can improve patient outcomes.**
    - Develop a core training module for both acute and routine referrals from Chronic Care, to equip physicians with the foundational knowledge to recognize signs and symptoms of common and potentially serious dental conditions, and to understand when referral to dental services is appropriate. The training module can include hands-on/visual components, photographic examples of common dental pathology, video walkthroughs of basic oral exams to name a few. The following is a partial list of suggestions for the training:
    - Recognizing normal vs. abnormal oral tissues. Include a review of oral lesions suspicious for malignancy.

- Common dental problems: caries, periodontal disease, abscesses, broken teeth, oral lesions.
- Red flags for urgent dental referrals: facial swelling, difficulty swallowing or breathing, lymphadenopathy, systemic infections of dental origin (fever + oral swelling).
- Medical conditions with oral manifestations such as in diabetes, HIV, seizures, pregnancy, anemia, and their oral signs.
- Medication-related oral side effects (e.g., xerostomia, gingival hyperplasia).
- Oral pain assessment differentiating dental from non-dental pain and when to suspect nerve involvement.

### A.5 Intake Form – 50.0% - NC

*A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings. (Wellpath IP, p. 98)*

*If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)*

**Deficiency:**

- Not all Priority Dental Level 1 conditions for an emergent/urgent conditions are identified correctly or scheduled for the next dental day.
- Not all Priority Dental Level 2 conditions for routine conditions are scheduled within 14 calendar days.
- Failure to update the Denture Section of the Intake Form with Full Upper and/or Lower Denture options affect future access to denture adhesive.
- Also, not all RNs correctly identify the correct type of dentures, partial and full dentures.
- "Missing/Broken teeth" are in one category in the Intake form and should be separated for clarity.
    - Missing teeth may not always be an indicator of a referral to dental however visibly evident decayed/broken teeth are an indicator for a referral to dental.
- The intake form does not provide a space to capture information regarding medications prescribed for dental issues prior to Intake. Including this information would support continuity of care and ensure that dental needs are identified and addressed promptly upon arrival.
- **Failure to document:**
    - There is significant variation in how RNs respond to the questions in the dental portion of the intake form and how they provide descriptive information. This lack of standardization can lead to incomplete or unclear documentation, impacting the accuracy of dental assessments and follow-up care.

- The nurses fail to routinely provide a pain scale in the description of the patient's dental problem(s) on the intake form. There is a lack of consistent description, history, location and pain scale of the dental condition(s) found during the intake screening.
  - There are patients who report pain, and/or pain to hot and cold and/or can't sleep at night due to the pain. The pain scale is missing. The designation is not always correctly determined, and many patient's pain is downgraded to a DL2 rather than a DL1 for an urgent and even possibly emergent condition.
- Failure to accurately document, assign, and schedule the correct dental condition screened at intake is a departure from the mandates of the Implementation Plan.
- Priority levels and dental issues are not consistently aligned between the intake form and the referral task, leading to discrepancies in documentation. The intake form and referral task should consistently reflect the same information.
- Referrals made outside of the intake form are not captured in the Form Question Report, making it difficult to evaluate compliance.
- Duplicate tasks negatively impact care statistics, increase staff workload, and cause confusion, as one of the tasks is typically deleted and recorded as cancelled by staff.

- **Failure to refer:**
  - Not all Urgent referrals were assigned a Priority 1 task as is indicated on the Intake form.
  - There is lack of consistency in the screening process and in the assignment of the dental problem on the intake form.
  - A DL1 was identified on the form but the task says priority 2. There is no audit trail to indicate who made the change above and why. There is a risk the patient can be made to wait unnecessarily with pain and discomfort to see the dentist.

**Recommendation:**

**1. Denture Documentation and Functionality**

- Reinstate the option to select “Full” denture type (upper and/or lower) in the Intake form, which was previously available.
- Update the form to allow for clear combinations of denture types. Without this information, dental staff cannot identify patients with full dentures, impacting their ability to determine eligibility for denture adhesive via med pass. This hinders self-governance and compliance tracking.
  - Full upper and full lower
  - Full upper with partial lower
  - Partial upper and partial lower

**2. Intake Form Accuracy and Functionality**

- Separate “Missing Teeth” and “Broken Teeth” into distinct, selectable categories. Include a required description for each when selected. Note: Broken teeth are a referral indicator.
- Add a section to document any medications taken for dental conditions prior to intake.

- Require mandatory responses to all dental questions in the Intake form. If any answer is marked "Yes," corresponding details must be completed.
- Ensure uniform documentation of dental issues across the Dental Section of the Intake form and referral task:
  - Description
  - History of the chief complaint, condition/dental problem
  - Duration
  - Location (UR, LR, UL, LL)
  - Pain scale
  - Clearly identify and apply the appropriate priority level for each dental condition:
    - Priority 1 – Emergent/Urgent: Schedule next dental day
    - Priority 2 – Routine: Schedule within 14 days
  - Fix the 14-Day Exam form so referrals function automatically, mirroring the Intake form. This eliminates inconsistency and confusion over when to create separate tasks.

**3. Task Creation and Duplication**

- Ensure that checking the dental referral box in the Intake form automatically creates the referral task. Ensure uniform documentation of the Intake form and referral task.
- Do not create separate tasks outside of the Intake form; this results in duplication and disrupts tracking.
- Duplicate tasks distort care statistics, increase workload, and often result in one task being deleted and marked "cancelled," causing confusion.
- In some cases, deleting a task for a patient with no original intake form results in the patient being lost in the system.
- Eliminate task duplication by relying solely on the Intake form for dental referrals from Intake.

**4. Training and Compliance**

- Provide documented nurse training on:
  - Denture types (full vs. partial; upper vs. lower)
  - When and how to refer based on dental conditions
  - Proper Intake form and task documentation and completion
  - Consistent use of terminology and documentation format
  - All RNs must follow a standardized format when documenting dental findings:
    1. Condition description
    2. History
    3. Duration
    4. Location
    5. Pain scale
- In cases where a dental issue is noted on the form, but the referral box is not checked, no task is then created, resulting in missed referrals and lack of an audit trail. This directly impacts compliance and communication. Provide additional training and refer to dental within timeframe.

### A.6 Intake - Urgent/Emergent Dental Level 1 – 50.0% - NC

**Deficiency:**

- See A.5 above.
- Not all patient's information is documented in the dental section of the Intake form. Nor does the information match the details entered in the referral task, leading to inconsistencies in patient records, statistics and communication.
- Failure to document the pain scale on the intake form and referral task.
- Lack of any documentation of a dental problem on the Intake form but a separate referral task is completed for an Urgent Priority 1 problem.
- This is a continuing error, highlighted in previous reports. The RN completes the Dental Sick Call. Only a Dentist can complete the DSC. A non-dentist completing a dental procedure is outside the scope of practice for an RN.

**Recommendation:**

- Train nursing staff to complete the dental portion of the Intake form thoroughly, including the dental problem, description of the chief complaint, history, duration, location, and pain scale.
- The Intake form and referral task must match, including the dental condition details and priority level, to ensure accurate communication and proper scheduling.
- Provide documented training so nurses do not complete DSC. Completing a DSC is outside the scope of the nursing staff and continues to highlight a systemic failure of the system.
- Provide training to RNs to ensure only one referral task is created directly through the Intake form. Duplicate tasks for the same condition distort care statistics and should be avoided.
- Priority Dental Level 1 delineation is for urgent and emergent cases, not only emergent problems.
- Schedule the patients according to their assigned priority level.
  - Priority 1 is next scheduled for the next dental clinic day.
  - Priority 2 is scheduled within 14 days.
- Please provide resources to program CorEMR in order to quickly find the data necessary to run a transparent dental program with the ability to self-monitor. Or purchase an EDRS such as Dentrix Enterprise already programmed for correctional care.
- Complete the LOP for Intake and referrals to dental and train according to the LOP. Provide documentation of training in the Dental Subcommittee meeting minutes.

### A.7 Intake - Routine Dental Level 2 – 50.0% - NC

**Deficiency:**

- See A.5 above for additional information.
- The Monterey Compliance Report, does not measure overall compliance per the Dental CAP, due to inconsistencies matching with data in CorEMR's reporting.
- If a task is created outside of the Intake form, then Emergent/Urgent and Routine referrals to dental cannot be tracked using the Form Question Report.

- Failure to document. There is a regular lack of documentation of the dental problem, description, history, location, and pain scale in the intake form and subsequently in the referral task. The intake form and the task should identify the identical dental problems.
- Lack of proper documentation. Not all pain profiles are recorded in the form nor in the task.
- Failure to refer within the priority Dental 1 and 2 parameters and within timeframe.

**Recommendation:**

- Update the Monterey Compliance report such that overall compliance is determined per the Dental CAP.
- Please provide training to the nursing staff to fill out the intake form completely so that it has the same description of the chief complaint, history, duration, location and pain scale as the task used to schedule the patient to dental.
    - **The form and the task must both state the same information and the same priority level for consistency in communication.**
- Train staff so separate tasks are not created aside from the form at Intake. Perform an internal chart audit and review the results in the Dental Subcommittee meeting.
- Train so no duplicate tasks occur. Duplicate tasks creates more work for the dental staff and affect the statistics of the dental care provided at MCJ.
- When making a dental referral, identify the Priority Level so that an Emergent/Urgent referral is marked a Priority 1 and a Routine / Dental Level 2 referral is marked Priority 2. Schedule accordingly.
- If the Dentists disagrees with the designation the nurse provided, then contact the DON and provide additional and/or individual training for the nurses.
- Clearly describe any condition marked on the intake form. Missing teeth may not always be an indicator of a referral to dental however, visibly evident decayed and /or broken teeth are an indicator for a referral to dental.
- The RN is not to complete a Dental Sick Call no matter the reason. Provide documented one on one training. Only a dentist is to mark a dental sick call complete.
- Use the monthly Dental Subcommittee meetings to facilitate integrative care discussions among medical, mental health, and dental teams. This collaborative approach will help improve the quality and continuity of care for incarcerated individuals at MCJ.

### A.8 14-Day Exam / Health Appraisal Form – Deferred Findings - DF

*Perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified.* ***All screening findings will be documented on the health inventory form including the odontogram.*** *Follow up referral and/or consultation with on-site or on call medical provider and/or dental provider (if on-site) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98)*

*At the time of the health inventory, examination includes notation of the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, evidence of infection, recent trauma, difficulty swallowing, chewing or other functional impairment. (Wellpath IP, p. 99)*

*Results of the Initial Health Screening: a. In the case of a dental/medical emergency, in which a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider staff. If in the opinion of the medical staff/licensed health care provider, the dental condition is likely to respond to immediate administration with antibiotic and/or analgesic medication this will be given. If in the opinion of the medical staff person/licensed health care professional in charge, the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital to protect the life of the patient. The contracted dentist will be notified and provide necessary post-discharge dental care at the next scheduled dental clinic. (Wellpath IP, p. 98 & 99)*

*If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)*

**Deficiency:**

- The 14-Day Exam form - Initial Health History & Physical Exam Dental Screening form, does not automatically create a referral task to dental when indicated on the form.
  - Priority 1 Emergent/Urgent conditions where the RNs are to schedule the patients for the next dental day, are not always scheduled accordingly.
  - Priority 2 Routine referrals to dental where the RNs are to schedule the patients within 14 calendar days, are not always scheduled accordingly.
- Wellpath has not completed the update in CorEMR to merge the two medical and dental forms into one.
  - The Form Question Report has not been undated to fully capture the referral from the dental form.
- Although much improved, not all of the Initial Health History & Physical Exam Dental Screening form were completed in conjunction with the Initial Health History and Physical Exam (NCCHC) form at the time of the 14-day exam. 41 patients did not receive a dental screening at the time of the 14-Day Exam.
- **Not all patients with an emergent, urgent, and routine referral are scheduled within timeframe. This is a barrier to access and timeliness of dental care.**
- There is an odontogram on the Initial Health History & Physical Exam Dental Screening form, but it is not fillable.
  - Per the Wellpath Implementation Plan on page 98, all screening findings will be documented on the health inventory form including the odontogram.
- When multiple conditions are found during the 14-Day Exam not all conditions are referred and scheduled within the parameters of the priority Dental Level.

- Failure to document. The form is not consistently filled out with the screened findings. Rarely is a pain scale included in the form. The description, history, duration of the chief complaint, location, pain scale at a minimum is not always placed in the form or in the task when a dental condition is identified.

**Recommendation:**

- Perform the 14-Day Exam on all I/Ps still incarcerated within 14 days of their booking per the IP.
- SCHEDULE the referral to dental within the assigned priority level and SEE the patient within timeframe.
    - Provide nurse training so referrals to dental have a task created and are scheduled within the DL1 and DL2 timeframe.
- AMEND AND MERGE the medical and dental forms in CorEMR, to combine the two forms into one.
    - Until the forms are merged, perform the 14-Day Exam using the Initial Health History & Physical Exam Dental Screening form in conjunction with the Initial Health History and Physical Exam (NCCHC) form.
- For those I/Ps who are still at the Jail and who did not receive a dental screening during this period, schedule the I/Ps to receive the 14-Day Exam screening as soon as possible.
- **As part of self-governance, identify through internal auditing and monitoring any issues and be transparent about any departures from the Wellpath IP and/or the dental standard of care.**
    - Review your CQI and determine where the breakdown to access to care is located and resolve it.
    - Any findings are to be listed in the monthly Dental Subcommittee meeting where they are to have a running action list and status of unresolved dental issues, of which this 14-Day Exam remains one of them.
    - Understand and identify issues using P & Ps, LOPs and statistics to identify any barriers to access to dental care.
- Provide a fillable odontogram per the mandates of the Implementation Plan on page 98. CorEMR is not an electronic dental record system and is not capable at this time of providing a fillable odontogram per the mandates of the Implementation Plan. An active, fillable odontogram where the RNs can identify conditions found during the 14-Day Exam screening creates a visual audit trail with the patient's dental history available for review.
- Provide nurse training to address referrals of multiple conditions found during the 14-Day Exam and how to refer and schedule within the parameters of the priority Dental Level.

## A.9 Health Assessment / 14-Day Exam - Urgent/Emergent Dental Level 1 – 50.0% - NC

**Deficiency:**

- See A.8 above for additional information.
- Inconsistent documentation. No pain scale, sometimes no description in the form but seen in the task.

- Not all Emergent/Urgent conditions identified, referred and scheduled according to the priority dental level.

**Recommendation:**

- **Perform the 14-Day Exam on all I/Ps still incarcerated within 14 days of their booking per the IP.**
- Provide nurse training for uniform documentation of the form, task and priority level, and for the creation of the task from the referral. Schedule according to the assigned timeframe.
- Train staff when making a dental referral, to identify the Priority Level:
  - An Emergent/Urgent DL1 referral is to be scheduled for the next dental clinic day
  - A Routine DL2 referral is to be scheduled within 14 calendar days.
- **Training is needed for nursing staff, and reinforced by dentist, such that instances of pain, toothache, hurt, hurting, abscess, bleeding or swollen gums and so forth, receive a pain scale with the description, history, location, and duration of the dental chief complaint.**

### A.10 Health Assessment / 14-Day Exam - Routine Dental Level 2 – 50.0% - NC

**Deficiency:**

- See A.8 and A.9 above for additional information.
- **Failure to refer, schedule and/or schedule within timeframe a routine referral to dental** from the 14-Day Exam Health Appraisal.
  - The task was not always created, scheduled or the patient subsequently seen in dental for a screened condition during the Health Assessment.
- No audit trail, no reason why the patient was due but not scheduled until later.

**Recommendation:**

- Provide nurse training for uniform documentation within the form, task and priority level,
- Provide nurse training for task scheduling according to the assigned priority dental level.
- Train staff when making a dental referral, to identify the Priority Level:
  - Emergent/Urgent referral is marked as a Priority 1 and scheduled for the next dental clinic day.
  - Routine/Dental Level 2 referral is marked Priority 2 and scheduled within 14 calendar days.
- Training is needed for nursing staff, and reinforced by dentist, such that instances of pain, toothache, hurt, hurting, abscess, bleeding or swollen gums and so forth receive a pain scale with the description, history, location, and duration of the dental chief complaint.
- Review the CQI and track any task that comes from the 14-Day Exam as well as from Intake, Sick Call and Physicians and make sure the description is appropriate to the priority level and the patient is scheduled and seen in dental as referred and within timeframe.

### A.11 Dental Sick Call Requests – 12.5% - NC

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN <u>to be seen within one day of the request.</u> The complaint is prioritized and* referred *to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

**Deficiency:**

- Access to the system used to verify this timeline, Smart Communication, formerly Intelmate and ViaPath, has been denied this Monitor. The files are provided by the Dental Operations Specialist. The patient submits a Dental Sick Call request and also a Grievance through Smart Communication.
- There is no automated connection to CorEMR from Smart Communications. Once the request is processed in Smart Communication, then the Dental Sick Call is entered manually into CorEMR, from where the Nurse is mandated to see the patient within one day of the complaint. See Wellpath IP, p. 101.
- There is a difference between when the request is “read” by the RN vs when the patient is actually “seen” face to face at the Nurse Sick Call visit. Although the patient's request is generally "read" timely, the patient is rarely "seen" for an oral screening within the one day of the request requirement as mandated in the Implementation Plan.
- In the files provided by Wellpath for the Smart Communication system, there is a drop down to identify a dental request. However, when a request for dental services is in the medical or mental health section of Smart Communication for example, the dental request is not placed in the dental drop down. When this happens a word search is used to identify the dental requests found within Medical and Mental Health. By doing a heuristic search, it is also possible that not all dental incarcerated requests are found and addressed if the spelling of the word searched is incorrectly spelled by the patient or is requested in a different language.
- There is also a lack of a completed Nurse Sick Call task, where the patient is seen face to face, for each request for dental care. By not always having a completed Nurse Sick Call for a dental request, the audit trail and hence the ability to determine compliance without having to refer to a different system is undermined.
- Once the Nurse, during a Nurse Sick Call, has screened the patient face to face for the Dental Sick Call request, the nurse is to assign a Priority Dental Level 1 for Emergent/Urgent conditions and schedules the patient for the next dental day. Or, if a Routine dental condition is screened, then the RN is to assign a Priority Dental Level of 2, and the patient is scheduled within 14 calendar days to see the Dentist. Not all DL1 and DL2 conditions are screened and evaluated correctly.
- The actual incarcerated person’s complaint/request for dental care is not routinely scanned into the document section of CorEMR. Therefore, the timeframe from the request to the completion of the Nurse Sick Call cannot be verified within the patient's chart. **Without this documentation, there is no substantiation of compliance without looking at the Smart Communication file. Part of the dental program's ability to show**

**self-governance is to evaluate this provision and provide a system and audit trail to meet the requirements for compliance.**

- There were 1962 Dental Sick Call requests, 1450 Dental Sick Calls referrals and 1135 completed Dental Sick Call tasks this audit period. There are 94 dental days, therefore, 8.6 patients per day on average were seen by the dentist just for Dental Sick Call triages per day with one dental operatory. This does not take into account dental treatment, comprehensive dental examinations, chronic care referrals, the periodontal disease program and referrals from the physician, PA or NP. A new staffing analysis has not been performed to evaluate and assess if additional dental days or dental staff are necessary to meet the Implementation Plan's compliance mandates.
- Although a reference ID is attached to each incarcerated person requests for dental care for a specific issue requested in Smart Communication, CorEMR does not have the integration with the Smart Communication software and therefore, there currently is no way to track and automatically generate a report to confirm that the patient is screened by the RN within one day of the request and referred to dental to be seen by the dentist within the assigned priority dental level timeframe.
- The lack of consistent documentation in the Nurse Sick Call's referral task, which should include at a minimum the chief complaint, description and history of the condition/problem, duration of the problem, location, and pain scale, is not always stated nor included in the Nurse Sick Call notes.
- There is no Form Question Report for the referrals from Dental Sick Calls for Emergent/Urgent priority DL1 patients and Routine priority DL2 patients as there is for Intake and the 14-Day Exam. This information is instead located in the Task Report where one of the ways to locate patients with a Dental Sick Call request is to do a word search is to gather information.

**Recommendation:**

- Scan the incarcerated person requests for dental care timely into the Document section of CorEMR, best would be right after the completion of the Nurse Sick Call for that patient's request. **Determine for self-governance, if the incarcerated person is seen within 24 hours of the request for dental care by the nursing staff. (Wellpath IP p. 101).**
- Address the request and see the incarcerated persons who submitted the request within one day of their request per the IP on page 101.
- Complete the Nurse Sick Call screening and schedule the task for a Dental Sick Call.
    - Place the same documentation when referring a patient to dental in both the Nurse Sick Call task and in the Dental Sick Call task.
    - Include a description of the dental problem, history, location and pain scale.
    - Assign the priority dental level
    - Schedule the Dental Sick Call per the assigned Priority level and schedule with Dental accordingly and within timeframe.
      **Priority Dental Level 1 – Emergent – schedule same day**
      **Priority Dental Level 1 – Urgent – schedule next dental day**
      **Priority Dental Level 2 – Routine – schedule within 14 calendar days.**
- Track the referrals for compliance.

- Finish the LOP for the Nurse Sick Call to Dental Sick Call process. Train the RN, MD, NP, PA according to the LOP.
- Determine if there is a way to link the ID generated in Smart Communication to be tracked in CorEMR so that the requests for dental care are accounted for and tracked for compliance.
- Provide this Monitor access to Smart Communication.

### A.12 Dental Sick Call - Urgent/Emergent DL1 – 50.0% - NC

**Deficiency:**

- Not all patients are scheduled within DL1 timeframe, for the next dental day. "If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." (Wellpath IP, p. 99)
- **There are seven (7) Dental Sick Calls completed by the RN instead of the dentist. Completing a dental sick call is outside the scope of practice for nursing.**
- There is inconsistent assignment of the priority level and therefore patients are not always scheduled within timeframe. There were instances when an urgent referral was stated but a priority 2 was assigned. Inconsistent use of the priority system, and subsequent scheduling, of a dental referral is a barrier to access to care.
- Lack of documentation. A description of the condition and the history and duration of the chief complaint, the location and the pain scale, is not always given to substantiate the priority designation.
- Conversely, a priority designation is changed from Priority 1 to Priority 2 after it was assigned as a priority 1 during the nurse sick call process. There is no audit trail to determine who or why this was done.
- Lack of an easy to follow audit trail. Not all Nurse Sick Calls are completed prior to creating the Dental Sick Call.

**Recommendation:**

- Include a description of the dental problem, history, location and pain scale at the Nurse Sick Call so it is also present in the DSC.
- Complete the Nurse Sick Call. Create a Dental Sick Call with the assigned priority dental level and schedule accordingly:
    - Priority 1/Dental Level 1 delineation is for urgent and emergent cases, not only emergent problems.
    - Priority Dental Level 1 – Emergent – schedule same day. Priority Dental Level 1 – Urgent – schedule next dental day. Priority Dental Level 2 – Routine – schedule within 14 calendar days.
- Remove the barriers to access to care.
- Train the RN, MD, NP, PA according to the LOP.
- Update CorEMR's reporting capabilities per the Dental CAP, to report on emergent, urgent and routine referrals to dental from the Dental Sick Call request. Track any task that comes from Intake, Sick Call, 14-Day Exam, Physicians and Physicians on Call and

make sure the patients are scheduled and seen in dental as referred and within timeframe.
- Dental is to provide documented training, internal self-audit, documented retraining to the nurses in order to accurately assign and schedule the priority 1 or 2 assignment. Include these internal audits, results and type of training given in the Dental Subcommittee meeting minutes.
- RNs are not to complete any Dental Sick Call tasks. Provide documented training and review the reasons for these continuing problems. Do a root cause analysis of these issues and provide a solution to this barrier to access to care.

## A.13 Dental Sick Call - Routine DL2 – 50.0% - NC

**Deficiency:**
- Not all patients are scheduled within 14 days by nursing to see the dentist when assigned a DL2. Delay of dental care is a barrier to access to care. "Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration." (Wellpath's IP, Exhibit A, P. 20).
- Lack of an easy to follow audit trail can cause a delay in achieving compliance and self-governance.
- Reschedules occurring between the request for dental care and the Nurse Sick Call can easily be missed as the dental care history is not chronological listed in the dental progress notes. If you query a task report for nurse sick call and do a dental search, then one will find where a nurse sick call is completed. HOWEVER, the majority of the dental sick calls do not have a completed nurse sick call this audit period, and this is only found by auditing the charts as there's no mechanism in place to identify that the completed Nurse Sick Call is rescheduled or missing. In other words, if counting the Nurse Sick Call query from the Form Question Report then it appears there are no problems. It is not until you look at the audit trail from reviewing a chart that one sees the lack of completed Nurse Sick Calls. The lack of scanned documentation to assess when the patient wrote the request for dental care is also part of the missing audit trail.
- There is no Form Question Report for the referrals from Dental Sick Calls for Routine DL2 patients as there are for Intake and the 14-Day Exam. However, one can run a Task report and word search for pain, toothache, swelling, abscess, jaw, gums or swollen as some examples and screen for the priority dental level.

**Recommendation:**
- Create an audit trail.
- Identify when the incarcerated person's request for dental care is submitted for a Nurse Sick Call.
- See the patient and complete the Nurse Sick Call.
- Create the Dental Sick Call from the Nurse Sick Call and schedule according to the selected Priority Dental Level.

- Provide training to the RNs regarding what category of dental care the requests for care belong in.
- Continue to update the LOP for situations such as these.
- Include a flowchart within the LOP to assist with training.
- A definition of urgent dental needs is to be written so there is no confusion by the nurses as to what a priority dental level is assigned is for urgent priority 1 assignment.
- A description is given but the condition of the problem, location and pain scale are not. These descriptives should be to be included in the referral to remove any doubt that this request for care is not a priority dental level 1.
- Create and complete the LOP for patient flow to dental.

### A.14 Physician on Call (POC) – 50.0% - NC

**Deficiency:**

- The log for patient referrals from a MD, NP and PA are not available through CorEMR for physician referrals **for after-hours care.** This is located in the Wellpath Now software and must be sent by Wellpath for review rather than being accessed directly.
- There is no immediate log from CorEMR physician referrals for send outs to a higher level of care, hospital, with referrals back to dental from after-hours Physician on Call.
- There is no LOP to teach nurses when to call the POC for dental matters and how to follow up with a DL1 task for the next dental day.
- There is no completed P&P and LOP available to train physicians on how to schedule a DL1 next dental day follow-up in dental after a POC emergency onsite or POC higher level of care offsite.
- Not all after-hours POC follow-up with dental is scheduled for the next dental day.

**Recommendation:**

- There is a POC system in place however with frequent change of personnel, the consistency and training should be repeated in order for the physicians to know how to schedule patients with the dentist for a priority 1 assignment for the next dental day, following an after-hours call to the POC.
- Please provide the Physician On Call logs for physician referrals, dental emergencies and after-hours dental emergencies.
- After-hours Physician on Call patients should be referred as a priority 1 and seen in dental by a Dentist at the latest the next dental day.
- Provide training to the medical staff as to when to contact the POC for dental issues, especially as it relates to pain from procedures which occurred during the day.
- Create a Policy and Procedure and LOP to outline the POC process as it relates to dental emergencies. Have a local operating policy and procedure available for physician training in order to make training easier for staff as they might be the ones to schedule the dental follow-up.

### A.15 Referred to Outside Specialist/Specialty Care – 100.0% - SC

**Deficiency:**

- Offsite referrals use a system called ERMA which is not accessible to this Monitor. There is no separate dental priority code (DPC) assigned to the patients referred to outside specialists in order to track them to and from dental, however they are using a DPC 3 to assess for timeliness of the referral which is helpful. Although access to ERMA has been denied, overall, the system appears to function according to the established LOP. The overall grade is substantially compliant although there remains clinical and administrative issues such as:
- The patient is not always scheduled and seen within 30 days of the referral to the outside specialist.
- **The report and enclosed radiographs from the offsite specialist are not always reviewed, with any pathology** and/or other findings identified and discussed with the patient. The appropriate course of action is not always determined and integrated into the treatment plan based on the specialist's recommendations and the patient's individual needs; nor a chronological SOAPE progress note entered in the patient's record during the incarcerated person's patient's follow-up appointment on the next dental day following the return from offsite.
- If further care is indicated, identify it in the progress notes and treatment plan with a DPC and inform the patient of any and all findings. Make sure any follow-up care task is scheduled.
- Patients were generally seen for their follow-up appointment on the next dental day following the return from offsite.
- The date of the completed treatment from the outside specialist on the dental treatment form is not always entered in the Dental Treatment record and scanned into CorEMR.
- As CorEMR is not an EDRS, there is no way to track in CorEMR if a referral is identified and treatment planned but actually not referred.

**Recommendation:**

- Schedule and see the patient with the outside specialist within 30 days of the referral.
- The Dentist is to see the patient at the next dental day following the offsite appointment per the IP.
- An LOP has been created and is effective in training the new offsite clerk. Include that the Dentist must review the outside specialist's report and document the review with the patient as well as state the discussion in the progress notes.
- Include in the LOP how biopsies will be handled onsite and offsite and the flow of patient care including the reading to the patient of the biopsy results and any subsequent care and follow-up with the oral surgeon will be scheduled.
- One can see the scheduled offsite dental referrals by running a report from offsite in CorEMR using the Dentists' names. However, referrals made directly from nursing or physicians to the outside dental specialist are not clearly accessible as one must do a word search and look through all the offsite appointments to find the dental referrals if they are not made by the Dentists.
- For self-governance, perform internal reviews and document findings in the monthly Dental Subcommittee meeting.

- Acknowledge and review the report and integrate any findings into the treatment plan, including a DPC. Include the discussion the Dentist had with the patient in the progress notes.
- The Dentist is to evaluate any radiograph and/or panoramic x-ray returned with the report and identify any pathology and/or any other findings in the progress notes. Inform the patient and discuss the follow-up care. Document this in the progress notes.
- Show the date of the completed treatment from the outside specialist on the dental treatment form and scan it into CorEMR.
- If further care is indicated, identify it in the progress notes and treatment plan with a DPC and inform the patient of any and all findings. Make sure any follow-up care task is scheduled.
- Please provide the audit trail by scanning the original referral into CorEMR's document section. The referral report to ERMA is not scanned into CorEMR to confirm compliance that the patient is referred and scheduled within the 30 days of the referral.
- For a referral from the Comprehensive Exam, Chronic Care and/or the Periodontal Disease Program, document the referral in the progress notes and in the Dental Treatment Plan form including the DPC. When the treatment is completed, add the date of the treatment and scan the form back into CorEMR.
- Requesting access to ERMA and/or the ability to see how ERMA tracks the referrals and links them to CorEMR when the patient returns and how compliance can be monitored overall as a system.

### A.16 Chronic Care – Deferred Findings - DF

*Inmates with chronic medical conditions will be referred to and seen by a medical provider within five to seven days of arrival."* (Wellpath IP, p. 13)

*Chronic illness is any health problem/condition lasting at least six months which has the potential to, or actually does, impact an individual's functioning and long term prognosis. Such conditions may include, but are not limited to, cardiovascular disease, diabetes mellitus, gynecological disorders or diseases, chronic infectious diseases, chronic pulmonary diseases, seizure disorders and psychiatric disorders."* (Wellpath IP, p. 27)

*Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider."* (Wellpath IP, p. 27)

**Deficiency:**

- Five (5) patients with HIV, Seizures, Diabetes, Pregnancy and for patients on four or more psychotropic medications and/or with Serious Mental Illness (SMI) were identified as referred to dental from the 5-7 day Chronic Care initial or follow-up exam.

- There is no training showing the Dentist has reviewed the parameters for referral to dental with the Physician for urgent, emergent and routine conditions.
- There are very few chronic care forms, for the patients mentioned above, which have an area for a meaningful oral evaluation. The current Chronic Care forms utilize the HEENT/NECK evaluation for the head and neck evaluation. The HEENT (Head, Ears, Eyes, Nose, and Throat) /NECK examination does not look as closely at the oral environment as the HEENOT. The HEENOT looks at "teeth, gums, mucosa, tongue, and palate examination (HEENOT) for assessment, diagnosis, and treatment of oral–systemic health." While a traditional HEENT exam doesn't explicitly include a comprehensive dental evaluation, there's a growing movement to incorporate oral health assessment into what's being called HEENOT (adding "O" for oral cavity). The HEENOT is a newer approach which advocates for integrating oral health into the head and neck assessment, recognizing the connection between oral health and overall well-being. It promotes a more comprehensive evaluation of the oral cavity, including teeth, gums, tongue, palate, and mucosa.
- In essence, while a traditional HEENT/NECK exam might involve a brief look at the mouth and throat, a comprehensive dental evaluation is typically considered separate. However, the HEENOT/NECK approach aims to bridge this gap and integrate oral health assessment into routine clinical practice.
- Oral health is increasingly recognized as a crucial component of overall health. MCJ is a setting where interprofessional collaboration between medical, mental health and dental professionals is emphasized. Conditions like periodontal disease have been linked to various systemic health problems, highlighting the need for a more integrated approach to assessment. Oral health is increasingly recognized as a crucial component of overall health. The World Health Organization (WHO) emphasizes that oral health is a key indicator of overall health, well-being, and quality of life. Similarly, the Mayo Clinic highlights that your oral health offers clues about your general health, noting that problems in the mouth can affect the rest of the body. Furthermore, the National Institutes of Health (NIH) asserts that oral health plays a vital role in the physical, mental, social, and economic well-being of individuals and populations.
- Patient seen for "Mental Health-Special Needs" on the Mental Health Initial Assessment, have no mention of oral hygiene habits, or review of patient's mouth as part of patient's mental health goals of good self-care. My concern has always been that this patient population, SMI, may not always be able to advocate for their oral health care needs nor be always able to request dental care services. Please determine if this patient understands the annual comprehensive dental examination is available and/or is able to request it.
- The Mental Health Initial Assessment does not have a section for a referral to dental.

**Recommendation:**

- Refer I/Ps to dental with these chronic care issues when indicated by the physician (HIV, Diabetes, Seizures, Pregnancy, and patients on 4 or more psychiatric medications and/or with serious mental illness/SMI) during the initial 7 day chronic care appointment or during the follow up chronic care appointment when indicated.

- Provide documented training to the MD, PA, NP by the CDO, that the parameters for referral to dental for urgent, emergent and routine conditions are reviewed and documented. Finalize the LOP for referrals from Chronic Care and include the training module.
- Complete a self-audit of patients and communication with the physician(s) who perform the chronic care exam for those patients in the findings with the mentioned conditions. Ensure there are no barriers to access to care.
- Track the referrals from chronic care to dental so patients are seen within timeframe. CAP #101.
- **Amend the LOP to reflect that DL1 and DL2 conditions are taken care of during the 90 referral to dental for comprehensive care, not after.**
- There also is no real place within the form, initial and/or follow up chronic care, for an oral screening. Please update the chronic care forms to include a section for the oral evaluation to include teeth, gums, mucosa, tongue, and palate examination (HEENOT/NECK).
- Please update the Mental Health Initial Assessment form to include a referral to dental section.

### A.17 Comprehensive Dental Examination – Deferred Findings - DF

**Deficiency:**

- Not all Comprehensive Dental Annual Examination (DAE) are scheduled within the 30 day timeframe of the request. For compliance purposes, a Priority Dental Level 3 is given by the RN for those examination requests which are to be scheduled within 30 days of the request.
- There is a general failure to state and schedule the **exam recall and frequency i**n the progress notes and on the dental treatment form.
- There is a general failure to state and schedule the **periodontal recall and frequency (3 months recall, 4 months recall, 6 months recall).** This affects the continuity of dental care for the patients.
- During the Comprehensive Dental Examination, the periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are not always charted at the time of the periodontal dental examination.

**Recommendation:**

- Schedule the patients for their comprehensive dental examinations within 30 days of the request.
- Provide documented training and perform routine self-audits to confirm patients are being seen for the referrals for a comprehensive dental examination with 30 days of the request.
- For each comprehensive dental examination:
    - Identify and place the <u>exam recall and frequency</u> in the Dental Treatment form and in the progress notes.

- Identify and place the periodontal recall and frequency in the Dental Treatment form and in the progress notes.
- Place completed dental treatment in the Dental Treatment category of CorEMR. Run a statistical analysis monthly.
- Review the findings of the comprehensive dental examination with the patient and note the discussion in the progress notes. Phase and schedule the treatment plan according to the findings.
- In the Comprehensive Dental Examination, the periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are to be charted at the time of the periodontal dental examination.
- The CDO must provide training on caries identification and treatment planning to the dentists. If any accommodations or workflow analysis can assist the Dentist, please provide it.

### A.18 Periodontal Disease Program – 50.0% - NC

*MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS).* (Wellpath IP, p. 100 and p.103).

**Deficiency:**
- Amend the LOP to state the DL1 and DL2 conditions are to be completed during the 90 day wait period for the periodontal disease program examination, not after.

**Recommendation:**
- Per the Wellpath IP, see the patients within one day of the request for dental care.
- Provide documented training to the RN and include the training in the monthly Dental Subcommittee meeting.
- Complete a Nurse Sick Call as part of the audit trail to evaluate for compliance.
- Scan the request into CorEMR.
- Chart accurately and scan the treatment form into CorEMR.
- Chart all visible pathology seen in a radiograph and inform the patient of the findings and to submit a dental sick call if the patient wants to proceed with this information.
- Caries and periapical lucencies must be in the charting as seen in the radiograph. Chart existing restorations.
- Establish the treatment plan and DPC at the time of the periodontal examination and schedule the tasks accordingly.
- Should a patient have more severe and active periodontal disease, please schedule accordingly. Not all treatments have a DPC 5, the DPC is per the patient's condition.
- Make sure the Periodontal staging form has the same diagnosis as what is written in the clinical notes.

- Complete the task request for this service in the Dental Periodontal Program category in CorEMR and complete the treatment in the Dental Treatment category for statistical relevance.
- Update the P & P and LOP. Provide documented training to the Dentist and staff and include it in the monthly Dental Subcommittee meeting.
- Update the Periodontal Consent form to include a space for the treatment being rendered. Update the General Informed consent to include a space for the RBACs of receiving medication and local anesthetic. Include an area for gross debridement, as well as occlusal and denture adjustments.

### A.19 Refusals and Refusal Form – Deferred Findings - DF

**Deficiency:**

- See the Statistics Table 3, Row 27 and 37 - Overall the refusal rate is 10.2%.
- **For all cellside refusals there is a lack of a chronological progress note in a SOAPE format. There is a lack of the specific RBAC discussion documented in the progress note.**
- Chairside refusals do however have a chronological progress note in a SOAPE format as the patient is able to ask the Dentist questions face to face of their understanding of the informed consent and the informed refusal discussion.
- Not all refusals have the RBACs in the form. Not all the refusals have the prescribed dental treatment being refused and the reason for the refusal.
- The patient must understand the informed consent for Risks, Benefits, Alternatives and Consequences (RBACs) of the treatment and also must be informed of the consequences of not doing the treatment so that if the patient refuses, there is full understanding of the RBACs.
- This metric audits refusals for **Dental Treatment only**. No evaluation or review of refusals have been done for Dental Sick Call (DSC), Dental Annual Exam (DAE), Dental Periodontal Program (DOO) or Dental Chronic Care (DCC). The California Dental Practice Act requires that informed consent (or refusal) be obtained from a patient before any treatment is initiated. It is typically required that the dentist ensure the patient has all the information necessary to make an informed decision and enter this discussion in the chronological progress note. Therefore, when self-auditing, make sure there is a signed informed consent for the prescribed treatment addressed in the progress note and scanned into CorEMR. Identify the discussion with the patient including any questions the patient may have in regard to understanding the Risks, Benefits, Alternatives and Consequences (RBACs). Consequently, there must also be a discussion in the progress note identifying that the patient was informed of the consequences of not doing the treatment so that if the patient refuses, there is full understanding of the RBACs.

**Recommendation:**

- According to the ADA, “The recording of accurate patient information and treatment in the dental record, sometimes referred to as the patient chart, is essential for good risk management. As a result, the value of maintaining thorough and accurate dental records cannot be overstated.”

- Write a chronological progress note regarding the refusal in the SOAPE format, rather than just in a task.
- Place a discussion of the patient's individualized risk, benefit, alternative and consequences in the patient's clinical notes and in the refusal form. Make sure to have all this information explained to the patient so that it is an "informed refusal". Although a task is part of the overall record, a clinical note (progress note) should be written so anyone looking at the chart can see the chronological progression of care.
- Refer to the ADA's guide to writing the informed refusal.
- Include the procedure(s) being refused and the reason for the refusal on the refusal form.
- Use effective communication when discussing any RBACs and refusals with the patient.
- The California Dental Practice Act requires that informed consent (or refusal) be obtained from a patient before any treatment is initiated. It is required that the dentist ensure the patient has all the information necessary to make an informed decision.
    - Informed refusal for Dental Treatment means the patient has been fully informed of the treatment options, the risks of not proceeding with the treatment, and any consequences of refusal.
    - The dentist doesn't necessarily need to be physically present when the informed refusal is signed but MUST ensure that the patient has been adequately informed, has the necessary information about the RBACs and understands their decision to refuse.
    - The process often involves the dental assistant discussing the options with the patient and having them sign a document. However, the dentist should ensure the patient is given adequate time and opportunity to ask questions of the dentist and understand the consequences of refusing treatment.
    - Witness to an informed refusal for dental treatment or DSC is best done by a healthcare professional or a neutral third party trained in the informed consent process to serve as the witness to best protect the integrity of the process. While a custody officer could be a witness to an informed refusal for dental treatment or DSC, it is not ideal and could raise concerns regarding neutrality and coercion.
- A refusal progress note should contain:
    - "Information the practitioner gave to the patient concerning the patient's condition and the proposed treatment or test. Also note the reasons for the treatment or test.
    - Documentation that the patient was advised of the possible risks and consequences of failing to undergo the treatment or test, including the loss of life or impairment of bodily functions adversely affecting the routine activities of daily living, if appropriate.
    - Details about the practitioner's referral to a specialist, including the reasons for the referral and the possible risks of not seeing the specialist.
    - A record of the patient's refusal of the treatment/testing plan or advice. In this circumstance, consider asking the patient to sign a specific refusal form. Although

| |
|---|
| a form is optional, it offers practitioners the strongest protection against subsequent claims that allege a lack of informed refusal."[17] |

## A.20 Grievances – Deferred Findings - DF

*All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN* <u>*to be seen within one day of the request.*</u> *The complaint is prioritized and* referred *to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)*

**Deficiency:**

- See Table 12 in the Statistics tab for Grievances for additional information. Dental grievances account for approximately 13.6% of the overall grievances at MCJ.
- Grievances for dental, mental health or medical sick calls are not always separated independently by individual categories. For example, there are times when a dental grievance is in a medical category. The file sent did not have dental grievances independent of other grievances. Perhaps this happens but was not identified in the Smart Communication file sent for review.
- Few Nurse Sick Calls were completed for each grievance.

**Recommendation:**

- Provide the overall grievance file performed by Wellpath monthly with the production reports.
- See the grievances within one day of the grievance request per Wellpath's IP.
- Complete a Nurse Sick Call, assign a Priority Dental Level 1 or 2 per the conditions screened during the NSC. Schedule in accordingly.
- Schedule the patient in the dental clinic by assigning a priority dental level 1 or 2 according to the patient's condition.
- Dentist is to address the patient's chief complaint(s).
- Please review parameters and objective findings needed to substantiate a priority 2 referral and include them in the P & P and LOP for grievances.
- Scan the grievance into CorEMR to provide an audit trail.
- Perform a self-audit and enter the results into the monthly Dental Subcommittee meeting.

# Timeliness of Dental Care: Sections B.1 through B.9

## B.1 Dental Level Priority 1 - Urgent/Emergent – 37.5% - NC

**Deficiency:**

[17] https://www.thedoctors.com/articles/informed-refusal

- The timeliness of care compliance reports for all referrals to dental from Intake, Sick Call, 14-Day Exam, Physician visit and Physician on Call (POC) have not been completed yet by CorEMR per the Dental CAP #51, although it is in the testing and vetting stages per the Operations Specialist.
- In the Form Question Report and in the Form Report, they can see tasks created within the forms but not see dental care scheduled and seen outside of the forms.

**Recommendation:**

- Update CorEMR to report timeliness of care compliance for Dental Level referrals from nursing to dental, to also include if the patients are seen within timeframe.
- If possible, include the referrals from the outside specialist in the Monterey Compliance Report, CAP #31-35.
- Perform the Initial Health History & Physical Exam and the Initial Health History & Physical Exam Dental Screening within timeframe (within 14 days of booking) so patients are referred to dental for identified Priority Dental Level 1 and 2 conditions.
- See screened, identified and scheduled urgent/emergent patients within the Priority 1 timeframe on the next dental day.
- Please provide the audit trail for why patients with a Priority 1 timeframe are changed to a Priority 2.
- Provide documented training.
- Make sure that each and every patient has a visual inspection of their oral cavity in order to assess their mouth condition, irrespective of pain. Assign a priority level commensurate with the evaluation and refer and schedule accordingly.

### B.1A Dental Level Priority 2 – Routine – 33.3% - NC

**Deficiency:**

- Priority 2 designation by the RN, scheduled for Routine conditions from Intake, 14-Day, Sick Call and Physician referrals to dental, are not always seen within timeframe.
- Perform the Initial Health History & Physical Exam and the Initial Health History & Physical Exam Dental Screening within timeframe, within 14 days of booking, so patients are referred to dental for care when appropriate and seen within the Priority Dental Level 1 and 2 designation.
- Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.

**Recommendation:**

- See B.1 above for additional information.
- See the patients in dental within the Priority 2 DL timeframe, within 14 days of the referral.
- Make sure that each and every patient has a visual inspection of their oral cavity in order to assess their mouth condition, irrespective of pain. Assign a priority level commensurate with the evaluation and refer and schedule accordingly.

### B.2 Dental Priority Code (DPC) - Priority 1 thru 5 – 62.5% - NC

"*Dental Priority System*
*a. Dental treatment will be provided in accordance with the following Dental Priority System:*
*(1) Emergency Care (Immediate Treatment):*
*Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.*
*(2) Treatment within 1 calendar day:*
*Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.*
*(3) Treatment within 30 calendar days:*
*Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.*
*(4) Treatment within 60 calendar days:*
*Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.*
*(5) Treatment within 120 calendar days:*
*Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing).*" (Wellpath IP, p. 101 and 102)

**Deficiency:**

- Wellpath has submitted a Monterey Compliance Report per the Dental CAP to measure compliance. It identifies a task as compliant or non-compliant. However, this report has several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall.
- **DPC 1** is partially within timeframe with 80.0% and therefore partial compliance for patients seen for treatment the same day as diagnosis.
- **DPC 2** is within timeframe with 95.0% and substantial compliance for patients seen for treatment within one day of diagnosis.
- **DPC 3** is partially within timeframe with 90.3% and therefore substantial compliance for patients seen for treatment within 30 days of diagnosis.
- **DPC 4** is not within timeframe with 0.0% and therefore non-compliance for patients seen for treatment within 60 days of diagnosis.
- **DPC 5** is not within timeframe with 61.0% and therefore non-compliance with patients seen for treatment within 120 days of diagnosis.
- The DPC and next visit are not always listed in the progress notes following a Dental Sick Call.

**Recommendation:**

- See the patients within the DPC parameters.
- All treatment plans are to be completed within the longest DPC.

- For continuity of care and consistency in the SOAPE notes, please list the DPC and the next visit in the progress notes.
- Provide training when necessary.
- Update CorEMR to report on treatment compliance using the DPC timeframes.
- Once the report is fully available, utilize it to locate barriers to timeliness of care for dental treatment and dental referrals from Intake, 14-Day, Sick Call, Physicians and POC.
- Perform self-audits to identify any inefficiencies to the timeliness of dental care. Include this information into the monthly Dental Subcommittee minutes.
- Now that all the programs are implemented, there may be increased barriers to the timeliness of care. Perform a workload analysis prior to and after the workflows in the LOPs have all been drafted. Report the results to the monthly Dental Subcommittee.

### B.3 Chronic Care – Deferred Findings - DF

**Deficiency:**

- See A.16.
- The chronic care forms are varied, and not all the chronic care forms have a place for a review of normal or abnormal findings in the Oral/Dental portion of the chronic care exam. Please add this section or add the HEENOT to the HEENT/NECK examination.
- For patients with SMI and/or on four or more psychotropic medications, none of the patients who received a Mental Health Initial Evaluation were screened for their intraoral condition, there is no dental referral section within the form, and the patient were not screened for ADLs for dental care.

**Recommendation:**

- Training by Dentist or CDO is recommended for the physician(s) who performs the Chronic Care Examinations to review the criteria for referral to dental for patients with HIV, Seizures, Diabetes, Pregnancy and Serious Mental Illness to Dental when indicated.
- Please update the chronic care form(s) to include a section for oral evaluation if it is not already in the form. If that is not possible with CorEMR, then please add the HEENOT to the HEENT/NECK examination as the HEENOT look at "teeth, gums, mucosa, tongue, and palate examination (HEENOT) for assessment, diagnosis, and treatment of oral–systemic health." https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4330841/
- Please update the LOP for dental chronic care. If a patient's condition warrants an earlier appointment, please schedule accordingly.

### B.4 Comprehensive Dental Care – Deferred Findings - DF

**Deficiency:**

- See Table 4C in the Statistical portion of this audit tour for additional information.
- See A.17
- 55 requested and were scheduled, 20 were released prior to the annual exam, 1 refused, and 2 were cancelled by staff. 32 incarcerated persons received a requested comprehensive annual dental examination (DAE).

- It is unknown how many requested the exam. Without doing a word search in the inmate requests in Smart Communication and Nurse Sick Calls, there is no report to show the exact number of patients who requested the DAE nor the exact number of completed Nurse Sick Calls for a DAE. More than 32 may have requested an annual comprehensive dental examination but without the list of patients referred to dental it is an unknown. Since there is virtually no scanned incarcerated person request in CorEMR, nor is there a completed Nurse Sick Call, compliance for the overall system of compliance is not currently something CorEMR can calculate.
- This question for compliance also asks if they received the full exam including radiographs, periodontal probing, an individualized treatment plan and DPC and these were the patterns of care:
    - Some of the patients did not receive the full mouth periodontal probings, especially when there is a measurement of 3 or more in the PSR.
    - Missing perio mobility (also attachment loss, bleeding on probing, furcation involvement) in the perio probing form.
    - Missing the 4-6 weeks periodontal re-evaluation timeframe for establishing frequency of periodontal maintenance or another round of SRPs.
    - Generally, the periodontal recall frequency could be every 3, 4, 6 month recall. First however, the periodontal 4-6 week re-evaluation is to establish if the periodontal disease treatment therapy was successful.
- There is a general failure to state and schedule the exam and periodontal, recall and frequency, in the progress notes and on the dental treatment form.
    - The exam recall is yearly unless stated otherwise.
    - The periodontal frequency can be (3 months recall, 4 months recall, 6 months recall).
    - No tasks were created for exam or periodontal, recall and frequency, in order for there to be continuity of dental care for the patients.
- The timeliness of care can only use scheduled tasks to build the compliance report for dental treatment; therefore, any unscheduled tasks are not measured in CorEMR. If a treatment is left unattended and not scheduled, there is no way in CorEMR to find unscheduled dental tasks and the timeliness of care cannot be measured. See the DPC section B.2.

**Recommendation:**

- Every incarcerated request for dental care in ViaPath should have the same number of completed Nurse Sick Calls and subsequently the same number of Dental Periodontal Examinations. This is only valid if there is no duplicate request.
- Without a full audit trail, the timeliness of care cannot be fully identified in the system of dental care. This is an important aspect of compliance for self-governance to achieve, as this is a primary mandate in the Wellpath Implementation Plan.
- Therefore, see if the DAE, as well as the DPP and DCC referrals can be included in the Monterey Compliance Report and separated into these different categories as you will be doing for Intake, 14-Day, Sick Call, MD and POC referrals to Dental.

- Perform the full periodontal probings for the diagnosis. Fill out the periodontal examination fully including the periodontal probings, mobility, attachment loss, bleeding on probing and furcation involvement.
- Perform the 4-6 week periodontal re-evaluation to determine the success of the initial periodontal therapy. This section in also in the Dental CAP.
- Once the periodontal re-evaluation is completed, assign and document the periodontal maintenance recall frequency.
- If another round of SRPs is indicated during the perio re-evaluation, state the reasons why and if the diagnosis has changed.
- Schedule all the treatment plan tasks in the appropriate timeframe understanding that all treatment must be completed by the longest DPC in the treatment plan.
- For each comprehensive dental examination: Identify and place the exam recall and periodontal recall and frequency in the Dental Treatment form and in the progress notes. Schedule these tasks accordingly.
    - Establish a system of recall such that periodontal treatment received includes the ability for the patients to receive a periodontal re-evaluation, periodontal recall and maintenance on a schedule prescribed by the Dentist, in conjunction with their individualized treatment received during their incarceration at MCJ.
- Provide a clinical and periodontal examination and diagnosis, a pulpal diagnosis when appropriate, phase the treatment plan with a Dental Priority Code (DPC ) for each line of treatment. Utilize the DPC to schedule and see the patients within timeframe. The timeframe is all treatment is to be completed no later than the longest DPC. Also be mindful when placing the DPC that often the clinician will want to schedule the deep cleaning prior to any restorations. As of this audit most all DPCs were set at DPC 5 although some treatment should have been done within 30 days due to the severity of the dental problem.
- Perform a workflow analysis to see if there are any barriers to timeliness of care by looking in the incarcerated persons request for dental care file and by making sure there is just as many completed Nurse Sick Calls and subsequent Dental Sick Calls scheduled in order for comprehensive dental care examination and treatment to occur timely.

### B.5 Periodontal Disease Program – Deferred Findings - DF

**Deficiency:**

- See also A.18 and B4.
- The original PRN dentist was giving patients a periodontal diagnosis on the first visit without the full periodontal examination and radiographs. It is below the standard of care to provide a diagnosis without the objective findings completed to substantiate the diagnosis. Subsequently, the treatment plan cannot be prescribed without a diagnosis.

**Recommendation:**

- Review the American Dental Association 2024 CDT codes D0180 and also the Diagnostic Imaging section. For the comprehensive periodontal evaluation: "D0180 comprehensive periodontal evaluation - new or established patient. This procedure is indicated for

patients showing signs or symptoms of periodontal disease and for patients with risk factors such as smoking or diabetes. It includes evaluation of periodontal conditions, probing and charting, an evaluation for oral cancer, the evaluation and recording of the patient's dental and medical history and general health assessment. It may include the evaluation and recording of dental caries, missing or unerupted teeth, restorations, and occlusal relationships." [ADA CDT 2024 - Code on Dental Procedures and Nomenclature - Current Dental Terminology, Diagnostic p. 5]

- Completed treatment is to be placed in the Dental Treatment category rather than in the Dental Periodontal Program (DPP), so that valid dental utilization statistics can be gathered accurately.
- If the patient who received an SRP is placed on recall, vs receiving another round of SRP, then polish the patient's teeth and assign a clinically relevant recall. 3 months, 4 months or 6 months is generally the accepted standard of care recall for a periodontal diagnosis.

### B.6 Refusals – 50.0% - NC

**Deficiency:**

- See also A.19.
- Refused, Rescheduled and Cancelled by Staff are only found in the Task notes and are not entered chronologically into the patients progress notes by the dentist.
- Generally, the dental staff have the refusals signed the same day as the day of the refusal. If the patient does not refuse at the dental clinic the dentist does not have a face to face discussion with the patient cell side. Please address this in the LOP as an informed refusal is an important part of discussing the RBACs associated with the refusal of a prescribed treatment.
- The refusal forms are generally scanned timely into the document section of CorEMR.

**Recommendation:**

- Under California law and Title 22, patients have the right to refuse treatment (as long as they are mentally competent to do so).
- This documentation in the patient's medical record helps ensure the refusal is acknowledged and that there is no misunderstanding or confusion about the patient's decision and protects both the healthcare provider and the patient legally.
- Monitoring refusals can help identify recurring trends and patterns or areas where patients are frequently refusing treatments, which could point to larger systemic issues and subsequently improve patient care practices.
- CCR Title 22, Section 72511 – Patient Rights
- CCR Title 22, Section 70707 – Medical Records
- CCR Title 22, Section 72513 – Informed Consent
- California Code of Regulations (CCR), Title 16, Section 1005 – Professional Conduct
- California Business and Professions Code – Section 1680-1690 (Dentist's Code of Ethics)
- California Health and Safety Code – Section 123100-123149 (Patient Rights)
- Create the LOP for refusals. Include refusals for treatment as well as dental sick call, comprehensive dental exam, etc.

- Write what procedure is being refused on the form and review the RBACs with the patient for the informed refusal.
- Scan the refusal form and write the date of the refusal on the comprehensive treatment plan form when applicable.

### B.7 Reschedules – 50.0% - NC

**Deficiency:**
- Overall, the reschedule rate is 1.4%.
- Oftentimes the reason for a reschedule is not always given in the task notes. Reschedules as well as Refused and Cancelled by Staff are only found in the Task notes and are not entered chronologically into the patient's progress notes by the dentist.

**Recommendation:**
- Write a progress note in chronological order to identify why the specific scheduled patient wasn't seen, identify the DPC and next visit. Do not extend the DPC. See the patient within the original identified timeframe.
- Continue to minimize dental reschedules and state the reason why the dental appointment was rescheduled. Create a new task to reappoint them.
- Minimize nursing sick call reschedules for dental task appointments. See the patients within one day of the inmate requests per the Wellpath IP, p. 101.

### B.8 Cancelled by Staff – 50.0% - NC

**Deficiency:**
- There are 79 Cancelled by Staff tasks this audit period. The Operations Specialist stated she will do a deep dive into the list of patients cancelled by staff to see the reason for the cancellation. These may still be due to duplicated tasks.
- Cancelled by Staff are only found in the Task notes and are not entered chronologically by the dentist into the patient's progress notes. Every scheduled patient encounter should have a clinical note to see the full chronological aspect of a patient's dental history, without having to go to various tasks to see the care previously provided.

**Recommendation:**
- Minimize Cancelled by Staff tasks due to duplicate tasks.
- See the patients within timeframe, write a chronological progress note in the dental record and state the reason why the dental appointment was cancelled by staff. List the patient's next visit for continuity of care.
- Minimize duplicate appointments by providing more nurse training in this area.
- Do a deep dive into the remaining reasons for the deleted / cancelled by staff task and begin to eliminate any barriers to access and timeliness of care.
- I recommend the dental staff evaluate thoroughly this category and address any issues that occur outside of the duplicate and eligibility for annual exam tasks.

## B.9 Custody – 100% - SC

**Deficiency:**

- The officer stays outside the dental operatory but within the dental clinic and is able to visualize both the patient receiving a dental exam or treatment as well as visualize the patients in the waiting room.
- Although there appears to be no interruption of dental care due to Custody, this area does not have a proof of practice from Custody.
    - There are daily rosters that can confirm a deputy is assigned to dental escort duties; however, these were not provided. From the Custody Captain, a digital log may be forthcoming to more easily and further substantiate this category of access to care.
    - There were no attendance logs provided to review if there were any Custody delays or missed days affecting the delivery of patients to the dental clinic for this six (6) month audit period.
    - Per the Operations Specialist, Dental's proof of practice for Custody is an "Interruption of Services" form. The Interruption of Service form did not indicate any interruption in delivery of patients to the dental clinic. Please provide this monthly as one portion of proof of practice, with the monthly production documents from now on.
    - Per the Operations Specialist, Deputies have been available with no disruption of Deputy services during this audit timespan. "In the event of a service interruption or an inability to access the patient for care provision due to circumstances beyond the control of healthcare personnel, the Dental team documents in the patient's medical record within CorEMR the reason. If there is not Deputy available, they also document in a "Interruption of Services" form."
    - The dental staff stated they have not had any difficulty getting their patients to come for their appointments and have not had to use the Interruption of Service form during this audit review period.
- The custody escort appears to start one hour later than the start of the dental staff's shift. This was attributed to the Psychiatrist utilizing this hour for patient care.
    - Nonetheless, it will be the CDO's responsibility to discuss with the HSA how the Custody Officers will be allocated to the Dental Clinic. Please provide the Custody schedule once this item is reviewed and determined.

**Recommendation:**

- In order to verify substantial compliance moving forward, please have the daily rosters and/or the digital attendance logs available for review to confirm there are no interruption of dental care due to Custody.
- Operations Specialist to provide the Interruption of Services form, if any, during future dental audit tours.
- CDO to discuss with the HSA and Custody if additional information is needed, how the Custody Officers will be allocated to the Dental Clinic.

- Continue to establish open lines of communication with Custody by having a Custody representative at the Dental Subcommittee meeting in order to discuss any Custody related barriers to access and timeliness of care.

## Quality of Dental Care: Sections C.1 through C.13

Although the following quality of dental care sections are presented as Deferred Findings (DF), because access to CorEMR was not provided following the healthcare transition on December 31, 2025, the initial chart audit identified many of the same concerns. Accordingly, those issues are included below.

### C.1 Dental Triage from a Dental Sick Call Request – Deferred Findings - DF

**Deficiency:**

Informed Consent:

- The general informed consent form has not been updated to include a discussion of risks, benefits, alternatives and consequences (RBACs) for prescribed medications and local anesthetic. Nor gross debridement, enamelplasty or denture adjustment.
- Gross debridement may be needed to remove large supragingival calculus so periodontal measurements can be performed. The informed consent for examinations should include focused exams to address episodic care, periodontal and comprehensive exams and x-rays.
- The general consent form has not been updated to include a line for the witness to print their name.
- The consent form for the removal of orthodontic braces, brackets and wires has yet to be created.
- The consent form for the removal of implants and cleaning of implants has not been created yet.
- For mentally incapacitated or incompetent patients, or if a patient is unable to understand the proposed exam, x-rays and/or treatment (i.e., due to a disability, cognitive impairment, or language barrier), consent must be obtained from a legally authorized representative, such as a guardian or conservator.

Dental Triage:

- The continued lack of identification of all pathology within a radiograph, taken for episodic or comprehensive care, must be addressed and resolved.
- Failure to identify and document radiographic findings. Radiographs, per the Dental Practice Act, must be of diagnostic quality and the clinician must address any pathology within the radiograph. See also the Dental CAP.
- They are not using a treatment plan form for episodic care, only for comprehensive care. If it was identified on a treatment form or on an electronic treatment form, it is possible that the pathology would not have been missed when writing the clinical note.

- Some radiographs are not fully of diagnostic quality although this area has much improved since digital x-rays have been installed. Incisal not completely visible in the radiograph. Ideally there should be 1-2mm visibility past the crown and apex of the tooth.

**Recommendation:**

Informed Consent:

- Update the informed consent forms with RBACs for medication, local anesthetic, prosthodontic and occlusal adjustment (enamelplasty) as well as for gross debridement so there can be a documented review, and discussion between the patient and dentist, and witnessed by the dental assistant.
- Obtaining an informed consent for a procedure(s) must include a discussion of RBACs with the patient. Obtaining general consent also means the patient has given permission to proceed with the examination and x-rays and/or treatment mentioned in the general consent form after the patient's understanding of the RBACs, questions answered for the Dentist to be released from the possibility of being charged with malpractice.[18,19]
- Add a print line for the witness, in addition to the existing signature line.
- Consent form discussion between the patient and healthcare provider should be noted in the progress note (SOAPE format) that the patient attests to understanding the information in the consent form and treatment agreement.
- Performing a procedure on an incarcerated person without a documented, completed, accurate, reviewed and signed informed consent form, can become a liability for MCJ and Wellpath.
- Have a separate orthodontic removal consent form completed and implemented (all approved by the forms committee), and provide documented training and use consistently, as directed by the CDO in the dental clinic.
- If in doubt as to how to handle this situation, contact your Chief Dental Officer (CDO) for additional information.

Dental Triage:

- Caries identified early and treated early can prevent a patient from losing a tooth.
- Obtain open contacts and radiographic apex and crown of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization.
- When anticipating a tooth will need a restoration, take a periapical (PA) and a bitewing (BWX) x-ray to assess for caries. Use this objective finding with the other objective findings to provide an accurate assessment and diagnosis for the patient's chief complaint. Identify all pathology in a radiograph and inform the patient. Add the DPC and schedule accordingly. See the discussion above on radiographic interpretation.
- Update the consent form. The General informed consent form should include dental examination and radiographs which it does. However, it does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic and occlusal adjustments or gross debridement. There is no place identified for the witness to print their name although the signature line is there.

[18] https://journalofethics.ama-assn.org/article/informed-consent-what-must-physician-disclose-patient/2012-07
[19] https://www.ada.org/resources/practice/practice-management/types-of-consent

- Make sure to have the RBAC discussion identified in the progress notes regarding informed consent prior to beginning the exam and x-rays.
- Review and provide documented training to the clinician to address all pathology within the radiograph. Include this training and expectation of care in the monthly Dental Subcommittee meeting.
- Scan all documents and x-rays in a timely manner within CorEMR, preferably within 24 hours. Provide an accurate description of the scanned item to facilitate identifying the document.
- List the Objective findings in the SOAPE notes so they are used to substantiate the Assessment/Diagnosis, i.e., pain or sensitivity, duration, pain scale, hot/cold (lingering or not), percussion, palpation, swelling, exudate, lymphadenopathy, condition of tooth, decay, etc.
- Some of the reported medical history identified during the dental visit is not listed in the problem list of the medical file. *Shortness of breath with limited activity or when resting and *Chest pains or angina pectoris. Please review and advise the Medical provider in cases of inconsistent information and include the information in the clinical progress notes including if there are any contraindications to dental treatment.
- Only the Dentist can complete a Dental Sick Call. Provide training to the RNs.
- Document the objective findings, identify the diagnosis, treatment plan, assign a DPC, schedule the task for the patient.
- As with any program, Dental should not operate in a vacuum, and the results of internal audits and self-monitoring should be memorialized in their Dental Subcommittee meeting minutes and given to the Quality Assurance committee meeting for their input and accountability.
- For all the items listed in the findings, please address them, and also provide documented training to remedy any deficiencies. Provide self-audits and self-monitoring to continuously re-evaluate training and re-train when indicated. List items in the policies and procedures and local operating protocol to minimize continuous oversights. Success leaves clues. Identify the successes and make them repeatable and place systems that work in the P&P and LOPs.
- Give the pulpal diagnosis when appropriate during episodic care/dental sick call:
    - https://www.aae.org/specialty/wp-content/uploads/sites/2/2017/07/endodonticdiagnosisfall2013.pdf
    - https://www.aae.org/specialty/wp-content/uploads/sites/2/2017/07/aaeconsensusconferencerecommendeddiagnosticterminology

### C.2 Comprehensive Dental Care - Examination & Treatment Plan – Deferred Findings - DF

**Deficiency:**

- There were 32 patients who received a Comprehensive Dental Examination from April 1st, 2025, through September 30th, 2025.

- Per the American Dental Association (ADA), these Current Dental Terminology (CDT) codes are used during the Comprehensive Dental Examination: D0150, D0180 and D0210.[20]
- Not diagnosing caries **from an FMX can be considered a** departure from the standard of care **in California.** This is particularly true if the caries were visible on the radiograph and the failure to diagnose them resulted in harm or delayed treatment. It may be classified as substandard care**,** negligence, or even malpractice if it leads to more significant dental problems for the patient. **Dentists are expected to thoroughly evaluate radiographs and make accurate diagnoses to ensure that patients receive proper and timely treatment.**
- Not diagnosing caries from an FMX can be considered a departure from the standard of care in California. This is particularly true if the caries were visible on the radiograph and the failure to diagnose them resulted in harm or delayed treatment. It may be classified as substandard care, negligence, or even malpractice if it leads to more significant dental problems for the patient. Dentists are expected to thoroughly evaluate radiographs and make accurate diagnoses to ensure that patients receive proper and timely treatment.
- All pathology visible in a radiograph is not consistently identified, documented, treatment planned with the appropriate DPC in the chart and/or the information shared with the patient. CAP #46.
- The patients are entitled per the IP to a comprehensive dental examination to include the ADA CDT code D0150, D0180 and D0210.
- The Dentist is routinely failing to chart existing restorations during the comprehensive dental examination.
- There is failure to document. The periodontal diagnosis stated in the clinical notes is often not the same as what is given to the patient. The clinical notes are not always consistent.
- The treatment plan is not always updated to reflect the new dates of completion.
- A task is not always created for future treatment planned dental care. If a task is not created, the patient is essentially "lost" in the system.
- Failure to perform and document the 4-6 week periodontal re-evaluation and provide continuity of care following the results.
- There is no recall exam and periodontal recall type, and frequency listed on the treatment plan, stated for the next visit or scheduled.
- Mobility and furcation involvements are not always charted on the periodontal form.
- The Annual Exam treatment form does not handle perio well. Please adjust the form for conformity.
- The medical history is not always reviewed, and the review of the health history is not always noted in the clinical note. Review the medical history, allergies, medications and lab work. Document the findings in the clinical notes.
- When radiographic calculus is visible on the x-ray, it is not always stated in the objective portion of the clinical note.

[20] ADA CDT 2024 I. Diagnostic p. 4 and 5

- Failure to document. When the treatment is completed, the treatment dates are not always entered and rescanned into CorEMR. This type of documentation is labor intensive, however CorEMR is not an electronic dental record system so there must be accountability in this manner to show the progress of the treatment plan. Note any changes to the treatment plan and state it in the clinical notes.
    - The clinical notes are not always consistent. For example, the periodontal diagnosis is listed as moderate periodontitis but, on the form, given to the patient, the periodontal diagnosis is slight periodontitis. Please confirm the diagnosis prior to performing a treatment.
    - Place the periodontal diagnosis in the Assessment portion of the clinical note when performing a comprehensive dental examination. Mobility and furcation involvements are not always charted on the periodontal form. The Annual Exam treatment form does not handle perio well. It states periodontal health on one side of the form but on the other area states mild periodontitis. Please adjust the form for conformity.
    - Failure to document and provide continuity of care. The treatment plan is missing the periodontal probings with mobility, the perio re-eval at 4-6 weeks, the recall exam and periodontal type and frequency. The next visit procedure(s) and DPC are not always included in the clinical progress notes. The tasks are not always created and scheduled for each line of the treatment plan. Treatment must be phased and completed by the longest DPC assigned.

**Recommendation:**

- See C.1 above for additional findings and recommendations.
  Update the general informed consent form as previously discussed.
- All pathology in a radiograph is to be charted, documented, treatment planned and a DPC included as well as discussed with the patient.
- Review the radiographs and clinical presentation and indicate all the pathology clinically and from the radiographs on the treatment form. Please chart existing restorations in blue pen and problems (caries, etc.) in red. Indicate on the form the treatment and assign the DPC code. Remember that all treatment is to be concluded within the DPC 5 (120 days). Phase accordingly.
- Review and discuss the risks, benefits, alternatives and consequences (RBACs) for the periodontal diagnosis and proposed treatment plan with the patient and indicate the discussion in the clinical progress notes.
- Perform the informed consent conversation, sign, date, witness. Add a line for the witness's printed name.
- Refer to an outside provider or specialist when a panoramic x-ray is necessary, as this type of x-ray is not available on-site. [See Wellpath IP at p.103]
- To prevent harm to the patient, chart existing restorations in blue and problems, decay, and pathology in red. Obtain the proper diagnosis and thus the proposed dental treatment must correlate with the established diagnosis. Dr. [redacted] CDO to provide training in charting.

- Update the Annual Dental Exam especially the periodontal section. Contradictory form development. Remove the existing shading for occlusal restorations.
- Some of the x-rays have overlap, are foreshortened, or elongated. Obtain the apex of wisdom teeth prior to extractions in order to visualize the clinical field and not miss any pathology. ***Discuss between Dental Assistant and Dentist if any retakes are necessary prior to releasing the patient. Utilize feedback and ask for training when necessary.
- Make sure the wisdom teeth are included in the radiographic series and treatment planned if indicated on the treatment form. The radiographic visualization of the wisdom teeth is part of the comprehensive dental examination to include the ADA CDT codes D0150, D0180 and D0210.
- Send out for a panoramic x-ray when indicated per the Wellpath IP, p. 103. "Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning."
- Print the dental treatment form and enter the date of the completed treatment and rescan into CorEMR. Without an EDRS, this scanning method keeps track of completed treatment.
- Periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are to be charted at the time of the periodontal and comprehensive dental examination.
- At the comprehensive dental examination, place the periodontal diagnosis in the assessment portion of the SOAPE note. Review the previous clinical notes for consistency and accuracy.
- Assign the DPC to each line of treatment. Please provide training to the dentists that all the treatment plans must be completed within the longest assigned DPC. Please phase and create tasks/appointments for the treatment plan.
- Set a periodontal maintenance recall schedule for those who received a comprehensive dental examination. Also set the annual exam recall on the treatment plan, and schedule accordingly. Periodontal maintenance recall is not limited to yearly. Here are some recommended options per the clinical situation and assign a DPC: 3 months recall (3MRC), 4 months recall (4MRC), 6 months recall (6MRC).
- Perform the periodontal probings as one of the objective factors for diagnosis.
- Place the periodontal diagnosis in the Assessment portion of the clinical note when performing a comprehensive dental examination.
- The perio re-eval at 4-6 weeks, the recall exam and periodontal type and frequency. The next visit procedure(s) and DPC are not always included in the clinical progress notes. The tasks are not always created and scheduled for each line of the treatment plan.
- Treatment must be phased and completed by the longest DPC assigned.
- Train from the P&P and LOP. Submit the training records to the monthly Dental Subcommittee meeting and have it noted in the minutes. Continue to strive for continuous improvement.

## C.3 Chronic Care – HIV – Deferred Findings - DF

**Deficiency:**
- N/A and Deferred findings. The majority of the patients diagnosed with HIV who were referred to dental from Chronic Care were not seen for comprehensive care.

**Recommendation:**
- Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.
- The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.
- Have the CDO provide a training session for the physicians regarding often seen dental conditions which are best to refer to dental.

### C.4 Chronic Care – Seizures – Deferred Findings - DF

**Deficiency:**
- N/A and Deferred findings. The majority of the patients diagnosed with Seizures who were referred to dental from Chronic Care were not seen for comprehensive care.

**Recommendation:**
- Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.
- The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.
- Have the CDO provide a training session for the physicians regarding often seen dental conditions which are best to refer to dental.

### C.5 Chronic Care – Diabetes – Deferred Findings - DF

**Deficiency:**
- N/A and Deferred findings. The majority of the patients diagnosed with Diabetes who were referred to dental from Chronic Care were not seen for comprehensive care.

**Recommendation:**
- Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.
- The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each

division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.
- Have the CDO provide a training session for the physicians regarding often seen dental conditions which are best to refer to dental.

### C.6 Chronic Care – Pregnancy – Deferred Findings - DF

**Deficiency:**
- N/A and Deferred findings. The majority of the patients diagnosed with Pregnancy who were referred to dental from Chronic Care were not seen for comprehensive care.
- According to the American Pregnancy Association, "Pregnancy and dental work questions are common for expecting moms. Preventive dental cleanings and annual exams during pregnancy are not only safe but are recommended. The rise in hormone levels during pregnancy causes the gums to swell, bleed, and trap food causing increased irritation to your gums. Preventive dental work while pregnant is essential to avoid oral infections such as gum disease, which has been linked to preterm birth."[21]

**Recommendation:**
- Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.
- The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.
- Have the CDO provide a training session for the physicians regarding often seen dental conditions which are best to refer to dental.

### C.7 Chronic Care – Deferred Findings - DF

**Deficiency:**
- N/A and Deferred findings. The majority of the patients diagnosed with SMI and/or were on four or more psychotropic medications who were referred to dental from Chronic Care were not seen for comprehensive care.

**Recommendation:**
- Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.
- The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each

[21] https://americanpregnancy.org/healthy-pregnancy/is-it-safe/dental-work-and-pregnancy/

division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.
- Have the CDO provide a training session for the physicians regarding often seen dental conditions which are best to refer to dental.

### C.8 Periodontal Treatment - Deferred Findings - DF

**Deficiency:**
- See also A.18 and B.5
- Not all patients were seen for periodontal treatment within the indicated timeframe.

**Recommendation:**
- Perform the periodontal treatment within timeframe as assessed by the Dentist.
- The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care and to nurture open lines of communication.
- Perform self-audits and utilize CQIs to identify the barrier to timeliness of care.

### C.9 Restorative and Palliative Care – Deferred Findings - DF

**Deficiency:**
- The DMFS is a mandatory form to be given to the patient with a signed acknowledgment of the receipt of the DMFS, per the Dental Board of California.
- If the dentist takes only a periapical (PA) x-ray and does not adequately assess the interproximal areas, it could be considered a failure to meet the standard of care in a routine or preventive care scenario. Bitewings are typically necessary for detecting cavities between teeth that aren't visible in a PA radiograph. If there is a failure to detect caries or another issue because bitewings were not taken when they were clinically indicated, it could lead to misdiagnosis, delayed treatment, or harm to the patient. Therefore, all pathology visible in a radiograph is to be consistently identified, documented and treatment planned in the chart and the information shared with the patient.
- Additional training to the dental staff is necessary to instruct them that excavation of caries and the placement of a sedative or temporary restoration; a composite buildup; and stainless steel crowns are an allowable alternative treatment options. Although not the most ideal and very technique sensitive, however, in certain circumstances it is better to use these IP stated procedures than lose a tooth. A patient should not have to wait until the decay is into the dental pulp and forgo saving a tooth if the pulp is still viable and a restorative procedure could have been placed.

  - "Fixed prosthetics: a. Shall not be utilized to restore missing or defective teeth if an adequate restoration can be placed, (e.g., a stainless steel crown, polycarbonate crown, a bonded composite, or an amalgam with cuspal coverage), or if a removable partial denture can be fabricated to replace the missing teeth." (Wellpath IP, p. 110)
- The Dental Priority Code (DPC) is not always identified. The DPC assignment and phasing is not always identified correctly during the dental sick call or comprehensive dental examination. Generally, it is better if the periodontal cleaning is completed prior to restorative treatment in order to minimize leakage of the restoration, especially since only composite restorations a performed at MCJ.
- The time out protocol is not always used and stated in the clinical notes. Utilize a timeout protocol for all irreversible procedures. Place the time out protocol in the Plan section of the SOAPE note.
- The manufacture of the flowable and packable composite material is not always listed in the clinical notes.
- The next visit with a DPC is not always included in the clinical progress notes.

**Recommendation:**

- See C.1 and C.2 above for additional findings and recommendations.
- Update the restorative form so that there is only one form to include temporary and permanent filling with a space for the diagnosis, tooth number and type of restorative procedure being completed. This will take care of any issues surrounding temporary and permanent fillings. Placed Temporary or Sedative fillings must be re-evaluated and a current pulpal diagnosis given with an appropriate treatment plan and DPC for a permanent restoration.
- Update the general informed consent form to include at a minimum medications and Include a line for the witness to print their name although the signature line is there.
- Fill out and scan the Dental Material Fact Sheet (DMFS) acknowledgment, which is mandated by the Dental Board of California. Provide patients with comprehensive information about the materials used, including potential risks and benefits, to align with California's commitment to informed consent and patient autonomy in dental care.
- As a reminder, review the medical history, allergies medications and lab work results prior to performing an irreversible procedure.
- When indicated, take a diagnostic bitewing radiograph to assess for interproximal caries. See the radiographic interpretation section.
- Obtain diagnostic radiographs with open contacts, the radiographic apex and the crown of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization.
- Describe all the pathology in the x-rays taken and inform the patient. All pathology within a radiograph is to be charted, documented, treatment planned and assigned a DPC as well as discussed with the patient.
- Complete a pulpal and periodontal diagnosis prior to performing a restoration.
- Assess the pulpal condition first prior to placing a temporary or permanent restoration. Place the pulpal diagnosis in the assessment portion of the SOAPE note.

- Perform a time out protocol to make sure the proper teeth are restored.
- Include the manufacture of the restorative material used during a procedure. Identifying the material that was placed in the patient's mouth is helpful in case of a recall of the material or an allergy.
- The Dental Board of California oversees the licensure and regulation of dental professionals in the state, ensuring adherence to standards that prioritize patient health and safety.
- Buildups and stainless steel crowns are part of the allowable restorative procedures. Please do not let a tooth decay to the pulp because it needs a buildup and temporary crown. Caries removal is key. A stainless steel crown although technique sensitive is a viable long term temporary option.
- Please provide documented training and identify the training given in the monthly Dental Subcommittee meeting.

## C.10 Extractions / Oral Surgery – Deferred Findings - DF

**Deficiency:**

- The timeout protocol was not always performed and documented.
- Confirm the pulpal and periodontal diagnosis prior to an extraction.
- The general informed consent form does not include an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications including local anesthetic, analgesics, antibiotics, and mouth rinses.
- When providing an objective finding and subsequent diagnosis, please evaluate the opposing occlusion for any trauma from occlusion which could contribute to the mobility of a tooth, prior to recommending an extraction.
- Continuity of care is not always listed including the next visit and DPC.
- Sutures are listed but does not always state the quantity or type of sutures placed, i.e. is the suture resorbable or not.

**Recommendation:**

- Provide Wellpath’s plan to address this departure from the standard of care for the lack of prescribing medication following oral surgery.
- Confirm and document which teeth are to be extracted by performing a time out protocol. “Indicate the tooth number(s) or mark the tooth site or surgical site on the odontogram or radiograph to be included as part of the patient record. Ensure that radiographs are properly oriented and visually confirm that the correct teeth or tissues have been charted. Conduct a time out to verify patient, tooth, and procedure, with assistant present at the time of the extraction.” -Joint Commission.
- The standard of care in dentistry requires dentists to maintain accurate and legible records that reflect the patient's treatment history, including the specific tooth or teeth that were treated. Be mindful that all areas including the progress notes, the consent form and the Dental Service Treatment Record (DSTR), all have the same information.
- Confirm that all pathology in a radiograph was identified, diagnosed and treatment planned when reviewing the x-ray during the time out protocol.

- Include the suture type and quantity in the progress notes and if the patient needs to return for suture removal.
- Please update the DSTR to indicate both verbal and written post-op instructions are to be given.
- Provide continuity of care by placing the next visit and DPC in the progress notes and create a new task, if it is not already done so, to appoint the patient for future care indicated in the progress notes and/or in the dental treatment record.

## C.11 Endodontics (Root Canal Treatment) – Deferred Findings - DF

*All patients in custody of county detention centers with CFMG dental contracts shall be eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth. Endodontic services shall be performed in accordance with established criteria and within the specific guidelines of this section. Palliative endodontic therapy-the procedure in which pulpal debridement is performed to relieve acute pain shall be provided to all inmate-patients. (Wellpath IP, Exhibit A, p. 108)*

*A local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist. (Wellpath IP, p. 109)*

**Deficiency:**

- There were no endodontic procedures, i.e. root canals referred to an outside specialist this audit period.
- There is no consent form for pulpotomies and pulpectomies, to relieve acute pain onsite.
- The Implementation Plan states a specialist will be located, however only a general dentist was found to perform endodontic procedures.

**Recommendation:**

- Update the endodontic consent form to include pulpotomies and pulpectomies to relieve acute pain. Review and update the endo consent form when updating the other consent forms for consistency.
- CDO to address within the endodontic LOP how the recommendation for a crown following a root canal from the specialist will be handled at MCJ.
- Although a general dentist was found in the community to perform root canals, a specialist is identified in the Implementation Plan, therefore, attempt to locate an endodontist to provide endodontic care, when indicated, to the patients at MCJ.
- When performing a restorative procedure following a root canal, scan the DMFS, if not there from a previous restoration, including the restorative consent form with the specific procedure the patient is consenting to, into the document section of the patient record in CorEMR.

## C.12 Prosthodontics (Dentures) – Deferred Findings - DF

**Deficiency:**

- No patients were stated by MCJ/Wellpath as referred to the prosthodontist for this audit period.
- Several patient's chief complaint regarding dentures and denture fabrication were not addressed, nor the discussion entered in the SOAPE note.
- The General Informed Consent form does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic (denture) and occlusal adjustments.

**Recommendation:**

- Full and partial dentures are benefits of the Implementation Plan if the patient meets certain timeframes when receiving a comprehensive dental examination. [Wellpath IP, p.104-106]
- Address all the patient's chief complaints and note the discussion in the progress notes.
- Update the general informed consent form to include denture adjustment.
- Add to the Comprehensive Care LOP, denture adjustment, repair and fabrication of dental prosthetics including the lab, types of relines and number of appointments to schedule for the specialist within the LOP.
- A patient can be offered the opportunity to pay for their own transportation to a dentist or prosthodontist for the denture fabrication if they have less than one year of incarceration. A note should be placed in the clinical progress notes indicating this was offered and the status of the patient's decision.
- Recommend that referrals with the outside specialist for the fabrication of partial and full dentures is tracked by dental so that all of the steps necessary to obtain the dentures are documented and the patient is seen timely.

## C.13 Progress Notes (SOAPE) – Deferred Findings - DF

**Deficiency:**

- Dr. [redacted] has written an SOAPE training guide and has made it into an LOP. There are a few areas which need updating, including for the comprehensive care, periodontal disease program and referrals from chronic care.
- The DSTR is not always filled out to reflect the appointment. The SOAPE LOP does not indicate how the DSTR is to be filled out by the clinician.
- There are times when clinicians use a templated progress note which is not patient and/or procedure specific.
- Not all SOAPE clinical notes have a next visit and DPC listed.
- A chronological progress note is not written for an informed refusal in the Dental Sick Call notes. This is not reflected in the SOAPE LOP and training guide.
- A chronological progress note is not written for a medication prescription in the Dental Sick Call notes. This is not reflected in the SOAPE LOP and training guide.

- A chronological progress note is not written for a rescheduled or cancelled by staff task. A Task note is indicated although but not in the clinical note of the Dental Sick Call notes).
- The SOAPE progress note is not always completely filled out. The areas of continuing lack of consistency include the objective findings, the pulpal and periodontal diagnosis, as well as the education component.
- The assessment is not always substantiated by the objective findings for a pulpal and periodontal diagnosis.
- Late entries do not always have ""late entry"" indicated in the progress note nor state when the patient is seen for the completed dental appointment.

**Recommendation:**

- Amend and update the SOAPE and Comprehensive Care LOP to reflect the areas of deficiencies. Include workflows for training purposes, within the SOAPE and Comprehensive care LOP. Train staff and provide documented training, which is to be reflected in the monthly Dental Subcommittee meeting minutes.
- Fill out the SOAPE progress notes according to the updated LOP. If using a template, make sure to make it patient and procedure specific, otherwise the progress note becomes below the standard of care.
- For chronological purposes, write a sequential progress notes rather than chart notes, tasks, and documents in various locations as it is time consuming to go back and forth to see the events. Write a chronological clinical progress notes for refused, rescheduled, cancelled by staff and medication refills or initial medication requests. (located in the task but not the clinical note). Include these standards in the SOAPE LOP.
- Late entries are not addressed in the LOP. The SOAPE LOP does not have an instruction for the clinician to enter ""late entry"" in the progress note and state when the patient was seen for the completed dental appointment.
- Please review deficiencies found during the audit and make sure the LOP addresses any areas of recurring lack of documentation. Provide documented training in all areas of deficiencies and include the documented training in the monthly Dental Subcommittee meeting minutes.
  • https://www.ada.org/resources/practice/practice-management/managing-patients-informed-consent-refusal
  • https://www.ada.org/resources/practice/practice-management/writing-in-the-dental-record
  • https://www.dbc.ca.gov/about_us/lawsregs/index.shtml

## Infection Control and Regulatory Compliance: Sections D.1 through D.85 – 97.5% - SC

*All dental services will be provided in a safe and sanitary environment.* (Wellpath IP, p. 98)

**Congratulations** on achieving substantial compliance! There are certain items marked as non-compliance and partial compliance within the clinical review, and these still need to be

addressed. Please see the Dental Audit Tool Results, Section D, Infection Control and Regulatory Compliance, for the specific findings and recommendations, Database and Findings tab.

**Continued adherence,** to the requirements of the Implementation Plan, Settlement Agreement, and all applicable Federal, State, County, OSHA, and professional dental standards of care related to infection control and regulatory compliance, **is expected.**

**Deficiency: Small Refrigerator in the Dental Clinic**
- Temperature-sensitive dental materials are stored in a small household grade refrigerator; however, the clinic does not have a mechanism to continuously monitor and document refrigerator temperatures during weekends and other periods when the clinic is unstaffed.
- Consequently, the facility cannot demonstrate that the materials have remained within the manufacturers' required storage temperatures throughout the entire storage period.

**Recommendation:**
- Upon further research, I recommend you remove the current refrigerator from use for temperature-sensitive dental materials unless continuous temperature control and monitoring can be reliably demonstrated.
- Replace it with a purpose-built medical/pharmaceutical-grade refrigerator equipped with a calibrated continuous temperature monitoring device/data logger, or implement an equivalent validated monitoring system capable of documenting temperatures during both staffed and unstaffed periods.
- Any materials exposed to temperatures outside their labeled storage range should be evaluated in accordance with the manufacturer's instructions before use.
- https://www.fda.gov/medical-devices/emergency-situations-medical-devices/medical-devices-requiring-refrigeration
- https://www.fda.gov/drugs/pharmaceutical-quality-resources/expiration-dates-questions-and-answers
- https://www.cdc.gov/index.html
- https://www.jointcommission.org/en-us/knowledge-library/support-center/standards-interpretation/standards-faqs/

**Deficiency:** D.1.13A - PC
- Mixing valve is still required.
- Water stayed within tepid range (60-100 degrees Fahrenheit) after several minutes of continuous running.
- The velocity however was not and is not being tested. There is no mixing valve.
- The eyewash station and the mixing valve fall under the Cal/OSHA Inspectors Enforcement Considerations CCR Title 8, Section 5162 and OSHA's requirements under 29 CFR 1910.151(c). Even without a specific thermostatic "mixing valve" mandate, Cal/OSHA inspectors will likely ask how the temperature is maintained consistently.
- Facilities must conform to ANSI Z358.1-1981.
- Equipment delivers flushing fluid in sufficient quantity and pressure.

- California's rule (8 CCR §5162) requires emergency eyewash/shower equipment to meet the performance provisions of ANSI Z358.1, which includes tepid water delivery, minimum flow rates, immediate availability, and maintenance/testing. Lack of tempering is therefore a performance non-compliance unless the supply water is verified to remain 60–100 °F year-round during full-flow operation.

**Recommendation:**

- A mixing valve is recommended. In California, you're not cited for "no mixing valve" by name—you're cited for failure to meet ANSI/tepid performance under §5162. **Unless you can prove the un-tempered supply stays 60–100 °F for 15 minutes at the required flow year-round, the clinic must install tempering and demonstrate compliance.**
- Please review the following:
  - https://blog.ansi.org/when-to-use-safety-showers-and-emergency-eyewashes/
  - https://www.dir.ca.gov/title8/5162.html
  - https://safetyequipment.org/emergency-eyewash-shower-equipment/
  - https://blog.ansi.org/ansi/ansi-z358-1-emergency-eyewash-station-shower/

**Deficiency:** D.1.21A – PC

- Although the inventory of the cabinet was listed correctly, no dates are on the inventory sheet posted on the fireproof cabinet. There is no indication the inventory is performed daily with Tool Control.

**Recommendation:**

- Inventory the Flammable Hazardous Materials with the daily Tool Control, and post the inventory on the locked Flammable Hazardous Material cabinet.

**Deficiency:** D.1.37A - PC

- Outside lab testing is done quarterly through ProEdge. The water lines were tested quarterly according to the housekeeping logs; however, the reports were not available for review in the clinical logs. After requesting the results, the Operations Specialist stated she found the results by going on the ProEdge website, were identified as negative for growth and the documentation was placed in the binder.
- The Blue Tab is documented as being used for daily water treatment.
- Use of the Citrisil shock treatments for their Cavitron is documented in the Housekeeping log.
- Quick Pass (paddles) water tests are done monthly and the results documented in the housekeeping log.

**Recommendation:**

- There is an LOP for DEN – Monterey Monitoring Water Quality in Dental Unit Lines.
- Have the reports available and stored with the clinical logs for review. Indicate the results in the housekeeping logs.
- Include in the LOP what to do if there is a positive growth test.

**Deficiency:** D.1.40A - PC

- Per Custody, the Evacuation Plan cannot be posted for safety and security reasons.

- The staff Dentist and Dental Assistant received training in the site specific disaster preparedness and evacuation using case specific training. The training log is present. Current for Dr. [redacted] but not for case specific training for Dr. Troung.

**Recommendation:**

- Provide an attestation of training for all dental staff members in the IIPP binder.
- Keep training records for a period of three years showing when drills are performed to show that staff has been trained in the evacuation procedures.
- Confirm that the staff receives this training at least yearly for disaster preparedness.

## Dental Management and Self-Governance: Sections E.1 through E.17

Regulatory compliance and self-governance in dental clinical programs require adherence to all applicable local, state, and federal laws, regulations, and professional standards. This ensures that operations are ethical, legally sound and safe.

By embedding self-governance, where the clinic and management proactively monitors and corrects its own practices, compliance not only protects patients and staff but also supports operational efficiency and long-term accountability.

Establishing and routinely updating policies and procedures, local operating protocols, reviewing logs and other clinic documentation, providing and documenting training to establish consistency and efficiency in the systems of care, maintaining equipment for staff and patient safety, engaging in continuous quality improvement to enhance patient care and clinic operations, and having places, such as the monthly Dental Subcommittee and Quality Assurance meeting, to record, identify and take action are just a few examples of the importance of dental management and self-governance in the provision of access, timeliness, quality and infection control practices for the patients of Monterey County Jail.

For recommendations, due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected. Based on the current findings, the previously issued recommendations continue to be in effect.

### E.1 Chief Dental Officer, Corporate and Local Management – 83.3.% - PC

**Findings and Deficiencies:**

- At the corporate level, Dr. [redacted] Chief Dental Officer, is actively supporting MCJ's dental program and is the clinical supervisor in the chain of command. Dr. [redacted] reports to the head clinical VP. Dr. [redacted] is instrumental in MCJ Dental's success.

- Dr. [redacted] continued to lead the weekly and biweekly alignment meetings with medical, mental health and dental. Dr. [redacted] also leads a biweekly dental staff meeting and the monthly Dental Subcommittee meeting.
- A Dental Operations Specialist, hired to support Dr. [redacted] brings valuable expertise to help identify solutions and strengthen the dental program.
- There is a new Regional VP. The Medical Director is permanently hired at MCJ. The Director of Nursing (DON) is filled as of late September and HSA position is vacant although filled with temporary staff.
- Dr. [redacted] reports he receives the necessary resources when requested, although there is no set dental budget, as operations controls the budget.
- Dr. [redacted] notes that resource support has improved, although he does not have full autonomy in his role, particularly regarding hiring, firing, and implementing broader changes due to corporate restrictions.
- There is no identification or system process of who will fill in for the CDO if/when the CDO is on vacation or leave.
- The Dental Operations Specialist provides strong problem-solving support for the CDO and is an important resource.
- Wellpath Operations has an org chart, but I have not received one for corporate clinical where it would show Dr. [redacted] as part of the organization.
- MCJ County has not provided an org chart. Dr. [redacted] still leads the weekly and biweekly alignment meetings with medical, mental health and dental. Dr. [redacted] also leads a biweekly dental staff meeting and the monthly Dental Subcommittee meeting.
- The Medical Director position is filled, the HSA position is temporarily filled, the Director of Nursing (DON) is filled, and the Implementation Specialist positions is vacant at the time of the dental audit tour.

**Recommendation:**

- Prioritize Key Roles: All listed positions are critical to the success of Dental, particularly the HSA, whose support is essential for strengthening and improving MCJ's Dental program in daily operations.
- Training & Retention: Continue to train and retain a qualified HSA, as well as hire and retain nursing staff and the DON, all of whom are vital to ensuring patient access to dental care.
- Operational Continuity & Compliance: Continue to establish durable systems to achieve and maintain compliance and ensure continuity of care. This includes cross-coverage plans so that key positions are filled during any employee's leave of absence, allowing Dental to continue providing uninterrupted services.
- Leadership Support: Wellpath to continue to support Dr. [redacted] in his role as a leader, driving positive change and ongoing improvement within MCJ's Dental program.
- Provide Resources and Authority: Corporate should allocate Dr. [redacted] a dedicated budget, administrative support staff, and greater autonomy as Chief Dental Officer. This will allow him to implement and sustain the changes necessary to bring MCJ into full compliance and maintain long-term improvements.

- Maintain Clinical Oversight: Continue monthly supervisory oversight and chart auditing by the CDO, ensuring he remains closely connected to the clinical operations at MCJ.
- Support Collaborative Roles: Wellpath should continue enabling the Operations Specialist to work alongside the CDO, particularly in advancing the Dental Subcommittee and CQI initiatives, which have already demonstrated significant progress.
- Strengthen Systems & Infrastructure: Dr. [redacted] requires access to an EDRS capable of generating meaningful reports. Current limitations in data systems and staffing restrict his ability to independently drive change. While he has partnered with CorEMR to build systems that identify strengths and weaknesses, additional infrastructure is necessary for him to fully exercise his role and authority.
- Rationale: Organizational charts visually clarify roles, responsibilities, and reporting lines, improving communication, decision-making, and resource allocation. They also support onboarding and establish a clear chain of command, facilitating accountability.
- Develop an Organizational Chart: Create a current organizational chart for the corporate and local dental program, including the chain of command and oversight at MCJ, especially as the HSA is the administrative supervisor in the chain of command and Dr. [redacted] is the clinical supervisor to the Dentists and Dental Assistants.
- Update and Provide Charts: Due to multiple changes across the organization, existing organizational charts at Wellpath are outdated, and the County has not provided one. Up-to-date charts should be furnished.

## E.2 Dashboard & Documented Qualitative Self Review Process – 50.0% - NC

**Findings and Deficiencies:**

- Clinically and administratively, there were two supervisory reviews and subsequent performance improvement plans conducted on Dr. [redacted] He was subsequently let go on June 6th, 2025.
- However, there were no supervisory reviews conducted on Dr. [redacted] during this audit period.
- Self-monitoring, self-auditing and self-governance is challenging with CorEMR as it does not easily provide current and relevant reports to the CDO for analysis.
- At present, there is no centralized dashboard within or outside of CorEMR to track metrics, statistics, priority dental levels or dental priority codes (DPC) compliance timeframes.
- Although the monthly Dental Subcommittee is the receptacle for dental's data, leadership lacks a clear overview or "bird's eye view" of barriers related to access, timeliness, and quality of dental care at MCJ.
- The Dental Operations Specialist uses reports and CQI systems for some of the metrics of care.
- Not all metrics of care are being evaluated by the CQIs.
- They are refining some of the questions within the CQIs as they advance in their investigation of compliance.

- The draft of the P & P and LOP for self-governance, is in process by the CDO. An expansion of the systems to perform and evaluate all areas identified in the Implementation Plan and within the California Code of Regulations is still in progress.
- They have weekly dental strategy meetings, biweekly staff meetings and monthly Dental Subcommittee and quarterly QA meetings.
- Transparency remains limited, as clinical and management data are not easily retrievable from CorEMR, hindering effective monitoring and oversight.
- Data for certain performance metrics are currently compiled from multiple sources due to the absence of a dedicated EMR reporting functionality. Metric summaries and trend graphs are provided to the Dental Subcommittee; however, reporting capabilities for episodic and comprehensive care metrics remain under development.
- CorEMR's "Form Question Report" is used to generate selected clinical statistics. The reporting process requires multiple steps and review of several report versions to obtain the necessary information, limiting efficiency.
- The Form Question Report does not capture all required data elements and is dependent upon consistent completion of referral forms by nursing staff when referring patients for dental services.
- The Dental CAP-directed Monterey Compliance Report is not currently configured to support efficient or comprehensive data extraction from CorEMR and remains only partially implemented.
- The current Monterey Compliance Report lacks the functionality necessary to accurately extract and report compliance data for Priority Dental Levels and Dental Priority Codes. In addition, the report does not reliably capture rescheduled appointments for compliance-tracking purposes.

**Recommendation:**

- See Dental CAP #102 for the performance of the supervisory audits. "A supervisory audit report from the CDO is due to this monitor as part of Wellpath's monthly document production and is to include two of each of the following categories: triages and diagnoses, comprehensive dental examinations, periodontics, restorative, oral surgery, endodontics, as available, as well as an evaluation of refusals, reschedules, OTM, OTC and NIC. Dr. [redacted] Chief Dental Officer (CDO) to audit multiple charts as well as provide routine, monthly supervisory oversight. The H.S.A. may perform these tasks, as appropriate. ***Use the Peer Review audit tool as a guideline when performing the supervisory audit review."
- Conduct monthly supervisory chart audits to monitor clinical performance at MCJ. This will provide direct clinical oversight for current providers and support onboarding of new dentists. Complete self-audits, provide documented follow-up training as needed, submit audit results to the Dental Subcommittee, and implement corrective action plans to support continuous quality improvement.
- Finalize the draft LOP for self-governance, self-monitoring, and self-auditing, including monthly supervisory audits, to establish and communicate clinical performance expectations.

- Establish a dashboard, preferably within CorEMR, to visualize the current metrics/statistics relevant to finding barriers to access, timeliness and quality of care at MCJ.
- Expand CQI Metrics: Broaden the scope of CQI reviews to include all key clinical and operational metrics of care, ensuring comprehensive monitoring of performance and compliance.
- Develop Corrective Action Plans: For any deficiencies identified through CQI reviews, formulate clear corrective action plans with measurable outcomes. These should be documented and tracked as standing action items in the monthly Dental Subcommittee meeting minutes.
- Standardize CQI Tools: Finalize and implement standardized CQI questions and tools to ensure consistent monitoring, tracking, and reporting across all areas of dental compliance.
- Strengthen Governance Framework: Complete and adopt the Policies & Procedures (P&P) and Local Operating Protocols (LOP) currently being drafted by the CDO to establish a durable framework for self-governance and accountability.
- Ongoing Refinement: Continue the monthly refinement of CQI processes to improve accuracy and ensure alignment with compliance requirements and evolving best practices.
- Enhance Statistical Transparency: Continue improving the dental program through transparent use of statistics in collaboration with the QA team. This should include routine reporting from the Dental Subcommittee to the QA Committee. Make clinical, management, and statistical data more accessible within CorEMR (or the chosen system) to ensure program performance is transparent to providers, administrators, and oversight committees.
- Upgrade or Replace CorEMR: Complete the CAP-directed enhancements to CorEMR to allow efficient, accurate reporting. If CorEMR cannot meet these needs, invest in a true electronic dental records system capable of supporting both clinical and administrative functions.
- Develop a Centralized Dashboard: Create a dental-specific dashboard within CorEMR (or a replacement system) to track metrics, statistics, priority codes, trends, and outcome measures. This would allow leadership to monitor access, timeliness, and quality of care in real time.
- Ensure Compliance with Implementation Plan: Review the Nurse Sick Call process to confirm that requests for dental care are tracked as required. Establish an audit trail from each incarcerated person’s request through to resolution of care.
- Address Data Inconsistencies: Standardize reporting processes within CorEMR to resolve inconsistencies between reports, especially when tasks are created outside of structured forms.
- Reduce Manual Data Burden: Alleviate the need for staff to manually track statistics, which reduces valuable clinical time. Assign the Operations Specialist to lead the effort in transitioning data management into automated electronic systems.

## E.3 Electronic Dental Record System (EDRS) – 50.0% - NC

**Findings and Deficiencies:**

- CorEMR is not a comprehensive Electronic Dental Record System (EDRS) and lacks certain clinical charting capabilities and integrated dental practice management functions commonly available in dedicated dental software platforms.
- Despite these system limitations, the Chief Dental Officer (CDO) and Operations Specialist have utilized available reporting and quality-monitoring tools, including Continuous Quality Improvement (CQI) measures related to dental priority levels and referral processes, to identify and address barriers affecting access to care, timeliness of services, and quality outcomes.
- CorEMR does not provide functionality to identify or generate reports for patients who remain unscheduled. Appointment scheduling is dependent upon clinician-generated tasks; therefore, patients for whom a task is not created may not be captured within the scheduling workflow, creating a risk of delayed evaluation or treatment and limiting oversight of pending care needs.
- Tracking and reporting of episodic and comprehensive dental care metrics within CorEMR remains labor-intensive and requires substantial manual effort to compile and validate data.
- Dental sick call requests are infrequently scanned into the document management section of CorEMR, resulting in an incomplete audit trail. In addition, nursing sick call documentation related to dental concerns is inconsistently completed, reducing data transparency and limiting the ability to effectively monitor referral compliance and continuity of care.
- Tracking of urgent, emergent, and routine dental referrals remains limited and is primarily dependent on the Forms Question Report and the Task Reports. Although the current process is labor-intensive, incremental improvements have been implemented. Dental leadership has established a Continuous Quality Improvement (CQI) process to consolidate referral data from multiple sources, including intake screenings, 14-day health appraisals, sick call encounters, offsite referrals, and follow-up returns from specialty care.
- CorEMR originally deployed a forms-based referral tracking mechanism; however, system enhancements and maintenance have not been sustained by CorEMR's IT. Efforts to utilize the World of Wellpath Monterey Compliance Report for referral tracking have been initiated, but the report currently lacks sufficient accuracy and reliability to support comprehensive oversight.
- There is a lack of reliable and timely referral data when tracking urgent, emergent and routine dental care, which is critical to effective operational management and self-audit activities. A lack of accurate reporting does not support the identification of barriers to access, timeliness of dental care and quality outcomes. Without viable data and reporting, targeted performance improvements are not always captured.

- The current EDRS does not provide a comprehensive dashboard capable of generating consolidated data reports and statistical summaries in a concise format suitable for monthly Dental Subcommittee reporting requirements.
- Dental performance metrics are currently collected and validated through manual processes. While monthly data collection is consistently performed, discrepancies have been identified between manually compiled data and reports generated through CorEMR, limiting confidence in the accuracy of system-generated metrics.
- To address reporting needs, the Operations Specialist manually consolidates information from multiple data sources into an Excel-based tracking tool. A fully integrated EDRS with dashboard and reporting functionality would improve data integrity, enhance operational oversight, and provide timely access to accurate performance metrics for quality management and review purposes.

**Recommendation:**

- Implement a Comprehensive EDRS: Upgrade to a full electronic dental record system with complete clinical charting capabilities and integrated dental management tools to support accurate, efficient, and comprehensive documentation of patient care.
- The system of chart audits and peer review only catches errors after the fact. An electronic dental records system (EDRS) contains safeguards that can prevent continuing errors from happening. See CAP #60, 62, 63.
- Optimize Interim EMR Use: Until a full EDRS is implemented, continue leveraging available CorEMR functions to monitor access, timeliness, and quality of care.
- Improve Patient Scheduling Processes: Establish reliable processes within CorEMR (or a new system) to identify unscheduled patients and ensure that all care results in scheduled appointments. This will prevent lapses in treatment and bring scheduling in line with the standard of care.
- Streamline Data Tracking and Enhance Audit Trails and Transparency: Ensure all sick call requests for dental care are properly documented and scanned into CorEMR with clear completion of Nurse Sick Calls, scheduling within DL1 and DL2 timeframes to maintain a full audit trail and support compliance monitoring.
- Implement a Full EDRS: Adopt an electronic dental records system to manage the clinical, administrative, and statistical functions of the dental clinic, ensuring accurate and efficient data capture.
- Enhance Nursing Documentation: Provide continued nursing education to ensure referral forms and tasks include key details such as description of the problem, location, severity, pain profile/scale, duration, and an appropriate dental priority level aligned with the patient's clinical presentation.
- Upgrade CorEMR Reporting: Improve CorEMR to provide consistent, reliable reports. Address discrepancies caused by appointment types, timing of report generation, and delayed closure of clinical notes to ensure accurate statistics for operational decision-making and self-audits.
- Upgrade CorEMR as identified in the Dental CAP.

## E.4 Digital X-Rays – 83.3% - PC

**Findings and Deficiencies:**

- MCJ is using digital x-rays and transferring them to CorEMR on a daily basis.
- The majority of radiographs reviewed were of diagnostic quality. However, opportunities for improvement were identified, including instances of foreshortening, elongation, cone cuts, and overlapping contacts that limited interproximal interpretation. These findings indicate a need for continued training by the dentist to the dental assistant to promote consistent radiographic quality and diagnostic accuracy.
- Note that California law requires dentists to evaluate oral conditions, establish diagnoses, and maintain complete and accurate clinical records. Radiographs constitute part of the legal dental record and should be of sufficient diagnostic quality to support clinical decision-making. Any radiographic pathology or abnormal findings should be evaluated, documented in the patient record, communicated to the patient, and incorporated into the diagnosis and treatment plan consistent with the applicable standard of care.
- The standalone laptop used to acquire and store digital radiographs does not have an independent backup system.
- The absence of a verifiable backup and reconciliation process does not meet Dental Board of California expectations for electronic record retention and may result in unavailable diagnostic information needed for clinical decision-making. This presents a risk to record integrity, continuity of care, and regulatory compliance.
- While radiographs uploaded to CorEMR are preserved within the cloud-based electronic record, there is currently no reliable process to verify that all images have been successfully transferred and transferred to the correct patient. As a result, radiographs that remain only on the local device may be lost in the event of hardware failure and may not become part of the patient's permanent dental record.
- The x-rays are taken in the Planmeca digital system and then exported into CorEMR. The digital radiographs are not integrated directly into CorEMR as one would with an electronic dental records system.
- Once the x-ray is exported into CorEMR it can no longer be adjusted for contrast or color.
- Lack of direct integration between digital radiography software and the electronic dental record (EDR) can create several risks beyond the inability to manipulate image contrast, brightness, or color.
- Reliance on a manual export process between Planmeca and CorEMR introduces risks related to incomplete transfer of radiographs, fragmentation of the dental record, reduced traceability of diagnostic information, and the potential for missed or delayed follow-up of radiographic findings. Without a formal reconciliation process, the organization cannot readily verify that all radiographs acquired are successfully incorporated into the patient's electronic dental record.
- There is no LOP to address how the radiographs are transferred from Planmeca to CorEMR.

**Recommendation:**

- Radiograph Transfer and Record Integration:

- Revise the Local Operating Procedure (LOP) for transferring radiographs from Planmeca to CorEMR to include a standardized process for identifying, reconciling, and documenting failed image transfers.
- Establish radiograph transfer compliance as a quality assurance metric within the internal audit program and report performance at monthly Dental Subcommittee meetings.

- Radiographic Technique and Staff Competency:
  - Implement a structured process for immediate dentist-to-dental assistant feedback following radiograph acquisition to reinforce proper imaging techniques, support competency development, and improve diagnostic image quality.
- Radiographic Quality and Patient Safety:
  - Ensure all radiographs meet diagnostic quality standards and provide complete visualization of the areas of interest, including root apices and supporting structures when clinically indicated.
- Radiographic Findings Management, Documentation, Communication, and Follow-Up of Findings:
  - Ensure radiographic findings, incidental findings, and pathology identified during dental examinations are accurately interpreted, documented in the dental record, communicated to the patient, and managed in accordance with their clinical significance.
  - Implement controls to verify that radiographic findings requiring follow-up are supported by the appropriate documentation and that recommended monitoring, referral, and/or treatment activities are tracked to completion.
  - Include the manner and protocol in which the data is to be backed up on the standalone laptop. Write this in the LOP for transferring the radiographs to CorEMR from the digital x-ray system.
- Address who is to repair and provide maintenance to this system when it is needed.
- Complete the LOP regarding the transfer of radiographs from Planmeca to CorEMR. Include a reconciliation process, to verify that all radiographs acquired are successfully incorporated into the patient's dental record.

## E.5 Panoramic X-Ray Unit – 83.3% - PC

*Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning. (Wellpath IP, Exhibit A, p. 103)*

**Findings and Deficiencies:**

- There is no onsite panoramic x-ray. However, the patients can be sent offsite to the oral surgeon for an evaluation, including for a panoramic radiograph. MCJ can also send patient's out to higher level of care if indicated.
- In most cases now, MCJ's dental clinic now receives the scanned copy of the panoramic radiograph from the Oral Surgeon's office for offsite oral surgery care. This is included in the report and scanned into the Document section of CorEMR.

- There is no leased or purchased panoramic x-ray available onsite for the dentist to utilize at this time, however, per the IP, they can refer patients receiving a comprehensive dental evaluation, to the offsite oral surgeon for them to take a panoramic radiograph and return it to be read by the onsite dentist. This service is not listed in the LOP.
- Panoramic radiographs are rarely requested by the dentist during a comprehensive dental evaluation, as per the IP, even when indicated.
- Panoramic radiographs obtained for oral surgery referrals are not consistently reviewed with the patient upon return to the dental clinic. In addition, incidental radiographic findings identified on these images are not consistently documented in the clinical record, resulting in potential gaps in patient communication, clinical follow-up, and continuity of care.
- The oral surgeon who is utilized by MCJ for complex extractions, biopsies and other oral surgery needs has and takes a panoramic radiograph at his office for the referred patients. The panoramic x-ray copy is returned and scanned into CorEMR, and available for the Dentist to review at the Priority 1 follow up appointment.
- Not all panoramic radiographs obtained for oral surgery purposes were consistently reviewed in the dental record or with the patients following receipt of the scanned panoramic radiograph. Additionally, not all incidental radiographic findings were consistently documented in the dental record, limiting evidence of patient communication, clinical assessment, and appropriate follow-up.
- A system exists for referring patients to outside specialists through ERMA, a program created by Wellpath. The process is supported by an LOP and a capable clerk.
- The follow-up visit to the dental clinic, after the return from offsite, is generally scheduled within the next dental day.
- It is now the exception that a follow-up visit following an outside specialist is not scheduled within the next dental day timeframe.
- The initial ERMA referral is not always scanned into CorEMR. This Monitor was denied access to ERMA. Currently, there appears to be no compliance framework within ERMA, beyond manual tracing through the dental record, to confirm referrals are sent and completed.

**Recommendation:**

- The Implementation Plan states that for a comprehensive dental examination, if a panoramic x-ray is necessary, it can be taken for this examination. This should be included in the LOP for comprehensive care that the patient can be referred to the outside oral surgeon's office for a panoramic x-ray. It is very important that should this be done for the comprehensive dental examination, that any pathology is identified and included in the object findings and subsequently attached to the assessment with the correct diagnosis.
- Update the Offsite Referral LOP to include that the review of any x-rays, including a panoramic radiograph(s), will be reviewed and noted in the progress notes during the next dental day’s post-op task appointment, upon return from the oral surgeon’s office or higher level of care.

- The Dentist is to review, identify pathology, and discuss the results of the radiograph with the patient as well as record the review and results in a SOAPE format in the progress notes, at the time of the follow-up patient's Return From Offsite. Also advise the patient to submit a Dental Sick Call for any follow-up or continuity of care.
- Implement a process to ensure offsite panoramic radiographs are reviewed upon receipt, with all radiographic findings, incidental findings, and pathology documented in the dental record. Verify that findings are communicated to the patient and that appropriate follow-up actions, including referral, monitoring, and/or treatment, are documented and tracked to completion.
- If indicated, the use of the panoramic radiograph can be utilized during a comprehensive dental examination.
- Implement a Dental-Specific Referral System: Ensure all ERMA referrals are scanned into CorEMR to establish what was referred to the offsite specialist. Establish a standardized, dental-specific referral workflow so referrals are easily trackable, regardless of which clinician initiates them.
- Clarify Specialist Report Review Responsibilities: Include in the LOP a clear process for dentists to review specialist reports and radiographs, identify pathology, incorporate recommendations into the treatment plan, discuss with the patient, and document appropriately. Train staff accordingly.
- Perform Internal Audits: Regularly audit the referral system to confirm patients are scheduled promptly following offsite specialist visits and that all orders and recommendations are completed.
- Use CQIs to Monitor Access and Compliance: Continue leveraging CQIs to identify barriers to care, report findings to the Dental Subcommittee, and implement course corrections or additional training as needed.

## E.6 Equipment and Supplies – 100.0% - SC

**Findings and Deficiencies:**

- Dental orders from Henry Schein and McKesson are placed proactively to ensure adequate stock. The clinic maintains sufficient supplies, including PPE, by purchasing in advance to prevent shortages and ensure uninterrupted patient care.
- Materials are organized by expiration date, with the oldest in front and newest in the back, supporting proper rotation.
- There is no LOP drafted to address supply chain interruptions, whether due to financial constraints, resource limitations, or other factors, to ensure patient safety and continuity of care.
- MCJ has only one dental operatory, which limits efficiency and scheduling flexibility. Despite this, the dental staff are managing to provide care within these constraints.
- The single operatory may have an impact on access and workflow and may restrict the number of patients treated per day and could create delays in care, especially for urgent or follow-up procedures.

- There appears to be adequate room for essential dental equipment, instruments, and supplies to be stored and accessed safely within the existing operatory.
- MCJ does not maintain an in-house dental equipment repair program; however, equipment maintenance and repair services are provided through an established relationship with Henry Schein.
- Evidence of routine preventive maintenance is observed through documentation in the Housekeeping Log.
- Maintenance activities are proactively coordinated by the Dental Assistant to support equipment reliability and continuity of dental operations.

**Recommendation:**

- Per Dr. [redacted] MCJ/Wellpath maintains an account with Henry Schein, allowing orders to be placed according to his instructions and OSHA requirements.
- It is recommended that a site-specific Local Operating Protocol (LOP) be developed to address any delays or interruptions in the supply chain, outlining procedures to ensure continuity of patient care and mitigate potential risks.
- All dental services will be provided in a safe and sanitary environment. (Wellpath IP, Exhibit A, p.98)
- The goal is to maximize utilization of the existing operatory while reducing bottlenecks that affect access, timeliness, and quality of care.
- Consider assigning two Dental Assistants per day to maximize productivity within the one-operatory limitation. Additionally, conduct a staffing and workflow analysis to determine whether adjustments in staffing levels, scheduling, and/or clinic operations could further improve efficiency and patient access. Delegate administrative tasks away from clinical staff whenever possible.
- Implement operational strategies to maximize utilization of the existing operatory, including optimized scheduling practices, enhanced use of support staff, streamlined patient flow processes, and proactive management of urgent care demand. These measures may improve access to care, reduce treatment delays, and support the consistent delivery of high-quality dental services while operating within the constraints of a single-operatory clinic.
- Evaluate the feasibility of implementing a service and maintenance contract with a qualified equipment vendor to mitigate the risk of prolonged equipment downtime so there is uninterrupted delivery of dental services.
- By formalizing an equipment maintenance and repair processes through a documented protocol establishes preventive maintenance requirements, assigned responsibilities, service request procedures, and maintenance recordkeeping expectations.

## E.7 Nurse Training by DON, HSA and Dentist – 50.0% - NC

**Findings and Deficiencies:**

- Nursing workflows for dental referrals remain inconsistent despite multiple rounds of training.

- Nurse Sick Calls to address Dental Sick Call requests are often not completed, with requests not consistently scanned into CorEMR, creating gaps in audit timelines.
- Priority level designations (DL1, DL2) are inconsistently applied. Many referrals continue to lack required documentation such as description of the problem, history of the chief complaint, location of the pain or problem, pain scale, severity, and duration.
- The information documented on the forms should be consistent with the corresponding task record. Although processes are outlined in the LOP, not all required information is accurately captured and reconciled between both documents and task to support documentation integrity, continuity of care, and auditability.
- Although training has been routinely provided—with documented sign-in sheets and annual updates—the results remain inconsistent, possibly due to ongoing staff turnover.
- CQI monitoring is in place and individual coaching occurs, but there is not yet a reliable system to identify and correct spot offenders. Perhaps a different training approach such as case-based learning will assist in remediating this training issue.
- The Dentist states he provides individualized training although it is not formally documented in the monthly Dental Subcommittee meeting.
- While improvement has been noted, opportunities remain to strengthen staff understanding and consistent application of the dental referral process, particularly regarding the assignment of Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) classifications during Intake, Sick Call, 14-Day Examinations, and by Physicians, Nurse Practitioners, and Physician Assistants. Accurate prioritization is essential to ensure patients are appropriately screened, assessed, and scheduled for dental services in accordance with established timelines: Priority 1/DL1 cases requiring evaluation on the next dental clinic day and Priority 2/DL2 cases scheduled within 14 calendar days. Continued education and reinforcement of referral criteria are recommended to promote consistent compliance and timely access to care.
- As in prior findings, there are patients with pain, toothaches, swelling, infection, bleeding and abscesses who are not always referred timely to Dental by using the correct Priority Dental Level 1 parameter, to be seen next dental day. They are often assigned a Priority Dental Level 2 (patients to be scheduled within 14 calendar days) without describing why it is a Priority 2 for a patient with the problems stated above.
- From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care". Therefore, identifying the correct dental level is important in order for patients to receive care in the appropriate timeframe and without delay.
- Regarding evaluating the timeframe of compliance for Dental Sick Call requests, there is a difference between "reading" the Dental Sick Call requests within one day of the request vs "seeing" the patient face to face to screen the patient's dental condition "within one day of the request". The data shows that the requests are read 98.0% of the time, within one day of the request, but there are no reference IDs to show the percentage of patients seen face to face for the patient's dental requests, per the Implementation Plan.

- Training has occurred repeatedly, through this audit period with the roster showing training is being given, however, the description, history, location and pain scale, at a minimum, is not always consistently entered in the form and the task. Without a clear description of the issue in the form and in the task, there is no substantiation for the nurse's determination of the Dental Level, and the patient may not always be scheduled according to the severity of their clinical presentation.
- These ongoing inconsistencies continue despite efforts to provide staff training on the dental referral process. There continues to be variability in nursing staff's understanding when applying the referral requirements for Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) designations of dental problems at Intake, Sick Call, and 14-Day Exam.
- It appears that case-based learning, using actual audit findings has only recently been introduced into the learning modules for the nursing staff. Perhaps this will assist in the patients being referred to dental timely and within the parameters of the priority dental levels.
- The DON position was filled and started at the end of September. He was previously an RN and charge nurse for 6 months and decided to take the position because he likes challenges. He states he is sharpening communication with the nursing team, building trust between them. There are 7 day and 7 night nurses and says he gets to them before the shift or comes in early to conduct training. This results in a more consistent coordination between Dental and Nursing. Although the Dentist reported providing nursing staff with training, retraining, feedback, and monitoring on occasion, no formal documentation of this training was identified through email correspondence, written instructional materials, or in the monthly Dental Subcommittee meeting minutes.
- Some nurses at Intake are creating separate tasks outside of the referral process within CorEMR. This practice breaks the audit trail and prevents accurate tracking of patient care and compliance with timelines.
- Some nurses continue to complete dental sick call appointments themselves. This is a critical issue, as it creates a risk that patients may not receive their mandated dental services following a request for dental care. When a nurse independently closes a dental sick call without routing it to Dental, the patient may be deprived of timely assessment and treatment by a licensed dentist.
- Review of the monthly Dental Subcommittee meeting minutes did not demonstrate evidence that one-on-one training was conducted or that staff acknowledgment of such training was documented. To ensure accountability and verification of competency, individualized training should be documented and supported by signed attendance or acknowledgment records, with retention of documentation for audit and quality assurance purposes.
- QA has not yet implemented a QIT to address deficiencies and barriers to access, timeliness and quality of dental care.
- Dental has submitted the results of their CQIs as well as their Dental Subcommittee meeting minutes and associated statistics to the QA meeting this audit period.

- The DON feels they are trending upward with their training. Working together with the Dental Operations Specialist who gathers the CQI information, and before the subcommittee meeting, they review the CQIs together to see what needs improvement. Once reviewed, they determine the next step. Dr. [redacted] also reaches out to the DON, and the Dental Operations Specialist is CC'd in the team chat.
- Not all Continuous Quality Improvement (CQI) measures have been fully developed to monitor compliance across all applicable areas of dental services. However, the dental department has demonstrated an ongoing commitment to quality improvement and reported that it is actively expanding its CQI program to address additional compliance requirements. As sustained compliance is achieved in existing focus areas, CQI indicators are being periodically reviewed, revised, and expanded to support continuous monitoring and performance improvement across a broader range of dental care processes.

**Recommendation:**

- Update and Standardize Training Protocols:
    - Revise the LOP to include a flow chart outlining referral pathways, DL1/DL2 criteria, and documentation standards.
    - Provide ongoing, documented training for nurses, physicians, nurse practitioners, and physician assistants specifically focused on proper DL1/DL2 designation at Intake, Sick Call, 14-Day Exams, and during provider encounters.
    - Implement competency-based training with post-tests or case reviews to validate understanding.
- Ensure Consistent Documentation:
    - Require completion of all Nurse Sick Calls and scanning of the requests for dental care into CorEMR to establish a verifiable audit trail.
    - Standardize documentation fields so referrals always include description, history, location, severity, duration, pain scale, and clinical justification for the assigned priority level.
- Address Variability and Duplicates:
    - Use CorEMR reporting and CQI audits to identify duplicate referrals and analyze root causes.
    - Provide targeted retraining when patterns of duplication or misclassification are found.
- Enhance Oversight and Accountability:
    - Document all dentist-led trainings and integrate them into staff education records.
    - Require that nurse training, performance feedback, and monitoring results be reported and included in the monthly Dental Subcommittee meeting minutes for transparency and accountability.
    - Involve the DON directly in monitoring compliance and follow-up of dental referral workflows.
- Continuous Quality Improvement (CQI):

- Continue to track compliance with referral documentation, timeliness, and DL1/DL2 accuracy through CQI reviews.
    - Use CQI findings to inform immediate course corrections, additional training, and/or workflow redesign as needed.
    - Include referral compliance and training effectiveness as standing agenda items at Dental Subcommittee meetings.
- There are times when the nurses are completing dental sick call appointments. Even if this is due to a duplicate appointment, only the Dentist is to complete any dental sick call and dental annual exam. Train that only the Dentists are to complete Dental Sick Calls and Dental Annual Exams. Completing Dental Sick Call tasks is outside the scope of the RNs.
- Provide the updated LOP and train the nurses against the LOP and document the training in all aspect of the referral process to dental.
- Continue to provide documented nurse training, feedback and monitoring for Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) designations of dental problems at Intake, Sick Call, 14-Day Exam and for Physicians, Nurse Practitioners and Physician Assistants. This is necessary in order for the patients to be screened and assessed correctly and hence scheduled in Dental according to urgent/emergent, priority 1 DL1 [next dental day] and routine, priority 2, DL2 parameters [scheduled within 14 calendar days].
- To strengthen the nurse training process, identified deficiencies should be addressed through targeted education and should incorporate deficiency-driven, case-based learning, using actual audit findings (e.g., missing pain scales, duplicate referrals, incomplete form and task documentation, lack of substantiation of the priority designation DL1 and DL2, inclusion of the complaint, history and location of the problem) to improve compliance, documentation quality and ultimately patient access and timeliness of dental care.
- Prioritize onboarding and training of the Director of Nursing (DON) by providing targeted orientation and training by the Chief Dental Officer (CDO) regarding dental referral processes, compliance requirements, and interdisciplinary responsibilities.
- Ensure dental sick call and annual dental examination tasks are completed solely and exclusively by a licensed dentist in accordance with policy and scope-of-practice requirements.
- Implement routine self-audits to identify documentation and process deficiencies. Ensure identified issues are addressed through documented, individualized staff education and corrective action. Audit findings, training activities, and corrective measures should be reported and tracked through the monthly Dental Subcommittee.
- Establish and maintain an audit trail demonstrating compliance with all requirements outlined in the Implementation Plan, including monitoring activities, corrective actions, staff training, and ongoing performance improvement efforts.
- When addressing Barriers to Dental Care:
    - It is helpful to focus on access, timeliness, staffing, scheduling, referrals, operational constraints, quality of care and patient outcomes.

- Establish and monitor key access to care metrics, including time from referral to dental triage, time from triage to treatment, emergency dental response times, and completion rates for recommended treatment.
- Conduct periodic analyses of patient refusals, reschedules, and cancellations by staff to identify systemic barriers affecting access to care.
- Review dental staffing levels, provider availability, and clinic utilization to identify capacity constraints that may contribute to delays in care.
- Evaluate the impact of facility operations, security restrictions, transportation limitations, lockdowns.
- Implement routine tracking and reporting of outstanding dental referrals, specialty referrals, and deferred treatment to ensure timely follow-up and resolution.
- Establish a process for identifying recurring barriers to care through patient grievances, staff feedback, incident reports, and quality assurance activities.
- Conduct periodic reviews of scheduling practices and appointment prioritization processes to ensure patients are triaged and treated according to clinical need.
- Develop corrective action plans in your self-governance processes for identified barriers and monitor their effectiveness through measurable performance indicators reported to the Dental Subcommittee and Quality Assurance Committee.
- Evaluate the effectiveness of interdisciplinary communication between nursing, dental, custody, and administrative staff to identify process gaps that may delay patient access to dental care.
- Periodically assess patient outcomes and untreated treatment needs to determine whether existing barriers are adversely affecting oral health outcomes.

## E.8 Staffing and Staffing Analysis – Clinical and Administrative – 62.5% - NC

*There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan. The CFMG Staffing Plan for the Monterey County Jail is attached hereto as Exhibit I. CFMG will ensure that staffing levels are sufficient to consistently and adequately fill all positions identified in the CFMG Staffing Plan. Relief factors for each position will be calculated into the staffing analysis to ensure staffing levels consistently meet requirements. CFMG will evaluate on an on-going basis its staffing levels to ensure that all staffing positions are filled and sufficient staff is employed to ensure compliance with the CFMG Implementation Plan*. [Wellpath IP, Exhibit A, p. 115]

**Findings and Deficiencies:**

- There is currently no rescue plan in place for dental staffing emergencies. See the Dental CAP #113. “Add dental services to Wellpath’s existing ‘rapid response team’ for staffing shortages.”
- The PRN Dentist assigned to Thursdays and Fridays was dismissed on June 6, 2025. Subsequent recruitment efforts resulted in the hiring of Dr. [redacted] who began providing

services on August 19, 2025. During the audit period, 131 M-F weekday dental clinic days were available, subtracting the 4 holidays that fell on weekdays within the audit period results in 127 potential work/business days; however, dental services were provided on 94 days. Of those 94 dental days, Dr. [redacted] provided care on 6 days, Dr. [redacted] on 2 days, and Dr. [redacted] on the remaining 86 days, demonstrating that the majority of dental services were maintained by Dr. [redacted] following the vacancy and throughout the recruitment period.

- The PRN Dental Assistant provided coverage for both the PRN role and the permanent Dental Assistant position, which had been effectively vacant since late February 2025. Following a competitive recruitment process, the PRN Dental Assistant successfully applied for and was selected to fill the permanent Wellpath Dental Assistant position. As a result, the permanent vacancy was filled; however, the PRN Dental Assistant position subsequently became vacant and remained unfilled at the time of the audit.
- The Dental Hygienist position identified in the Implementation Plan remains vacant as the Chief Dental Officer (CDO) indicated that filling the position is not currently planned due to physical plant limitations, specifically the availability of only one operatory.
- Additionally, under the applicable Dental Practice Act, a hygienist may not administer local anesthesia without the direct supervision of a dentist, limiting the ability to independently perform deep periodontal cleanings requiring anesthetic. To address patient care needs and maintain access to hygiene-related services, Wellpath hired a PRN Dentist who also provide hygiene services, including deep cleanings requiring local anesthesia.
- The HSA positions at the time of the audit tour is vacant although filled with an interim HSA. The PRN DA position is vacant at the time of the audit tour.
- During the audit period, there were 127 potential weekday dental clinic days available for the provision of dental services at MCJ; however, only 94 dental clinic days occurred. This represents a loss of 33 potential clinic days. Based on an average productivity rate of 19.5 patient tasks per clinic day, the reduction in clinic availability equates to an estimated loss of approximately 643 potential patient care tasks during this audit period.
- A new and full staffing analysis was not conducted by the CDO this audit period.
- Outside of this audit period, a new healthcare vendor contract with MCJ will begin on 1/1/26. Wellpath is diligently working to provide a smooth transition during this time.
- The Operations Specialist maintains job descriptions for each position that outline the primary duties and responsibilities of the role. However, opportunities exist to further strengthen role accountability through the development and communication of clear performance expectations and operational requirements. Specifically, enhanced guidance regarding adherence to the Implementation Plan (IP), as well as any policies, procedures, and local operating protocols, would promote greater consistency in practice, improve staff understanding of expectations, and support ongoing compliance with organizational and contractual requirements.
- See Dental CAP #113 which states, "Add dental services to Wellpath's existing 'rapid response team' for staffing shortages."

- Dental services have not been incorporated into the program. Additionally, no dental staffing registry, contingency staffing plan, or formal rescue plan is currently in place.
- While discussions with leadership identified potential verbal arrangements for coverage by other Wellpath dental personnel during periods of leave or vacancy, these processes have not been formalized through policy, procedure, or local operating protocol (LOP).
- As seen following the dismissal of the PRN Dentist, the absence of a documented contingency plan increases the risk of disruptions to dental services, reduces access to care, and delays treatment during periods of staffing shortages or unexpected absences.

**Recommendation:**

- Continue recruitment efforts for the permanent HSA position and PRN Dental Assistant.
- Develop and provide a plan to comply with the Implementation Plan requirement for a per diem Registered Dental Hygienist (RDH) to deliver dental hygiene education and periodontal treatment consistent with dentists' recommendations. [Wellpath IP, Exhibit A, p.103-104]
- The staffing plan may change with the new health care vendor transition.
- Conduct an additional workflow analysis to improve efficiency, patient flow, and productivity.
- While implementation of an Electronic Dental Record System (EDRS) would not address identified staffing shortages or increase available staffing hours, it has the potential to improve access to care through enhanced clinical and operational efficiency. An EDRS can assist staff in identifying unscheduled patients, outstanding treatment needs, and overdue follow-up care through improved tracking and reporting capabilities. Additionally, the use of an electronic odontogram provides a visual representation of dental conditions and treatment plans, facilitating continuity of care, treatment prioritization, and more efficient clinical decision-making. Enhanced scheduling, referral tracking, treatment planning, and documentation functions may also improve clinic workflow and optimize the use of existing staff resources. As such, implementation of an EDRS could support improved access to care and patient management; however, it should be viewed as a complement to, rather than a replacement for, adequate staffing levels as determined through a comprehensive staffing analysis.
- Develop and implement position-specific performance expectations that complement existing job descriptions and clearly define responsibilities related to compliance with the Implementation Plan (IP), policies, procedures, and local operating protocols. Ensure expectations are communicated to staff, incorporated into orientation and ongoing training activities, and periodically reviewed for understanding and compliance.
- Management should establish a process for monitoring adherence and addressing identified performance or compliance gaps in a timely manner.
- Develop and implement a formal local operating protocol (LOP) and contingency staffing plan for the provision of dental services at MCJ. The plan should identify coverage resources, escalation procedures, staffing contingencies, communication requirements, and operational expectations during planned and unplanned absences of dental personnel.

- Per the Dental CAP #113, add Dental to Wellpath's Rapid Response Team or establish an equivalent mechanism to ensure continuity of dental care and minimize service disruptions resulting from staffing shortages.

### E.9 Illness and Injury Prevention Plan (IIPP) – 100.0% - SC

**Findings and Deficiencies:**

- The IIPP is completed and the binder is in the dental clinic. The staff are aware of its location.
- There is training documentation identifying that staff have been trained on the IIPP.
- No injuries are reported from April 1st through September 30th, 2025.
- There is a worker's comp process, and a global policy is in place.
- The facility's evacuation plan is not posted in plain view within the dental clinic, consistent with Custody directives that such information not be accessible to incarcerated persons due to institutional safety and security considerations. Additionally, the evacuation plan is not maintained within the Emergency Procedures Binder for the same reason.
- Documentation reviewed during the audit demonstrated that staff received training on the evacuation plan, and evidence of training completion was maintained within the certification and training binder.
- Training related to medical waste management, including sharps, biohazardous waste, pharmaceutical waste, hazardous waste disposal, and universal waste, has been completed through World of Wellpath.
- While staff have received general OSHA-required training, site-specific training and documentation regarding local waste handling processes was not evident.
- A corporate policy and procedure addressing waste management is in place; however, a site-specific Local Operating Procedure (LOP) has not been fully developed to document the process by which the Dental Assistant transports medical waste, including sharps and biohazardous waste, from the dental clinic to the designated Stericycle storage area. The procedure should clearly define handling requirements, transport methods, storage expectations, and staff responsibilities to ensure consistent and compliant waste management practices. As a result, staff responsibilities and local operational processes are not clearly documented yet.
- The x-ray unit is registered with CDPH with the certificate posted appropriately in the dental clinic.
- Per the Dental Assistant, the radiation equipment inspections and preventive maintenance is performed by Henry Schein.
- Posting of radiation warning signs and operating instructions are present.
- The DA is licensed to operate the x-ray equipment.
- Radiation shielding is present and in good condition.
- The dosimetry reports are available for review. Review of personnel exposure trends over time are under the acceptable limits.

- The location of the control badge and monitoring badge are confirmed to be according to guidelines.
- Annual radiation safety training is given through World of Wellpath.
- ALARA (As Low As Reasonably Achievable) principles are provided in the binder for review and reviewed with the dental staff by the CDO.

**Recommendation:**

- Continue current practices and maintain compliance through ongoing self-governance and internal monitoring activities. Periodic self-audits should be conducted to verify the availability of the IIPP, completion of required existing and new staff training, and adherence to injury reporting procedures. Results of these reviews, including any identified opportunities for improvement, should be reported through the monthly Dental Subcommittee to support continuous quality improvement, accountability, and sustained compliance.
- Continue current practices by ensuring evacuation procedures remain consistent with Custody safety and security requirements while maintaining staff awareness through documented training. Periodic review of training records and evacuation procedures should be conducted as part of the facility's self-governance and quality assurance processes, with results reported through the monthly Dental Subcommittee to support ongoing compliance and emergency preparedness.
- Develop and implement a site-specific Local Operating Procedure (LOP) that clearly defines the collection, containment, transportation, temporary storage, and disposal processes for medical waste generated within the dental clinic, including sharps, biohazardous waste, pharmaceutical waste, hazardous waste, and universal waste. The LOP should specifically identify staff responsibilities, approved transport methods, security and containment requirements during transport, designated storage locations, and procedures for transferring waste from the dental clinic to the facility's designated Stericycle collection area.
- Upon implementation, provide and document site-specific staff training to ensure consistent understanding and compliance with local processes. Management should periodically evaluate waste management practices through internal self-audits and report findings through the monthly Dental Subcommittee to support ongoing regulatory compliance, self-governance, and continuous quality improvement.
- Continue current practices related to radiation safety and regulatory compliance. In addition to maintaining proper placement and monitoring of dosimetry badges, registration of radiographic equipment, and retention of exposure monitoring records, management should periodically evaluate the effectiveness of the radiation safety program through internal self-audits.
- Monitoring activities should include verification of staff radiation safety training, review of dosimetry reports for unusual or elevated exposure levels, confirmation of proper badge utilization and storage, maintenance and inspection records for radiographic equipment, equipment registration status, adherence to local operating procedures, and documentation of any corrective actions taken in response to identified deficiencies.

- Completion and implementation of the site-specific Local Operating Procedure (LOP) should also be monitored to ensure consistency with facility practices and regulatory requirements. Findings from these reviews should be reported through the monthly Dental Subcommittee to support ongoing self-governance, quality improvement, and compliance with radiation safety standards.

### E.10 Policies and Procedures, Including Dental, Corporate and Local – 50.0% - NC

**Findings and Deficiencies:**

- There has been significant improvement in the development of dental policies and procedures. Global Policies and Procedures (P&Ps) are in place, and numerous site-specific Local Operating Protocols (LOPs) have been drafted and are nearing completion.
- To ensure full implementation and sustainability, the remaining LOPs should be finalized, formally approved, and incorporated into clinic operations. A defined process should be established to identify the responsible approval authority, document approval and effective dates, communicate implementation to staff, and maintain version control.
- There is much improvement in this area! Global (Headquarter) policies and procedures and many of the site specific local operating protocols, are near draft completion.
- See CAP #114. Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs).
    - Per the National Commission on Correctional Health Care, "Policies and procedures are essential to outlining a facility's mission and providing clarity when dealing with correctional health care issues. An up-to-date, accurate manual is an important reference for new and established health staff alike."[22]
- Policies and Procedures and Local Operating Protocols are foundational to day to day operations. They ensure compliance with the Implementation Plan, Settlement Agreement and state and federal laws and regulations. They also help to streamline internal processes.
    - "Well-written policy and procedure is the core of modern correctional operations. It **informs and governs staff behavior, sets clear expectations, and confirms that the administration has performed its role**. It is also the basis for staff supervision, training, and supporting a defense when things go wrong."[23]
- "The Policies and Procedures standard (A-05) requires that a manual or compilation of written policies and defined procedures regarding health care services at the facility
- addresses each applicable standard, and that the policies and procedures are site specific."[24]
- "The site-specific policies should be viewed as documents that would provide clarity as to what services are provided at the facility if read by an individual who knows nothing about your operation (e.g., new hires, attorneys, surveyors)."[25]

**Recommendation:**

---

[22] https://www.ncchc.org/spotlight-on-the-standards/policies-and-procedures/
[23] https://nicic.gov/resources/resources-topics-and-roles/topics/correctional-policy-and-procedure
[24] CorrectCare Volume 23, Issue 3, Summer 2009
[25] https://www.ncchc.org/standards-q-a-corporate-vs-site-specific-policies/

- Complete the development and approval process for all site-specific LOPs and maintain documentation of approval, implementation, and staff training.
- Establish a formal review schedule requiring LOPs to be evaluated at least annually, or sooner if operational, regulatory, contractual, or clinical practice changes occur.
- Annual reviews should be documented, including the date of review, participants involved, revisions made, and reapproval as applicable. Management should incorporate periodic review of LOP status into internal self-audits and report progress, approvals, revisions, and compliance monitoring activities through the monthly Dental Subcommittee to support ongoing self-governance, regulatory compliance, and continuous quality improvement.
- Continue improvements with completing the draft LOPs and link them all to the global policies and procedures. Wellpath and MCJ to formulate and approve localized dental P&Ps and LOPs, train staff upon these consistently and document the training accordingly. (Settlement Agreement ¶ 10).
- Continue to update your global policies and procedures and site specific local operating protocols and confirm they match your internal processes.
- Continue to create and standardize the local operating protocols based on the Implementation Plan, Settlement Agreement, and community standards. CAP #114. P&Ps and LOPs are foundational to an established, systematic, efficient, transparent, standardized and functioning dental program.
- Once approved by Wellpath, make sure the dental staff have read, state their understanding of the training by signing a training sheet for each Policy and Procedures and corresponding LOP. Include the documented training in the monthly Dental Subcommittee meeting minutes.
- Create a yearly schedule to review existing, amended, and new P & Ps and LOPs. Establish a structured, repeatable process that ensures all documents remain current, compliant, and effective.

## E.11 Licenses, Credentialing, CURES & Job Performance – 100.0% - SC

**Findings and Deficiencies:**

- The dentists' professional licenses were verified as current, unrestricted, and appropriately posted within the dental clinic. Additional licensure and credentialing documentation was maintained within the credentialing binder, and CURES registration was confirmed.
- The Operations Specialist reported that joint performance evaluations were conducted by the clinical and administrative supervisors; however, documentation of the completed performance evaluations were not available for review during the audit.
- The Dental Assistant's license was verified as current and unrestricted. Supporting licensure documentation was maintained within the credentialing binder and was available for review at the time of the audit.

- The Operations Specialist reported that joint performance evaluations were conducted by the clinical and administrative supervisors; however, documentation of the completed performance evaluations were not available for review during the audit.
- There is no hygienist currently hired at MCJ.

**Recommendation:**

- Maintain current practices related to licensure, credentialing, and regulatory registrations. Additionally, establish and maintain a centralized process for documenting and retaining completed performance evaluations in accordance with organizational requirements.
- Maintain current practices related to licensure, credentialing, and regulatory registrations. Additionally, establish and maintain a centralized process for documenting and retaining completed performance evaluations in accordance with organizational requirements.
- Place the licensing information in the credentialling binder when a hygienist is hired.

### E.12 OSHA Review and Infection Control Training – 100.0% - SC

**Findings and Deficiencies:**

- Documentation reviewed during the audit demonstrated that Wellpath dental staff successfully completed required OSHA and Infection Control training through the World of Wellpath education program.
- The certificates of completion were available for review with the proof of practice documentation located in the training binder.

**Recommendation:**

- Continue current practices to ensure required OSHA, Infection Control, and other mandatory training remains current and appropriately documented. Periodic internal audits should be conducted to verify completion of required training, maintenance of proof of practice documentation, and compliance with organizational and regulatory requirements. Results of these monitoring activities should be incorporated into the facility's self-governance process and reported through the monthly Dental Subcommittee to support ongoing compliance, staff competency, and quality improvement.

### E.13 Hepatitis B Vaccination Record – 100.0% - SC

**Findings and Deficiencies:**

- Both Dr. [redacted] and the Dental Assistant were offered the Hepatitis B vaccination in accordance with Bloodborne Pathogens requirements. However, documentation of vaccination status or a completed Hepatitis B Vaccine Declination Form was not available for review.
- OSHA requires that employees with occupational exposure who decline the vaccination sign the prescribed declination statement and that the documentation be maintained as part of the employee's occupational health record.

- The Hepatitis B vaccination status, declination form, or occupational health records of an employee are typically maintained as employment/occupational health records, not patient records. Verbally, I was informed that the vaccination was offered but the declination form was not available for review.
- Testing and vaccination is no longer mandatory although this requirement may be reinstated in the future.
- https://www.osha.gov/sites/default/files/publications/bbfact05.pdf

**Recommendation:**

- Under OSHA's Bloodborne Pathogens Standard (29 CFR 1910.1030), employers must offer the Hepatitis B vaccination series at no cost to employees with occupational exposure. If an employee declines the vaccination, the employer must obtain and maintain a signed Hepatitis B Vaccine Declination Form using the language prescribed in Appendix A of the standard. The employee may later elect to receive the vaccine at no cost if occupational exposure continues.
- As of February 3, 2025, most of Cal/OSHA's COVID-19 Prevention Non-Emergency Standards expired. Employers are no longer required to maintain a separate COVID-19 Prevention Program (CPP) or COVID-19-specific addendum to the Injury and Illness Prevention Program (IIPP).
- However, employers remain responsible for maintaining a safe and healthful workplace and must continue to establish, implement, and maintain an effective IIPP. If COVID-19 is identified as a workplace hazard, employers are required to evaluate and address associated risks through their existing IIPP processes. COVID-19 reporting and recordkeeping requirements remained in effect through February 3, 2026.

## E.14 Pharmacy & Medication Management – 100.0% - SC

**Findings and Deficiencies:**

- The facility maintains a medication room, while primary pharmacy services are provided through an offsite pharmacy.
- A local Safeway pharmacy located near the facility serves as the backup pharmacy and is utilized to dispense medications to patients upon discharge.
- The MAR (Medication Administration Record) is utilized and serves as the operational bridge between the dental provider's medication order in CorEMR, the pharmacy's verification and dispensing process, and the nursing administration of the medication.
- Pharmacy timeliness and medication availability requires confirmation through individual patient chart reviews to verify medications are dispensed and administered in a timely manner consistent with the dentist's orders and clinical urgency.
- Also, the LVN calls Dental if there are any medication issues.
- Per the dental staff, stock medications are no longer dispensed in the dental clinic.
- The pharmacy communicates medication refusals to the prescribing dentist, with documentation of the refusal within the Medication Administration Record (MAR).
- The Dentist however does not always note the refusal in the progress notes/clinical notes.

- There is limited ability to consistently identify, monitor trends, and evaluate patterns of medication refusal, associated patient outcomes, and provider responses. Additionally, expectations regarding how dental staff are notified, how the refusal is documented within the dental record, and when additional patient assessment or intervention is required have not been formally established.

**Recommendation:**

- As part of the facility's self-governance and Continuous Quality Improvement (CQI) program, periodic internal chart audits should be conducted to evaluate the timeliness of pharmacy procurement, dispensing, and administration of dental medications, including analgesics and antibiotics.
- The internal audits should assess whether medications are provided in accordance with the dentist's orders, prescribed timelines, and clinical urgency. Audit results should be analyzed for patterns or delays, and reported through the monthly Dental Subcommittee.
- Update the site-specific Local Operating Procedure (LOP) to clearly define communication pathways between Dental, Nursing, and Pharmacy regarding medication-related issues impacting dental care and treatment.
- The LOP should identify notification timeframes, responsible staff, documentation requirements, escalation processes, and follow-up expectations for circumstances including medication refusals, missed doses, delayed medication delivery, adverse drug reactions, medication discontinuations, and other pharmacy-related concerns affecting patient dental care.
- Compliance with the LOP should be periodically evaluated through the facility's Continuous Quality Improvement (CQI) and self-governance processes, with findings reported through the monthly Dental Subcommittee to support continuity of care, patient safety, and timely clinical intervention.
- Pursuant to Dental CAP #116, if stock medications are reintroduced within the dental clinic, they should be supplied through Pharmacy and maintained under a system that ensures complete accountability, including documentation of the specific patient to whom the medication was prescribed and administered.
- Provide training to the dentists to note a medication refusal in the progress/clinical notes.
- As part of the facility's self-governance and Continuous Quality Improvement (CQI) processes, periodic audits should be conducted to evaluate medication refusal trends, provider follow-up, and compliance with an LOP. Audit results should be reviewed and reported through the monthly Dental Subcommittee to support continuity of care, patient safety, and quality improvement initiatives.

## E.15 Peer Review and Monthly Supervisory Audit Reports – 50.0% - NC

**Findings and Deficiencies:**

- A peer review process has been established and is supported by a policy and procedure.
- Peer reviews are currently conducted by Dr. [redacted] however, reviews are performed annually rather than at the frequency identified in Dental CAP #117, which requires peer review at least every six months. Increasing the frequency to at least twice annually

would facilitate earlier identification, remediation, and follow-up of clinical deficiencies and associated training needs.

- The current process functions primarily as a supervisory review, as the reviews are conducted by the Chief Dental Officer (CDO) of a subordinate clinician, rather than through a true peer-to-peer review process involving an independent dentist from another Wellpath facility or a contracted peer reviewer.
- There are no written peer review minutes submitted to the monthly Dental Subcommittee.
- Documentation demonstrating peer review activities was available; however, written summaries, aggregate findings, trends, or quality improvement activities resulting from the peer review process was not reported in any minutes and through the monthly Dental Subcommittee.
- Furthermore, the peer review protocol and related Local Operating Procedures (LOPs) do not clearly define corrective action processes, escalation pathways, or quality assurance requirements when significant clinical concerns or serious deviations from the standard of care are identified.
- Most of these categories are addressed within the sample Peer Review audit tool worksheet.
- While the existing peer review worksheet addresses many of the required clinical elements, opportunities exist to strengthen the overall peer review and quality assurance process. Specifically, aggregate peer review findings, identified trends, corrective actions, provider education, and follow-up activities are not routinely summarized and reported through the monthly Dental Subcommittee. These enhancements would support a more robust self-governance and Continuous Quality Improvement (CQI) process and provide objective evidence of ongoing quality assurance activities.
- The Peer Review minutes and documented training have not been submitted to the monthly Dental Subcommittee.

**Recommendation:**

- A peer review process has been established and is supported by a policy and procedure.
- Peer reviews are currently conducted by Dr. [redacted] however, reviews are performed annually rather than at the frequency identified in Dental CAP #117, which requires peer review at least every six months. Increasing the frequency to at least twice annually would facilitate earlier identification, remediation, and follow-up of clinical deficiencies and associated training needs.
- The current process functions primarily as a supervisory review, as the reviews are conducted by the Chief Dental Officer (CDO) of a subordinate clinician, rather than through a true peer-to-peer review process involving an independent dentist from another Wellpath facility or a contracted peer reviewer.
- There are no written peer review minutes submitted to the monthly Dental Subcommittee.
- Documentation demonstrating peer review activities was available; however, written summaries, aggregate findings, trends, or quality improvement activities resulting from

the peer review process was not reported in any minutes and through the monthly Dental Subcommittee.

- Furthermore, the peer review protocol and related Local Operating Procedures (LOPs) do not clearly define corrective action processes, escalation pathways, or quality assurance requirements when significant clinical concerns or serious deviations from the standard of care are identified.
- Most of these categories are addressed within the sample Peer Review audit tool worksheet.
- While the existing peer review worksheet addresses many of the required clinical elements, opportunities exist to strengthen the overall peer review and quality assurance process. Specifically, aggregate peer review findings, identified trends, corrective actions, provider education, and follow-up activities are not routinely summarized and reported through the monthly Dental Subcommittee. These enhancements would support a more robust self-governance and Continuous Quality Improvement (CQI) process and provide objective evidence of ongoing quality assurance activities.
- The Peer Review minutes and documented training have not been submitted to the monthly Dental Subcommittee.

### E.16 Monthly Dental Subcommittee Meeting – 66.7% - NC

**Findings and Deficiencies:**

- There is an established Dental Subcommittee meeting, and the meetings are occurring monthly.
- The Dental Subcommittee is to serve as the primary clinical and operational governance body for the dental program. It functions as the central forum through which all aspects of dental services are reviewed, monitored, and evaluated, including but not limited to access to care, timeliness of care, clinical quality, operational performance, infection control, staffing, training, Peer Review, LOP, Policy and Procedure development and Continuous Quality Improvement (CQI) activities.
- The committee is to provide a structured mechanism for interdisciplinary collaboration and communication among dental, medical, nursing, custody, pharmacy, and administrative stakeholders. Additionally, the Dental Subcommittee is responsible for identifying, tracking, and monitoring action items, overseeing corrective action plans, and escalating unresolved issues, systemic concerns, and significant findings to the Quality Assurance (QA) Committee and Quality Improvement Team (QIT) for further review, oversight, and resolution.
- That being said, dental leadership has demonstrated ongoing efforts to improve and standardized clinic processes and operations, strengthen self-governance activities, and improve accountability across the dental program. Once QA's QIT is established it will further strengthen organizational oversight by providing a formal mechanism for interdisciplinary review, escalation of systemic concerns, monitoring of corrective action plans, and verification of issue resolution. This additional layer of governance should

promote greater accountability, transparency, and continuity between Dental Subcommittee activities and the facility's broader quality improvement framework.

- See the Dental CAP #119.
- There is improvement in the consistency, content, CQI statistics and follow up action items in the monthly Dental Subcommittee meeting minutes.
- The dental program continues to demonstrate improvement in the structure, consistency, content, CQI statistics and follow up items and effectiveness of its clinical and operational governance processes.
- Although, the content of the meeting minutes reflects increasing attention to data review, corrective action follow-up, performance monitoring, and program oversight, there are missing items such as the Peer Review Minutes and a formal process and timeline to review, approve, implement, train, and annually review the Local Operating Procedures (LOPs) in alignment with corresponding global Policies and Procedures.
- Dental Subcommittee agenda, minutes, statistics and CQI PowerPoints are submitted to the QA Committee.
- While Dental Subcommittee activities are reported to the QA Committee, the flow of information between the committees could be strengthened to ensure that dental action items, corrective actions, and quality improvement initiatives are consistently reviewed, tracked, and formally resolved at the organizational level.

**Recommendation:**

- A standardized agenda with standing sections is often one of the clearest indicators that a committee has moved from "meeting" to "self-governing" their program. Please continue to strengthen your monthly Dental Subcommittee meeting processes.
- Integrate Continuous Improvement: Use weekly dental strategy meetings, monthly Dental Subcommittee meetings, and quarterly QA sessions not only to review CQI findings but also to monitor progress on corrective action items, assign responsibility, and verify timely resolution.
- See the Dental CAP #119.
- Continue to strengthen the Dental Subcommittee as the primary clinical and operational governance forum for the dental program. Implement a standardized agenda and meeting minute template that includes standing agenda items such as access to care, staffing, infection control, peer review, chart audits, CQI indicators, patient grievances, medication management, radiology safety, policy and procedure review, training compliance, corrective action plans, and unresolved issues requiring follow-up. The standardized format should clearly identify discussion items, action items, responsible parties, target completion dates, and resolution status to support effective self-governance, accountability, and continuous program oversight.
- Incorporate the recommendations from the QA meeting after the dental minutes have been accepted and reviewed and the action items identified.
- Continue to add more CQIs and enhanced questions to measure the Implementation Plan requirements.
- Continue to improve the Dental Subcommittee meeting with the agenda and minutes.

- Invite the recommended facility members to attend the monthly dental meeting, including custody.
- Provide meaningful data and statistics to support the transparency of the dental program. Self-monitor and self-audit various portions of the dental program including the screening provided by the Nurses and include the results and resolution in the Dental Subcommittee meeting minutes.
- Update the LOP to reflect the expected attendance and what is needed for a quorum to vote and accept the minutes of the meeting.
- Incorporate the recommendations from the QA meeting after the dental minutes have been accepted and reviewed and the action items identified.
- Continue to add more CQIs and enhanced questions to measure the Implementation Plan requirements.
- Provide the monthly Dental Subcommittee agenda, approved meeting minutes, supporting documentation, CQI reports, performance indicators, statistical data, and any associated presentations or action-item tracking logs to the Monitor on a routine and timely basis following each meeting.
- Continue to strengthen the Dental Subcommittee as the primary clinical and operational governance forum for the dental program. Implement a standardized agenda and meeting minute template. The standardized format should clearly identify discussion items, action items, responsible parties, target completion dates, and resolution status to support effective self-governance, accountability, and continuous program oversight.
- For a true governance structure, the flow should not end when Dental submits information to QA/QIT. There should be a documented feedback loop demonstrating that:
    - Dental identified the issue.
    - The issue was escalated to QA/QIT.
    - QA/QIT reviewed the issue and made recommendations.
    - The recommendations were assigned.
    - The Dental Subcommittee tracked implementation.
    - Closure was verified.
- Revise the Dental Subcommittee agenda and meeting minute template to include a standing section dedicated to Quality Assurance (QA) Committee and Quality Improvement Team (QIT) feedback.
- This section should document issues escalated to QA/QIT, recommendations received, responsible parties, implementation plans, target completion dates, progress updates, and final resolution status. The Dental Subcommittee should maintain oversight of all open recommendations and corrective action items until completion is verified and documented.
- This feedback mechanism will strengthen accountability, improve communication between governance committees, and provide a clear record demonstrating that identified issues have been appropriately reviewed, addressed, and resolved through the facility's self-governance and Continuous Quality Improvement (CQI) processes.

## E.17 Quality Assurance (QA) – 50.0% - NC

**Findings and Deficiencies:**

- The QA process, overseen by the Implementation Specialist, meets quarterly, but dental action items on the agenda are limited and often lack clear and specific follow-up instructions for the Dental Subcommittee.
- There is insufficient continuity to ensure that action items from the Dental Subcommittee are fully addressed and resolved during QA meetings.
- Integration of Dental Subcommittee information into QA meeting outcomes is inconsistent, which limits effective follow through on identified issues.
- To strengthen accountability and drive improvement, the QA Committee should establish a Quality Improvement Team (QIT) and hold the Dental Subcommittee accountable for implementing recommendations and completing assigned actions.
- There is a lack of meaningful information in the dental portion of the Quality Assurance (QA) meeting minutes regarding the review of the Dental Subcommittee minutes and attached PowerPoints.
- While dental CQIs are being used to address select Implementation Plan mandates, additional CQIs are needed across more areas to achieve full compliance.
- Local dental staff are not consistently present at QA meetings, which can impact the effectiveness of discussions and decision-making. The current Local Operating Protocol (LOP) does not clearly specify who is required to attend, nor does it define what constitutes a quorum for voting and accepting meeting minutes.
- Not fully yet, this is in progress and they are actively working on this through the Dental Subcommittee and will have it in the near future. Dental CQI for various quality improvement processes are in progress and are being sent to the QA committee.

**Recommendation:**

- The QA Committee is to develop key performance indicators for the dental program. Review all the Dental Subcommittee meetings during the QA meeting. If QA meets quarterly, then they should have 3 months of Dental Subcommittee meetings to review. Provide feedback to the Dental Subcommittee and have it noted in the minutes of the QA for review at the Dental Subcommittee.
- Improve the content and meaningful dental information within QA meeting minutes.
- Leverage the Peer Review, Dental Subcommittee, and Quality Assurance processes to systematically assess and improve the dental program.
- Establish a dedicated Quality Improvement Team (QIT) to conduct ongoing studies and internal audits, ensuring continuous enhancement of access, timeliness, and quality of dental care at MCJ. These measures will support compliance with court mandates, promote self-governance, and advance the overall health of the dental program
- Consistent attendance and clear quorum rules are essential for effective governance, accountability, and compliance with both internal protocols and external monitoring requirements. Updating the LOP will help ensure that QA decisions are enforceable, and follow-up actions are properly tracked.

- This Monitor reserves the right to present information at the QA meetings as well as at the Monthly Dental Subcommittee meetings if the Dental Subcommittee and QA minutes are not informational, structured with usable data, or content.
- Provide a dental Quality Improvement Team (QIT), with ongoing studies conducted to improve the quality, quantity and efficiency of dental care at MCJ.
- The Quality Improvement Team (QIT), with ongoing studies conducted to improve the quality, quantity, efficiency of dental care at MCJ, has not been implemented yet.

## Dental Class Case Reviews (CCR): 4 Class Members Reviewed – DF

The attached Dental Class Case Reviews Excel spreadsheet contains the chronological chart content of Class Case Reviews for selected Class Members in the Plaintiffs' Pre-Tour letter.

The Class Case Reviews grade accounts for 1/6th of the overall grade for this audit tour, see the Executive Summary page 11, Section F. The overall Class Case Reviews score at this time is Deferred Findings (DF). The Class Case Reviews are kept separate from the other findings in the Dental Audit Tool and if there is overlap, as sometimes with randomized pulls this can occur, this is stated in the Unique Chart Counts tab of the Dental Audit Tool. There was no overlap of Class Case Reviews in the randomized pull for this audit tour.

Although the following Dental Class Case Review section is presented as deferred findings because access to CorEMR was not provided following the healthcare transition on December 31, 2025, the initial chart audit identified many of the same concerns. Accordingly, those issues are included below.

**Deficiency:**
- See deficiencies for Access to Care, Timeliness of Care and Quality of Care for additional information.
- Patients are not always given a review of the risk, benefit, alternative and consequences of taking medication, including analgesic medications, nor did the patients sign an informed consent form for medication(s), as it is not included in the general informed consent form.
- Failure to identify all pathology within a radiograph.
  - Failure to diagnose, or at least provide a differential diagnosis. There is not always identification of the pathology, nor is it written in the progress note, treatment planned or the patient advised of the disease process.
  - Failure to visualize and identify all the pathology within the radiograph is a significant departure from the dental standard of care.
  - Without a definitive treatment, then the patient cannot make an informed decision about their care.

Other common deficiencies found in the Class Case Reviews, also similarly found in the Dental Audit Tool:

- A Nurse Sick Call is not always completed for a dental sick call request. This creates the lack of an audit trail and transparency for a dental sick call request.
- No chronological progress note is written for a refusal or dental medication management.
- Failure to see the patient within timeframe.
- Failure to refer, schedule and see the patient within timeframe.
- Without the fully diagnostic radiograph, the diagnosis and subsequent treatment is not fully substantiated.
- Lack of a pain scale as an objective finding, not noted during the nurse sick call for the patient's request for dental care.
- Failure to address the entire chief complaint. Failure to document accurately and appropriately.

**Recommendation:**

- See recommendations for Access to Care, Timeliness of Care and Quality of Care for information.
- See the patients within timeframe.
- Update the informed consent form to include the RBACs for medication in the general informed consent form.
- When performing an internal audit, discuss and document the action steps taken within the monthly Dental Subcommittee meeting, making sure the information is sent to the Quality Assurance committee where any additional action items are returned to the Dental Department for completion and documentation within the meeting minutes.
- All pathology visible within a radiographical and clinically is to be addressed in the clinical notes. All pathology seen on radiographs must be diagnosed or at least a differential diagnosis entered. Treatment planning (or referral) must follow, tying findings into a clinical management strategy. Advising and writing in the chronological progress notes that the patient was advised and next steps will be taken is part of the dental standard of care.
- Provide documented training to the Dentists that all pathology visible in the radiograph is to be documented, if not diagnosed at the very least a differential diagnosis, treatment planned, scheduled, and the patient advised with the conversation documented in the chronological progress notes.
- Any charting error(s) found during a self-audit, or during an audit tour is to be addressed by the onsite Dentist by placing an amendment into CorEMR, in the specific patient's chart. The Dentist is to state the error and note the correction in the chart, stating if the patient is to be brought back. Schedule and see the patient accordingly.
- Do not use a progress note template without customizing it accurately and appropriately to the patient and to the clinical situation.
- Write a chronological progress note for every refusal, entering the specific RBACs discussed with the patient, including any other information reviewed with the patient during the dental visit.
- Write a chronological progress note to indicate the reason, duration, frequency and next steps of a medication being ordered.
- Locate and schedule any unscheduled treatment plans.

| |
|---|
| • Address entire chief complaint and document it in the clinical progress notes.<br>• Include the pain scale in the note as discussed with the patient during the Nurse Sick Call for a request for dental care.<br>• Review identification of DL1 and DL2 parameters including scheduling timelines with the RN for referrals to dental.<br>• Refer the patient within timeframe, especially in regard to the 14-Day Exam where the problem was listed on the form, but a task was never created, and therefore scheduled, and the patient was never seen for the dental problem. |

## Court-Designated Dental Monitoring Provisions

Although the chart audit questions are presented as deferred findings, because access to CorEMR was not provided following the healthcare transition on January 1st, 2026, the initial chart audit identified many of the same concerns and the system and clinic audit scores are available. Accordingly, these issues are included below.

| No. | Requirement | Implementation Plan Provisions | Finding |
|---|---|---|---|
| 1 | Medical, Mental Health, and Dental Staffing | The Settlement Agreement requires Wellpath to maintain adequate [dental] staff sufficient to ensure compliance with the Implementation Plan and must evaluate its staffing levels on an ongoing basis. See Dkt. 494 at 16; Dkt. 532 at 116.<br><br>Wellpath's current staffing plan requires Wellpath to maintain, at minimum, a 0.6 FTE dentist, a 0.8 FTE dental assistant, and a 0.1 FTE dental hygienist. | **Partial Compliance**<br>• Following the dismissal of the PRN Dentist on June 6th, 2025, Wellpath facilitated outside of the staffing plan, the hiring of another PRN Dentist who started in August 2025. The new PRN Dentist, Dr. [redacted] works approximately six (6) days per month.<br>• There is currently no backup plan for the Chief Dental Officer (CDO), Dentists, or Dental Assistants at MCJ. While Wellpath has temporarily addressed coverage gaps by having the PRN dental staff, there is no formal dental staffing rescue or contingency plan in place per the Dental CAP.<br>• Between the dismissal of the first PRN Dentist and vacation leave, there were 33 potential dental days not staffed by a Dentist. Assuming an average of 19.5 historically completed dental tasks per day, this is a potential |

| | | | |
|---|---|---|---|
| | | | loss of 643.5 dental tasks this audit period.<br>• Given the current workload and backlog, a new staffing and workflow analysis is recommended to ensure adequate coverage and compliance.<br>• The PRN Dentist and Dental Assistant positions are not adopted by the County in their staffing plan.<br>• The PRN Dental Assistant has been covering for the permanent Dental Assistant. When the permanent DA position became available, the PRN DA applied and successfully interviewed, was offered and accepted the position. This leaves a vacant PRN DA position.<br>• The HSA position is temporarily filled<br>• The Dental Operations Specialist position is filled and actively supporting program administration.<br>• The PRN Hygienist position is vacant.<br>• The DON position is filled and communicates well with the dental department. |
| 29 | Dental Intake Screening | The Settlement Agreement requires Defendants to specify "standards and timelines to ensure that arriving prisoners are promptly screened for urgent … dental needs, with prompt follow-up." Dkt. 494 at 13.<br><br>The Settlement Agreement further provides that "Defendants shall develop and implement a Dental Care Implementation Plan to ensure timely access to necessary treatment for dental and oral health | **Deferred Findings (DF) (Previously Non-Compliance)**<br>• During this audit period, the combined Audit Tool Intake evaluations produced the following results:<br>• Out of 3629 bookings**,** 205 patients (5.0%) were referred to Dental from Intake (29 ,0.7%, Emergent/Urgent 0.7%, and 176, 4.3%, Routine).<br>• Intake Form: There are more intake forms filled out than booked patients 4128 to 3629. Reason to be determined.<br>• Emergent/Urgent (DL1): DF%<br>• Routine (DL2): DF%<br>• Overall Intake Score: DF% |

| | | | |
|---|---|---|---|
| | | conditions, including but not limited to Intake Screening." Id. at 18.<br><br>Wellpath's Implementation Plan requires that: "A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings." Dkt. 532 at 99.<br><br>Wellpath's Implementation Plan further requires that: "If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." Id. at 100. | • Dental screenings are routinely performed at Intake, regardless of patient-reported pain.<br>• Nurses continue to inconsistently document critical details (description of the chief complaint, history, duration, location, pain scale) and do not always assign the correct Dental Priority Level (DL1 or DL2) at Intake.<br>• DF% of DL1 (Emergent/Urgent) cases were not scheduled for the next dental day, although DF% were correctly assigned the DL1 designation.<br>• DF% of DL2 (Routine) cases were not scheduled within 14 days and DF% were correctly assigned the DL2 designation.<br>• The Intake Form continues to not be updated as previously requested. The Full Upper and/or Full Lower Denture options are not on the Intake form and affect future access to denture adhesive; "Missing/Broken teeth" are in one category in the Intake form and are not separated for clarity; (missing teeth are generally not necessarily a referral condition but broken teeth are); the pain scale is missing from the form, as a question to be answered.<br>• Ongoing dental training is provided monthly by the Dental Operations Specialist, with flowcharts to guide proper DL1 and DL2 classification and scheduling, with the following instruction:<br>**DL1**- Emergent/Urgent conditions - to be scheduled and seen by the dentist the next dental day.<br>**DL2** - Routine conditions - to be scheduled and seen by the dentist within 14 calendar days of the referral. |

| | | | |
|---|---|---|---|
| | | | • Not all patients with pain, toothache, swelling, infection, bleeding and abscesses are referred with a priority DL1 level and scheduled accordingly for the next dental day.<br>• Inconsistent nursing oversight (absence of a stable DON until recently) results in the dentist reporting referral issues directly to the Dental Operations Specialist or CDO. With the DON, the communication between dental and nursing is much better according to the Dental Operating Specialist.<br>• Nursing staff play a critical role as the link between patients and the dental clinic. Accurate assessment, documentation, and scheduling per Dental Priority Levels are essential to ensure timely and appropriate dental care. |
| 30 | Initial Health Inventory | Wellpath's Implementation Plan requires that "[a] complete gender specific health history inventory and communicable disease screening shall be completed on all inmates within 14 days of arrival at the facility by a Registered Nurse who has completed appropriate training that is approved or provided by the responsible physician." Dkt. 532 at 33-34. The registered nurse at the 14-day exam identifies patients' urgent and emergent dental conditions as a Dental Level 1, Dental Level 2, or as a non-urgent/emergent dental | **Deferred Findings (DF) (Previously Non-Compliance)**<br>• The 14-Day Exam is comprised of two forms, a medical form and a dental screening form, and both are to be filled out in CorEMR for the Health Assessment to be considered complete.<br>• CorEMR has yet to merge these two forms into one. The dental form does not automatically create a referral task to dental, however, the medical does create an automatic referral task.<br>• The Dental Operations Specialist stated that she has asked CorEMR's IT to merge the medical and dental screening form into a main Initial Health History & Physical form; however, this merger of forms has not occurred.<br>• From April 1st, 2025, through September 30th, 2025, there were |

| | | | |
|---|---|---|---|
| | | condition. See, e.g., Ex. 41 (4th Dental Report) at 17.<br><br>Wellpath's Implementation Plan provides further requirements concerning the 14-day exam:<br>"A qualified health care professional who has been trained by the dentist shall … perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. All screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation." Dkt. 532 at 99. | 1038 medical forms completed, and 997 dental screening forms completed, or 96.1% of the dental forms were filled in conjunction with the medical forms, for the overall 14-Day Exam (Health Assessments).<br>• The medical form has an automatic task creation for referrals to dental, however the dental form does not. If a patient is indicated as needing a referral to dental and it is done on the dental screening form, a task is not automatically created, and the patient is not referred to dental unless the nurses create the task themselves.<br>• There were 197 referrals made to dental, of which 32 or 3.1% was done through the medical form and 165 or 16.6% from the dental screening form.<br>• A cross sectional study is indicated to assess if all the patients referred to dental from the 14-Day Exam were appropriately screened, scheduled and seen in dental within timeframe for their Dental Sick Call with the dentist.<br>• Additional Nurse training is indicated as not all referrals had a pain score, or adequate amount of information to provide substantiation for the priority DL assignment. Also, not all information in the form was also included in the referral task.<br>• The CQI for this area can be more effective in identifying barriers to access and timeliness of care upgrading the questions to address this deficiency.<br>• There were 3629 bookings during this audit period. There is no data provided by Custody yet stating how many incarcerated persons were at MCJ 14 days from booking in order to |

| | | | |
|---|---|---|---|
| | | | correlate how many 14-Day exam Health Assessments are expected. |
| 31 | Dental Training for Intake Staff | All CFMG health services staff will participate in classroom orientation and training regarding compliance with all aspects of [Wellpath's] Implementation Plan. Orientation and training will be conducted by a qualified health services instructor. Counseling, training or appropriate discipline may ensue from failure to comply with the Implementation Plan.<br>Dkt. 532 at 9.<br><br>The Plan further provides that the registered nurse who performs the intake screening and the 14-day dental evaluation during the initial health history must be trained by the dentist. Id. at 99. | **Partial Compliance**<br>• There are 14 permanent RN positions, 7 day and 7 night, at MCJ.<br>• Per the Dental Operations Specialist, training is given monthly to the RNs during their staff meeting, who perform the dental component of the Intake process, as well as the 14-Day Exam and Dental Sick Calls.[26]<br>• Although nurse training is not fully effective for the dental referral process, training is occurring.<br>• For example, some of the nurses are still completing the Dental Sick Call, which is to be completed only by the Dentist. RNs completing the Dental Sick Call is outside the scoop of their license. When the RNs complete these Dental Sick Calls, patients are not always tasked again to see the Dentist. Essentially, some patients can be lost in the system because CorEMR does not capture these types of errors , unscheduled tasks, and the patients may not be seen by the dentist for their eligible dental care referrals.<br>• Additionally, there are a multitude of situations showing the RNs have a lack of understanding of some of the components of the referral process. Please refer to the Dental Audit Tool Results and the list of deficiencies which must be corrected.<br>• The challenge is in identifying who in particular has received or not received the training, Not all nurses are present at each meeting, nor are all nurses still hired at MCJ. Per the Dental Operations Specialist, there is an |

[26] Data from the Operations Specialist

| | | | |
|---|---|---|---|
| | | | administrative assistant manually attaching the roster of nurses to their training to ensure training reaches both day and night staff.<br>• Example based training may be useful to assist the RN in standardizing the use of writing the descriptions and history of the chief complaint, duration, location and pain scale. |
| 32 | Treatment for Urgent and Emergent Conditions | Wellpath's Implementation Plan requires that when a patient is found in the initial health screening to be experiencing a dental emergency, and "a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider staff." Dkt. 532 at 99. If "the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital." Id. at 99-100. If the dental issue is found "to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." Id. at 100.<br><br>The Implementation Plan further requires Wellpath to give its highest treatment priority to "[r]elief of pain and treatment of acute infections and other urgent conditions." *Id.*<br><br>The Implementation Plan also requires "Emergency Care (Immediate Treatment)" for any "acute | **Deferred Findings (DF) (Previously Non-Compliance)**<br>• I found that patients with pain, toothaches, swelling, infection, bleeding and abscesses are not always referred timely to Dental by using the Dental Level 1 parameters, and which identify patients to be scheduled and seen by the dentist on the next dental day.<br>• Rather, the incarcerated persons are at times assigned a Priority Dental Level 2 (patients to be scheduled within 14 calendar days) for a DL1 condition and minimal information is identified on the form for this reasoning. Objective findings such as a pain scale, a description of swelling, temperature, essentially the ability to substantiate the Priority Dental Level designation is a necessary part of the screening process.<br>• From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care". Therefore, identifying the correct dental level is important in order for |

| | | | |
|---|---|---|---|
| | | oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention," as well as treatment within one calendar day for patients "with a dental condition of sudden onset or severe pain, which prevents them from carrying out essential activities of daily living." Id. at 102.<br><br>It additionally requires treatment within 30 days for patients with "a sub-acute hard or soft tissue condition that is likely to become acute without early intervention," id. at 103, a requirement that refers to urgent treatment, see Ex. 40 (3rd Dental Report) at 18. | patients to be scheduled and then seen in dental for their dental conditions, in the appropriate timeframe and without delay.<br>• When taking the three areas of nursing referrals to dental below into consideration,<br>Intake = DF%<br>14-Day Exam = DF%<br>Sick Call = DF%<br>the average score for Emergent/ Urgent referrals to dental = DF% which is deferred finding.<br>• **Regarding dental treatment for the emergent/urgent diagnosed conditions, the Dental Priority Code (DPC)** assigned to the patient after the triage and diagnosis is completed; the cumulative score for this area **is 82.8% which is partial compliance,** to indicate the patients were treated within the following timelines.<br>DPC 1 – Seen Same Day = 80.0%,<br>DPC 2 – Seen within 24 hours = 95.0%,<br>DPC 3 – Seen within 30 days = 90.3%,<br>DPC 4 – Seen within 60 days = 0%,<br>DPC 5 – Seen within 120 days = 61.0%<br>• When taking into account that the Routine/DL2 patients referrals were not always correctly designated during the screening processes and a DL1 should have been assigned to the patient, DF% of the time, therefore, the grade within this provision is a deferred finding.<br>(See the Dental Audit Tool A.7.2, A.9.2, A.13.2)<br>Intake: DF%<br>14-Day Exam: = DF%<br>Dental Sick Call: = DF% |
| 33 | Dental Sick Call | Wellpath's Implementation Plan requires that: "All dental complaints are | **Non-Compliance**<br>• The main evaluation of this provision is if the patients were "seen within |

| | | | |
|---|---|---|---|
| | | assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." Dkt. 532 at 102. | one day of the request" per Wellpath's IP.<br>• Access to the system used to verify this timeline, Smart Communications, formerly Intelmate and ViaPath, has been denied this Monitor. The patient submits a Dental Sick Call request and also a Grievance through this system.<br>• There is no automated connection to CorEMR, from Smart Communications. Therefore, once the request is processed in Smart Communication, then the Nurse Sick Call is entered into CorEMR where the Nurse is mandated to see the patient within one day of the request and/or complaint. [27]<br>• When reviewing the file of the Dental Sick Call requests provided by the Dental Operations Specialist, there is a difference between when the request is "read" vs when the patient is actually "seen" face to face for the nurse sick call evaluation.<br>• Although the patient's request is generally "read" timely, the patient is rarely "seen" within the one day of the request as mandated in the Implementation Plan.<br>• There were 1962 requests for dental care of which 402 or 20.5% were seen for a completed Nurse, NP, PA, MD Sick Call.<br>• The timeline of if the patient is seen within one day of the request is deferred at this point.<br>• It is during the Nurse Sick Call where the patient is to be seen within one day of their complaint for the face to face visit, where the RN will screen them for a DL1 or DL2 designation for their dental condition, complaint or |

[27] Wellpath IP, Exhibit A, p. 101

| | | | |
|---|---|---|---|
| | | | problem. The completion of the Nurse Sick Call is one point along the audit trail to evaluate for compliance.<br>• The Nurse Sick Call tasks for dental care requests are; however, not all being routinely "completed" in CorEMR and therefore, the timeline and audit trail of the request are not always available for review to determine the compliance to this timeframe.<br>• Per the Operations Specialist, the nursing sick call process was revamped towards the end of May 2024; however, Nurse Sick Call tasks are still rarely completed for dental conditions, removing an important aspect of the audit trail and the ability to determine compliance to this mandate of the Implementation Plan.<br>• Additionally, the actual incarcerated person's complaint and/or request for dental care is not routinely scanned into the document section of CorEMR to evaluate the timeline of their request. Therefore, the timeframe from the request to the completion of the Nurse Sick Call cannot be verified without either matching the request with the Nurse Sick Call or by auditing the chart and looking for the documentation of the request and a search for the completed Nurse Sick Call.<br>• Note that there is no defined dental nurse sick call and one must do a chronological or word search for the completed NSC that relates to the request.<br>**• There is no system to easily calculate this timeframe between the two systems, Smart Communication and CorEMR. Therefore, part of MCJ's proof of practice for a viable and** |

| | | | |
|---|---|---|---|
| | | | **verifiable system for self-governance, is not met for this provision of the IP.**<br>• Once the RN has screened the patient for the Dental Sick Call request, the nurse is to assign a Priority Dental Level 1 for Emergent/Urgent conditions and schedule the patient on the next dental day. Or, if a Routine dental condition is screened, then the RN is to assign a Priority Dental Level of 2, and the patient is to be scheduled within 14 calendar days to see the Dentist.<br>• Although a reference ID is attached to each incarcerated person requests/complaint for dental care for a specific issue requested in Smart Communication, CorEMR does not have the integration with the Smart Communication software and therefore, no way to track and automatically generate a report to confirm that the patient is screened by the RN and ultimately referred to dental to be seen by the dentist for the specific reference ID. Part of the challenge of using a reference ID is that the patient sometimes submits more than one dental sick call request for the same complaint. CorEMR is also not equipped to screen the requests for duplicate requests for completion of one Nurse Sick Call.<br>• Within CorEMR, there were 1450 scheduled Dental Sick Calls this audit period and 1135 were completed. There were 94 dental days, and **8.3 patients on average were seen for just Dental Sick Call triages per day with one dental operatory.** This does not take into account dental treatment, comprehensive dental examinations, chronic care referrals, |

| | | | |
|---|---|---|---|
| | | | the periodontal disease program and referrals from the MD.<br>• A new staffing analysis is recommended to evaluate the flow of care to the Dental clinic to assess if additional dental days or dental staff are necessary to meet the Implementation Plan's requirements. |
| 34 | Chronic Care | Wellpath's Implementation Plan requires that "[i]nmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines." Dkt. 532 at 28.<br><br>Pursuant to the Court's May 2020 Order (Dkt. 671), Wellpath created a dental care CAP, which was approved by Dr. Winthrop, that required Wellpath to "[p]erform and chart a full comprehensive dental examination for patients referred from chronic care with the following issues: HIV, Seizures, Diabetes, Pregnancy, and Patients on over 4 psych medications." Ex. 49 (Dental CAP) at 5. | **Non-Compliance**<br>• The Dental Audit Tool shows the physician at Chronic Care referred 80 patients to dental for patients with HIV, Diabetes, Seizures, Pregnancy and for those with Serious Mental Illness (SMI) and/or on four or more psychotropic medications.<br>• The statistics tab in the Dental Audit Tool shows that five (5) of the 80 incarcerated patients referred to dental were seen for a completed Dental Chronic Care examination. 11 refused, 61 were released prior to the scheduled task, and 3 were cancelled by staff.<br>• DF% of the chronic care referrals were seen within timeframe.<br>• The Dental Operations Specialist worked with CorEMR IT to update all the initial and follow-up chronic care forms to carry a box which can be checked for referrals to Dental.<br>• Of the 5 completed dental chronic care exam, rarely did the patients receive a comprehensive dental examination for these referrals and were seen for episodic care instead.<br>• Additional training is needed for dental to identify when a referral for an acute condition from chronic care is also to be placed in line for the comprehensive dental examination. |

| | | | |
|---|---|---|---|
| 35 | Comprehensive Care | The Settlement Agreement requires Wellpath "to ensure timely access to necessary treatment for dental and oral health conditions, including … periodic dental care for long-term prisoners." Dkt. 494 at 18.<br><br>Wellpath's Implementation Plan requires that: "Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for the identification, diagnosis, and treatment of dental pathology which impacts the health and welfare of inmate patients." Dkt. 532 at 104.<br><br>Wellpath's Implementation Plan further requires that "[e]xamination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record." Id. | **Deferred Findings (DF) (Previously Non-Compliance)**<br>• Comprehensive dental examinations are requested by the patient following 12 months of incarceration.<br>• 32 patients were seen for this eligible service and DF% of those requests were seen within timeframe.<br>• Conversely DF% of the patients were not scheduled within timeframe for their request for comprehensive examination.<br>• Few recall exam frequency were scheduled and entered in the dental treatment plan form.<br>• Few patients received a periodontal re-evaluation and subsequent periodontal maintenance recall frequency entered into the comprehensive exam treatment plan.<br>• Some pathology within the radiographs, were not charted, some of the existing restorations were not charted on the dental treatment plan form.<br>• The Dental Priority Codes (DPC) are not always added to each line of the treatment plan and tasks are not always created to schedule the care within timeframe of the DPC.<br>• There are instances when the treatment plan is not completed within timeframe.<br>• Training and supervisory chart audit reviews are requested of the CDO. Additional training regarding the continuity of care is necessary.<br>• There are portions of the Dental Annual Exam (Comprehensive Dental Examination) which have not been instituted. In particular the exam recall examination frequency, as well as the periodontal recall frequency portion of the treatment. Nor is there |

| | | | |
|---|---|---|---|
| | | | a 4-8 week periodontal re-evaluation following scaling and root planing (SRP). This portion of the recall system must be implemented ASAP for continuity of care. |
| 36 | Restorative and Palliative Care | Wellpath's Implementation Plan requires that patients "with comprehensive examinations and treatment plans" must be "eligible to receive permanent restorations in accordance with their established treatment plan." Dkt. 532 at 107.<br><br>The Plan further requires dental staff to verify that patients have received the Dental Material Fact Sheet "[p]rior to initiating any restorative procedure." Id. at 108. | **Deferred Findings (DF)**<br>**(Previously Substantial Compliance)**<br>• When a sedative restoration is placed, a follow-up task for the definitive (permanent) treatment should be scheduled when applicable.<br>• Training is indicated to the dental staff to inform them that a sedative or temporary restoration; a composite buildup; or a stainless steel crown are allowable temporary materials which can be utilized to save a tooth per the IP.<br>• Although not the most ideal and very technique sensitive, in certain circumstances it is better to use a temporary material such as these Implementation Plan stated procedures than to lose a tooth.<br>• A patient should not have to wait until the decay is into the dental pulp and forgo saving a tooth if the pulp is still viable and a restorative procedure can be placed. However, an allowable permanent solution must be scheduled or discussed with the patient following temporization.<br>*"Fixed prosthetics: a. Shall not be utilized to restore missing or defective teeth* ***if an adequate restoration can be placed, (e.g., a stainless steel crown, polycarbonate crown, a bonded composite, or an amalgam with cuspal coverage****), or if a removable partial denture can be fabricated to replace the missing teeth."* (Wellpath IP, p. 110) |

| | | | |
|---|---|---|---|
| 37 | Extractions | Wellpath's Implementation Plan requires dental staff to "provide necessary oral surgery services to all inmate-patients onsite or through a local community provider." Wellpath Implementation Plan at 101. The plan also requires Wellpath to provide "[e]xtraction of unsalvageable teeth" as a treatment priority. Id. at 100-01.<br><br>Dr. Winthrop found that Wellpath is noncompliant with these requirements in multiple reports, observing in her latest report that the dental team performing a surgical extraction without the use of a sterile irrigant, and that such procedure risked infection. Trapani Decl. ¶ 133 & Ex. 45 (8th Dental Report) at 13. | **Deferred Findings (DF) (Previously Partial Compliance)**<br>• The Dentists are providing onsite oral surgical treatment, oftentimes on the same day as diagnosis, 80.0% compliance for DPC1, which helps the patients minimize the long term use of antibiotics and analgesics.<br>• There is an increase in the timeliness of dental treatment, 90.3%, for dental treatment including extractions for patients given a Dental Priority Code (DPC) of 3, which are for patients to be seen within 30 days of diagnosis.<br>• There has not been a delay reported in the supply chain of dental materials this audit period. The dental team was observed using sterile irrigants during surgery.<br>• The Dentist are referring patients, generally timely, to the oral surgeon when needed for more complex dental care situations. |
| 38 | Specialty Care Referrals | Wellpath's Implementation Plan requires Wellpath to "provide necessary oral surgery services to all inmate-patients onsite or through a local community provider." Dkt. 532 at 101. "Complicated dental problems" must be "referred to an oral surgeon as deemed necessary." Id. at 103. The Plan also requires that "[r]eferral to and priority of offsite oral surgeon" must be conducted in accordance with the | **Substantial Compliance**<br>• From a cursory review of initial chart audit reviews of offsite specialty care, patients were seen by the offsite specialist mostly within timeframe, seen by the return from offsite RN, orders filled according to the oral surgeon, dental post-op appointments for the next dental day following the return from offsite, and the reports are generally scanned into CorEMR.<br>• MCJ does provide the necessary offsite oral surgery services through a community provider and does so for complicated dental problems. |

| | | | |
|---|---|---|---|
| | | timelines and treatment priorities required by the Implementation Plan. Id. at 102.<br><br>For root canal services, procedures that "cannot be accomplished by [Wellpath's] dentist at MCJ will be referred to a contracted dentist in the outside facility" and that "[a] local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist." Id. at 109-10. Patients with failing dental implants "shall be referred to a dental specialist experienced in the management and placement of dental implants" for evaluation. Id. at 112. | • The offsite clerk routinely schedules the post-op appointment following the patient's return from the specialist for the next dental clinic day.<br>• Although this Monitor was not granted access to ERMA, the system used by the offsite clerk for referrals to outside clinicians, the Dentists appear to have correctly sent the ERMA referral timely to the offsite clerk for an offsite appointment request to be seen within the 30 day timeframe.<br>• The LOP was not updated to reflect how referral errors from the dentist or clerk, or what to do in case of a lack of staffing upon the patient's return from offsite are to be handled, nor does it instruct the clerk to scan the dentist's referral into the document section of CorEMR.<br>• The reports from the oral surgeon and other offsite specialists are being scanned timely by the RN. However, the Dentist does not always fully review the report and the attached radiograph(s) with the patient with discussion in the patient's progress notes.<br>• The patient is to be instructed about any remaining areas of pathology visible on the returned panoramic radiograph from the oral surgeon. When pathology is visualized, the Dentist is to indicate it in the clinical notes and advise the patient of the information as well as inform the patient to submit a sick call slip when they are ready to address the areas shown to them by the Dentist.<br>• A prosthodontist, a denture specialist, has been found to offer denture fabrication when prescribed by the Dentist. Should an existing |

| | | | |
|---|---|---|---|
| | | | denture break or is need of a denture repair, the dental program has not identified a dental laboratory to perform the denture repairs or if the specialist will address any repairs.<br>• Training to the dental staff by the CDO in conjunction with the LOP is required to address how implants, from cleaning to removal, if indicated, are to be handled at MCJ.<br>• A general dentist who performs endodontic procedures was located but it is not an "endodontic specialist". Therefore, I recommend MCJ continue to look for an endodontic specialist. |
| 39 | Endodontics | Wellpath's Implementation Plan requires that all patients at the Jail must be "eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth." Dkt. 532 at 109. Individuals incarcerated for 12 months or longer must also be "eligible to receive root canal therapy limited to upper and lower anterior teeth." Id. Both palliative endodontic therapy and root canal treatments must be "performed in accordance with established criteria and within the specific guidelines" of the Implementation Plan. Id. The Implementation Plan imposes a series of requirements for when and how these procedures must be performed. Id. at 109-10. | **Deferred Findings (DF)**<br>**(Previously Partial Compliance)**<br>• Wellpath declined Dr. [redacted] request for root canals to be performed at MCJ. Dr. [redacted] is well versed in providing this service. The Implementation Plan states, "*Any routine root canal procedure that cannot be accomplished by CFMG dentist at MCJ will be referred to a contracted dentist in the outside facility.*" [Wellpath IP, p.108]<br>• Since Wellpath denied the equipment necessary to perform root canals onsite, the Dental Clinic has located an outside clinician, although not an endodontic specialist, to perform endodontic care.<br>• There are instances where patients would have benefited from palliative endodontic therapy, including for onsite pulpotomies and pulpectomies of the upper and lower anterior dentition, however, these were not discussed as possible therapies for the patients. Training is recommended to remedy this area. |

| | | | |
|---|---|---|---|
| | | | • There is no endodontic consent form for onsite pulpotomies and pulpectomies to relieve acute pain, which is a benefit outlined in the IP. Complete the endodontic consent form.<br>• The LOP does not state how it will handle different clinical situations, such as palliative and endodontic services, to relieve pain for those patients eligible to receive these services. |
| 40 | Periodontics | Wellpath's Implementation Plan requires that: "MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS)." Dkt. 532 at 104. | **Deferred Findings (DF)**<br>**(Previously Partial Compliance)**<br>• The Dental Periodontal Program (DPP) examination from the request for a periodontal screening is to be completed in the DPP category but any resulting treatment from the diagnosis and treatment plan is to be completed in the Dental Treatment category. Currently both the examination and treatment is placed in the DPP category which affects the utilization statistics of the program.<br>• For those with treatment planned deep cleaning appointments, a periodontal re-evaluation and recall frequency is still not generally given.<br>• The information given to the patient regarding their periodontal diagnosis is often different than the diagnosis outlined in the progress notes.<br>• LOP for the screening process from the patient request to nursing to the patient seen by the dentist should be updated to provide the adequate workflow for access, timeliness and quality of care for the Periodontal Disease Program. |
| 41 | Informed Consent | Wellpath's Implementation Plan contains numerous provisions concerning | **Deferred Findings (DF)**<br>**(Previously Partial Compliance)** |

| | | | |
|---|---|---|---|
| | | informed consent related to dental procedures. See Dkt. 532 at 21 ("Written informed consent shall be obtained for all invasive and other procedures in accordance with established [Wellpath] procedure and community standards of practice"); 23 ("Inmates retain all the recognized rights of an ordinary citizen relative to informed consent and self-determination of health care"); 108 ("[Wellpath] dental staff shall verify that every patient has received a copy of the Dental Materials Fact Sheet. Prior to initiating any restorative procedure the patient shall sign the Acknowledgment of Receipt of Dental Material Fact Sheet. This signature acknowledges acceptance of possible risks, denial of alternate procedures, and consents to the proposed procedure and use of the materials as recorded in the dental record."); 110 ("A Consent for Root Canal Treatment Form must be completed by the dentist and signed by the patient and witness (dentist) prior to the provision of root canal treatment"); 112 (Wellpath "shall obtain informed consent from all inmates who request removal of orthodontic | • The Dental Operations Specialist is permanent and full-time assigned to Dental and has begun working on formatting and updating the consent forms.<br>• Same general areas to be refined as in the past audits. The general informed consent only contains consent for a dental examination and x-rays. There is neither mention of informed consent and RBACs for local anesthetic or medication, nor gross debridement, prosthodontic (denture) or occlusal adjustments.<br>• The oral surgery, restorative and periodontal consents have an area of consent for local anesthetic but do not have consents for medications. This should be entered into the general consent form.<br>• There is no area for the witness to print their name on the general consent form.<br>• There is no area dedicated on the Periodontal consent form for what quadrants are being performed or if it is periodontal maintenance or prophy.<br>• The Dental Material Fact Sheet (DMFS) acknowledgement form has been updated in both English and Spanish and is being offered with the Dental Material Fact Sheet prior to a restorative treatment.<br>• Implant, orthodontic removal and endodontic consent form for pulpotomies and pulpectomies have yet to be created. |

| | | | |
|---|---|---|---|
| | | bands/brackets and discontinuation of their orthodontic treatment”); 114 (“The health record of an inmate contains the following items as applicable to his/her case: … Consent and Refusal forms”). | |
| 42 | Sanitary Treatment Space | The Settlement Agreement requires “a safe and sanitary on or off-site facility for necessary dental care.” Dkt. 494 at 18. Wellpath’s Implementation Plan similarly requires that “[a]ll dental services will be provided in a safe and sanitary environment.” Dkt. 532 at 99. | **Substantial Compliance**<br>• They achieved an overall compliance score of 97.5%. Congratulations!<br>• Some areas remain which are addressed in the Infection Control and Regulatory Compliance section of this report and within the Database tab of the Dental Audit Tool.<br>• The new PRN Dentist began his 12 consecutive monitoring period in September 2025.<br>• They are to provide the dosimetry, spore test and water test reports timely for review. |
| 43 | Electronic Medical Records | The Settlement Agreement requires Defendants to ensure “that appropriate and complete medical records are maintained to ensure adequate treatment of prisoners’ serious medical and mental health needs. Medical records shall include all records, results, and orders received from off-site consultations and treatment conducted while the prisoner is in the Jail custody.” Dkt. 494 at 17.<br><br>Wellpath’s Implementation Plan requires that: “Health care staff will use the | **Partial Compliance**<br>• CorEMR is not yet capable of fully charting clinically relevant dental information. There are no full clinical charting capabilities or dental management applications available in CorEMR.<br>• CorEMR does not have a dashboard available for review of the data and statistics, both necessary for operational decision making and for effective self-audit results to identify any barriers to access, timeliness and quality of care.<br>• That being said, the CDO and the Dental Operations Specialist try to find solutions to many of the barriers to access, timeliness and quality of care issues by finding ways within CorEMR to track dental care using the dental |

| | | | |
|---|---|---|---|
| | | [electronic medical record] to closely track all requests for health care including the date of submission, date of triage, date of evaluation, disposition and date of any necessary follow-up care. … The [electronic medical record] will identify any inmates who require Chronic Disease Management and health care staff will use it to closely track the condition/s that need to be monitored, the nature of the treatment required and the frequency of any required follow-up care.” Dkt. 532 at 113.<br><br>Wellpath’s Implementation Plan also provides for a “Dental Priority System” that determines when patients will be seen for immediate treatment or treatment within 1, 30, 60, or 120 days, with scheduling for follow up appointments. Id. at 103. | levels (for nurses) and the dental priority codes (for dentists).<br>• Statistics are accumulated from various reports within CorEMR and manually from the dental team and discussed during the monthly Dental Subcommittee meeting. Not all manual accumulation of data is congruent with the CorEMR data.<br>• There is also no way of locating and retrieving unscheduled patient treatment plans, as the existing system runs on Tasks created by the clinicians. If the RN or dentist do not create the task for referral or treatment, then the patient is essentially lost in the system. This unfortunately may occur and no universal method has been identified by the dental management on how to locate any unscheduled task without doing a specific patient audit.<br>• The tracking of Emergent/Urgent and Routine referrals is done primarily through the Form Question Report. With the updates in the versions, this report is cumbersome at best. If the RN does not enter information in the form for intake, then the information is not visible or tracked through the Form Question Report.<br>• Dental management uses CQIs to track multiple areas of referrals to dental, in particular intake, the 14-day health assessment, offsite referrals and returns from offsite. However, the questions do not always locate systemic issues, such as the lack of referral due to a forms error during the 14-Day Exam.<br>• CorEMR began tracking referrals through a forms process per the Dental CAP, but their IT department has not continued any upgrading of |

| | | | |
|---|---|---|---|
| | | | the system. As a result, the reports they have initiated in World of Wellpath are not accurate nor fully functional as of yet.<br>• There is no fillable odontogram in CorEMR capable of charting dental conditions as described in the Implementation Plan. |
| 44 | Dental Quality Assurance | Wellpath's Implementation Plan requires "[a]ll monitoring and audit findings" to be "reported to the Quality Management Committee at its quarterly meetings." Dkt. 532 at 9.<br><br>The Dental CAP further requires that "Daily, weekly and monthly data is to be included in the Dental Subcommittee meeting and taken from the dental excel spreadsheet and CorEMR to be reviewed, discussed and provided to the dental monthly subcommittee meeting minutes and given to the Quality Assurance (QA) meeting." Ex. 49 (Dental CAP) at 8. | **Partial Compliance**<br>• Dental Subcommittee minutes, statistics and CQI PowerPoints are submitted to the QA meeting for review.<br>• Please review the Dental Audit Tool Dental Subcommittee meeting section at E.16 and Quality Assurance meeting section at E.17 for full comments regarding this provision.<br>• Not all Implementation Plan compliance monitoring is performed by the dental management using the CQI internal audits<br>• The QA meets regularly and quarterly. The Implementation Specialist is in charge of the QA.<br>• There are no specific dental action items listed and returned for accountability for the monthly Dental Subcommittee meeting in the QA minutes. No dental QIT has been formed to address continuing dental issues with access, timeliness and quality of care at MCJ. |

## Priorities and Phasing for Self-Governance

To achieve sustained compliance and eventual self-governance without oversight, MCJ and Wellpath should continue to approach improvements in structured phases. Each phase builds on the last, ensuring that progress is both measurable and sustainable. Please see the previous reports for additional phasing recommendations and timelines.

By approaching self-governance in **phases of stabilization, strengthening, and sustainability**, MCJ and Wellpath can prioritize urgent needs, embed consistent clinical quality, and ultimately institutionalize accountability through internal oversight. This phased plan allows leadership to focus resources effectively, track progress against measurable benchmarks, and ensure that once external monitoring concludes, MCJ is equipped to provide timely, safe, and high-quality dental care independently.

### Stabilize Core Compliance

**Goal:** Secure the program's foundation by addressing any urgent compliance risks and patient safety issues by increasing effectiveness, efficiency and addressing and removing barriers to access, timeliness and quality of care.

**Priorities:**

- **Infection Control & Regulatory Compliance**
  - Maintain infection control standards and regulatory compliance as top priorities.
  - Initiate radiation safety monitoring, with appropriate use of dosimetry badges.
- **Nurse Sick Call and Dental Sick Call Process**
  - Standardize documentation (form + task alignment, pain scale, history, priority levels).
  - Ensure emergent/urgent cases are scheduled within mandated timeframes.
  - Develop and implement the LOP for Nurse and Dental Sick Call.
- **14-Day Exam / Health Appraisal**
  - Eliminate delays by aligning medical and dental forms.
  - Ensure referrals are documented consistently and tracked for compliance.
  - Begin CorEMR updates to enable automatic task generation for referrals.
- **Nurse Training**
  - Train nurses to identify emergent vs. urgent vs. routine dental needs.
  - Ensure consistent documentation across intake, 14-day exams, and sick call referrals.

### Strengthen Quality of Care

**Goal:** Move from compliance to quality by embedding consistent clinical practices and building reliable data systems.

**Priorities:**

- **Quality of Dental Care (Episodic, Comprehensive, Periodontal)**
  - Standardize SOAPE documentation and informed consent.
  - Revise forms (Annual Exam, Medical History, Consult Requests).
  - Use checklists to reinforce compliance and accuracy in diagnoses and treatment planning.
  - Implement recall systems for exams and periodontal care.
- **Comprehensive, Periodontal, and Chronic Care Exams**

- Ensure patients requesting annual, periodontal, or chronic care-related exams receive them within required timeframes.
- Create treatment plans with proper DPC coding and complete care within 120 days.

- **Data Transparency**
  - Begin generating usable compliance and performance reports within CorEMR.
  - Link dental CQIs to Quality Assurance reporting.

### Sustain Through Self-Governance

**Goal:** Institutionalize continuous improvement and accountability structures to function independently of external monitoring.

**Priorities:**

- **Dental Subcommittee Meetings**
  - Hold consistent monthly meetings with published agendas and distributed minutes.
  - Track progress against CQIs, CAP items, and audit findings.
  - Maintain an accessible library of CQIs, P&Ps, and LOPs with update schedules.
- **Quality Assurance Meetings**
  - Integrate dental data into QA Committee discussions.
  - Use outcome measures and audit findings to drive corrective actions.
- **Culture of Continuous Improvement**
  - Establish routine internal audits with corrective action follow-up.
  - Promote staff ownership of outcomes through feedback loops and ongoing training.
  - Ensure system reliance shifts from external oversight to internal accountability

## Risk Elimination / Corrective Action Plan (CAP)

The CAP requirements and its implementation and progress toward compliance are tracked in the enclosed Dental CAP spreadsheet, tabs “Dental CAP” and “Charts”.

> *Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame.* (Wellpath IP, p. 8)

Please see the Charts and Table below for the Defendant’s Dental CAP’s progress below:

### CAP Completion Rate

Although <u>Custody has a 0.0% improvement this audit tour, their completion rate for their 13 CAP items #1-12 and #49, remains at 92.3%</u>. Eleven (11) dental CAP items are “Complete”, and two (2) CAP items remain in “Progress”.

For Wellpath, there is a 1.1% improvement towards the completion of their 108 Dental CAP items in December 2025, as compared to March 2025. They have an 83.1% completion rate where zero CAP items (0) have "No plan"; one (1) CAP item has a "Plan"; thirty-five (35) CAP items are in "Progress"; and seventy two (72) CAP items are "Complete".

- The first two charts are MCJ's Custody and Wellpath's Self-Assessment charts. **The Defendants did not provide a self-assessment** nor a written commentary for any dental CAP item this audit period:

- The following two charts on the following page are this Court Monitor's reports of Custody and Wellpath's respective progress towards the completion of their deficiencies listed in the Dental Corrective Action Plan.

## CAP Compliance Scores

Defendant's overall **compliance scores are found in the Table below**, separate from their completion rates listed above.

Of Custody's and Wellpath's combined 121 CAP Items, a total of fifty-one (51) items (24 + 27) achieved Substantial Compliance, with twenty four (24) items maintaining Substantial Compliance (SC) for greater than one year.

| Oct '24 | Comp Score | March '25 | Comp Score | Dec '25 | Comp Score |
|---|---|---|---|---|---|
| SC>1 yr | 11 | SC>1 yr | 11 | SC>1 yr | 24 |
| SC | 14 | SC | 31 | SC | 27 |
| PC | 94 | PC | 78 | PC | 69 |
| NC | 2 | NC | 1 | NC | 1 |

## Post-Implementation Monitoring, Self-Monitoring and Self-Governance

> *Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Implementation Plan. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8)*

Effective improvement depends on reliable measurements. Although several clinical elements remain deferred, the initial chart reviews and areas of noncompliance identified in this report are consistent with findings from prior audits. Deficiencies remain. However, documented improvements in access, timeliness, quality of care, and sustained infection-control practices provide a strong foundation for continued progress. Detailed findings and recommendations are provided in the Dental Audit Tool Results tab of the Dental Audit Tool spreadsheet.

The foundation of self-governance is effective documented self-assessment, self-auditing, and self-monitoring. These functions require dedicated time, resources, and accountability, not only from the dental staff but from corporate leadership and onsite management.

The road to self-governance includes routine internal and external audits, transparent use of data, and meaningful outcome measures essential in identifying both sustained compliance and areas requiring corrective action. The monthly Dental Subcommittee and Quality Assurance meetings remain important forums for reviewing performance, documenting accountability, and translating findings into measurable action.

Once again, effective improvement depends on reliable measurement. At present, data collection within CorEMR has yet to be fully developed into a functional Monterey Compliance Report as required by the Dental Corrective Action Plan (CAP). Limiting the ability to independently and internally verify compliance can affect the long-term sustainability of the dental program. Reliable data, documented follow-through, and structured accountability through the quarterly QA Committee and monthly Dental Subcommittee is necessary to institute continued transparency, collaboration, and continuous self-monitoring,

MCJ can strengthen the framework necessary for effective self-governance. These practices should continue through the transition to a new healthcare vendor such that progress achieved under court monitoring is sustained and ultimately becomes independent of external oversight.

## Closing Statement

During my limited communication with the leadership of the newly contracted healthcare vendor, I emphasized the importance of preserving and advancing the improvements already achieved by the dental department, including improvements in infection control, regulatory compliance, access, timeliness and quality of dental care.

I shared with them that the objective of court-appointed monitoring should not be indefinite external oversight. Rather, the long-term goal should be the establishment of durable systems of internal governance that enable Monterey County Jail (MCJ) to manage its dental program with accountability, transparency, consistency, as well as sustained compliance independent of the identity of the contracted healthcare provider.

A sustainable framework for self-governance requires fully developed and operationalized policies and procedures, Local Operating Protocols, clearly defined Continuous Quality Improvement (CQI) indicators, and a functioning Quality Assurance program which is to include a dental specific Quality Improvement Team (QIT). These systems should be data-driven, informed by frontline staff, responsive to identified deficiencies, and centered on the delivery of safe, timely, appropriate, and patient focused care.

Deviations from established clinical, operational, infection control, and/or documentation standards warrant timely identification, evaluation, corrective action, and follow-up. When deficiencies remain unaddressed, they may contribute to adverse patient outcomes, including inadequate pain management, delays in diagnosis or treatment, interruptions in continuity of care, or missed clinical findings. Persistent or systemic noncompliance may also increase organizational risk, including potential legal exposure, regulatory consequences, contractual noncompliance, and diminished confidence among patients, staff, County leadership, and external oversight entities. Recurrent deficiencies may further increase staff workload, disrupt workflow, reduce operational efficiency, and adversely affect the overall quality and reliability of care.

Equally important, unresolved or recurring deficiencies impede progress toward institutional self-governance. A program that remains dependent upon external identification of problems, external direction of corrective action, or court monitoring to ensure compliance, has not yet achieved a sustainable system of internal accountability.

Regardless of which healthcare vendor holds the contract, to achieve, maintain, and demonstrate lasting compliance and meaningful improvement, MCJ's dental program should continue developing a culture of transparency, routine self-assessment, prompt corrective action, and ongoing performance improvement, all documented in their monthly Dental Subcommittee meeting minutes.

Internal chart audits, documented competency-based training, trend analysis, statistical review, corrective action tracking, and validation of sustained improvement should become embedded operational practices rather than activities performed primarily in response to external monitoring. Importantly, these parameters should be routinely identified in the agenda and minutes of the monthly Dental Subcommittee meeting.

Success should ultimately be demonstrated through consistent, continuingly improving and reliable CQI processes; timely identification and correction of deficiencies; meaningful staff participation and ownership of outcomes; accurate and complete clinical documentation; and

patient care that consistently reflects appropriate access, timeliness, safety, continuity, and quality of care. The strongest indicator of sustained compliance will be the facility's ability to identify its own risks, implement corrective measures, evaluate their effectiveness, and maintain improvement without reliance on court-appointed monitoring.

The transition toward self-governance represents both a responsibility and an opportunity for Monterey County Jail. By institutionalizing effective quality-management systems within daily operations, MCJ can not only satisfy the requirements of the Implementation Plan and Settlement Agreement, but also establish a durable framework for continuous improvement. Such a framework is essential to sustaining accountability, protecting patient safety, supporting staff performance, and ensuring that incarcerated persons receive care delivered with dignity, consistency, and equity.

Sustainable compliance is achieved when accountability and continuous quality improvement are embedded within the organization’s operational framework rather than dependent upon external oversight. Therefore, the ultimate measure of progress is not merely the absence of identified deficiencies, but the demonstrated effectiveness of a mature, self-sustaining system capable of proactively identifying, correcting, documenting, and preventing recurring errors, deficiencies, and barriers to care.

## Appendix I – Emailed MCJ Agenda for Onsite Enhanced Monitoring, Focus on the Transition Process and Dental Care

**Viviane G. Winthrop, DDS**
Court-Appointed Neutral Dental Monitor
Winthrop Dental Consulting, LLC
520-241-2089
winthropdentalconsulting@gmail.com

Updated December 11th, 2025
Previously Emailed October 20th

**Tucker Wisdom-Stack**
Deputy County Counsel
County of Monterey
Wisdom-StackTN@countyofmonterey.gov

Ellen S. Lyons
Deputy County Counsel
County of Monterey | County Counsel
LyonsE@countyofmonterey.gov

Katherine Tebrock
Vice President, Associate General Counsel Regulatory Compliance
6550 Carothers Parkway // Franklin, TN 37067
KTebrock@wellpath.us

**To:** County Counsel; Jail Command Staff; Outgoing Health Care Vendor Leadership; Incoming Health Care Vendor Leadership (upon designation); Parties' Counsel.

**Order:** June 3, 2022, stipulated order, Dkt. 751 at ECF pp. 4–5 (emphasis added).

**Re:** Notice of Enhanced Monitoring Visits: **Dental**/Medical/Nursing - Continuity of Care During Healthcare Vendor Transition

- **December 15–19, 2025 – Onsite** (Transition Team)
- **January 7, 2026 – Remote** (CHP Incoming Vendor Stabilization)
- **January 20–22, 2026 – Onsite** (CHP Incoming Vendor Stabilization)
- **January 28, 2026 – Remote** (CHP Incoming Vendor Stabilization)

### I. Authority & Scope

**Pursuant** to the June 3, 2022, stipulated order (Dkt. 751), the dental monitor is empowered to conduct enhanced monitoring visits up to four times per year at the monitor's discretion to mentor and shadow staff, review patient files, provide guidance, and train staff on the requirements of the Implementation Plans.

1

**Focus is on the healthcare transition processes and care** to ensure uninterrupted dental care and timeframe compliance during the transition from the outgoing to incoming healthcare vendor. Reviews will focus on continuity of episodic and comprehensive dental care, operational readiness, emergency preparedness, and the integrity of record transfers. All activities are to adhere to Implementation Plan timeframes, emphasizing risk mitigation, staff and patient stability, and compliance with established protocols.

**Additional emphasis** during the transition is on the medical, mental health, and nursing interfaces that impact dental outcomes as well as the nurse and dental sick-call pathway, (i.e., dental sick call request → nursing triage and appropriate scheduling within the priority dental level assignment → dental triage and diagnosis → dental treatment → referral to offsite provider when indicated → follow-up → accurate documentation).

**All reviews and interviews** will comply with HIPAA, applicable state law, and the Protective Order(s). The outgoing vendor is to preserve and produce requested records and data extracts, including audit trails. The incoming vendor shall ensure continuous availability of migrated data, with access logs retained.

**"...transitions** of health care providers are often plagued with problems that compromise the delivery of health care to incarcerated people. This is a very dangerous time to be incarcerated, and other correctional systems have seen substantial harm including death occur due to inadequate planning and implementation of transition plans."[1]

---

### II. Visit #1 — Transition Week (Onsite): December 15–19, 2025

**Purpose:**
Assess the Jail's transition plan for dental care from the outgoing to the new incoming healthcare vendor. Assess transition readiness, identify risk to continuity of care, mentor staff and ensure adherence to the Implementation Plan and court-mandated standards.

Assess readiness of the dental and dental sick-call pathways within nursing operations, continuity planning, data transfer protocols, and staffing transitions. Identify and mitigate risks of disruption to ongoing dental care.

Ensure the outgoing vendor's dental and nursing teams maintain uninterrupted care, prepare accurate data and treatment handoffs, including protect both staff and incarcerated persons from any disruption of care.

**Objectives:**

- Evaluate and support a seamless transition of dental care services between vendors by assessing the effectiveness of the transition planning, continuity of care,

[1] Email from Van Swearingen RE: [EXT] Transition Schedule for the New Health Care Vendor at MCJ and Dental Audit Tour #14 [IMAN-DMS.FID33558] on October 13th @ 3:06 pm.

2

communication, training, data handoff, and record transfer (i.e., maintain timeframes, no loss of patient records, documentation accuracy and continuity-of-care processes).

- Ensure the incoming vendor has all the necessary documentation from the outgoing vendor, including monitor reports identifying successes and deficiencies, as well as policies, procedures and local operating protocols.
- Ensure emergency dental access through the nurse sick call pathway as well as access to the Physician on Call (POC) log of after-hours dental care including documentation of any referrals to higher levels of care.
- Evaluate that referrals from Intake, the 14-Day Exam Health Assessment, and from NP, PA and MDs are triaged, seen and scheduled timely according to the Implementation Plan and Settlement Agreement.
- Confirm that clinical operations, equipment, software, contracts, supplies, and licensing needs are addressed, documented and transferred when indicated. Have plans in place to identify any blind spots.
- Review plans for preserving and resolving grievances and dental sick call requests.
- Maintain partnerships with outside referrals by the incoming vendor, confirming credentialing of specialists, and providing staff training for the return of the patients from the outside specialists.
- Identify operational vulnerabilities, reinforce quality-assurance expectations, and ensure the new vendor can self-govern the dental program in alignment with required policies, procedures, protocols and Implementation and Settlement mandates.

**A. Provide the following Documentation & Data Requests prior to December 12, 2025:**

- **Transition Team.** I understand CFMG/Wellpath and Monterey County have assembled an exit team comprised of approximately 12 people, primarily from Wellpath corporate.
  - **Please provide the names, roles, emails and mobile numbers for the entire transition team,** including who are the lead team members for CFMG/Wellpath, Monterey County, the Jail command liaison and the for the new healthcare vendor, Correctional Healthcare Partners (CHP).
- **Transition Plan** (latest redline), including the dental transition plan, staffing rosters (all disciplines, indicating who has confirmed continuity with the new healthcare vendor), call schedules, and coverage maps through January 31, 2026.
- **Proposed Onboarding training.** Provide PowerPoints and CQIs and any training materials to be provided to the incoming vendor.
- **Organization Chart** for the incoming healthcare vendor.
- **EHR/Data Migration Plan** including data schema for dental images, patients, documentation, problem lists, meds, allergies, labs, referrals, refusals, authorizations, etc.

3

- **Sick-Call Logs** (Oct 1–Dec 12, 2025): timestamps from request → triage → provider → treatment; reasons for any delays. Include the plan for the continuity of the sick call requests.
- **Incident/Grievance Data:** grievances related to dental/medical access (Oct 1–Dec 12, 2025) with resolutions. Include the plan for the continuity of the grievances.
- **High-Risk Patient Lists:**
  - a) urgent/priority dental,
  - b) pending specialty referrals,
  - c) patients currently on antibiotics or analgesics for dental conditions,
  - d) medically complex dental cases (e.g., endocarditis risk, oncology).
- **QA/QIT Documents:** audits, peer review, incident reports, sentinel events related to dental/medical handoffs (past 6 months).
- **Contracts/MOUs** with outside specialists and transport protocols, including contingency plans.
- **Custody Interruption of Dental Care forms and digital rosters of dental Custody assignment/coverage.** Has the new software for custody coverage been implemented?
- **Policies & Procedures** governing dental sick call, dental triage, pain management, antibiotics stewardship, radiography, sterilization, regulatory compliance, infection control and prevention.
- **Data Migration Artifacts:** data dictionaries, field mapping (including ADA CDT codes), image storage format, test migration results, and reconciliation reports, including the Monterey Compliance Report.
- **Audit Trails:** user access logs for EHR modules (Oct 1–Jan 15).
- **Performance Metrics:** time-to-triage, time-to-provider, time-to-definitive treatment; no-show/lockdown impacts; antibiotic stewardship metrics; dental pain management practices. Provide any Key Performance Indicators (KPIs) identified in the transition plan.
- **Referral Records:** dental specialty authorizations, scheduling attempts, any vendor cancellations, transport denials, and rescheduling intervals.

### C. Day-by-Day Agenda (Proposed Onsite Schedule)

• **Daily Core Hours:** 08:00–17:00. Adjustments may be made onsite to observe live operations.
• **Location:** The large conference room unless stated otherwise.

**Monday, December 15, 2025 — Orientation, Transition Readiness, Continuity of Care**

| Time | Topic | Participants |
|---|---|---|
| **0800 - 0830** | Security check-in and set up in the conference room | Sgt Murillo or designee |

4

| **Discussion:** |
|---|
| • Meet with Custody contact and confirm who will be my custody or healthcare escort during the week.<br>• Set up in the large conference room. |

| Time | Topic | Participants |
|---|---|---|
| **0830 - 1030** | Entry meeting with the Transition Team and Jail Leadership | • Transition Team (County, Wellpath and CHP)<br>• Jail / Custody Command Lead<br>• DON<br>• [redacted] and Dr. [redacted] |

**Discussion: Outgoing Vendor**

- Meet the transition team.
- Review the transition plan documentation, including dates, timeframes and critical milestones.
- Understand how the transition team will oversee the transition process.
- Pleas provide an overview of the data management and health records transition process.
- Are action items within the transition plan developed for 30-, 60-, and 90-day benchmarks?
- Ensure the new vendor will have access to established clinical operations through policies and procedures (P&Ps) and local operating protocols (LOPs).
- Which documents will the transition team provide to the incoming healthcare team, and which trainings and other processes will they facilitate.
- Discuss contract timelines, staffing retention, and onboarding process.
- Review staffing matrix, staffing roster, coverage maps.
- What are the communications and notification plans and processes for staff, incarcerated persons, and custody during the transition.
- Please review how requests for dental care and dental-related grievances will be managed in accordance with the Implementation Plan's timelines, including how these activities will be executed during the vendor handoff and how they will be tracked and completed to ensure continuity of care.
- What processes will ensure that all active nursing triage, treatment activities, and referrals to dental services, as well as ongoing dental triage and treatment, are fully sustained through the conclusion of CFMG/Wellpath's contract and seamlessly continued into the post-transition period?
- Describe how the escalation and emergency planning is to occur during the first 90 days of the transition. Identify the point of contact for urgent dental and nursing issues during this time period.
- Review the protocols for dental emergency response and escalation pathways, including the Physician on Call (POC) P& P and LOPs for after-hours care and referrals to a higher level of care when indicated.
- Identify whether the transition plan provides for staff training or a standardized workflow to ensure POC and return from offsite dental follow-up care is scheduled on the next dental clinic day.

• How will active specialty referrals, pending diagnostic results, or hospital follow-ups be tracked and handed off?
• How does the transition plan address how any backlog will be handled during the transition.
• What measures are MCJ and CHP taking to address any backlog affecting the provision of dental care during and after the transition?
• What mechanisms will be used to monitor active medication administration and ensure continuity of therapy throughout the transition and handoff period?
• Please provide, and review the high-risk case lists for treatment disruptions.
• Discuss the transition team's mitigation plan from key risks to continuity of care.
• Identify structural, supervisory, or logistical vulnerabilities.

**Discussion: Incoming Vendor**
• Review the organizational chart for CHP and determine who is the Chief Dental Officer. Will the CDO provide clinical supervision and oversite to the dental program and staff at MCJ.
• To whom will the Chief Dental Officer report to at CHP? Who will approve any necessary resources for MCJ's dental program? Is there an approved dental budget? Will the CDO have autonomy over hiring dental staff at MCJ?
• Who will provide the administrative oversite to the dental staff at MCJ. Who will the dental management contact at MCJ?
• How are the new vendor's policies and procedures and local operating protocols aligned with existing Jail's P&P, LOPs and national standards?
• What systems and protocols will CHP have in place for emergency response—including dental emergencies and associated escalation pathways—during the first 90 days of operations?
• Evaluate how communication pathways for dental emergencies—including oversight of emergent and urgent conditions and management of specialty referrals—will be maintained during and following the transition period.
• Discuss the detailed transition plan for maintaining uninterrupted dental and nursing care in the dental sick-call pathway. Essentially, what does the transition plan state will protect continuity of care, minimize liability and ensure both staff and the incarcerated persons will experience as little disruption in dental care services as possible during the post transition phase?
• How will previously requested dental sick call requests and grievances will be preserved, passed along, tracked and treated for continuity of care?
• What processes are in place to make sure no incarcerated person misses a dose of medication during the transition? What is the plan for ensuring uninterrupted medication supplies during the transition?
• How will the new vendor manage formulary changes?
• Discuss whether the transition plan incorporates and addresses the unique challenges posed by Monterey County Jail, such as the dental requirements found in the Implementation Plan, any regional staffing challenges, and supply inventory needs.
• Review how continuity of episodic and comprehensive dental care and reporting will be preserved during the handoff.
• How will quality-of-care issues identified in past audits, be addressed going forward?

6

• Determine how ongoing episodic and comprehensive dental treatment plans for timeliness of care will be tracked and treated.
• Confirm the plan for active treatment continuity (prescriptions, chronic care, dental procedures in progress) for episodic and comprehensive dental care.
• What process/practices will the new vendor use to make sure preexisting partnerships are maintained for offsite specialty. Clarify whether the transition plan includes provisions for the new vendor to conduct credentialing of both existing and newly contracted offsite specialists.
• Determine the methods and review the approach by which the new healthcare vendor will provide self-governance, internal monitoring, and compliance oversight of the dental program in alignment with the requirements of the Implementation Plan and Settlement Agreement.
• How will performance and compliance be monitored and reported? What is the plan for the continuation of the monthly Dental Subcommittee meeting and the Quality Assurance meeting?

| Time | Topic | Participants |
|---|---|---|
| **1030 - 1200** | IT – CorEMR - Continuity-of-care plans for the transfer of the healthcare record. | • Transition Team (County, Wellpath and CHP).<br>• Jail / Custody Command lead.<br>• DON.<br>• IT for CorEMR for Wellpath, CHP and County<br>• [redacted] and Dr. [redacted] |

**Discussion: Outgoing Vendor**
• Provide a briefing on the IT/data migration: scope of data extraction, migration plan for the clinical record, ICD/CPT/ADA code mapping, migration plan for dental images and radiographs, scanned documentation and for outside specialty records.
• When will the record migration occur?
• How will I be assured that Wellpath's CorEMR's Version 5.5.0 will have fully transferred to the new CHP CorEMR's version?
**Discussion: Incoming Vendor**
• What features will CHP's CorEMR version have, which differs from Wellpath's version? Which version will this be?
• What changes in reporting will be evidenced by the new CorEMR version? Will it be possible to create custom reports that will optimize data collection activities?
• Will there be a real-time, active dental odontogram to track and provide full clinical charting capabilities and documentation? What system(s) are used to record dental service activity, and what parts of the inmate health experience do they document.
• Will onboarding of the new version of CorEMR be provided?
• Will this Monitor have access to the software vendors to ask technical questions about their system capabilities? And the ability to create custom reports to pull information more efficiently?
• Will this Monitor have the opportunity to meet with the data analyst for the upcoming healthcare vendor, or the key person that understands each of the field values and how they are used in the upcoming version of CorEMR.
• Who will arrange for calls with the upcoming system vendor be arranged when questions arise that cannot be answered by the new dental and management staff?

7

- How will the clinical data, dental records, and prescriptions be transferred accurately and securely? How will the accuracy of the records transfer be evaluated and ascertained?
- Who is responsible for auditing the accuracy and completeness of the transferred records? How will HIPAA compliance and data privacy be maintained during this process?
- Who will be the main point of contact for CHP's CorEMR IT?
- What continuity of care flags will be utilized for the data transfer. Continuity of care flags are data indicators used during a healthcare vendor transition to identify patients whose clinical needs require uninterrupted attention. These flags ensure that no essential treatment, monitoring, or follow-up is lost during the transfer of records from the outgoing vendor to the incoming vendor.
- How will medical records, including the dental comprehensive dental treatment plans be securely transferred, and in what format?
- How will each request for dental care be confidently tracked, per the Implementation Plan, p.101 such that Nurse, NA, NP, MD see the patient within one day of the request?
- Is there a single primary key, or case ID, which allows us to track a service request through all system components? Through multiple incarcerations and specific bookings? Will a primary key that identifies entries related to the same request from Smart Communication to CorEMR in order to assess that requests for dental care, are adequately bundled and scheduled according to the nursing identified Priority Dental Level 1 and 2 parameters?
- Will a primary key be utilized to track requests from Smart Communication to individual or bundled dental care requests, in the Nurse Sick Call, NA, NP and MD section within CorEMR, to assure all requests for dental care are addressed and seen as mandated?
- Since Smart Communication identifies each incarcerated patient entry, will this unique person ID, which crosses multiple bookings, be linked to the nursing bundled dental sick call requests to have a more complete look at a person's dental history?
- Will reports across all systems use the same booking ID and LAR. Some reports such as found in the Form Question Report does not always use the LAR which prevents the correlation of entries across software systems.
- Review how the dental digital radiographs will integrate into the incoming vendor's system. How will the digital x-ray process continue with the existing or new EHR system?
- Confirm the process and software to replace ERMA for ER send outs, higher levels of dental care referrals for dental and referrals to offsite clinicians occur?
- Evaluate what plans and processes are in place for existing referrals to offsite are to continue, be tracked for compliance, completed with the patient scheduled for follow-up on the next dental day.

1200-1300: Lunch

| Time | Topic | Participants |
|---|---|---|
| **1300 - 1430** | Meet with the Offsite Specialist and IT support regarding referrals to outside referrals | • Transition Team (County, Wellpath and CHP).<br>• Jail / Custody Command lead.<br>• DON.<br>• IT for CorEMR for Wellpath, CHP and County |

8

| | | |
|---|---|---|
| | Discuss DPC and Priority Dental Levels with respective timeframes | • [redacted] and Dr. [redacted] |

**Discussion:**
• Review pending and any outstanding dental specialty referrals.
• Provide the list of dental specialty referrals and treatment, which will occur during the transition period and 30 and 60 days into the transition period.
**Discussion: Incoming Vendor**
• Review the transition team's plan for continuity of care cases where care depends on outgoing vendor relationships (e.g., community specialists) and the incoming vendor's use of community specialists.
• Review how the offsite specialist tracks patient with the existing ERMA system.
• Review what system the new vendor will utilize, instead of ERMA, to track referrals.
• Offsite referrals and ER send outs and POC for scheduling next dental day
• Review the transition team's plan for the transfer of data from ERMA, making sure no patients are lost in the transition.
• Continue any earlier discussions regarding IT and the data version transfer into CHP's version of CorEMR.
• Discuss how priority Dental Levels assigned by the nurses for referrals to dental for DL1 Emergent/Urgent, DL2 (Routine), DL3 (annual comprehensive care requests will continue and be assessed for timeframe compliance in the new version of CorEMR.
• Discuss how Dental Priority Codes, DPC, assigned by the dentists for each treatment planned item, will be assessed for timeframe compliance in the new version of CorEMR.

| Time | Topic | Participants |
|---|---|---|
| **1430 - 1700** | Dental Clinic, meet with Dr. [redacted] and [redacted] in between patient care | Dental Team - Dr. [redacted] RDA when available [redacted] Dr. [redacted] |

**Discussion:**
• Review incomplete treatment plans in CorEMR with Paulette.
• Review patients with dental priority codes which will extend through the transition period including patients with pain, are on antibiotics, or are medically complex patients.
• Review the completed annual exams and their diagnosed treatment plan for the completion of their dental treatment plan and continuity of care.
• Review the patients, and the backlog of patients referred to dental from chronic care and the periodontal disease program for any incomplete referrals or incomplete dental treatment. Determine all have continuity of care according to their DPC within CorEMR.
• Review the comprehensive dental patients have a task, or should have a task for their annual exam recall and periodontal recall frequency.
• Discuss with Dr. [redacted] the need to address the entire pathology visible within a radiograph.

| |
|---|
| • Review the High-Risk Dental Cases: urgent/priority (severe pain, infection, swelling, trauma), medically complex patients (anticoagulation, cardiac, oncology, pregnancy, immunocompromised) for continuity of care. |

**Tuesday, December 16, 2025 —Dental and Nursing Operations Review**

| Time | Topic | Participants |
|---|---|---|
| **0800 – 0830**<br><br>**0830 - 1200** | Attend an interdisciplinary huddle<br>Dental Operations, Data, Supplies, and Contractual Review | Dental Team – Dr. [redacted] and [redacted] when available<br>New Vendor contact available onsite or by Teams<br>[redacted] Dr. [redacted] |

**Discussion:**

• Attend an interdisciplinary huddle. Please provide the location of the medical, nursing, mental health, dental morning huddle: hand-off rules, urgent pain management, contraindications, SUD and MAT interfaces.

• Workflow observation in the dental clinic from referrals from Intake, 14-Day Exam Health Assessment, Dental Sick Call, MD Referrals, Dental Chronic Care, Dental Periodontal Program. Observe dental sick call triage selection based on priority dental level referral, observe response workflow, task scheduling, and no-show handling due to any Custody interruptions.

• Review the transition team's plan for continuity of dental care in infection control, sterilization and regulatory compliance.

• Workflow observation for radiography, sterilization, infection control and regulatory compliance.

• Review active charts for emergent, urgent chronic dental referral cases to observe various areas of timeliness of care and documentation.

• Identify disruptions or deficiencies in scheduling and follow-up documentation.

• Evaluate ongoing pain management, antibiotic protocols, and emergency response readiness with dental staff.

• Ask [redacted] for any feedback regarding the housekeeping and other regulatory logs.

• Determine when the compressor and sensor installation will occur. Per the October CORE Team Meeting notes, the MCJ's x-ray sensor has malfunctioned and is pending replacement by November 5, 2025. However, as of December 3rd, this has not yet occurred. Ghost images were noted while acquiring radiographs with the current defective sensor.

- Review how the malfunction and lack of x-ray sensor has impacted the provision of dental care or impacted the backlog of dental sick calls? The new size #2 sensor was approved by the County for replacement, was ordered but has not been installed and replaced yet. What is the anticipated replacement date? Who established the November 5th deadline for the replacement and please indicate why was the deadline not met.
- The dental compressor is to be replaced as one of the motors is defective. The new compressor was approved by the County for replacement, was ordered but has not been installed and replaced yet. What is the anticipated replacement date?

10

• View the storage area in the infirmary where the hazardous waste and sharps are stored until Stericycle picks them up. Please provide the logs of the pickups.
• Also, view the location of the pharmaceutical waste, also waiting for pick up from Stericycle, or is another company contracted for the pick-up of the pharmaceutical waste? There was a lapse in the dates of the containers for the pharmaceutical waste, please provide the log to assess the waste was picked up for incineration within the 275 to 365 days identified on the container.
• Will Stericycle continue with CHP under a new contract, transfer contract? Will there be any disruption of services?
• Per OSHA, if there is less than 20 pounds of waste for the entire healthcare facility, then Stericycle can pick up monthly. However, if there is more than 20 pounds of waste then Stericycle must pick up weekly. Please provide the log of the pick-ups from Stericycle. pharmaceutical waste, waiting for pick up from Stericycle or other company?
• Confirm and view inventory of all remaining County owned dental equipment to remain in the dental clinic.
• Are the staff and clinic refrigerators owned by Wellpath or the County?
• The clinic refrigerator log of temperatures were not done daily, please create a daily log or add to the housekeeping log.
• List which equipment will require a transfer of license listing the new vendor or does it list the County, i.e., the x-ray.
• Also, will the laptop warranty for the digital x-rays remain despite the transfer and will the digital x-ray Planmeca software's license be transferred by the start of the new vendor?
• View the CDPH for the license transfer regulations.
• Identify that the maintenance schedules continue without interruption. Will Henry Schein be utilized by the incoming vendor?
• Who will be the supply company utilized by CHP? Will Henry Schein remain as their dental supply company? Does CHP have a formulary for the order of dental supplies? What is CHP's plan for any interruptions or delays in the supply chain?
• Confirm, will the transfer occur such that there is no interruption of dental services regarding the dental equipment, maintenance schedule, contracts affecting dental (i.e., Stericycle), licensing (i.e., digital x-ray unit and Planmeca software) and supplies (will the new vendor purchase or bring in their own supplies).
• What arrangements will be made for the existing dental supplies? Who owns all the supplies within the dental clinic? Are any dental supplies stored outside of the dental clinic? When does CHP anticipate the transfer of dental supplies and materials into the dental clinic so there are no interruptions in the provision of dental care.
• Will the binders stay in the dental clinic, i.e., IIPP, training binder, housekeeping logs, tool control, maintenance logs, SDS, etc.?
• Will the transfer of services for the spore test, dosimetry, water testing, etc. be done by the new incoming vendor or terminated by the outgoing vendor prior to the end of their contract and the services started by CHP on 01/01/26?
• Review any P&P and LOP for infection control, including restocking procedures.

11

| |
|---|
| • How will durable medical equipment and specialty supplies (e.g., oxygen) be handled? Who provides this contract and will it be assumed by CHP or will a new contract be initiated and effective on 01/01/26? |

12:00-13:00: Lunch

| Time | Topic | Participants |
|---|---|---|
| 1300 - 1500 | Staff Interviews | Mental Health new hires<br>Medical Director<br>Nursing Staff<br>[redacted] nd Dr. [redacted] Optional |

**Discussion:**

• Staff interviews:
  - Mental Health clinicians, new hires. What are their expected roles in the hand off and will they be retained by the new vendor?
  - Medical Director
  - Nursing Staff

• Assess for any barriers to access to dental care referrals and task creation.
• Discuss during the interviews any anticipated transition challenges and proposed resolutions.
• Assess for any wins from the recent training.
• Review P&P and LOP for after-hours pain complaints.
• Review interdisciplinary coordination and referrals from dental to medical and dental to mental health.

| Time | Topic | Participants |
|---|---|---|
| 1500 – 1700 | Nursing Clinic Workflow Observation. | Transition Team (County, Wellpath and CHP).<br>Custody/Jail Command lead.<br>DON.<br>[redacted] nd Dr. [redacted] |

**Discussion:**

• Clinic Workflow Observation. Meet with the transition team or lead. Review the transition plan for the incarcerated person request for dental care, nurse sick call and referral to dental according to the assigned dental priority levels.
• Note areas of bottlenecks.
• Provide a system walkthrough: Intake and 14-day exam, (paper, tablet, interpreter services)
• Observe nurse triage protocols for dental grievances and complaints within Smart Communication
• Observe the retrieval of Smart Communication dental sick calls and grievances. Identify how the system data is transferred to CorEMR.
• See the scanning of the dental sick calls into CorEMR.
• Observe the dental sick-call process:

12

| |
|---|
| request → nurse triage within 24 hours of the request → assessment and designation of the DL1 or DL2 → Scheduling according to identified priority dental levels → dental provider response → follow-up,<br>• Observe nurse triage protocols for dental grievances and complaints within Smart Communication<br>• Observe the escalation ladders, and on-call coverage.<br>• Review how the P&Ps and LOPs will be transferred and possibly retained by the incoming vendor. Interview nursing staff on anticipated transition challenges.<br>• Confirm cross-training of nursing staff for dental triage.<br>• Debrief with the dental lead and nursing supervisor; identify and discuss key risks to the continuity of care, any dental continuity flags and discuss immediate fixes and any list of action items. |

**Wednesday, December 17, 2025 – Dental Readiness**

| Time | Topic | Participants |
|---|---|---|
| 0800 - 1200 | Randomized chart sample review (20) | [redacted] nd Dr. [redacted] |
| **Discussion:**<br>• Focused chart review (Target: 20). Chart Reviews: Random stratified sample chart review (emergent, urgent, routine, chronic care, periodontal disease program, dental care specialty referral) plus targeted high-risk list.<br>• Determine IRR. Inter-rater reliability (IRR) is a measure of how consistently different raters agree when assessing, scoring, or rating the same thing. It ensures that judgments are consistent across different observers by quantifying the degree of agreement between them. For example, in a study, if different researchers analyzing the same patient data all arrive at similar conclusions, this indicates high inter-rater reliability.<br>• Review risk mitigation items<br>• Review any barriers to access, timeliness and quality of care. | | |

12:00-13:00: Lunch

| Time | Topic | Participants |
|---|---|---|
| 1300 – 1500 | Review and Consolidate Logs | [redacted] |
| **Discussion:**<br>• Dental and EHR dental documentation review: logs, templates, clinical decision support, flowcharts, problem lists, medication reconciliation, specialty referrals.<br>• Subcommittee Template adjustments<br>• Review of forms.<br>• If time, review referral pipeline review: oral surgery, endodontics, hospital dentistry/OR, transport and scheduling contingencies. | | |

13

• Review consent forms, dental P&Ps, LOPs
• Review interdepartmental referral processes (e.g., dental pain triaged by nurses). Audit timelines and communication chains between disciplines.
• Identify delays between request, nurse triage, and dental exam.
• Track dental wait times.
•Test emergency response protocols.
• Supervisory structure mapping: who covers when supervisors are off-site; decision rights during the transition.
• Evaluate EHR migration process and privacy safeguards.
• Evaluate communication strategies.

**Thursday, December 18, 2025 — Continuity Planning, Staffing, Onboarding, Training, Dental Coverage and Performance Oversight**

| Time | Topic | Participants |
|---|---|---|
| 0800 - 1000 | Staffing/Coverage Audit<br>Staff Onboarding and Training Systems<br>Staffing and Oversight Review | Transition Team (County, Wellpath and CHP).<br>Custody/Jail Command Lead.<br>DON,<br>[redacted]nd Dr. [redacted] |

**Discussion:**
• Coverage gap list
• Staffing matrix validation: vacancies, relief coverage, call-offs, overtime policy; retention intentions of current staff.
Mentor session #1 (outgoing team): "Continuity of Care During Vendor Transitions" with practical checklists.
**Staff Onboarding and Training Systems**
• Review vendor training modules for nursing and dental staff, including supervisory structure mapping: who covers when supervisors are off-site; decision rights during the transition.
• Confirm coverage for holidays and vacancies.
• Assess adequacy of new staff credentialing.
• Review how the new vendor aligns with Wellpath policies and procedures, LOPs with NCCHC/ACA standards.
• Review retention plan for current dental and nursing employees.
• Evaluate vendor onboarding modules: orientation, emergency procedures, documentation, infection control.
• Review communication workflow for escalation of urgent issues (chain of command and on-call contacts).
• Review outgoing vendor staffing matrix: vacancies, coverage gaps, pending hires.
• Interview staff regarding anticipated retention or separation.

- Assess the supervisory structure for on-site oversight during transition.
- Determine which dental, nursing, medical and mental health staff will be retained by the new vendor.
- How will the new vendor ensure adequate staffing levels on day one?
- What onboarding will be given to new and existing staff.
- What training will be provided to all healthcare staff, including dental?
- Are staffing levels, training, and credentialing completed?
- Evaluate the adequacy of staffing levels according to the new contract and transition plan.
- What will be the staffing plan and onboarding timeline be for retained employees? For new employees?
- Supervisory structure mapping: who covers when supervisors are off-site; decision rights during the transition.
- Provide the orientation checklists for the nurse, NP, PA, MD training PowerPoints for dental training and referrals.
- Review onboarding plans, including training and credentialing schedules. What onboarding will the new vendor provide?
- Confirm staffing coverage and inclusion for vacation and PTO coverage. For example, Dr. [redacted] will be on vacation from December 17-31st. Evaluate whether this plan is appropriately comprehensive. What is the PRN Dentist, Dr. [redacted] coverage period, during Dr. [redacted] absence and will it meet the needs of the jail? Provide Dr. Troung's schedule for December 2025.
- What documentation prompted the incoming vendor to contract two full time dentists and dental assistants and what is the plan for training of the new dental and dental assistant staff so there is no delay in dental care? Will the staffing matrix meet the needs of the jail's dental care needs, including the needs of the class case patients?
- What is the plan for any delays in dental care?

| **Time** | **Topic** | **Participants** |
|---|---|---|
| **1000 - 1200** | Training and Communication | Transition Team (County, Wellpath and CHP).<br>Custody/Jail Command Lead.<br>DON.<br>[redacted] and Dr. [redacted] |

**Discussion:**

- Review the use of the existing Global Policies and Procedures (P&Ps) and Local Operating Protocols (LOPs) and if the new healthcare vendor plans to utilize, amend or create new P&Ps and LOPs.
- Review what communication system will be in place prior to, during and after the transition including the use of the monthly Dental Subcommittee and QA meeting, weekly dental meetings, nursing meetings, huddles, and so forth.
- What communication plan is in place for informing inmates, custody staff, court-appointed monitors and healthcare staff about the transition?

| |
|---|
| • Review the plan for communication with incarcerated persons, custody, and healthcare staff, including the use of the Operations Manual for the Incarcerated Person.<br>• Evaluate the staff training schedule for transition procedures and new P&Ps and LOPs.<br>• Provide this Monitor all training materials not already provided for the nurse, PA, NP, MD training. Provide any additional scenarios utilized to train the staff.<br>• Determine whether the trainings adequately prepared the new hires for their roles; and the existing staff in addressing continuing deficiencies. Did the training properly addressed the relevant portions of the Implementation Plan. |

12:00-13:00: Lunch

| Time | Topic | Participants |
|---|---|---|
| **1300 - 1500** | Performance Oversight, Dental Subcommittee and QA/QIT | Transition Team (County, Wellpath and CHP).<br>Custody/Jail Command Lead.<br>H.S.A.<br>[redacted] and Dr. [redacted] |

**Discussion:**

- Review the plan for the continuation of the Monthly Dental Subcommittee and QA meetings.
- What is the plan for addressing action items listed in the Dental Subcommittee meeting?
- How will QA/QIT and the Monthly Dental Subcommittee be maintained through year-end and into the new vendor's starting date?
- What is the transition plan for how the ongoing QA and the Dental Subcommittee will function under the new vendor? What is the plan to start a QIT within the QA to
- What measures are in place in the transition plan to assure continuation of the Dental Subcommittee and QA/QIT data collection and meetings?
- Determine how quality-of-care issues from past audits and inclusion in the Dental Subcommittee will be addressed going forward.
- Reinforce expectations for quality assurance, subcommittee meetings, peer review, and patient safety.
- Determine how the Dental Corrective Action Plan (CAP) will be utilized going forward.
- Review the use and continuation of the Continuous Quality Improvement (CQIs) during, and following the transition.
- Does the incoming vendor have experience using CQIs.
- Will onboarding to the new vendor be provided for CQIs, reporting within CorEMR, the use of the Dental Subcommittee to be the receptacle for all dental related issues clinically and administratively.
- EHR dental documentation review: templates, clinical decision support, problem lists, medication reconciliation. Review records of ongoing treatments, prescriptions, and specialty referrals.
- Review records & medical records alignment: health information management audit trail and release processes for outgoing → incoming vendor.

| Time | Topic | Participants |
|---|---|---|
| **1500 – 1700** | Continuity of Care Check List | [redacted] |
| **Discussion:**<br>• Draft the preliminary findings and recommendations, as they are 2-weeks prior to hand off to the new healthcare vendor.<br>• Provide any technical and mentoring assistance.<br>• Emphasize handoff procedures, communication documentation, and adherence to clinical standards.<br>• Document lessons learned. | | |

**Friday, December 19, 2025 – Debrief**

| Time | Topic | Participants |
|---|---|---|
| **0800 - 1000** | High-risk patient roster finalization | Transition Team (County, Wellpath and CHP). Custody/Jail Command Lead. DON. [redacted]and Dr. [redacted] |
| **Discussion:**<br>• Confirm follow-up dates, spanning Dec 31 handoff and the 30, 60 & 90 day benchmarks<br>• Review and closeout the document preservation instructions from the transition team leads.<br>• Review the summary for accuracy with Paulette and the Transition Team Leads.<br>• Verify continuity roster for all active treatment plans, chronic care, and specialty referrals.<br>• Review risk mitigation checklist and medication continuity plan.<br>• Document unresolved issues and follow-up deliverables before December 31.<br>• Confirm dates of Wellpath's last Dental Subcommittee meeting and minutes and QA meeting.<br>• Conduct any final interviews with the outgoing vendor, incoming vendor and County transition lead.<br>• Review records & medical records alignment: health information management audit trail and release processes for outgoing → incoming vendor.<br>• Discuss any limitations of the electronic health record (EHR) interoperability and transfer plans. | | |

| Time | Topic | Participants |
|---|---|---|
| **1000 - 1200** | Exit Debrief, Reporting & Recommendations | County officials, outgoing vendor, incoming vendor representatives<br>Counsels for the Defendants and Plaintiffs if desired – please send the request to Paulette in order to attend. |
| **Discussion:**<br>• Present findings. Provide verbal feedback, guidance, suggestions and requirements, regarding the dental adequacy of the transition preparation. | | |

| |
|---|
| • Discuss whether the processes, including onboarding trainings are sufficient to ensure the incoming vendor is able to provide the necessary actions to provide substantially compliant dental care to the patients.<br>• Document risk areas requiring pre-handoff correction.<br>• Review high-risk patient tracking lists.<br>• Deliver recommendations to ensure continuity of care and patient safety.<br>• Provide immediate corrective actions. |

12:00-13:00: Lunch

| Time | Topic | Participants |
|---|---|---|
| **1300 - 1700** | Draft Transition Risk Summary | Monitor |
| **Discussion:**<br>• Draft the transition readiness assessment and risk mitigation summary to be finalized post-visit.<br>• Follow-up Plan: Propose monitoring intervals and measurable benchmarks through Q1 2026.<br>• These deliverables to be included in the Dental Audit Tour Report #14. | | |

---

**III. Visit #2 - Enhanced Monitoring — Incoming Vendor Stabilization:**

**January 7, 2026** - Remote
**January 20–22, 2026** - Onsite
**January 28, 2026** – Remote

The Enhanced Monitoring Agenda for the post healthcare vendor transition will be provided following the December 15-19th onsite visit.

---

Thank you all for your time and effort during this pre transition enhanced monitoring visit and please contact me with any questions.

Best regards,

Viviane G. Winthrop, DDS
Winthrop Dental Consulting, LLC
[redacted]
winthropdentalconsulting@gmail.com

PRIVACY AND CONFIDENTIALITY STATEMENT: This message and any attachments may contain information that is confidential and/or privileged. If you are not the intended recipient, please immediately notify the sender by return email and delete the message from your system. Thank you.

# Exhibit B

## DENTAL MONITOR'S DRAFT REPORT (14th Dental Audit Tour) HERNANDEZ V. COUNTY OF MONTEREY, December 2-3, 2025

## All Charts

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | 6 Number Charts / Item Reviewed | 7 Number Charts/Items SC | 8 Number Charts/Items PC | 9 Number Charts/Items NC | 10 Number Charts/Items Other | 14 Percent Compliance | 15 Substantial Compliance (Y / N) | 16 Harm | 17 Potential Harm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GRADING SCALE | # | 1 | 0.5 | 0 | NA DF NM | % | 86% or greater | | |
| A.1 | Access to Care Audit Tool Data - Certified Language Interpreter/Translator Services | | | | | | | | | | | |
| A.1.1 | System | Sign Language - Interpreter Service - Available | Are sign language (video and/or in person) interpreter services available to hearing impaired incarcerated patients (I/Ps) through the County and the contracted health care service provider for all dental related services? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 |
| A.1 2 | Chart Audit | Sign Language - Interpreter Service Used during Nurse Dental Sick Call | Is a sign language interpreter service used throughout the nurse (also PA, NP, MD) dental sick call appointment when indicated? Was the name and certification number of the sign language interpreter noted in the progress notes? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 |
| A.1 3 | Chart Audit | Sign Language - Interpreter Service Used during Dental Triage and Treatment | Is a sign language interpreter service used throughout the dental triage and/or dental treatment appointment when indicated? Was the name and certification number of the sign language interpreter noted in the progress notes? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 |
| A.1.4 | System | Certified Language Interpreter/ Translator Services - Available | Are certified (telephone, video and/or in person) language interpreter/translator services available to /Ps through the County and the contracted health care service? Is the certified language interpreter/translator service information posted in the dental clinic? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 |
| A.1 5 | Chart Audit | Certified Language Interpreter/ Translator Services - Used during Nurse Dental Sick Call | Was a certified language interpreter used throughout the nurse (also PA, NP, MD) dental sick call appointment when an interpreter needed is noted in the patient's chart? Was the name and certification number of the language interpreter noted in the progress notes? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 |
| A.1 6 | Chart Audit | Certified Language Interpreter/ Translator Services - Used during Dental Triage and Treatment | Was a certified language interpreter used throughout the dental triage and/or dental treatment appointment when a sign language interpreter is indicated in the patient's chart? Was the name and certification number of the language interpreter noted in the progress notes? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 |
| | | | TOTAL | 2 | 2 | 0 | 0 | NA:14 DF:34 NM:0 | 100.0% | Y | 0 | 1 |

**Source (A.1):**

CFMG staff will use Spanish-speaking medical staff for any inmate requiring a Spanish interpreter for discussion of medical conditions or treatment thereof, including intake health evaluation. For any other interpretive needs, CFMG will use an appropriate interpretive service. (County IP, p. 21-22).

Defendants shall furnish qualified sign language interpreters to any inmates for whom sign language is their only or primary method of communication, in all circumstances where a qualified sign language interpreter is necessary to ensure an inmate has an equal opportunity to participate in, and enjoy the benefits of, programs, services and activities offered by Defendants. (Settlement Agreement, p. 12).

Translators and interpreters will be used whenever necessary to ensure effective communication. (Wellpath P, p. 10).

**Monitor Findings (A.1):**

A.1.1
• During Intake, there is a question in the Receiving Screening Monterey County stating: "Translation need and provided": Yes or No.
• An Alert is generated if the answer is yes.
• Spanish, Sign Language or Other:" are available options.
• In some instances, the answer is stated as "No" for translation need and provided, but the preferred language is checked. When this happens an Alert is not generated and CorEMR does not show interpreter needed in the patient's chart. This may affect the patients access to care.
• From the query above, five (5) patients were identified as preferring Sign Language.
• County has a video sign language interpreter service available on the tablet with the purple border, which the patients carry with them during their incarceration period.
• Per the Custody Captain, the County also has an in-person sign language interpreter.
• Wellpath has VOYCE Remote Interpretation Services which handles their video ASL, and it is available to the dental department.

A.1.2, A.1.3
• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25

A.1.4
• Section 1557 of the Affordable Care Act (ACA) prohibits discrimination on the basis of national origin in healthcare. One form of national origin discrimination is failure to provide meaningful access to individuals with limited English proficiency (LEP) when required by law.
• Observed that certified language interpreted/translator services are available and the Interpreter Language Line information is posted in the dental clinical area binder. Between April 1st, 2025 through September 30th, 2025:
• There were 502 patients in the Alerts Report for Interpreter Needed. Of the 502 patients, 4 had a completed dental task and 9 were cancelled by system.
• There were 875 patients in the Forms Question Report for: If yes, language or preferred form of communication: Values: Spanish, Sign Language, Other. 598 had booking numbers and the remaining were "ZZZ" unassigned.
• Of the 598 with booking numbers in the Forms Questions Report, five (5) were for sign language (one patient was booked twice), 20 for "Other" languages and 573 for Spanish.
• Of the 598 patients, 64 had a dental task of which 1 was cancelled by staff, 30 were cancelled by system and 33 had a completed dental task.

A.1.5, A.1.6
• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25

**Monitor Recommendations (A.1):**

Sign Language Interpreter:
• The Alerts Report for Interpreter Needed does not indicate the booking numbers, only the LAR number, nor does it indicate the language of choice. t only states "Interpreter Needed". Conversely, the Forms Question Report identifies the booking number and not the LAR number but breaks it down into Spanish, Sign Language, Other. Please update the Alerts report to include the booking number (as well as the LAR number) and the type of interpreter needed.

• Utilize a certified sign language interpreter for all dental referrals, requests, dental sick calls, exams, and treatments when "Interpreter needed" is indicated in the Alerts section of CorEMR for a deaf or hard of hearing patient.

• When using the certified sign language interpreter service, note the name and certification number of the interpreter in the clinical notes, in order to assure the accuracy of the translation.

• Please address the following discrepancy. The Alerts Report only generates an alert entry if the answer is Yes for Sign Language at Intake but does not create an alert for interpreter needed if they only state No for sign language but their preferred language is sign language.

Language Interpreter/Translation Service:
• Utilize a certified language interpreter for all dental referrals and dental appointments, when "Interpreter needed" is indicated in the alerts section of CorEMR.

• When using the certified Interpreter Language Line, note the name and certification number of the interpreter in the clinical notes, in order to assure the accuracy of the translation.

• The Alerts Report does not indicate the booking numbers, only the LAR number, nor does it indicate the language of choice, only "Interpreter Needed". Update the form to increase accuracy and accessibility for the patient's language interpreter needs.

• The Forms Question Report identifies the booking number and breaks it down into Spanish, Sign Language, Other. Please update the Interpreter Needed form to include the preferred language for translation.

• The Alerts Report does not include the same data points found in the Forms Question Report. Review and resolve any data inaccuracies within Wellpath.

• Evaluate the following statistics and determine if there is a barrier to access to care for patients who need interpreter services for effective communication. See the statistics below. Perform an internal audit and determine if there are any barriers to access to care and discuss the results in the monthly Dental Subcommittee meeting. Include and inform the appropriate staff participating in the Dental Subcommittee meeting with any pertinent findings and discuss a plan to increase access to care for patients needing sign language and other language interpreter/translator services.

• From the Forms Question Report, it appears that 10.7% (up from 9 5%) of the 598 needing an interpreter utilized dental services.

• From the Alerts Report, 13 or 2.6% (down from 3.2%) of the 502 who needed interpreter services had a dental task created.

**Methodology (A.1):**

Request the list of patients needing Sign Language Interpreters and Certified Language translators from Wellpath; HSA, Implementation Specialist, Operations Specialist, CDO and Custody Captain:

A1.1 through A1 3 - Interpreter Needed for Sign language patients who see nurses, and subsequently the dental staff for their dental concerns.

Also search in CorEMR - Reports - Form Question Report - Select Form - Receiving Screening Monterey County - Select date range - Press next - Select a version (use most recent version first) - Select a question (If yes, language or preferred form of communication) - Press Next - Select a value (Sign Language) - Press Generate. Repeat with different versions to see if additional data is generated within the date range being evaluated.

A1.4 through A1 6 - Interpreter Needed
CorEMR - Reports - Alerts Report - Enter date span -Enter Category (Interpreter Needed). Compare with list of patients who received a Dental Sick Call. Screen first for those who are still incarcerated [Current Location] and if none match within timeframe than those who are indicated as [Out].

Also search CorEMR - Reports - Form Question Report - Select Form - Receiving Screening Monterey County - Select date range - Press next - Select a version (use most recent version first) - Select a question (If yes, language or preferred form of communication:) - Press Next - Select a value (Spanish and Other) - Press Generate. Repeat with different versions to see if additional data is generated within the date range being evaluated.

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | 6 | 7 | 8 | 9 | 10 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.2 | Access to Care Audit Tool Data - Oral Hygiene Supplies | | | | | | | | | | | |
| A 2.1 | System | Oral Hygiene Supplies | Are oral hygiene supplies (toothbrush, toothpaste, dental flossers) available to all I/Ps? Are toothbrush and toothpaste made available, without a fee, for each /P on a monthly basis or upon demand? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 |
| A 2 2 | System | Oral Hygiene Supplies | Does all toothpaste issued to all I/Ps carry the ADA Seal of Acceptance? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 |
| A 2 3 | System | Indigent Oral Hygiene Supplies - Toothpaste, Toothbrush, Floss | Are weekly indigent packs available to I/Ps, at no fee, which include toothbrush, toothpaste, and floss loops? (Note the floss loops are upon request from the I/P). | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 |
| A 2.4 | System | Indigent Oral Hygiene Supplies - Denture Adhesive | Is denture adhesive available at no fee to the partially or fully edentulous indigent patients for use with their dentures? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 |

**Source (A.2):**

Inmates are given toothbrushes .... Dental floss loops are available through the commissary for routine flossing. (Wellpath IP, p. 99).

Indigent inmates shall be provided with dental care supplies. (Wellpath P, p. 99).

MCJ will have available, either through commissary purchase or through jail-issued personal hygiene kit, reinforced cleaners (e.g., floss loops) and a flexible handled tooth brush for inmate-patient self-dental care. (Wellpath IP, p. 103).

**Monitor Findings (A.2):**

A.2.1
• Confirmed with Custody and Commissary that oral hygiene supplies are available to all Incarcerated Persons (I/P).
• However, the absence of an established Policy and Procedure and Local Operating Protocol (LOP) for the ordering, procurement, and distribution of oral hygiene supplies, including products bearing the ADA Seal of Acceptance, represents a gap in standardization and internal oversight.

A.2.2
• The toothpaste dispensed upon arrival and the toothpaste sold in the Commissary both carry the ADA Seal of Acceptance.
• However, the absence of an established Policy and Procedure and Local Operating Protocol (LOP) for the ordering, procurement, and distribution of oral hygiene supplies, including products bearing the ADA Seal of Acceptance, represents a gap in standardization and internal oversight.

A.2.3
• Observed and confirmed with Commissary that weekly indigent packs are available to the I/P.
• Floss is provided upon request to the indigent Incarcerated Person upon request.
• However, the absence of an established Policy and Procedure and Local Operating Protocol (LOP) for the ordering, procurement, and distribution of oral hygiene supplies to indigent incarcerated persons, including products bearing the ADA Seal of Acceptance, represents a gap in standardization and internal oversight.

A.2.4
• Observed that the denture adhesive is available to indigent I/Ps through Med Pass.
• t appears there are no limitations for indigent incarcerated patients with or without full or partial dentures to request and receive denture adhesive.
• There is no formal Policy and Procedure (P&P) and Local Operating Protocol (LOP) specifically addressing the eligibility, distribution, frequency and a one for one exchange, for the use of denture adhesive for patients, including for indigent patients.
• Although a one-for-one exchange process for denture adhesive was described, it was neither observed in practice nor supported by an established Local Operating Protocol (LOP). This lack of formal documentation and verification introduces risk of inconsistent application, inadequate inventory control, and potential inequities in patient access to denture adhesive.
• The "Full Denture (upper and lower)" option has yet not been incorporated into the intake form dental section, limiting the ability to accurately identify and track patients eligible for denture adhesive. There is no eligibility list or report available in CorEMR to identify which patients have full dentures unless the Intake form is updated in CorEMR. This gap in documentation and data capture introduces risk of inconsistent patient access, and weakens inventory control and clinical oversight.
• The absence of an established Policy and Procedure and Local Operating Protocol (LOP) for the ordering, procurement, and distribution of oral hygiene supplies, including denture adhesive for the indigent incarcerated patient, including products bearing the ADA Seal of Acceptance, represents a gap in standardization and internal oversight.

A.2.5
• There is no Policy & Procedure and Local Operating Protocol (LOP) for the ordering of oral hygiene supplies which is to include the purchase and distribution of oral hygiene products carrying the ADA Seal of Acceptance. This is not included in the existing oral care policy.
• The Commissary offers correctional toothbrushes, toothpaste, zero-alcohol fluoridated mouthwash and floss loops for purchase.
• Toothbrushes, toothpaste, and floss loops (floss loops are available upon request)

**Monitor Recommendations (A.2):**

A.2.1
• The absence of an established Policy and Procedure and Local Operating Protocol (LOP) governing the ordering, procurement, and distribution of oral hygiene supplies represents a gap in standardization, internal controls, and clinical oversight. To mitigate this risk, develop and implement a formalized P&P and LOP to ensure consistent procurement practices aligned with recognized safety and efficacy standards, including the exclusive use of products bearing the American Dental Association Seal of Acceptance.
• Local Operating Protocols (LOPs) function as the foundational framework for unit-level governance and serve as the basis for training, competency validation, and performance accountability. The absence of a defined LOP introduces variability in practice, increasing the risk of inconsistent product selection and potential deviation from accepted standards of care within Men's Central Jail.
• All oral hygiene products procured for distribution—including toothpaste, mouthwash, and denture adhesive—must bear the American Dental Association Seal of Acceptance. Staff are required to verify and document compliance with this requirement at the point of ordering.
• Procurement of oral hygiene products that do not meet established safety and efficacy standards introduces avoidable clinical risk, including the distribution of substandard or ineffective products. This may result in compromised oral health outcomes, increased treatment needs, and potential liability exposure. Standardizing procurement requirements through an approved LOP mitigates these risks by ensuring that all products meet evidence-based benchmarks for safety and effectiveness.

A.2.2
• The lack of a formalized P&P and LOP introduces variability in procurement practices, creating risk of non-compliant product selection, inconsistent standards of care, and potential adverse oral health outcomes for incarcerated individuals.
• Establish, approve, and implement a standardized P&P and LOP to ensure all oral hygiene supplies procured and distributed meet defined safety and efficacy standards, including ADA Seal of Acceptance requirements.
• When ordering toothpaste (mouthwash and denture adhesive) for incarcerated individuals, staff must ensure that all products carry the American Dental Association (ADA) Seal of Acceptance, which confirms that the products meet safety and efficacy standards.
• Implement a verification processes (e.g., checklist, vendor standards, supply system flags) and assign accountability for continuous monitoring/self-governance.
• Conduct quarterly internal audits by the Quality Improvement Team, review and update the P&P and LOP annually, provide a continuous feedback loop with procurement and clinical dental leadership.

A.2.3
• Local Operating Protocols (LOPs) serve as the foundational framework for self-governance, establishing standardized, repeatable processes that support consistent care delivery.
• LOPs also inform the development of training modules and competency validation for staff operating within Men's Central Jail.
• Weekly indigent hygiene packs including a toothbrush and toothpaste, which must bear the American Dental Association Seal of Acceptance) shall be made available to incarcerated individuals. Floss loops are to be provided upon request to eligible incarcerated individuals.
• Failure to provide consistent access to basic oral hygiene supplies introduces preventable clinical risks, including deterioration in oral health status, increased treatment burden, and potential infection. Establishing a standardized, request-based weekly distribution process mitigates these risks while supporting continuity of care and compliance with accepted correctional healthcare standards.

**Methodology (A.2):**

Request this information from Wellpath; the HSA, DON, Implementation Specialist, Operations Specialist, CDO and/or Custody Captain:

Request a tour of the Commissary and the list of the Oral Hygiene Supplies in the Commissary list of items sold to patients.
(The Commissary List is provided by the Operation's Specialist via the Custody Captain.)

Request the Oral Care Policy and Procedure and the LOP for denture adhesive.
(The LOP was not provided and not created for indigent patient access to oral care supplies including floss nor for denture adhesive).

Request the list of patients with Full or Partial Dentures.
(There was no list provided of patients with Full or Partial Dentures. The Full Denture option was removed from the Intake Form and needs to be placed back so the Forms Question Report and Forms Report within CorEMR can be run.

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A 2 5 | System | Commissary | Does the commissary carry toothpaste and denture adhesive (zinc free formulation) with the ADA Seal of Acceptance, as well as correctionally approved toothbrushes and floss for purchase? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | | and are provided at no cost to indigent incarcerated persons. The Commissary stocks ADA Seal of Acceptance toothpaste, including small tubes of FreshMint distributed to incoming individuals and larger tubes of Colgate available for purchase.<br>• Observed that the denture adhesive, with a zinc-free formulation and the ADA Seal of Acceptance, is no longer distributed in the Commissary but is available to incarcerated patients, including those who are indigent, through Med Pass<br><br>A.2.6<br>• The identified gaps represent a systemic deficiency in governance, standardization, and data capture related to oral hygiene supply management. When implemented, the formalized policies, standardized procedures, and monitoring mechanisms will mitigate clinical and operational risks, as well as strengthen accountability, and support consistent delivery of supply and dental care aligned with accepted standards.<br>• With the absence of formalized governance documents, P&P and LOP, there is the potential use of non-compliant or substandard products due to a lack of standardized oversight and accountability within the procurement practice. This may increase liability exposure and increase risk of harm to the patient.<br>• There is a lack of standardized workflows and accountability, insufficient integration between clinical documentation and supply processes, and limited internal audits and monitoring mechanisms identified in a P&P and LOP.<br>• While indigent hygiene packs are reportedly available, a formally documented and standardized process for weekly distribution upon request is not clearly established within an approved LOP. | • Any supply shortages or barriers to access must be escalated per chain of command.<br><br>A.2.4<br>• Add back the Full Denture option in the Intake form so a list of patients eligible for denture adhesive is available.<br>• Write and have approved a P & P and LOP for both Dental and County regarding how denture adhesive is dispensed, and by whom, and how often it is given for use for patients with existing dentures.<br>• Also see A 2.1A for the requested P&P/LOP for ordering and distributing oral hygiene supplies.<br>• Denture adhesive is for incarcerated persons with full or partial dentures.<br>• Development and implementation of a formalized LOP, including clear procedures for exchange, documentation, and monitoring, are required to ensure consistent and auditable practice.<br><br>A.2.5<br>• Ensure that a zinc-free denture adhesive bearing the ADA Seal of Acceptance is consistently ordered. This requirement should be clearly outlined in the local operating procedure to guarantee all supplies ordered meet this standard. See the recommendation in A 2.1A<br>• In addition, verify who is responsible for ordering the ADA Seal of Acceptance denture adhesive when it is unavailable in the commissary and must be ordered through the med pass system.<br>• Add back the Full Denture option in the Intake form so a list of patients eligible for denture adhesive is available.<br>• Detail the process by which the denture adhesive is requested, dispensed, and administered, including the frequency of use for patients with existing dentures.<br><br>A.2.6<br>• Develop and approve a comprehensive P&P and LOP governing oral hygiene supply | |
| A 2 6 | System | Oral Hygiene Policy & Procedure | Is there a current Policy and Procedure (P&P) present in both the County and in Dental to address oral hygiene supplies, including supplies for indigent patients and denture adhesive? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 6 | 4 | 1 | 0 | NA:0 DF:0 NM:0 | 83 3% | N | 0 | 5 | | | | |
| A.3 | | Access to Care Audit Tool Data - Oral Hygiene Instruction/Education | | | | | | | | | | | | | | |
| A 3.1 | System | Oral Hygiene Instruction and Education | Is meaningful oral hygiene instruction (OHI) and education given to patients upon arrival at Intake? Is brushing and flossing OHI/Education, such as a video and brochures from the American Dental Association (ADA), available to the incarcerated patient's, i.e., on their computer tablet? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | Inmates ... can receive instruction in proper brushing technique from the medical staff upon request. (Wellpath IP, p. 99).<br><br>A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education. (Wellpath IP, p.103). | A.3.1<br>• Brushing is an Activity of Daily Living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals, especially older adults.<br>• A brushing and flossing video endorsed by the American Dental Association (ADA) is now uploaded to the tablet. ADA Accepted brochures are also available to patients on the tablet for oral hygiene education.<br>• "Videos are processed by the brain 60,000 times faster than text and are overall easier to cognitively process, which helps you consume large amounts information in shorter periods of time. Videos are also much more dynamic because they can explain things in much simpler forms through engaging graphics." "Videos create a more engaging sensory experience than using print materials alone." Therefore, for those with learning disabilities who cannot process the information from a brochure, there is now a video on oral care instruction available on the tablet at this time.<br>• Visual aids are available in the dental clinic for one on one instruction and are utilized by the Dental Assistants to provide meaningful oral hygiene education to the patients, when instructed by the Dentists to do so, following cleanings, exams and other dental services.<br>• Per the Implementation Plan (IP), patients can request oral hygiene instruction through the dental sick call system. This is not listed as an available service in the Incarcerated Person Orientation Manual. "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br><br>A.3.2<br>• Although stated in the Health Appraisal form (Initial Health and Physical Dental Screening), with an available box to check that oral hygiene education (OHI) is given, no meaningful OHI was observed being given during the 14-Day Exam/Health Appraisal. No direction was given for the patient to review the oral hygiene brochures and videos on the tablet.<br>• There were 1038 completed medical 14-Day exams and 997 concurrent dental forms filled out during this audit period. This area has shown improvement such that the medical and dental aspect of the 14-Day Exam are measured at the time of the Health Appraisal. The number of OHI given is not a query on the Form Question Report, from where the statistics are retrieved, therefore, the percentage of patients stated as receiving OHI is not an available statistic at this time.<br>• Patients can be referred to Dental should an RN notice a patient has difficulty with brushing and flossing as an ADL. Brushing and flossing as an ADL is not listed in all the screening documentation pertaining to the ADLs at MCJ. Brushing is an Activity of Daily Living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals, especially older adults.<br><br>A.3.3<br>• Partially. Per the Implementation Plan (IP) patients can request oral hygiene instruction through the dental sick call system.<br>• This is not listed as an available service in the Incarcerated Person Orientation Manual. "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br>• OHI is generally given in the dental clinic following cleanings, exams and other dental services.<br>• There is no discussion in collaboration with Mental Health during the monthly Dental Subcommittee meeting to discuss patients with difficulty performing their oral hygiene ADLs and the solutions to improving their ability to perform their ADL.<br><br>A.3.4<br>• Visual aids are available in the dental clinic and are utilized by the Dental Assistants to provide oral hygiene instruction. Meaningful OHI was observed being given to patients in the dental clinic following a comprehensive dental exam and occasionally when requested by the dentist for a triage dental examination. No OHI was visualized being provided for a request for a cleaning.<br>• The patients are not advised in the Incarcerated Orientation Manual that they can "receive instruction" through the dental sick call system. "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br>• Patients can be referred to Dental should an RN notice a patient has difficulty with brushing and flossing as an ADL.<br>• The Dentists are within their purview to schedule a patient for additional OHI task should this be clinically indicated.<br>• There is no discussion in collaboration with Mental Health during the monthly Dental Subcommittee meeting to discuss patients with difficulty performing their ADLs and the solutions to improving their ability to perform their ADL. | A.3.1<br>• Please see the Dental CAP #5 which states, "Oral hygiene instruction, both brushing and flossing videos from the American Dental Association (ADA) are available on the inmate/patient's tablet, otherwise an oral hygiene instruction pamphlet is to be available to each booked inmate/patient." The videos are now up on the tablet.<br>• Provide meaningful oral hygiene instruction to the I/P at the 14 Day Exam and refer the patient to view the video and brochures scanned into the tablet.<br>• To assist the nurses in providing effective oral hygiene instructions, review the oral hygiene video and brochures on brushing and flossing with the incarcerated person and ask them if they have any questions or barriers to performing this Activity of Daily Living (ADL). Difficulty performing ADLs can contribute to depression and anxiety among incarcerated individuals, especially older adults.<br>• Incarcerated persons should be advised they can request additional OHI by submitting a dental sick call request. Please update the Incarcerated Persons Orientation Manual to state I/Ps can request oral hygiene instruction through the dental sick call system upon request.<br>• For those patients who need more individualized one on one oral hygiene instruction, when requested by the patient, nurse or identified by the dental staff, create a task within CorEMR for the patient to return and receive more dedicated time for their OHI instructions.<br>• Meet with Mental Health during your monthly Dental Subcommittee meeting and discuss any patients having difficulty with their ADLs who may need additional OHI, as brushing is an activity of daily living (ADL).<br><br>A.3.2<br>• Provide meaningful oral hygiene instruction to the I/P during the 14-day exam.<br>• The patients should be advised they can request OHI by locating the information in the Orientation Manual or by the clinical staff letting them know when indicated they can submit a dental sick call request.<br>"Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br>• Also see Dental CAP #7 stating, "List the available dental services available in the Inmate Handbook as outlined in the Implementation Plan for those under and over 12 months of incarceration."<br>• Include brushing and flossing when discussing Activities of Daily Living (ADL).<br><br>A.3.3<br>• Provide meaningful oral hygiene instruction to the I/P when requested by the patient, nurse or other clinical and non-clinical staff.<br>• Instruct nursing they can refer the patients to the educational videos and brochures on brushing and flossing.<br>• Also see Dental CAP #7 stating, "List the available dental services available in the Inmate Handbook as outlined in the Implementation Plan for those under and over 12 months of incarceration." Therefore these areas are subject to monitoring.<br>• Unless the patient is advised in the Incarcerated Orientation Manual they can "receive instruction", then they will not know to request it by submitting a dental sick call request, therefore, add this Wellpath IP requirement into the Orientation Manual.<br>"Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br><br>A.3.4<br>• Continue to provide meaningful OHI/Education to the patients during their dental appointment. Have the patients demonstrate the technique for effective communication. Continue to use visual aids for this education.<br>• Unless the patient is advised in the Incarcerated Orientation Manual that they can "receive instruction", then they will not know to request it. The Dentists are within their purview to schedule a patient for additional OHI task should this be indicated clinically.<br>• For those patients who need more individualized one on one oral hygiene instruction, create a task within CorEMR for them to return and receive this more dedicated time of OHI instructions when requested by the patient, nursing or identified by the dental staff.<br>• Should a patient struggle with the ADLs of brushing and flossing, contact mental health and refer the patient for assistance. Work within the monthly Dental Subcommittee to collaborate with Mental Health for patients with manual dexterity problems or other problems with performing these ADLs. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dental Assistant, CDO and/or Custody Captain:<br><br>Request to see Oral Hygiene Instruction/Education provided by Nursing staff at Intake, 14-Day Exam, and Sick Call.<br><br>Request to observe the Dental Staff provide direct and interactive Oral Hygiene Instruction to the patients.<br>(The Dental Staff showed the large brushing mannequin and the large toothbrush used in educating patients on brushing and flossing. This is only available in the Dental Clinic and not other demonstrable and interactive brushing/flossing is available anywhere else at MCJ.<br><br>Request to observe the Nursing Staff provide oral hygiene instruction and education during Intake and the 14-Day Exam to the incarcerated patients at MCJ.<br>(This was not observed as the Nursing staff did not provide OHI, nor interactive oral care instruction but did guide the patient to look at the tablet for a pamphlet on brushing/flossing.)<br><br>Request to reviewed and observe the oral hygiene instructions content of the tablet.<br>(Note there is no video for brushing/flossing for those unable to process the written word or two dimensional pictures. There is no video of dental oral health education available on the tablet). |
| A 3 2 | System | Oral Hygiene Instruction and Education | Is meaningful OHI given to every I/P during the 14-Day Exam/Health Appraisal? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| A 3 3 | System | Oral Hygiene Instruction and Education | Is OHI/Education available to I/Ps upon request and is meaningful OHI given by dental per the request? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| A 3.4 | System | Oral Hygiene Instruction and Education | Is meaningful OH /Education given to patients during their dental triage and/or dental examination? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 4 | 2 | 1 | 0 | NA:0 DF:0 NM:0 | 75 0% | N | 0 | 4 | | | | |
| A.4 | | Access to Care Audit Tool Data - Inmate Handbook | | | | | | | | | | | | | | |
| A.4.1 | System | Inmate Handbook Overview | Is the Inmate Orientation Handbook up to date per the Implementation Plan and Settlement Agreement with true, comprehensive, pertinent dental information, as well as how to access dental care through the dental sick call system? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | Information regarding access to health care services shall be communicated verbally and in writing to inmates upon their arrival at the facility. (Wellpath P, p. 23).<br><br>Inmates will be notified of eligibility for a comprehensive examination through the inmate information booklet issued to all inmates at intake into the facility. (Wellpath IP, p. 103). | A.4.1<br>• Received the digital and printed version of the Incarcerated Persons Orientation Manual revised 10/08/24.<br>• The following is still not listed as an available service in the Incarcerated Person Orientation Manual. Per the Implementation Plan (IP), patients can request oral hygiene instruction through the dental sick call system, "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br><br>A.4.2<br>• Yes, listed under "Health Services". There is a verbal and written overview of dental services and how to access dental care via the dental sick call system, using effective communication, given at the time of Intake?<br>• Observed the registered nurse, during the intake process, advising the patient of the sick call system.<br><br>A.4.3<br>• The latest update to the Incarcerated Persons Orientation Manual has occurred and the Manual is on the tablet.<br>• There is a mention in the Manual that they will post any new changes to the Orientation Manual on bulletin boards, in the housing and on the tablet. | A.4.1<br>• Add the following update in the next revision of the Incarcerated Person Orientation Manual:<br>Per the Implementation Plan (IP), patients can request oral hygiene instruction through the dental sick call system, "Inmates are given toothbrushes and can receive instruction in proper brushing technique from the medical staff upon request." [Wellpath IP, p. 99].<br><br>A.4.2, A.4.3<br>• No other recommendations at this time.<br><br>A.4.5<br>• Amend the LOP to reflect the following:<br>The referral from Chronic Care was agreed to be within 90 days of the referral, not after any emergent/urgent conditions are resolved. Any emergent/urgent conditions are to be resolved during this 90 day referral period.<br><br>• The Chief Dental Officer is well positioned to lead the development of a targeted physician training program to support appropriate dental referrals during Chronic Care visits; however, such training has not yet been developed or delivered. Early identification of dental conditions by non-dental providers can significantly improve patient outcomes. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dental Assistant, CDO and/or Custody Captain:<br>(The 06/28/23 updated booklet and digital version were provided.)<br><br>Request to see what updates are planned to the Incarcerated Person Orientation Manual.<br>(The Chronic Care LOP as promised during the previous audit was not submitted, nor completed by the Operations Specialist nor the new Custody Captain).<br><br>Request to review the forms and/or tablets the patients are using to request care.<br>(During the previous audit, the then Custody Captain promised an LOP for Chronic Care process rather than placing the dental Chronic Care availability in the Manual, regarding dental screenings and referrals to dental. The Operations Specialist to contact IT and update the Chronic Care forms with a place for a Dental Referral in the form itself). |
| A.4 2 | System | Inmate Handbook Overview | Is there a verbal and written overview of dental services and how to access dental care via the dental sick call system, using effective communication, given at the time of Intake? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| A.4 3 | System | Inmate Handbook Overview | Is there a separate sheet given to the /P with the Inmate Orientation Handbook highlighting any dental updates/changes until the new handbook is published? | 0 | 0 | 0 | 0 | 1 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.4.4 | System | Inmate Handbook Specifics | Does it state when dental examinations, treatment and other dental services are available inside the facility? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | A.4.4<br>• This section is currently listed in the Health Services section of the Manual. It states when dental examinations, treatment and other dental services are available inside the facility<br><br>A.4.5<br>• The Wellpath Monterey County Jail Dental Clinic Policies & Procedures, DEN – Monterey Access To Care – Routine Care has not been corrected:<br>• The P & P incorrectly states, "Chronic care patients are seen within 90 days after any emergent/urgent conditions are resolved."<br>• The referral from Chronic Care was agreed to be within 90 days of the referral, not after any emergent/urgent conditions are resolved. The emergent/urgent conditions are to be resolved during this time period and should not affect the 90 day referral period for the Periodontal Disease Program.<br>• There is no documented evidence that the Dentist or Chief Dental Officer has developed or delivered training to physicians to equip them with the foundational knowledge to recognize signs and symptoms of common and potentially serious dental conditions, or to determine when referral to dental services is warranted for both acute and routine care.<br><br>A.4.6<br>• Yes, it states that I/Ps incarcerated for 12 months or more can receive a comprehensive dental examination and eligible treatment. The eligible treatment is included in the handbook, in the 10/08/24 revision.<br><br>A.4.7<br>• Yes, it states that every patient no matter the length of incarceration is eligible for a "Periodontal Screening" as part of the Periodontal Disease Program. This is included in the 10/08/24 revision. There are no internal self-audits to verify the inclusion of the Implementation Plan language in the Incarcerated Person Orientation Manual remains active.<br><br>A.4.8<br>• Yes, it states that patients refusing dental care, can reinstate care by placing a new dental sick call request and this is included in the 10/08/24 revision. | • A core training module should equip physicians with the foundational knowledge to recognize signs and symptoms of common and serious dental conditions, and to determine when referral to dental services is warranted for both acute and routine care.<br><br>A.4.6, A.4.7, A.4.8<br>• No additional recommendations at this time. | |
| A.4 5 | System | Inmate Handbook Specifics | Does it state that those /Ps with chronic care diseases (HIV, Seizures, Diabetes, Pregnancy, patients on more than 4 psych meds or special needs) are eligible for comprehensive care within 90 days of their referral to dental from the physician's chronic care appointment? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| A.4 6 | System | Inmate Handbook Specifics | Does it state that I/Ps incarcerated for 12 months or more can receive a comprehensive dental examination and eligible treatment? Is the eligible treatment included in the handbook? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| A.4.7 | System | Inmate Handbook Specifics | Does it state that every patient no matter the length of incarceration is eligible for a "Periodontal Screening" as part of the Periodontal Disease Program? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| A.4 8 | System | Inmate Handbook Specifics | Does it state that patients refusing dental care, can reinstate care by placing a new dental sick call request? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 7 | 6 | 0.5 | 0 | NA:1 DF:0 NM:0 | 92 9% | Y | 0 | 2 | | | | |
| A.5 | | Access to Care Audit Tool Data - Intake Form | | | | | | | | | | | | | | |
| A 5.1 | System | Intake Form | Does the dental section of the Intake Form address the necessary dental criteria for patients at Intake? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings .... Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Information regarding access to health care services shall be communicated verbally and in writing to inmates upon their arrival at the facility. (Wellpath IP, p. 23).<br><br>If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99) | A.5.1<br>• Intake Form Design Deficiencies: The Intake form has not been updated to include a full denture option under "Denture(s) type." As a result, dental and custody staff cannot accurately determine eligibility for denture adhesive through the Forms Question Report. Eligibility should be based on the presence of full and/or partial dentures.<br>• "Missing teeth" and "broken teeth" are combined rather than captured as separate categories, limiting the accuracy and usefulness of collected data.<br>• Documentation Gaps: The dental condition/problem is not consistently documented on the Intake form, limiting the ability to substantiate referral priority.<br>• Information recorded in the task does not always align with the Intake form; both sources should contain consistent and identical documentation.<br>• Referral Priority and Scheduling Inconsistencies: In some cases, the Priority Level is changed from a Priority 1 on the Intake form to a Priority 2 in the task, which impacts the patient's access to care as well as scheduling timelines and care.<br><br>A.5.2, A.5.3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>From the initial chart review many of the same deficiences remain unresolved and documentation remains inconsistent between the Intake form and the referral task.<br>• Not all Priority Dental Level 1 conditions for an urgent/emergent conditions are identified correctly and/or are scheduled for the next dental day.<br>• The intake form and referral task should consistently reflect the same information. There remains a significant variation in how the RNs respond to the intake questions and how they provide descriptive information. This lack of standardization can lead to incomplete or unclear documentation, impacting the accuracy of the dental assessments and follow-up care.<br>• "Missing/Broken teeth" continue to be in one category within the Intake form and should be separated for clarity. Missing teeth may not always be an indicator of a referral to dental however, visibly evident decayed/broken teeth are an indicator for a referral to dental.<br>• The intake form does not provide a space to capture information regarding medications prescribed for dental issues prior to Intake. Including this information would support continuity of care and ensure that dental needs are identified and addressed promptly upon arrival.<br>• The nurses continue to lack the consistent use of the pain scale in the description of the patient's dental problem(s) on the intake form. There is a lack of consistent description, history, location and pain scale of the dental condition(s) found during the intake screening.<br>• The intake form indicates no dental concerns and no referral, while a separate referral task is simultaneously created with dental issues listed. The form may initiate a dental referral but the description is not present on the form, but is listed on the task.<br>• Duplicate tasks negatively impact care statistics, increase staff workload, and cause confusion, as one of the tasks is typically deleted and recorded as cancelled by staff. | A.5.1<br>Intake Form Enhancements:<br>• Update the Intake form to include "Full" as a selectable option under Denture(s) Type.<br>• Enable selection of combined denture configurations (e g., full upper denture with lower partial denture) to improve accuracy in the patient records.<br>• Revise the Forms Question Report to incorporate and reflect the Full Denture option, ensuring accurate determination of denture adhesive eligibility.<br><br>Documentation Standards:<br>• Require the consistent description in the intake form of the dental condition, location, relevant history, pain scale and other pertinent clinical details of any identified dental condition found at the time of screening.<br>• Implement staff training to ensure consistent and thorough documentation is entered in the intake form and task, to support the appropriate findings and referral.<br><br>Referral and Priority Alignment:<br>• Reinforce proper assignment of the Dental Priority Levels at the time of the referral, ensuring Emergent/Urgent cases are designated as Priority 1 and Routine cases are designated as Priority 2.<br>• Ensure scheduling is consistently aligned with the assigned Priority Level to support timely and appropriate subsequent patient care.<br>• All RNs must at a minimum include the description of the dental condition, history of the chief complaint, duration of the problem, location and pain scale. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request a review of the Intake Form and what is available for query in the Forms Question Report and Forms Report.<br><br>Request the LOP for the Dental Intake process and referral to Dental with a Priority 1 or Priority 2 dental condition.<br><br>Request the list of Referrals to Dental from Intake for Emergent (Today), Urgent (Tomorrow), Routine (5+ days) and compare with the other search parameters for consistent data.<br><br>Other search parameters:<br>CorEMR - Reports - Tasks - Place Scheduled Start and End Dates - Category: Dental Sick Call - Status: Completed - Priority: 1 - Generate - Search for word "Intake"<br><br>CorEMR - Reports - Form Question Report<br>Form: Receiving Screening Monterey County. Enter date range.<br>Version: Use the latest one, if no results, try the one before, if no results, the one before that<br>Question: "Dental: *If any box is marked, a Task will automatically generate for the indicated timing"<br>Select a value: Emergent (Today), Urgent (Tomorrow), press Generate |
| A 5 2 | Chart Audit | Intake Form | Is the dental section of the Intake Form completely filled out at the time of Intake. | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 5 3 | Chart Audit | Intake Form | Is a dental referral box checked and the referral from Intake to dental completed when appropriate? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:24 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.6 | | Access to Care Audit Tool Data - Intake - Urgent/Emergent Dental Level 1 | | | | | | | | | | | | | | |
| A 6.1 | Chart Audit | Intake – DL1 Scheduled Within Parameters | Of the Urgent/Emergent DL1 patients referred to dental from Intake, were they scheduled within the DL1 parameters? (Next dental day). | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20) | A.6.1, A.6.2, A 6 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• From the initial chart review, not all information documented in the dental section of the Intake form matches the details entered in the referral task, leading to inconsistencies in patient records and communication.<br><br>• The pain scale is not always included on the dental screening portion of the intake form and referral task.<br><br>A.6.4<br>• The submitted Monterey Compliance Report, per the Dental CAP, continues to have several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br><br>• There is a Form Question Report for pulling Urgent/Emergent as well as Routine referrals to dental however if a task is created outside of the referral from the Intake form then it cannot be seen pulling using the Form Question Report.<br><br>• Referral Priority Integrity Issues. There are instances where referrals initially assigned as Priority 1 by nursing staff are subsequently downgraded to Priority 2. This practice compromises referral compliance and may delay timely dental care, potentially impacting patient care for conditions requiring urgent attention. | A.6.4<br>Reporting and Compliance Monitoring:<br>• Update the Monterey Compliance Report to calculate and display overall compliance, including aggregated compliance rates for Dental Level 1 (DL1) and Dental Level 2 (DL2) patients referred from Intake.<br><br>• Align Intake and referral data with CorEMR reporting functionality to ensure accurate tracking and measurement of overall compliance.<br><br>Referral Tracking and Workflow Standardization:<br>• Standardize workflows to ensure referrals are initiated and tracked through the Intake form rather than through separate, unlinked tasks.<br><br>Priority Assignment and Scheduling:<br>• Reinforce correct assignment of Dental Priority Levels at the time of the referral. Ensure scheduling is consistently aligned with the assigned Priority Level to support timely access to care and compliance with required timeframes.<br>Priority Dental Level 1 – Emergent – schedule same day<br>Priority Dental Level 1 – Urgent – schedule next dental day<br>Priority Dental Level 2 – Routine – schedule within 14 calendar days.<br><br>Training and Clinical Alignment:<br>• Provide targeted training to nursing staff on appropriate assignment of dental priority levels to ensure consistency and accuracy. Where discrepancies arise between nursing and dental prioritization, implement additional or individualized documented training to address gaps and promote alignment in clinical decision-making. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the list of Referrals to Dental for Intake - Emergent (Today), Urgent (Tomorrow).<br><br>Other search parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 1 - Search for word "Intake".<br><br>CorEMR - Reports - Form Question Report<br>Form: Receiving Screening Monterey County. Enter date range.<br>Version: Use the latest one, if no results, try the one before, if no results, the one before that<br>Question: Dental: *If any box is marked, a Task will automatically generate for the indicated timing"<br>Select a value: Emergent (Today), Urgent (Tomorrow), press Generate |
| A 6 2 | Chart Audit | Intake – DL1 Correctly assigned the DL1 | Of the Urgent/Emergent DL1 patients above, were they correctly assigned the DL1 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 6 3 | Chart Audit | Intake – DL1 Seen in Dental as Scheduled | Of the Urgent/Emergent DL1 patients above, were they seen as scheduled in Dental? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 6.4 | System | Total Intake Compliance DL1 | Of the overall Urgent/Emergent DL1 patients referred to Dental from Intake, what percentage were scheduled within DL1 parameters? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:36 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.7 | | Access to Care Audit Tool Data - Intake - Routine Dental Level 2 | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.7.1 | Chart Audit | Intake – DL2 Scheduled Within Parameters | Of the Routine (DL2) patient referred to Dental from Intake, were they scheduled within the DL 2 parameters? (14 calendar days). | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20) | A.7.1, A.7.2, A.7 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• From the initial chart review, there is a regular lack of documentation of the dental problem, description, history, location, and pain scale in the intake form and subsequently in the referral task. The intake form and the task should identify the identical dental problems.<br><br>A.7.4<br>• The submitted Monterey Compliance Report, per the Dental CAP to measure compliance, continues to have several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br><br>• There is a Form Question Report for pulling Urgent/Emergent as well as Routine referrals to dental however, if a task is created outside of the referral from the Intake form, then it cannot be tracked using the Form Question Report.<br><br>• Referral Priority Integrity Issues. There are instances where referrals initially assigned as a Priority 1 by nursing staff are subsequently downgraded to Priority 2. This practice compromises referral compliance and may delay timely dental intervention, potentially impacting patient care for conditions requiring urgent attention. | A.7.4<br>Reporting and Compliance Monitoring:<br>• Update the Monterey Compliance Report to reflect overall compliance, including aggregated DL1 and DL2 referrals from Intake. Align Intake and referral data with CorEMR to ensure accurate compliance tracking.<br><br>Referral Tracking and Workflow Standardization:<br>• Standardize workflows to ensure referrals are initiated and tracked through the Intake form rather than through separate, unlinked tasks.<br><br>Priority Assignment and Scheduling.<br>• Schedule patients in accordance with assigned priority by ensuring the correct designatino of the Priority Dental Level at referral:<br>Priority Dental Level 1 – Emergent – schedule same day<br>Priority Dental Level 1 – Urgent – schedule next dental day<br>Priority Dental Level 2 – Routine – schedule within 14 calendar days.<br><br>Training and Alignment<br>• Provide targeted training to ensure consistent referral practices and priority assignment. Address discrepancies between nursing and dental prioritization through documented additional or individualized training.<br>• Update the Monterey Compliance report such that overall compliance is determined. For example, it should be able to identify the overall compliance of DL2 patients referred to Dental from Intake.<br><br>• Please provide training to the nursing staff to fill out the intake form completely so that it has the same description, history, duration, location and pain scale as the task used to schedule the patient to dental. The form and the task must both state the same information and the same priority level for consistency in communication.<br>• If the Dentists disagree with the designation, contact the DON, then provide additional and/or individual training for the nurses.<br>• The RN is not to complete a Dental Sick Call no matter the reason, as this is outside the scope of their license. Provide documented one on one training. Only a dentist is to mark a dental sick call complete.<br>• Use the monthly Dental Subcommittee meetings to facilitate integrative care discussions among medical, mental health, and dental teams. This collaborative approach will help improve the quality and continuity of care for incarcerated individuals at MCJ. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the list of Referrals to Dental for Intake - Routine (5+Days)<br><br>Other search parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 2 - Search for word "Intake".<br><br>Other search parameter:<br>CorEMR - Reports - Form Question Report<br>Form: Receiving Screening Monterey County<br>Version: The latest one, if no results, the one before, if no results, the one before<br>Question: Dental: *If any box is marked, a Task will automatically generate for the indicated timing.<br>Select a value: Routine, press Generate |
| A.7 2 | Chart Audit | Intake – DL2 Correctly assigned the DL2 | Of the Routine (DL2) patient above, were they correctly assigned the DL2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.7 3 | Chart Audit | Intake – DL2 Seen in Dental as Scheduled | Of the Routine (DL2) patient above, were they seen in Dental as scheduled? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.7.4 | System | Total Intake Compliance DL2 | Of the overall Routine DL2 patients referred to Dental from Intake, what percentage were scheduled within DL2 parameters? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | **TOTAL** | 1 | 0 | 0.5 | 0 | NA 0 DF:36 NM:0 | 50 0% | N | 0 | 1 | | | | |
| **A.8** | | **Access to Care Audit Tool Data - 14-Day Exam (Health Appraisal) Form** | | | | | | | | | | | | | | |
| A 8.1 | Chart Audit | 14-Day Exam (Health Appraisal) Form | Is the dental section of the Health Inventory & Communicable Disease Screening (also known as 14-Day Exam, Health Appraisal, Initial Health History and Physical Dental Screening) filled in and the form completed within 14 calendar days of booking? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | A complete gender specific health history inventory and communicable disease screening shall be completed on all inmates within 14 days of arrival at the facility by a Registered Nurse who has completed appropriate training that is approved or provided by the responsible physician. (Wellpath IP, p. 32)<br><br>A qualified health care professional who has been trained by the dentist shall ... perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. (Wellpath P, p. 98).<br><br>At the time of the health inventory, examination includes notation of the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, recent trauma, difficulty swallowing, chewing or other functional impairment. (Wellpath IP, p. 98).<br><br>All screening findings will be documented on the health inventory form including the odontogram. (Wellpath IP, p. 98).<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98). | A.8.1, A.8.2, A 8 3, A.8.4<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• From the initial chart reviews, and as in the previous reports, the 14-Day Exam form, the Initial Health History & Physical Exam Dental Screening form, does not automatically create a task when the referral box to dental is checked. The RN is not trained to create a task for referring the patient to dental, then the patient is not transferred and his/her pain or dental complaint is not address. This is in opposition to the Implementation Plan.<br><br>• Wellpath has not completed the update in CorEMR to merge the two medical and dental 14-Day Exam/Health Assessment forms. Without doing so, there is a change that a patient will not be scheduled for their mandated care.<br><br>• Not all patients who was screened to receive a dental referral, and whose box is checked on the dental screening form, is referred as a task was not always created nor scheduled within the priority assignment identified on the form. This is a barrier to access to dental care.<br><br>• Being unaware of a problem is still a problem. Being aware of the problem and not doing anything about the problem is observed neglect.<br><br>• There is an odontogram on the Initial Health History & Physical Exam Dental Screening form, but it is not fillable.<br>Per the Wellpath P, page 98, "All screening findings will be documented on the health inventory form including the odontogram".<br><br>• The dental form is not always consistently filled out. Rarely is a pain scale included in the form. The description, history, location, pain scale at a minimum is not always placed on the dental form when a dental condition is identified on the form, nor is the same information on the task. | • Per the Implementation Plan, perform the 14-Day Exam on all /Ps still incarcerated within 14 days of their booking. For those I/Ps who are still at the Jail and who did not receive a dental evaluation during this period, schedule the I/Ps to receive the 14-Day Exam screening as soon as possible.<br><br>• As the referral is not automatically generated, CREATE the task for the dental referral, SCHEDULE the referral within the assigned priority DL1 and DL2 timeframes and SEE the patient as scheduled.<br><br>• Continue to perform the 14-Day Exam using both the Initial Health History & Physical Exam Dental Screening form in conjunction with the Initial Health History & Physical Exam (NCCHC) form.<br><br>• From the two forms, AMEND AND MERGE the medical and dental two forms into one form in CorEMR.<br><br>• Review the CQIs and determine where any breakdown to access to care is located and resolve it. Any findings are to be listed in the monthly Dental Subcommittee meeting where they are to have a running action list and status of unresolved dental issues, of which this 14-Day Exam is one of them.<br><br>• Self-governance is to benefit the patients receiving care at MCJ. Understand and identify issues using P & Ps, LOPs and statistics to identify any barriers to access to dental care.<br><br>• Provide a fillable odontogram per the mandates of the Implementation Plan on page 98.<br><br>• Provide documented additional nurse training. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the 14-Day Exam Health Assessment form and the 14-Day Exam Dental Screening Form and review content.<br><br>Request the LOP for the Dental 14-Day Exam dental screening process and referral to Dental with a Priority 1 or Priority 2 dental condition.<br><br>Request the list of Referrals to Dental from the 14-Day Exams - Emergent (Today), Urgent (Tomorrow), Routine (5+ Days) and review for consistent data from the other search parameters.<br><br>Other search parameter:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 1 - Search for word "Intake".<br><br>CorEMR - Reports - Form Question Report<br>Form: Initial Health History & Physical Exam Dental Screening.<br>Also use the Initial Health History & Physical Exam.<br>Enter date range<br>Version: Use the latest one, if no results, try the one before, if no results, the one before that<br>Question: Dental: *If any box is marked, a Task will automatically generate for the indicated timing<br>Select a value: Emergent (Today), Urgent (Tomorrow), press Generate |
| A 8 2 | Chart Audit | 14-Day Exam (Health Appraisal) Form | Per the Wellpath IP A & A.2., is the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and /or other functional impairment noted in the Dental Section of the form? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 8 3 | Chart Audit | 14-Day Exam (Health Appraisal) Form | Is the Odontogram completely filled out? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 8.4 | Chart Audit | 14-Day Exam (Health Appraisal) Form | If a referral is appropriate, is the "Dental Sick Call" box checked on the 14-Day Exam form? Is the referral to dental completed and scheduled per the Dental Level assignment? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | **TOTAL** | 0 | 0 | 0 | 0 | NA:4 DF:44 NM:0 | NA,DF | DF | 0 | 0 | | | | |
| **A.9** | | **Access to Care Audit Tool Data - 14-Day Exam - Urgent/Emergent Dental Level 1** | | | | | | | | | | | | | | |
| A 9.1 | Chart Audit | 14-Day Exam – DL1 Scheduled Within Parameters | Of the Urgent/Emergent DL1 patients referred to dental from the 14-Day Exam (Health Appraisal), were they scheduled within the DL1 parameters? (Next dental day). | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath P, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath P, p. 20) | A.9.1, A.9.2, A 9 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>A.9.4<br><br>• The Monterey Compliance Report (MCR), per the Dental CAP to measure compliance, cannot be used as the data is not aligned with the data from CorEMR. Due to continued inconsistencies with CorEMR's reporting data, this form is not usable at this time. Continue to have CorEMR IT personnel work on the MCR so that it can address the issue of overall compliance.<br><br>• From the initial chart reviews, there are referral Priority Designation Integrity Issues. There are instances where referrals initially assigned as Priority 1 by nursing staff are subsequently downgraded to Priority 2. This practice compromises the referral compliance and may delay timely dental care for the patient, potentially impacting patient health for conditions requiring urgent attention.<br><br>• The 14-Day Exam dental screening form does not automatically create a task, therefore, patients referrals to dental are not always scheduled and seen in dental for their 14-Day Exam referral, and subsequent treatment. This is still an area of noncompliance with possible harm to the patient if their identified dental health care needs are not met.<br>Wellpath P, p. 98, "...All screening findings will be documented on the health inventory form including the odontogram. Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation."<br><br>• Inconsistent documentation and inconsistent RN findings documented on the form and task, especially when assigning the dental level, priority designation and placing a pain scale on the form and task. | A.9.4<br>System and Reporting Enhancements:<br>• Update CorEMR to report on emergent, urgent, and routine dental referrals originating from the 14-Day Exam.<br><br>• Configure the Initial Health History & Physical Exam Dental Screening form to automatically generate a Task based on the assigned dental Priority Level.<br><br>• If a Task is not automatically generated, require staff to notify IT and avoid creating duplicate or unlinked tasks.<br><br>Referral Tracking and Workflow Compliance:<br>• Standardize workflows to ensure referrals are generated through the form and tracked consistently.<br><br>Priority Assignment and Scheduling:<br>• Ensure accurate designation and scheduling of Priority Levels at the time of the referral:<br>Priority Dental Level 1 – Emergent – schedule same day<br>Priority Dental Level 1 – Urgent – schedule next dental day<br>Priority Dental Level 2 – Routine – schedule within 14 calendar days. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the list of Referrals to Dental from the 14-Day Exam Health Assessment and the 14-Day Exam Dental Screening for - Emergent (Today), Urgent (Tomorrow) Referrals to Dental:<br><br>Other search parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 1 - Search for word "Health Appraisal, Health Assessment".<br><br>CorEMR - Reports - Form Question Report<br>Form: Initial Health History & Physical Exam Dental Screening.<br>Also use the Initial Health History & Physical Exam. Enter date range.<br>Version: Use the latest one, if no results, try the one before, if no results, the one before that<br>Question: Dental: *If any box is marked, a Task will automatically generate for the indicated timing<br>Select a value: Emergent (Today), Urgent (Tomorrow), press Generate |
| A 9 2 | Chart Audit | 14-Day Exam – DL1 Correctly assigned the DL1 | Of the Urgent/Emergent DL1 patients above, were they correctly assigned the DL1 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 9 3 | Chart Audit | 14-Day Exam – DL1 Seen in Dental as Scheduled | Of the Urgent/Emergent DL1 patients above, were they seen in Dental as scheduled? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A 9.4 | System | Total 14-Day Exam Compliance DL1 | Of the overall Urgent/Emergent DL1 patients referred to Dental from the 14-Day Exam, what percentage were scheduled within DL1 parameters? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | **TOTAL** | 1 | 0 | 0.5 | 0 | NA 3 DF:33 NM:0 | 50 0% | N | 0 | 1 | | | | |
| **A.10** | | **Access to Care Audit Tool Data - 14-Day Exam - Routine Dental Level 2** | | | | | | | | | | | | | | |
| A.10.1 | Chart Audit | 14-Day Exam – DL2 Scheduled Within Parameters | Of the Routine DL2 patients referred to Dental from the 14-Day Exam, were they scheduled within the DL 2 parameters? (14 calendar days). | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath P, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment | See A.9 for additional information.<br><br>A.10.1, A.10.2, A.10 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>A.10.4 | See A.8 and A 9 above for additional information.<br><br>A.10.4<br>System and Reporting Enhancements:<br>• Update CorEMR to report on emergent, urgent, and routine dental referrals originating from the 14-Day Exam. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the list of Referrals to Dental from the 14-Day Exam Health Assessment and the 14-Day Exam Dental Screening for - Routine Referrals to Dental. |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.10.2 | Chart Audit | 14-Day Exam – DL2 Correctly assigned the DL2 | Of the Routine DL2 patients above, were they correctly assigned the DL2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20) | • The submitted Monterey Compliance Report, is not accurate and does not align with CorEMR's data production. Therefore, the MCR is not usable at this time and is not following the Dental CAP<br><br>• The 14-Day Exam dental screening form does not automatically create a task, therefore most of the referrals are not seen in dental for the 14-Day Exam referral, and subsequent treatment.<br><br>• From the inital chart reviews, not all of the patients referred to dental received a task nor where scheduled according to the priority level identified on the dental screening form. Therefore, the referral from the Health Appraisal was not always made, a task not always created, nor the patient scheduled in dental. This is a failure of following the mandates of the Implementation Plan and a potential harm to patients. | • Configure the Initial Health History & Physical Exam Dental Screening form to automatically generate a Task based on the assigned dental Priority Level.<br><br>• If a Task is not automatically generated, require staff to notify IT and avoid creating duplicate or unlinked tasks.<br><br>Referral Tracking and Workflow Compliance:<br>• Standardize workflows to ensure referrals are generated through the form and tracked consistently.<br><br>Priority Assignment and Scheduling:<br>• Provide documented nurse training to ensure accurate designation and scheduling of Priority Levels at the time of the referral:<br>Priority Dental Level 1 – Emergent – schedule same day<br>Priority Dental Level 1 – Urgent – schedule next dental day<br>Priority Dental Level 2 – Routine – schedule within 14 calendar days.<br><br>• Training is needed for nursing staff, and reinforced by dentist, such that instances of pain, toothache, hurt, hurting, abscess, bleeding or swollen gums and so forth receive a pain scale with the description, history, location, and duration of the dental chief complaint. | Other search parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 2 - Search for word "Health Appraisal, Health Assessment".<br><br>Other search parameter:<br>CorEMR - Reports - Form Question Report<br>Form: Initial Health History & Physical Exam Dental Screening. Also use the Initial Health History & Physical Exam. Enter date range.<br>Version: Use the latest one, if no results, try the one before, if no results, the one before that<br>Question: Dental: *If any box is marked, a Task will automatically generate for the indicated timing<br>Select a value: Routine, press Generate. |
| A.10.3 | Chart Audit | 14-Day Exam – DL2 Seen in Dental as Scheduled | Of the Routine DL2 patients above, were they seen in Dental as scheduled? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.10.4 | System | Total 14-Day Exam Compliance DL2 | Of the overall Routine DL2 patients referred to Dental from the 14-Day Exam, what percentage were scheduled within DL2 parameters? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:36 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.11 | | Access to Care Audit Tool Data - Dental Sick Call Requests | | | | | | | | | | | | | | |
| A.11.1 | System | Inmate Sick Call Requests (ViaPath) | Is the inmate dental request clearly categorized in ViaPath (formerly Intelmate) as a dental sick call request or is it under medical or mental health inmate request? If under medical and/or mental health, was the dental aspect of the request seen within 24 hours? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, page 101).<br><br>If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20) | A.11.1<br>• Smart Communications is the newest system utilized by MCJ to manage dental sick call requests and grievances. In the files provided by Wellpath, there is limited identification of the dental request being always segregated into a dental category versus a medical or mental health request for health care services. A dental-specific dropdown menu existed previously and it does not appear to always be used to identify a dental sick call request. There is a specific ID created for each health care request. Also, if a request for dental care is made within a medical request, then Smart Communication does not automatically separate the requests.<br>• Although a reference D is attached to each incarcerated person requests for dental care for a specific issue requested in Smart Communication, CorEMR does not have the integration with the Smart Communication software and therefore, there currently is no way to track and automatically generate a report to confirm that the patient who submitted a dental sick call request is screened by the RN, an audit trail with the completion of the Nurse Sick Call and referral to dental is seen by the dentist within timeframe.<br>• There is no specific LOP for the mandate that:<br>"All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. [Wellpath's P, p. 101].<br>• In the absence of a dental specific dropdown menu, or when a dental request is bundled within a medical or mental health request and dental service requests are not readily available, dental requests must be identified through keyword search within the file. This heuristic approach introduces a risk of incomplete capture, as misspellings or variations in terminology may result in dental requests not being identified or addressed. This is noncompliance with the mandates of the Implementation Plan.<br><br>A.11.2<br>• There is no established Policy and Procedure, including a Local Operating Procedure (LOP), to track dental sick call requests. Per the Implementation Plan, patients submitting dental sick call requests are to be evaluated by nursing within one day of the request and scheduled with a dental provider per the assigned dental priority.<br>• In the absence of a formalized tracking process, a score of noncompliance with the requirements of the Implementation Plan and Settlement Agreement as it relates to the dental sick call requests cannot be reliably monitored nor ensured for self-governance.<br><br>A.11.3<br>• There is a system integration and tracking deficiency. Although Smart Communication assigns a Case ID to each incarcerated person's request for dental services, this identifier is not integrated into CorEMR. As a result, dental requests cannot be systematically tracked from initial submission of the dental problem, through to the completion of the nurse sick call, and referral for dental triage, with subsequent diagnosis and treatment.<br>• The lack of intergration between Smart Communication and CorEMR, and the absence of Case ID utilization within CorEMR, limits end-to-end visibility and accountability for dental sick call and dental care requests.<br><br>A.11.4<br>• See Table 8 in the Statistics tab of this spreadsheet.<br>• Not all Dental Sick Call Requests are address, triaged, and scheduled with dental, per Wellpath's P on p. 101. There is a documentation and access limitation to assess that all Dental Sick Call Requests are addressed, triaged and scheduled.<br>• A minimal number of incarcerated persons' dental requests are scanned into CorEMR, limiting the ability to verify when requests are submitted, without direct access to Smart Communication (formerly ViaPath/Intelmate).<br>• This Monitor does not have access to Smart Communication nor was not granted onsite or offsite access. While Smart Communication logs the receipt of requests and the RN's response with a timestamp, there is no documented evidence in CorEMR of when the RN sees and evaluates the patient, completes the Nurse Sick Call within one day of the patient's request for dental care. In the absence of documented evaluation timestamps in CorEMR, compliance with this requirement cannot be validated.<br><br>A.11.5<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• There is a difference between when the request is "read" by the RN vs when the patient is actually "seen" face to face for a Nurse Sick Call. Although the patient's request is generally "read" timely, the patient is rarely "seen" within the one day of the request requirement as mandated in the Implementation Plan. Therefore, there is a lack of a completed and timely Nurse Sick Call task, for each request for dental car which removes an important aspect of the audit trail and the ability to determine compliance without having to refer to a different system.<br><br>• The lack of consistent documentation in the Nurse Sick Call's referral task and in the NSC notes, which should include at a minimum the chief complaint, description and history of the condition/problem, location, and pain scale, is not always included in the Nurse Sick Call notes or in the task created to refer and schedule the patient to dental.<br><br>• Once the Nurse has screened the patient for the Dental Sick Call request during the Nurse Sick Call, the nurse is to assign a Priority Dental Level 1 for Emergent/Urgent conditions and schedule the patient on the next dental day. Or, if a Routine dental condition is screened, then the RN is to assign a Priority Dental Level of 2 and the patient is to be scheduled within 14 calendar days to see the Dentist. The patient is not always scheduled for the next dental day for emergent and urgent dental conditions nor within 14 calendars days for routine referrals.<br><br>• The actual incarcerated person's complaint/request for dental care is not routinely scanned into the document section of CorEMR. Therefore, the timeframe from the request to the completion of the Nurse Sick Call cannot be verified within the patient's chart. Without this documentation, there is no substantiation of compliance without looking at the Smart Communication file. Part of the dental program's ability to show self-governance is to evaluate this provision and provide a system and audit trail to meet the requirements for compliance. | A.11.1<br>• Reinstate and standardize the use of a dental-specific dropdown menu within the system to ensure consistent and accurate identification of dental sick call requests.<br>• Configure reporting to rely on structured data fields (e.g., dropdown selections) rather than keyword searches to improve reliability and completeness.<br>• Where keyword searches remain necessary, expand search parameters to include common variations and misspellings; however, this should be considered a secondary control rather than a primary method of identification.<br><br>A.11.2<br>• Develop and implement a Policy and Procedure, including an LOP, to standardize the tracking and management of dental sick call requests.<br>• Establish a defined workflow to ensure all dental sick call requests are triaged and seen by nursing within one day of submission, and appropriately referred and scheduled with a dental provider.<br>• Implement a tracking mechanism within the system to monitor timeliness and completion of dental sick call requests, to support ongoing compliance reporting.<br>• Train staff on the established process to ensure consistent adherence and accountability.<br><br>A.11.3<br>• Establish a standardized process to capture and document the Smart Communication Case D within CorEMR to enable tracking across the continuum of care.<br>• Explore system integration or interfacing solutions between Smart Communication and CorEMR to support automated data exchange and reduce manual tracking gaps.<br>• Implement a tracking workflow within CorEMR to link dental requests from initial submission through nursing evaluation, dental triage, diagnosis, and treatment.<br>• Train staff on consistent documentation and use of Case Ds to ensure continuity, traceability, and compliance monitoring.<br><br>A.11.4<br>• Require all dental sick call requests to be documented or scanned into CorEMR to establish a verifiable record of request submission.<br>• Implement a standardized documentation requirement in CorEMR to record the date and time the RN's saw and screened the patients for all dental complaints, not just when the RN read the dental sick call request.<br>• Establish system or process integration, or provide monitor access to Smart Communication, to enable end-to-end verification of request receipt, response, and clinical screening and referral and scheduling to dental using appropriate priority dental levels.<br>• Align documentation practices with Implementation Plan requirements to ensure compliance can be consistently monitored and validated.<br>• Train staff on documentation expectations to ensure timely and complete recording of all required data points.<br><br>Priority Dental Level 1 – Emergent – schedule same day<br>Priority Dental Level 1 – Urgent – schedule next dental day<br>Priority Dental Level 2 – Routine – schedule within 14 calendar days. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the file of inmate requests for dental care from ViaPath (formerly Intelmate).<br><br>Request the LOP for the Dental Sick Call process and referral to Dental with a Priority 1 or Priority 2 dental condition.<br><br>Other search parameter:<br>CorEMR - Documents - Search for scanned Inmate Requests for Dental Care. Review when the patient submitted the request. Assess for compliance from RN seeing the patient no later than 24 hours from the date of the request. Wellpath IP.<br><br>CorEMR - Reports - Form Question Report<br>Form: Initial Health History & Physical Exam Dental Screening. Also use the Initial Health History & Physical Exam. Enter date range.<br>Version: Use the latest one, if no results, try the one before, if no results, the one before that<br>Question: Dental: *If any box is marked, a Task will automatically generate for the indicated timing<br>Select a value: Routine, press Generate. |
| A.11.2 | System | Inmate Sick Call Requests (ViaPath) | Is there a report, a methodology and a policy and procedure to track all inmate requests for dental, even if they are within medical or mental health categories, through to be seen in dental? | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | | | | |
| A.11.3 | System | Inmate Sick Call Requests (ViaPath) | Is there a system to track and match the inmate requests to the nurse sick calls to the dental clinic triage and treatment? | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | | | | |
| A.11.4 | System | Inmate Sick Call Requests (ViaPath) | What is the overall percentage of Inmate Dental Sick Call Requests seen within 24 hours? 100% required. | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | | | | |
| A.11.5 | Chart Audit | Inmate Sick Call Requests (ViaPath) | Is the patient seen by a RN, MD, PA, NP within 24 hours of the dental inmate request, reported by the incarcerated patient in ViaPath, formerly Intelmate? Is the Inmate Dental Sick Call request scanned into CorEMR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | 4 | 0 | 0.5 | 3 | NA 0 DF:12 NM:0 | 12 5% | N | 0 | 4 | | | | |
| A.12 | | Access to Care Audit Tool Data - Dental Sick Call - Urgent/Emergent DL1 | | | | | | | | | | | | | | |
| A.12.1 | Chart Audit | Sick Call – DL1 Scheduled Within Parameters | Of the Urgent/Emergent DL1 patient referred to dental from Dental Sick Call, were they scheduled within the DL1 parameters? (Next dental day). | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, page 101).<br><br>If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98)<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20) | A.12.1, A.12.2, A.12 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>A.12.4<br>The submitted Monterey Compliance Report, per the Dental CAP, was to measure compliance. t continues to have several inconsistencies not matching with the data within CorEMR's reporting, and therefore, does not address the issue of compliance overall, which was part of its intended purpose.<br><br>• During the initial chart reviews, not all patients were scheduled within timeframe of the DL1 or DL2 parameters. Inconsistent use of the priority system, and subsequent lack of timely sheduling of a dental referral, is a barrier to access to care and a potential harm to the patient.<br><br>• Not all Nurse Sick Calls are completed prior to creating the Dental Sick Call. Lack of an audit trail removes this Monitor's, as well as the Dental staff's ability to confirm compliance.<br><br>• The RN(s) completed seven (7) Dental Sick Calls in error, one of which is a test patient. Completing the Dental Sick Call is outside the scope of a nurses license. Only a Dentist is to complete the Dental Sick Call.<br><br>• A description of the condition/history of the problem, the location, duration of the chief complaint and the pain scale, is not always given to substantiate the priority designation.<br><br>• Conversely, a priority designation is changed from Priority 1 to Priority 2 after it was assigned as a priority 1 during the nurse sick call process. | A.12.4<br><br>System and Reporting Enhancements:<br>• Update CorEMR to report on emergent, urgent, and routine dental referrals originating from the 14-Day Exam.<br><br>Referral Tracking and Workflow Compliance:<br>• Standardize workflows to ensure referral tasks are generated and tracked consistently.<br><br>Priority Assignment and Scheduling:<br>Ensure accurate designation and scheduling of Priority Levels at the time of the referral:<br>• Priority Dental Level 1 – Emergent – schedule same day<br>• Priority Dental Level 1 – Urgent – schedule next dental day<br>• Priority Dental Level 2 – Routine – schedule within 14 calendar days.<br><br>If the Dentists disagree with the RN's priority dental level designation, then contact the DON and provide additional documented training.<br><br>• Remove the barriers to access to care.<br><br>• Train the RN, MD, NP, PA according to the LOP.<br><br>• Update CorEMR's reporting capabilities per the Dental CAP, to report on emergent, urgent and routine referrals to dental from the Dental Sick Call request. Track any task that comes from Intake, Sick Call, 14-Day Exam, Physicians and Physicians on Call and make sure the patients are scheduled and seen in dental as referred and within timeframe.<br><br>• Dental is to provide documented training, internal self-audit, documented retraining to the nurses in order to accurately assign and schedule the priority 1 or 2 assignment. Include these internal audits, results and type of training given in the Dental Subcommittee meeting minutes.<br><br>• RNs are not to complete any Dental Sick Call tasks. Provide documented training and review the reasons for these continuing problems. Do a root cause analysis of these issues and provide a solution to this barrier to access to care. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the list of inmate requests for dental care from ViaPath (formerly Intelmate). Perform a word search for Dental Level 1 Emergent/Urgent conditions such as tooth abscess, toothache, bleeding gums, swollen jaw, swelling mouth.<br><br>Request the list of Referrals to Dental from Dental Sick Call - Emergent (Today), Urgent (Tomorrow) Referrals to Dental.<br><br>Other search parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 1<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 3,4,5<br><br>*Report.<br>*Task.<br>*Scheduled Start and End Date.<br>*Dental Category: Dental Annual Exam, Dental Hygienist Sick Call, Dental Periodontal Program, Dental Sick Call, Dental Treatment, excluding Dental Chart Review.<br>*All status-Cancelled by Staff, Open, Complete, Rescheduled, Refused except Cancelled by System.<br>*Select - Priority level 1<br>*Generate. *See count.<br>*Word search if indicated.<br>*Generate. |
| A.12.2 | Chart Audit | Sick Call – DL1 Correctly assigned the DL1 | Of the Urgent/Emergent DL1 patient above, were they correctly assigned the DL1 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.12.3 | Chart Audit | Sick Call – DL1 Seen in Dental as Scheduled | Of the Urgent/Emergent DL1 patient above, were they seen in Dental as scheduled? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.12.4 | System | Total Dental Sick Call Compliance DL1 | Of the overall Urgent/Emergent DL1 patients referred to Dental from the Dental Sick Call, what percentage were scheduled within DL1 parameters? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:36 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.13 | | Access to Care Audit Tool Data - Dental Sick Call - Routine DL2 | | | | | | | | | | | | | | |
| A.13.1 | Chart Audit | Sick Call – DL2 Scheduled Within Parameters | Of the Routine DL2 patients referred to Dental from Dental Sick Call, were they scheduled within the DL 2 parameters? (14 calendar days). | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, page 101).<br><br>If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99)<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20) | See A.12 for additional information.<br><br>A.13.1, A.13.2, A.13 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>A.13.4<br>After initial chart reviews, not all patients assigned a DL2 are scheduled for a DSC within 14 calendar days. Delay of dental care is a barrier to access to care. "Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration." [Wellpath's IP, Exhibit A, P. 20].<br><br>• Failure to refer the patient to Dental due to an RN completing a Dental Sick Call in error, is still a measure of noncompliance<br>"If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic." [Wellpath IP, p. 99].<br><br>• Lack of an easy to follow audit trail can cause a delay in achieving compliance and self-governance. Without careful assessment of the underlying system of CorEMR, these reschedules occurring between the request for dental care and the Nurse Sick Call can easily be missed as the dental care history is not chronological in the dental progress notes. If you query a task report for nurse sick call and do a dental search, then one will find where a nurse sick call is completed. HOWEVER, the majority of the dental sick calls do not have a completed nurse sick call this audit period, and this is only found by auditing the charts as there's no mechanism in place to identify that the completed Nurse Sick Call is missing. In other words, if counting the Nurse Sick Call query from the Form Question Report then it appears there are no problems. t is not until you look at the audit trail from reviewing a chart that one sees the lack of completed Nurse Sick Calls. The lack of scanned documentation to assess when the patient wrote the request for dental care is also part of the missing audit trail. | A.13.4<br>System and Reporting Enhancements:<br>• Update CorEMR to report on emergent, urgent, and routine dental referrals originating from the 14-Day Exam.<br><br>Referral Tracking and Workflow Compliance:<br>• Standardize workflows to ensure referral tasks are generated and tracked consistently.<br><br>Priority Assignment and Scheduling:<br>Ensure accurate designation and scheduling of Priority Levels at the time of the referral:<br>• Priority Dental Level 1 – Emergent – schedule same day<br>• Priority Dental Level 1 – Urgent – schedule next dental day<br>• Priority Dental Level 2 – Routine – schedule within 14 calendar days.<br><br>• If the Dentists disagree with the RN's priority dental level designation, then contact the DON and provide additional documented training.<br><br>• Create an audit trail by completing the Nurse Sick Call for a request for dental care.<br><br>• Perform a self audit to Identify when the incarcerated person's request for dental care is submitted for a Nurse Sick Call and if the referral to dental is made within timeframe.<br><br>• Include a flowchart within the LOP to assist with training. Include a definition of urgent dental needs is to be written so there is no confusion by the nurses as to what a priority dental level is assigned is for urgent priority 1 assignment. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the list of inmate requests for dental care from ViaPath (formerly Intelmate).<br><br>Request the list of Referrals to Dental from Dental Sick Call - Routine Referrals to Dental.<br><br>Other search parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: 2<br><br>CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Dental Category: Dental Annual Exam, Dental Hygienist Sick Call, Dental Periodontal Program, Dental Sick Call, Dental Treatment, excluding Dental Chart Review.<br>*All status-Cancelled by Staff, Open, Complete, Rescheduled, Refused except Cancelled by System.<br>*Select - Priority level 2<br>*Generate. *See count.<br>*Word search if indicated.<br>*Generate. |
| A.13.2 | Chart Audit | Sick Call – DL2 Correctly assigned the DL2 | Of the Routine DL2 patients above, were they correctly assigned the DL2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.13.3 | Chart Audit | Sick Call – DL2 Seen in Dental as Scheduled | Of the Routine DL2 patients above, were they seen in Dental as scheduled? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.13.4 | System | Total Dental Sick Call Compliance DL2 | Of the overall Routine DL2 patients referred to Dental from Dental Sick Call, what percentage were scheduled within DL2 parameters? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:36 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.14 | | Access to Care Audit Tool Data - Physician on Call (POC) | | | | | | | | | | | | | | |
| A.14.1 | System | Physician on Call (POC) | Is there an on-call process in place to provide Dentist on Call (DOC) services 24/7 at MCJ? Is there a referral log from DOC or Physicians on Call (POC) showing the patients who were sent out to a higher level of care, hospital and/or scheduled for an urgent/emergent Priority 1/DL1 referral to Dental? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | In the case of a dental/medical emergency, in which a licensed dentist is not present, the patient will be seen, treated and managed immediately by medical provider staff. If in the opinion of the medical staff/licensed health care provider, the dental condition is likely to respond to immediate administration with antibiotic and/or analgesic medication this will be given. If in the opinion of the medical staff person/licensed health care professional in charge, the acute dental emergency is life threatening, the patient will be transported to an urgent care facility or hospital to protect the life of the patient. The contracted dentist will be notified and provide necessary post-discharge dental care at the next scheduled dental clinic. (Wellpath P, pp. 98-99). | A.14.1<br>• There are policy, tracking, and compliance gap deficiencies within the Physician on Call (POC) system for Dental Emergencies.<br><br>• A Physician on Call (POC) process exists for dental emergencies; however, the associated log is not accessible within CorEMR and is instead maintained externally by the Dental Operations Specialist.<br><br>• The ERMA log provided does not demonstrate that all patients are scheduled for the next dental clinic day following a POC.<br>"If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic."[Wellpath IP, p. 99]<br><br>• There is no formal Policy and Procedure or Local Operating Procedure (LOP) governing this process. Additionally, current processes do not clearly define when RNs should initiate a POC, nor do they adequately distinguish between patients referred to a higher level of care and those evaluated onsite by the Physician on Call. Ongoing inconsistencies in assigning Dental Priority Levels further impact timely scheduling and continuity of care.<br><br>A.14.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25 | A.14.1<br>• Develop and implement a formal Policy and Procedure, including a detailed LOP, to standardize the Physician on Call (POC) process for dental emergencies.<br><br>• Define clear clinical criteria for when RNs are required to contact the Physician on Call for a dental emergency.<br><br>• Distinguish within the LOP between patients referred to a higher level of care and patients evaluated onsite by the Physician on Call.<br><br>• Require that all patients evaluated through the POC process are scheduled for the next dental clinic day and implement monitoring to ensure compliance.<br><br>• Standardize assignment of Dental Priority Levels within the POC workflow to support appropriate triage and scheduling.<br>Integrate the POC log into CorEMR, or provide direct system access, to enable real-time tracking, transparency, and auditability.<br><br>• Ensure monitor access to relevant tracking systems (e g., ERMA) to support independent verification of compliance.<br>Provide targeted staff training to ensure consistent adherence to defined processes and documentation requirements. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the Physician on Call (POC) Log for after hours Dental Emergencies to include POC onsite treatments and/or referrals to higher levels of dental care.<br><br>Request the ER Send Out list for dental emergencies offsite.<br><br>Please provide other search parameters if available. |
| A.14.2 | Chart Audit | Physician on Call (POC) | Of the patients reported to the Physician on Call (POC) for dental emergencies, were the patient's dental emergencies addressed, given the appropriate DL1 designation, sent out for emergency care, scheduled for the next dental day, and seen in dental as scheduled? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA:6 DF:6 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.15 | | Access to Care Audit Tool Data - Referred to Outside Specialist/Specialty Care | | | | | | | | | | | | | | |
| A.15.1 | System | Referral to Outside Specialist | Is there a system to track referrals to outside specialists? For example, oral surgeon, endodontist, prosthodontist. Is this system, and the patient list of referrals, available through a report? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings .... Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98)<br><br>A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings .... Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will | A.15.1<br>• There is a draft LOP for this process. Since the new Offsite Clerk is handling this process, consistency and efficacy has improved especially with patients seeing the RN upon returning from the offsite facility. They are also being scheduled to see the Dentist the next dental day for a post-op appointment from the offsite specialist. The return report from the offsite specialist is routinely scanned into the document section of CorEMR.<br><br>• Areas of deficiencies which need to be corrected:<br>- The original report to the Oral Surgeon or any offsite specialist from ERMA is not always scanned into CorEMR and should be scanned so it can be viewed in the treatment record. This Monitor is not given access to ERMA.<br>- The report and the enclosed radiographs from offsite care are not always stated in the SOAPE notes as being reviewed by the dentist and discussed with the patients.<br>- There is no mention in the LOP that any untoward events occurring following the | A.15.1<br>• Update the LOP and log it into the Dental Subcommittee when completed. Link it to the global Policy and Procedure for offsite scheduling of dental processes.<br><br>• When reviewing the post-op follow-up notes, the Dentist does not always review the offsite specialist's report and/or radiographs in their progress notes. This should be more clearly addressed in the LOP.<br><br>• Add that the Dentist must review, acknowledge the report at the post op visit and discuss the results with the patient. Co-signing the report although not mandatory is a good way to ensure patients receives the best possible care through effective communication and collaboration between all members of the dental team. Provide the patient with any information from the offsite visit, document the conversation in the SOAPE progress notes and advise the patient to submit a dental sick call request if pain/problems occur. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist and/or CDO:<br><br>Request the ER Send Out list for dental emergencies offsite.<br><br>Request the list of referrals from ERMA for referrals to offsite specialty dental care.<br><br>Request the LOP for dental offsite referrals including the follow up with the Dentist upon return.<br><br>Other Search Parameters:<br>CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Category: Appointment with Offsite and Schedule Offsite Appointment. |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.15.2 | Chart Audit | Referral to Outside Specialist - Seen back in dental next dental day | Is the referral from Dental to the outside specialist scanned and available for review? Is the incarcerated patient who was referred to an outside specialist, seen by the outside specialist within 30 days of the dental referral? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath P, p. 99)<br><br>Medically necessary services which are not provided on-site shall be made available by referral to County or private medical/health services providers. (Wellpath P, p. 20) | patient's return from the offsite specialist, is to be communicated with the office to which they were referred and documented in the patient's record.<br><br>A.15.2, A.15.3, A.15.4<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Offsite referrals use a system called ERMA for scheduling purposes. There is no separate dental priority code (DPC) assigned to the patients referred to outside specialists in order to track them to and from dental. However, they are using a DPC 3 to assess for timeliness of the referral which is helpful. Although access to ERMA has been denied this Monitor, overall the system appears to function according to the established LOP. The overall grade is substantially compliant although there remains clinical and administrative issues such as:<br>• The patients are generally but not always scheduled and seen within 30 days of the referral to the outside specialist.<br>• If further care is indicated, it is not always identified in the progress notes and treatment planned with a DPC. The patient is not always informed of any and all findings. Make sure any follow-up care task is scheduled and monitored for completion.<br>• The date of the completed treatment from the outside specialist is not always entered onto the dental treatment plan form, and the updated form is not always scanned into the document section of CorEMR.<br>• CorEMR does not have the current capacity of tracking unscheduled referrals. | • If there is an untoward event following an offsite appointment, it is important that the offsite office is contacted to inform them of any clinical issues which may have occurred. This is to be documented in the patient record in the SOAPE progress notes.<br><br>• Schedule and see the patient with the outside specialist within 30 days of the referral.<br><br>• The Dentist is to see the patient at the next dental day following the offsite appointment per the IP.<br><br>• Include in the LOP how biopsies will be handled onsite and offsite and the flow of patient care including the reading to the patient of the biopsy results and any subsequent care and follow-up with the oral surgeon will be scheduled.<br><br>• One can see the scheduled offsite dental referrals by running a report from offsite in CorEMR using the Dentists' names. However, referrals made directly from nursing or physicians to the outside dental specialist are not clearly accessible as one must do a word search and look through all the offsite appointments to find the dental referrals if they are not made by the Dentists.<br><br>• For self-governance, perform internal reviews of offsite specialty patient care and document findings in the monthly Dental Subcommittee meeting.<br><br>• Acknowledge and review the report and integrate any findings into the treatment plan, including a DPC. Include the discussion the Dentist had with the patient in the progress notes.<br><br>• The Dentist is to evaluate any radiograph and/or panoramic x-ray returned with the report and identify any pathology and/or any other findings in the progress notes. Inform the patient and discuss the follow-up care. Document this in the progress notes.<br><br>• Show the date of the completed treatment from the outside specialist on the dental treatment form and scan it into CorEMR.<br><br>• If further care is indicated, identify it in the progress notes and treatment plan with a DPC and inform the patient of any and all findings. Make sure any follow-up care task is scheduled.<br><br>• Provide the audit trail by scanning the original referral into CorEMR's document section. The referral report to ERMA is not scanned into CorEMR to confirm compliance | *All status-Cancelled by Staff, Open, Complete, Rescheduled, Refused except Cancelled by System.<br>*Generate. *See count.<br>*Word search for oral surgery, endodontic referral, prosthodontic referral and any other dental related referral.<br>*Generate.<br><br>CorEMR. *Report. *Form Question Report<br>*Scheduled Start and End Date.<br>*Form - Return from Offsite<br>*Value - Dental or Oral Surgery<br>*Generate. *See count and match with appointment scheduled. |
| A.15.3 | Chart Audit | Referral to Outside Specialist - Report Available | Is the incarcerated patient, who was referred to an outside specialist above seen by an RN upon return to MCJ and scheduled back in Dental for follow up care with a priority 1 designation, following their appointment with the outside specialist? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.15.4 | Chart Audit | Referral to Outside Specialist - Report Available | For the incarcerated patient listed above, was the report available, reviewed and co-signed by the Dentist at the Return From Offsite appointment? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 1 | 0 | 0 | NA 0 DF:36 NM:0 | 100.0% | Y | 0 | 1 | | | | |
| **A.16** | | **Access to Care Audit Tool Data - Chronic Care** | | | | | | | | | | | | | | |
| A.16.1 | Chart Audit | Chronic Care (HIV) | Are patients with chronic care problems (HIV) referred by the provider (Physician) at the 7-day chronic care examination, to Dental when indicated, and scheduled within the appropriate Priority Dental Level 1 or 2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | CFMG will provide a system for managing patients with chronic health conditions through screening, identifying and monitoring these patients while incarcerated in the Monterey County Jail.<br><br>Follow up referral and/or consultation with onsite or on call medical provider and/or dental provider (if onsite) will determine treatment plan and schedule for initial provider evaluation. (Wellpath IP, p. 98).<br><br>Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider. (Wellpath IP, p.27)<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines. (Wellpath P, p. 27).<br><br>The EMR will identify any inmates who require Chronic Disease Management and health care staff will use it to closely track the condition/s that need to be monitored, the nature of the treatment required and the frequency of any required follow-up care. (Wellpath P, p. 122) | A.16.1, A.16.2, A.16 3, A.16.4, A.16.5<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>From initial chart reviews and the Dental Subcommittee meeting minutes:<br>• There is no training showing the Dentist has reviewed the parameters for referral to dental with the Physician for urgent, emergent and routine conditions.<br>• There are very few chronic care forms which have an area for a meaningful oral evaluation. The current Chronic Care forms utilize the HEENT/NECK evaluation for the head and neck evaluation. The HEENT (Head, Ears, Eyes, Nose, and Throat) /NECK examination does not look as closely at the oral environment as the HEENOT. The HEENOT looks at, "teeth, gums, mucosa, tongue, and palate examination (HEENOT) for assessment, diagnosis, and treatment of oral–systemic health." While a traditional HEENT exam doesn't explicitly include a comprehensive dental evaluation, there's a growing movement to incorporate oral health assessment into what's being called HEENOT (adding "O" for oral cavity). The HEENOT is a newer approach which advocates for integrating oral health into the head and neck assessment, and recognizing the connection between oral health and overall well-being. It promotes a more comprehensive evaluation of the oral cavity, including teeth, gums, mucosa, tongue, palate, and mucosa.<br>• In essence, while a traditional HEENT/NECK exam might involve a brief look at the mouth and throat, a more comprehensive dental evaluation is typically considered separate. However, the HEENOT/NECK approach aims to bridge this gap and integrate oral health assessment into routine clinical practice. This is the CDO's responsibility to advocate for the HEENOT/NECK.<br>• Oral health is increasingly recognized as a crucial component of overall health. MCJ is a setting where interprofessional collaboration between medical, mental health and dental professionals is emphasized. Conditions like periodontal disease have been linked to various systemic health problems, highlighting the need for a more integrated approach to assessment. Oral health is increasingly recognized as a crucial component of overall health. The World Health Organization (WHO) emphasizes that oral health is a key indicator of overall health, well-being, and quality of life. Similarly, the Mayo Clinic highlights that one's oral health offers clues about our general health, noting that problems in the mouth can affect the rest of the body. Furthermore, the National Institutes of Health (NIH) asserts that oral health plays a vital role in the physical, mental, social, and economic well-being of individuals and populations.<br>• Patient seen for "Mental Health-Special Needs" on the Mental Health Initial Assessment, have no mention of oral hygiene habits, or review of patient's mouth as part of patient's mental health goals of good self-care. The Mental Health Initial Assessment does not have a section for referral to dental. My concern has always been that this patient population, SMI, may not always be able to advocate for their oral health care needs nor be always able to request dental care services. Please determine by performing an internal self audit, if patients understand the annual comprehensive dental examination is available and/or is able to request it. | • Refer I/Ps to dental with these chronic care issues when indicated by the physician (HIV, Diabetes, Seizures, Pregnancy, and patients on 4 or more psychiatric medications and/or with serious mental illness/SMI) during the initial 7 day chronic care appointment or during the follow up chronic care appointment when indicated.<br><br>• Provide documented training to the MD, PA, NP by the CDO, that the parameters for referral to dental for urgent, emergent and routine conditions are reviewed and documented. Finalize the LOP for referrals from Chronic Care and include the training module.<br><br>• Complete a self-audit of patients and communication with the physician(s) who perform the chronic care exam for those patients in the findings with the mentioned conditions. Ensure there are no barriers to access to care.<br><br>• Track the referrals from chronic care to dental so patients are seen within timeframe. CAP #101.<br><br>• Amend the LOP to reflect that DL1 and DL2 conditions are taken care of during the 90 referral to dental for comprehensive care, not after.<br><br>• There also is no real place within the form, initial and/or follow up chronic care, for an oral screening. Please update the chronic care forms to include a section for the oral evaluation to include teeth, gums, mucosa, tongue, and palate examination (HEENOT/NECK).<br><br>• Please update the Mental Health Initial Assessment to include a referral to dental section. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of Chronic Care patients referred to Dental with conditions of HIV, Seizures, Pregnancy, Diabetes and Severe Mental Illness (SMI).<br><br>Request the list of medications and associated patients for HIV, Seizures, Pregnancy, Diabetes and Severe Mental Illness (SMI).<br><br>Request the LOP and the training flowchart for Chronic Care process of physician referrals to dental.<br><br>Other Search Parameters:<br>*Report. *Form Question Report. *Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for patients on 4 or more pysch meds or with Serious Mental Illness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| A.16.2 | Chart Audit | Chronic Care (Seizures) | Are patients with chronic care problems (Seizures) referred by the provider (Physician) at the 7-day chronic care examination, to Dental when indicated, and scheduled within the appropriate Priority Dental Level 1 or 2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.16.3 | Chart Audit | Chronic Care (Diabetes) | Are patients with chronic care problems (Diabetes) referred by the provider (Physician) at the 7-day chronic care examination, to Dental when indicated, and scheduled within the appropriate Priority Dental Level 1 or 2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.16.4 | Chart Audit | Chronic Care (Pregnancy) | Are patients with chronic care problems (Pregnancy) referred by the provider (Physician) at the 7-day chronic care examination, to Dental when indicated, and scheduled within the appropriate Priority Dental Level 1 or 2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| A.16.5 | Chart Audit | Chronic Care (SMI) | Are patients with chronic care problems (patients on 4 or more psych medications, Serious Mental Illness (SMI), and/or Special Needs) referred by the provider (Physician) at the 7-day chronic care examination, to Dental when indicated, and scheduled within the appropriate Priority Dental Level 1 or 2 designation? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:60 NM:0 | DF | DF | 0 | 0 | | | | |
| **A.17** | | **Access to Care Audit Tool Data - Comprehensive Dental Examination** | | | | | | | | | | | | | | |
| A.17.1 | Chart Audit | Comp Dental Care Initial | Is a comprehensive annual dental examination scheduled in Dental for patients who requested it at their 1 year of incarceration? Are they seen in Dental, within the Priority 1 or 2 Dental Level designation assigned by the RN, per the incarcerated person's (inmate) request for the comprehensive annual dental exam? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for the identification, diagnosis, and treatment of dental pathology which impacts the health and welfare of inmate patients. (Wellpath P, p. 103).<br><br>Inmates will be notified of eligibility for a comprehensive examination through the inmate information booklet issued to all inmates at intake into the facility. (Wellpath P, p. 103)<br><br>Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record. (Wellpath IP, p. 103)<br><br>The need and schedule for follow up dental clinic appointments will be determined by the responsible dentist. (Wellpath P, p. 103)<br><br>There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan. (Wellpath IP, p. 115) | A.17.1, A.17.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• From the intial chart reviews, it was found that the Comprehensive Dental Annual Examination (DAE) is not always scheduled within 30 days of the request and therefore, not always scheduled within timeframe. For compliance purposes, a Priority Dental Level 3 is given by the RN for those examination requests which are to be scheduled within 30 days of the request.<br><br>• The exam recall and frequency is not always written in the progress notes nor in the dental treatment form.<br><br>• The periodontal recall and frequency (3 months recall, 4 months recall, 6 months recall) following a re-evaluation of the periodontal condition following treatment, is not always written in the progress notes, nor on the treatment form. This affects the continuity of dental care for the patients and is a potential harm to the patient.<br><br>• During the Comprehensive Dental Examination, the periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are not always charted at the time of the periodontal dental examination. | • Schedule the patients for their comprehensive dental examinations within 30 days of the request.<br><br>• Provide documented training and perform routine self-audits to confirm patients are being screened for the referral for a comprehensive periodontal examination with 30 days of the request.<br><br>• For each comprehensive dental examination:<br>o Identify and place the exam recall and frequency in the Dental Treatment form and in the progress notes.<br>o Identify and place the periodontal recall and frequency in the Dental Treatment form and in the progress notes.<br><br>• Place completed dental treatment in the Dental Treatment category of CorEMR. Run a statistical analysis monthly.<br><br>• Review the findings of the comprehensive dental examination with the patient and note the discussion in the progress notes. Phase and schedule the treatment plan according to the findings.<br><br>• In the Comprehensive Dental Examination, the periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are to be charted at the time of the periodontal dental examination.<br><br>• The CDO must provide training on caries identification and treatment planning to the dentists. If any accommodations or workflow analysis can assist the Dentist, please provide it. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients with over one (1) year of incarceration.<br><br>Request the list of patients who requested a comprehensive dental examination or annual recall exam.<br><br>Request the LOP and the training flowchart for the Comprehensive Care process.<br><br>Other Search Parameters:<br>*Report. *Task. *Scheduled Start and End Date.<br>*Category: Dental Annual Exam. May also have to include Dental Sick Call.<br>*All status-Cancelled by Staff, Open, Complete, Rescheduled, Refused except Cancelled by System.<br>*Generate. *See count.<br>*Word search for annual exam, exam, clean, cleaning, request<br>*Generate. |
| A.17.2 | Chart Audit | Comp Dental Care Recall | Of those receiving a comprehensive dental examination at their 1 year of incarceration, are they placed on an annual examination and a periodontal recall schedule? Are they seen in dental per their annual recall schedule if still in custody? Note that a periodontal recall (cleaning recall) is different than the annual comprehensive dental examination recall. | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:24 NM:0 | DF | DF | 0 | 0 | | | | |
| **A.18** | | **Access to Care Audit Tool Data - Periodontal Disease Program** | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.18.1 | System | Periodontal Disease Program | Is there an established Periodontal Disease Program per Wellpath's Implementation Plan? Is there a local policy and procedure in place and being followed for this program? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. (Wellpath P, p. 100 & 103).<br><br>Treatment regimens will provide maintenance services only. (Wellpath P, p. 104) | A.18.1<br>• Same as in previous audit tours. There are access, documentation, and compliance gaps in the Periodontal Disease Program.<br><br>• Upon intial chart reviews, patient identification for audit purposes is currently reliant on Dental Sick Call records and keyword searches, which do not reliably distinguish between requests for routine dental cleanings (Periodontal Disease Program), for patients within one year of incarceration and Annual Dental Exams and treatments (Comprehensive Dental Care) for patients in custody over one year.<br><br>• There is no consistent audit trail for periodontal or cleaning requests, as requests are not routinely scanned into the patient chart, nurse sick calls are not consistently completed or documented, and timelines cannot be substantiated.<br><br>• Although the Chief Dental Officer has drafted a Comprehensive Care Policy, including a Periodontal Disease Program LOP, existing processes remain incomplete. The current Access to Care LOP does not reflect required timeframes for periodontal services, nor does it ensure that Dental Level 1 and 2 conditions are addressed during the 90 day waiting period.<br><br>• While CQI efforts demonstrate incremental improvement, patients are not consistently referred and seen within required timeframes, raising ongoing compliance concerns.<br><br>A.18.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Amend the LOP to state the DL1 and DL2 conditions are to be completed during the 90 day wait period for the periodontal disease program examination, not after. | Same recommendations:<br>• Finalize and implement the Comprehensive Care Policy and Periodontal Disease Program LOP.<br>• Amend the Access to Care LOP to require scheduling of periodontal disease program examination and treatment planning requests within 90 days.<br>• Ensure Dental Level 1 and 2 conditions are identified and treated during the 90 day waiting period for periodontal evaluation and diagnostics.<br>• Continue iterative updates to the LOP as workflows are refined and improved.<br>• Documentation and Audit Trail. Require all requests for dental cleaning or periodontal evaluation to be scanned into the patient chart.<br>• Ensure completion and documentation of nurse sick call encounters for all such requests.<br>• Establish a verifiable audit trail within CorEMR to track request date, clinical evaluation, referral, scheduling, and treatment timelines in alignment with Implementation Plan requirements.<br>• Workflow and Reporting Improvements. Standardize workflows to clearly differentiate between periodontal program requests and annual dental exams.<br>• Reduce reliance on keyword searches by implementing structured data fields to support accurate identification and reporting.<br>• Training and Staffing. Provide documented training for RNs, dentists, and dental staff on screening, referral, scheduling, and treatment workflows for the Comprehensive Exam and Periodontal Disease Program, including Dental Chronic care timelines.<br>• Ensure sufficient staffing levels to support timely access to care and compliance with Implementation Plan requirements.<br>• Quality Improvement and Monitoring. Strengthen CQI processes to monitor end-to-end compliance, including referral timeliness and completion of care.<br>• Implement routine audits to validate adherence to required timelines and identify gaps for corrective action. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients who requests a cleaning or other gum condition.<br><br>Request the list of patients who requested a periodontal screening.<br><br>Request the LOP and the training flowchart for the Periodontal Disease process.<br><br>Other Search Parameter:<br>CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Category: Dental Periodontal Program. May need to search Dental Sick Call also.<br>*All status-Cancelled by Staff, Open, Complete, Rescheduled, Refused except Cancelled by System.<br>*Generate.<br>*Word search for request, clean, cleaning<br>*Generate. *See count. |
| A.18.2 | Chart Audit | Periodontal Disease Program | Are incarcerated patient requests for a periodontal screening, cleaning or other language related to the /Ps gum and/or periodontal condition, appropriately screened by the RN, given the correct priority DL and scheduled for the Periodontal Disease Program? Is the appointment scheduled within DL parameters and seen in dental as scheduled for the comprehensive and periodontal dental examination, within the 90 day timeframe? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:12 NM:0 | 50 0% | N | 0 | 1 | | | | |
| A.19 | | Access to Care Audit Tool Data - Refusals and Refusal Form | | | | | | | | | | | | | | |
| A.19.1 | Chart Audit | Refusals | Are the patients who refuse (cellside or chairside) Dental Treatment given the appropriate individualized informed discussion of risks, benefits, alternatives and consequences (RBAC) and noted in the clinical notes? Are the patient's advised of what procedure(s) they are refusing? Are they advised to place a new dental sick call to reinstate the dental treatment when they are ready? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Inmates have a right to refuse treatment. Inmates refusing treatment will be counseled regarding any untoward effects of such refusal. Refusals shall be documented in the medical record progress note and refusal of medical treatment form completed, signed by the inmate and filed in the medical record. If the inmate refuses to sign the form, such refusal shall be noted on the form and witnessed by two staff members. (Wellpath IP, p. 21)<br><br>Refusal of essential medications and treatment (i.e., the absence of which would jeopardize the health and safety of the inmate) shall be reported to the responsible medical provider after three sequential refusals. (Wellpath P, p. 21) | A.19.1<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• See the Statistics Table 3, Row 27 and 37 - Overall the refusal rate is 11 8 up from 8.4%.<br><br>• This metric audits Dental Treatment only and has not reviewed refusals for Dental Sick Call (DSC), Dental Annual Exam (DAE), Dental Periodontal Program (DPP), and Dental Chronic Care (DCC).<br><br>• For all cellside refusals there is a lack of a chronological progress note in a SOAPE format. There is a lack of the specific RBACs discussion documented in the progress note.<br><br>• Chairside refusals do however have a chronological progress note in a SOAPE format as the patient is able to ask the Dentist questions face to face of their understanding of the informed consent and the informed refusal discussion.<br><br>• Not all refusals have the RBACs in the form. Not all the refusals have the prescribed dental treatment being refused and the reason for the refusal.<br><br>• The LOP for informed refusal is in process of being completed. The patient must understand the informed consent for Risks, Benefits, Alternatives and Consequences (RBACs) of the treatment and also must be informed of the consequences of not doing the treatment so that if the patient refuses, there is full understanding of the RBACs. | • According to the ADA, "The recording of accurate patient information and treatment in the dental record, sometimes referred to as the patient chart, is essential for good risk management. As a result, the value of maintaining thorough and accurate dental records cannot be overstated."<br><br>• Write a chronological progress note regarding the refusal in the SOAPE format, rather than just in a task.<br><br>• Place a discussion of the patient's individualized risk, benefit, alternative and consequences in the patient's clinical notes and in the refusal form. Make sure to have all this information explained to the patient so that it is an "informed refusal". Although a task is part of the overall record, a clinical note (progress note) should be written so anyone looking at the chart can see the chronological progression of care.<br><br>• Refer to the ADA's guide to writing the informed refusal.<br><br>• Include the procedure(s) being refused and the reason for the refusal on the refusal form.<br><br>• Use effective communication when discussing any RBACs and refusals with the patient.<br><br>• The California Dental Practice Act requires that informed consent (or refusal) be obtained from a patient before any treatment is initiated. It is required that the dentist ensure the patient has all the information necessary to make an informed decision.<br>• Informed refusal for Dental Treatment means the patient has been fully informed of the treatment options, the risks of not proceeding with the treatment, and any consequences of refusal.<br>• The dentist doesn't necessarily need to be physically present when the informed refusal is signed but MUST ensure that the patient has been adequately informed, has the necessary information about the RBACs and understands their decision to refuse.<br>• The process often involves the dental assistant discussing the options with the patient and having them sign a document. However, the dentist should ensure the patient is given adequate time and opportunity to ask questions of the dentist and | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients who refused a dental appointment and also a dental treatment, who either refused chairside or cellside. Evaluate the refusal form in the document section of CorEMR.<br><br>Request the LOP and the training flowchart for the Dental Refusal process.<br><br>Other Search Parameters:<br>*CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Category: All Dental categories except Dental Chart Review<br>*All status - Refused.<br>*Generate. *See count. |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:12 NM:0 | DF | DF | 0 | | | | | |
| A.20 | | Access to Care Audit Tool Data - Grievances | | | | | | | | | | | | | | |
| A.20.1 | Chart Audit | Grievances (ViaPath) | Were grievances (dental complaints) addressed and seen within - 24 hours - of the request in ViaPath, now Clear Communication? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, p. 101)<br><br>There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan. (Wellpath IP, p. 115) | A.20.1<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• See Table 12 in the Statistics tab of the Dental Audit Tool for additional Grievance information. Dental grievances account for approximately 13 6% of the overall grievances for medical, mental health and dental at MCJ.<br><br>• The patient with his/her grievance is not always seen for a resulting Nurse Sick Call within 24 hours as stated in the Implementation Plan.<br><br>• Grievances for dental, mental health or medical sick calls are not always separated independently by individual categories. For example, there are times when a dental grievance is in a medical category. The file sent did not have dental grievances independent of other grievances. Perhaps this happens but was not identified in the Smart Communication file sent for review. A word search was conducted to locate the dental grievances.<br><br>• For individual reviews of compliance to this Implementation Plan mandate, few if any requests for dental services were scanned into the document section of CorEMR. Few Nurse Sick Calls were completed for each grievance. | • Provide the overall grievance file performed by Wellpath monthly with the production reports.<br><br>• See the grievances within one day of the grievance request per Wellpath's P. See page 101 of Wellpath's P.<br><br>• Complete a Nurse Sick Call, assign a Priority Dental Level 1 or 2 per the conditions screened during the NSC. Schedule in accordingly.<br><br>• Schedule the patient in the dental clinic by assigning a priority dental level 1 or 2 according to the patient's condition.<br><br>• Dentist is to address the patient's chief complaint(s).<br><br>• Please review parameters and objective findings needed to substantiate a priority 2 referral and include them in the P & P and LOP for grievances.<br><br>• Scan the grievance into CorEMR to provide an audit trail.<br><br>• Perform a self-audit of the grievance process, including the audit trail, and enter the results into the monthly Dental Subcommittee meeting. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the file of grievances from ViaPath, formerly Intelmate.<br><br>Request the LOP and the training flowchart for the dental grievance process. |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:12 NM:0 | DF | DF | 0 | 0 | | | | |
| B.1 | | Timeliness of Care Audit Tool Data - Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe? | | | | | | | | | | | | | | |
| B.1.1 | System | Priority 1 - DL1 Intake | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. (Wellpath P, p. 101).<br><br>Dental treatment will be provided in accordance with the following Dental Priority System:<br>(1) Emergency Care (Immediate Treatment): Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.<br>(2) Treatment within 1 calendar day: (DPC 1A) Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.<br>(3) Treatment within 30 calendar days: (DPC 1B) Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.<br>(4) Treatment within 60 calendar days: (DPC 1C) Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.<br>(5) Treatment within 120 calendar days: (DPC 2) Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). (Wellpath P, p. 102) | B.1.1<br>• The Wellpath Monterey Compliance Report has several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br>• There is a Form Question Report used to identify Urgent/Emergent and Routine dental referrals from intake. However, this form is not always inclusive of all referrals to dental from intake. If a task is not automatically created by the system or if the nurse creates a separate task or if the task is deleted and then recreated, then the patient is not identified within the Form Question Report. This creates an inaccurate report.<br>• 29 tasks out of 4128 intake forms were referred for a DL1/Priority 1 referral to dental from Intake.<br>Through a word search of intake referrals, 28 were found to be referred to dental and of those 6 were Cancelled by System due to no longer in custody.<br>Three (3) were rescheduled, four (4) refused, and four (4) were Cancelled by Staff. No access to CorEMR to confirm the reason for the cancellation by staff. Of the remaining, 11 received a completed Dental Sick Call for the Priority 1 problem, where one had two intake referrals. Of the 11 tasks, six (6) were seen within timeframe, 54 6%, and five (5) or 45.4% were seen outside of timeframe.<br><br>B.1.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>B.1.3<br>• The Wellpath Monterey Compliance Report has several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br>• There is a Form Question Report used to identify Urgent/Emergent and Routine dental referrals from the 14-Day Exam. However, this form is not always inclusive of all referrals to dental from the 14-Day Exam. If a task is not automatically created by the system then this creates an inaccurate report and patients are not always referred for their dental problems. This is an ongoing deficiency.<br>• There were 1038 Health Appraisal Forms and 997 Dental Health Appraisal forms | B.1.1<br>• Per the Dental CAP, update CorEMR with the Monterey Compliance Report to report on emergent, urgent and routine sick call referrals to Dental from Intake per the designated timeframe.<br>• The CQI is being utilized for self-governance and internal auditing, however there continues to be overall non-compliance. Please locate the barrier to timeliness of care and determine why there continues to be a lapse in performance despite training.<br>• Provide training to the Nursing staff where indicated.<br><br>B.1.3<br>• Per the Dental CAP, update CorEMR with the Monterey Compliance Report to report on emergent, urgent and routine sick call referrals to Dental from Intake per the designated timeframe.<br>• Update CorEMR so that referrals from the medical form are identified and separated within each category as Emergent/Urgent, and Routine.<br>• Update CorEMR so that the tasks identified in the dental form are automatically generated so there are no questions that the referral to dental was completed. This can be a harm to the patient if the patient is not referred from the dental form and the patient is not seen in dental to address DL1 and DL2 dental problems.<br>• The CQI is being utilized for self-governance and internal auditing, however there continues to be overall non-compliance. Please locate the barrier to timeliness of care and determine why there continues to be a lapse in performance despite training.<br>• Provide training to the Nursing staff where indicated.<br><br>B.1.5 and B.1.7<br>• Update CorEMR's reporting capabilities as well as reporting on specific emergent, urgent and routine referrals to Dental per the designated timeframe.<br>• Utilize a CQI for self-governance and internal auditing.<br>• Provide training to the Nursing staff where indicated.<br>• Locate the barriers to timeliness of care and determine why there continues to be a lapse in performance despite the training. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the Monterey Compliance Report.<br><br>Request the list of patients with a Priority 1 / DL1 referral to dental and examine the timeframes for compliance from the date created to the completion of the appointment. |
| B.1 2 | Chart Audit | Priority 1 - DL1 Intake | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B.1 3 | System | Priority 1 - DL1 14-Day Exam | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B.1.4 | Chart Audit | Priority 1 - DL1 14-Day Exam | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | here were 038 Health Appraisal Forms and 99 Dental Health Appraisal orms completed for the 14-Day Exam. A total of 32 Emergent/Urgent Priority 1 and Routine Priority 2 were referred to dental from the 14-Day Medical Form. The report from the medical form does not differentiate between emergent, urgent and routine referrals.<br>• 24 tasks for DL1/Emergent/Urgent/Priority 1 referrals were made to dental from the Dental Health Assessment form. Of these 24 referrals, there were six (6) Emergent and 18 Urgent referrals made to Dental.<br>• Five (5) were Cancelled by System due to no longer in custody. None (0) were rescheduled, one (1) refused. Two (2) were Cancelled by Staff and three (3) were unknown. No access to CorEMR to confirm the reason for the Cancellation by Staff and the unknowns.<br>• 13 (2 emergent and 11 urgent) received a completed Dental Sick Call. Without a deep dive, these remaining 13 tasks may have been seen due to a completed dental sick call from the 14-Day Exam referral vs a referral from a dental sick call request.<br><br>B.1.4<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>B.1.5<br>• There is no Form Question Report for pulling Urgent/Emergent as well as Routine referrals for dental sick call requests. The Form Question is only for Intake and 14 Day Exam but does not work for the regular Dental Sick Call requests. Therefore, there is no report for Dental Sick Calls from the Dental Sick Call requests.<br>• There were 1962 or 18.4% dental sick call requests out of 10666 total sick call requests for medical, mental health and dental. 1360 were identified as within the dental dropdown only but with a word search there were 573 dental requests within medical and 29 within mental health requests, for a total of 1962 dental sick call requests.<br>• To identify only the DL1 dental sick calls completed from a dental sick call request requires a deeper dive into the patient and tasks within CorEMR as there is no report available solely for this metric.<br>• Within CorEMR's task reports there were only 1769 scheduled Dental Sick Calls for both DL1 and DL2 conditions vs Intake (205), 14-Day (197), Physician referrals (TBD), Dental Sick Call requests (1962) and Dental Grievance requests (131). These discrepancies highlight CorEMR's lack and accuracy of reporting capabilities.<br><br>B.1.6<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>B.1.7<br>• The Form Question is only for Intake and 14 Day Exam but does not work for the Physician On Call (POC), as this list comes from the Operations Specialist. The list was provided although it was not clear that the patients were all scheduled for the next dental day following a POC.<br>• For MD Sick Call one must go through the CorEMR Task Report and do a word search for dental referrals.<br><br>B.1.8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | | |
| B.1 5 | System | Priority 1 - DL1 Dental Sick Call | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| B.1 6 | Chart Audit | Priority 1 - DL1 Dental Sick Call | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B.1.7 | System | Priority 1 - DL1 Physician | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| B.1 8 | Chart Audit | Priority 1 - DL1 Physician | Were the patients who were given a DL1 of Urgent/Emergent (Priority 1) seen in dental for their dental triage within timeframe: seen next dental day? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 4 | 0 | 1.5 | 1 | NA:7 DF:41 NM:0 | 37 5% | N | 0 | 4 | | | | |
| **B.1A** | | **Timeliness of Care Audit Tool Data - Dental Level Priority 2 - Routine - Seen Within Timeframe?** | | | | | | | | | | | | | | |
| B.1A.1 | System | Priority 2 - DL2 Intake | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. (Wellpath P, p. 101).<br><br>Dental treatment will be provided in accordance with the following Dental Priority System:<br>(1) Emergency Care (Immediate Treatment): Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.<br>(2) Treatment within 1 calendar day: (DPC 1A) Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.<br>(3) Treatment within 30 calendar days: (DPC 1B) Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.<br>(4) Treatment within 60 calendar days: (DPC 1C) Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.<br>(5) Treatment within 120 calendar days: (DPC 2) Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). (Wellpath P, p. 102) | See B.1 above for additional information.<br><br>B.1A.1<br>• The Wellpath Monterey Compliance Report has several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br>• There is a Form Question Report used to identify Urgent/Emergent and Routine dental referrals from intake. However, this form is not always inclusive of all referrals to dental from intake. If a task is not automatically created by the system or if the nurse creates a separate task or if the task is deleted and then recreated, then the patient is not identified within the Form Question Report. This creates an inaccurate report.<br>• 176 tasks out of 4128 intake forms were referred for a DL2/Priority 2 referral to dental from Intake.<br>• Through a word search of intake referrals, 178 were found to be referred to dental for routine problems (two more than identified by the Form Question Report) and of those six (89) were Cancelled by System due to no longer in custody. Eight (8) were rescheduled, 20 refused, and four (4) were Cancelled by Staff. No access to CorEMR to confirm the reason for the Cancellation by Staff. 56 received a completed Dental Sick Call for a DL2 problem, where 6 were duplicate tasks. Of the 56 tasks, 18 were seen within timeframe, 32.1%, and 38, 67.9% were seen outside of timeframe.<br><br>B.1A.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>B.1A.3<br>• The Wellpath Monterey Compliance Report has several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br>• There is a Form Question Report used to identify Urgent/Emergent and Routine dental referrals from the 14-Day Exam. However, this form is not always inclusive of all referrals to dental from the 14-Day Exam. If a task is not automatically created by the system then this creates an inaccurate report and patients are not always referred for their dental problems. This is an ongoing deficiency.<br>• There were 1038 Health Appraisal Forms and 997 Dental Health Appraisal forms completed for the 14-Day Exam.<br>• A total of 32 combined DL1 and DL2 referrals were made from the Medical Form. The report from the medical form does not differentiate between emergent, urgent and routine referrals..<br>• A total of 141 DL2/Routine/Priority 2 referrals were made from the Dental Form.<br>• Of the 141 Routine DL2 referrals<br>• 34 were Cancelled by System due to no longer in custody. One (1) was rescheduled, 10 refused.<br>• Three (3) were Cancelled by Staff and three 32 were unknown. No access to CorEMR to confirm the reason for the Cancellation by Staff and the unknowns.<br>• 61 received a completed Dental Sick Call. Without a deep dive, these 61 tasks may have been seen due to a completed dental sick call from the 14-Day Exam referral or from a referral from a dental sick call request.<br><br>B.1A.4<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>B.1A.5<br>• There is no Form Question Report for pulling Urgent/Emergent as well as Routine referrals for dental sick call requests. The Form Question is only for Intake and 14 Day Exam but does not work for the regular Dental Sick Call requests. Therefore, there is no report for Dental Sick Calls from the Dental Sick Call requests.<br>• There were 1962 or 18.4% dental sick call requests out of 10666 total sick call requests for medical, mental health and dental. 1360 were identified as within the dental dropdown only but with a word search there were 573 dental requests within medical and 29 within mental health requests, for a total of 1962 dental sick call requests.<br>• To identify only the DL 2 dental sick calls completed from a dental sick call request requires a deeper dive into the patient and tasks within CorEMR as there is no report | See B.1 above for additional information.<br><br>B.1A.1<br>• Per the Dental CAP, update CorEMR with the Monterey Compliance Report to report on emergent, urgent and routine sick call referrals to Dental from Intake per the designated timeframe.<br>• The CQI is being utilized for self-governance and internal auditing, however there continues to be overall non-compliance. Please locate the barrier to timeliness of care and determine why there continues to be a lapse in performance despite training.<br>• Provide training to the Nursing staff where indicated.<br><br>B.1A.3<br>• Per the Dental CAP, update CorEMR with the Monterey Compliance Report to report on emergent, urgent and routine sick call referrals to Dental from Intake per the designated timeframe.<br>• Update CorEMR so that referrals from the medical form are identified and separated within each category as Emergent/Urgent, and Routine.<br>• Update CorEMR so that the tasks identified in the dental form are automatically generated so there are no questions that the referral to dental was completed. This can be a harm to the patient if the patient is not referred from the dental form and the patient is not seen in dental to address DL1 and DL2 dental problems.<br>• The CQI is being utilized for self-governance and internal auditing, however there continues to be overall non-compliance. Please locate the barrier to timeliness of care and determine why there continues to be a lapse in performance despite training.<br>• Provide training to the Nursing staff where indicated.<br><br>B.1A.5<br>• Update CorEMR's reporting capabilities as well as reporting on specific emergent, urgent and routine referrals to Dental per the designated timeframe.<br>• Utilize a CQI for self-governance and internal auditing.<br>• Provide training to the Nursing staff where indicated.<br>• Locate the barriers to timeliness of care and determine why there continues to be a lapse in performance despite the training. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the Monterey Compliance Report.<br><br>Request the list of patients with a Priority 2 / DL2 referral to dental and examine the timeframes for compliance from the date created to the completion of the appointment.<br><br>Request the list of patients with a Priority 3,4,5 referral to dental and examine the timeframe from the date created to the completion of the appointment. |
| B.1A.2 | Chart Audit | Priority 2 - DL2 Intake | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B.1A.3 | System | Priority 2 - DL2 14-Day Exam | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| B.1A.4 | Chart Audit | Priority 2 - DL2 14-Day Exam | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B.1A.5 | System | Priority 2 - DL2 Dental Sick Call | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| B.1A.6 | Chart Audit | Priority 2 - DL2 Dental Sick Call | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B.1A.7 | System | Priority 2 - DL2 Physician | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 0 | 0 | 0 | 0 | 1 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B.1A.8 | Chart Audit | Priority 2 - DL2 Physician | Were the patients who were given a DL2 of Routine (Priority 2) seen in dental for their dental triage within timeframe: seen within 14 calendar days? | 0 | 0 | 0 | 0 | 12 | | | | | | available solely for this metric.<br>• Within CorEMR's task reports there were only 1769 scheduled Dental Sick Calls for both DL1 and DL2 conditions vs Intake (205), 14-Day (197), Physician referrals (TBD), Dental Sick Call requests (1962) and Dental Grievance requests (131). These discrepancies highlight CorEMR's lack and accuracy of reporting capabilities.<br><br>B.1A.6, B.1A.7, B.1A 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | | |
| | | | TOTAL | 3 | 0 | 1 | 1 | NA 0 DF:49 NM:0 | 33 3% | N | 0 | 3 | | | | |
| **B.2** | | **Timeliness of Care Audit Tool Data - Dental Priority Code (DPC) - Priority 1 thru 5** | | | | | | | | | | | | | | |
| B 2.1 | System | Priority 1 DPC (Formerly DPC Emergency Care) | Were the patients who were given a DPC of Emergency Care (Priority 1) seen for their dental treatment within DPC timeframes: treated the same day as diagnosed? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | Dental treatment will be provided in accordance with the following Dental Priority System:<br>(1) Emergency Care (Immediate Treatment): Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.<br>(2) Treatment within 1 calendar day: (DPC 1A) Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.<br>(3) Treatment within 30 calendar days: (DPC 1B) Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.<br>(4) Treatment within 60 calendar days: (DPC 1C) Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.<br>(5) Treatment within 120 calendar days: (DPC 2) Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). (Wellpath P, p. 102) | B.2.1<br>• The Wellpath Monterey Compliance Report has several inconsistencies not matching with the data in CorEMR's reporting and does not address the issue of compliance overall, which was part of its intended purpose.<br>• The DPC and next visit are not always listed in the progress notes following a Dental Sick Call.<br>• Dental treatment ordered by the dentist and scheduled as a task is not currently evaluated when a patient is cancelled by the system. A detailed review is required to determine how many patients have "timed out" of compliance following release. Any patients who was released and out of compliance should tracked by CorEMR.<br>• DPC 1 - Partial Compliance - 16/20 patients were seen for dental treatment with 80 0% compliance, for patients seen for treatment the same day as diagnosis.<br><br>B.2.3<br>• DPC 2 - Substantial Compliance - 19/20 patients were seen with 95 0% compliance, for patients seen within 24 hours of the diagnosis.<br><br>B.2.5<br>• DPC 3 - Substantial Compliance - 315/349 patients were seen with 90 3% compliance, for patients seen for treatment within 30 days of the diagnosis.<br><br>B.2.7<br>• DPC 4 - Non-Compliance - 0/1 patients were seen with 0.0% compliance, for patients seen within 60 days of the diagnosis.<br><br>B.2.9<br>• DPC 5 - Non-Compliance - 75/123 patients were seen with 61 0% compliance, for patients seen within 120 days of the diagnosis.<br><br>B.2.2, B.2.4, B 2 6, B.2.8, B.2.10<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | • All patients prescribed a treatment plan are to receive a task and a DPC for each line of the treatment plan. Please submit a plan for how this will be addressed and how it will be monitored.<br><br>• Update CorEMR to provide tracking of compliance for all DPC parameters and show if the dental treatment prescribed was seen or not seen within compliance even if the due date is outside of compliance and the patient is deleted (cancelled) by the system.<br><br>• Report on treatment timeframe compliance using the Dental Priority Code timeframes.<br><br>• Utilize a CQI for self-governance and internal auditing.<br><br>• Provide training to the dental staff where indicated.<br><br>• See the patients within the DPC parameters.<br><br>• All treatment plans are to be completed within the longest DPC.<br><br>• For continuity of care and consistency in the SOAPE notes, please list the DPC and the next visit in the progress notes.<br><br>• Provide documented training when necessary.<br><br>• Update CorEMR to report on treatment compliance using the DPC timeframes.<br><br>• Once the Monterey Compliance Report is fully available, utilize it to locate barriers to timeliness of care for dental treatment and dental referrals from Intake, 14-Day, Sick Call, Physicians and POC. Perform self-audits to identify any inefficiencies to the timeliness of dental care. Include this information into the monthly Dental Subcommittee minutes.<br><br>• Perform a workload analysis prior to and after the workflows in the LOPs have all been drafted. Report the results to the monthly Dental Subcommittee. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the Monterey Compliance Report. Please account for rescheduled patients and break down the compliance into each DPC Priority 1 - 5 category. |
| B 2 2 | Chart Audit | Priority 1 DPC (Formerly DPC Emergency Care) | Were these patients above triaged, provided a diagnosis commensurate with the objective findings, treatment planned according to the diagnosis, given the appropriate and seen for their DPC of Emergency Care (Priority 1) for the condition? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 2 3 | System | Priority 2 DPC (Formerly DPC 1A) | Were the patients who were given a DPC of Priority 2 seen for their dental treatment within DPC timeframes: treated within 24 hours of the diagnosis? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | | | | |
| B 2.4 | Chart Audit | Priority 2 DPC (Formerly DPC 1A) | Were these patients above triaged, provided a diagnosis commensurate with the objective findings, treatment planned according to the diagnosis, given the appropriate and seen for their DPC of Priority 2 for the condition? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 2 5 | System | Priority 3 DPC (Formerly DPC 1B) | Were the patients who were given a DPC of Priority 3 seen for their dental treatment within DPC timeframes: treated within 30 days of the diagnosis? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | | | | |
| B 2 6 | Chart Audit | Priority 3 DPC (Formerly DPC 1B) | Were these patients above triaged, provided a diagnosis commensurate with the objective findings, treatment planned according to the diagnosis, given the appropriate and seen for their DPC of Priority 3 for the condition? | -1 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 2.7 | System | Priority 4 DPC (Formerly DPC 1C) | Were the patients who were given a DPC of Priority 4 seen for their dental treatment within DPC timeframes: treated within 60 days of the diagnosis? | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | | | | |
| B 2 8 | Chart Audit | Priority 4 DPC (Formerly DPC 1C) | Were these patients above triaged, provided a diagnosis commensurate with the objective findings, treatment planned according to the diagnosis, given the appropriate and seen for their DPC of Priority 4 for the condition? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 2 9 | System | Priority 5 DPC (Formerly DPC 2) | Were the patients who were given a DPC of Priority 5 seen for their dental treatment within DPC timeframes: treated within 120 days of the diagnosis? | 1 | 0 | 0 | 1 | 0 | | | 0 | 1 | | | | |
| B.2.10 | Chart Audit | Priority 5 DPC (Formerly DPC 2) | Were these patients above triaged, provided a diagnosis commensurate with the objective findings, treatment planned according to the diagnosis, given the appropriate and seen for their DPC of Priority 5 for the condition? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 4 | 2 | 0.5 | 2 | NA:11 DF:49 NM:0 | 62 5% | N | 0 | 5 | | | | |
| **B.3** | | **Timeliness of Care Audit Tool Data - Chronic Care** | | | | | | | | | | | | | | |
| B 3.1 | Chart Audit | Chronic Care (HIV) | Is the chronic care patient (HIV) seen in Dental per the Priority Dental Level 1 or 2 designation, seen and/or scheduled in Dental for a comprehensive dental examination within 90 days from the 7-day chronic care examination's date of the referral? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider. (Wellpath IP, p.27)<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines. (Wellpath P, p. 27)<br><br>MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>The EMR will identify any inmates who require Chronic Disease Management and health care staff will use it to closely track the condition/s that need to be monitored, the nature of the treatment required and the frequency of any required follow-up care. (Wellpath IP, p. 122) | • See A.16.<br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>B.3.1, B.3.2, B 2 3, B.2.4, B.2 5<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | • Training by Dentist or CDO is recommended for the physician(s) who performs the Chronic Care Examinations to review the criteria for referral to dental for patients with HIV, Seizures, Diabetes, Pregnancy and Serious Mental Ilness to Dental when indicated.<br><br>• Please update the chronic care form(s) to include a section for oral evaluation if it is not already in the form. If that is not possible with CorEMR, then please add the HEENOT to the HEENT/NECK examination as the HEENOT look at "teeth, gums, mucosa, tongue, and palate examination (HEENOT) for assessment, diagnosis, and treatment of oral–systemic health."<br>https://www ncbi nlm.nih gov/pmc/articles/PMC4330841/<br><br>• Finding patients who were referred to dental from chronic care was challenging. I request a review of CorEMR with the Operations Specialist to locate how to find the patients for auditing.<br><br>• Please update the LOP for dental chronic care. If a patient's condition warrants an earlier appointment, please schedule accordingly. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patient referred to dental from chronic care. Wellpath to provide a more accurate way to locate patients referred to dental from chronic care. Pending IT who is including a space for referrals to dental within the chronic care Initial and Follow-up forms.<br><br>Other Search Parameters:<br>There are patients referred to dental from Chronic Care (Initial and Follow-up) and scheduled as evidenced by the Forms Question Report. Although this way of finding who was referred is not failsafe, it offers a pathway to identify who is referred in order to identify if they are seen in dental within timeframe.<br><br>CorEMR. *Report. *Form Question Report. *Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for patients on 4 or more pysch meds or with Serious Mental Ilness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| B 3 2 | Chart Audit | Chronic Care (Seizure) | Is the chronic care patient (Seizures) seen in Dental per the Priority Dental Level 1 or 2 designation, seen and/or scheduled in Dental for a comprehensive dental examination within 90 days from the 7-day chronic care examination's date of the referral? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 3 3 | Chart Audit | Chronic Care (Diabetes) | Is the chronic care patient (Diabetes) seen in Dental per the Priority Dental Level 1 or 2 designation, seen and/or scheduled in Dental for a comprehensive dental examination within 90 days from the 7-day chronic care examination's date of the referral? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 3.4 | Chart Audit | Chronic Care (Pregnancy) | Is the chronic care patient (Pregnancy) seen in Dental per the Priority Dental Level 1 or 2 designation, seen and/or scheduled in Dental for a comprehensive dental examination within 90 days from the 7-day chronic care examination's date of the referral? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B 3 5 | Chart Audit | Serious Mental Illness (SIM), Patients on 4 or more psych medications | Is the chronic care patient (on 4 or more psych meds or having serious mental illness) seen in Dental per the Priority Dental Level 1 or 2 designation, seen and/or scheduled in Dental for a comprehensive dental examination within 90 days from the 7-day chronic care examination's date of the referral? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 9 DF:51 NM:0 | NA,DF | DF | 0 | 0 | | | | |
| **B.4** | | **Timeliness of Care Audit Tool Data - Comprehensive Dental Care** | | | | | | | | | | | | | | |
| B.4.1 | Chart Audit | Comp Dental Care Initial | Is the patient with 1 year of incarceration seen in Dental as scheduled or within 30 days of the request for their comprehensive dental examination, radiographs, periodontal probing and given an individualized treatment plan, with the appropriate DPC's for each line of their treatment plan and scheduled for treatment per their DPC? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. (Wellpath IP, p. 103).<br><br>Inmates will be notified of eligibility for a comprehensive examination through the inmate information booklet issued to all inmates at intake into the facility. (Wellpath P, p. 103).<br><br>The EMR will contain the complete medical record of each inmate at the MCJ. (Wellpath IP, p. 122).<br><br>There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan. (Wellpath IP, p. 115)<br><br>Dental treatment will be provided in accordance with the following Dental Priority System:.. (Wellpath IP, p. 102) | • See Table 4C in the Statistical portion of this audit tour for additional information.<br>• See A.17<br><br>B.4.1 and B.4.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>• 55 patients were scheduled for the DAE but of those, 20 were released prior to the exam, one (1) refused and two (2) were cancelled by staff.<br>32 incarcerated persons received a requested comprehensive annual dental examination (DAE) during this audit period.<br><br>• This compliance question also asks if they received the full exam including radiographs, periodontal probing, an individualized treatment plan and DPC. This information is deferred due to no further access provided to CorEMR after the healthcare transition on 12/31/25.<br><br>• The timeliness of care can only use scheduled tasks to build the compliance report for dental treatment; therefore, any unscheduled tasks are not measured in CorEMR. If a treatment is left unattended and not scheduled, there is no way in CorEMR to find unscheduled dental tasks and the timeliness of care cannot be measured for any unscheduled tasks.<br><br>• From the initial chart audit, not all comprehensive exam recall was stated and scheduled. Not all periodontal re-evaluation was completed to decide on the periodontal recall and frequency (3MRC, 4MRC, 6MRC), which was also not stated or scheduled. | • Without the full audit trail, the timeliness of care cannot be fully identified in the system of dental care. This is an important aspect of compliance for self-governance to achieve as this is a primary mandate in the Wellpath Implementation Plan.<br><br>• Therefore, see if the DAE, as well as the DPP and DCC referrals can be included in the Monterey Compliance Report and separated into these different categories as you will be doing for Intake, 14-Day, Sick Call, MD and POC referrals to Dental.<br><br>• Perform the full periodontal examination, periodontal probings, mobility, attachment loss, bleeding on probing and furcation involvement to substantiate the periodontal diagnosis.<br><br>• Perform the 4-8 week periodontal re-evaluation to determine if another round of SRP's are indicated, or if the diagnosis has changed, and to determine the periodontal recall exam and frequency.<br><br>• Schedule all the treatment plan tasks in the appropriate timeframe understanding that all treatment must be completed by the longest DPC in the treatment plan.<br><br>• For each comprehensive dental examination: Identify and place the exam recall and periodontal recall and frequency in the Dental Treatment form and in the progress notes, as well as schedule a task for these items.<br><br>• Provide a clinical and periodontal examination, provide a pulpal diagnosis when appropriate, phase the treatment plan with a Dental Priority Code (DPC ) for each line of treatment. Utilize the DPC to schedule and see the patients within timeframe. The timeframe is all treatment is to be completed no later than the longest DPC. Also be mindful when placing the DPC that often the clinician will want to schedule the deep cleaning prior to any restorations. From the intial chart audit, many of the DPCs were set at DPC 5 (120 days), although some treatment should have been done within 30 days due to the severity of the dental problem.<br><br>• Perform a workflow analysis to see if there are any barriers to timeliness of care by looking in the incarcerated persons request for dental care file and by making sure there is just as many completed Nurse Sick Calls and subsequent Dental Sick Calls scheduled in order for comprehensive dental care examination and treatment to occur timely. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients and compliance to timeliness of dental care who requested Comprehensive Dental Care and search for the dates created and then completed for compliance to the timeliness of care. |
| B.4 2 | Chart Audit | Comp Dental Care Recall | Is the patient with 1 year of incarceration, seen in Dental as scheduled or within 30 days of the request for their yearly comprehensive dental recall examination, radiographs, periodontal probing and given an individualized treatment plan, with the appropriate DPC's for each line of their treatment plan and scheduled for treatment per their DPC? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 8 DF:16 NM:0 | NA,DF | DF | 0 | 0 | | | | |
| **B.5** | | **Timeliness of Care Audit Tool Data - Periodontal Disease Program** | | | | | | | | | | | | | | |
| B 5.1 | Chart Audit | Periodontal Disease Program | Are incarcerated patient requests for a periodontal screening, cleaning or other language related to the /Ps gum condition, screened by the RN and determined to be in the Periodontal Disease Program, seen in dental for the comprehensive and periodontal dental examination, within the 30 day timeframe? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>Dental treatment will be provided in accordance with the following Dental Priority System:<br>(1) Emergency Care (Immediate Treatment): Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.<br>(2) Treatment within 1 calendar day: (DPC 1A) Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.<br>(3) Treatment within 30 calendar days: (DPC 1B) Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.<br>(4) Treatment within 60 calendar days: (DPC 1C) Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.<br>(5) Treatment within 120 calendar days: (DPC 2) Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). (Wellpath P, p. 102)" | • See also A.18.<br><br>B.5.1, B.5.2, B 5 3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25.<br><br>• Deferred findings however, a general review of the Periodontal Disease Program found that the deficiencies are similar to the issues found in the previous dental audit tour. Review the Dental Report #12 for more information. Essentially, the workflow needs to be reframed and updated to reflect the right categories of referral to the Dental Periodontal Program are completed with the treatment plan completed in the Dental Treatment category.<br><br>• From April 1st through to the first week of June, Dr [redacted] still gave many patients a periodontal diagnosis on the first visit without the full periodontal examination and radiographs. It is below the standard of care to provide a diagnosis without completed objective findings to substantiate the diagnosis. Subsequently, the dental treatment plan cannot be prescribed without a diagnosis.<br><br>• Per the Implementation Plan, it states:<br>"MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i.e. pregnancy, diabetes, HIV/AIDS)."<br>[Wellpath IP, p. 100 and p. 103]<br><br>• Please review the American Dental Association 2024 CDT codes D0180 and the Diagnostic Imaging section. See the Dental CAP. | • Review the American Dental Association 2024 CDT codes D0180 and also the Diagnostic Imaging section.<br>For the comprehensive periodontal evaluation: "D0180 comprehensive periodontal evaluation - new or established patient. This procedure is indicated for patients showing signs or symptoms of periodontal disease and for patients with risk factors such as smoking or diabetes. It includes evaluation of periodontal conditions, probing and charting, an evaluation for oral cancer, the evaluation and recording of the patient's dental and medical history and general health assessment. It may include the evaluation and recording of dental caries, missing or unerupted teeth, restorations, and occlusal relationships." [ADA CDT 2024 - Code on Dental Procedures and Nomenclature - Current Dental Terminology, Diagnostic p. 5]. See also all subsequent and updated ADA CDT codes for 2025. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients and compliance to timeliness of dental care who requested the Periodontal Disease Program or a list of patients who requested a cleaning and search for the dates created and then completed for compliance to the timeliness of care. |
| B 5 2 | Chart Audit | Periodontal Disease Program | Is the prescribed dental treatment(s), with the appropriate DPC provided for every line item of prescribed treatment from the Periodontal Disease Program Exam, written on the exam form. Is the Exam form scanned into CorEMR within 24 hours of the completed exam?<br>Are the appropriate prescribed treatment tasks scheduled within DPC timeframe? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B 5 3 | Chart Audit | Periodontal Disease Program | Is the treatment plan completed, within DPC timeframe with a date entered on the form when the treatment is completed? Is the completed form scanned within 24 hours into CorEMR from the Periodontal Disease Program? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:36 NM:0 | DF | DF | 0 | 0 | | | | |
| **B.6** | | **Timeliness of Care Audit Tool Data - Refusals** | | | | | | | | | | | | | | |
| B 6.1 | System | Refusals | Are refusals maintained under 5% SC; 5-10% PC; >10% NC during the scheduled dental month? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | Inmates have a right to refuse treatment. Inmates refusing treatment will be counseled regarding any untoward effects of such refusal. Refusals shall be documented in the medical record progress note and refusal of medical treatment form completed, signed by the inmate and filed in the medical record. If the inmate refuses to sign the form, such refusal shall be noted on the form and witnessed by two staff members . Refusal of essential medications and treatment (i.e., the absence of which would jeopardize the health and safety of the inmate) shall be reported to the responsible medical provider after three sequential refusals. (Wellpath IP, p. 21). | • See also A.19.<br><br>B.6.1<br>• See Statistics Table 3, Row 27 and 38 - Overall refusal rate is 10.2%. The number of Refusals have gone down since the last audit period.<br><br>• Refused, Rescheduled and Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patient's dental record progress notes and there is no discussion of the RBACs regarding the conversation with the patient in the progress notes.<br><br>• The policy and procedure and local operating procedure need to be completed.<br><br>B.6.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | • Create a LOP to address the various issues surrounding refusals.<br><br>• The refusal must be documented in a progress note, preferably in a SOAPE format, in the patient's medical record. The dentist must ensure the patient understands the risks of refusal, and the progress note include the discussion between the clinician and patient regarding informed consent, conversely informed refusal and a review of the Risks, Benefits, Alternatives and Consequences (RBAC).<br><br>Under California law and Title 22, patients have the right to refuse treatment (as long as they are mentally competent to do so).<br>• This documentation in the patient's medical record helps ensure the refusal is acknowledged and that there is no misunderstanding or confusion about the patient's decision and protects both the healthcare provider and the patient legally.<br>• Monitoring refusals can help identify recurring trends and patterns or areas where patients are frequently refusing treatments, which could point to larger systemic issues and subsequently improve patient care practices.<br>• CCR Title 22, Section 72511 – Patient Rights<br>• CCR Title 22, Section 70707 – Medical Records<br>• CCR Title 22, Section 72513 – Informed Consent<br>• California Code of Regulations (CCR), Title 16, Section 1005 – Professional Conduct<br>• California Business and Professions Code – Section 1680-1690 (Dentist's Code of Ethics)<br>• California Health and Safety Code – Section 123100-123149 (Patient Rights) | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients who refused a dental appointment and a dental treatment appointment as well as their compliance to timeliness of dental care regarding refusals.<br><br>Other Search Parameter.<br>*CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Category: All Dental except Dental Chart Review<br>*All status-Refused<br>*Generate. *See count. |
| B 6 2 | Chart Audit | Refusals | Are the refusals for Dental Treatment (cellside or chairside) obtained and documented by the licensed dentist and witnessed by a health care person on the day the informed refusal occurred? Is the refusal form scanned into CorEMR within 24 hours? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:12 NM:0 | 50 0% | N | 0 | 1 | | | | |
| **B.7** | | **Timeliness of Care Audit Tool Data - Reschedules** | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B.7.1 | System | (R/S) Reschedules | Are reschedules maintained under 5% SC, 5-10% PC, >10% NC during the scheduled dental month? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | Medically necessary services which are not provided on-site shall be made available by referral to County or private medical/health services providers. Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br><br>All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. (Wellpath P, p. 101).<br><br>All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath IP, page 101).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20)<br><br>Dental treatment will be provided in accordance with the following Dental Priority System:<br>(1) Emergency Care (Immediate Treatment): Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.<br>(2) Treatment within 1 calendar day: (DPC 1A) Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.<br>(3) Treatment within 30 calendar days: (DPC 1B) Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.<br>(4) Treatment within 60 calendar days: (DPC 1C) Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.<br>(5) Treatment within 120 calendar days: (DPC 2) Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). (Wellpath P, p. 102) | B.7.1<br>• See Statistics Table 3, Row 28 and 39 - Overall reschedule rate is 1.4% for this audit period.<br><br>• However this does not take into account the patients that are Cancelled by the System without having be seen or acknowledged as being rescheduled. See Dental CAP #50 & 51.<br><br>• If treatment is not rescheduled on the day the treatment is due, and the reason given for the reschedule, some patients are shown to be scheduled, but essentially time out of the system and are cancelled by System rather than shown they were rescheduled and then not seen. Being Cancelled by the System does not show in the compliance parameters and therefore isn't counted in the compliance parameters. This will need to be changed.<br><br>• Refused, Rescheduled and Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patient's progress note as there is no clinical progress note for these tasks.<br><br>B.7.2 and B.7.3<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | • Write a chronological progress note for every patient encounter including for reschedules, cancelled by staff and refusals.<br><br>• https://www ada.org/resources/practice/practice-management/documentation-patient-records#:~ text=Patient%20records%20are%20a%20vital,claims%20or%20responding%20to%20lawsuits.<br><br>• Including information about rescheduled dental patients in chronological progress notes is crucial for maintaining a comprehensive and accurate patient record. This ensures continuity of care, allows for efficient communication within the dental team, and supports proper record-keeping for legal and administrative purposes.<br><br>• Create an audit trail for any changes done to a task.<br><br>• See the patients within compliance timeframe. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients who refused a dental appointment and a dental treatment appointment and include compliance to the original diagnosis date and was the patients seen within timeframe.<br><br>Other Search Parameter.<br>*CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Category: All Dental except Dental Chart Review<br>*All status-Rescheduled<br>*Generate. *See count.<br>*Was the patient reappointed. Was the patient seen within timeframe? |
| B.7 2 | Chart Audit | (R/S) Reschedules | Are rescheduled nursing sick call patients scheduled again and their appointment seen and completed within compliance timeframe? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| B.7 3 | Chart Audit | (R/S) Reschedules | Are rescheduled dental sick call patients scheduled again and their appointment seen and completed within compliance timeframe? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:24 NM:0 | 50 0% | N | 0 | 1 | | | | |
| B.8 | | Timeliness of Care Audit Tool Data - Cancelled by Staff | | | | | | | | | | | | | | |
| B 8.1 | System | Cancelled by Staff | Are Cancelled by Staff appointments maintained under 5% SC, 5-10% PC, >10% NC during the scheduled dental month? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | Medically necessary services which are not provided on-site shall be made available by referral to County or private medical/health services providers. Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br><br>All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. (Wellpath IP, p. 101).<br><br>Inmates shall have access to emergent and medically necessary non-emergent health care services as deemed appropriate by qualified health services professionals to maintain health and safety of the inmate during his/her period of incarceration. (Wellpath IP, p. 20)<br><br>Dental treatment will be provided in accordance with the following Dental Priority System:<br>(1) Emergency Care (Immediate Treatment): Inmate-patients requiring treatment of an acute oral or maxilla-facial condition, which is likely to remain acute, worsen, or become life threatening without immediate intervention.<br>(2) Treatment within 1 calendar day: (DPC 1A) Inmate-patients with a dental condition of sudden onset or in severe pain, which prevents them from carrying out essential activities of daily living.<br>(3) Treatment within 30 calendar days: (DPC 1B) Inmate-patients requiring treatment for a sub-acute hard or soft tissue condition that is likely to become acute without early intervention.<br>(4) Treatment within 60 calendar days: (DPC 1C) Inmate-patients requiring early treatment for any unusual hard or soft tissue pathology.<br>(5) Treatment within 120 calendar days: (DPC 2) Advanced caries or advanced periodontal pathology requiring the use of intermediate therapeutic or palliative agents or restorative materials, mechanical debridement, or surgical intervention. Moderate or advanced periodontitis requiring non-surgical periodontal treatment (scaling and/or root planing). (Wellpath P, p. 102) | B.8.1<br>• See Statistics Table 3, Row 29 and 40 - Overall Cancelled by Staff rate is 2.6% which is an improvement from the previous audit.<br><br>• Refused, Rescheduled and Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patients progress notes.<br><br>B.8.2<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25. | • Cancelled by System is where the patient's task is automatically cancelled for patients released and no longer in custody. Cancelled by Staff is the area being monitored here.<br><br>• Cancelled by Staff are only found in the Task notes and are not listed chronologically in the patients progress notes. Every scheduled patient encounter should have a clinical note to see the full chronological aspect of a patient's dental history without having to go through various tasks to see the care previously provided.<br><br>• Write an explanation why the patient's appointment is being cancelled by staff. Provide an audit trail. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients who were cancelled by staff by either an RN, physician or dental staff for a dental appointment and a dental treatment appointment. Include the reason for the cancellation and if the patient was seen for their original request or if the patient was cancelled incorrectly. If the patient is re-appointed after a cancelled by staff appointment, list the reasons for this occurrence and list if compliance was restarted at a later date rather than at the date of diagnosis.<br><br>Other Search Parameter.<br>*CorEMR. *Report. *Task. *Scheduled Start and End Date.<br>*Category: All Dental except Dental Chart Review<br>*All status-Cancelled by Staff<br>*Generate. *See count. |
| B 8 2 | Chart Audit | Cancelled by Staff | Is the Cancelled by Staff Dental Sick Call or Dental Treatment patients have an explanation why the patient is cancelled by the staff? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA 0 DF:12 NM:0 | 50 0% | N | 0 | 1 | | | | |
| B.9 | | Timeliness of Care Audit Tool Data - Custody | | | | | | | | | | | | | | |
| B 9.1 | System | No Shows due to Custody | Is custody available for patient transport to the dental department? Does the officer stay near the dental clinic to visualize the patient during treatment? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | B.9.1<br>• Yes, custody is available and visualizes the patient during diagnosis and treatment.<br><br>• Per the Operations Specialist:<br>"In the event of a service interruption or an inability to access the patient for care provision due to circumstances beyond the control of healthcare personnel, the Dental team documents in the patient's medical record within CorEMR the reason. If there is not Deputy available, they also document in a "Interruption of Services" form."<br><br>• No Interruption of Services form was submitted.<br><br>B.9.2<br>• Per Operations Specialist, Deputy is available and no disruption of Deputy services during this audit tour were noted.<br><br>• No Dental Deputy attendance logs were submitted for delays, cancelations or reschedules affecting dental care.<br><br>• The following issue does not stem from Custody, as Custody assigns Deputies to Medical, and Medical is responsible for distributing them across departments. However, there continues to be no Deputy assigned for the first hour after the Dental team begins in the morning. This gap represents a missed opportunity, as a Deputy could assist Dental in completing approximately two patient tasks per hour—equating to 10 additional tasks per week and 40 per month. Therefore, the matter requires coordination between the HSA and the CDO to adjust the Deputy's start time accordingly. | • Finalize the LOP and log it into the Dental Subcommittee when completed. Link it to the global Policy and Procedure for dental custody coverage. Schedule yearly revisions and updates through the Dental Subcommittee and the QA meeting.<br><br>• Custody to provide the log of Dental Deputy attendance and reasons for any delays, cancelations or reschedules affecting dental care.<br><br>• Dr [redacted] (CDO) to discuss Deputy hours with the HSA to see if hours can be managed such that Custody provides coverage at the time the dental team is ready to see their first patient. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, Custody Captain or Designee and/or CDO:<br><br>Request the Interruption of Services form<br><br>Request the Custody transport to dental log or other log of Custody availability during the dental days.<br><br>Request the times Custody starts and ends their day with the Dental Staff and provide any information necessary to determine if there are any barriers to Access and Timeliness of dental care. |
| B 9 2 | System | No Shows due to Custody | Are patients not seen due to custody maintained under 5% SC; 5-10% PC; >10% NC? | 0 | 0 | 0 | 0 | 1 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 1 | 0 | 0 | NA:0 DF:1 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| C.1 | | Quality of Care Audit Tool Data - Dental Triage | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C.1.1 | Chart Audit | Dental Triage - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Written informed consent shall be obtained for all invasive and other procedures in accordance with established CFMG procedure and community standards of practice. (Wellpath IP, p. 20-21).<br><br>Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br><br>Treatment provided is based on the inmate's needs, length of stay and the priorities listed below... (Wellpath P, p. 99) (Dental treatment requires a diagnosis, which may require radiographs).<br><br>All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. (Wellpath P, p. 101)<br><br>If the medical staff/licensed health care professional determines the dental issue to be urgent, the patient shall be referred to and evaluated by the dentist at the next scheduled dental clinic. (Wellpath IP, p. 99) | C.1.1, C.1.2, C.1 3, C.1.4, C.1.5, C.1.6, C.1.7, C.1 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Some radiographs are not fully of diagnostic quality although this area has much improved since digital x-rays have been installed. Incisal not completely visible in the radiograph. Ideally there should be 1-2mm visibility past the crown and apex of the tooth.<br><br>From initial chart reviews, not all radiographic findings, per the Dental Practice Act, must be of diagnostic quality and the clinician must identify address any pathology within the radiograph.<br><br>• The general informed consent form has not been updated to include a discussion of risks, benefits, alternatives and consequences (RBACs) for prescribed medications and local anesthetic. Nor gross debridement, enamelplasty or denture adjustment.<br><br>• Gross debridement may be needed to remove large supragingival calculus so periodontal measurements can be performed. You should also be clear that the informed consent for examinations include focused exams to address episodic care, periodontal and comprehensive exams and x-rays.<br><br>• The general consent form has not been updated to include a line for the witness to print their name.<br><br>• There is no available, established or approved consent form created for the removal of orthodontic braces, brackets and wires.<br><br>• For mentally incapacitated or incompetent patients, or if a patient is unable to understand the proposed exam, x-rays and/or treatment (i e., due to a disability, cognitive impairment, or language barrier), consent must be obtained from a legally authorized representative, such as a guardian or conservator.<br><br>• They are not using a treatment plan form for episodic care, only for comprehensive care. The patients with undiagnosed caries were not informed to submit a request for further treatment for one of the cavities visible on the radiograph. If it was identified on a treatment form or on an electronic treatment form, it is possible that the pathology would not have been missed when writing the clinical note. | From the initial chart audit review - same recommendations as in prior audits:<br>• Update the informed consent forms with RBACs for medication, local anesthetic, prosthodontic adjustment, occlusal adjustment (enamelplasty) and gross debridement so there can be a documented review, discussion between the patient and dentist, and is witnessed by the dental assistant.<br><br>• Add a print line for the witness, in addition to the existing signature line.<br><br>• Consent form discussion between the patient and healthcare provider should be noted in the progress note (SOAPE format) and that the patient attests to understanding the information in the consent form and treatment agreement.<br><br>• Performing a procedure on an incarcerated person without a documented, completed, accurate, reviewed and signed informed consent form, can become a liability for MCJ and Wellpath.<br><br>• Have a separate orthodontic removal consent form for orthodontic band and wire removal (approved by the forms committee), and provide documented training and use consistently, as directed by the CDO in the dental clinic. Within this informed consent, there should be a place where a discussion occurred with the orthodontist informing the clinician of the status of their patient and the plan within MCJ.<br><br>• If in doubt as to how to handle this situation, contact your Chief Dental Officer (CDO) for additional information.<br><br>Dental Triage:<br>• Caries identified early and treated early can prevent a patient from a cavity extending into the pulp and either requiring a root canal for anterior teeth or losing a posterior tooth.<br><br>• Obtain diagnostic x-rays with open contacts and radiographic apex and crown of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization.<br><br>• When anticipating a tooth will need a restoration, take the appropriate radiographs to ensure an accurate diagnosis.<br><br>• Identify all pathology within a radiograph and inform the patient.<br><br>• Review and provide documented training to the clinician to address all pathology within the radiograph. Add the appropriate DPC and schedule accordingly. Include this training and expectation of care in the monthly Dental Subcommittee meeting.<br><br>• Ensure the RBAC discussion is identified in the progress notes regarding informed consent prior to beginning the exam and x-rays.<br><br>• Scan all documents and x-rays in a timely manner within CorEMR, preferably within 24 hours. Provide an accurate description of the scanned item to facilitate identifying the document.<br><br>• List the Objective findings in the SOAPE notes so they are used to substantiate the Assessment/Diagnosis, i e., pain or sensitivity, duration, pain scale, hot/cold (lingering or not), percussion, palpation, swelling, exudate, lymphadenopathy, condition of tooth, decay, etc.<br><br>• Only the Dentist can complete a Dental Sick Call. Provide training to the RNs.<br><br>• Document the objective findings, identify the diagnosis, treatment plan, assign a DPC, schedule the task for the patient within timeline.<br><br>• As with any program, Dental should not operate in a vacuum and the results of internal audits and self-monitoring should be memorialized in their Dental Subcommittee meeting minutes and given to the Quality Assurance committee meeting for their input and accountability.<br><br>• For all the items listed in the findings, please address them, and also provide documented training to remedy any deficiencies. Provide self-audits and self-monitoring to continuously re-evaluate training and re-train when indicated. List items in the policies and procedures and local operating protocol to minimize continuous oversights. Success leaves clues. Identify the successes and make them repeatable and place systems that work in the P&P and LOPs.<br><br>• Give the pulpal diagnosis when appropriate during episodic care/dental sick call:<br>ohttps://www aae org/specialty/wp-content/uploads/sites/2/2017/07/endodonticdiagnosisfall2013.pdf<br>ohttps://www aae org/specialty/wp-content/uploads/sites/2/2017/07/aaeconsensusconferencerecommendeddiagnosticterminology.pdf | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the list of patients who received a dental triage from a Priority 1 referral from Nursing.<br><br>Request the list of patients who received a dental triage from a Priority 2 referral from Nursing.<br><br>Request the list of patients who received a dental triage from a Priority 3, 4, 5 designation from Nursing.<br><br>Ideally use the patients who were evaluated for Dental Sick Call/Dental Triage in the Access and Timeliness of Care sections, to evaluate for the quality of care received.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call - Status: Completed - Priority: All<br>Search for words such as toothache, pain, swelling, swollen, hurts, jaw, teeth, urgent, routine |
| C.1 2 | Chart Audit | Dental Triage - Medical and Dental History | • Is the patient's chief complaint stated and addressed?<br>• Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.1 3 | Chart Audit | Dental Triage - Objective Findings | • Is the scanned or digital copy of the x-ray in the EHR?<br>• Are appropriate radiograph(s) taken and of diagnostic quality?<br>• Are objective findings identified and noted in the clinical note?<br>• Are all radiographic findings identified, documented and discussed with the patient? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.1.4 | Chart Audit | Dental Triage - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the pulpal and/or periodontal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Is the episodic treatment plan placed on an odontogram and scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.1 5 | Chart Audit | Dental Triage - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.1 6 | Chart Audit | Dental Triage - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.1.7 | Chart Audit | Dental Triage - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.1 8 | Chart Audit | Dental Triage - Continuity of Care | • Was the patient informed to submit a dental sick call for any incidental finding(s) found on the radiograph(s), or if pain any pain/issue.<br>• Is the next visit stated and scheduled per the DPC for continuity of care in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.2** | | **Quality of Care Audit Tool Data - Comprehensive Dental Care** | | | | | | | | | | | | | | |
| C 2.1 | Chart Audit | Comprehensive Dental Examination - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Written informed consent shall be obtained for all invasive and other procedures in accordance with established CFMG procedure and community standards of practice. (Wellpath IP, p. 20-21).<br><br>Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br><br>Inmates incarcerated for 12 months or greater are eligible to receive a comprehensive dental exam. The purpose of the dental examinations shall be for the identification, diagnosis, and treatment of dental pathology which impacts the health and welfare of inmate patients. (Wellpath IP, p. 103)<br><br>Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning. (Wellpath IP, p. 103)<br><br>See DPC timelines. Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record. (Wellpath IP, p. 103).<br><br>A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education and periodontal hygiene treatment consistent with dentists' treatment | C.2.1, C.2.2, C 2 3, C.2.4, C.2.5, C.2.6, C 2.7, C 2 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Not diagnosing caries from an FMX can be considered a departure from the standard of care in California. This is particularly true if the caries were visible on the radiograph and the failure to diagnose them resulted in harm or delayed treatment. t may be classified as substandard care, negligence, or even malpractice if it leads to more significant dental problems for the patient. Dentists are expected to thoroughly evaluate radiographs and make accurate diagnoses to ensure that patients receive proper and timely treatment.<br><br>• All pathology visible in a radiograph is not consistently identified, documented, treatment planned with the appropriate DPC in the chart and/or the information shared with the patient. CAP #46.<br><br>• The patients are entitled per the IP to a comprehensive dental examination to include the ADA CDT code D0150, D0180 and D0210.<br><br>• The Dentist is routinely failing to chart existing restorations during the comprehensive dental examination.<br><br>• There is failure to document. The periodontal diagnosis stated in the clinical notes is often not the same as what is given to the patient. The clinical notes are not always consistent.<br><br>• The treatment plan is not always updated to reflect the new dates of completion. | See C.1 above for additional findings and recommendations.<br><br>• Review the radiographs and clinical presentation and indicate all the pathology clinically and from the radiographs on the treatment form.<br><br>• Review and discuss the risks, benefits, alternatives and consequences (RBACs) for the periodontal diagnosis and proposed treatment plan with the patient and indicate the discussion in the clinical progress notes.<br><br>• Perform the informed consent conversation, sign, date, witness. Add a line for the witness's printed name.<br><br>• To prevent harm to the patient, chart existing restorations in blue and problems, decay, and pathology in red. Obtain the proper diagnosis and thus the proposed dental treatment must correlate with the established diagnosis. Dr [redacted] CDO to provide training in charting.<br><br>• Update the Annual Dental Exam form, especially the periodontal section. Remove the existing shading for occlusal restorations which may interfere with the existing charting.<br><br>• Discuss between the Dental Assistant and Dentist if any retakes are necessary prior to releasing the patient. Utilize feedback and ask for training when necessary.<br><br>• Make sure the wisdom teeth are included in the radiographic series and treatment planned if indicated. The radiographic visualization of the wisdom teeth is part of the comprehensive dental examination to include the ADA CDT codes D0150, D0180 and D0210. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Ideally use the patients who were evaluated for comprehensive dental care in the Access and Timeliness of Care sections for evaluation of the quality of dental care received.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Sick Call and Dental Annual Exam - Status: Completed - Priority: All. Search for words such as request, clean, cleaning, exam. |
| C 2 2 | Chart Audit | Comprehensive Dental Exam - Medical and Dental History | • Is the patient's chief complaint addressed?<br>• Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 2 3 | Chart Audit | Comprehensive Dental Exam - Objective Findings | • Does the comprehensive dental examination include a full mouth series of x-rays (FMX), and a panoramic radiograph per the ADA guidelines?<br>• Are all radiographic findings identified, documented and discussed with the patient?<br>• Are all existing conditions completed in the odontogram supported by clinical and radiographic findings?<br>• Are objective findings identified and noted in the clinical note?<br>• Is an oral cancer screening (OCS) performed and documented?<br>• Is a full mouth periodontal charting completed and documented?<br>• Are the radiographs scanned or digitized into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | recommendations. (Wellpath P, p. 103). | • A task is not always created for future treatment planned dental care. If a task is not created, the patient is essentially "lost" in the system.<br><br>• Failure to perform and document the 4-6 week periodontal re-evaluation and provide continuity of care following the results.<br><br>• There is no recall exam and periodontal recall type, and frequency listed on the treatment plan, stated for the next visit or scheduled.<br><br>• Mobility and furcation involvements are not always charted on the periodontal form.<br><br>• The Annual Exam treatment form does not handle perio well. Please adjust the form for conformity.<br><br>• The medical history is not always reviewed, and the review of the health history is not always noted in the clinical note. Review the medical history, allergies, medications and lab work. Document the findings in the clinical notes.<br><br>• When radiographic calculus is visible on the x-ray, it is not always stated in the objective portion of the clinical note.<br><br>• Failure to document. When the treatment is completed, the treatment dates are not always entered and rescanned into CorEMR. This type of documentation is labor intensive, however CorEMR is not an electronic dental record system so there must be accountability in this manner to show the progress of the treatment plan. Note any changes to the treatment plan and state it in the clinical notes.<br><br>o The clinical notes are not always consistent. For example, the periodontal diagnosis is listed as moderate periodontitis but, on the form, given to the patient, the periodontal diagnosis is slight periodontitis. Please confirm the diagnosis prior to performing a treatment.<br><br>o Place the periodontal diagnosis in the Assessment portion of the clinical note when performing a comprehensive dental examination. Mobility and furcation involvements are not always charted on the periodontal form. The Annual Exam treatment form does not handle perio well. It states periodontal health on one side of the form but on the other area states mild periodontitis. Please adjust the form for conformity.<br><br>o Failure to document and provide continuity of care. The treatment plan is missing the periodontal probings with mobility, the perio re-eval at 4-6 weeks, the recall exam and periodontal type and frequency. The next visit procedure(s) and DPC are not always included in the clinical progress notes. The tasks are not always created and scheduled for each line of the treatment plan. Treatment must be phased and completed by the longest DPC assigned. | • Send out for a panoramic x-ray when indicated per the Wellpath IP, p. 103. "Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning."<br><br>• Print the dental treatment form and enter the date of the completed treatment and rescan into CorEMR. Without an EDRS, this scanning method keeps track of completed treatment.<br><br>• Periodontal probings, mobility, attachment loss due to recessions and other periodontal findings as stated in the American Dental Association (ADA), CDT code D0180, are to be charted at the time of the periodontal and comprehensive dental examination.<br><br>• At the comprehensive dental examination, place the periodontal diagnosis in the assessment portion of the SOAPE note. Review the previous clinical notes for consistency and accuracy.<br><br>• Assign the DPC to each line of treatment. Please provide training to the dentists that all the treatment plans must be completed within the longest assigned DPC. Please phase and create tasks/appointments for the treatment plan.<br><br>• Set the annual exam recall on the treatment plan, and schedule accordingly. Periodontal maintenance recall is not limited to yearly. Here are some recommended options per the clinical situation following a 4-8 week peridontal re-evaluation, 3 months recall (3MRC), 4 months recall (4MRC), 6 months recall (6MRC).<br><br>• The next visit procedure(s) and DPC are not always included in the clinical progress notes. The tasks are not always created and scheduled for each line of the treatment plan. Treatment must be phased and completed by the longest DPC assigned.<br><br>• Train from the P&P and LOP. Submit the training records to the monthly Dental Subcommittee meeting and have it noted in the minutes. Continue to strive for continuous improvement. | |
| C 2.4 | Chart Audit | Comprehensive Dental Exam - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the periodontal and pulpal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Are the comprehensive dental exam and periodontal charting forms scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 2 5 | Chart Audit | Comprehensive Dental Exam - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 2 6 | Chart Audit | Comprehensive Dental Exam - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given and documented in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 2.7 | Chart Audit | Comprehensive Dental Exam - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 2 8 | Chart Audit | Comprehensive Dental Exam - Continuity of Care | • Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| C.3 | | Quality of Care Audit Tool Data - Chronic Care - HIV | | | | | | | | | | | | | | |
| C 3.1 | Chart Audit | Chronic Care HIV - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider.<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines. (Wellpath P, p. 27).<br><br>The medical provider will complete a baseline physical examination and history, order a therapeutic regimen and schedule the patient to be seen at least every ninety days for chronic care management. (Wellpath P, p. 29).<br><br>MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record.<br><br>A treatment plan is a series of written statements which specify the particular course of treatment. A thorough plan will be included in the plan portion of S.O.A.P. progress note and problem lists will reflect current problems or conditions being followed. Monitoring the efficacy of treatment while in custody, and discharge planning are essential components of the treatment plan. (Wellpath P, p. 26). | C.3.1, C.3.2, C 3 3, C 3.4, C.3.5, C.3.6, C 3.7, C 3 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• The majority of the patients diagnosed with HIV who were referred to dental from Chronic Care were not seen for comprehensive care. | • Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.<br><br>• The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care, timeliness of care and quality of care and to nurture open lines of communication.<br><br>• Have the CDO provide a training session for the physicians regarding common dental conditions best referred to dental. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Ideally use the patients who were referred by the physicians from chronic care for a dental appointment in the Access and Timeliness of Care sections in order to evaluate for the quality of dental care received.<br><br>Other Search Parameters:<br>*CorEMR.<br>*Report.<br>*Form Question Report<br>*Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for patients on 4 or more pysch meds or with Serious Mental Ilness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| C 3 2 | Chart Audit | Chronic Care HIV - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 3 3 | Chart Audit | Chronic Care HIV - Objective Findings | • Does the comprehensive dental examination include a full mouth series of x-rays (FMX), and a panoramic radiograph per the ADA guidelines?<br>• Are all radiographic findings identified, documented and discussed with the patient?<br>• Are all existing conditions completed in the odontogram supported by clinical and radiographic findings?<br>• Are objective findings including identified and noted in the clinical note?<br>• Is an oral cancer screening (OCS) performed and documented?<br>• Is a full mouth periodontal charting completed and documented? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 3.4 | Chart Audit | Chronic Care HIV - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the periodontal and pulpal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Are the comprehensive dental exam and periodontal charting forms scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education and periodontal hygiene treatment consistent with dentists' treatment recommendations. (Wellpath IP, p. 103). | | | |
| C 3 5 | Chart Audit | Chronic Care HIV - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 3 6 | Chart Audit | Chronic Care HIV - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given and documented in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 3.7 | Chart Audit | Chronic Care HIV - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 3 8 | Chart Audit | Chronic Care HIV - Continuity of Care | • Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.4** | | **Quality of Care Audit Tool Data - Chronic Care - Seizures** | | | | | | | | | | | | | | |
| C.4.1 | Chart Audit | Chronic Care Seizures - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider.<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines. (Wellpath P, p. 27).<br><br>The medical provider will complete a baseline physical examination and history, order a therapeutic regimen and schedule the patient to be seen at least every ninety days for chronic care management. (Wellpath IP, p. 29).<br><br>MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record.<br><br>A treatment plan is a series of written statements which specify the particular course of treatment. A thorough plan will be included in the plan portion of S.O.A.P. progress note and problem lists will reflect current problems or conditions being followed. Monitoring the efficacy of treatment while in custody, and discharge planning are essential components of the treatment plan. (Wellpath P, p. 26).<br><br>A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education and periodontal hygiene treatment consistent with dentists' treatment recommendations. (Wellpath IP, p. 103). | C.4.1, C.4.2, C.4 3, C.4.4, C.4.5, C.4.6, C.4.7, C.4 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• N/A and Deferred findings. The majority of the patients diagnosed with Seizures who were referred to dental from Chronic Care were not seen for comprehensive care. | • Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.<br><br>• The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care, timeliness of care and quality of care and to nurture open lines of communication.<br><br>• Have the CDO provide a training session for the physicians regarding common dental conditions best referred to dental. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Ideally use the patients who were referred by the physicians from chronic care for a dental appointment in the Access and Timeliness of Care sections in order to evaluate for the quality of dental care received.<br><br>Other Search Parameters:<br>*CorEMR.<br>*Report.<br>*Form Question Report<br>*Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for patients on 4 or more pysch meds or with Serious Mental llness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| C.4 2 | Chart Audit | Chronic Care Seizures - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.4 3 | Chart Audit | Chronic Care Seizures - Objective Findings | • Does the comprehensive dental examination include a full mouth series of x-rays (FMX), and a panoramic radiograph per the ADA guidelines?<br>• Are all radiographic findings identified, documented and discussed with the patient?<br>• Are all existing conditions completed in the odontogram supported by clinical and radiographic findings?<br>• Are objective findings including identified and noted in the clinical note?<br>• Is an oral cancer screening (OCS) performed and documented?<br>• Is a full mouth periodontal charting completed and documented? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.4.4 | Chart Audit | Chronic Care Seizures - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the periodontal and pulpal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Are the comprehensive dental exam and periodontal charting forms scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.4 5 | Chart Audit | Chronic Care Seizures - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.4 6 | Chart Audit | Chronic Care Seizures - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given and documented in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.4.7 | Chart Audit | Chronic Care Seizures - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.4 8 | Chart Audit | Chronic Care Seizures - Continuity of Care | • Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.5** | | **Quality of Care Audit Tool Data - Chronic Care - Diabetes** | | | | | | | | | | | | | | |
| C 5.1 | Chart Audit | Chronic Care Diabetes - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider.<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are | C.5.1, C.5.2, C 5 3, C 5.4, C.5.5, C.5.6, C 5.7, C 5 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• N/A and Deferred findings. The majority of the patients diagnosed with Diabetes who were referred to dental from Chronic Care were not seen for comprehensive care. | • Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.<br><br>• The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care, timeliness of care and quality of care and to nurture open lines of communication.<br><br>• Have the CDO provide a training session for the physicians regarding common dental conditions best referred to dental. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Ideally use the patients who were referred by the physicians from chronic care for a dental appointment in the Access and Timeliness of Care sections in order to evaluate for the quality of dental care received.<br><br>Other Search Parameters:<br>*CorEMR.<br>*Report.<br>*Form Question Report<br>*Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 5 2 | Chart Audit | Chronic Care Diabetes - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | consistent with national practice guidelines. (Wellpath P, p. 27).<br><br>The medical provider will complete a baseline physical examination and history, order a therapeutic regimen and schedule the patient to be seen at least every ninety days for chronic care management. (Wellpath P, p. 29).<br><br>MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record.<br><br>A treatment plan is a series of written statements which specify the particular course of treatment. A thorough plan will be included in the plan portion of S.O.A.P. progress note and problem lists will reflect current problems or conditions being followed. Monitoring the efficacy of treatment while in custody, and discharge planning are essential components of the treatment plan. (Wellpath P, p. 26).<br><br>A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education and periodontal hygiene treatment consistent with dentists' treatment recommendations. (Wellpath P, p. 103). | | | for patients on 4 or more psych meds or with Serious Mental Illness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| C 5 3 | Chart Audit | Chronic Care Diabetes - Objective Findings | • Does the comprehensive dental examination include a full mouth series of x-rays (FMX), and a panoramic radiograph per the ADA guidelines?<br>• Are all radiographic findings identified, documented and discussed with the patient?<br>• Are all existing conditions completed in the odontogram supported by clinical and radiographic findings?<br>• Are objective findings identified and noted in the clinical note?<br>• Is an oral cancer screening (OCS) performed and documented?<br>• Is a full mouth periodontal charting completed and documented? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 5.4 | Chart Audit | Chronic Care Diabetes - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the periodontal and pulpal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Are the comprehensive dental exam and periodontal charting forms scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 5 5 | Chart Audit | Chronic Care Diabetes - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 5 6 | Chart Audit | Chronic Care Diabetes - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given and documented in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 5.7 | Chart Audit | Chronic Care Diabetes - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 5 8 | Chart Audit | Chronic Care Diabetes - Continuity of Care | • Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.6** | | **Quality of Care Audit Tool Data - Chronic Care - Pregnancy** | | | | | | | | | | | | | | |
| C 6.1 | Chart Audit | Chronic Care Pregnancy - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider.<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines. (Wellpath P, p. 27).<br><br>The medical provider will complete a baseline physical examination and history, order a therapeutic regimen and schedule the patient to be seen at least every ninety days for chronic care management. (Wellpath P, p. 29).<br><br>MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record.<br><br>A treatment plan is a series of written statements which specify the particular course of treatment. A thorough plan will be included in the plan portion of S.O.A.P. progress note and problem lists will reflect current problems or conditions being followed. Monitoring the efficacy of treatment while in custody, and discharge planning are essential components of the treatment plan. (Wellpath P, p. 26).<br><br>A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education and periodontal hygiene treatment consistent with dentists' treatment recommendations. (Wellpath P, p. 103). | C.6.1, C.6.2, C 6 3, C 6.4, C.6.5, C.6.6, C 6.7, C 6 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• N/A and Deferred findings. The majority of the patients diagnosed with Pregnancy who were referred to dental from Chronic Care were not seen for comprehensive care.<br><br>• According to the American Pregnancy Association, "Pregnancy and dental work questions are common for expecting moms. Preventive dental cleanings and annual exams during pregnancy are not only safe but are recommended. The rise in hormone levels during pregnancy causes the gums to swell, bleed, and trap food causing increased irritation to your gums. Preventive dental work while pregnant is essential to avoid oral infections such as gum disease, which has been linked to preterm birth."<br>https://americanpregnancy.org/healthy-pregnancy/is-it-safe/dental-work-and-pregnancy/ | • Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.<br><br>• The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care, timeliness of care and quality of care and to nurture open lines of communication.<br><br>• Have the CDO provide a training session for the physicians regarding common dental conditions best referred to dental. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Ideally use the patients who were referred by the physicians from chronic care for a dental appointment in the Access and Timeliness of Care sections in order to evaluate for the quality of dental care received.<br><br>Other Search Parameters:<br>*CorEMR.<br>*Report.<br>*Form Question Report<br>*Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for patients on 4 or more psych meds or with Serious Mental Illness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| C 6 2 | Chart Audit | Chronic Care Pregnancy - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 6 3 | Chart Audit | Chronic Care Pregnancy - Objective Findings | • Does the comprehensive dental examination include a full mouth series of x-rays (FMX), and a panoramic radiograph per the ADA guidelines?<br>• Are all radiographic findings identified, documented and discussed with the patient?<br>• Are all existing conditions completed in the odontogram supported by clinical and radiographic findings?<br>• Are objective findings including identified and noted in the clinical note?<br>• Is an oral cancer screening (OCS) performed and documented?<br>• Is a full mouth periodontal charting completed and documented? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 6.4 | Chart Audit | Chronic Care Pregnancy - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the periodontal and pulpal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Are the comprehensive dental exam and periodontal charting forms scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 6 5 | Chart Audit | Chronic Care Pregnancy - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 6 6 | Chart Audit | Chronic Care Pregnancy - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given and documented in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 6.7 | Chart Audit | Chronic Care Pregnancy - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

Case 5:13-cv-02354-BLF Document 1348 Filed 11/17/26 Page 193 of 284
PageID #: 44387





| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 6 8 | Chart Audit | Chronic Care Pregnancy - Continuity of Care | • Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.7** | | **Quality of Care Audit Tool Data - Chronic Care - SMI** | | | | | | | | | | | | | | |
| C.7.1 | Chart Audit | Chronic Care SMI, SN - Informed Consent | • Does the general informed consent form include at a minimum examination, radiographs, medications, local anesthetic, prosthodontic and occlusal adjustments?<br>• Is there discussion of risks, benefits, alternatives and consequences in the consent form for those items?<br>• Is the general informed consent form reviewed and signed by the patient, Dentist and witnessed by the Dental Assistant?<br>• Is the informed consent/discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Chronic Care Clinic: Routinely scheduled encounters between an FNP, PA or MD and a patient with an identified chronic medical or mental condition for the purpose of treatment planning, monitoring the patient's condition and therapeutic regimen while in custody. Such encounters shall be scheduled at least every ninety days, but may occur more frequently at the discretion of the medical provider. Routinely scheduled Chronic Care Clinic monitoring shall apply to the following conditions: diabetes; cardiac disorders, hypertension, seizure disorders, communicable diseases, respiratory disorders, and psychiatric disorders. Other conditions may be included as appropriate at the discretion of the medical provider.<br><br>Inmates with chronic care conditions will be managed pursuant to chronic care protocols and standardized procedures that are consistent with national practice guidelines. (Wellpath P, p. 27).<br><br>The medical provider will complete a baseline physical examination and history, order a therapeutic regimen and schedule the patient to be seen at least every ninety days for chronic care management. (Wellpath IP, p. 29).<br><br>MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103).<br><br>Examination findings and proposed treatment plan will be documented on standardized comprehensive dental exam, periodontal exam and treatment planning forms which will be filed in the patient medical record.<br><br>A treatment plan is a series of written statements which specify the particular course of treatment. A thorough plan will be included in the plan portion of S.O.A.P. progress note and problem lists will reflect current problems or conditions being followed. Monitoring the efficacy of treatment while in custody, and discharge planning are essential components of the treatment plan. (Wellpath P, p. 26).<br><br>A per diem Registered Dental Hygienist (RDH): will be scheduled, as needed, to provide dental hygiene education and periodontal hygiene treatment consistent with dentists' treatment recommendations. (Wellpath IP, p. 103). | C.7.1, C.7.2, C.7 3, C.7.4, C.7.5, C.7.6, C.7.7, C.7 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• N/A and Deferred findings. The majority of the patients diagnosed with SMI and/or were on four or more psychotropic medications who were referred to dental from Chronic Care were not seen for comprehensive care. | • Perform an oral assessment at the Chronic Care initial and Follow-up appointment and refer the patients when indicated.<br><br>• The condition of the oral environment can affect the person's overall health and wellbeing. The patient is not segmented into parts; medical, mental health and dental, they are all interrelated and integrated into one. Please invite a representative from each division of medical, mental health, and pharmacy to attend the monthly Dental Subcommittee in order to discuss cases, barriers to access to care, timeliness of care and quality of care and to nurture open lines of communication.<br><br>• Have the CDO provide a training session for the physicians regarding common dental conditions best referred to dental. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Ideally use the patients who were referred by the physicians from chronic care for a dental appointment in the Access and Timeliness of Care sections in order to evaluate for the quality of dental care received.<br><br>Other Search Parameters:<br>*CorEMR.<br>*Report.<br>*Form Question Report<br>*Scheduled Start and End Date.<br>*Form - Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for patients on 4 or more psych meds or with Serious Mental Ilness (SMI).<br>*Value - Refer to Dental, Emergent, Urgent, Routine<br>*Generate. *See count |
| C.7 2 | Chart Audit | Chronic Care SMI, SN - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• Is a medical consult completed if indicated? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.7 3 | Chart Audit | Chronic Care SMI, SN - Objective Findings | • Does the comprehensive dental examination include a full mouth series of x-rays (FMX), and a panoramic radiograph per the ADA guidelines?<br>• Are all radiographic findings identified, documented and discussed with the patient?<br>• Are all existing conditions completed in the odontogram supported by clinical and radiographic findings?<br>• Are objective findings including identified and noted in the clinical note?<br>• Is an oral cancer screening (OCS) performed and documented?<br>• Is a full mouth periodontal charting completed and documented? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.7.4 | Chart Audit | Chronic Care SMI, SN - Diagnosis, Treatment Plan, DPC | • Do the objective findings substantiate the periodontal and pulpal diagnosis?<br>• Does the diagnosis substantiate the treatment plan?<br>• Is each treatment plan item assigned the appropriate DPC?<br>• Are the comprehensive dental exam and periodontal charting forms scanned into the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.7 5 | Chart Audit | Chronic Care SMI, SN - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.7 6 | Chart Audit | Chronic Care SMI, SN - Education | • Is the discussion of risks, benefits, alternatives, and consequences been discussed and noted in the clinical notes specific to the treatment plan?<br>• Is oral hygiene instruction given and documented in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.7.7 | Chart Audit | Chronic Care SMI, SN - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.7 8 | Chart Audit | Chronic Care SMI, SN - Continuity of Care | • Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.8** | | **Quality of Care Audit Tool Data - Periodontal Treatment** | | | | | | | | | | | | | | |
| C 8.1 | Chart Audit | Periodontal Treatment - Informed Consent | • Is the specific treatment listed on the periodontal informed consent form and signed by the patient, dentist and witnessed by the dental assistant?<br>• Is there discussion of risks, benefits, alternatives and consequences as well as a discussion if exam and treatment is not done in the consent form?<br>• Is the informed consent discussion noted in the clinical note?<br>• Is the form(s) scanned or digital copy in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | MCJ will maintain a periodontal disease program for the diagnosis and treatment of periodontal disease. Periodontal screening shall be available to all patients, regardless of length of stay. Treatment will be based on periodontal disease classification, Dental Priority code, and special medical needs (i e., pregnancy, diabetes, HIV/AIDS). (Wellpath IP, pp. 100, 103). | C.8.1, C.8.2, C 8 3, C.8.4, C.8.5, C.8.6, C 8.7, C 8 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>Deferred Findings - See A.18 and B 5 | See C1 and C2 above for additional findings and recommendations. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request a list of patients who are diagnosed and treatment planned for a Periodontal Treatment in order to assess for quality of care.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Treatment - Status: Completed - Priority: All<br>Search for words such as SRP, prophy, perio |
| C 8 2 | Chart Audit | Periodontal Treatment - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• If a medical consult or clearance was requested, was it completed if indicated? Are the medical provider's notes available? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 8 3 | Chart Audit | Periodontal Treatment - Objective Findings | • Were appropriate diagnostic radiograph(s) taken at the time of the exam?<br>• Are current periodontal charting and findings identified and noted in the clinical note?<br>• Is the diagnosis supported by the objective findings, is the treatment supported by the diagnosis and is the diagnosis listed in the assessment for each periodontal treatment procedure?<br>• Was Dental Priority Code (DPC) prescribed at the time of the periodontal exam?<br>• Is the scanned or digital copy of the x-ray(s) in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 8.4 | Chart Audit | Periodontal Treatment - Treatment Plan and DPC | • Is the periodontal treatment listed in the Plan portion of the clinical note?<br>• Is the anesthetic type and quantity listed? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 8 5 | Chart Audit | Periodontal Treatment - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings?<br>• And if so, did the /P receive the medication timely? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 8 6 | Chart Audit | Periodontal Treatment - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 8.7 | Chart Audit | Periodontal Treatment - Education | • Are post-oral hygiene care instructions given? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 8 8 | Chart Audit | Periodontal Treatment - Continuity of Care | • Was the next visit/recall identified – periodontal re-evaluation or periodontal maintenance given with the appropriate recall frequency?<br>• Is the treatment plan sequenced and scheduled per the DPC for continuity of care and noted in the clinical note?<br>• Is patient informed to request an annual recall exam?<br>• Is the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.9** | | **Quality of Care Audit Tool Data - Restorative and Palliative Care** | | | | | | | | | | | | | | |
| C 9.1 | Chart Audit | Restorative and Palliative Care - Informed Consent & DMFS | • Is the restorative portion of the general informed consent form reviewed, with the specific procedure identified and signed by the patient, dentist and witnessed by the dental assistant?<br>• Is there discussion of risks, benefits, alternatives and consequences noted in the clinical note?<br>• Is the current Dental Material Fact Sheet (DMFS) given to the patient and the acknowledgment of receipt signed.<br>• Is the form(s) scanned or digital copy placed in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | Written informed consent shall be obtained for all invasive and other procedures in accordance with established CFMG procedure and community standards of practice. (Wellpath IP, p. 20-21).<br><br>Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br><br>CFMG dental staff shall verify that every patient has received a copy of the Dental Materials Fact Sheet. Prior to initiating any restorative procedure, the patient shall sign the Acknowledgment of Receipt of Dental Material Fact Sheet. (Wellpath IP, p. 107).<br><br>Inmate-patients with comprehensive examinations and treatment plans are eligible to receive permanent restorations in accordance with their established treatment plan. (Wellpath IP, p. 106).<br><br>All patients in custody of county detention centers with CFMG dental contracts shall be eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth....Palliative endodontic therapy-the procedure in which pulpal debridement is performed to relieve acute pain shall be provided to all inmate-patients. (Wellpath P, p. 108).<br><br>Acceptable materials for restorations are amalgams, light cured composites, and light cured and self-cured glass ionomers. The material of choice shall be selected by the dentist based upon clinical considerations. (Wellpath P, p. 107). | C.9.1, C.9.2, C 9 3, C.9.4, C.9.5, C.9.6, C 9.7, C 9 8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Well done in achieving Substantial Compliance! Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• The Dental Material Fact Sheet (DMFS) is missing for patient #2305469. The DMFS is a mandatory form to be given to the patient with a signed acknowledgment of the receipt of the DMFS, per the Dental Board of California.<br>• If the dentist takes only a periapical (PA) x-ray and does not adequately assess the interproximal areas, it could be considered a failure to meet the standard of care in a routine or preventive care scenario. Bitewings are typically necessary for detecting cavities between teeth that aren't visible in a PA radiograph. If there is a failure to detect caries or another issue because bitewings were not taken when they were clinically indicated, it could lead to misdiagnosis, delayed treatment, or harm to the patient. Therefore, all pathology visible in a radiograph is to be consistently identified, documented and treatment planned in the chart and the information shared with the patient.<br><br>• Additional training to the dental staff is necessary to instruct them that excavation of caries and the placement of a sedative or temporary restoration; a composite buildup; and stainless steel crowns are an allowable alternative treatment options. Although not the most ideal and very technique sensitive, however, in certain circumstances it is better to use these P stated procedures than lose a tooth. A patient should not have to wait until the decay is into the dental pulp and forgo saving a tooth if the pulp is still viable and a restorative procedure could have been placed.<br><br>o "Fixed prosthetics: a. Shall not be utilized to restore missing or defective teeth if an adequate restoration can be placed, (e.g., a stainless steel crown, polycarbonate crown, a bonded composite, or an amalgam with cuspal coverage), or if a removable partial denture can be fabricated to replace the missing teeth." (Wellpath P, p. 110)<br><br>• The Dental Priority Code (DPC) is not always identified. The DPC assignment and phasing is not always identified correctly during the dental sick call or comprehensive dental examination. Generally, it is better if the periodontal cleaning is completed prior to restorative treatment in order to minimize leakage of the restoration, especially since only composite restorations a performed at MCJ.<br><br>• The time out protocol is not always used and stated in the clinical notes. Utilize a timeout protocol for all irreversible procedures. Place the time out protocol in the Plan section of the SOAPE note. See patient #2303791.<br><br>• The manufacture of the flowable and packable composite material is not always listed in the clinical notes.<br>• The next visit with a DPC is not always included in the clinical progress notes. | • See C.1 and C.2 above for additional findings and recommendations.<br><br>From the initial chart audit review, the same recommendations are in effect therefore please refer to the recommendations found in prior audits.<br>• When indicated, take a diagnostic bitewing radiograph to assess for interproximal caries.<br><br>• Obtain diagnostic radiographs with open contacts, the radiographic apex and the crown of teeth prior to diagnosis and treatment planning to prevent unforeseen events due to the lack of visualization.<br><br>• Describe and chart all the pathology in the x-rays taken and inform the patient.<br><br>• Complete a pulpal and periodontal diagnosis prior to performing a restoration.<br><br>• Assess the pulpal condition first prior to placing a temporary or permanent restoration. Place the pulpal diagnosis in the assessment portion of the SOAPE note.<br><br>• Perform a timeout protocol to make sure the correct teeth and surfaces are restored. Document the timeout protocol occurred in the progress notes.<br><br>• Include the manufacture of the restorative material used during a procedure. Identifying the material that is placed in the patient's mouth is helpful in case of a recall of the material or an allergy.<br><br>• The Dental Board of California oversees the licensure and regulation of dental professionals in the state, ensuring adherence to standards that prioritize patient health and safety.<br><br>• Buildups and stainless steel crowns are part of the allowable restorative procedures. Please do not let a tooth decay to the pulp because it needs a buildup and temporary crown. Caries removal is key. A stainless steel crown although technique sensitive is a viable long term temporary option.<br><br>• Please provide documented training and identify the training given in the monthly Dental Subcommittee meeting. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request a list of patients who are diagnosed and treatment planned for a restorative and/or palliative dental care condition in order to assess for quality of care.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Treatment - Status: Completed - Priority: All<br>Search for words such as fill, filling, sed, fill, crown, stainless steel, comp |
| C 9 2 | Chart Audit | Restorative and Palliative Care - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• If a medical consult or clearance was requested, was it completed if indicated? Are the medical provider's notes available? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 9 3 | Chart Audit | Restorative and Palliative Care - Objective Findings | • Were appropriate diagnostic radiograph(s) taken at the time of the exam?<br>• Are current objective findings identified and noted in the clinical note?<br>• Is the diagnosis supported by the objective findings, the treatment supported by the diagnosis and the diagnosis listed in the assessment for each restorative procedure?<br>• Was Dental Priority Code (DPC) prescribed at the time of the exam?<br>• Is the scanned or digital copy of the x-ray in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 9.4 | Chart Audit | Restorative and Palliative Care - Treatment Plan and DPC | • Is the time out protocol utilized and noted in the clinical note.<br>• Is the anesthetic type and quantity listed?<br>• Is the decay indicated as being removed?<br>• Is the restorative material(s) utilized listed in the clinical note?<br>• Is the occlusion and contact(s) verified? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 9 5 | Chart Audit | Restorative and Palliative Care - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings?<br>• And if so, did the /P receive the medication timely? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 9 6 | Chart Audit | Restorative and Palliative Care - Education | • Are post-operative instructions given? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 9.7 | Chart Audit | Restorative and Palliative Care - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C 9 8 | Chart Audit | Restorative and Palliative Care - Continuity of Care | • If palliative care, (i.e., sedative filling, temporary filling), is a follow up appointment made to place a permanent filling if indicated?<br>• Is the appropriate DPC given, scheduled accordingly and the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.10** | | **Quality of Care Audit Tool Data - Extractions / Oral Surgery** | | | | | | | | | | | | | | |
| C.10.1 | Chart Audit | Oral Surgery/ Extraction - Informed Consent | • Is the oral surgery/ extraction consent form reviewed, with the specific procedure identified on the form and signed by the patient, dentist and witnessed by the dental assistant?<br>• Is there discussion of risks, benefits, alternatives and consequences noted in the clinical note?<br>• Is the form(s) scanned or digital copy placed in the EHR?" | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | MCJ dental clinic shall provide necessary oral surgery services to all inmate-patients onsite or through a local community provider. (Wellpath IP, p. 107).<br><br>Written informed consent shall be obtained for all invasive and other procedures in accordance with established CFMG procedure and community standards of practice. (Wellpath IP, p. 20-21).<br><br>Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br><br>Treatment provided is based on the inmate's needs, length of stay and the priorities listed below... (Wellpath P, p. 99) (Dental treatment requires a diagnosis, which may require x-rays).<br><br>Treatment provided is based on the inmate's needs, length of stay and the priorities listed below... (Wellpath P, p. 99) (Dental | C.10.1, C.10 2, C.10.3, C.10.4, C.10.5, C.10.6, C.10.7, C.10.8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• There were significant departures from the dental standard of care due to failing to prescribe an analgesic (pain medication) following oral surgery. Post-surgical pain management is the responsibility of the Dentist. See patients #2406187, #2500742 and #2500684. Not receiving post-surgical pain management following oral surgery is a departure from the dental standard of care and is harmful to the patient.<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• The timeout protocol was not always performed and documented.<br><br>• The general informed consent form does not include an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications including local anesthetic, analgesics, antibiotics, and mouth rinses. | See C.1 and C.2 above for additional findings and recommendations.<br><br>From the initial chart audit review, the same recommendations are in effect, therefore, please refer to the recommendations found in prior audits.<br>• Confirm and document which teeth are to be extracted by performing a timeout protocol. "Indicate the tooth number(s) or mark the tooth site or surgical site on the odontogram or radiograph to be included as part of the patient record. Ensure that radiographs are properly oriented and visually confirm that the correct teeth or tissues have been charted. Conduct a time out to verify patient, tooth, and procedure, with assistant present at the time of the extraction." -Joint Commission.<br><br>• The standard of care in dentistry requires dentists to maintain accurate and legible records that reflect the patient's treatment history, including the specific tooth or teeth that were treated. Be mindful that all areas including the progress notes, the consent form and the Dental Service Treatment Record (DSTR), all have the same information.<br><br>• Confirm that all pathology in a radiograph is identified, diagnosed and treatment planned when reviewing the x-ray during the timeout protocol. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request a list of patients who are diagnosed and treatment planned for a simple and surgical oral surgery procedure in order to assess for quality of care.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Treatment - Status: Completed - Priority: All<br>Search for words such as Ext, Sx, #. Look for posterior, right or left, premolar, molar, anterior, wisdom tooth |
| C.10.2 | Chart Audit | Oral Surgery/ Extraction - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• If a medical consult or clearance was requested, was it completed if indicated? Are the medical provider's notes available? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C.10.3 | Chart Audit | Oral Surgery/ Extraction - Objective Findings | • Were appropriate diagnostic radiograph(s) taken at the time of the exam? Is the scanned or digital copy of the x-ray in the EHR?<br>• Are current objective findings identified and noted in the clinical note?<br>• Is the diagnosis supported by the objective findings, the treatment supported by the diagnosis and the diagnosis listed in the assessment for each oral surgery procedure?<br>• Was Dental Priority Code (DPC) prescribed at the time of the exam? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | treatment requires a diagnosis, which may require x-rays).<br><br>All dental services will be provided in a safe and sanitary environment. (Wellpath IP, p. 112)<br><br>Part of providing treatment. Health care staff will use the EMR to closely track all medications administered to an inmate including the name of the medication and dose required. (Wellpath IP, p. 112) | • Confirm the pulpal and periodontal diagnosis prior to an extraction.<br><br>• When providing an objective finding and subsequent diagnosis, please evaluate the opposing occlusion for any trauma from occlusion which could contribute to the mobility of a tooth, prior to recommending an extraction.<br><br>• Continuity of care is not always listed including the next visit and DPC.<br><br>• Sutures are listed but does not always state the quantity or type of sutures placed, i.e. is the suture resorbable or not. | • Include the suture type and quantity in the progress notes and if the patient needs to return for suture removal.<br><br>• Please update the DSTR to indicate both verbal and written post-op instructions are to be given.<br><br>• Provide continuity of care by placing the next visit and DPC in the progress notes and create a new task, if it is not already done so, to appoint the patient for future care indicated in the progress notes and/or in the dental treatment record. | |
| C.10.4 | Chart Audit | Oral Surgery/ Extraction - Treatment Plan and DPC | • Is the time out protocol utilized and noted in the clinical note.<br>• Is the anesthetic type and quantity listed?<br>• Is the tooth number listed as extracted?<br>• Is a suture placed and if so what type?<br>• Was hemostasis achieved prior to releasing the patient? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.10.5 | Chart Audit | Oral Surgery/ Extraction - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings?<br>• And if so, did the /P receive the medication timely? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.10.6 | Chart Audit | Oral Surgery/ Extraction - Education | • Were post-operative instructions given both written and verbally? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.10.7 | Chart Audit | Oral Surgery/ Extraction - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed in a timely manner, patient informed and the referral noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.10.8 | Chart Audit | Oral Surgery/ Extraction - Continuity of Care | • Is the next visit stated in the clinical note?<br>• Was the appropriate DPC given for the existing condition of the patient's mouth, scheduled accordingly?<br>• Is the patient told to submit a sick call slip for any new dental condition? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.11** | | **Quality of Care Audit Tool Data - Endodontics (Root Canal Treatment)** | | | | | | | | | | | | | | |
| C.11.1 | Chart Audit | Endodontic - Informed Consent | • Is the endodontic informed consent form reviewed, with the specific procedure identified and signed by the patient, dentist and witnessed by the dental assistant?<br>• Is there discussion of risks, benefits, alternatives and consequences noted in the clinical note?<br>• Is the current Dental Material Fact Sheet (DMFS) given to the patient and the acknowledgment of receipt signed.<br>• Is the form(s) scanned or digital copy placed in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | • All patients in custody of county detention centers with CFMG dental<br>contracts shall be eligible to receive palliative endodontic therapy limited to upper and lower anterior teeth.<br>• Palliative endodontic therapy-the procedure in which pulpal debridement is performed to relieve acute pain shall be provided to all<br>inmate-patients. (Wellpath IP, p. 108)<br>• A local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist." (Wellpath P, p. 109)<br>• Endodontic services shall be performed in accordance with established criteria and within the specific guidelines of this section....<br>• Inmate-patients incarcerated for 12 months or greater are eligible to receive root canal therapy limited to upper and lower anterior teeth performed in accordance with established criteria and within the specific guidelines of this section. Eligibility for root canal therapy will be in accordance with their dental treatment plan, PI score, and with the approval of the treating dentist. Any routine root canal procedure that cannot be accomplished by CFMG dentist at MCJ will be referred to a contracted dentist in the outside facility. (Wellpath P, p. 108).<br>• A Consent for Root Canal Treatment Form must be completed by the dentist and signed by the patient and witness (dentist) prior to the provision of root canal treatment. (Wellpath IP, p. 109).<br>• Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20).<br>• Treatment provided is based on the inmate's needs, length of stay and the priorities listed below... (Wellpath P, p. 99) (Dental treatment requires a diagnosis, which may require x-rays).<br>• Treatment provided is based on the inmate's needs, length of stay and the priorities listed below... (Wellpath P, p. 99) (Dental treatment requires a diagnosis, which may require x-rays).<br>• Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20). All dental services will be provided in a safe and sanitary environment. (Wellpath IP, p. 112)<br>• Endodontic services shall be performed in accordance with established criteria and within the specific guidelines of this section. (Wellpath IP, p. 108)<br>Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20). | C.11.1, C.11 2, C.11.3, C.11.4, C.11.5, C.11.6, C.11.7, C.11.8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• There were no endodontic procedures, i e. root canals referred to an outside specialist this audit period.<br><br>• There is no consent form for pulpotomies and pulpectomies, to relieve acute pain onsite.<br><br>• There was however, a failed RCT where the recommended treatment was extraction as re-treatments are not offered as a covered benefit. The patient declined the extraction, but no refusal was filled out or signed for patient #2405176.<br><br>• The Implementation Plan states a specialist will be located, however only a general dentist was found to perform endodontic procedures. "A local contract dentist will be available for referral when in the opinion of the treating dentist the procedure could be handled more predictably by an endodontic specialist." (Wellpath IP, p. 109) | From the initial chart audit review, the same recommendations are in effect therefore please refer to the recommendations found in prior audits.<br><br>• Update the endodontic consent form to include pulpotomies and pulpectomies to relieve acute pain. Review and update the endo consent form when updating the other consent forms for consistency.<br><br>• CDO to address within the Endodontic LOP how the recommendation for a crown following a root canal from the specialist will be handled at MCJ.<br><br>• Although a general dentist was found in the community to perform root canals, a specialist is identified in the Implementation Plan, therefore, attempt to locate an endodontist to provide endodontic care, when indicated, to the patients at MCJ.<br><br>• When performing a restorative procedure following a root canal, scan the DMFS, if it is not present from a previous restoration, including the restorative consent form with the specific procedure the patient is consenting to, into the document section of the patient record in CorEMR. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request a list of patients who are diagnosed and treatment planned for a root canal/RCT of the upper or lower anterior teeth in order to assess for quality of care.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Treatment - Status: Completed - Priority: All<br>Search for words such as endo, RCT, root canal |
| C.11.2 | Chart Audit | Endodontic - Medical and Dental History | • Is the medical and dental history, including allergies, existing medications and lab results reviewed and noted in the clinical note?<br>• Is the patient's chief complaint addressed?<br>• Is the blood pressure taken and recorded in the clinical note?<br>• If a medical consult or clearance was requested, was it completed if indicated? Are the medical provider's notes available? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.11.3 | Chart Audit | Endodontic - Objective Findings | • Were appropriate diagnostic radiograph(s) taken at the time of the exam?<br>• Are current objective findings identified and noted in the clinical note?<br>• Is the diagnosis supported by the objective findings, the treatment supported by the diagnosis and the diagnosis listed in the assessment for each restorative procedure?<br>• Was Dental Priority Code (DPC) prescribed at the time of the exam?<br>• Is the scanned or digital copy of the x-ray in the EHR? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.11.4 | Chart Audit | Endodontic - Treatment Plan and DPC | • Is the time out protocol utilized and noted in the clinical note.<br>• Is the anesthetic type and quantity listed?<br>• Is the decay indicated as being removed?<br>• Is the restorative material(s) utilized listed in the clinical note?<br>• Is the occlusion and contact(s) verified?<br>• Is a rubber dam utilized for the procedure?<br>• Is working length x-rays taken and the length of the file(s) noted?<br>• Is the type of irrigant noted in the progress note?<br>• Is the materials used written into the progress note?<br>• Is the root canal treatment temporized or a permanent restoration placed at the conclusion of the appointment?<br>• Is a post op radiograph taken? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.11.5 | Chart Audit | Endodontic - Medications | • Is an appropriate medication(s) prescribed when indicated and supported by objective findings?<br>• And if so, did the /P receive the medication timely? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.11.6 | Chart Audit | Endodontic - Education | • Are post-operative instructions given? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.11.7 | Chart Audit | Endodontic - Referrals | • Is a referral to an outside specialist indicated and if yes, is the referral completed, patient informed and noted in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.11.8 | Chart Audit | Endodontic - Continuity of Care | • If palliative care, (i.e., sedative filling, temporary filling) is a follow up appointment made to place a permanent filling if indicated?<br>• Is the appropriate DPC given, scheduled accordingly and the next visit stated in the clinical note? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:96 NM:0 | DF | DF | 0 | 0 | | | | |
| **C.12** | | **Quality of Care Audit Tool Data - Prosthodontics** | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C.12.1 | Chart Audit | Prosthodontics | Is a patient requesting a denture? Does the patient have over 1 year of incarceration and a minimum of six months remaining before release? Is this denture for medical necessity? Is the prosthodontic care appropriately referred to an outside specialist?<br>Or is this a request to fix a sore spot/denture adjustment? Was the chief complaint addressed? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | CFMG shall provide limited removable prosthodontic dental services to inmate-patients in the custody of MCJ. Inmates incarcerated for 12 months or greater a completed comprehensive examination, and a treatment plan may qualify for removable prosthodontic services. (Wellpath P, p. 104). Approved, prescribed removable dental prosthesis/dentures will be provided by contract with a local dental services provider. Fitting, adjustment and maintenance of removable prosthesis will be provided onsite when feasible or through contract with a local dentist. (Wellpath IP, p. 106).<br><br>Approved, prescribed removable dental prosthesis/dentures will be provided by contract with a local dental services provider. (Wellpath P, p. 106).<br><br>When a patient's treatment plan includes a removable dental prosthesis, the treating dentist shall inform him or her of the possibility that the prosthesis may not be completed prior to the patient's parole date. The patient shall provide the name and address of a private dentist who can be contacted by CFMG dental staff, to deliver the completed appliance, in case the patient is released before the completed appliance is delivered. (Wellpath P, p. 105). | C.12.1, C.12 2, C.12.3, C.12.4, C.12.5, C.12.6, C.12.7, C.12.8<br>• Deferred Chart Audit findings - Not provided access to CorEMR after the healthcare transition on 12/31/25<br><br>• Refer to the Database tab within this spreadsheet to view the individual results of each audit outcome measure.<br><br>• No patients were stated by MCJ/Wellpath as referred to the prosthodontist for this audit period.<br><br>• Several patient's chief complaint regarding dentures and denture fabrication were not addressed, nor the discussion entered in the SOAPE note.<br><br>• The General Informed Consent form does not include at a minimum an informed consent and discussion of risks, benefits, alternatives and consequences (RBACs) for medications and local anesthetic, prosthodontic (denture) and occlusal adjustments. | From the initial chart audit review, the same recommendations are in effect therefore, please refer to the recommendations found in prior audits.<br>• Full and partial dentures are benefits of the Implementation Plan if the patient meets certain timeframes when receiving a comprehensive dental examination. [Wellpath IP, p.104-106]<br><br>• Address all the patient's chief complaints and note the discussion in the progress notes.<br><br>• Update the general informed consent form to include denture adjustment.<br><br>• Add to the Comprehensive Care LOP, denture adjustment, repair and fabrication of dental prosthetics including the lab, types of relines and number of appointments to schedule for the specialist within the LOP.<br><br>• Recommend that referrals with the outside specialist for the fabrication of partial and full dentures is to be tracked by dental so that all of the steps necessary to obtain the dentures are documented and the patient is seen timely. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request a list of patients who are diagnosed and treatment planned for a upper and/or lower partial or full denture in order to assess for quality of care.<br><br>Other Search Parameters:<br>CorEMR - Reports - Tasks - Category: Dental Treatment - Status: Completed - Priority: All<br>Search for words such as denture, FUD, FLD, PUD, PLD, Adjust, Adj |
| C.12.2 | Chart Audit | Prosthodontics | Was a DPC 5 given for this referral during the examination? Was an exam completed in order to discuss the case appropriately with the specialist? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.12.3 | Chart Audit | Prosthodontics | Did the patient receive treatment from the specialist? Was the report from the specialist available on the next dental day? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| C.12.4 | Chart Audit | Prosthodontics | Is the appropriate continuity of care listed for this patient? | 0 | 0 | 0 | 0 | 12 | | | 0 | 0 | | | | |
| | | | TOTAL | 0 | 0 | 0 | 0 | NA 0 DF:48 NM:0 | DF | DF | 0 | 0 | | | | |
| C.13 | | Quality of Care Audit Tool Data - Progress Notes | | | | | | | | | | | | | | |
| C.13.1 | System | Clinical Notes Written for Every Patient including R/S | Is there a local operating policy and procedure (LOP) to address clinical notes which are to be written in the SOAPE Format? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | Chronic care clinic interactions will be documented in the health record in a SOAP format progress note or on approved, standardized, condition specific Chronic Care Clinic forms. (Wellpath P, p. 32). | • The SOAPE training guide and comprehensive care LOP require updating in the areas of the periodontal disease program and referrals from chronic care. The following deficiencies also needs to be addressed and updated in the LOPs.<br><br>• The DSTR is not always filled out to reflect the actual task. The SOAPE LOP does not indicate how the DSTR is to be filled out by the clinician.<br><br>• There are times when clinicians use a templated progress note which is not patient and/or procedure specific.<br><br>• Not all SOAPE clinical notes have a next visit and DPC listed.<br><br>• A chronological progress note is not written for a medication prescription, nor the reason for the prescription, in the Dental Sick Call progress notes. This is not reflected in the SOAPE LOP and training guide.<br><br>• A chronological progress note is not written for a refusal, rescheduled or cancelled by staff task. This is not reflected in the SOAPE LOP and training guide.<br>A Task note is available but the content of the task and patient information regarding the task is not listed chronologically in the progress notes.<br>Nor is the actual treatment specific refusal discussion with the patient stated in the progress notes, including the risks, benefits, alternatives and consequences of refusing the prescribed treatment.<br><br>• The SOAPE progress note is not always completely filled out. The areas of continuing lack of consistency include the objective findings, the pulpal and periodontal diagnosis, as well as the education component.<br><br>• The assessment (diagnosis) is not always substantiated by the objective findings for a pulpal and periodontal diagnosis.<br><br>• Although improved, late entries do not always have "late entry" indicated in the progress note nor stated when the patient is seen for the completed dental task. | • Amend and update the SOAPE and Comprehensive Care LOP and review it yearly within the monthly Dental Subcommittee meeting. Train staff and provide documented training, including workflows for training purposes.<br><br>• Fill out the SOAPE progress notes according to the updated LOP. If using a template, make sure to make it patient and procedure specific, otherwise the progress note becomes below the standard of care.<br><br>• For chronological purposes, write a sequential progress notes and include these standards in the SOAPE LOP. Write a chronological clinical progress notes for refused, rescheduled, cancelled by staff and medication refills or initial medication requests.<br><br>• Late entries are not addressed in the LOP. The SOAPE LOP does not have an instruction for the clinician to enter "late entry" in the progress note and state when the patient was seen for the completed dental appointment. Update the LOP.<br><br>• Please review deficiencies found during the audit and make sure the LOP addresses any areas of recurring lack of documentation. Provide documented training in all areas of deficiencies and include the documented training in the monthly Dental Subcommittee meeting minutes.<br><br>• https://www ada.org/resources/practice/practice-management/managing-patients-informed-consent-refusal<br>• https://www ada.org/resources/practice/practice-management/writing-in-the-dental-record<br>• https://www dbc.ca.gov/about_us/lawsregs/index.shtml" | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the LOP for SOAPE notes.<br><br>Review from the categories of quality of care for the charts in order to assess the clinical notes for completeness in the SOAPE format. |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | 1 | | | | |
| D.1 | | Clinic 1: Infection Control / Regulatory Compliance Audit Tool Data - Summary Table of Compliance - Facility Dental Audit Tool – (Protective Order): | | | | | | | | | | | | | | |
| D.1.1 | Clinic Audit | Housekeeping | Counters appear clean | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | • All dental services will be provided in a safe and sanitary environment. (Wellpath P, p. 98).<br><br>• 734.1.1 DEFINITIONS. Infection control practices - Are defined by the American Dental Association (ADA) and the Centers for Disease Control and Prevention (CDC) as including sterilizing instruments, disinfecting equipment and properly disposing of hazardous waste. (Monterey County Sheriff's Office, Monterey County SO Custody Manual, Policy 734)<br><br>• Link to healthcare DOM: https //cchcs.ca.gov/hcdom/<br><br>• CDCR Facility audit tool.<br><br>• Centers for Disease Control and Prevention (CDC), Guidelines for Infection Control in Dental Health-Care Settings - 2003 [MMWR December 19, 2003 / 52 (RR17);1-61]<br><br>• Occupational Safety and Health Administration (OSHA), Blood Borne Pathogens Standard, Code of Federal Regulations (CFR), Title 29, Occupational Safety and Health Standards, Part 1910.1030<br><br>• OSHA, Title 8 Section 3203(a)(4) Injury and Illness Prevention Program;<br><br>• Title 8 Section 5193 Bloodborne Pathogens<br><br>• CDCR, CCHCS, Healthcare Department Operation Manual (HCDOM), Article 3, Dental Care<br><br>• California Code of Regulations, Title 8, Division 1, Chapter 4, Subchapter 4, Article 3, Section 1512 Emergency Medical Services<br><br>• Department Operations Manual, Chapter 9, Article 3, Section 91030 27<br><br>• Inmate Medical Services Policies and Procedures, Volume 9, Chapter 11<br><br>• https //www.dir.ca.gov/title8/5193.html<br><br>• California Health & Safety Code, Division 10, Chapter 4, Article 1, Section 11150<br><br>• California Code of Regulations, Title 16, Division 10, Chapter 1, Article 1, Section 1005" | Observed. | None at this time. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist, Dental Assistant, Dentist, and/or CDO:<br><br>Request all the logs to assess for compliance for infection control and regulatory compliance.<br><br>Request the list of self-audits performed to assess for self-governance and continuous improvement, including CQIs to monitor for continued compliance. Document your findings of compliance, rectifications and trainings, in the monthly Dental Subcommittee meeting minutes.<br><br>Request the list of monthly Dental Subcommittee and Quality Assurance meeting minutes and any corresponding PowerPoints and data sets. |
| D.1 2 | Clinic Audit | Housekeeping | Floors appear clean | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1 3 | Clinic Audit | Housekeeping | Sinks appear clean | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.4 | Clinic Audit | Housekeeping | Food/Personal Items (Staff aware no food storage, eating, drinking, applying cosmetics or handling contact lenses in occupational exposure areas) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 1 | | Observed.<br><br>There is a refrigerator inside and outside the clinical area.<br>This question pertains to the refrigerator outside the dental operatory marked "Food Only". The staff are aware to keep Food/Personal items away from the clinical exposure areas. The staff are aware that no food storage, eating, drinking, applying cosmetics or handling contact lenses occur in the clinical, exposure area. Hence the determination of Substantial Compliance (SC) for this area.<br><br>However, there is a refrigerator inside the clinical area which states "No food or beverages". This refrigerator was stated as being used for dental materials only; however, the temperature was measured monthly, rather than daily prior to mid-October 2025. After mid-October 2025, the temperature of the refrigerator is measured daily, with the caveat that the measurements are done during workdays.<br><br>There is no LOP to cover the use of a medical-grade refrigerator in the dental clinic. The required temperature range for medical supplies is typically between 36 & 46 degrees Fahrenheit. The temperature logs were not kept immediately adjacent to the refrigerator. There is no protocol to indicate the process when the temperature is not within range. | A small personal or "dormitory-style" refrigerator is generally not considered appropriate for regulated storage of temperature-sensitive dental materials, medications, biologics, or certain dental products because these units do not reliably maintain stable temperatures required for healthcare compliance.<br><br>The Centers for Disease Control and Prevention (CDC) strongly discourages dormitory-style refrigerators for regulated healthcare storage because they cannot maintain stable temperatures.<br><br>Medical-grade refrigeration with continuous temperature monitoring (i.e., Digital Data Logger (DDL) Continuous Monitoring device) is the preferred and increasingly expected standard for regulatory compliance, risk management, accreditation readiness, and patient safety.<br><br>Manual temperature checks during workdays alone are typically insufficient because they do not detect overnight, weekend, or power-related temperature excursions. Continuous monitoring with documented corrective-action procedures is the defensible standard in modern healthcare compliance environments. | |
| D.1 5 | Clinic Audit | Housekeeping | Clinical areas free of clutter, well organized, with good computer cable hygiene | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1 6 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Separate container for non-infectious (general) waste in place | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.7 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Biohazard Waste containers have lids | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1 8 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Biohazard Waste containers labeled (Top and all 4 sides, so as to be visible from any lateral direction) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1 9 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Biohazard Waste containers lined with Red Bag | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.10 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Biohazard Waste Red Bag removed regularly based on clinic need | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Per the DA this is checked regularly and removed as needed. The DA takes the biohazard to a designated pick up area in the infirmary.<br><br>Stericycle is in place and contracted with MCJ.<br><br>The storage area in the infirmary is not monitored but is locked.<br><br>There is no LOP for the transportation of biohazard materials from the dental office to the Stericycle holding area. Although there is no LOP, there is a procedure included in training. | OSHA recommendation for transportation of biohazard waste from the dental clinic to the infirmary is to be listed in an LOP.<br><br>Please provide the LOP for the safe transportation of biohazard waste, sharps and other infectious waste by the Dental Assistant, to the infirmary from Dental.<br><br>Please include where these materials will be safely stored and accounted for while awaiting pickup from Stericycle, the commercial waste disposal system.<br><br>Provide documented training and include it in the monthly Dental Subcommittee meeting minutes. | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D.1.11 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Chemical Spill Kit in place (Staff aware of location) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>The Universal Spill Kit is in place and labeled.<br><br>Their Universal Spill Kit includes the mercury (MercSponge), bodily fluid (BioSponge) and the chemical spill kits (ChemSponge). | Currently, there is no amalgam use in the dental clinic at MCJ. Note that some clinicians may prefer to use amalgam in certain clinical situations. Please update the Infection control LOP to reflect the use of amalgam so it is included in the event a clinician wants to use amalgam clinically.<br><br>Dispose of the used spill kit material in the following areas:<br>- The MercSponge - in Amalgon<br>- The BioSponge - dispose of in the Red Biohazard Bag<br>- The ChemSponge - check with institutional hazmat, for the type of chemical(s) being cleaned as listed per the SDS and dispose accordingly.<br><br>Include the use and disposal of the above universal spill kit in the site specific infection control LOP.<br><br>Please provide the LOP for the safe transportation of biohazard waste, sharps and other infectious waste by the Dental Assistant, to the infirmary from Dental. Include where these materials will be safely stored and accounted for while awaiting pickup from Stericycle the commercial waste disposal system. | |
| D.1.12 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Mercury Spill Kit in place (Staff aware of location) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | See D.1.11A above.<br><br>Included in the Universal Spill Kit. See D.11. | |
| D.1.13 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Eyewash Station in good working order connected to tepid water 60 - 100 degrees Fahrenheit per ANSI requirements. | 1 | 0 | 1 | 0 | 0 | 50 0% | N | 0 | 1 | | Mixing valve is still required.<br><br>[redacted] provided the video of the thermometer reading. Water stayed within tepid range (60-100 degrees Fahrenheit) after several minutes of continuous running.<br><br>The velocity however was not and is not being tested. There is no mixing valve.<br><br>The eyewash station and the mixing valve fall under the Cal/OSHA Inspectors Enforcement Considerations CCR Title 8, Section 5162 and OSHA's requirements under 29 CFR 1910.151(c). Even without a specific thermostatic "mixing valve" mandate, Cal/OSHA inspectors will likely ask how the temperature is maintained consistently.<br>- Facilities must conform to ANSI Z358.1-1981.<br>- Equipment delivers flushing fluid in sufficient quantity and pressure.<br><br>California's rule (8 CCR §5162) requires emergency eyewash/shower equipment to meet the performance provisions of ANSI Z358.1, which includes tepid water delivery, minimum flow rates, immediate availability, and maintenance/testing. Lack of tempering is therefore a performance non-compliance unless the supply water is verified to remain | A mixing valve is recommended. In California, you're not cited for "no mixing valve" by name—you're cited for failure to meet ANS /tepid performance under §5162. Unless you can prove the un-tempered supply stays 60–100 °F for 15 minutes at the required flow year-round, the clinic must install tempering and demonstrate compliance.<br><br>Please review the following:<br>https://blog ansi org/when-to-use-safety-showers-and-emergency-eyewashes/<br><br>https://www dir.ca.gov/title8/5162.html<br><br>https://safetyequipment.org/emergency-eyewash-shower-equipment/<br><br>https://blog ansi org/ansi/ansi-z358-1-emergency-eyewash-station-shower/ | |
| D.1.14 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Sharps container (Approved type) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.15 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Sharps container (Located as close as feasible to area where disposable item used) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.16 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Sharps container (Mounted securely; not easily accessible to patients) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.17 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Sharps container (No more than 3/4 full before container is removed) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Stericycle contract is in place and sharps are transported from dental to the infirmary, where they are picked up by Stericycle. | Provide the LOP for the safe transportation of sharps and hazardous waste by the Dental Assistant, from the Dental Clinic to the infirmary. The infirmary is a lengthy distance from the Dental Clinic.<br><br>Please include where the sharps will be safely stored and accounted for while awaiting pickup from Stericycle, the commercial waste disposal system. | |
| D.1.18 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Pharmaceutical Waste container in place and labeled for Incineration Only | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Stericycle contract is in place and the pharmaceutical waste is picked up from the infirmary. | Provide the LOP for the safe transportation of sharps and infectious waste by the Dental Assistant, to the infirmary from Dental.<br><br>Please include where the pharmaceutical and other biohazard waste and sharps will be safely stored and accounted for while awaiting pickup from Stericycle, the commercial waste disposal system. | |
| D.1.19 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Pharmaceutical Waste container labeled with accumulation start date - expires 275 calendar days from initial date of use or when 3/4 full | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>The accumulation start date is 10/05/25 and correctly labeled for removal in 275 days from the dental clinic which is on 07/07/26. The labels are placed on all four (4) sides.<br><br>Liquid carpules and expired medication only. No sharps.<br>Teeth without amalgam are placed in red bag and teeth with amalgon go in the Amalgon container. | The Pharmaceutical Waste container must be incinerated by the accumulation start date. For this to occur, the dental team must remove it by 275 days, in this case by 07/07/26. The container is transported to the infirmary by the Dental Assistant where it is placed in a holding area and held until the contracted waste disposal company picks it up for incineration.<br><br>Please provide the LOP for the safe transportation of sharps and infectious waste by the Dental Assistant, to the infirmary from Dental.<br><br>Please include where the pharmaceutical and other biohazard waste and sharps are safely stored and accounted for while awaiting pickup from Stericycle, the commercial waste disposal system. | |
| D.1.20 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Commercial amalgam disposal/recycling container in place (for all amalgam) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Amalgon container system is being used. The new Amalgon container was opened on 10/05/25. | Extracted teeth containing amalgam restorations, amalgam core material, or amalgam residue, including teeth with crowns or fixed prosthetic restorations, shall be disposed of through the approved amalgam recycling program (in this casein the Amalgon container). Extracted teeth without amalgam may be disposed of as regulated medical waste (red biohazard bag in the red waste container).<br><br>The traps on the operatory unit are to be placed in the Amalgon container when indicated. Documentation of the chairside vacuum traps inspection is to be documented in the Housekeeping logs.<br><br>The container MUST be returned to the Amalgon company within 12 months of opening or when full (whichever comes first), see EPA Code 40 CFR 273.15. Login at wastewise com for more information.<br><br>The Draft LOP for Amalgam and Amalgam traps in the Amalgon container disposal has been received. It identifies Stericycle as the commercial disposal company. The LOP does not however, have the steps for the safe transportation of biohazard waste and sharps by the Dental Assistant, to the infirmary from Dental. | |
| D.1.21 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Flammable Hazardous Materials (Inventoried and stored in fireproof locked cabinet) | 1 | 0 | 1 | 0 | 0 | 50 0% | N | 0 | 1 | | Although the inventory of the cabinet was listed correctly, no dates are on the inventory sheet posted on the fireproof cabinet. There is no indication the inventory is performed daily with Tool Control. | Inventory the flammable hazardous materials, post the inventory on the locked Flammable Hazardous Material cabinet and inventory and document daily with Tool Control. | |
| D.1.22 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Amalgam Separator filter date of installation posted | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | The technician from Henry Schein took and disposed of the used amalgam separator on 04/21/25 and is due to be replaced again by 04/21/26. The guideline is to change the amalgam separator filter within one year of placement or when the container is full, whichever comes first.<br><br>The state of the filter is documented in the Housekeeping Log in Binder 1. The DA checks and documents this area weekly on the housekeeping log. | It is best that the Dental Assistant (DA) or designated staff member visually inspect the amalgam separator sediment level before the unit is turned on, as overnight settling of the particulate matter allows for a more accurate visualization of sediment accumulation and filter capacity.<br><br>The LOP named: DEN – Monterey Amalgam Waste is drafted and waiting for final update.<br><br>Include the placement, use, and disposal of the amalgam separator in the site specific infection control LOP. | |
| D.1.23 | Clinic Audit | Biohazard Waste/ Haz Mat Procedures | Amalgam Separator filter (Checked weekly and documented in housekeeping log) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | See D.1 22 above. | |
| D.1.24 | Clinic Audit | Sterilization & Equipment | Handpieces cleaned and lubricated prior to sterilization | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Not observed but the Spray N Clean and the NSK iCare system are in use. The protocol was identified by the Dental Assistant (DA).<br><br>There is no documentation of the annual maintenance performed on these units by Henry Schein or another dental care vendor. | Recommend that Henry Schein or other contracted vendor perform an annual inspection and maintenance on these units.<br><br>Include in the site specific infection control LOP the protocol for cleaning and lubricating handpieces prior to sterilization.<br><br>The LOP for infection control should include the step by step process for sterilization, including the cleaning and lubricating of handpieces prior to sterilization. The sterilization process is incredibly important for dental handpieces as they can become contaminated with patient material during use, posing a risk of infection transmission to subsequent patients. Proper cleaning and heat sterilization ensures that the next patient is not exposed to potentially infectious material, preventing the spread of diseases | |
| D.1.25 | Clinic Audit | Sterilization & Equipment | Ultrasonic Unit tested monthly with aluminum foil (Used to clean contaminated instruments prior to sterilization) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Ultrasonic passed the aluminum foil test, photos taken.<br><br>The ultrasonic monthly test is documented in the Housekeeping Log in Binder 1. t only states that the test was performed but does not state if the test passed or failed. Therefore, recommend place pass or fail on the housekeeping log.<br><br>The LOP reflects the steps necessary to confirm the ultrasonic unit is functioning per the manufacturer's specification. | This is a very well done LOP and I appreciate the details within it to identify both the process and if there is a problem. This is how an LOP should be written in order for staff training to be effective.<br><br>Recommend place pass or fail on the housekeeping log with each performance of the monthly aluminum foil test. | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D.1.26 | Clinic Audit | Sterilization & Equipment | Sterilization Clean and Dirty Areas (Demarcations clearly marked) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.27 | Clinic Audit | Sterilization & Equipment | Staff places appropriate amount of instruments in sterilization pouch (Not overfilled) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.28 | Clinic Audit | Sterilization & Equipment | Sterilized dental instruments (Bags/Pouches intact) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.29 | Clinic Audit | Sterilization & Equipment | Sterilized dental instruments (Bags/Pouches legibly labeled with sterilizer ID#, sterilization date and operator's initials) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.30 | Clinic Audit | Sterilization & Equipment | Unsterilized instruments ready for sterilization and prepackaged if stored overnight | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>The DA stated the unsterilized tub with the locking lid is placed overnight in the cabinet below in the dirty area. The tub and lid have the hazardous waste label attached at the time of the audit.<br><br>The outcount, when it occurs, was documented and accounted for in the tool control log. | None at this time.<br><br>Any unsterilized instruments must be stated and accounted for in the tool control log. The LOP has been drafted for tool control. | |
| D.1.31 | Clinic Audit | Sterilization & Equipment | Amalgamator (Safety cover in place with no cracks/damage) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | A new Ultramat amalgamator was purchased and is being utilized in the dental clinic. Although not used for amalgam, the staff are using the amalgamator for triturating cements, and other filling materials.<br><br>There was another amalgam stored in the dental clinic with a broken safety cover not fully attachable to the amalgamator. This Monitor was informed that parts are no longer available to repair this old amalgamator. I requested it be removed from the dental clinic as it is no longer safely operational. Leaving visibly defective equipment in the operatory can create several problems during an inspection: apparent unsafe condition, potential staff exposure hazard if used with the broken safety cover, inconsistent equipment maintenance practices, and confusion regarding whether the device is still in service. See California Code of Regulations, Title 8, §3328.<br><br>The amalgamator was removed from the clinical treatment area and placed in a dental storage cabinet pending disposal. While reviewing the cabinet for expired materials, my assistant inadvertently dropped the unit, resulting in additional visible damage. Upon subsequent evaluation, the condition of the equipment was reviewed with Dr [redacted] who confirmed that replacement parts were no longer available and that the amalgamator would be disposed of in accordance with facility procedures. | Unsafe or defective equipment must be removed from service. Equipment guards and safety devices must remain functional, and the workplace must be maintained free of recognized hazards.<br>Cal/OSHA standards and general workplace safety principles support the removal of defective equipment from clinical areas when the equipment presents a potential hazard. A dental amalgamator with a broken safety cover is an example of equipment that may present a safety concern because the lid/cover is designed to prevent exposure to moving mechanical components and the potential release of mercury-containing amalgam or other capsule contents during trituration.<br>Dental equipment maintained within clinical areas should be fully functional and maintained in safe operating condition. Equipment with defective safety features, guards, covers, electrical components, or other operational deficiencies should be removed from service, identified as non-operational, and repaired or disposed of in accordance with facility policy. Unsafe or unusable equipment should not be stored in patient-care or active clinical work areas.<br>California Code of Regulations, Title 8, §3328 states:<br>"Machinery and equipment in service shall be maintained in a safe operating condition," and "Machinery and equipment with defective parts which create a hazard shall not be used." California Code of Regulations, Title 8, §3328.<br>https://www dir.ca.gov/title8/3328.html. | |
| D.1.32 | Clinic Audit | Sterilization & Equipment | Dental Lab Lathe/Model Trimmer (Securely mounted in separate lab, away from Sterilizer. Eye protection available.) | 0 | 0 | 0 | 0 | 1 | NA | NA | 0 | 0 | | N/A | None at this time. | |
| D.1.33 | Clinic Audit | Sterilization & Equipment | Dental Lab Burs / Rag Wheels (Changed after each patient, sterilized after use, stored in Bags / Pouches) | 0 | 0 | 0 | 0 | 1 | NA | NA | 0 | 0 | | N/A. Previously they had disposable rag wheels but these are no longer present or in use in the clinical area. | There is an LOP for DEN – Quality of Care – Monterey - Removable Prosthodontic. Include the steps the clinic will take to perform, adjust and polish a denture following a denture adjustment.<br><br>Identify in the LOP if temporary or permanent relines will be performed offsite. | |
| D.1.34 | Clinic Audit | Sterilization & Equipment | Pumice Pans (Pumice and disposable plaster liner changed after each patient.) | 0 | 0 | 0 | 0 | 1 | NA | NA | 0 | 0 | | N/A | None at this time. | |
| D.1.35 | Clinic Audit | Sterilization & Equipment | Water Lines (Flushed at least 2 minutes at beginning and end of each shift) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed at the beginning of the shift.<br><br>Per the DA, she flushes the water lines for 2 minutes prior to and after the end of each shift. It is also noted and documented in the Housekeeping log. | There is an LOP for DEN – Monterey Monitoring Water Quality in Dental Unit Lines which explicitly states the water lines will be flushed at least 2 minutes at the beginning and end of each shift. | |
| D.1.36 | Clinic Audit | Sterilization & Equipment | Water Lines (Flushed a minimum of 30 seconds between patients) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Not observed however the DA stated she flushes the water lines for 20-30 seconds between patients. | None at this time. | |
| D.1.37 | Clinic Audit | Sterilization & Equipment | Water Lines (Cleaned and maintained according to manufacturer's recommendations) | 1 | 0 | 1 | 0 | 0 | 50.0% | N | 0 | 0 | | Outside lab testing is done quarterly through ProEdge. The water lines were tested quarterly according to the housekeeping logs, however, the reports were not available for review in the clinical logs. After requesting the results, the Operations Specialist stated she found the results by going on the ProEdge website, were identified as negative for growth and the documentation was placed in the binder.<br><br>The Blue Tab is documented as being used for daily water treatment.<br><br>Use of the Citrisil shock treatments for their cavitron is documented in the Housekeeping log.<br><br>Quick Pass (paddles) water tests are done monthly and the results documented in the housekeeping log. | There is an LOP for DEN – Monterey Monitoring Water Quality in Dental Unit Lines.<br><br>Have the reports available and stored with the clinical logs for review. Indicate the results in the housekeeping logs.<br><br>Include in the LOP what to do if there is a positive growth test. | |
| D.1.38 | Clinic Audit | Sterilization & Equipment | Vacuum System (Manufacturer's recommendations followed for cleaning, disinfection and maintenance) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | "Yes", per the DA and documented in the housekeeping log. The Turbo Vac is used at least twice daily. | Include the steps necessary for cleaning, disinfection and maintenance of the vacuum system in the site specific infection control LOP. | |
| D.1.39 | Clinic Audit | Emergency Procedures | Emergency #'s (Prominently posted near telephone in clinic) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Emergency numbers are posted at the DA's desk.<br><br>Per the Dental Operations Specialist, the first contact by the dental team is made through the radio. Man down, medical emergency, nursing response is radioed to all custody teams.<br><br>Dental staff are responsible for the emergency until nursing or 911 arrives. A scribe is instructed to be assigned in the IIPP to write the emergency notes. | This is part of the IIPP process. The LOP for the emergency protocol for the patient and/or staff is located in the binder.<br><br>Routinely provide the quarterly emergency training documentation of the dental staff with proof of training in the binder. | |
| D.1.40 | Clinic Audit | Emergency Procedures | Evacuation Plan (Prominently posted in clinic) | 1 | 0 | 1 | 0 | 0 | 50.0% | N | 0 | 0 | | Per Custody, the Evacuation Plan cannot be posted for safety and security reasons.<br><br>The staff dentist and dental assistant received training in the site specific disaster preparedness and evacuation using case specific training. The training log is present. Current for Dr [redacted] but not for Dr [redacted] | Confirmed that the staff received this training at least yearly for disaster preparedness. Provided an attestation of training in the IIPP binder. | |
| D.1.41 | Clinic Audit | Emergency Procedures | Fire Extinguishers (All staff aware of location) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed and current. | Please stay current on checking the fire extinguisher monthly. Cal/OSHA 8 CCR Section 6151<br><br>Provide documented training on use of the fire extinguisher in case of an emergency. | |
| D.1.42 | Clinic Audit | Emergency Procedures | Emergency Medical Response protocol in place (Proof of practice of annual EMR training and annual EMR dental drill) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Annual training provided and the next annual training is due by 4/2/26.<br><br>Proof of practice for the Emergency Response Protocol was provided. Both sets of dental teams were trained by the Sheriff's office.<br><br>Dental Training- Mandown Drill - 3-20-25<br>Dental Training - Mandown Drill - 4-2-25 | Include the Emergency Medical Response, dental specific, in the site specific emergency LOP.<br><br>See also CAP #114. | |
| D.1.43 | Clinic Audit | Emergency Procedures | Emergency Kit (Zip tied) Drugs current and Staff aware of location | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Drugs current but supplies outdated - expired cotton swabs expired 12/2019. And were removed and replaced right away.<br><br>Lock tie will be replaced per the DA. | For ease of maintaining current supplies, keep inventory list on the outside of the box with all expiration dates listed. | |
| D.1.44 | Clinic Audit | Emergency Procedures | Oxygen tanks, masks, tubes and keys present | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed Dr [redacted] received this training. | In the Medical Emergency, dental specific LOP, there should be a training and a documented sign in sheet for learning to use the oxygen and regulator. Preparation is key to patient safety in the event of an emergency. | |
| D.1.45 | Clinic Audit | Emergency Procedures | Oxygen tank charged (Dentist monthly review documented on inventory sheet attached to outside of Emergency Kit) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Oxygen tank is checked weekly and documented in the Housekeeping log. | Provide within the LOP how the oxygen tanks are requested for replacement as well as how to change the regulator to a new tank. This should assist new staff in the use of the oxygen and regulator during a dental emergency. Preparation is key to patient safety in the event of an emergency. | |
| D.1.46 | Clinic Audit | Emergency Procedures | Ambu-Bag (Bag-valve-mask) Latex free; present and in working order | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.47 | Clinic Audit | Emergency Procedures | One-way pocket mask Latex free; present and in working order | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.48 | Clinic Audit | Emergency Procedures | Blood pressure cuff & Stethoscope or Blood Pressure machine Latex free; present and in working order | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.49 | Clinic Audit | Emergency Procedures | AED Accessible (staff aware of location) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.50 | Clinic Audit | Emergency Procedures | AED in working order and pads / batteries are current / not expired | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Pads and batteries are current and not expired. | None at this time. | |
| D.1.51 | Clinic Audit | Safety | Dental Board Regulations on Infection Control posted | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Laminated and placed on the bulletin board in the dental clinic. | None at this time. | |
| D.1.52 | Clinic Audit | Safety | Sterile Water Unopened/unexpired containers (Used for invasive oral surgical procedures) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed available individual single use Sterile Saline bottles.<br><br>No sterile water but sterile saline is available. | Include in the Infection Control LOP that the sterile saline and/or sterile water bottles are single use only and to be discarded after no more than 24 hours upon opening and using sterile technique. | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D.1.53 | Clinic Audit | Safety | Hand Hygiene (Observed staff) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Dental staff were washing their hands before donning gloves and using sanitizer frequently between glove changes. | Include hand hygiene in the infection control LOP.<br><br>Generalized hand hygiene certification is an important part of the training in infection control. Please provide the LOP once this and the other recommendation are added to the LOP. | |
| D.1.54 | Clinic Audit | Safety | PPE (Worn and correctly disposed of; observed staff) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>Dental staff were correctly wearing their PPE during patient care and removed it before exiting the patient care area.<br><br>Shields correctly stored after disinfection. | Discuss in the infection control LOP when to don and discard PPE as well as the disinfection and storage of shields. | |
| D.1.55 | Clinic Audit | Safety | Barriers used to cover environmental surfaces replaced between patients | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>There is a barrier on the computer screen during aerosolized type procedures. | None at this time. | |
| D.1.56 | Clinic Audit | Safety | Saliva Ejector (Staff aware that patients MUST NOT close lips around tip to evacuate oral fluids) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | The Dental Assistant is aware of this rule in order to prevent backflow into the patient's mouth. | List the reason in the infection control LOP for patients not to close their mouth and/or lips over the saliva ejector.<br><br>https://www cdc gov/mmwr/pdf/rr/rr5217 pdf<br><br>See the recommendation: https //www.cdc.gov/mmwr/pdf/rr/rr5217.pdf | |
| D.1.57 | Clinic Audit | Safety | Radiation Safety Program in place/Dosimeter results available and within normal limits / Dental radiographic unit inspection date posted. | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 1 | | One full year of dosimetry monitoring was completed. The control badge was placed inside a draw by the DA's desk outside the dental clinical area and the area monitoring badge was placed no more than 6 feet from the source of the beam. Therefore, the control and monitoring badges are in their recommended location.<br><br>The Quarterly Dosimetry Report was not available for review at the time of the audit tour but was requested and was made available after the audit tour. | With new staff, restart monitoring when equipment, staffing, or operations change. In this case, new staff will be coming onboard.<br><br>Include dosimetry monitoring protocols, including the receipt and examination of the quarterly dosimetry report, as well as the protocols for pregnant staff, in the site specific radiation safety LOP.<br><br>"The control badge should be kept in a low background location at your facility, never in the room where your source of radiation is located. Also, as the control badge is used in the calculation of dose it should never be worn or re-assigned." | |
| D.1.58 | Clinic Audit | Safety | Caution X-ray Sign (Placed where all permanent radiographic equipment installed) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.59 | Clinic Audit | Safety | Lead Shields (Thyroid collar, hanging, free from tears or holes inspected regularly) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | Make sure the Housekeeping log has the thyroid collar inspection completed on it. | |
| D.1.60 | Clinic Audit | Safety | Is an area dosimeter posted no more than 6 ft from source of beam? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Approximately 6 ft.<br><br>The area monitoring is placed on the board inside the dental clinic within 6 feet of the source of the beam.<br><br>The control badge is now placed in a draw near the DA outside of the dental clinic and | One full year of dosimetry monitoring was completed.<br><br>Make sure the control badge is placed in a draw outside the dental clinical area, inside the draw of the DA's desk, and the area monitoring badge is placed no more than 6 feet from the source of the beam.<br><br>With new staff, restart monitoring when equipment, staffing, or operations change. In this case, new staff will be coming onboard. | |
| D.1.61 | Clinic Audit | Safety | Dental staff wearing dosimeters at chest level or higher (first year of monitoring, newly installed or moved x-ray equipment) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Most recent badge is 11/15/25 - 02/14/26.<br><br>The dental staff wore their dosimeter badge at chest level.<br><br>The control badge is now placed inside a draw near the DA's desk which is located outside of the treatment area of the dental clinic. The area monitoring badge is placed on the board inside the dental clinic within 6 feet of the source of the beam. | "The control badge should be kept in a low background location at your facility, never in the room where your source of radiation is located. Also, as the control badge is used in the calculation of dose, it should never be worn or re-assigned." | |
| D.1.62 | Clinic Audit | Safety | Dosimeter Badge (For pregnant staff working within the vicinity of radiographic equipment) | 0 | 0 | 0 | 0 | 1 | NA | NA | 0 | 0 | | NA. No pregnant staff at this time. | Include dosimetry protocols, including for pregnant staff, in the site specific radiation safety LOP. Include the protocol for new staff, restart monitoring when equipment, staffing, or operations change. | |
| D.1.63 | Clinic Audit | Safety | Material Dates (Check expiration dates) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Spot checked. | Recommend monthly checks of dental material's expiration dates. | |
| D.1.64 | Clinic Audit | Safety | Dental Impression Materials / Waxes (Stored in secured location) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Stored in secure location. For temporary crowns. And in a locked cabinet. | None at this time. | |
| D.1.65 | Clinic Audit | Safety | Gloves available in sizes per staff needs. | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.66 | Clinic Audit | Clinic Admin and Logs | Spore Test Log Weekly Testing | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 1 | | One failure in August 2025 for the Statim sterilizer but they did the proper protocol for the failed test and the follow-up test came back with no growth. They are now placing the strip in a sterilization pouch and no problems since.<br><br>Continued long delays of two to three weeks for spore test results.<br><br>The sterilization log has not been updated as previously requested. Update your logs to include the following: Per the CDC, they recommend the following log keeping protocols, "For each sterilization cycle, record the type of sterilizer and cycle used; the load identification number; the load contents; the exposure parameters (e g., time and temperature); the operator's name or initials; and the results of mechanical, chemical, and biological monitoring." https //www.cdc.gov/oral health/infection control/FAQs/monitoring. Html<br>https://www cdc gov/oral health/infection control/pdf/safe-care2 pdf | By using an overnight carrier, results could be obtained within about 3 days, substantially reducing the window of uncertainty and the potential for a 15-day patient recall if a sterilization breach were confirmed.<br><br>Recommend taking a picture of both sterilization spore tests before mailing to confirm it was sent.<br><br>"Critical items, such as surgical instruments and periodontal scalers, are those used to penetrate soft tissue or bone. They have the greatest risk of transmitting infection and should always be sterilized using heat." In the unlikely event of a confirmed breach, please review the following for healthcare facilities. Healthcare-Associated Infections (HAIs). https://www.cdc.gov/hai/outbreaks/steps_for_eval_ic_breach.html<br><br>Spore tests are crucial for ensuring the effectiveness of sterilization procedures and preventing infections. Lost or mishandled spore tests can lead to inaccurate readings and potential infection control failures. Taking extra precautions to prevent a spore test from being lost or mishandled is essential for maintaining effective sterilization procedures and reducing the risk of infections. t is a proactive step that can contribute to safer patient care and better infection control practices.<br>• https://www cdc gov/dental-infection-control/hcp/dental-ipc-faqs/sterilization-monitoring.html<br>• https://www cdc gov/dental-infection-control/hcp/summary/sterilization-disinfection.html#:~:text=A%20spore%20test%20should%20be,monitoring%20should%20also%20be%20performed. | |
| D.1.67 | Clinic Audit | Clinic Admin and Logs | Housekeeping Log Up-to-Date | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 1 | | Observed. | Include this metric in the internal self audits for the dental clinic and report the results, and any training, in the monthly Dental Subcommittee meeting minutes.<br><br>Add pass/fail to the foil test.<br><br>Add notes for area maintenance.<br><br>Water test should be on the housekeeping log and update the printout of ProEdge. | |
| D.1.68 | Clinic Audit | Clinic Admin and Logs | Eyewash Log Up-to-Date | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed in the Housekeeping Log. | Include this metric in the internal self audits for the dental clinic and report the results, and any training, in the monthly Dental Subcommittee meeting minutes. | |
| D.1.69 | Clinic Audit | Clinic Admin and Logs | Tool Control Log (Complete entries) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed.<br><br>The inventory of Flammable cabinet is placed outside of the locked cabinet. The contents of the flammable cabinet is to be inventoried daily with tool control. | Include this metric in internal self audits and Tool Control LOP for the dental clinic and report the results and any training in the Dental Subcommittee meeting minutes.<br><br>Must have two signatures, the DA and Dentists, in the daily tool control logs.<br><br>The inventory of Flammable cabinet is placed outside of the locked cabinet. The contents of the flammable cabinet is to be inventoried daily with tool control. | |
| D.1.70 | Clinic Audit | Clinic Admin and Logs | Pharmaceutical Log (Complete entries) | 0 | 0 | 0 | 0 | 1 | NA | NA | 0 | 0 | | They are no longer using stock medications such as antibiotics and analgesics, in the dental clinic. | If stock medications are reintroduced into the dental clinic, amend the pharmaceutical log to include prescribed medications, i e., antibiotics and analgesics, and note the specific patient to whom the medication is prescribed.<br><br>Include this metric in internal self audits and LOP for the dental clinic and report the results and any training in the Dental Subcommittee meeting minutes.<br><br>• https://www cdcr ca gov/hcdom/dom/chapter-3-health-care-operations/article-3-dental-care-5-dental-clinic-operations/3-3-5-12-pharmaceuticals/<br><br>• https://cchcs.ca.gov/policies/<br><br>•https://corrections.az.gov/sites/default/files/documents/Medical%20Services/TM%201101%20-%20MDSTM%20-%20Eff.%2010-1-24 pdf. See 1.3.2 Clinic Stock | |
| D.1.71 | Clinic Audit | Clinic Admin and Logs | SDS Binder (Accessible and current for materials used in clinic) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Performed spot check in the SDS binder and clinical materials. Binder #7 current. | Confirm monthly that all materials used in the clinic are listed in the SDS.<br><br>Remove any sheets with no corresponding materials and place any new SDS sheets with new dental materials. See Housekeeping log and LOP.<br><br>Make sure all dental staff are aware of the location of the SDS binder as it contains information on how to address an emergency, with a chemical/material used in the dental clinic.<br><br>Include this metric in internal self audits for the dental clinic and report the results and any training in the Dental Subcommittee meeting minutes. | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D.1.72 | Clinic Audit | Clinic Admin and Logs | Dentist on Call posted | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Dental does not have a Dentist on Call. Rather Wellpath uses a Provider on Call (POC) system, per the County's Medical and Dental contract.<br><br>Emergency numbers posted by the DA's desk. | Provide the Physician on Call (POC) log for dental emergencies. Also provide the ER send out list for dental related emergencies. | |
| D.1.73 | Clinic Audit | Clinic Admin and Logs | Radiographic Certificate, Rules and Regulations posted | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Copies are in Binder #3. | Include renewal protocol for the radiographic registration in the site specific radiation safety LOP. Look at CDPH | |
| D.1.74 | Clinic Audit | Clinic Admin and Logs | Annual Training (Infection Control, Radiation Safety, Oxygen Use, Hazmat and SDS) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed in binder #4. The training occurs within World of Wellpath (WOW). | None at this time. | |
| D.1.75 | Clinic Audit | Clinic Admin and Logs | Staff aware of equipment repair protocol? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | The equipment repair is done through Henry Schein. There is no formal contract with Henry Schein.<br><br>The DA calls the company and schedules an appointment for a tech to come out. As of now they have not had any problems getting a tech to come to MCJ and address any equipment repair issues. | None at this time.<br><br>In future cases where there may be a break in the supply chain, an LOP for what to do in case of equipment failure should be drafted. See also D.1.84A. | |
| D.1.76 | Clinic Audit | Clinic Admin and Logs | Respiratory Protection Plan in place (Fit testing records for N95 masks or PAPRs available for staff) | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Fit testing for staff occurred. | Have all the sizes of N95 masks on hand in the clinic, per the employees fit test results. | |
| D.1.77 | Clinic Audit | Clinic Admin and Logs | Injury Log and I PP (Injury, Illness Protection Plan) in place for MCJ. | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | The I PP binder has an exposure control plan specific to dental. Binder #4 (Infection Disease Prevention & Control Program Manual), #5 I PP and injury log.<br><br>Per the Operations Specialist no injuries were reported this audit period. | The dental specific IIPP uses the California Regulatory Compliance binder from the California Dental Association for guidance. | |
| D.1.78 | Clinic Audit | Clinic Admin and Logs | Injury Log and I PP (Injury, Illness Protection Plan) in place specifically for Dental Department. | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Binder 4, 5 - Infection Control and IIPP Dental Specific. No injuries reported this audit tour period. | The dental specific IIPP uses the California Regulatory Compliance binder from the California Dental Association for guidance. | |
| D.1.79 | Clinic Audit | Clinic Admin and Logs | Sharps injury log for Dental and other employee exposure events is maintained according to state and federal requirements? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed in Binder 5.<br>No injuries reported this audit tour period. | Review the process in case of an injury and provide documented training in the training binder. Training was provided | |
| D.1.80 | Clinic Audit | Clinic Admin and Logs | Post injury protocol in place? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Binder 5. | None at this time. | |
| D.1.81 | Clinic Audit | Clinic Admin and Logs | Written infection prevention policies and procedures available, current & based on evidence-based guidelines? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Binder 4 (Infection Control), 11 (P&P).<br>Although not all global P&Ps and LOPs are aligned yet to provide consistency and coherence in the clinical P&Ps and protocols. | Update and align the global P&Ps and LOPs to ensure consistency and coherence. | |
| D.1.82 | Clinic Audit | Clinic Admin and Logs | Did employees receive job or specific training on infection prevention policies and procedures and the OSHA blood borne pathogens standard? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | None at this time. | |
| D.1.83 | Clinic Audit | Clinic Admin and Logs | Facility has an exposure control plan that is tailored to specific requirements of the facility? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. Binder 4, 5 and Disaster Prep. | The I PP binder is specific to the medical and dental area.<br><br>The dental specific IIPP uses the California Regulatory Compliance binder from the California Dental Association for guidance. | |
| D.1.84 | Clinic Audit | Clinic Admin and Logs | Personal Protective Equipment (PPE) and other supplies necessary for adherence to Standard Precautions are readily available? | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Observed. | In future cases where there may be a break in the supply chain, an LOP for what to do in case of lack of supplies should be written. | |
| D.1.85 | Clinic Audit | Clinic Admin and Logs | Postings per Regulatory Compliance | 1 | 1 | 0 | 0 | 0 | 100.0% | Y | 0 | 0 | | Postings pertaining to Dental are posted on the bulletin board in the dental clinic.<br><br>Other postings (Minimum Wage, FMLA, etc.) are in the hallway at the entrance to the jail for all staff to view. | None at this time. | |
| | | | **TOTAL** | 80 | 76 | 2 | 0 | NA:5 DF:0 NM:0 | 97 5% | Y | 0 | 6 | | | | |
| **E.1** | | **Dental Program Management Audit Tool Data - Chief Dental Officer, Corporate and Local Management** | | | | | | | | | | | | | | |
| E.1.1 | System | Corporate and Local Management - Chief Dental Officer and HSA | Is there an involved, accessible, supervisory chain of command and reporting structure capable of providing meaningful supervision, consistent management and training for the dentist(s), dental assistant(s), hygienist(s), and office dental staff both clinically and administratively? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have (a) implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and (b) that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance. (Settlement Agreement ¶ 10). | E.1.1<br>• At the corporate level, Dr [redacted] Chief Dental Officer, is actively supporting MCJ's dental program and is the clinical supervisor in the chain of command. Dr [redacted] reports to the head clinical VP. Dr [redacted] is instrumental in MCJ Dental's success.<br>• Dr [redacted] continued to lead the weekly and biweekly alignment meetings with medical, mental health and dental. Dr [redacted] also leads a biweekly dental staff meeting and the monthly Dental Subcommittee meeting.<br>• A Dental Operations Specialist, hired to support Dr [redacted] brings valuable expertise to help identify solutions and strengthen the dental program.<br>• There is a new Regional VP. The Medical Director is permanently hired at MCJ. The Director of Nursing (DON) is filled as of late September and HSA position is vacant although filled with temporary staff.<br><br>E.1.2<br>• Dr [redacted] reports he receives the necessary resources when requested, although there is no set dental budget.<br>• The Dental Operations Specialist provides strong problem-solving support for the CDO and is an important resource.<br>• Dr [redacted] notes that resource support has improved, although he does not have full autonomy in his role, particularly regarding hiring, firing, and implementing broader changes due to corporate restrictions.<br>• There is no identification or system process of who will fill in for the CDO if/when the CDO is on vacation or leave.<br><br>E.1.3<br>• Wellpath Operations has an org chart but I have not received one for corporate clinical where it would show Dr [redacted] as part of the organization.<br>• MCJ County has not provided an org chart. | E.1.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Prioritize Key Roles: All listed positions are critical to the success of Dental, particularly the HSA, whose support is essential for strengthening and improving MCJ's Dental program in daily operations.<br>• Training & Retention: Continue to train and retain a qualified HSA, as well as hire and retain nursing staff and the DON, all of whom are vital to ensuring patient access to dental care.<br>• Operational Continuity & Compliance: Continue to establish durable systems to achieve and maintain compliance and ensure continuity of care. This includes cross-coverage plans so that key positions are filled during any employee's leave of absence, allowing Dental to continue providing uninterrupted services.<br>• Leadership Support: Wellpath to continue to support Dr [redacted] in his role as a leader, driving positive change and ongoing improvement within MCJ's Dental program.<br><br>E.1.2<br>• Provide Resources and Authority: Corporate should allocate Dr [redacted] a dedicated budget, administrative support staff, and greater autonomy as Chief Dental Officer. This will allow him to implement and sustain the changes necessary to bring MCJ into full compliance and maintain long-term improvements.<br>• Maintain Clinical Oversight: Continue monthly supervisory oversight and chart auditing by the CDO, ensuring he remains closely connected to the clinical operations at MCJ.<br>• Support Collaborative Roles: Wellpath should continue enabling the Operations Specialist to work alongside the CDO, particularly in advancing the Dental Subcommittee and CQI initiatives, which have already demonstrated significant progress.<br>• Strengthen Systems & Infrastructure: Dr [redacted] requires access to an EDRS capable of generating meaningful reports. Current limitations in data systems and staffing restrict his ability to independently drive change. While he has partnered with CorEMR to build systems that identify strengths and weaknesses, additional infrastructure is necessary for him to fully exercise his role and authority.<br><br>E.1.3<br>• Rationale: Organizational charts visually clarify roles, responsibilities, and reporting lines, improving communication, decision-making, and resource allocation. They also support onboarding and establish a clear chain of command, facilitating accountability.<br>• Develop an Organizational Chart: Create a current organizational chart for the corporate and local dental program, including the chain of command and oversight at MCJ, especially as the HSA is the administrative supervisor in the chain of command and Dr [redacted] is the clinical supervisor to the Dentists and Dental Assistants.<br>• Update and Provide Charts: Due to multiple changes across the organization, existing organizational charts at Wellpath are outdated, and the County has not provided one. Up-to-date charts should be furnished. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E.1 2 | System | Corporate and Local Management - Support & Resources | Is there appropriate corporate support given to the CDO and resources for the dental department to operate efficiently, both clinically and administratively? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E.1 3 | System | Corporate and Local Management - Org Chart | Is the organizational chart completed and current under Wellpath and the County? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| | | | **TOTAL** | 3 | 2 | 0.5 | 0 | NA:0 DF:0 NM:0 | 83 3% | N | 0 | 0 | | | | |
| **E.2** | | **Dental Program Management Audit Tool - Dashboard & Documented Qualitative Self Review Process** | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E 2.1 | System | Documented Qualitative External Review Process | Is there evidence of an external or corporate auditing system from supervisor to subordinate? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Wellpath P. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8). | E.2.1<br>• Clinically and administratively there were two supervisory reviews and subsequent performance improvement plans conducted on Dr [redacted] He was subsequently let go on June 6th, 2025.<br>• However, there were no supervisory reviews conducted on Dr [redacted] during this audit period.<br>• Self-monitoring, self-auditing and self-governance is challenging with CorEMR as it does not easily provide current and relevant reports to the CDO for analysis.<br><br>E.2.2<br>• At present, there is no centralized dashboard within or outside of CorEMR to track metrics, statistics, priority dental levels or dental priority codes (DPC) compliance timeframes.<br>• Although the monthly Dental Subcommittee is the receptacle for dental's data, leadership lacks a clear overview or "bird's eye view" of barriers related to access, timeliness, and quality of dental care at MCJ.<br>• The Dental Operations Specialist uses reports and CQI systems for some of the metrics of care.<br>• Not all metrics of care are being evaluated by the CQIs.<br>• They are refining some of the questions within the CQIs as they advance in their investigation of compliance.<br>• The draft of the P & P and LOP for self-governance, is in process by the CDO. An expansion of the systems to perform and evaluate all areas identified in the Implementation Plan and within the California Code of Regulations is still in progress.<br>• They have weekly dental strategy meetings, biweekly staff meetings and monthly Dental Subcommittee and quarterly QA meetings.<br><br>E.2.3<br>• Transparency remains limited, as clinical and management data are not easily retrievable from CorEMR, hindering effective monitoring and oversight.<br>• Data for certain performance metrics are currently compiled from multiple sources due to the absence of a dedicated EMR reporting functionality. Metric summaries and trend graphs are provided to the Dental Subcommittee; however, reporting capabilities for episodic and comprehensive care metrics remain under development.<br>• CorEMR's "Form Question Report" is used to generate selected clinical statistics. The reporting process requires multiple steps and review of several report versions to obtain the necessary information, limiting efficiency.<br>• The Form Question Report does not capture all required data elements and is dependent upon consistent completion of referral forms by nursing staff when referring patients for dental services.<br>• The Dental CAP-directed Monterey Compliance Report is not currently configured to support efficient or comprehensive data extraction from CorEMR and remains only partially implemented.<br>• The current Monterey Compliance Report lacks the functionality necessary to accurately extract and report compliance data for Priority Dental Levels and Dental Priority Codes. In addition, the report does not reliably capture rescheduled appointments for compliance-tracking purposes. | E.2.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• See Dental CAP #102 for the performance of the supervisory audits. "A supervisory audit report from the CDO is due to this monitor as part of Wellpath's monthly document production and is to include two of each of the following categories: triages and diagnoses, comprehensive dental examinations, periodontics, restorative, oral surgery, endodontics, as available, as well as an evaluation of refusals, reschedules, OTM, OTC and NIC. Dr [redacted] Chief Dental Officer (CDO) to audit multiple charts as well as provide routine, monthly supervisory oversight. The H.S A. may perform these tasks, as appropriate. ***Use the Peer Review audit tool as a guideline when performing the supervisory audit review."<br>• Conduct monthly supervisory chart audits to monitor clinical performance at MCJ. This will provide direct clinical oversight for current providers and support onboarding of new dentists. Complete self-audits, provide documented follow-up training as needed, submit audit results to the Dental Subcommittee, and implement corrective action plans to support continuous quality improvement.<br>• Finalize the draft LOP for self-governance, self-monitoring, and self-auditing, including monthly supervisory audits, to establish and communicate clinical performance expectations.<br><br>E.2.2<br>• Establish a dashboard, preferably within CorEMR, to visualize the current metrics/statistics relevant to finding barriers to access, timeliness and quality of care at MCJ.<br>• Expand CQI Metrics: Broaden the scope of CQI reviews to include all key clinical and operational metrics of care, ensuring comprehensive monitoring of performance and compliance.<br>• Develop Corrective Action Plans: For any deficiencies identified through CQI reviews, formulate clear corrective action plans with measurable outcomes. These should be documented and tracked as standing action items in the monthly Dental Subcommittee meeting minutes.<br>• Standardize CQI Tools: Finalize and implement standardized CQI questions and tools to ensure consistent monitoring, tracking, and reporting across all areas of dental compliance.<br>• Strengthen Governance Framework: Complete and adopt the Policies & Procedures (P&P) and Local Operating Protocols (LOP) currently being drafted by the CDO to establish a durable framework for self-governance and accountability.<br>• Ongoing Refinement: Continue the monthly refinement of CQI processes to improve accuracy and ensure alignment with compliance requirements and evolving best practices.<br><br>E.2.3<br>• Enhance Statistical Transparency: Continue improving the dental program through transparent use of statistics in collaboration with the QA team. This should include routine reporting from the Dental Subcommittee to the QA Committee. Make clinical, management, and statistical data more accessible within CorEMR (or the chosen system) to ensure program performance is transparent to providers, administrators, and oversight committees.<br>• Upgrade or Replace CorEMR: Complete the CAP-directed enhancements to CorEMR to allow efficient, accurate reporting. If CorEMR cannot meet these needs, invest in a true electronic dental records system capable of supporting both clinical and administrative functions.<br>• Develop a Centralized Dashboard: Create a dental-specific dashboard within CorEMR (or a replacement system) to track metrics, statistics, priority codes, trends, and outcome measures. This would allow leadership to monitor access, timeliness, and quality of care in real time.<br>• Ensure Compliance with Implementation Plan: Review the Nurse Sick Call process to confirm that requests for dental care are tracked as required. Establish an audit trail from each incarcerated person's request through to resolution of care.<br>• Address Data Inconsistencies: Standardize reporting processes within CorEMR to resolve inconsistencies between reports, especially when tasks are created outside of structured forms.<br>• Reduce Manual Data Burden: Alleviate the need for staff to manually track statistics, which reduces valuable clinical time. Assign the Operations Specialist to lead the effort in transitioning data management into automated electronic systems. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E 2 2 | System | Documented Qualitative Internal Review Process | Is there evidence of an internal self-auditing, self-evaluation, self-monitoring, and self-governance system for continuous improvement of the dental department? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| E 2 3 | System | Documented Qualitative Self Review Process Utilizing Statistics | Are viable statistics utilized for self-auditing, evaluation, monitoring, and self-governance using a documented, qualitative and quantitative process? "If you can't measure it, you can't improve it" ~Peter Drucker quote | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 3 | 0 | 1.5 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | 0 | | | | |
| E.3 | | Dental Program Management Audit Tool - Electronic Dental Record System (EDRS) | | | | | | | | | | | | | | |
| E 3.1 | System | Electronic Dental Record System - Full Clinical Dental Charting | Is there a viable electronic dental record system capable of full clinical dental charting, using a documented, qualitative and quantitative process which is HIPPA compliant, with the ability to track episodic, comprehensive dental care including treatment and management of its' dental program? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Wellpath P. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8).<br><br>Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath P, p. 20).<br><br>The EMR will contain the complete medical record of each inmate at the MCJ. (Wellpath P, p. 112) (This section also outlines requirements for how to maintain health records that are not in electronic form). | E.3.1<br>• CorEMR is not a comprehensive Electronic Dental Record System (EDRS) and lacks certain clinical charting capabilities and integrated dental practice management functions commonly available in dedicated dental software platforms.<br>• Despite these system limitations, the Chief Dental Officer (CDO) and Operations Specialist have utilized available reporting and quality-monitoring tools, including Continuous Quality Improvement (CQI) measures related to dental priority levels and referral processes, to identify and address barriers affecting access to care, timeliness of services, and quality outcomes.<br>• CorEMR does not provide functionality to identify or generate reports for patients who remain unscheduled. Appointment scheduling is dependent upon clinician-generated tasks; therefore, patients for whom a task is not created may not be captured within the scheduling workflow, creating a risk of delayed evaluation or treatment and limiting oversight of pending care needs.<br>• Tracking and reporting of episodic and comprehensive dental care metrics within CorEMR remains labor-intensive and requires substantial manual effort to compile and validate data.<br>• Dental sick call requests are infrequently scanned into the document management section of CorEMR, resulting in an incomplete audit trail. In addition, nursing sick call documentation related to dental concerns is inconsistently completed, reducing data transparency and limiting the ability to effectively monitor referral compliance and continuity of care.<br><br>E.3.2<br>• Tracking of urgent, emergent, and routine dental referrals remains limited and is primarily dependent on the Forms Question Report and the Task Reports. Although the current process is labor-intensive, incremental improvements have been implemented. Dental leadership has established a Continuous Quality Improvement (CQI) process to consolidate referral data from multiple sources, including intake screenings, 14-day health appraisals, sick call encounters, offsite referrals, and follow-up returns from specialty care.<br>• CorEMR originally deployed a forms-based referral tracking mechanism; however, system enhancements and maintenance have not been sustained by CorEMR's IT. Efforts to utilize the World of Wellpath Monterey Compliance Report for referral tracking have been initiated, but the report currently lacks sufficient accuracy and reliability to support comprehensive oversight.<br>• There is a lack of reliable and timely referral data when tracking urgent, emergent and | E.3.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Implement a Comprehensive EDRS: Upgrade to a full electronic dental record system with complete clinical charting capabilities and integrated dental management tools to support accurate, efficient, and comprehensive documentation of patient care.<br>• Optimize Interim EMR Use: Until a full EDRS is implemented, continue leveraging available CorEMR functions to monitor access, timeliness, and quality of care.<br>• Improve Patient Scheduling Processes: Establish reliable processes within CorEMR (or a new system) to identify unscheduled patients and ensure that all care results in scheduled appointments. This will prevent lapses in treatment and bring scheduling in line with the standard of care.<br>• Streamline Data Tracking and Enhance Audit Trails and Transparency: Ensure all sick call requests for dental care are properly documented and scanned into CorEMR with clear completion of Nurse Sick Calls, scheduling within DL1 and DL2 timeframes to maintain a full audit trail and support compliance monitoring.<br><br>E.3.2<br>• Implement a Full EDRS: Adopt an electronic dental records system to manage the clinical, administrative, and statistical functions of the dental clinic, ensuring accurate and efficient data capture.<br>• Enhance Nursing Documentation: Provide continued nursing education to ensure referral forms and tasks include key details such as description of the problem, location, severity, pain profile/scale, duration, and an appropriate dental priority level aligned with the patient's clinical presentation.<br>• Upgrade CorEMR Reporting: Improve CorEMR to provide consistent, reliable reports. Address discrepancies caused by appointment types, timing of report generation, and delayed closure of clinical notes to ensure accurate statistics for operational decision-making and self-audits.<br><br>E.3.3 | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E 3 2 | System | Electronic Dental Record System - Tracking Referrals and DPC | Does the electronic dental record system track Urgent/Emergent and Routine referrals from nursing, track referrals from chronic care and the periodontal disease program, track referrals to outside specialists, track dental treatment plans, priority codes (DPC) and appointments for dental treatment, within compliance timeframes? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E 3 3 | System | Electronic Dental Record System - Reports | Does the EDRS have a data dashboard capable of providing consolidated reports of data and statistics, reported in a concise manner for use in the monthly dental subcommittee meeting requirements? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | routine dental care, which is critical to effective operational management and self-audit activities. A lack of accurate reporting does not support the identification of barriers to access, timeliness of dental care and quality outcomes. Without viable data and reporting, targeted performance improvements are not always captured.<br><br>E.3.3<br>• The current EDRS does not provide a comprehensive dashboard capable of generating consolidated data reports and statistical summaries in a concise format suitable for monthly Dental Subcommittee reporting requirements.<br>• Dental performance metrics are currently collected and validated through manual processes. While monthly data collection is consistently performed, discrepancies have been identified between manually compiled data and reports generated through CorEMR, limiting confidence in the accuracy of system-generated metrics.<br>• To address reporting needs, the Operations Specialist manually consolidates information from multiple data sources into an Excel-based tracking tool. A fully integrated EDRS with dashboard and reporting functionality would improve data integrity, enhance operational oversight, and provide timely access to accurate performance metrics for quality management and review purposes. | • Upgrade CorEMR as identified in the Dental CAP. | |
| | | | TOTAL | 3 | 0 | 1.5 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | 0 | | | | |
| **E.4** | | **Dental Program Management Audit Tool - Digital X-Rays** | | | | | | | | | | | | | | |
| E.4.1 | System | Digital X-rays - Diagnostic | Are digital radiographs utilized in all dental clinics to minimize radiation to the patient and to provide diagnostic x-rays? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath IP, p. 20). | E.4.1<br>• MCJ is using digital x-rays and transferring them to CorEMR on a daily basis.<br>• The majority of radiographs reviewed were of diagnostic quality. However, opportunities for improvement were identified, including instances of foreshortening, elongation, cone cuts, and overlapping contacts that limited interproximal interpretation. These findings indicate a need for continued training by the dentist to the dental assistant to promote consistent radiographic quality and diagnostic accuracy.<br>Note that California law requires dentists to evaluate oral conditions, establish diagnoses, and maintain complete and accurate clinical records. Radiographs constitute part of the legal dental record and should be of sufficient diagnostic quality to support clinical decision-making. Any radiographic pathology or abnormal findings should be evaluated, documented in the patient record, communicated to the patient, and incorporated into the diagnosis and treatment plan consistent with the applicable standard of care.<br><br>E.4.2<br>• The standalone laptop used to acquire and store digital radiographs does not have an independent backup system.<br>• The absence of a verifiable backup and reconciliation process does not meet Dental Board of California expectations for electronic record retention and may result in unavailable diagnostic information needed for clinical decision-making. This presents a risk to record integrity, continuity of care, and regulatory compliance.<br>• While radiographs uploaded to CorEMR are preserved within the cloud-based electronic record, there is currently no reliable process to verify that all images have been successfully transferred and transferred to the correct patient. As a result, radiographs that remain only on the local device may be lost in the event of hardware failure and may not become part of the patient's permanent dental record.<br><br>E.4.3<br>• The x-rays are taken in the Planmeca digital system and then exported into CorEMR. The digital radiographs are not integrated directly into CorEMR as one would with an electronic dental records system.<br>• Once the x-ray is exported into CorEMR it can no longer be adjusted for contrast or color.<br>• Lack of direct integration between digital radiography software and the electronic dental record (EDR) can create several risks beyond the inability to manipulate image contrast, brightness, or color.<br>• Reliance on a manual export process between Planmeca and CorEMR introduces risks related to incomplete transfer of radiographs, fragmentation of the dental record, reduced traceability of diagnostic information, and the potential for missed or delayed follow-up of radiographic findings. Without a formal reconciliation process, the organization cannot readily verify that all radiographs acquired are successfully incorporated into the patient's electronic dental record.<br>• There is no LOP to address how the radiographs are transferred from Planmeca to CorEMR. | E.4.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Radiograph Transfer and Record Integration:<br>Revise the Local Operating Procedure (LOP) for transferring radiographs from Planmeca to CorEMR to include a standardized process for identifying, reconciling, and documenting failed image transfers.<br>Establish radiograph transfer compliance as a quality assurance metric within the internal audit program and report performance at monthly Dental Subcommittee meetings.<br>• Radiographic Technique and Staff Competency:<br>Implement a structured process for immediate dentist-to-dental assistant feedback following radiograph acquisition to reinforce proper imaging techniques, support competency development, and improve diagnostic image quality.<br>• Radiographic Quality and Patient Safety:<br>Ensure all radiographs meet diagnostic quality standards and provide complete visualization of the areas of interest, including root apices and supporting structures when clinically indicated.<br>• Radiographic Findings Management, Documentation, Communication, and Follow-Up of Findings:<br>Ensure radiographic findings, incidental findings, and pathology identified during dental examinations are accurately interpreted, documented in the dental record, communicated to the patient, and managed in accordance with their clinical significance.<br>Implement controls to verify that radiographic findings requiring follow-up are supported by the appropriate documentation and that recommended monitoring, referral, and/or treatment activities are tracked to completion.<br><br>E.4.2<br>• Include the manner and protocol in which the data is to be backed up on the standalone laptop. Write this in the LOP for transferring the radiographs to CorEMR from the digital x-ray system.<br>• Address who is to repair and provide maintenance to this system when it is needed.<br><br>E.4.3<br>• Complete the LOP regarding the transfer of radiographs from Planmeca to CorEMR. Include a reconciliation process, to verify that all radiographs acquired are successfully incorporated into the patient's dental record. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E.4 2 | System | Digital X-rays - Stored | Is there a safe data backup and storage system for the digital x-rays? | 1 | 0 | 1 | 0 | 0 | | | 0 | 1 | | | | |
| E.4 3 | System | Digital X-rays - Integrated | Are digital radiographs integrated directly into the clinic's electronic dental record system? | 1 | 1 | 0 | 0 | 0 | | | 0 | 1 | | | | |
| | | | TOTAL | 3 | 2 | 0.5 | 0 | NA:0 DF:0 NM:0 | 83 3% | N | 0 | 2 | | | | |
| **E.5** | | **Dental Program Management Audit Tool - Panoramic X-Ray Unit** | | | | | | | | | | | | | | |
| E 5.1 | System | Panoramic Radiographic Unit - Available Onsite | Is a panoramic radiograph utilized onsite to visualize third molars and other areas of the jaw? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning. (Wellpath P, p. 103). | E.5.1<br>• No, there is no onsite panoramic x-ray. However the patients can be sent offsite to the oral surgeon for an evaluation, including for a panoramic radiograph. MCJ can also send patient's out to higher level of care if indicated.<br>• In most cases now, MCJ's dental clinic now receives the scanned copy of the panoramic radiograph from the Oral Surgeon's office for offsite oral surgery care. This is included in the report and scanned into the Document section of CorEMR.<br>• There is no leased or purchased panoramic x-ray available onsite for the dentist to utilize at this time, however, per the IP, they can refer patients receiving a comprehensive dental evaluation, to the offsite oral surgeon for them to take a panoramic radiograph and return it to be read by the onsite dentist. This service is not listed in the LOP.<br>• Panoramic radiographs are rarely requested by the dentist during a comprehensive dental evaluation, as per the P, even when indicated.<br>• Panoramic radiographs obtained for oral surgery referrals are not consistently reviewed with the patient upon return to the dental clinic. In addition, incidental radiographic findings identified on these images are not consistently documented in the clinical record, resulting in potential gaps in patient communication, clinical follow-up, and continuity of care.<br><br>E.5.2<br>• Yes. The oral surgeon who is utilized by MCJ for complex extractions, biopsies and other oral surgery needs has and takes a panoramic radiograph at his office for the referred patients. The panoramic x-ray copy is returned and scanned into CorEMR, and available for the Dentist to review at the Priority 1 follow up appointment.<br>• Not all panoramic radiographs obtained for oral surgery purposes were consistently reviewed in the dental record or with the patients following receipt of the scanned panoramic radiograph. Additionally, not all incidental radiographic findings were consistently documented in the dental record, limiting evidence of patient communication, clinical assessment, and appropriate follow-up.<br><br>E.5.3<br>• A system exists for referring patients to outside specialists through ERMA, a program created by Wellpath. The process is supported by an LOP and a capable clerk.<br>• The follow-up visit to the dental clinic, after the return from offsite, is generally scheduled within the next dental day.<br>• t is now the exception that a follow-up visit following an outside specialist is not scheduled within the next dental day timeframe.<br>•The initial ERMA referral is not always scanned into CorEMR. This Monitor was denied access to ERMA. Currently, there appears to be no compliance framework within ERMA, beyond manual tracing through the dental record, to confirm referrals are sent and completed. | E.5.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• The Implementation Plan states that for a comprehensive dental examination, if a panoramic x-ray is necessary, it can be taken for this examination. This should be included in the LOP for comprehensive care that the patient can be referred to the outside oral surgeon's office for a panoramic x-ray. It is very important that should this be done for the comprehensive dental examination, that any pathology is identified and included in the object findings and subsequently attached to the assessment with the correct diagnosis.<br>• Update the Offsite Referral LOP to include that the review of any x-rays, including a panoramic radiograph(s), will be reviewed and noted in the progress notes during the next dental day's post-op task appointment, upon return from the oral surgeon's office or higher level of care.<br>• The Dentist is to review, identify pathology, and discuss the results of the radiograph with the patient as well as record the review and results in a SOAPE format in the progress notes, at the time of the follow-up patient's Return From Offsite. Also advise the patient to submit a Dental Sick Call for any follow-up or continuity of care.<br><br>E.5.2<br>• Implement a process to ensure offsite panoramic radiographs are reviewed upon receipt, with all radiographic findings, incidental findings, and pathology documented in the dental record. Verify that findings are communicated to the patient and that appropriate follow-up actions, including referral, monitoring, and/or treatment, are documented and tracked to completion.<br>• If indicated, the use of the panoramic radiograph can be utilized during a comprehensive dental examination.<br>"Panoramic radiograph may be requested from an outside source when, in the discretion of the dentist, it will assist in diagnosis and treatment planning." [Wellpath IP, p. 103]<br><br>E.5.3<br>• Implement a Dental-Specific Referral System: Ensure all ERMA referrals are scanned into CorEMR to establish what was referred to the offsite specialist. Establish a standardized, dental-specific referral workflow so referrals are easily trackable, regardless of which clinician initiates them.<br>• Clarify Specialist Report Review Responsibilities: Include in the LOP a clear process for dentists to review specialist reports and radiographs, identify pathology, incorporate recommendations into the treatment plan, discuss with the patient, and document appropriately. Train staff accordingly.<br>• Perform Internal Audits: Regularly audit the referral system to confirm patients are scheduled promptly following offsite specialist visits and that all orders and recommendations are completed.<br>• Use CQIs to Monitor Access and Compliance: Continue leveraging CQIs to identify barriers to care, report findings to the Dental Subcommittee, and implement course corrections or additional training as needed. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E 5 2 | System | Panoramic Radiographic Unit - Available Offsite | Is a panoramic radiograph available offsite to visualize third molars and other areas of the jaw in the case of an incarcerated patient complaining of pain with a wisdom tooth or other hard/soft tissues and a diagnostic radiograph is unable to be obtained? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E 5 3 | System | Referral | Is there a system of referrals to outside specialists capable of tracking referrals, as well as returns from an outside referral, in a timely manner? Is this information tracked for dental? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 3 | 2 | 0.5 | 0 | NA:0 DF:0 NM:0 | 83 3% | N | 0 | 0 | | | | |
| **E.6** | | **Dental Program Management Audit Tool - Equipment and Supplies** | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E 6.1 | System | Equipment and Supplies | Are the necessary resources and supplies available for dental to operate within OSHA parameters? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath P, p. 20). | E.6.1<br>• Yes. Dental orders from Henry Schein and McKesson are placed proactively to ensure adequate stock. The clinic maintains sufficient supplies, including PPE, by purchasing in advance to prevent shortages and ensure uninterrupted patient care.<br>• Materials are organized by expiration date, with the oldest in front and newest in the back, supporting proper rotation.<br>• There is no LOP drafted to address supply chain interruptions, whether due to financial constraints, resource limitations, or other factors, to ensure patient safety and continuity of care.<br><br>E.6.2<br>• MCJ has only one dental operatory, which limits efficiency and scheduling flexibility. Despite this, the dental staff are managing to provide care within these constraints.<br>• The single operatory may have an impact on access and workflow and may restrict the number of patients treated per day and could create delays in care, especially for urgent or follow-up procedures.<br>• There appears to be adequate room for essential dental equipment, instruments, and supplies to be stored and accessed safely within the existing operatory.<br><br>E.6.3<br>• MCJ does not maintain an in-house dental equipment repair program; however, equipment maintenance and repair services are provided through an established relationship with Henry Schein.<br>• Evidence of routine preventive maintenance is observed through documentation in the Housekeeping Log.<br>• Maintenance activities are proactively coordinated by the Dental Assistant to support equipment reliability and continuity of dental operations. | E.6.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Per Dr [redacted] MCJ/Wellpath maintains an account with Henry Schein, allowing orders to be placed according to his instructions and OSHA requirements.<br>• It is recommended that a site-specific Local Operating Protocol (LOP) be developed to address any delays or interruptions in the supply chain, outlining procedures to ensure continuity of patient care and mitigate potential risks.<br>• All dental services will be provided in a safe and sanitary environment. [Wellpath IP, Exhibit A, p 98]<br><br>E.6.2<br>• The goal is to maximize utilization of the existing operatory while reducing bottlenecks that affect access, timeliness, and quality of care.<br>• Consider assigning two Dental Assistants per day to maximize productivity within the one-operatory limitation. Additionally, conduct a staffing and workflow analysis to determine whether adjustments in staffing levels, scheduling, and/or clinic operations could further improve efficiency and patient access. Delegate administrative tasks away from clinical staff whenever possible.<br>• Implement operational strategies to maximize utilization of the existing operatory, including optimized scheduling practices, enhanced use of support staff, streamlined patient flow processes, and proactive management of urgent care demand. These measures may improve access to care, reduce treatment delays, and support the consistent delivery of high-quality dental services while operating within the constraints of a single-operatory clinic.<br><br>E.6.3<br>• Evaluate the feasibility of implementing a service and maintenance contract with a qualified equipment vendor to mitigate the risk of prolonged equipment downtime so there is uninterrupted delivery of dental services.<br>• By formalizing an equipment maintenance and repair processes through a documented protocol establishes preventive maintenance requirements, assigned responsibilities, service request procedures, and maintenance recordkeeping expectations. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E 6 2 | System | Equipment and Supplies - Space | Is there sufficient equipment and space to accommodate the provision of dental care for the incarcerated patients? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E 6 3 | System | Equipment and Supplies - Repair Contract | Is there a viable repair contract with a dental supply/equipment company? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 3 | 3 | 0 | 0 | NA:0 DF:0 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| **E.7** | | **Dental Program Management Audit Tool - Nurse Training by DON, HSA and Dentist** | | | | | | | | | | | | | | |
| E.7.1 | System | Nurse Training by DON, HSA and Dentist | Does the HSA, Dentist and DON when appropriate provide thorough and ongoing training to the nurses regarding dental, having a documented sign in sheet, with feedback, to the nursing staff as it relates to the evaluation and referral of incarcerated patients to dental through Intake, 14-Day Exam, Sick Call and Physician on Call? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | All CFMG health services staff will participate in classroom orientation and training regarding compliance with all aspects of the CFMG Implementation Plan. Orientation and training will be conducted by a qualified health services instructor. Counseling, training or appropriate discipline may ensue from failure to comply with the implementation Plan. (Wellpath IP, p. 8).<br><br>A qualified health care professional who has been trained by the dentist shall obtain a dental history regarding any current or recent dental problems, treatment including medications during the Receiving Health Screening at intake with follow up to positive findings; perform an initial health screening on each inmate at the time of the health inventory and communicable disease screening, the general condition of the patient's dentition, missing or broken teeth, evidence of gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing and/or other functional impairment will be noted; urgent/emergent dental needs identified. (Wellpath IP, p. 98).<br><br>There shall be, at all times, sufficient staff to ensure compliance with the CFMG. (Wellpath IP, p. 115). | E.7.1<br>• Nursing workflows for dental referrals remain inconsistent despite multiple rounds of training.<br>• Nurse Sick Calls to address Dental Sick Call requests are often not completed, with requests not consistently scanned into CorEMR, creating gaps in audit timelines.<br>• Priority level designations (DL1, DL2) are inconsistently applied. Many referrals continue to lack required documentation such as description of the problem, history of the chief complaint, location of the pain or problem, pain scale, severity, and duration.<br>• The information documented on the forms should be consistent with the corresponding task record. Although processes are outlined in the LOP, not all required information is accurately captured and reconciled between both documents and task to support documentation integrity, continuity of care, and auditability.<br>• Although training has been routinely provided—with documented sign-in sheets and annual updates—the results remain inconsistent, possibly due to ongoing staff turnover.<br>• CQI monitoring is in place and individual coaching occurs, but there is not yet a reliable system to identify and correct spot offenders. Perhaps a different training approach such as case-based learning will assist in remediating this training issue.<br>• The Dentist states he provides individualized training although it is not formally documented in the monthly Dental Subcommittee meeting.<br><br>E.7.2<br>• While improvement has been noted, opportunities remain to strengthen staff understanding and consistent application of the dental referral process, particularly regarding the assignment of Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) classifications during Intake, Sick Call, 14-Day Examinations, and by Physicians, Nurse Practitioners, and Physician Assistants. Accurate prioritization is essential to ensure patients are appropriately screened, assessed, and scheduled for dental services in accordance with established timelines: Priority 1/DL1 cases requiring evaluation on the next dental clinic day and Priority 2/DL2 cases scheduled within 14 calendar days. Continued education and reinforcement of referral criteria are recommended to promote consistent compliance and timely access to care.<br>• As in prior findings, there are patients with pain, toothaches, swelling, infection, bleeding and abscesses who are not always referred timely to Dental by using the correct Priority Dental Level 1 parameter, to be seen next dental day. They are often assigned a Priority Dental Level 2 (patients to be scheduled within 14 calendar days) without describing why it is a Priority 2 for a patient with the problems stated above.<br>• From Dr. Barnett, Medical Monitor, "Complications from dental and oral infections may have dire consequences affecting other parts of the body or even lead to death. I have previously communicated my concerns that patients suffering the symptoms of dental abscess should be viewed as having a condition that merits urgent if not emergency care". Therefore identifying the correct dental level is important in order for patients to receive care in the appropriate timeframe and without delay.<br>• Regarding evaluating the timeframe of compliance for Dental Sick Call requests, there is a difference between "reading" the Dental Sick Call requests within one day of the request vs "seeing" the patient face to face to screen the patient's dental condition "within one day of the request". The data shows that the requests are read 98.0% of the time, within one day of the request, but there are no reference IDs to show the percentage of patients seen face to face for the patient's dental requests, per the Implementation Plan.<br><br>E.7.3<br>• Training has occurred repeatedly, through this audit period with the roster showing training is being given, however, the description, history, location and pain scale, at a minimum, is not always consistently entered in the form and the task. Without a clear description of the issue in the form and in the task, there is no substantiation for the nurse's determination of the Dental Level and the patient may not always be scheduled according to the severity of their clinical presentation.<br>• These ongoing inconsistencies continue despite efforts to provide staff training on the dental referral process. There continues to be variability in nursing staff's understanding when applying the referral requirements for Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) designations of dental problems at Intake, Sick Call, and 14-Day Exam.<br>• t appears that case-based learning, using actual audit findings has only recently been introduced into the learning modules for the nursing staff. Perhaps this will assist in the patients being referred to dental timely and within the parameters of the priority dental levels.<br><br>E.7.4<br>• The DON position was filled and started at the end of September. He was previously an RN and charge nurse for 6 months and decided to take the position because he likes challenges. He states he is sharpening communication with the nursing team, building trust between them. There are 7 day and 7 night nurses and says he gets to them | E.7.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>Update and Standardize Training Protocols:<br>• Revise the LOP to include a flow chart outlining referral pathways, DL1/DL2 criteria, and documentation standards.<br>• Provide ongoing, documented training for nurses, physicians, nurse practitioners, and physician assistants specifically focused on proper DL1/DL2 designation at Intake, Sick Call, 14-Day Exams, and during provider encounters.<br>• Implement competency-based training with post-tests or case reviews to validate understanding.<br><br>Ensure Consistent Documentation:<br>• Require completion of all Nurse Sick Calls and scanning of the requests for dental care into CorEMR to establish a verifiable audit trail.<br>• Standardize documentation fields so referrals always include description, history, location, severity, duration, pain scale, and clinical justification for the assigned priority level.<br><br>Address Variability and Duplicates:<br>• Use CorEMR reporting and CQI audits to identify duplicate referrals and analyze root causes.<br>• Provide targeted retraining when patterns of duplication or misclassification are found.<br><br>Enhance Oversight and Accountability:<br>• Document all dentist-led trainings and integrate them into staff education records.<br>• Require that nurse training, performance feedback, and monitoring results be reported and included in the monthly Dental Subcommittee meeting minutes for transparency and accountability.<br>• Involve the DON directly in monitoring compliance and follow-up of dental referral workflows.<br><br>Continuous Quality Improvement (CQI):<br>• Continue to track compliance with referral documentation, timeliness, and DL1/DL2 accuracy through CQI reviews.<br>• Use CQI findings to inform immediate course corrections, additional training, and/or workflow redesign as needed.<br>• Include referral compliance and training effectiveness as standing agenda items at Dental Subcommittee meetings.<br><br>E.7.2<br>• There are times when the nurses are completing dental sick call appointments. Even if this is due to a duplicate appointment, only the Dentist is to complete any dental sick call and dental annual exam. Train that only the Dentists are to complete Dental Sick Calls and Dental Annual Exams. Completing Dental Sick Call tasks is outside the scope of the RNs.<br>• Provide the updated LOP and train the nurses against the LOP and document the training in all aspect of the referral process to dental.<br>• Continue to provide documented nurse training, feedback and monitoring for Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) designations of dental problems at Intake, Sick Call, 14-Day Exam and for Physicians, Nurse Practitioners and Physician Assistants. This is necessary in order for the patients to be screened and assessed correctly and hence scheduled in Dental according to urgent/emergent, priority 1 DL1 [next dental day] and routine, priority 2, DL2 parameters [scheduled within 14 calendar days].<br><br>E.7.3<br>• To strengthen the nurse training process, identified deficiencies should be addressed through targeted education and should incorporate deficiency-driven, case-based learning, using actual audit findings (e.g., missing pain scales, duplicate referrals, incomplete form and task documentation, lack of substantiation of the priority designation DL1 and DL2, inclusion of the complaint, history and location of the problem) to improve compliance, documentation quality and ultimately patient access and timeliness of dental care.<br>• Continue to provide documented nurse training, feedback, and monitoring for Priority 1/Dental Level 1 (DL1) and Priority 2/Dental Level 2 (DL2) designations of dental | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the training documentation and a copy of the training PowerPoint for all trainings provided to the RNs, Physicians, and other Health Care staff. Include a roster of staff and document who still needs training monthly.<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E.7 2 | System | Nurse Training by DON, HSA and Dentist - DL1 and DL2 | Is there a clear understanding from the nurses of Urgent/Emergent DL1 and Routine DL2 parameters and how to evaluate and assign a DL for the dental condition as well as when to schedule the dental appointment within timeframe? Has documented training occurred to rectify any deficiencies in this area? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| E.7 3 | System | Nurse Training by DON, HSA and Dentist - Referral documentation | Do the nurses include at a minimum in the dental referral the chief complaint, history of the dental problem(s), pain scale, location of the problem(s), and the appropriate dental level? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E.7.4 | System | Nurse Training by DON, HSA and Dentist - One on One Training | Does the HSA, DON and/or Dentist provide documented one on one training for any areas of deficiency? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | before the shift or comes in early to conduct training. This results in a more consistent coordination between Dental and Nursing. Although the Dentist reported providing nursing staff with training, retraining, feedback, and monitoring on occasion, no formal documentation of this training was identified through email correspondence, written instructional materials, or in the monthly Dental Subcommittee meeting minutes.<br>• Some nurses at Intake are creating separate tasks outside of the referral process within CorEMR. This practice breaks the audit trail and prevents accurate tracking of patient care and compliance with timelines.<br>• Some nurses continue to complete dental sick call appointments themselves. This is a critical issue, as it creates a risk that patients may not receive their mandated dental services following a request for dental care. When a nurse independently closes a dental sick call without routing it to Dental, the patient may be deprived of timely assessment and treatment by a licensed dentist.<br>• Review of the monthly Dental Subcommittee meeting minutes did not demonstrate evidence that one-on-one training was conducted or that staff acknowledgment of such training was documented. To ensure accountability and verification of competency, individualized training should be documented and supported by signed attendance or acknowledgment records, with retention of documentation for audit and quality assurance purposes.<br><br>E.7.5<br>• QA has not yet implemented a QIT to address deficiencies and barriers to access, timeliness and quality of dental care.<br>• Dental has submitted the results of their CQIs as well as their Dental Subcommittee meeting minutes and associated statistics to the QA meeting this audit period.<br>• The DON feels they are trending upward with their training. Working together with the Dental Operations Specialist who gathers the CQI information, and before the subcommittee meeting, they review the CQIs together to see what needs improvement. Once reviewed, they determine the next step. Dr [redacted] also reaches out to the DON and the Dental Operations Specialist is CC'd in the team chat.<br>• Not all Continuous Quality Improvement (CQI) measures have been fully developed to monitor compliance across all applicable areas of dental services. However, the dental department has demonstrated an ongoing commitment to quality improvement and reported that it is actively expanding its CQI program to address additional compliance requirements. As sustained compliance is achieved in existing focus areas, CQI indicators are being periodically reviewed, revised, and expanded to support continuous monitoring and performance improvement across a broader range of dental care processes. | problems at Intake, Sick Call, 14-Day Exam, and for Physicians, Nurse Practitioners, and Physician Assistants. This is necessary in order for patients to be screened and assessed correctly, then scheduled in Dental according to the established referral parameters of urgent/emergent, Priority 1 DL1 [next dental day], and routine, Priority 2 DL2 [scheduled within 14 calendar days].<br><br>E.7.4<br>• Prioritize onboarding and training of the Director of Nursing (DON) by providing targeted orientation and training by the Chief Dental Officer (CDO) regarding dental referral processes, compliance requirements, and interdisciplinary responsibilities.<br>• Ensure dental sick call and annual dental examination tasks are completed solely and exclusively by a licensed dentist in accordance with policy and scope-of-practice requirements.<br>• Implement routine self-audits to identify documentation and process deficiencies. Ensure identified issues are addressed through documented, individualized staff education and corrective action. Audit findings, training activities, and corrective measures should be reported and tracked through the monthly Dental Subcommittee.<br>• Establish and maintain an audit trail demonstrating compliance with all requirements outlined in the Implementation Plan, including monitoring activities, corrective actions, staff training, and ongoing performance improvement efforts.<br><br>E.7.5<br>• When addressing Barriers to Dental Care:<br>It is helpful to focus on access, timeliness, staffing, scheduling, referrals, operational constraints, quality of care and patient outcomes.<br>• Establish and monitor key access to care metrics, including time from referral to dental triage, time from triage to treatment, emergency dental response times, and completion rates for recommended treatment.<br>• Conduct periodic analyses of patient refusals, reschedules, and cancellations by staff to identify systemic barriers affecting access to care.<br>• Review dental staffing levels, provider availability, and clinic utilization to identify capacity constraints that may contribute to delays in care.<br>• Evaluate the impact of facility operations, security restrictions, transportation limitations, lockdowns.<br>Implement routine tracking and reporting of outstanding dental referrals, specialty referrals, and deferred treatment to ensure timely follow-up and resolution.<br>• Establish a process for identifying recurring barriers to care through patient grievances, staff feedback, incident reports, and quality assurance activities.<br>• Conduct periodic reviews of scheduling practices and appointment prioritization processes to ensure patients are triaged and treated according to clinical need.<br>• Develop corrective action plans in your self-governance processes for identified barriers and monitor their effectiveness through measurable performance indicators reported to the Dental Subcommittee and Quality Assurance Committee.<br>• Evaluate the effectiveness of interdisciplinary communication between nursing, dental, custody, and administrative staff to identify process gaps that may delay patient access to dental care.<br>• Periodically assess patient outcomes and untreated treatment needs to determine whether existing barriers are adversely affecting oral health outcomes. | |
| E.7 5 | System | Nurse Training by DON, HSA and Dentist - Barriers to Care | Are any remaining barriers to care which training has not corrected despite the deficiency being identified, brought to the quality assurance meeting to be remedied? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 5 | 0 | 2.5 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | 0 | | | | |
| E.8 | | Dental Program Management Audit Tool - Staffing and Staffing Analysis – Clinical and Administrative | | | | | | | | | | | | | | |
| E 8.1 | System | Staffing – Clinical and Administrative - Filled | Are the dental clinical and administrative staffing positions filled either with permanent or temporary employees? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | All CFMG health services staff will participate in classroom orientation and training regarding compliance with all aspects of the CFMG Implementation Plan. Orientation and training will be conducted by a qualified health services instructor. Counseling, training or appropriate discipline may ensue from failure to comply with the implementation Plan. (Wellpath IP, p. 8).<br><br>There shall be, at all times, sufficient staff to ensure compliance with the CFMG. (Wellpath IP, p. 115). | E.8.1<br>• The PRN Dentist assigned to Thursdays and Fridays was dismissed on June 6, 2025. Subsequent recruitment efforts resulted in the hiring of Dr [redacted] who began providing services on August 19, 2025. During the audit period, 131 M-F weekday dental clinic days were available, subtracting the 4 holidays that fell on weekdays within the audit period results in 127 potential work/business days. However, dental services were provided on 94 days. Of those 94 dental days, Dr [redacted] provided care on 6 days, Dr [redacted] on 2 days, and Dr [redacted] on the remaining 86 days, demonstrating that the majority of dental services were maintained by Dr [redacted] following the vacancy and throughout the recruitment period.<br>• The PRN Dental Assistant provided coverage for both the PRN role and the permanent Dental Assistant position, which had been effectively vacant since late February 2025. Following a competitive recruitment process, the PRN Dental Assistant successfully applied for and was selected to fill the permanent Wellpath Dental Assistant position. As a result, the permanent vacancy was filled; however, the PRN Dental Assistant position subsequently became vacant and remained unfilled at the time of the audit.<br>• The Dental Hygienist position identified in the Implementation Plan remains vacant as the Chief Dental Officer (CDO) indicated that filling the position is not currently planned due to physical plant limitations, specifically the availability of only one operatory. Additionally, under the applicable Dental Practice Act, a hygienist may not administer local anesthesia without the direct supervision of a dentist, limiting the ability to independently perform deep periodontal cleanings requiring anesthetic. To address patient care needs and maintain access to hygiene-related services, Wellpath hired a PRN Dentist who also provide hygiene services, including deep cleanings requiring local anesthesia.<br>• The HSA positions at the time of the audit tour is vacant although filled with an interim HSA. The PRN DA position is vacant at the time of the audit tour.<br><br>E.8.2<br>• During the audit period, there were 127 potential weekday dental clinic days available for the provision of dental services at MCJ; however, only 94 dental clinic days occurred. This represents a loss of 33 potential clinic days. Based on an average productivity rate of 19.5 patient tasks per clinic day, the reduction in clinic availability equates to an estimated loss of approximately 643 potential patient care tasks during this audit period.<br>• A new and full staffing analysis was not conducted by the CDO this audit period.<br>• Outside of this audit period, a new healthcare vendor contract with MCJ will begin on 1/1/26. Wellpath is diligently working to provide a smooth transition during this time.<br><br>E.8.3<br>• The Operations Specialist maintains job descriptions for each position that outline the primary duties and responsibilities of the role. However, opportunities exist to further strengthen role accountability through the development and communication of clear performance expectations and operational requirements. Specifically, enhanced guidance regarding adherence to the Implementation Plan (IP), as well as any policies, procedures, and local operating protocols, would promote greater consistency in practice, improve staff understanding of expectations, and support ongoing compliance with organizational and contractual requirements.<br><br>E.8.4<br>• See Dental CAP #113 which states, "Add dental services to Wellpath's existing 'rapid response team' for staffing shortages."<br>• Dental services have not been incorporated into the program. Additionally, no dental staffing registry, contingency staffing plan, or formal rescue plan is currently in place.<br>• While discussions with leadership identified potential verbal arrangements for coverage by other Wellpath dental personnel during periods of leave or vacancy, these processes have not been formalized through policy, procedure, or local operating protocol (LOP).<br>• As seen following the dismissal of the PRN Dentist, the absence of a documented contingency plan increases the risk of disruptions to dental services, reduces access to care, and delays treatment during periods of staffing shortages or unexpected absences. | E.8.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• "There shall be, at all times, sufficient staff to ensure compliance with the CFMG Implementation Plan." [Wellpath IP, Exhibit A, p.115]<br>• Continue recruitment efforts for the permanent HSA position and PRN Dental Assistant.<br>• Develop and provide a plan to comply with the Implementation Plan requirement for a per diem Registered Dental Hygienist (RDH) to deliver dental hygiene education and periodontal treatment consistent with dentists' recommendations. [Wellpath IP, Exhibit A, p.103-104]<br><br>E.8.2<br>• The staffing plan may change with the new health care vendor transition.<br>• Conduct an additional workflow analysis to improve efficiency, patient flow, and productivity.<br>• While implementation of an Electronic Dental Record System (EDRS) would not address identified staffing shortages or increase available staffing hours, it has the potential to improve access to care through enhanced clinical and operational efficiency. An EDRS can assist staff in identifying unscheduled patients, outstanding treatment needs, and overdue follow-up care through improved tracking and reporting capabilities. Additionally, the use of an electronic odontogram provides a visual representation of dental conditions and treatment plans, facilitating continuity of care, treatment prioritization, and more efficient clinical decision-making. Enhanced scheduling, referral tracking, treatment planning, and documentation functions may also improve clinic workflow and optimize the use of existing staffing resources. As such, implementation of an EDRS could support improved access to care and patient management; however, it should be viewed as a complement to, rather than a replacement for, adequate staffing levels as determined through a comprehensive staffing analysis.<br><br>E.8.3<br>• Develop and implement position-specific performance expectations that complement existing job descriptions and clearly define responsibilities related to compliance with the Implementation Plan ( P), policies, procedures, and local operating protocols. Ensure expectations are communicated to staff, incorporated into orientation and ongoing training activities, and periodically reviewed for understanding and compliance.<br>• Management should establish a process for monitoring adherence and addressing identified performance or compliance gaps in a timely manner.<br><br>E.8.4<br>• Develop and implement a formal local operating protocol (LOP) and contingency staffing plan for the provision of dental services at MCJ. The plan should identify coverage resources, escalation procedures, staffing contingencies, communication requirements, and operational expectations during planned and unplanned absences of dental personnel.<br>• Per the Dental CAP #113, add Dental to Wellpath's Rapid Response Team or establish an equivalent mechanism to ensure continuity of dental care and minimize service disruptions resulting from staffing shortages. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E 8 2 | System | Staffing – Clinical and Administrative - Staffing and Workflow Analysis | Is there sufficient staff and staffing hours, as determined by a full staffing analysis, to accommodate all the dental program needs as outlined in the Wellpath Implementation Plan and Settlement Agreement? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| E 8 3 | System | Staffing – Clinical and Administrative - Job Description | Is a job description for each position listed, encompassing the duties and expectations of the position(s)? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E 8.4 | System | Staffing – Clinical and Administrative - Plan, Policy and Procedure | Is there a written plan/policy and procedure in case a staff member is on leave on how to handle the provisioning of dental care per the Implementation Plan at MCJ i e., dental registry contract? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 4 | 1 | 1.5 | 0 | NA:0 DF:0 NM:0 | 62 5% | N | 0 | 0 | | | | |
| E.9 | | Dental Program Management Audit Tool - Staffing – Illness and Injury Prevention Plan (IIPP) | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E 9.1 | System | Ilness and Injury Prevention Plan (I PP) - Completed and Trained On | Is the Illness and Injury Prevention Plan (I PP) completed, updated yearly, trained on by dental, posted where applicable, and documented in the QA minutes? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | All dental services will be provided in a safe and sanitary environment. (Wellpath P, p. 98). | E.9.1<br>• The I PP is completed and the binder is in the dental clinic. The staff are aware of its location.<br>• There is training documentation identifying that staff have been trained on the I PP.<br>• No injuries are reported from April 1st through September 30th, 2025.<br>• There is a worker's comp process and a global policy is in place.<br><br>E.9.2<br>• The facility's evacuation plan is not posted in plain view within the dental clinic, consistent with Custody directives that such information not be accessible to incarcerated persons due to institutional safety and security considerations. Additionally, the evacuation plan is not maintained within the Emergency Procedures Binder for the same reason.<br>• Documentation reviewed during the audit demonstrated that staff received training on the evacuation plan, and evidence of training completion was maintained within the certification and training binder.<br><br>E.9.3<br>• Training related to medical waste management, including sharps, biohazardous waste, pharmaceutical waste, hazardous waste disposal, and universal waste, has been completed through World of Wellpath.<br>• While staff have received general OSHA-required training, site-specific training and documentation regarding local waste handling processes was not evident.<br>• A corporate policy and procedure addressing waste management is in place; however, a site-specific Local Operating Procedure (LOP) has not been fully developed to document the process by which the Dental Assistant transports medical waste, including sharps and biohazardous waste, from the dental clinic to the designated Stericycle storage area. The procedure should clearly define handling requirements, transport methods, storage expectations, and staff responsibilities to ensure consistent and compliant waste management practices. As a result, staff responsibilities and local operational processes are not clearly documented yet.<br><br>E.9.4<br>• The x-ray unit is registered with CDPH with the certificate posted appropriately in the dental clinic.<br>• Per the Dental Assistant, the radiation equipment inspections and preventive maintenance is performed by Henry Schein.<br>• Posting of radiation warning signs and operating instructions are present.<br>• The DA is licensed to operate the x-ray equipment.<br>• Radiation shielding is present and in good condition.<br>• The dosimetry reports are available for review. Review of personnel exposure trends over time are under the acceptable limits.<br>• The location of the control badge and monitoring badge are confirmed to be according to guidelines.<br>• Annual radiation safety training is given through World of Wellpath.<br>• ALARA (As Low As Reasonably Achievable) principles are provided in the binder for review and reviewed with the dental staff by the CDO. | E.9.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Continue current practices and maintain compliance through ongoing self-governance and internal monitoring activities. Periodic self-audits should be conducted to verify the availability of the I PP, completion of required existing and new staff training, and adherence to injury reporting procedures. Results of these reviews, including any identified opportunities for improvement, should be reported through the monthly Dental Subcommittee to support continuous quality improvement, accountability, and sustained compliance.<br><br>E.9.2<br>• Continue current practices by ensuring evacuation procedures remain consistent with Custody safety and security requirements while maintaining staff awareness through documented training. Periodic review of training records and evacuation procedures should be conducted as part of the facility's self-governance and quality assurance processes, with results reported through the monthly Dental Subcommittee to support ongoing compliance and emergency preparedness.<br><br>E.9.3<br>• Develop and implement a site-specific Local Operating Procedure (LOP) that clearly defines the collection, containment, transportation, temporary storage, and disposal processes for medical waste generated within the dental clinic, including sharps, biohazardous waste, pharmaceutical waste, hazardous waste, and universal waste. The LOP should specifically identify staff responsibilities, approved transport methods, security and containment requirements during transport, designated storage locations, and procedures for transferring waste from the dental clinic to the facility's designated Stericycle collection area.<br>• Upon implementation, provide and document site-specific staff training to ensure consistent understanding and compliance with local processes. Management should periodically evaluate waste management practices through internal self-audits and report findings through the monthly Dental Subcommittee to support ongoing regulatory compliance, self-governance, and continuous quality improvement.<br><br>E.9.4<br>• Continue current practices related to radiation safety and regulatory compliance. In addition to maintaining proper placement and monitoring of dosimetry badges, registration of radiographic equipment, and retention of exposure monitoring records, management should periodically evaluate the effectiveness of the radiation safety program through internal self-audits.<br>• Monitoring activities should include verification of staff radiation safety training, review of dosimetry reports for unusual or elevated exposure levels, confirmation of proper badge utilization and storage, maintenance and inspection records for radiographic equipment, equipment registration status, adherence to local operating procedures, and documentation of any corrective actions taken in response to identified deficiencies.<br>• Completion and implementation of the site-specific Local Operating Procedure (LOP) should also be monitored to ensure consistency with facility practices and regulatory requirements. Findings from these reviews should be reported through the monthly Dental Subcommittee to support ongoing self-governance, quality improvement, and compliance with radiation safety standards. | Request this information from the HSA, DON, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the sharps injury log and documentation of any root cause analysis relating to a dental injury.<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E 9 2 | System | Ilness and Injury Prevention Plan (I PP) - Exposure Control Plan | I. I PP - Exposure Control Plan, Hazard Communication, Fire Emergency, General Office Safety and Ergonomics | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E 9 3 | System | Ilness and Injury Prevention Plan (I PP) - Waste Disposal | II. Waste Disposal - 1. Medical waste (sharps, biohazardous waste and pharmaceutical waste), 2. Hazardous waste, 3. Universal waste | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E 9.4 | System | Ilness and Injury Prevention Plan (I PP) - Radiation Safety | III. Radiation Safety - Dentist and staff responsibilities, radiographic machine requirements/registration and Patient/Employee/Operator Protection. | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 4 | 4 | 0 | 0 | NA:0 DF:0 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| E.10 | | Dental Program Management Audit Tool - Policies and Procedures, Including Dental, Corporate and Local | | | | | | | | | | | | | | |
| E.10.1 | System | Policies and Procedures, Including Dental, Corporate and Local Operating Procedures | Are the Wellpath corporate dental policies and procedures as well as the local operating procedures (LOPs) for MCJ Dental Clinic completed, approved and signed by the dental staff at MCJ? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath P, p. 20).<br><br>"Non-systemic deviations from the requirements of the Settlement Agreement and the Implementation Plans shall not prevent a finding of substantial compliance, provided that the Defendants demonstrate that they have (a) implemented a system for tracking compliance, where appropriate and practical, and for taking corrective measures in response to instances of non-compliance, and (b) that Defendants have instituted policies, procedures, practices, and resources that are capable of durable and sustained compliance." (Settlement Agreement ¶ 10) | E.10.1<br>• There has been significant improvement in the development of dental policies and procedures. Global Policies and Procedures (P&Ps) are in place, and numerous site-specific Local Operating Protocols (LOPs) have been drafted and are nearing completion.<br>• To ensure full implementation and sustainability, the remaining LOPs should be finalized, formally approved, and incorporated into clinic operations. A defined process should be established to identify the responsible approval authority, document approval and effective dates, communicate implementation to staff, and maintain version control. | E.10.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Complete the development and approval process for all site-specific LOPs and maintain documentation of approval, implementation, and staff training.<br>• Establish a formal review schedule requiring LOPs to be evaluated at least annually, or sooner if operational, regulatory, contractual, or clinical practice changes occur.<br>• Annual reviews should be documented, including the date of review, participants involved, revisions made, and reapproval as applicable. Management should incorporate periodic review of LOP status into internal self-audits and report progress, approvals, revisions, and compliance monitoring activities through the monthly Dental Subcommittee to support ongoing self-governance, regulatory compliance, and continuous quality improvement. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the global Policies and Procedures and the Local Operating Protocols draft and final as well as training records for each. Provide self-governance and continuous improvement, implementation and compliance of all LOPs. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| | | | TOTAL | 1 | 0 | 0.5 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | | | | | |
| E.11 | | Dental Program Management Audit Tool - Licenses, Credentialing, CURES & Job Performance | | | | | | | | | | | | | | |
| E.11.1 | System | Licenses, Cred, CURES & Job Performance - Dentist(s) | Are licenses, credentials, and job performances current and maintained for the Dentist(s)?<br>• Dental License<br>• BLS/CPR<br>• DEA<br>• Cures 2.0 Registration<br>• Annual Review/Job Performance - The Dentist has two chains of command in which to be reviewed, administrative by the HSA and clinically by the CDO. | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath P, p. 20). | E.11.1<br>• The dentists' professional licenses were verified as current, unrestricted, and appropriately posted within the dental clinic. Additional licensure and credentialing documentation was maintained within the credentialing binder, and CURES registration was confirmed.<br>• The Operations Specialist reported that joint performance evaluations were conducted by the clinical and administrative supervisors; however, documentation of the completed performance evaluations were not available for review during the audit.<br><br>E.11.2<br>• The Dental Assistant's license was verified as current and unrestricted. Supporting licensure documentation was maintained within the credentialing binder and was available for review at the time of the audit.<br>• The Operations Specialist reported that joint performance evaluations were conducted by the clinical and administrative supervisors; however, documentation of the completed performance evaluations were not available for review during the audit.<br><br>E.11.3<br>• There is no hygienist currently hired at MCJ. | E.11.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Maintain current practices related to licensure, credentialing, and regulatory registrations. Additionally, establish and maintain a centralized process for documenting and retaining completed performance evaluations in accordance with organizational requirements.<br><br>E.11.2<br>• Maintain current practices related to licensure, credentialing, and regulatory registrations. Additionally, establish and maintain a centralized process for documenting and retaining completed performance evaluations in accordance with organizational requirements.<br><br>E.11.3<br>• Place the licensing information in the credentialling binder when a hygienist is hired. | Request this information from the HSA, Implementation Specialist, Operations Specialist, Dental Staff and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E.11.2 | System | Licenses, Cred, CURES & Job Performance - Dental Assistant(s) | Are licenses, credentials, and job performances current and maintained for the Dental Assistants(s)?<br>• Register Dental Assistant (RDA) License<br>• X-ray license<br>• 8 hours of CE if not an RDA per the Dental Board<br>• BLS/CPR<br>• Coronal Polish<br>• Annual Review/Job Performance - The Dental Assistant has two chains of command in which to be reviewed, administrative by the HSA and clinically by the CDO. | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E.11.3 | System | Licenses, Cred, CURES & Job Performance - Hygienist(s) | Are licenses, credentials, and job performances current and maintained for the dentist(s)?<br>• Dental Hygiene License (RDH)<br>• BLS/CPR<br>• Annual Review/Job Performance - The Hygienist has two chains of command in which to be reviewed, administrative by the HSA and clinically by the CDO. | 0 | 0 | 0 | 0 | 1 | | | 0 | 0 | | | | |
| | | | TOTAL | 2 | 2 | 0 | 0 | NA:1 DF:0 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| E.12 | | Dental Program Management Audit Tool - OSHA Review and Infection Control Training | | | | | | | | | | | | | | |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E.12.1 | System | OSHA Review and Infection Control Training | Has yearly OSHA and Infection Control been given and is there a sign in sheet confirming the training? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | All dental services will be provided in a safe and sanitary environment. (Wellpath P, p. 98). | E.12.1<br>• Documentation reviewed during the audit demonstrated that Wellpath dental staff successfully completed required OSHA and Infection Control training through the World of Wellpath education program.<br>• The certificates of completion were available for review with the proof of practice documentation located in the training binder. | E.12.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Continue current practices to ensure required OSHA, Infection Control, and other mandatory training remains current and appropriately documented. Periodic internal audits should be conducted to verify completion of required training, maintenance of proof of practice documentation, and compliance with organizational and regulatory requirements. Results of these monitoring activities should be incorporated into the facility's self-governance process and reported through the monthly Dental Subcommittee to support ongoing compliance, staff competency, and quality improvement. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| | | | TOTAL | 1 | 1 | 0 | 0 | NA:0 DF:0 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| **E.13** | | **Dental Program Management Audit Tool - Hepatitis B Vaccination Record** | | | | | | | | | | | | | | |
| E.13.1 | System | Hepatitis B Vaccination Record | Has a Hepatitis B vaccination been offered and taken, or a declination form been completed? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | Health services shall be provided by licensed health care professionals in accordance with community standards and professional ethical codes for confidential and appropriate practices. (Wellpath P, p. 20). | E.13.1<br>• Both Dr [redacted] and the Dental Assistant were offered the Hepatitis B vaccination in accordance with Bloodborne Pathogens requirements. However, documentation of vaccination status or a completed Hepatitis B Vaccine Declination Form was not available for review.<br>• OSHA requires that employees with occupational exposure who decline the vaccination sign the prescribed declination statement and that the documentation be maintained as part of the employee's occupational health record.<br>• The Hepatitis B vaccination status, declination form, or occupational health records of an employee are typically maintained as employment/occupational health records, not patient records. Verbally, I was informed that the vaccination was offered but the declination form was not available for review.<br><br>E.13.2<br>• Testing and vaccination is no longer mandatory although this requirement may be reinstated in the future. | E.13.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Under OSHA's Bloodborne Pathogens Standard (29 CFR 1910.1030), employers must offer the Hepatitis B vaccination series at no cost to employees with occupational exposure. If an employee declines the vaccination, the employer must obtain and maintain a signed Hepatitis B Vaccine Declination Form using the language prescribed in Appendix A of the standard. The employee may later elect to receive the vaccine at no cost if occupational exposure continues.<br><br>E.13.2<br>• As of February 3, 2025, most of Cal/OSHA's COVID-19 Prevention Non-Emergency Standards expired. Employers are no longer required to maintain a separate COVID-19 Prevention Program (CPP) or COVID-19-specific addendum to the Injury and Ilness Prevention Program (IIPP).<br>• However, employers remain responsible for maintaining a safe and healthful workplace and must continue to establish, implement, and maintain an effective IIPP. If COVID-19 is identified as a workplace hazard, employers are required to evaluate and address associated risks through their existing I PP processes. COV D-19 reporting and recordkeeping requirements remained in effect through February 3, 2026. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E.13.2 | System | Covid-19 Vaccination Record | Has a Covid-19 vaccination been offered and taken, or a declination form been completed? | 0 | 0 | 0 | 0 | 1 | | | 0 | 0 | | | | |
| | | | TOTAL | 1 | 1 | 0 | 0 | NA:1 DF:0 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| **E.14** | | **Dental Program Management Audit Tool - Pharmacy & Medication Management** | | | | | | | | | | | | | | |
| E.14.1 | System | Pharmacy & Medication Management | Is there a pharmacy onsite or offsite providing timely pharmacy services to the incarcerated patients? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | The procurement of pharmaceuticals is done under the supervision of a licensed pharmacist in accordance with all applicable federal and state laws. Prescription medications will be administered to inmates by licensed nursing staff in accordance with CFMG's Wellpath IP regarding pharmacy administration. (Wellpath P, p. 87).<br><br>If a prescribed substance is refused or withheld, a notation will be made on<br>the medication administration record (MAR) and the prescribing medical<br>provider shall be notified after three consecutive refusals. (Wellpath IP, p. 88)<br><br>Health care staff will use the EMR to closely track all medications administered to an inmate including the name of the medication and dose required. (Wellpath IP, p. 112) | E.14.1<br>• The facility maintains a medication room, while primary pharmacy services are provided through an offsite pharmacy.<br>• A local Safeway pharmacy located near the facility serves as the backup pharmacy and is utilized to dispense medications to patients upon discharge.<br>• The MAR (Medication Administration Record) is utilized and serves as the operational bridge between the dental provider's medication order in CorEMR, the pharmacy's verification and dispensing process, and the nursing administration of the medication.<br>• Pharmacy timeliness and medication availability requires confirmation through individual patient chart reviews to verify medications are dispensed and administered in a timely manner consistent with the dentist's orders and clinical urgency.<br><br>E.14.2<br>• Yes, through the MAR for individual patients.<br>• Also the LVN calls Dental if there are any medication issues.<br><br>E.14.3<br>• Per the dental staff, stock medications are no longer dispensed in the dental clinic.<br><br>E.14.4<br>• Yes, the pharmacy communicates medication refusals to the prescribing dentist, with documentation of the refusal within the Medication Administration Record (MAR).<br>• The Dentist however does not always note the refusal in the progress notes/clinical notes.<br>• There is limited ability to consistently identify, monitor trends, and evaluate patterns of medication refusal, associated patient outcomes, and provider responses. Additionally, expectations regarding how dental staff are notified, how the refusal is documented within the dental record, and when additional patient assessment or intervention is required have not been formally established. | E.14.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• As part of the facility's self-governance and Continuous Quality Improvement (CQI) program, periodic internal chart audits should be conducted to evaluate the timeliness of pharmacy procurement, dispensing, and administration of dental medications, including analgesics and antibiotics.<br>• The internal audits should assess whether medications are provided in accordance with the dentist's orders, prescribed timelines, and clinical urgency. Audit results should be analyzed for patterns or delays, and reported through the monthly Dental Subcommittee.<br><br>E.14.2<br>• Update the site-specific Local Operating Procedure (LOP) to clearly define communication pathways between Dental, Nursing, and Pharmacy regarding medication-related issues impacting dental care and treatment.<br>• The LOP should identify notification timeframes, responsible staff, documentation requirements, escalation processes, and follow-up expectations for circumstances including medication refusals, missed doses, delayed medication delivery, adverse drug reactions, medication discontinuations, and other pharmacy-related concerns affecting patient dental care.<br>• Compliance with the LOP should be periodically evaluated through the facility's Continuous Quality Improvement (CQI) and self-governance processes, with findings reported through the monthly Dental Subcommittee to support continuity of care, patient safety, and timely clinical intervention.<br><br>E.14.3<br>• Pursuant to Dental CAP #116, if stock medications are reintroduced within the dental clinic, they should be supplied through Pharmacy and maintained under a system that ensures complete accountability, including documentation of the specific patient to whom the medication was prescribed and administered.<br><br>E.14.4<br>• Provide training to the dentists to note a medication refusal in the progress/clinical notes.<br>• As part of the facility's self-governance and Continuous Quality Improvement (CQI) processes, periodic audits should be conducted to evaluate medication refusal trends, provider follow-up, and compliance with an LOP. Audit results should be reviewed and reported through the monthly Dental Subcommittee to support continuity of care, patient safety, and quality improvement initiatives. | Request this information from the HSA, DON, Pharmacy Director, Implementation Specialist, Operations Specialist, Dentist, and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for evaluation. |
| E.14.2 | System | Pharmacy & Medication Management | Does the Pharmacy communicate effectively with Dental to provide information regarding any problems with the prescription(s)? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| E.14.3 | System | Pharmacy & Medication Management | Are stock medications pre-packaged and accounted for, for each patient in the pharmacy program? | 0 | 0 | 0 | 0 | 1 | | | 0 | 0 | | | | |
| E.14.4 | System | Pharmacy & Medication Management | Does the pharmacy provide feedback to the dentist if a patient refuses to take their prescribed medication? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| | | | TOTAL | 3 | 3 | 0 | 0 | NA:1 DF:0 NM:0 | 100.0% | Y | 0 | 0 | | | | |
| **E.15** | | **Dental Program Management Audit Tool - Peer Review** | | | | | | | | | | | | | | |
| E.15.1 | System | Peer Review | Is there a peer review system with a written protocol in place? Are the minutes written for each Peer Review meeting? Are deficiencies and resulting corrective action plan and training requirements noted in the peer review minutes? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | (See Self-Auditing)<br>Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Wellpath P. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8). | E.15.1<br>• A peer review process has been established and is supported by a policy and procedure.<br>• Peer reviews are currently conducted by Dr [redacted] however, reviews are performed annually rather than at the frequency identified in Dental CAP #117, which requires peer review at least every six months. Increasing the frequency to at least twice annually would facilitate earlier identification, remediation, and follow-up of clinical deficiencies and associated training needs.<br>• The current process functions primarily as a supervisory review, as the reviews are conducted by the Chief Dental Officer (CDO) of a subordinate clinician, rather than through a true peer-to-peer review process involving an independent dentist from another Wellpath facility or a contracted peer reviewer.<br>• There are no written peer review minutes submitted to the monthly Dental Subcommittee.<br>• Documentation demonstrating peer review activities was available; however, written summaries, aggregate findings, trends, or quality improvement activities resulting from the peer review process was not reported in any minutes and through the monthly Dental Subcommittee.<br>• Furthermore, the peer review protocol and related Local Operating Procedures (LOPs) do not clearly define corrective action processes, escalation pathways, or quality assurance requirements when significant clinical concerns or serious deviations from | E.15.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• Revise the Peer Review policy, protocol, and associated Local Operating Procedures (LOPs) to align with the requirements of Dental CAP #117.<br>• The revised process should require peer-to-peer reviews for each clinician at least twice annually (every six months) and identify qualified independent reviewers from other Wellpath facilities or contracted peer reviewers, as appropriate.<br>• The protocol should define review methodology, documentation standards, confidentiality protections, reporting expectations, and mechanisms for tracking completion.<br>• Additionally, the peer review process should include clearly defined procedures for addressing identified deficiencies, including corrective action plans, focused reviews, education and remediation requirements, escalation criteria, and leadership notification when significant clinical concerns are identified. Aggregate peer review findings, trends, | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the Peer Review minutes and worksheet as well as the Supervisory Audit Reports. Identify any training that is needed and document the trainings and/or performance improvements needed in the monthly Dental Subcommittee Meeting minutes. If there are any patterns of practice which falls below the standard of dental care, please address and rectify the situation as soon as possible using documented training, accommodations or even Progressive Discipline if necessary.<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E.15.2 | System | Peer Review | Does the peer review worksheet include a review of the Health History, Consent, Clinical Examination, Radiographs, Diagnosis, Treatment Plan, Continuity of Care, Progress Notes, Quality of Care and Outcome of Treatment? Is the dentist(s) peer reviewed at least 2x/year, at a minimum of 6 months intervals, by a peer? Is the peer review audit tool and minutes kept for a minimum of three (3) years? Are the Peer Review minutes submitted to the monthly Dental Subcommittee? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | the standard of care are identified.<br><br>E.15.2<br>• Most of these categories are addressed within the sample Peer Review audit tool worksheet.<br>• While the existing peer review worksheet addresses many of the required clinical elements, opportunities exist to strengthen the overall peer review and quality assurance process. Specifically, aggregate peer review findings, identified trends, corrective actions, provider education, and follow-up activities are not routinely summarized and reported through the monthly Dental Subcommittee. These enhancements would support a more robust self-governance and Continuous Quality Improvement (CQI) process and provide objective evidence of ongoing quality assurance activities.<br>• The Peer Review minutes and documented training have not been submitted to the monthly Dental Subcommittee. | corrective actions, and quality improvement initiatives should be incorporated into the facility's self-governance and Continuous Quality Improvement (CQI) processes and reported through the monthly Dental Subcommittee to support ongoing quality assurance, professional accountability, and patient safety.<br><br>E.15.2<br>• Revise and implement the peer review process to ensure compliance with Dental CAP #117 and established quality assurance requirements.<br>• Peer reviews should be conducted by a qualified peer at least twice annually, at intervals not to exceed six months, with documentation maintained for a minimum of three years. The process should include tracking and trending of findings, identification of recurring deficiencies, implementation of corrective action plans when indicated, and follow-up reviews to assess sustained improvement.<br>• The peer review tool should include all required clinical elements, meaningful scoring criteria, sufficient space for narrative comments, and mechanisms for documenting corrective actions, provider education, and follow-up reviews.<br>• As part of the facility's self-governance and Continuous Quality Improvement (CQI) program, aggregate peer review findings, trends, corrective actions, and quality improvement initiatives should be summarized and reported to the monthly Dental Subcommittee in the Peer Review Minutes. The Minutes should be structured to protect provider confidentiality while providing sufficient information to support oversight, quality assurance, and ongoing monitoring of clinical performance. | evaluation. Send the above monthly to this Monitor for evaluation. |
| | | | **TOTAL** | 2 | 0 | 1 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | 0 | | | | |
| **E.16** | | **Dental Program Management Audit Tool - Monthly Dental Subcommittee** | | | | | | | | | | | | | | |
| E.16.1 | System | Monthly Dental Subcommittee | Is there an established monthly Dental Subcommittee meeting occurring monthly with associated minutes? Are, at a minimum, with the dental staff, the Chief Dental Officer, HSA, administrative staff who assist Dental, Custody, Pharmacy, and Medical present? When possible is the Operations Specialist and anyone else deemed necessary to collaborate on ongoing issues, which the Dental Department is trying to solve, present? Are the monthly Dental Subcommittee Agenda items followed, discussed, addressed, and included in the minutes of this meeting? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | (See Self-Auditing)<br>Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Wellpath P. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8). | E.16.1<br>• There is an established Dental Subcommittee meeting and the meetings are occurring monthly.<br>• The Dental Subcommittee is to serve as the primary clinical and operational governance body for the dental program. t functions as the central forum through which all aspects of dental services are reviewed, monitored, and evaluated, including but not limited to access to care, timeliness of care, clinical quality, operational performance, infection control, staffing, training, Peer Review, LOP, Policy and Procedure development and Continuous Quality Improvement (CQI) activities.<br>• The committee is to provide a structured mechanism for interdisciplinary collaboration and communication among dental, medical, nursing, custody, pharmacy, and administrative stakeholders. Additionally, the Dental Subcommittee is responsible for identifying, tracking, and monitoring action items, overseeing corrective action plans, and escalating unresolved issues, systemic concerns, and significant findings to the Quality Assurance (QA) Committee and Quality Improvement Team (QIT) for further review, oversight, and resolution.<br>• That being said, dental leadership has demonstrated ongoing efforts to improve and standardized clinic processes and operations, strengthen self-governance activities, and improve accountability across the dental program. Once QA's QIT is established it will further strengthen organizational oversight by providing a formal mechanism for interdisciplinary review, escalation of systemic concerns, monitoring of corrective action plans, and verification of issue resolution. This additional layer of governance should promote greater accountability, transparency, and continuity between Dental Subcommittee activities and the facility's broader quality improvement framework.<br><br>E.16.2<br>• See the Dental CAP #119.<br>• There is improvement in the consistency, content, CQI statistics and follow up action items in the monthly Dental Subcommittee meeting minutes.<br>• The dental program continues to demonstrate improvement in the structure, consistency, content, CQI statistics and follow up items and effectiveness of its clinical and operational governance processes.<br>• Although, the content of the meeting minutes reflects increasing attention to data review, corrective action follow-up, performance monitoring, and program oversight, there are missing items such a the Peer Review Minutes and a formal process and timeline to review, approve, implement, train, and annually review the Local Operating Procedures (LOPs) in alignment with corresponding global Policies and Procedures.<br><br>E.16.3<br>• Dental Subcommittee agenda, minutes, statistics and CQI PowerPoints are submitted to the QA Committee.<br>• While Dental Subcommittee activities are reported to the QA Committee, the flow of information between the committees could be strengthened to ensure that dental action items, corrective actions, and quality improvement initiatives are consistently reviewed, tracked, and formally resolved at the organizational level. | E.16.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• A standardized agenda with standing sections is often one of the clearest indicators that a committee has moved from "meeting" to "self-governing" their program. Please continue to strengthen your monthly Dental Subcommittee meeting processes.<br>• Integrate Continuous Improvement: Use weekly dental strategy meetings, monthly Dental Subcommittee meetings, and quarterly QA sessions not only to review CQI findings but also to monitor progress on corrective action items, assign responsibility, and verify timely resolution.<br>• See the Dental CAP #119.<br>• Continue to strengthen the Dental Subcommittee as the primary clinical and operational governance forum for the dental program. Implement a standardized agenda and meeting minute template that includes standing agenda items such as access to care, staffing, infection control, peer review, chart audits, CQI indicators, patient grievances, medication management, radiology safety, policy and procedure review, training compliance, corrective action plans, and unresolved issues requiring follow-up. The standardized format should clearly identify discussion items, action items, responsible parties, target completion dates, and resolution status to support effective self-governance, accountability, and continuous program oversight.<br>Also:<br>• Incorporate the recommendations from the QA meeting after the dental minutes have been accepted and reviewed and the action items identified.<br>• Continue to add more CQIs and enhanced questions to measure the Implementation Plan requirements.<br>• Continue to improve the Dental Subcommittee meeting with the agenda and minutes.<br>• Invite the recommended facility members to attend the monthly dental meeting, including custody.<br>• Provide meaningful data and statistics to support the transparency of the dental program. Self-monitor and self-audit various portions of the dental program including the screening provided by the Nurses and include the results and resolution in the Dental Subcommittee meeting minutes.<br>• Update the LOP to reflect the expected attendance and what is needed for a quorum to vote and accept the minutes of the meeting.<br>• Incorporate the recommendations from the QA meeting after the dental minutes have been accepted and reviewed and the action items identified.<br>• Continue to add more CQIs and enhanced questions to measure the Implementation Plan requirements.<br><br>E.16.2<br>• Provide the monthly Dental Subcommittee agenda, approved meeting minutes, supporting documentation, CQI reports, performance indicators, statistical data, and any associated presentations or action-item tracking logs to the Monitor on a routine and timely basis following each meeting.<br>• Continue to strengthen the Dental Subcommittee as the primary clinical and operational governance forum for the dental program. Implement a standardized agenda and meeting minute template. The standardized format should clearly identify discussion items, action items, responsible parties, target completion dates, and resolution status to support effective self-governance, accountability, and continuous program oversight.<br>• For a true governance structure, the flow should not end when Dental submits information to QA/QIT. There should be a documented feedback loop demonstrating that:<br>-Dental identified the issue.<br>-The issue was escalated to QA/QIT.<br>-QA/QIT reviewed the issue and made recommendations.<br>-The recommendations were assigned.<br>-The Dental Subcommittee tracked implementation.<br>-Closure was verified.<br><br>E.16.3<br>• Revise the Dental Subcommittee agenda and meeting minute template to include a standing section dedicated to Quality Assurance (QA) Committee and Quality Improvement Team (QIT) feedback.<br>• This section should document issues escalated to QA/QIT, recommendations received, responsible parties, implementation plans, target completion dates, progress updates, and final resolution status. The Dental Subcommittee should maintain oversight of all open recommendations and corrective action items until completion is verified and documented.<br>• This feedback mechanism will strengthen accountability, improve communication between governance committees, and provide a clear record demonstrating that identified issues have been appropriately reviewed, addressed, and resolved through the facility's self-governance and Continuous Quality Improvement (CQI) processes. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above monthly to this Monitor for review. |
| E.16.2 | System | Monthly Dental Subcommittee | Are the minutes addressing the agenda items, completed, action items listed and discussed, statistics included and submitted timely to this Monitor for review? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | | | |
| E.16.3 | System | Monthly Dental Subcommittee | Are the minutes of the monthly Dental Subcommittee and supporting documentation given to the Quality Assurance meeting chair for discussion at the QA meeting and enclosure into the QA meeting minutes? | 1 | 1 | 0 | 0 | 0 | | | 0 | 0 | | | | |
| | | | **TOTAL** | 3 | 1 | 1 | 0 | NA:0 DF:0 NM:0 | 66.7% | N | 0 | 0 | | | | |
| **E.17** | | **Dental Program Management Audit Tool - Quality Assurance (QA)** | | | | | | | | | | | | | | |
| E.17.1 | System | Quality Assurance Meeting with PowerPoint Presentation | Is there a viable and consequential quality assurance meeting occurring at a minimum every quarter? Are the dental monthly subcommittee minutes, statistics and action items included in the QA meeting and identified, discussed, resolved and improvements made which may include revisions to policy and procedures for continuous improvement? Is Dental represented and present at the QA meeting? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | (See Self-Auditing)<br>Post-implementation monitoring will include focused process and outcome audits to measure compliance with the elements of the CFMG Wellpath P. Corrective action plans will be developed and instituted for identified deficiencies, including re-audits within a stipulated time frame. All monitoring and audit findings will be reported to the Quality Management Committee at its quarterly meetings. (Wellpath IP, p. 8). | E.17.1<br>• The QA process, overseen by the Implementation Specialist, meets quarterly, but dental action items on the agenda are limited and often lack clear and specific follow-up instructions for the Dental Subcommittee.<br>• There is insufficient continuity to ensure that action items from the Dental Subcommittee are fully addressed and resolved during QA meetings.<br>• Integration of Dental Subcommittee information into QA meeting outcomes is inconsistent, which limits effective follow through on identified issues.<br>• To strengthen accountability and drive improvement, the QA Committee should establish a Quality Improvement Team (QIT) and hold the Dental Subcommittee accountable for implementing recommendations and completing assigned actions.<br>• There is a lack of meaningful information in the dental portion of the Quality Assurance (QA) meeting minutes regarding the review of the Dental Subcommittee minutes and attached PowerPoints.<br>• While dental CQIs are being used to address select Implementation Plan mandates, additional CQIs are needed across more areas to achieve full compliance.<br>• Local dental staff are not consistently present at QA meetings, which can impact the | E.17.1<br>Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.<br><br>Based on the current findings, the previously issued recommendations continue to be in effect.<br><br>• The QA Committee is to develop key performance indicators for the dental program. Review all the Dental Subcommittee meetings during the QA meeting. If QA meets quarterly, then they should have 3 months of Dental Subcommittee meetings to review. Provide feedback to the Dental Subcommittee and have it noted in the minutes of the QA for review at the Dental Subcommittee.<br>• Improve the content and meaningful dental information within QA meeting minutes.<br>• Leverage the Peer Review, Dental Subcommittee, and Quality Assurance processes to systematically assess and improve the dental program. | Request this information from the HSA, Implementation Specialist, Operations Specialist and/or CDO:<br><br>Request the LOP for Dental Program management including the steps being taken to provide self-governance and continuous improvement, and compliance. Identify, recommend and complete any action items related to issues found within your self-governance measures. Include workflow charts and diagrams whenever possible into the LOP. Train from the P&P and LOP. Document findings and any trainings in the monthly Dental Subcommittee meeting minutes. Submit the monthly Dental Subcommittee meeting minutes and statistics to the QA for evaluation. Send the above QA meeting minutes including the Agenda and any PowerPoints and statistical data to this Monitor for review. |

| # | System Chart Audit Clinic Audit | Outcome Measure Category | Question | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Percent Compliance | Substantial Compliance (Y / N) | Harm | Potential Harm | Source | Monitor Findings | Monitor Recommendations | Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E.17.2 | System | Quality Assurance Meeting with PowerPoint Presentation | Is there a Quality Improvement Team (QIT) with ongoing studies conducted to improve the quality, quantity, efficiency of dental care at MCJ? | 1 | 0 | 1 | 0 | 0 | | | 0 | 0 | | effectiveness of discussions and decision-making. The current Local Operating Protocol (LOP) does not clearly specify who is required to attend, nor does it define what constitutes a quorum for voting and accepting meeting minutes.<br><br>E.17.2<br>• Not fully yet, this is in progress and they are actively working on this through the Dental Subcommittee and will have it in the near future. Dental CQI for various quality improvement processes are in progress and are being sent to the QA committee. | • Establish a dedicated Quality Improvement Team (QIT) to conduct ongoing studies and internal audits, ensuring continuous enhancement of access, timeliness, and quality of dental care at MCJ. These measures will support compliance with court mandates, promote self-governance, and advance the overall health of the dental program<br>• Consistent attendance and clear quorum rules are essential for effective governance, accountability, and compliance with both internal protocols and external monitoring requirements. Updating the LOP will help ensure that QA decisions are enforceable, and follow-up actions are properly tracked.<br>• This Monitor reserves the right to present information at the QA meetings as well as at the Monthly Dental Subcommittee meetings if the Dental Subcommittee and QA minutes are not informational, structured with usable data, or content.<br><br>E.17.2<br>• Provide a dental Quality Improvement Team (QIT), with ongoing studies conducted to improve the quality, quantity and efficiency of dental care at MCJ.<br>The Quality Improvement Team (QIT), with ongoing studies conducted to improve the quality, quantity, efficiency of dental care at MCJ, has not been implemented yet. | |
| | | | **TOTAL** | 2 | 0 | 1 | 0 | NA:0 DF:0 NM:0 | 50 0% | N | 0 | 0 | | | | |

All Charts

| Class | Category | Name | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Number Charts/Items NA | Number Charts/Items DF | Number Charts/Items NM | Percent Compliance | Substantial Compliance (Y / N) | Monitor | MCJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | A.1 | Access to Care Audit Tool Data - Certified Language Interpreter/Translator Services | 2 | 2 | 0 | 0 | NA:14 DF:34 NM:0 | 14 | 34 | 0 | 100.0% | Y | | |
| A | A.2 | Access to Care Audit Tool Data - Oral Hygiene Supplies | 6 | 4 | 1 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 83.3% | N | | |
| A | A.3 | Access to Care Audit Tool Data - Oral Hygiene Instruction/Education | 4 | 2 | 1 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 75.0% | N | | |
| A | A.4 | Access to Care Audit Tool Data - Inmate Handbook | 7 | 6 | 0.5 | 0 | NA:1 DF:0 NM:0 | 1 | 0 | 0 | 92.9% | Y | | |
| A | A.5 | Access to Care Audit Tool Data - Intake Form | 1 | 0 | 0.5 | 0 | NA:0 DF:24 NM:0 | 0 | 24 | 0 | 50.0% | N | | |
| A | A.6 | Access to Care Audit Tool Data - Intake - Urgent/Emergent Dental Level 1 | 1 | 0 | 0.5 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | 50.0% | N | | |
| A | A.7 | Access to Care Audit Tool Data - Intake - Routine Dental Level 2 | 1 | 0 | 0.5 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | 50.0% | N | | |
| A | A.8 | Access to Care Audit Tool Data - 14-Day Exam (Health Appraisal) Form | 0 | 0 | 0 | 0 | NA:4 DF:44 NM:0 | 4 | 44 | 0 | NA,DF | DF | | |
| A | A.9 | Access to Care Audit Tool Data - 14-Day Exam - Urgent/Emergent Dental Level 1 | 1 | 0 | 0.5 | 0 | NA:3 DF:33 NM:0 | 3 | 33 | 0 | 50.0% | N | | |
| A | A.10 | Access to Care Audit Tool Data - 14-Day Exam - Routine Dental Level 2 | 1 | 0 | 0.5 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | 50.0% | N | | |
| A | A.11 | Access to Care Audit Tool Data - Dental Sick Call Requests | 4 | 0 | 0.5 | 3 | NA:0 DF:12 NM:0 | 0 | 12 | 0 | 12.5% | N | | |
| A | A.12 | Access to Care Audit Tool Data - Dental Sick Call - Urgent/Emergent DL1 | 1 | 0 | 0.5 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | 50.0% | N | | |
| A | A.13 | Access to Care Audit Tool Data - Dental Sick Call - Routine DL2 | 1 | 0 | 0.5 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | 50.0% | N | | |
| A | A.14 | Access to Care Audit Tool Data - Physician on Call (POC) | 1 | 0 | 0.5 | 0 | NA:6 DF:6 NM:0 | 6 | 6 | 0 | 50.0% | N | | |
| A | A.15 | Access to Care Audit Tool Data - Referred to Outside Specialist/Specialty Care | 1 | 1 | 0 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | 100.0% | Y | | |
| A | A.16 | Access to Care Audit Tool Data - Chronic Care | 0 | 0 | 0 | 0 | NA:0 DF:60 NM:0 | 0 | 60 | 0 | DF | DF | | |
| A | A.17 | Access to Care Audit Tool Data - Comprehensive Dental Examination | 0 | 0 | 0 | 0 | NA:0 DF:24 NM:0 | 0 | 24 | 0 | DF | DF | | |
| A | A.18 | Access to Care Audit Tool Data - Periodontal Disease Program | 1 | 0 | 0.5 | 0 | NA:0 DF:12 NM:0 | 0 | 12 | 0 | 50.0% | N | | |
| A | A.19 | Access to Care Audit Tool Data - Refusals and Refusal Form | 0 | 0 | 0 | 0 | NA:0 DF:12 NM:0 | 0 | 12 | 0 | DF | DF | | |
| A | A.20 | Access to Care Audit Tool Data - Grievances | 0 | 0 | 0 | 0 | NA:0 DF:12 NM:0 | 0 | 12 | 0 | DF | DF | | |
| B | B.1 | Timeliness of Care Audit Tool Data - Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe? | 4 | 0 | 1.5 | 1 | NA:7 DF:41 NM:0 | 7 | 41 | 0 | 37.5% | N | | |
| B | B.1A | Timeliness of Care Audit Tool Data - Dental Level Priority 2 - Routine - Seen Within Timeframe? | 3 | 0 | 1 | 1 | NA:0 DF:49 NM:0 | 0 | 49 | 0 | 33.3% | N | | |
| B | B.2 | Timeliness of Care Audit Tool Data - Dental Priority Code (DPC) - Priority 1 thru 5 | 4 | 2 | 0.5 | 2 | NA:11 DF:49 NM:0 | 11 | 49 | 0 | 62.5% | N | | |
| B | B.3 | Timeliness of Care Audit Tool Data - Chronic Care | 0 | 0 | 0 | 0 | NA:9 DF:51 NM:0 | 9 | 51 | 0 | NA,DF | DF | | |
| B | B.4 | Timeliness of Care Audit Tool Data - Comprehensive Dental Care | 0 | 0 | 0 | 0 | NA:8 DF:16 NM:0 | 8 | 16 | 0 | NA,DF | DF | | |
| B | B.5 | Timeliness of Care Audit Tool Data - Periodontal Disease Program | 0 | 0 | 0 | 0 | NA:0 DF:36 NM:0 | 0 | 36 | 0 | DF | DF | | |
| B | B.6 | Timeliness of Care Audit Tool Data - Refusals | 1 | 0 | 0.5 | 0 | NA:0 DF:12 NM:0 | 0 | 12 | 0 | 50.0% | N | | |
| B | B.7 | Timeliness of Care Audit Tool Data - Reschedules | 1 | 0 | 0.5 | 0 | NA:0 DF:24 NM:0 | 0 | 24 | 0 | 50.0% | N | | |
| B | B.8 | Timeliness of Care Audit Tool Data - Cancelled by Staff | 1 | 0 | 0.5 | 0 | NA:0 DF:12 NM:0 | 0 | 12 | 0 | 50.0% | N | | |
| B | B.9 | Timeliness of Care Audit Tool Data - Custody | 1 | 1 | 0 | 0 | NA:0 DF:1 NM:0 | 0 | 1 | 0 | 100.0% | Y | | |
| C | C.1 | Quality of Care Audit Tool Data - Dental Triage | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.2 | Quality of Care Audit Tool Data - Comprehensive Dental Care | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.3 | Quality of Care Audit Tool Data - Chronic Care - HIV | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.4 | Quality of Care Audit Tool Data - Chronic Care - Seizures | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.5 | Quality of Care Audit Tool Data - Chronic Care - Diabetes | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.6 | Quality of Care Audit Tool Data - Chronic Care - Pregnancy | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.7 | Quality of Care Audit Tool Data - Chronic Care - SMI | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.8 | Quality of Care Audit Tool Data - Periodontal Treatment | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.9 | Quality of Care Audit Tool Data - Restorative and Palliative Care | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.10 | Quality of Care Audit Tool Data - Extractions / Oral Surgery | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.11 | Quality of Care Audit Tool Data - Endodontics (Root Canal Treatment) | 0 | 0 | 0 | 0 | NA:0 DF:96 NM:0 | 0 | 96 | 0 | DF | DF | | |
| C | C.12 | Quality of Care Audit Tool Data - Prosthodontics | 0 | 0 | 0 | 0 | NA:0 DF:48 NM:0 | 0 | 48 | 0 | DF | DF | | |
| C | C.13 | Quality of Care Audit Tool Data - Progress Notes | 1 | 0 | 0.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |
| D | D.1 | Clinic 1: Infection Control / Regulatory Compliance Audit Tool Data - Summary Table of Compliance - Facility I | 80 | 76 | 2 | 0 | NA:5 DF:0 NM:0 | 5 | 0 | 0 | 97.5% | Y | | |
| E | E.1 | Dental Program Management Audit Tool Data - Chief Dental Officer, Corporate and Local Management | 3 | 2 | 0.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 83.3% | N | | |
| E | E.2 | Dental Program Management Audit Tool - Dashboard & Documented Qualitative Self Review Process | 3 | 0 | 1.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |
| E | E.3 | Dental Program Management Audit Tool - Electronic Dental Record System (EDRS) | 3 | 0 | 1.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |
| E | E.4 | Dental Program Management Audit Tool - Digital X-Rays | 3 | 2 | 0.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 83.3% | N | | |
| E | E.5 | Dental Program Management Audit Tool - Panoramic X-Ray Unit | 3 | 2 | 0.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 83.3% | N | | |
| E | E.6 | Dental Program Management Audit Tool - Equipment and Supplies | 3 | 3 | 0 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 100.0% | Y | | |
| E | E.7 | Dental Program Management Audit Tool - Nurse Training by DON, HSA and Dentist | 5 | 0 | 2.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |
| E | E.8 | Dental Program Management Audit Tool - Staffing and Staffing Analysis – Clinical and Administrative | 4 | 1 | 1.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 62.5% | N | | |
| E | E.9 | Dental Program Management Audit Tool - Staffing – Illness and Injury Prevention Plan (IIPP) | 4 | 4 | 0 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 100.0% | Y | | |
| E | E.10 | Dental Program Management Audit Tool - Policies and Procedures, Including Dental, Corporate and Local | 1 | 0 | 0.5 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |
| E | E.11 | Dental Program Management Audit Tool - Licenses, Credentialing, CURES & Job Performance | 2 | 2 | 0 | 0 | NA:1 DF:0 NM:0 | 1 | 0 | 0 | 100.0% | Y | | |
| E | E.12 | Dental Program Management Audit Tool - OSHA Review and Infection Control Training | 1 | 1 | 0 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 100.0% | Y | | |
| E | E.13 | Dental Program Management Audit Tool - Hepatitis B Vaccination Record | 1 | 1 | 0 | 0 | NA:1 DF:0 NM:0 | 1 | 0 | 0 | 100.0% | Y | | |
| E | E.14 | Dental Program Management Audit Tool - Pharmacy & Medication Management | 3 | 3 | 0 | 0 | NA:1 DF:0 NM:0 | 1 | 0 | 0 | 100.0% | Y | | |
| E | E.15 | Dental Program Management Audit Tool - Peer Review | 2 | 0 | 1 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |
| E | E.16 | Dental Program Management Audit Tool - Monthly Dental Subcommittee | 3 | 1 | 1 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 66.7% | N | | |
| E | E.17 | Dental Program Management Audit Tool - Quality Assurance (QA) | 2 | 0 | 1 | 0 | NA:0 DF:0 NM:0 | 0 | 0 | 0 | 50.0% | N | | |

| Class | Category | Name | Number Charts / Item Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Number Charts/Items NA | Number Charts/Items DF | Number Charts/Items NM | Percent Compliance | Overide Spore Test | Final % Compliant | Substantial Compliance (Y / N) | Cat Count | Q count | Monitor: % Compliance (Monitor) | Monitor: Override Sport Test (Monitor) | Monitor: Final % Compliance (Monitor) | MCJ: % Compliance (MCJ) | MCJ: Override Sport Test (MCJ) | MCJ: Final % Compliance (MCJ) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | Access Data | 33 | 15 | 7.5 | 3 | | 28 | 489 | 0 | 68.2% | | 68.2% | N | 20 | 77 | | | | | | |
| B | | Timeliness Data | 15 | 3 | 4.5 | 4 | | 35 | 291 | 0 | 50.0% | | 50.0% | N | 10 | 45 | | | | | | |
| C | | Quality Data | 1 | 0 | 0.5 | 0 | | 0 | 1104 | 0 | 50.0% | | 50.0% | N | 13 | 93 | | | | | | |
| D | | Infection Control Data | 80 | 76 | 2 | 0 | | 5 | 0 | 0 | 97.5% | N | 97.5% | Y | 2 | 170 | | | | | | |
| E | | Dental Program Data | 46 | 22 | 12 | 0 | | 3 | 0 | 0 | 73.9% | | 73.9% | N | 17 | 49 | | | | | | |
| F | | Class Case Reviews - See the separate attachment for the summary of the Class Case Reviews | 4 | DF | DF | DF | | DF | DF | DF | DF | | DF | N | | | | | | | | |

| Overall w/o Spore Test override | Overall score with Spore Test override | Overall w/o Spore Test override: Monitor | Overall w/o Spore Test override: MCJ |
|---|---|---|---|
| **67.9%** | N/A | | |

| # Dental Days/Month | | | # Patient TASKS COMPLETED/Day | | | | | | # Individual Patients Completed /Day | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATES | Regular Days | Confirmed Days | Dr [redacted] | Dr [redacted] | Dr [redacted] | Dr [redacted] | Nurse (Error) | TOTAL TASKS | TOTAL PATIENTS | Monitor Comments | CDO/Wellpath Comments |
| Tuesday, April 1, 2025 | 1 | 1 | 13 | 0 | 0 | 0 | 0 | 13 | 8 | | |
| Wednesday, April 2, 2025 | 1 | 1 | 15 | 0 | 0 | 0 | 0 | 15 | 8 | | |
| Thursday, April 3, 2025 | 1 | 1 | 1 | 7 | 0 | 0 | 0 | 8 | 6 | | |
| Friday, April 4, 2025 | 1 | 1 | 0 | 9 | 0 | 0 | 0 | 9 | 6 | | |
| Saturday, April 5, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, April 6, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, April 7, 2025 | 1 | 1 | 7 | 0 | 0 | 0 | 0 | 7 | 5 | | |
| Tuesday, April 8, 2025 | 1 | 1 | 11 | 0 | 0 | 0 | 0 | 11 | 5 | | |
| Wednesday, April 9, 2025 | 1 | 1 | 26 | 0 | 0 | 0 | 0 | 26 | 12 | | |
| Thursday, April 10, 2025 | 1 | 1 | 0 | 18 | 0 | 0 | 0 | 18 | 10 | | |
| Friday, April 11, 2025 | 1 | 1 | 0 | 13 | 0 | 0 | 0 | 13 | 12 | | |
| Saturday, April 12, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, April 13, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, April 14, 2025 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 2 | 2 | | |
| Tuesday, April 15, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Wednesday, April 16, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | | |
| Thursday, April 17, 2025 | 1 | 1 | 0 | 16 | 0 | 0 | 0 | 16 | 9 | | |
| Friday, April 18, 2025 | 1 | 1 | 1 | 21 | 0 | 0 | 0 | 22 | 12 | | |
| Saturday, April 19, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, April 20, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, April 21, 2025 | 1 | 1 | 26 | 0 | 0 | 0 | 0 | 26 | 17 | | |
| Tuesday, April 22, 2025 | 1 | 1 | 31 | 0 | 0 | 0 | 0 | 31 | 10 | | |
| Wednesday, April 23, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 8 | | |
| Thursday, April 24, 2025 | 1 | 1 | 0 | 9 | 0 | 0 | 0 | 9 | 5 | | |
| Friday, April 25, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, April 26, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, April 27, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, April 28, 2025 | 1 | 1 | 33 | 0 | 0 | 0 | 0 | 33 | 17 | | |
| Tuesday, April 29, 2025 | 1 | 1 | 30 | 0 | 0 | 0 | 0 | 30 | 16 | | |
| Wednesday, April 30, 2025 | 1 | 1 | 21 | 0 | 0 | 0 | 0 | 21 | 12 | | |
| Thursday, May 1, 2025 | 1 | 1 | 0 | 7 | 0 | 0 | 0 | 7 | 4 | | |
| Friday, May 2, 2025 | 1 | 1 | 0 | 12 | 0 | 0 | 0 | 12 | 6 | | |
| Saturday, May 3, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, May 4, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, May 5, 2025 | 1 | 1 | 25 | 0 | 0 | 0 | 1 | 26 | 16 | | |
| Tuesday, May 6, 2025 | 1 | 1 | 23 | 0 | 0 | 0 | 0 | 23 | 9 | | |
| Wednesday, May 7, 2025 | 1 | 1 | 18 | 0 | 0 | 0 | 0 | 18 | 10 | | |
| Thursday, May 8, 2025 | 1 | 1 | 0 | 9 | 0 | 0 | 0 | 9 | 4 | | |
| Friday, May 9, 2025 | 1 | 1 | 0 | 13 | 0 | 0 | 0 | 13 | 6 | | |
| Saturday, May 10, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, May 11, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, May 12, 2025 | 1 | 1 | 32 | 0 | 0 | 0 | 0 | 32 | 16 | | |
| Tuesday, May 13, 2025 | 1 | 1 | 15 | 0 | 0 | 0 | 0 | 15 | 9 | | |
| Wednesday, May 14, 2025 | 1 | 1 | 20 | 0 | 0 | 0 | 0 | 20 | 10 | | |
| Thursday, May 15, 2025 | 1 | 1 | 0 | 7 | 0 | 0 | 0 | 7 | 3 | | |
| Friday, May 16, 2025 | 1 | 1 | 0 | 11 | 0 | 0 | 0 | 11 | 7 | | |
| Saturday, May 17, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, May 18, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, May 19, 2025 | 1 | 1 | 15 | 0 | 0 | 0 | 0 | 15 | 9 | | |
| Tuesday, May 20, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 10 | | |
| Wednesday, May 21, 2025 | 1 | 1 | 26 | 0 | 0 | 0 | 0 | 26 | 17 | | |
| Thursday, May 22, 2025 | 1 | 1 | 0 | 11 | 0 | 0 | 0 | 11 | 7 | | |
| Friday, May 23, 2025 | 1 | 1 | 0 | 8 | 0 | 0 | 0 | 8 | 5 | | |
| Saturday, May 24, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, May 25, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, May 26, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | Memorial Day | |
| Tuesday, May 27, 2025 | 1 | 1 | 19 | 0 | 0 | 0 | 0 | 19 | 16 | | |
| Wednesday, May 28, 2025 | 1 | 1 | 13 | 0 | 0 | 0 | 0 | 13 | 6 | | |
| Thursday, May 29, 2025 | 1 | 1 | 0 | 8 | 0 | 0 | 0 | 8 | 6 | | |
| Friday, May 30, 2025 | 1 | 1 | 0 | 10 | 0 | 0 | 1 | 11 | 9 | | |
| Saturday, May 31, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, June 1, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, June 2, 2025 | 1 | 1 | 26 | 0 | 0 | 0 | 0 | 26 | 18 | | |
| Tuesday, June 3, 2025 | 1 | 1 | 20 | 0 | 0 | 0 | 0 | 20 | 12 | | |
| Wednesday, June 4, 2025 | 1 | 1 | 29 | 0 | 0 | 0 | 0 | 29 | 10 | | |
| Thursday, June 5, 2025 | 1 | 1 | 3 | 15 | 0 | 0 | 0 | 18 | 10 | | |
| Friday, June 6, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, June 7, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, June 8, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, June 9, 2025 | 1 | 1 | 28 | 0 | 0 | 0 | 0 | 28 | 12 | | |
| Tuesday, June 10, 2025 | 1 | 1 | 25 | 0 | 0 | 0 | 0 | 25 | 14 | | |
| Wednesday, June 11, 2025 | 1 | 1 | 25 | 0 | 0 | 0 | 0 | 25 | 16 | | |
| Thursday, June 12, 2025 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, June 13, 2025 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | | |
| Saturday, June 14, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, June 15, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, June 16, 2025 | 1 | 1 | 32 | 0 | 0 | 0 | 0 | 32 | 21 | | |
| Tuesday, June 17, 2025 | 1 | 1 | 28 | 0 | 0 | 0 | 0 | 28 | 17 | | |
| Wednesday, June 18, 2025 | 1 | 1 | 16 | 0 | 0 | 0 | 0 | 16 | 9 | | |
| Thursday, June 19, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | Juneteenth National Independence Day | |
| Friday, June 20, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, June 21, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, June 22, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, June 23, 2025 | 1 | 1 | 23 | 0 | 0 | 0 | 0 | 23 | 16 | | |
| Tuesday, June 24, 2025 | 1 | 1 | 19 | 0 | 0 | 0 | 0 | 19 | 10 | | |
| Wednesday, June 25, 2025 | 1 | 1 | 21 | 0 | 0 | 0 | 0 | 21 | 11 | | |
| Thursday, June 26, 2025 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | | |
| Friday, June 27, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, June 28, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, June 29, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, June 30, 2025 | 1 | 1 | 22 | 0 | 0 | 0 | 1 | 23 | 17 | | |
| Tuesday, July 1, 2025 | 1 | 1 | 16 | 0 | 0 | 0 | 0 | 16 | 12 | | |
| Wednesday, July 2, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 14 | | |
| Thursday, July 3, 2025 | 1 | 1 | 8 | 0 | 0 | 0 | 0 | 8 | 3 | | |
| Friday, July 4, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | Independence Day | |
| Saturday, July 5, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, July 6, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | | |
| Monday, July 7, 2025 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 2 | | |
| Tuesday, July 8, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Wednesday, July 9, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Thursday, July 10, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, July 11, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, July 12, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, July 13, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

| Methodology | |
|---|---|
| # Patient Tasks COMPLETED/Day | # Individual Patients Completed /Day |
| *CorEMR. | *CorEMR. |
| *Reports. | *Reports. |
| *Tasks | *Tasks |
| *Scheduled Start and End Date. | *Scheduled Start and End Date. |
| *Categories - All 7 Dental Categories | *Categories - All 7 Dental Categories |
| *Status - Completed | *Status - Completed |
| *Completed By DDS [redacted] | *Completed By DDS [redacted] |
| or | or |
| *Completed By Dentist [redacted] T | *Completed By Dentist [redacted] T |
| *Generate. | *Generate. |
| *Count - upper left side above chart | *Click on Patient Name |
| | *Count all patients, no duplicates |

| | |
|---|---|
| Note: Dr [redacted] works 3 days/ week. | Note: Dr [redacted] works ~ 6 days/ month |
| ~~Note: Dr [redacted] works 2 days/week.~~ | Note: Dr [redacted] works PRN |

***Total Tasks vs Individual Patients completed that day can give an indication of triage and treatment being performed on the same patient on the day of the triage/dental sick call.

Summary by Month

| Month Num | Month | Confirmed Days | Dr [redacted] | Dr [redacted] | Dr [redacted] | Dr [redacted] | Nurse (Error) | Total Completed Tasks | Total Individual Patients | Total Scheduled Tasks |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | April | 19 | 240 | 94 | 0 | 0 | 1 | 335 | 191 | 541 |
| 5 | May | 21 | 230 | 96 | 0 | 0 | 2 | 328 | 195 | 522 |
| 6 | June | 15 | 319 | 15 | 0 | 0 | 1 | 335 | 209 | 544 |
| 7 | July | 9 | 231 | 0 | 0 | 0 | 3 | 234 | 147 | 448 |
| 8 | August | 13 | 250 | 0 | 17 | 17 | 1 | 285 | 184 | 479 |
| 9 | September | 17 | 242 | 0 | 76 | 1 | 1 | 320 | 198 | 502 |
| Total | | 94 | 1512 | 205 | 93 | 18 | 9 | 1837 | 1124 | 3036 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday, July 14, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Tuesday, July 15, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Wednesday, July 16, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Thursday, July 17, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, July 18, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, July 19, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, July 20, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, July 21, 2025 | 1 | 1 | 52 | 0 | 0 | 0 | 1 | 53 | 27 | | |
| Tuesday, July 22, 2025 | 1 | 1 | 23 | 0 | 0 | 0 | 0 | 23 | 13 | | |
| Wednesday, July 23, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 12 | | |
| Thursday, July 24, 2025 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | | |
| Friday, July 25, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, July 26, 2025 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | | |
| Sunday, July 27, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, July 28, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 15 | | |
| Tuesday, July 29, 2025 | 1 | 1 | 28 | 0 | 0 | 0 | 0 | 28 | 16 | | |
| Wednesday, July 30, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 11 | | |
| Thursday, July 31, 2025 | 1 | 0 | 4 | 0 | 0 | 0 | 1 | 5 | 2 | | |
| Friday, August 1, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, August 2, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, August 3, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, August 4, 2025 | 1 | 1 | 23 | 0 | 0 | 0 | 0 | 23 | 12 | | |
| Tuesday, August 5, 2025 | 1 | 1 | 23 | 0 | 0 | 0 | 0 | 23 | 10 | | |
| Wednesday, August 6, 2025 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 24 | 13 | | |
| Thursday, August 7, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, August 8, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, August 9, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, August 10, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, August 11, 2025 | 1 | 1 | 25 | 0 | 0 | 0 | 0 | 25 | 12 | | |
| Tuesday, August 12, 2025 | 1 | 1 | 18 | 0 | 0 | 0 | 0 | 18 | 14 | | |
| Wednesday, August 13, 2025 | 1 | 1 | 26 | 0 | 0 | 0 | 0 | 26 | 15 | | |
| Thursday, August 14, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, August 15, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, August 16, 2025 | 0 | 0 | 1 | 0 | 0 | 9 | 0 | 10 | 9 | | |
| Sunday, August 17, 2025 | 0 | 0 | 1 | 0 | 0 | 8 | 1 | 10 | 10 | | |
| Monday, August 18, 2025 | 1 | 1 | 10 | 0 | 0 | 0 | 0 | 10 | 6 | | |
| Tuesday, August 19, 2025 | 1 | 1 | 10 | 0 | 6 | 0 | 0 | 16 | 10 | | |
| Wednesday, August 20, 2025 | 1 | 1 | 4 | 0 | 11 | 0 | 0 | 15 | 8 | | |
| Thursday, August 21, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, August 22, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, August 23, 2025 | 0 | 1 | 17 | 0 | 0 | 0 | 0 | 17 | 10 | | |
| Sunday, August 24, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Monday, August 25, 2025 | 1 | 1 | 28 | 0 | 0 | 0 | 0 | 28 | 17 | | |
| Tuesday, August 26, 2025 | 1 | 1 | 17 | 0 | 0 | 0 | 0 | 17 | 8 | | |
| Wednesday, August 27, 2025 | 1 | 1 | 21 | 0 | 0 | 0 | 0 | 21 | 13 | | |
| Thursday, August 28, 2025 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 2 | | |
| Friday, August 29, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, August 30, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, August 31, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, September 1, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | Labor Day | |
| Tuesday, September 2, 2025 | 1 | 1 | 25 | 0 | 0 | 0 | 0 | 25 | 18 | | |
| Wednesday, September 3, 2025 | 1 | 1 | 24 | 0 | 0 | 1 | 0 | 25 | 14 | | |
| Thursday, September 4, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, September 5, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, September 6, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, September 7, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, September 8, 2025 | 1 | 1 | 26 | 0 | 0 | 0 | 0 | 26 | 15 | | |
| Tuesday, September 9, 2025 | 1 | 1 | 21 | 0 | 0 | 0 | 0 | 21 | 10 | | |
| Wednesday, September 10, 2025 | 1 | 1 | 19 | 0 | 0 | 0 | 0 | 19 | 6 | | |
| Thursday, September 11, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, September 12, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, September 13, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, September 14, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, September 15, 2025 | 1 | 1 | 18 | 0 | 0 | 0 | 0 | 18 | 14 | | |
| Tuesday, September 16, 2025 | 1 | 1 | 17 | 0 | 0 | 0 | 0 | 17 | 12 | | |
| Wednesday, September 17, 2025 | 1 | 1 | 8 | 0 | 0 | 0 | 0 | 8 | 7 | | |
| Thursday, September 18, 2025 | 1 | 1 | 0 | 0 | 20 | 0 | 0 | 20 | 10 | | |
| Friday, September 19, 2025 | 1 | 1 | 1 | 0 | 21 | 0 | 0 | 22 | 8 | | |
| Saturday, September 20, 2025 | 0 | 1 | 0 | 0 | 18 | 0 | 0 | 18 | 9 | | |
| Sunday, September 21, 2025 | 0 | 1 | 0 | 0 | 17 | 0 | 0 | 17 | 8 | | |
| Monday, September 22, 2025 | 1 | 1 | 21 | 0 | 0 | 0 | 0 | 21 | 9 | | |
| Tuesday, September 23, 2025 | 1 | 1 | 8 | 0 | 0 | 0 | 0 | 8 | 7 | | |
| Wednesday, September 24, 2025 | 1 | 1 | 17 | 0 | 0 | 0 | 0 | 17 | 10 | | |
| Thursday, September 25, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Friday, September 26, 2025 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Saturday, September 27, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Sunday, September 28, 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Monday, September 29, 2025 | 1 | 1 | 21 | 0 | 0 | 0 | 1 | 22 | 16 | | |
| Tuesday, September 30, 2025 | 1 | 1 | 16 | 0 | 0 | 0 | 0 | 16 | 12 | | x |
| | **127** | **94** | x | x | | | x | x | x | x | x |

**DENTAL MONITOR'S REPORT (14th Dental Audit Tour)**
**HERNANDEZ V. COUNTY OF MONTEREY,**
**December 2-3, 2025**

Dental Subcommittee Meeting Minutes with Statistics, CQI, and PowerPoints, to be submitted to QA - Monthly

**NM:** Not Measured by Dental Staff nor by CorEMR; **DF:** Deferred Findings; **NA:** Not Applicable

**Statistics: April 01, 2025 to September 30, 2025**

*Reliable measurement is foundational to meaningful quality improvement.*

## Table 1. MCJ Capacity and Bookings

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 |
|---|---|---|---|---|---|---|---|
| **Total Bookings** | 560 | 646 | 554 | 530 | 705 | 634 | **3629** |

**Total Bookings 2024 to Date:**
January 1 through September 30, 2024 = **7244**
January 1 through October 23, 2024 = **7872**
• Average Bookings/Month Jan 1 to Sept 30 = **805**
• Average Bookings/Month Apr 1 to Sept 30 = **843**

**Total Bookings 2023 per Year:**
January 1 through December 31, 2023 = **9553**
• Average Bookings/Month = **796**

**Total Bookings 2022 per Year:**
January 1 through December 31st, 2022 = **9979**
• Average Bookings/Month = **832**

**Bookings:**
April 1 through September 30, 2025 = **3629**

**Total Capacity** on December 2, 2025 of the New Jail + Existing Jail (BSCC) = **1401**

• **Average Length of Stay:** January 1, 2025 to December 3, 2025 = **28 days**
• **Average Length of Stay:** January 1, 2025 to September 30, 2025 = **32 days**
• **Average Length of Stay:** January 1, 2025 to March 31, 2025 = **35.2 days**
• **Average Length of Stay:** January 1, 2024 to December 31, 2024 = **39 days**

• **Number of Incarcerated Persons on 12/2/25 = 863**

• **Number of patients eligible for an annual comprehensive dental examination and treatment plan:**
• Over one year of incarceration as of 03/24/25 = **65 or 7.9%**
• 9 months to 1 years of incarceration = **48 or 5.9%**
• 6 months to 9 months of incarceration = **57 or 7.0%**
• 3 months to 6 months of incarceration = **150 or 18.3%**
• 1 day to 3 months of incarceration = **500 or 61.0%**

### Dental Monitor Findings

• **In CorEMR a dental task can be cancelled by the system (when patient is released), cancelled by the staff, rescheduled, refused, seen/completed or open. Open tasks are those tasks not yet scheduled.**

• **The number of patients with over one year of incarceration is a fluid number which changes depending on the patient's sentence.** As more patient's reach the 365 day mark of incarceration, more patients are eligible and therefore can request comprehensive dental care. The statistics for patients with over one year of incarceration requires updating, as the most recent information listed is for March 2025 where 65 or 7.9% are eligible for comprehensive dental care. Historically, the rate of patients with more than one year of incarceration was around 10% but has decreased steadily to 7.9% in 2025.

• It appears the average length of stay has decreased by 11 days in the last year, from 39 to 28 days.

• For this six (6) month audit period, there were **3629 bookings** and **3036 scheduled dental tasks (see row #13) as of December 2, 2025.** Of the **3629 bookings this audit period**, it is unknown how many tasks are for the same person.

• 3,036 scheduled dental tasks ÷ 3,629 bookings = **83.7%**. **This does not establish that 83.7% of patients accessed dental care,** as an individual patient may have multiple bookings and/or multiple scheduled dental tasks during the audit period. These values represent encounters or scheduling activity, not the number of distinct patients.

• **The 83.7% is a ratio of scheduled dental tasks to bookings, rather than as a patient access to care rate.** To calculate a true patient access rate, the analysis must be based on the number of individual patients, with each patient counted only once.

### Dental Monitor Recommendations

• Provide monthly ongoing Custody statistics proactively to this Monitor and to the Dental Operations Specialist.

• Provide the Custody dental log indicating when and for what reason Officers are not available for dental duty. Please accumulate this data and submit it monthly with the statistics.

• Providing these statistics will assist the Dental program and the Chief Dental Officer in making real time decisions as they increase their self-governance program.

• Test your policies and procedures, local operating protocols and workflows for efficiency and training.

• There is always room for improvement in the current system of patients receiving dental care at MCJ. Continue to update and implement the systems, policies and procedures and local operating protocols for self-evaluation, self-monitoring and overall self-governance.

• Perform and report internal audits to the monthly Dental Subcommittee meeting and take actions to remove any barriers to access, timeliness and quality of care.

### Methodology

Data from Custody, Dental Operations Specialist and Chief Dental Officer (CDO):

• Custody statistics provided by the Custody Captain or designee.

## Table 2. Dental Appointments per Dental Month

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from the Dental Operations Specialist and Chief Dental Officer (CDO) as well as reviewing in CorEMR: |
| Total # Dental Days per Month | 19.0 | 21.0 | 15.0 | 9.0 | 13.0 | 17.0 | **94** | See "Dental Schedule" Excel tab below. Count of all the days Dr.[redacted] and/or Dr [redacted] show Completed per their work day. Also review in CorEMR: *Reports. *Tasks. *Scheduled Start and End Date. *Category: All 7 Dental Categories - Annual Exam (DAE), Dental Chart Review (DCR), Dental Chronic Care (DCC), Dental Hygienist Sick Call (DHSC), Dental Periodontal Program (DPP), Dental Sick Call (DSC), Dental Treatment (DT). *All Status: All Status Minus Cancelled by System - Cancelled by Staff, Open, Completed, Rescheduled, Refused. *Generate. |
| # Tasks **Scheduled** in Dental **per Month** | 541 | 522 | 544 | 448 | 479 | 502 | **3036** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Categories - All seven (7) Dental Categories. *Status: Cancelled by Staff, Open, Completed, Rescheduled, Refused. *Generate. *See Count. |
| # Tasks **Seen (Completed)** in Dental **per Month** | 335 | 328 | 335 | 234 | 285 | 320 | **1837** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Categories all (7) dental categories *Status: Completed. *Generate. |
| % Tasks **Seen** in Dental as scheduled **per Month** (includes CorEMR's calculation of Cancelled by System which makes this number appear lower) | 61.9% | 62.8% | 61.6% | 52.2% | 59.5% | 63.7% | **60.5%** | Row 14 divided by Row 13. |
| % Tasks **Not Seen** as scheduled **per Month** (includes CorEMR's calculation of Cancelled by System which makes this number appear higher) | 38.1% | 37.2% | 38.4% | 47.8% | 40.5% | 36.3% | **39.5%** | 1 minus Row 15. See also Table 3 for the reasons patients not seen. |
| Average # Tasks **Scheduled** in Dental **per Day** | 28.5 | 24.9 | 36.3 | 49.8 | 36.8 | 29.5 | **32.3** | Row 13 divided by Row 12. |
| Average # Tasks **Seen** in Dental **per Day** | 17.6 | 15.6 | 22.3 | 26.0 | 21.9 | 18.8 | **19.5** | Row 14 divided by Row 12. |
| Average # Tasks **Scheduled** in Dental **per Hour** (7 hour clinical time per day) | 4.1 | 3.6 | 5.2 | 7.1 | 5.3 | 4.2 | **4.6** | Row 17 divided by 7 hours. |
| Average # Tasks **Seen** in Dental per Hour (7 hour clinical time per day) | 2.5 | 2.2 | 3.2 | 3.7 | 3.1 | 2.7 | **2.8** | Row 18 divided by 7 hours. |

### Dental Monitor Findings

• The Dental Clinic is open five (5) days per week, eight (8) hours/day.

• Per the CDO, there are no overtime hours allowed per Wellpath.

• The main dental team works **Monday, Tuesday and Wednesday with the PRN Dental Assistant successfully interviewing for the canvased DA position and was offered, and accepted, the permanent Dental Assistant position for Wellpath on April 6, 2025.**

• **There was a PRN Dentist who generally worked Thursdays and Fridays. As of June 2025, the PRN Dentist is no longer working at MCJ and an interim PRN Dentist started in late August 2025.**

• The PRN Dentist is not permanently hired by Wellpath, nor is the PRN position acknowledged, contracted or included in MCJ's Staffing Plan.

• On average, with opening and closing of the dental clinic, sterilization and custody hours, the dental staff **see patients for an average of 7.0 hours per day for their eight (8) hour shift.**

• Dental schedules ~ 32.3 patients per day and **see on average 19.5 patient tasks per day,** which is roughly **2.8 patient tasks per hour, utilizing only one dental operatory.**

• The reason the percentage of patients not seen as scheduled is high at 39.5% is that CorEMR includes the number of patients cancelled by the system and **therefore, if removing the 25.3% Cancelled by System, the overall not seen as scheduled is 14.2%.** These are numbers provided by CorEMR to illustrate the total flow of patient tasks

### Dental Monitor Recommendations

• Track the requests for dental care from Smart Communications through to Nursing Sick Call in CorEMR, then through to the Dental Sick Call and subsequent dental treatment when indicated clinically.

• Track the patient's dental care in the appropriate dental care categories. As with any health care program, reliable data can only come from reliably entered data.

• Per the Implementation Plan on page 101, requests for dental care are to be addressed and seen by a nurse within 24 hours of the request: "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." (Wellpath IP, p. 101)

• Increase the overall efficiency of this system by continuing to provide nurse and physician training for the assignment of the dental level priority levels, DL1/DL2 for referrals from intake, 14-day exam/health assessment, physician referrals and incarcerated person requests for dental care.

• Continue to provide training to the nurses to correctly schedule the task according to the priority dental level. Minimize and preferably eliminate any and all duplicate tasks.

## Table 3. Reasons Patients Not Seen for Dental Appointments

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from the Dental Operations Specialist and Chief Dental Officer (CDO) as well as reviewing in CorEMR: |
| # Out to Court (OTC) | NM | NM | NM | NM | NM | NM | **NM** | "Out to Court" are not measured by Dental Staff nor available in CorEMR (NM). Recommend WellPath provide these statistics. |
| # Out to Medical (OTM) | NM | NM | NM | NM | NM | NM | **NM** | "Out to Medical" are not measured by Dental Staff nor available in CorEMR (NM). Recommend WellPath provide these statistics. |
| # Refusals - Cellside | NM | NM | NM | NM | NM | NM | **NM** | Refusals not measured (NM) separately (Cellside vs Chairside Refusals) in CorEMR. Not measured by Dental Staff. Recommend WellPath provide these statistics. |
| # Refusals - Chairside | NM | NM | NM | NM | NM | NM | **NM** | Refusals not measured (NM) separately (Cellside vs Chairside Refusals) in CorEMR. Not measured by Dental Staff. Recommend WellPath provide these statistics. |
| # Refusals - Combined | 53 | 56 | 48 | 41 | 52 | 61 | **311** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category all Dental. *Status - Refused. CorEMR combines cellside and chairside refusals. *Generate. *See count. |
| # Rescheduled by Dental | 4 | 3 | 9 | 0 | 17 | 8 | **41** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category all Dental. *Status - Rescheduled. *Generate. *See count. |
| # Cancelled by Staff | 27 | 16 | 13 | 5 | 13 | 5 | **79** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category all Dental. *Status - Cancelled by Staff. *Generate. *See count. |
| # Cancelled by System | 122 | 119 | 139 | 168 | 112 | 108 | **768** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category all Dental. *Status - Cancelled by System. *Generate. *See count. |
| # Open Appointments | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category all Dental. *Status - Open. *Generate. *See count. |

### Dental Monitor Findings

• All the programs from the Implementation Plan are operational.

• This data of the reasons patients not seen for their dental appointments is from CorEMR, which is MCJ's electronic health record system.

• The ability for CorEMR to follow the patients from their sick call requests, to their dental sick call task with receipt of a diagnosis, dental treatment plan and subsequent treatment is **not** a capability that CorEMR has at this time.

• The sick call requests for dental care and the grievances are cataloged in a different program than CorEMR (Smart Communication, formerly Intelmate and ViaPath). **Smart Communication has no connection with CorEMR.** See Table 8 & 12, Incarcerated Person Requests for Dental Care and Grievances respectively.

• The ability for CorEMR to follow rescheduled patients and make sure they are seen within timeframe is **not** a current capability of CorEMR. The Operations Specialist is working through these manually. CorEMR indicates the rescheduled rate is **1.4%.**
**Note CorEMR does not have an audit trail to track when the patient is rescheduled within timeframe, or let to be released without rescheduling the patient.**

• **By not documenting patient reschedules in the progress notes or the rationale for not**

### Dental Monitor Recommendations

• The **Cancelled by Staff occurs** when an appointment is deleted and the appointment is not completed and the patient is not rescheduled. Continue to perform a **deep dive into the cancelled by staff tasks and reasons for their cancellation.**

• For those tasks **Cancelled by Staff in error,** the Operations Specialist is working on training staff, with workflows given to prevent these errors in the future.

• **Increase workflow efficiency by finding and eliminating any barriers to access and timeliness of dental care.** Address any barriers to access and timeliness of dental care in the Dental Subcommittee Meeting when performing your internal audits and CQIs for self-audit, monitoring and self-governance.

• See **Table 4** as well as the **Dental Schedule tab** below for more information on dental care per categories.

• Review any patterns relating to refusals and identify any barriers to access to care.

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| # Not Seen Due To Custody | NM | NM | NM | NM | NM | NM | **NM** | "Not Seen Due to Custody" metrics are not available in CorEMR (NM) nor measured by Dental Staff. Recommend MCJ Custody and WellPath provide these statistics. |
| # Other | NM | NM | NM | NM | NM | NM | **NM** | "Other" metrics are not available in CorEMR (NM) nor measured by Dental Staff. Recommend MCJ Custody and WellPath provide these statistics. |
| % Out to Court (OTC) | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| % Out to Medical (OTM) | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| % Refusals - Cellside | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| % Refusals - Chairside | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| % Refusals - Combined | 9.8% | 10.7% | 8.8% | 9.2% | 10.9% | 12.2% | **10.2%** | Percentages of the above: Line 27 divided by Line 13. |
| % Rescheduled by Dental | 9.8% | 0.6% | 1.7% | 0.0% | 3.5% | 1.6% | **1.4%** | Percentages of the above: Line 28 divided by Line 13. |
| % Cancelled by Staff | 5.0% | 3.1% | 2.4% | 1.1% | 2.7% | 1.0% | **2.6%** | Percentages of the above: Line 29 divided by Line 13. |
| % Cancelled by System | 22.6% | 22.8% | 25.6% | 37.5% | 23.4% | 21.5% | **25.3%** | Percentages of the above: Line 30 divided by Line 13. Task deleted by system as patient is released and no longer in custody. |
| % Open appointments | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentages of the above: Line 31 divided by Line 13. |
| % Not Seen Due To Custody | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff therefore no percentages available. |
| % Other | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff therefore no percentages available. |

**doing so, the dataset may present an incomplete or misleading picture. Without an audit trail or record of rescheduling activity, the validity and reliability of the reported statistics cannot be fully verified. <u>Therefore, the omission of the audit trail and rescheduling details results in statistics that may not accurately reflect actual patient flow and outcomes.</u>**

• **<u>CorEMR cannot locate unscheduled treatment plans if a Task in CorEMR has not been created for a diagnosed treatment plan.</u>** There are some tasks not scheduled tasks, therefore, the patient's exam or treatment can be "lost in the system".

• Cancelled by System (different than Cancelled by Staff) is where the patient's task are automatically cancelled by CorEMR's system when the patient is released. No study has been done this audit period to assess if patients were scheduled and not seen within timeframe but due to the cancelled by system, their compliance no longer is tracked and therefore, their compliance is not included in the statistics.

• **Refusals overall, combined chairside and cellside refusals, are at 10.2%.**

• **The cancelled by staff is now at 2.6% mainly due now to a decrease in duplicate tasks.**

**Table 4A. Category in CorEMR: DENTAL SICK CALL**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Dental Sick Call (Triage) - Scheduled | 360 | 261 | 326 | 281 | 273 | 268 | **1769** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Sick Call (DSC).** *Status: All, minus Cancelled by System. *Generate. *See count. |
| # Dental Sick Call (Triage) - Seen (Completed) | 217 | 190 | 220 | 153 | 180 | 175 | **1135** | CorEMR. *Reports. *Tasks.*Scheduled Start and End Date. *Category: Dental Sick Call. *Status: Complete. *Generate. *See count. |
| # Dental Sick Call (Triage) - Rescheduled | 4 | 3 | 8 | 0 | 12 | 8 | **35** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Sick Call. *Status: Rescheduled. *Generate. *See count. |
| # Dental Sick Call (Triage) - Cx by Staff | 23 | 8 | 11 | 3 | 8 | 4 | **57** | CorEMR. *Reports. *Tasks.*Scheduled Start and End Date. *Category: Dental Sick Call. *Status: Cancelled by Staff. *Generate. *See count. |
| # Dental Sick Call (Triage) - Refused | 34 | 19 | 22 | 20 | 26 | 31 | **152** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Sick Call. *Status: Refused. *Generate. *See count. |
| # Dental Sick Call (Triage) - Cx by System | 82 | 41 | 65 | 105 | 47 | 50 | **390** | CorEMR. *Reports. *Tasks.*Scheduled Start and End Date. *Category: Dental Sick Call. *Status: Cancelled by System. *Generate. *See count. |
| # Dental Sick Call (Triage) - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Sick Call. *Status: Open. *Generate. *See count. |
| # Dental Sick Call - **Completed by Nurse(s) in Error** | 1 | 2 | 1 | 2 | 1 | 0 | **7** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Sick Call. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % Dental Sick Call (Triage) - Scheduled (Overall) | 66.5% | 50.0% | 59.9% | 62.7% | 57.0% | 53.4% | **58.3%** | Percentage of the Overall Dental Sick Calls scheduled as compared with All scheduled tasks. Line 47 ÷ Line 13. |
| % Dental Sick Call (Triage) - Seen (Completed) | 60.3% | 72.8% | 67.5% | 54.4% | 65.9% | 65.3% | **64.2%** | Percentage of the Dental Sick Calls Seen as compared with the DSCs scheduled. Line 48 ÷ Line 47. |
| % Dental Sick Call (Triage) - Rescheduled | 1.1% | 1.1% | 2.5% | 0.0% | 4.4% | 3.0% | **2.0%** | Percentage of the Dental Sick Calls Rescheduled as compared with the DSCs scheduled. Line 49 ÷ Line 47. |
| % Dental Sick Call (Triage) - Cx by Staff | 6.4% | 3.1% | 3.4% | 1.1% | 2.9% | 1.5% | **3.2%** | Percentage of the Dental Sick Calls Cancelled by Staff as compared with the DSCs scheduled. Line 50 ÷ Line 47. |
| % Dental Sick Call (Triage) - Refused | 9.4% | 7.3% | 6.7% | 7.1% | 9.5% | 11.6% | **8.6%** | Percentage of the Dental Sick Calls Refused as compared with the DSCs scheduled. Line 51 ÷ Line 47. |
| % Dental Sick Call (Triage) - Cx by System | 22.8% | 15.7% | 19.9% | 37.4% | 17.2% | 18.7% | **22.0%** | Percentage of the Dental Sick Calls Cancelled by System as compared with the DSCs scheduled. Line 52 ÷ Line 47. |
| % Dental Sick Call (Triage) - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the Dental Sick Calls Open as compared with the DSCs scheduled. Line 53 ÷ Line 47. |
| % Dental Sick Call - **Completed by Nurse(s) in Error** | 0.3% | 0.8% | 0.3% | 0.7% | 0.4% | 0.0% | **0.4%** | Percentage of the Dental Sick Calls Completed by Nurse in Error as compared with DSCs scheduled. Line 54 ÷ Line 47 |

**Dental Monitor Findings**

• Tables **4A through 4G** includes **all seven (7)** dental categories within CorEMR.
Dental Sick Call (DSC),
Dental Treatment (DT),
Dental Annual Exam (DAE),
Dental Periodontal Program (DPP),
Dental Chronic Care (DCC),
Dental Chart Review (DCR),
Dental Hygienist Sick Call.

• **Dental Sick Calls comprises 58.3% of the overall scheduled tasks within all the dental categories.**

• 64.2% of the Dental Sick Calls were completed (seen) as scheduled, taking into account that the Cancelled by System of 22.0% is included in this statistic. Without the Cancelled by System statistics recorded by CorEMR, **86.2% of the dental triages/Dental Sick Call tasks were seen as scheduled.**

• There are **7 Dental Sick Calls completed by the RNs in error. One of which is a test patient. These tasks are ONLY for the Dentist to complete.** From the initial chart reviews, these DSCs appear to be mainly duplicates however <u>a further deep dive is needed to confirm these patients were all seen for their dental requests.</u>

• Also, please see the "Dental Schedule" tab below, adjacent to this "Statistics" tab, for information on all the completed by RN in error (9 total). There are 7 DSCs, 1 DAE and 1 DCR completed by the RN rather than by the Dentist.

• Although duplicate appointment tasks may be the reason for these errors, **there is the potential for a patient to put in a sick call request and the appointment to not be seen by the Dentist if it is completed by the RN.**

**Dental Monitor Recommendations**

• See the Dental Audit Tool "Results" tab for specific information for each area affecting the dental program and note the findings and recommendations in each section.

• See the Dental Audit Tool "Database" tab for the specific patients.

• Please train the nurses to not complete dental tasks. ONLY the DENTIST is to complete these tasks listed within the seven dental categories.

• Minimize and preferably eliminate duplicate appointments and determine where this duplication is occurring.

• Make sure no patients with a dental task are cancelled by staff or completed by anyone other than the dentists. Make sure no patients are lost in the system and all patients have a follow up scheduled task when indicated.

• Provide training to the Nurses regarding scheduling and scheduling efficiency within the Dental Priority Dental Level designations.

**Table 4B. Category in CorEMR: DENTAL TREATMENT**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Dental Treatment - Scheduled | 124 | 173 | 124 | 98 | 137 | 168 | **824** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Treatment (DT).** *Status: All, minus Cancelled by System. *Generate. *See count. |
| # Dental Treatment - Seen (Completed) | 81 | 107 | 69 | 53 | 92 | 111 | **513** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status: Complete. *Generate. |
| # Dental Treatment - Rescheduled | 0 | 0 | 1 | 0 | 5 | 0 | **6** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status: Rescheduled. *Generate. |
| # Dental Treatment - Cx by Staff | 2 | 1 | 1 | 2 | 3 | 1 | **10** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status: Cancelled by Staff. *Generate. |
| # Dental Treatment - Refused | 17 | 35 | 25 | 19 | 22 | 26 | **144** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status: Refused. *Generate. |
| # Dental Treatment - Cx by System | 24 | 30 | 28 | 24 | 15 | 30 | **151** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status: Cancelled by System. *Generate. |
| # Dental Treatment - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status: Open. *Generate. |
| # Dental Treatment - **Completed by Nurse(s)- Error** | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Dental Treatment. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % Dental Treatment - Scheduled (From Overall) | 22.9% | 33.1% | 22.8% | 21.9% | 28.6% | 33.5% | **27.1%** | Percentage of the Overall Dental Sick Calls scheduled as compared with All scheduled tasks. Line 65 ÷ Line 13. |
| % Dental Treatment - Seen (Completed) | 65.3% | 61.8% | 55.6% | 54.1% | 67.2% | 66.1% | **62.3%** | Percentage of the Dental Treatments Seen as compared with the DTs scheduled. Line 66 ÷ Line 65. |
| % Dental Treatment - Rescheduled | 0.0% | 0.0% | 0.8% | 0.0% | 3.6% | 0.0% | **0.7%** | Percentage of the Dental Treatments Rescheduled as compared with the DTs scheduled. Line 67 ÷ Line 65. |
| % Dental Treatment - Cx by Staff | 1.6% | 0.6% | 0.8% | 2.0% | 2.2% | 0.6% | **1.2%** | Percentage of the Dental Treatments Cancelled by Staff as compared with the DTs scheduled. Line 68 ÷ Line 65. |
| % Dental Treatment - Refused | 13.7% | 20.2% | 20.2% | 19.4% | 16.1% | 15.5% | **17.5%** | Percentage of the Dental Treatments Refused as compared with the DTs scheduled. Line 69 ÷ Line 65. |
| % Dental Treatment - Cx by System | 19.4% | 17.3% | 22.6% | 24.5% | 10.9% | 17.9% | **18.3%** | Percentage of the Dental Treatments Cancelled by System as compared with the DTs scheduled. Line 70 ÷ Line 65. |
| % Dental Treatment - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the Dental Treatments Open as compared with the DTs scheduled. Line 71 ÷ Line 65. |
| % Dental Treatment - **Completed by Nurse(s)-Error** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the Dental Treatments Completed by Nurse in Error as compared with DTs scheduled. Line 72 ÷ Line 65. |

**Dental Monitor Findings**

• See 4A for information.

• **Dental Treatment comprises 27.1% of the overall scheduled tasks within all the dental categories.**

• 62.3% of the Dental Treatments were seen/completed as scheduled, taking into account that the Cancelled by System of 18.3% is included in this statistic. Without the Cancelled by System statistics recorded by CorEMR, **80.6% of the dental triages/Dental Sick Call tasks were seen as scheduled.**

• **17.5% of all the Dental Treatments were refused.**

**Dental Monitor Recommendations**

• See 4A for information.

• **Please evaluate if there are any barriers to access to care which is affecting this higher rate of patient refusals.**

**Table 4C. Category in CorEMR: DENTAL ANNUAL EXAM (DAE)** | **Dental Monitor Findings** | **Dental Monitor Recommendations** | **Methodology**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Comprehensive DAE - Scheduled | 3 | 12 | 6 | 3 | 6 | 25 | **55** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Annual Exam (DAE)**. *Status: All, minus Cancelled by System. *Generate. *See count. |
| # Comprehensive DAE - Seen (Completed) | 2 | 7 | 0 | 0 | 4 | 19 | **32** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status: Complete. *Generate. *See count. |
| # Comprehensive DAE - Rescheduled | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status: Rescheduled. *Generate. |
| # Comprehensive DAE - Cx by Staff | 0 | 1 | 0 | 0 | 1 | 0 | **2** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status: Cancelled by Staff. *Generate. |
| # Comprehensive DAE - Refused | 0 | 0 | 0 | 0 | 0 | 1 | **1** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status: Refused. *Generate. |
| # Comprehensive DAE - Cx by System | 1 | 4 | 6 | 3 | 1 | 5 | **20** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status: Cancelled by System. *Generate. |
| # Comprehensive DAE - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status: Open. *Generate. |
| # Comp DAE - **Completed by Nurse(s) in Error** | 0 | 0 | 0 | 0 | 0 | 1 | **1** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DAE. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % Comprehensive DAE - Scheduled (From Overall) | 0.6% | 2.3% | 1.1% | 0.7% | 1.3% | 5.0% | **1.8%** | Percentage of the Overall DAEs scheduled as compared with All scheduled tasks. Line 83 ÷ Line 13. |
| % Comprehensive DAE - Seen (Completed) | 66.7% | 58.3% | 0.0% | 0.0% | 66.7% | 76.0% | **58.2%** | Percentage of the DAEs Seen as compared with the DTs scheduled. Line 84 ÷ Line 83. |
| % Comprehensive DAE - Rescheduled | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DAEs Rescheduled as compared with the DTs scheduled. Line 85 ÷ Line 83. |
| % Comprehensive DAE - Cx by Staff | 0.0% | 8.3% | 0.0% | 0.0% | 16.7% | 0.0% | **3.6%** | Percentage of the DAEs Cancelled by Staff as compared with the DTs scheduled. Line 86 ÷ Line 83. |
| % Comprehensive DAE - Refused | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 4.0% | **1.8%** | Percentage of the DAEs Refused as compared with the DTs scheduled. Line 87 ÷ Line 83. |
| % Comprehensive DAE - Cx by System | 33.3% | 33.3% | 100.0% | 100.0% | 16.7% | 20.0% | **36.4%** | Percentage of the DAEs Cancelled by System as compared with the DTs scheduled. Line 88 ÷ Line 83. |
| % Comprehensive DAE - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DAEs Open as compared with the DTs scheduled. Line 89 ÷ Line 83. |
| % Comp DAE - **Completed by Nurse(s) in Error** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 4.0% | **1.8%** | Percentage of the DAEs Completed by Nurse in Error as compared with DTs scheduled. Line 90 ÷ Line 83. |

**Dental Monitor Findings**

• See 4A for information.

• All Implementation Plan services such as the Annual Comprehensive Exam, referrals from Chronic Care and the Periodontal Disease Program and their diagnosed treatment are available to the Incarcerated Persons (I/Ps).

• There is no dental category or method created yet for recall exam and periodontal maintenance frequency recall and scheduling.

• **Dental Annual Exam (DAE) comprises 1.8% of the overall scheduled tasks** and 58.2% of the scheduled DAEs where completed (seen). Taking into account that 36.4% of DAEs were Cancelled by the System when the patient was released, **then 94.6% of the DAEs were seen as scheduled.**

• **The 3.6% of the tasks were cancelled by staff for the Dental Annual Exam this audit period.**

• Any treatment which comes from the Dental Annual Exam (DAE) is to be entered into the Dental Treatment category and assisted a Dental Priority Code (DPC) for each line of treatment.

**Dental Monitor Recommendations**

• See 4A for information.

• Please review the Quality of Dental Care section in the "Database" tab for comprehensive dental examinations.

• It is imperative that the patient's clinical and radiologic evaluation during the comprehensive dental exam identifies all pathology clinically and within the radiograph, is diagnosed and treatment planned to include an appropriate Dental Priority Code (DPC) for each line of treatment and a task created for each line of the treatment plan. Internal monitoring is expected for compliance with the self-governance parameters.

**Table 4D. Category in CorEMR: DENTAL PERIODONTAL PROGRAM (DPP)**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # DPP - Scheduled | 14 | 34 | 21 | 24 | 45 | 19 | **157** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Periodontal Program (DPP)**. *Status: All, minus Cancelled by System. *Generate. *See count. |
| # DPP - Seen (Completed) | 3 | 5 | 0 | 0 | 0 | 0 | **8** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status: Complete. *Generate. *See count. |
| # DPP - Rescheduled | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status: Rescheduled. *Generate. |
| # DPP - Cx by Staff | 1 | 4 | 1 | 0 | 0 | 0 | **6** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status: Cancelled by Staff. *Generate. |
| # DPP - Refused | 1 | 1 | 0 | 0 | 1 | 0 | **3** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status: Refused. *Generate. |
| # DPP - Cx by System | 9 | 24 | 20 | 24 | 44 | 19 | **140** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status: Cancelled by System. *Generate. |
| # DPP - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status: Open. *Generate. |
| # DPP - **Completed by Nurse(s) in Error** | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DPP. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % DPP - Scheduled (From Overall) | 2.6% | 6.5% | 3.9% | 5.4% | 9.4% | 3.8% | **5.2%** | Percentage of the Overall DPPs scheduled as compared with All scheduled tasks. Line 101 ÷ Line 13. |
| % DPP - Seen (Completed) | 21.4% | 14.7% | 0.0% | 0.0% | 0.0% | 0.0% | **5.1%** | Percentage of the DPPs Seen as compared with the DTs scheduled. Line 102 ÷ Line 101. |
| % DPP - Rescheduled | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DPPs Rescheduled as compared with the DTs scheduled. Line 103 ÷ Line 101. |
| % DPP - Cx by Staff | 7.1% | 11.8% | 4.8% | 0.0% | 0.0% | 0.0% | **3.8%** | Percentage of the DPPs Cancelled by Staff as compared with the DTs scheduled. Line 104 ÷ Line 101. |
| % DPP - Refused | 7.1% | 2.9% | 0.0% | 0.0% | 2.2% | 0.0% | **1.9%** | Percentage of the DPPs Refused as compared with the DTs scheduled. Line 105 ÷ Line 101. |
| % DPP - Cx by System | 64.3% | 70.6% | 95.2% | 100.0% | 97.8% | 100.0% | **89.2%** | Percentage of the DPPs Cancelled by System as compared with the DTs scheduled. Line 106 ÷ Line 101. |
| % DPP - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DPPs Open as compared with the DTs scheduled. Line 107 ÷ Line 101. |
| % DPP - **Completed by Nurse(s) in Error** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DPPs Completed by Nurse in Error as compared with DTs scheduled. Line 108 ÷ Line 101. |

**Dental Monitor Findings**

• See 4A for information.

• One (1) Dental Periodontal Program task was completed by the RN in error and the patient may not have been scheduled or rescheduled. More information regarding this patient is required.

• The Dental Periodontal Program **Exam** should be located in this category - Dental Periodontal Program. The resulting dental treatment should be completed in the Dental Treatment section. Otherwise the calculation of how much utilization of the Dental Periodontal Program is inflated.

• **Dental Periodontal Program (DPP) comprises 5.2% of the overall scheduled tasks and 5.1% of the scheduled Dental Periodontal Program examinations were completed (seen).** This category continues to include some of the periodontal treatment and not only the periodontal exam.

• **Taking into account that 89.2% of DPP exams were Cancelled by the System when the patient was released, then 94.3% of the DAEs were seen as scheduled.**

• **Dental treatment of any kind should be placed in the Dental Treatment category.**

• In the Wellpath Policy & Procedure DEN – Monterey Access To Care – Routine Care, there is an area which **must be updated** to read: Any Priority Dental Level 1 or 2 condition will be addressed within the 90 days of the request for a periodontal screening. **Essentially Dental Levels 1 and 2 are to be completed within the 90 day referral period for the DPP exam, not after the DPP exam.**

**Dental Monitor Recommendations**

• See 4A for information.

• The RNs are not to complete any dental category. This is for the Dentist to complete only. Please provide documented training and include the training and any attachments in the monthly Dental Subcommittee meeting minutes.

• Dental treatment of any kind should be placed in the Dental Treatment category.

• **Dental Levels 1 and 2 are to be completed within the 90 day referral period for the DPP program, not after the DPC treatment is completed.**

**Table 4E. Category in CorEMR: DENTAL CHRONIC CARE (DCC)**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Dental Chronic Care - Scheduled | 10 | 25 | 19 | 13 | 7 | 6 | **80** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Chronic Care (DCC)**. *Status: All, minus Cancelled by System. *Generate. *See count. |
| # Dental Chronic Care - Seen (Completed) | 2 | 3 | 0 | 0 | 0 | 0 | **5** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status: Complete. *Generate. *See count. |
| # Dental Chronic Care - Rescheduled | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status: Rescheduled. *Generate. |
| # Dental Chronic Care - Cx by Staff | 1 | 2 | 0 | 0 | 0 | 0 | **3** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status: Cancelled by Staff. *Generate. |
| # Dental Chronic Care - Refused | 1 | 1 | 1 | 2 | 3 | 3 | **11** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status: Refused. *Generate. |
| # Dental Chronic Care - Cx by System | 6 | 19 | 18 | 11 | 4 | 3 | **61** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status: Cancelled by System. *Generate. |
| # Dental Chronic Care - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status: Open. *Generate. |
| # DCC - **Completed by Nurse(s) in Error** | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCC. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % Dental Chronic Care - Scheduled (From Overall) | 1.8% | 4.8% | 3.5% | 2.9% | 1.5% | 1.2% | **2.6%** | Percentage of the Overall DCCs scheduled as compared with All scheduled tasks. Line 119 ÷ Line 13. |
| % Dental Chronic Care - Seen (Completed) | 20.0% | 12.0% | 0.0% | 0.0% | 0.0% | 0.0% | **6.3%** | Percentage of the DCCs Seen as compared with the DTs scheduled. Line 120 ÷ Line 119. |
| % Dental Chronic Care - Rescheduled | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCCs Rescheduled as compared with the DTs scheduled. Line 121 ÷ Line 119. |
| % Dental Chronic Care - Cx by Staff | 10.0% | 8.0% | 0.0% | 0.0% | 0.0% | 0.0% | **3.8%** | Percentage of the DCCs Cancelled by Staff as compared with the DTs scheduled. Line 122 ÷ Line 119. |
| % Dental Chronic Care - Refused | 10.0% | 4.0% | 5.3% | 15.4% | 42.9% | 50.0% | **13.8%** | Percentage of the DCCs Refused as compared with the DTs scheduled. Line 123 ÷ Line 119. |
| % Dental Chronic Care - Cx by System | 60.0% | 76.0% | 94.7% | 84.6% | 57.1% | 50.0% | **76.3%** | Percentage of the DCCs Cancelled by System as compared with the DTs scheduled. Line 124 ÷ Line 119. |
| % Dental Chronic Care - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCCs Open as compared with the DTs scheduled. Line 125 ÷ Line 119. |

**Dental Monitor Findings**

• See 4A for information.

• During the Audit Tour, the Medical Director stated she is referring patients to dental through chronic care when indicated. Not all chronic care forms has an area for placing the results of the dental screening, however, most chronic care forms have an area for referring patients to dental.

• **Dental Chronic Care (DCC) comprises 2.6% of the overall scheduled tasks and 6.3% of the patients were seen for their referrals. Taking into account that 76.3% of DCC exams were Cancelled by the System when the patient was released,** then 82.6% of the DCCs were seen as scheduled. However, note that the dental chronic care referrals are not always schedule for comprehensive care within 90 days, the completion of any DL1 or DL2 was completed under DCC but the comprehensive exam portion was not scheduled once the acute referral exam was completed.

• It's interesting to note that **refusals account for 13.8%** of the Dental Chronic Care tasks, however, 42.9% and 50.0% respectively occurred in August and September 2025. It may be worth evaluating the reasons for the higher refusals and determine if there are any barriers to care in this area. From which of the chronic care areas did the refusals occur...HIV, Seizures, Diabetes, Pregnancy and/or those on 4 or more psych meds or with Serious Mental Illness (SMI)?

• In the Wellpath Policy & Procedure DEN – Monterey Access To Care – Routine Care, there is an area which **must be updated** to read: Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled **within 90 days of the referral** for the DCC comprehensive exam.

**Dental Monitor Recommendations**

• See 4A for information.

• Refer patients from Chronic Care for HIV, Seizures, Diabetes, Pregnancy and for with Severe Mental Illness (SIM).

• Dental treatment which results from the Dental Chronic Care Exams should be placed in the Dental Treatment category.

• Evaluate if there are any barriers to access to care for referrals from Chronic Care. Evaluate if the referral for the comprehensive examination form the Chronic Care referral is deleted if a DL1 or DL2 condition is completed at sick call prior to the DCC exam.

• **Dental Levels 1 and 2 referrals are to be completed within the 90 day referral period for the DCC referral.**

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| % DCC - **Completed by Nurse(s) in Error** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCCs Completed by Nurse in Error as compared with DTs scheduled. Line 126 ÷ Line 119. |

**Table 4F. Category in CorEMR: DENTAL CHART REVIEW (DCR)**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Dental Chart Review - Scheduled | 30 | 17 | 48 | 29 | 10 | 15 | **149** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Chart Review (DCR)**. *Status: All, minus Cancelled by System. *Generate. *See count. |
| # Dental Chart Review - Seen (Completed) | 30 | 16 | 46 | 28 | 9 | 15 | **144** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status: Complete. *Generate. *See count. |
| # Dental Chart Review - Rescheduled | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status: Rescheduled. *Generate. |
| # Dental Chart Review - Cx by Staff | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status: Cancelled by Staff. *Generate. |
| # Dental Chart Review - Refused | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status: Refused. *Generate. |
| # Dental Chart Review - Cx by System | 0 | 1 | 2 | 1 | 1 | 0 | **5** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status: Cancelled by System. *Generate. |
| # Dental Chart Review - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status: Open. *Generate. |
| # DCR - **Completed by Nurse(s) in Error** | 0 | 0 | 0 | 1 | 0 | 0 | **1** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DCR. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % Dental Chart Review - Scheduled (From Overall) | 5.5% | 3.3% | 8.8% | 6.5% | 2.1% | 3.0% | **4.9%** | Percentage of the Overall DCCs scheduled as compared with All scheduled tasks. Line 137 ÷ Line 13. |
| % Dental Chart Review - Seen (Completed) | 100.0% | 94.1% | 95.8% | 96.6% | 90.0% | 100.0% | **96.6%** | Percentage of the DCRs Seen as compared with the DTs scheduled. Line 138 ÷ Line 137. |
| % Dental Chart Review - Rescheduled | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCRs Rescheduled as compared with the DTs scheduled. Line 139 ÷ Line 137. |
| % Dental Chart Review - Cx by Staff | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCRs Cancelled by Staff as compared with the DTs scheduled. Line 140 ÷ Line 137. |
| % Dental Chart Review - Refused | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCRs Refused as compared with the DTs scheduled. Line 141 ÷ Line 137. |
| % Dental Chart Review - Cx by System | 0.0% | 5.9% | 4.2% | 3.4% | 10.0% | 0.0% | **3.4%** | Percentage of the DCRs Cancelled by System as compared with the DTs scheduled. Line 142 ÷ Line 137. |
| % Dental Chart Review - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DCRs Open as compared with the DTs scheduled. Line 143 ÷ Line 137. |
| % DCR - **Completed by Nurse(s) in Error** | 0.0% | 0.0% | 0.0% | 3.4% | 0.0% | 0.0% | **0.7%** | Percentage of the DCRs Completed by Nurse in Error as compared with DTs scheduled. Line 144 ÷ Line 137. |

**Dental Monitor Findings**

• See 4A for information.

• The Dental Chart Reviews are used to track ERMA referrals mainly for oral surgery or also is being used to provide medication to patients who are in pain.

• **The main issue is there is no audit trail and no completed Nurse Sick Call for patients, previously seen in dental or not, requesting pain and/or antibiotic medication. <u>There is no clinical progress note from the Dentist identifying why the patient is receiving the medication, what dosage and frequency the medication(s) is to be taken and also when the patient will be seen in dental for a follow up exam to evaluate why the patient received an order for medication.</u>**

• **One (1) Dental Chart Review (DCR) was completed by the RN in error.** Further examination of this chart is necessary to determine if the dentist needs to follow up behind the RN completing this DCR in error. Please see the Dental Schedule tab of this Dental Audit Tool to see where to locate the charts completed in error by the RN(s).

• **Dental Chart Review (DCR) comprises 4.9% of the overall scheduled tasks and 96.6% of the scheduled DCRs where set as seen (completed).** Taking into account that 3.4% of the Dental Chart Reviews were Cancelled by the System when the patient was released, then 100% of the DCRs were completed and addressed by the dentist.

**Dental Monitor Recommendations**

• See 4A for information.

• Write a chronological clinical progress note regarding the reason for the issuance of medication, the dosage and frequency and when the patient will be seen for the focused dental sick call.

**Table 4G. Category in CorEMR: DENTAL HYGIENIST SICK CALL (DHSC)**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Dental Hygienist Sick Call - Scheduled | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: **Dental Hygienist Sick Call (DHSC)**. *Status: All, minus Cancelled by System. *Generate. *See count. |
| # Dental Hygienist Sick Call - Seen (Completed) | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status: Complete. *Generate. *See count. |
| # Dental Hygienist Sick Call - Rescheduled | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status: Rescheduled. *Generate. |
| # Dental Hygienist Sick Call - Cx by Staff | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status: Cancelled by Staff. *Generate. |
| # Dental Hygienist Sick Call - Refused | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status: Refused. *Generate. |
| # Dental Hygienist Sick Call - Cx by System | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status: Cancelled by System. *Generate. |
| # Dental Hygienist Sick Call - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status: Open. *Generate. |
| # DCR - **Completed by Nurse(s) in Error** | 0 | 0 | 0 | 0 | 0 | 0 | **0** | CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: DHSC. *Status - Complete. *Generate. *See count. *See all charts completed in Error by Nurses or anyone other than the Dentist(s). |
| % Dental Hygienist Sick Call - Scheduled Overall | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the Overall DHSCs scheduled as compared with All scheduled tasks. Line 155 ÷ Line 13. |
| % Dental Hygienist Sick Call - Seen (Completed) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Seen as compared with the DTs scheduled. Line 156 ÷ Line 155. |
| % Dental Hygienist Sick Call - Rescheduled | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Rescheduled as compared with the DTs scheduled. Line 157 ÷ Line 155. |
| % Dental Hygienist Sick Call - Cx by Staff | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Cancelled by Staff as compared with the DTs scheduled. Line 158 ÷ Line 155. |
| % Dental Hygienist Sick Call - Refused | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Refused as compared with the DTs scheduled. Line 159 ÷ Line 155. |
| % Dental Hygienist Sick Call - Cancelled by System | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Cancelled by System as compared with the DTs scheduled. Line 160 ÷ Line 155. |
| % Dental Hygienist Sick Call - Open | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Open as compared with the DTs scheduled. Line 161 ÷ Line 155. |
| % DCR - **Completed by Nurse(s) in Error** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** | Percentage of the DHSCs Completed by Nurse in Error as compared with DTs scheduled. Line 162 ÷ Line 155. |

**Dental Monitor Findings**

• See 4A for information.

• This category should not be utilized, as is in fact not being utilized, as there is no Hygienist on staff.

• **Of the total scheduled tasks, Dental Hygienist Sick Call (DHSC) comprises 0.0% of the overall tasks.**

**Dental Monitor Recommendations**

• See 4A for information.

**Table 5. Backlog**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| Backlogged Dental <u>Tasks</u> - **All Dental Categories,** with the patient still present at MCJ. | 150 | 124 | 102 | 158 | 90 | 73 | **73** | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. (Leave the Scheduled Start Date blank and enter the Scheduled End Date). *All Dental Categories. *Status: Rescheduled, Open. *Generate. **Press Location in the spreadsheet so those with current housing assignments are at the top, those at the bottom are "OUT" of MCJ. **Copy to an Excel spreadsheet. *Count those patients still at MCJ with existing Rescheduled or Open task appointments. |
| Backlogged Dental <u>Tasks</u> - **Dental Treatment,** with the patient still present at MCJ | 32 | 15 | 15 | 25 | 20 | 19 | **19** | Same as Line 173, except *Category: Dental Treatment. |
| Backlogged Dental <u>Patients</u> - **All Dental Categories. Rescheduled, Open** with the patient still present at MCJ | DF | DF | DF | DF | DF | DF | **DF** | Same as Line 174 but for the number of patients rather than for the task. |
| Backlogged Dental <u>Patients</u> - **Dental Treatment - Rescheduled, Open** with the patient still present at MCJ | DF | DF | DF | DF | DF | DF | **DF** | Same as Line 175 but for the number of patients rather than for the task. |

**Dental Monitor Findings**

• **Backlog Provided by Wellpath:** As of September 10th, 2025, per the minutes of the October 30, 2025 Dental Subcommittee meeting minutes, the backlog of patient tasks are provided by MCJ in the Dental Subcommittee meeting minutes.

• Although these findings are not confirmed by this Monitor at this time, per Wellpath's data, the **overall backlog of open dental tasks on September 10th is 73 tasks** and of these, 19 tasks are for overdue dental treatment.

• **The dental treatment plan becomes closed when the patient is released and Cancelled by System. Should the patient re-offend and is re-incarcerated, the existing treatment plan is not identified nor is the patient referred to dental for a re-evaluation of a previously diagnosed treatment plan either at Intake or at the 14-Day Exam unless the patient specifically requests a referral to dental at these junction points, or puts in a Dental Sick Call request to have his/her dental treatment plan revisited by the dentist.**

• **Some areas of recidivism are being measured at Monterey. However, there is no data available on the number or percentage of dental patients who return to custody with unresolved dental treatment needs from a prior incarceration.** <u>At this time any returning patient's existing and previously diagnosed dental treatment plan or pathology needs (i.e., biopsy) which should be addressed within the initial level of compliance, is not re-instated and the clock is reset regarding when the treatment is to be completed.</u> See the continuity of care discussion in the Executive Summary.

**Dental Monitor Recommendations**

• **Address and treat the remaining backlog of patients within timeframe.**

**Table 6. Referrals to Outside (Offsite) Specialists**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |

**Dental Monitor Findings**

• The Dental Clinic uses a system called ERMA, which this monitor does not have access to,

**Dental Monitor Recommendations**

• This section's statistics are measured by the Operation's Specialist at

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| # Referrals to Specialist - Total Outside Dental Referrals - Created by Clinicians in ERMA including ER Send Out | DF | DF | DF | DF | DF | DF | **Not Provided by Defendants** | Requesting access to ERMA reports for offsite referrals to outside specialists. Please provide the Send Out Report, the referrals to outside specialists with a tracking mechanism to link the referrals with the Return from the Offsite report as well as the follow up dental appointment. |
| # Offsite Appointment to be Scheduled - (All Status) | 84 | 51 | 66 | 52 | 35 | 62 | **350** | *CorEMR. *Reports. *Tasks. *Enter Start and End Scheduled Dates. *Category: Offsite Appointment to Be Scheduled. *Status - All except Cancelled by System. *Created by: Dr.[redacted] and Dr.[redacted] (Note that by selecting only the Dentists to search this area, may miss if a non-dental clinician refers a patient to dental for dental offsite or the ER). *Generate. *Word search for Oral Surgery, OS, Dental, Ext, Endo, Denture(s) for complete count. Can also place Description in Alphabetical Order and look for the word search above. |
| # Offsite Appointment to be Scheduled - Completed | 74 | 40 | 58 | 38 | 30 | 46 | **286** | Same as Line 180 except *Status: Complete. |
| # Offsite Appointment to be Scheduled - Rescheduled | 0 | 2 | 0 | 0 | 0 | 0 | **2** | Same as Line 180 except *Status: Rescheduled. |
| # Offsite Appointment to be Scheduled - Cx by Staff | 3 | 1 | 5 | 1 | 0 | 2 | **12** | Same as Line 180 except *Status: Cancelled by Staff. |
| # Offsite Appointment to be Scheduled - Refused | 0 | 0 | 0 | 0 | 0 | 0 | **0** | Same as Line 180 except *Status: Refused. |
| # Offsite Appointment to be Scheduled - Cancelled by System | 7 | 8 | 3 | 13 | 5 | 9 | **45** | Same as Line 180 except *Status: Cancelled by System. |
| # Offsite Appointment to be Scheduled - Open | 0 | 0 | 0 | 0 | 0 | 5 | **5** | Same as Line 180 except *Status: Open. |
| # Offsite Appointment Scheduled - (All Status) | 91 | 108 | 76 | 78 | 69 | 72 | **494** | Same as Line 180 but Category: Offsite Appointment. *Status - All except Cancelled by System. |
| # Offsite Appointment Scheduled - Completed | 58 | 53 | 53 | 49 | 51 | 48 | **312** | Same as Line 180 but Category: Offsite Appointment. *Status - Complete. |
| # Offsite Appointment Scheduled - Rescheduled | 5 | 20 | 11 | 5 | 3 | 4 | **48** | Same as Line 180 but Category: Offsite Appointment. *Status - Rescheduled. |
| # Offsite Appointment Scheduled - Cx by Staff | 3 | 8 | 1 | 1 | 1 | 1 | **15** | Same as Line 180 but Category: Offsite Appointment. *Status - Cancelled by Staff. |
| # Offsite Appointment Scheduled - Refused | 8 | 7 | 4 | 8 | 3 | 7 | **37** | Same as Line 180 but Category: Offsite Appointment. *Status - Refused. |
| # Offsite Appointment Scheduled - Cx by System | 17 | 20 | 7 | 15 | 11 | 12 | **82** | Same as Line 180 but Category: Offsite Appointment. *Status - Cancelled by System |
| # Offsite Appointment Scheduled - Open | 0 | 0 | 0 | 0 | 0 | 0 | **0** | Same as Line 180 but Category: Offsite Appointment. *Status - Open. |
| # Returned from Specialist: Oral Surgery | DF | DF | DF | DF | DF | DF | **DF** | CorEMR. *Reports. *Form Question Report. *Form: Return from Off-Site Medical Care - CMG. *Enter Begin and End Dates. *Next. *Version: Use latest version. *Next. *Question: Off-Site Specialty Care Visit Type. *Next. *Value: Oral Surgery. |
| # Returned from Specialist: Dental (Off-Ste) | DF | DF | DF | DF | DF | DF | **DF** | Same as line 194. *Value: Dental (Off-Site) |
| # Returned from Specialist: Other | DF | DF | DF | DF | DF | DF | **DF** | Same as line 194. *Value: Other |
| # Scanned Specialist Report into CorEMR | | | | | | | **See Individual Audit A.15** | See individual Audits in Section A.15. |
| # Seen in Dental the next dental day following the return from the Offsite Specialist. | | | | | | | **See Individual Audit A.15** | See individual Audits in Section A.15. |

to refer patients to the outside specialist. The information is then placed in the Offsite Appointment to be Scheduled" category in CorEMR. The dental procedures (Oral Surgery, Endo, Denta, Pros/Dentures, etc.) are not specifically tracked.

• There are generally two ways to locate referrals for dental procedures. This can be gleaned from who made the referral, however, **if anyone other than the dentist(s) makes the referral, only a word search will identify which patient is sent out and returned from offside for dental issues.**

• **Once the Offsite Appointment is scheduled, it goes into "Offsite Appointment" which also are not specifically tracked.** These appointments to the specialists are made by the Offsite Referral clerk. The descriptions are generally uniform and a word search can be generally effective or one may need to still go through the entire list of offsite referrals to identify and match that the referral from the dentist or other clinical staff was completed through the workflow to include the scheduled appointment with the offsite specialist made within timeframe, the completion of the appointment and procedure, and the return from offsite with an RN to review the report, and to complete any orders prescribed by the offsite specialist, also making sure a next dental day follow-up task is scheduled with the Dentist.

• There are no priority codes nor a dental category available in CorEMR at this time to track dental referrals specifically to outside specialists. **Therefore there is no mechanism available or report at this time to easily track for compliance. There are no flags to track referrals sent out to an outside specialist or sent to the hospital for emergency or higher levels of dental care. It is a manual tracking effort to account for compliance and monitoring of all patients referred to the specialist with a return from offsite review by the RN upon the patient's return to the facility. Internal monitoring or internal self-auditing of this process was not found in the Dental Subcommittee meeting minutes.**

• Patients returning from the outside specialist are generally scheduled for follow up with the Dentist. This has improved significantly since the new offsite clerk has taken over referrals.

• Scanning of the referrals to the offsite specialists into CorEMR's document section, is happening regularly. The only not happening is a review and sign off of the report by the dentist or RN on the patient's return from Offsite.

• One must manually track the individual patients to determine if the patients referred from dental have returned, through the Return from offsite. Will work with the Operations Specialist to see if there is an easier way to track compliance than manually.

this time but is not available directly on a dashboard through CorEMR.

• Track referrals for compliance from dental to offsite and back for follow up care in the dental clinic for any clinician, dental, medical, mental health who refers a patient to an outside dental specialists or higher level of care.

• Excellent job to M. Huerta who is the new offsite referral clerk. She is doing an amazing job coordinating the referrals and also the next day patient tasks to see the Dentist.
Continue to improve the offsite referral system with follow up appointments in the dental clinic upon a patient's return from offsite. This follow up in dental is also indicated for referrals done by other healthcare clinicians.

• Perform CQI's for this metric to track compliance from start to finish of a referral and finalize the draft LOP and Policy and Procedure for this area. Identify in the Dental Subcommittee meeting.

• Dentist to sign off on the report returned from the offsite specialist.

**Table 7. Comprehensive Exam, Recall, Perio Program, Chronic Care, Follow ups**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 |
|---|---|---|---|---|---|---|---|
| # Comp Dental Exam from DPP - Scheduled | NM | NM | NM | NM | NM | NM | **NM** |
| Comp Dental Exam from DPP - Seen | NM | NM | NM | NM | NM | NM | **NM** |
| Comp Dental Exam from DPP - R/S | NM | NM | NM | NM | NM | NM | **NM** |
| Comp Dental Exam from DPP - Cx by Staff | NM | NM | NM | NM | NM | NM | **NM** |
| Comp Dental Exam from DPP - Refused | NM | NM | NM | NM | NM | NM | **NM** |
| Comp Dental Exam from DPP - Open | NM | NM | NM | NM | NM | NM | **NM** |
| Comp Dental Exam from Chronic Care - Scheduled | DF | DF | DF | DF | DF | DF | **DF** |
| Comp Dental Exam from Chronic Care - Seen | DF | DF | DF | DF | DF | DF | **DF** |
| Comp Dental Exam from Chronic Care - R/S | DF | DF | DF | DF | DF | DF | **DF** |
| Comp Dental Exam from Chronic Care - Cx by Staff | DF | DF | DF | DF | DF | DF | **DF** |
| Comp Dental Exam from Chronic Care - Refused | DF | DF | DF | DF | DF | DF | **DF** |
| Comp Dental Exam from Chronic Care - Open | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Dental Exam - Yearly - Scheduled | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Dental Exam - Yearly - Seen | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Dental Exam - Yearly - R/S | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Dental Exam - Yearly - Cx by Staff | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Dental Exam - Yearly - Refused | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Dental Exam - Yearly - Open | DF | DF | DF | DF | DF | DF | **DF** |
| Perio Re-evaluation - 4 to 8 weeks | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Periodontal Treatment 3 Months - 3MRC | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Periodontal Treatment 4 Months - 4MRC | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Periodontal Treatment 6 Months - 6MRC | DF | DF | DF | DF | DF | DF | **DF** |
| Recall Yearly Comprehensive Dental Exam | DF | DF | DF | DF | DF | DF | **DF** |
| Other? | DF | DF | DF | DF | DF | DF | **DF** |
| Re-eval and Follow-ups - Scheduled | NM | NM | NM | NM | NM | NM | **NM** |
| Re-eval and Follow-ups - Seen | NM | NM | NM | NM | NM | NM | **NM** |
| Re-eval and Follow-ups - R/S | NM | NM | NM | NM | NM | NM | **NM** |
| Re-eval and Follow-ups - Cx by Staff | NM | NM | NM | NM | NM | NM | **NM** |
| Re-eval and Follow-ups - Refused | NM | NM | NM | NM | NM | NM | **NM** |
| Re-eval and Follow-ups - Open | NM | NM | NM | NM | NM | NM | **NM** |

**Dental Monitor Findings**

• The statistics for this type of dental care is minimally tracked by CorEMR.

• The Dental Periodontal Disease Program and the periodontal treatments phased for Dental Treatment does not have an effective periodontal re-evaluation protocol.

A periodontal program must provide active periodontal treatment and should not lack an effective mechanism to re-evaluate treatment outcomes, determine residual disease, establish an individualized maintenance/recall interval, and ensure the patient is tracked and scheduled for continuity of care. **The periodontal re-evaluation is an objective finding when establishing the recall frequency.**

• The exam recall is not always set as a task, nor is it easily tracked in CorEMR.

• See the following discussion on the following deficiencies, discussed in the Executive Summary:
- **Clinical deficiency** (no objective post-treatment reassessment);
- **Systems deficiency** (no automatic task/recall/tracking mechanism); and
- **Quality assurance deficiency** (no ability to measure whether treated periodontal patients actually receive required follow-up).

**Dental Monitor Recommendations**

• Track comprehensive care, periodontal disease program, chronic care dental treatment plans with their appropriate DPC as well as the treatment plans from episodic care, so no patients are left unscheduled.

• Set up a periodontal re-evaluation following scaling and root planing to establish the frequency of the periodontal maintenance therapy and recall examination. Therefore, assessed, document and schedule recall frequency following periodontal treatment to establish continuity of care.

• Due to CorEMR's lack of a dashboard and statistical reporting efficiency, the categories of care must be clear as to where the exams and the treatments are placed. Unless another way is established, for now place the Dental Periodontal Disease Program examination in that category and resulting dental treatment plan and recall within the Dental Treatment category, i.e., deep cleaning/Scaling and Root Planing (SRP) in the dental treatment category.

• Same as above for the chronic care exam and treatment plan.

**Methodology**

Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR:

NM - Not measured by Dental Staff (NM) nor available in CorEMR the way it is structured at this time.
The categories are not used accurately to enable a review of the statistics.
Recommend Wellpath's Dental Operations Specialist to provide these statistics and develop a flowchart for dental staff to know how to track continuity of care.

DF. Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.

DF. Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.

DF. Due to the transition to the new healthcare vendor on 01/01/26 and the insufficient information available to date, no conclusions can be drawn regarding the future condition of the dental clinic and its operations. However, continued adherence to the applicable dental standard of care is expected.

NM - Re-evaluations and follow-ups are not currently tracked by CorEMR.

**Table 8. Incarcerated Person Requests (IP) for Dental Sick Call - To be Seen by Nurse within 24 hours per Implementation Plan**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR and Smart Communications files (previously Intelmate and ViaPath): |
| IP- Total Requests - Medical, MH and Dental | 1898 | 1985 | 1883 | 1765 | 1689 | 1446 | **10666** | This report is only available in Smart Communication (formerly Intelmate and ViaPath). Access is not granted to this Monitor for this file at this time. The file is available and submitted for review by the Dental Operations Specialist. |
| IP- Dental Requests - Within Medical category | 100 | 128 | 119 | 99 | 79 | 48 | **573** | The data is found by conducting a word search within the Smart Communication Dental Sick Call requests file in order to locate dental words and requests within the medical category. |
| IP- Dental Requests - Within MH category | 1 | 7 | 7 | 7 | 5 | 2 | **29** | The data is found by conducting a word search within the Smart Communication Dental Sick Call requests file in order to locate dental words and requests within the mental health category. |

**Dental Monitor Findings**

• Smart Communication does not coordinate with CorEMR and although there is a case ID generated for each request for health care, it is not utilized to track the incarcerate person's request from Smart Communication to the Nurse Sick Call and then through to the patient's dental diagnosis and treatment. **Therefore, there is no current method to definitively close the loop, or evaluate compliance in this sick call system, between the request through to the prescribed treatment.**

• The Implementation Plan's requirement states, "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly

**Dental Monitor Recommendations**

• Track the dental sick call requests from Smart Communication to CorEMR, to the nurse sick call and through to the diagnosis and treatment of dental care. Perform internal self audits to evaluate care and document the results and action plan in the monthly Dental Subcommittee meeting minutes.

• Provide compliance to the Wellpath IP, page 101.

• Update CorEMR to quickly access nurse sick calls relating to dental

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| IP - Dental Sick Call Requests - Dental Category Only | 258 | 255 | 253 | 209 | 195 | 190 | 1360 | There is no communication nor system of continuity between CorEMR and Smart Communication. Each request for health care services appears to be assigned a number in order to track the patient's request(s), however, since there is no communication between softwares, this number is not utilized to track the care in CorEMR from the original requests in Smart Communication.<br><br>The Request for a Dental Sick Call at this point must be individually scanned into the Document section of CorEMR to see the actual request and the timeliness of care for each patient. Currently this scanning of the Dental Sick Call requests minimally occurs and there is no audit trail, nor always a Nurse Sick Call completed within 24 hours of their request as outlined in the Implementation Plan. |
| IP - Dental Requests - Total # Dental Requests | 359 | 390 | 379 | 315 | 279 | 240 | 1962 | Add the monthly number of requests for the total number of dental requests, from Medical, Mental Health and Dental. |
| IP - Requests for Dental Services Overall - % | 18.9% | 20% | 20% | 18% | 17% | 17% | 18.4% | Percentage of the DSC requests overall. Line 237 ÷ Line 233. |
| IP Dental Requests - Opened (Read) by Nursing within 24 hrs | DF | DF | DF | DF | DF | DF | DF | NM by dental staff nor by CorEMR. |
| IP Dental Requests - Not opened (Not Read) by Nursing within 24 hrs | DF | DF | DF | DF | DF | DF | DF | NM by dental staff nor by CorEMR. |
| Completed Nurse Sick Calls for Medical, Mental Health and Dental requests for health care | 672 | 619 | 638 | 627 | 674 | 706 | 3936 | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category: Nurse Sick Calls. *Status - All except Cancelled by System. *Generate.<br>*Word search for dental terms such as dental, dentist, tooth, teeth, molar, including Spanish terms, gums, jaw, denture for count of dental issues. Can also place Description in Alphabetical Order and look for the word search. |
| Completed NP/PA Sick Calls for Medical, Mental Health, Dental requests for health care | 558 | 544 | 420 | 392 | 430 | 524 | 2868 | *Same but use Category: NP/PA Sick Calls |
| Completed MD Sick Calls for Medical, Mental Health, and Dental requests for health care | 164 | 113 | 158 | 156 | 115 | 116 | 822 | *Same but use Category: MD Sick Calls |
| Total - for the above completed NSC, NP/PA and MD Sick Calls for Medical, Mental Health and Dental requests for health care. | 1394 | 1276 | 1216 | 1175 | 1219 | 1346 | 7626 | Sum for total |
| Nurse Sick Calls - Completed Total NSC for Dental complaints. (Must do word search) | 43 | 57 | 46 | 49 | 46 | 33 | 274 | *Data is found by conducting a word search within the Nurse Sick Calls to locate dental words and therefore dental tasks. Word search for dental terms such as dental, dentist, tooth, teeth, molar, including Spanish terms, gums, jaw, denture for count of dental issues. Can also place Description in Alphabetical Order and look for the word search. |
| NP/PA Sick Calls - Completed Total NP/PA for Dental complaints. (Must do word search) | 17 | 20 | 24 | 15 | 13 | 17 | 106 | *Data is found by conducting a word search within the Nurse Sick Calls to locate dental words and therefore dental tasks. Word search for dental terms such as dental, dentist, tooth, teeth, molar, including Spanish terms, gums, jaw, denture for count of dental issues. Can also place Description in Alphabetical Order and look for the word search. |
| MD Sick Calls - Completed Total MD for Dental complaints. (Must do word search) | 3 | 3 | 6 | 3 | 0 | 7 | 22 | *Data is found by conducting a word search within the Nurse Sick Calls to locate dental words and therefore dental tasks. Word search for dental terms such as dental, dentist, tooth, teeth, molar, including Spanish terms, gums, jaw, denture for count of dental issues. Can also place Description in Alphabetical Order and look for the word search. |
| Total - Total completed Nurse Sick Call, NP/PA and MD Sick Calls for Dental Complaints (from word search) | 63 | 80 | 76 | 67 | 59 | 57 | 402 | Sum of the data from dental patient tasks seen in Nurse Sick Calls, NP/PA Sick Calls and MD Sick Calls |
| % Nurse Sick Calls completed from the dental requests when compared to all Nurse Sick Calls | 6.4% | 9.2% | 7.2% | 7.8% | 6.8% | 4.7% | 7.0% | Percentage of Nurse Sick Calls completed seen for dental requests vs overall NSC. Row 245 divided by row 241. |

**Dental Monitor Findings (continued):**

assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." [Wellpath IP, p.101]

• When auditing individual charts for the incarcerated persons requests for dental care, **few incarcerated persons' requests were scanned into CorEMR's document section in order to see when the sick call request was submitted, if a Nurse Sick Call was created and completed and if the patient was referred and schedule to dental within timeline.**

• There is a drop down menu within Smart Communication which can be selected for dental requests **but it cannot be used when both a medical, mental health and dental issues are within the same request.**

• To locate dental complaints within a medical complaint, a word search must occur using dental terms, including Spanish dental terms to locate dental requests for care. It is possible to miss a specific dental request for care if spelling or other words are not specifically used in this heuristic method of identifying requests for dental care.

• This statistical area is to be developed further to gain greater understanding of dental patient's use of the dental sick call system.

• **For this audit tour 18.4% of the overall incarcerated person requests for health care (dental, medical, and mental health) were for dental sick call requests.**

• **7.0% of completed Nurse Sick Calls,** from overall completed NSC, were for dental problems. This data is from a word search for dental terms as there is no dental specific breakdown of dental triage within the NSC.

**Dental Monitor Recommendations (continued):**

• Update CorEMR to quickly access nurse sick calls relating to dental.

• Provide the actual incarcerated person requests for health care file monthly to this Monitor for analysis of dental compliance of care per the Implementation Plan.

| Table 9A. Referrals to Dental from INTAKE | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| **Total Bookings per Month** | 560 | 646 | 554 | 530 | 705 | 634 | 3629 | Provided by Custody. Please send monthly. |
| **Intake Forms - Receiving Screening Monterey County** | 606 | 737 | 711 | 615 | 764 | 695 | 4128 | *Reports. *Form Report. *Form: Receiving Screening Monterey County. *Enter Date Begin and Date End. *Generate. *Count is at the bottom of the form. |
| Intake - Referrals to Dental - Priority 1 - Emergent and Urgent | 10 | 8 | 3 | 4 | 3 | 1 | 29 | If a Task is created outside of the Intake form (refer to dental section of the intake form), then the data cannot be retrieved through the Form Report or Forms Question Report and the statistics will be inaccurate. |
| Intake - Referrals to Dental - Priority 2 - Routine | 44 | 28 | 33 | 23 | 27 | 21 | 176 | *Reports. *Form Question Report. *Form: Receiving Screening Monterey County. Enter the parameters. *Generate. *See Count |
| Intake - Referrals to Dental - Total Priority 1 & 2 | 54 | 36 | 36 | 27 | 30 | 22 | 205 | *Reports. *Form Question Report. *Form: Receiving Screening Monterey County. Enter the parameters. *Generate. *See Count |
| % Intake Referrals to Dental - Priority 1 - Emergent and Urgent | 0% | 0% | 0% | 0% | 0% | 0% | 0.7% | Percentage. Line 256 divided by Line 253 |
| % Intake Referrals to Dental - Priority 2 - Routine | 8% | 4% | 6% | 4% | 4% | 3% | 4.3% | Percentage. Line 256 divided by Line 253 |
| % Intake referrals from Intakes overall. | 9% | 5% | 5% | 4% | 4% | 3% | 5.0% | Percentage. Line 256 divided by Line 253 |
| Intake - Dental Form - chewing or other functional impairment | 6 | 4 | 6 | 2 | 1 | 0 | 19 | *Reports. *Form Question Report. *Form: Receiving Screening Monterey County. *Enter Begin Date and End Date. *Next. *Version - Please select a version: Begin with the highest numbered version available first. *Next. *Question: Evidence or complaints of the following. *Next. *Value: pain, missing/broken teeth, gingival disease, mucosal lesions, trauma, infection, facial swelling, exudate production, difficulty swallowing, chewing or other functional impairment (Describe). *Generate. *See count. If there are no results, return and go to the next Version and start over. |
| Intake - Dental Form - difficulty swallowing | 0 | 0 | 0 | 0 | 1 | 0 | 1 | See Line 258 above and use Value: difficulty swallowing. |
| Intake - Dental Form - facial swelling | 0 | 0 | 1 | 1 | 0 | 0 | 2 | See Line 258 above and use Value: facial swelling. |
| Intake - Dental Form - gingival disease | 7 | 6 | 1 | 1 | 3 | 2 | 20 | See Line 258 above and use Value: gingival disease. |
| Intake - Dental Form - infection | 0 | 1 | 1 | 0 | 0 | 0 | 2 | See Line 258 above and use Value: infection. |
| Intake - Dental Form - missing/broken teeth | 152 | 158 | 159 | 146 | 172 | 166 | 953 | See Line 258 above and use Value: missing/broken teeth. |
| Intake - Dental Form - mucosal lesions | 0 | 2 | 0 | 2 | 0 | 1 | 5 | See Line 258 above and use Value: mucosal lesions. |
| Intake - Dental Form - pain | 17 | 27 | 31 | 23 | 24 | 18 | 140 | See Line 258 above and use Value: pain. |
| Intake - Dental Form - trauma | 0 | 1 | 0 | 1 | 0 | 0 | 2 | See Line 258 above and use Value: trauma. |
| Intake - Dental Form - exudate production | 0 | 0 | 0 | 0 | 0 | 0 | 0 | See Line 258 above and use Value: exudate production. |
| Intake - Dental section - Evidence or complaints of the following totals | 182 | 199 | 199 | 176 | 201 | 187 | 1144 | Sum of all Intake dental sections for evidence or complaints |
| Intake - Referrals to Dental - Error - Priority 3, 4, 5 | | | | | | | See Tables 4A-G | See Tables 4A through 4G. |
| Intake - Referrals to Outside - Dental Emergency | DF | DF | DF | DF | DF | DF | DF | Identify data from the Dental ER Send Out Log |
| Intake - Priority 1 - Scheduled within Timeframe | | | | | | | See Individual Audit A.6 | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.6 and A.7 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Intake - Priority 1 - Seen in Dental as Scheduled | | | | | | | See Individual Audit A.6 | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.6 and A.7 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Intake - Priority 1 - Seen in Dental within Timeframe | | | | | | | See Individual Audit A.6 | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.6 and A.7 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Intake - Priority 2 - Scheduled within Timeframe | | | | | | | See Individual Audit A.7 | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.6 and A.7 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |

**Dental Monitor Findings**

• Currently this data is partially tracked by CorEMR through a Form Question Report. One must maneuver through the Form Question Report which is a multistep process to access this data. Not all referrals are tracked through the Form Question Report if a nurse does not use the referral form at Intake to refer the patient to dental.

• **If a task is created without the form from which the Forms Question Report gathers its data, then the referral is not able to be tracked and therefore, compliance cannot be accurately measured.**

• It was agreed upon through the Dental CAP that an update to CorEMR would be completed. It was to be called the Monterey Compliance Report however only a partial framework for this metric was found. The Monterey Compliance Report is not completed as it is not fully accurate. The Operations Specialist is working on a solution.

• DL1 Emergent/Urgent Priority 1 referrals to dental from Intake comprise 0.7% of the total intakes screened at booking.
• 4.3% of DL2 Routine conditions screened at Intake were referred to dental.
• **Therefore, 5.0% of the overall Intake screenings, using the Intake form at the time of booking, concluded with a referral to dental.**

• Missing and broken teeth are in one line of the dental form but missing teeth should be separate from broken teeth as a screening criteria as missing teeth are not always and indicator for referral to dental, but a broken teeth is an indicator for referral.

• Although 1,144 dental-related conditions, findings, or complaints were documented on the Intake form collectively, CorEMR reporting does not permit a validation of whether all clinically indicated referrals were made and how many of those findings warranted referral to Dental beyond the 205 patients actually referred. Because multiple findings may be recorded for one patient, and categories such as missing and broken teeth are combined, the data cannot reliably distinguish referrable conditions from non-referrable findings.

• The Intake screening serves as the initial opportunity to identify and address dental needs, including acute conditions requiring timely intervention. The subsequent 14-Day Exam functions as a secondary screening point for identifying acute and routine dental conditions that may not have been identified or referred during Intake.

**Dental Monitor Recommendations**

• Update CorEMR to automate these reports. This will provide data for the dental program to identify bottlenecks in their workflow efficiency when performing internal self-audits. It will also assist in seeing if there are any barriers to access and timeliness of care.

• Separate missing teeth from broken teeth on the Intake form evidence of complaints, as missing teeth are not always a screening criteria for a referral to dental, as a broken tooth may be.

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| Intake - Priority 2 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.7** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.6 and A.7 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Intake - Priority 2 - Seen in Dental within Timeframe | | | | | | | **See Individual Audit A.7** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.6 and A.7 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |

**Table 9B. Referrals to Dental from 14-DAY EXAM**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # 14-Day Exam - Medical - Health Appraisal Forms | 202 | 178 | 171 | 177 | 146 | 164 | **1038** | *Reports. *Form Report. *Form: Initial Health History & Physical Exam (NCCHC) - R |
| # 14-Day Exam - Dental - Health Appraisal Forms | 199 | 168 | 170 | 178 | 132 | 150 | **997** | *Reports. *Form Report. *Form: Initial Health History & Physical Exam Dental Screening - Monterey |
| % 14-Day Exam - Medical vs Dental forms completed - (Line 245 divided by Line 244) | 98.5% | 94.4% | 99.4% | 100.6% | 90.4% | 91.5% | **96.1%** | Percentage of Medical to Dental forms completed. Line 280 divided by Line 279.<br>*There should be as many Medical as Dental Forms performed for this metric.<br>*The Dental form should be part of the Medical form.<br>*Please provide the number per month of patients present at MCJ after 14 days of booking. |
| # 14-Day Exam - Referrals to Dental - from the **Medical** form - Total Priority 1 & 2 (Emerg/Urgent and Routine) | 3 | 4 | 9 | 9 | 3 | 4 | **32** | *Report. *Form Question Report. *Form - Initial Health History & Physical Exam. *Dates. *Version - Begin with the highest numbered version. *Question: *If chronic care box is checked, a task will automatically generate for Chronic Care for today. *If mental health sick call box is checked, a task will automatically generate for MFT/LCSW Sick Call for today. *If dental sick call box is checked, a task will automatically generate for Dental Sick Call for today (must change priority level based on patient need) *Value: Dental Sick Call. *Choose Emergent, Urgent and Routine. *Generate. *See count. If there are no results, return and go to the next Version and start over. |
| # 14-Day Exam - Referrals to Dental - from the **Dental** form - **Total Priority 1 & 2** (Emerg/Urgent and Routine) | 31 | 24 | 42 | 35 | 11 | 22 | **165** | *Report. *Form Question Report. *Form - Initial Health History & Physical Dental Exam. *Dates. *Version - Begin with the highest numbered version. *Question: *If chronic care box is checked, a task will automatically generate for Chronic Care for today. *If mental health sick call box is checked, a task will automatically generate for MFT/LCSW Sick Call for today. *If dental sick call box is checked, a task will automatically generate for Dental Sick Call for today (must change priority level based on patient need) *Value: Dental Sick Call. *Choose Emergent, Urgent and Routine. *Generate. *See count. If there are no results, return and go to the next Version and start over. |
| % Patients referred from the Medical form to Dental | 1.5% | 2.2% | 5.3% | 5.1% | 2.1% | 2.4% | **3.1%** | Percentage of Medical form referrals to dental divided by total Medical Health Appraisal Forms |
| % Patients referral from the Dental form to Dental | 15.6% | 14.3% | 24.7% | 19.7% | 8.3% | 14.7% | **16.5%** | Percentage of Dental form referrals to Dental divided by total Dental Health Appraisal Forms<br>***For this section if a referral is done within the Dental form and not also within the Medical form, a referral to Dental will not occur until this is corrected in CorEMR. The Patient's task from a referral to Dental only, is lost if the RN does not create a task, the task does not automatically generate as it does for Intake, therefore, and the patient is not referred or seen! Please fix this dental form so referrals are automatically generated. Better yet include the dental form within the medical form so there is only one form used for the Health Appraisal. |
| 14-Day Exam - Dental Form - chewing or other functional impairment | 2 | 2 | 9 | 2 | 0 | 0 | **15** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Chewing. *Generate.<br>Review criteria per the Implementation Plan for referrals to dental from the 14-Day Exam. Not all patients are referred for one or more items identified in the dental form Evidence or Complaint. |
| 14-Day Exam - Dental Form - difficulty swallowing | 0 | 1 | 0 | 0 | 0 | 0 | **1** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Difficulty swallowing. *Generate. |
| 14-Day Exam - Dental Form - facial swelling | 0 | 1 | 0 | 1 | 0 | 0 | **2** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Facial swelling. *Generate. |
| 14-Day Exam - Dental Form - gingival disease | 3 | 0 | 1 | 1 | 0 | 2 | **7** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Gingival disease. *Generate. |
| 14-Day Exam - Dental Form - infection | 2 | 3 | 3 | 2 | 0 | 1 | **11** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Infection *Generate. |
| 14-Day Exam - Dental Form - missing/broken teeth | 38 | 45 | 51 | 38 | 32 | 44 | **248** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Missing/broken |
| 14-Day Exam - Dental Form - mucosal lesions | 0 | 0 | 1 | 0 | 0 | 0 | **1** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Mucosal lesions. *Generate. |
| 14-Day Exam - Dental Form - pain | 0 | 0 | 0 | 0 | 0 | 0 | **0** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Pain. *Generate. |
| 14-Day Exam - Dental Form - trauma | 0 | 0 | 1 | 0 | 0 | 0 | **1** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Trauma. *Generate. |
| 14-Day Exam - Dental Form - exudate production | 0 | 0 | 0 | 0 | 0 | 0 | **0** | *Form Question Report. *Form - Initial Health History & Physical Exam Dental Screening. *Exudate production. *Generate. |
| 14-Day Exam - Dental Form - Total Evidence or complaints of the above | 45 | 52 | 66 | 44 | 32 | 47 | **286** | Sum of all 14-Day Exam Total Evidence or complaints of above. |
| 14-Day - Referrals to Dental from the **Medical form** where a Task is created - **Priority 1- Emerg/Urgent** | NM | NM | NM | NM | NM | NM | **States Dental Sick Call but does Not differentiate between Emerg/Urgent and Routine** | The data pull from the Form Question Report states Dental Sick Call but does not differentiate between Emerg/Urgent and Routine. Therefore, pull all emergent, urgent and routine and review individually to identify the emergent and urgent referrals to dental from the medical form. |
| 14-Day - Referrals to Dental from the **Medical form** where a Task is created - **Priority 2- Routine** | 0 | 0 | 2 | 1 | 4 | 1 | **States Dental Sick Call but does Not differentiate between Emerg/Urgent and Routine** | The data pull from the Form Question Report states Dental Sick Call but does not differentiate between Emerg/Urgent and Routine. Therefore, pull all emergent, urgent and routine and review individually to identify the routine referrals to dental from the medical form.<br><br>*Form Question Report - Initial Health History & Physical Exam (NCCHC). *Only states Dental Sick Call . *Generate.<br>Must enter into each entry to see which is routine. |
| 14-Day - Referrals to Dental - Error - Priority 3, 4, 5 | | | | | | | **See Tables 4A-G** | See Tables 4A through 4G. |
| 14-Day - Referrals to Outside - Dental Emergency | | | | | | | **DF** | Identify data from the Dental ER Send Out Log |
| 14-Day - Priority 1 - Scheduled within Timeframe | | | | | | | **See Individual Audit A.8 and A.9** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.8 and A.9 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| 14-Day - Priority 1 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.8 and A.9** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.8 and A.9 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| 14-Day - Priority 1 - Seen in Dental within Timeframe | | | | | | | **See Individual Audit A.8 and A.9** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.8 and A.9 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| 14-Day - Priority 2 - Scheduled within Timeframe | | | | | | | **See Individual Audit A.8 and** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.8 and A.10 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| 14-Day - Priority 2 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.8 and** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.8 and A.10 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| 14-Day - Priority 2 - Seen in Dental within Timeframe | | | | | | | **See Individual Audit A.8 and** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.8 and A.10 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |

**Dental Monitor Findings**

• Currently this data is tracked by CorEMR through a Forms Report and the Form Question Report. One must maneuver through the Form Question Report, which is a multistep process with various versions to see if the patient is referred to dental from the 14-Day Exam.

• Review the mandated screening criteria per the Implementation Plan for the 14-Day Exam. From the initial chart review, not all patients are referred for one or more conditions identified during the screening and documented in the dental form portion called Evidence or Complaint.

• The Dental CAP was agreed upon that an update to CorEMR would be completed for this and other compliance metrics however, the Monterey Compliance Report data is not in lock and step with CorEMR's data and reporting. Therefore, the Monterey Compliance Report is currently inaccurate and not usable for reporting compliance. This is being reviewed by the Dental Operations Specialist.

• The 14-Day Exam/Health Appraisal's Initial Health History & Physical Exam **Dental** Screening form is used in conjunction with Medical's Initial Health History and Physical Exam (NCCHC) **96.1% of the time now.**

• There were 997 14-Day Exam patient's whose dental forms were completed and 165 of those patients who received a priority dental level 1 or 2 designation were referred to dental. **This indicates 16.5% of the overall patients seen for their Health Appraisal were referred to dental from the dental screening portion of the exam.**

• **3.1% of the overall patients screened with the medical form received a dental referral.** Note that there may be crossover in that the patients referred from the dental form may also have been referred from the medical form. As this is not easily identified, a deeper dive into the patient's identified for referral is necessary to understand the limitation of not having a single form with both the medical and dental criteria and the referral automatically generated.

• **The Initial Health History & Physical Exam Dental Screening form does not automatically create a Task for the indicated referral to dental as it does for Intake. Only Medical's Initial Health History and Physical Exam (NCCHC) creates an automatic task for the dental referral.** Unless a separate task is created, the patient is not referred to dental and the patient's dental access to care can be affected.

• A total of 165 Priority 1 and 2 referrals from the dental screening form were made but it is unknown at this time how many tasks were created and scheduled for the patient to receive a dental sick call within their priority level timeframe. This will need further evaluation to determine how many patients referred to dental from the 14-Day Exam did or did not receive their dental sick call.

• 32 patients received an automatically task from the medical form and were scheduled for a dental sick call. It is unknown, without further research into each referred patient, if the patients were seen for their dental sick call.

• When evaluating which patient is referred as a urgent/emergent or routine, the medical form's dental referral section states, "Dental Sick Call" but does not differentiate between Emerg/Urgent and Routine referrals. Please request this area to be updated.

**Dental Monitor Recommendations**

• Update CorEMR to automate these reports. This will provide data for the dental program to identify bottlenecks in their workflow efficiency when performing internal self-audits. It will also assist in seeing if there are any barriers to access and timeliness of care.

• Update the 14 Day Exam/Health Appraisal so both forms are integrated into one form, with dental referrals automatically creating a dental task for scheduling to dental within the assigned priority level and consequently within timeframe. It is important to place the description, history, location and pain profile, at a minimum, in the form and in the task.

**Table 9C. Referrals to Dental from SICK CALL**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| # Total IP Requests for Dental care problems or concerns occurred this audit period | 359 | 390 | 379 | 315 | 279 | 240 | **1962** | See Line 237. Total number of dental requests for dental requests from Medical, Mental Health and Dental. |
| # Total Nurse Sick Calls, NP/PA Sick Calls and MD Sick Calls Completed for Dental problems/requests | 63 | 80 | 76 | 67 | 59 | 57 | **402** | Sum total of the data from dental patient requests seen in Nurse Sick Calls, NP/PA Sick Calls and MD Sick Calls. |
| % Completed Nurse Sick Calls, NP/PA Sick Calls and MD Sick Calls to Total Requests for Dental Care | 17.5% | 20.5% | 20.1% | 21.3% | 21.1% | 23.8% | **20.5%** | % Completed Nurse Sick Calls, NP/PA Sick Calls and MD Sick Calls to Total Requests for Dental Care. |
| # Dental Sick Call - Referrals to Dental - Total | 211 | 241 | 201 | 291 | 240 | 266 | **1450** | Sum total of Dental Sick Call tasks which were Referred to Dental. Conversely, Total Dental Sick Calls referred to Dental for a Dental Exam/Triage. |

**Dental Monitor Findings**

• Nurse sick calls are NOT broken down into Medical, Mental Health or Dental within CorEMR. **Therefore, one must go through the Nurse Sick Call file performing a word search to identify which tasks are for dental problems, when assessing for compliance and for linking Nurse Sick Call with the respective Dental Sick Call.**

• Only 402 or 20.5% of the 1962 incarcerated person requests for dental care received a completed NSC, NP/PA or MD Sick Call task.

• There is no audit trail indicating why a NSC, NP/PA or MD SC was not performed for each of the dental requests. There is no audit trail indicating that there may be multiple requests

**Dental Monitor Recommendations**

• Update CorEMR to automate these reports. This will provide data for the dental program to identify bottlenecks in their workflow efficiency when performing internal self-audits. It will also assist in seeing if there are any barriers to access and timeliness of care.

• Please provide the clinical staff with additional training that dental sick calls should only have a priority 1 urgent/emergent or a priority 2 routine designation for referral to dental.

• Provide continuing training to the nursing staff so only Priority 1 and

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| # Dental Sick Call - Referrals to Dental - **Priority 1** - Emerg/Urg | 0 | 51 | 54 | 77 | 72 | 75 | **329** | Sum total of Priority DL1 (emergent and urgent) referrals to Dental from Dental Sick Call (DSC) |
| # Dental Sick Call - Referrals to Dental - **Priority 2** - Routine | 175 | 188 | 144 | 214 | 166 | 189 | **1076** | Sum total of Priority DL2 (routine) referrals to Dental from Dental Sick Call (DSC) |
| # Dental Sick Call - Referrals to Dental - **Error** - Priority 3, 4, 5 | 3 | 2 | 3 | 0 | 2 | 2 | **12** | Sum total of referral errors Priority 3, 4, 5. Should be only DL1 or DL2. |
| % Dental Sick Call - Referrals to Dental - **Priority 1** - Emerg/Urg | 0.0% | 21.2% | 26.9% | 26.5% | 30.0% | 28.2% | **22.7%** | Percentage of DSC Priority DL1 referred vs overall DSC. Line 316 divided by 315. |
| % Dental Sick Call - Referrals to Dental - **Priority 2** - Routine | 82.9% | 78.0% | 71.6% | 73.5% | 69.2% | 71.1% | **74.2%** | Percentage of DSC Priority DL2 referred vs overall DSC. Line 317 divided by 315. |
| % Dental Sick Call - Referrals to Dental - **Error** - Priority 3, 4, 5 | 1.4% | 0.8% | 1.5% | 0.0% | 0.8% | 0.8% | **0.8%** | Percentage of DSC Priority referral errors vs overall DSC. Line 318 divided by 315. |
| # Dental Sick Call - Referrals to Outside - Dental Emergency | DF | DF | DF | DF | DF | DF | **DF** | Identify data from the Dental ER Send Out Log |
| Sick Call - Priority 1 - Scheduled within Timeframe | | | | | | | **See Individual Audit A.11 & A.12** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.11 and A.12 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Sick Call - Priority 1 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.11 & A.12** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.11 and A.12 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Sick Call - Priority 1 - Seen within Timeframe | | | | | | | **See Individual Audit A.11 & A.12** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.11 and A.12 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Sick Call - Priority 2 - Scheduled within Timeframe | | | | | | | **See Individual Audit A.11 & A.13** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.11 and A.13 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Sick Call - Priority 2 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.11 & A.13** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.11 and A.13 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| Sick Call - Priority 2 - Seen within Timeframe | | | | | | | **See Individual Audit A.11 & A.13** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.11 and A.13 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |

**Dental Monitor Findings (continued):**

for the same dental issue and therefore the tasks bundled. Since there is no clear ID utilized to track each incarcerated person's request for dental care to the patient's dental sick call and subsequent treatment, the completed NSC, NP and MD SC of 20.5% appears low with not all IP requests for dental care addressed. A further evaluation into this area of care is necessary to identify where the barriers to access to care are located.

• **Of the 1962 requests, there are 1450 Dental Sick Calls created, of which 329 or 22.7% were for Priority 1 Emergent/ Urgent problems and 1076 or 74.2% were for Priority 2 Routine dental problems.** 12 of the tasks were referred for a DSC with a Priority 3, 4, or 5 which may have affected their access and timeliness of care.

• There are 512 unaccounted for Dental Sick Calls from the 1962 requests. Were those duplicate requests for care? Where is the audit trail to identify that all patients receive their mandated dental care? The Implementation Plan on page 101 states that "All dental complaints are assessed, provided treatment for....". This indicates that 100% of the requests are to be "assessed, provided treatment for obvious infection and pain relief...".

**Dental Monitor Recommendations (continued):**

Priority 2 referrals for a DSC is selected so the tasks are scheduled for a DSC within the appropriate timeframe of next dental day and within 14 calendar days respectively.

• Routinely perform an internal self-audit to identify the reasons why only 402 of the 1962 requests received a NSC, NP/PA and MD Sick Call.

• Identify the audit trail for the patient's request for dental care. Per the Wellpath IP on page 101, "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." [Wellpath IP, p.101]

• Identify a workflow and audit trail for Smart Communication and CorEMR to communicate, so all requests for dental care are assessed...and seen by the RN within one day of the request..."

**Table 9D. Referrals to Dental from MD AFTER HOURS POC**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| MD - After Hours POC - Forms | DF | DF | DF | DF | DF | DF | **DF** | Identify data from the Dental ER Send Out Log for after hours Physician on Call. |
| MD - After Hours POC - Referrals to Dental - Total | DF | DF | DF | DF | DF | DF | **DF** | Identify data from the Dental ER Send Out Log for after hours Physician on Call. |
| MD - Referrals to Dental - Priority 1 - Urgent/Emerg | DF | DF | DF | DF | DF | DF | **DF** | MD - Referrals to Dental - Priority 1 - Urgent/Emerg. *Task. *Report. *Scheduled Start and End Date. *Category MD Sick Call. *Status - All except for Cancelled by System. *Choose Priority 1. *Generate. *See count per word search. |
| MD - Referrals to Dental - Priority 2 - Routine | DF | DF | DF | DF | DF | DF | **DF** | MD - Referrals to Dental - Priority 2 - Routine. *Task. *Report. *Scheduled Start and End Date. *Category MD Sick Call. *Status - All except for Cancelled by System. *Choose Priority 2. *Generate. *See count per word search. |
| MD - DL1 - Error - Giving Priority 3, 4, 5 | DF | DF | DF | DF | DF | DF | **DF** | MD - DL1 - Error - Giving Priority 3, 4, 5. *Task. *Report. *Scheduled Start and End Date. *Category MD Sick Call. *Status - All except for Cancelled by System. *Choose Priority 3, 4, 5. *Generate. *See count per word search. |
| MD - Referrals to Outside - Dental Emergency | DF | DF | DF | DF | DF | DF | **DF** | Identify data from the Dental ER Send Out Log for after hours Physician on Call. |
| MD - Priority 1 - Scheduled within Timeframe | | | | | | | **See Individual Audit A.14** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.14 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| MD - Priority 1 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.14** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.14 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| MD - Priority 1 - Seen in Dental within Timeframe | | | | | | | **See Individual Audit A.14** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.14 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| MD - Priority 2 - Scheduled within Timeframe | | | | | | | **See Individual Audit A.14** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.14 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| MD - Priority 2 - Seen in Dental as Scheduled | | | | | | | **See Individual Audit A.14** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.14 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |
| MD - Priority 2 - Seen in Dental within Timeframe | | | | | | | **See Individual Audit A.14** | There is no "system" available to track intake priority 1 and priority 2 overall compliance, therefore see section A.14 for individual patient compliance. Monterey Compliance Report not fully available from Wellpath. |

**Dental Monitor Findings**

• Deferred findings. Initial chart audit reviews identify that not all after hours Physician on Call scheduled the patient for a dental follow up with a Priority DL 1, next dental day, dental task for evaluation and follow up of the dental reason for the after hours emergency call.

**Dental Monitor Recommendations**

• Update CorEMR to automate these reports. This will provide data for the dental program to identify bottlenecks in their workflow efficiency when performing internal self-audits. It will also assist in seeing if there are any barriers to access and timeliness of care when scheduling the dental follow up visit for the next dental day, such that the Dentist can evaluate and treat if indicated, the reason for the after hours POC event.

**Table 10. Dental Priority Codes (DPC) - SEEN for TREATMENT Within Timeframe?**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| DPC - Priority 1 - Emergency - Seen Same Day | 0 | 4 | 4 | 1 | 5 | 2 | **16** | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category - Dental Treatment. *Status - Completed. *Priority 1. *Generate. See count. *Identify timeliness of care using the "Created through Completion" and count appointments completed within timeframe - Seen Same Day. |
| DPC - Priority 1 - Emergency - Not Seen Same Day | 0 | 0 | 0 | 0 | 4 | 0 | **4** | *Identify timeliness of care using the "Created through Completion" and count appointments not completed within timeframe - Not Seen Same Day. |
| DPC - Priority 1 - Emergency - Percentage Seen | 100.0% | 100.0% | 100.0% | 100.0% | 55.6% | 100.0% | **80.0%** | Percentage Seen for Dental Priority Code - Priority 1 - Emergency. Line 345 divided by Line 346. |
| DPC - Priority 2 - Urgent - Seen within 24 hours | 0 | 2 | 1 | 4 | 5 | 7 | **19** | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category - Dental Treatment. *Status - Completed. *Priority 2. *Generate. See count. *Identify timeliness of care using the "Created through Completion" and count appointments completed within timeframe - Seen within 24 hours. |
| DPC - Priority 2 - Urgent - Not Seen within 24 hours | 0 | 1 | 0 | 0 | 0 | 0 | **1** | *Identify timeliness of care using the "Created through Completion" and count appointments not completed within timeframe - Not Seen within 24 hours. |
| DPC - Priority 2 - Urgent - Percentage Seen | 100.0% | 66.7% | 100.0% | 100.0% | 100.0% | 100.0% | **95.0%** | Percentage Seen for Dental Priority Code - Priority 2 - Urgent. Line 348 divided by Line 349. |
| DPC - Priority 3 - Emergent - Seen within 30 days | 71 | 53 | 59 | 28 | 46 | 58 | **315** | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category - Dental Treatment. *Status - Completed. *Priority 3. *Generate. See count. *Identify timeliness of care using the "Created through Completion" and count appointments completed within timeframe - Seen within 30 days. |
| DPC - Priority 3 - Emergent - Not Seen within 30 days | 3 | 6 | 3 | 17 | 3 | 2 | **34** | *Identify timeliness of care using the "Created through Completion" and count appointments not completed within timeframe - Not Seen within 30 days. |
| DPC - Priority 3 - Emergent - Percentage Seen | 95.9% | 89.8% | 95.2% | 62.2% | 93.9% | 96.7% | **90.3%** | Percentage Seen for Dental Priority Code - Priority 3 - Urgent. Line 351 divided by Line 352. |
| DPC - Priority 4 - Interceptive - Seen within 60 days | 0 | 0 | 0 | 0 | 0 | 0 | **0** | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category - Dental Treatment. *Status - Completed. *Priority 4. *Generate. See count. *Identify timeliness of care using the "Created through Completion" and count appointments completed within timeframe - Seen within 60 days. |
| DPC - Priority 4 - Interceptive - Not Seen within 60 dys | 0 | 0 | 0 | 0 | 0 | 1 | **1** | *Identify timeliness of care using the "Created through Completion" and count appointments not completed within timeframe - Not Seen within 60 days. |
| DPC - Priority 4 - Interceptive - Percentage Seen | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 0.0% | **0.0%** | Percentage Seen for Dental Priority Code - Priority 4 - Interceptive. Line 354 divided by Line 355. |

**Dental Monitor Findings**

• The dentist assigns the Dental Priority Code (DPC) using Priority 1-5 for each individual dental treatment item prescribed. Tasks must be created to schedule treatment and recall frequency.

• **Wellpath agreed to create the Monterey compliance report in exchange for not having an electronic dental record system (EDRS) such as Dentrix Enterprise, already programmed for correctional dental care. Currently the DPC compliance data is not tracked by a CorEMR report. Per the Dental CAP compliance was to be tracked by the Monterey Compliance Report within the World of Wellpath (WOW). This WOW report and other areas within WOW are not made accessible to this Monitor.**

• **The Monterey Compliance Report currently does not sync with the CorEMR data and therefore is currently not accurate when reviewing compliance for the DPC and timeliness of care.**

• When calculating all the DPCs 1 through 5, the **average compliance is 82.8% or Partial Compliance** (DPC1 80.0%, DPC2 95.0%, DPC3 90.3%, DPC4 0% and DPC5 61%).

**Dental Monitor Recommendations**

• Update CorEMR to automate these reports. This will provide data to assess for bottlenecks in workflow efficiency. Make the report such that patients are not "lost in the system" if rescheduled and not reappointed.

• **The longest DPC which is 120 days identified by Dental Priority Code 5 (DPC 5) is utilized as the benchmark for patients to have all their comprehensive exam treatment completed.**

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| DPC - Priority 5 - Routine - See within 120 days | 2 | 22 | 0 | 3 | 16 | 32 | **75** | *CorEMR. *Reports. *Tasks. *Scheduled Start and End Date. *Category - Dental Treatment. *Status - Completed. *Priority 5. *Generate. See count. *Identify timeliness of care using the "Created through Completion" and count appointments completed within timeframe - Seen within 120 days. |
| DPC - Priority 5 - Routine - See within 120 days | 5 | 19 | 2 | 0 | 13 | 9 | **48** | *Identify timeliness of care using the "Created through Completion" and count appointments not completed within timeframe - Not Seen within 120 days. |
| DPC - Priority 5 - Routine - Percentage Seen | 28.6% | 53.7% | 0.0% | 100.0% | 55.2% | 78.0% | **61.0%** | Percentage Seen for Dental Priority Code - Priority 5 - Routine. Line 357 divided by Line 358. |
| Met Treatment compliance conditions | | | | | | | **425** | Sum total seen within compliance timeframe |
| Did not meet Treatment compliance conditions | | | | | | | **88** | Sum total not seen within compliance timeframe |
| Overall Treatment compliance | | | | | | | **82.8%** | Percentage Overall Treatment Compliance. Line 360 divided by Line 361. |

**Table 11. Types of Dental Exams and Treatments (Procedures) Completed per Month, Measured by MCJ Staff (not from CorEMR)**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR: |
| Exams / X-rays - Triage Exam (Dental Sick Call) | 146 | 153 | 133 | 154 | 153 | 131 | **870** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Exams / X-rays - Comp Exam (Annual) | 11 | 11 | 3 | 7 | 9 | 10 | **51** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Exams / X-rays - FMX | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Exams / X-rays - PA | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Exams / X-rays - BWX | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Exams / X-rays - Periodontal Disease Prog Exam | 18 | 17 | 7 | 3 | 0 | 12 | **57** | Not measured (NM) by CorEMR or Dental Staff. |
| Exams / X-rays - Panoramic | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Periodontics - Gross Debridement | 5 | 0 | 0 | 0 | 0 | 0 | **NM** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Periodontics - Prophy | 6 | 4 | 2 | 2 | 2 | 2 | **18** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Periodontics - SRP per quadrant | 4 | 20 | 24 | 10 | 26 | 12 | **96** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Periodontics - OHI | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Periodontics - Perio Re-Eval | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Periodontics - Perio Maintenance: 3MRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Periodontics - Perio Maintenance: 4MRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Periodontics - Perio Maintenance: 6MRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Periodontics - Perio Maintenance: 1YRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Restorative - Desensitizer Placed | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Restorative - Palliative/ Temporary | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Restorative - Amalgam Filling | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Restorative - Composite Filling | 17 | 18 | 27 | 40 | 4 | 26 | **132** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Restorative - Stainless Steel Crown | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Restorative - Re-cement | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Restorative - Occlusal Adjustment | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Endodontics - Pulp Cap - Indirect | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Endodontics - Pulp Cap - Direct | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Endodontics - Pulpal debridement (Anterior teeth) | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Endodontics - Endo-RCT (Anterior) | 0 | 0 | 0 | 0 | 0 | 0 | **0** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Oral Surgery (OS) - Extractions - All | 60 | 61 | 51 | 80 | 34 | 36 | **322** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Oral Surgery (OS) - Extractions - Simple | NM | NM | NM | NM | NM | NM | **NM** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See |
| Oral Surgery (OS) - Extractions - Surgical | NM | NM | NM | NM | NM | NM | **NM** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See |
| Oral Surgery (OS) - Partial Bony Extraction | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Oral Surgery (OS) - Full Bony Extraction | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Oral Surgery (OS) - I & D | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Oral Surgery (OS) - Open & Med | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Oral Surgery (OS) - Dry Socket Treatment | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Oral Surgery (OS) - Post op | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Prosthodontics - Pre-prosthetic Surgery | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Prosthodontics - Denture Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | **0** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Prosthodontics - Denture Other | 0 | 0 | 0 | 0 | 0 | 0 | **0** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Orthodontics - Ortho Bands/Brackets Removed | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Orthodontics - Ortho Wax | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Orthodontics - Ortho Other | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Emergency Outside Hospital | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Physician/ Medical | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Oral Surgeon | 11 | 10 | 13 | 6 | 7 | 6 | **53** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Referral - Orthodontist | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Endodontist | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Prosthodontist/Full Denture(s) | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Prosthodontist/Partial Denture(s) | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Western Dental/Outside Dentist | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Referral - Other | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - No Tx Prescribed | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Prescription Only | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Tx to be done when released | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Not Completed/ Rescheduled | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Not completed/ Refused Chairside | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Not completed/ Refused Cellside | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Refusal Concludes Appointment Reason | 51 | 49 | 41 | 51 | 48 | 61 | **301** | These metrics are measured "by hand" by the Dental Staff. Not always same data as what is pulled from CorEMR. See monthly Dental Subcommittee meeting minutes. |
| Other - Episodic Tx Completed | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |

**Dental Monitor Findings**

• These metrics are the general types of dental procedures and tasks seen on a dental route slip when identifying what dental care is completed during a dental appointment/dental visit.

• The dental staff gather this clinical information, to produce it for the monthly Dental Subcommittee meeting.

**• There are discrepancies within the staff data collection for the same category. For example, in the Refusal data written in the CFMG October minutes (discussing September data) on page 84 (total refusals) vs page 85 (total refusals broken down into in-office and cell-side refusals). On line 27 of this spreadsheet taken from CorEMR data, for the combined in office and cell-side refusals, all the data is not the same.**

| Refusals | April | May | June | July | Aug | Sept |
|---|---|---|---|---|---|---|
| CorEMR/Line 27 | 53 | 56 | 48 | 41 | 52 | 61 |
| Staff P.84 | 51 | 49 | 41 | 51 | 48 | 61 |
| Staff p.85 | 56 | 49 | 52 | 40 | 46 | 51 |

• The data itself strengthens the concern of data variability. Across April–September, none of the six months has all three refusal totals in agreement. The six-month totals are 311 in CorEMR, 301 on staff data collection on page 84, and 294 on staff data collection page 85—**so this is a reproducibility/data-governance issue, not merely a single transcription error.**

**• Therefore, without accurate, transparent, viable, repeatable, timely data, decisions affecting the dental program cannot be made with complete assurance.**

• As mentioned in previous reports, CorEMR is not an electronic dental record system (EDRS) where clinical and data integrity considerations are built into their reporting capability. An EDRS such as Dentrix Enterprise updated for correctional facilities provide a substantially stronger technical architecture for accurate, standardized, reproducible dental clinical data, because the information is captured within dental-specific clinical workflows rather than retrospectively derived from generalized dental and medical forms.

**Dental Monitor Recommendations**

• Update CorEMR to automate these reports. This will provide data to assess for bottlenecks in workflow efficiency.

• Compare and determine where the discrepancy is located between what the staff tracks and where the data is different when reported within CorEMR. Identify why these data points are different and where improvements in the data collection can occur.

• Review this list of core dental treatments, referral types and next visit appointments with the CDO to see which can be feasibly tracked in CorEMR.

• Identify the data differences within CorEMR and create action items to address any barriers to access, timeliness and quality of dental care.

**• Data discrepancies should be observed and identified from internal self audits and without oversight to substantiate self-governance practices. Review the data from CorEMR vs from the staff data collection before the Dental Subcommittee accepts another monthly report, with each metric reviewed and reconciled with the data from CorEMR, so a concrete corrective action plan is created by dental management to show a pathway of data integrity.**

| | | | | | | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| Other - Comp Tx Plan Completed | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Follow Up | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - Other | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Other - N/A | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Triage to be done NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Comp exam to be done NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Treatment to be done NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Continue ACE Tx Plan NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Post op NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Follow Up NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Per Patient Request NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Return from Specialist NV | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Perio Maintenance:3MRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Perio Maintenance:4MRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Perio Maintenance:6MRC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |
| Next Visit - Perio Maintenance:1Yr RC | NM | NM | NM | NM | NM | NM | **NM** | Not measured (NM) by CorEMR or Dental Staff. |

**Table 12. Grievances**

| | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | TOTAL Audit #14 | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Data from Implementation Specialist, HSA, Operations Specialist and CDO as well as reviewing in CorEMR and Smart |
| Grievances including Medical, MH and Dental | 154 | 214 | 203 | 174 | 107 | 114 | **966** | No access is granted this Monitor directly to Smart Communication (formerly Intelmate and ViaPath), the Operations Specialist provides this file for evaluation. |
| Crossover Dental within Medical Grievances | DF | DF | DF | DF | DF | DF | **DF** | No access is granted this Monitor directly to Smart Communication (formerly Intelmate and ViaPath), the Operations Specialist provides this file for evaluation. |
| Dental Grievances (based on keyword matches) | 19 | 36 | 29 | 22 | 10 | 15 | **131** | Total dental grievances (based on keyword search/match) within all grievances submitted for Medical and Dental. |
| Total Dental Grievances | 19 | 36 | 29 | 22 | 10 | 15 | **131** | Total dental grievances (based on keyword search/match) within all grievances submitted for Medical and Dental. |
| % Dental to Overall Grievances | 12.3% | 16.8% | 14.3% | 12.6% | 9.3% | 13.2% | **13.6%** | Percentage of dental grievances from Medical and Dental. |
| Dental Grievances addressed (Read) and seen by the RN per the IP within 24 hours | DF | DF | DF | DF | DF | DF | **DF** | Dental Grievances addressed (Read) and seen by the RN per the IP within 24 hours |
| Dental Grievances **not** addressed (Read) nor seen by the RN per the IP within 24 hours | DF | DF | DF | DF | DF | DF | **DF** | Dental Grievances **not** addressed (Read) nor seen by the RN per the IP within 24 hours |
| % Dental Grievances addressed within 24 hrs | DF | DF | DF | DF | DF | DF | **DF** | % Dental Grievances addressed within 24 hrs |
| % Dental Grievances **NOT** addressed within 24 hrs | DF | DF | DF | DF | DF | DF | **DF** | % Dental Grievances **NOT** addressed within 24 hrs |

**Dental Monitor Findings**

• Intelmate, now Smart Communications maintains the grievances as it also does the incarcerated person requests for dental care.

• According to the CQI for Grievances for September 2025 recorded in the monthly Dental Subcommittee meeting, **the CQI states there are 53 dental grievances from April to September 2025. This differs from 131 grievances located from performing a word search within the Smart Communication file.** This discrepancy must be examined more closely to determine where and why the difference in statistics occurs.

• Grievances are not always identified solely as dental, although there is a drop down menu identifying dental grievances. Sometimes however, grievances are found within a medical grievance. To track these, the grievance file requires word searches such as pain, toothache, gums, teeth, jaw, dental to locate all of the grievances and quantify them. **Anything written in Spanish or misspelled will not necessarily get caught by this method of searching for data.**

• "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." (Wellpath IP, p. 101)

• **Dental accounts for 13.6% of the total grievances filed during this audit tour.** Historically, dental grievances account for approximately 10% to 13% of overall grievances.

**Dental Monitor Recommendations**

• Identify dental grievances in ViaPath/Intelmate so they can be tracked more easily, not using heuristics (word searches) but with a definitive dental category and a protocol to address dental grievances located in other categories., i.e., medical. Those which have both dental and medical grievances together should be tracked as well to make sure all dental grievances are addressed.

• Link the grievances to CorEMR or write a chart or clinical note indicating the grievance and how it is resolved and that the patient is scheduled. One cannot see that a grievance is filed within Smart Communication as it is in a separate system from CorEMR and therefore, there is no audit trail to show continuity of care in regards to grievance resolution.

• Continue to address the incarcerated patient's dental grievances within 24 hours of being submitted per the Wellpath IP, p. 101.

| | | | | | | |
|---|---|---|---|---|---|---|
| Housekeeping | Counters appear clean | D.1.1A | Clinic Audit | 12/02/25 | SC | N |
| Housekeeping | Floors appear clean | D.1.2A | Clinic Audit | 12/02/25 | SC | N |
| Housekeeping | Sinks appear clean | D.1.3A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Housekeeping | Food/Personal Items (Staff aware no food storage, eating, drinking, applying cosmetics or handling contact lenses in occupational exposure areas) | D.1.4A | Clinic Audit | 12/02/25 | SC | P |
| Housekeeping | Clinical areas free of clutter, well organized, with good computer cable hygiene | D.1.5A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Separate container for non-infectious (general) waste in place | D.1.6A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Biohazard Waste containers have lids | D.1.7A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Biohazard Waste containers labeled (Top and all 4 sides, so as to be visible from any lateral direction) | D.1.8A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Biohazard Waste containers lined with Red Bag | D.1.9A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Biohazard Waste Red Bag removed regularly based on clinic need | D.1.10A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Chemical Spill Kit in place (Staff aware of location) | D.1.11A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Mercury Spill Kit in place (Staff aware of location) | D.1.12A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Eyewash Station in good working order connected to tepid water 60 - 100 degrees Fahrenheit per ANSI requirements. | D.1.13A | Clinic Audit | 12/02/25 | PC | P |
| Biohazard Waste/ Haz Mat Procedures | Sharps container (Approved type) | D.1.14A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Sharps container (Located as close as feasible to area where disposable item used) | D.1.15A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Sharps container (Mounted securely; not easily accessible to patients) | D.1.16A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Sharps container (No more than 3/4 full before container is removed) | D.1.17A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Pharmaceutical Waste container in place and labeled for Incineration Only | D.1.18A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Pharmaceutical Waste container labeled with accumulation start date - expires 275 calendar days from initial date of use or when 3/4 full | D.1.19A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Commercial amalgam disposal/recycling container in place (for all amalgam) | D.1.20A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Flammable Hazardous Materials (Inventoried and stored in fireproof locked cabinet) | D.1.21A | Clinic Audit | 12/02/25 | PC | P |

| | | | | | | |
|---|---|---|---|---|---|---|
| Biohazard Waste/ Haz Mat Procedures | Amalgam Separator filter date of installation posted | D.1.22A | Clinic Audit | 12/02/25 | SC | N |
| Biohazard Waste/ Haz Mat Procedures | Amalgam Separator filter (Checked weekly and documented in housekeeping log) | D.1.23A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sterilization & Equipment | Handpieces cleaned and lubricated prior to sterilization | D.1.24A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Ultrasonic Unit tested monthly with aluminum foil (Used to clean contaminated instruments prior to sterilization) | D.1.25A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sterilization & Equipment | Sterilization Clean and Dirty Areas (Demarcations clearly marked) | D.1.26A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Staff places appropriate amount of instruments in sterilization pouch (Not overfilled) | D.1.27A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Sterilized dental instruments (Bags/Pouches intact) | D.1.28A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Sterilized dental instruments (Bags/Pouches legibly labeled with sterilizer ID#, sterilization date and operator's initials) | D.1.29A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Unsterilized instruments ready for sterilization and prepackaged if stored overnight | D.1.30A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sterilization & Equipment | Amalgamator (Safety cover in place with no cracks/damage) | D.1.31A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Dental Lab Lathe/Model Trimmer (Securely mounted in separate lab, away from Sterilizer. Eye protection available.) | D.1.32A | Clinic Audit | 12/02/25 | NA | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sterilization & Equipment | Dental Lab Burs / Rag Wheels (Changed after each patient, sterilized after use, stored in Bags / Pouches) | D.1.33A | Clinic Audit | 12/02/25 | NA | N |
| Sterilization & Equipment | Pumice Pans (Pumice and disposable plaster liner changed after each patient.) | D.1.34A | Clinic Audit | 12/02/25 | NA | NA |
| Sterilization & Equipment | Water Lines (Flushed at least 2 minutes at beginning and end of each shift) | D.1.35A | Clinic Audit | 12/02/25 | SC | N |
| Sterilization & Equipment | Water Lines (Flushed a minimum of 30 seconds between patients) | D.1.36A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sterilization & Equipment | Water Lines (Cleaned and maintained according to manufacturer's recommendations) | D.1.37A | Clinic Audit | 12/02/25 | PC | N |
| Sterilization & Equipment | Vacuum System (Manufacturer's recommendations followed for cleaning, disinfection and maintenance) | D.1.38A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | Emergency #'s (Prominently posted near telephone in clinic) | D.1.39A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Emergency Procedures | Evacuation Plan (Prominently posted in clinic) | D.1.40A | Clinic Audit | 12/02/25 | PC | N |
| Emergency Procedures | Fire Extinguishers (All staff aware of location) | D.1.41A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | Emergency Medical Response protocol in place (Proof of practice of annual EMR training and annual EMR dental drill) | D.1.42A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | Emergency Kit (Zip tied) Drugs current and Staff aware of location | D.1.43A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | Oxygen tanks, masks, tubes and keys present | D.1.44A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Emergency Procedures | Oxygen tank charged (Dentist monthly review documented on inventory sheet attached to outside of Emergency Kit) | D.1.45A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | Ambu-Bag (Bag-valve-mask) Latex free; present and in working order | D.1.46A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | One-way pocket mask Latex free; present and in working order | D.1.47A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | Blood pressure cuff & Stethoscope or Blood Pressure machine Latex free; present and in working order | D.1.48A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | AED Accessible (staff aware of location) | D.1.49A | Clinic Audit | 12/02/25 | SC | N |
| Emergency Procedures | AED in working order and pads / batteries are current / not expired | D.1.50A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Safety | Dental Board Regulations on Infection Control posted | D.1.51A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Sterile Water Unopened/unexpired containers (Used for invasive oral surgical procedures) | D.1.52A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Hand Hygiene (Observed staff) | D.1.53A | Clinic Audit | 12/02/25 | SC | N |
| Safety | PPE (Worn and correctly disposed of; observed staff) | D.1.54A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Barriers used to cover environmental surfaces replaced between patients | D.1.55A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Safety | Saliva Ejector (Staff aware that patients MUST NOT close lips around tip to evacuate oral fluids) | D.1.56A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Radiation Safety Program in place/Dosimeter results available and within normal limits / Dental radiographic unit inspection date posted. | D.1.57A | Clinic Audit | 12/02/25 | SC | P |
| Safety | Caution X-ray Sign (Placed where all permanent radiographic equipment installed) | D.1.58A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Lead Shields (Thyroid collar, hanging, free from tears or holes inspected regularly) | D.1.59A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Safety | Is an area dosimeter posted no more than 6 ft from source of beam? | D.1.60A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Dental staff wearing dosimeters at chest level or higher (first year of monitoring, newly installed or moved x-ray equipment) | D.1.61A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Dosimeter Badge (For pregnant staff working within the vicinity of radiographic equipment) | D.1.62A | Clinic Audit | 12/02/25 | NA | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Safety | Material Dates (Check expiration dates) | D.1.63A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Dental Impression Materials / Waxes (Stored in secured location) | D.1.64A | Clinic Audit | 12/02/25 | SC | N |
| Safety | Gloves available in sizes per staff needs. | D.1.65A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinic Admin and Logs | Spore Test Log Weekly Testing | D.1.66A | Clinic Audit | 12/02/25 | SC | P |

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinic Admin and Logs | Housekeeping Log Up-to-Date | D.1.67A | Clinic Audit | 12/02/25 | SC | P |
| Clinic Admin and Logs | Eyewash Log Up-to-Date | D.1.68A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Tool Control Log (Complete entries) | D.1.69A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinic Admin and Logs | Pharmaceutical Log (Complete entries) | D.1.70A | Clinic Audit | 12/02/25 | NA | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinic Admin and Logs | SDS Binder (Accessible and current for materials used in clinic) | D.1.71A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Dentist on Call posted | D.1.72A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Radiographic Certificate, Rules and Regulations posted | D.1.73A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Annual Training (Infection Control, Radiation Safety, Oxygen Use, Hazmat and SDS) | D.1.74A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinic Admin and Logs | Staff aware of equipment repair protocol? | D.1.75A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Respiratory Protection Plan in place (Fit testing records for N95 masks or PAPRs available for staff) | D.1.76A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Injury Log and IIPP (Injury, Illness Protection Plan) in place for MCJ. | D.1.77A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Injury Log and IIPP (Injury, Illness Protection Plan) in place specifically for Dental Department. | D.1.78A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Sharps injury log for Dental and other employee exposure events is maintained according to state and federal requirements? | D.1.79A | Clinic Audit | 12/02/25 | SC | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinic Admin and Logs | Post injury protocol in place? | D.1.80A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Written infection prevention policies and procedures available, current & based on evidence-based guidelines? | D.1.81A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Did employees receive job or specific training on infection prevention policies and procedures and the OSHA blood borne pathogens standard? | D.1.82A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Facility has an exposure control plan that is tailored to specific requirements of the facility? | D.1.83A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Personal Protective Equipment (PPE) and other supplies necessary for adherence to Standard Precautions are readily available? | D.1.84A | Clinic Audit | 12/02/25 | SC | N |
| Clinic Admin and Logs | Postings per Regulatory Compliance | D.1.85A | Clinic Audit | 12/02/25 | SC | N |

| | |
|---|---|
| A.11.1<br>• Smart Communications is the newest system utilized by MCJ to manage dental sick call requests and grievances. In the files provided by Wellpath, there is limited identification of the dental request being always segregated into a dental category versus a medical or mental health request for health care services. A dental-specific dropdown menu existed previously and it does not appear to always be used to identify a dental sick call request. There is a specific ID created for each health care request. Also, if a request for dental care is made within a medical request, then Smart Communication does not automatically separate the requests.<br>• Although a reference ID is attached to each incarcerated person requests for dental care for a specific issue requested in Smart Communication, **CorEMR does not have the integration with the Smart Communication software and therefore, there currently is no way to track and automatically generate a report to confirm that the patient who submitted a dental sick call request is screened by the RN, an audit trail with the completion of the Nurse Sick Call and referral to dental is seen by the dentist within timeframe.**<br>• There is no specific LOP for the mandate that:<br>"All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist. [Wellpath's IP, p. 101].<br>• In the absence of a dental specific dropdown menu, or when a dental request is bundled within a medical or mental health request and dental service requests are not readily available, dental requests must be identified through keyword search within the file. **This heuristic approach introduces a risk of incomplete capture, as misspellings or variations in terminology may result in dental requests not being identified or addressed. This is noncompliance with the mandates of the Implementation Plan.**<br><br>A.11.2<br>• There is no established Policy and Procedure, including a Local Operating Procedure (LOP), to track dental sick call requests. Per the Implementation Plan, patients submitting dental sick call requests are to be evaluated by nursing within one day of the request and scheduled with a dental provider per the assigned dental priority.<br>• In the absence of a formalized tracking process, a score of noncompliance with the requirements of the Implementation Plan and Settlement Agreement as it relates to the dental sick call requests cannot be reliably monitored nor ensured for self-governance. | A.11.1<br>• Reinstate and standardize the use of a dental-specific dropdown menu within the system to ensure consistent and accurate identification of dental sick call requests.<br>• Configure reporting to rely on structured data fields (e.g., dropdown selections) rather than keyword searches to improve reliability and completeness.<br>• Where keyword searches remain necessary, expand search parameters to include common variations and misspellings; however, this should be considered a secondary control rather than a primary method of identification.<br><br>A.11.2<br>• Develop and implement a Policy and Procedure, including an LOP, to standardize the tracking and management of dental sick call requests.<br>• Establish a defined workflow to ensure all dental sick call requests are triaged and seen by nursing within one day of submission, and appropriately referred and scheduled with a dental provider.<br>• Implement a tracking mechanism within the system to monitor timeliness and completion of dental sick call requests, to support ongoing compliance reporting.<br>• Train staff on the established process to ensure consistent adherence and accountability.<br><br>A.11.3<br>• Establish a standardized process to capture and document the Smart Communication Case ID within CorEMR to enable tracking across the continuum of care.<br>• Explore system integration or interfacing solutions between Smart Communication and CorEMR to support automated data exchange and reduce manual tracking gaps.<br>• Implement a tracking workflow within CorEMR to link dental requests from initial submission through nursing evaluation, dental triage, diagnosis, and treatment.<br>• Train staff on consistent documentation and use of Case IDs to ensure continuity, traceability, and compliance monitoring. |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2407699 | | | | | | | | | | | | | | |
| 200740 | 0 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | |
| 2404006 | 0 | 24 | 24 | 28 | 29 | 27 | 23 | 25 | 22 | 30 | 28 | 31 | 27 | **318** Unique Chart Counts |
| 2409296 | 0 | | | | | | | | | | | | | |
| 2504269 | 0 | | | | | | | | | | | | | |
| 2504402 | 0 | | | | | | | | | | | | | |
| 2503328 | 0 | | | | | | | | | | | | | |

Class Case Reviews Above

COMPLCONV

| | | |
|---|---|---|
| SC | 100.0% | 86.0% |
| PC | 85.0% | 75.0% |
| NC | 74.0% | 0.0% |

Section D1 - Spore Test Override

Section D2 - Spore Test Override

Y

N

53.3%

0 (No spore test 53.3%)

Measurement Classes

| Class | Name | Sample Count | Cat Count | Q Count |
|---|---|---|---|---|
| A | Access Data | 10 | 20 | 77 |
| B | Timeliness Data | 10 | 10 | 45 |
| C | Quality Data | 10 | 13 | 9 |
| D | Infection Control Data | 10 | 2 | 170 |
| E | Dental Program Data | 10 | 17 | 49 |
| F | Case Reviews Data | 10 | 1 | 0 |

Measurement Categories

| Class | Cat | Name | Question Count |
|---|---|---|---|
| A | A.1 | Access to Care Audit Tool Data - Certified Language Interpreter/Translator Services | 6 |
| A | A.2 | Access to Care Audit Tool Data - Oral Hygiene Supplies | 6 |
| A | A.3 | Access to Care Audit Tool Data - Oral Hygiene Instruction/Education | 4 |
| A | A.4 | Access to Care Audit Tool Data - Inmate Handbook | 8 |
| A | A.5 | Access to Care Audit Tool Data - Intake Form | 3 |
| A | A.6 | Access to Care Audit Tool Data - Intake - Urgent/Emergent Dental Level 1 | 4 |
| A | A.7 | Access to Care Audit Tool Data - Intake - Routine Dental Level 2 | 4 |
| A | A.8 | Access to Care Audit Tool Data - 14-Day Exam (Health Appraisal) Form | 4 |
| A | A.9 | Access to Care Audit Tool Data - 14-Day Exam - Urgent/Emergent Dental Level 1 | 4 |
| A | A.10 | Access to Care Audit Tool Data - 14-Day Exam - Routine Dental Level 2 | 4 |
| A | A.11 | Access to Care Audit Tool Data - Dental Sick Call Requests | 5 |
| A | A.12 | Access to Care Audit Tool Data - Dental Sick Call - Urgent/Emergent DL1 | 4 |
| A | A.13 | Access to Care Audit Tool Data - Dental Sick Call - Routine DL2 | 4 |
| A | A.14 | Access to Care Audit Tool Data - Physician on Call (POC) | 2 |
| A | A.15 | Access to Care Audit Tool Data - Referred to Outside Specialist/Specialty Care | 4 |
| A | A.16 | Access to Care Audit Tool Data - Chronic Care | 5 |
| A | A.17 | Access to Care Audit Tool Data - Comprehensive Dental Examination | 2 |
| A | A.18 | Access to Care Audit Tool Data - Periodontal Disease Program | 2 |
| A | A.19 | Access to Care Audit Tool Data - Refusals and Refusal Form | 1 |
| A | A.20 | Access to Care Audit Tool Data - Grievances | 1 |
| B | B.1 | Timeliness of Care Audit Tool Data - Dental Level Priority 1 - Urgent/Emergent - Seen Within Timeframe? | 8 |
| B | B.1A | Timeliness of Care Audit Tool Data - Dental Level Priority 2 - Routine - Seen Within Timeframe? | 8 |
| B | B.2 | Timeliness of Care Audit Tool Data - Dental Priority Code (DPC) - Priority 1 thru 5 | 10 |
| B | B.3 | Timeliness of Care Audit Tool Data - Chronic Care | 5 |
| B | B.4 | Timeliness of Care Audit Tool Data - Comprehensive Dental Care | 2 |
| B | B.5 | Timeliness of Care Audit Tool Data - Periodontal Disease Program | 3 |
| B | B.6 | Timeliness of Care Audit Tool Data - Refusals | 2 |
| B | B.7 | Timeliness of Care Audit Tool Data - Reschedules | 3 |
| B | B.8 | Timeliness of Care Audit Tool Data - Cancelled by Staff | 2 |
| B | B.9 | Timeliness of Care Audit Tool Data - Custody | 2 |
| C | C.1 | Quality of Care Audit Tool Data - Dental Triage | 8 |
| C | C.2 | Quality of Care Audit Tool Data - Comprehensive Dental Care | 8 |
| C | C.3 | Quality of Care Audit Tool Data - Chronic Care - HIV | 8 |
| C | C.4 | Quality of Care Audit Tool Data - Chronic Care - Seizures | 8 |
| C | C.5 | Quality of Care Audit Tool Data - Chronic Care - Diabetes | 8 |
| C | C.6 | Quality of Care Audit Tool Data - Chronic Care - Pregnancy | 8 |
| C | C.7 | Quality of Care Audit Tool Data - Chronic Care - Still | 8 |
| C | C.8 | Quality of Care Audit Tool Data - Periodontal Treatment | 8 |
| C | C.9 | Quality of Care Audit Tool Data - Restorative and Palliative Care | 8 |
| C | C.10 | Quality of Care Audit Tool Data - Extractions / Oral Surgery | 8 |
| C | C.11 | Quality of Care Audit Tool Data - Endodontics (Root Canal Treatment) | 8 |
| C | C.12 | Quality of Care Audit Tool Data - Prosthodontics | 4 |
| C | C.13 | Quality of Care Audit Tool Data - Progress Notes | 1 |
| D | D.1 | Clinic 1: Infection Control / Regulatory Compliance Audit Tool Data - Summary Table of Compliance - Facility Dental Audit Tool -- (Protective Orc | 85 |
| D | D.2 | Clinic 2: Infection Control / Regulatory Compliance Audit Tool Data - Summary Table of Compliance - Facility Dental Audit Tool -- (Protective Orc | 85 |
| E | E.1 | Dental Program Management Audit Tool Data - Chief Dental Officer Corporate and Local Management | 3 |
| E | E.2 | Dental Program Management Audit Tool - Dashboard & Documented Qualitative Self Review Process | 3 |
| E | E.3 | Dental Program Management Audit Tool - Electronic Dental Record System (EDRS) | 3 |
| E | E.4 | Dental Program Management Audit Tool - Digital X-Rays | 3 |
| E | E.5 | Dental Program Management Audit Tool - Panoramic X-Ray Unit | 3 |
| E | E.6 | Dental Program Management Audit Tool - Equipment and Supplies | 3 |
| E | E.7 | Dental Program Management Audit Tool - Nurse Training by DON HSA and Dentist | 5 |
| E | E.8 | Dental Program Management Audit Tool - Staffing and Staffing Analysis -- Clinical and Administrative | 4 |
| E | E.9 | Dental Program Management Audit Tool - Staffing -- Illness and Injury Prevention Plan (IIPP) | 4 |
| E | E.10 | Dental Program Management Audit Tool - Policies and Procedures Including Dental Corporate and Local | 1 |
| E | E.11 | Dental Program Management Audit Tool - Licenses Credentialing CURES & Job Performance | 3 |
| E | E.12 | Dental Program Management Audit Tool - OSHA Review and Infection Control Training | 1 |
| E | E.13 | Dental Program Management Audit Tool - Hepatitis B Vaccination Record | 2 |
| E | E.14 | Dental Program Management Audit Tool - Pharmacy & Medication Management | 4 |
| E | E.15 | Dental Program Management Audit Tool - Peer Review | 2 |
| E | E.16 | Dental Program Management Audit Tool - Monthly Dental Subcommittee | 3 |
| E | E.17 | Dental Program Management Audit Tool - Quality Assurance (QA) | 2 |
| F | F | Case Reviews Audit Tool | 0 |

Charts

| Index | Chart | Start Column |
|---|---|---|
| 0 | Unhide All | |
| 1 | Chart01 | 21 |
| 2 | Chart02 | 30 |
| 3 | Chart03 | 39 |
| 4 | Chart04 | 48 |
| 5 | Chart05 | 57 |
| 6 | Chart06 | 66 |
| 7 | Chart07 | 75 |
| 8 | Chart08 | 84 |
| 9 | Chart09 | 93 |
| 10 | Chart10 | 102 |
| 11 | Chart11 | 111 |
| 12 | Chart12 | 120 |
| 13 | Chart13 | 129 |
| 14 | Chart14 | 138 |
| 15 | Chart15 | 147 |
| 16 | Chart16 | 156 |
| 17 | Chart17 | 165 |
| 18 | Chart18 | 174 |
| 19 | Chart19 | 183 |
| 20 | Chart20 | 192 |
| 21 | Chart21 | 201 |
| 22 | Chart22 | 210 |
| 23 | Chart23 | 219 |
| 24 | Chart24 | 228 |
| 25 | Chart25 | 237 |
| 26 | Chart26 | 246 |
| 27 | Chart27 | 255 |
| 28 | Chart28 | 264 |
| 29 | Chart29 | 273 |
| 30 | Chart30 | 282 |
| 31 | Chart31 | 291 |
| 32 | Chart32 | 300 |
| 33 | Chart33 | 309 |
| 34 | Chart34 | 318 |
| 35 | Chart35 | 327 |
| 36 | Chart36 | 336 |
| 37 | Chart37 | 345 |
| 38 | Chart38 | 354 |
| 39 | Chart39 | 363 |
| 40 | Chart40 | 372 |
| 41 | Chart41 | 381 |
| 42 | Chart42 | 390 |
| 43 | Chart43 | 399 |
| 44 | Chart44 | 408 |
| 45 | Chart45 | 417 |
| 46 | Chart46 | 426 |
| 47 | Chart47 | 435 |
| 48 | Chart48 | 444 |
| 49 | Chart49 | 453 |
| 50 | Chart50 | 462 |
| 51 | Chart51 | 471 |
| 52 | Chart52 | 480 |
| 53 | Chart53 | 489 |
| 54 | Chart54 | 498 |
| 55 | Chart55 | 507 |
| 56 | Chart56 | 516 |
| 57 | Chart57 | 525 |
| 58 | Chart58 | 534 |
| 59 | Chart59 | 543 |
| 60 | Chart60 | 552 |
| 61 | Chart61 | 561 |
| 62 | Chart62 | 570 |
| 63 | Chart63 | 579 |
| 64 | Chart64 | 588 |
| 65 | Chart65 | 597 |
| 66 | Chart66 | 606 |
| 67 | Chart67 | 615 |
| 68 | Chart68 | 624 |
| 69 | Chart69 | 633 |
| 70 | Chart70 | 642 |
| 71 | Chart71 | 651 |
| 72 | Chart72 | 660 |
| 73 | Chart73 | 669 |
| 74 | Chart74 | 678 |
| 75 | Chart75 | 687 |
| 76 | Chart76 | 696 |
| 77 | Chart77 | 705 |
| 78 | Chart78 | 714 |
| 79 | Chart79 | 723 |
| 80 | Chart80 | 732 |
| 81 | Chart81 | 741 |
| 82 | Chart82 | 750 |
| 83 | Chart83 | 759 |
| 84 | Chart84 | 768 |
| 85 | Chart85 | 777 |
| 86 | Chart86 | 786 |
| 87 | Chart87 | 795 |
| 88 | Chart88 | 804 |
| 89 | Chart89 | 813 |
| 90 | Chart90 | 822 |
| 91 | Chart91 | 831 |
| 92 | Chart92 | 840 |
| 93 | Chart93 | 849 |
| 94 | Chart94 | 858 |
| 95 | Chart95 | 867 |
| 96 | Chart96 | 876 |
| 97 | Chart97 | 885 |
| 98 | Chart98 | 894 |
| 99 | Chart99 | 903 |
| 100 | Chart100 | 912 |

HarmToPatient

| Harm Code | Descr |
|---|---|
| Y | Yes |
| N | No |
| P | Potential |
| NA | Not Applicable |

Grade

| Grade Code | Descr |
|---|---|
| | |
| SC | Substantial Compliance |
| PC | Partial Compliance |
| NC | Non-compliance |
| NA | Not Applicable |
| DF | Deferred Finding |
| NM | Non Measured by Staff |

OwnerTypes

| Type | Report Text |
|---|---|
| Both | All Charts |
| Monitor | Monitor Only |
| Jail | Jail Only |
| Unused | do not use |

CaseOwner

| Case No | Owner |
|---|---|
| 1 | Both |
| 2 | Monitor |
| 3 | Jail |
| 4 | Monitor |
| 5 | Jail |
| 6 | Monitor |
| 7 | Jail |
| 8 | Monitor |
| 9 | Jail |
| 10 | Monitor |
| 11 | Jail |
| 12 | Monitor |
| 13 | Jail |
| 14 | unused |
| 15 | unused |
| 16 | unused |
| 17 | unused |
| 18 | unused |
| 19 | unused |
| 20 | unused |
| 21 | unused |
| 22 | unused |
| 23 | unused |
| 24 | unused |
| 25 | unused |
| 26 | unused |
| 27 | unused |
| 28 | unused |
| 29 | unused |
| 30 | unused |
| 31 | unused |
| 32 | unused |
| 33 | unused |
| 34 | unused |
| 35 | unused |
| 36 | unused |
| 37 | unused |
| 38 | unused |
| 39 | unused |
| 40 | unused |
| 41 | unused |
| 42 | unused |
| 43 | unused |
| 44 | unused |
| 45 | unused |
| 46 | unused |
| 47 | unused |
| 48 | unused |
| 49 | unused |
| 50 | unused |
| 51 | unused |
| 52 | unused |
| 53 | unused |
| 54 | unused |
| 55 | unused |
| 56 | unused |
| 57 | unused |
| 58 | unused |
| 59 | unused |
| 60 | unused |
| 61 | unused |
| 62 | unused |
| 63 | unused |
| 64 | unused |
| 65 | unused |
| 66 | unused |
| 67 | unused |
| 68 | unused |
| 69 | unused |
| 70 | unused |
| 71 | unused |
| 72 | unused |
| 73 | unused |
| 74 | unused |
| 75 | unused |
| 76 | unused |
| 77 | unused |
| 78 | unused |
| 79 | unused |
| 80 | unused |
| 81 | unused |
| 82 | unused |
| 83 | unused |
| 84 | unused |
| 85 | unused |
| 86 | unused |
| 87 | unused |
| 88 | unused |
| 89 | unused |
| 90 | unused |
| 91 | unused |
| 92 | unused |
| 93 | unused |
| 94 | unused |
| 95 | unused |
| 96 | unused |
| 97 | unused |
| 98 | unused |
| 99 | unused |
| 100 | unused |

AuditType

| Audit Type | Count | Descr | Max Charts |
|---|---|---|---|
| Chart Audit | 162 | | 00 |
| Chart Audit & Interview | 0 | | |
| Chart Test | 0 | | |
| Clinic Audit | 170 | | |
| System | 102 | | 1 |
| System & Chart Audit | 0 | | |
| System & Interview | 0 | | |

SampleCode

| Index | Sample Code |
|---|---|
| 1 | A |
| 2 | B |
| 3 | C |
| 4 | D |
| 5 | E |
| 6 | F |
| 7 | G |
| 8 | H |
| 9 | I |
| 10 | J |
| 11 | K |
| 12 | L |
| 13 | M |
| 14 | N |
| 15 | O |
| 16 | P |
| 17 | Q |
| 18 | R |
| 19 | S |
| 20 | T |
| 21 | U |
| 22 | V |
| 23 | W |
| 24 | X |
| 25 | Y |
| 26 | Z |
| 27 | AA |
| 28 | AB |
| 29 | AC |
| 30 | AD |
| 31 | AE |
| 32 | AF |
| 33 | AG |
| 34 | AH |
| 35 | AI |
| 36 | AJ |
| 37 | AK |
| 38 | AL |
| 39 | AM |
| 40 | AN |
| 41 | AO |
| 42 | AP |
| 43 | AQ |
| 44 | AR |
| 45 | AS |
| 46 | AT |
| 47 | AU |
| 48 | AV |
| 49 | AW |
| 50 | AX |
| 51 | AY |
| 52 | AZ |
| 53 | BA |
| 54 | BB |
| 55 | BC |
| 56 | BD |
| 57 | BE |
| 58 | BF |
| 59 | BG |
| 60 | BH |
| 61 | BI |
| 62 | BJ |
| 63 | BK |
| 64 | BL |
| 65 | BM |
| 66 | BN |
| 67 | BO |
| 68 | BP |
| 69 | BQ |
| 70 | BR |
| 71 | BS |
| 72 | BT |
| 73 | BU |
| 74 | BV |
| 75 | BW |
| 76 | BX |
| 77 | BY |
| 78 | BZ |
| 79 | CA |
| 80 | CB |
| 81 | CC |
| 82 | CD |
| 83 | CE |
| 84 | CF |
| 85 | CG |
| 86 | CH |
| 87 | CI |
| 88 | CJ |
| 89 | CK |
| 90 | CL |
| 91 | CM |
| 92 | CN |
| 93 | CO |
| 94 | CP |
| 95 | CQ |
| 96 | CR |
| 97 | CS |
| 98 | CT |
| 99 | CU |
| 100 | CV |

DatabaseColumnLookup

| Column | Width |
|---|---|
| Sample | 9 |
| Booking | 8 |
| Date | 12 |
| Grade | 7 |
| Harm | 9 |
| Comments | 50 |
| Findings | 0 |
| Recommendations | 0 |
| Methodology | 0 |

HarmToPatientLookup

| Code | Description | Value |
|---|---|---|
| Y | Yes - harm to patient | 1 |
| N | No - no harm to patient | 0 |
| P | Potential harm to patient | 0.5 |
| DF | Deferred finding | 0 |
| NA | Not Applicable | 0 |
| N/A | Not Applicable | 0 |

if any Y Y else if any P P else if DF DF else if any NA NA else if N N else "get on the stick lady"

CommentColumns NOTE: 26 is hardwired column of the first comment cc

| Chart No | Column No | Column Address |
|---|---|---|
| 1 | 21 | U |
| 2 | 30 | AD |
| 3 | 39 | AM |
| 4 | 48 | AV |
| 5 | 57 | BE |
| 6 | 66 | BN |
| 7 | 75 | BW |
| 8 | 84 | CF |
| 9 | 93 | CO |
| 10 | 102 | CX |
| 11 | 111 | DG |
| 12 | 120 | DP |
| 13 | 129 | DY |
| 14 | 1 8 | EH |
| 15 | 147 | EQ |
| 16 | 156 | EZ |
| 17 | 165 | FI |
| 18 | 174 | FR |
| 19 | 183 | GA |
| 20 | 192 | GJ |
| 21 | 201 | GS |
| 22 | 2 0 | HB |
| 23 | 219 | HK |
| 24 | 228 | HT |
| 25 | 237 | IC |
| 26 | 246 | L |
| 27 | 255 | U |
| 28 | 264 | JD |
| 29 | 273 | JM |
| 30 | 282 | JV |
| 31 | 291 | KE |
| 32 | 300 | KN |
| 33 | 309 | KW |
| 34 | 3 8 | LF |
| 35 | 327 | LO |
| 36 | 3 6 | LX |
| 37 | 345 | MG |
| 38 | 354 | MP |
| 39 | 363 | MY |
| 40 | 372 | NH |
| 41 | 381 | NQ |
| 42 | 390 | NZ |
| 43 | 399 | OI |
| 44 | 408 | OR |
| 45 | 417 | PA |
| 46 | 426 | PJ |
| 47 | 435 | PS |
| 48 | 444 | QB |
| 49 | 453 | QK |
| 50 | 462 | QT |
| 51 | 471 | RC |
| 52 | 480 | RL |
| 53 | 489 | RU |
| 54 | 498 | SD |
| 55 | 507 | SM |
| 56 | 5 6 | SV |
| 57 | 525 | TE |
| 58 | 534 | TN |
| 59 | 543 | TW |
| 60 | 552 | UF |
| 61 | 561 | UO |
| 62 | 570 | UX |
| 63 | 579 | VG |
| 64 | 588 | VP |
| 65 | 597 | VY |
| 66 | 606 | WH |
| 67 | 615 | WQ |
| 68 | 624 | WZ |
| 69 | 633 | XI |
| 70 | 642 | XR |
| 71 | 651 | YA |
| 72 | 660 | YJ |
| 73 | 669 | YS |
| 74 | 678 | ZB |
| 75 | 687 | ZK |
| 76 | 696 | ZT |
| 77 | 705 | AAC |
| 78 | 714 | AAL |
| 79 | 723 | AAU |
| 80 | 732 | ABD |
| 81 | 741 | ABM |
| 82 | 750 | ABV |
| 83 | 759 | ACE |
| 84 | 768 | ACN |
| 85 | 777 | ACW |
| 86 | 786 | ADF |
| 87 | 795 | ADO |
| 88 | 804 | ADX |
| 89 | 813 | AEG |
| 90 | 822 | AEP |
| 91 | 831 | AEY |
| 92 | 840 | AFH |
| 93 | 849 | AFQ |
| 94 | 858 | AFZ |
| 95 | 867 | AGI |
| 96 | 876 | AGR |
| 97 | 885 | AHA |
| 98 | 894 | AHJ |
| 99 | 903 | AHS |
| 100 | 912 | AIB |

WeekdayName

| WkDayNum | WkDayName |
|---|---|
| 1 | Sun |
| 2 | Mon |
| 3 | Tue |
| 4 | Wed |
| 5 | Thu |
| 6 | Fri |
| 7 | Sat |

MonthName

| MonNum | MonName | MonNam |
|---|---|---|
| 1 | January | Jan |
| 2 | February | Feb |
| 3 | March | Mar |
| 4 | April | Apr |
| 5 | May | May |
| 6 | June | Jun |
| 7 | July | Jul |
| 8 | August | Aug |
| 9 | September | Sep |
| 10 | October | Oct |
| 11 | November | Nov |
| 12 | December | Dec |

CopyFromTable

| Copy From | Copy To |
|---|---|
| A 1.1 | |
| A 1.2 | |
| A 1.3 | |
| A 1.4 | |
| A 1.5 | |
| A 1.6 | |
| A 2.1 | |
| A 2.2 | |
| A 2.3 | |
| A 2.4 | |
| A 2.5 | |
| A 2.6 | |
| A 3.1 | |
| A 3.2 | |
| A 3.3 | |
| A 3.4 | |
| A 4.1 | |
| A 4.2 | |
| A 4.3 | |
| A 4.4 | |
| A 4.5 | |
| A 4.6 | |
| A 4.7 | |
| A 4.8 | |
| A 5.1 | |
| A 5.2 | |
| A 5.3 | |
| A 6.1 | |
| A 6.2 | |
| A 6.3 | |
| A 6.4 | |
| A 7.1 | |
| A 7.2 | |
| A 7.3 | |
| A 7.4 | |
| A 8.1 | |
| A 8.2 | |
| A 8.3 | |
| A 8.4 | |
| A 9.1 | |
| A 9.2 | |
| A 9.3 | |
| A 9.4 | |
| A 10.1 | |
| A 10.2 | |
| A 10.3 | |
| A 10.4 | |
| A 11.1 | |
| A 11.2 | |
| A 11.3 | |
| A 11.4 | |
| A 11.5 | |
| A 12.1 | |
| A 12.2 | |
| A 12.3 | |
| A 12.4 | |
| A 13.1 | |
| A 13.2 | |
| A 13.3 | |
| A 13.4 | |
| A 14.1 | |
| A 14.2 | |
| A 15.1 | |
| A 15.2 | |
| A 15.3 | |
| A 15.4 | |
| A 16.1 | B.3.1 |
| A 16.2 | B.3.2 |
| A 16.3 | B.3.3 |
| A 16.4 | B.3.4 |
| A 16.5 | B.3.5 |
| A 17.1 | |
| A 17.2 | |
| A 18.1 | |
| A 18.2 | |
| A 19.1 | |
| A 20.1 | |
| B.1.1 | |
| B.1.2 | A 6.1 |
| B.1A.1 | |
| B.1A.2 | A 7.1 |
| B.1.3 | |
| B.1.4 | A 9.1 |
| B.1A.3 | |
| B.1A.4 | A 10.1 |
| B.1.5 | |
| B.1.6 | A 12.1 |
| B.1A.5 | |
| B.1A.6 | A 13.1 |
| B.1.7 | |
| B.1.8 | A 14.2 |
| B.1A.7 | |
| B.1A.8 | |
| B.2.1 | |
| B.2.2 | |
| B.2.3 | |
| B.2.4 | |
| B.2.5 | |
| B.2.6 | |
| B.2.7 | |
| B.2.8 | |
| B.2.9 | |
| B.2.10 | |
| B.3.1 | A 16.1 |
| B.3.2 | A 16.2 |
| B.3.3 | A 16.3 |
| B.3.4 | A 16.4 |
| B.3.5 | A 16.5 |
| B.4.1 | A 17.1 |
| B.4.2 | A 17.2 |
| B.5.1 | A 18.2 |
| B.5.2 | |
| B.5.3 | |
| B.6.1 | |
| B.6.2 | A 19.1 |
| B.7.1 | |
| B.7.2 | |
| B.7.3 | |
| B.8.1 | |
| B.8.2 | |
| B.9.1 | |
| B.9.2 | |
| C.1.1 | |
| C.1.2 | |
| C.1.3 | |
| C.1.4 | |
| C.1.5 | |
| C.1.6 | |
| C.1.7 | |
| C.1.8 | |
| C.2.1 | A 17.1 |
| C.2.2 | |
| C.2.3 | |
| C.2.4 | |
| C.2.5 | |
| C.2.6 | |
| C.2.7 | |
| C.2.8 | |
| C.3.1 | A 16.1 |
| C.3.2 | |
| C.3.3 | |
| C.3.4 | |
| C.3.5 | |
| C.3.6 | |
| C.3.7 | |
| C.3.8 | |
| C.4.1 | A 16.2 |
| C.4.2 | |
| C.4.3 | |
| C.4.4 | |
| C.4.5 | |
| C.4.6 | |
| C.4.7 | |
| C.4.8 | |
| C.5.1 | A 16.3 |
| C.5.2 | |
| C.5.3 | |
| C.5.4 | |
| C.5.5 | |
| C.5.6 | |
| C.5.7 | |
| C.5.8 | |
| C.6.1 | A 16.4 |
| C.6.2 | |
| C.6.3 | |
| C.6.4 | |
| C.6.5 | |
| C.6.6 | |
| C.6.7 | |
| C.6.8 | |
| C.7.1 | A 16.5 |
| C.7.2 | |
| C.7.3 | |
| C.7.4 | |
| C.7.5 | |
| C.7.6 | |
| C.7.7 | |
| C.7.8 | |
| C.8.1 | |
| C.8.2 | |
| C.8.3 | |
| C.8.4 | |
| C.8.5 | |
| C.8.6 | |
| C.8.7 | |
| C.8.8 | |
| C.9.1 | |
| C.9.2 | |
| C.9.3 | |
| C.9.4 | |
| C.9.5 | |
| C.9.6 | |
| C.9.7 | |
| C.9.8 | |
| C.10.1 | |
| C.10.2 | |
| C.10.3 | |
| C.10.4 | |
| C.10.5 | |
| C.10.6 | |
| C.10.7 | |
| C.10.8 | |

| |
|---|
| C.11.1 |
| C.11.2 |
| C.11.3 |
| C.11.4 |
| C.11.5 |
| C.11.6 |
| C.11.7 |
| C.11.8 |
| C.12.1 |
| C.12.2 |
| C.12.3 |
| C.12.4 |
| C.13.1 |
| D.1.1 |
| D.1.2 |
| D.1.3 |
| D.1.4 |
| D.1.5 |
| D.1.6 |
| D.1.7 |
| D.1.8 |
| D.1.9 |
| D.1.10 |
| D.1.11 |
| D.1.12 |
| D.1.13 |
| D.1.14 |
| D.1.15 |
| D.1.16 |
| D.1.17 |
| D.1.18 |
| D.1.19 |
| D.1.20 |
| D.1.21 |
| D.1.22 |
| D.1.23 |
| D.1.24 |
| D.1.25 |
| D.1.26 |
| D.1.27 |
| D.1.28 |
| D.1.29 |
| D.1.30 |
| D.1.31 |
| D.1.32 |
| D.1.33 |
| D.1.34 |
| D.1.35 |
| D.1.36 |
| D.1.37 |
| D.1.38 |
| D.1.39 |
| D.1.40 |
| D.1.41 |
| D.1.42 |
| D.1.43 |
| D.1.44 |
| D.1.45 |
| D.1.46 |
| D.1.47 |
| D.1.48 |
| D.1.49 |
| D.1.50 |
| D.1.51 |
| D.1.52 |
| D.1.53 |
| D.1.54 |
| D.1.55 |
| D.1.56 |
| D.1.57 |
| D.1.58 |
| D.1.59 |
| D.1.60 |
| D.1.61 |
| D.1.62 |
| D.1.63 |
| D.1.64 |
| D.1.65 |
| D.1.66 |
| D.1.67 |
| D.1.68 |
| D.1.69 |
| D.1.70 |
| D.1.71 |
| D.1.72 |
| D.1.73 |
| D.1.74 |
| D.1.75 |
| D.1.76 |
| D.1.77 |
| D.1.78 |
| D.1.79 |
| D.1.80 |
| D.1.81 |
| D.1.82 |
| D.1.83 |
| D.1.84 |
| D.1.85 |
| E.1.1 |
| E.1.2 |
| E.1.3 |
| E.2.1 |
| E.2.2 |
| E.2.3 |
| E.3.1 |
| E.3.2 |
| E.3.3 |
| E.4.1 |
| E.4.2 |
| E.4.3 |
| E.5.1 |
| E.5.2 |
| E.5.3 |
| E.6.1 |
| E.6.2 |
| E.6.3 |
| E.7.1 |
| E.7.2 |
| E.7.3 |
| E.7.4 |
| E.7.5 |
| E.8.1 |
| E.8.2 |
| E.8.3 |
| E.8.4 |
| E.9.1 |
| E.9.2 |
| E.9.3 |
| E.9.4 |
| E.10.1 |
| E.11.1 |
| E.11.2 |
| E.11.3 |
| E.12.1 |
| E.13.1 |
| E.13.2 |
| E.14.1 |
| E.14.2 |
| E.14.3 |
| E.14.4 |
| E.15.1 |
| E.15.2 |
| E.16.1 |
| E.16.2 |
| E.16.3 |
| E.17.1 |

# Exhibit C

wellpath Monterey County

Dental CAP Progress Details

No Plan - not started, not completed
Plan - have developed a plan
Progress - have started to implement the plan
Complete - achieved the goal of the CAP item

| | Jan '22 | | May '22 | | Dec '22 | | Jun '23 | | Apr '24 | | Oct '24 | | Mar '25 | | Dec '25 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SC>1 yr | 0 | SC>1 yr | 0 | SC>1 yr | 0 | SC>1 yr | 0 | SC>1 yr | 0 | SC>1 yr | 11 | SC>1 yr | 11 | SC>1 yr | 24 |
| | SC | 3 | SC | 7 | SC | 6 | SC | 20 | SC | 12 | SC | 15 | SC | 31 | SC | 27 |
| | PC | 36 | PC | 43 | PC | 53 | PC | 81 | PC | 102 | PC | 93 | PC | 78 | PC | 69 |
| | NC | 79 | NC | 58 | NC | 61 | NC | 20 | NC | 7 | NC | 2 | NC | 1 | NC | 1 |
| | NA | 1 | NA | 0 | NA | 0 | NA | 0 | NA | 0 | NA | 0 | NA | 0 | NA | 0 |
| | NR | 0 | NR | 0 | NR | 0 | NR | 0 | NR | 0 | NR | 0 | NR | 0 | NR | 0 |
| | DF | 2 | DF | 13 | DF | 1 | DF | 0 | DF | 0 | DF | 0 | DF | 0 | DF | 0 |
| | *blank* | 0 | *blank* | 0 | *blank* | 0 | *blank* | 0 | *blank* | 0 | *blank* | 0 | *blank* | 0 | *blank* | 0 |

## DENTAL CAP

| # | Section | Deficiency | Due Date | Corrective Actions | Methodology | Category | Responsible Party | MCJ Self-Assessment Jan '22 | May '22 | Dec '22 | Jun '23 | Apr '24 | Oct '24 | Mar '25 | Dec '25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Oral Hygiene Supplies | Confirm that all the toothpaste carries the American Dental Association (ADA) seal. | 09/30/21 | Commissary | Confirm process | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | |
| 2 | Oral Hygiene Supplies | Indigent pack of toothbrush and toothpaste will b available cost free to the indigent inmate/patient (I/P). Correctionally approved flossers (e.g., floss loops) will be available cost free to the indigent I/P upon request. | 09/30/21 | Indigent hygiene packs | Confirm process | Custody | Commander Smith (Previously Capt. Moses) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | |
| 3 | Oral Hygiene Supplies | Denture adhesive is to be available cost free to edentulous indigent I/P with full dentures. A dent l policy is available to address how the denture adhesive will be made available to the indigent inmate/patient. | 09/30/21 | Commissary | Confirm process | Custody | Commander Smith (Previously Capt. Moses) and RN [redacted] until February 2023, Dr. [redacted] CDO thereafter | Plan | Progress | Progress | Complete | Complete | Complete | Complete | |
| 4 | Oral Hygiene Supplies | Complete and approve a formal policy and procedure to address oral hygiene supplies for a booked patients, including for indigent inmate/patients. | 09/30/21 | Update P&P | Confirm process | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Progress | Progress | Progress | | |
| 5 | Oral Hygiene Education | Oral hygiene instruction, both brushing and flossing videos from the American Dental Association (ADA) are available on the inmate/patient's tablet, otherwise an oral hygiene instruction pamphlet is to be available to each booked inmate/patient. | 09/30/21 | I/P Tablet | Confirm process | Custody | Commander Smith (Previously Capt. Moses)/ Dr [redacted] | Plan | Progress | Progress | Progress | Progress | Progress | Complete | |
| 6 | Inmate Handbook | Handbook to contain information regarding denta program. Neutral monitor to approve content. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | |

| # | MCJ Self-Assessment - Dental Operations Specialist Notes | Monitor Comments |
|---|---|---|
| 1 | 01/12/2022 - Started 06.18.21. On order.<br>05/25/2022 - Finishing to use the non ADA Seal of Acceptance toothpaste, approximately 200 left, then all new toothpaste comes from commissary order and will have ADA Seal of Acceptance for all inmates given their fish kits at booking.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/23/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states all toothpaste and denture adhesive will carry the ADA Seal of Acceptance. This policy will be enforced through self-monitoring with periodic checks of the dental supplies by the compliance division personnel.<br>05/31/23 - A protocol and/or policy is forthcoming. We are in the process of translating the handbook to Spanish before we publish.<br>6/28/23 - Toothpaste is ordered with the ADA Seal of Acceptance.<br>04/02/24 - Confirmed.<br>11/5/24- COMPLETE<br>07/18/25 - COMPLETE<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Commissary caries ADA Seal of Acceptance toothpaste for sale. Plan in place for inmates to receive same at booking.<br>05/25/22 - This plan is in progress and verified that there are 200 tubes of toothpaste without the seal of acceptan remaining to be dispensed. This existing toothpaste is from Crest and made in the USA. All toothpaste which is in stock carries the ADA Seal of Acceptance. This item should be completed at next tour.<br>12/06/22 - Confirmed. All toothpaste during this audit tour, from the County and the Commissary, carried the ADA Seal of Acceptance. There is no protocol or policy in place to confirm that the toothpaste will always be purchased carrying the ADA Seal of Acceptance.<br>06/28/23 - There is no protocol or policy in place to confirm that the toothpaste will always be purchased carrying the ADA Seal of Acceptance. Also send the full and completed published English and Spanish version for final completed compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed. When housed, the incarcerated person receives a kit containing in part a toothbrush and toothpaste which carries the American Dental Association (ADA) Seal of Acceptance. The commissary also carries toothpaste with the ADA Seal of Acceptance. However, there is noLocal Operating Protocol (LOP) to advise those who order supplies for both the incarcerated person's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance.<br>11/15/24 - Confirmed, toothpaste in the patient kits as well as for sale in the commissary carry the ADA Seal of Acceptance. Please provide the LOP as stated above.<br>08/15/25 - Please provide the Local Operating Protocol (LOP) to advise those who order supplies for the incarcerated person's hygiene kit, the indigent's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance.<br>**12/03/25 - Completed although missing the LOP as stated abov** |
| 2 | 01/12/2022 - Started 06.18.21<br>05/25/2022 - To be stated in Inmate Orientation Handbook. Indigent packs with ADA Seal of Acceptance toothpaste and toothbrush are prepackaged.6/29/23-Agreement reached<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states dental floss loops will be available to indigent incarcerated persons free of charge through the commissary order system.<br>05/31/23 - We are in the process of translating the handbook to Spanish before we publish.<br>06/28/23 - Manual includes information for floss loop requests.<br>04/02/24 - Confirmed.<br>10/25/24- Complete<br>07/18/25 - Complete<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Plan in progress per Chief Bass. Need to tour commissary at next tour and confirm that this is available to indigent patients. Info needs to be updated in Handbook that floss is available upon demand.<br>05/25/22 - Toured commissary. Confirmed that toothpaste (with ADA Seal of Acceptance) and toothbrush are in th package which is dispensed weekly to indigent patients. Handbook being updated. Need to visit housing and interview indigent inmates to confirm they are receiving the floss loops upon demand.<br>12/06/22 - Confirmed the weekly indigent pack of toothbrush and toothpaste is available cost free to the indigent I/P. Was not issued I/P requests for flossers.<br>06/28/23 - The Orientation Handbook states on page 11, "Indigent incarcerated persons may request dental floss loops through the regular commissary order system. Such requests will be limited to 1 order of dental floss loops per incarcerated person per month." Commissary order system form and protocol for indigent patients requesting flossers in process per Captain Moses. Also send the full and completed published English and Spanish version fo final completed compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed. The Incarcerated Person Orientation Manual, published 06/28/23, states on page 11, TB and Toothpaste: "Incarcerated persons with less than $3.01 in their account will be provided weekly a welfare care package containing...1 tube of toothpaste, 1 toothbrush...".<br>Floss: "Indigent incarcerated persons may request dental floss loops through the regular commissary order system. Such requests will be limited to 1 order of dental floss loops per incarcerated person per month." The Commissary order system form for indigent patients to request and receive floss loops has not been submitted and the Local Operating Protocol (LOP) has not been completed.<br>11/15/24 - Confirmed. The Indigent Packs including a toothbrush and toothpaste with the ADA Seal of Acceptance are distributed weekly. Floss is provided upon request by the Incarcerated Person. See 04/30/24. Please provide the form where the incarcerated person requests the floss as well as the LOP, as stated above.<br>08/15/25 - Please provide the Local Operating Protocol (LOP) to advise those who order supplies for the incarcerated person's hygiene kit, the indigent's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance.<br>**12/03/25 - Completed, although missing the LOP as stated abov** |
| 3 | 01/12/2022 - Started 06.18.21<br>05/25/2022 - Ordered and in commissary. Carries the ADA Seal of Acceptance. There is no policy stating to exchange tubes of denture adhesive when requesting a new one. Will send custody policy.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states dental denture adhesive will be available to indigent incarcerated persons free of charge through the commissary order system. Also exploring passing denture adhesive with med pass for those with confirmed partial and full dentures. Denture adhesive is available to all incarcerated persons for purchase at t time but not specifically to those with dentures. Commissary has denture adhesive but it did not get on the commissary list for past several months.<br>05/31/23 - We have the adhesive on site and will distribute to those who need it, free of charge, the same way we exchange the batteries for hearing aids. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Denture adhesive is available through the medication line.<br>10/25/24- Complete<br>07/18/25 - Complete<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - No dental policy.<br>05/25/22 - Confirmed that denture adhesive is in commissary and carries the ADA Seal of Acceptance. Need to visit housing and interview indigent inmates with dentures to see if receiving denture adhesive. No statistics available to find patients with dentures to interview. Dental staff state that they do give denture adhesive to indigent inmates but says there is no policy to exchange old tube with new tube.<br>12/06/22 - No dental policy. No County policy to address oral hygiene supplies, or at least none sent to me. Although it was a zinc free formulation, this time the commissary did not carry denture adhesive with the ADA Sea of Acceptance. No list of patients with full dentures to determine eligibility.<br>06/05/23 - Capt. Moses emailed that the adhesive was ordered with the ADA Seal of Acceptance and is being distributed through an exchange program in the commissary order system. To be confirmed during Audit Tour #10 Form, policy and protocol not yet sent to this monitor.<br>06/28/23 - Denture adhesive available but does not have the ADA Seal of Acceptance. Form for medical distribution in progress. LOP in progress.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the Operations Specialist, Denture adhesive is available cost free to the edentulous indigent incarcerated person through the medication line. Denture adhesive is also available in the commissary. Both throu the medication line and commissary, the denture adhesive carries the ADA Seal of Acceptance. An LOP for indigent incarcerated person to request, exchange and receive denture adhesive has not been completed.<br>11/15/24 - Confirmed, denture adhesive carries the ADA Seal of Acceptance. The denture adhesive is requested the commissary form and is dispensed through the med pass process. The form has not been submitted for review. Please provide the form as well as the LOP as stated above.<br>08/15/25 - 1. Please provide the Local Operating Protocol (LOP) to advise those who order supplies for the incarcerated person's hygiene kit, the indigent's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance. 2. Provide the LOP to address how the denture adhesive will be made available to those with full dentures and to the indigent incarcerated person.<br>**12/03/25 - Completed, although missing the LOP as stated above.** |
| 4 | 01/12/2022 - Started 06.18.21<br>05/25/2022 - Will send policy to Dr. Winthrop<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states that changes to policy and procedure are in progress. Language in the IP Orientation Manual has been discussed and vetting is pending final review.<br>05/31/23 - Policy and procedure forthcoming. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - In process.<br>10/25/24- Pending Custody Update<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Did not receive policy and/or procedure.<br>05/25/22 - Did not receive policy and/or procedure.<br>12/06/22 - No completed dental policies and procedures although dental has started working on their local operating policies and procedures. No County policy or protocol to address oral hygiene supplies including denture adhesive. Also refer to CAP #3.<br>06/28/23 - Same as 12/06/22.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the Operations Specialist, this is in process.<br>11/15/24 - The LOP has not been submitted for review. Please provide the LOP.<br>08/15/25 - Please provide the LOPs including the Local Operating Protocol (LOP) to advise those who order supplies for the incarcerated person's hygiene kit, the indigent's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance. 2. Provide the LOP to address how the denture adhesive will be made available to those with full dentures and to the indigent incarcerated person.<br>**12/03/25 - In progress. Same as 08/15/25. Missing LOPs.** |
| 5 | 01/12/2022 - Started 06.11.21. Found ADA approved videos for brushing and flossing but cannot upload due to licensing and they are streaming videos.<br>05/25/2022 - Waiting for Dr [redacted] to purchase DVD videos and then they can be uploaded to the tablet.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - ViaPath absorbed Telmate. Placing this in Dr [redacted] and Dr. Winthrop's purview as this will need to be a DVD rather than a cloud based information video.<br>05/31/23 - Dr [redacted] to assist with locating a video in a DVD format in order for it to be downloaded to the tablet. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Dr [redacted] to assist with locating a video in a DVD format in order for it to be downloaded to the tablet.<br>10/25/24- new tablet technology will be employed at Monterey. Once technology is embeded we will revisit CAP item.<br>07/18/25 - Completed. Videos and brochures on OHE are now available and active on the tablets<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit peri** | 01/12/22 - ADA Videos of brushing and flossing found but cannot be placed on tablet because they cannot upload streamed videos. Pamphlets uploaded in the meantime.<br>05/25/22 - Dr [redacted] to review various brushing and flossing videos on a DVD format and will send to custody for them to be uploaded to the inmate tablet.<br>12/06/22 - Same but an ADA brochure/pamphlet with instructions uploaded to the tablet for both brushing and flossing.<br>06/28/23 - An ADA brochure/pamphlet with instructions is uploaded to the tablet for both brushing and flossing. Dr [redacted] to review various brushing and flossing videos on a DVD format and will send to custody for them to be uploaded to the inmate tablet.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Dr [redacted] to assist with locating a video in a DVD format for instructing on brushing and flossing for those who are unable to read or comprehend the existing pamphlets which are on the tablet.<br>11/15/24 - In process per Dr [redacted]<br>08/15/25 - Per the Dental Operations Specialist, the video and brochures are available and active on the incarcerated person's tablet. Confirm at the next site visit.<br>**12/03/25 - Completed. The instructional video and brochures are available and active on the incarcerated person's tablet** |
| 6 | 01/12/2022 - In progress.<br>05/24/2022 - Sent handbook via email and waiting for Dr. Winthrop to approve content.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review.<br>04/27/23 - "My understanding is that the sick call slip will be triaged within one day of request and the outcome of that triage will determine the urgency of an appointment. To say that a patient will be seen within one day is unrealistic. The handbook needs to reflect that sick call slips will be received, and appropriate action taken, which feel is reflected in the draft IP handbook."<br>05/31/23 - We are in the process of translating the handbook to Spanish before we publish.<br>06/28/23 - Completed revision. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Completed. The revision of the Incarcerated Person Orientation Manual was completed on 06/28/23.<br>10/25/24- Completed<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Submitted updates with track changes. Requested most recent update on 09/08/21 with no response yet.<br>05/25/22 - Received updated handbook from March 2021 on 05/24/22 however requested track changes not present. Will place updated language in this newest version for it to be incorporated in the newest Handbook. Dr. [redacted] to review.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>05/04/23 - See Email from Caroline Jackson to Susan regarding Implementation Plan requirements.<br>06/05/23 - On page 13 of the Handbook it incompletely states (missing dental I/P information), "b. Incarcerated persons will be scheduled to see medical staff at the next available Sick Call appointment. THIS NEEDS TO BE UPDATED PRIOR TO PUBLICATION AND MUST INCLUDE THE IMPLEMENTATION PLAN's DIRECTION which states on page Exhibit A 101, "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist." The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication.<br>06/28/23 - Revision now includes information regarding the dental program. Send the full and completed published English and Spanish version for final completed credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The revision of the Incarcerated Person Orientation Manual was completed on 06/28/23 and the handbook contains information regarding the dental program on page 14.<br>11/15/24 - Complete. Please update the handbook as necessary.<br>08/15/25 - Complete.<br>**12/03/25 - Complete. MCJ actively reviews and updates the Incarcerated Person Orientation Manual as necessary.** |

| # | Monitor Assessment Jan '22 | Comp Score | May '22 | Comp Score | Dec '22 | Comp Score | Jun '23 | Comp Score | Apr '24 | Comp Score | Oct '24 | Comp Score | Mar '25 | Comp Score | Dec '25 | Comp Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plan | NC | Progress | PC | Progress | SC | Progress | SC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 2 | Progress | NC | Progress | PC | Progress | PC | Progress | SC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 3 | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 4 | Plan | NC | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 5 | Plan | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | SC | Complete | SC>1 yr |
| 6 | Plan | NC | Progress | PC | Progress | NC | Progress | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Inmate Handbook | List the available dental services available in the Inmate Handbook as outlined in the Implementation Plan for those under and over 12 months of incarceration. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | | 01/12/2022 - In progress.<br>05/24/2022 - Sent handbook via email and waiting for Dr. Winthrop to approve content.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review. The list of available dental treatments will be placed in the LOP rather than the IP Orientation Manual<br>05/31/23 - We are in the process of translating the handbook to Spanish before we publish.<br>06/28/23 - Completed. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Completed.<br>10/25/24- Completed<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Submitted updates with track changes. Requested most recent update on 09/08/21 with no response yet.<br>05/25/22 - Received updated handbook from March 2021 on 05/24/22 however requested track changes not present. Will place updated language in this newest version for it to be incorporated in the newest Handbook. Dr. [redacted] to review.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>06/05/23 - On page 14, "Incarcerated persons incarcerated for 12 months, or more, are eligible to receive a comprehensive dental exam and individualized treatment, (some of these individualized treatments may include cleaning, fillings, extractions, root canals, and dentures). To receive this exam and treatment, the incarcerated person must submit a sick call slip once they have been incarcerated for at least 1 year." The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication.<br>06/28/23 - Revision completed. To be published with Spanish translation. Send the full and completed published English and Spanish version for final completed compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The revision of the Incarcerated Person Orientation Manual was completed on 06/28/23 and the handbook contains information regarding available dental services on pages 13 and 14, for those under and over months of incarceration.<br>11/15/24 - Complete. Please update the handbook as necessary.<br>08/15/25 - Complete. Please update the handbook as necessary.<br>**12/03/25 - Complete. MCJ actively reviews and updates the Incarcerated Person Orientation Manual as necessary.** | Plan | NC | Progress | PC | Progress | PC | Progress | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 8 | Inmate Handbook | In the Inmate Handbook, inform patients with chronic care diseases (HIV, Seizures, Diabetes, Pregnancy, Pts on more than 4 psych meds) they are eligible for comprehensive care within 90 days of their referral from dental from the physician's chronic care appointment. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | | 01/12/2022 - In progress.<br>05/24/2022 - Sent handbook via email and waiting for Dr. Winthrop to approve content.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review. The list of chronic care diseases will be placed in the LOP rather than the IP Orientation Manual.<br>05/31/23 - See above. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - The list of chronic care diseases will be placed in an LOP rather than the IP Orientation Manual.<br>10/25/24- The LOP was submitted- "Access to Care- Routine Care". This Cap Item needs to be re-written or eliminated.<br>07/18/25 - The LOP was submitted- "Access to Care- Routine Care". This Cap Item needs to be re-written or eliminated.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Submitted updates with track changes. Requested most recent update on 09/08/21 with no response yet.<br>05/25/22 - Received updated handbook from March 2021 on 05/24/22 however requested track changes not present. Will place updated language in this newest version for it to be incorporated in the newest Handbook. Dr. [redacted] to review.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>06/05/23 - In the Handbook on page 14 it states, "Incarcerated persons may also be referred for a dental appointment by the medical provider." I agreed with Captain Moses that the list of chronic care diseases and the protocol for referral will be placed in the LOP rather than in the IP Orientation Manual. Captain Moses and [redacted] to send the LOP for review. The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication.<br>06/28/23 - Send the full and completed published English and Spanish version for final completed compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - See 06/05/23. It was agreed that the list of chronic care diseases and the protocol for referral will be placed in an LOP rather than in the IP Orientation Manual. This LOP has yet to be written and therefore this CAP item is incomplete.<br>11/15/24 - Access to Care - Routine Care LOP has been submitted for review to this Monitor. The LOP needs to be sent for approval by Wellpath's committee, and signed by staff when training occurs.<br>08/15/25 - Wellpath submitted the Access to Care LOP. The LOP incorrectly states, "Chronic care patients are see within 90 days after any emergent/urgent conditions are resolved." The referral was agreed to be within 90 days of the referral. The emergent/urgent conditions are to be resolved during this time period and should not affect the 90 day referral period for the Periodontal Disease Program.<br>**12/03/25 - Partially completed, see 08/15/25. Missing the corrected LOP as stated abo** | Plan | NC | Progress | PC | Progress | PC | Progress | SC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 9 | Inmate Handbook | Include in the Inmate Handbook that the inmates incarcerated for 12 months or more are eligible to receive a comprehensive dental exam and dental treatment. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | | 01/12/2022 - In progress.<br>05/24/2022 - Sent handbook via email and waiting for Dr. Winthrop to approve content.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review.<br>05/31/23 - Included. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Confirmed.<br>10/25/24- Completed<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Submitted updates with track changes. Requested most recent update on 09/08/21 with no response yet.<br>05/25/22 - Received updated handbook from March 2021 on 05/24/22 however requested track changes not present. Will place updated language in this newest version for it to be incorporated in the newest Handbook. Dr. [redacted] to review.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>06/05/23 - The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication.<br>06/28/23 - Please send the full and completed published English and Spanish version for final completed compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed and can be seen on page 14 of the Incarcerated Person Orientation Manual.<br>11/15/24 - Complete. Please update the handbook as necessary.<br>08/15/25 - Complete. Please update the handbook as necessary.<br>**12/03/25 - Complete. MCJ actively reviews and updates the Incarcerated Person Orientation Manual as necessary.** | Plan | NC | Progress | PC | Progress | PC | Progress | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 10 | Inmate Handbook | Inform inmate/patients that per the Implementation Plan, XI.B.2.b., 2nd paragraph and XI.C.2, inmate/patients can request a periodontal screening to see if they are eligible for a cleaning (e.g., at the Dental Sick Call. Subsequently a dental cleaning may be available if they are eligible, no matter their length of incarceration, as indicated in the Periodontal Program section of the Implementation Plan. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | | 01/12/2022 - In progress.<br>05/24/2022 - Sent handbook via email and waiting for Dr. Winthrop to approve content.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review.<br>05/31/23 - Included. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Confirmed<br>10/25/24- Completed<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Submitted updates with track changes. Requested most recent update on 09/08/21 with no response yet.<br>05/25/22 - Received updated handbook from March 2021 on 05/24/22 however requested track changes not present. Will place updated language in this newest version for it to be incorporated in the newest Handbook. Dr. [redacted] to review.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>06/05/23 - On page 14, "Incarcerated persons (regardless of length of stay) may have access to Dental services, including a periodontal screening, by filling out a Sick Call slip on the incarcerated person tablet or paper form." The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication.<br>06/28/23 - Please send the full and completed published English and Spanish version for final completed compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed and can be seen on page 14, Section 4a of the Incarcerated Person Orientation Manual.<br>11/15/24 - Complete. Please update the handbook as necessary.<br>08/15/25 - Complete. Please update the handbook as necessary.<br>**12/03/25 - Complete. MCJ actively reviews and updates the Incarcerated Person Orientation Manual as necessary.** | Plan | NC | Progress | PC | Progress | PC | Progress | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 11 | Inmate Handbook | Educate patients in the Inmate Handbook that they can reinstate dental care if they previously refused dental care, by placing another sick call. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Plan | Progress | Progress | Complete | Complete | Complete | Complete | | 01/12/2022 - In progress.<br>05/24/2022 - Sent handbook via email and waiting for Dr. Winthrop to approve content.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review.<br>05/31/23 - We are in the process of translating the handbook to Spanish before we publish.<br>06/28/23 - Included. We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Confirmed.<br>10/25/24- Completed<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Submitted updates with track changes. Requested most recent update on 09/08/21 with no response yet.<br>05/25/22 - Received updated handbook from March 2021 on 05/24/22 however requested track changes not present. Will place updated language in this newest version for it to be incorporated in the newest Handbook. Dr. [redacted] to review.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>06/05/23 - On page 14 it states, "If an incarcerated person refuses an appointment, they are required to submit a new Sick Call slip to request a new dental appointment." The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication.<br>06/28/23 - Also send the full and completed published English and Spanish version for final compliance credit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed and can be seen on page 14, Section 4a of the Incarcerated Person Orientation Manual.<br>11/15/24 - Complete. Please update the handbook as necessary.<br>08/15/25 - Complete. Please update the handbook as necessary.<br>**12/03/25 - Complete. MCJ actively reviews and updates the Incarcerated Person Orientation Manual** | Plan | NC | Progress | PC | Progress | PC | Progress | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 12 | Inmate Handbook | Remove the $3.00/dental examination and/or treatment fee for dental services. Inmate Orientation Manual, Health Services, B.1. | 09/30/21 | Update/Add to I/M Handbook | Produce new Handbook | Custody | Commander Smith (Previously Capt. Moses) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 01/12/2022 - Removed from handbook but handbook not published yet.<br>05/25/2022 - Removed from handbook but handbook not published yet.<br>10/17/22 - Contact is Sgt. Guerrero. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/20/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt. Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states this is completed. Substantial compliance achieved.<br>05/31/23 - We are in the process of translating the handbook to Spanish before we publish.<br>04/02/24 - Completed.<br>10/25/24- Completed<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/2022 - Removed from handbook but handbook not published yet.<br>05/25/2022 - Removed from handbook but handbook not published yet.<br>12/06/22 - Completed. The dental examination fee for dental service has been removed from the latest published version of the Inmate Orientation Manual.<br>06/28/23 - Same as 12/06/22. Completed.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed, the $3.00 charge for a dental examination has been removed from the IP Orientation Manual for over a year now, therefore this item is in Completed and in substantial compliance.<br>11/15/24 - Complete. Please update the handbook as necessary.<br>08/15/25 - Complete. Please update the handbook as necessary.<br>**12/03/25 - Complete. MCJ actively reviews and updates the Incarcerated Person Orientation Manual as necessary.** | Progress | PC | Complete | SC | Complete | SC | Complete | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 13 | Intake Form | RN's are to fully answer all dental questions in the Intake "Receiving Screening" form in the Dental section of the Intake Form. | 08/11/21 | CORE CHANGE | demonstrate changes if requested | Wellpath | Dr [redacted]<br>RN [redacted]<br>(Previously [redacted]<br>until February 2023) | Complete | Plan | Plan | Progress | Progress | Complete | Complete | | 01/12/22 - This was made mandatory in CORE- all intake questions to be answered.<br>05/25/22 - Found that only pain was mandatory, will need to change remaining questions to a yes or no answer. Switch so pain of yes or no comes after questions.<br>10/17/22 - All questions are to be made yes and no. Pain question to be placed after decay, trauma, etc. CorEMR support person now no longer in position. Reaching out to Ben for guidance.<br>02/20/23 - Request submitted to forms committee.<br>05/10/23 - Training conducted with Nursing Staff in May 2-4, 2023. Intake Chart Audit Tool created to monitor use of the dental portion of Intake Form use which will become part of the Monthly Sub Committee review.<br>03/26/24 - CorEMR was updated October 2023 to not allow the form to be saved unless all questions in the dental section are answered. Additionally, a CQI process was initiated in December 2023 and data is now available in the monthly Dental Subcommittee as of February 2024.<br>10/25/24- Completed. Our CQIs indicate this portion of the intake screening is been successfully completed by nursing team.<br>07/18/25 - This<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - All questions are to be mandatory to answer, not only pain. Answer questions of decay, trauma, gum disease and abscess; not found to be answered. Nurses need to identify answers to questions.<br>05/25/22 [redacted] to contact CorEMR IT and switch all dental questions to yes or no answers and make then mandatory to [redacted] questions. Will also switch<br>12/06/22 - Pe[redacted] request submitted, not completed yet.<br>06/28/23 - Intake form has gone through various iteration unfortunately it is still not ideal as "Full" denture is missing, it was in previous versions. Decay is missing although it was in prior forms. Prior to March 2023, it had Trauma as one of the questions, then it was removed from April to June and as of June, the intake form is similar to the 14 day exam questions requested in the IP and trauma is in there now but is missing "full" dentures as one of t options. The questions are not "Yes or No" questions as requested but there is a "none observed" check mark with areas for explanations when conditions found. Add Decay back into the form.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - According to the Operations Specialist, IT changed the Intake Receiving Screening form's dental portion in November 2023. They [redacted] 14 day exam dental screening form and incorporated it in the Intake form rather than in the 14-day form. Dr[redacted] has decided to leave the 14-day exam form since it is there now. From auditing charts not all questions are answered in accordance with the form. Additional nurse training is recommended.<br>11/15/24 - The CQI portion of the intake is good but does not always have the right question to identify an issue. I would separate missing teeth from broken teeth in the query. Not all questions in the Intake form are completed by the nursing team. There are times when there is nothing indicated on the form but the dental referral Task has the issue there, but not on the form.<br>08/15/25 - I would separate missing teeth from broken teeth in the query. Make the pain scale mandatory. Not all questions in the Intake form are completed by the nursing team. There are times when there is nothing indicated on the form but the dental referral Task has the issue there, but not on the form.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25.** | No Plan | NC | Plan | NC | Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 14 | Intake Form | Add "Full" as the other option for Dentures, in addition to "Partial". | 09/30/21 | Changes made in CORE | Produce form | Wellpath | Dr [redacted]<br>RN [redacted]<br>(Previously [redacted]<br>until February 2023) | Complete | Complete | Complete | Progress | Progress | Progress | Progress | | 09/08/2021 - Change has been made.<br>10/17/22 - Complete<br>05/10/23 - Complete<br>06/28/23 - Full (denture) now missing.<br>03/26/24 - Full denture is missing. CorEMR IT contacted.<br>10/25/24- In-progress<br>07/18/25 - In-progress<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Complete<br>05/25/22 - Complete and within the CorEMR form.<br>12/06/22 - Full, Partial, Upper, Lower, Upper & Lower are part of the form but it is not in a yes or no format as requested in the intake form, see #13 above. Completed per CAP language.<br>06/28/23 - See CAP #13. Full (Denture) is no longer in the newest version of the Intake form. Please add it back.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Full denture is missing in the current ideation of the intake form. CorEMR IT was contacted by the Operations Specialist.<br>11/15/24 - Full denture option is still missing from the intake form.<br>08/15/25 - Same. Full denture option is still missing from the intake form.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. Returned the evaluation to Plan and Non-Compliance (NC) as there is a plan but no progress from CorEMR to update the form with this CAP item.** | Complete | SC | Complete | SC | Complete | SC | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Plan | NC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Intake Form | Every referral to dental when indicated, must be checked in the refer to dental portion of the Receiving Screening form and also entered into the dental log to make sure the referrals from intake to dental are not lost. | 09/30/21 | Nurse Training | Produce training material/ roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/24/21 - Training began, Has since been Audited (Nov. 2021) and retraining issued. Will continue auditing and retraining as necessary to attain compliance.<br>10/17/22 - No longer using dental log. Changing from DL to Emergent/Urgent/Routine. Noted lapses during internal audit. Retrained in August 2022. Have not completed re-audit since. Will perform internal audit and training as appropriate prior to next dental tour.<br>02/20/22 - Training re-conducted Nov. 2022<br>05/10/23 - Training conducted with Nursing Staff in May 2-4, 2023. Intake Chart Audit Tool created to monitor use of the dental portion of Intake Form use which will become part of the Monthly Sub Committee review.<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>10/25/24- Complete. Overall, we are substancially compliant with the Intake CQI. CFMG proposes that this questions be either eliminated from the CAP or redesigned.<br>07/18/25 - In the CQI related to intake we have the followin question: If appropriate, was the referral to dental box on the Receiving Screening form (Referral Section) checked?, and this specific question helps us identify if the referral was not documented in the Recieving Screening. The intake CQI evaluate compliance in this specific CAP item.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Will be sent training documents and staff sign in sheets. Appears to be receiving annual training but not all staff received it and no remediation given when it is needed. No audit of training taking place yet. Dental log not being used, goal is to use CorEMR.<br>05/25/22 - ACTION [redacted] to send updated training documents as influx of new staff. Getting onboarding training but no remediation given. Need to audit training success once it is completed. Change from DL1 and DL2 to Emergent, Urgent and Routine being considered.<br>10/17/22 [redacted] to send training notes and signatures.<br>12/06/22 - No internal audit or training records sent.<br>06/28/23 - Some referrals to dental made separately from the Intake form and cannot be tracked adequately when this happens. CorEMR has not been updated/programmed to track the referrals but a partial solution is found by tracking in the forms question report. Although cumbersome this method does provide some data.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Some referrals to dental from Intake are made by creating a separate Task rather than by checking "Referral to Dental" from within the Intake form. If a separate tasks is created, not from the intake screening form, the referral cannot be tracked in the Forms Question Report. CorEMR has not updated nor programmed the referral to dental from various sources program but a partial solution is found by tracking referrals from the Forms Question Report. Although cumbersome this method does provide some data.<br>11/15/24 - If a referral is not checked on the form but a separate task is created, separate from the intake screening form; the referral to dental cannot be tracked in the Forms Question Report. This still occurs, therefore more RN training is needed. The CQI is good but does not ask this type of question, therefore the CQI does not address this issue, nor able to identify the problem. Please ask questions relating to marking the form. Have the RNs identify the problem and list it on the form, then check the refer to dental box within the form. Do not create a duplicate task.<br>08/15/25 - Same. If a referral is not checked on the form but a separate task is created, separate from the intake screening form; the referral to dental cannot be tracked in the Forms Question Report. This still occurs, therefore more RN training is needed.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25.** | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 16 | Intake Form | Every dental referral from intake will list the date of referral, the dental problem/chief complaint, the DL, pain level, location and description of the dental problem(s), the date referred to dental and the date scheduled in dental. | 09/30/21 | Nurse Training | Produce training material/ roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/27/21 - Process put in place. Nurse training to be done week of 9/27- 10/1, will audit to monitor continued success.<br>01/12/22 - Annual training continues and audits submitted to HSA for remediation.<br>05/25/22 - training continues, due to staffing constraints remediation has paused. Need to restart this portion.<br>10/17/22 - No longer using dental log. Changing from DL to Emergent/Urgent/Routine. Noted lapses during internal audit. Retrained in August 2022. Have not completed re-audit since.<br>02/20/23 - Will perform internal audit and training as appropriate prior to next dental tour.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. Intake Chart Audit Tool created to monitor use of the dental portion of Intake Form use which will become part of the Monthly Sub Committee review. Dr. [redacted] is providing ongoing feedback to HSA/DON as to what he is seeing when reviewing Nursing Sick Call list. Once confirmation of nursing annotation issue as regards Dental is confirmed, immediate feedback is being provided to nurses. This is ongoing effort to support nurse training.<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>10/25/24- Complete. The referral process through CorEMR is established. Nurses have been trained to complete intake assessments for dental. Wellpath requests that this CAP item either be eliminated or modified to better reflect that training is in place. Continued training with new staff will occur.<br>07/18/25 - this CAP item either be eliminated or modified to better reflect the process in place. The only items that the nurse should have to include is Dental Problem, location , DL and Pain level. The date schedule is automatically done by the system. The referral process from intake is also part of our CQI self-governance process.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Will be sent training documents and staff sign in sheets. Appears to be receiving annual training but not all staff received it and no remediation given when it is needed. No audit of training taking place yet. Dental log not being used, goal is to use CorEMR. No consistency in nurse using this format in the task.<br>05/25/22 - ACTION [redacted] to send updated training documents as influx of new staff. Getting onboarding training but no remediation given. Need to audit training success once it is completed. No consistency in nurse using this format in the task. Change from DL1 and DL2 to Emergent, Urgent and Routine being considered.<br>12/06/22 - Nursing referrals now using Emergent (Today)<br>Urgent (Tomorrow), Routine (+5 days) to refer patients to dental. Chart audit showed referral not occurring although patient noted pain. No training records available. No current internal re-audit performed, needs to occur.<br>06/28/23 - Some of the nurses comply with this CAP item better than others. Continued training is required. Internal audits are needed for self assessment.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There is improvement in this CAP item and some of the nurses comply with this CAP item better than others. Continued training is required for those nurses who only partially fill out this information in the form and task. Internal audits continue for self assessment.<br>11/15/24 - Although the referral process through CorEMR is established the nurses are not always including the date of the referral, the dental problem/chief complaint, the DL, pain level, location and description of the dental problem(s), the date referred to dental and the date scheduled in dental.<br>08/15/25 - Same as above. Make sure the description of the dental problem, history of the chief complaint, location (UR, LR, UL, LL), the pain level is located in both the form and the task. Specific nurse training in this area is required.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25.** | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 17 | Intake Form | Update CorEMR to identify the DL 1 or 2 automatically in the "task" with a drop-down menu. | 09/30/21 | CORE CHANGE | Produce training, and demonstrate CORE changes. | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Complete | Complete | Complete | Complete | Complete | Complete | Complete | | 09/08/21 - Update done, need to train nurses… Training completed 9/27-10/1<br>10/17/22 - Per the wording, this task is complete however training is ongoing. They are being trained on Emergent/Urgent/Routine now rather than DL1 or DL2. CorEMR functionality is there but staff not always using dropdown as designed. If resets or edits the task, then the dropdown gets resets to 1. Have not completed re-audit since. Will perform internal audit and training as appropriate prior to next dental tour.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. Intake Chart Audit Tool created to monitor use of the dental portion of Intake Form use which will become part of the Monthly Sub Committee review.<br>03/06/24 - CorEMR IT Contacted.<br>10/25/24- Complete. CorEMR has been successfully changed. The Monitor's requirement for training is fulfilled through a different CAP item and is not relevant to this CAP.<br>07/18/25 - Complete. This CAP Item should be removed or modify to actul process.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Drop down menu for 1 or 2 and it functions but sometimes nurses do not always use the system and it defaults to a 1.<br>05/25/22 - If change to emergent, urgent, routine instead of DL 1 and 2, will have to change language, although priority 1 or 2 is in CorEMR. *TRAIN NURSES TO USE THIS FUNCTION. Consider Switching to Emergent, Urgent, Routine. Will need to update CAP language.<br>12/06/22 - See Implementation Specialist note. Confirmed same issue with priority codes 1 and 2, with Dentist using priority 3, 4, 5 which are not appropriate for the nurse referrals. Training and re-audit needs to occur at a minimum quarterly.<br>06/28/23 - There is a drop down menu but it is not made a mandatory choice, therefore although the dental level/now called priority levels are there, the entry defaults to Priority 1 if not changed manually. Recommend a mandatory answer so the computer doesn't default to a priority 1 and therefore affects the compliance.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - CorEMR has not been updated to address this issue. This CAP item therefore must use training to resolve the priority labeling within CorEMR. The default is a Priority 1 and the nurses must identify the priority level within CorEMR when creating a Task. Although much training has been given, additional training is needed to for the nurses to press the respective button for a Priority 1 or Priority 2 condition for referrals to dental.<br>11/15/24 - There is improvement in this area. Although CorEMR cannot do a drop down, the default is a Priority 1 and the nurses must identify the priority level within CorEMR when creating a Task. The 14-Day Exam form and subsequent DL is not addressed correctly due to an issue within CorEMR and the form. Currently the patients during their 14-Day Exam are not always referred appropriately, nor is the DL 1 or 2 differentiated in the medical portion of the dental form. Per the Operations Specialist, she is working on a solution.<br>08/15/25 - The 14-Day Exam form and subsequent DL has not been addressed correctly due to an issue within CorEMR and the form. Currently the patients during their 14-Day Exam are not always referred appropriately, nor is the DL 1 or 2 differentiated in the medical portion of the dental form.<br>**12/03/25 - From the initial chart review, CorEMR cannot do a drop down and the default in Intake is a Priority 1 and the nurses do not always identify the correct priority level within CorEMR when creating a Task. In the 14-Day Exam form the DL is not addressed correctly due to an issue within CorEMR and the form. Curren** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Progress | PC | Progress | PC |
| 18 | Intake Form | Until CorEMR is updated, RN place the DL information in the appointment notes in both the task box and in the dental log. | 08/31/21 | Nurse Training | Can produce task list as proof/ DA's audits. | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Progress | Complete | Complete | | 08/31/21 - System currently in place, DA audits regularly.<br>05/25/22 - Will pull a forms answer report for dental pain and see if the DL information is in the task box. Dental log not being used.<br>10/17/22 - No longer using dental log. Changing from DL to Emergent/Urgent/Routine. Noted lapses during internal audit. Retrained in August 2022. Have not completed re-audit since. Will perform internal audit and training as appropriate prior to next dental tour.<br>02/20/23 - Per Wording of CAP since #17 in completed with the CORE update this is now completed.<br>05/10/23 - This CAP is complete. No training/follow up necessary as it was a specific request to update Cor which was accomplished. Audit Tool for Intake will be used to monitor effectiveness of training.<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>10/25/24- Complete. Because the CorEMR has been updated to include DL, this CAP item should be eliminated.<br>07/18/25 - Complete. The system for training is established and CQIs occur to evaluate compliance and take corrective action.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Some progress made but nurses not using the dental logs. The DL information is not usually included in the task, nor any other information, see questions #16.<br>05/25/22 - This can also be reworked in CorEMR and therefore this line item can be included in the CorEMR programing when the system is upgraded. They are not using the dental logs. They've had the training but they have not had time for remediation as [redacted] working as HSA and floor nurse and no time as Implementation Specialist.<br>12/06/22 - Same as above. Dentist needs training as well to not rename priorities from nurse referrals. Remediation training and re-audit necessary for nurses. Not consistent DL or priority information in task. No training has occurred since last training and no documentation given for review.<br>06/28/23 - Inconsistent placement of the dental level in the task box by the nurses.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Although improved there continues to be inconsistent placement of the dental level/Priority 1 or Priority 2 in the Task by nurses.<br>11/15/24 - CorEMR has been updated to include a DL, this CAP item is being marked complete but still in partial compliance. There continues to be inconsistent placement of the dental level/Priority 1 or Priority 2 in the Task by nurses.<br>08/15/25 - There continues to be inconsistent placement of the Dental Level/Priority 1 or Priority 2 in the form and Task by nurses.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25.** | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 19 | Intake Form | Follow through with the referral to dental for all listed single or multiple dental problems. | 09/30/21 | Nurse Training | Produce training material/ roster- will need audit going forward | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/27/21 - Process put in place. Nurse training done week of 9/27- 10/1<br>10/17/22 - Noted lapses during internal audit. Retrained in August 2022. Have not completed re-audit since. Will perform internal audit and training as appropriate prior to next dental tour.<br>02/20/23 - Audits have found better compliance with Referrals, will continue regular auditing/ retraining as necessary<br>05/10/23 - Nurse Training conducted May 2-4, 2023. Intake Chart Audit Tool created to monitor use of the dental portion of Intake Form use which will become part of the Monthly Sub Committee review.<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>10/25/24- Complete. The system for training is established and CQIs occur to evaluate compliance and take corrective action. CFMG requests that this CAP item be eliminated or modified.<br>07/18/25 - Complete. The system for training is established and CQIs occur to evaluate compliance and take corrective action. CFMG requests that this CAP item be eliminated or modified.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - CorEMR made the referral box to dental checkable for intake but is not active on the added dental form for the 14-day exam although it is active on the form itself. There is no referral from sick call as they are only using the task for this referral. Must look at the forms question report but find it only tracks certain values and then there are multiple steps to get data from the different updated forms variation. Also not all appointments are being created from the referral box. Some nurses open a task to make the referral and then I am not able to track those referrals to see if they were seen by dental.<br>05/25/22 - They've had the training but they have not had time for remediation training as [redacted] is doing three jobs due to staffing crisis. They need to audit the process. Wellpath to update programming of CorEMR to also track referrals from the physician.<br>12/06/22 - Although improvement noted, not all indicated referrals are referred to dental by the nurses and not all referrals are done through the form, some are still being sent by creating a separate task, not linked to the form. Internal re-audit and training must occur. Make training records available.<br>06/28/23 - see 12/06/22. Some improvements, mainly due to Dr. [redacted] who is now providing feedback to the nurses.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Although improvement noted, mainly due to the Dentist who is now providing feedback to the nurses, not all indicated dental conditions are referred to dental by the nurses and not all referrals are done through the form, some are still being sent by creating a separate task, not linked to the form. Internal re-audit and training are continue occurring.<br>11/15/24 - If a referral is not checked on the form but a separate task is created, the referral to dental can neither be tracked nor followed through in the Forms Question Report. The CQI is good but does not ask this type of question, therefore the CQI does not address this issue, nor is able to identify the problem. Please ask questions relating to marking the form vs creating a separate task. Have the RNs identify the problem and list it on the form, then check the "refer to dental" box within the form. Do not create a duplicate task. Also there was no follow through for the 14-Day Exam where multiple patients were not referred as the form needs to be updated for there to be an automatic task created from the dental screening form.<br>08/15/25 - For the 14-Day Exam, there is no automatic referral to dental so the task must be created. For Intake, if referral is not checked on the form but a separate task is created, the referral to dental can neither be tracked n | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 20 | Intake Form | Determine if a problem is from trauma or from decay. Check the decay box if indicated. Write in if it is from trauma. Note the DL with the referral. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/27/21 - Nurse training done week of 9/27- 10/1. Trauma added as an option on form.<br>05/25/22 - Need to complete self auditing to ensure compliance.<br>10/17/22 - Suggestions from Monitor that all questions are to be made yes and no- questions. Pain question should be placed after decay, trauma, etc.<br>02/20/23 - Requests for changes submitted to forms committee<br>05/10/23 -<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>10/25/24- Complete. The system for training is established and CQIs occur to evaluate compliance and take corrective action. CFMG requests that this CAP item be eliminated or modified.<br>07/18/25 - CFMG requests that this CAP item be eliminated or modified.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The questions of decay, trauma, gum disease and abscess are in CorEMR but need to be made into yes and no questions so the nursing staff look inside the patient's mouth to answer the questions.<br>05/25/22 - Discussion of changing DL classification to Emergent, Urgent and Routine to unify all process will be helpful. [redacted] to contact IT to have questions made mandatory yes or no in the intake form. This will assist the RNs in at least asking the questions during intake.<br>12/06/22 - Per [redacted] CorEMR change requested but has not occurred yet.<br>06/28/23 - As of early June 2023, intake form appears similar to 14-day exam list of questions mandated in the IP. Although Trauma is now in the form, decay is no longer there. Add it to the missing/broken portion of the intake form dental screening.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The 14-day exam screening form was merged into the intake form rather than into the health assessment form from Wellpath's IP on page 98. However this current form does have trauma but not decay, although broken teeth is listed which could be due to decay. When a dental condition is checked on the form, the description of the observed dental screening is not always included in the intake form and the correct DL/Priority 1 or Priority 2 parameter is not always entered correctly into CorEMR. More training is needed.<br>11/15/24 - Partially complete as this question is mostly geared to intake. The intake form has been updated such that the "Evidence or complaints of the following" includes trauma and "decay" is listed as broken teeth in the intake form. However, when a dental condition is checked on the form, the description of the problem is not always included in the form. Sometimes a referral to dental that is indicated is not checked on the form, but is created outside of the form. This affects the ability to visualize the continuity of care and the accuracy of the statistics within CorEMR. More training is needed.<br>08/15/25 - Complete. Training is necessary as there is not always a description, history, location and pain scale on the form and in the task.<br>**12/03/25 - From the initial chart reviews, training is still necessary as there is not always a description, history, location and pain scale on the form and in the task to identify the dental probl** | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Intake Form | The Dentist provides nurse training, retraining, feedback and monitoring. | 09/30/21 | Nurse Training, Dentist and CDO | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/27/21 - Scheduled to begin. Initial training was given by Dentist. Will re-occur as needed<br>05/25/22 - Part of corporate training schedule. Dentist will do annually. Need to make schedule for retraining.<br>10/17/22 - Dr [redacted] uses the annual Wellpath produced PowerPoint to train. Feedback and monitoring not occurring with written documentation.<br>02/20/23 - Will re-assign this to Dr [redacted] after the backlog is cleared up.<br>05/10/23 - Nurse Training conducted May 2-4, 2023.<br>07/18/23 - Dr [redacted] provides feedback to nurses.<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings. Wording of the task "monitoring" needs to be changed to the HSA to reflect desired administrative oversight with clinical involvement of the Dentist.<br>10/16/24-Complete. The system for training is established and CQIs occur to evaluate compliance and take corrective action. Wellpath requests that this CAP item be eliminated or modified.<br>07/18/25 - See training rosters<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Training provided in November but no remediation. There is no evidence of training with new nurses, retraining of nurses already here, no evidence of feedback or monitoring.<br>05/25/22 [redacted] to send me training manual. No remediation or retraining. No self-auditing of process as there is a staffing shortage. See [redacted] training tracking tool to routinely see staffing changes.<br>10/17/22 - Dr [redacted] uses the annual Wellpath produced PowerPoint to train.<br>12/06/22 - No documented training by Dr [redacted] therefore unknown when training, if any occurred.<br>06/28/23 - Per Dr [redacted] Dr [redacted] is providing nurse training, retraining and feedback. Request sign in sheet at ne audit tour to confirm.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the CDO, the staff Dentist has provided one on one training to the nurses however no training record has been submitted.<br>11/15/24 - This is partially complete because although Dr [redacted] is providing nurse training, retraining, feedback and monitoring, he is neither having the nurse sign an internal training sheet stating the training that was given nor acquiring the signature of the recipient and dentist.<br>08/15/25 - Training is occurring but it is not fully effective yet.<br>**12/03/25 - The DON position was filled and started at the end of September. He was previously an RN and charge nurse for 6 months and decided to take the position because he likes challenges. He states he is sharpening communication with the nursing team, building trust between them. There are 7 day and 7 night nurses and says he gets to them before the shift or comes in early to conduct training. This results in a more consistent coordination between Dental and Nursing. Although the Dentist reported providing nursing staff with training, retraining, feedback, and monitoring on occasion, no formal documentation of this training was identified through email correspondence, written instructional materials, or in the monthly Dental Subcommittee meeting minutes** | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | |
| 22 | Intake Form | If a patient refuses a referral to dental, check the box for the referral to dental and then obtain the refusal and write the explanation in the progress notes. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Progress | Progress | | 09/27/21 - Nurse training done week of 9/27- 10/1. Will Audit and offer remediation as needed.<br>10/17/22 - Have not completed re-audit since 09/21. Will perform internal audit prior to next dental tour.<br>02/20/23 - Re-Audited and found lapses, will re- train at Feb. Staff Meeting<br>05/10/23 - Nurse Training conducted May 2-4, 2023.<br>03/26/24 - Internal CQI Intake chart audits are conducted monthly since December 2023. Nurse Intake training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings. The nurses do not have the option of not referring a reported dental problem at Intake. Refusal process in place and referrals are performed from Intake to Dental and marked on the form.<br>11/5/24 - CFMG is working on refusal processes but requests a modification to the CAP because the deficiency identified does not match the intake process.<br>07/18/25 - CFMG requests a modification to the CAP because the deficiency identified does not match the intake process.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Has been trained on in November 2021. No remediation/feedback training. New employees not trained.<br>05/25/22 - Has been trained on last month per [redacted] but for new employees trained and no certification of training and no remediation for existing nurses.<br>12/06/22 - Re-audit and training must occur, training documentation must be available with training.<br>06/28/23 - Not happening consistently. No reasons listed in the task as to why the refusal. No refusal form scanned.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There appears to be no more consistency in this metric. The refusal process is in place. An LOP to address the various issues surrounding refusals has not been completed but per the Operations Specialist is in the process of being written.<br>11/15/24 - In progress. Let's discuss and create a flowchart together for refusals which occur from the various referral sources to dental in order to resolve this CAP item.<br>08/15/25 - Same as above.<br>**12/03/25 - From the initial chart reviews, when a patient refuses a referral to dental from Intake, a refusal fo with a written explanation is not always completed and scanned into the documentation portion of CorEMR.** | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | |
| 23 | 14-Day Exam Form | RNs to perform an intraoral screening and evaluation on every inmate/patient during their 14-Day Exam per the Implementation Plan. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/27/21 - Nurse training done week of 9/27- 10/1, Form created and rolled out. Was paper Sept.-Nov. but has since been loaded into CORE.<br>05/25/22 - Health appraisal on pause until staffing stabilized.<br>10/17/22 - Started Health Appraisal on Sept 14, 2022 with regularity. Newer form rolled out and supplemental form as well. NCCHC health appraisal form being used now. Sending to Dr [redacted] and Dr. Winthrop. Will perform internal audit and training as appropriate prior to next dental tour.<br>02/20/23 - Dental Supplemental form being used regularly.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. 14 Day Health Appraisal Chart Audit Tool created to monitor use of the dental portion of of the 14 Day Appraisal Form use which will become part of the Monthly Sub Committee review.<br>06/22/23- Intake form was updated with new items for the dental screening.<br>03/26/24 - Internal CQI 14-Day chart audits are conducted monthly since December 2023. Nurse 14-Day training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>11/5/24 - Completed. CFMG has implemented the intraoral screening and evaluation based on the workflow process chart and training.<br>07/18/25 - Completed. CFMG has implemented the intraoral screening and evaluation based on the workflow process chart and training.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The form was created to support the examination however nurse stated that if patient not having pain th they do not look in mouth to evaluate oral condition.<br>05/25/22 - Some improvement as shown in the forms question report and some referrals occurring and being tracked to dental however 14-day health appraisal is not occurring due to staffing shortages since May 23, 2022.<br>12/06/22 - There is a process with the supplemental form and there is progress that it is used regularly. Training and internal re-audit needs to occur and be documented. No documented training provided.<br>06/28/23 - The 14 day exam dental portion is occurring during intake. This does not comply with the IP requesting a dental screening at the 14 day exam.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There was an initial improvement, where the 14-day exam dental screening no longer occurred at the same time as the intake exam, however, the 14-day (health appraisal) Initial Health History & Physical Dental Screening form was no longer be used since September 13, 2023. This form had the requirements set forth in the Implementation Plan for specific screenings of dental conditions to occur during the 14-Day Exam. Per the Operations Specialist, the Initial Health History & Physical Dental Screening form will be merged into the Initial Health History & Physical form at some point. Note, there appears to only be 11 referrals to Dental from the 14-Day Exam, (Initial Health History & Physical form), in a 9 month timeframe.<br>11/15/24 - Wellpath has implemented the intraoral screening and evaluation during their 14-Day Exam per the Implementation Plan. However, not all are receiving this screening and those who do receive this screening are not always referred to dental when indicated.<br>08/15/25 - Much improved. Both the medical 14-Day Exam form and the dental screening form are used in conjunction during the Health Appraisal. It is still given a partial as there are times when an intraoral evaluation does not seem to be fully performed and a subsequent sick call requests identifies a condition which should have been picked up during the 14-Day Exam.<br>**12/03/25 - From the initial chart reviews, there continues to be times when an intraoral evaluation is not performed, or if it is, is not fully performed as a sick call request identifies a condition which should have been picked up during the 14-Day Exam. More training is necessary.** | Progress | PC | No Plan | NC | Progress | PC | Progress | NC | Progress | NC | Progress | PC | Complete | PC | Complete | PC | |
| 24 | 14-Day Exam Form | Check the Oral Hygiene Education box on the IMQ form once OHI is given. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/27/21 - Nurse training done week of 9/27- 10/1. Will Audit and offer remediation as needed.<br>05/25/22 - Health appraisal on pause until staffing stabilized.<br>10/17/22 - Have not completed re-audit since. Will perform internal audit and training as appropriate prior to next dental tour.<br>02/20/23 - Oral Hygiene box being checked with regularity in re-audit<br>05/10/23 - Nurse Training conducted May 2-4, 2023. 14 Day Health Appraisal Chart Audit Tool created to monitor use of the dental portion of of the 14 Day Appraisal Form use which will become part of the Monthly Sub Committee review.<br>07/18/23 - Internal audit tools created to assess for compliance.<br>03/26/24 - Internal CQI 14-Day chart audits are conducted monthly since December 2023. Nurse 14-Day training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>11/6/24 - Complete. CQI process accounts for this question in the reviews of the 14 day process and CQI process has identified compliance with this step in the process. Training has occurred.<br>07/18/25 - Complete. CQI process accounts for this question in the reviews of the 14 day process Complete. CQI process accounts for this question in the reviews of the 14 day process and CQI process has identified compliance with this step in the process. Training has occurred.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The OHI box check but did not have a patient to verify the type of OHI given at the 14-day exam.<br>05/25/22 - Used forms question report. Pulled number of health appraisals performed. If inmate not housed and staying past two weeks then not getting health appraisal. ACTION: Will run a task report to pull up all health appra tasks and then can see which are open (incomplete) or complete. ACTION: Interview patients and visualize patien receiving OHI during the 14-day exam when it re-opens.<br>12/06/22 - Oral Hygiene box being checked regularly but meaningful oral hygiene instruction not happening yet. No internal re-audit or training documentation submitted for review.<br>06/28/23 - Inconsistently performed although Dr [redacted] is instituting a monitoring form to perform internal audits in this area.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There appears to be improvements in this area, the OHI Education given box is checked, although it is unknown what and the quality of the oral hygiene education the patients are receiving and from what source.<br>11/15/24 - There is improvement in this area. Although OHI is checked on the box more often, there is no educational protocol in place to show what oral hygiene instructions the patients are receiving.<br>08/15/25 - Complete. Also advise the patient to view the training on brushing and flossing on the tablet. Continue with the CQI process and training.<br>**12/03/25 - Complete. From the initial chart reviews this appears to be provided to the patients. The patients are also able to visualize the oral hygiene videos and brochures on the tabl** | Progress | PC | No Plan | NC | Progress | PC | Progress | SC | Progress | PC | Complete | PC | Complete | SC | Complete | SC | >1 yr |
| 25 | 14-Day Exam Form | RN notes every referral on the handwritten dental log (Intake, 14-Day, Sick Call) unless another solution can be found. It is important that all referrals to dental are tracked so that all referrals to dental receive the appropriate dental appointment and are seen in dental. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Progress | Progress | Complete | Complete | | 9/27/21 - Nurse training done week of 9/27- 10/1. Will Audit and offer remediation as needed.<br>05/25/22 - Health appraisal on pause until staffing stabilized. As there is no handwritten dental log, this CAP needs to be modified.<br>10/17/22 - No longer using dental log. Other solution has been found through CorEMR. Changed from DL to Emergent/Urgent/Routine. CorEMR has been updated so a report can be generated to track referrals. Have not completed re-audit of appropriate nurse referrals since new tracking method implemented however I will mark as complete per wording of CAP.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. As there is no handwritten dental log, this CAP language nee to be modified.<br>03/26/24 - Internal CQI 14-Day chart audits are conducted monthly since December 2023. Nurse 14-Day training conducted February 27th, 2024 with PowerPoint and flowchart. Training also occurs during staff meetings.<br>10/26/24-This question needs to be rewritten-the "log" has not been used for years. The 14 Day HA is part of the ongoing CQI study.<br>07/18/25 - This question must be rewritten. There will be no "log" system.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - If nurse knows to make the referral, then the computer will not lose it. However, they are not using the log and if they don't know the training then the box is not being used and the appointments are not tracked.<br>05/25/22 - The problem is more with training, to see if the nurses are making the referrals appropriately. If they miss the referral then it won't be seen on the logs or in the computer. No paper logs are being used. Training and is needed to have nurses consistently mark the box. There's currently a box to check in the new dental form but it does not create a task for referral into dental. In the NCCHC there's no drop down menu for referral type (Emergent, Urgent, Routine). [redacted] to have IT make a task from this referral method.<br>12/06/22 - Referrals are being tracked only when the nurses place the referral within the Intake, 14 Day or Sick Call form within CorEMR. On occasion the referrals to dental are done through a task and not within the form. Identifying this deficiency is not transparent. This causes the referral not to show up on the report. The forms question report is tedious at best and gathering the information is time consuming and cumbersome. There is no documentation of an internal audit or of training.<br>06/28/23 - Referrals to dental are to be checked in the dental referral section of the form. Inconsistent referrals from 14-day as the 14-day form is completed at Intake and not consistently at the 14-day exam period.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Referrals from the 14-Day Exam, (also known as the Health Appraisal or Health Assessment), are inconsistent at best as it appears that the dental screening form is no longer utilized since September 2023. The Implementation Plan on page 98-99 has specific requirements for the 14-Day Exam dental screening. It is necessary for the form to either be used separately at the time of the Health Appraisal or have it merged into the Initial Health History and Physical form for this CAP item to be resolved. A CQI process has been initiated showing documentation of an internal audit, with the results included in the Monthly Dental Subcommittee meeting minutes.<br>11/15/24 - It is important that all referrals to dental are tracked so the patients receive the appropriate dental appointment and are seen in dental within timeframe. There currently is no method outside of the Form Question Report to confirm that the referrals are referred appropriately from the request for dental services, since the Nurse Sick Calls are not all being completed nor are the requests scanned into CorEMR's document section. Regarding the 14-Day Exam, the dental screening form must be updated to automatically refer a patient to dental or the staff trained so that | Progress | NC | No Plan | NC | Progress | NC | Progress | PC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | |
| 26 | 14-Day Exam Form | If the patient refuses the referral to dental from the 14-Day Exam, check the box for the referral to dental and then obtain the written refusal, inform the patient regarding the risks, benefits, alternatives and consequences of refusing care, write the explanation in the progress notes and scan the form into CorEMR, | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 9/27/21 - Nurse training done week of 9/27- 10/1. Will Audit and offer remediation as needed.<br>05/25/22 - Health appraisal on pause until staffing stabilized.<br>10/17/22 - Have not completed re-audit since 09/21. Will perform internal audit and training prior to next dental tou<br>02/20/23 - No changes<br>05/10/23 - Nurse Training conducted May 2-4, 2023. 14 Day Health Appraisal Chart Audit Tool created to monitor use of the dental portion of of the 14 Day Appraisal Form use which will become part of the Monthly Sub Committee review.<br>03/27/24 - Working on LOP for refusals for dental. Global policy to be sent to Dr. Winthrop.<br>11/7/24 - In Progress. CFMG is currently developing a local operating procedure (LOP) which will outline the dental referral process. CFMG anticipates this LOP will be completed by the monitor's next site visit.<br>07/18/25 - In progress, many LOPs worked on, this will be next.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Training needs to occur, see intake. No training for new nurses. Existing training does not capture all new nursing staff.<br>05/25/22 - Training needs to occur, see intake. No training for new nurses. Existing training does not capture all new nursing staff. No remediation/feedback given for existing nurses. 14-day health appraisal on hold due to staffing problems.<br>12/06/22 - No current internal audit or training has occurred yet.<br>06/28/23 - Not consistent, see CAP #25.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the Operations Specialist, an LOP is in process of being written. The global policies and procedures from Wellpath will be sent for review. See also CAP #22.<br>11/15/24 - In progess. Per Dr [redacted] they are working on the LOP for this. See also CAP #22.<br>08/15/25 - In progess. Per Dr [redacted] they are working on the LOP for this. See also CAP #22.<br>**12/03/25 - See also CAP #22. From the initial chart reviews, when a patient refuses a referral to dental from the 14-Day Exam, a refusal form with a written explanation is not always completed and scanned into the documentation portion of CorEMR** | Progress | NC | No Plan | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | |
| 27 | 14-Day Exam - DL 2 Scheduled within timeframe | Per the Implementation Plan every booked patient is to receive their dental screening at the 14-day exam and the RN is to fill out the odontogram, answer the questions as listed in th Implementation Plan and refer the patients to dental when indicated. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/27/21 - Nurse training done week of 9/27- 10/1, Form created and rolled out. Was in paper format Sept.-Nov. (w be found scanned into charts) but has since been loaded into CORE.<br>05/25/22 - Health appraisal on pause until staffing stabilized.<br>10/17/22 - Paper form no longer used so odontogram not fillable. CorEMR has form uploaded and nurses are using the form regularly.<br>02/20/23 - No changes<br>05/10/23 - Nurse Training conducted May 2-4, 2023. 14 Day Health Appraisal Chart Audit Tool created to monitor use of the dental portion of of the 14 Day Appraisal Form use which will become part of the Monthly Sub Committee review. Dr [redacted] is providing ongoing feedback to HSA/DON as to what he is seeing when reviewing Nursing Sick Call list. Once confirmation of nursing annotation issue as regards Dental is confirmed, immediate feedback is being provided to nurses. This is an ongoing effort to support nurse training.<br>03/27/24 - Initial Health History and Physical Exam will be revised with Nursing Subject matter experts and CorEMR experts.<br>11/7/24 - Complete. Initial H&P exam form and dental assessment forms exist in CorEMR, staff have been trained to use the same, CQI measures compliance with the training and follow up training is provided as indicated by CQI studies.<br>07/18/25 - Initial H&P exam form and dental assessment forms exist in CorEMR, staff have been trained to use the same, CQI measures compliance with the training and follow up training is provided as indicated by CQI studies.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - They do no have an odontogram.<br>05/25/22 - ACTION track the number of health appraisals vs the number of books and the number of dental referrals. However there are many more referrals then in previous audits so this is encouraging once the 14-day health appraisal resumes.<br>12/06/22 - Improvement noted in this area. Recommend that the answers on the form are yes or no answers. Odontogram not fillable although the nurses are using the form regularly. Health appraisal restarted in Sept 2022. current internal audit or training has occurred yet.<br>06/28/23 - See CAP #25. 14 day screening mainly occurring at intake instead of at the 14 day exam.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The CDO was not informed that since September 13th, 2023 the separate dental screening of the Initia Health History & Physical Exam (NCCHC) form was no longer being used during the 14 day exam. Amend the 14-Day Exam form as soon as possible and perform the dental screening as mandated in the Wellpath IP.<br>11/15/24 - There is improvement here when looking at September 2024 vs April 2024; however, the dental screening form is not always used in conjunction with the medical form during the 14-Day Exam. Will request from Custody how many patients were present after 14 days of booking and this will identify how many dental screenings should have been done.<br>08/15/25 - Improvement in this area. Referrals to dental from the 14-Day Exam are still not occurring routinely, as a task is not always created from the Health Assessment when referring patients to dental.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. Although not all booked patient receive a 14-Day Exam, those who do appear to receive the dental portion of the 14-Day Exam. Referrals however, to dental from the 14-Day Exam are still not occurring routinely, as a task is not** | Progress | PC | No Plan | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Sick Call seen by nursing within 24 hours of request | Inmate generated dental sick call requests are to be processed and seen by nursing within 24 hours of the request, per the Implementation Plan. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 9/27/21 - Nurse training done week of 9/27- 10/1. Will Audit and offer remediation as needed.<br>10/17/22 - Limited nurses available until recently to review the inmate requests. Roughly half of nursing staff pend clearance into Intelmate.<br>02/20/23 - New Staff still pending clearance into system.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. Sick Call Chart Audit Tool created to monitor use of the Sick Call requests & will be used as a part of the Monthly Sub Committee review. Dr [redacted] is providing ongoing feedba to HSA/DON as to what he is seeing when reviewing Nursing Sick Call/Dental Sick Call list. Once confirmation of nursing annotation issue as regards Dental is confirmed, immediate feedback is being provided to nurses. This is ongoing effort to support nurse training.<br>03/27/24 - The Medical Team is in the process of revamping Sick Call process and procedure. We are working w them to ensure Dental is included in the process.<br>10/26/24 Unchanged.<br>07/18/25 - New Sick Call system has been written and is in process of being reviewed by stakeholders.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Training has occurred although roster not complete but no compliance to seeing patients within 24 hours of their sick call slip request. Data shows sporadic compliance. No access to Intelmate but did receive the sick call slips to be able to compare them against the number of nurse triages.<br>05/25/22 - Same as above. Training has occurred but not compliant yet. No remediation/feedback for existing nurses. No new training for new staff. This metric is found within Intelmate. Requested access during exit interview but it was denied by Monterey Counsel.<br>12/06/22 - Minimal staff and inmate generated dental sick call requests are not routinely being processed and seen by nursing within 24 hours of the request.<br>06/28/23 - Not all dental sick call slips from ViaPath scanned into Cor. Patients not consistently seen by nursing within 24 hours of the request.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Access to the ViaPath, formerly Intelmate, is denied this monitor in order to assess for compliance. Spot audit checks show that the incarcerated person's request for dental care is not routinely scanned into CorEMR document section and therefore it is not documented when the request was filed by the patient and if the nurse saw the patient within 24 hours of the request.<br>11/15/24 - This area has regressed. The inmate request file has not been sent. There are few completed Nurse Si Calls for dental conditions. Rarely is a request for dental services scanned into the document section of CorEMR. Unable to determine without the file if a request was seen by the nurse within timeframe.<br>08/15/25 - Received the file from Smart Communication however it does not integrate with CorEMR and there is only a place to track the responses in Smart Communication and not compliance to when the nurses are seeing the patient within 24 hours.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. There are few completed Nurse Sick Calls for each dental sick call request indicating the patients were seen by nursing within 24 hours of the request and referred to dental within guideline** | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Plan | PC | Progress | PC | Progress | PC |
| 29 | Sick Call seen by nursing within 24 hours of request | Nursing staff is to receive from the Dentist and DON training, feedback and monitoring to see the patients within 24 hours of their dental sick call request. Nursing staff are to correctly triage for urgent/emergent dental issues versus non-urgent dental issues, assign the appropriate Dental Level and schedule within DL timeframe. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 9/27/21 - Nurse training done by Dentist week of 9/27- 10/1. Dr [redacted] is aware of the continuing nature of this commitment. After hiring the new DON was made aware of this as well.<br>10/17/22 - Changed from DL to Emergent /Urgent/Routine within CorEMR. DON position not filled for the past 18 months. Some training performed in July 22 about dental referrals. Will perform internal audit and training as appropriate prior to next dental tour.<br>02/20/23 - Training scheduled to be repeated shortly.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. Sick Call Chart Audit Tool created to monitor use of the Sick Call requests & will be used as a part of the Monthly Sub Committee review.<br>03/27/24 - The Dentist has routinely joined staff meetings/training for nurses and also joins new hire orientation.<br>11/7/24 - training is continuing with nurses.<br>07/18/25 - Nurse training is ongoing-has been for years.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The training tools are there but not all staff received training and the implementation and progress is no consistent. No remediation has occurred.<br>05/25/22 - No DON, no remediation, no signed evidence of training by Dr [redacted] Last full group training of staff occurred in November 2021. With nurses rescheduling the dental sick call requests from inmates, the logjam is no always with dental. Thought to stop the back up due to nursing reschedules. If dental full time, 5 days a week then nurses could do sick call slips on the weekend and dental during the weekdays.<br>12/06/22 - No current internal audit or training has occurred yet.<br>06/28/23 - Staff turnover provides inconsistent results with this CAP item. CorEMR should have a mandatory Priority 1 and Priority 2 button otherwise nursing assessments default to Priority 1 which then affects compliance.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Various nurse trainings have occurred in the past 9 months however entering the dental level/priority level designation into CorEMR is still inconsistent. Additional training is needed so that routine priority 2 designation from the dental screening is entered into CorEMR appropriately and therefore scheduled appropriately within timeframe.<br>11/15/24 - See #28 above as well. This is an ongoing nurse training issue. Please include the signed training in the monthly Dental Subcommittee meetings.<br>08/15/25 - This is an ongoing nurse training issue. Please include the signed training in the monthly Dental Subcommittee meetings.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. See CAP #21 and #28. The DON position is currently filled and is working on establishing more consistent coordination between Dental and Nursing. However, no formal documentation of DON and Dentist training is identified through email correspondence, written instructional materials, or in the monthly Dental Subcommittee meeting minutes.** | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 30 | Physician on Call (POC) Logs | Wellpath will provide the neutral monitor with the monthly ER Send Out log, with dental send-outs highlighted. | Complete, per Wellpath representation on 8/11/21 | PRODUCTION OF EXISTING LOG | produce log monthly | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Plan | Progress | Progress | Plan | Progress | Complete | Complete | | 08/11/21 - This log is in production… (waiting for counsel's approval to go ahead with addition of dental production)<br>10/17/22 - This is produced Monthly to RBGG as part of Monthly Production.<br>02/20/23 - No Changes, spoke to Monitor about requesting a separate Dental Production<br>05/10/23 - Production reports sent to Counsel.<br>03/27/24 - Log from WellPath Now will be provided with those Dental specific calls. ERMA report will be sent for th specific dental ER send outs.<br>11/1/24- ER sends out reports from ERMA and Physician on-call logs on previous tour and currect tour.<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The ER send out log is pulled from ERMA. I do not have access to ERMA. Received statement stating saying no outside referrals but not on a report. Wellpath report center not working for [redacted] yet.<br>05/25/22 - Not sent out monthly to me. Have not received. Requesting [redacted] to show me the Wellpath report center.<br>12/06/22 - Am requesting a dental monthly production, with this parameter in particular, with this audit report.<br>06/28/23 - As of this tour, Defendants have not provided production reports as requested in the 9th dental report. ER Send out report not sent.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - ER send out reports, from ERMA, sent. Physician on-call logs pending.<br>11/15/24 - Received the Physician on Call (POC) dental calls; however, there is no general log to show that the patients had a task created following the POC dental problem. Have not received the ER send out report for dental emergencies to higher levels of care from ERMA. Please send.<br>08/15/25 - Have not received the ER send out report monthly for dental emergencies to higher levels of care from ERMA. Please send monthly.<br>**12/03/25 - This Monitor does not have access to ERMA although the ER Send Out Log with dental is provided by the Operations Specialist from an ERMA report.** | Plan | NC | Plan | NC | Progress | NC | Plan | NC | Progress | PC | Progress | PC | Progress | PC | Complete | SC |
| 31 | Specialty Care Referrals / To Outside Specialists | Referrals to outside providers must be given a DPC 5. Patients are not delayed in the referral to the oral surgeon and/or other outside specialists. Patients are to be seen by the outside specialist within 30 days of the referral. If unable to schedule appointment within 30 days, will document reason why. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | No Plan | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Audits of referral system to occur. Dentist has received the training however the DPC's are now different in CorEMR. There is a "referral to be scheduled" and it goes to the clerk. Currently this must be reworked due to change to DPC system to accommodate CorEMR. Must all agree on new language for this item. Assigned to clerk and will check if continuing the referral process.<br>10/17/22 - The outside referral list can be found within CorEMR's Tasks but ERMA has most complete view. Process for outside referral uses ERMA which is the billing approval system. In an urgent/emergent situation, patient sent out and the referral will catch up afterwards. Can be produced upon request.<br>02/20/23 - No Changes. Can produce list upon request.<br>05/10/23 - Dr [redacted] refers patients and tracks them in ERMA.<br>03/28/24 - There is a new offsite clerk, who started in November 2023, in chart of scheduling offsite appointments. Local operating protocol has been written and will be forwarded to Dr. Winthrop. 10/26/24-There has been an Offsite referral Report (part of the monthly Access to Care CQI series) available since March 2024. The monitor all referrals on a monthly basis for Access & Timeliness of Care.<br>11/7/24 - Complete. CFMG has implemented a sytem to timely make referrals and see patients upon return. The system is reviewed through CQI and corrective action is taken when indicated by the CQI.<br>07/18/25 - Complete. CFMG has implemented a sytem to timely make referrals and see patients upon return. The system is reviewed through CQI and corrective action is taken when indicated by the CQI.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The dental priority code process in CorEMR does not contain enough spaces for a referral number. It stops at 5 and 5 used to be the number used for referrals in the dental log but now that the DPC is updated in CorEMR's language, there is not enough room to add any other numbers at this point. [redacted] to ask if this is possible in the future. This item currently cannot be tracked by CorEMR but there is a written process for ERMA.<br>05/25/22 - Same as above [redacted] to contact Clerk who handles referrals and is to send me list of patients who were referred to dental so that I may audit these. I have not see this log or been given access to the tracking system.<br>12/06/22 - Access to CorEMR but not to ERMA. Patients not referred to outside specialist when indicated. Patients are not always seen within 30 days of the referral. No dental documentation as to why patient wasn't seen. Can track if dentist sends patient but if other nondental clinician sends patient to outside specialist, can only do so with a word search.<br>06/28/23 - Improvement in this area due to Dr [redacted] who monitors ERMA log of patients sent to the oral surgeon. This monitor does not have access to ERMA. There is no DPC in CorEMR for tracking patients referred to the outside specialist.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There is a new offsite clerk who has revamped the offsite referral system to include a follow up appointment with dental the next dental day after returning from their offsite dental appointment. The LOP draft has been sent. Many of the patients are now scheduled within 30 days of the referral from dental to offsite, although not all returning patients have been seen by dental following their offsite surgery and/or visit with the specialist...however this is improving.<br>11/15/24 - There is great improvement in this area. More improvement is seen as each month progresses. The CQI system is valid. Please update the questions to address the issues of follow up by the RN to use the Return from Offsite form and by the Dentist to see the patients within the appropriate timeline following the offsite specialty appointment. | Progress | NC | No Plan | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | SC |
| 32 | Specialty Care Referrals / To Outside Specialists | If the apex of a wisdom tooth cannot be achieved radiologically on the first visit, then refer to the OS for a panoramic x-ray and consultation/evaluation so as not to delay dental care. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward. Will have annual retraining on the CAP.<br>10/17/22 - Since 10/7/22 there is no dental assistant nor x-ray capability right now as the developer is broken. Dr. [redacted] gave directive on Oct 5 [redacted] will refer complex cases to an outside OMFS if, in his clinical judgement, the referral is necessary".<br>02/20/23 - X-Ray Ma[redacted] in new clinic is licensed and up and running, DR [redacted] has completed the training on the new system and Dr [redacted] to complete CAP training shortly with dental team which includes this line item.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). Verification of this CAP to be part of the Supervisory Chart Audit Process.<br>03/28/24 - Dr [redacted] operates and follows the standard of care and refers patient routinely and timely. A note to the Oral Surgery requesting copies of the panoramic radiographs is in process.<br>10/26/24-Completed. CFMG has established a system and are compliant with the CAP. The monitor has added a requirement for additional scanning and dental encounters with the patients, which is NOT a requirement of the IP. CFMG objects to the monitor changing the requirements in the IP. Additionally, the requirement for the X-ray is for symptomatic wisdom teeth, NOT all wisdom teeth. The monitor misapplies the IP and ADA standards.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Per [redacted] Dental staff trained by CDO however there are no patients referred to the outside oral surgeon and I cannot track the referrals as not given access to the system. Lapses in care still noticed.<br>05/25/22 - Lapsed in care still noticed. Request Dr [redacted] retrain Dr [redacted] and review 3rd molar cases where apex of teeth not captured.<br>12/06/22 - No radiographs taken since October 2022. X-ray developer broken and although dentist trained on digital x-rays, Dr [redacted] did not take any x-rays and said that he is will not without a dental assistant. X-ray machine at time of audit not certified but documentation in the process.<br>06/28/23 - Through audit, some of the non wisdom tooth apex are not being imaged radiographically. Dentist to provide training to the DA and attempt apex visualization. Not in chart if unable to obtain the apex and refer to outside specialist as noted in the CAP item.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The Dentist utilizes the offsite oral surgeon when indicated. Per the CDO, a conversation with the Oral Surgeon has occurred, requesting a copy of each patient's panoramic radiograph be returned with the report from the offsite specialist in order for the panoramic x-ray and the report to be scanned into the patient's dental record, in the document section of CorEMR.<br>11/15/24 - The CAP item states, "If the apex of a wisdom tooth cannot be achieved radiologically on the first visit, then refer to the OS for a panoramic x-ray and consultation/evaluation so as not to delay dental care." If a patient comes in for a sick call request of pain or problem with a wisdom tooth, or any tooth for that matter, it is important that the objective findings are done, which includes reviewing the radiographic apex of the tooth in question, in order to provide an accurate diagnosis. If the apex cannot be visualized radiographically due to an abcess or other issue, indicate the attempt in the progress notes. Historically there was a delay in providing a timely diagnosis (especially for wisdom teeth) and subsequently a timely treatment for patients when this condition occurred. Although the delay in care rarely occurs now with Dr [redacted] this is still a CAP item to have addressed and requires an update to the episodic and comprehensive care LOP.<br>08/15/25 - Same as above. See 11/15/24.<br>**12/03/25 - From the initial chart reviews, some of the apex of wisdom teeth are not completely visualized during comprehensive care and although the delay in care rarely occurs now with Dr [redacted] this is still a C** | Progress | NC | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 33 | Specialty Care Referrals / To Outside Specialists | If a patient's medical history prevents the dentist from completing care, and a referral to the outside specialist is in order, request a medical consult and do not delay in referring the patient to the outside specialist. See Case Review #6. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Audits of referral system to occur.<br>10/17/22 - Dr [redacted] has asked Dr [redacted] to refer a medical consult through CorEMR. Training to occur. Long-term goal is to add a referral to the physician check box on the DSTR rather than just talking with physician without a written referral.<br>02/20/23 - No Changes<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). Verification of this CAP to be part of the Supervisory Chart Audit Process.<br>08/28/24 - Referral to the MD is either by task and/or written in clinical progress notes.<br>10/26/24-Complete. CFMG has established a system to complete this task. The monitor's reference in the CAP to Case #6 is from several years ago and is no longer relevant, to the extent is was relevant.<br>07/18/25 - Complete<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Unable to access referral system. Dental Staff Trained by CDO. Ongoing training recommended in additional to having annual retraining on the CAP.<br>05/25/22 - Unable to access referral system. Unable to monitor. Not given advanced materials/production as requested.<br>12/06/22 - The physician check box on the DSTR form within CorEMR has not been implemented yet. Training of Dentist has not occurred yet.<br>06/28/23 - Plan in progress with improvement noted but not always consistency yet. Continue providing training and feedback.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The Dentist utilizes a Task to request a medical consult when indicated. Consider writing a LOP for referrals to the onsite physician when a medical consult is necessary. Include the physician's response in the dental clinical notes and include the information in the referral to an offsite specialist when indicated.<br>11/15/24 - I agree that the case review #6 is no longer relevant today; however, the issue of having a timely medical consultation sent and received and noted in the clinical notes is still an issue today. Please review the patient with a premedication request from the physician. The patient was not pre-medicated as indicated. Therefore, I will recommend you address this and other complex medical issues in an LOP which you can use for training the dental staff.<br>08/15/25 - Provide the LOP and the flowchart within it for dentists requesting a medical consult and how the response will be returned to them and processed.<br>**12/03/25 - Please review the comments on 11/15/24 and 08/15/25 and provide the updated LOP to be used for clinician training** | Progress | NC | Plan | NC | Plan | NC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | PC |
| 34 | Specialty Care Referrals / To Outside Specialists | The dentist must see the patient the next dental day after the patient was seen and/or treated by the outside provider. The report must be available to the dentist for this appointment. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Audits of referral system to occur.<br>10/17/22 - Internal system already established. People return from offsite specialist and are seen by medical and dental appointment set up for next dental day.<br>02/20/23 - No Changes<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available).<br>03/28/24 - Nurse, upon the patient's return to MCJ, fills out the "Return from Offsite Medical Care - CMG" form. Th Offsite Clerk schedules the post appointment/task at the moment of offsite appointment scheduled.<br>10/26/24 This is a step in the offsite referral CQI & is monitored on an ongoing basis. This CAP is satisified as written.<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Unable to access referral system. The nurses and the referral clerk were trained per [redacted] although unable to monitor this section due to no access to referral system.<br>05/25/22 - Unable to access referral system. Unable to monitor. Not given advanced materials/production as requested.<br>12/06/22 - The system is in place. The patient returning from the outside specialist is seen by nursing and generally the report is scanned, but not seen by dental as they are backlogged.<br>06/28/23 - Inconsistency in this procedure. Recommend Wellpath complete an LOP to address flow of patient care following return from the outside specialist. See CAP #35.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There is a new process in place, with a draft LOP. Although not fully consistent yet, there is a process in place. Consistency is improving.<br>11/15/24 - There is great improvement in this area. More improvement is seen as each month progresses. The CQI system is valid. Please update the questions to address the issues of follow up with the RN and the use the Return from Offsite form and by the Dentist to see the patients within timeline following the offsite specialty appointment.<br>08/15/25 - Complete. See above.<br>**12/03/25 - See also CAP #35. From the initial chart reviews, most patients but not all patients were seen the next dental day following an offsite appointment. The reports however were all present and available for the dentist** | Plan | NC | Plan | NC | Progress | NC | Progress | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Specialty Care Referrals / To Outside Specialists | Complete and have approved a written procedur and protocol for referrals to outside specialists and returns from the outside specialist. | 10/31/21 | Need to create new written procedure to be used on site. | produce procedure/ protocol | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 10/27/2021 - Completed by site management and CDO. Must update with new DPC nomenclature.<br>10/17/22 - Dental Specific Procedure was created and trained on.<br>02/20/23 - No Changes<br>05/10/23 - Specialty Policy Procedures is available. Those policy is currently being utilized.<br>03/28-24 - Procedure for the Offsite Clerk has been completed (LOP) and the new clerk has been trained on the LOP. 10/26/24-Complete<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Received written procedure but no training record. No monitoring of the system to see if improvements are required to be added to the procedure/protocol.<br>05/25/22 - Procedure reviewed and DPC nomenclature needs to be updated. Unable to verify with referral clerk at this tour to see if procedure aligns with clerk's duties. Request monthly of this item but better yet, for CorEMR to track this measure. Update CorEMR DPC nomenclature to add a new trackable number to the now existing DPC tracking system.<br>12/06/22 - A written procedure and protocol was created. Need to update it to reflect how the patient is tracked without a dental priority code. Train dentist to track patients for follow up. Perform internal re-audit and train. Provide documentation of audit and training.<br>06/28/23 - This policy does not address dental variables such as signing to acknowledge the report and orders, nor sending consistently filling out the form return from outside specialist. Recommend Dr [redacted] review form and function with Dr [redacted]<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There is a completed Draft LOP. Training record showing the new offsite clerk has been training is pending. Please let me know where all the Dental LOP's will be placed and when the draft will be formally approved.<br>11/15/24 - The draft LOP has been submitted. Include the approved LOP with yearly reviews and updates and signatures from staff who received training from this LOP.<br>08/15/25 - Provide the approved LOP with yearly reviews, updates and signatures from staff who received training from the LOP.<br>**12/03/25 - Complete. Draft LOP provided. See also CAP #34 above. Provide the approved LOP with yearly reviews, updates and signatures from staff who received training from the LOP.** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC>1 yr |
| 36 | Comprehensive Dental Care | Those individuals who did not receive the automatic comprehensive dental care appointment scheduled one year from their date of booking, have their dental appointment manually entered. | Complete, per Wellpath representati on on 8/11/21 | Fixed by DA | Can produce task list as proof | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Complete | Complete | Complete | Complete | Complete | Complete | Complete | | 8/11/2021 - DA went through and manually scheduled the patients in Question.<br>Completed. One and done type task.<br>05/10/23 - This CAP language needs to be revisited. Annual Exams are by patient request as per inmate handbook<br>03/28/24 - Annual Exams are by patient request as per the Incarcerate Persons Orientation Manual dated 06/28/23<br>11/7/24 - This CAP item misstates CFMG's obligation regarding annual exams. Annual exams are by patient request. This CAP item must be removed.<br>07/18/25 - This CAP item misstates CFMG's obligation regarding annual exams. Annual exams are by patient request. This CAP item must be removed.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Verified using roster.<br>05/25/22 - Verified using roster.<br>Note that all of these appointments which were entered were then canceled by Dr [redacted] even though the patients were unaware that they had to request the comprehensive exam. These are patients who have been incarcerated for several years and were not given the opportunity of knowing their comp exam appointment was made available to them.<br>12/06/22 - Same, see note above.<br>06/28/23 - Manual/handbook revised this date therefore patients have not received it yet. However this CAP item is completed per the draft language.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the updated Incarcerated Person Orientation Manual dated 06/28/23, annual comprehensive dental examinations are to be requested by the incarcerated person after one year of incarceration.<br>11/15/24 - Completed. Patients are instructed in the Incarcerated Person Orientation Manual to request an annual comprehensive dental examination. I would recommend that those patients in custody prior to the 06/28/23 release of the manual be interviewed to make sure they understand this new parameter.<br>08/15/25 - Completed. Patients are instructed in the Incarcerated Person Orientation Manual to request an annual comprehensive dental examination.<br>**12/03/25 - Completed. See 08/15/25.** | Complete | SC | Complete | SC | Complete | SC | Complete | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 37 | Comprehensive Dental Care | The dental department is to differentiate between the annual comprehensive dental examination (yearly) vs a periodontal recall (cleaning). | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/17/22 - Workflow/flowchart to be created and assessed by Dr [redacted] Dr. Winthrop.<br>02/20/23 - New task Categories Created to help sort Periodontal Program from Annual Exam.<br>05/10/23 - A Comprehensive Care Program has been produced which accounts for annual exam, periodontal screening, & chronic care referral. Comprehensive Care Program Policy/Procedure has been sent to Monitor. Recall system creation is TBD. Training for dental team scheduled for July 27, 4 pm CST.<br>03/28/24 - LOP in progress.<br>10/26/24 Complete. LOP in place & operational.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - This was added to the dental treatment form but wasn't used in the clinic until mid January.<br>05/25/22 - Dr [redacted] has done few dental recalls at this time and per [redacted] this information can be gathered through the forms questionnaire. The set monthly recall system of 3 months, 4 months, 6 months has not been implemented in the form yet.<br>12/06/22 - The set monthly recall system of 3 months, 4 months, 6 months has not been implemented in the form yet although a new category has been created. Recall system utilized but monthly recall not utilized. Training of new staff need to occur once system fully established.<br>06/28/23 - Comprehensive Care Program has been received from Dr [redacted] however implementation is still in progress. Only 16 annual exams completed this audit period with 525 scheduled, and 461 rescheduled. Improvement needed in this area, including a work/staffing analysis to assess for staffing and subsequent compliance.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The system and LOP are in progress.<br>11/15/24 - The yearly recall exam and the periodontal recall are not indicated in the comprehensive annual dental examination form, nor are they scheduled routinely, if ever. Therefore, more training is needed in this area.<br>08/15/25 - The yearly recall exam and the periodontal recall are not indicated in the comprehensive annual dental examination form, nor are they scheduled routinely, if ever. Therefore, more training is needed in this area. There must be a way to differentiate the type of annual exam in the data.<br>**12/03/25 - From the initial chart reviews, the same issues are occurring as stated on 08/15/25. The yearly recall exam and the periodontal recall are not indicated in the comprehensive annual dental examination form, nor are [redacted] scheduled routinely, if ever.** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 38 | Periodontal Program/Cleaning Requests | All patients per the Implementation Plan are eligible, through the Periodontal Program, for a periodontal screening. | 08/31/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, nursing staff trained as well- will be expectation going forward.<br>10/17/22 - Training for nurses/ dental staff completed to this point. Working on system to track/ organize periodontal program.<br>02/20/23 - Training for New Dental team to be completed after backlog is caught up, Tracking system has been designed for perio program.<br>05/10/23 - A Comprehensive Care Program has been produced which accounts for annual exam, periodontal screening, & chronic care referral. Comprehensive Care Program Policy/Procedure has been sent to Monitor. Recall system creation is TBD. Training for dental team scheduled for July 27, 4 pm CST. 10/26/24 DPP is in plac & patients are being treated.<br>03/28/24 - The Periodontal Disease Program policy and procedure is available.<br>11/7/24 - Complete. A periodontal disease program is in place and functioning. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Per [redacted] nursing staff and dental staff trained. I have not seen the training material. There is no workflow for the periodontal disease program or method of training the nurses and the dental staff. Enclosing initial workflow in the final report #7 so it can be ironed out with Dr [redacted] nurses and dental staff.<br>05/25/22 - New nursing staff. Requesting status of training. Few statistics available, unable to monitor as do not have access to Intelmate and no advanced material/production given for the inmate sick call slips to search for words associated with the periodontal disease program. No method or statistics to follow through that patients were seen in dental for these requests.<br>12/06/22 - Protocol written by Dr [redacted] although implementation of the system has not occurred yet.<br>06/28/23 - Comprehensive Care Program has been received from Dr [redacted] however implementation is still in progress. The Periodontal Disease Program has not been implemented yet. A staffing analysis is recommended to assess for adequate staff to implement this program as well as for CAP #37.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the updated Incarcerated Person Orientation Manual dated 06/28/23, any patient regardless of the length of their sentence can request a periodontal screening. The system and LOP are in progress.<br>11/15/24 - One part of this CAP is completed. Per the updated Incarcerated Person Orientation Manual dated 06/28/23, it states any patient regardless of the length of their sentence can request a periodontal screening. The dental periodontal program is in operation; however, the method for tracking the triage, diagnosis and subsequent treatment is tracked is not yet well established. The LOP is in progress to address these issues.<br>08/15/25 - LOP submitted. In the DEN – Monterey Access To Care – Routine Care, there is an area which must be updated to read: Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled within 90 days of the request for a periodontal screening.<br>**12/03/25 - The following corrected LOP was not submitted for review: In the Monterey Access To Care – Routine Care LOP, there is an area which must be updated to read: Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled within 90 days of the request for a periodontal screening.** | Plan | NC | Plan | NC | Progress | NC | Progress | NC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 39 | Periodontal Program / Cleaning Requests | I/Ps who report any kind of gum issue or who request a cleaning through dental sick call will fir t meet with a nurse within 24 hours for triage.<br>Nurses will identify whether the complaint is localized or generalized. Nurse will use standard protocols to assess clinical symptoms. If localized, nurses will assign a DL1 or DL2 and refer to dental. If generalized, nurses will refer to the periodontal disease program, but may assign a DL1 or DL2 as necessary based on severity of symptoms.<br>Nurses will look for the following clinical symptoms: inflammation/inflamed/irritated; bleeding gums; tartar/calculus build-up; pain; recession; bad breath; generalized hyperplasia; loose teeth.<br>Patients referred to the periodontal disease program will see a dentist within 90 days or sooner, depending on severity of symptoms.<br>The dentist will perform a periodontal evaluation and determine what treatment, if any, is required according to https://www.fda.gov/radiation-emitting-products/medical-x-ray-imaging/selectio patients-dental-radiographic-examinations. Any prescribed treatment will be completed within 120 days. | 09/30/21 | Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/31/21 - Dental Staff Trained to point by CDO, nursing staff trained to point as well will be expectation going forward. Will submit training tracking tool to Dr. Winthrop.<br>10/17/22 - Workflow/flowchart to be created by Dr [redacted] Dr. Winthrop and [redacted] and used for training staff.<br>02/20/23 - Chart was created, pending completion of dental treatment backlog this can be rolled out.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. The language of this CAP needs to be revisited. The language conflates an acute periodontal condition (which then becomes a Dental Sick Call) with a simple request for a cleaning (periodontal screening). This discernment is already in place elsewhere in the CAP document as is the treatment for these two conditions.<br>03/28/24 - The Periodontal Disease Program policy and procedure is available.<br>10/26/24 Complete. DPP is in place & operational. A periodontal disease program is in place and functioning. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Tracking tool pending.<br>05/25/22 - Tracking tool pending. Workflow pending. Training module pending.<br>12/06/22 - Protocol written by Dr [redacted] although implementation of the system has not occurred yet.<br>06/28/23 - See CAP #38.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Per the updated Incarcerated Person Orientation Manual dated 06/28/23, any patient regardless of the length of their sentence can request a periodontal screening. The system and LOP are in progress.<br>11/15/24 - The dental periodontal program is in operations. However, the review of the request for the dental sick call for the periodontal program is not available to this Monitor, nor are the Nurse Sick Calls completed to show the request and subsequent referral to dental. The triage, diagnosis and subsequent treatment is not adequately tracked within CorEMR's established categories. LOP is in progress to address these issues. Recommend an in-depth CQI process for this metric.<br>08/15/25 - same as above. LOP submitted. In the DEN – Monterey Access To Care – Routine Care, there is an area which must be updated to read: Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled within 90 days of the request for a periodontal screening.<br>**12/03/25 - See 08/15/25 above. Please submit the corrected and updated LOP to state, "Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled within 90 days of the request for a periodontal screening." Also from the initial chart reviews, not all of the CAP deficiency is addressed as stated. More training is indicated.** | Plan | NC | Plan | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 40 | Periodontal Program / Cleaning Requests | An appropriate treatment plan, for the patient to obtain the completed cleaning (prophy or deep cleaning/SRP), is completed within the assigned DPC timeline, not to exceed 120 days from the date of diagnosis. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/17/22 - Chart to be created by Dr. Winthrop/ Dr [redacted] and [redacted] for use with staff training<br>02/20/23 - Chart was created, pending completion of dental treatment backlog this can be rolled out.<br>05/10/23 - A Comprehensive Care Program has been produced which accounts for annual exam, periodontal screening, & chronic care referral. Comprehensive Care Program Policy/Procedure has been sent to Monitor. Recall system creation is TBD. Treatment Plans emanating from Comprehensive Care Exams to include appropriate DPC codes for each item on the Tx Plan to include SRP. Supervisory Chart Audits to be used to verify compliance. Training for dental team scheduled for July 27, 4 pm CST.<br>03/28/24 - The Periodontal Disease Program policy and procedure is available.<br>10/26/24 Complete. DPP is in place & operational. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The use of the DPC in CorEMR and the training around but the implementation did not start until after the audit tour. in mid-January. Tracking a treatment plan for a cleaning is still being worked on in CorEMR. Unable to pull up statistics relating to various DPC timeframes because implementation of this plan started mid January.<br>05/25/22 - There are lapses in this care plan. Many of the DPC are assigned a "1" and then become overdue as the "1" denotes an emergency. Dr. E is not using the plan according to the training. No report to pull up treatment per DPC code.<br>12/06/22 - Protocol written by Dr [redacted] although implementation of the system has not occurred yet.<br>06/28/23 - Progress in the system formation of this CAP question with Dr [redacted] Comprehensive Care Program P & P but implementation in progress as only 16 of the scheduled 525 annual exam patients seen.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The system and LOP are in progress.<br>11/15/24 - There is improvement in this area. The DPP program is in effect, but the DPC is not always included in the clinical notes and future tasks. Also, since this Monitor is unable to see the incarcerated person request for the periodontal disease program, I am unable to ascertain whether or not the timeliness of care is accurate. The LOP is in progress.<br>08/15/25 - There is no audit trail or completed nurse sick calls for the patient's request for the periodontal disease program. Additionally, many of the treatments are seen outside of the DPC5, 120 day timeframe. Recommend the CQI be utilized in this area.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. Many treatment plans are not completed within timeline.** | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 41 | Periodontal Program / Cleaning Requests | Create a new periodontal informed consent form separate from the general informed consent form. | 10/31/21 | Form to be created by CDO | Produce Forms | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Plan | Progress | Progress | Progress | Progress | Complete | Complete | | 02/01/22 - Will be using CDA forms going forward…will use examples from the site prior to branding.<br>10/18/22 - Per Dr [redacted] there is a separate perio consent form. It will be reviewed by Dr. Winthrop for completio<br>02/20/23 - Still pending decision<br>05/10/23 - Consent form sent to Monitor<br>03/28/24 - In progress.<br>10/31/24 Complete. The informed consent form is complete and in place. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Incomplete, pending consent forms from Dr [redacted]<br>05/25/22 - Forms pending, need to discuss missing items from consent form with Dr [redacted] and forms not accepted by forms committee either.<br>12/06/22 - Pending final discussion with Dr [redacted]. To be scheduled during mentoring/training.<br>06/28/23 - Need to have [redacted] work with monitor to complete the form in order to have it sent to the forms committee. Request [redacted] to be present for the next enhanced monitoring/training visit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In progress. To be completed during a training/mentoring session if they have not completed the form.<br>11/15/24 - Has the form gone through the forms committee? There are a few areas of the form which can be improved.<br>08/15/25 - Complete. Has the form been vetted through the forms committee? Please send the approved form.<br>**12/03/25 - Please see 08/15/25 above. Forms vetted through the Forms Committee do not appear to be stat in the monthly Dental Subcommittee meeting minutes. Please provide updates.** | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Grievances | Grievances will be reviewed by medical leadership (Health service administrator, director of nurses, medical director) within 1 business day after submitted by inmate. | Complete, per Wellpath representation on 8/11/21 | PROCEDURE CHANGE | Being produced weekly | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 08/11/21 - Will verify they are currently going to Dr. Winthrop as well as Dr Barnett - Temporary backsliding due to management changes however, New management is aware of this requirement, process has lapsed during transition but will resume shortly.<br>10/18/22 - None of these staff positions are filled. Grievances are currently reviewed within 10 days per facility policy. 02/20/23 - New Management team in place, waiting for them to be cleared through the system to allow for their access to grievances.<br>05/10/23 - Need clarity around this process. Dental is the last to know in this process-yet is being held to a timeline standard that cannot be met.<br>03/28/24 - Will send grievance report which shows timelines.<br>11/1/24- Grievances are been addressed timely, we have DON completing the review withing timelines, connect w/ Dental Clinic if needed and completing monthy report of grievances. We are also addressing those grievances during our Subcommittee meeting.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - See [redacted] comments. Same.<br>05/25/22 - See [redacted] comments. Same. Not being included in the production reports.<br>12/06/22 - Grievances not always reviewed within 1 business day after submitted by inmate/patient. Staffing in process of being hired.<br>06/28/23 - See Wellpath IP Exhibit A 101, "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist."<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - See Wellpath IP, p. Exhibit A 101 above. Dental is not given the grievance data timely. There is improvement with more consistency in the dental grievance patients being seen within one day of the complaint.<br>11/15/24 - The grievance files submitted are missing April, May and September 2024. Not all grievances were addressed in a timely fashion.<br>08/15/25 - Grievances were reviewed (read) within 1 business day 45.8% of the time, therefore, this is still an progress CAP item. Also, see Wellpath IP Exhibit A 101. "All dental complaints are assessed, provided treatment for obvious infection and pain relief at regularly scheduled medical sick call by the MD, PA or RN to be seen within one day of the request. The complaint is prioritized and referred to Dental Sick call as deemed necessary. Interim treatment for pain and infection is provided until the patient is seen by the dentist."<br>**12/03/25 - Same comments as in 08/15/25 above. Please provide training and an updated LOP.** | Progress | PC | Plan | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 43 | Timeliness of Care - DPC | Each line item in the dental treatment plan must be listed with a corresponding DPC so it is clear if treatment is completed within timeframe. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/18/22 - Generally DPC is listed by Dr [redacted] in the treatment plan and in his progress notes but not routinely in CorEMR's priority list. This affects the new form's compliance. Training to occur prior to next dental audit tour.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available).<br>03/28/24 - DPC training occurred for dental staff on February 8, 2024 and March 19, 2024.<br>10/26/24 Complete. Multiple chart audits have been conducted & forwarded to Monitor.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need signed training with CDO and dental staff and training material.<br>05/25/22 - To schedule the treatment planned item with the corresponding DPC, Dr [redacted] will need to create a task for every line of dental treatment with the attached DPC. Dr [redacted] is good about listing the DPC for each line of treatment on the form and in the progress notes.<br>12/06/22 - Prior to RDA leaving, this was occurring on the scanned form but not routinely as separate tasks in CorEMR. Training needs to occur. Recommend an electronic dental records system to handle diagnosis, treatment planning and clinical documentation.<br>06/28/23 - Much improvement in this area. Continue progress.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - DPC training for the new dentist has occurred on February 8, 2024 and March 19, 2024. The DPC is included more consistently in every line of treatment. Conduct internal audits to assess for compliance. Note the internal audits in the monthly Dental Subcommittee meeting minutes.<br>11/15/24 - This area is much improved. The only issue is that not all pathology visualized in the radiograph is addressed in the form nor in the clinical notes and is not given a DPC. Additional training is necessary in this area.<br>08/15/25 - Same as above. One issue is that not all pathology visualized in the radiograph is addressed in the form nor in the clinical notes and is not given a DPC. Additional training is necessary in this area.<br>**12/03/25 - From the initial chart reviews, the DPC is generally provided with the corresponding dental treatment plan, although there is no DPC for periodontal maintenance, other recalls or for the dental exam** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 44 | Timeliness of Care - Comp Dental Care | Patients who qualify for and request a comprehensive dental exam shall be seen for the comprehensive dental exam within 30 days of their request. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/18/22 - Expectation still clear to staff, need better way to track in CORE.<br>02/20/23 - New Category added for Annual Dental Exams<br>05/10/23 - Cannot find this timeline in the IP. Annual Exam pilot involving 16 patients is underway as of 6/21/23. Results of this pilot will inform process going forward.<br>03/28/24 - New dentist primarily doing comprehensive exam and treatment.<br>10/26/24Complete. LOP for Comprehensive Exam was implemented and CQI studies reflect compliance with the requirement. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need signed training record with training material from Dr [redacted] and dental staff. Implementation did not start until mid January.<br>05/25/22 - Annual Retraining will be needed. There are few comprehensive dental exams completed. In process of being audited.<br>12/06/22 - New category added for Annual Dental Exams but not utilized yet. Training must occur and documentation of training is required. Annual Dental Examinations are being cancelled by staff and patients not seen from October 1st to December 31st, 2022.<br>06/28/23 - ADA states, "The legal definition of the standard of care depends upon the current jury instruction in your state. Most states define this standard as what a reasonably prudent dentist would do under the same or similar circumstances." The patients have already waited one year to have their comprehensive dental exam, extending 30 days is a fair extension if there is a scheduling issue within the dental program. Requesting pilot study results be sent to this monitor.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The new dentist hired is primarily doing the comprehensive dental examination and treatment. A draft LOP is being written to address the comprehensive dental examination process.<br>11/15/24 - The list of incarcerated persons requesting an annual exam has not been provided.<br>08/15/25 - There is however no audit trail to show when the request for the comprehensive dental exam occurred. I have recently discovered that any rescheduled task is extended rather than rescheduled with a reason for the reschedule<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. Please provide training to minimize barriers to access and timeliness of care.** | Progress | NC | Progress | PC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC |
| 45 | Timeliness of Care - Comp Dental Care | If dental is to take the FMX without the exam and perio charting on the same day, then any radiographic pathology is documented in the progress note that same day. See the patient within 7 days of the FMX to complete the comprehensive dental examination and periodontal charting. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - While [redacted] was employed , comprehensive dental exam was completed soon after FMX taken. Now that there is no DA, no FMX are being taken. Deployment of digital x-rays will provide increased clinical efficiency allowing radiographic creation and diagnosis on the same day. Digital x-rays are set up as of 10/10/22 but training has yet to be given to Dr [redacted]. Training to occur shortly as Henry Schein to schedule.<br>02/20/23 - Training completed with Dr.E and Dr [redacted] on new X-Ray machine which is up and running<br>05/10/23 - Annual Exam Pilot underway. results will inform process going forward.<br>04/12/24 - Dr [redacted] is doing most of the comprehensive examinations. There are only few times where the x-rays are taken separately from the examination. At least in the last three month the radiographs and the examinations are taken on the same day. All symptomatic and asymptomatic pathology is now noted at the time of the taking the radiographs. This statement will be incorporated in the policies and procedures.<br>10/26/24 Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need signed training record with training material from Dr [redacted] and dental staff. Implementation did not start until mid January.<br>05/25/22 - Annual Retraining will be needed. There are few comprehensive dental exams completed. In process of being audited. Cursory review noted improvements.<br>12/06/22 - No FMX taken since RDA left.<br>06/28/23 - Dr [redacted] has an Annual Exam Pilot study pending. Please send results.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The new dentist hired is primarily doing the comprehensive dental examination and treatment. A draft LOP is being written to address the comprehensive dental examination process, including performing the x-rays at the time of the exam.<br>11/15/24 - Completed. Please provide the approved comprehensive dental examination process LOP.<br>08/15/25 - There are incidences where the radiographs are taken but not evaluated by the dentist. All radiographs taken in the dental clinic must be evaluated and documented timely in the progress notes by the dentist.<br>**12/03/25 - From the initial chart reviews, mainly due to the lack of the PRN dentist being let go, radiographs are ordered by the dentist, taken by the dental assistant when the dentist is offsite and generally, but not always the FMX is not always reviewed within 7 days nor is the comprehensive and periodontal exam and charting completed within this timeframe. See also CAP #53 and #68.** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 46 | Timeliness of Care - Comp Dental Care | Follow the California Dental Board guidelines which state the dentist is responsible for identifying any disease process within the entire ray even if the patient presents only for episodic care. The dentist can then inform the patient of the issue and advise the patient to put in a new sick call request to address the other items not diagnosed at the time of the original episodic dental care appointment. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Progress | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Dr [redacted] routinely places additional diagnostic information in the E portion of the progress notes.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available).<br>04/12/24 - All symptomatic and asymptomatic pathology is now noted at the time of the taking the radiographs. The statement will be incorporated in the policies and procedures. Internal audits are being performed and recorded in the dental subcommittee.<br>11/7/24 - In progress. CFMG will be drafting an LOP to address the communication with patients during dental encounters and anticipates that the LOP will be implemented before the monitor's next site visit. CFMG also requests that this CAP item be modified to properly identify it as a quality of care issue rather than a Timeliness of Care issue.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need signed training record with training material from Dr [redacted] and dental staff. Implementation did not start until mid January. Found lapses in care.<br>05/25/22 - Found lapses in care during audit regarding patient's horizontal impaction of his third molar, which was not explained to him at the time of the exam.<br>12/06/22 - Dr [redacted] routinely, but not always, placed incidental findings in the E (Education) portion. No internal audit performed. No documentation of internal audit or training.<br>06/28/23 - Inconsistency in this area. Some radiographs do not completely identify the pathology within it. Recommend additional training and continued internal re-auditing.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - A draft LOP for episodic care is in progress.<br>11/15/24 - In progress. See Wellpath notes.<br>08/15/25 - Dentist training must occur in this area. There are multiple instances where the dentist is not identifying pathology within a patient's radiograph.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 08/15/25. Not all pathology is identified within the x-ray (radiograph) taken during episodic care nor is the patient always informed in the E portion of the SOAPE note. Please continue to provide training.** | Progress | PC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 47 | Refusals | Wellpath will develop one or more forms, subject to the approval of the neutral monitor, explaining the risks, benefits, alternatives and consequence of refusing dental treatment ("RBAC Form"). The RBAC Form will indicate the nature of the patient's diagnosis and proposed treatment. The RBAC Form will include the patient's diagnosis (if applicable), the proposed treatment, and in the event of refusal, the risks, benefits, alternatives and consequences of refusing treatment (to include death). The RBAC Form wi be signed by the patient, dental assistant, and dentist. [**NOTE: The RBAC Form can be within an informed consent document; it does not have to be a separate form.**] This form does not replace Wellpath's refusal form. | 10/31/21 | Form to be created by CDO | produce form | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Plan | Progress | Progress | | 02/01/22 - Will be using CDA forms going forward...will use examples from the site prior to branding.<br>10/19/22 - Dr [redacted] to Resource Fresno and Ventura County refusal process.<br>02/20/23 - Current Wellpath and CDA forms being used for refusals.<br>05/10/23 - Current Wellpath refusal form is being used.<br>04/12/24 - A pre-emptive RBAC process is being discussed. Three possible scenarios to include in the discussion.<br>1. Sick call request and refusal cellside.<br>2. Treatment diagnosed and refused at the clinical appointment.<br>3. Treatment diagnosed and accepted by the patient - patient counseled chairside for future refusal. Therefore if they refuse treatment cellside in the future, they have been counseled.<br>11/7/24- In Progress. CFMG is developing an LOP regarding refusals and will provide the LOP to the monitor before the next site visit.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - The RBAC form is a separate form from a refusal form. This form is intended to be given at the conclusion of the comprehensive dental examination when a treatment plan is formulated and the DPC is given for each line item of the treatment plan. This has not been constructed and a discussion with Dr. [redacted] is indicated to discuss how this approach will be done.<br>05/25/22 - No form has yet been provided for discussion. Dr [redacted] to set up meeting with me once the form and workflow are made.<br>12/06/22 - Although they are using the refusal form, no RBAC form has been developed yet, nor a method developed to address this issue.<br>06/28/23 - Example 2302703 the refusal form from nursing is not scanned into CorEMR therefore unknown if the refusal occurred on the correct form. Recommend discuss and finalize form with Dr [redacted] Please send the policy and procedure and local operating protocol as it relates to dental refusals.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - See the Wellpath note 04/12/24 for a pre-emptive RBAC form. Wellpath is in the process of developing refusal LOP.<br>11/15/24 - In progress. See Wellpath notes.<br>08/15/25 - In progress.<br>**12/03/25 - In progress.** | No Plan | NC | No Plan | NC | No Plan | NC | Plan | PC | Plan | PC | Progress | PC | Progress | PC | Progress | PC |
| 48 | Refusals | The refusal form should have a printed name of witness as well as a signature, in the signature block section for refusals. | Complete, per Wellpath representation on 9/1/21 | Form to be created by CDO | produce form | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 09/01/21 - The form and policy align with this standard currently.<br>10/19/22 - See 47.<br>02/20/23 - See 47.<br>05/10/23 - See 47<br>04/12/24 - Acknowledged but must go through the forms committee for completion.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Refusal form not included in the advanced materials/production. Policy not sent to review statement.<br>05/25/22 - Refusal form not sent. Dr [redacted] to send form for review and to state status of the form in Wellpath's forms committee in order to add the signature block. Policy on refusals not sent.<br>12/06/22 - Complete the form to address this issue.<br>06/28/23 - Send updated form and address if a separate RBAC form from the refusal form will be made. Please send the policy and procedure and local operating protocol as it relates to dental refusals.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In process.<br>11/15/24 - In progress. See Wellpath notes.<br>08/15/25 - In progress.<br>**12/03/25 - From the initial chart reviews, the latest dental refusal form with the printed name and signature block for the witness is not always used during a refusal.** | No Plan | NC | No Plan | NC | No Plan | NC | Plan | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 49 | Refusals | Language will be placed in the handbook regarding the consequences of refusing a dental evaluation or exam. Individuals refusing evaluation or examination do not need to sign a RBAC Form. | 09/30/21 | Handbook | Update handbook | Custody | Commander Smith (Previously Capt. Moses) RN [redacted] until February 2023, Dr. [redacted] CDO thereafter | Progress | Progress | Progress | Progress | Plan | Progress | Progress | | 01/12/22 - Waiting for Dr. Winthrop to approve handbook language.<br>10/19/22 - For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>02/23/23 - Have not heard update on this, should be reviewed with county not Wellpath IP specialist. Contact is Sgt Guerrero or Captain Moses. For Custody to provide update. Dr. Winthrop to speak with Susan Blitch, County Counsel.<br>04/10/23 - Captain Moses states language in the IP Orientation Manual has been discussed and vetting is pending final review. Other options are being considered. Dr. [redacted] to weigh in, Dr. Winthrop to finalize.<br>05/31/23 - Included. We are in the process of translating the handbook to Spanish before we publish.<br>04/12/24 - See CAP #47.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - I did not add this language in the handbook yet. Would like to discuss the workflow of the RBAC form and see the form first, prior to implementation in the handbook.<br>05/25/22 - Same. Request meeting with Dr. [redacted] and [redacted] to get this concluded.<br>12/06/22 - Requested track changes are not in the newest published version. These track changes have been requested since Dental Report #7.<br>06/05/23 - The updated handbook dated 05/18/23 is included in the final #9 dental audit tour email. Handbook pending publication. This section however is unresolved with anticipated resolution with Dr. [redacted] and Capt. Moses following the dental audit tour #10 enhanced monitoring session.<br>06/28/23 - Confirmed in the updated revision of the Manual.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - See CAP #47 as well. Wellpath is in the process of developing a refusal LOP.<br>11/15/24 - In progress. See Wellpath notes.<br>08/15/25 - See CAP #47 as well. Wellpath is in the process of developing a refusal LOP.<br>**12/03/25 - Both CAP #47 & #49 are In progress.** | Plan | NC | Plan | NC | Progress | NC | Progress | SC | Progress | NC | Progress | PC | Progress | PC | Progress | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Reschedules | Reschedules must include the reason why the patient is being reschedule. All rescheduled patients must have a progress note or chart note as well as an entry in the dental excel spreadsheet. A "lack of resources" needs more detailed explanation. Which resource is lacking? Make sure to indicate this so that Wellpath and MCJ can assist the dental department in obtaining the necessary resources. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Will Audit.<br>10/19/22 - No longer using dental log. Will Audit. Dr [redacted] is addressing the schedule per clinical necessity Aim is for clinical efficiency.<br>02/20/23 - Training completed with Dr. E around reschedules, New Dental team will be trained after backlog is completed. Initial conversation was had with Dr [redacted] to this point<br>05/10/23 - Reschedules due to custody, equipment failure, staffing issues, OTC, etc. are being documented. Since cell side visit process was begun in May & subsequent greater control of the dental schedule was achieved, reschedules due to overbooking by nursing staff have decreased.<br>04/12/24 - The reason for a reschedule is written in the Task appointment. A list of reschedules can be printed from CorEMR and the explanations are listed in the Task note. 10/26/24 See notes 4/12/24. There is no longer a "log" being used-CAP language does not reflect this.<br>11/7/24 - Complete. Reasons for reschedules is identified in progress notes for each patient.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need signed training record with training material from Dr [redacted] and dental staff. Note that the dental excel spreadsheet is not being filled out. Found lapses in care. There is a task note but no progress note or chart note relating to the rescheduled patient.<br>05/25/22 - Need signed training record with training material from Dr [redacted] and dental staff. Also there is a note in the task for the reason for the reschedule but not note in the dental progress note or chart note identifying the reschedule(s) or the reason for the reschedule. Sometimes the rescheduled patient is rescheduled until released w no treatment being conducted.<br>10/19/22 - When Dr [redacted] triages the nurse's assignment of dental level, then it resets the priority and therefore resets the timeliness of the dental level. In CorEMR there are no differentiation between priority timeframe for dental level (nurses) and DPC (dentist). The dentist has sometimes changed the nurse's priority 1 or 2 to a 3, 4, or 5 which is for a 30, 60 and 120 day timeframe. This causes the patients who were originally referred with an urgent/emergent condition to be delayed and unnecessarily kept in pain without it being addressed.<br>12/06/22 - Same as above.<br>06/28/23 - Much progress has occurred in this area. Most of Dr [redacted] reschedules include information as to the reason why the patients are being rescheduled in the task. Nursing dental reschedules do not include this informa and additional training is recommended.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The dentist is writing consistently the reason for any reschedule. Reschedules have decreased substantially although cancelled by staff has increased. They are generally writing the reason for the cancelled by staff as well in the Task note although the chronological events of a patient are not listed fully in the clinical progress notes. There often is no audit train showing a reschedule either for dental or for a nursing sick call. Show the progression of a dental appointment including when a patient is rescheduled.<br>11/15/24 - See 04/30/24 notes above. The reschedule reason is only noted in the Task and not in the progress (clinical) notes. For easier chronological review of a patient's dental history, I recommend the progress notes be updated for reschedules.<br>08/15/25 - This is being downgraded as there are several incidents where a patient is rescheduled but not shown as rescheduled. The patient is seen outside of the origiinally scheduled timeframe but a reschedule, nor its reason | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Progress | PC | Progress | PC |
| 51 | Reschedules | Wellpath will devise a system to perform the following functions:<br>(1) ensure rescheduled patients receive a new appointment within the IP timeframe;<br>(2) monitor whether episodic patients are evaluated and treated as indicated for their chief complaint within the IP timeframe, including patients referred to outside specialists;<br>(3) monitor whether comprehensive care patients are evaluated and have their treatment plan completed within the IP timeframes, including patients referred to outside specialists;<br>(4) clearly indicate the date upon with any prescribed treatment has been completed or refused., including patients referred to outside specialists;<br>(5) track the source of all referrals to dental (intake, sick call, periodontal program, etc.);<br>(6) flag medical conditions that affect dental decision-making (e.g., need for pre-medication);<br>(7) identify statistical information regarding quantitative measurements for the number of extractions, fillings, cleanings, root canals, etc.; and,<br>(8) include an odontogram for each patient. | 11/30/21 | E.H.R/ CHARTING CHANGES NEEDED | Will demonstrate method of Tracking | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 11/31/21 - This system has been designed as follows:<br>1. The DP Codes are going to be marked from a drop down menu on the task scheduling window for each Dental Treatment scheduled and the Dental level will be notated in a similar drop down menu for scheduled Dental Sick Calls. A report can be pulled then to show any out of compliance tasks, regardless of times "rescheduled" going directly from date originated- the different time limits for each respective Priority Code or Level will be preprogrammed into the report allowing Dental staff to run report weekly to assure no patients are falling outside of compliance window.<br>2. This will function much as the above system functions. Dentist is now scheduling his treatments in a separate t list then the general sick calls, all individual treatments will be coded with Priority codes, which can have complain reports run on them.<br>3. This also runs on a similar structure. The dentist is to schedule his entire treatments plan out at time of its creation. Each Task for each treatment will have a Code attached and be able to be gathered in the compliance report. Outside Referrals have a DPC and can also be tracked in this manner.<br>4. This is easily tracked and recorded in CORE now that we have separated the task lists to be sick calls, Annual Exams, and Dental Treatments respectfully. Outside referrals are also tracked in a different care management system and reports can automatically produced to check the scheduling progress.<br>5. This will be done by through referrals check boxes at the bottom of the intake/ health appraisal forms. Reports can be run to pull lists which can further be broken down into level 1 and 2.<br>6. The patients problem list is linked to each sick call window the dentist enters.<br>7 A new form " Dental Service and Treatment record is being filled out by the Dentist with Every Patient, There are check boxes to indicate what a patient was seen for/ which procedures were performed. A "Forms Question" Repo can be run in which each separate treatment answer value can be tabulated for any date range-- effectively pulling numbers in extractions, annual exams, periodontal recalls, fillings, endodontics etc. This form also contains an Odontogram for reference.<br>05/10/23 - This process should be used to train Dentists on Comprehensive Care Treatment Plan annotation.<br>04/17/24 - Patients who were scheduled but had to be rescheduled due to dental, should be rescheduled by the dentist for the continuity of care. Also. there is an existing and default feature in CorEMR for rescheduling patient | ***You can see the entire note using the comment viewer in the tab below. Enter the cell name and the view will show the entire note.<br>01/12/22 - There is movement in this area however CorEMR does not have an interactive and filled out odontogra for each patient. DPC was instituted but implementation did not start until mid January.<br>05/25/22 - There continues to be movement in this area however CorEMR does not have an interactive and filled out odontogram for each patient. No tracking of several statistics yet. Regarding the DPC tracking, additional training is needed as sometimes the highest priority is defaulted too and hence timeline is affected. Referral tracki is being worked on. There are no areas to note the treatment plans other than extraction, filling in CorEMR yet. [redacted] is working on this.<br>12/06/22 - Same, a World of Wellpath (Wow) report is available but the data is incorrect. This report needs significant work. Requesting access to Wow. Recommend Dr [redacted] to get involved to move this forward.<br>06/28/23 - Recommend placing their system to prevent reschedules into an LOP/flowchart at MCJ in order to crea efficiency, training module and minimize reschedules.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There often is no audit train showing a reschedule either for dental or for a nursing sick call. Show the progression of a dental appointment including when a patient is rescheduled.<br>11/15/24 - Reschedules is only the first of eight issues within this CAP item. It is the deficiencies listed in column C which must be addressed, even though the section column may not be all encompassing. Therefore the eight issues must be brought into compliance. The good thing is that there is much progress in all of these areas. Please continue with all the good work and forward movement on these and the other CAP items.<br>08/15/25 - Use the CQI's to eliminate barriers to care. In the DEN – Monterey Access To Care – Routine Care, there is an area which must be updated to read: Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled within 90 days of the request for a periodontal screening.<br>**12/03/25 - Please review the 08/15/25 comment. The LOP was not corrected and updated to state, "Any Level 1 or 2 condition will be addressed according to the priority DL during the time the patient will be scheduled within 90 days of the request for a periodontal screening."** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 52 | Quality of Care - General Issues | Wellpath will update the General Informed Consent form for dentistry, subject to Dr. Winthrop's approval. Wellpath will provide the updated form to Dr. Winthrop no later than June 2. A finalized consent form, approved by Dr. Winthrop, will be completed no later than July 2. Wellpath's forms committee will consider the form for approval at the earliest practicable date. | 09/30/21 | Form to be created by CDO | produce form | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Plan | Progress | Complete | Complete | | 02/01/22 - Will be using CDA forms going forward...will use examples from the site prior to branding.<br>10/19/22 - Consent forms still being discussed by Dr [redacted] and Dr. Winthrop<br>02/20/23 - Nothing new<br>05/10/23 - Nothing new<br>04/17/24 - To be completed soon.<br>11/7/24 CFMG has separate informed consent forms in current use for specific procedures. There is no general informe consent form. CFMG requests that this CAP item be modified or eliminated.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Consent forms were sent in advanced materials. Requested meeting with Dr [redacted]<br>05/25/22 - Requested meeting(s) to review small matters in the consent forms with Dr [redacted] prior to the audit but unfortunately we were not able to connect. Consent forms may also be pending in Wellpath's forms committee. Need update when possible so can meet with Dr [redacted] and get this finalized and implemented.<br>12/06/22 - Same. Conclude this issue during training/mentoring.<br>06/8/23 - Request [redacted] to attend the next enhanced monitoring or attend a session online in order to complete this CAP item, to include Dr [redacted] as well.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In progress. To be completed during a training/mentoring session if they have not completed the form.<br>11/15/24 - The Operations Specialist and I are to update and complete the informed consent form content and format so these are ready for final approval from the forms committee. No consent for LA or medication, nor occlusion adjustments or denture adjustments are located in the general consent form. Sample consent forms have been emailed to the CDO and Operations Specialist on many occasions. A definitive date will be set with the Operations Specialist to complete this task.<br>08/15/25 - Wellpath to update the remaining informed consent forms and send them to the forms committee.<br>**12/03/25 - Continue to finalize and have approved the informed consent forms by the Forms Committee.** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 53 | Quality of Care - General Issues | The general informed consent form is reviewed and signed prior to the examination and prior to taking radiographs. | 09/30/21 | Form to be created by CDO | produce form/ dentist trained to this point | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Perform internal audit. Training to continue if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming o of those audits will be recorded by email confirmation of training.<br>04/17/24 - Internal training has occurred and dental staff performing this task.<br>11/7/24 - Complete - achieved the goal of the CAP item<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Same as above. Additional training in this area is needed since consent forms not completed. Requeste to see Peer Review for the last year to see if this has been rectified. This request has been denied. Please send Peer Review documentation.<br>12/06/22 - Since RDA left, consent forms not discussed, signed or scanned into CorEMR prior to evaluation for triage.<br>06/28/23 - Much improvement in this area due to Dr [redacted] Supervisory Chart Audits. Continue to address the inconsistencies.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Update the general consent form and also include an area for the witness to print and sign (not only sign).<br>11/15/24 - The Operations Specialist and I are to update and complete the informed consent form content and format so these are ready for final approval from the forms committee. Sample consent forms have been emailed to the CDO and Operations Specialist on many occasions. A definitive date will be set with the Operations Specialist to complete this task.<br>08/15/25 - Wellpath to update the remaining informed consent forms and send them to the forms committee.<br>**12/03/25 - From the initial chart reviews, the general informed consent form is reviewed and signed prior to the examination and prior to taking radiographs, when the dentist is onsite. *In the case of x-rays being ordered and taken without the dentist present in order for the dentist to review the radiographs at a later time, the dentist does not have to have previously examined the patient when the images to be taken are emergency radiographs. However, the dentist must have previously examined the patient and specifically ordered or authorized an FMX/Full Mouth Series of radiographs for the DA/RDA to take the FMX without the dentist present and for the dentist to review the radiographs at a later date. This must be reviewed in the** [illegible] | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 54 | Quality of Care - General Issues | Take the blood pressure at every treatment appointment and record the result in the progress note. Address any hypertensive issues which may affect the dental encounter. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Dr [redacted] is routinely placing blood pressures in the progress notes.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Internal audits are performed when reviewing charts and they are taking the blood pressure at every treatment appointment and noting that it was taken in the progress note but are listing the value in the "Vitals" section of CorEMR.<br>11/7/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - This is the area of most improvement.<br>05/25/22 - Now BP is written in the progress notes. Am in process of finishing up audit tools and data to confirm it is being done routinely.<br>12/06/22 - Since RDA, blood pressures not routinely entered into the dental clinical notes.<br>06/28/23 - Recording of BP continues to be inconsistent. Provide continued training. Dr [redacted] is performing consistent internal audits to identify and train on quality of care issues.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - From reviewing the charts, the blood pressure appears to be consistently taken and noted in the dental clinical progress notes. I suggest this procedure be included in the LOP for episodic and comprehensive dental care, including the referral process to the onsite physician for an medical consultation.<br>11/15/24 - Complete. Taking and recording the blood pressure has become routine now. Medical consults with the physicians regarding any hypertensive issues with the patient have become better as well. I recommend you perform internal audits to review the continued compliance in this area and include the results of the internal audit in the monthly Dental Subcommittee meeting.<br>08/15/25 - Taking and recording the blood pressure at every appointment has become routine now. The Access to Care LOP states to take the blood pressure prior to treatment visits however I suggest this be amended to taken a every appointment. Taking and recording blood pressure at every visit is a preventive, diagnostic, and safety measure. It's about protecting the patient and dentist.<br>**12/03/25 - From the initial chart reviews, the blood pressure is routinely taken at every appointment, see comments on 08/15/25. Same recommendation applies. Please provide the updated LOP.** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | PC | Complete | PC |
| 55 | Quality of Care - General Issues | Amending the following prescription practice. Most charts are showing as medication given is Amoxicillin 500 mg two (2) capsules twice daily. This is over the usual and customary dosage. Usual prescription is Amoxicillin 500 mg one (1) tab (or capsule) three (3) times per day. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Trained and provided Dr [redacted] with the updated ADA and AHA protocols and he is complying with this directive. Provide documentation of training moving forward.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming o of those audits will be recorded by email confirmation of training.<br>04/17/24 - Dentists have the ADA Antibiotic Guidelines posted by their work station and if prescription antibiotics are necessary they are following that guideline.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff. Lapses in care however implementation of the training not implemented until after the audit tour.<br>05/25/22 - In process of auditing this area for this dental tour.<br>12/06/22 - Dr [redacted] has provided a very good training module for this directive. Dentist not always following the training. Internal re-audit necessary. Provide documentation.<br>06/28/23 - Internal audits and training are occurring and feedback is being given consistently. Continue to improve in this area.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - From review of the charts, the prescription practices have improved and the dentist is also following the ADA Antibiotic Guidelines as well. I recommend that this guideline be included in the LOP for episodic and comprehensive care.<br>11/15/24 - Confirmed, the Dentists do have the ADA Antibiotic Guidelines posted by their work station and if prescription antibiotics are necessary they are following that guideline per the CDO. I recommend that when a request for medication is completed when the patient is not seen, that the medication, dosage, length of time, the reason for the medication and the patient's anticipated next visit to address the request for medication is included in the progress notes.<br>07/18/25 - See 11/15/24 above. There have been several instances where patients' medications were either not prescribed appropriately or not ordered, resulting in post-operative pain. This issue has been addressed, and the dentist responsible is no longer employed at MCJ.<br>**12/03/25 - From the initial chart reviews, the prescription drug dosages appear to be within standard practice** | Progress | NC | Progress | DF | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | SC |
| 56 | Quality of Care - General Issues | State in progress notes as to why no prescription for pain following an extraction or other procedure is given, i.e., if patient is already on pain medication. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Will perform internal audit and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 -QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Dentists have improved on prescription and antibiotic protocol.<br>11/7/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff, including the peer review documentation.<br>05/25/22 - Same as above. Minimal advanced material given. Please send requested materials and training signature.<br>12/06/22 - Dentist not always following the training. Internal re-audit necessary. Provide documentation.<br>06/28/23 - Internal audits and training are occurring and feedback is being given consistently. Continue to improve in this area.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - I concur, the dentists have improved on prescription and antibiotic protocol. I recommend that this process be included in the LOP for episodic and comprehensive care.<br>11/15/24 - There is improvement in this area, but it is not always adhered to and not always discussed in the progress notes when this situation arises. Please provide additional training.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, the same issues are visualized as stated on 11/15/24 and 08/15/25. Provide additional training when a prescription for pain is indicated but not given. Update the LOP to reflect this portion of the protocol.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Quality of Care - General Issues | Fill out the education portion of the SOAPE note as given to the patient. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Perform internal audit and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - This practice has been trained on and internal auditing to confirm. Education to be placed in the dental subcommittee minutes.<br>11/8/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Generally consistent and but does not always fill out this portion with education to the patient about other areas within the radiograph which need another appointment.<br>05/25/22 - In process of auditing this area.<br>12/06/22 - Dentist not always following the training. Internal re-audit necessary. Provide documentation.<br>06/28/23 - Continue to improve in this area. Internal audits and training are occurring and feedback is being given consistently.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - This is an area of inconsistency. Spoke with the dentist on filling out the education portion of the SOAPE note and he stated that he will improve this practice. Dr [redacted] has written a draft LOP for SOAPE notes. Recommend performing internal audits of the SOAPE notes and training as necessary.<br>11/15/24 - Generally this section is observed when reviewing the charts. This is occurring with greater and greater consistency. I recommend an internal audit to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>08/15/25 - Completed. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, the education portion of the SOAPE note is generally filled out indicating the education provided to the patient. Same recommendation as on 08/15/25, perform an internal audit to confirm compliance and provide the results in the monthly Dental Subcommittee meeting minutes.** | Progress | PC | Progress | DF | Progress | PC | Progress | PC | Progress | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 58 | Quality of Care - General Issues | Make sure the "problem list" in CorEMR is updated and accurate. Review of medical history is paramount to the safety of the patient. The Dentist must be assured all medical conditions are listed and reviewed which may impact surgical treatment. | Complete, per Wellpath representati on on 9/1/21 | PROCESS in place | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/01/2021 - Medical providers are trained/ audited to update problem list, Dentist has been trained to look and treated as necessary.<br>10/19/22 - Perform internal audit and train if lapses are noted.<br>02/20/23 - Training needs to be completed with new Medical Team<br>05/10/23 - QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - A working relationship with the Medical Director exists and discussion with the MD has shown that this issue is improving. Also a medical form is also filled out for each patient encounter/triage by the Dentist and signed by the patient and Dentist.<br>11/7/24 - Complete. Dental staff has been trained to include review of the medical history in the progress notes. Chart reviews occur to identify any lapses and training occurs, as needed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation.<br>05/25/22 - Please provide training and peer review documentation. Audit in process.<br>12/06/22 - Please provide training and peer review documentation. Discuss issue with new Medical Director. Starts on March 1st.<br>06/28/23 - Inconsistent problem list with active problems not always listed even though medication is being dispensed for it.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Discuss in the Monthly Dental Subcommittee the discussion with the Medical Director and perform internal audits to assess for compliance.<br>11/15/24 - Although there is improvement in this area, additional training is recommended. See the dental report for specific patient issues relating to medical consults and medical history. Recommend adding Premed to the list of Alerts.<br>08/15/25 - Recommend adding Premed to the list of Alerts.<br>**12/03/25 - From the initial chart reviews, the dentist states the health history and medical conditions have been reviewed. Premedicate (Premed) has not been added to the list of Alerts yet as stated on 11/15/24 and 08/15/25. Update the Alerts list in CorEMR to include Premed.** | Progress | PC | Progress | DF | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 59 | Quality of Care - General Issues | So as not to delay care, if a patient has a complex medication history in which the Dentist needs assistance, have the Dentist request a medical consult. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - Train Dr [redacted] on how to document medical referral.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training has been established and internal audits and reviews occur. Any issues or untoward events that come up are noted in the dental subcommittee and training is provided. Also note that oral surgeon complications are rare and communication between Dentist and OS occurs with every referral.<br>11/8/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. No ability to see referrals to internal physician for med consult (and to outside physicians either). I request training in this area to be able to locate med consults/referrals to inside physicians.<br>05/25/22 - Please provide training and peer review documentation. See 01/12/22.<br>12/06/22 - Request a referral to physician be added in Dental form in order to see and track the referral to the physician from dental.<br>06/28/23 - Improvement noted in this area. Inconsistent review of medical history not noted in the progress notes even though an updated form is filled out. Internal audits and training are occurring and feedback is being given consistently.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In the most recent review of charts, this area appears to have improved. I recommend including this practice into the LOP for episodic and comprehensive dental examinations and treatment.<br>11/15/24 - Although there is improvement in this area, additional training is recommended. See the dental report for specific patient issues relating to medical consults and medical history.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, this situation was not encountered during this audit period. The recommendation remains to perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting in order to track compliance.** | Plan | DF | Plan | DF | Plan | NC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | SC |
| 60 | Quality of Care - General Issues | There is accurate charting of left and right quadrants and placing the correct tooth or area in the progress notes. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Perform internal audit and peer review and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training. QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - There is no longer a pattern of mislabeling. Internal audits to be performed.<br>11/7/24 - Complete. CFMG completes chart reviews and training as needed. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Lapses in care.<br>05/25/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Lapses in care.<br>12/06/22 - Same as above. Recommend an electronic dental record system to assist with visualization of the clinical area and charting.<br>06/28/23 - Inconsistent scanning of digital x-ray where inverted x-rays are seen and this may affects the outcome of treatment. Provide training asap and Dentist to confirm x-ray scanned into CorEMR is not inverted and correctly scanned.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11<br>04/30/24 - The pattern of mislabeling appears to have improved however, there are still some instances of mislabeling the teeth, as well as the teeth numbers in some of the consent forms. I recommend that a timeout protocol be performed for all irreversible procedures and noted in the Plan portion of the SOAPE note. I also recommend the timeout protocol be included in the episodic and comprehensive dental LOP as well as in the SOAPE LOP. Continue with performing internal self audits and report the findings in the monthly Dental Subcommittee minutes. Provide documented training when indicated.<br>11/15/24 - There is improvement in this area, but there are still occasional typing errors where teeth are mislabeled. In these instances, more often than not, addendums are placed to correct this issue. I recommend ongoing internal self-audits and training and the use of CQI to continue improvement in this area.<br>07/18/25 - Same as above. There are still occasional typing errors where teeth are mislabeled. In these instances, more often than not, addendums are placed to correct this issue. I recommend ongoing internal self-audits and training and the use of CQI to continue improvement in this area.<br>**12/03/25 - No self audits were performed in this area of self-monitoring, nor results submitted to the monthly Dental Subcommittee meeting. I continue to recommend ongoing internal self-audits and training with the use of CQI to continue assure compliance in this area.** | No Plan | NC | No Plan | NC | No Plan | NC | Progress | NC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 61 | Triage | Take the necessary x-rays for each inmate/patient seen for episodic care where a temporary or permanent restorative procedure is being considered. Use this objective finding with other objective findings to provide an accurate assessment and diagnosis for the patient's chief complaint. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Dr [redacted] was provided with AAE diagnostic algorithm for pulpal diagnosis. Perform internal audit and peer review and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training was given on odontogenic diagnosis and objective findings are listed routinely in the clinical progress notes. Quarterly supervisory audits to be placed in the dental subcommittee meeting.<br>10/31/24 Numerous audits, numerous trainings. What is required to complete this CAP?<br>11/7/24 - Complete. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Lapses in care.<br>05/25/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Continued lapses in care but there is improvement.<br>12/06/22 - Digital x-ray training given to the dentist but no x-rays have been taken on any inmate/patient as there is no dental assistant. No x-rays on patients have been taken since October 1st, 2022. Broken developer and RDA left. Patients medicated to address pain/infection and few sent out to outside clinician for care. Dental Assistant to be hired and to start mid Dec.<br>06/28/23 - Inconsistent results with bitewing x-rays not consistently being utilized to diagnose caries.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Although periapical x-rays<br>11/15/24 - It rarely appears that bitewing radiographs are taken for restorative procedures. When only a periapical radiograph is taken and there is elongation or overlap, this can be a less than diagnostic radiographic image and affect the diagnosis and, hence, the treatment plan for a tooth. Generally, a periapical x-ray is taken to evaluate the apex of the tooth and if there is any apical pathology; and a bitewing is taken to evaluate the bone and extent of a carious lesion in relationship to the pulp. I recommend internal self audits of the radiographs and training when indicated.<br>08/15/25 - Same as above. Generally, a periapical x-ray is taken to evaluate the apex of the tooth and if there is any apical pathology; and a bitewing is taken to evaluate the bone and extent of a carious lesion in relationship to the pulp. I recommend internal self audits of the radiographs and training when indicated, documented in the monthly Dental Subcommittee meeting minutes.<br>**12/03/25 - See 11/15/24 and 08/15/25 above. From the initial chart reviews, rarely is a bitewing radiograph taken when indicated for a restorative procedure in consideration. Provide the necessary radiographs per ALARA to substantiate the diagnosis.** | Progress | NC | Progress | PC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 62 | Triage | List the Objective findings in the SOAPE notes so they are used to substantiate the Assessment/Diagnosis, i.e. pain or sensitivity, lingering or not to hot, cold; pain to percussion, palpation; swelling; exudate; diagnostic radiographs, etc. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Training was provided. Perform internal audit and peer review and train if lapses are noted. Provide documentation of training moving forward.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training was given on odontogenic diagnosis and objective findings are listed routinely in the clinical progress notes. Quarterly supervisory audits to be placed in the dental subcommittee meeting.<br>10/31/24 Numerous audits, numerous trainings. What is required to complete this CAP?<br>11/7/24 - Complete. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Lapses in care.<br>05/25/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Continued lapses in care but there is improvement.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Internal re-audit and training should occur. Send documentation of training and internal audit.<br>06/28/23 - Objective findings are not always consistently performed and written in the clinical notes however this has been addressed in the Supervisory Chart Audit.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Improvement in this area. A SOAPE LOP written by the CDO. Continue performing internal self audits and report the findings in the monthly Dental Subcommittee minutes. Provide documented training when indicated. Review and update the SOAPE training and review with the dentists quarterly. Document the training and include the monthly Dental Subcommittee records.<br>11/15/24 - The draft LOP for this CAP item has been updated. Continued improvement in the performance and communication of objective findings in the SOAPE notes for episodic care is noted. Generally, the evaluation of the opposing occlusion when there is mobility with or without periodontal disease is not always performed prior to the decision to extract a tooth. Recommend additional discussion of objective findings, especially prior to the extraction of a tooth due to mobility.<br>07/18/25 - LOP for the SOAPE is being used to train the dentists. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, the objective findings are generally used to substantiate the diagnosis per the LOP, although for restorative diagnoses, see CAP #61. Perform internal self-audits to confirm continuing compliance with this CAP item.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 63 | Triage | Provide the pulpal diagnosis when appropriate during episodic/sick call dental appointments using the following resource: https://www.aae.org/specialty/wp-content/uploads/sites/2/2017/07/endodonticdiagnosisfall2013.pdf | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Training was provided at time of training for pulpal diagnosis. Perform internal audit and peer review and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training was given on odontogenic diagnosis and objective findings are listed routinely in the clinical progress notes. Quarterly supervisory audits to be placed in the dental subcommittee meeting.<br>10/31/24 Training documentation was provided. This CAP is complete.<br>11/7/24 - Complete. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Lapses in care.<br>05/25/22 - Still need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Minimal advanced material/production reports for this audit. Continued lapses in care but there is improvement.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Internal re-audit and training should occur. Send documentation of training and internal audit.<br>06/28/23 - Pulpal diagnosis is generally listed in the clinical notes. Although the objective findings substantiating the pulpal diagnosis is not always consistently written, a training will be provided to address any ongoing issues.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There is improvement in this area. Continue with performing internal self audits and report the findings in the monthly Dental Subcommittee minutes. Provide documented training. Include the expectation of a pulpal diagnosis, with objective findings in the episodic, and when appropriate in the comprehensive exam LOP.<br>11/15/24 - Same as above. Perform internal self audits and report the findings in the monthly Dental Subcommittee minutes and provide documented training when indicated.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, the pulpal diagnosis, when indicated, is generally included in the Assessment portion of the SOAPE. Follow the recommendation as listed on 08/15/25.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | SC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | Triage | If unable to obtain the apex of a tooth radiographically, such as molars/wisdom teeth, create a plan of action so dental care is not delayed, i.e., refer patient to the oral surgeon for evaluation of wisdom teeth concurrent with the use of a panoramic radiograph. State how many attempts were done to try and obtain a diagnostic x-ray and how you propose to obtain the apex to accurate diagnosis and subsequent treatment. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr[redacted] CDO, RN[redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Provide additional training to Dr[redacted] Perform internal audit and peer review and train if lapses are noted. Provide documentation of training moving forward.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training provided and referrals to the offsite oral surgeon is documented.<br>10/31/24 CAP is complete as written.It is inappropriate to add criteria to a CAP w/o revising the question.<br>11/7/24 - Complete. Chart audits are routinely completed. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/13/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Lapses in care. No ability to see into ERMA referral patterns, advanced material stated no referrals.<br>05/25/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Continued lapses in care, no current plan for outside referral system.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Internal re-audit and training should occur. Send documentation of internal audit and training. No x-rays taken on inmate/patients since October 1st and only 16 patients referred to outside specialist. Many incidents of ongoing antibiotic prescriptions without a referral.<br>06/28/23 - See also CAP #32. Digital radiographs routinely taken however training in achieving the apex and in how to make sure x-rays are not inverted is key.<br>02/13/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The Dentist utilizes the offsite oral surgeon when indicated. Per the CDO, a conversation with the Oral Surgeon has occurred, requesting a copy of each patient's panoramic radiograph be returned with the report from the offsite specialist in order for the panoramic x-ray and the report to be scanned into the patient's dental record, in the document section of CorEMR.<br>11/15/24 - Also see CAP #32.<br>08/15/25 - Also see CAP #32. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - See also CAP #32. Update the LOP to reflect a referral for addition imaging, as stated in the Implementation Plan is available for comprehensive care as well as for episodic care when the apex of a tooth cannot be visualized for diagnosis and treatment.** | Progress | NC | No Plan | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 65 | Triage | If no medication is prescribed for a patient's chief complaint, state the reason, especially if a patient states pain in his/her chief complaint. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr[redacted] CDO, RN[redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - For analgesic and antibiotic purposes. DR[redacted] Reviewed antibiotic protocol with Dr[redacted] Train Dentist to note in progress note if no analgesic being prescribed. Perform internal audit and peer review and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Dentists have the ADA Antibiotic Guidelines posted by their work station and if prescription antibiotics are necessary they are following that guideline.<br>11/8/24 - Complete. Chart audits are routinely completed. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/13/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Some lapses in care. Generally no indication of reason why antibiotics prescribed or why analgesics not prescribed.<br>05/25/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. In process of auditing this section.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Internal re-audit and training should occur. Send documentation of training and internal audit.<br>06/28/23 - Issues are being addressed through Supervisory Chart Audit process.<br>02/13/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In the most recent review of charts, this area appears to have improved. I recommend including this practice into the LOP for episodic and comprehensive dental examinations and treatment.<br>11/15/24 - Not all incidences of reported pain state why medication is not given. I recommend including this practice into the LOP for episodic and comprehensive dental examinations and treatment.<br>08/15/25 - See also CAP #56. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - See also CAP #56. From the initial chart reviews, it appears that medication was prescribed as indicated and reasons were discussed if no medication was prescribed when the patient states pain as their chief complaint. *However, medication is often prescribed and ordered prior to the patient being a patient of record or seen in the dental clinic and the reason for the medication, the dosage and duration of the medication are all not included in the progress notes. Update the LOP to reflect the workflow for pre[redacted].** | Progress | PC | Progress | DF | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | PC |
| 66 | Triage | Follow through with all referrals so patient obtains their constitutionally mandated dental care. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr[redacted] CDO, RN[redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. This will be monitored using newly devised tracking system.<br>10/19/22 - Referrals from intake, 14-day, sick call and from dentist training to be performed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - As of now, the outside specialist clerk schedules referrals and the report from ERMA indicates that patients are generally scheduled within timeframe and return from offsite with the report from the OS or other specialists. The patients are now scheduled from offsite clerk for the next dental day following the patient's return from offsite. There is a CQI audit around this CAP item and this information is listed in the monthly Dental Subcommittee.<br>10/31/24 This CAP is complete. Same vergage as 4/17/24. The CQI system is in place to self govern.<br>11/8/24 - Complete. Chart audits are routinely completed. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/13/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Lapses in care. No ability to see into ERMA re[redacted]terns, advanced material stated no referrals.<br>05/25/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Continued lapses in care, no current plan for outside referral system.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Patients rescheduled multiple times. No notes as to why patients rescheduled. No tracking in CorEMR to assess status of dental referrals. Must use a word search. Internal re-audit and training should occur. Send documentation of training and in[redacted]al audit.<br>06/28/23 - Issues are being addressed through Supervisory Chart Audit process. Dr[redacted] created a chart review category to check on the ERMA referrals to the oral surgeon.<br>02/13/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Especially with the 14-day exam referrals to dental, reinstate the Initial Health History & Physical Dental Screening form to be completed at the same time as the Health Assessment form, until the two forms can be merged. Update CorEMR in order to assess the status of dental referrals from various sources, i.e. intake, inmate requests for dental services, 14-day exam, physician referrals. Identify any barriers to access to dental care in the Dental Subcommittee meeting.<br>11/15/24 - Referral sources include intake, 14-Day Exam, Sick Call including requests for dental pain/concerns, the periodontal disease program and requests for annual exams, as well as Physician, NP, PA referrals from Chronic Care and POC. Not all of these referral sources have follow through to dental. In particular the 14-day exam's dental screening form is not routinely utilized in conjunction with the initial health form. When the form is utilized, it does not automatically generate a task for the referral and patients with priority 1 or 2 conditions are not seen in dental. This must be rectified immediately.<br>08/15/25 - The 14-Day Exam still does not always have a task created for a referral to dental. This must be rectified immediately.<br>**12/03/25 - From the initial chart reviews, the same issues are seen as stated on 11/15/24 and 08/15/25. Perform internal self-audits to remove any barriers to access to care.** | Progress | NC | No Plan | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 67 | Comprehensive Dental Care | Objective findings during the comprehensive dental examination must substantiate the dental diagnosis / assessment. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr[redacted] CDO, RN[redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - See #62. Perform internal audit and peer review and train if lapses are noted.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training has occurred for the new dentist and this training is listed in the monthly Dental Subcommittee meeting minutes.<br>11/8/24 - Complete. Chart audits are routinely completed. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/13/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Lapses in care.<br>05/25/22 - Still need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Minimal advanced material/production reports for this audit. Continued lapses in care but there is improvement.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Internal re-audit and training should occur. Send documentation of training and internal audit.<br>06/28/23 - Improvements noted and issues are being addressed through Supervisory Chart Internal Audit process and subsequent training.<br>02/13/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Training to the new dentist has been given. Continue internal self audits and provide documented training records to the monthly Dental Subcommittee meeting.<br>11/15/24 - Not all objective findings are listed, nor are the diagnoses commensurate with the objective findings. However, there is significant improvement noted in this area especially towards the end of this audit period.<br>08/15/25 - There is improvement in the periodontal diagnosis in the comprehensive exam. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, the objective findings during the comprehensive dental exam substantiate the diagnosis. Continue with the same recommendations as stated on 08/15/25.** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | SC |
| 68 | Comprehensive Dental Care | Take the Full Mouth X-rays (FMX) at the same time as the annual comp exam (ACE). This was discussed in a prior recommendation. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr[redacted] CDO, RN[redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - Currently DA to be hired.<br>02/20/23 - Training completed with Dr. E[redacted] New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Most FMX's are taken at the time of the exam.<br>11/7/24 - Complete. CFMG completes X-rays and exams during a single healthcare encounter. Training has been completed. The monitor has been provided training proof of practice. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/13/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. There are improvements in this area as they only saw 5 comprehensive exam patients.<br>05/25/22 - Same. In process of auditing this item.<br>12/06/22 - Improvement noted but continued lapses in care noted as well. Several reschedules since RDA left. Internal re-audit and training should occur. Send documentation of training and internal audit. Dental Assistant not hired yet, should arrive mid-December.<br>06/28/23 - See CAP #45. Pending results from Dr[redacted] Annual Dental Exam Pilot.<br>02/13/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Chart auditing confirms that most FMX (radiographs) are now provided at the same time as the comprehensive examinations and if they are not, are within one week of the examination. I recommend that this metric is included in the LOP for comprehensive care as this is part of access to dental care.<br>11/15/24 - Observed. I recommend that this metric be included in the LOP for comprehensive care, as this is part of access to dental care.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - See also CAP #45 and #53. From the initial chart reviews, mainly due to the lack of the PRN Dentist after June 2025, comprehensive dental examinations have been minimally conducted and the FMX when ordered is not reviewed on the same day, nor is the comprehensive and periodontal examination completed on the same day as the FMX. To prevent any lingering dental situation evidenced in the FMX, ideally, the radiographs are to be taken and reviewed by the dentist on the same day as the comprehensive and periodontal exam, where a treatment plan is written and a DPC is assigned to each item of the treatment plan, and the treatment is scheduled accordingly.** | Progress | PC | Progress | DF | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | SC | Complete | PC |
| 69 | Comprehensive Dental Care | Take diagnostic radiographs. Many x-rays have overlap, are foreshortened or elongated, are overdeveloped or underdeveloped or have artifacts because of a bend in the film. If an x-ray is undiagnostic, retake or indicate reason not to retake in the progress notes. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr[redacted] CDO, RN[redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward. Peer review system shall help to audit this going forward.<br>10/19/22 - This will be addressed once digital x-ray training has occurred. See #45. Perform internal audit and peer review and train if lapses are noted. Provide documentation of training moving forward.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Digital x-rays are now the standard at MCJ and the Dentist communicates with the Dental Assistant for necessary retakes.<br>11/7/24 - Complete. CFMG uses digital X-rays and therefore reference to underdevelopment and artifacts are irrelevant. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/13/22 - Need to see training materials and signature from Dr[redacted] and dental staff including the peer review documentation. Lapses in care. This is an area where [redacted] needs additional training and where Dr[redacted] needs to request diagnostic x-rays.<br>05/25/22 - Same. Recommend training as soon as possible.<br>12/06/22 - Dr[redacted] received digital x-ray training but did not take x-rays on patients. Pending new dental assistant hire, to start mid-December.<br>06/28/23 - Improvement noted although training recommended for the DA and Dentist as some radiographs are not always of diagnostic quality. Important that training is given so that the radiographs are not inverted when scanned into CorEMR.<br>02/13/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - This area is much improved, due mainly to the use of digital x-rays and communication between the Dentist and Dental Assistant. There is however some room for improvement in this area as well. Although fewer cone cuts, there are, at times, some areas of overlap, foreshortening and elongation. I recommend including evaluations of the full mouth radiographs as part of the internal self audits. Provide training when applicable, but definitely improvements noted.<br>11/15/24 - Continued improvement, although there are, at times, some areas of overlap, foreshortening and elongation. I recommend including evaluations of the full mouth radiographs as part of the CQI study and internal self audits. Provide documented training when applicable and include in the monthly dental subcommittee meeting. Also, provide training to the Dentists to not accept nondiagnostic radiographs. Note in the progress notes any difficulty with taking the radiographs and note if due to access or another condition.<br>08/15/25 - There continue to be instances where non-diagnostic radiographs are being accepted. Please document in the progress notes any difficulty encountered in obtaining the radiograph, the reason for the difficulty, and the anticipated solution for acquiring a diagnostic image.<br>**12/03/25 - From the initial chart reviews, there are some occasional instances when an x-ray is nondiagnostic yet accepted into the dental record without documentation in the progress notes of any difficulty acquiring the radiograph, the reason for the difficulty and the anticipated solution for obtaining a diagnostic image, and consequently confirming the diagnosis and resulting treatment plan.** | Progress | NC | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | Comprehensive Dental Care | Give the periodontal diagnosis in the assessment portion of the SOAPE note at the time of the comprehensive dental examination. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - Dr [redacted] to train Dentist.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - The diagnosis now is entered in the assessment portion of the SOAPE note at the time of the comprehensive dental examination.<br>11/7/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation.<br>05/25/22 - Same<br>12/06/22 - Training provided. Patients are being rescheduled as no dental assistant available to take x-rays. Send documentation of internal audit and training.<br>06/28/23 - Training issues regarding periodontal diagnosis are being addressed through Supervisory Chart Audit process.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - SOAPE training was given and documented. Improvements in the last two months of chart auditing has noted this improvement. Continue self monitoring and internal self audits, documenting training in the monthly Dental Subcommittee meeting minutes.<br>11/15/24 - This is generally now done during the comprehensive dental examination, but less so during the recall visit. Please provide training in this area. Also, please be mindful that if writing the diagnosis and it changes at a subsequent visit, write in the progress notes the reason for the change. Continue internal audits and use the CQI to identify any deficiencies or successes in this area. Note the results in the Dental Subcommittee meeting minutes.<br>08/15/25 - When documenting a diagnosis, if the diagnosis changes at a subsequent visit, note the reason for the change in the progress notes. Continue conducting internal audits and use the CQI process to identify deficiencies or successes. Record the results in the Dental Subcommittee meeting minutes.<br>**12/03/25 - From the initial chart reviews, same as 08/15/25.** | Progress | PC | Progress | DF | Progress | NC | Progress | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 71 | Chronic Care | Perform and chart a full comprehensive dental examination for patients referred from chronic care with the following issues: HIV, Seizures, Diabetes, Pregnancy, and Patients on over 4 psych medications. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - See #70.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - Dr Vaad, a medical Doctor, has the training to recognize the need for dental referrals for chronic care conditions. We have a system in place to handle those referrals.<br>04/17/24 - Dr [redacted] has created a Comprehensive Care protocol and training to occur on this LOP.<br>10/26/24 Medical team has recieved "training" on chronic care referrals<br>11/8/24 - The monitor misstates the mandate of the IP in this CAP item, and expands the mandate to require comprehensive care to all chronic care patients. This is incorrect. CFMG asks that this CAP item be modified to reflect the true requirement in the IP.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] dental staff and medical director. There does not appear to be a training with the medical director or physician who performs the chronic care exam and the referrals. No patients were referred from chronic care to dental.<br>05/25/22 - Same.<br>12/06/22 - Provide internal audit/re-audit and training documentation.<br>06/28/23 - Agreed with Dr [redacted] comments. However dental must now see those patients as referred and address acute conditions within the parameters of the IP and perform and chart a full comprehensive dental examination within 90 days of the referral for those with nonemergent periodontal issues.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - A system and LOP are in progress.<br>11/15/24 - Please review the reports especially the last two reports where there is additional information regarding Chronic Care. It states comprehensive care is not reviewed for to all chronic care patients, but is for those referred from Chronic Care for conditions of HIV, Diabetes, Pregnancy, Seizures and for those with Severe Mental Illness (SMI). It is the physician's responsibility to evaluate and screen the oral environment and refer the patients accordingly. Also during the audit tour, I spoke with Dr. Vaid, in your presence Dr [redacted] who said she will begin referring patients from chronic care for those stated conditions again as this was paused for an unknown reason. Note that it was also only recently that a space for referrals to dental was placed in the chronic care forms. Please self audit and provide training in this area and create a CQI to confirm oral screenings are performed, documented during chronic care for HIV, Diabetes, Pregnancy, Seizures and for those with SMI. Please ensure that those patients are referred to dental when indicated.<br>08/15/25 - Amend the Access to Care LOP to state that patients will be scheduled for comprehensive care within 90 days of referral. DL1 and DL2 conditions are to be addressed during this 90-day waiting period.<br>**12/03/25 - The LOP has not been updated with the corrected language. See 08/15/25.** | No Plan | NC | No Plan | DF | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC |
| 72 | Periodontal Treatment | Wellpath will create a separate informed consent form for periodontics, subject to Dr. Winthrop's approval. Wellpath will provide the updated form to Dr. Winthrop no later than June 2. A finalized consent form, approved by Dr. Winthrop, will be completed no later than July 2. Wellpath's forms committee will consider the form for approval at the earliest practicable date. | 09/30/21 | Form to be created by CDO | produce form | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 02/01/22 - Will be using CDA forms going forward...will use examples from the site prior to branding.<br>10/19/22 - Form Discussion ongoing with Dr [redacted] and Dr. Winthrop<br>05/10/23 - Periodontal consent form was sent to Monitor<br>04/17/24 - Forms to be updated during next enhanced monitoring session.<br>11/8/24 - Periodontics informed consent form has been completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 05/25/22 - See #41.<br>12/06/22 - Pending final discussion with Dr [redacted] To be scheduled during mentoring/training.<br>06/28/23 - Reques [redacted] be present with Dr [redacted] to finalize the form a formatting either online or in person.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In progress. To be completed during a training/mentoring session if they have not completed the form.<br>11/15/24 - The informed consent for periodontics has been created and is implemented. The Operations Specialist and I are to update and complete the informed consent form content and format so they are ready for final approval from the forms committee. Sample consent forms have been emailed to the CDO and Operations Specialist on many occasions. A definitive date will be set with the Operations Specialist to complete this task.<br>08/15/25 - Update the form and submit it to the forms committee for approval.<br>**12/03/25 - Provide the periodontal informed consent form approved by the forms committee.** | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC |
| 73 | Periodontal Treatment | Periodontal re-evaluation is to be scheduled and completed as a DPC-1c. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - Add to Dr [redacted] Comp and Perio P & P. See #70.<br>05/10/23 - Written Comprehensive Care Program is pending Monitor review<br>04/17/24 - CorEMR has converted the DPC into a 1 through 5 to correspond with the previous nomenclature. This will be included in Dr [redacted] has created a Comprehensive Care protocol and training to occur on this LOP. This will be task based. 10/31/24 Complete. Periodontal Maintaince vists are being pre-scheduled. LOP is complete and implemented. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation.<br>05/25/22 - Still need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. Chart auditing and will have more information forthcoming.<br>12/06/22 - Dr [redacted] has written a Comp and Perio P & P. Implementation pending.<br>06/28/23 - Same as above and pending a workflow analysis for adequate staffing. Currently only 16 comprehensive dental evaluations completed of the 525 scheduled annual exams.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - A system and LOP are in progress.<br>11/15/24 - Although the periodontal maintenance recall frequency and subsequent scheduling is improving, the system and LOP have not been updated to include the periodontal re-evaluation following a scaling and root planing treatment (deep cleaning). A periodontal re-evaluation appointment scheduled 4-8 weeks after scaling and root planing is considered the standard timeframe to assess the effectiveness of the initial treatment, allowing enough time for gum inflammation to subside and to determine if further periodontal therapy is needed based on the current state of the gums and pockets. Depending on the results of the re-evaluation, the dentist may recommend Periodontal maintenance cleanings or further periodontal therapy.<br>08/15/25 - Not all treatment plans show the 4-6 week periodontal re-evaluation following a deep cleaning.<br>**12/03/25 - See 11/15/24 and 08/15/25 above. From the initial chart reviews, not all treatment plans show a 4-6 week periodontal re-evaluation performed to identify the periodontal recall frequency. Identify the workflow in the LOP to reflect this CAP item.** | Progress | NC | Progress | DF | Progress | NC | Progress | NC | Progress | PC | Plan | PC | Progress | PC | Progress | PC |
| 74 | Periodontal Treatment | Update to the new periodontal classifications and use the 2018 classification when providing a periodontal diagnosis.<br>https://www.perioimplantadvisory.com/clinical-tips/article/16412257/the-new-classification-of-periodontal-disease-that-you-your-patient-and-your-insurance-company-can-understand (2018)<br>https://www.ada.org/~/media/JCNDE/pdfs/Perio_Disease_Classification_FAQ.pdf?la=en<br>https://www.perio.org/sites/default/files/files/Staging%20and%20Grading%20Periodontitis.pdf<br>ohttps://loveperio.com/2012/08/31/ada-classification/ | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - See #70. Perform internal audit and peer review and train if lapses are noted. Provide documentation of training moving forward.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Training on the new periodontal classification was provided and it is currently in use as well as the standard is laminated and posted by the clinician's desk.<br>11/8/24 - complete<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation.<br>05/25/22 - Same as above. Deferred findings while performing chart audit in this area.<br>12/06/22 - Dr [redacted] has written a Comp and Perio P & P. Implementation pending. Provide internal audit/re-audit and training documentation.<br>06/28/23 - Training provided. Continue improvements.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Improvements in the provision of the periodontal diagnosis prior to treatment. Training on the new periodontal classification is provided with documentation in the monthly Dental Subcommittee meeting minutes. Draft LOPs for comprehensive and episodic dental care continue to be updated. Continue to self-monitor with internal self audits and provide documented training when indicated.<br>11/15/24 - Observed that the standard is posted by the clinician's desk. On audit the new standard is being utilized. Please perform routine internal audits to make sure the periodontal diagnosis is commensurate with the objective findings. Provide documented training when indicated and state the results of the internal audit in the monthly Dental Subcommittee meeting.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - From the initial chart reviews, the updated periodontal classification is utilized to identify the periodontal diagnosis. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.** | Progress | PC | Progress | DF | Progress | NC | Progress | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 75 | Restorative and Palliative Care | Update, with current language, the acknowledgment of receipt of the DMFS with the current Dental Material Fact Sheet (DMFS). | Complete, per Wellpath representation on 8/11/21 | update in clinic | Per DA updated in clinic | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 08/11/21 - Updated in Clinic.<br>10/19/22 - make sure updated DMFS is available in the dental clinic as well as the acknowledgment. https://www.dbc.ca.gov/formspubs/pub_dmfs2004.pdf<br>05/10/23 - Acknowledgement Form for DMFS is approved. Presently integrating form into clinical protocol. Supervisory Chart Audit process to be used to verify use.<br>04/17/24 - The acknowledgment form has been completed and is in use. The English and Spanish version is available to patients.<br>11/8/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Updated but needs to be revised.<br>05/25/22 - Deferred finding until chart audit completed<br>12/06/22 - Not occurred yet.<br>06/28/23 - Form is completed and approved by the forms committee. Form is in use, scanned with patient records when restorative procedure indicated and supervisory chart audit process has internal process to verify use. *I recommend the use of the form be implemented into a policy and procedure so that a system of use can be used to train incoming personnel.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Completed. Provide internal self audits to assess for compliance and include the result in the monthly Dental Subcommittee meeting minutes.<br>11/15/24 - Completed. The form has been in use and routinely filled out correctly.<br>08/15/25 - Completed. The form has been in use and routinely filled out correctly.<br>**12/03/25 - Completed. From the initial chart reviews, the form is updated, used and routinely correctly filled out.** | Progress | PC | Progress | DF | Progress | NC | Complete | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 76 | Restorative and Palliative Care | Discuss with the Chief Dental Officer the clinical use of amalgam as a restorative agent for posterior restorations, which is still considered a viable posterior restoration and which is not as technique sensitive as a posterior composite. Identify all restorative materials to be used at MCJ. | 09/30/21 | conversation needed between Winthrop and CDO | Documentation/ conclusion of discussion | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 02/02/22 - Will be using CDA forms going forward...will use examples from the site prior to branding.<br>10/19/22 - Will Use ADA as guideline for clinical dentistry.<br>05/10/23 - ADA recently distributed their restorative recommendations. Will share with Monitor & review for application to Monterey.<br>04/17/24 - ADA restorative guidelines for direct materials was shared with the Dentists. Amalgam is still a viable restorative material however they are using composites for posterior restorations. They are listing the material used in their clinical progress notes. The SDS binder also has the materials used in the dental clinic.<br>11/8/24 - Complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to set up meeting with Dr [redacted] to discuss amalgam and composite use in dental clinic.<br>05/25/22 - Need to set up meeting with Dr [redacted] to discuss amalgam and composite use in dental clinic.<br>12/06/22 - Place current materials in SDS and identify in clinical notes and finish section in local operating policies procedures and protocol.<br>06/28/23 - Current materials in SDS. Clinical notes do not always identify the use of the restorative material used. Finish section in local operating policies, procedures and protocol and include the reference to the ADA restorative recommendations.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The CDO has reviewed the ADA restorative guidelines for dental materials with the Dentists. The SDS binder contains the data sheets for the materials used in the dental clinic. Provide quarterly documented reviews of the SDS binder to make sure all dental materials used at MCJ are present in the binder. Report the findings in the Dental Subcommittee meeting minutes.<br>11/15/24 - The CDO in conjunction with the Dentists have decided to only use composite, both anterior and posterior composites. These are documented in the SDS binder. The manufacturer of the dental material must be listed in the progress notes, but, these entries into the clinical notes are not being made. Please provide documented training and include that the training occurred in the monthly Dental Subcommittee Meeting.<br>08/15/25 - Tithe CDO, in conjunction with the dentists, has determined that only composite material will be used for both anterior and posterior restorations. The manufacturer of the dental material must be documented in the progress notes; however, these entries are not consistently being made.<br>**12/03/25 - See 08/15/25. The identification of the material used in the patient's mouth is not always listed in the clinical progress notes. Training is indicated for compliance with this CAP item. Perform internal self-audits to identify any discrepancies and list the result in the monthly Dental Subcommittee meeting minutes and what training, if any, is indicated for continued com** | Plan | NC | Plan | NC | Progress | PC | Progress | PC | Complete | SC | Complete | SC | Complete | SC | Complete | SC |
| 77 | Extractions / Oral Surgery | Utilize a "time out" protocol and document its use prior to an irreversible procedure being performed. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - Dr [redacted] was trained on this protocol. Dentist to be trained on noting it in progress notes. Perform internal audit and peer review and train if lapses are noted. Provide documentation of training moving forward.<br>05/10/23 - Wellpath has an existing TO protocol which will be modified for use at Monterey. CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in that audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - A time out protocol is being used but was listed in the incorrect portion of the SOAPE note and that has been corrected as of 04/02/24. A list of training to be included in the monthly Dental Subcommittee meeting minutes.<br>11/8/24 - Complete. Chart reviews are being completed and staff are routinely completing this task appropriately. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation.<br>05/25/22 - The time out procedure was performed while observing an extraction during the audit. Will confirm if written in notes.<br>12/06/22 - Improvement in this area. Provide internal audit/re-audit and training documentation.<br>06/28/23 - Inconsistent use of the time out protocol however training has been noted. Recommend the LOP be created to include the use of the time out protocol.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - I recommend updating the SOAPE LOP and training the Dentists on the time out protocol. The timeout protocol is to be used for all irreversible dental procedures. It was being performed for a triage and not always for the treatment appointments. This time out protocol practice has improved since the audit tour and documentation of the time out protocol is more routinely stated as being performed in the treatment appointment.<br>11/15/24 -There is improvement in this area. The time-out protocol is being used more appropriately towards the end of this audit period. It should be part of the Plan within the SOAPE progress note format prior to an irreversible procedure.<br>08/15/25 - The timeout protocol is not consistently being followed prior to performing irreversible procedures.<br>**12/03/25 - From the initial chart reviews, same findings as on 08/15/25. The timeout protocol is not always performed prior to an irreversible procedure. Perform the timeout protocol for any irreversible procedure and include this in the clinical progress notes. Update the LOP so training is more effective in consistently performing the time out protocol.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Extractions / Oral Surgery | Indicate in the progress notes that hemostasis has been achieved prior to releasing the patient, when it is achieved, and that post op instructions given are both written and verbal. | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - Dr [redacted] was trained on this protocol. He now routinely notes this in the DSTR.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). QOC issues are being addressed through Supervisory Chart Audit process. This CAP is one of the items reviewed in supervisory audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - This is routinely entered into the clinical progress notes. The instructions are given both in written and verbal format although the verbal was not included in the progress notes. This training has occurred and will be included in the monthly Dental Subcommittee meeting minutes.<br>10/31/24 Complete<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation.<br>05/25/22 - Same as above but improvement in this area.<br>12/06/22 - Improvement in this area. Several charts are stated completed treatment but no treatment provided. Provide internal audit/re-audit and training documentation.<br>06/28/23 - Improvement noted in the clinical notes. Post operative information noted in the clinical notes but does not include that written notes were provided even though it was observed during their clinical practice.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Chart audits indicate that hemostasis has been achieved prior to releasing the patients after onsite oral surgery. Confirm that this protocol is in the SOAPE LOP and provide quarterly internal self audits to confirm this metric occurs and provide documented training when appropriate. Include the results of the internal self audits in the monthly Dental Subcommittee meeting minutes.<br>11/15/24 - Completed and routinely included in the progress notes following an extraction. Perform internal audits to maintain compliance in this area and provide training when indicated.<br>08/15/25 - Completed. Perform internal audits to maintain compliance in this area and provide training when indicated.<br>**12/03/25 - From the initial chart reviews, the clinical notes generally indicate hemostasis is achieved and post op instructions are given to the patient prior to the patient being released.** | Progress | PC | Progress | SC | Progress | PC | Progress | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 79 | Extractions / Oral Surgery | When performing a surgical extraction and cutting on tooth or bone, it is to be done with an irrigant such as sterile saline or sterile water (do not use unsterilized water). | 09/30/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/19/22 - Waiting for new dental assistant to be hired. Provide training.<br>02/20/23 - New Dentist has reported only using Sterile Water/ Sterile Saline, being ordered regularly to Dental Clin<br>05/10/23 - CAP Training on this subject conducted 3/1/23 (PP and signed acknowledgement is available). This CAP is one of the items reviewed in supervisory audit. There have been 3 such audits submitted to Monitor as of 6/29/23. Training coming out of those audits will be recorded by email confirmation of training.<br>04/17/24 - Dental does not use the water from the chair for their oral surgery patients. They are using one time use sterile saline or sterile water with sterilized monojet syringes. Recently there was a shortage of sterile saline and dental curtailed their surgical extractions/oral surgery however a solution was found where dental will use nursing time use sterile saline for each procedure using sterilized monojet syringes.<br>10/31/24 Complete<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff. They had sterile water in the clinic but wasn't used chairside.<br>05/25/22 - Same as above. Observed during audit that they did not use sterile water with large sterile dispensing syringe as was recommended during the previous audit tour. See OSHA Review for guidelines.<br>12/06/22 - DF. Waiting for new dental assistant to be hired and to start mid-December.<br>06/28/23 - This was observed however did not visualize that the irrigant was placed using a sterilized monojet syringe. *Recommend updating their LOP to include this process.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - During the audit tour it was found that the dental clinic had no more sterile saline nor sterile water available for surgical extractions. They were using Peridex for irrigation during surgical extractions. Advised them to stop doing this practice as the high alcohol content of Peridex can be drying to the underlying bone. A solution was found during the exit interview by Heather Barry who suggested dental utilize single use bags of sterile saline until the supply chain issue can be resolved. Make sure to bring up and discuss these types of issues during the Dental Subcommittee meeting and reflect it in the meeting minutes.<br>11/15/24 - The clinic has sterile saline on hand but no sterile water was on site at this time. They are using disposable one time use bottles of sterile saline for surgical extractions. They are sterilizing monojet syringes as the carrier for the irrigation vehicle during a surgical procedure. This procedure was not visualized during this audit period. The use of surgical handpieces was not visualized during an extraction but there are surgical handpieces in the tool count. Please review any supply chain issues and prepare accordingly.<br>08/15/25 - Provide the updated clinical LOP to address this issue. Perform internal audits to maintain compliance in this area and provide training when indicated.<br>**12/03/25 - Sterile water or saline is available in the dental clinic and is used during surgical procedures. Perform internal self-audits to verify compliance in this area and list the results in the monthly Dental Subcommittee meeting minutes.** | Plan | NC | No Plan | NC | Progress | DF | Complete | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC |
| 80 | Endodontics | Make a separate informed consent form for endodontics and Dentist to review and sign with the patient prior to the start of a root canal. Doing a root canal without a reviewed and signed informed consent form is a serious liability issue. | 09/30/21 | Form to be created by CDO | produce form | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Plan | Progress | Complete | Progress | | 02/01/22 - Will be using CDA forms going forward, will use examples from the site prior to branding.<br>10/19/22 - Form Discussion ongoing with Dr [redacted] and Dr. Winthrop<br>05/10/23 - No progress<br>04/17/24 - In progress. Anterior upper and lower endodontic procedures are now being referred to an outside specialist. Note that posterior root canals can be paid for by the patient but are not a benefit of the dental program.<br>10/31/24 Endodontic procedures are not occurring in MCJ clinic. When a patient qualifies, the cases are referred to offsite specialists. The offsite specialist completes an informed consent prior to completing the endodontic procedure. No informed consent is necessary. CAP is complete.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 05/25/22 - See #41.<br>12/06/22 - Pending final discussion with Dr [redacted] To be scheduled during mentoring/training.<br>06/28/23 - Complete the RCT informed consent form content and formatting with Dr [redacted] and [redacted]<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - In progress. To be completed during a training/mentoring session if they have not completed the form.<br>11/15/24 - Informed consent for a pulpotomy/pulpectomy should be available, reviewed and signed by the patient and witnessed as these procedures are performed at the facility. Either add it to the general consent form or create the endodontic informed consent form and have it available when this procedure is performed. When a pulpotomy or pulpectomy is performed, usually a temporary restorative procedure is performed to close the access opening. This should be indicated in the temporary restorative informed consent and updated as well.<br>08/15/25 - See 11/15/24. Informed consent for a pulpotomy/pulpectomy should be available, reviewed and signed by the patient and witnessed as these procedures are performed at the facility.<br>**12/03/25 - Although root canals are not performed onsite, pulpotomy and pulpectomies are approved services listed in the Implementation Plan, therefore provide an informed consent form for this aspect of dental care.** | Plan | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 81 | Prosthodontics | Referrals for the fabrication of partial and full dentures is tracked by dental so that the appointments with the outside specialist is completed within 30 days of the referral. If unable to schedule within 30 days, will document reason why. Also making sure that the patient is seen back in the dental department after every appointment with the outside specialist and noted in the progress notes and in the excel spreadsheet. | 09/30/21 | TRAINING/ CREATION OF LOG | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Training completed, log created<br>10/20/22 - Log still active<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - This CAP needs to be revisited as it is unessary for the referring dentist to see a patient after each Prosthodontic appoint for denture/partial fabrication by an outside dentist. The intent of this CAP is unclear.<br>04/17/24 - Prosthodontic referrals to an outside specialist is in place. Those referrals are tracked as part of the monthly referral report.<br>10/31/24 Same report as 4/17/24. Whether or not the current prosthdontic referral source will remain in not relevant to the CAP question. Changes occur & will be caught in the monthly offsite referral report where a corrective action plan can/will be formed. This CAP is complete. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff including the peer review documentation. No ability to see into ERMA referral systems, no referrals logs provided.<br>05/25/22 - Same as above. No logs were submitted. No current plan for outside referral system.<br>12/06/22 - Protocol started. Unknown if implemented. No logs or ability to see emergency outside referrals. Unable to track dental referrals without doing a word search if the referrals are from other than the dentist. Have a dental identifier in the referral to outside specialists so can track appointments, when seen and when return and if scheduled within timeframe at the next dental day with the report available to the clinician.<br>06/28/23 - There is no tracking from dental for outside referrals. Tracking is in ERMA however there is no log to show the completion of referrals. Recommend adding a DPC (Priority 6 perhaps in CorEMR) for the tracking of referrals, to include prosthodontic referrals.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - There is a new offsite clerk who is now handling the scheduling of the referrals to outside specialists including to the prosthodontist from referrals made by the Dentist. An LOP for offsite has been drafted. There is a prosthodontist who agreed to take an MCJ prosthodontic patient however during the last audit tour however it is unclear if this prosthodontist will continue taking MCJ patients.<br>11/15/24 - The referral to the outside specialist system, which includes the prosthodontist referral is in effect. The LOP has been created and there are fewer outlier cases toward the end of this audit period.<br>08/15/25 - The referral system to outside specialists, including prosthodontist referrals, is in effect. The LOP has been established. Perform internal audits to maintain compliance in this area and provide training when indicated.<br>**12/03/25 - Same as on 08/15/25.** | Progress | NC | No Plan | NC | Progress | NC | Progress | NC | Progress | PC | Complete | PC | Complete | SC | Complete | SC |
| 82 | Infection Control & Regulatory Compliance | Infection control binder needs to be updated because it says 2018. | Complete, per Wellpath representati on on 8/11/21 | update in clinic | Per DA updated in clinic | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 08/11/21 - Updated in Clinic.<br>10/20/22 - Previously updated but now Looking at ordering from CDA<br>02/20/23 - Ordered from CDA<br>05/10/23 - Binders/logs updated for the June 26-29, 2023 Tour #10<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - In progress.<br>05/25/22 - In progress. Binder looks well organized. Needs to be part of dental policies and procedures which have not been completed at corporate or local level.<br>12/06/22 - Update the local operating policies and procedures. Provide training and documentation.<br>06/28/23 - Binder organized and updated. Complete the LOP and provide signed documentation of LOP training for infection control at MCJ.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The binder is organized and updated. The LOP for infection control is in a draft format. Have the LOP approved, have it updated and reviewed yearly and provide signed documentation of LOP training for infection control at MCJ.<br>11/15/24 - The LOP for infection control is in a draft format and the Operations Specialist is adding areas of needed updates. Once this is completed, have the LOP approved, reviewed yearly and provide signed documentation of LOP training for infection control at MCJ.<br>08/15/25 - Review the LOP yearly, update as necessary and provide signed documentation of LOP training for infection control.<br>**12/03/25 - Completed. Review and update the LOP yearly and provide signed documentation of LOP infection control training.** | Progress | PC | Progress | PC | Progress | PC | Progress | SC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 83 | Infection Control & Regulatory Compliance | Radiation safety binder be updated as it says – 2013. | Complete, per Wellpath representati on on 8/11/21 | update in clinic | Per DA updated in clinic | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 08/11/21 - Updated in Clinic.<br>10/20/22 - Updated in 2021<br>02/20/23 - Will need to make sure this was moved to new Clinic, Radiation cert is posted<br>05/10/23 - Binders/logs updated for the June 26-29, 2023 Tour #10<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - In progress.<br>05/25/22 - In progress. No radiation certificate but instructions posted on the door. Needs to be part of dental policies and procedures which have not been completed at corporate or local level.<br>12/06/22 - Update radiation binder with local operating policy and procedure. Train on updated information and provide documentation.<br>06/28/23 - Binder organized and updated. Still missing the Diquad results. Complete the LOP and provide signed documentation of LOP training for radiation protocol.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The binder is organized and updated. The LOP for radiation safety is in a draft format. Have the LOP approved, have it updated and reviewed yearly and provide signed documentation of LOP training for radiation safety at MCJ.<br>11/15/24 - The binder has been updated. However, the dosimetry system is not correctly implemented and must be corrected immediately. The section in the LOP must be updated to reflect the correct use of the radiation badges, especially the understanding of where to place the control and area monitoring badge. They must make sure they have both of these badges placed in the correct locations, in addition to the badges worn by the dental staff. See the dosimetry report.<br>08/15/25 - See 11/15/24.<br>**12/03/25 - The radiation binder was updated. The LOP was not yet updated to reflect the correct use and location of the radiation badges, although the area monitoring and the control badges are now placed according to the manufacturer information. The current dosimetry report was not in the binder at the time of the audit tour. The report was later obtained and placed in the binder per the Operations Specialist.** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Progress | PC | Complete | PC | Complete | SC |
| 84 | Infection Control & Regulatory Compliance | Review recapping techniques to perform this task safely. Use the cardboard protectors.<br>https://oshareview.com/2014/09/safe-needle-handling-during-dental-treatment-infection-control/<br>https://www.cdc.gov/mmwr/preview/mmwrhtml/rr5217a1.htm | 08/31/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/20/22 - Training Completed Previously<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - Training complete<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Same as above.<br>12/06/22 - Provide internal audit/re-audit, local operating policy and procedure and training documentation.<br>06/28/23 - Cardboard recapping method utilized. Training was noted in the World of Wellpath OSHA portion. *Recommend updating the LOP for infection control to include this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Include recapping technique and requirements in the infection control LOP and provide internal self audits to confirm proper recapping techniques are utilized. Provide signed documentation of LOP training for recapping procedures and include the self audit documentation in the Dental Subcommittee meeting minutes.<br>11/15/24 - Same as above.<br>08/15/25 - Perform internal audits to maintain compliance in this area and provide training when indicated.<br>**12/03/25 - Visualization of the Dentist safely recapping the needle was observed. Perform internal self-audits to evaluate for continued compliance. Provide signed documentation of training when indicated and enter the results of the self audit in the monthly Dental Subcommittee meeting minutes.** | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 85 | Biohazard Waste / Haz Mat Procedures | Sharps container (No more than 3/4 full before container removed) | Complete, per Wellpath representati on on 8/11/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - June 26-29, 2023 Audit confirmed this.<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Same as above. Sharps container was less than 3/4 full during this audit tour.<br>12/06/22 - Identify sharps container in new clinic when new clinic operational.<br>06/28/23 - Observed during the audit tour that the sharps container was no more than 3/4 full. *Recommend updating the LOP to include this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - This requirement was observed during the dental audit tour. Provide signed documentation of LOP training for sharps use and disposal. Perform quarterly internal self audits of continued clinical infection control practices and note the results in the Dental Subcommittee meeting minutes.<br>11/15/24 - Provide draft LOP which includes the transport of sharps and hazardous waste from the dental clinic to the infirmary and from the infirmary to the contracted disposal company so that the dental sharps and waste are accounted for in the draft LOP.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed. The sharps contain was indeed no more than 3/4 full at the time of the audit tour. It was recommended on 08/15/25 to create a CQI for internal self auditing of infection control and regulatory compliance. This has yet to occur therefore the recommendation remains. The LOP for infection control identifies how the waste is disposed from the dental clinic however it does not state who, when and where the sharps are transported to the infirmary for the contracted company to dispose of the waste. I suggest this aspect of how the waste is transported from the dental clinic to the waste pick up location be entered into the LOP, as the LOP can be used to train staff in the safe transport of the sharps and other waste.** | Progress | PC | Progress | SC | Progress | SC | Complete | PC | Complete | PC | Complete | PC | Complete | PC | Complete | SC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Biohazard Waste / Haz Mat Procedures | Flammable Hazardous Materials (Inventoried and stored in fireproof locked cabinet). Need to inventory. | Complete, per Wellpath representation on 8/11/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - June 26-29, 2023 Audit confirmed this.<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Same as above. Flammable cabinet was locked with inner door holding the accurate inventory. Need to include this in dental policy and procedure and also recommend desk reference in case staff our for the day.<br>12/06/22 - Flammable cabinet not locked but inventory current. Need to include this in dental policy and procedure and also recommend desk reference in case staff our for the day. Make sure Flammable cabinet in new dental clinic as well.<br>06/28/23 - Observed and active inventory occurring. *Recommend updating the LOP to include this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - This requirement was observed during the dental audit tour. Provide signed documentation of LOP training for flammable hazardous materials. Perform quarterly internal self audits of continued clinical infection control practices and note the results in the Dental Subcommittee meeting minutes.<br>11/15/24 - Make sure the inventory is posted on the fireproof locked cabinet and inventoried daily. Create a CQI for infection control and regulatory compliance.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed, the flammable hazardous materials are inventoried and stored in the fireproof locked cabinet at the time of the audit tour. However, the flammable hazardous materials should be inventoried daily with tool control. Just as in a lost tool, report a lost flammable hazardous material. Update the Tool Control to reflect this outcome measure. Therefore, as mentioned on 11/15/24 and 08/15/25, create a CQI for self-governance of infection control and regulatory compliance and provide the results of the internal self audit to the monthly Dental Subcommittee meeting for inclusion in the meeting minutes.** | Progress | PC | Progress | SC | Progress | SC | Complete | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC |
| 87 | Sterilization & Equipment | Perform monthly Ultrasonic unit test and purchase new unit if doesn't pass the aluminum foil test. | Complete, per Wellpath representation on 8/11/21 | Testing regularly | Unit can pass test, can demonstrate at next visit | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 08/11/21 - now keeping testing log<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained officially after backlog is completed. However DA has represented that she is regularly performing test.<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Log was not started yet.<br>05/25/22 - Log was started in April. Foil was used. Recommend to purchase new ultrasonic machine if having both clinics open, otherwise use new machine found in new clinic.<br>12/06/22 - No foil test performed. No housekeeping logs completed since RDA left but when there, logs were being filled out. New dental assistant to be hired mid-December.<br>06/28/23 - Although the monthly Ultrasonic unit test was not observed, it is confirmed that this metric is on the Housekeeping Log and is signed by the Dental Assistant. *Recommend updating the LOP to include this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Provide signed documentation of LOP training for ultrasonic aluminium foil testing. Perform quarterly internal self audits of continued clinical infection control practices and note the results in the Dental Subcommittee meeting minutes.<br>11/15/24 - Completed. See 04/30/24. Provide signed documentation of LOP training for ultrasonic aluminium foil testing.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed. Create a CQI for self-auditing of infection control and regulatory compliance. The performance of the test is on the housekeeping log, however, I recommend add Pass/Fail on the housekeeping log to clearly identify the results of the test.** | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 88 | Sterilization & Equipment | Vacuum System - follow manufacturer's recommendations for cleaning, disinfection and maintenance. | Complete, per Wellpath representation on 8/11/21 | follow recommendations | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - now keeping log<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - Part of the monthly Housekeeping checklist confirmed during Audit Tour #10.<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - New dental clinic not opened yet. As soon as clinic opens, mark the date of use on the amalgam separation container.<br>05/25/22 - Same as above. Henry Schein is to come and perform maintenance on the equipment. Date unknown at this time. Recommend that this date of service be placed on amalgam separator.<br>12/06/22 - Same as above. Install amalgam separator and identify issue with vacuum system.<br>06/28/23 - Although the cleaning of the vacuum system per the manufacture's recommendations was not observed, it is confirmed that this metric is on the Housekeeping Log and is signed by the Dental Assistant. *Recommend updating the LOP to include this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Provide signed documentation of LOP training and follow the manufacturer's recommendations for cleaning, disinfection and maintenance. Perform quarterly internal self audits of continued clinical infection control practices and note the results in the Dental Subcommittee meeting minutes.<br>11/15/24 - Completed. Provide signed documentation of LOP training and follow and document in the housekeeping logs the performance of the manufacturer's recommendations for cleaning, disinfection and maintenance. Include in the CQI as part of the infection control and regulatory compliance.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Per the staff and housekeeping log, the vacuum was cleaned, disinfected, and maintained including the disposal and replacement of the amalgam separator.** | Progress | NA | Progress | DF | Progress | NC | Complete | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 89 | Emergency Procedures | Emergency Medical Response protocol - need proof of practice of annual EMR training and annual EMR dental drill. | 10/31/21 | create protocol/ perform drill | produce procedure/ protocol | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 10/31/21 - Completed training, Protocol specific to Dental clinic in place.<br>10/20/22 - Drill Completed in 2021.<br>02/20/23 - Need to repeat with new Dental Team.<br>05/10/23 - Dental to participate in the upcoming County training<br>04/17/24 - An attestation to be sent confirming the EMR training and dental drill.<br>11/1/24- the annual EMD training is scheduled in November. (Last Year this was completed in November 2023)<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Same as above. Wellpath has a training center which keeps track of training. Training record shown to Paige from [redacted] computer [redacted] states that both Dr [redacted] and [redacted] have taken the classes and are in compliance with the training. Send documents of completion.<br>12/06/22 - Send documentation of training. No recent training performed.<br>06/28/23 - Please send documentation of this training and how often this training will be provided to the dental staff.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Send attestation that training was provided. Note at a minimum yearly EMR training and annual EMR dental drill and note the training in the Dental Subcommittee meeting minutes.<br>11/15/24 - Send attestation that training was provided. Note that at a minimum, yearly EMR training and annual EMR dental drill training along with documented and signed training forms must be included in the Dental Subcommittee meeting minutes.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - Training log from Custody showed emergency training occurred for Dentist and DA however, there is no signed training log indicating the interim PRN Dentist received emergency training. Perform internal self-audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC |
| 90 | Safety | Dental Board regulations on infection control - need to post and other corresponding paperwork | Complete, per Wellpath representation on 8/11/21 | updated in clinic | Per DA updated in clinic | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 08/11/21 - Updated in Clinic.<br>10/20/22 - Poster set arrived and Posted on clinic Bulletin board<br>02/20/23 - Need to verify if moved to new clinic<br>05/10/23 - Complete.<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 [redacted] has ordered the poster set, not OSHA Review<br>05/25/22 - Same as above. Was told that poster set should be coming in soon. Will update to SC when poster set posted in the clinic they will be using.<br>10/19/22 - Recommend OSHA Review and poster set is part of subscription.<br>12/06/22 - Not all posters placed in clinic bulletin board.<br>06/28/23 - Dental Board regulations on infection control not posted in the dental clinic (also language line not posted in the dental clinic yet) however the other posters are posted in the dental office. *Recommend also updating the LOP to include this metric and how to stay current with the yearly changes.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed. Provide signed documentation of LOP training for updated dental regulatory updates and postings. Note the results of updates in the Dental Subcommittee meeting minutes.<br>11/15/24 - Completed and laminated. Provide signed documentation of LOP training for updated dental regulatory updates and postings. Note the results of updates in the Dental Subcommittee meeting minutes.<br>08/15/25 - Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - Completed. Perform internal audits to confirm continuing compliance with this CAP item and provide the results to the monthly Dental Subcommittee meeting.** | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 91 | Safety | Sterile water - recommend using for OS procedures. Currently not using sterile water or sterile saline for surgical procedures. Must implement immediately. | Complete, per Wellpath representation on 8/11/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - New Dental team is ordering and using sterile water/ sterile saline<br>05/10/23 - New Dental team is ordering and using sterile water/ sterile saline<br>04/17/24 - Completed.<br>11/8/24 - Complete. CFMG requests this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Observed not using sterile water or sterile saline as instructed during audit tour. Please send plan and how will rectify this deficiency. Patient safety issue needs to be resolved immediately.<br>12/06/22 - Sterile water was expired. New dental assistant to be hired mid-December. Have local operating policy and procedure available for dental staff to be trained in conjunction with.<br>06/28/23 - Observed the use of sterile water and sterile saline during surgical procedures during the clinical portion of the audit. Not observed was the sterilized syringes used to place the irrigant during the surgical procedure. *Recommend updating the LOP to include this process and metric for use with training.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - During the audit tour it was found that the dental clinic had no more sterile saline nor sterile water available for surgical extractions. They were using Peridex for irrigation during surgical extractions. Advised them to stop doing this practice as the high alcohol content of Peridex can be drying to the underlying bone. A solution was found during the exit interview by Heather Barry who suggested dental utilize single use bags of sterile saline until the supply chain issue can be resolved. Make sure to bring up and discuss these types of issues during the Dental Subcommittee meeting and reflect it in the meeting minutes.<br>11/15/24 - They are using one time use sterile saline bottles with sterilized monojet syringes during surgical procedures. Include this procedure in the infection control LOP.<br>08/15/25 - Create a CQI for infection control and regulatory compliance. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - Sterile water and/or sterile saline in single use bottles are available at the time of this audit tour. Perform internal self-audits to confirm continuing compliance with this CAP item such that the sterile water or sterile saline is correctly used for surgical procedures and provide the results to the monthly Dental Subcommittee meeting.** | Plan | NC | No Plan | NC | Progress | PC | Complete | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC |
| 92 | Safety | Hand hygiene - need to implement hand hygiene audit to ensure staff are complying with IC protocols. | 09/30/21 | hand hygiene audit needed | produce audit sheet | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Plan | Plan | Progress | Complete | Progress | Complete | Complete | | 9/30/2021 - Plan to audit<br>10/20/22 - Audit performed in late 2021<br>02/20/23 - Will Check with Monitor if we should re-audit new team<br>05/10/23 - Dental Team took certified training<br>04/17/24 - Internal auditing and training to be performed.<br>11/8/24 - Complete. Training provided consistent with OSHA standards. Audits occur routinely. CFMG requests this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Plan in place.<br>05/25/22 - Plan in place but has not been performed by Implementation Specialist due to serving several positions at Wellpath, HSA and floor nurse. Observed Dr [redacted] and [redacted] washing their hands prior to the procedure but not after they removed their gloves.<br>12/06/22 - Perform internal audit/re-audit, training and provide documentation. Dental staff not always consistent performing this task before and after patients.<br>06/28/23 - Observed the DA performing consistent hand hygiene but Dentist did only 1 out of 3 observed times. *Recommend updating the LOP to include this process and metric which can also be used for training.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Make sure hand hygiene is included in the completed infection control LOP for the dental clinic. Perform internal self auditing, provide documented training as necessary and report the results in the monthly Dental Subcommittee meeting minutes.<br>11/15/24 - Hand hygiene is a mandatory portion of continuing infection control practices. Hand hygiene was performed by both dental teams during this audit. Make sure hand hygiene is included in the completed infection control LOP for the dental clinic. Perform quarterly internal self auditing, provide documentation of training when indicated and report the results in the monthly Dental Subcommittee meeting minutes.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Observed. Hand hygiene is a mandatory portion of continuing infection control practices for the prevention of transmission of disease. Review and update the LOP at least yearly. Create a CQI for internal self auditing and monitoring for infection control and regulatory compliance. Provide the results of the self-audit to the monthly Dental Subcommittee meeting and provide documented training if indicated.** | Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | SC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | Safety | X-ray unit - need to disinfect in between uses and cover when not in use. | Complete, per Wellpath representati on on 8/11/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - Training completed with Dr. E [redacted] New Dental team will be trained on this requirement after backlog is completed.<br>05/10/23 - Training complete as part of the Infection Control training.<br>04/17/24 - Completed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff [redacted] was observed only partially cleaning the x-ray vest.<br>05/25/22 - During audit tour observed [redacted] cleaning and disinfecting x-ray unit, x-ray vest and buttons on the unit as well.<br>12/06/22 - New dental assistant to be hired mid-December.<br>06/28/23 - Observed during clinical portion of the audit. *Recommend updating the LOP to include this process and metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed. Provide signed documentation of LOP training for continued infection control practices. Note the results of internal self audits and trainings in the Dental Subcommittee meeting minutes.<br>11/15/24 - Confirmed. Provide signed documentation of LOP training for continued infection control practices. Note the results of internal self audits and trainings in the Dental Subcommittee meeting minutes.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Observed. Review and update the LOP at least yearly. Create a CQI for internal self auditing and monitoring for infection control and regulatory compliance. Provide the results of the self-audit to the monthly Dental Subcommittee meeting and provide do[redacted]nted training if indicate** | Progress | NC | Progress | SC | Progress | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 94 | Clinic Admin and Logs | Create and implement employee job specific training on infection prevention policies and procedures and the OSHA blood board pathogens standard. | 10/31/21 | Dental Staff Training | produce proof of completion | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 10/31/21 - Training completed<br>10/20/22 - Training previously completed by CDO, also Wellpath has general training on these topics - just not employee Job specific<br>05/10/23 - Job specific training complete<br>04/19/24 - Will send attestation of completed training. That is in the IIPP binder #5. The OSHA blood borne pathogen training completed on WOW. Will sent certificates.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - S me as abov W llpath has a training c t hich ke t ack of training. Training record shown to Paige from [redacted] computer [redacted] states that both Dr [redacted] and [redacted] have taken the classes and are in compliance with the training. Request that they keep documents of completion at their desk.<br>12/06/22 - Same as above. Create job specific employee training on infection prevention policies and procedures and the OSHA blood board pathogens standard.<br>06/28/23 - Please send the job specific training documentation.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Certificates of completed training in the World of Wellpath (Wow) are located in the training binder.<br>11/15/24 - Please send attestation of completed training. The training binder is updated routinely to reflect courses completed in the World of Wellpath. This training on infection prevention policies and procedures and the OSHA bloodborne pathogens standard is part of the WOW curriculum.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed. This training on infection control prevention policies and procedures and the OSHA bloodborne pathogens standard is part of the World of Wellpath (WOW) curriculum and the completion certificate was posted in the training binder. Create a CQI for internal self auditing and monitoring for infection control and regulatory compliance. Provide the results of the self-audit to the monthly Dental Subcommittee meeting and provide documented training if indicated.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 95 | Clinic Admin and Logs | Create and implement an exposure control plan tailored to the facility that is dental specific. | 10/31/21 | Create exposure control plan specific to Dental | produce proof of completion and training | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 10/31/21 - Dental Specific plan in place.<br>10/20/22 - Plan previously in Place and in Clinic.<br>02/20/23 - Need to verify it made the move to the new clinic<br>05/10/23 -<br>04/19/24 - That is in the IIPP binder #5.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Did not see the plan.<br>05/25/22 - Did not see the plan.<br>12/06/22 - Provide local operating policy and procedure and an exposure control plan tailored to the facility that is dental specific.<br>06/28/23 - Exposure control plan created and tailored to the dental clinic is completed. *Recommend updating the LOP to include this process and metric, as well as for use in training.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The IIPP binder is specific to the medical area but does not appear to have an exposure control plan specific to dental. Review this link for additional information. https://www.ada.org/-/media/project/ada-organization/ada/ada-org/files/publications/guidelines-for-practice-success/gps-regulatory/exposure_control_plan.pdf?rev=e2702a78c47d4c69aeaba9d896f78e7f&hash=9E4378C9314B033F0BC0D3039878C3BE<br>11/15/24 - The IIPP binder with the exposure control plan is specific to the both the medical and dental area.<br>08/15/25 - Current and completed. Provide documentation of training for injuries and document in the Dental Subcommittee Dental meeting minutes.<br>**12/03/25 - Current and completed. The staff are aware of the protocol for reporting an injury. Create a CQI for internal self-auditing and monitoring for the IIPP. Provide the results of the self-audit to the monthly Dental Subcommittee meeting minutes and provide documented training when indicated.** | Progress | DF | Progress | DF | Progress | PC | Progress | SC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 96 | Clinic Admin and Logs | Must have accurate Pharmaceutical Logs (CRCP 7438). | Complete, per Wellpath representati on on 8/11/21 | update in clinic | per DA updated in Clinic | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Progress | Progress | Progress | Complete | | 08/11/21 - Checked at start of every week for continued accuracy.<br>10/20/22 - Stock meds for analgesics and antibiotics are present in the dental clinic. Removed Clindamycin from stock meds. Dr [redacted] Reviewed with Dr [redacted] which medications he wants to have as stock meds and make sure noting patient specific medications being prescribed.<br>02/20/23 - Pharmaceuticals no longer stored in Dental<br>05/10/23 - Following Tour #10, pharmaceutical plan to be finalized.<br>04/19/24 - For a while there were had no stock meds but as this became time consuming, a pharmaceutical log was created.<br>07/18/25 - All medications have been removed from the dental office<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Log was started but no Acetaminophen.<br>05/25/22 - Now have analgesics and antibiotics. Log was accurate. At this time, they only need Ibuprofen and Acetaminophen for analgesic and only need Amoxicillin and Clindamycin for antibiotics. It was logged with patient specific information. Logs being used but did not audit the count. Will update at next visit.<br>12/06/22 - Pharmaceutical logs not being used for the existing stock medications. Medication count not accurate as they are not using logs.<br>06/28/23 - Please provide the pharmaceutical plan. *Recommend updating the LOP to include this process and metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Create a patient specific log to account for dispensed medications. Create an LOP for dispensing of stock medications.<br>11/15/24 - Same as 04/30/24. There is no patient specific log to account for the dispensed medications.<br>08/15/25 - There is no patient specific log to account for the dispensed medications in the dental clinic.<br>**12/03/25 - See also CAP #116. Per the dental staff, stock medications are no longer dispensed in the dental clinic and therefore, they nolonger have any pharmaceutical logs onsite.** | Progress | NC | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC |
| 97 | Clinic Admin and Logs | Radiographic certificate, rules and regulates - must post. | 09/30/21 | update in clinic | will produce copy/ available with onsite visit | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 09/30/21 - In progress - It appears to have been delivered to the site during the summer but is not locatable-Requested replacement. Registrations @ Wellpath has represented that the check was sent and we can expect delivery to the site shortly.<br>10/20/22 - Certificate not present for rotunda clinic. Henry Schein filled out new radiation certificate for new clinic.<br>02/20/23 - New machine is up and running and has Certification.<br>05/10/23 - Complete<br>04/19/24 - Complete<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Rules and regulations there but no certificate.<br>05/25/22 - Still no certificate. This has been an ongoing issue. There are also no dosimetry badge results therefore unknown if this x-ray unit is function or not. This must be addressed ASAP!<br>12/06/22 - Still no certificate. This has been an ongoing issue. There are also no dosimetry badge results therefore unknown if this x-ray unit is functioning or not. This must be addressed ASAP! Per [redacted] Henry Schein has filled out new radiation certificate for new clinic. Pending with CDPH.<br>06/28/23 - Observed and certificate current. *Recommend updating the LOP to include this process and metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed and the certificate is current. Recommend updating the draft LOP to include the process for continued registration/certification process with the California Department of Public Health (CDPH). Include the dosimetry monitoring in the LOP as well.<br>11/15/24 - Certificate is currently active however the certificate expires in January 2025. Please send the updated certificate as soon as it arrives. Recommend updating the draft LOP to include the process for continued registration/certification process with the California Department of Public Health (CDPH). Include the dosimetry monitoring in the LOP as well.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed, the certificate is current and posted. Recommend updating the draft LOP to include the process for continued registration/certification process with the California Department of Public Health (CDPH). Include the dosimetry monitoring in the LOP as well. Create a CQI for infection control and regulatory compliance and provide the results to the monthly Dental Subcommittee meeting.** | Plan | NC | No Plan | NC | Progress | NC | Complete | PC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 98 | Clinic Admin and Logs | Perform annual Infection Control, Radiation Safety, Oxygen Use, HazMat and SDS training. | 10/31/21 | Dental Staff Training | produce proof of completion | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 10/27/21 - Training completed<br>10/20/22 - [redacted] to provide training certificates.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - Complete<br>04/19/24 - Will provide WOW training and will send certificates.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Have not seen the training certificates.<br>05/25/22 - Have not seen the training certificates specifically for Dr [redacted] and [redacted]<br>12/06/22 - Training certificates not provided. Request access to Wow where training certificates are located. And/o have certificates ready during dental audit.<br>06/28/23 - Completed except for the respiratory protection plan.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Training certificates are in the training binder.<br>11/15/24 - Provide current certificates of completion for all four dental staff.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed. The training certificates are in the training binder. Ensure new staff are trained. Create a CQI for infection control and regulatory compliance and provide the results to the monthly Dental Subcommittee meeting.** | Progress | PC | Progress | PC | Progress | NC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | SC |
| 99 | Clinic Admin and Logs | Create and implement post injury protocol. | 10/31/21 | create protocol | will produce protocol | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 10/26/21 - Protocol Completed<br>10/20/22 - Have one available in new clinic as well. 02/20/23 - Need to Verify it made the move to the new Clinic<br>05/10/23 - In process of finalization following Tour #10<br>04/19/24 - Complete, see binder #5. Post injury and worker's comp logs are sent.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - They have a binder. Forms are on hand. No reported injuries.<br>05/25/22 - Same. Need to implement same protocol at new clinic.<br>12/06/22 - Same. Need to implement same protocol at new clinic. Dentist does not know where post injury log and protocol located. Provide training and documentation.<br>06/28/23 - Completed binder for this but need training records to complete this CAP.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Complete. Post injury logs and protocols are updated in the IIPP binder #5. Provide documentation of training for injuries and document in the Dental Subcommittee Dental meeting minutes.<br>11/15/24 - Current and completed. Provide documentation of training for injuries and document in the Dental Subcommittee Dental meeting minutes.<br>08/15/25 - Current and completed. Provide documentation of training for injuries and document in the Dental Subcommittee Dental meeting minutes.<br>**12/03/25 - Current and completed. The staff are aware of the protocol for reporting an injury. Create a CQI for internal self-auditing and monitoring for the IIPP. Provide the results of the self-audit to the monthly Dental S[redacted]mittee meeting minutes and provide documented training when indicate** | Progress | PC | Progress | PC | Progress | PC | Progress | SC | Complete | PC | Complete | SC | Complete | SC | Complete | SC>1 yr |
| 100 | Regulatory Compliance | Must post all CA regulatory postings. | 08/31/21 | update in clinic | per DA updated in Clinic | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 08/11/21 = Updated in Clinic.<br>10/20/22 - Have available in new clinic as well.<br>02/20/23 - Need to Verify it made the move to the new Clinic<br>05/10/23 - Complete<br>04/19/24 - Complete. A note will be placed in the dental clinic area for staff to know where all the labor posters are placed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 [redacted] has ordered the poster set to include regulatory required postings, not OSHA Review.<br>05/25/22 - Same as above. Was told that poster set should be coming in soon. Will update to SC when poster set posted in the clinic they will be using.<br>12/06/22 - Not all posters posted in dental clinic. Verify posted in new dental clinic. Still recommend OSHA Review poster set and information binder with current regulatory information.<br>06/28/23 - See CAP #90. *Recommend updating their LOP to include this process and metric in order address any yearly changes.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed. Recommend a documented training to inform dental staff where the labor posters are placed and how they will be advised of any new postings.<br>11/15/24 - Please provide the location and photo of the posted note placed in the dental clinic area for staff to know where all the labor posters are placed.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Observed current postings. Create a CQI for internal self-auditing and monitoring for infection control and regulatory compliance. Provide the results of the self-audit to the monthly Dental Subcommittee meeting minutes and provide documented training when indicated.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC | Complete | PC | Complete | SC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Management Structure & Chief Dental Officer | The H.S.A. shall provide oversight to the dental program by monitoring compliance, attending the monthly Dental Subcommittee, reviewing statistics, auditing charts, reviewing workflow, making sure the Dentist has the resources he needs to assist with eliminating barriers to acces to care, timeliness of care, quality of care, training of nurses and so forth, as appropriate to her qualifications. | Complete, per Wellpath representati on on 8/11/21 | H.S.A To perform oversite | See Subcommittee notes | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 08/11/21 - Wellpath has agreed that this is an appropriate job for the Health services Admin of the site.<br>10/20/22 - No H.S.A at this time<br>02/20/23 - Interim H.S.A has started, will make her aware of these requirements, will be participating in subcommittee<br>05/10/23 - Interim HSA is highly engaged in dental<br>04/19/24 - The Interim HSA and the Operations Specialist who is the liaison between the dental staff and the HSA are working to ensure the team has everything they need and have supervision. The HSA position has a possible candidate and although the position is not filled permanently the duties listed in the CAP questions are being fulfilled<br>10/31/24 HSA position has been permanently filled & is attending meetings regularly.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 [redacted] is training the H.S.A.<br>05/25/22 - H.S.A. hired and was in training however is no longer in the position [redacted] became acting H.S.A. and floor nurse which has taken away from implementation. It doesn't appear that there is a plan in place at this point to hire an HSA and train this person for this CAP goal.<br>12/06/22 - No H.S.A. at this time. Interim H.S.A. to start soon. Interim RDO. Provide training to H.S.A. for dental duties. Have job duties for dental in the local operating policies and procedures.<br>06/28/2[redacted]SA hired but not starting until September therefore no HSA at this time. Interim HSA services provided by Ms [redacted]<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Although the HSA position is not filled permanently, the position was filled by an interim, Wellpath Operations Specialists who has been instrumental in creating systems for the clinic to run safely and effectively. The new interim HSA, per the Operations Specialist, is taking over from where she left off. I would recommend additional training of the interim HSA, from the Operations Specialist, in order for the new interim HSA to understand the inner workings of the dental clinic, the Dental Subcommittee and the CDO's strategic plan for the dental program moving forward.<br>11/15/24 - The HSA position has been filled. The HSA regularly attends dental meetings and is in communication with the Operations Specialist who is working directly with Dental's CDO. The HSA is a valuable member of the dental team and although she has not been fully vested in the dental program yet, she should be able to assist with eliminating barriers to access to care, timeliness of care, quality of care, training of nurses and so forth, as appropriate to her qualifications. The main focus is to get the nursing component within the Dental Sick Call process back on point such that the requests for dental care have a followable audit trail.<br>08/15/25 - Create a CQI for the SOAPE LOP and progress notes.<br>**12/03/25 - The HSA position is vacant at the time of the audit tour although there is an interim HSA. Please this position and maintain open lines of communication with the Chief Dental Officer and the DON to ensure smooth, effective, efficient patient access, timeliness and quality of dental care, including documented training.** | Progress | PC | No Plan | NC | Progress | NC | Progress | PC | Complete | NC | Complete | PC | Complete | PC | Complete | PC |
| 102 | Management Structure & Chief Dental Officer | A supervisory audit report from the CDO is due to this monitor as part of Wellpath's monthly document production and is to include two of each of the following categories: triages and diagnoses, comprehensive dental examinations, periodontics, restorative, oral surgery, endodontics, as available, as well as an evaluation of refusals, reschedules, OTM, OTC and NIC. Dr [redacted] Chief Dental Officer (CDO) to audit multiple charts as well as provide routine, monthly supervisory oversight. The H.S.A. may perform these tasks, as appropriate. ***Use the Peer Review audit tool as a guideline when performing the supervisory audit review. | 09/30/21 | CDO to perform oversite | report produced monthly | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 12/01/21 - Process in place. Wellpath has agreed that this is an appropriate job for the CDO. First Audit done Dec 2021, DA to send charts monthly to CDO. Will work into monthly production.<br>10/20/22 - Being Performed<br>05/10/23 - 3 Supervisory chart audits have been completed in 2023 & have been sent to Monitor. Feedback forthcoming.<br>04/19/24 - The existing dentist received 7 supervisory audits in the previous audit tour. Most recent July and August 2023 supervisory reports were completed. A supervisory audit report of the new dentist will be conducted.<br>10/31/24 In progress. The new dentist has recieved multiple chart audits as part of a PIP designed to increase accuracy of chart annotation.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - No supervisory audit report or documentation using the peer review format was sent even though it was requested.<br>05/25/22 - No supervisory audit report ever sent.<br>12/06/22 - No supervisory audit report from Dr [redacted] ever sent.<br>06/28/23 - Dr [redacted] is conducting the monthly supervisory chart audits and subsequent training. Provide consistent dentist signed receipt of documentation, content and training.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The new dentist has not received a supervisory chart audit review since starting seeing patients in January 2024.<br>11/15/24 - Please provide the supervisory chart audit for the new dentist who started seeing patients in January 2024.<br>08/15/25 - A performance improvement plan was given to Dr [redacted]. Following the second PIP, Dr [redacted] was let go and no longer works at MCJ. Perform a supervisory audit report on all the dentists at MCJ.<br>**12/03/25 - A supervisory audit of the remaining dental staff was not completed this audit period. Please perform a monthly supervisory audit per this dental CAP.** | Progress | NC | No Plan | NC | No Plan | NC | Progress | SC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 103 | Dashboard & Dental Exce Spreadsheet | Dentist to enter his portion of the completed dental procedures and next visit parameters into sick call after every patient. | 10/31/21 | Dental Staff Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Complete | Complete | Complete | | 9/16/2021 - Dental Staff Trained to point by CDO, will be expectation going forward.<br>10/20/22 - No longer using dental log.<br>05/10/23 - Unclear as to what this CAP is asking for.<br>04/19/24 - This was in regard to the old spreadsheet log. Now procedures are entered into CorEMR.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - This may need to be amended as this CAP item was for entering the completed procedures and next visit in the dental log which is no longer being used by Wellpath to collect statistics. Need to see training materials and signature from Dr [redacted] and dental staff.<br>05/25/22 - Same. Will audit charts to see if this is happening within CorEMR.<br>12/06/22 - New method is: Dentist sets dental sick call and dental treatment appointments as completed, refused, rescheduled, open or cancelled by staff in CorEMR and enters a priority code. Dentist does not always use priority code to identify treatment plan priority. Not all multiple treatments receive a separate task. Some dental sick call appointments are being completed by nurses which should NEVER happen as the patient doesn't get seen and is not reappointed with the dentist. The appointment should be deleted if it is a duplicate appointment but not set complete as it appears the treatment is completed for the patient. Perform internal self audit and training.<br>06/28/23 - Enter the treatment plan and completed treatment date as well as if any changes occurred to the original treatment plan in the odontogram and visual current clinical record. There is no odontogram or electronic dental record system (EDRS such as Dentrix Enterprise) to note current clinical information. Dr [redacted] has discussed he pursuing solutions to this issue.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The Dentists enter their clinical notes in a SOAPE format in the Dental Sick Call section of CorEMR. Since CorEMR is not a full clinical electronic dental record system, there are multiple go-arounds to entering the clinical information, i.e. x-rays, dental triage and dental treatment appointments, as well as next visit tasks in order to follow an audit trail of information. I recommend the draft episodic and comprehensive dental care LOP be updated to include the use of the DPC when scheduling next visit tasks into CorEMR.<br>11/15/24 - See 04/30/24 above. The newer dentist has improved in providing the patient's next visit parameters including the DPC into the SOAPE progress notes. Additional training is required to have this occur more routinely.<br>08/15/25 - Create a CQI for the SOAPE LOP and progress notes.<br>**12/03/25 - The next visit and DPC is listed consistently in the SOAPE clinical progress notes by the existing dentist, although the interim PRN dentist requires more training in this area. Create a CQI to self-audit the SOAPE notes.** | Progress | NC | Progress | DF | Progress | NC | Progress | NC | Complete | PC | Complete | PC | Complete | SC | Complete | SC |
| 104 | Digital X-rays | Wellpath will purchase a high-quality scanner for film x-rays, capable of reflecting x-rays of diagnostic quality and scanning a full-mouth series of x-rays. Scan the FMX as a whole rathe than piecemeal. | 10/31/21 | purchase needed | Purchase order to be produced | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 09/08/21 - Purchased and in use<br>10/20/22 - PeriPro no longer works. Digital x-ray training to occur asap.<br>02/20/23 - Marking Complete as Digital X-Ray is up and running<br>05/10/23 - Complete<br>04/19/24 - The dental clinic now uses digital radiography and both individual and FMX are imported into CorEMR.<br>10/31/24 Please remove from report.<br>11/1/2024- Completed, kindly remove from CAP.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Scanner was purchased. X-rays not fully scanned into CorEMR but improvements occurring.<br>05/25/22 - Scanning of radiographs occurring more on time. FMX are being scanned as a whole. Some x-rays are not of diagnostic quality but this is not due to the scanner.<br>12/06/22 - Digital x-ray not in service yet. New dental assistant being hired and to start mid-December. Dentist not taking x-rays. No x-rays taken on patients since October 1st, 2022.<br>06/28/23 - Digital x-rays are regularly scanned into CorEMR. However, the x-rays are not always scanned correctly and are sometimes inverted and therefore shows the incorrect side as stated in the clinical notes.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Digital x-rays are used in the dental clinic and the radiographs are exported to CorEMR after every patient. I recommend a LOP be written explaining the process. Also scan the panoramic x-ray from the oral surgeon into the Document section of CorEMR.<br>11/15/24 - Completed as they have digital x-rays taken and exported to the patient's chart. The panoramic is more routinely scanned into the Document section of CorEMR towards the end of this audit period.<br>08/15/25 - Some x-rays which were stated as being taken, were not scanned into CorEMR. Provide an LOP to address this issue and provide documented training. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - Completed with the purchase of digital x-ray sensors and software. Radiographs are generally exported from Planmeca into the corresponding patient record in CorEMR during the patient encounter. Staff should verify that all radiographs are accurately transferred and associated with the correct patient record to ensure record integrity. To support consistent practice, the standardized x-ray(s) transfer and verification process should be incorporated into the LOP and used for orientation and training of new staff.** | Progress | PC | Progress | SC | Progress | NC | Progress | PC | Complete | PC | Complete | SC | Complete | PC | Complete | SC |
| 105 | Space, Dental Equipment & Supplies | Test ultrasonic cleaner to determine if it still works. If it does not, purchase a new ultrasonic cleaner to clean the dental instruments after each patient encounter. | Complete, per Wellpath representati on on 8/11/21 | Testing regularly | Demonstrate on visit | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 08/11/21 - Passed per DA<br>10/20/22 - New dental assistant to be hired. Provide expectations to new DA.<br>02/20/23 - It is my understanding that the new DA is carrying out the tinfoil testing as appropriate.<br>05/10/23 - New ultrasonic. Testing being performed & logged.<br>04/19/24 - New ultrasonic. Testing being performed & logged.<br>10/31/24 Please remove from report.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Requested aluminium foil test.<br>05/25/22 - Aluminium foil test occurred on March 10th, 2021 and it showed the ultrasonic quality is only marginal. Recommended they buy new ultrasonic cleaner or use the one from the new clinic and place it in operation asap. There is a new one in the new clinic which once tested can be used in the rotunda dental clinic for now.<br>12/06/22 - Some sterilization has taken place, no foil test performed by the dentist since the RDA left. New dental assistant to start mid-December.<br>06/28/23 - New ultrasonic in the dental clinic. Testing occurs monthly and is stated in the Housekeeping log.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - A new ultrasonic unit was instituted and the unit is tested using the aluminium foil test, with the results documented in the housekeeping log.<br>11/15/24 - The aluminum foil test is used monthly to test the ultrasonic unit and is logged into the Housekeeping log. I recommend the Infection Control LOP include how to do the test and what it should look like so it may be used for future training.<br>08/15/25 - Create a CQI for infection control and regulatory compliance.<br>**12/03/25 - Completed. A new ultrasonic cleaner was purchased. The foil test is performed monthly and indicated on the housekeeping loc** | Progress | NC | Progress | PC | Progress | NC | Complete | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 106 | Space, Dental Equipment & Supplies | Dentist and Dental Assistant both receive two monitors each. | Complete, per Wellpath representati on on 8/11/21 | purchase needed | Demonstrate on visit | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Complete | Complete | Complete | | 08/11/21 - completed and installed<br>10/20/22 - Previously completed<br>05/10/23 - Complete<br>04/19/24 - Both dentist and dental assistant have two monitors each to access CorEMR and X-rays.<br>10/31/24 Please remove from this report.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Received two monitors each.<br>05/25/22 - Dr [redacted] only has one monitor now. With possibility of digital x-rays being implemented soon, he will need a second monitor to have both CorEMR and the digital x-rays available at the same time.<br>12/06/22 - Same as above.<br>06/28/23 - Dental staff have the monitors necessary to see radiographs and the dental program.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Confirmed and completed.<br>11/15/24 - Confirmed and completed.<br>08/15/25 - Confirmed and completed.<br>**12/03/25 - Confirmed and completed** | Complete | SC | Progress | PC | Progress | PC | Complete | SC | Complete | SC | Complete | SC>1 yr | Complete | SC>1 yr | Complete | SC>1 yr |
| 107 | Nurse Training by DON, HAS and Dentist | Nurse training, feedback and monitoring of the 14 Day Exam evaluation and filling out of the Odontogram as well as including evaluating for the proper Dental Levels in Intake, 14-Day Exam and Sick Call is to be provided by the DON, HSA, Dentist and overseen by Dr [redacted] (Have a complete roster of all clinical staff who need to receive this training and show sign off from the roster so can tell who still needs to receive the training.) | 10/31/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO<br>RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 09/27/21 - Process in place, nurse training performed during week of 9/27 - subsequent refresher occurred during November Staff meeting. Audits occur and under performing staff are bumped to HSA/DON for remediation/ possible progressive discipline<br>10/20/22 - 14-Day resumed Sept 14. Perform internal audit and train if lapses are noted. Provide documentation of training moving forward.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained on this requirement after backlog is completed. New Management team will also be made aware of training requirements.<br>05/10/23 - Nurse Training conducted May 2-4, 2023.<br>04/19/24 - Nurse training, feedback and monitoring is occurring however not all staff have received the training. Continuing training is occurring.<br>11/8/24. In progress.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Progress being made in this area although the roster against who received the training has yet to be received.<br>05/25/22 - Due to high staff turnover and now with the 14-Day exam placed on hold, a plan needs to be put into place for the dental portion of the exam to continue.<br>12/06/22 - 14-Day exam started again in September 2022. Provide documentation of training and internal audit.<br>06/28/23 - Nurse training conducted May 2-4, 2023 however additional training is necessary to fulfil the self-monitoring and feedback portion of this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Although general training was given, it was not effective as the 14-Day Exam, Health Assessment, has been only sporadically performed as evidenced by only 11 patients were referred to dental during a nine month timespan. One of the reasons for the lack of referrals is due to the Initial Health History & Physical Dental screening form was no longer used after September 2023. Per the Operations Specialist, it has been reinstated in April 2024 when the 14-Day exam using the Initial Health History & Physical is performed. CQI evaluations began being developed to evaluate the need for continued training. The questions, I was told, are being refined as the process is being implemented. They are document this self-monitoring CQI process in their Dental Subcommittee meeting minutes and will be sending the results beginning next quarter to the Quality Assurance committee.<br>11/15/24 - In progress. Also see 04/30/24 above.<br>08/15/25 - per the rosters, training is being provided regarding referrals to dental, however the referrals, the information within the referrals and the Dental Level assignment continue to be inconsistent. Completions of Dental Sick Calls by nurses is still occurring. Due to CorEMR's lack of update in the 14-Day Exam, the RNs are not always referring the patients to dental. Additionally there are several instances where the intraoral screening may not occurring or be adequate enough to visualize areas of dental concern. Additional, dental specific training is required.<br>**12/03/25 - Same as on 08/15/25. Continuing training is indicated. Report documented training to the monthly Dental Subcommittee meeting with inclusion in the meeting minutes. This must be an ongoing Action Item with regular self-audits and self-monitoring to identify any barriers to access and timeliness of care.** | Progress | PC | No Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Nurse Training by DON, HSA and Dentist | Training will be provided to the Registered nurses, physicians, nurse practitioners and physician assistants, upon hire and yearly thereafter. Training will consist of Monterey County Dental Level 1 vs. Level 2, and proper determination between levels including use of subjective and objective pain scales. Dental referrals made from intake, Sick call, and 14-day health exams. This training is in addition to the Virtual Onboarding Experience class (dental assessment) for Nurses that all new hire Registered Nurses receive and the annual Dental Screening - ANCC - E-LEARNING provided to each employee. Dentist to participate in annual training. A roster will be kept onsite for all attendees. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 09/27/21 - Process in place, training began 9/27, tracking tool created.<br>10/20/22 - Did change DL1 and DL2 to Emergent / Urgent / Routine. This now matches the E-Learning.<br>05/10/23 - Nurse Training conducted May 2-4, 2023. Unsure as to the necessity of this CAP as the CAP is covered in CAP#107<br>04/19/24 - Annual training May 2023, new annual training to be scheduled. Cross checking of all rosters to make sure everyone has received training, including during in staff meetings.<br>11/1/24- training has been provided consistently, and according to our CQIs Improvement Plans.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Progress being made. Staff turnover is high and new staff starting therefore continual training must occur to reach all staff members.<br>05/25/22 - Have not received current training tracking tool because [redacted] is performing 3 jobs right now, HSA, floor nurse and implementation specialist. This is too much for one person. The Wellpath training center appears well organized. Need roster of staff and training documentation.<br>12/06/22 - Provide documentation of training and internal audit.<br>06/28/23 - Nurse training conducted May 2-4, 2023 however additional training is necessary to fulfil the self-monitoring and feedback portion of this metric.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Training has been provided and the Operations Specialist stated she has cross checked that all nurses have received this training except for 3 new nurses. This training is in progress for them. The training's effectiveness is still an issue however and their need for retraining is still evident. Dental is using a CQI process and refining the questions being assessed moving forward. They are documenting the continued training in the Dental Subcommittee meeting minutes.<br>11/15/24 - In progress. Also see 04/30/24 above. More training is needed with the dental sick call referral system. Currently the Nurses are not scanning the sick call requests into CorEMR, nor are they completing a Nurse Sick Call for the request for dental care. This affects the ability of the dental staff to review the audit trail for access and timeliness of care for the dental sick call system.<br>08/15/25 - The DON is no longer at MCJ. The Operations Specialist is facilitating training by the Dentist but the Dentist does not always have the time to provide training. Few instances of this training is evident but many issues regarding nursing referrals continue to occur.<br>**12/03/25 - The DON position is filled at the time of this audit tour. From the initial chart reviews, when lack of consistency with the referral process is identified, the Operations Specialist states she is facilitating training by the Dentist but the Dentist does not always have the time to provide training. Few instances of documented training is evident but many issues regarding nursing referrals to dental continue to occur. The DON was advised and is attending the Dental Subcommittee meetings when possible. Continue to refine the questions within the CQI process to establish an audit trail to visualize where the barriers to access a** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Progress | PC | Progress | PC | Progress | PC |
| 109 | Nurse Training by DON, HSA and Dentist | Recommend one on one nurse training when needed, such as with the 14-Day Exam RN. Per the audit interview with the RN usually performing the 14-day exam, he stated he does not routinely see inside the patients mouth unless they report pain. Per the Implementation Plan all patients are to receive a screening and answer the questions stated in the plan as well as fill out an odontogram. | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Progress | | 09/30/21 - Audits occur and under performing staff are bumped to HSA/DON for remediation/ possible progressive discipline<br>10/20/22 - Review with Dr [redacted] Dr [redacted] to offer training and oversight.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained on this requirement after backlog is completed. New Management team will be made aware as well.<br>05/10/23 - One on one nurse training is being conducted based on Dr [redacted] feedback<br>04/19/24 - The 14-day dental screening form will be incorporated into the 14-day health assessment form.<br>10/31/24 Complete. This process is bing monitored by a monthly CQI. CAPs are being formed & training being provided PRN. This CAP is complete as written.CFMG requests this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Updated audits have not occurred lately.<br>05/25/22 - Same. No audits have occurred this round.<br>12/06/22 - Provide documentation of training and internal audit.<br>06/28/23 - Please send documentation of the problem and subsequent training.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The 14-day dental screening form will be incorporated into the 14-day health assessment form. Continuous training to be provided.<br>11/15/24 - Documented training is not present showing evidence of any one on one training, nor seen within the Dental Subcommittee meeting attachments.<br>08/15/25 - The DON is no longer at MCJ. The Operations Specialist is facilitating training by the Dentist but the Dentist does not always have the time to provide training and perform one on one documented training. Few instances of this training is evident but many issues regarding nursing referrals continue to occur.<br>**12/03/25 - Same as on 08/15/25 and review CAP #108 as well.** | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 110 | Nurse Training by DON, HSA and Dentist | Fill out an odontogram and answer all questions as directed in the Implementation Plan on every patient at the 14-Day Exam. Train nurses to receive additional training and feedback in filling out the odontogram per the Implementation Plan | 09/30/21 | Nurse Training | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 09/27/21 - New Form created mirroring the requirements of the IP- nurse training completed week of 9/27- subsequent refresher during December Staff meeting.<br>10/20/22 - Nurses are using the supplement dental form called the Health Appraisal Supplemental Dental Form. The form is set up so that the nurse must look into the patient's mouth.<br>05/10/23 -<br>04/19/24 - CorEMR does not have a fillable odontogram however the 14-day dental screening form will be incorporated into the 14-day health assessment form. Continuous training will be provided.<br>10/31/24 This process is bing monitored by a monthly CQI. CAPs are being formed & training being provided PRN This CAP is complete as written.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Form not routinely scanned into CorEMR.<br>05/25/22 - New CorEMR form with no odontogram being used now. Questions need to be made into yes or no questions so nurses look into patient's mouth even if the patient states he/she doesn't have pain.<br>12/06/22 - Nurses are using the supplement dental form called the Health Appraisal Supplemental Dental Form. Recommend yes and no answers on the form. Provide documentation of training and internal audit to make sure nurses are looking inside the patient's mouth to assess the IP criteria and not go only with patient's reported pain.<br>06/28/23 - Odontogram per the IP not filled out. See 12/06/22.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - CorEMR does not have a fillable odontogram however the 14-day dental screening form will be incorporated into the 14-day health assessment form. Continuous training to be provided.<br>11/15/24 - CorEMR does not have a fillable odontogram. The 14-day dental screening form has a visual odontogram but cannot be filled to show the location of the dental issues screened during this evaluation as mandated by the Implementation Plan. There is currently no plan to complete the odontogram portion of this CAP item; however, there is training being provided to the nurses to screen the Implementation Plan's parameters for the 14-Day Exam more effectively.<br>08/15/25 - CorEMR does not have a fillable odontogram. There is currently no plan to complete the odontogram portion of this CAP item; however, there is training being provided to the nurses to screen the Implementation Plan parameters for the 14-Day Exam more effectively.<br>**12/03/25 - Same, see 08/15/25** | Progress | PC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 111 | Nurse Training by DON, HSA and Dentist | Create the 14-Day Exam form (odontogram and questions) per the Implementation Plan or use Dentrix Enterprise. See Section 5.7 for additional information. | 09/30/21 | form created | produce form | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Complete | Progress | Progress | Progress | | 09/27/21 - form completed, nurses trained week of Sept. 27 and December Staff meeting refresher<br>10/20/22 - Form is created and completed and in use.<br>05/10/23 -Form is created and completed and in use.<br>04/19/24 - CorEMR does not have a fillable odontogram however the 14-day dental screening form will be incorporated into the 14-day health assessment form. Continuous training will be provided.<br>10/31/24 An odontogram is not necessary for the HA process. This is a CAP is not clear. CFMG requests this CAP item be modified and clarified or removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Form not routinely scanned into CorEMR.<br>05/25/22 - New CorEMR form with no odontogram being used now. Questions need to be made into yes or no questions so nurses look into patient's mouth even if the patient states he/she doesn't have pain. Need a clinical EDRS to have a working updateable odontogram. Determine a plan for 14-day exam to be reinstated with the dental portion filled in completely for each patient.<br>10/19/22 - CorEMR unable to make it a fillable odontogram at this time.<br>12/06/22 - The form is created and being used however CorEMR unable to make it a fillable odontogram at this time. Recommend an electronic dental record system for a clinical dental charting system.<br>06/28/23 - Same. Form in use but being used during Intake rather than at the 14 day exam.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - CorEMR does not have a fillable odontogram however the 14-day dental screening form will be incorporated into the 14-day health assessment form. Continuous training to be provided.<br>11/15/24 - CorEMR does not have a fillable odontogram. The 14-day dental screening form has a visual odontogram but cannot be filled to show the location of the dental issues screened during this evaluation as mandated by the Implementation Plan. There is currently no plan to complete the odontogram portion of this CAP item; however, there is training being provided to the nurses to screen the Implementation Plan's parameters for the 14-Day Exam more effectively.<br>08/15/25 - The form, Initial Health History & Physical Exam Dental Screening - Monterey, is completed, and is used in conjunction with the Initial Health History and Physical Exam (NCCHC) - R. Perform internal audits to confirm continuing compliance with this CAP item. Provide the results of the internal audit to the monthly Dental Subcommittee meeting.<br>**12/03/25 - Same, see 08/15/25. Although a separate dental screening form was created and is being consistently used, the dental form needs to be incorporated within the medical Initial Health History & Physical Exam Dental Screening for consistent referrals and trackin** | Progress | PC | No Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | SC | Complete | PC |
| 112 | Administrative and Clinical | Conduct Staffing Analysis / Workflow Analysis, taking into account increased demand expected by increased compliance with the IP.<br>Adjust staffing (including hiring) if/as necessary, including hiring the Hygienist position, as recommended in the IP. | 11/30/21 | staffing analysis needed | Produce completed Staffing analysis | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Plan | Progress | Complete | Complete | | 11/31/21 - Completed, awaiting write up for production.<br>10/20/22 - In process of hiring DA. Once staff hired, Dr [redacted] to perform staffing analysis/workflow analysis.<br>02/20/23 - New Dental team in place<br>05/10/23 - Need to maximize the efficiency of the new dental team before committing to a staffing analysis.<br>04/19/24 - Dr [redacted] performed a staffing analysis in October/November 2023. Staffing adjustments were recommended and Wellpath has hired a goodwill PRN Dentist and Dental Assistant.<br>10/31/24 Completed. Employment status of the goodwill providers remains unchanged. This CAP item is completed as written but the monitor seems to have created a new and different expectation to satisfy this CAP, which is unacceptable. CFMG requests this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - A staffing analysis took place but it was not a workflow analysis. Insufficient data accumulated.<br>05/25/22 - I was told that the staffing analysis and workflow will be done when the new dental clinic will be implemented. I recommend the workflow analysis is performed by a dentist and is done asap so that staffing levels can be increased to meet the needs of the dental program.<br>12/06/22 - See above. Tremendous back log. Perform the staffing and workflow analysis asap.<br>06/28/23 - Perform the staffing and workflow analysis. Periodontal Disease Program not implemented yet. Comprehensive Dental Examination not being seen. They are using the "open" instead of scheduling the patients.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Dr [redacted] performed a staffing analysis in October/November 2023. Staffing adjustments were recommended and Wellpath hired a goodwill PRN Dentist and Dental Assistant who started seeing patients in January 2024. It is unknown at this time if the contract between MCJ and Wellpath will be ratified with the updated dental staffing.<br>11/15/24 - Please see 04/30/24 above. The staffing analysis was conducted, the CDO took action and Wellpath hired a goodwill PRN Dentist and Dental Assistant. The new Dentist and Dental Assistant positions are not permanent positions approved by MCJ's staffing plan. Please coordinate with MCJ to approve the current staffing plan which now includes a FTE Dentist and FTE Dental Assistant.<br>08/15/25 - The new PRN Dentist and Dental Assistant positions were not made permanent positions approved by MCJ's staffing plan. A new vendor was approved and Wellpath's contract ends 12/31/25. No transition documentation has been provided and it is unknown if the new vendor will retain the existing staff.<br>**12/03/25 - Same, see 08/15/25.** | Progress | NC | Plan | NC | No Plan | NC | Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 113 | Administrative and Clinical | Add dental services to Wellpath's existing "rapid response team" for staffing shortages. | Complete, per Wellpath representation on 8/11/21 | staffing for dental coverage hired | Can produce proof of employment | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Complete | Complete | Complete | | 08/11/21 - Have several per Diem Dentists and one DA who can cover site if needed.<br>10/20/22 - As this site doesn't have direct control over Rapid response team we can not effect their hiring choices, however we have listed PRN positions to be able to provide backup as needed.<br>05/10/23 - Same as above. This CAP should be removed.<br>04/19/24 - Although dental services are not officially included in the "rapid response team", Wellpath does have a PRN Dentist and Dental Assistant. Should an emergency occur, Wellpath will pull Dentists and Dental Assistants from nearby facilities.<br>10/31/24 There is no "rapid response team". Wellpath does not contract for an employment registry program. This language needs to be removed from the CAP.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Please place dental services into Wellpath's existing rapid response team in addition to having the per diem Dentist and DA available when needed. Are the per Diem's credentialed for MCJ?<br>05/25/22 - Same.<br>12/06/22 - As evidenced by Dr [redacted] being without a dental assistant for 2.5 months and no dentist in the clinic for 1.5 months, this has severely affected patient care. There is no system in place to deal with this type of staffing crisis other than the lengthy time it takes to advertise, credential, hire, and train.<br>06/28/23 - A plan needs to be in effect to address potential staffing shortages.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Wellpath has found a local solution for the two dentists and dental assistants to fill in for each other when there is a planned or unplanned absence. However if there is a long term absence there is no formalized plan or participation in the "rapid response team" or participation in a contract registry service.<br>11/15/24 - The new Dentist will be on long term medical leave for nearly one month. There will not be a Dentist contracted to replace him while he is on medical leave. Please find a solution to address these types of employee situations so dental care is not delayed nor affected by a missing dental team member.<br>08/15/25 - Since Dr [redacted] was let go and Dr [redacted] was on vacation for two weeks in July, there has not been any contract employee to fill in for either Dentists. Currently there is a new PRN Dentist being hired but has a limited availability.<br>**12/03/25 - An interim PRN Dentist started in August 2025. If there is a long term absence there is no formalized plan or participation in the "rapid response team" or participation in a contract registry service** | Progress | PC | Progress | PC | No Plan | NC | No Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 114 | Policies and Procedures Including Dental, Corporate and Local | Wellpath will tailor its newly created (2021) policies and procedures regarding dental care to the Monterey County Jail. These new policies will be evaluated to ensure they incorporate and do not conflict with the Implementation Plan. | 11/30/21 | policy tailoring | will produce completed policies | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Progress | Progress | | 11/30/21 - Policy Changes are awaiting next approval cycle.<br>10/20/22 - As on now it does not appear that the policies have been updated for 2022. Will investigate further.<br>05/10/23 -<br>04/19/24 - The Wellpath global policies and procedures will be sent.<br>10/31/24 This will be a focus in the upcoming tour period.<br>07/18/25 - Many LOPs worked on and in place.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - No dental policies and procedures in 2021.<br>05/25/22 - No dental policies and procedures completed in 2022. Please send to monitor for review.<br>06/07/22 - Dr [redacted] sent Wellpath's Policy regarding Peer Review Worksheet.<br>12/06/22 - Dr [redacted] to submit table of contents to begin local operating policies and procedures.<br>06/28/23 - Dr [redacted] to submit the contents of the LOPs with the Corporate Policies and Procedures to review for completeness.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The Wellpath global policies and procedures have been updated and sent 04/30/24. There are also several draft dental Local Operating Protocols (LOPs) being formulated and in progress, therefore this area is improving.<br>11/15/24 - Much improvement has been made in this area. In progress.<br>08/15/25 - Much progress is being made in this area. Many policies and procedures and local operating protocols have been drafted. More are in progress.<br>**12/03/25 - Continued progress is evident. Global (Corporate/HQ) policies and procedures, supplemented by Local Operating Protocols (LOPs), is providing a foundational framework for standardized practice, staff training, and consistent implementation at the local level. The LOP should include a defined workflow, preferably in flowchart format, for the annual review, revision, approval, and implementation of draft policies. Documentation should also demonstrate that applicable staff receive training on the approved draft or final LOP, including evidence of completion and the version of the document used for training.** | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | Licenses, Credentials, CURES and Job Performance | Job Performance Reviews, Dentist - Have a clinical and administrative job performance review of the dental staff completed yearly. | 11/30/21 | Dental oversite to be provided | Will produce proof of completion | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Progress | Complete | Complete | | 11/31/21 - CDO currently performing Clinical portion<br>10/20/22 - To be performed on Dentist and once new DA hired.<br>05/10/23 - Dental Team is too new to perform a performance review. Need to inquire about Wellpath policy in this regard. All other credentials are on file.<br>04/19/24 - An attestation of a job performance review is in the works.<br>11/1/24- Job Performance reviews completed last year for both DDS and DA. Job performance for this year will b complete by due date, next month.<br>07/18/25 - Job Performance reviews completed last year for both DDS and DA. Job performance for this year will be complete by due date, next month.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - No job performance reviews for DA or Dentist conducted. No clinical or other reviews sent to monitor.<br>05/25/22 - No job performance reviews for DA or Dentist conducted. None sent to monitor if they were conducted.<br>12/06/22 - No H.S.A. for administrative review. Dr [redacted] to perform clinical review on dentist and new dental assistant to be hired.<br>06/28/23 - No HSA. Dr [redacted] states staff too new to perform a performance review.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - Pending attestation of job performance review for the Dentist and Dental Assistant.<br>11/15/24 - Pending attestation of job performance review for the Dentist and Dental Assistant.<br>08/15/25 - Per the Operations Specialist, job Performance reviews completed last year for both DDS and DA. Job performance for this year will be complete by due date, next month.<br>**12/03/25 - Although no attestation of the job performance review was provided the Dental Operations Specialist indicated that this review was completed.** | Progress | NC | Progress | NC | Progress | NC | Progress | NC | Progress | PC | Complete | PC | Complete | SC | Complete | SC |
| 116 | Pharmacy and Medication Management | Identify which stock medications will be at the dental clinic and the stock medications are to be fully accounted for including to whom the medication is prescribed in both the on-site log and in CorEMR. See report for details. | Complete, per Wellpath representation on 8/11/21 | update in clinic | per DA updated in Clinic | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Progress | Complete | Complete | | 08/11/21 - Stock medications to be kept in clinic are as follows: Ibuprofen 600mg. Amoxicillin 500mg and Amoxicil 875mg. The log is Audited weekly for compliance.<br>10/20/22 - Sent updated antibiotic information to Dr [redacted] Perform internal audit and train if lapses are noted.<br>02/20/23 - Training completed with Dr. E, New Dental team will be trained after backlog is completed.<br>05/10/23 - Pharmacy Plan in place.<br>04/19/24 - A medication log for stock medications is in effect however medications are not accounted for in a onsite log although they are listed in the MARs.<br>11/1/24- Pharmacy Global Policy and LOP submitted. We have the medication log in place and medication per patient listed in MAR.<br>07/18/25 - Medications are no longer dispensed at the clinic.<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - See #96. Log was started but they had no Acetaminophen.<br>05/25/22 - Now have analgesics and antibiotics. Log was accurate. At this time, they only need Ibuprofen and Acetaminophen for analgesic and only need Amoxicillin and Clindamycin for antibiotics. Review with Dr [redacted] if he wants to include or remove any medications. It was logged with patient specific information. Logs being used but did not audit the count. Will update at next visit.<br>12/06/22 - Dr [redacted] provided Dr [redacted] with updated antibiotic information. Perform internal audit and train if lapses occur.<br>06/28/23 - Please provide the written pharmaceutical plan in a LOP.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 -<br>11/15/24 - There is currently no individualized pharmaceutical log for prescribed stock meds. Although the medication may be listed in the MAR, individual patients are prescribed stock medications in the dental clinic and i is to be counted and accounted for in the clinic's pharmaceutical log. Please see CAP #96 where on 04/30/24 it was requested to "Create a patient specific log to account for dispensed medications. Create an LOP for dispensing of stock medications."<br>08/15/25 - Per the Dental Operations Specialist, medications are no longer being dispensed in the dental clinic. Confirmation to follow.<br>**12/03/25 - See also CAP #96. Per the dental staff, stock medications are no longer dispensed in the dental clinic and therefore, they nolonger have any pharmaceutical logs onsite. Update a draft pharmaceutical LOP to reflect stock medications are no longer dispensed in the dental clinic.** | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC |
| 117 | Peer Review | Establish a peer review system with a peer review performed at least once every 6 months on the dentist at MCJ, using dentist peer from other Wellpath facilities or hire a contracted Peer Review examiner. | 11/30/21 | peer review | Will produce proof of completion | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 11/31/21 - Peer review is occurring monthly by CDO. No other dentist is currently involved in this process<br>10/20/22 - Peer Review occurs monthly. Continuing to provide documentation monthly.<br>05/10/23 - Wellpath PR policy will take precedent.<br>04/19/24 - A peer review was conducted with minutes. Minutes to be provided. Peer review minutes to be included into the monthly Dental Subcommittee.<br>10/31/24 Completed. CDO completes routine chart reviews for this site and is sufficient to monitor the quality of care provided to patients at MCJ. CFMG requests that this CAP item be removed.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Peer review was initiated but no documentations of the peer review itself was sent to this monitor.<br>05/25/22 - Same. Please send peer review documentation and any instructions/expectations given to the Dentist.<br>06/07/22 - Dr [redacted] attached a summary of the March 2022 Peer Review for Dr [redacted] He stated, "In the attached Wellpath Policy regarding Peer Review Worksheet, I am unable to provide a copy of this-hence the summary. Ben Rice will need to be consulted for access to a worksheet."<br>12/06/22 - Last peer review sent was May 2022, then September 2022. Requesting Peer Review Worksheet.<br>06/28/23 - Dr [redacted] is performing monthly supervisory chart audits. I will credit one of his supervisory chart audit in lieu of a peer review for this six month period.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - A peer review system is in place but only assess their clinicians once per year. I recommend peer review occur every 6 months in order to not linger on any areas determined to need training. Minutes of the peer review meeting has not been submitted to the Dental Subcommittee meeting although an attestation of the peer review has been sent to this monitor.<br>11/15/24 - Same as 04/30/24 above.<br>08/15/25 - Same as before. A peer review system is in place but only assess their clinicians once per year. I recommend peer review occur every 6 months in order to not linger on any areas determined to need training. Minutes of the peer review meeting has not been submitted to the Dental Subcommittee meeting although an attestation of the peer review has been sent to this monitor.<br>**12/03/25 - Same, see 08/15/25. Increasing the frequency to at least twice annually would facilitate earlier identification, remediation, and follow-up of clinical deficiencies and associated training needs. Although the detailed peer review material is itself confidential, the peer review meeting minutes with a summary identifying trends, corrective actions, training requirements, and follow-up are to be provided to the monthly Dental Subcommittee meeting for review.** | Progress | PC | Progress | PC | Progress | PC | Progress | SC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 118 | Peer Review | Create a peer review audit tool/worksheet to be completed for each selected dental chart. A minimum of 10 charts are to be pulled at random for the most recent 6-month period and will include charts relating to Examination and Diagnosis (Annual Exams and Triages), Periodontal Treatment Restorative, Oral Surgery and Endodontics. See Section 5.15 for details on the content of the Peer Review audit tool. ***Use the Peer Review audit tool as a guideline when performing a supervisory audit review. | 11/30/21 | peer review | Will produce audit tool | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Complete | Progress | Complete | Complete | | 10/01/21 - Audit tool created.<br>10/20/22 - Dr. Winthrop is requesting access to worksheets.<br>02/20/23 - Unsure on if these have been shared<br>05/10/23 - Wellpath has an approved PR form & policy.<br>04/19/24 - Policy sent along with blank worksheet.<br>10/31/24 Wellpath has revised the Peer Review worksheet to be used company wide.<br>07/18/25 -<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Peer review was initiated but no documentations of the peer review or the peer review audit tool itself was sent to this monitor.<br>05/25/22 - Same. Please send peer review documentation and any instructions/expectations given to the Dentist.<br>06/07/22 - Dr [redacted] attached a summary of the March 2022 Peer Review for Dr [redacted] He stated, "In the attached Wellpath Policy regarding Peer Review Worksheet, I am unable to provide a copy of this-hence the summary. Ben Rice will need to be consulted for access to a worksheet."<br>12/06/22 - Last peer review sent was May 2022, then September 2022. Requesting Peer Review Worksheet.<br>06/28/23 - The Peer Review worksheet has some irregularities (the grading and comment portion) which the form needs to update. I recommend [redacted] provide assistance to update the form and formatting with Dr [redacted] and<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The peer review worksheet's current grading system is in need of updating in order for it properly evaluate the clinician. Will add this to the informed consent forms to be updated at the next training/mentoring session.<br>11/15/24 - Please provide the most recent Peer Reviews.<br>08/15/25 - Please provide the most recent Peer Reviews with the new grading audit tool/worksheet.<br>**12/03/25 - Per the CDO, the peer review worksheet has been updated, improving the grading system. Add the updated peer review worksheet template to the Peer Review LOP.** | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Complete | PC | Complete | PC |
| 119 | Monthly Dental Subcommittee | Form Dental Subcommittee, to include the Dentist, Dental Assistant, CDO, administrative staff who assist in Dental, Custody, the DON, the HSA, the Regional Director when possible, and anyone else deemed necessary to collaborate on ongoing dental issues. Subcommittee shall meet monthly and proceed according to the agenda, framework and details reflected in the Fifth Dental Report, plus Key Performance Indicators (see item 179). Daily, weekly and monthly data is to be included in the Dental Subcommittee meeting and taken from the dental excel spreadsheet and CorEMR to be reviewed, discussed and provided to the dental monthly subcommittee meeting minutes and given to the Quality Assurance (QA) meeting. | 09/30/21 | Form subcommittee, hold regular meetings | Will produce Monthly Minutes | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Complete | Progress | Progress | Complete | Complete | | 09/22/21 - First meeting held 9/22, scheduled for the fourth Wednesday of the month going forward.<br>10/20/22 - Last dental subcommittee in August 2022. Meeting to be scheduled.<br>02/20/23 - Meetings Continued starting Jan 2023 with New Dental/ Management Team<br>05/10/23 - Have had the initial SC meeting in 2023. Will resume regular monthly meetings in July 2023.<br>04/19/24 - The Dental Subcommittee is occurring monthly. Only a few more areas of documentation is being worked on including CQIs. The minutes of the monthly Dental Subcommittee will begin to be sent to the QA meeting.<br>10/31/24 Subcommittee Meetings have been occurring for over 1 year consecutively. Metrics are being generated reported on, & CAPs, when necessary, are being formed. This CAP is complete. BTW-the question refers to an excel spreadsheet/log which has not been in use for years.<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Dental subcommittee beginning to take form.<br>05/25/22 - No Dental subcommittee meeting minutes sent for period January 2022 to present.<br>12/06/22 - Sporadic Dental Subcommittee with incomplete request for attendees and incomplete minutes, statistics and completion of agenda. I understand they are starting in January 2023.<br>06/28/23 - Only one monthly dental subcommittee which occurred in March 2023. Dr [redacted] identified that monthly meetings will occur starting in July 2023.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The Dental Subcommittee is occurring monthly since July 2023. They have only missed December's subcommittee due to the conflicts in the schedule during the holidays. A few more areas of documentation is being worked on including CQI's. The minutes of the monthly Dental Subcommittee will begin to be sent to the QA meeti in April 2024.<br>11/15/24 - Much improvement has occurred in this area. The area of draft, final and yearly updates to the LOP's with resulting training is in progress.<br>08/15/25 - Continued improvement in this area. Well done! The peer review minutes are not entered into the mont Dental Subcommittee meeting minutes. Additional CQI's and internal audits are necessary to confirm compliance with the dental program.<br>**12/03/25 - Continue the good work. Have an standardized agenda which includes entering the peer review meeting minutes, (note that the peer review minutes are not the confidental detailed peer review worksheets), into the Dental Subcommittee meeting for review. Establish a timeline for review and update of the LOPs and include the subsequent documented training. Establish a timeline for the review of internal audit results and continue to add and monitor CQIs necessary to self monitor compliance and identify and remove any barriers to access, timeliness and quality of care in the dental progr** | Progress | PC | Progress | NC | Progress | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 120 | Quality Assurance Meeting with Power Point Presentation | This monitor reserves the right to present information at the QA meetings as well as at the Monthly Dental Subcommittee meetings if the Dental Subcommittee and QA minutes are not informational, structured with usable data, or content (as recommended in the above-mentioned sections). | Complete, per Wellpath representation on 8/11/21 | Dental Subcommittee Mtg | none needed, right granted. | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 08/11/21 - Wellpath agrees to this.<br>10/20/22 - Last QA in May 2022. Meeting to be scheduled.<br>05/10/23 - Had 1st Qtr. QA Meeting. New Implementation Specialist is in the process of scheduling Quarterly Quality Assurance Meetings.<br>04/19/24 - Improvements in the flow of documentation is occurring.<br>10/26/24 Completed. CFMG cannot implement this CAP item as written. The monitor is not a responsible party in the QA or monthly dental subcommitte meetings. She may observe those meetings but is not part of the system. CFMG Request this CAP be removed.<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Have not received QA meeting minutes and statistics since May 27, 2021. Please send. Cannot assess if monitor needs to attend meetings without history of the meeting minutes.<br>05/25/22 - Same. Please send.<br>12/06/22 - No QA meetings this audit period.<br>06/28/23 - A QA meeting occurred in April during this audit period. The content of the QA meeting is still missing some dental action plans and follow through. This is to be discussed further with Dr [redacted] but note there is much improvement in this area.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The minutes of the monthly Dental Subcommittee will begin to be sent to the QA meeting in April 2024.<br>11/15/24 - Although much improvement has occurred in these areas, this Monitor reserves the right per this approved CAP item to attend the Dental Subcommittee and Quality Assurance meetings.<br>08/15/25 - Same as 11/15/24. This Monitor reserves the right per this approved CAP item to attend the Dental Subcommittee and Quality Assurance meetings.<br>**12/03/25 - This Monitor reserves the right per this approved CAP to attend the monthly Dental Subcommittee and Quality Assurance meetings.** | Progress | NC | Progress | NC | Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |
| 121 | Quality Assurance Meeting with Power Point Presentation | QA minutes have a standard reporting structure which includes Dental. Dental must participate and provide data and the minutes from the monthly Dental Subcommittee. | Complete, per Wellpath representation on 8/11/21 | QA Mtg | produce training materials/roster | Wellpath | Dr [redacted] CDO RN [redacted] (Previously RN [redacted] until February 2023) | Progress | Progress | Progress | Progress | Progress | Complete | Complete | | 08/11/21 - Note taking staff trained to this point.<br>10/20/22 - Last QA in May 2022. Meeting to be scheduled.<br>05/10/23 - In process<br>04/19/24 - QA meeting on 03/20/24. The monthly Dental Subcommittee agenda and meeting minutes have not been included in the QA meetings yet but are in progress.<br>10/31/24 Complete. QA Meetings are occurring and include input from the Monthly Dental Subcommittee Meetings<br>07/18/25 - Completed<br>**12/03/25 - No self-assessment or written commentary provided by Defendants for this audit period.** | 01/12/22 - Have not received QA meeting minutes and statistics since May 27, 2021. Please send. Cannot assess if monitor needs to attend meetings without history of the meeting minutes.<br>05/25/22 - Same. Please send.<br>12/06/22 - No QA meetings this audit period.<br>06/28/23 - A QA meeting occurred in April during this audit period. The content of the QA meeting is still missing some dental action plans and follow through. This is to be discussed further with Dr [redacted] but note there is much improvement in this area. Per Dr [redacted] the Monthly Dental Subcommittee will be occurring monthly and the minutes will be provided to the QA for review and purposeful action and follow through.<br>02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.<br>04/30/24 - The minutes and PowerPoints of the monthly Dental Subcommittee will begin to be sent to the QA meeting in April 2024.<br>11/15/24 - Much improvement has occurred in this area. The area of draft, final and yearly updates to the LOPs wi resulting training is in progress.<br>08/15/25 - Continuing improvement with the monthly Dental Subcommittee providing minutes of their meetings to the QA. There is no QIT formed to follow needed action items. Additional CQIs and internal audits are necessary for the dental program and QA to make documented self governing decisions regarding the referrals from nursing and the provision of dental care at MCJ.<br>**12/03/25 - The dental Quality Improvement Team (QIT) has not yet been established to follow up on needed action items. While the Dental Subcommittee activities are reported to the QA Committee, the flow of information between the committees could be strengthened to ensure that dental action items, corrective actions, and training requirements, quality improvement initiatives are consistently reviewed, tracked, and formally resolved at the organizational level.** | Progress | NC | Progress | NC | Plan | NC | Progress | PC | Progress | PC | Progress | PC | Progress | PC | Progress | PC |

## Corrective Action Plan (CAP) Progress

### MCJ Custody Self-Assessment Report (13)

| | Implementation Specialist Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| Custody | No Plan | not started, not completed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Custody | Plan | have developed a plan | 10 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Custody | Progress | have started to implement the plan | 3 | 13 | 12 | 3 | 2 | 3 | 1 | 0 |
| Custody | Complete | achieved the goal of the CAP item | 0 | 0 | 1 | 10 | 10 | 10 | 11 | 0 |

| Weight |
|---|
| 0 |
| 2 |
| 5 |
| 10 |
| 10 |

Weighted Scores

| Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 20.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 |
| 15.0 | 65.0 | 60.0 | 15.0 | 10.0 | 15.0 | 5.0 | 0.0 |
| 0.0 | 0.0 | 10.0 | 100.0 | 100.0 | 100.0 | 110.0 | 0.0 |
| 26.9% | 50.0% | 53.8% | 88.5% | 86.2% | 88.5% | 95.8% | #DIV/0! |

Improvement

| | Jan to May 2022 | May to Dec 2022 | Jan to Jun 2023 | Jun 2023 to Mar 2024 | Apr to Sep 2024 | Oct 2024 to Mar 2025 | Apr 2025 to Dec 2025 |
|---|---|---|---|---|---|---|---|
| | 23.1% | 3.8% | 34.6% | -2.3% | 2.3% | 7.4% | #DIV/0! |




### Wellpath Self-Assessment Report (108)

| | Implementation Specialist Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wellpath | No Plan | not started, not completed | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wellpath | Plan | have developed a plan | 3 | 2 | 1 | 4 | 1 | 0 | 0 | 0 |
| Wellpath | Progress | have started to implement the plan | 101 | 102 | 92 | 72 | 55 | 17 | 17 | 0 |
| Wellpath | Complete | achieved the goal of the CAP item | 4 | 3 | 15 | 32 | 52 | 91 | 91 | 0 |

| Weight |
|---|
| 0 |
| 2 |
| 5 |
| 10 |
| 10 |

Weighted Scores

| Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 6.0 | 4.0 | 2.0 | 8.0 | 2.0 | 0.0 | 0.0 | 0.0 |
| 505.0 | 510.0 | 460.0 | 360.0 | 275.0 | 85.0 | 85.0 | 0.0 |
| 40.0 | 30.0 | 150.0 | 320.0 | 520.0 | 910.0 | 910.0 | 0.0 |
| 51.0% | 50.4% | 56.7% | 63.7% | 73.8% | 92.1% | 92.1% | #DIV/0! |

Improvement

| | Jan to May 2022 | May to Dec 2022 | Jan to Jun 2023 | Jul 2023 to Mar 31 2024 | Apr to Sep 2024 | Oct 2024 to Mar 2025 | Apr 2025 to Dec 2025 |
|---|---|---|---|---|---|---|---|
| | -0.6% | 6.3% | 7.0% | 10.1% | 18.3% | 0.0% | #DIV/0! |




### Court Monitor Report - Wellpath (108)

| | Court Monitor Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wellpath | No Plan | not started, not completed | 5 | 20 | 6 | 1 | 0 | 0 | 0 | 0 |
| Wellpath | Plan | have developed a plan | 13 | 12 | 5 | 4 | 1 | 2 | 0 | 1 |
| Wellpath | Progress | have started to implement the plan | 87 | 74 | 95 | 90 | 70 | 43 | 39 | 35 |
| Wellpath | Complete | achieved the goal of the CAP item | 3 | 2 | 2 | 13 | 37 | 63 | 69 | 72 |

| Weight |
|---|
| 0 |
| 2 |
| 5 |
| 10 |
| 10 |

Weighted Scores

| Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 26.0 | 24.0 | 10.0 | 8.0 | 2.0 | 4.0 | 0.0 | 2.0 |
| 435.0 | 370.0 | 475.0 | 450.0 | 350.0 | 215.0 | 195.0 | 175.0 |
| 30.0 | 20.0 | 20.0 | 130.0 | 370.0 | 630.0 | 690.0 | 720.0 |
| 45.5% | 38.3% | 46.8% | 54.4% | 66.9% | 78.6% | 81.9% | 83.1% |

Improvement

| | Jan to May 2022 | May to Dec 2022 | Jan to Jun 2023 | Jul 2023 to Mar 31 2024 | Apr to Sep 2024 | Oct 2024 to Mar 2025 | Apr 2025 to Dec 2025 |
|---|---|---|---|---|---|---|---|
| | -7.1% | 8.4% | 7.7% | 12.4% | 11.8% | 3.3% | 1.1% |




### Court Monitor Report - MCJ Custody (13)

| | Court Monitor Assessment | Description | Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| Custody | No Plan | not started, not completed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Custody | Plan | have developed a plan | 11 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Custody | Progress | have started to implement the plan | 2 | 11 | 12 | 12 | 4 | 3 | 2 | 2 |
| Custody | Complete | achieved the goal of the CAP item | 0 | 0 | 1 | 1 | 9 | 10 | 11 | 11 |

| Weight |
|---|
| 0 |
| 2 |
| 5 |
| 10 |
| 10 |

Weighted Scores

| Jan 2022 | May 2022 | Dec 2022 | Jun 2023 | Apr 2024 | Oct 2024 | Mar 2025 | Dec 2025 |
|---|---|---|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 22.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 10.0 | 55.0 | 60.0 | 60.0 | 20.0 | 15.0 | 10.0 | 10.0 |
| 0.0 | 0.0 | 10.0 | 10.0 | 90.0 | 100.0 | 110.0 | 110.0 |
| 24.6% | 45.4% | 53.8% | 53.8% | 84.6% | 88.5% | 92.3% | 92.3% |

Improvement

| | Jan to May 2022 | May to Dec 2022 | Jan to Jun 2023 | Jul 2023 to Mar 31 2024 | Apr to Sep 2024 | Oct 2024 to Mar 2025 | Apr 2025 to Dec 2025 |
|---|---|---|---|---|---|---|---|
| | 20.8% | 8.5% | 0.0% | 30.8% | 3.8% | 3.8% | 0.0% |




First, update the Report, adding the new period
Next, update the Weighted scores table and the Improvement tables, adding the new period.

To update the chart:
r-click on the outer section of the chart.

- Select Data
-- change second range to include the new column
-- edit Horz axis, insuring that it is updated. Press OK

[redacted]

No Plan - not started, not completed
Plan - have developed a plan
Progress - have started to implement the plan
Complete - achieved the goal of the CAP item

SC - Substantial Compliance
PC - Partial Compliance
NC - Non-compliant
NA - Not applicable
NR - Not rated
DF - Deferred findings

| Status | Description | Legend |
|---|---|---|
| No Plan | not started, not completed | No Plan - not started, not completed |
| Plan | have developed a plan | Plan - have developed a plan |
| Progress | have started to implement the plan | Progress - have started to implement the plan |
| Complete | achieved the goal of the CAP item | Complete - achieved the goal of the CAP item |

| Compliance | Description | Legend |
|---|---|---|
| SC>1 yr | meets compliance goal for a complete year | SC>1 yr - meets compliance goal for a complete year |
| SC | Substantial Compliance | SC - Substantial Compliance |
| PC | Partial Compliance | PC - Partial Compliance |
| NC | Non-compliance | NC - Non-compliance |
| NA | Not applicable | NA - Not applicable |
| NR | Not rated | NR - Not rated |
| DF | Deferred findings | DF - Deferred findings |

| Impl Spec Status |
|---|
| Custody No Plan |
| Custody Plan |
| Custody Progress |
| Custody Complete |
| Wellpath No Plan |
| Wellpath Plan |
| Wellpath Progress |
| Wellpath Complete |

To add a month:
1. Copy May 2022 to the right, and edit text
2. Fix the formulas to point to the new CAP data
3. Modify the chart data to include the new column

$R$13

Enter the Column and Row Number as Shown to Fully View the Commer

01/12/22 - Commissary caries ADA Seal of Acceptance toothpaste for sale. Plan in place for inmates to receive same at booking.
05/25/22 - This plan is in progress and verified that there are 200 tubes of toothpaste without the seal of acceptance remaining to be dispensed. This existing toothpaste is from Crest and made in the USA. All toothpaste which is in stock carries the ADA Seal of Acceptance. This item should be completed at next tour.
12/06/22 - Confirmed. All toothpaste during this audit tour, from the County and the Commissary, carried the ADA Seal of Acceptance. There is no protocol or policy in place to confirm that the toothpaste will always be purchased carrying the ADA Seal of Acceptance.
06/28/23 - There is no protocol or policy in place to confirm that the toothpaste will always be purchased carrying the ADA Seal of Acceptance. Also send the full and completed published English and Spanish version for final completed compliance credit.
02/12/24 - Dental CAP sent to Defendants to update their progress in preparation for Dental Audit Tour #11.
04/30/24 - Confirmed. When housed, the incarcerated person receives a kit containing in part a toothbrush and toothpaste which carries the American Dental Association (ADA) Seal of Acceptance. The commissary also carries toothpaste with the ADA Seal of Acceptance. However, there is no Local Operating Protocol (LOP) to advise those who order supplies for both the incarcerated person's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance.
11/15/24 - Confirmed, toothpaste in the patient kits as well as for sale in the commissary carry the ADA Seal of Acceptance. Please provide the LOP as stated above.
08/15/25 - Please provide the Local Operating Protocol (LOP) to advise those who order supplies for the incarcerated person's hygiene kit, the indigent's hygiene kit and for the commissary, to order toothpaste (and denture adhesive) which carries the ADA Seal of Acceptance.
12/03/25 - Completed although missing the LOP as stated above.

# Exhibit D

**Methodology for Class Case Reviews:**

The Class Case Reviews are graded separately from the access, timelines, quality, infection/regulatory compliance and dental management/self-governance portion of the audit.

Generally, the Class Case Reviews are selected from the Plaintiff's requests, which are included in their pre-tour letter. There may be other Class Case Review requests from the Plaintiff's emails asking for a dental opinion report of a particular patient's dental care, or from a death review. I may also include patients who were interviewed during the onsite dental audit tour. I may include other patients as deemed necessary.

To have a chronological view of the patients' dental care history, as seen in these Class Case Reviews, the dental and medical clinical notes, forms, documents, x-rays and tasks relating to the dental concern, including the dates completed, rescheduled and/or refused, are located and then placed in the spreadsheet chronologically. Dental levels assigned by the RN and the DPC assigned by the Dentist is also reviewed along with the Implementation Plan's parameters. The information is reviewed in order to visualize any barriers to access to care, timeliness of care and quality of care as it relates to the nursing and dental processes as outlined in the Implementation Plan for (a)., referrals or requests to dental, (b)., the timeliness of care, (c)., the dental care provided and (d)., the access and continuity of dental care. Placing the information chronologically can discern patterns of practice which may interfere with the Implementation Plan's flow of care at MCJ.

There is no chronological dental report available that captures an incarcerated person's dental requests and subsequent nurse screening and dental triage and treatment when indicated. The request is in a separate software, ViaPath formerly Intelmate, and there is no tracking or tracking number for the request for dental services from an incarcerated person as the software is not linked into CorEMR. If the inmate request is not scanned into CorEMR then one cannot identify the particular incarcerated person's request and chief complaint.

Additionally, there is no chronological report which incorporates all the identified problems found during a dental screening, placed within a form to identify the dental issue, in order to track the source of the referrals from the RN, NP/PA, and the MD from Intake, 14-Day Exam, Sick Call, and Physician referrals, including referrals from Chronic Care and to outside specialists. To locate this information, looking within CorEMR in the following areas, see below, is the methodology used to gather information chronologically. Clinicians, when it is necessary for them to assess and understand a patients' dental and medical history, can review and use this list as a resource. Not all things are listed but this is a general review of a patient's chart.

- Booked and Released dates to assess comprehensive care eligibility
- Receiving Screening Monterey County (Form)
- Initial Health History and Physical Exam (Form) & Initial Health History and Physical Exam Dental Screening (Form)
- Summary of Problems, Allergies, Alerts, and Lab work if indicated
- Nurse Sick Call (Tasks)
- NP/PA Sick Call (Tasks)
- MD Sick Call (Tasks)
- Referral source: Intake, 14-Day Exam, Sick Call, Physician, Chronic Care
- Dental Sick Call (Tasks)
- Dental Treatment (Tasks)
- Dental Annual Exam (Tasks)
- Dental Chart Review (Tasks)
- Deleted (Tasks)
- Sick Call Dental Clinical Notes
- Sick Call Medical Clinical Notes for Dental related notes
- Medications
- Off Site Appointment to be Scheduled
- Off Site Appointment
- Return from Off Site
- Chronic Care if they fall in the category of Pregnancy, HIV, Diabetes and Seizures and Severe Mental Illness (SIM) including patients on 4 or more psych meds
- Chart Notes relating to Dental and off site appointments
- Documents - Inmate requests for dental care, dental x-rays, consent forms, other dental forms including refusals, referrals to outside specialists, reports from off site specialists and any other dental related document present in the record.

CHART FLOW FOR REVIEW:
Forms Tab: Receiving and 14 Day Exam, Exam Forms

Chronic Care
Sick Call Tab:

Instructions
**Add a Case Review:** Goto to the Summary sheet, enter a Case Review name in the form 'CR nnnnnnn', a
[Add Case Review] button. A new case template will be set up and ready to go. Don't forget to fill in the
name in the new template (not in the Summary!!).

**Initialize a Case Review step:** Goto the Case Review template you are working on. Select a Case Review
the green field, and press the [Fill Template] button. Don't forget that Alt-Enter (on PCs) or Opt-Enter (or
be used to insert a new line in your text.

| Class | Category | Name | Number Charts or Items Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Number Charts/Items NA | Number Charts/Items DF | Number Charts/Items NM | Percent Compliance | Substantial Compliance (Y / N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | Dental Class | Case Reviews | 4 | 0 | 0 | 0 | 47 | 15 | 32 | 0 | DF | DF |

| Case # | BID | Patient Name | Number Charts or Items Reviewed | Number Charts/Items SC | Number Charts/Items PC | Number Charts/Items NC | Number Charts/Items Other | Number Charts/Items NA | Number Charts/Items DF | Number Charts/Items NM | Percent Compliance | Substantial Compliance (Y / N) | Row |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | CR[redacted] | [redacted] | 10 | 0 | 0 | 0 | 10 | 6 | 4 | 0 | DF | DF | 16 |
| F2 | CR[redacted] | [redacted] | 14 | 0 | 0 | 0 | 14 | 3 | 11 | 0 | DF | DF | 20 |
| F3 | CR[redacted] | [redacted] | 9 | 0 | 0 | 0 | 9 | 3 | 6 | 0 | DF | DF | 15 |
| F4 | CR[redacted] | [redacted] | 14 | 0 | 0 | 0 | 14 | 3 | 11 | 0 | DF | DF | 20 |

| | | | |
|---|---|---|---|
| BID: | CR 2409296<br>LAR 206404 | 16 | <-- B1 must match the tab name. Exactly |
| Patient Name: | [redacted] | 1 | <-- Case # |
| Case Review # F.1 | (Class) Protective Order | #DIV/0! | |

Reported a long delay in response to her request for dental care related to severe tooth pain. Ms. [redacted] reported that the onsite dentist examined her teeth and informed her that she would be scheduled for extractions. However, Ms. [redacted] reportedly waited over a month for treatment, during which she continued to experience pain so debilitating that it hindered her ability to eat.

| Date | Chart Note<br>CR[redacted]<br>LAR 206404 - [redacted]) | Compliance<br>SC (1)<br>PC (0.5)<br>NC (0) |
|---|---|---|
| NOTE: | Historical information for this patient prior to the audit date is available upon request.<br>NA is placed in the grading area when information relating to the patient is outside of the audit period. | NA |
| 12/20/24 | **Booked** | NA |
| 12/20/24 | INTAKE: RECEIVING SCREENING MONTEREY COUNTY:<br>• General condition of dentition: **Poor**<br>• Evidence or complaints: **None observed is checked as well as missing/broken teeth. Note states "Missing and broken teeth but denies any pain".**<br>• Dentures: **None**<br>• Special diet: **No, however in the other part of the form it states she is on a special diet for pregnancy.**<br>• Referral to Dental: **Routine referral**<br><br>**Findings:**<br>• **Patient reports being 5-6 months pregnant. Pregnancy test conducted and pregnancy verified.**<br>• **Patient adequately referred to dental.**<br>**Recommendations:**<br>• **None at this time.** | NA |
| 12/23/24 | **14-DAY EXAM:** Initial Health History & Physical Exam and Initial Health History & Physical Exam Dental Screening<br>General Condition of dentition: **Fair**<br>Missing or Broken teeth: **None observed**<br>Evidence of the following: **None observed**<br>Education: **Oral Hygiene**<br>Dental Referral: **Routine**<br><br>**Findings:**<br>• **Descrepancy between general condition of the dentition, at intake states Poor and at the 14-Day Exam states Fair.**<br>• **Descrepancy in identification between the Intake exam and the Initial Health History & Physical Exam Dental Screening as far as missing and broken teeth. During this exam it states there are "none observed" which is complete contrast to the Intake exam description.**<br>• **Routine referral to dental made without substantiation.**<br>**Recommendations:**<br>• **Training for Nursing staff regarding Inter-rater reliability (IRR),** is a measure of how consistently different raters agree when assessing, scoring, or rating the same thing. It ensures that judgments are consistent across different observers by quantifying the degree of agreement between them. For example, in a study, if different researchers analyzing the same patient data all arrive at similar conclusions, this indicates high inter-rater reliability.<br>• **Substantiate and document the reason for the dental referral in both the form and the task.** | NA |
| 04/02/25 | **DENTAL SICK CALL: (Task Priority: ):**<br>"4/1 - Due 4/15 - DSC - The antibiotic the dentist gave me was not enough. I told him I had a tolerance to antibiotics . none the less, here we are. My headache is back . it came back as soon as the..." | DF |
| 04/02/25 | **DENTAL TREATMENT**<br>"3/24 - Due 4/24 - Ext - #3(3)"<br>"#6 ext" | DF |
| 04/23/25 | **DENTAL SICK CALL: (Task Priority: 2):**<br>[Created by: RN, BSN[redacted] at 03/28/2025 0601][Completed by:[redacted] DDS,[redacted] at 04/23/2025 1649]<br>"3/27 - Due 4/10 - DSC - the dentist told me to go ahead and make the request for the other teeth I need to get pulled asap". | DF |
| 05/02/25 | **DENTAL PERIODONTAL PROGRAM - Refused**<br>"12/27 - Due 3/27/25 - PDP - (Book-in: 12/20/2024 1308)requesting cleaning | DF |
| 05/07/25 | **Released** | NA |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/19/2025 | **DENTAL TREATMENT - Cancelled by System**<br>"4/23 - Due 5/23 - Ext - #7,8,10(3)" | NA | | | | | | | | | | |
| | #DIV/0! | #DIV/0! | #DIV/0! | C6:C15 | 0 | 0 | 0 | 6 | 4 | 0 | Totals: |
| **Deficiencies:** | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF | | | *SC* | *PC* | *NC* | *NA* | *DF* | *NM* | |
| **Comments/ Recommend-ations:** | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF | | | | | | | | | |
| **Conclusion:** | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF | | | | | | | | | |

| | | | |
|---|---|---|---|
| BID: | CR[redacted] | 20 | <-- B1 must match the tab name. Exactly |
| Patient Name: | [redacted] | 2 | <-- Case # |
| Case Review # F.2 | (Class) Protective Order | #DIV/0! | |
| Reported repeated weeks long delays in response to requests for care for severe tooth pain. | | | |

| Date | Chart Note<br>CR[redacted] -[redacted] | Compliance<br>SC (1)<br>PC (0.5)<br>NC (0) |
|---|---|---|
| NOTE: | Historical information for this patient prior to the audit date is available upon request. | NA |
| | Booked | NA |
| | INTAKE: RECEIVING SCREENING MONTEREY COUNTY: | DF |
| | 14-DAY EXAM: Initial Health History & Physical Exam and Initial Health History & Physical Exam Dental Screening | DF |
| 04/18/25 | DENTAL SICK CALL: 3 separate Dental Sick Call Requests<br>"3/29 - Due 4/12 - DSC - reports right side tooth, feels hole in lower molar. 4/14 - Take X-rays per Dr.[redacted] 4/15 - X-rays taken per Dr.[redacted] - EZ (RDA)"<br>"3/31 - Due 4/14 - DSC - Have pain in tooth 4/14 - Take X-rays per Dr.[redacted] 4/15 - X-rays taken per Dr.[redacted] - EZ (RDA)"<br>"4/13 - Due 4/27 - DSC - Having severe pain in mouth also very uncomfortable at trying to eat 4/14 - Take X-rays per Dr. [redacted] 4/15 - X-rays taken per Dr.[redacted] - EZ (RDA)" | DF |
| 06/11/25 | DENTAL TREATMENT - Refused<br>"4/18 - Due 5/18 - Ext - #31 (3)" | DF |
| 07/17/25 | DENTAL PERIODONTAL PROGRAM - Cancelled by System<br>"4/17 - Due 7/17 - PDP - (Book-in: 03/22/2025 1008) would like an exam as well as cleanings" | DF |
| 07/21/25 | DENTAL SICK CALL:<br>"7/9 - Due 7/23 - DSC - Haviypain in tooth" | DF |
| 08/06/25 | DENTAL SICK CALL: 3 separate Dental Sick Call Requests and 1 Grievance<br>"**GRIEVANcE FILED** 7/25 - Due 8/8 - DSC - Pain of my toothpaste worsened after a fight classification by accident allowed..... I'm having pain"<br>"7/26 - Due 8/9 - DSC -My tooth is breaking bit by bit....and hurting"<br>"8/3 - Due 8/17 - Level 2 - 5/10 pain right lower."<br>"8/4 - Due 8/18 - DSC - In pain have very bad tooth ...need suggested how I may go about this awful nightmare" | DF |
| 08/06/25 | DENTAL TREATMENT - Refused<br>"#31 ext" | DF |
| 08/26/25 | DENTAL SICK CALL<br>"8/8 - Due 8/24 - DSC - Have a missing wzzdumb..see dental about it"<br>"8/11 - Due 8/25 - DSC - Complains of tooth pain, upper right back tooth." | DF |
| 08/26/25 | DENTAL TREATMENT<br>"#31 ext" | DF |
| 09/02/25 | DENTAL SICK CALL: 3 separate Dental Sick Call Requests<br>"8/29 - Due 8/30 - DSC - Emergent referral: patient went on SW secondary to dental pain, please assess"<br>"8/30 - Due 9/13 - DSC - I have pain"<br>"9/1 - Due 9/15 - DSC - Having complications after following a procedure.... Just help me...asap" | DF |
| | Released | NA |
| | #DIV/0! | #DIV/0! |
| Deficiencies: | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF |
| Comments/ Recommend-ations: | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF |
| Conclusion: | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #DIV/0! | C6:C19 | 0 | 0 | 0 | 3 | 11 | 0 | Totals: |
| | | *SC* | *PC* | *NC* | *NA* | *DF* | *NM* | |

| | | | |
|---|---|---|---|
| BID: | CR[redacted]<br>CR | 15 | <-- B1 must match the tab name. Exactly |
| Patient Name: | [redacted] | 3 | <-- Case # |
| Case Review #<br>F.3 | (Class) Protective Order | #DIV/0! | |
| Reported submitting a sick call slip in response to tooth pain and facial swelling, likely due to a tooth infection. Ms.[redacted] was told that she would not be able to see a dentist for several days because of the wait until the next dental clinic day. | | | |
| **Date** | **Chart Note**<br>CR[redacted]<br>CR[redacted] -[redacted] | **Compliance**<br>SC (1)<br>PC (0.5)<br>NC (0) | |
| **NOTE:** | Historical information for this patient prior to the audit date is available upon request. | NA | |
| | Booked | NA | |
| | INTAKE: RECEIVING SCREENING MONTEREY COUNTY: | DF | |
| | 14-DAY EXAM: Initial Health History & Physical Exam and Initial Health History & Physical Exam Dental Screening | DF | |
| 07/29/25 | DENTAL SICK CALL:<br>"7/3 - Due 7/17 - DSC - Part of my back tooth fell out need to see dentist asap 7/10 - Take x-rays per Dr.[redacted] - EZ 7/24 - X-rays taken per Dr.[redacted] - SM (RDA)"<br>"7/11 - Due 7/25 - DSC - Still have not been seen my tooth is in a lot of pain 7/24 - Xray taken per Dr[redacted] GC" | DF | |
| 08/05/25 | DENTAL TREATMENT:<br>"7/29 - Due 8/20 - Ext - Sx#3(3)"<br>"Ext - Sx#\2(3)" | DF | |
| 08/06/25 | DENTAL SICK CALL:<br>"8/5 - Due 8/6 - DSC - Just had 2 teeth extracted and have had teeth extracted before but this time my nasal cavity has extreme pressure an extremely hurts when I lay down I'm very concerned that there could..." | DF | |
| 08/11/25 | DENTAL SICK CALL:<br>"7/31 - Due 8/14 - DSC - I have a abscess on my right top side of my mouth and it hurrts really bad I can't eat or drink anything cold or hot I can barely talk . 8/1 - Increase pain med. GC ***8/1 - Per..." | DF | |
| | Released | NA | |
| | #DIV/0! | #DIV/0! | |
| **Deficiencies:** | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF | |
| **Comments/ Recommend-ations:** | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF | |
| **Conclusion:** | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #DIV/0! | C6:C14 | 0 | 0 | 0 | 3 | 6 | 0 | Totals: |
| | | *SC* | *PC* | *NC* | *NA* | *DF* | *NM* | |

| | | |
|---|---|---|
| BID: | CR[redacted] | 20 |
| Patient Name: | [redacted] | 4 |
| Case Review # F.4 | (Class) Protective Order | #DIV/0! |
| Reported waiting several weeks before receiving follow up care and pain management following a filling and extraction. | | |
| Date | Chart Note<br>CR[redacted] - [redacted] | Compliance<br>SC (1)<br>PC (0.5)<br>NC (0) |
| NOTE: | Historical information for this patient prior to the audit date is available upon request. | NA |
| | Booked | NA |
| | INTAKE: RECEIVING SCREENING MONTEREY COUNTY: | DF |
| | 14-DAY EXAM: Initial Health History & Physical Exam and Initial Health History & Physical Exam Dental Screening | DF |
| 05/28/25 | DENTAL SICK CALL:<br>"5/20 - Due 6/3 - DSC - (Book-in: 05/13/2025 0940)I been waiting for a filling n it hurts now I been in pain"<br>"5/13 - Due 5/27 - DSC - Routine Referral from intake, broken/missing filling from (L) lower molar- pain 6/10" | DF |
| 05/29/25 | DENTAL TREATMENT - Cancelled by System<br>"2/6 - Due - 6/6 - Prophy - DT Adult prophy from PDP exam check #21 with radiograph" | DF |
| 06/23/25 | DENTAL SICK CALL<br>"6/23 - Due 6/24 - DSC -Level 1 due to reported swelling 6/22 - I got my left side tooth hurting n I'm in pain my whole cheek is swollen" | DF |
| 06/30/25 | DENTAL TREATMENT - Refused<br>"#13 ext" | DF |
| 07/21/25 | DENTAL CHART REVIEW<br>"7/16 - Tooth has been hurting request more Tylenol or to b seen 7/20 - Pain med ordered. GC" | DF |
| 07/22/25 | DENTAL SICK CALL - Refused<br>"7/6 - Due 7/20 - DSC - My tooth has been hurting #13 for extraxtion I don't want an infection seeting in n Im gonna bhere for long time request to be seen I'm in pain" | DF |
| 08/18/25 | DENTAL SICK CALL:<br>"7/31 - Due 8/14 - DSC - Tooth been hurting request to be seen by dentist" | DF |
| 08/18/25 | DENTAL TREATMENT<br>"5/28 - Due 9/28 - Filling - #20 - DO(5)"<br>"5/28 - Due 9/28 - Filling - #21-DO(5)" | DF |
| 09/08/25 | DENTAL CHART REVIEW<br>"9/5 - I would like a refill on. My meds ibuprofen 9/7 - Renewed pain med." | DF |
| | Released | NA |
| | #DIV/0! | #DIV/0! |
| Deficiencies: | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF |
| Comments/ Recommend-ations: | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF |
| Conclusion: | • DF - Not provided access to CorEMR after the healthcare transition on 12/31/25 | DF |

<-- B1 must match the tab name. Exactly

<-- Case #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #DIV/0! | C6:C19 | 0 | 0 | 0 | 3 | 11 | 0 | Totals: |
| | | *SC* | *PC* | *NC* | *NA* | *DF* | *NM* | |

ComplianceRating

| Low | High | Rating |
| --- | --- | --- |
| 0 | 0.74 | NC |
| 0.75 | 0.85 | PC |
| 0.86 | 1 | SC |

ScoreDropdown

| ScoreDropdown |
| --- |
| SC |
| PC |
| NC |
| NA |
| DF |
| NM |

| | AuditReviewCategory |
| --- | --- |
| 1 | NOTE: As a reminder  should there be any historical information specific to this patient prior to the date of this audit  it is available for further discussion upon request. |
| 2 | **BOOKED** |
| 3 | **INTAKE:** Receiving Screening Monterey County |
| 4 | 14-DAY EXAM / HEALTH APPRAISAL: |
| | |
| | |
| | CANCELLED BY STAFF - DENTAL |
| | CANCELLED BY STAFF - NURSE |
| | CHART REVIEW: Dentist |
| | CHART REVIEW: PA |
| | CHRONIC CARE - EXAM BY DENTIST |
| | CHRONIC CARE - REFERRAL BY MD |
| | DENTAL ANNUAL EXAM/COMPREHENSIVE DENTAL EXAM |
| | DENTAL CHART REVIEW: |
| | DENTAL REFUSAL |
| | DENTAL REFUSAL: Refusing #14. |
| | DENTAL SICK CALL - Dental Chart Review |
| | DENTAL SICK CALL: |
| | DENTAL SICK CALL:  > |
| | DENTAL SICK CALL: (DL - Task Priority: 2) |
| | DENTAL SICK CALL: (Task Priority: 2) |
| | DENTAL SICK CALL: Priority 2. |
| | DENTAL SICK CALL: Refusal |
| | DENTAL SICK CALL: Task - Priority 1 |
| | DENTAL SICK CALL: Task Priority: 2 |
| | DENTAL SICK CALL: X-Ray (Task Priority: 2) |
| | DENTAL TREATMENT:  DPC Priority 4 |
| | DENTAL TREATMENT:  Task Priority: 3 - performed same day as diagnosis. |
| | DENTAL TREATMENT: (DPC Task Priority: 1) |
| | DENTAL TREATMENT: (From Task Priority 1) |
| | DENTAL TREATMENT: (FROM TASK PRIORITY 1)  > |
| | DENTAL TREATMENT: DPC Priority 4 from 11/28/23. "#19 sx ext (4) 131/69 completed." |
| | Education: |
| | GRIEVANCE FILED |
| | Incarcerated person is still in custody at this time |
| | |
| 3 | **INTAKE:** Receiving Screening Monterey County |
| | MD SICK CALL |
| | MEDICAL SICK CALL: PA Chart Review |
| | NP SICK CALL: |
| | NP/PA SICK CALL |
| | NURSE SICK CALL |
| | NURSE SICK CALL: |
| | OFF SITE APPOINTMENT & NURSE SICK CALL: (found only in Tasks Report under Historic). Completed by RN. |
| | Patient is still in custody as of this date. |
| | PERIODONTAL DISEASE PROGRAM |
| | REFERRAL TO OUTSIDE SPECIALIST |
| | REFUSED - TO DENTIST |
| | REFUSED - TO NURSE |
| | **RELEASED** |
| | RESCHEDULED - BY DENTAL |
| | RESCHEDULED - BY NURSE |
| | RETURN FROM OFFSITE |
| | |

As a reminder  historical information specific to this patient is available as needed for further discussion.

Deficiencies:
• Access to care from intake was not achieved due to the lack of a referral to dental due to not describing the significant decay of the upper front teeth. Teeth conditions partially identified but patient not referred.
• Failure to perform the 14-day exam  dental screening portion  within 14 days of booking.
• Failure of nursing to follow Wellpath's IP which states on Exhibit A  page 101  "the patient is to be seen within one day of the request for services".
• Failure to scan the incarcerated person's request for dental care into the document section of CorEMR.
• Inconsistent use of noting clinical conditions which would indicate the use of antibiotics.
• Not always providing a reason for a reschedule.
• Failure to provide a diagnostic radiograph  lack of addressing the pathology found in the radiograph and failure to advise the patient of the finding.
• Lack of continuity of care  i.e. #9. No task was created to address this issue  nor was it refused or listed in the next visit.
• Lack of completing the dental clinical notes on the day of the appointment or indicating a late entry.
• Not describing the type of suture placed.
• Lack of signing the informed consent.
• Using a template without making it specific to the patient.
• Not fully reviewing the medical history and stating the results in the clinical notes.
• Not labeling the tooth correctly for diagnosis and refusal.
• Failure to perform the 14-day exam  dental screening portion  as mandated by the IP  within 14 days of booking.
• Failure of nursing to follow Wellpath's IP which states on Exhibit A  page 101  "the patient is to be seen within one day of the request for services".
• Failure to create and complete a nurse sick call appointment for the specified dental request. This prevents an audit trail from being available to show the continuity of care.
• Failure to scan the incarcerated person's request for dental care into the document section of CorEMR.
• Lack of completing the dental clinical notes on the day of the appointment or indicating a late entry.
• Failure to contact the after hours Physician On Call or onsite medical clinician to be seen in order to alleviate the patient's pain following oral surgery. "If in the opinion of the medical staff/licensed health care provider  the dental condition is likely to respond to immediate administration with antibiotic and/or analgesic medication this will be given." (Wellpath IP  p.98)
• Failure to perform the 14-day exam  dental screening portion  as mandated by the IP  within 14 days of booking.
• Failure of nursing to follow Wellpath's IP which states on Exhibit A  page 101  "the patient is to be seen within one day of the request for services".
• Failure to scan the incarcerated person's request for dental care into the document section of CorEMR.
• Lack of continuity of care and an audit trail by not creating and completing a nurse sick call when the patient is seen for their request.
• Failure to include pain scale  location  and description of the dental problem at a minimum in the nurse sick call task.
• Failure of the dentist to review  sign and date the medical history form.
• Failure to utilize a certified language translator when indicated in the CorEMR alerts.
• Lack of completing the clinical notes on the date of the appointment.
• The general consent form does not include RBAC for local anesthetic and medications.
• Failure to indicate the procedure being refused on the task and refusal form.
• Lack of including the pain scale in the nurse sick call task.
• Failure to perform the 14-day exam  dental screening portion  within 14 days of booking.
• Lack of indicating the procedure and tooth number being refused on the task and refusal form.
• Failure to perform the 14-day exam  dental screening portion  within 14 days of booking.
• Failure to scan the incarcerated person's request for dental care services into the document section of CorEMR.
• Failure of nursing to follow Wellpath's IP which states on Exhibit A  page 101  "the patient is to be seen within one day of the request for services".
• Failure to create and complete a nurse sick call  when the patient is seen for their request for dental care.
• Lack of including the pain scale in the nurse sick call task and on the intake form.
• Lack of identifying conditions and pathology within the radiograph.
• The general consent form does not include RBAC for local anesthetic and medications.
• Take and record the blood pressure in the clinical notes.
• Request the panoramic radiograph taken at the oral surgeon's office is sent to MCJ where the dentist can review it and have scanned it into CorEMR.
• Complete the dental clinical progress notes on the same day as the patient was seen whenever possible. If not possible  then write "Late entry" so there is no confusion as to when the procedure occurred.
• Failure to perform the 14-day exam  dental screening portion  as mandated by the IP  within 14 days of booking.
• Failure of nursing to follow Wellpath's IP which states on Exhibit A  page 101  "the patient is to be seen within one day of the request for services".
• Failure to create and complete a nurse sick call appointment for the specified dental request. This prevents an audit trail from being available to show the continuity of care.
• Failure to scan the incarcerated person's request for dental care into the document section of CorEMR.
• Not always fully addressing and recording the chief complaint(s) and reviewing the medical history at every appointment and indicating any changes in the clinical progress notes.
• Identify the type of suture(s) placed.

Comments: Recommendations:
• Please be specific with the description of the dental problem identified on the intake form  include the location  description of the condition and include the pain scale at a very minimum.
• When indicated  refer patients from nursing to dental according to a Priority 1 or Priority 2 designation at the time of Intake  14-Day exam and sick call. Schedule the dental appointment within the parameters of the priority level; Priority 1 next dental day; Priority 2  within 14 calendar days.
• See the patients for their requests for dental care within one day of the request.
• Show the audit trail of when the Nurse Sick Call is created  rescheduled and completed. When rescheduling state the reason for the reschedule.
• Scan the inmate request from ViaPath (formerly Intelmate) into the Document section of CorEMR.
• Take diagnostic radiographs and if unable to do so place a note in the clinical progress notes.
• Provide continuity of care by creating a task for dental treatment for a l diagnosed conditions at the time of episodic and comprehensive dental examinations.
• Complete the clinical notes on the day of the appointment or label the note as "late entry".
• In the dental clinical notes  state when a suture is placed if it is a resorbable or non-resorbable suture and appoint the patient for a follow-up if it is a non-resorbable suture.
• Sign the informed consent to prevent "the possibility of being charged with battery".
• When using a template for clinical notes  fill in the patient specific information.
• Review the medical history and order a medical consult when indicated.
• Label the teeth per the clinical situation.
• Complete the clinical notes on the day of the appointment or label the note as "late entry".
• Scan the inmate request from ViaPath (formerly Intelmate) into the Document section of CorEMR.
• See the patients for their requests for dental care within one day of the request.
• Refer patients from nursing to dental according to a Priority 1 or Priority 2 designation at the time of Intake  14-Day exam and sick call and schedule the dental appointment within the parameters of the priority level; Priority 1 next dental day; Priority 2  within 14 calendar days. If it is an emergency  contact the onsite medical or after hours Physician on Call (POC).
• Provide nurse training for accessing the POC after hours when the dentist or other medical clinicians are not available onsite.

| | | | |
|---|---|---|---|
| BID: | CR 00125468 | 26 | <-- B1 must match the tab name. Exactly |
| Patient Name: | Mr Toothy | 1 | <-- Case # |
| Case Review # F.1 | (Class) Protective Order | NC | |

INTAKE: RECEIVING SCREENING MONTEREY COUNTY

| Date | Chart Note<br>CR 00125468 - Mr Toothy | Compliance<br>SC (1)<br>PC (0.5)<br>NC (0) |
|---|---|---|
| | NOTE: As a reminder, should there be any historical information specific to this patient prior to the date of this audit, it is available for further discussion upon request. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | NA |
| | | DF |
| | | NM |
| | | PC |
| | | NC |
| | | |
| | | |
| | Weighted Compliance Score = 25.0% | NC |
| Deficiencies: | | |
| Comments: | | |
| Conclusion: | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25% C6:C25 | 0 | 1 | 1 | 1 | 1 | 1 | Totals: |
| | *SC* | *PC* | *NC* | *NA* | *DF* | *NM* | |